## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sia Henry et al. v. Brown University et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for: Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, and Brittany Tatiana Weaver, individually and on behalf of all others similarly situated (Plaintiffs)

Attorney name (type or print): Elizabeth A. Fegan

Firm: Fegan Scott LLC

Street address: 150 S. Wacker Dr., 24th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6229226
(See item 3 in instructions)

Telephone Number: 312-741-1019

Email Address: beth@feganscott.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 10, 2022

Attorney signature: S/ Elizabeth A. Fegan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015