# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sia Henry, et al.

                              Plaintiff,

v.                                                      Case No.: 1:22−cv−00125
                                                          Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 13, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Eric Cramer [9], Caitlin Coslett [10], and Robert Litan [11] to appear pro hac vice are granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.