**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BROWN UNIVERSITY, et al.,<br><br>    Defendants. | No. 1:22-cv-00125<br><br>Honorable Matthew F. Kennelly<br><br>Honorable Gabriel A. Fuentes |

**DEFENDANT NORTHWESTERN UNIVERSITY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Northwestern University ("Northwestern") states:

1. Northwestern is a private, not-for-profit institution of higher education and research organized and existing under the laws of Illinois and has no publicly held affiliates.

Dated: January 28, 2022

Respectfully submitted,

**SIDLEY AUSTIN LLP**

*/s/ Scott D. Stein*
Scott D. Stein
Benjamin R. Brunner
Kelsey E. Annu-Essuman
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
sstein@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Attorneys for Northwestern University*