# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Henry v. Brown University, et al.  Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
Northwestern University

Attorney name (type or print): Kelsey E. Annu-Essuman

Firm: Sidley Austin LLP

Street address: 1 South Dearborn Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6332412
(See item 3 in instructions)

Telephone Number: 312-853-0498

Email Address: kannuessuman@sidley.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 28, 2022

Attorney signature: S/ Kelsey E. Annu-Essuman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015