**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>　　　　Defendants. | CASE NO. 1:22-CV-00125<br><br>JUDGE MATTHEW F. KENNELLY<br><br>MAGISTRATE JUDGE GABRIEL A. FUENTES |

## **NOTIFICATION AS TO AFFILIATES**

Defendant Trustees of Dartmouth College ("Dartmouth") hereby submits its Notification as to Affiliates and Disclosure Statement in compliance with Local Rule 3.2 and Federal Rule of Civil Procedure 7.1. Dartmouth is a private, non-profit corporation. It has no parent corporation and no stock. Accordingly, no publicly owned corporation owns 5% or more of its stock, and Dartmouth is not a subsidiary of any entity and has no affiliates as that term is defined in Local Rule 3.2.

Dated: January 28, 2022                        Respectfully submitted,

                                         By:     /s/ *Terri L. Mascherin*

Terri L. Mascherin
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2799
Facsimile: (312) 840-7799
tmascherin@jenner.com

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2022, a copy of the foregoing **NOTIFICATION AS TO AFFILIATES** was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ *Terri L. Mascherin*
Terri L. Mascherin
