**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, et al.,<br><br>Defendants | No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly<br><br>Hon. Gabriel A. Fuentes |

**DEFENDANT GEORGETOWN UNIVERSITY'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Defendant Georgetown University ("Georgetown"), by and through its undersigned counsel, submits this disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2.

Georgetown has no publicly held parents companies, subsidiaries, or affiliates, as those terms are defined in Fed. R. Civ. P. 7.1 and Local Rule 3.2, nor are there any public companies that own at least 10% of the stock of Georgetown.

Dated: January 31, 2022                                       Respectfully submitted,

                                                                                          /s/ *Britt M. Miller*
Stephen M. Medlock                                           Britt M. Miller
MAYER BROWN LLP                                           Jed W. Glickstein
1999 K Street, NW                                               MAYER BROWN LLP
Washington, DC 20006                                         71 South Wacker Drive
(202) 263-3000                                                     Chicago, IL 60606
smedlock@mayerbrown.com                              (312) 782-0600
                                                                              bmiller@mayerbrown.com
                                                                              jglickstein@mayerbrown.com

                                                                              *Counsel for Defendant
                                                                              Georgetown University*

1

**CERTIFICATE OF SERVICE**

      I, Jed W. Glickstein, an attorney, hereby certify that on January 31, 2022, I caused a true and correct copy of the foregoing document to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Jed W. Glickstein*
      Jed W. Glickstein
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      (312) 782-0600
      jglickstein@mayerbrown.com