**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>        Defendants. | Case No.: 1:22-cv-00125<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Matthew F. Kennelly |

## **<u>PROPOSED ORDER</u>**

Upon consideration of the parties' joint motion, IT IS HEREBY ORDERED THAT the deadline for Plaintiffs to amend the Complaint once as a matter of course under Fed. R. Civ. P. 15(a)(1)(A) is extended to February 15, 2022; and the deadline for Defendants to respond to the operative complaint under Fed. R. Civ. P. 12 is extended to April 15, 2022.


_____
Hon. Matthew F. Kennelly
U.S. District Judge

Date: January 31, 2022