UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>BROWN UNIVERSITY, et al.,<br><br>                Defendants. | No. 1:22-cv-00125<br><br>Honorable Matthew F. Kennelly<br><br>Honorable Gabriel A. Fuentes |

**DEFENDANT COLUMBIA UNIVERSITY'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant The Trustees of Columbia University in the City of New York ("Columbia University") states that Columbia University is a non-governmental, non-profit corporation that does not have any parent corporations. No publicly-held affiliate owns 5% or more of its stock.

Dated: January 31, 2022

Respectfully submitted,

*/s/ Amy L. Van Gelder*
Karen Hoffman Lent (*pro hac vice pending*)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

Patrick Fitzgerald
Amy L. Van Gelder
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois 60606

Tel: 312-407-0700
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*

2