**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | No. 1:22-cv-00125 |
| Plaintiffs, | Honorable Matthew F. Kennelly |
| v. | Honorable Gabriel A. Fuentes |
| BROWN UNIVERSITY, et al., | |
| Defendants. | |

**DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant

Massachusetts Institute of Technology is a private, nonprofit institution of higher

education and research organized and existing under the laws of Massachusetts and

has no publicly held affiliates.

Dated: February 1, 2022

Respectfully submitted,

*/s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4545
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Massachusetts Institute of Technology*