IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>　　　　　Defendants. | CASE NO. 1:22-CV-00125<br><br>JUDGE MATTHEW F. KENNELLY<br><br>MAGISTRATE JUDGE GABRIEL A. FUENTES |

## NOTIFICATION AS TO AFFILIATES

Defendant the University of Chicago hereby submits its Notification as to Affiliates and Disclosure Statement in compliance with Local Rule 3.2 and Federal Rule of Civil Procedure 7.1. The University of Chicago is a private, non-profit corporation. It has no parent corporation and no stock. Accordingly, no publicly owned corporation owns 5% or more of its stock, and the University of Chicago is not a subsidiary of any entity and has no affiliates as that term is defined in Local Rule 3.2.

2

Dated: February 1, 2022                               Respectfully submitted,

By: /s/ *Valarie Hays*

Valarie Hays
ARNOLD & PORTER
70 West Madison Street | Suite 4200
Chicago, Illinois 60602-4321
Telephone: 312.583.2440

2