## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.                                                 Case No.: 1:22−cv−00125
                                                     Honorable Matthew F. Kennelly

Brown University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Dougglas Litvack, Stephen Medlock, Karen Hoffman Lent, Eric Mahr, Jan Rybincek, and Daphne Lin to appear pro hac vice are granted. The joint motion to extend time to file amended complaint and respond to complaint is also granted. The deadline for plaintiffs to file an amended complaint is extended to 2/5/2022, and the deadline for defendants to respond to the amended complaint is extended to 4/15/2022. The previous orders setting a status hearing and requiring a joint status report remain in effect. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.