IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, AND BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-125<br><br>The Hon. Matthew F. Kennelly<br><br>The Hon. Gabriel A. Fuentes |

**NOTIFICATION AS TO AFFILIATES**

Defendant University of Notre Dame du lac ("Notre Dame") hereby submits its Notification as to affiliates and Disclosure Statement in compliance with Local Rule 3.2 and Federal Rule of Civil Procedure 7.1. Notre Dame is a private, non-profit institution of higher education and research incorporated in the state of Indiana. It has no parent corporation and no stock. Thus, no publicly owned corporation owns 5% or more of its stock, and Notre Dame is not a subsidiary of any entity and has no affiliates as that term is defined in Local Rule 3.2.

| | |
|---|---|
| Dated: February 1, 2022 | Respectfully submitted by:<br><br>/s/James P. Fieweger<br>**MICHAEL BEST & FRIEDRICH LLP**<br>James P. Fieweger<br>444 West Lake Street, Suite 3200<br>Chicago, Illinois 60606<br>Tel.:  (312) 596-5849<br>Email: jpfieweger@michaelbest.com<br><br>*Attorneys for Defendant University of Notre Dame du Lac* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2022, I caused a copy of the foregoing to be filed through this Court's CM/ECF system, which will serve a copy on counsel for all parties.

/s/ James P. Fieweger
James P. Fieweger
