## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Henry et al v.
Brown University et al

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Cornell University and William Marsh Rice University

Attorney name (type or print): Zachary T. Fardon

Firm: King & Spalding LLP

Street address: 110 N Wacker Drive Suite 3800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6292156
(See item 3 in instructions)

Telephone Number: (312) 764-6960

Email Address: zfardon@kslaw.com

Are you acting as lead counsel in this case?    ☐ Yes  ☑ No

Are you acting as local counsel in this case?   ☐ Yes  ☑ No

Are you a member of the court's trial bar?      ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/1/2022

Attorney signature: S/ Zachary T. Fardon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015