# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, et al.,<br><br>Defendants. | C.A. No. 1:22-cv-00125<br><br>Honorable Matthew F. Kennelly<br><br>Honorable Gabriel A. Fuentes |

### DEFENDANT WILLIAM MARSH RICE UNIVERSITY'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant William Marsh Rice University ("Rice") states that Rice is a private, non-profit corporation that has no publicly held parent companies, subsidiaries, or affiliates. No public company owns 5% or more of its stock.

Dated: February 1, 2022

Respectfully submitted,

/s/ *Zachary T. Fardon*
Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
(312) 995-6333
zfardon@kslaw.com

Norman A. Armstrong, Jr. (*pro hac vice pending*)
Christopher C. Yook (*pro hac vice pending*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

narmstrong@kslaw.com
cyook@kslaw.com

Emily T. Chen (*pro hac vice pending*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
(212) 556-2100
echen@kslaw.com

*Counsel for Defendants Cornell University and William Marsh Rice University*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

                                            */s/ Zachary T. Fardon*
                                            Zachary T. Fardon