## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Henry et al v. Brown University et al      Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

University of Notre Dame du Lac

Attorney name (type or print): Robert A. Van Kirk

Firm: Williams & Connolly LLP

Street address: 725 Twelfth Street NW

City/State/Zip: Washington, DC 20005

Bar ID Number: DC 430588      Telephone Number: 202-434-5163
(See item 3 in instructions)

Email Address: rvankirk@wc.com

Are you acting as lead counsel in this case?          ☑ Yes    ☐ No

Are you acting as local counsel in this case?         ☐ Yes    ☑ No

Are you a member of the court's trial bar?            ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2022

Attorney signature: S/ Robert A. Van Kirk
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015