# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Henry et al v. Brown University et al

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
University of Notre Dame du Lac

Attorney name (type or print): Matthew D. Heins

Firm: Williams & Connolly LLP

Street address: 725 Twelfth Street NW

City/State/Zip: Washington, DC 20005

Bar ID Number: 6320767
(See item 3 in instructions)

Telephone Number: 202-434-5073

Email Address: mheins@wc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2022

Attorney signature: S/ Matthew D. Heins
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015