**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>        Defendants. | Case No. 1:22:cv-00125 |

**CORPORATE AND AFFILIATE DISCLOSURE STATEMENT OF**
**DEFENDANT YALE UNIVERSITY PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2**

    Defendant Yale University, by its undersigned attorneys, makes the following corporate and affiliate disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Defendant Yale University has no parent corporation. Further, there are no entities or individuals (including but not limited to publicly held corporations) that own 5% or more of Yale University.

Respectfully submitted,

/s/ Serena G. Rabie

Stephen Novack (ARDC #2067587)
*snovack@novackmacey.com*
Stephen J. Siegel (ARDC #6209054)
*ssiegel@novackmacey.com*
Serena G. Rabie (ARDC #6336601)
*srabie@novackmacey.com*
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900

Of counsel/*pro hac vice* application anticipated:
Chuck Loughlin
*chuck.loughlin@hoganlovells.com*
Benjamin F. Holt
*benjamin.holt@hoganlovells.com*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600

*Counsel for Defendant Yale University*

## **CERTIFICATE OF SERVICE**

Serena G. Rabie, an attorney, hereby certifies that, on February 2, 2022, she caused a true and correct copy of the foregoing ***Corporate and Affiliate Disclosure Statement of Defendant Yale University Pursuant to Rule 7.1 and Local Rule 3.2*** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system.

*/s/ Serena G. Rabie*