**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>              Defendants. | Case No. 1:22:cv-00125 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2
NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant The Trustees of the University of Pennsylvania states that the University of Pennsylvania is a non-profit corporation with no parent corporation, and no publicly held company, non-publicly held entity, or individual owns 5% or more of its stock.

DATE: February 3, 2022

/s/Daniel M. Feeney
Daniel M. Feeney (6224893)
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
Tel: (312) 263-3700
Fax: (312) 263-3270
Email: dfeeney@millershakman.com

*Counsel for The Trustees of the University of Pennsylvania*

## CERTIFICATE OF SERVICE

I, Daniel M. Feeney, hereby certify that a true and correct copy of the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES was filed electronically with the Clerk of Court using the CM/ECF system on February 3, 2022, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification and constitutes service on counsel of record who are registered electronic filing users.

             /s/Daniel M. Feeney
            Daniel M. Feeney (6224893)
            MILLER SHAKMAN LEVINE & FELDMAN LLP
            *Counsel for The Trustees of the University of Pennsylvania*