**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: SIA HENRY, et al. v. BROWN UNIVERSITY, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

The Trustees of the University of Pennsylvania

Attorney name (type or print): Edward W. Feldman

Firm: Miller Shakman Levine & Feldman, LLP

Street address: 180 North LaSalle Street, Suite 3600

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6187541
(See item 3 in instructions)

Telephone Number: 312-263-3700

Email Address: efeldman@millershakman.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 3, 2022

Attorney signature: S/ Edward W. Feldman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015