Exhibit 1

## Benjamin F. Holt

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admission |
|---|---|
| U.S. District Court for the District of Columbia | 01/05/2004 |
| U.S. District Court for the Eastern District of Michigan | 10/12/2010 |
| United States Court of Appeals for the Sixth Circuit | 05/12/2009 |
| United States Court of Appeals for the Federal Circuit | 10/13/2015 |
| United States Court of Appeals for the Third Circuit | 10/29/2015 |