**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sia Henry, et al. v. Brown University, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Yale University

Attorney name (type or print): Benjamin F. Holt

Firm: Hogan Lovells US LLP

Street address: 555 Thirteenth Street, NW

City/State/Zip: Washington, DC 20004

Bar ID Number: 48388
(See item 3 in instructions)

Telephone Number: (202) 637-8845

Email Address: benjamin.holt@hoganlovells.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 4, 2022

Attorney signature: S/ Benjamin F. Holt
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015