# Exhibit 1

**Charles A. Loughlin**

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admission |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 12/01/2006 |
| U.S. Court of Appeals for the Eighth Circuit | 12/27/2011 |
| U.S. District Court for the District of Columbia | 04/05/2004 |