IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-CV-00125 |

**PLAINTIFFS' MOTION TO APPOINT ROCHE FREEDMAN LLP, GILBERT LITIGATORS & COUNSELORS, P.C., AND BERGER MONTAGUE PC AS INTERIM CO-LEAD COUNSEL AND FEGAN SCOTT LLP AS LIAISON COUNSEL**

Plaintiffs, Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, and Brittany Tatiana Weaver (collectively, "Plaintiffs"), respectfully move the Court to appoint Roche Freedman LLP, Gilbert Litigators & Counselors, P.C., and Berger Montague PC as Interim Co-Lead Counsel, and Fegan Scott LLP as Liaison Counsel, on behalf of Plaintiffs and on behalf of

all others similarly situated under Rule 23(g) of the Federal Rules of Civil Procedure for the reasons set for in the accompanying memorandum.

Dated: February 9, 2022       Respectfully submitted on behalf of the parties.

**ROCHE FREEDMAN LLP**
BY:   /s/ *Kyle W. Roche*
Kyle W. Roche
Edward Normand
Eric Rosen
Peter Bach-y-Rita
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
erosen@rochefreedman.com
pbachyrita@rochefreedman.com

**GILBERT LITIGATORS & COUNSELORS, P.C**
BY:   /s/ *Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
11 Broadway, Suite 615
New York, NY 10004
Telephone: 646-448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com

**BERGER MONTAGUE PC**
BY:   /s/ *Eric L. Cramer*
Eric L. Cramer (pro hac vice)
Caitlin Coslett (pro hac vice)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
ccoslett@bm.net

Robert E. Litan (pro hac vice)
Daniel J. Walker (pro hac vice)
2001 Pennsylvania Avenue, NW

Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

**FEGAN SCOTT LLC**
BY:   */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
150 S. Wacker Dr., 24th floor
Chicago, IL 60606
Tel: (312) 741-1019
beth@feganscott.com

## **CERTIFICATE OF SERVICE**

I, Kyle W. Roche, hereby certify that on February 9, 2022, a true and correct copy of the foregoing was served via ECF on all registered participants.

*/s/ Kyle W. Roche*
Kyle W. Roche
