# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No.: 1:22-cv-00125 |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**DECLARATION OF KYLE W. ROCHE IN SUPPORT OF**
**MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

I, Kyle W. Roche, declare:

1. Roche Freedman LLP is a national law firm comprised of innovative and tech-savvy

   attorneys with stellar credentials. With experience from some of the most prestigious

   litigation firms in the country, RF's legal team has a successful and decades-long track

   record of consistently achieving success in high-stakes and notable disputes on behalf of

sophisticated clients. RF's legal team has extensive experience litigating complex commercial, securities, antitrust, class action, and derivative matters on behalf of both plaintiffs and defendants in a broad range of industries. RF couples a unique brand of creative thinking and technical expertise with well-balanced aggressive advocacy to achieve impressive results in complex, high value, and class action matters. As the firm continues to grow, it has focused on building a diverse attorney pool with cross-functional expertise. I am a graduate of Northwestern University School of Law, where I was Associate Editor of the Northwestern University Law Review.

2. **Kyle Roche.** Kyle Roche is a founding partner of Roche Freedman. He is an experienced trial attorney who represents both plaintiffs and defendants in antitrust, securities, and market manipulation actions. Over the past two years, he has led the Roche Freedman team appointed as lead or co-lead counsel in over fifteen class actions, including numerous multi-billion-dollar actions arising from first-of-its-kind litigation in the cryptocurrency space. *See, e.g.*, *In re Tether & Bitfinex Crypto Asset Litig.*, No. 19-cv-9236-KPF (S.D.N.Y.) (antitrust litigation concerning multibillion-dollar crypto market-manipulation scheme); *Lee v. Binance*, No. 1:20-cv-02803-ALC (S.D.N.Y.) (multibillion-dollar unregistered securities offering); *Valenti v. Dfinity USA Research LLC, et al.*, No. 21-cv-06118-JD (N.D. Cal.) (multibillion-dollar insider trading class action). Most recently, Mr. Roche served as lead trial counsel in a civil dispute in the Southern District of Florida, securing a $100 million verdict on behalf of his client—one of the largest verdicts of 2021. *Kleiman v. Wright*, No. 18-CV-80176 (S.D. Fla. Sept. 21, 2020). Kyle also serves as strategic counsel to some of the most innovative companies and startups, including those operating in the cryptocurrency space. His cross-sectional

expertise and understanding of the relevant legislative frameworks enables him to advise his clients how to best navigate developing regulatory landscapes.

3. **Edward Normand.** Edward Normand is a founding partner of Roche Freedman. In addition to working on many of Roche Freedman's numerous class actions (some of which are described above), Mr. Normand represented clients in class action, securities, and antitrust matters at Boies Schiller Flexner LLP for more than two decades. For example, Mr. Normand represented Vanguard in an opt-out from the securities class action against ARCP, *In re American Realty Capital Props., Inc. Litig.*, 1:15-mc-00040-AKH (S.D.N.Y.); represented HSBC in consolidated securities actions arising out of the sale of residential mortgage-backed securities, *FHFA v. HSBC N. Am. Holdings Inc.*, 11cv6189, 11cv6201 (DLC) (S.D.N.Y.); represented a class of employee health benefit plans in an ERISA action against Merck-Medco arising out of the defendant's management of pharmaceutical benefits, *C. States Southeast v. Merck-Medco*, 7:03-md-01508 (S.D.N.Y.); and represented EchoStar in connection with its efforts to obtain FCC approval under the antitrust laws to acquire DirecTV. Mr. Normand was the Editor-in-Chief of the University of Pennsylvania Law Review and served as a law clerk in both the Second Circuit Court of Appeals and the Eastern District of Pennsylvania.

4. **Eric Rosen.** A graduate of Harvard College and Columbia University School of Law, Eric Rosen is a nationally recognized former federal and state prosecutor whose current practice focuses on white-collar criminal defense, corporate investigations, and complex civil litigation. Mr. Rosen was the lead prosecutor in "Operation Varsity Blues," the seminal case widely known as the college admissions scandal, one of the largest white-collar crime prosecutions in United States history.

5. For more than eight years prior to joining Roche Freedman, Mr. Rosen served as an
   Assistant United States Attorney in Pittsburgh, Pennsylvania, and Boston, Massachusetts.
   Mr. Rosen prosecuted more than 250 defendants for a wide variety of federal crimes,
   including: wire and mail fraud, securities fraud, investor fraud, bribery, health care fraud,
   drug misbranding, money laundering, drug trafficking, racketeering, smuggling, and
   firearms offenses. Through his work, Mr. Rosen developed significant expertise in
   securities fraud (including parallel investigations with the SEC), money laundering cases,
   bribery charges, and cases with international components. A seasoned courtroom
   advocate, Mr. Rosen has tried, as lead and co-counsel, numerous criminal cases before
   federal juries, both in Pittsburgh and Boston, in addition to conducting countless
   evidentiary hearings, sentencings, and other proceedings.

6. In March 2018, while leading an unrelated securities fraud investigation, Mr. Rosen
   began "Operation Varsity Blues," the investigation that led, a year later, to charges
   against 57 individuals, including athletic coaches and school administrators, for fraud,
   bribery, racketeering and money laundering offenses related to the college admissions
   process. Every charged defendant, except for one, has been convicted, with the remaining
   defendant scheduled for trial in March 2022. Mr. Rosen's work in the landmark
   prosecution, which generated significant worldwide media attention, was profiled by
   national and international publications and media outlets, including the Boston Globe, the
   New York Times, CNN, the Washington Post, Los Angeles Times, USA Today, and
   Netflix.  In addition, Mr. Rosen's role as the lead prosecutor was chronicled in the July
   2020 book "Unacceptable," written by two Wall Street Journal reporters. Through this

case, Mr. Rosen developed an expertise in college admissions, and the role played by money in that process, that will lend itself very well to prosecuting the current action.

7. Prior to joining the U.S. Attorney's Office, Mr. Rosen was a litigation associate at Richards, Kibbe and Orbe LLP, a New York-based boutique law firm. Mr. Rosen represented clients in complex commercial litigation matters and in investigations conducted by FINRA, the SEC, and the Department of Justice. Mr. Rosen also conducted multiple internal investigations on behalf of corporate clients.

8. Mr. Rosen began his legal career by serving for three years as an Assistant District Attorney in Manhattan, followed by a clerkship with Judge Robert P. Patterson on the Southern District of New York. Mr. Rosen currently represents clients nationwide in a wide variety of white-collar cases in federal and state court, including such matters as insider-trading charges, securities-fraud charges related to an alleged pump-and-dump scheme, and a crypto-asset "Bug" gone array.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 9, 2022.

New York, New York

*/s/ Kyle W. Roche*
Kyle W. Roche