IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                  Defendants. | Case No.: 1:22-CV-00125<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CO-LEAD COUNSEL AND LIAISON COUNSEL** |

Now pending before the Court are applications pursuant to Fed. R. Civ. P. 23(g) for appointment of Interim Co-Lead Counsel for the proposed class. After carefully considering the applications of counsel and the requirements of Fed. R. Civ. P. 23(g), the Court appoints Roche Freedman LLP, Gilbert Litigators & Counselors, P.C., and Berger Montague PC as Interim Co-Lead Counsel for the proposed class.

The Court finds that each of the foregoing firms has demonstrated effort in identifying and investigating potential claims in this action, is experienced in litigating complex antitrust class actions, has extensive knowledge of the applicable law, and has the appropriate resources to properly represent the proposed class. The substantial legal talent present in this case must be effectively marshaled so as to efficiently and effectively represent the interests of the class. The Court also appoints Fegan Scott LLC as Liaison Counsel for the proposed class:

**Duties of Interim Co-Lead Counsel**

Interim Co-Lead Counsel shall be responsible for the overall conduct of the litigation on behalf of the proposed class. All notices, orders, pleadings, motions, discovery, and memoranda relating to this action shall be served upon Interim Co-Lead Counsel, and Defendants shall serve papers on the Plaintiffs by serving each of the Interim Co-Lead Counsel and Liaison Counsel. Only Interim Co-Lead Counsel and Liaison Counsel may file papers with the Court on behalf of the proposed class. Interim Co-Lead Counsel shall be responsible for the following:

a. Supervising all pretrial, trial, and post-trial proceedings;

b. Signing any pleadings, motions, briefs, discovery requests or objections, subpoenas, or notices;

c. Determining and presenting in motions, briefs, oral argument, or such other fashion as may be appropriate, the position of all Plaintiffs as to all matters arising during pretrial and trial proceedings;

d. Conducting discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g).

e. Designating attorneys to act as spokespersons at pretrial conferences;

f.  Negotiating and entering into stipulations and agreements with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

g.  Coordinating the activities of Plaintiffs' counsel and implementing procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h.  Employing and consulting with experts;

i.  Calling meetings of Plaintiffs' counsel when deemed appropriate;

j.  Allocating any attorneys' fees or expenses that the Court may award in this matter amongst the various Plaintiffs' counsel participating in the case based on the reasonable judgment of Interim Co-Lead Counsel as to the contributions of each respective firm to the success of the case;

k.  On a monthly basis, collecting reports of contemporaneously prepared attorney and paralegal time and expense records from each plaintiff firm. Each Plaintiffs' firm that may seek a portion of any fee awarded by the Court shall serve on a monthly basis on Interim Co-Lead Counsel a report summarizing according to each separate activity the time and expense spent by its members, associates, or staff during the preceding month, the ordinary billing rates of such attorneys in effect during that time, and the accumulated total of the firm's time, hourly, rates and expenses to date;

l.  Delegating tasks to counsel for Plaintiffs and otherwise coordinating the work of all plaintiffs' counsel, and performing such other duties as the Interim Co-Lead Counsel deem necessary or as authorized by further order of the Court; and

m.  Performing such other pretrial duties as may be incidental to the proper coordination of pretrial activities or authorized by further order of the Court.

**Duties of Liaison Counsel**

   Liaison Counsel shall have the administrative duty of receiving and sending pleadings and communications with the Court and with Defendants and disseminating the same among all class counsel.

**IT IS SO ORDERED**, this \_\_\_ day of _____, 2022.

                     _____
                     MATTHEW F. KENNELLY
                     UNITED STATES DISTRICT JUDGE