IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, et al., <br><br> Defendants. | Case No. 1:22-cv-125 <br><br> Hon. Matthew F. Kennelly <br><br> Hon. Gabriel A. Fuentes |

**NOTIFICATION AS TO AFFILIATES**

Defendant Duke University ("Duke") hereby submits its Notification as to Affiliates and Disclosure Statement in compliance with Local Rule 3.2 and Federal Rule of Civil Procedure 7.1. Duke is a private, non-profit corporation. It has no parent corporation and no stock. Thus, no publicly owned corporation owns 5% or more of its stock, and Duke is not a subsidiary of any entity and has no affiliates as that term is defined in Local Rule 3.2.

Respectfully,

Duke University,

*/s/ Casey T. Grabenstein*
Casey T. Grabenstein
SAUL EWING ARNSTEIN & LEHR
161 North Clark, Suite 4200
Chicago, IL 60601
Phone: (312) 876-7100
casey.grabenstein@saul.com

39651145.1

## **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on February 11, 2022 and thereby caused to be served on all counsel of record registered to receive such service.

                  /s/ Casey T. Grabenstein