# United States District Court Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | | Plantiff(s) |
|---|---|---|
| | VS. | |
| | | Defendant(s) |

| Case Number: | Judge: |
|---|---|

I, _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes ☐    No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| **sanctioned, censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No ☐ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ☐ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No ☐ |
| **denied admission to the bar of any court?** | Yes ☐ | No ☐ |
| **held in contempt of court?** | Yes ☐ | No ☐ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_____  S/ _____

Date                                                                     Electronic Signature of Applicant

| Applicant's Name | Last Name | First Name | Middle Name/Initial |
|---|---|---|---|
| Applicant's Law Firm | | | |
| Applicant's Address | Street Address | | Room/Suite Number |
| | City | State | ZIP Code | Work Phone Number |
| | | | | Email Address |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 11/13/2019

<u>ADDENDUM, J. Mark Gidley</u>

*I am currently in good standing and eligible to practice before the following courts:*

District of Columbia Bar, 417280, Feb 03 1989

New York State Bar, 2155570, Oct 27 1987

U.S. Court of Appeals for the Federal Circuit, Aug 01 2011

U.S. Court of Appeals for the First Circuit, 54198, Feb 04 1999

U.S. Court of Appeals for the Fourth Circuit, Jan 23 2001

U.S. Court of Appeals for the Ninth Circuit, Dec 29 2008

U.S. Court of Appeals for the Second Circuit, Jul 12 2005

U.S. Court of Appeals for the Seventh Circuit, Aug 12 2008

U.S. Court of Appeals for the Tenth Circuit, Aug 21 2008

U.S. Court of Appeals for the Third Circuit, Mar 09 2004

U.S. District Court for the District of Washington DC, 417280, Apr 03 1989

U.S. District Court for the Eastern District of New York, Aug 23 1988

U.S. District Court for the Southern District of New York, Aug 23 1988

U.S. Supreme Court, 259672, Feb 15 2006

U.S. Court of Appeals for the D.C. Circuit, 38471, Jul 01 1988

U.S. Court of Appeals for the Eleventh Circuit, 002245207, Feb 23 2004

U.S. Court of Appeals for the Fifth Circuit, 459981447, Nov 02 1998

I further state that I relocated from Texas in 1990 to the District of Columbia and at that time became a non-resident member of the State of Texas bar. I was administratively suspended for non-payment of dues and made those dues payments current. I voluntarily resigned from the Texas bar in 2006. During my residency in the State of Texas, I was a member in good standing of the US District Court for the Southern District of Texas, but since my relocation, I have not renewed that membership.