# EXHIBIT 3

| | |
|---|---|
| **BERGER MONTAGUE PC**<br>Eric L. Cramer (*pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-4604<br>Fax: (215) 875-4604<br>Email: ecramer@bm.net<br><br>**RADICE LAW FIRM, P.C.**<br>John Radice (*pro hac vice*)<br>475 Wall Street<br>Princeton, NJ 08540<br>Telephone: (646) 245-8502<br>Fax: (609) 385-0745<br>Email: jradice@radicelawfirm.com<br><br>**JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN. 130064)<br>Steven N. Williams (SBN. 175489)<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Fax: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>　　　　swilliams@saverilawfirm.com<br><br>*Counsel for Individual and Representative Plaintiffs*<br><br>Additional counsel on Signature Page | **PAUL HASTINGS LLP**<br>Steven Arthur Marenberg (SBN. 101033)<br>James Pearl (SBN. 198481)<br>1999 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Fax: (310) 620-5899<br>Email:　stevenmarenberg@paulhastings.com<br>　　　　jamespearl@paulhastings.com<br><br>*Attorneys for Defendant Align Technology, Inc.*<br><br>Additional counsel on Signature Page |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>ALIGN TECHNOLOGY, INC.,<br>　　　　　　　　Defendant. | Case No.: 3:20-cv-03754-VC<br><br>[~~PROPOSED~~] **STIPULATED ORDER REGARDING AMENDED CASE SCHEDULE**　AS MODIFIED |

WHEREAS, on May 5, 2021, Plaintiffs Simon And Simon, PC d/b/a City Smiles and VIP Dental Spas ("Plaintiffs") and Defendant Align Technology Inc. ("Defendant," collectively with Plaintiffs, the "Parties"), having met and conferred, filed an Updated Joint Case Management Statement, Rule 26(f) Statement, and [Proposed] Order that included a Jointly Proposed Schedule as Attachment A (ECF Nos. 99 and 99-1, respectively);

WHEREAS, on May 12, 2021, the Parties attended a case management conference with the Court at which the Court ordered the Parties to make certain changes to the Jointly Proposed Schedule, including adding case management conferences approximately every four (4) months (with joint case management statements due seven (7) days in advance), and combining all summary judgment and *Daubert* briefing into single documents when such documents are to be filed at the same time (with any motions proposing changes to the page limits to be submitted to the Court in advance of the filing deadlines for such combined briefs);

NOW THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to the terms of this Amended Jointly Proposed Schedule as follows:

**Amended Jointly Proposed Schedule**

| Proposed Date | Event |
|---|---|
| 5/5/2021 | Joint CMC Statement due |
| 5/12/2021 | Case Management Conference[1] |
| 7/25/2021 | Deadline to begin rolling production of documents in response to Requests for Production served on or before January 15, 2021[2] |
| 8/24/2021 | Deadline to complete production of structured data in response to Requests for Production served on or before January 15, 2021 |
| 9/15/2021 | Joint CMC Statement due |
| 9/22/2021 | Case Management Conference |
| 1/12/2022 | Joint CMC Statement due |
| 1/19/2022 | Case Management Conference |
| 2/13/2022 | Deadline to complete production of documents in response to Requests for Production |
| 3/11/2022 | Deadline to complete initial ADR |
| 5/11/2022 | Joint CMC Statement due |
| 5/18/2022 | Case Management Conference |
| 7/15/2022 | Deadline to complete fact discovery |
| 8/12/2022 | Deadline to serve expert reports on all issues on which a party has the burden of proof |
| 9/14/2022 | Joint CMC Statement due |
| 9/21/2022 | Case Management Conference |
| 9/23/2022 | Deadline to serve opposing expert reports |

---

[1] Producing parties are to produce organizational charts (if any) and proposed custodians, non-custodial document sources, and search methodology within 21 days of the Case Management Conference.

