# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## [~~PROPOSED~~] CORRECTED SEVENTH AMENDED SCHEDULING ORDER

**IT IS ORDERED** that the deadlines in the above-caption action are AMENDED as follows:

| Previous Date | Due Date | Event |
|---|---|---|
| March 30, 2018 | March 30, 2018 | Close of fact discovery - all discovery requests and subpoenas must be served to be answerable by this date, except as noted below. |
| April 6, 2018 | April 6, 2018 | Completion of depositions of designees of Lupin Pharmaceuticals, Inc., City of Providence, and all other depositions as addressed at the March 29, 2018, status conference.<br><br>Giant Eagle files report regarding data production by McKesson Corporation. |
| April 12, 2018 | April 12, 2018 | Completion of deposition of designee of McKesson Corporation. |
| April 17, 2018 | April 17, 2018 | Completion of depositions of designees of entities addressed in this Court's Order dated March 20. |
| May 31, 2018 | May 31, 2018 | Plaintiffs serve opening expert reports. |
| June 18, 2018 | June 18, 2018 | Plaintiffs provide defendants with demands. |
| July 16, 2018 | July 16, 2018 | The parties file a joint settlement report. |
| August 27, 2018 | August 27, 2018 | Defendants serve opposition expert reports. |
| October 22, 2018 | October 22, 2018 | Plaintiffs serve rebuttal expert reports. |
| December 19, 2018 | December 19, 2018 | Plaintiffs file class certification motions (along with previously served expert reports). |
| December 19, 2018 | February 8, 2019 | Close of expert depositions. All depositions necessary to class certification motions shall be completed such that the class certification briefing schedule set forth in the Court's Sixth |

| Previous Date | Due Date | Event |
|---|---|---|
| | | Amended Scheduling Order (Dkt # 534) remains in place. |
| February 25, 2019 | February 25, 2019 | Defendants file opposition to class certification motions (along with previously served expert reports). Defendants file any Daubert motions related to experts proffered by Plaintiffs in support of class certification. |
| March 25, 2019 | March 25, 2019 | Plaintiffs file replies to class certification motions.<br><br>Plaintiffs file oppositions to any Daubert motions filed by Defendants relating to Plaintiffs' class certification experts.[1]<br><br>Plaintiffs file any Daubert motions related to experts proffered by Defendants in opposition to class certification. |
| n/a | April 8, 2019 | Defendants file oppositions to any Daubert motions filed by Plaintiffs relating to defense class certification experts. |
| TBD | TBD | Hearing on class certification motions. |
| TBD | TBD | Telephonic conference with Judge DuBois to address summary judgment briefing and further scheduling. |

BY THE COURT:

_Jan E. DuBois_
DuBois, Jan E., J.
11/14/18

---

[1] No party shall file a reply in support of a Daubert motion relating to class certification experts.