# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DENTAL SUPPLIES ANTITRUST LITIGATION | Civil Action No. 16-cv-696 (BMC)(GRB) <br><br> ALL CASES <br><br> [PROPOSED] SCHEDULING ORDER |

AND NOW, having reviewed the Unopposed First Request for a Schedule Extension filed in this Court by the Class Plaintiffs in the above-captioned action:

1. The following amended deadlines in the above-captioned action are hereby so ordered:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Deadline for Fact Discovery | 5/12/2017 | 6/26/2017 |
| Plaintiffs' Class and Merits Expert Reports | 6/16/2017 | 9/14/2017 |
| Defendants' Class and Merits Expert Reports | 8/15/2017 | 11/13/2017 |
| Plaintiffs' Class and Merits Rebuttal Reports | 10/13/2017 | 1/11/2018 |
| Plaintiffs' Initial Class Certification Brief | 11/10/2017 | 2/8/2018 |
| Defendants' Opposition to Plaintiffs' Class Certification Brief; Defendants Class *Daubert* Motion(s)/Brief(s); and Plaintiffs' Class *Daubert* Motion/Brief | 12/22/2017 | 3/22/2018 |
| Defendants' Opposition(s) to Plaintiffs' Class *Daubert* | 2/2/2018 | 5/3/2018 |

| | | |
|---|---|---|
| Motion/Brief; Plaintiffs' Opposition(s) to Defendants' Class *Daubert* Motion(s)/Brief(s) | | |
| Plaintiffs' Class Certification Reply Brief | 2/9/2018 | 5/10/2018 |
| Defendants' Class *Daubert* Reply Brief(s); and Plaintiffs' Class *Daubert* Reply Brief | 3/5/2018 | 6/4/2018 |

2. There is no change in the following provisions set forth in Case Management Order No. 3, ECF No. 94, dated July 14, 2016: (A) summary judgment motions will be due 30 days after the Court decides the class certification motion, opposition briefs will be filed 30 days thereafter, and reply briefs will be due 21 days after opposition briefs are filed, and (B) any *Daubert* motions pertaining to the summary judgment motions will be filed on the same dates as the summary judgment briefing.

Approved and so-ordered:

Dated: April 10, 2017

_____
The Honorable Brian M. Cogan
United States District Judge