## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sia Henry, et al.
                      Plaintiff,

v.                                       Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 17, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic status hearing set for 2/22/2022 at 8:45 AM is advanced to 8:30 AM and is converted to a video status hearing. The Court will send out the video conference invitation a few days in advance of the hearing. The attorney for plaintiffs who signed the complaint is directed to provide Judge Kennelly's courtroom deputy clerk with e−mail addresses for no more than 4 attorneys for plaintiffs by no later than 10:00 AM CST on 2/18/2022 so that the clerk may forward those attorneys the video invitation. Counsel for the first−named defendant Brown University is directed to provide Judge Kennelly's courtroom deputy clerk with e−mail addresses for 1 attorney for each named defendant by no later than 10:00 AM CST on 2/18/2022 so that the clerk may forward those attorneys the video invitation. The attorneys who receive the video invitation may forward it to other counsel of record in the case. For the video hearing only attorneys who will be speaking on behalf of their clients (no more than 4 for plaintiffs and no more than 1 for each named defendant) may participate in the hearing with their video cameras on. Other attorneys may of course view the hearing but are to have their video cameras turned off. The Court reserves the right to modify this during the video hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.