UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br>                 Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br>                 Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**CORPORATE AND AFFILIATE DISCLOSURE STATEMENT OF DEFENDANT
JOHNS HOPKINS UNIVERSITY PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2**

      Defendant Johns Hopkins University, by its undersigned attorneys, makes the following corporate and affiliate disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Defendant Johns Hopkins University has no parent corporation. Further, there are no entities or individuals (including but not limited to publicly held corporations) that own 5% or more of Johns Hopkins University.

Dated: February 17, 2022                    Respectfully submitted,

By: */s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
Ropes & Gray LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: (312) 845-1200
Fax: (312) 845-5500
jeffrey.bushofsky@ropesgray.com

Chong S. Park *(pro hac vice admission pending)*
Samer M. Musallam *(pro hac vice admission pending)*
2099 Pennsylvania Avenue, NW
Washington, DC  20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2022, I filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

Dated: February 17, 2022

*/s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
Ropes & Gray LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: (312) 845-1200
Fax: (312) 845-5500
jeffrey.bushofsky@ropesgray.com

*Counsel for Defendant Johns Hopkins University*