**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Henry, et al., v. Brown University, et al.

Case Number: 1:22-CV-00125

An appearance is hereby filed by the undersigned as attorney for:
Johns Hopkins University

Attorney name (type or print): Samer M. Musallam

Firm: Ropes & Gray LLP

Street address: 2099 Pennsylvania Avenue, N.W.

City/State/Zip: Washington, DC 20006-6807

Bar ID Number: 986077
(See item 3 in instructions)

Telephone Number: 202 508 4850

Email Address: Samer.Musallam@ropesgray.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/22/2022

Attorney signature: S/ Samer M. Musallam
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015