## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sia Henry, et al.

                          Plaintiff,

v.                                            Case No.: 1:22−cv−00125
                                               Honorable Matthew F. Kennelly

Brown University, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held by video on 2/22/2022. Discovery is stayed pending the filing of a motion to dismiss, except for Rule 26(a)(1) disclosures. Rule 26(a)(1) disclosures are to be made by 4/15/2022. The motion to stay is entered and continued to the next status hearing. A status report regarding the motion to dismiss is due 3/15/2022. The motion to dismiss is to be filed by 4/15/2022. A telephonic status hearing is set for 4/20/2022 at 8:30 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.