**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: SIA HENRY, et al., v. BROWN UNIVERSITY, et al.    Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Massachusetts Institute of Technology

Attorney name (type or print): Rami Fakhouri

Firm: Goldman Ismail Tomaselli Brennan & Baum LLP

Street address: 200 South Wacker Dr., 22nd Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6303267    Telephone Number: 312-881-5964
(See item 3 in instructions)

Email Address: rfakhouri@goldmanismail.com

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?         ☑ Yes   ☐ No

Are you a member of the court's trial bar?            ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/03/2022

Attorney signature:  S/ Rami Fakhouri
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015