# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Sia Henry, et al.

                Plaintiff,

v.                                                                        Case No.: 1:22−cv−00125
                                                                       Honorable Matthew F. Kennelly

Brown University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 19, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: As proposed in the parties' joint status report, defendants' opening briefs on the motions to dismiss may be up to 45 pages in the aggregate and are due 4/10/2022 as previously ordered; plaintiff's response brief may be up to 45 pages and are due 6/10/2022; and defendants' reply briefs may be up to 22.5 pages in the aggregate and are due 7/15/2022. The case remains set for a telephonic status hearing on 4/20/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.