UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br>     Defendants. | Case No.: 1:22-cv-00125<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Gabriel A. Fuentes |

## NON-MEMBER DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Brown University ("Brown"), Emory University ("Emory"), the University of Chicago ("Chicago"), and the Johns Hopkins University ("Johns Hopkins") respectfully join Defendants' joint motion to dismiss (filed concurrently) and separately move this Court for an order dismissing Plaintiffs' Amended Complaint against them based on their individualized defenses that they were not members of the alleged agreement during the relevant time period.

Specifically, Plaintiffs do not allege any facts that plausibly support any claim that Brown, Emory, or Chicago were members of the 568 Group at any time within four years of the filing of the complaint. Instead, Plaintiffs effectively concede that Brown, Emory, and Chicago withdrew from the 568 Group in 2012 or 2014. And Plaintiffs concede that Johns Hopkins joined the 568 Group in 2021—only after each Plaintiff was allegedly injured. Consequently, and as set forth in greater detail in the accompanying Memorandum of Law, the Court should dismiss Plaintiffs' Amended Complaint with prejudice as to Brown, Emory, Chicago, and Johns Hopkins.

**WHEREFORE**, Defendants Brown, Emory, Chicago, and Johns Hopkins respectfully request that the Court grant their motion and enter an order dismissing Plaintiffs' Amended Complaint as to these Defendants with prejudice, and award any further relief that the Court deems appropriate.

Dated: April 15, 2022

Respectfully submitted,

By: /s/ *James L. Cooper*
James L. Cooper (admitted pro hac vice)
Michael Rubin (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

Leah Harrell (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
leah.harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant the University of Chicago*


By: */s/ with consent of Kenneth Kliebard*
Kenneth Kliebard
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Suite 2800
Chicago, IL 60606-1511
Tel: 312-324-1000
kenneth.kliebard@morganlewis.com

Jon R. Roellke (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202-739-5754
jon.roellke@morganlewis.com

Sujal Shah (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: 415-442-1386
sujal.shah@morganlewis.com

Noah J. Kaufman (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel: 617-341-7590
noah.kaufman@morganlewis.com

*Counsel for Defendant Brown University*


By: */s/ with consent of Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive

Suite 3500
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman
Hashim M. Mooppan
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com
hmmooppan@jonesday.com
cthatch@jonesday.com

*Counsel for Defendant Emory University*


By: */s/ with consent of Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park (admitted *pro hac vice*)
Samer M. Musallam (admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

## **CERTIFICATE OF SERVICE**

      I certify that on April 15, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Dated:  April 15, 2022                                   */s/ James L. Cooper*
                                                                      James L. Cooper (admitted pro hac vice)

                                                                      *Counsel for Defendant the University of Chicago*