# EXHIBIT A
## (568 Presidents Group Member Institutions)

**Feb. 19, 2012**



https://web.archive.org/web/20120219092620/http://568group.org/membership/index.html

**Feb. 7, 2013**



https://web.archive.org/web/20130207011720/http://568group.org:80/membership/index.html

**May 26, 2013**



https://web.archive.org/web/20130526010642/http://568group.org/membership/index.html

**Aug. 22, 2013**



https://web.archive.org/web/20130822060538/http://568group.org/membership/index.html

**Oct. 10, 2014**



https://web.archive.org/web/20141010074647/http://568group.org/membership/index.html

**Mar. 14, 2018**



https://web.archive.org/web/20180314012138/http://www.568group.org:80/home/?q=node/24

**Oct. 10, 2019**



https://web.archive.org/web/20191010042108/http://www.568group.org:80/home/?q=node/24

**Feb. 7, 2020**



https://web.archive.org/web/20200207171423/http://www.568group.org:80/home/?q=node/24

**May 7, 2020**



https://web.archive.org/web/20200507222525/http://www.568group.org/home/?q=node/24

**July 21, 2021**



https://web.archive.org/web/20210721200614/http://www.568group.org/home/?q=node/24

**Jan. 10, 2022**



https://web.archive.org/web/20220110182113/http://www.568group.org/home/?q=node/24

**Apr. 15, 2022**



http://www.568group.org/home/?q=node/24