UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br>  v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br>      Defendants. | Case No.: 1:22-cv-00125<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Gabriel A. Fuentes |

## **DECLARATION**

Leah J. Harrell declares the following pursuant to 28 U.S.C. § 1746:

  1.  I have been admitted *pro hac vice* to practice before this Court, am a member in good standing of the Bar of the State of New York, and am an attorney at the law firm of Arnold & Porter Kaye Scholer LLP. I submit this declaration based on my personal knowledge and in support of the Non-Member Defendants' Motion to Dismiss.

  2.  With the exception of the screenshot dated April 15, 2022, which is described in Paragraph 3 below, each screenshot in Exhibit A reflects a true and correct copy of the 568

Presidents Group's Member Institutions list published on the 568 Presidents Group's website, as archived by the internet's website archive—known as the Wayback Machine—on the date shown above each screenshot in Exhibit A.

3. The screenshot dated April 15, 2022 is a true and correct copy of the 568 Presidents Group's Member Institutions list published on the 568 Presidents Group's website as of April 15, 2022.

4. Each screenshot in Exhibit A reflects, as of April 15, 2022, a true and correct copy of the website identified by the URL set forth below the screenshot in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022 in Weehawken, New Jersey

*Leah J. Harrell*
Leah J. Harrell