# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Frank Carbone, et al
v. Brown University,
et al

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Duke University

Attorney name (type or print): Christopher D. Dusseault

Firm: Gibson Dunn & Crutcher LLP

Street address: 333 South Grand Avenue

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: 177557
(See item 3 in instructions)

Telephone Number: (213) 229-7000

Email Address: CDusseault@gibsondunn.com

Are you acting as lead counsel in this case? [X] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [X] No

Are you a member of the court's trial bar? [ ] Yes [X] No

If this case reaches trial, will you act as the trial attorney? [X] Yes [ ] No

If this is a criminal case, check your status. [ ] Retained Counsel

[ ] Appointed Counsel
If appointed counsel, are you

[ ] Federal Defender

[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    April 18, 2022

Attorney signature:    S/ Christopher D. Dusseault
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015