**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Frank Carbone, et al. v. Brown University, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Duke University

Attorney name (type or print): Rachel S. Brass

Firm: Gibson Dunn & Crutcher LLP

Street address: 333 South Grand Avenue

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: 219301
(See item 3 in instructions)

Telephone Number: (213) 229-7000

Email Address: RBrass@gibsondunn.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 18, 2022

Attorney signature: S/ Rachel S. Brass
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015