# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Frank Carbone, et al. v. Brown University, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Duke University

Attorney name (type or print): Jacqueline Sesia

Firm: Gibson Dunn & Crutcher LLP

Street address: 333 South Grand Avenue

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: 322362
(See item 3 in instructions)

Telephone Number: (213)229-7000

Email Address: JSesia@gibsondunn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you acting as local counsel in this case? | | X |
| Are you a member of the court's trial bar? | | X |
| If this case reaches trial, will you act as the trial attorney? | X | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel

If appointed counsel, are you
- [ ] Federal Defender
- [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 18, 2022

Attorney signature: S/ Jacqueline Sesia
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015