**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Sia Henry, et al.

                            Plaintiff,

v.                                                    Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                            Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

     MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 4/20/2022. Discovery is stayed pending ruling on the motion to dismiss. Oral argument on the motion to dismiss is set for an in person hearing on 8/2/2022 at 11:00 a.m. A separate order will be entered a few days in advance of the hearing which shall state the Courtroom number the hearing will be held in. The Court advises that counsel who cannot attend the 8/2/2022 ruling hearing but wish to listen may do so via telephone by calling 888−684−8852; participant code: 746−1053. Callers may begin joining the conference call at 10:55 a.m. The Court will join in from the courtroom at approximately 11:00 a.m. No person listening in by telephone will be permitted to speak; the call−in option is for listening only. An in−person appearance will be required for any attorney or other person who wishes to be heard. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.