

# United States District Court
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Matthew David Heins

Firm   Williams & Connolly LLP

Street Address   680 Maine Avenue SW

City/State/Zip Code   Washington, D.C. 20024

Phone Number   (202) 434-5073

Email address   mheins@wc.com

ARDC (Illinois State Bar members, only)   6320767

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-00125 | Henry v. Brown University | Hon. Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/Matthew D. Heins                           4/29/2022
_____     _____
Signature of Attorney                          Date

Rev. 01272016