

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Alexander J. Kasner

Firm   Cooley LLP

Street Address   1299 Pennsylvania Avenue NW, Suite 700

City/State/Zip Code   Washington, DC 20004

Phone Number   (202) 776-2266

Email address   akasner@cooley.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

Alex Kasner

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-00125 | Henry v. Brown University | Hon. Matthew Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s Alexander J. Kasner   April 29, 2022
Signature of Attorney   Date

Rev. 01272016