

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Matthew L. Kutcher

Firm   Cooley LLP

Street Address   110 North Wacker Drive, Suite 4200

City/State/Zip Code   Chicago, IL 60606

Phone Number   (312) 881-6645

Email address   mkutcher@cooley.com

ARDC (Illinois State Bar members, only)   6275320

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-06785 | In Re: Local TV Advertising | Judge Virginia M. Kendall |
| 1:21-cv-03640 | Busic v. Orphazyme A/S et al | Judge Gary Feinerman |
| 1:22-cv-00125 | Henry et al v. Brown University | Matthew F. Kennelly |
| 1:21-cv-06637 | Colwell v. Exicure Inc., et al. | Judge John F. Kness |
| 1:22-cv-01217 | Sim v. Giljohann, et al. | Judge Manish S. Shah |
|  |  |  |

Matthew L. Kutcher                                         4/29/2022
_____           _____
Signature of Attorney                                       Date

Rev. 01272016