UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY *et al*, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>          Defendants. | Case No. 1:22:cv-00125 |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS**

      All Plaintiffs file this unopposed motion respectfully requesting an additional five (5) pages for their brief in opposition to Defendants' motions to dismiss. This motion is unopposed by Defendants subject to Defendants receiving the same number of additional pages in reply in support of their motions to dismiss as the Court may give Plaintiffs for their brief in opposition. In support thereof, Plaintiffs state as follows:

1

1.	On January 9, 2022, Plaintiffs filed their Class Action Complaint (ECF 1), alleging an unlawful conspiracy among 17 universities to reduce the amount of financial aid they provide to admitted students in violation of the antitrust laws. On February 15, 2022, Plaintiffs filed an Amended Class Action Complaint. (ECF 106).

2.	On March 15, 2022, the parties submitted a Joint Status Report (ECF 132), proposing the following page limits for briefing Defendants' motions to dismiss: 45 pages for opening briefs (across no more than four briefs); 45 pages for Plaintiffs' opposition brief; and 22.5 pages for Defendants' reply briefs (across no more than four briefs). This Court adopted the parties' proposals in a March 21, 2022 Minute Entry. (ECF 139).

3.	Defendants filed their Motions to Dismiss on April 15, 2022. (ECF 145, 146, 147, 148). Plaintiffs' opposition is due June 10, 2022.

4.	Due to the complexity and number of issues raised by 17 Defendants across three briefs, Plaintiffs request an additional five pages for their opposition brief, for a total of 50 pages.

5.	Counsel for Plaintiffs and Defendants have conferred, and Defendants do not oppose Plaintiffs' request subject to their request to receive the same number of additional pages in reply as the Court may give Plaintiffs for their opposition.

WHEREFORE, Plaintiffs respectfully request an additional five pages for their opposition brief to Defendants' Motions to Dismiss and an additional five pages for Defendants' reply, and such other and further relief as this Court deems appropriate.

DATE: May 25, 2022

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th floor
Chicago, IL 60606

/s/ Edward Normand
Kyle W. Roche
Edward Normand
Eric Rosen
Peter Bach-y-Rita
ROCHE FREEDMAN LLP

Tel: 312-741-1019
beth@feganscott.com

Eric L. Cramer
Caitlin Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Robert E. Litan
Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net

Robert D. Gilbert
Elpidio Villarreal
GILBERT LITIGATORS &
COUNSELORS, P.C.
11 Broadway, Suite 615
New York, NY 10004
Tel: 646-448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com

99 Park Avenue, 19th Floor
New York, NY 10016
Tel: 646-350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
erosen@rochefreedman.com
pbachyrita@rochefreedman.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Elizabeth A. Fegan, hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

May 25, 2022

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
