# EXHIBIT F

EXHIBIT F

TABLE 1

|  | 2021 Unrestricted Endowment | Additional 2% Unrestricted Endowment Spending | Total Number of Aided Undergraduates 2020-2021 | Avg. Need-Based Grant Per Student 2020-2021 | Est. Avg. Net Price for Aided Students 2020-2021[1] | Additional Money Per Aided Student Per Year |
|---|---|---|---|---|---|---|
| **Brown** | $960,328,000 | $19,206,560 | 2,941 | $53,276 | $27,172 | $6,531 |
| **CalTech** | $848,658,000 | $80,831,320 | 459 | $49,806 | $28,611 | $36,979 |
| **Columbia*** | $4,449,457,000 | $8,898,140 | 4,953 | $55,773 | $24,566 | $17,967 |
| **Cornell** | $1,726,967,000 | $34,539,340 | 7,093 | $46,817 | $31,135 | $4,869 |
| **Dartmouth** | $1,912,300,000 | $38,246,000 | 2,159 | $49,912 | $29,613 | $17,715 |
| **Duke** | $3,790,836,000 | $75,816,720 | 2,732 | $53,409 | $25,008 | $27,751 |
| **Emory** | $2,357,212,000 | $47,144,240 | 3,307 | $44,450 | $33,967 | $14,256 |
| **Georgetown** | $612,360,000 | $12,247,200 | 2,726 | $37,485 | $40,932 | $4,493 |
| **JHU*** | $1,326,013,000 | $26,520,260 | 3,338 | $48,179 | $30,238 | $7,945 |
| **MIT** | $8,028,079,000 | $160,561,580 | 2,753 | $53,078 | $25,339 | $58,322 |
| **Northwestern** | $5,562,129,000 | $111,242,580 | 3,746 | $52,620 | $25,797 | $29,696 |
| **Rice** | $3,470,760,000 | $69,415,200 | 1,805 | $49,344 | $29,073 | $38,457 |
| **Chicago*** | $2,709,296,000 | $54,185,920 | 2,653 | $55,489 | $22,928 | $20,424 |
| **Notre Dame** | $7,345,695,000 | $146,913,900 | 4,243 | $45,565 | $32,852 | $34,625 |
| **Penn** | $10,337,266,000 | $206,745,320 | 4,392 | $54,253 | $25,382 | $47,073 |

[1] The Estimated Average Net Price for Aided Students was calculated by subtracting the average need-based grant award from the estimated cost of attendance ("COA") for 2020-2021. For Ivy League schools, the precise COA was used. For all others, an imputed COA of $78,417 (the average COA for all Ivy League schools) was used. *See* Christy Rakoczy, *How Much Does an Ivy League Education Cost*, THE BALANCE (Updated Apr. 5, 2022), https://www.thebalance.com/can-you-afford-an-ivy-league-education-for-your-child-795012.

* Because these schools do not participate in the Common Data Set initiative, Plaintiffs calculated the approximate number of aided undergraduates for JHU, Chicago, and Vanderbilt using data from the latest *U.S. News and World Report* rankings, which draws from 2019 data submitted to the National Center for Education Statistics. Columbia's number of aided students was estimated from data published on Columbia's website.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vanderbilt*** | $6,569,806,000 | $131,396,120 | 3,247 | $53,944 | $24,473 | $40,467 |
| **Yale** | $7,048,097,000 | $140,961,940 | 3,204 | $59,150 | $18,600 | $43,996 |

## Sources

**Brown University**: https://investment.brown.edu/sites/g/files/dprerj681/files/Reports/INV_Endowment%20Report%20FY21_MP-1458-WEB.pdf (2021 endowment); https://oir.brown.edu/sites/default/files/2020-04/CDS_2020_2021_Final2_0.pdf (2020-2021 enrollment and financial aid data).

**California Institute of Technology**: https://finance.caltech.edu/documents/20745/FS_20_21.pdf (2021 endowment); https://finance.caltech.edu/documents/18064/cds_2021.pdf (2020-2021 enrollment and financial aid data).

**Columbia University**: https://www.columbia.edu/content/financial-overview (2021 endowment); https://opir.columbia.edu/sites/default/files/content/Statistical%20Abstract/opir_enrollment_history.pdf (2020 enrollment by school); https://cc-seas.financialaid.columbia.edu/ask/faq/question/4609 (approximate percentage of aided CC and SEAS students); https://www.gs.columbia.edu/content/applying-undergraduate-financial-aid (approximate percentage of aided GS students); https://cc-seas.financialaid.columbia.edu/eligibility/facts (annual financial aid spending); https://nces.ed.gov/ipeds/datacenter/institutionprofile.aspx?unitId=190150&goToReportId=6 (average need-based grant aid per student).

