# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                      Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly<br>Magistrate Gabriel A. Fuentes<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ROBERT E. LITAN REGARDING TWO MINOR CORRECTIONS TO EXHIBIT F FILED WITH PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Robert E. Litan, declare as follows:

1. I am a Shareholder of Berger Montague PC. I represent Plaintiffs in the above-entitled action.

2. On June 10, 2022, I submitted a Declaration attached to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss ("Plaintiffs' Memorandum") in the above-captioned matter. Attached to that Declaration was an Exhibit F containing a table showing if Defendants increased their annual spending rate from their unrestricted endowments from the current 4.5 percent annually to 6.5 percent, then 9 of the 17 Defendants need not charge anything at all to their current students on financial aid, while the net price at the 8 others would fall by an average of almost $12,000 annually.

3. On June 12, 2022, I noticed there were two minor transcription errors in the numbers reported in the second column for CalTech and Columbia. The attached Corrected Exhibit F contains the correct numbers in that column. Neither of these corrections affect the data and calculations reported in the other columns for these universities in the original table, nor the implications of those calculations set forth in Plaintiffs' Memorandum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2022.

/s/ Robert E. Litan