UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>       Defendants. | Case No. 1:22-cv-00125<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Gabriel A. Fuentes |

**DEFENDANTS' RESPONSE TO THE UNITED STATES' MOTION FOR LEAVE TO SUBMIT A STATEMENT OF INTEREST AND MOTION FOR ADDITIONAL PAGES**

   Defendants do not oppose the United States' motion for leave to submit a statement of interest (ECF No. 167) and defer to the Court on whether it would find the United States' views on these questions to be useful at this stage. If the United States' motion is granted, Defendants respectfully request an additional three (3) pages for their reply briefs in support of their motion to dismiss so that Defendants can appropriately address the United States' arguments. In support thereof, Defendants state as follows:

1. On March 15, 2022, the parties submitted a Joint Status Report (ECF 132), proposing the following page limits for briefing Defendants' motions to dismiss: 45 pages for opening briefs, to be filed on April 15, 2022; 45 pages for Plaintiffs' opposition brief, to be filed on June 10, 2022; and 22.5 pages for Defendants' reply briefs, to be filed on July 15, 2022. This Court adopted the parties' proposals in a March 21, 2022, Minute Entry. (ECF 139).

2. Defendants filed their motions to dismiss and opening briefs on April 15, 2022. (ECF 145, 146, 147, 148).

3. Plaintiffs requested an additional five pages for their opposition and a commensurate additional five pages for Defendants' reply briefs on May 25, 2022 (ECF 162), which this Court granted (ECF No. 163).

4. Plaintiffs filed their opposition on June 10, 2022 (ECF No. 164).

5. Three months after Defendants filed their opening brief, and one week before Defendants' reply briefs were due, the United States moved to submit a statement of interest in this case pursuant to 28 U.S.C. § 517 on July 7, 2022 (ECF No. 167). That proposed statement of interest is just under 17 pages long. The proposed statement of interest makes new arguments on the issues in dispute in the case.

6. Counsel for Plaintiffs and Defendants have conferred, and Plaintiffs do not oppose Defendants' request.

WHEREFORE, Defendants respectfully request an additional three pages for their reply briefs, bringing the aggregate length of all Defendants' reply briefs to 30.5 pages.

Respectfully submitted,                      Date: July 7, 2022

By: */s Kenneth Kliebard*
Kenneth Kliebard
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Suite 2800
Chicago, IL 60606-1511
Tel: 312-324-1000
kenneth.kliebard@morganlewis.com

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202-739-5754
jon.roellke@morganlewis.com

Sujal Shah
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: 415-442-1386
sujal.shah@morganlewis.com

Noah J. Kaufman
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel: 617-341-7590
noah.kaufman@morganlewis.com

*Counsel for Defendant Brown University*

By: */s Deepti Bansal*
Deepti Bansal
Alex Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Tel: 202-728-7027
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher
COOLEY LLP
110 North Wacker Drive
Suite 4200
Chicago, IL 60606
Tel: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By: */s James L. Cooper*
James L. Cooper
Michael Rubin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By: */s Patrick Fitzgerald*
Patrick Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*

By: */s Norm Armstrong*
Norm Armstrong
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-737-0500
narmstrong@kslaw.com
cyook@kslaw.com

Emily T. Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2100
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: 312-995-6333
zfardon@kslaw.com

*Counsel for Defendant Cornell University and William Marsh Rice University*

By: */s Terri L. Mascherin*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

By: */s Derek Ludwin*
Derek Ludwin
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-6000
dludwin@cov.com

Christopher D. Dusseault
Rachel S. Brass
Jacqueline Sesia
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213-229-7000
cdusseault@gibsondunn.com
rbrass@gibsondunn.com
jsesia@gibsondunn.com

Casey T. Grabenstein
SAUL EWING ARNSTEIN & LEHR
161 North Clark, Suite 4200
Chicago, IL 60601
Charlotte, NC 28202
Tel.: 312-876-7100
casey.grabenstein@saul.com

*Counsel for Defendant Duke University*

By: */s Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
110 N. Wacker Dr.
Suite 4800
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman
Hashim M. Mooppan
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com
hmmooppan@jonesday.com
cthatch@jonesday.com

*Counsel for Defendant Emory University*

By: */s Britt M. Miller*
Britt M. Miller
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-782-0600
bmiller@mayerbrown.com
jglickstein@mayerbrown.com

Stephen M. Medlock
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Tel: 202-263-3000
smedlock@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

| | |
|---|---|
| By: */s Eric Mahr*<br>Eric Mahr<br>Jan Rybnicek<br>Daphne Lin<br>FRESHFIELDS BRUCKHAUS DERINGER<br>700 13th Street, NW<br>Washington, DC 20005<br>Tel: 202-777-4500<br>eric.mahr@freshfields.com<br>jan.rybnicek@freshfields.com<br>daphne.lin@freshfields.com<br><br>Rami Fakhouri<br>Jennifer L. Greenblatt<br>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL 60604<br>Tel: (312) 681-6000<br>rfakhouri@goldmanismail.com<br>jgreenblatt@goldmanismail.com<br><br>*Counsel for Massachusetts Institute of Technology*<br><br>By: */s Scott D. Stein*<br>Scott D. Stein<br>Benjamin R. Brunner<br>Kelsey Annu-Essuman<br>SIDLEY AUSTIN LLP<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Tel.: 312-853-7000<br>sstein@sidley.com<br>bbrunner@sidley.com<br>kannuessuman@sidley.com<br><br>*Counsel for Northwestern University* | By: */s Robert A. Van Kirk*<br>Robert A. Van Kirk<br>Jonathan Pitt<br>Sarah F. Kirkpatrick<br>Matthew D. Heins<br>WILLIAMS& CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, D.C. 20024<br>Tel: 202-434-500<br>rvankirk@wc.com<br>jpitt@wc.com<br>skirkpatrick@wc.com<br>mheins@wc.com<br><br>James Peter Fieweger<br>MICHAEL BEST & FRIEDRICH LLP<br>444 West Lake Street<br>Suite 3200<br>Chicago, IL 60606<br>Tel.: 312-222-0800<br>jpfieweger@michaelbest.com<br><br>*Counsel for University of Notre Dame du Lac*<br><br>By: */s Seth Waxman*<br>Seth Waxman<br>WILMER CUTLER PICKERING HALE AND<br>    DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: 202-663-6800<br>seth.waxman@wilmerhale.com<br><br>David Gringer<br>Alan Schoenfeld<br>WILMER CUTLER PICKERING HALE AND<br>    DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: 212-937-7294<br>david.gringer@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com |

Edward W. Feldman
Daniel Martin Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for The Trustees of the University of Pennsylvania*

By: */s J. Mark Gidley*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Vanderbilt University*

By: */s/ Charles A. Loughlin*
Charles A. Loughlin
Benjamin F. Holt
Jamie Lee
Molly Pallman
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
jamie.lee@hoganlovells.com
molly.pallman@hoganlovells.com

Stephen Novack (ARDC #2067587)
Stephen J. Siegel (ARDC #6209054)
Serena G. Rabie (ARDC #6336601)
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL 60606-1501
Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Yale University*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2022, I electronically filed the foregoing response using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                */s/ Seth Waxman*
                Seth Waxman