**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Sia Henry, et al.

                              Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2022:

     MINUTE entry before the Honorable Matthew F. Kennelly: The motion by the United States for leave to file a statement of interest [167] is unopposed and is granted. Defendants are given an extra 3 pages for their reply briefs, as they request. The case is set for a telephonic status hearing on 7/25/2022 at 8:55 AM to briefly discuss the logistics for oral argument set for 8/2/2022 (amount of time, who will be arguing, etc.). The following call−in number will be used: 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.