## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Henry et al v. Brown University et al    Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
New York State

Attorney name (type or print): Tal Matar Elmatad

Firm: New York State Office of the Attorney General

Street address: 28 Liberty Street

City/State/Zip: New York, NY 10005

Bar ID Number: NY: 5583398    Telephone Number: 212-416-6318
(See item 3 in instructions)

Email Address: tal.elmatad@ag.ny.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/8/2022

Attorney signature: S/ Tal Matar Elmatad
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015