UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>   Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly<br>Magistrate Gabriel A. Fuentes |

**MOTION FOR LEAVE TO FILE LETTER SUPPORTING
THE STATEMENT OF INTEREST OF THE UNITED STATES**

  The State of New York, through the New York Office of the Attorney General, respectfully requests that the Court grant this motion seeking leave to submit a letter in support of the United States' Statement of Interest. ECF No. 167, Ex. A. Please find the letter attached to this motion as Exhibit A. New York has a strong interest in the proper application of the

1

antitrust laws, and the specific issues raised in the pending Motions to Dismiss and Opposition in the captioned matter. ECF Nos. 145, 146, 148, 164. NYOAG contacted counsel for plaintiffs and defendants inquiring whether the parties took a position on NYOAG filing a letter. Counsel for plaintiffs did not oppose the filing of a letter. Counsel for defendants took no position on the filing of a letter.

Dated: July 8th, 2022

    Respectfully submitted,

    FOR THE STATE OF NEW YORK
    LETITIA JAMES
    Attorney General of the State of New York

    BY: /s/ Tal Matar Elmatad
    Tal Matar Elmatad, Assistant Attorney General

    Elinor R. Hoffmann, Bureau Chief
    Benjamin B. Allen, Assistant Attorney General

    Antitrust Bureau
    New York State Office of the Attorney General
    Antitrust Bureau
    28 Liberty Street
    New York, New York 10005
    Telephone: (212) 416-6318
    tal.elmatad@ag.ny.gov
    elinor.hoffmann@ag.ny.gov
    ben.allen@ag.ny.gov

    *Counsel for the State of New York*

## **CERTIFICATE OF SERVICE**

I certify that on July 8, 2022, I filed a copy of the foregoing document electronically using the court's CM/ECF system, which will generate notice of this filing to all counsel of record.

Dated: July 8th, 2022

/s/ Tal Matar Elmatad
Tal Matar Elmatad
