UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Sia Henry, et al.
                    Plaintiff,

v.                                          Case No.: 1:22−cv−00125
                                            Honorable Matthew F. Kennelly

Brown University, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 15, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly: The motion by the United States for leave to participate in oral argument and the motion by the State of New York to file a statement of interest will be addressed at the telephonic status hearing on 7/25/2022 at 8:55 AM. The parties are advised that if the former motion is granted, any time allotted to the United States for argument will have to come out of the time that the Court would otherwise allot to plaintiffs. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.