## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.                                                Case No.: 1:22−cv−00125
                                                Honorable Matthew F. Kennelly

Brown University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 7/25/2022. Movant State of New York's motion for leave to file [172] is denied without prejudice as to the reasons stated on the record. The government's motion to participate in the 8/2/2022 oral argument hearing [174] is granted as to the extent stated on the record. Each side will have 20 minutes for the 8/2/2022 oral argument. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.