# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21-CV-00196<br><br>(Chief Judge Brann) |

## CASE MANAGEMENT ORDER

### FEBRUARY 7, 2022

Pursuant to the authority granted to this Court under Federal Rule of Civil Procedure 83(b), this Case Management Order shall govern all proceedings in the above-captioned case. No deadlines set by this Order, the Local Rules,[1] or the Federal Rules of Civil Procedure may be altered without this Court's approval, and this Court may modify any deadline *sua sponte*.

### Discovery

1. Fact discovery shall be conducted expeditiously and diligently, and shall be completed by <u>June 9, 2023</u>. All requests for extensions of any discovery deadline shall be made at least fourteen days before the expiration of the discovery period.

2. Deadline to serve expert reports on all issues on which a party as the burden of proof is <u>June 30, 2023</u>.

---

[1] The Local Rules are online at http://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf, and may also be obtained by writing the Clerk of Court, United States Courthouse and Federal Building, Suite 218, 240 West Third Street, Williamsport, Pennsylvania, 17701-6460.

3. Deadline to serve opposing expert reports is <u>August 11, 2023</u>.

4. Deadline to serve rebuttal expert reports is <u>September 25, 2023</u>.

5. Deadline for expert witness depositions is <u>October 23, 2023</u>.

6. If a discovery dispute arises, counsel shall electronically docket a letter apprising the Court of the dispute's general contours. Upon receipt of that letter, the Court may schedule a conference if necessary. No discovery motions may be filed without express permission of the Court.[2]

7. Counsel shall confer within four weeks after the completion of discovery to discuss settlement, and shall notify this Court if they would like the assistance of a United States Magistrate Judge in conducting a formal settlement conference.

8. All requests for extensions of any discovery deadline shall be made at least fourteen days before the expiration of the discovery period.

## Class Certification

9. Motions for Class Certification/Daubert motions and supporting brief is to be filed by <u>November 20, 2023</u>.

10. Oppositions to Motions for Class Certification/Daubert Motions are to be filed by <u>January 8, 2024</u>.

11. Replies in support of Daubert Motions is to be filed by <u>January 29, 2024</u>.

---

[2] *See* Federal Rule of Civil Procedure 16(b)(3)(B)(v).

**Miscellaneous Matters**

12. Motions to seal documents (and the document(s) sought to be sealed) must be mailed to, or filed with, the Clerk's Office in Williamsport. The Court will not accept sealed documents filed in Scranton or Harrisburg.

13. At any time, if the parties wish to utilize the Court-Annexed Mediation Program[3] or any other form of alternative dispute resolution, counsel should electronically docket a letter expressing this interest and request a telephone conference call with the Court.

14. Inquiries about this case may be directed to Janel R. Rhinehart, my Courtroom Deputy, at 570-323-9772.

---

[3] *See* Local Rules 16.8.1-.7.

## Summary of Dates and Deadlines

| | |
|---|---|
| Substantial Completion of Production of Structured Data in Response to Requests for Production served on or before 12/1/2021 | April 6, 2022 |
| Deadline to Begin Rolling Production of Documents in Response to Requests for Production served on or before 12/2/2021[4] | May 2, 2022 |
| Substantial Completion of Document Production in Response to Requests for Production served on or before 12/2/2021 | July 8, 2022 |
| Deadline for Completion of Non-Expert Depositions | April 7, 2023 |
| Close of Fact Discovery[5] | June 9, 2023 |
| Expert reports | June 30, 2023 |
| Opposing expert reports | August 11, 2023 |
| Rebuttal expert reports | September 25, 2023 |
| Expert Witness Depositions | October 23, 2023 |
| Motions for Class Certification/Daubert Motions and supporting briefs | November 20, 2023 |
| Oppositions to Motions for Class Certification/Daubert Motions | January 8, 2024 |
| Replies in Support of Daubert Motions | January 29, 2024 |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] A privilege log must be served within 30 days of any production from which documents are withheld on the basis of privilege or work-product protection.

[5] Interrogatories and Requests for Admission, other than those Requests for Admission regarding the admissibility of evidence (including authenticity and foundation issues), must be served no later than 45 days before this deadline.