# EXHIBIT 7

```
1   WILLIAM A. ISAACSON (Pro Hac Vice)
    (wisaacson@bsfllp.com)
2   STACEY K. GRIGSBY (Pro Hac Vice)
    (sgrigsby@bsfllp.com)
3   NICHOLAS A. WIDNELL (Pro Hac Vice)
    (nwidnell@bsfllp.com)
4   BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave, NW, Washington, DC 20015
5   Telephone: (202) 237-2727; Fax: (202) 237-6131

6   RICHARD J. POCKER #3568
    (rpocker@bsfllp.com)
7   BOIES, SCHILLER & FLEXNER LLP
    300 South Fourth Street, Suite 800, Las Vegas, NV 89101
8   Telephone: (702) 382 7300; Fax: (702) 382 2755

9   DONALD J. CAMPBELL #1216
    (djc@campbellandwilliams.com)
10  J. COLBY WILLIAMS #5549
    (jcw@campbellandwilliams.com)
11  CAMPBELL & WILLIAMS
    700 South 7th Street, Las Vegas, Nevada 89101
12  Telephone: (702) 382-5222; Fax: (702) 382-0540

13  Additional counsel on signature page
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER** |

[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1, the respective parties conducted a discovery planning conference on April 15, 2015. The parties previously submitted a joint proposal to this Court setting the case event dates up through the Class Certification hearing (ECF No. 206 at pp. 34-35). Plaintiffs also proposed dates that set out the timeframe of the briefing of dispositive motions, which this Court accepted and Ordered. (ECF No. 207). Upon invitation from the Court to submit a Proposed Discovery Plan and Scheduling Order, on September 23, the parties submitted competing proposals for the timing for the upcoming case deadlines. ECF Nos. 297-1 and 297-2. On September 27, this Court held a Status Conference and Ordered that the case management deadlines shall be extended by 30 days without prejudice. (ECF No. 304). For the convenience of the parties and the Court, the parties now submit the below Discovery Plan and Scheduling Order in accordance with this Court's Order, adjusted to account for deadlines falling on weekends and deadlines falling on or around holidays.

| | |
|---|---|
| Close of Fact Discovery | May 1, 2017 |
| Plaintiffs' Opening Expert Reports (class and merits) | May 30, 2017 |
| Last Day to Depose Experts Concerning Opening Reports | June 26, 2017 |
| Opposition Expert Reports | July 24, 2017 |
| Last Day to Depose Opposition Experts | August 21, 2017 |
| Reply Expert Reports | September 5, 2017 |
| Daubert Motions | October 2, 2017 |
| Class Certification Motion | October 2, 2017 |
| Daubert Opposition Briefs | November 21, 2017 |
| Class Certification Opposition Brief | November 21, 2017 |
| Daubert Reply Briefs | December 22, 2017 |
| Class Certification Reply Brief | January 16, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | March 26, 2018 |
| Summary Judgment Opposition Briefs | April 25, 2018 |
| Summary Judgment Reply Briefs | May 25, 2018 |

IT IS SO ORDERED.

Date: October 14, 2016

Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

1
DISCOVERY PLAN AND SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated: October 12, 2016 | BOIES, SCHILLER & FLEXNER LLP |

By: /s/ Stacey K. Grigsby
  Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
  sgrigsby@bsfllp.com
  nwidnell@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
  jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate
Fighting Championship and UFC

2
DISCOVERY PLAN AND SCHEDULING ORDER

```
 1  Dated: October 12, 2016                Respectfully Submitted,
 2                                         By: /s/ Michael Dell'Angelo
                                                 Michael Dell'Angelo
 3
 4                                         Eric L. Cramer
                                           Michael Dell'Angelo
 5                                         Patrick F. Madden
                                           BERGER & MONTAGUE, P.C.
 6                                         1622 Locust Street
                                           Philadelphia, PA 19103
 7                                         Telephone: (215) 875-3000
                                           Facsimile: (215) 875-4604
 8                                         ecramer@bm.net
                                           mdellangelo@bm.net
 9                                         pmadden@bm.net
10                                         Joseph R. Saveri
                                           Joshua P. Davis
11                                         Matthew S. Weiler
                                           Kevin E. Rayhill
12                                         JOSEPH SAVERI LAW FIRM, INC.
                                           555 Montgomery Street, Suite 1210
13                                         San Francisco, California 94111
                                           Telephone:   (415) 500-6800
14                                         Facsimile:   (415) 395-9940
                                           jsaveri@saverilawfirm.com
15                                         jdavis@saverilawfirm.com
                                           mweiler@saverilawfirm.com
16                                         krayhill@saverilawfirm.com
17                                         Benjamin D. Brown
                                           Richard A. Koffman
18                                         COHEN MILSTEIN SELLERS & TOLL,
                                           PLLC
19                                         1100 New York Ave., N.W., Suite 500, East
                                           Tower Washington, DC 20005
20                                         Telephone: (202) 408-4600
                                           Facsimile:  (202) 408 4699
21                                         bbrown@cohenmilstein.com
22                                         *Co-Lead Class Counsel and Attorneys for
                                           Individual and Representative Plaintiffs Cung
23                                         Le, Nathan Quarry, Jon Fitch, Luis Javier
                                           Vazquez, Brandon Vera, and Kyle Kingsbury*
24
25
26
27
28
                                                    3
                                    DISCOVERY PLAN AND SCHEDULING ORDER
```

```
 1  Don Springmeyer (Nevada Bar No. 1021)
    Bradley S. Schrager (Nevada Bar No. 10217)
 2  Justin C. Jones (Nevada Bar No. 8519)
    WOLF, RIFKIN, SHAPIRO, SCHULMAN &
    RABKIN, LLP
 3  3556 E. Russell Road, Second Floor
    Las Vegas, Nevada 89120
 4  (702) 341-5200/Fax: (702) 341-5300
    dspringmeyer@wrslawyers.com
 5  bschrager@wrslawyers.com
    jjones@wrslawyers.com
 6
    Robert C. Maysey
 7  Jerome K. Elwell
    WARNER ANGLE HALLAM JACKSON &
 8  FORMANEK PLC
    2555 E. Camelback Road, Suite 800
 9  Phoenix, AZ 85016
    Telephone: (602) 264-7101
10  Facsimile: (602) 234-0419
    rmaysey@warnerangle.com
11  jelwell@warnerangle.com
12
    Eugene A. Spector
13  Jeffrey J. Corrigan
    William G. Caldes
14  SPECTOR ROSEMAN KODROFF & WILLIS,
    P.C.
15  1818 Market Street – Suite 2500
    Philadelphia, PA 19103
16  Telephone: (215) 496-0300
    Facsimile: (215) 496-6611
17  espector@srkw-law.com
    jcorrigan@srkw-law.com
18  bcaldes@srkw-law.com
19
20
21
22
23
24
25
26
27
28
                            4
          DISCOVERY PLAN AND SCHEDULING ORDER
```

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

## ATTESTATION OF FILER

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated: October 12, 2016

By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **Discovery Plan and Scheduling Order** was served on October 12, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Michael Kim

An Employee of Boies, Schiller and Flexner LLP