UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br>       Plaintiffs, <br><br>  v. <br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br>       Defendants. | CASE NO. 1:22-cv-00125 |

**NOTICE OF WITHDRAWAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Edward Normand and Peter Bach-y-Rita, attorneys of record for Plaintiffs.

DATED: September 1, 2022                    Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rochefreedman.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

<u>/s/ Kyle W. Roche</u>
Kyle W. Roche