# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, MICHAEL MAERLANDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | Case No.: 22-cv-00125 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHN HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

## CASE MANAGEMENT ORDER #1

Per the Court's ruling during the September 2, 2022 Status Hearing and its Order dated September 2, 2022, the Court enters the following case Management Order jointly submitted by the parties..

**(1)  Pretrial schedule**

The pretrial schedule for this matter is attached as Appendix 1.

**(2)** **Joint Status Report**

The parties shall file a Joint Status Report on November 7, 2022, in which the parties shall update the Court on (a) the status of discovery, (b) the parties' respective positions on any discovery disputes that have become ripe, and (c) the parties' positions on mediation.

**(3)** **Modifications to the limits on discovery**

A. **Depositions of Non-Expert Witnesses.** The parties will meet-and-confer regarding the number of non-expert witness depositions and submit a proposed order (or competing orders if the parties are unable to reach agreement) on **December 23, 2022**.

B. **Interrogatories.** Plaintiffs may collectively propound no more than 45 written interrogatories, including all discrete subparts, on any defendant. Defendants may collectively propound no more than 45 written interrogatories, including all discrete subparts, on any plaintiff.

C. **Requests for Admission.** Plaintiffs may collectively propound no more than 50 written requests for admission on each defendant. Defendants may collectively propound no more than 50 written requests for admission on each plaintiff.

IT IS SO ORDERED.

Date: September 8, 2022

_____
Hon. Matthew F. Kennelly
United States District Judge

Dated:  September 7, 2022                               Respectfully submitted,

By: /s/ Edward J. Normand                               By: /s/ Kenneth Kliebard
Edward J. Normand                                       Kenneth Kliebard
Peter Bach-y-Rita                                       MORGAN, LEWIS & BOCKIUS LLP
ROCHE FREEDMAN LLP                                      110 North Wacker Drive
99 Park Avenue                                          Suite 2800
Suite 1910                                              Chicago, IL 60606-1511
New York, NY 10016                                      Tel: 312-324-1000
Tel: 646-970-7513                                       kenneth.kliebard@morganlewis.com
tnormand@rochefreedman.com
pbachyrita@rochefreedman.com                            Jon R. Roellke
                                                        MORGAN, LEWIS & BOCKIUS LLP
Robert D. Gilbert                                       1111 Pennsylvania Avenue, NW
Elpidio Villarreal                                      Washington, DC 20004-2541
Alexis Marquez                                          Tel: 202-739-5754
GILBERT LITIGATORS &                                    jon.roellke@morganlewis.com
COUNSELORS, P.C.
11 Broadway, Suite 615                                  Sujal Shah
New York, NY 10004                                      MORGAN, LEWIS & BOCKIUS LLP
Tel: 646-448-5269                                       One Market, Spear Street Tower, 28th Floor
rgilbert@gilbertlitigators.com                          San Francisco, CA 94105-1596
pdvillarreal@gilbertlitigators.com                      Tel: 415-442-1386
                                                        sujal.shah@morganlewis.com
Eric L. Cramer
Caitlin G. Coslett                                      *Counsel for Defendant Brown University*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600                          By: /s/ Deepti Bansal
Philadelphia, PA 19103                                  Deepti Bansal
Tel: 215-875-3000                                       COOLEY LLP
ecramer@bm.net                                          1299 Pennsylvania Avenue, NW
ccoslett@bm.net                                         Suite 700
                                                        Washington, DC  20004-2400
Daniel J. Walker                                        Tel: 202-728-7027
Robert E. Litan                                         dbansal@cooley.com
Hope Brinn
BERGER MONTAGUE PC                                      Alex Kasner
2001 Pennsylvania Avenue, NW                            COOLEY LLP
Suite 300                                               3175 Hanover Street
Washington, DC 20006                                    Palo Alto, CA 94304
Tel: 202-559-9745                                       Tel.: 650-843-5770
rlitan@bm.net                                           akasner@cooley.com
dwalker@bm.net
                                                        Matthew Kutcher
Elizabeth A. Fegan                                      COOLEY LLP

3

FEGAN SCOTT LLC
150 S. Wacker Dr., 24th floor
Chicago, IL 60606
Tel: 312-741-1019
beth@feganscott.com

Brooke Achua
FEGAN SCOTT LLC
140 Broadway
46th Floor
New York, NY 10005
Tel.: 646- 502-7910
brooke@feganscott.com

*Counsel for Plaintiffs*

444 W Lake Street
Suite 1700
Chicago, IL 60606
Tel: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By: /s/ *James L.Cooper*
James L. Cooper
Michael Rubin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*

By: /s/ *Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant Cornell University*

By: /s/ Terri L. Mascherin
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

Christopher D. Dusseault
Rachel S. Brass
Jacqueline Sesia
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213-229-7000
cdusseault@gibsondunn.com
rbrass@gibsondunn.com
jsesia@gibsondunn.com

