# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br>                               Plaintiffs, <br><br>       v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br>                               Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

## CORPORATE AND AFFILIATE DISCLOSURE STATEMENT OF DEFENDANT CALIFORNIA INSTITUTE OF TECHNOLOGY
## PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2

      Defendant California Institute of Technology, by its undersigned attorneys, makes the following corporate and affiliate disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Defendant California Institute of Technology has no parent corporation. Further, there are no entities or individuals (including but not limited to publicly held corporations) that own 5% or more of California Institute of Technology.

Dated: September 9, 2022

Respectfully submitted,

/s/ Deepti Bansal
Deepti Bansal
Alexander J. Kasner
**Cooley LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 776-2266
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher (ARDC #6275320)
**Cooley LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Tel: (312) 881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing.

Dated: September 9, 2022

/s/ Deepti Bansal
Deepti Bansal
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 776-2266
dbansal@cooley.com

*Counsel for Defendant California Institute of Technology*