# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                         Plaintiff,

v.                                       Case No.: 1:22−cv−00125

                                       Honorable Matthew F. Kennelly

Brown University, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to extend time [214] is granted; the deadline for filing an ESI protocol is extended to 11/7/2022. A joint status report regarding the status and progress of discussions on the protocol is to be filed on 10/14/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.