

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Edward W. Feldman

Firm  Miller Shakman Levine & Feldman LLP

Street Address  30 West Monroe Street, 19th Floor

City/State/Zip Code  Chicago, Illinois  60603

Phone Number  312-263-3700

Email address  efeldman@millershakman.com

ARDC (Illinois State Bar members, only)  6187541

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-CV-00125 | Sia Henry, et al. v. Brown University, et al. | Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |

/s/ Edward W. Feldman
Signature of Attorney

October 3, 2022
Date

Rev. 01272016