# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                    Plaintiff,

v.                                                             Case No.: 1:22−cv−00125
                                                                  Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion regarding confidentiality and FERPA is set for a video hearing on 10/26/2022 at 10:30 AM. Judge Kennelly's courtroom deputy clerk will send out video invitations in advance of the hearing. Counsel are directed to coordinate and are to provide the courtroom deputy clerk (Melissa Astell) by Monday 10/24/2022 with two names and e−mail addresses per side to whom she may send the video invitation. Those attorneys may then distribute it to other counsel of record as appropriate. The Court does not expect the hearing to last more than 30 minutes. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.