UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.17, Defendant Georgetown University ("Georgetown") hereby gives notice of the withdrawal of Stephen M. Medlock as counsel for Georgetown in this matter. Attorneys Britt M. Miller and Jed W. Glickstein of Mayer Brown LLP will continue to represent

Georgetown in this matter, and Daniel T. Fenske of Mayer Brown LLP will also represent Georgetown in this matter going forward.

Dated: October 26, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　GEORGETOWN UNIVERSITY


　　　　　　　　　　　　　　　　　　　　　　　By: <u>*/s Britt M. Miller*</u>
　　　　　　　　　　　　　　　　　　　　　　　Britt M. Miller
　　　　　　　　　　　　　　　　　　　　　　　Daniel T. Fenske
　　　　　　　　　　　　　　　　　　　　　　Jed W. Glickstein
　　　　　　　　　　　　　　　　　　　　　　　Mayer Brown LLP
　　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　Tel: 312-782-0600
　　　　　　　　　　　　　　　　　　　　　　　bmiller@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　　　dfenske@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　　　jglickstein@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Georgetown University*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on October 26, 2022, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayebrown.com