**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No.: 1:22-cv-00125 <br><br> **DEFENDANT DUKE UNIVERSITY'S REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE** |

Defendant Duke University ("Duke"), by and through its counsel, hereby request that the filing fee of $150 bearing receipt no.: AILNDC-19977669 be refunded to the charged credit card (or by other means). This filing fee was made in error, and is a duplicative payment. A separate $150 filing fee bearing receipt no.: AILNDC-19977710 corresponds to the Motion for Leave to Appear Pro Hac Vice filed on October 25, 2022 (Dkt. 226) in this case.

1

| | |
|---|---|
| Dated: October 26, 2022 | Respectfully submitted,<br><br>By: */s/ Joshua W. B. Richards*<br>Joshua W. B. Richards<br>SAUL EWING ARNSTEIN & LEHR<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>joshua.richards@saul.com<br>Telephone: (215) 972-7737<br><br>James A. Morsch<br>Jim.morsch@saul.com<br>SAUL EWING ARNSTEIN & LEHR<br>161 North Clark, Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7100<br>Facsimile: (312) 876-0288<br><br>Christopher D. Dusseault<br>cdusseault@gibsondunn.com<br>Jacqueline L. Sesia<br>jsesia@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on October 26, 2022, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: October 26, 2022          By:     */s/ Joshua W. B. Richards*