**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Sia Henry, et al.
                                  Plaintiff,

v.                                                       Case No.: 1:22−cv−00125
                                                                Honorable Matthew F. Kennelly

Brown University, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 10/26/2022. Order to follow. Defendants have until 11/14/2022 to file a response to the plaintiffs' motion regarding confidentiality and FERPA [223]. The parties are directed to file a detailed joint status report regarding FERPA by 11/21/2022. If the matter is not resolved, any additional authorities are to filed by 11/22/2022. A telephonic status and potential oral argument is set for 11/23/2022 at 11:30 a.m. The following call−in number will be used for the hearing: 888−684−8852; access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.