**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

  Pursuant to Local Rule 83.17, Defendant Duke University ("Duke") hereby gives notice of the withdrawal of Derek Ludwin of Covington & Burling LLP as counsel for Duke in this matter. Attorneys Casey T. Grabenstein, Elizabeth Ann Thompson, James A. Morsch and Joshua W.B. Richards of Saul Ewing Arnstein & Lehr LLP as well as Christopher Dusseault, Jacqueline Sesia and Rachel Brass of Gibson Dunn & Crutcher LLP will continue to represent Duke in this matter.

| | |
|---|---|
| Dated: October 28, 2022 | Respectfully submitted, |
| | By: */s/ Casey T. Grabenstein* |
| | Casey T. Grabenstein |
| | James A. Morsch |
| | Elizabeth A. Thompson |
| | SAUL EWING ARNSTEIN & LEHR |
| | 161 North Clark, Suite 4200 |
| | Chicago, IL 60601 |
| | Jim.morsch@saul.com |
| | Casey.Grabenstein@saul.com |
| | Elizabeth.Thompson@saul.com |
| | Telephone: (312) 876-7100 |
| | Facsimile: (312) 876-0288 |
| | |
| | Joshua W.B. Richards |
| | Saul Ewing Arnstein & Lehr, LLP |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Joshua.richards@saul.com |
| | Telephone: (215) 972-7737 |
| | |
| | Christopher D. Dusseault |
| | Jacqueline L. Sesia |
| | Rachel Brass |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| | cdusseault@gibsondunn.com |
| | jsesia@gibsondunn.com |
| | rbrass@gibsondunn.com |
| | Telephone: (213) 229-7000 |
| | Facsimile: (213) 229-7520 |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on October 28, 2022, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: October 28, 2022 By: */s/ Casey T. Grabenstein*