# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | CASE NO. 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** <br><br> **NOTICE OF WITHDRAWAL** |
| Plaintiffs, | |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Eric Rosen, Esq. of Freedman Normand Friedland LLP hereby notifies the Court and all parties that Mr. Rosen is no longer involved in this matter and is therefore withdrawing as counsel of record.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Eric Rosen. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Plaintiffs.

DATED: November 1, 2022              Respectfully Submitted,

**FREEDMAND NORMAND FRIEDLAND LLP**

/s/ Eric Rosen
Eric Rosen
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 374-3700
Email: erosen@fnf.law

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury that on November 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                     */s/ Eric Rosen*
                                                     Eric Rosen