# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate that Plaintiff Kara Saffrin's claims against Defendants shall be dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: November 1, 2022

| | |
|---|---|
| By: */s/ Edward J. Normand*<br>Velvel (Devin) Freedman<br>Edward J. Normand<br>Peter Bach-y-Rita<br>**FREEDMAN NORMAND**<br>**FRIEDLAND LLP**<br>99 Park Avenue<br>Suite 1910<br>New York, NY 10016<br>Tel: 646-970-7513<br>vel@fnf.law<br>tnormand@fnf.law<br>pbachyrita@fnf.law | Robert D. Gilbert<br>Elpidio Villarreal<br>Alexis Marquez<br>**GILBERT LITIGATORS &**<br>**COUNSELORS, P.C.**<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Tel: 646-448-5269<br>rgilbert@gilbertlitigators.com<br>pdvillarreal@gilbertlitigators.com<br>amarquez@gilbertlitigators.com |
| Eric L. Cramer<br>Caitlin G. Coslett<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215-875-3000<br>ecramer@bm.net<br>ccoslett@bm.net | Daniel J. Walker<br>Robert E. Litan<br>Hope Brinn<br>**BERGER MONTAGUE PC**<br>2001 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 20006<br>Tel: 202-559-9745<br>rlitan@bm.net<br>dwalker@bm.net<br>hbrinn@bm.net |
| Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 S. Wacker Dr., 24th floor<br>Chicago, IL 60606<br>Tel: 312-741-1019<br>beth@feganscott.com | Brooke Achua<br>**FEGAN SCOTT LLC**<br>140 Broadway<br>46th Floor<br>New York, NY 10005<br>Tel.: 646- 502-7910<br>brooke@feganscott.com |

*Counsel for Plaintiffs*

By: */s/ Kenneth Michael Kliebard*
Kenneth Michael Kliebard
**Morgan Lewis & Bockius LLP**
110 N. Wacker Drive
Suite 2800
Chicago, IL 60606
Tel:   (312) 324-1000
Email: kenneth.kliebard@morganlewis.com

Jon R. Roellke*
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   (202) 739-5754
Email: jon.roellke@morganlewis.com

Noah J. Kaufman*
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110
Tel:   (617) 341-7590
Email: noah.kaufman@morganlewis.com

Sujal J. Shah*
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:   (415) 442-1000
Email: sujal.shah@morganlewis.com

*Attorneys for Defendant Brown University*

*/s/ Deepti Bansal*
Deepti Bansal
Alexander J. Kasner*
**Cooley LLP**
1299 Pennsylvania Avenue, NW 700
Washington, DC 20001
Tel:   (202) 728-7027
Email: dbansal@cooley.com
Email: akasner@cooley.com

Matthew Lawrence Kutcher
**Cooley LLP**
110 N. Wacker Drive
Suite 4200
Chicago. IL 60606
Tel: (312) 881-6500
Email: mkutcher@cooley.com

*Attorneys for Defendant California Institute of Technology*

*/s/ James L. Cooper*
James L. Cooper
Michael Rubin*
**Arnold & Porter**
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 945-5000
Email: james.cooper@arnoldporter.com
Email: michael.rubin@arnoldporter.com

Leah Harrell*
**Arnold & Porter**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7767
Email: leah.harrell@arnoldporter.com

Valarie Hays
**Arnold & Porter**
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel: (312) 583-2440
Email: valarie.hays@arnoldporter.com

*Attorneys for Defendant University of Chicago*

*/s/ Patrick Joseph Fitzgerald*
Amy Van Gelder
Patrick Joseph Fitzgerald
Laura Bernescu
**Skadden Arps Slate Meager & Flom LLP**
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Tel: (312) 407-0903
Email: amy.vangelder@skadden.com
Email: patrick.fitzgerald@skadden.com
Email: laura.bernescu@skadden.com

Karen Hoffman Lent*
**Skadden Arps Slate Meager & Flom LLP**
One Manhattan West
Room 40-216
New York, NY 10001
Tel: (212) 735-3276
Email: karen.lent@skadden.com

*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

*/s/ Norman Armstrong*
Christopher Yook*
Norman Armstrong, Jr.*
**King & Spalding**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Tel: (202) 626-3737
Email: cyook@kslaw.com
Email: narmstrong@kslaw.com

Emily T. Chen*
**King & Spalding**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2224
Email: echen@kslaw.com

Zachary Thomas Fardon
**King & Spalding**
110 North Wacker Drive
Suite 3800

Chicago, IL 60606
Tel: (312) 995-6333
Email: zfardon@kslaw.com

*Attorneys for Defendants Cornell University and William Marsh Rice University*

<u>/s/ Terri Lynn Mascherin</u>
Terri Lynn Mascherin
Lina Ragep Powell
Reid J. Schar
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Email: tmascherin@jenner.com
Email: linapowell@jenner.com
Email: rschar@jenner.com

Douglas E. Litvack*
Ishan K. Bhabha*
Lauren J. Hartz*
**Jenner & Block LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 637-6357
Email: dlitvack@jenner.com
Email: ibhabha@jenner.com
Email: lhartz@jenner.com

*Attorneys for Defendant Trustees of Dartmouth College*

<u>/s/ Casey T. Grabenstein</u>
Casey T. Grabenstein
Elizabeth Anne Thompson
James A. Morsch
**Saul Ewing Arnstein & Lehr**
161 N. Clark Street
Chicago, IL 60601
Tel: (312) 876-7810
Email: casey.grabenstein@saul.com
Email: elizabeth.thompson@saul.com
Email: jim.morsch@saul.com

