# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, | Case No.: 22-cv-00125 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHN HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

## MOTION TO WITHDRAW ELIZABETH A. FEGAN AND BROOKE A. ACHUA OF FEGAN SCOTT LLC AS COUNSEL OF RECORD

Pursuant to Local Rule 83.17, Elizabeth A. Fegan and Brooke A. Achua of Fegan Scott LLC seek leave of Court to withdraw as counsel on behalf of Plaintiffs in the above-captioned action. Plaintiffs will continue to be represented by the remaining Plaintiffs' counsel of record, and thus will not be prejudiced.

2

WHEREFORE, Elizabeth A. Fegan and Brooke Achua respectively request that the Court grant their motion to withdraw, and that they be removed from the ECF distribution notices.

Dated: November 4, 2022                                      Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Brooke Achua
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Ph: 646- 502-7910
Fax: 312.264.0100
brooke@feganscott.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan