# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Henry, et al. v. Brown University, et al.    Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Duke University

Attorney name (type or print): Nicholas W. Collins

Firm: Saul Ewing Arnstein & Lehr

Street address: 161 N. Clark St., Suite 4200

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6335716    Telephone Number: 312 876 7100
(See item 3 in instructions)

Email Address: nicholas.collins@saul.com

Are you acting as lead counsel in this case?          ☐ Yes    ☑ No

Are you acting as local counsel in this case?         ☑ Yes    ☐ No

Are you a member of the court's trial bar?            ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/07/2022

Attorney signature:    S/ Nicholas W. Collins

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015