**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sia Henry et al. v. Brown University et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Alexis E. Marquez

Firm: Gilbert Litigators & Counselors, P.C.

Street address: 11 Broadway, Suite 615

City/State/Zip: New York, NY 10004

Bar ID Number: NY: 5146576
(See item 3 in instructions)

Telephone Number: 646-480-7488

Email Address: amarquez@gilbertlitigators.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/16/2022

Attorney signature: S/ Alexis Marquez
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015