**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | CASE NO. 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Roche Freedman LLP has changed its name to Freedman Normand Friedland LLP, effective immediately. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

>Velvel (Devin) Freedman
>Edward Normand
>Peter Bach-y-Rita
>**FREEDMAN NORMAND FRIEDLAND LLP**
>99 Park Avenue, 19th Floor
>New York, NY 10016
>Tel: (646) 350-0527
>Fax: (646) 392-8842
>Email: vel@fnf.law
>Email: tnormand@fnf.law
>Email: pbachyrita@fnf.law

DATED: November 18, 2022   Respectfully Submitted,

**FREEDMAND NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Velvel (Devin) Freedman
Edward Normand
Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Fax: (646) 392-8842
Email: vel@fnf.law
Email: tnormand@fnf.law
Email: pbachyrita@fnf.law

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 18, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Edward Normand*
Edward Normand