## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sia Henry et al. v. Brown University et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for: Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver (Plaintiffs)

Attorney name (type or print): Richard D. Schwartz

Firm: Berger Montague PC

Street address: 1720 W Division

City/State/Zip: Chicago IL 60622

Bar ID Number: ARDC# 6323474
(See item 3 in instructions)

Telephone Number: (773) 257-0255

Email Address: rschwartz@bm.net

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | No |
| Are you acting as local counsel in this case? | Yes |
| Are you a member of the court's trial bar? | No |
| If this case reaches trial, will you act as the trial attorney? | No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 9, 2022

Attorney signature: S/ Richard D. Schwartz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015