`

**PARTIES' JOINT SUBMISSION OF DISPUTE CONCERNING ORDER REGARDING LIMITATIONS ON NUMBER AND LENGTH OF NON-EXPERT DEPOSITIONS**

The parties have been negotiating in good faith on the Order Regarding Limitations on Number and Length of Non-Expert Depositions ("Non-Expert Deposition Order") and have reached agreement on all but one issue: the number of depositions conducted pursuant to Fed. R. Civ. P. 30(b)(6). Exhibit A is a draft of the proposed Non-Expert Deposition Order, with Plaintiffs' and Defendants' competing versions of the 30(b)(6) provision highlighted for reference.

A.      **Plaintiffs' Position**

From Plaintiffs' perspective, given the parties' agreement to permit fourteen (14) hours for Rule 30(b)(6) testimony, it would be inefficient and unduly restrictive to allow Plaintiffs to serve only one Rule 30(b)(6) notice on each Defendant during the significant period for fact discovery in this matter; and as to Defendants' proposal that they would agree to discuss with Plaintiffs whether to permit further Rule 30(b)(6) testimony, the better use of the Court's time is to resolve the issue now, on a global basis, rather than kick the can and raise the prospect that the parties would have to approach the Court on this issue on multiple different bases with multiple different Defendants. The resolution of the issue now would also, of course, permit Plaintiffs to better plan their taking of discovery.

The parties' agreement on fourteen (14) hours reflects the number of issues this complex matter presents and the length of the period of time over which they have arisen (such that many percipient witnesses are no longer employed by Defendants). Under the circumstances, Plaintiffs want to have asked each Defendant to address as many of the relevant topics as they can identify during discovery, and Plaintiffs want to use each Defendant's Rule 30(b)(6) testimony to facilitate fact discovery. Accordingly, Plaintiffs would like to reserve the flexibility of taking some Rule 30(b)(6) testimony during fact discovery, and then—after further document review, after further

`

fact depositions, and after having considered that initial Rule 30(b)(6) testimony—identifying further topics for Defendants to address near the end of fact discovery.

Plaintiffs may not follow that route for each Defendant, or even most of them, but they want to reserve the right to do so depending on the Defendants' involvement in the 568 Group. Defendants' proposal would force Plaintiffs either (a) to wait until near the end of fact discovery to identify and pursue all of the Rule 30(b)(6) topics they have identified by that point, which eliminates the efficiency of using Rule 30(b)(6) testimony to facilitate the taking of fact discovery in the first place; or (b) to take all of their Rule 30(b)(6) testimony in the middle of fact discovery, which would eliminate Plaintiffs' ability to identify and pursue further topics based on the fact discovery that occurs after that Rule 30(b)(6) deposition. Plaintiffs submit that their approach is the more efficient and reasonable one.

## B. Defendants' Position

The disputed issue concerns whether Plaintiffs should be permitted to subject each individual Defendant to multiple 30(b)(6) depositions. Defendants' view is that Plaintiffs should be entitled to a single 30(b)(6) deposition for up to 14 hours of testimony. Plaintiffs' position is that they can allot the 14 hours into multiple 30(b)(6) depositions. Defendants initially proposed that the parties adhere to the Federal Rules' presumptive limit of seven hours for each 30(b)(6) deposition, and when Plaintiffs serve deposition notices, the parties could then discuss in good faith whether more time would be necessary to cover the topics that are described with reasonable particularity. Plaintiffs rejected Defendants' proposal and reiterated their demand that they be entitled up front to 14 hours of 30(b)(6) testimony. In an attempt to avoid further briefing, and after two telephonic meet and confers and multiple exchanges of proposals, Defendants offered a reasonable compromise in which Defendants would agree to Plaintiffs' desired 14-hour limit,

`

provided that they are only entitled to one 30(b)(6) deposition up to 14 hours and if any such deposition lasts more than seven hours it would count as two depositions towards the agreed-upon ten-deposition limit for that Defendant.

