# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly <br><br> **[PROPOSED] ORDER REGARDING LIMITATIONS ON NUMBER AND LENGTH OF NON-EXPERT DEPOSITIONS** |

The Court enters the following Order regarding Limitations on Number and Length of Non-Expert Depositions ("Non-Expert Deposition Order").

This Non-Expert Deposition Order shall govern the depositions of parties and non-parties, including fact witnesses, in the above-captioned case whether they currently are involved or become so in the future, and any related actions that may later be consolidated with this case. This Non-Expert Deposition Order should be read together with, and interpreted in light of, the Court's September 17, 2022 Order Regarding Deposition Protocol (ECF No. 217).

**I.  NUMBER AND LENGTH OF NON-EXPERT DEPOSITIONS**

  A.  Each side shall be limited to 180 depositions, inclusive of non-party depositions, provided that no individual Defendant will be subject to more than 10 depositions of which no more than one (1) may be a Fed. R. Civ. P. 30(b)(6) deposition of up to fourteen (14) hours.

  **[PLAINTIFFS' PROPOSAL]**

  Any 30(b)(6) deposition of an individual defendant lasting more than 7 hours shall count as 2 depositions solely for purposes of calculating the 10-deposition limit for that individual Defendant, but nothing in this paragraph shall preclude plaintiffs from serving separate Rule 30(b)(6) notices for different days and different topics.

  **[DEFENDANTS' PROPOSAL]**

  Any 30(b)(6) deposition of an individual defendant lasting more than 7 hours shall count as 2 depositions solely for purposes of calculating the 10-deposition limit for that individual Defendant.

  B.  Absent agreement or leave of Court, no witness shall be deposed for more than one day of 7 hours. The 7 hours of a Fed. R. Civ. P. 30(b)(6) deposition shall count as

1

        a single deposition, regardless of the number of witnesses designated to testify. If a witness is deposed pursuant to Fed. R. Civ. P. 30(b)(1) and is also designated as a Fed. R. Civ. P. 30(b)(6) witness, the parties shall negotiate in good faith to determine the appropriate number of deposition hours for each such witness.

C.    Excluded from any deposition limits are depositions of witnesses who appear on any opposing party's final pre-trial witness list and who were not previously deposed, unless such witnesses were (i) discovery custodians or (ii) previously identified in initial disclosures or supplements thereto, served at least 60 days prior to the conclusion of fact discovery.

SO ORDERED:

Dated: _____            _____

                                                                    Hon. Matthew F. Kennelly
                                                                    United States District Judge