# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.
                                     Plaintiff,

v.                                                          Case No.: 1:22−cv−00125
                                                          Honorable Matthew F. Kennelly

Brown University, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 31, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the letter from plaintiffs' counsel filed on 12/30/2022. The appropriate procedure if plaintiffs wish the Court to address the matters in the report is to file before this Court a motion for protective order precluding the anticipated (or, perhaps, the already−served) subpoenas pursuant to Fed. R. Civ. P. 26(c)(1). The Court unquestionably would have jurisdiction to address such a motion even if the subpoenas are served or anticipated to be served in other districts. Given the imminence of the dispute, the Court directs plaintiffs to file any such motion by 1/4/2023. The case is set for a telephonic hearing on 1/6/2023 at 9:00 AM to discuss the anticipated motion and the procedures for resolving it. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.