UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FRANK CARBONE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>Defendants. | Case No.: 22-cv-00125<br><br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' NOTICE OF MOTION FOR PROTECTIVE ORDER TO PROHIBIT DEFENDANTS FROM SERVING SUBPOENAS ON PLAINTIFFS' FAMILIES**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action move for a protective order to prohibit Defendants from serving subpoenas on Plaintiffs' families under Federal Rule of Civil Procedure Rule 26, pursuant to this Court's Order dated December 31, 2022 (ECF No. 265), granting Plaintiffs leave to file the underlying Motion for Protective Order. For the reasons stated in the accompanying memorandum of law, Plaintiffs respectfully submit that the Court should grant Plaintiffs' Motion for Protective Order.

Dated: January 4, 2023

| | |
|---|---|
| /s/ Robert D. Gilbert | /s/ Edward Normand |
| Robert D. Gilbert | Devin (Velvel) Freedman |
| Elpidio Villarreal | Edward Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| Sarah Schuster | Richard Cipolla |

1

Alexis Marquez
Steven Magnusson
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com

**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Phone: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
Caitlin Coslett
Hope Brinn
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
ccoslett@bm.net
hbrinn@bm.net

/s/ Richard D. Schwartz
Richard D. Schwartz (ARDC# 6323474)
**BERGER MONTAGUE PC**
1720 W Division Chicago IL 60622
(773) 257-0255
rschwartz@bm.net

Robert E. Litan
Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net