Case: 1:22-cv-00125 Document #: 274-6 Filed: 01/13/23 Page 1 of 4 PageID #:3284

# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | **Case No. 1:22-cv-00125** <br><br> **Hon. Matthew F. Kennelly** <br><br> **[PROPOSED] ORDER REGARDING DISCOVERY SOURCES, DATE RANGES, AND DEADLINES** |

The Court enters the following Order regarding Discovery Sources, Date Ranges, and Deadlines:

1. By January 20, 2023, each Defendant (with the exception of Caltech) shall each designate appropriate custodians of documents from its President's Office and Development Office, to allow Plaintiffs to take discovery central to their theory of liability;

2. Defendants that allege they withdrew from the alleged conspiracy shall produce the discovery requested for time periods after the alleged withdrawals, to the same end-date ordered for the other Defendants;

3. Five Defendants (Brown, Dartmouth, Northwestern, Notre Dame, and Yale) shall produce the admissions scoring data responsive to Request Nos. 2 and 3 in Plaintiffs' Second Set of Requests for Production;

4. By January 20, 2023, the Parties shall complete global meet-and-confers concerning the scope of discovery of post-January 9, 2022 communications; and by January 27, 2023, file a Joint Status Report either informing the Court of the resolution of that issue or setting forth the Parties' positions on that issue, which will then be ripe for the Court's resolution;

5. By January 20, 2023, the Parties shall complete global meet-and-confers on any disputes about TAR; by January 23, 2023, the Parties shall complete global meet-and-confers on any disputes concerning Search Terms; and by the close of January 27, 2023, the Parties shall file a Joint Status Report either informing the Court of the resolution of those issues, or setting forth the parties' positions on those issues, which will then be ripe for the Court's resolution.

2

SO ORDERED:

Dated: _____     _____
                                                                     Hon. Matthew F. Kennelly
                                                                     United States District Judge