# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK CARBONE, *et al.*,<br><br>                            Plaintiffs,<br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br>Defendants. | Case No. 1:22-cv-00125<br><br>Judge Matthew F. Kennelly |

### DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS

Pursuant to Federal Rules of Procedure 26 and 34, Defendants hereby request that Plaintiffs answer the following Interrogatories ("Interrogatories") within thirty (30) days from the date of service hereof. These Requests are to be answered in accordance with the following Definitions and Instructions.

### DEFINITIONS

1. "Any," "all," and "each" means "each and all."

2. "Communication" means the transmittal of information, including but not limited to any conversation, meeting, discussion, letter, memorandum, email message, website posting, note, or other transmittal of information, and includes any document which refers to, reflects, transcribes, memorializes, or records any such Communication.

3. "Complaint" means the Amended Class Action Complaint filed by Plaintiffs on February 15, 2022 (Dkt. No. 106).

4. "Document" is coextensive with the meanings of the terms "document" and "electronically stored information" ("ESI") in Rule 34 of the Federal Rules of Civil Procedure, and case law interpreting Rule 34.

5. "Identify" means to provide all names, addresses, phone numbers, email addresses, and other information that may be used to find information and, with respect to Communications,

1

the date, format (*e.g.*, oral, e-mail, etc.), participants in the Communications, and summary of the Communication.

6. "Including" or "includes" means including without limitation.

7. "Institution" means any college or university offering a full-time undergraduate program.

8. "Plaintiffs," "You," and "Your" mean all named plaintiffs in the Complaint.

9. The terms "Relate," "Refer," "Reflect," "Concern," and "Pertain" mean discussing, evidencing, mentioning, memorializing, describing, constituting, containing, analyzing, studying, reporting on, commenting on, recommending, concerning, reflecting, summarizing, referring to, pertaining to, supporting, refuting, and/or purporting to evidence, mention, memorialize, describe, constitute, contain, concern, reflect, summarize, refer to, support, refute, and/or in any way be relevant, in whole or in part.

10. The use of a singular form of any word includes the plural and vice versa.

## INSTRUCTIONS

1. If, in answering these Interrogatories, You claim that any Request, Definition or Instruction is ambiguous, do not use such claim as a basis for refusing to answer, but rather set forth as part of the response the language You claim is ambiguous and the interpretation of the language that You have used to respond to the Interrogatory.

2. If, in answering these Interrogatories, You object to any part, each part of said Interrogatory shall be treated separately. If an objection is made to one subpart, the remaining subpart(s) shall be answered. If an objection is made on the basis that the Interrogatory or subpart thereof calls for information which is beyond the scope of discovery, the Interrogatory or subpart thereof shall be answered to the extent that it is not objectionable.

3. Any terms not defined herein shall have the same meaning as defined in Defendants' First Set of Requests for Production to the Named Plaintiffs.

## INTERROGATORIES

**INTERROGATORY NO. 1:**[1] For each Institution to which You applied for admission for a full-time undergraduate program, state (a) whether You applied early decision, early action, regular decision, and/or as a transfer; (b) whether You were admitted, rejected, waitlisted, admitted off the waitlist, and/or deferred; (c) the categories and amounts of merit- or need-based financial aid for which You applied in each year, whether from an Institution or other third-party (*e.g.*, scholarship); (d) the categories and amounts of financial aid You were awarded (*e.g.*, grant, work-study, loan) in each year, whether from an Institution or other third-party; (e) whether You appealed or requested a modification to the amount of financial aid You were awarded in each year (and if so, whether and how the award was modified); and (f) the amount of Your expected family contribution as determined by that Institution in each year you were awarded financial aid.

**INTERROGATORY NO. 2:**[2] Identify all individuals or entities who provided the funding used to pay the costs of Your undergraduate studies (including tuition and fees, room, board, and books and supplies) that were not fully covered by financial aid, and for each such individual or entity state the amount provided by such person by year and the terms on which such funding was provided (*e.g.*, whether the funding was provided to You or on Your behalf as a gift, donation, loan, allowance, or credit, or whether there were any other conditions or requirements on which such funding was provided to You or on Your behalf).

**INTERROGATORY NO. 3:** For each year of the alleged conspiracy, identify by name the specific schools that you contend comprise the relevant market.

**INTERROGATORY NO. 4:** Identify each Communication between You or anyone acting on Your behalf (including Your counsel) and representatives of any news organization, publication, or student body associated with any Defendant concerning this Action or any of the allegations in Your Complaint.

[signature block on next page]

---

[1] With respect to Plaintiff Frank Carbone, "You" should be understood to refer to Dominique Carbone.
[2] With respect to Plaintiff Frank Carbone, "You" should be understood to refer to Dominique Carbone.

3

Dated: September 19, 2022  Respectfully submitted,

        By: /s/ Scott D. Stein
        Scott D. Stein
        Benjamin R. Brunner
        Kelsey Annu-Essuman
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, IL 60603
        Tel.: 312-853-7000
        sstein@sidley.com
        bbrunner@sidley.com
        kannuessuman@sidley.com

*Counsel for Northwestern University, submitted on behalf of all Defendants*

## CERTIFICATE OF SERVICE

I, Scott D. Stein, an attorney, hereby certify that on September 19, 2022, I caused a true and correct copy of the foregoing DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS to be served electronically by emailing it to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ted Normand | tnormand@rochefreedman.com |
| Robert Raymar | rsraymar@hlgslaw.com |
| Robert Gilbert | rgilbert@gilbertlitigators.com |
| Daniel Walker | dwalker@bm.net |

By: <u>Scott D. Stein</u>
Scott D. Stein
Benjamin R. Brunner
Kelsey Annu-Essuman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: 312-853-7000
sstein@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Counsel for Northwestern University, submitted on behalf of all Defendants*