# EXHIBIT 2

# Exhibit 2 – Summary of Defendants' Disputed Discovery Requests

| Request | Short Description | Full Text | Relevance | Undue Burden Identified by Plaintiffs |
|---|---|---|---|---|
| INT 1 | Plaintiffs' Applications for Admission and Financial Aid | For each Institution to which You applied for admission for a fulltime undergraduate program, state (a) whether You applied early decision, early action, regular decision, and/or as a transfer; (b) whether You were admitted, rejected, waitlisted, admitted off the waitlist, and/or deferred; (c) the categories and amounts of merit- or need-based financial aid for which You applied in each year, whether from an Institution or other third-party (e.g., scholarship); (d) the categories and amounts of financial aid You were awarded (e.g., grant, work-study, loan) in each year, whether from an Institution or other third-party; (e) whether You appealed or requested a modification to the amount of financial aid You were awarded in each year (and if so, whether and how the award was modified); and (f) the amount of Your expected family contribution as determined by that Institution in each year you were awarded financial aid. | • Merits – Competition/ Agreement<br>• Merits – Market Definition<br>• Class certification<br>• Injury<br>• Damages | None |
| INT 2 | Sources of Financial Aid | Identify all individuals or entities who provided the funding used to pay the costs of Your undergraduate studies (including tuition and fees, room, board, and books and supplies) that were not fully covered by financial aid, and for each such individual or entity state the amount provided by such person by year and the terms on which such funding was provided (e.g., whether the funding was provided to You or on Your behalf as a gift, donation, loan, allowance, or credit, or whether there were any other conditions or requirements on which such funding was provided to You or on Your behalf. | • Class certification<br>• Injury<br>• Damages | None |

| Request | Short Description | Full Text | Relevance | Undue Burden Identified by Plaintiffs |
|---|---|---|---|---|
| INT 3 | Colleges In Alleged Relevant Market | For each year of the alleged conspiracy, identify by name the specific schools that you contend comprise the relevant market. | • Merits – Market Definition | None |
| RFP 1 | Reasons Plaintiff Applied to an Institution | All Documents Concerning the advantages or disadvantages of applying for admission to any Institution, including Your reasons for applying or not applying to any Institution. | • Merits – Competition/ Agreement<br>• Merits – Market Definition | None |
| RFP 2 | Applications for Admission | All applications for admission by You to any Institution and Documents Concerning Your application(s) for admission to any Institution, including any decision made by the Institution Concerning Your application. | • Merits – Competition/ Agreement<br>• Merits – Market Definition | None |
| RFP 3 | Applications for Financial Aid and Supporting Documents | All applications for financial aid for undergraduate education and supporting Documents or information used to complete any such application, including but not limited to tax returns; W-2, 1099s, K-1s, and other tax forms; records of untaxed income; and records of assets. | • Merits – Competition/ Agreement<br>• Class certification<br>• Injury<br>• Damages | None |
| RFP 5 | Third-Party Scholarships and Financial Aid | Documents sufficient to show the amount and terms of any merit or need-based financial aid You received in connection with Your undergraduate education, including third-party scholarships. | • Merits – Competition/ Agreement<br>• Class certification<br>• Injury<br>• Damages | None |
| RFP 6 | Financial Aid Declined | Documents sufficient to show the amount and terms of any merit or need-based financial aid You were denied or declined to accept in | • Merits – Competition/ Agreement<br>• Class certification | None |

2

| Request | Short Description | Full Text | Relevance | Undue Burden Identified by Plaintiffs |
|---|---|---|---|---|
| | | connection with Your undergraduate education, including third-party scholarships. | • Injury<br>• Damages | |
| RFP 7 | College Comparisons and Rankings | All Documents comparing or contrasting two or more Institutions, including any ranking of any Institution. | • Merits – Competition/ Agreement<br>• Merits – Market Definition | None |
| RFP 11 | Plaintiffs' Involvement in Litigation | All Documents Concerning the circumstances under which You became involved in the Litigation. | • Class certification | None |
| RFP 12 | Engagement Letters, Fee Arrangements | All Documents Concerning Your engagement or retention of counsel in the Litigation, including: (1) Your engagement letter(s) or agreement(s) with Plaintiffs' Counsel or any other counsel for the proposed class in the Litigation; (2) all Documents Concerning who will advance and who is responsible for payment of costs and expenses incurred in connection with the Litigation; and (3) all Documents Concerning who will share in recovery, if any, realized in the Litigation. | • Class certification<br>• Damages | None |
| RFP 18 | Loan Modification and Forgiveness | All Documents Concerning any post-graduation forgiveness or modification of the terms of financial aid that You received, or expect to receive in the future, in connection with Your undergraduate education. | • Class certification<br>• Injury<br>• Damages | None |
| RFP 19 | Satisfaction with Institution and Value of Education | All Documents Concerning your satisfaction or lack thereof with the Institution at which You received Your undergraduate education, including but not limited to Your experiences while attending that Institution or Your view of the value of that education. | • Merits – Competition/ Agreement<br>• Merits – Market Definition | None |

3

| Request | Short Description | Full Text | Relevance | Undue Burden Identified by Plaintiffs |
|---|---|---|---|---|
| RFP 20 | Social Media Usernames | Documents sufficient to Identify all username(s) and email addresses You have used or use on Facebook, Twitter, Reddit, TikTok, Instagram, LinkedIn, or any other social media network. | • Merits – Competition/ Agreement<br>• Merits – Market Definition<br>• Class certification<br>• Injury<br>• Damages | None |
| RFP 21 | Social Media Posts About a Plaintiff's Institution | All social media network posts or other communications to or from You Concerning Your undergraduate Institution. | • Merits – Competition/ Agreement<br>• Merits – Market Definition<br>• Class certification<br>• Injury<br>• Damages | None |
| RFP 23 | Complaint's Market Definition | All Documents Concerning Your allegation that the relevant market consists of "undergraduate education at private national universities with an average ranking of 25 or higher in the U.S. News & World Report rankings from 2003 through 2021" (Complaint ¶ 241), including all surveys or other documents on which You contend determination of the relevant market is based. | • Merits – Market Definition | None |
| RFP 24 | Tuition and Other Payments | Documents sufficient to show all payments of tuition and fees, room, board, and books and supplies by You or on Your behalf to the Institution at which You received Your undergraduate education, including the identity of all payor(s), dates, and amounts of such payments. | • Class certification<br>• Injury<br>• Damages | None |

4

| Request | Short Description | Full Text | Relevance | Undue Burden Identified by Plaintiffs |
|---|---|---|---|---|
| RFP 25 | Loan Agreements | All Documents Concerning student loan agreements relating to Your undergraduate education. | • Merits – Competition/ Agreement<br>• Injury<br>• Damages | None |
| RFP 26 | Loan Payment History | Documents sufficient to show the complete payment history and current balance of any student loans Concerning Your undergraduate education, including any loan forgiveness. | • Class certification<br>• Injury<br>• Damages | None |