# Exhibit 4

| | |
|---|---|
| **From:** | 568_Litigation_Defendants <568_LITIGATION_DEFENDANTS@SKADDENLISTS.COM> on behalf of Stein, Scott D. <000001b85136f875-dmarc-request@SKADDENLISTS.COM> |
| **Sent:** | Monday, September 19, 2022 10:00 PM |
| **To:** | 568_LITIGATION_DEFENDANTS@SKADDENLISTS.COM |
| **Subject:** | Defendants' First Set of Discovery Requests |
| **Attachments:** | 2022-09-19 Defendants' First Set of Requests for Production of Documents to Plaintiffs 4881-5535-6464 v.1.pdf; 2022-09-19 Defendants' First Set of Interrogatories to Plaintiffs 4889-0993-7968 v.1.pdf |

Counsel,

Attached please find Defendants' first set of interrogatories and first set of requests for production of documents to Plaintiffs.

-Scott

**SCOTT D. STEIN**

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
312 853 7520 (work)
773 220 4277 (cell)
sstein@sidley.com
www.sidley.com

**SIDLEY**

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************