# Exhibit 5

| | |
|---|---|
| **From:** | Ted Normand <tnormand@fnf.law> |
| **Sent:** | Wednesday, October 26, 2022 8:54 AM |
| **To:** | Suggs, David; Robert Gilbert; rraymar@gilbertlitigators.com; rlitan@bm.net; beth@feganscott.com; Peter Bach-y-Rita |
| **Cc:** | Gringer, David; Holt, Benjamin F.; Harrell, Leah |
| **Subject:** | Re: Henry v. Brown - Meet and Confer re Plaintiffs' Discovery Responses |

David –

Given various scheduling challenges, we propose to have this meet-and-confer on November 3 and to include Defendants' responses in the discussion. Please let us know times that might work that day. Tx.

Ted

**From:** "Suggs, David" <dsuggs@whitecase.com>
**Date:** Monday, October 24, 2022 at 5:50 PM
**To:** Ted Normand <tnormand@fnf.law>, Robert Gilbert <rgilbert@gilbertlitigators.com>, "rraymar@gilbertlitigators.com" <rraymar@gilbertlitigators.com>, "rlitan@bm.net" <rlitan@bm.net>, "beth@feganscott.com" <beth@feganscott.com>, Peter Bach-y-Rita <pbachyrita@fnf.law>
**Cc:** "Gringer, David" <David.Gringer@wilmerhale.com>, "Holt, Benjamin F." <benjamin.holt@hoganlovells.com>, "Harrell, Leah" <leah.harrell@arnoldporter.com>
**Subject:** Henry v. Brown - Meet and Confer re Plaintiffs' Discovery Responses

**[EXTERNAL SENDER]**

All,

We'd like to schedule a time to confer about Plaintiffs' responses to Defendants' RFPs and interrogatories. We're available on Friday any time after 11 am ET. Are you available at that time?

Please pass along this email to anyone who should be included who I've missed.

Thanks,
David

**David Suggs** | Partner
T  +1 212 819 2686    M  +1 704 236 7007    E  dsuggs@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095
**WHITE & CASE**

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.