UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | **Case No. 1:22-cv-00125** <br><br><br> **Hon. Matthew F. Kennelly** |

**PLAINTIFFS' UNOPPOSED MOTION
FOR BRIEFING SCHEDULE**

Plaintiffs, by their attorneys, move unopposed for a briefing schedule with respect to the motions that Defendants filed on January 13 and 14, 2023, and in support state as follows:

1. On January 13, 2023, all Defendants moved to compel responses from Plaintiffs to three interrogatories and sixteen requests for production. ECF No. 275.

2. On January 14, 2023, six Defendants moved for a protective order "barring Plaintiffs from obtaining discovery related to Admissions and Development activities." ECF No.

276. This motion directly bears on the Joint Status Report the parties filed on January 13, 2023, in which the Plaintiffs seek relief from these six Defendants, and other Defendants, and to which the Plaintiffs appended a proposed form of Order. ECF No. 274.

3. On January 6, 2023, ECF No. 272, the Court scheduled a telephonic hearing for February 8, 2023, on Plaintiffs' January 4, 2023, Motion for a Protective Order, ECF No. 270.

4. The parties have discussed the following briefing schedule for the foregoing pending motions. The briefing would conclude in advance of the scheduled February 8, 2023, hearing to allow the Court, if it is so inclined, to address at oral argument all pending matters, including the pending motions and the January 13 Joint Status Report.

   a. Plaintiffs' Opposition to the Motion to Compel and Plaintiffs' Opposition to the Motion for a Protective Order would be due on January 25.

   b. Reply Briefs would be due on February 1.

5. Defendants do not oppose the requested briefing schedule.

WHEREFORE, Plaintiffs respectfully request that the Court enter the following scheduling order: (1) Plaintiffs' Opposition to the Motion to Compel, ECF No. 275, and Plaintiffs' Opposition to the Motion for a Protective Order, ECF No. 276, are due on January 25; and (2) Defendants' Reply Briefs are due on February 1.

Dated: January 19, 2023

| | |
|---|---|
| /s/ Robert D. Gilbert | /s/ Edward Normand |
| Robert D. Gilbert | Devin (Velvel) Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar* | Peter Bach-y-Rita |
| Sarah Schuster | Richard Cipolla |
| Alexis Marquez | **FREEDMAN NORMAND** |
| Steven Magnusson | **FRIEDLAND LLP** |
| **GILBERT LITIGATORS &** | 99 Park Avenue, 19th Floor |
| **COUNSELORS, P.C.** | New York, NY 10016 |
| 11 Broadway, Suite 615 | Tel: (646) 350-0527 |

New York, NY 10004
Telephone: 646-448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com

vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
Caitlin Coslett
Hope Brinn
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
ccoslett@bm.net
hbrinn@bm.net

Robert E. Litan
Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

/s/ Richard D. Schwartz
Richard D. Schwartz (ARDC# 6323474)
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Phone: (773) 257-0255
rschwartz@bm.net

\* *Pro hac vice*