## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                  Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                   Honorable Matthew F. Kennelly

Brown University, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to set a briefing schedule [277] is granted. Plaintiffs' responses to motion to compel and motion for protective order are to be filed by 1/25/2023; replies are to be filed by 2/1/2023. Telephonic hearing, unless deemed unnecessary by the Court, is set for 2/8/2023 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.