# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Henry et al, <br><br> Plaintiff, <br><br> v. <br><br> Brown University et al <br><br> Defendants. | 1:22-cv-00125 <br><br> NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Seth Waxman is:

> Wilmer Cutler Pickering Hale and Dorr LLP
>
> 2100 Pennsylvania Ave, NW
>
> Washington, DC 20037

The firm's telephone number and the attorney's email addresses have not changed.

Dated: January 23, 2023

Respectfully submitted,

By:    /s/ Seth Waxman
       Seth Waxman
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
Seth.Waxman@wilmerhale.com

*Counsel for Defendant*