# Henry, *et al.* v. Brown University, *et al.*

# EXHIBIT 9

## 10/26/2022 Hearing Transcript - Excerpt

```
                  IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION


 SIA HENRY, et al.,                   )   Docket No. 22 C 125
                                      )
                    Plaintiffs,       )
                                      )
              vs.                     )
                                      )
 BROWN UNIVERSITY, et al.,            )   Chicago, Illinois
                                      )   October 26, 2022
                    Defendants.       )   10:30 o'clock a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiffs:     ROCHE FREEDMAN LLP
                        BY:  MR. EDWARD J. NORMAND
                        99 Park Avenue, Suite 1910
                        New York, NY 10016
                        (646) 970-7513




                        GILBERT LITIGATORS & COUNSELORS
                        BY:  MR. ROBERT DEWITT GILBERT
                        11 Broadway, Suite 615
                        New York, NY 10004
                        (646) 448-5269




Court Reporter:         MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                        Official Court Reporter
                        219 S. Dearborn Street, Suite 2102
                        Chicago, Illinois  60604
                        (312) 435-5639
```

```
 1   APPEARANCES CONTINUED:

 2

 3   For the Defendants:
     Brown University:      MORGAN, LEWIS & BOCKIUS LLP
 4                          BY:  MR. JON R. ROELLKE
                            1111 Pennsylvania Avenue, NW
 5                          Washington, DC 20004
                            (202) 739-5754
 6

 7   Dartmouth College:     JENNER & BLOCK LLP
                            BY:  MS. TERRI LYNN MASCHERIN
 8                          353 N. Clark Street
                            Chicago, IL 60654
 9                          (312) 222-9350

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   THE COURT: Okay. And I see one other person there.
2 He has a yellow tie on.
3   MR. ROELLKE: Thank you, your Honor. It's Jon
4 Roellke for Brown University.
5   THE COURT: All right. What I'm going to ask is that
6 anybody who's on by phone, mute your phone.
7   For those of you who are on video, if you don't use
8 this platform a lot and you're seeing a whole bunch of empty
9 boxes, you can make those go away. There's a thing at the top
10 of your screen, if you run your cursor up there, that should
11 say, Layout. If you click on that, you'll see something that
12 says, Hide participants without video. If you turn that on,
13 the empty boxes go away.
14   Okay. So what's before me is the dispute that
15 involves proposed what I'll call -- I guess FERPA is the -- is
16 the acronym -- order. And I have a couple of questions,
17 specific questions, that I want to ask, so I think maybe
18 that's the place to start.
19   Let me get to the right spot in my notes.
20   So the -- this is a question really for defense
21 counsel.
22   So the plaintiffs used this term, which I acknowledge
23 and I think they acknowledge isn't in the regs or the statute,
24 what they refer to as a donation record, and I'm just going to
25 take kind of their definition of that.

1   document as the plaintiffs, as the plaintiffs' counsel.
2           THE COURT:  Give me a second to absorb this.
3           Okay.  And is there something in the defendants'
4   position that suggests that you wouldn't?
5           MR. GILBERT:  Okay.  Well --
6           MS. MASCHERIN:  If I may speak to that, your Honor.
7   What plaintiffs are proposing -- and this is in 8(c) -- is
8   that in donation records, defendants should not be permitted
9   to redact either the names of donors or the names of
10  applicants or students.
11          THE COURT:  Okay.
12          MS. MASCHERIN:  That's --
13          THE COURT:  And you're saying that if it names a
14  student, it then qualifies as a student record.
15          MS. MASCHERIN:  It --
16          MR. GILBERT:  And --
17          MS. MASCHERIN:  -- it may qualify as --
18          THE COURT:  One person now.
19          MS. MASCHERIN:  Yes, your Honor, it may qualify as a
20  student record.  And this goes back to the definition of
21  education --
22          THE COURT:  Okay.  So let me get just kind of to the
23  nub of this question.
24          So the whole case -- maybe not the whole case, but a
25  significant part of the case is exactly this, the contention

1 that admissions are tied to donations, or at least that's a
2 significant part of the case. And so unless there's going to
3 be an opinion that basically says, well, the kind of thing I
4 just said is not going to happen, that basically says the
5 plaintiffs can't get that, therefore, the case is over, then
6 we have to come up with a way of doing that.
7     I, perhaps stupidly, thought that's what we talked
8 about for the first 40 minutes of this discussion, was a way
9 of doing that, that you'd put in some sort of a code for the
10 names of each one of those people which would allow somebody
11 to say, okay, this is a donation record that relates to this
12 student over here and so we can determine whether that had any
13 effect on whether that person got admitted or not. I thought
14 that's what we were talking about.
15     MS. MASCHERIN: May I respond to that, your Honor?
16     THE COURT: Well, I mean, you can just tell me if I'm
17 missing something.
18     MS. MASCHERIN: I'm going to try to clarify.
19     THE COURT: I mean, I'm trying to figure out what --
20 I'm never going to get that 45 minutes of my life back.
21     MS. MASCHERIN: Your Honor has made reference a
22 couple of times to a notice to students. In the separate
23 FERPA order which the parties -- to which the parties have
24 agreed, there's no dispute about it, we have provided for
25 exactly that type of a process.

1  I certify that the foregoing is a correct transcript from
2  the record of proceedings in the above-entitled matter.

3  Carolyn R. Cox                                    Date
   Official Court Reporter
4  Northern District of Illinois
   /s/Carolyn R. Cox, CSR, RPR, CRR, FCRR