**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Sia Henry, et al.

                    Plaintiff,

v.                                                                              Case No.: 1:22–cv–00125
                                                                                Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 2, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly: The motion hearing/ruling set for 9:30 AM on 2/8/2023, which will cover all pending contested matters, is advanced to 9:15 AM on 2/8/2023 and will be conducted as a video hearing. Judge Kennelly's courtroom deputy clerk will send out a video notice in advance of the hearing. Counsel are requested to provide to Judge Kennelly's courtroom deputy clerk one e–mail address for all plaintiffs and one for all defendants for use in the video invitation, which the receiving counsel may then circulate as needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.