**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No.: 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** <br><br> **CERTAIN DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING THE HEA STATUTE AND PRODUCTION OF CERTAIN FAFSA INFORMATION** |

**CERTAIN DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING THE
HEA STATUTE AND PRODUCTION OF CERTAIN FAFSA INFORMATION**

Defendants, with the exception of Cornell University, submit the attached proposed order ("Exhibit A") regarding the production of certain data that is derived from or related to the U.S. Department of Education's Free Application for Federal Student Aid ("FAFSA") and whose use is governed by the Higher Education Act of 1965 ("HEA"). Cornell does not join in this motion and has informed the parties that it intends to separately file a statement setting forth its position.

The moving Defendants have conferred with Plaintiffs, who agreed to the provisions in the proposed Order regarding the collection, anonymizing, and production of FAFSA information being authorized under the HEA, but refused to join this motion without the Order also imposing requirements related to how FAFSA information may be designated and used under the Confidentiality Order (Docket No. 254). Moving Defendants respectfully request that the Court enter this Order as soon as possible to facilitate their ability to collect, anonymize, and produce structured financial aid data that contains FAFSA information.

Plaintiffs have requested certain FAFSA-derived or -related information (including certain information from the Institutional Student Information Record ("ISIR") that schools receive from the Department of Education based on the FAFSA). The moving Defendants also expect that the parties may seek similar information from non-party colleges or universities. The HEA statute, in relevant part, governs the use of FAFSA information including the privacy of information that institutions of higher education receive through FAFSA/ISIR. According to the HEA statute, data collected by FAFSA "shall be used only for the application, award, and *administration of aid* awarded under this subchapter, State aid, or aid awarded by eligible institutions or such entities as the Secretary may designate." 20 U.S.C. § 1090 (emphasis added); *see also* Priv. Tech. Assistance Ctr., *Guidance on the Use of Financial Aid Information for Program Evaluation and Research*, U.S. Dep't of Educ., PTAC-FAQ-9 (Jan. 2017) ("*Guidance*"), available at https://studentprivacy.ed.gov/sites/default/files/resource_document/file/FSA_final_0.pdf.

The moving Defendants are unaware of any court rulings interpreting the above-quoted language concerning whether disclosure of FAFSA information in response to discovery requests (or a court order) can be deemed use "for the application, award, and administration of aid" in the context of a lawsuit brought by students based on alleged conduct pertaining to the calculation of

"aid awarded." Accordingly, out of an abundance of caution, movants seek an order authorizing Defendants and non-party colleges and universities to produce information that is governed by the HEA.

Given the requirements of the HEA statute, the moving Defendants respectfully request that this Court enter the attached proposed order that (i) authorizes disclosure of information derived from or related to the FAFSA/ISIR, pursuant to the protections of the Order Regarding FERPA and the Production of Certain Documents and Information ("FERPA Order," Docket No. 231) and the Confidentiality Order (Docket No. 254) entered in this case, and (ii) finds that such collection, production, and use in this litigation is part of the "administration of aid" in each Defendant's and non-party college's and university's financial aid program. Because the efficient and effective administration of financial aid programs is the subject of this action, this interpretation of the HEA statute is consistent with the Department of Education's interpretation of "administration of aid," as used in the HEA statute, to include "audits and program evaluations necessary for the efficient and effective administration of those student aid programs." *Guidance*, *supra*, at 6.[1]

Further, this Order is consistent with guidance provided by the Department of Education at a 2019 Federal Student Aid Training Conference for Financial Aid Professionals, which is attached here as Exhibit B. Slides 37 to 39 provide that an institution may produce "a student's FAFSA data in response to a lawfully issued subpoena . . . if the purpose in obtaining the information is related to the application, award, or administration of aid." As noted, the litigation here relates to the application, award, or administration of financial aid.

---

[1] An agency's guidance is entitled to certain deference. *See Kisor v. Wilkie*, 139 S. Ct. 2400, 2408 (2019) (affirming and explaining *Auer v. Robbins*, 519 U.S. 452, 453 (1997)).

All productions of FAFSA/ISIR-derived or -related information in this action shall be de-identified and designated Confidential Information in compliance with the FERPA Order and the Confidentiality Order.

Accordingly, the moving Defendants respectfully request that the Court enter this proposed Order.

Dated:  February 2, 2023

Respectfully submitted,

By: /s/ *Michael A. Rubin*
James L. Cooper
Michael Rubin
Tommy La Voy
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com
tommy.lavoy@arnoldporder.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By: /s/ *Kenneth Kliebard (with consent)*
Kenneth Kliebard
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive

Suite 2800
Chicago, IL 60606-1511
Tel: 312-324-1000
kenneth.kliebard@morganlewis.com

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202-739-5754
jon.roellke@morganlewis.com

Sujal Shah
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: 415-442-1386
sujal.shah@morganlewis.com

*Counsel for Defendant Brown University*

By:  /s/ Deepti Bansal *(with consent)*
Deepti Bansal
Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
Tel: 202-728-7027
dbansal@cooley.com
akasner@colley.com

Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive
Chicago, IL  60606
Tel: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By:  /s/ *Amy Van Gelder (with consent)*
Patrick Fitzgerald
Amy Van Gelder

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*


By: */s/ Terri L. Mascherin (with consent)*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

6

/s/ James A. Morsch *(with consent)*
James A. Morsch
Jim.morsch@saul.com
SAUL EWING ARNSTEIN & LEHR
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
IL Attorney ID #6209558

Christopher D. Dusseault (pro hac vice)
cdusseault@gibsondunn.com
Jacqueline L. Sesia
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Counsel for Defendant Duke University*

By:  */s/ Tina M. Tabacchi (with consent)*
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com

*Counsel for Defendant Emory University*

By:  */s/ Britt M. Miller (with consent)*
Britt M. Miller
Daniel T. Fenske
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s/ Jeffrey J. Bushofsky (with consent)*

Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

By: */s/ Eric Mahr (with consent)*
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

By: */s/ Scott D. Stein (with consent)*
Scott D. Stein
Benjamin R. Brunner

8

Kelsey Annu-Essuman
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Tel.: 414-559-2434
sstein@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Counsel for Defendant Northwestern University*

By: */s/ Robert A. Van Kirk (with consent)*
Robert A. Van Kirk
Cole T. Wintheiser
Jonathan Pitt
Matthew D. Heins
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5163
rvankirk@wc.com
cwintheiser@wc.com
jpitt@wc.com
mheins@wc.com
skirkpatrick@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By: */s/ David Gringer (with consent)*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: 202-663-6800

9

seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*

By: */s/ Norm Armstrong (with consent)*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant William Marsh Rice University*

By: */s/ J. Mark Gidley (with consent)*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Defendant Vanderbilt University*

By: */s/ Charles A. Loughlin (with consent)*
Charles A. Loughlin
Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com

Stephen Novack
Stephen J. Siegel
Serena G. Rabie
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL 60606-1501

Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Defendant Yale University*

Case: 1:22-cv-00125 Document #: 306 Filed: 02/02/23 Page 12 of 12 PageID #:5356