# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

Plaintiff,

v.

Brown University, et al.

Defendant.

Case No.: 1:22−cv−00125

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 5, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 1/4/2023 (dkt. no. 269) contained a typographical error and is corrected to read as follows. Plaintiffs' unopposed motion for leave to file second amended complaint [266] is granted; plaintiffs should **now** file the second amended complaint as its own docket entry. Defendants are given until 1/25/2023 to answer the second amended complaint. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.