# EXHIBIT A

**Text of Submitted PTAC Inquiry**

My institution is a defendant in litigation, the subject of which involves our admissions and financial aid practices. In discovery, plaintiffs have requested multiple years of FAFSA/ISIR data. My institution receives these data from the U.S. Department of Education under the terms of an SAIG user agreement and the U.S. Department of Education shares these data with the institution in a manner consistent with "routine use" provisions in the Federal Privacy Act. As my institution's Primary Destination Point Administrator, I am aware FAFSA/ISIR data are further protected by section 483(a)(3)(E) of the Higher Education Act which states that data collected through the FAFSA may only be used for the application, award, and administration of HEA, Title IV program aid, State aid, or aid awarded by eligible institutions or entities designated by ED.

May we consider this litigation within the meaning of "administration of HEA, Title IV program aid, State aid, or aid awarded by our institution" within HEA 483(a)(3)(E), or within the meaning of "administration of aid" inclusive of audits and program evaluations necessary for the efficient and effective administration of those student aid programs (PTAC guidance, Jan. 2017), and provide these data to plaintiffs in discovery if ordered by the court?

Thank you,

Kevin Jensen
Executive Director, Office of Financial Aid and Student Employment
(SAIG Primary Destination Point Administrator)

| | |
|---|---|
| **From:** | ferpa@ed.gov |
| **To:** | Kevin James Jensen |
| **Subject:** | Your Helpdesk Case #40496 has been created ID:[nodjhe/307178/40496] |
| **Date:** | Tuesday, January 17, 2023 5:00:05 PM |

Thank you for contacting the Student Privacy Helpdesk. We are researching your issue and will contact you when we have a response or if we require further information.

Student Privacy Helpdesk
Toll Free Phone: 1-855-249-3072
Email: privacyta@ed.gov
Web: https://studentprivacy.ed.gov/