UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>Defendants. | Case No.: 22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DEFENDANTS' STATEMENT OF COMPLIANCE UNDER LOCAL RULE 37.2**

This Local Rule 37.2 Statement accompanies Defendants' Motion to Extend the Deadline For the Production of Structured Data 30 Days. On February 3, 2023, Defendants received an update from the outside vendor handling the de-identification and Defendants conferred with each other to assess their collective status. Defendants contacted Plaintiffs' counsel on February 3, 2023 and requested a meet and confer to discuss extending the deadline for producing Defendants' financial aid and admissions structured data. Due to the fast approaching deadline, defendants sought to raise the issue with the Court in a supplemental joint status report prior to the February 8, 2023 hearing.

On February 6, 2023, James Morsch and Scott Stein, Counsel for Duke and Northwestern respectively, held a telephonic meet and confer with Plaintiffs' Counsel, Robert Gilbert, Steven Magnusson and Robert Litan. Plaintiffs informed the undersigned that they were not in a position to respond to Defendants' request for an additional 30 days.

Defendants' respectfully submit that they have complied with Local Rule 37.2 as to the

41136391.1

issues that need to be addressed in Defendants' motion in light of the February 13, 2023 production deadline for structured data.

Dated: February 7, 2023                              Respectfully submitted,

By:/s/ *Eric Mahr*                                   By:/s/ James A. Morsch
Eric Mahr                                            James A. Morsch
Jan Rybnicek                                         Jim.morsch@saul.com
Daphne Lin                                           SAUL EWING ARNSTEIN & LEHR
FRESHFIELDS BRUCKHAUS                                161 North Clark, Suite 4200
DERINGER                                             Chicago, IL 60601
700 13th Street, NW                                  Telephone: (312) 876-7100
Washington, DC 20005                                 Facsimile: (312) 876-0288
Tel: 202-777-4500                                    IL Attorney ID #6209558
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com                         Christopher D. Dusseault (pro hac vice)
daphne.lin@freshfields.com                           cdusseault@gibsondunn.com
                                                     Jacqueline L. Sesia
*Counsel for Defendant Massachusetts*                jsesia@gibsondunn.com
*Institute of Technology*                            GIBSON, DUNN & CRUTCHER LLP
                                                     333 South Grand Avenue
By:/s/ *Scott D. Stein*                              Los Angeles, CA 90071
Scott D. Stein                                       Telephone: (213) 229-7000
Benjamin R. Brunner
Kelsey Annu-Essuman                                  *Counsel for Defendant Duke University*
SIDLEY AUSTIN LLP
1 South Dearborn Street                              By:/s/ *Kenneth Kliebard*
Chicago, IL 60603                                    Kenneth Kliebard
Tel.: 414-559-2434                                   MORGAN, LEWIS & BOCKIUS LLP
sstein@sidley.com                                    110 North Wacker Drive
bbrunner@sidley.com                                  Suite 2800
kannuessuman@sidley.com                              Chicago, IL 60606-1511
                                                     Tel: 312-324-1000
*Counsel for Defendant Northwestern*                 kenneth.kliebard@morganlewis.com
*University*
                                                     Jon R. Roellke
By:/s/ *Robert A. Van Kirk*                          MORGAN, LEWIS & BOCKIUS LLP
Robert A. Van Kirk                                   1111 Pennsylvania Avenue, NW
Cole T. Wintheiser                                   Washington, DC 20004-2541
Jonathan Pitt                                        Tel: 202-739-5754
Matthew D. Heins                                     jon.roellke@morganlewis.com
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP                              Sujal Shah
725 Twelfth Street, N.W.                             MORGAN, LEWIS & BOCKIUS LLP

2

41136391.1

Washington, D.C. 20005
Tel: 202-434-5163
rvankirk@wc.com
cwintheiser@wc.com
jpitt@wc.com
mheins@wc.com
skirkpatrick@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By:/s/ *Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: 415-442-1386
sujal.shah@morganlewis.com

*Counsel for Defendant Brown University*

By:/s/ *Deepti Bansal*
Deepti Bansal
Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Tel: 202-728-7027
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive
Chicago, IL 60606
Tel: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By:/s/ *James L. Cooper*
James L. Cooper
Michael Rubin
Tommy La Voy
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com
tommy.lavoy@arnoldporter.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

41136391.1

Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*

By:*/s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant William Marsh Rice University*

By:*/s/ J. Mark Gidley*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

Robert A. Milne

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By:*/s/ Patrick Fitzgerald*
Patrick Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*

By:*/s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen

4

41136391.1

David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Defendant Vanderbilt University*

By:*/s/ Charles A. Loughlin*
Charles A. Loughlin
Benjamin F. Holt
Jamie Lee
Molly Pallman
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
jamie.lee@hoganlovells.com
molly.pallman@hoganlovells.com

Stephen Novack
Stephen J. Siegel
Serena G. Rabie
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL 60606-1501
Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Defendant Yale University*

By:*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant Cornell University*

By:*/s/ Terri L. Mascherin*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

By:*/s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP

5

41136391.1

Craig A. Waldman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com

*Counsel for Defendant Emory University*

By:/s/ *Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Georgetown University*

191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

6

41136391.1