# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.                                                 Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 2/23/2023 regarding various disputed discovery issues. The parties are directed to provide a draft order in Word format embodying the rulings made on the record during today's hearing to Judge Kennelly's proposed order email address by 2/27/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.