UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIA HENRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>Defendants. | Case No.: 22-cv-00125<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT DUE MARCH 6, 2023

The parties submit this Joint Status Report pursuant to the Case Management Order, Dkt. No. 326 (the "March 1 Order"), requiring that "[b]y March 6, 2023, the parties shall file a joint status update regarding the parties' agreement on Defendants' production of (a) structured data that was created after the filing of the Complaint and that concern Defendants' admissions and financial aid, and (b) documents that were created after the filing of the Complaint and that concern Defendants' admissions and financial aid policies and practices."

I.   THE PARTIES' RESPECTIVE POSITIONS ON DISCOVERY ISSUES

**Plaintiffs' Position**

The parties have reached agreement on the issues set forth in the draft Order that Plaintiffs are submitting today in connection with this JSR, with the exception of the language in Section 3.G, which addresses Defendants' obligation to supplement and correct data consistent with Federal Rule of Civil Procedure 26(e), including in connection with Defendants' experts' prospective use and analysis of such data. We understand that Defendants do not agree to include such language in the proposed Order. Section 3.G in Plaintiffs' proposed order is necessary to

clarify that the Defendants are not relieved of the obligation to supplement and correct data as Rule 26(e) requires and to set out a sensible timetable for Defendants to produce supplemental or corrected data that their experts may come to rely upon and analyze, to enable Plaintiffs and their experts to respond.

**Defendants' Position**

1. **Post-Complaint Structured Data**

The only issue unresolved following the hearing on February 23, 2023, was for the parties to agree on the appropriate date for collecting and producing post-Complaint financial aid and admissions data: October 1, 2023 (as Defendants proposed), or December 31, 2023 (as Plaintiffs proposed in order to obtain preliminary, then-available data related to Early Action and Early Decision applicants expected to be attending school in the academic year that begins in or about August 2024). Despite the fact that such data will be both incomplete and subject to change, Defendants agreed to collect the data on or around January 15, 2024, and to produce it to Plaintiffs as soon as practicable, but no later than February 20, 2024.

With that data collection and production issue resolved, Defendants believe that entry of Plaintiffs' revised order is unhelpful, premature, and unnecessary for three reasons. First, the parties have already reached an agreement on the only issue in dispute and there is, as a result, no need for an order at all. Second, new Section G of Plaintiffs' revised order includes language related to the production of data that may or may not be relied upon by Defendants' expert witnesses in May 2024. However, this issue is already governed by the Expert Stipulation entered by the Court. *See* Section 7, ECF No. 218. Defendants see no need to single out a particular type of data for special treatment or to risk confusion by having multiple orders governing the very same issue. And third, new Section G also seeks unnecessarily to preview a potential argument by Plaintiffs under Federal Rule of Civil Procedure 26(e) over *a year* before it conceivably could

2

become ripe. In short, anticipating the unreliability of any opinions that Plaintiffs' experts may offer about preliminary financial aid and admissions data for 2024 Early Action or Early Decision applicants, Plaintiffs now seek to require Defendants to make continual future financial aid and admissions data productions to reflect events that occur (e.g., decisions on appeals of financial aid, changes in students' financial circumstances, late applications for financial aid, etc.) after fact discovery closes on January 31, 2024, and Plaintiffs' expert reports are served. Plaintiffs seek to do so by labeling future productions "supplements" or "corrections" to try to invoke Rule 26(e). But the data to be produced will accurately reflect the state of financial aid and admissions at the time the data is collected. That Plaintiffs' experts may misread, misinterpret, or misapply those data is no basis to create further burden on Defendants with yet another round of data collections and productions. In all events, the Court need not resolve any question of further supplementation now—almost a year before Defendants or the Court know what Plaintiffs' experts may say about the data.

Accordingly, Defendants respectfully submit that the Court need not enter a revised order given that the parties have reached an agreement on the cut-off and production dates for post-Complaint structured data. If the Court believes a revised order is necessary, Defendants respectfully request the Court enter their proposed order, which mirrors Plaintiffs' proposal except with respect to the unnecessary Section G.

2. **Post-Complaint Documents**

With respect to documents created after the filing of the Complaint, subject to agreed-upon search terms, Defendants' objections, and meet-and-confers with Plaintiffs, Defendants are and will be producing responsive, non-privileged materials in accordance with the March 1, 2023, Order.

