# EXHIBIT 4

**From:** Robert Raymar <rraymar@gilbertlitigators.com>
**Sent:** Tuesday, January 31, 2023 8:41 AM
**To:** Miller, Britt M. <BMiller@mayerbrown.com>
**Cc:** 568 Plaintiffs <568_litigation@fnf.law>;
Carbone_Defs_Service@listserv.whitecase.com
**Subject:** Re: Agreement on Non-Structured Data 1998-2003

**[EXTERNAL SENDER]**

Britt, no worries. Thanks. Bob Raymar

On Tue, Jan 31, 2023 at 8:39 AM Miller, Britt M. <BMiller@mayerbrown.com> wrote:

> Bob –
>
> With apologies for the tardiness of this email (it was sitting in my drafts folder), I confirm on behalf of defendants that the below memorializes the parties' agreement on non-structured data for the 1998-2003 time period.
>
>
> -   B
>
> _____
> _____
> **Britt M. Miller**
> *Co-Lead Global Antitrust Practice*
> Mayer Brown LLP
> 71 South Wacker Drive

Chicago, IL 60606
T +1 312 701 8663

LinkedIn | Twitter
mayerbrown.com

**From:** Robert Raymar <rraymar@gilbertlitigators.com>
**Sent:** Monday, January 23, 2023 11:41 AM
**To:** Miller, Britt M. <BMiller@mayerbrown.com>
**Cc:** 568 Plaintiffs <568_litigation@fnf.law>
**Subject:** Agreement on Non-Structured Data 1998-2003

**CAUTION: External Email -** Only click on contents you know are safe.

Dear Britt,

In order to document in one place the agreement we reached on January 13, 2023 regarding non-structured data for the 1998-2003 time period, we include the various emails and pieces in one statement of the agreement, as follows:

All defendants (with the exception of JHU and Caltech who are differently situated based on when they joined the 568 Group) accept plaintiffs' proposal that Defendants shall search agreed custodians' records/agreed shared drives for electronic non-structured data (i.e., electronic documents that are not structured data) from 1998-2003, on the following issues:

1. Formation and operation of the 568 Presidents' Group, including communications with members and non-members concerning their reasons for joining or refusing to join; and any agendas, minutes, transcripts, or notes of meetings of the Group;

2. The goals and purposes of the 568 Presidents' Group; and

3. All documents reflecting communications with other 568 Presidents' Group members, regarding price, tuition, room and board, or financial aid, or the creation of any formula or method for calculating, determining or coordinating the same, including but not limited to the creation and refinement of what became known as the Consensus Methodology.

Please confirm that the above recitation of the agreement we reached is accurate.

Thank you.

Robert S. Raymar
Gilbert Litigators & Counselors, P.C.
C: (201) 259-4890
rraymar@gilbertlitigators.com
www.gilbertlitigators.com

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with emails is available in our Privacy Notice.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP.  This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately.  Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no respons bility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use.  This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.