UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

## **DECLARATION OF RICHARD CIPOLLA**

  I, Richard Cipolla, am an associate at the law firm of Freedman Normand Friedland LLP, counsel for Plaintiffs in this case. I hereby declare as follows:

  1.  I submit this Declaration in support of Plaintiffs' Motion to Compel Production of Documents responsive to Plaintiffs' First and Second, and a certain portion of the Third Set of Requests for Production of Documents ("RFPs").

2. The only exceptions to Defendants' global agreement on the temporal scope of pre-complaint discovery relate to two Defendants that joined the 568 Group relatively recently, and are that: (1) Caltech[1] stated in January that it was "assessing" the burden of producing pre-January 1, 2017 documents related to the formation, development, and purposes of the 568 Presidents' Group and the Consensus Methodology; and (2) during a February 7, 2023, meet and confer, Samer Musallam, Esq. took the position that JHU will not search for or produce any unstructured data and documents from more than a few years before JHU joined the 568 Group. Mr. Musallam informed Plaintiffs that they would have to seek relief from the Court for any data or documents going back further in time.

3. Dartmouth raised individualized concerns regarding the breadth of documents returned by certain searches based on the otherwise agreed-upon search terms. Plaintiffs conditionally accepted Dartmouth's revisions pending a review of their productions.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2023     */s/ Richard Cipolla*
RICHARD CIPOLLA
FREEDMAN NORMAND FRIEDLAND LLP
225 Franklin St, 26th Floor
Boston, MA 02210
Telephone (t)  (646) 791-6881
rcipolla@fnf.law

---

[1] For convenience, Plaintiffs will utilize the abbreviated name for each Defendant used in the Second Amended Complaint, except that the "University of Notre Dame du Lac" will be abbreviated as "ND" and "Johns Hopkins University" will be abbreviated as "JHU".