# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No.: 1:22-cv-00125-MEK <br><br> **PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS** |

PROPOUNDING PARTY: PLAINTIFFS

RESPONDING PARTY: ALL DEFENDANTS

SET NUMBER: TWO (2)

1

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of all others similarly situated, request that Defendants Brown University ("Brown"), California Institute of Technology ("CalTech"), University of Chicago ("Chicago"), The Trustees of Columbia University in the City of New York ("Columbia"), Cornell University ("Cornell"), Trustees of Dartmouth College ("Dartmouth"), Duke University ("Duke"), Emory University ("Emory"), The Johns Hopkins University ("Johns Hopkins"), Georgetown University ("Georgetown"), Massachusetts Institute of Technology ("MIT"), Northwestern University ("Northwestern"), University of Notre Dame du Lac ("Notre Dame"), The Trustees of the University of Pennsylvania ("Penn"), William Marsh Rice University ("Rice"), Vanderbilt University ("Vanderbilt"), and Yale University ("Yale") (collectively, "Defendants," and as these Requests are directed to each such Defendant, "You" or "Your") produce the Documents and things described below for inspection and copying at 99 Park Avenue, Suite 1910, New York, New York 10016, within thirty (30) days of service of these discovery requests, or at some mutually-agreeable date, location, and time, where facilities are available for inspection and copying, in accordance with the Definitions and Instructions below. These Requests are continuing in nature. Responsive information discovered subsequent to service of Your responses hereto shall be disclosed through supplemental responses within thirty (30) days of discovery of the information, pursuant to Rule 26(e) of the Federal Rules.

**DEFINITIONS, INSTRUCTIONS, AND RELEVANT TIME PERIOD**

The Definitions, Instructions, and Relevant Time Period for Plaintiffs' Second Set of Requests for Production of Documents to All Defendants are identical to those in Plaintiffs' First Set of Requests for Production of Documents to All Defendants served on Defendants on September 19, 2022, except for the following additional Definitions:

1. "Donor-related Admitted Applicant" is an Admitted Applicant whose family, or someone known to the Admissions Office as a friend of the Admitted Applicant, made Donation(s) to You cumulatively valued at $50,000 or more during the five-year period prior to the admission of the Admitted Applicant.

2. "Legacy Admission" means a policy or practice, whether formal or informal, in which You grant preferences to relatives or relations of alumni or undergraduate or graduate programs.

## DOCUMENT REQUESTS

**Request for Production No. 1:** All Documents Concerning Your study, analysis, or discussion regarding any relationship between Your admission of Legacy Admissions and Your receipt of current or future Donations.

**Request for Production No. 2:** All Documents Concerning any scoring methodologies You have used in considering whether to admit Applicants, including but not limited to the principal factors that You have considered in Admissions; any numerical ranking or scoring system(s) used in connection with those factor(s); and any weight applied to any particular ranking or scoring of the Applicants or any particular factor.

**Request for Production No. 3:** For all Admitted Applicants, Documents reflecting for each Academic Year the scores assigned to each factor disclosed in response to Request No. 2 and the weight, if any, applied to that factor.

**Request for Production No. 4:** For each Donor-related Admitted Applicant, all letters of recommendation submitted to You by a Donor, or person who refers to the Donor or donation in the recommendation, on behalf of the Applicant.

**Request for Production No. 5:** Documents sufficient to show Your policies for destroying,

deleting, preserving, and otherwise maintaining Applicants' and Students' Admissions- and Financial Aid-related files, data, documents, and other records.

**Request for Production No. 6:** All Documents Concerning Your search for or hiring of admissions-office personnel whose duties include or included the management of prospective Donor-related Admitted Applicants, including but not limited to the University of Chicago's search for an Associate Director of Admissions whose duties included "[m]anag[ing] portfolio of prospective students that require special handling," as discussed in this posting: https://www.google.com/search?q=university+of+chicago+employment+admissions&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&ibp=htl;jobs&sa=X&ved=2ahUKEwiCj4epx…

## CLARIFICATION CONCERNING PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS

Plaintiffs clarify the following Request for Production as follows:

Request for Production No. 7g, in relevant part, should read as follows: "all forms, and amounts of financial aid for each such form (also distinguishing need-based aid from Merit Aid), offered to the Applicant, including but not limited to federal aid, institutional aid, and work-study programs;"

Dated: November 7, 2022

4

/s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Alexis Marquez
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Telephone: 646-448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
amarquez@gilbertlitigators.com

/s/ Edward Normand
Devin (Velvel) Freedman
Edward Normand
Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
Caitlin Coslett
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
ccoslett@bm.net

Robert E. Litan
Daniel J. Walker
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net