# EXHIBIT 3

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-00125-MEK |
| Plaintiffs, | |
| v. | **PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

PROPOUNDING PARTY:    PLAINTIFFS

RESPONDING PARTY:     ALL DEFENDANTS

SET NUMBER:         THIRD (3)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of all others similarly situated, request that Defendants (as these Requests are directed to each Defendant, "You" or "Your") deliver the Documents described below to 99 Park Avenue, Suite 1910, New York, New York 10016, within thirty (30) days of service of these discovery requests, or otherwise make the Documents available to Plaintiffs' counsel, in accordance with the Definitions and Instructions below. These Requests are continuing in nature, such that responsive Documents discovered subsequent to service of Your responses hereto shall be produced within thirty (30) days of discovery, pursuant to Rule 26(e) of the Federal Rules.

## DEFINITIONS, INSTRUCTIONS, AND RELEVANT TIME PERIOD

The Definitions, Instructions, and Relevant Time Period for this Third Set of Requests for Production of Documents to All Defendants are identical to those in Plaintiffs' First Set of Requests for Production of Documents to All Defendants served on September 19, 2022, and Plaintiffs' Second Set of Requests for Production of Documents to All Defendants served on November 7, 2022. To the extent You regard any of the following Requests as overlapping with any Requests in Plaintiffs' First or Second Sets of Requests for Production, You should treat the following Requests as providing greater specificity as to certain of the documents requested.

## I.     Documents Concerning the 568 Group and Consensus Methodology

**RFP No. 1:** All Documents Concerning the 568 Group, including the purposes or reasons for the formation of the 568 Group in 1998, including Documents Concerning Your communications with third parties, with Your board of trustees, and with counsel other than Your counsel.

**RFP No. 2:** All Documents Concerning any reservations or concerns expressed by You, any 568 Group Member, or non-member institution regarding the purposes or operation of the 568 Group, including any concerns about collusion or violation of antitrust laws.

**RFP No. 3:** All Documents Concerning the purposes or reasons for the 568 Group's creation of the Consensus Methodology, including its principles.

**RFP No. 4:** All Documents provided to or considered by You in making any decisions to join, leave, purportedly withdraw from, or continue to participate in the 568 Group, including Documents provided to or considered by Your board of trustees.

**RFP No. 5:** All Documents provided to Your board of trustees or President Concerning the 568 Group, including any updates, status reports, progress reports, annual reports, or recommendations related to the 568 Group.

**RFP No. 6:** All Documents Concerning communications with any officer, trustee, or employee of Johns Hopkins, CalTech, or any non-member institution regarding any reasons for not joining the 568 Group.

**RFP No. 7:** All Documents Concerning any analysis, discussion, or communications by You, on Your behalf, or presented to You, regarding whether membership or participation in the 568 Group may constitute any actual or potential antitrust violation, including Documents Concerning Your communications with third parties and with counsel other than Your counsel. To the extent that such Documents reflect communications with other Defendants, this Request seeks Documents prior to the formation of any joint defense group after the filing of this Action.

**RFP No. 8:** All Documents Concerning the expiration of the 568 Exemption on September 30, 2022, including any conversations, meetings, or communications regarding the effect of the expiration of the 568 Exemption on Your participation in the 568 Group, including Documents Concerning Your communications with third parties, such as any person or entity employed as a lobbyist, and with counsel other than Your counsel.

**RFP No. 9:** All Documents Concerning the dissolution of the 568 Group on November 4, 2022, including any conversations, meetings, or communications regarding the decision to dissolve the 568 Group, including Documents Concerning Your communications with third parties and with counsel other than Your counsel.

**RFP No. 10:** All Documents Concerning any changes You or any other Defendant have made to any Admissions or Financial Aid policies or practices since the Complaint was filed.

## II.      **Documents Concerning Donor Data**

**RFP No. 11:** All Documents in your President's office, Development Office, or Admissions Office Concerning any actual or potential Donation to You by the individuals in Appendix 1, as well as all Documents in your President's office, Development Office, or Admissions Office Concerning any Applicants who are identified in any files, records, databases, or software used by your Development Office as children or relatives of the individuals in Appendix 1.

