**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Sia Henry, et al.
                        Plaintiff,

v.                                        Case No.: 1:22−cv−00125
                                            Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to compel [331] is to be filed by 3/31/2023; reply to response (which may not exceed 10 pages), if any, is to be filed by 4/6/2023. Video hearing, unless deemed unnecessary by the Court, is set for 4/10/2023 at 9:30 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation a few days before the hearing. The telephonic status hearing set for 4/10/2023 is moved to 9:30 AM on that date and will also be held by video conference. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.