IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>BROWN UNIVERSITY, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF PATRICK J. FITZGERALD

Pursuant to Local Rule 83.17, Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby requests leave of court to withdraw the appearance of Patrick J. Fitzgerald as one of its attorneys of record in the above-referenced matter. Attorneys at Skadden, Arps, Slate, Meagher & Flom LLP have appearances on file and will continue to represent Columbia in these actions.

WHEREFORE, Columbia requests that this Court grant Patrick J. Fitzgerald leave to withdraw as counsel for Columbia in this matter.

Dated: March 29, 2023

Respectfully submitted,

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
Amy Van Gelder
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com
*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 29, 2023, I caused a copy of the foregoing document to be served via the Court's ECF system, which will cause copies to be served on all counsel who have appeared in the case.

      */s/ Patrick J. Fitzgerald*
      Patrick J. Fitzgerald