## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sia Henry, et al.

                           Plaintiff,

v.                                                     Case No.: 1:22−cv−00125
                                                         Honorable Matthew F. Kennelly

Brown University, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry [337] which contained a typographical error. At the request of the parties, the Court moves the following deadlines pertaining to the motion to compel [331]: 1. The defendants' deadline to file the response is moved to 4/5/2023; 2. Plaintiffs' deadline to file the reply is moved to 4/12/2023; and the deadline for the joint status report is moved to 4/6/2023. The video hearing set for 4/10/2023 is vacated and reset to 4/20/2023 at 9:30 a.m. The Court will send out the video conference invitation a few days in advance of the hearing.Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.