**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>      Defendants. | Case No.: 22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION IN RESPONSE TO PENDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

  Plaintiffs and Defendant The Trustees of Columbia University in the City of New York ("Columbia") jointly move the Court for a short extension of time for Plaintiffs to file a Reply to Motion to Compel Production in Response to Pending Requests for Production of Documents from April 12, 2023 to April 14, 2023.

  To date, Plaintiffs have withdrawn as to 16 of the 17 Defendants, with only Columbia remaining. After multiple meet and confers between Plaintiffs and Columbia regarding several outstanding issues related to the Motion to Compel and further follow-up correspondence, and after sending a further email to Columbia after midnight on April 12th, Plaintiffs had been prepared to file their Reply Memorandum of Law in Support of their Motion on Wednesday, April 12th until receiving further email correspondence from Columbia on the afternoon of Wednesday, April 12th. After reviewing this email, Plaintiffs and Columbia agreed to an extension of the filing until Friday, April 14th in order to either moot or very considerably

narrow any remaining issues, as Plaintiffs have done with the other Defendants. The parties are not seeking to move the hearing date April 20, 2023 regarding this motion and the Joint Status Report.

Dated: April 12, 2023                                              Respectfully submitted,

By:/*s/ Edward J. Normand*                        By:/*s/ Amy Van Gelder*
Devin "Vel" Freedman                                  Amy Van Gelder
Edward J. Normand                                     John Kocoras
Peter Bach-y-Rita                                          SKADDEN, ARPS, SLATE, MEAGHER &
FREEDMAN NORMAND                              FLOM LLP
FRIEDLAND LLP                                           155 N. Wacker Drive
99 Park Avenue                                              Chicago, IL 60606-1720
Suite 1910                                                       Tel.: 312-407-0508
New York, NY 10016                                   amy.vangelder@skadden.com
Tel.: 646-970-7513                                         john.kocoras@skadden.com
vel@fnf.law
tnormand@fnf.law                                        Karen Hoffman Lent
rcipolla@fnf.law                                            SKADDEN, ARPS, SLATE, MEAGHER &
pbachyrita@fnf.law                                       FLOM LLP
                                                                      One Manhattan West
/s/ Robert D. Gilbert                                      Room 40-216
Robert D. Gilbert                                           New York, NY 10001-8602
Elpidio Villarreal                                            Tel.: 212-735-3276
Robert S. Raymar*                                       karen.lent@skadden.com
Sarah Schuster
Alexis Marquez                                            *Counsel for Defendant The Trustees of*
Steven Magnusson                                       *Columbia University in the City of New York*
**GILBERT LITIGATORS &
COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com

\* *Pro hac vice*

Eric L. Cramer
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Daniel J. Walker
Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel.: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*