# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

                Defendants.

Case No.: 1:22-cv-00125

**Hon. Matthew F. Kennelly**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS TO COLUMBIA UNIVERSITY PURSUANT TO PLAINTIFFS' FIRST AND SECOND SETS, AND CERTAIN REQUESTS IN PLAINTIFFS' THIRD SET, OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

The Plaintiffs having withdrawn their Motion to Compel Production of Documents as to 16 Defendants, and Plaintiffs and Columbia University ("Columbia") having reached agreement on the bulk of Plaintiffs' Motion, the Court enters the following Order as to Columbia regarding

Plaintiffs' Motion To Compel Production Of Documents Pursuant To Plaintiffs' First And Second Sets, and Certain Requests in Plaintiffs' Third Set, of Requests For Production Of Documents ("RFPs").

1. Plaintiffs' Motion to Compel is granted as to Columbia, and Columbia is directed to complete production of documents responsive to Plaintiffs' following RFPs, as to which Columbia had not originally agreed to produce documents, in the following manner by the date set forth below:

    a. RFP[1] 62, including for such documents from the admissions and financial aid offices for the School of General Studies, by April 30, 2023;

    b. RFP 61 for the School of General Studies, by April 30, 2023;

    c. RFP 3 in Plaintiffs' Third Set of RFPs for the School of General Studies, by July 31, 2023, by producing: (1) if the School of General Studies does not use scoring data, the structured data for individual applicants for distinction coding and "reader sheets" along with manuals similar to what Columbia College and the School of Engineering have produced; or (2) if the School of General Studies does use scoring data, the structured data of scores for individual applicants and the manuals that show how to read the applications and interpret the scoring;

2. Columbia shall produce all other documents in accordance with the agreement Columbia reached with Plaintiffs;

3. All Defendants, including Columbia, that have already otherwise agreed to produce responsive documents to Plaintiffs' RFPs shall remain obligated to do so, and this Order shall not affect that obligation; and

---

[1] All references to RFP numbers are to Plaintiffs' First Set of RFPs, unless otherwise stated.

4. Other than as amended by this Order, all Defendants shall remain subject to any and all discovery Orders entered by the Court and subject to all deadlines set forth in Case Management Order #1, Dkt. 195, and otherwise set by this Court.

SO ORDERED:

Dated: _____          _____
                                Hon. Matthew F. Kennelly
                                United States District Judge