

**ERIC L. CRAMER** / *CHAIRMAN*
d 215.875.3009  m 215.327.9583  |  ecramer@bm.net

April 19, 2023

**VIA ECF**

Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Courtroom 2103
Chicago, IL 60604

**Re:** *Henry, et al. v. Brown University, et al.*, No. 1:22-cv-00125 (N.D. Ill.)

Dear Judge Kennelly:

I along with lawyers from Gilbert Litigators & Counselors and Freedman Normand Friedland LLP represent plaintiffs and the proposed class in the above-referenced matter. We are pleased to inform the Court that the plaintiffs and defendant University of Chicago have reached an agreement in principle that would, if ultimately approved by the Court, resolve the case on behalf of the proposed class as against defendant University of Chicago only. Plaintiffs and the University of Chicago will now, as quickly as reasonably possible, work to negotiate and finalize a settlement agreement, which plaintiffs would then file with the Court as part of a motion for preliminary approval of the settlement.

The parties will be available at tomorrow's status conference to answer any questions the Court might have.

Respectfully,

Eric L. Cramer

cc: All Counsel of Record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**