# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                          Plaintiff,

v.                                                 Case No.: 1:22−cv−00125
                                                 Honorable Matthew F. Kennelly

Brown University, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 20, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Ruling on motion hearing held on 4/20/2023. Plaintiffs' motion to compel [331] is terminated as moot for the reasons stated on the record. The deadline for completion of production under the first set of requests for production served by the plaintiffs is 5/15/2023. Video status hearing is set for 6/16/2023 at 9:30 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. The parties are directed to file a joint status report by 6/9/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.