**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HENRY, et al., | |
|       Plaintiffs, | |
|   v. | **Case No. 1:22-cv-00125** |
| BROWN UNIVERSITY, et al., | |
|       Defendants. | **Hon. Matthew F. Kennelly** |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF KELSEY E. ANNU-ESSUMAN

Pursuant to Local Rule 83.17, Defendant Northwestern University ("Northwestern") hereby requests leave of court to withdraw the appearance of Kelsey E. Annu-Essuman as one of its attorneys of record in the above-referenced matter. All other counsel for Northwestern with appearances on file will continue their representation of Northwestern in this matter.

WHEREFORE, Northwestern requests that this Court grant Kelsey E. Annu-Essuman leave to withdraw as counsel for Northwestern.

1

Dated: May 5, 2023                    Respectfully submitted,


                                      **SIDLEY AUSTIN LLP**

                                      */s/ Scott D. Stein*
                                      Scott D. Stein
                                      Kathleen L. Carlson
                                      Benjamin R. Brunner
                                      Kelsey E. Annu-Essuman
                                      One South Dearborn
                                      Chicago, IL 60603
                                      Telephone: (312) 853-7000
                                      Facsimile: (312) 853-7036
                                      sstein@sidley.com
                                      kathleen.carlson@sidley.com
                                      bbrunner@sidley.com
                                      kanuessuman@sidley.com

                                      *Attorneys for Northwestern University*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2023, I electronically filed the foregoing document using

the CM/ECF system, which will send notice of this filing to all parties.

*/s/ Scott D. Stein*
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603