UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                            Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO RETAIN SEAL ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS AS TO NORTHWESTERN UNIVERSITY AND YALE UNIVERSITY**

On the May 8, 2023 at 9:36 pm ET, Plaintiffs filed a Motion to Limit Redactions As to Northwestern and Yale with attached exhibits. (ECF No. 355). These exhibits contained documents designated as Attorneys' Eyes Only pursuant to the Confidentiality Order, and the Motion contained quotations from these exhibits. Plaintiffs inadvertently filed the unredacted

1

Motion on the public docket. Upon discovery of the issue, Plaintiffs immediately left a voicemail with the Clerk of the Court requesting that the filing be placed under a temporary seal. On May 9 at 9:30 am ET, when the Court opened, Plaintiffs contacted Judge Kennelly's Chambers and requested that the filing be placed under a temporary seal, which the Court completed immediately.

Plaintiffs hereby move the Court to retain the seal pursuant to the Court's Confidentiality Order. (ECF No. 254).

In support of its Motions, Plaintiffs state as follows:

1. Plaintiffs' Motion discusses, references, and appends certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order entered by this Court.

2. In accordance with Local Rule 26.2(c), Plaintiffs' Motion will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. Additionally, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court retain the provisional seal on Plaintiffs' Motion to Limit Redactions As to Northwestern University and Yale University.

Dated: May 9, 2023                          Respectfully Submitted,

| By:/s/*Robert D. Gilbert* | */s/ Edward J. Normand* |
|---|---|
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| Steven Magnusson | **FREEDMAN NORMAND** |
| **GILBERT LITIGATORS &** | **FRIEDLAND LLP** |

2

| | |
|---|---|
| **COUNSELORS, P.C.**<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (646) 448-5269<br>rgilbert@gilbertlitigators.com<br>pdvillarreal@gilbertlitigators.com<br>rraymar@gilbertlitigators.com<br>sschuster@gilbertlitigators.com<br>amarquez@gilbertlitigators.com<br>smagnusson@gilbertlitigators.com | 99 Park Avenue<br>Suite 1910<br>New York, NY 10016<br>Tel: 646-970-7513<br>vel@fnf.law<br>tnormand@fnf.law<br>pbachyrita@fnf.law |
| Eric L. Cramer<br>Caitlin G. Coslett<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215-875-3000<br>ecramer@bm.net<br>ccoslett@bm.net | Daniel J. Walker<br>Robert E. Litan<br>Hope Brinn<br>**BERGER MONTAGUE PC**<br>2001 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 20006<br>Tel: 202-559-9745<br>rlitan@bm.net<br>dwalker@bm.net<br>hbrinn@bm.net |
| Richard Schwartz<br>**BERGER MONTAGUE PC**<br>1720 W Division<br>Chicago, IL 60622<br>Tel: 773-257-0255<br>rschwartz@bm.net | |

*Counsel for Plaintiffs*