UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>          v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                   Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO LIMIT REDACTION OF DONOR NAMES AS TO
NORTHWESTERN AND YALE**

    Plaintiffs respectfully move the Court to enter an Order directing Defendants Northwestern University and Yale University to remove redactions of the names of donors from all Donation Records on the grounds set forth in the supporting memorandum submitted on this same date and in the exhibits submitted herewith.

1

Dated: May 8, 2023 Respectfully Submitted,

By:/s/*Robert D. Gilbert* /s/ *Edward J. Normand*
Robert D. Gilbert Devin "Vel" Freedman
Elpidio Villarreal Edward J. Normand
Robert S. Raymar Peter Bach-y-Rita
Steven Magnusson **FREEDMAN NORMAND**
**GILBERT LITIGATORS &** **FRIEDLAND LLP**
**COUNSELORS, P.C.** 99 Park Avenue
11 Broadway, Suite 615 Suite 1910
New York, NY 10004 New York, NY 10016
Phone: (646) 448-5269 Tel: 646-970-7513
rgilbert@gilbertlitigators.com vel@fnf.law
pdvillarreal@gilbertlitigators.com tnormand@fnf.law
rraymar@gilbertlitigators.com pbachyrita@fnf.law
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com Daniel J. Walker
Robert E. Litan
Hope Brinn
Eric L. Cramer **BERGER MONTAGUE PC**
Caitlin G. Coslett 2001 Pennsylvania Avenue, NW
**BERGER MONTAGUE PC** Suite 300
1818 Market Street, Suite 3600 Washington, DC 20006
Philadelphia, PA 19103 Tel: 202-559-9745
Tel: 215-875-3000 rlitan@bm.net
ecramer@bm.net dwalker@bm.net
ccoslett@bm.net hbrinn@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs*