**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henry et al v. Brown University et al     Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
Georgetown University

Attorney name (type or print): Megan E. Stride

Firm: Mayer Brown LLP

Street address: 71 S. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6324718          Telephone Number: 312-701-8894
(See item 3 in instructions)

Email Address: mstride@mayerbrown.com

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?         ☐ Yes  ☑ No

Are you a member of the court's trial bar?            ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/24/2023

Attorney signature:  S/ Megan E. Stride
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015