## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ANDREW CORZO, SIA HENRY, ALEXANDER
LEO-GUERRA, MICHAEL MAERLENDER,
BRANDON PIYEVSKY, BENJAMIN SHUMATE,
BRITTANY TATIANA WEAVER, and
CAMERON WILLIAMS, individually and on
behalf of all others similarly situated,

               Plaintiffs,

      v.

BROWN UNIVERSITY, CALIFORNIA
INSTITUTE OF TECHNOLOGY, UNIVERSITY
OF CHICAGO, THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,
CORNELL UNIVERSITY, TRUSTEES OF
DARTMOUTH COLLEGE, DUKE UNIVERSITY,
EMORY UNIVERSITY, GEORGETOWN
UNIVERSITY, THE JOHNS HOPKINS
UNIVERSITY, MASSACHUSETTS INSTITUTE
OF TECHNOLOGY, NORTHWESTERN
UNIVERSITY, UNIVERSITY OF NOTRE DAME
DU LAC, THE TRUSTEES OF THE
UNIVERSITY OF PENNSYLVANIA, WILLIAM
MARSH RICE UNIVERSITY, VANDERBILT
UNIVERSITY, and YALE UNIVERSITY,

               Defendants.

Case No.: 1:22-cv-00125

**Hon. Matthew F. Kennelly**

## PLAINTIFFS' MOTION FILE UNDER SEAL ITS REPLY TO NORTHWESTERN AND YALE'S OPPOSITION TO PLAINTIFFS' MOTION TO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE

Pursuant to the Agreed Confidentiality Order (ECF No. 254) and Local Rule 26.2,

Plaintiffs respectfully request that the Court grant this Motion to File Under Seal its Reply to

Northwestern and Yale's Opposition to Plaintiffs' Motion to Limit Redactions.

In support of its Motions, Plaintiffs state as follows:

1

1.      Plaintiffs' Motion discusses, references, and appends certain information designated by Defendants as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order entered by this Court.

2.      In accordance with Local Rule 26.2(c), Plaintiffs' Motion will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. Additionally, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion and enter an order permitting Plaintiffs to file a sealed version of their Reply to Northwestern and Yale's Memorandum in Opposition.

Dated: May 24, 2023                                    Respectfully Submitted,

By:/s/*Robert D. Gilbert*                              */s/ Edward J. Normand*
Robert D. Gilbert                                      Devin "Vel" Freedman
Elpidio Villarreal                                     Edward J. Normand
Robert S. Raymar                                       Peter Bach-y-Rita
Steven Magnusson                                       **FREEDMAN NORMAND**
**GILBERT LITIGATORS &**                               **FRIEDLAND LLP**
**COUNSELORS, P.C.**                                   99 Park Avenue
11 Broadway, Suite 615                                 Suite 1910
New York, NY 10004                                     New York, NY 10016
Phone: (646) 448-5269                                  Tel: 646-970-7513
rgilbert@gilbertlitigators.com                         vel@fnf.law
pdvillarreal@gilbertlitigators.com                     tnormand@fnf.law
rraymar@gilbertlitigators.com                          pbachyrita@fnf.law
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com                       Daniel J. Walker
                                                       Robert E. Litan
                                                       Hope Brinn
Eric L. Cramer                                         **BERGER MONTAGUE PC**
Caitlin G. Coslett                                     2001 Pennsylvania Avenue, NW
**BERGER MONTAGUE PC**                                 Suite 300
1818 Market Street, Suite 3600                         Washington, DC 20006

Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs*