UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.
                           Plaintiff,

v.                                         Case No.: 1:22−cv−00125
                                                Honorable Matthew F. Kennelly

Brown University, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file under seal [369] is granted. Plaintiffs are directed to file a complete version of the reply, including all exhibits, under seal and a redacted version in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.