## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                               Plaintiff,

v.                                                               Case No.: 1:22−cv−00125
                                                               Honorable Matthew F. Kennelly

Brown University, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, May 28, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic motion hearing set for 8:45 AM on 5/31/2023 is reset to 9:15 AM on that same date. The call−in information remains as previously described. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.