**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>        Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

**PLAINTIFFS' MOTION TO SEAL THE DECLARATION REGARDING A TYPOGRAPHICAL CORRECTION TO THE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO LIMIT REDACTIONS AS TO NORTHWESTERN AND YALE**

Pursuant to the Agreed Confidentiality Order (ECF No. 254) and Local Rule 26.2,

Plaintiffs respectfully request that the Court grant this Motion to File Under Seal their

Declaration Regarding a Typographical Correction to the Memorandum of Law in Support of Plaintiffs' Motion to Limit Redactions As to Northwestern and Yale.

In support of its Motions, Plaintiffs state as follows:

1.      Plaintiffs' Motion discusses, references, and appends certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order entered by this Court.

2.      In accordance with Local Rule 26.2(c), Plaintiffs' Motion will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. Additionally, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court retain the provisional seal on Plaintiffs' Motion to Limit Redactions As to Northwestern University and Yale University.

Dated: May 30, 2023                                        Respectfully Submitted,


By:/s/Robert D. Gilbert                                    /s/ Edward J. Normand
Robert D. Gilbert                                          Devin "Vel" Freedman
Elpidio Villarreal                                         Edward J. Normand
Robert S. Raymar                                           Peter Bach-y-Rita
Steven Magnusson                                           **FREEDMAN NORMAND**
**GILBERT LITIGATORS &**                                   **FRIEDLAND LLP**
**COUNSELORS, P.C.**                                       99 Park Avenue
11 Broadway, Suite 615                                     Suite 1910
New York, NY 10004                                         New York, NY 10016
Phone: (646) 448-5269                                      Tel: 646-970-7513
rgilbert@gilbertlitigators.com                             vel@fnf.law
pdvillarreal@gilbertlitigators.com                         tnormand@fnf.law
rraymar@gilbertlitigators.com                              pbachyrita@fnf.law
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com                            Daniel J. Walker

Eric L. Cramer
Caitlin G. Coslett
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*