**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Sia Henry, et al.

                      Plaintiff,

v.                                               Case No.: 1:22−cv−00125
                                               Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 5/31/2023. Plaintiffs' motion to limit redaction of donor names [355][358] is denied without prejudice as to the reasons stated more fully on the record. Case remains set for a video status hearing on 6/16/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.