**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF EDWARD J. NORMAND REGARDING A TYPOGRAPHICAL CORRECTION TO THE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' <u>MOTION TO LIMIT REDACTIONS AS TO NORTHWESTERN AND YALE</u>**

  I, Edward J. Normand, declare as follows:

  1.  I am a Partner at Freedman Normand Friedland. I represent Plaintiffs in the above-entitled action.

2.      On May 8, 2023, Plaintiffs filed a Memorandum of Law in Support of their Motion to Limit Redactions as to Defendants Northwestern University and Yale University (ECF No. 355). On the bottom of page 9 of the Memorandum of Law, Plaintiffs quote from YALE_LIT_00003111105 and refer to it as Exhibit F.

3.      On May 30, 2023, in preparing for argument on this Motion, I noticed an error with respect to this reference to Exhibit F: the citation should have been labeled "YALE_LIT_0000311105, Exhibit G," and Exhibit G was not attached when the Memorandum of Law was submitted. The quotation on the bottom of page 9 remains accurate.

4.      Plaintiffs attach here the Corrected Memorandum of Law with Exhibit G (note: the yellow and red highlighting in Exhibit G is in the original; it is not our highlighting). The Corrected Memorandum of Law corrects *only* the labeling the error on the bottom of page 9. Exhibit G constitutes the entire of YALE_LIT_0000311105, not just the excerpt used on page 9.

5.      Plaintiffs will not be referring to Exhibit G in the argument on the motion, except for the bottom row on page 5 of 13, which supports the reference on page 9 of Plaintiffs' Memorandum of Law (to avoid confusion, we have *not* highlighted that line).

6.      Plaintiffs have already sent Defendants Northwestern and Yale a copy of Exhibit G and explained that we will not be referring to Exhibit G at argument except for the bottom row on page 5 of 13.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May 2023.

                                        _____/s/ Edward Normand_____