UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

**PLAINTIFFS' MOTION TO SEAL THEIR MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR CLARIFICATION**

Pursuant to the Agreed Confidentiality Order (ECF No. 254) and Local Rule 26.2, Plaintiffs respectfully request that the Court grant this Motion to File Under Seal their Motion for Reconsideration of the Court's May 31, 2023 Ruling on Plaintiffs' Motion to Limit Redactions Or, in the Alternative, Motion for Clarification and all corresponding exhibits.

1

In support of its Motion, Plaintiffs state as follows:

1. Plaintiffs' Motion discusses, references, and appends certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order entered by this Court.

2. In accordance with Local Rule 26.2(c), Plaintiffs' Motion will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. Additionally, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Seal.

Dated: June 15, 2023                                    Respectfully Submitted,

By:/s/*Robert D. Gilbert*                               */s/ Edward J. Normand*
Robert D. Gilbert                                       Devin "Vel" Freedman
Elpidio Villarreal                                      Edward J. Normand
Robert S. Raymar                                        Peter Bach-y-Rita
Steven Magnusson                                        **FREEDMAN NORMAND**
**GILBERT LITIGATORS &**                                **FRIEDLAND LLP**
**COUNSELORS, P.C.**                                    99 Park Avenue
11 Broadway, Suite 615                                  Suite 1910
New York, NY 10004                                      New York, NY 10016
Phone: (646) 448-5269                                   Tel: 646-970-7513
rgilbert@gilbertlitigators.com                          vel@fnf.law
pdvillarreal@gilbertlitigators.com                      tnormand@fnf.law
rraymar@gilbertlitigators.com                           pbachyrita@fnf.law
sschuster@gilbertlitigators.com
amarquez@gilbertlitigators.com
smagnusson@gilbertlitigators.com                        */s/ Robert E. Litan*
                                                         Daniel J. Walker
                                                         Robert E. Litan
Eric L. Cramer                                           Hope Brinn
Caitlin G. Coslett                                      **BERGER MONTAGUE PC**
**BERGER MONTAGUE PC**                                  2001 Pennsylvania Avenue, NW
1818 Market Street, Suite 3600                          Suite 300

Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*