# Exhibit A

| University | Number of Pages Produced on or After 5/9/23 |
|---|---|
| Brown University | 5/9/23 (171 pages) |
| Caltech | 6/5/23 (10 pages) |
| University of Chicago | 5/12/23 (3,600 pages) |
| Columbia University | 5/15 (30,896 pages), 6/2 (307 pages) |
| Cornell University | 5/13 (84,907 pages), 5/15 (2,260 pages), 5/31 (1,045 pages) |
| Dartmouth College | None |
| Duke University | 5/15 (3,992 pages) |
| Emory University | 5/12 (21,483), 5/24 (3,962 pages) |
| Georgetown University | 5/15 (22,099 pages), 5/26 (712 pages) |
| Johns Hopkins University | 5/15 (7,143 pages), 6/2 (6,044 pages) |
| Massachusetts Institute of Technology | 5/15 (14,707 pages), 5/31 (1,367 pages) |
| Northwestern University | 5/10 (1,101 pages), 5/15 (1 page) |
| University of Notre Dame du Lac | 5/15 (45,384 pages) |
| University of Pennsylvania | 5/15 (27,084 pages) |
| Rice University | 5/12 (12,678 pages), 5/15 (642 pages), 5/31 (291 pages) |
| Vanderbilt University | 5/15 (4,258 pages), 6/13 (2,024 pages) |
| Yale University | 5/15 (12,541 pages), 6/3 (456 pages) |

# Exhibit B

1. Columbia_00266822
2. Columbia_00266825
3. Columbia_00266826
4. Columbia_00266841
5. Columbia_00266867
6. Columbia_00266868
7. CORNELL_LIT0000355733
8. CORNELL_LIT0000355000
9. CORNELL_LIT0000355002
10. CORNELL_LIT0000355731
11. CORNELL_LIT0000355735
12. CORNELL_LIT0000355779
13. DUKE568_0153194
14. DUKE568_0153198
15. DUKE568_0153200
16. DUKE568_0153204
17. DUKE568_0153209
18. DUKE568_0153213
19. DUKE568_0153217
20. DUKE568_0153237
21. DUKE568_0153255
22. DUKE568_0153308
23. DUKE568_0153310
24. DUKE568_0153321
25. DUKE568_0153323
26. DUKE568_015334
27. DUKE568_0153353
28. DUKE568_0153355
29. DUKE568_0153362
30. DUKE568_0153365
31. DUKE568_0153369
32. DUKE568_0153374
33. DUKE568_0156197
34. DUKE568_0156204
35. DUKE568_0156212
36. DUKE568_0156221
37. DUKE568_0156227
38. DUKE568_0156235
39. DUKE568_0156242
40. DUKE568_0156250
41. DUKE568_0156258
42. DUKE568_0156264

43. DUKE568_0156271
44. DUKE568_0156281
45. DUKE568_0156289
46. DUKE568_0156298
47. DUKE568_0156307
48. DUKE568_0156315
49. DUKE568_0156360
50. DUKE568_0156398
51. Emory_568Lit_0081416
52. Emory_568Lit_0086814
53. Emory_568Lit_0086815
54. Emory_568Lit_0086816
55. Emory_568Lit_0089279
56. Emory_568Lit_0090330
57. Emory_568Lit_0092154
58. Emory_568Lit_0092162
59. Emory_568Lit_0092168
60. Emory_568Lit_0092169
61. Emory_568Lit_0092290
62. Emory_568Lit_0092305
63. Emory_568Lit_0092371
64. Emory_568Lit_0092640
65. Emory_568Lit_0092822
66. Emory_568Lit_0092835
67. Emory_568Lit_0096749
68. Emory_568Lit_0095452
69. Emory_568Lit_0096868
70. GTWNU_0000326842
71. GTWNU_0000326848
72. GTWNU_0000327238
73. GTWNU_0000327521
74. GTWNU_0000327552
75. GTWNU_0000327637
76. GTWNU_0000327720
77. GTWNU_0000327722
78. GTWNU_0000327724
79. GTWNU_0000327727
80. GTWNU_0000327729
81. GTWNU_0000327747
82. GTWNU_0000327748
83. GTWNU_0000327753
84. GTWNU_0000327755
85. GTWNU_0000327756

