# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                          Plaintiff,

v.                                         Case No.: 1:22−cv−00125
                                                           Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 6/16/2023. Deadline for completing the parties' discussions regarding the regarding attorneys' eyes−only designations is 6/30/2023. Any motion relating to alleged over−designation of attorneys' eyes−only (AEO) material is due by 7/11/2023. Any response to any such motion is due by 7/18/2023. A further status hearing and a hearing on any motion relating to AEO material is set for 7/24/2023 at 9:45 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. The parties are directed to file a joint status report with a deadline proposal for completing all written discovery by 7/11/2023. Attorney Dan Medici#039;s motion to appear pro hac vice [386] is granted. Plaintiff's motion for leave to file under seal [384] is granted. Defendants' response to the plaintiffs' motion to reconsider [382] is due 6/23/2023. Plaintiffs' sealed motion to reconsider [383] is stricken as to the reasons stated on the record. Plaintiffs are directed to refile the motion with each exhibit tabbed separately. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.