## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                      Plaintiff,

v.                                         Case No.: 1:22−cv−00125
                                                         Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order deals with two matters. (1) The motion for extension of time [393] regarding the filing of a motion relating to alleged over−designation of AEO material by MIT is granted, but only in part; the deadline is extended to 7/19/2023. The Court does not intend to move the hearing/ruling date on any such motion beyond the scheduled date of Monday 7/24/2023, and as a result a filing deadline earlier than the proposed date of Friday 7/21/2023 is needed to allow the filing of a response in advance of the hearing date. (2) If plaintiffs wish to file a reply on their motion for reconsideration [382], the reply is due by no later than 7/19/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.