UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR RELATED RELIEF**

Plaintiffs respectfully move to compel and for sanctions against Defendant Georgetown University ("Georgetown") and its counsel and for related relief, on the grounds set forth in the supporting memorandum submitted on this same date and exhibits submitted therewith, and as reflected in the Proposed Order that Plaintiffs are submitting herewith.

Dated: July 17, 2023                                                                                     Respectfully Submitted,

| | |
|---|---|
| By:/s/Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| Sarah Schuster | FREEDMAN NORMAND |
| Steven Magnusson | FRIEDLAND LLP |
| GILBERT LITIGATORS & COUNSELORS, P.C. | 99 Park Avenue Suite 1910 |
| 11 Broadway, Suite 615 | New York, NY 10016 |
| New York, NY 10004 | Tel: 646-970-7513 |
| Phone: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | pbachyrita@fnf.law |
| rraymar@gilbertlitigators.com | |
| sschuster@gilbertlitigators.com | |
| amarquez@gilbertlitigators.com | |
| smagnusson@gilbertlitigators.com | |
| | |
| Eric L. Cramer | Daniel J. Walker |
| Caitlin G. Coslett | Robert E. Litan |
| Ellen Noteware | Hope Brinn |
| BERGER MONTAGUE PC | BERGER MONTAGUE PC |
| 1818 Market Street, Suite 3600 | 2001 Pennsylvania Avenue, NW |
| Philadelphia, PA 19103 | Suite 300 |
| Tel: 215-875-3000 | Washington, DC 20006 |
| ecramer@bm.net | Tel: 202-559-9745 |
| ccoslett@bm.net | rlitan@bm.net |
| enoteware@bm.net | dwalker@bm.net |
| Richard Schwartz | hbrinn@bm.net |
| BERGER MONTAGUE PC | |
| 1720 W Division | |
| Chicago, IL 60622 | |
| Tel: 773-257-0255 | |
| rschwartz@bm.net | |