**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>        Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

**PLAINTIFFS' MOTION TO SEAL THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 31, 2023 ORAL RULING ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS**

Pursuant to the Agreed Confidentiality Order (ECF No. 254) and Local Rule 26.2, Plaintiffs respectfully request that the Court grant this Motion to Seal their Reply Memorandum of Law in Support of their Motion for Reconsideration or Clarification of the Court's May 31, 2023 Oral Ruling on Plaintiffs' Motion to Limit Redactions.

In support of its Motion, Plaintiffs state as follows:

1. Plaintiffs' Reply Memorandum discusses and references certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order entered by this Court.

2. In accordance with Local Rule 26.2(c), Plaintiffs' Reply Memorandum will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. Additionally, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Seal.

Dated: July 19, 2023                                    Respectfully Submitted,


By:/s/*Robert D. Gilbert*                               */s/ Edward J. Normand*
Robert D. Gilbert                                       Devin "Vel" Freedman
Elpidio Villarreal                                      Edward J. Normand
Robert S. Raymar                                        Peter Bach-y-Rita
Steven Magnusson                                        **FREEDMAN NORMAND**
**GILBERT LITIGATORS &**                                **FRIEDLAND LLP**
**COUNSELORS, P.C.**                                    99 Park Avenue
11 Broadway, Suite 615                                  Suite 1910
New York, NY 10004                                      New York, NY 10016
Phone: (646) 448-5269                                   Tel: 646-970-7513
rgilbert@gilbertlitigators.com                          vel@fnf.law
pdvillarreal@gilbertlitigators.com                      tnormand@fnf.law

1

rraymar@gilbertlitigators.com
smagnusson@gilbertlitigators.com

Eric L. Cramer
Ellen Noteware
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

pbachyrita@fnf.law

*/s/ Robert E. Litan*
Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
dwalker@bm.net
rlitan@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*

2