UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.
                    Plaintiff,

v.                                                        Case No.: 1:22−cv−00125
                                                           Honorable Matthew F. Kennelly

Brown University, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearing held on 7/24/2023. Plaintiffs' motion for reconsideration [387] is denied without prejudice with the explanation and for the reasons stated on the record. Plaintiffs' motion to compel [402] is taken under advisement. Parties are to meet and confer regarding the proposal by Georgetown found at pages 3−4 of the agreement. The Court also noted that the Georgetown representative whose deposition has been taken will have to reappear for a time period to be agreed upon by the parties; this will not count as an additional deposition against the overall deposition limits and the time spent will not count against the overall time limits. The parties are directed to file a joint status report in this regard by 7/31/2023. Henceforth all case management conferences (status hearings) will be held in person with an opportunity for remote listening but not remote speaking. In person status hearing is set for 8/24/2023 at 1:00 p.m. Any motions that any party wishes to have addressed at the hearing must be filed by 8/14/2023; responses are due by 8/21/2023. The following call−in number will be used for remote listening of the hearing: 888−684−8852, access code 746−1053. No remote participation will be allowed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.