# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned, Jed W. Glickstein, respectfully requests that the Court grant him leave to withdraw as counsel for Defendant Georgetown University in the above-captioned matter. Mr. Glickstein is departing Mayer Brown LLP. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed Mayer Brown LLP attorneys will continue to represent Georgetown University in the litigation.

Dated: August 2, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Jed W. Glickstein*
　　　　　　　　　　　　　　　　　　　　Britt M. Miller
　　　　　　　　　　　　　　　　　　　　Daniel T. Fenske
　　　　　　　　　　　　　　　　　　　　Jed W. Glickstein
　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-4637
　　　　　　　　　　　　　　　　　　　　(312) 782-0600
　　　　　　　　　　　　　　　　　　　　bmiller@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　dfenske@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　jglickstein@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*Georgetown University*