**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No.: 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**UNOPPOSED MOTION BY PLAINTIFFS FOR AN ENLARGEMENT OF THE PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY APPROVAL OF PLAINTIFFS' SETTLEMENT WITH <u>DEFENDANT UNIVERSITY OF CHICAGO</u>**

Pursuant to Northern District of Illinois Local Rule 7.1, Plaintiffs respectfully seek leave to file a Memorandum of Law ("Memorandum") that exceeds 15 pages in length (totaling 34 pages) in support of a Motion for Provisional Certification of Settlement Class, Preliminary

1

Approval of Proposed Partial Settlement, Approval of the Form and Manner of Notice to the Class, and Proposed Schedule for a Fairness Hearing.

1. This is a proposed class action alleging that seventeen elite universities violated the antitrust laws by agreeing on a common formula and common principles regarding financial aid, and by exchanging competitively sensitive information concerning financial aid principles, formulas, and pricing.

2. On April 19, 2023, Plaintiffs notified the Court by letter that Plaintiffs and Defendant University of Chicago reached an agreement in principle that, if ultimately approved by the Court, would resolve the case on behalf of the proposed class as against Defendant University of Chicago. ECF No. 351.

3. Plaintiffs respectfully seek leave of the Court to file a Memorandum in excess of 15 pages to address the standards for provisional certification of a settlement class, preliminary approval of a proposed partial settlement, and approval of the form and manner of class notice.

4. Plaintiffs' counsel conferred with Defendants' counsel, who do not oppose this request.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that the Court grant this Motion and permit Plaintiffs to file a Memorandum that is 34 pages in length.

Dated: August 14, 2023                                        Respectfully submitted,

By:/s/*Robert D. Gilbert*                                     /s/ *Edward J. Normand*
Robert D. Gilbert                                             Devin "Vel" Freedman
Elpidio Villarreal                                            Edward J. Normand
Robert S. Raymar                                              Peter Bach-y-Rita
                                                              Richard Cipolla
Steven Magnusson                                              **FREEDMAN NORMAND**
**GILBERT LITIGATORS &**                                      **FRIEDLAND LLP**
**COUNSELORS, P.C.**                                          99 Park Avenue
11 Broadway, Suite 615                                        Suite 1910
New York, NY 10004                                            New York, NY 10016
Phone: (646) 448-5269                                         Tel: 646-970-7513
rgilbert@gilbertlitigators.com                                vel@fnf.law
pdvillarreal@gilbertlitigators.com                            tnormand@fnf.law
rraymar@gilbertlitigators.com                                 pbachyrita@fnf.law
smagnusson@gilbertlitigators.com                              rcipolla@fnf.law

Eric L. Cramer                                                Daniel J. Walker
Caitlin G. Coslett                                            Robert E. Litan
**BERGER MONTAGUE PC**                                        Hope Brinn
1818 Market Street, Suite 3600                                **BERGER MONTAGUE PC**
Philadelphia, PA 19103                                        2001 Pennsylvania Avenue, NW
Tel: 215-875-3000                                             Suite 300
ecramer@bm.net                                                Washington, DC 20006
ccoslett@bm.net                                               Tel: 202-559-9745
                                                              rlitan@bm.net
Richard Schwartz                                              dwalker@bm.net
**BERGER MONTAGUE PC**                                        hbrinn@bm.net
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs and the Proposed Class*