# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.                                                      Case No.: 1:22−cv−00125
                                                               Honorable Matthew F. Kennelly

Brown University, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file excess pages [427] is granted. Any response to plaintiffs' motion for preliminary approval [428], as provided by previous order [412], is to be filed by 8/21/2023. Hearing, unless deemed unnecessary by the Court, is set for for 8/24/2023 at 1:00 PM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.