## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                Plaintiff,

v.
                                        Case No.: 1:22−cv−00125
                                        Honorable Matthew F. Kennelly

Brown University, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearing held on 8/24/2023. The Court addressed the following matters. (A) Oral ruling made on the motion for preliminary approval of settlement [428]. Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo−Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams's motion for preliminary approval of settlement [428] is granted, subject to revision of the class notice(s) as discussed on the record. Revised draft notices should be filed promptly, and a draft preliminary approval order in Word format should be sent to Judge Kennelly's proposed order e−mail address. (B) The disputes regarding discovery involving Northwestern and Vanderbilt referenced in the joint status report are to be filed a motions (pursuant to the default schedule previously set) if not resolved. (C) Plaintiffs and defendant Georgetown University are directed to meet and confer immediately as discussed in open court regarding the disputed discovery issues between them and are to provide a draft order to Judge Kennelly's proposed order email address by 8/29/2023. (D) All future status reports are to include detailed information regarding the status of discovery and any updates on settlement. Any disputes on which a party seeks a ruling by the Court must be filed as motions. (E) The next status report is to include a discussion regarding appointment of a settlement master. (F) The joint status report is due 9/28/2023. In person status hearing is set for 10/5/2023 at 1:00 p.m. The hearing will be held in Courtroom 2103. The following call−in number will be used for remote listening of the hearing: 888−684−8852, access code 746−1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.