UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                    Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT <u>MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS OF DEPOSITION</u>**

On the grounds set forth in the supporting memorandum submitted on this same date and in the exhibits submitted herewith, Plaintiffs respectfully move the Court to enter an Order (1) directing Northwestern University to produce donor reports for the first 100 donor-linked applicants on each President's List during the class period and (2) requiring Northwestern to produce Morton Schapiro for an additional two hours of deposition.

| | |
|---|---|
| Dated: September 25, 2023 | Respectfully Submitted, |
| By:/s/Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| David Copeland | Richard Cipolla |
| Steven Magnusson | **FREEDMAN NORMAND** |
| Natasha Zaslove | **FRIEDLAND LLP** |
| **GILBERT LITIGATORS &** | 99 Park Avenue |
| **COUNSELORS, P.C.** | Suite 1910 |
| 11 Broadway, Suite 615 | New York, NY 10016 |
| New York, NY 10004 | Tel: 646-970-7513 |
| Phone: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | pbachyrita@fnf.law |
| rraymar@gilbertlitigators.com | rcipolla@fnf.law |
| dcopeland@ gilbertlitigators.com | |
| smagnusson@gilbertlitigators.com | |
| nzaslove@ gilbertlitigators.com | |
| | |
| Eric L. Cramer | Daniel J. Walker |
| Caitlin G. Coslett | Robert E. Litan |
| Ellen Noteware | Hope Brinn |
| **BERGER MONTAGUE PC** | **BERGER MONTAGUE PC** |
| 1818 Market Street, Suite 3600 | 2001 Pennsylvania Avenue, NW |
| Philadelphia, PA 19103 | Suite 300 |
| Tel: 215-875-3000 | Washington, DC 20006 |
| ecramer@bm.net | Tel: 202-559-9745 |
| ccoslett@bm.net | rlitan@bm.net |
| enoteware@bm.net | dwalker@bm.net |
| | hbrinn@bm.net |
| | |
| Richard Schwartz | |
| **BERGER MONTAGUE PC** | |

1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs*