UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO SEAL THEIR MOTION TO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS <u>OF DEPOSITION</u>**

Pursuant to the Confidentiality Order in this case (ECF No. 254) and Local Rule 26.2, Plaintiffs respectfully request that the Court grant this Motion to File Under Seal their Memorandum of Law in Support of their Motion to Compel Production of Certain Donor Reports

and to Compel Northwestern to Produce President Morton Schapiro for Two Additional Hours of Deposition Testimony and the exhibits cited therein. In support of their Motion, Plaintiffs state as follows:

1. The memorandum at issue discusses, references, and appends certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order.

2. In accordance with Local Rule 26.2(c), the memorandum at issue will continue to be provisionally under seal, but an unredacted version will be provided to counsel and the Court. In addition, a redacted (public) version will be filed via the ECF system within 14 days.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' motion.

| | |
|---|---|
| Dated: September 25, 2023 | Respectfully Submitted, |
| By:/s/Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| David Copeland | Richard Cipolla |
| Steven Magnusson | **FREEDMAN NORMAND** |
| Natasha Zaslove | **FRIEDLAND LLP** |
| **GILBERT LITIGATORS &** | 99 Park Avenue |
| **COUNSELORS, P.C.** | Suite 1910 |
| 11 Broadway, Suite 615 | New York, NY 10016 |
| New York, NY 10004 | Tel: 646-970-7513 |
| Phone: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | pbachyrita@fnf.law |
| rraymar@gilbertlitigators.com | rcipolla@fnf.law |
| dcopeland@ gilbertlitigators.com | |
| smagnusson@gilbertlitigators.com | |
| nzaslove@ gilbertlitigators.com | |
| | |
| Eric L. Cramer | Daniel J. Walker |
| Caitlin G. Coslett | Robert E. Litan |
| Ellen Noteware | Hope Brinn |
| **BERGER MONTAGUE PC** | **BERGER MONTAGUE PC** |
| 1818 Market Street, Suite 3600 | 2001 Pennsylvania Avenue, NW |
| Philadelphia, PA 19103 | Suite 300 |

Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*