# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned, Jessica A. Maurer, respectfully requests that the Court grant her leave to withdraw as counsel for Defendant Georgetown University in the above-captioned matter. Ms. Maurer is departing Mayer Brown LLP. Her withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed Mayer Brown LLP attorneys will continue to represent Georgetown University in the litigation.

Dated: September 26, 2023

Respectfully submitted,

/s/ *Jessica A. Maurer*
Britt M. Miller
Daniel T. Fenske
Jessica A. Maurer
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
jmaurer@mayerbrown.com

*Counsel for Defendant*
*Georgetown University*