[2] Privilege logs shall be served within 45 days of each production of documents from which documents were withheld based on any claim or privilege or work-product protection.

| | |
|---|---|
| 11/4/2022 | Deadline to serve rebuttal expert reports |
| 12/5/2022 | Deadline to complete expert discovery |
| 1/10/2023 | Deadline to file motion for class certification and any *Daubert* motion related to class certification |
| 1/18/2023 | Joint CMC Statement due |
| 1/25/2023 | Case Management Conference |
| 2/14/2023 | Deadline to file opposition to motion for class certification and opposition to any *Daubert* motion related to class certification |
| 3/14/2023 | Deadline to file reply in support of *Daubert* motion related to class certification |
| 3/21/2023 | Deadline to file reply in support of motion for class certification |
| 4/13/2023 5/11/2023 | Hearing on motion for class certification Case Management Conference |
| 4 weeks after decision on Class Certification | Close of residual post-certification discovery period |
| 6/13/2023 | Deadline to file motion for summary judgment and any *Daubert* motions[3] |
| 7/25/2023 | Deadline to file opposition to motion for summary judgment and opposition to any *Daubert* motions[4] |
| 8/22/2023 | Deadline to file reply in support of motion for summary judgment and in support of any *Daubert* motions[5] |
| (At the Court's convenience) | Hearing on motion(s) for summary judgment and *Daubert* motions<br><br>Final pretrial conference |

---

[3] Any party filing a motion for summary judgment and a *Daubert* motion must file them as a combined brief. Any motion as to the page limits for such briefing will be taken up in advance of this deadline.

[4] Any party filing a brief in opposition to a motion for summary judgment and a brief in opposition to a *Daubert* motion must file them as a combined brief. Any motion as to the page limits for such briefing will be taken up in advance of this deadline.

[5] Any party filing a reply brief in support of a motion for summary judgment and a reply brief in support of a *Daubert* motion must file them as a combined brief. Any motion as to the page limits for such briefing will be taken up in advance of this deadline.

| 11/20/2023 | Trial Begins |
|---|---|

      **IT IS SO STIPULATED**, through Counsel of Record.

Dated: May 13, 2021

Respectfully Submitted,

By:       */s/ Joseph R. Saveri*
Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Kevin E. Rayhill (SBN 267496)
Keydon Levy (SBN. 281372)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
klevy@saverilawfirm.com

Eric L. Cramer (*pro hac vice*)
Joshua T. Ripley (*pro hac vice*)
Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
ecramer@bm.net
jripley@bm.net
mkane@bm.net

Daniel J. Walker (*pro hac vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Facsimile: (215) 875-5707
dwalker@bm.net

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com
drubenstein@radicelawfirm.com

Daniel J. Mogin (SBN 95624)
Jennifer M. Oliver (SBN 311196)
Timothy Z. LaComb (SBN 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

David K. Lietz (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
dlietz@masonllp.com

<div style="margin-left: 40%;">

Kevin Landau (*pro hac vice*)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
klandau@tcllaw.com

*Counsel for Individual and Representative Plaintiffs*

</div>

Dated: May 13, 2021

<div style="margin-left: 40%;">

By:       */s/ Steven A. Marenberg*
Steven Arthur Marenberg (SBN. 101033)
James Pearl (SBN. 198481)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: stevenmarenberg@paulhastings.com
       jamespearl@paulhastings.com

Thomas A. Counts (SBN. 148051)
Abigail Heather Wald (SBN. 309110)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email: tomcounts@paulhastings.com
       abigailwald@paulhastings.com

Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1960
Fax: (202) 551-1705
Email: noahpinegar@paulhastings.com

Adam M. Reich (*pro hac vice*)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000

</div>

adamreich@paulhastings.com
michaelcwhalen@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

**IT IS ORDERED** that the forgoing Amended Jointly Proposed Schedule is approved.

Dated: May 18, 2021



_____
HON. VINCE CHHABRIA
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

## FILER'S ATTESTATION

I, Joseph R. Saveri, am the ECF user whose identification and password are being used to file this [Proposed] Stipulated Order Regarding Amended Case Schedule. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

May 13, 2021                                        */s/ Joseph R. Saveri*