**Cornell University**: https://www.dfa.cornell.edu/sites/default/files/cornell-financial-report-FY2021.pdf (2021 endowment); http://irp.dpb.cornell.edu/wp-content/uploads/2021/06/CDS_2020-2021_FINAL.pdf (2020-2021 enrollment and financial aid data).

**Dartmouth College**: https://www.dartmouth.edu/finance/documents/financial_management_tab_documents/endowment_report_2004.pdf (2021 endowment); https://www.dartmouth.edu/oir/pdfs/cds_2020-2021.pdf (2020-2021 enrollment and financial aid data).

**Duke University**: https://resources.finance.duke.edu/resources/docs/financial_reports2020-21.pdf (2021 endowment); https://finance.provost.duke.edu/sites/default/files/u21/CDS_2020-2021.pdf (2020-2021 enrollment and financial aid data).

**Emory University**: https://finance.emory.edu/home/_includes/documents/sections/accounting/audits/fy2021.pdf (2021 endowment); https://provost.emory.edu/planning-administration/_includes/documents/sections/about/Emory-Common-Data-Set-2020-2021.pdf (2020-2021 enrollment and financial aid data).

**Georgetown University**: https://georgetown.app.box.com/s/pki3gpz4t63ojsl7zuvannbc1hf4cr0c (2021 endowment); https://georgetown.app.box.com/s/32o25lslrx69q6n4n12egrd5yudswpl7 (2020-2021 enrollment and financial aid data).

**Johns Hopkins University**: https://finance.jhu.edu/reports_guides/financial_reports/AnnualReport2021.pdf (2021 endowment); https://www.usnews.com/best-colleges/jhu-2077/paying (2019 enrollment and financial aid data).

**Massachusetts Institute of Technology**: https://vpf.mit.edu/sites/default/files/downloads/TreasurersReport/MITTreasurersReport2021.pdf (2021 endowment); https://ir.mit.edu/cds-2021 (2020-2021 enrollment and financial aid data).

**Northwestern University**: https://www.northwestern.edu/investment/growth-of-the-fund.html (2021 endowment); https://enrollment.northwestern.edu/pdf/common-data/2020-21.pdf (2020-2021 enrollment and financial aid data).

**Rice University**: https://president.rice.edu/sites/g/files/bxs4426/files/inline-files/William%20Marsh%20Rice%20University%20-%20Consolidated%202021%20FS%20Final%20-%20Signed%2010.29%20%281%29.pdf (2021 endowment); https://rice.app.box.com/embed/s/0509q3am8lszpooggvfga7xspo1s5v4r?sortColumn=date&view=list (2020-2021 enrollment and financial aid data).

**University of Chicago**: https://finserv.uchicago.edu/sites/finserv.uchicago.edu/files/uploads/2021%20The%20University%20of%20Chicago%20Consolidated%20Financial%20Statements.pdf (2021 endowment); https://www.usnews.com/best-colleges/university-of-chicago-1774 (2019 enrollment and financial aid data).

**University of Notre Dame**: https://controller.nd.edu/assets/457911/2021_annual_report.pdf (2021 endowment); https://www3.nd.edu/~instres/CDS/2020-2021/CDS_2020-2021.pdf (2020-2021 enrollment and financial aid data).

**University of Pennsylvania**: https://investments.upenn.edu/sites/default/files/downloads/FY21%20Consolidated%20University%20Annual%20Report.pdf (2021 endowment); https://ira.upenn.edu/sites/default/files/UPenn-Common-Data-Set-2020-21.pdf (2020-2021 enrollment and financial aid data).

**Vanderbilt University**: https://finance.vanderbilt.edu/accounting/documents/2021_VU_Financial_Report.pdf (2021 endowment); https://www.usnews.com/best-colleges/vanderbilt-3535 (2019 enrollment and financial aid data).

**Yale University**: https://your.yale.edu/sites/default/files/2020-2021-yale-university-annual-financial-report.pdf (2021 endowment); https://oir.yale.edu/sites/default/files/cds_2020-2021_yale_vf_030521.pdf (2020-2021 enrollment and financial aid data).