6

By: */s/ Derek Ludwin*
Christopher D. Dusseault
Rachel S. Brass
Jacqueline Sesia
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213-229-7000
cdusseault@gibsondunn.com
rbrass@gibsondunn.com
jsesia@gibsondunn.com

By: */s/ Casey T. Grabenstein*
Casey T. Grabenstein
James A. Morsch
Elizabeth A. Thompson

SAUL EWING ARNSTEIN & LEHR
161 N. Clark St.
Chicago, IL 60601
Tel.: 312-876-7810
casey.grabenstein@saul.com

*Counsel for Defendant Duke University*

By: */s/ Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman
Hashim M. Moopan
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com
hmmooppan@jonesday.com
cthatch@jonesday.com

*Counsel for Defendant Emory University*

7

By: */s/ Britt M. Miller*
Britt M. Miller
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
jglickstein@mayerbrown.com

Stephen M. Medlock
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Tel: 202-263-3221
smedlock@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Johns Hopkins University*

8

By: /s/ Eric Mahr
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Massachusetts Institute of Technology*

By: /s/ Scott D. Stein
Scott D. Stein
Benjamin R. Brunner
Kelsey Annu-Essuman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: 312-853-7000
sstein@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Counsel for Northwestern University*

By: /s/ Robert A. Van Kirk
Robert A. Van Kirk
Jonathan Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Tel: 202-434-5163
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for University of Notre Dame du Lac*

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE &
FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for The Trustees of the University of Pennsylvania*

By: */s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for William Marsh Rice University*

By: */s/ J. Mark Gidley*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

11

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Vanderbilt University*

By: */s/ Charles A. Loughlin*
Charles A. Loughlin
Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com

Stephen Novack
Stephen J. Siegel
Serena G. Rabie
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL 60606-1501
Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Yale University*

**APPENDIX 1**

| EVENT | DEADLINE |
|---|---|
| Answer Under FRCP 12 | September 9, 2022 |
| Parties to submit proposed stipulated orders re ESI, deposition protocol, and expert discovery, and if not stipulated to, a joint motion setting out the disputes | September 16, 2022 |
| Parties to submit proposed stipulated orders re. confidentiality and FERPA and, if not stipulated to, a joint motion setting out the disputes. | October 21, 2022 |
| Parties to submit joint status report | November 7, 2022 |
| Status Hearing | November 14, 2022 8:45 a.m. |
| Parties to Submit Status Report to Court Setting Forth Any Areas of Dispute Regarding Custodians, Non-Custodial Document Sources, and Search Methodologies | December 2, 2022 |
| Deadline to Begin Rolling Production of Documents in Response to RFPs Served on or Before September 19, 2022 | December 16, 2022 |
| Parties will submit a proposed order (or competing orders if the parties are unable to reach agreement) on the number of non-expert witness depositions. | December 23, 2022 |
| Substantial completion of Structured Data in Response to RFPs Served on or Before September 19, 2022[1] | February 13, 2023 |
| Substantial completion of Document Production in Response to RFPs Served on or Before September 19, 2022 | March 3, 2023 |
|  | July 31, 2023 |

---

[1] To the extent applicable to the requested information, meeting this deadline is subject to the parties' compliance with the Family Educational Rights and Privacy Act. *See* 20 U.S.C. § 1232g; 34 C.F.R. Part 99.

| EVENT | DEADLINE |
|---|---|
| Substantial completion of Document Production in Response to RFPs Served on or Before March 31, 2023 | |
| Motion to Amend Pleadings | July 31, 2023 |
| Close of Fact Discovery | January 31, 2024[2] |
| Opening Expert Reports (Class Certification and Merits) on All Issues on Which a Party Has the Burden off Proof | March 15, 2024 |
| Opposition Expert Reports (Class Certification and Merits) | May 17, 2024 |
| Rebuttal Expert Reports (Class Certification and Merits) | August 2, 2024 |
| Close of Expert Discovery | September 13, 2024[3] |
| *Daubert* Motions | October 18, 2024 |
| Motion for Class Certification | October 18, 2024 |
| *Daubert* Oppositions | November 15, 2024 |
| Opposition to Motion for Class Certification | November 15, 2024 |
| *Daubert* Replies | December 20, 2024 |
| Reply in Support of Class Certification | January 8, 2025 |
| *Daubert* and/or Class Certification Hearing | |

---

[2] All RFPs must be served at least 75 days before the close of fact discovery. All interrogatories must be served at least 45 days before the close of fact discovery.

[3] Expert depositions are to be taken during the period between August 2, 2024 and September 13, 2024.

14

| EVENT | DEADLINE |
|---|---|
|  | Court's discretion |
| Summary Judgment Motions | March 7, 2025 |
| Summary Judgment Oppositions | April 11, 2025 |
| Summary Judgment Replies | May 12, 2025 |
| Summary Judgment Hearing | Court's discretion |
| Pre-Trial Conference | Court's discretion |
| Trial | Court's discretion |