Joshua W. B. Richards*
**Saul Ewing Arnstein & Lehr**

6

Centre Square West
1500 Market Street
Philadelphia, PA 19102
Tel: (215) 972-7777
Email: joshua.richard.saul.com

Christopher Dean Dusseault*
Jacqueline Sesia*
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7855
Email: cdusseault@gibsondunn.com
Email: jsesia@gibsondunn.com

Rachel Susan Brass*
**Gibson, Dunn & Crutcher LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
Email: rbrass@gibsondunn.com

*Attorneys for Defendant Duke University*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Kenneth Michael Kliebard
**Jones Day**
110 North Wacker Drive
Suite 4800
Chicago, IL 60601
Tel: (312) 782-3939
Email: tmtabacchi@jonesday.com
Email: kenneth.kliebard@morganlewis.com

Christopher N. Thatch*
Craig A. Waldman*
Hashim M. Moopan*
**Jones Day**
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-3939
Email: cthatch@jonesday.com
Email: cwaldman@jonesday.com
Email: hmmooppan@jonesday.com

Kate Wallace*
**Jones Day**
100 High Street
21st Street
Boston, MA 02110
Tel:    (617) 960-3939
Email: kwallace@jonesday.com

*Attorneys for Defendant Emory University*

*/s/ Britt Marie Miller*
Britt Marie Miller
Jed Wolf Glickstein
**Mayer Brown LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel:    (312) 782-0600
Email: bmiller@mayerbrown.com
Email: jglickstein@mayerbrown.com

*Attorneys for Defendant Georgetown University*

*/s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
**Ropes & Gray LLP**
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Tel:    (312) 845-1200
Email: jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer Makram Musallam
**Ropes & Gray LLP**
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:    (202) 508-4631
Email: chong.park@ropesgray.com
Email: samer.musallam@ropesgray.com

*Attorneys for Defendant The Johns Hopkins University*

*/s/ Eric J. Mahr*
Daphne Lin*
Eric J. Mahr*
Jan Rybnicek*

8

**Freshfields Bruckhaus Deringer**
700 13th Street NW
10th Floor
Washington, DC 20005
Tel:     (202) 777-4500
Email: daphne.lin@freshfields.com
Email: eric.mahr@freshfields.com
Email: jan.rybnicek@freshfields.com

Jennifer L. Greenblatt
Rami N. Fakhouri
**Goldman Ismail Tomaselli Brennan & Baum LLP**
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Tel:     (312) 661-6000
Email: jgreenblatt@goldmanismail.com
Email: rfakhouri@goldmanismail.com

*Attorneys for Defendant Massachusetts Institute of Technology*

*/s/ Scott David Stein*
Scott David Stein
Benjamin Richard Brunner
Kelsey Annu-essuman
**Sidley Austin LLP**
1 South Dearborn Street
Chicago, IL 60603
Tel:     (312) 853-7000
Email: sstein@sidley.com
Email: bbrunner@sidley.com
Email: kannuessuman@sidley.com

*Attorneys for Defendant Northwestern University*

*/s/ Robert Alois Van Kirk*
Robert Alois Van Kirk
Cole Thomas Wintheiser
Jonathan Pitt
Matthew David Heins
Sara Forsythe Kirkpatrick
**Williams & Connolly LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel:     (202) 434-5163
Email: rvankirk@wc.com

Email: cwintheiser@wc.com
Email: jpitt@wc.com
Email: mheins@wc.com
Email: skirkpatrick@wc.com

James Peter Fieweger
**Michael Best & Friedrich LLP**
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel: (312) 222-0800
Email: jpfieweger@michaelbest.com

*Attorneys for Defendant University of Notre Dame du Lac*

/s/ Seth P. Waxman
Seth P. Waxman
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Email: seth.waxman@wilmerhale.com

Alan Schoenfeld*
David Gringer*
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 937-7294
Email: alan.schoenfeld@wilmerhale.com
Email: david.gringer@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
**Miller Shakman Levine & Feldman LLP**
30 West Monroe Street, 19th Floor
Chicago, IL 60603
Tel: (312) 263-3700
Email: dfeeney@millershakman.com
Email: efeldman@millershakman.com

*Attorneys for Defendant The Trustees of the University of Pennsylvania*

/s/ John Mark Gidley
John Mark Gidley*

10

**White & Case LLP**
701 13th Street, NW
Washington, DC 20005
Tel: (202) 626-3600
Email: mgidley@whitecase.com

Robert A. Milne
David H. Suggs*
**White & Case LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
Email: rmilne@whitecase.com
Email: dsuggs@whitecase.com

Carolyn Pelling Gurland
**White & Case LLP**
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606
Tel: (312) 881-5405
Email: carolyn.gurland@whitecase.com

*Attorneys for Defendant Vanderbilt University*

*/s/ Charles A. Loughlin*
Charles A. Loughlin
Benjamin F. Holt*
Jamie Lee
Molly Pallman
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5661
Email: chuck.loughlin@hoganlovells.com
Email: benjamin.holt@hoganlovells.com
Email: jamie.lee@hoganlovells.com
Email: molly.pallman@hoganlovells.com

Stephen Novack
Serena Georgette Rabie
Stephen J. Siegel
**Novack and Macey LLP**
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900

11

Email: snovack@novackmacey.com
Email: srabie@novackmacey.com
Email: ssiegel@novackmacey.com

*Attorneys for Defendant Yale University*

\**Pro hac vice*