Plaintiffs, perplexingly, say they agree to the one 30(b)(6) deposition limit but then insist on unilaterally breaking up the allotted 14 hours into multiple 30(b)(6) notices for depositions to be held at different times of discovery (potentially months apart and through the service of multiple 30(b)(6) notices with additional topics). This is a clear attempt to get around the one 30(b)(6) limit. Under Plaintiffs' proposal, they could have one 30(b)(6) deposition of 7 hours, leave it open, take other discovery, issue a new notice with new topics, and then hold a second 30(b)(6) deposition for 7 hours. Multiple deposition notices (which may include new topics) are the equivalent of multiple depositions. Defendants are concerned about the significant burden of agreeing to be subject to multiple 30(b)(6) depositions. Given the breadth of the allegations in this case, it is likely that Defendants may have to prepare multiple witnesses for numerous 30(b)(6) topics, but Plaintiffs' proposal would demand even more and require Defendants to prepare the same witnesses multiple times for multiple 30(b)(6) depositions down the road.

Defendants' proposed approach to agree to a single 30(b)(6) deposition for up to 14 hours of testimony is therefore the more reasonable and efficient approach. Moreover, as was explained to Plaintiffs in meet and confer correspondence, Defendants are willing to negotiate in good faith should Plaintiffs believe a second 30(b)(6) deposition is necessary. Accordingly, Defendants request the Court enter Defendants' proposed Non-Expert Deposition Order.

`

Dated:  December 23, 2022

By: */s/ Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Peter Bach-y-Rita
FREEDMAN NORMAND
    FRIEDLAND LLP
99 Park Avenue
Suite 1910
New York, NY 10016
Tel: 646-970-7513
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law

By: */s/ Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar*
Alexis Marquez
Steven Magnusson
**GILBERT LITIGATORS &
COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com

* *Pro hac vice*

Eric L. Cramer
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Daniel J. Walker

Respectfully submitted,

By: */s/ Kenneth Kliebard*
Kenneth Kliebard
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Suite 2800
Chicago, IL 60606-1511
Tel: 312-324-1000
kenneth.kliebard@morganlewis.com

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202-739-5754
jon.roellke@morganlewis.com

Sujal Shah
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: 415-442-1386
sujal.shah@morganlewis.com

*Counsel for Defendant Brown University*

By:  */s/ Deepti Bansal*
Deepti Bansal
Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
Tel: 202-728-7027
dbansal@cooley.com
akasner@colley.com

Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive
Chicago, IL  60606
Tel: 312-881-6500
mkutcher@cooley.com

`

Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*

*Counsel for Defendant California Institute of Technology*

By:  */s/ James L.Cooper*
James L. Cooper
Michael Rubin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By:  */s/ Patrick Fitzgerald*
Patrick Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216

`

New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of*
*Columbia University in the City of New York*

By: */s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C.  20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant Cornell University*

By: */s/ Terri L. Mascherin*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

`

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

/s/ James A. Morsch
James A. Morsch
Jim.morsch@saul.com
SAUL EWING ARNSTEIN & LEHR
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
IL Attorney ID #6209558

Christopher D. Dusseault (pro hac vice)
cdusseault@gibsondunn.com
Jacqueline L. Sesia
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Counsel for Defendant Duke University*

By: */s/ Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman

`

JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com

*Counsel for Defendant Emory University*

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s/ Jeffrey J. Bushofsky*

Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek

8

`

Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute
of Technology*

By: */s/ Scott D. Stein*
Scott D. Stein
Benjamin R. Brunner
Kelsey Annu-Essuman
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Tel.: 414-559-2434
sstein@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Counsel for Defendant Northwestern
University*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Cole T. Wintheiser
Jonathan Pitt
Matthew D. Heins
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5163
rvankirk@wc.com
cwintheiser@wc.com
jpitt@wc.com
mheins@wc.com
skirkpatrick@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street

`

Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre
Dame du Lac*

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN
LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the
University of Pennsylvania*

By: */s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP

`

1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C.  20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant William Marsh Rice University*

By:  */s/ J. Mark Gidley*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Defendant Vanderbilt University*

By:  */s/ Charles A. Loughlin*

`

Charles A. Loughlin
Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com

Stephen Novack
Stephen J. Siegel
Serena G. Rabie
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL  60606-1501
Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Defendant Yale University*