Dated: March 6, 2023                          Respectfully submitted,

By:/s/ *Edward J. Normand*                By:/s/ *Kenneth Kliebard*
Devin "Vel" Freedman                         Kenneth Kliebard
Edward J. Normand                            MORGAN, LEWIS & BOCKIUS LLP
Peter Bach-y-Rita                               110 North Wacker Drive
FREEDMAN NORMAND                   Suite 2800
FRIEDLAND LLP                                 Chicago, IL 60606-1511
99 Park Avenue                                   Tel: 312-324-1000
Suite 1910                                        kenneth.kliebard@morganlewis.com
New York, NY 10016
Tel: 646-970-7513                          Jon R. Roellke
vel@fnf.law                                     MORGAN, LEWIS & BOCKIUS LLP
tnormand@fnf.law                        1111 Pennsylvania Avenue, NW
pbachyrita@fnf.law                     Washington, DC 20004-2541
                                                   Tel: 202-739-5754
/s/ *Robert D. Gilbert*                   jon.roellke@morganlewis.com
Robert D. Gilbert
Elpidio Villarreal                          Sujal Shah
Robert S. Raymar*                     MORGAN, LEWIS & BOCKIUS LLP
Sarah Schuster                           One Market, Spear Street Tower, 28th Flo
Alexis Marquez                           San Francisco, CA 94105-1596
Steven Magnusson                    Tel: 415-442-1386
GILBERT LITIGATORS & COUNSELORS,   sujal.shah@morganlewis.com
P.C.
11 Broadway, Suite 615              *Counsel for Defendant Brown University*
New York, NY 10004
Phone: (646) 448-5269               By:/s/ *Deepti Bansal*
rgilbert@gilbertlitigators.com        Deepti Bansal
pdvillarreal@gilbertlitigators.com    Alexander J. Kasner
rraymar@gilbertlitigators.com        COOLEY LLP
sschuster@gilbertlitigators.com      1299 Pennsylvania Avenue, NW
amarquez@gilbertlitigators.com      Suite 700
smagnusson@gilbertlitigators.com   Washington, DC 20004-2400
                                                   Tel: 202-728-7027
\* *Pro hac vice*                               dbansal@cooley.com
                                                   akasner@cooley.com
Eric L. Cramer
Caitlin G. Coslett                          Matthew Kutcher

4

BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Daniel J. Walker
Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*

COOLEY LLP
110 N. Wacker Drive
Chicago, IL 60606
Tel: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By:/*s/ James L. Cooper*
James L. Cooper
Michael Rubin
Tommy La Voy
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5014
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com
tommy.lavoy@arnoldporter.com

Leah Harrell
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-7767
Leah.Harrell@arnoldporter.com

Valarie Hays
ARNOLD & PORTER KAYE SCHOLER LLP
70 W Madison Street
Suite 4200
Chicago, IL 60602
Tel.: 312-583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendant University of Chicago*

By:/*s/ Amy Van Gelder*
Patrick Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE,

MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: 312-407-0508
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY 10001-8602
Tel: 212-735-3276
karen.lent@skadden.com

*Counsel for Defendant The Trustees of Columbia University in the City of New York*

By:/s/ *Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

6

*Counsel for Defendant Cornell University*

By:/s/ *Terri L. Mascherin*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

By:/s/ *James A. Morsch*
James A. Morsch
Jim.morsch@saul.com
SAUL EWING ARNSTEIN & LEHR
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
IL Attorney ID #6209558

Christopher D. Dusseault (pro hac vice)
cdusseault@gibsondunn.com
Jacqueline L. Sesia
jsesia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

Telephone: (213) 229-7000

*Counsel for Defendant Duke University*

By:*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
Tel.: 312-782-3939
tmtabacchi@jonesday.com

Craig A. Waldman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel.: 202-879-3877
cwaldman@jonesday.com

*Counsel for Defendant Emory University*

By:*/s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Georgetown University*

By:*/s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park

Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

By:*/s/ Jan Rybnicek*
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

By:*/s/ Scott D. Stein*
Scott D. Stein
Kathleen L. Carlson
Benjamin R. Brunner
Kelsey Annu-Essuman
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Tel.: 3412-853-7000
sstein@sidley.com
kcarlson@sidley.com
bbrunner@sidley.com
kannuessuman@sidley.com

*Counsel for Defendant Northwestern University*

By:*/s/ Robert A. Van Kirk*
Robert A. Van Kirk

9

Jonathan B. Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
Tel: 202-434-5163
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*


By:*/s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE
& FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*

By:*/s/ Norm Armstrong*
Norm Armstrong
Christopher Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312 764 6960
zfardon@kslaw.com

*Counsel for Defendant William Marsh Rice University*

By:*/s/ J. Mark Gidley*

11

J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: 202-626-3600
mgidley@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Defendant Vanderbilt University*

By:/*s/ Charles A. Loughlin*
Charles A. Loughlin
Benjamin F. Holt
Jamie Lee
Molly Pallman
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: 202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
jamie.lee@hoganlovells.com
molly.pallman@hoganlovells.com

Stephen Novack
Stephen J. Siegel
Serena G. Rabie
NOVACK AND MACEY LLP
100 North Riverside Plaza, 15th Floor
Chicago, IL 60606-1501
Tel.: 312-419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
srabie@novackmacey.com

*Counsel for Defendant Yale University*