**RFP No. 12:** Documents sufficient to show all Donations cumulatively valued at $50,000 or more made by any Donor during the five years prior to the filing of this Action, including where no Student or Applicant name is identified in connection with such Donations.

## III.      **Documents Specifically Pertaining to Each of the Defendants**

**RFP No. 13:** Documents sufficient to show whether any foreign national Applicants who are also Donor-related Admitted Applicants were admitted for permanent residence in the United States at the time of their applications to You, including those Applicants identified in Clara Molot, *From Russia With Money, Yale for Sale,* AIR MAIL (Mar. 26, 2022), https://airmail.news/issues/2022-3-26/yale-for-sale.

**CLARIFICATION CONCERNING PLAINTIFFS' FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS**

Plaintiffs provide the following clarification for their First Set of Requests for Production of Documents Nos. 68, 69, 72, 76, 79, 129, 130 and their Second Set of Requests for Production of Documents No. 3: To the extent those Requests use the words "analyzing," "discussing," "referring to," and/or "reflecting," You should treat those words as having the same meaning as the term "Concerning" as set forth in the Definitions section in Plaintiffs' First Set of Requests for Production of Documents to All Defendants.

Dated: January 26, 2023

/s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
Sarah Schuster
Alexis Marquez
Steven Magnusson
**GILBERT LITIGATORS &**
**COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Telephone: 646-448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com

/s/ Edward Normand
Devin (Velvel) Freedman
Edward J. Normand
Peter Bach-y-Rita
Richard Cipolla
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
Caitlin Coslett
Hope Brinn
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net

/s/ Richard D. Schwartz
Richard D. Schwartz (ARDC# 6323474)
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Phone: (773) 257-0255
rschwartz@bm.net

5

ccoslett@bm.net
hbrinn@bm.net

Robert E. Litan
Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

**APPENDIX 1**

| Parent Name(s) | Child(ren)'s Class Year(s) | Defendant University |
|---|---|---|
| Estelle Choe and Paul Kim | 2022, 2025 | Columbia University |
| Robyn Field and Anthony O'Carroll | 2021, 2023 | Columbia University |
| Raymond and Amy Yu | 2021, 2023, 2025 | Columbia University |
| Elizabeth Albert and Howard M. Kleinman | 2018, 2022 | Columbia University |
| Rula and Omar Asali | 2018, 2022 | Columbia University |
| Edward D. Baker III | 2020 | Columbia University |
| Samara Bernot and Adam R. Meshel | 2018, 2023 | Columbia University |
| Shari and Gary Brooks | 2024 | Columbia University |
| Lynn and Charles Zhang | 2017, 2020 | Columbia University |
| Christian and Jennifer Dahlberg | 2023 | Columbia University |
| Carla De Landri and Florindo Volpacchio | 2020 | Columbia University |
| Jodie and Andrew Fink | 2024 | Columbia University |
| Jeffrey Fuisz and Alexandra Diamond | 2026 | Columbia University |
| Bradley and Michelle Goldberg | 2025 | Columbia University |
| Eric and Tamar Goldstein | 2015, 2018, 2025 | Columbia University |
| Kimberley Hatchett and Tracy Maitland | 2024 | Columbia University |
| Melonee and Russell Horowitz | 2026 | Columbia University |
| Maral and Sarkis Jebejian | 2026 | Columbia University |
| Michael and Michelle Kaiser | 2020, 2025 | Columbia University |
| Robyn Kampf and John Vincenti | 2026 | Columbia University |
| Kristine Kennedy | 2024, 2026 | Columbia University |
| Borah and Sang Kim | 2025, 2026 | Columbia University |
| Robin-Hwajin Kim | 2023 | Columbia University |
| Sungwan Kim and Hosun Yoon | 2023 | Columbia University |
| Joshua Kraft | 2022 | Columbia University |
| Patricia Labrada and Michael Camacho | 2023 | Columbia University |
| Grace and Nicholas Leone | 2019, 2022, 2024 | Columbia University |
| Ann and Francis Nexzypor | 2008 | Columbia University |
| Jenny and Tai H. Park | 2025 | Columbia University |
| Echo Ren and Jack Wang | 2024 | Columbia University |
| Shyanne and Kurt Roeloffs | 2025 | Columbia University |
| Jaye and John Rogovin | 2023, 2025 | Columbia University |
| Corinne and Robert Rooney | 2023 | Columbia University |
| Barbara and Michael Satow | 2016, 2026 | Columbia University |