86.  GTWNU_0000327757
87.  GTWNU_0000328407
88.  GTWNU_0000328908
89.  GTWNU_0000329114
90.  GTWNU_0000329412
91.  GTWNU_0000329830
92.  GTWNU_0000330368
93.  GTWNU_0000330437
94.  GTWNU_0000330440
95.  GTWNU_0000330444
96.  GTWNU_0000330463
97.  GTWNU_0000330480
98.  GTWNU_0000330528
99.  GTWNU_0000330530
100. GTWNU_0000330560
101. GTWNU_0000330563
102. GTWNU_0000332447
103. GTWNU_0000332450
104. GTWNU_0000332473
105. GTWNU_0000332495
106. GTWNU_0000332514
107. GTWNU_0000332523
108. GTWNU_0000332528
109. GTWNU_0000332648
110. GTWNU_0000332720
111. GTWNU_0000332730
112. GTWNU_0000332731
113. GTWNU_0000287964
114. GTWNU_0000288014
115. GTWNU_0000288023
116. GTWNU_0000288865
117. GTWNU_0000288868
118. GTWNU_0000288924
119. GTWNU_0000288926
120. GTWNU_0000288927
121. GTWNU_0000288940
122. GTWNU_0000288942
123. GTWNU_0000288943
124. GTWNU_0000288947
125. GTWNU_0000289230
126. GTWNU_0000289449
127. GTWNU_0000289453
128. GTWNU_0000289456

129. GTWNU_0000289627
130. GTWNU_0000289630
131. GTWNU_0000289632
132. JHULIT_0000106886
133. JHULIT_0000107826
134. JHULIT_0000108131
135. JHULIT_0000113618
136. JHULIT_0000113624
137. JHULIT_0000113626
138. MITLIT-000638883
139. MITLIT-000649100
140. MITLIT-000649103
141. MITLIT-000649106
142. MITLIT-000649107
143. MITLIT-000649109
144. MITLIT-000649110
145. MITLIT-000649114
146. MITLIT-000649116
147. MITLIT-000649117
148. MITLIT-000649119
149. MITLIT-000649120
150. MITLIT-000649247
151. MITLIT-000649254
152. MITLIT-000649256
153. MITLIT-000649263
154. MITLIT-000649309
155. MITLIT-000649310
156. MITLIT-000649312
157. MITLIT-000649314
158. MITLIT-000649404
159. MITLIT-000649406
160. MITLIT-000649416
161. MITLIT-000649418
162. MITLIT-000649421
163. MITLIT-000649423
164. MITLIT-000649476
165. MITLIT-000649477
166. MITLIT-000649479
167. MITLIT-000649481
168. MITLIT-000649487
169. MITLIT-000649491
170. MITLIT-000649496
171. MITLIT-000649497

172.  MITLIT-000649503
173.  MITLIT-000649504
174.  MITLIT-000649524
175.  MITLIT-000649528
176.  MITLIT-000649531
177.  MITLIT-000649548
178.  MITLIT-000649549
179.  MITLIT-000649557
180.  MITLIT-000649558
181.  MITLIT-000649560
182.  MITLIT-000649561
183.  MITLIT-000649563
184.  MITLIT-000649564
185.  MITLIT-000649565
186.  MITLIT-000649566
187.  MITLIT-000649567
188.  MITLIT-000649568
189.  MITLIT-000649572
190.  MITLIT-000649573
191.  MITLIT-000649574
192.  MITLIT-000649575
193.  MITLIT-000649579
194.  MITLIT-000649580
195.  MITLIT-000649581
196.  MITLIT-000649582
197.  MITLIT-000649583
198.  MITLIT-000649584
199.  MITLIT-000649585
200.  MITLIT-000649586
201.  MITLIT-000649587
202.  MITLIT-000649688
203.  MITLIT-000649689
204.  MITLIT-000649751
205.  MITLIT-000649793
206.  MITLIT-000649794
207.  MITLIT-000649795
208.  MITLIT-000649796
209.  MITLIT-000649800
210.  MITLIT-000649801
211.  MITLIT-000649802
212.  MITLIT-000649803
213.  MITLIT-000649884
214.  MITLIT-000649961