| | | |
|---|---|---|
| Valerie and Theodore Schweitzer | 2024 | Columbia University |
| Jill and Mark Shinderman | 2025 | Columbia University |
| Catherine and Thomas Strong | 2024 | Columbia University |
| Thomas and Mila Tuttle | 2026 | Columbia University |
| Manmeet and Harjeet Virdi | 2024 | Columbia University |
| Sandy Wang and Christopher McGowan | 2024 | Columbia University |
| Deborah and Jacob Wohlstadter | 2025 | Columbia University |
| Sherri and Douglas Wolf | 2021, 2024 | Columbia University |
| Beth and Scott Yagoda | 2020, 2025 | Columbia University |
| Lisa and John Ying | 2023 | Columbia University |
| Mark Wilf | 2017 | Vanderbilt University |
| Byron and Tina Trott | 2014, 2017 | Vanderbilt University |
| Mike Krzyzewski | 2022 | Duke University |
| Bruce Evans | 2014, 2015, 2017 | Vanderbilt University |
| Prakash and Anjali Melwani | 2014 | Duke University |
| Jon and Mindy Gray | 2023 | Yale University |
| Peter and Stephanie Nolan | 2016, 2018, 2020 | Cornell University |
| Kimberly Querry | 2022, 2023 | Northwestern University |
| Patrick and Shirley Ryan | 2005 | University of Notre Dame |
| Meridee Moore and Kevin King | 2012 | Columbia University |
| Arthur and Sandra Irving | 2010 | Dartmouth University |
| Anthony and Christie De Nicola | 2012, 2017 | University of Notre Dame |
| Len Blavatnik | 2024 | Yale University |
| Bruce and Martha Karsh | 2014 | Brown University |
| William and Amik Kuan Danoff | 2023 | Brown University |
| Mimi and Loren Reisner | 2017, 2020 | Brown University |
| Robin and Peter Roberts | 2020 | Brown University |
| Suya and Karim Basta | 2018 | Brown University |
| Donna Lloyd George | 2016, 2024 | Brown University |
| Dominique Bravo and Eric Sloan | 2023 | Brown University |
| Lauren O. Rosenkranz | 2015, 2023 | Brown University |
| Louis and Kimberly D'Ambrosio | 2022 | Brown University |
| Pamela and Laurence Baer | 2022 | Brown University |
| Mark and Megan Dowley | 2021, 2022 | Brown University |
| Teresa and E.A. Kratzman | 2016, 2020 | Brown University |
| Paula and Eric Madoff | 2022 | Brown University |
| Ashley and Jeffrey McDermott | 2018, 2020, 2022 | Brown University |
| Alison and Joseph Miller | 2019, 2022 | Brown University |
| Robert and Alicia Longobardo Wyckoff | 2022 | Brown University |
| Reva and Eric Fischman | 2019, 2022 | Brown University |
| Elizabeth and John K. Irving | 2016, 2021 | Brown University |
| Barbara and Duncan Chapman | 2018, 2020 | Brown University |
| Donna and S. Lawrence Davis | 2018, 2020 | Brown University |