215. MITLIT-000650042
216. MITLIT-000650049
217. MITLIT-000650055
218. MITLIT-000650100
219. MITLIT-000650101
220. NULIT-0000182519
221. ND_0265126
222. ND_0291783
223. ND_0291787
224. ND_0291807
225. ND_0291829
226. ND_0291868
227. ND_0291980
228. ND_0291999
229. ND_0292036
230. ND_0292182
231. ND_0292681
232. ND_0292721
233. ND_0297059
234. ND_0297061
235. ND_0297279
236. ND_0297398
237. ND_0297400
238. ND_0297471
239. ND_0297476
240. ND_0297738
241. ND_0305434
242. ND_0307878
243. ND_0308276
244. ND_0308278
245. ND_0308311
246. ND_0308314
247. ND_0308365
248. ND_0308368
249. ND_0308400
250. PENN568-LIT-00147150
251. PENN568-LIT-00147552
252. PENN568-LIT-00156148
253. PENN568-LIT-00158475
254. PENN568-LIT-00158477
255. PENN568-LIT-00158494
256. RICE_LIT0000167787
257. RICE_LIT0000168041

258.  RICE_LIT0000168088
259.  RICE_LIT0000168177
260.  RICE_LIT0000168187
261.  RICE_LIT0000170087
262.  RICE_LIT0000173964
263.  RICE_LIT0000174332
264.  YALE_LIT_0000325135
265.  YALE_LIT_0000325174
266.  YALE_LIT_0000325175
267.  YALE_LIT_0000325176
268.  YALE_LIT_0000325493
269.  YALE_LIT_0000325494
270.  YALE_LIT_0000325495
271.  YALE_LIT_0000325496
272.  YALE_LIT_0000325497
273.  YALE_LIT_0000325498
274.  YALE_LIT_0000325499
275.  YALE_LIT_0000325501
276.  YALE_LIT_0000325502
277.  YALE_LIT_0000325500
278.  YALE_LIT_0000325503
279.  YALE_LIT_0000327518
280.  YALE_LIT_0000327519
281.  YALE_LIT_0000327520
282.  YALE_LIT_0000327521
283.  YALE_LIT_0000327522
284.  YALE_LIT_0000327523
285.  YALE_LIT_0000327524
286.  YALE_LIT_0000327525
287.  YALE_LIT_0000327526
288.  YALE_LIT_0000328149
289.  YALE_LIT_0000328394
290.  YALE_LIT_0000328396
291.  YALE_LIT_0000328397
292.  YALE_LIT_0000328398
293.  YALE_LIT_0000328399
294.  YALE_LIT_0000328849
295.  YALE_LIT_0000328851
296.  YALE_LIT_0000328856
297.  YALE_LIT_0000330118
298.  YALE_LIT_0000330988
299.  YALE_LIT_0000331076
300.  YALE_LIT_0000331218

301.   YALE_LIT_0000332242
302.   YALE_LIT_0000332282
303.   YALE_LIT_0000332647
304.   YALE_LIT_0000333299
305.   YALE_LIT_0000333489

# Exhibit C
# (filed under seal)

# Exhibit D
# (filed under seal)

# Exhibit E
# (filed under seal)

# Exhibit F
# (filed under seal)

# Exhibit G
# (filed under seal)

# Exhibit H
# (filed under seal)

# Exhibit I
# (filed under seal)

# Exhibit J
# (filed under seal)

# Exhibit K

# (filed under seal)

# Exhibit L
# (filed under seal)

# Exhibit M
# (filed under seal)

# Exhibit N
# (filed under seal)

# Exhibit O
# (filed under seal)

# Exhibit P
# (filed under seal)

# Exhibit Q
# (filed under seal)

# Exhibit R
# (filed under seal)

# Exhibit S

# (filed under seal)