| | | |
|---|---|---|
| Margarita and Thomas Frongillo | 2020 | Brown University |
| Lois and Stewart Gross | 2020 | Brown University |
| Laura and Marc Klein | 2020 | Brown University |
| Joel A and Samantha Cohen | 2026 | Brown University |
| Jon D. and Emma Pliner | 2026 | Brown University |
| Pamela and Eric Stang | 2025, 2026 | Brown University |
| Bryn and John Vissicchio | 2026 | Brown University |
| Tracey and Todd Walters | 2026 | Brown University |
| Anne Marie Burgoyne and Brad Roberts | 2025 | Brown University |
| Dean and Elizabeth Durling | 2025 | Brown University |
| Eric T. Fry | 2025 | Brown University |
| Rachel S. Lam | 2025 | Brown University |
| Stephanie and Arthur Yopung | 2025 | Brown University |
| Julie and John Danaher | 2024 | Brown University |
| Andrea and Brady Enright | 2024 | Brown University |
| Chris and Deborah Heine | 2023 | Brown University |
| Carol and Brad Asness | 2021 | University of Chicago |
| Jeffrey and Suzanne Citron | 2020, 2023 | Duke University |
| Brian and Brandee Krzanich | 2024 | Duke University |
| Richard and Sarah Barton | 2024 | Duke University |
| Eryn Ament Bingle | 2024 | Duke University |
| Jeffrey Huber and Angel Vossough | 2024, 2026 | Duke University |
| Gordon Sondland and Katy Durant | 2020, 2021 | Duke University |
| Michael Salvino | 2020 | Duke University |
| Yvette Ostolaza | 2022 | Georgetown University |
| Peter and Susan Cooper | 2002, 2002, 2007, 2010 | Georgetown University |
| Suzanne and David Booth | 2012 | Georgetown University |
| Patrick and Shirley Ryan | 2005 | University of Notre Dame |
| Joel and Shari Ronkin | 2023, 2025 | University of Pennsylvania |
| Jane Ahn and Carl Park | 2024, 2025 | University of Pennsylvania |
| Barry and Andrea Cayton | 2018, 2025 | University of Pennsylvania |
| Cameron and Tracy Falconer | 2025 | University of Pennsylvania |
| Mitchell and Teri Gevinson | 2019, 2023 | University of Pennsylvania |
| Alex and Rebecca Ginzburg | 2023, 2025 | University of Pennsylvania |
| Bari and Neil Goldmacher | 2025 | University of Pennsylvania |
| Jason and Diana Harrison | 2024 | University of Pennsylvania |
| Randall and Lori Isenberg | 2023 | University of Pennsylvania |
| Marshall and Joanna Kiev | 2024 | University of Pennsylvania |
| Alan and Ada Kumar | 2025 | University of Pennsylvania |
| Elie and Jody Levine | 2025 | University of Pennsylvania |
| Andrew and Rebecca Stein | 2025 | University of Pennsylvania |

| Lisa Walker and William Rudnick | 2025 | University of Pennsylvania |
|---|---|---|
| Bill Wolf and Meredith Bluhm-Wolf | 2024 | University of Pennsylvania |
| John and Rachel Young | 2020, 2022, 2024 | University of Pennsylvania |
| Bruce and Marsha Karsh | 2010 | University of Pennsylvania |
| Mark Wilf | 2017, 2024 | Vanderbilt University |
| James and Rebecca Craig | 2013 | Vanderbilt University |
| Richard DeMartini and Jennifer Brorsen | 2015 | Vanderbilt University |
| Jay and Michaela Hoag | 2015 | Vanderbilt University |
| R. Scott and Courtney Pastrick | 2009, 2010, 2014 | Vanderbilt University |
| Brian and Mary Rogers | 2008, 2010 | Vanderbilt University |
| Edwin and Maureen Schloss | 2013 | Vanderbilt University |
| D. Michael and Claire Van Konyenburg | 2015, 2016 | Vanderbilt University |
| Jon and Abby Winkelreid | 2012, 2015 | Vanderbilt University |
| Lee and Ramona Bass | 2010 | Vanderbilt University |
| Scott and Kathleen Kapnick | 2012 | Vanderbilt University |
| David E. Shaw | 2018, 2021, 2026 | Yale University |
| Jon and Mindy Gray | 2020 | Yale University |