UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.
                            Plaintiff,

v.                                                    Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearings held on 10/5/2023. Oral argument held regarding the plaintiffs' motions to compel Northwestern [440] and FERPA Notices [443]. Plaintiffs' motion to compel regarding FERPA notices [443] is granted for the reasons stated on the record. Plaintiffs' motion to compel regarding Northwestern [440] is entered and continued pending the Watson deposition. Northwestern's motion for leave to file under seal [454] is taken under advisement for the reasons stated on the record; Northwestern is directed to promptly supplement the motion to explain the redactions. In−person status hearing is set for 11/28/2023 at 1:00 p.m. The hearing will be held in Courtroom 2103. Any motions that any party wants to have the Court address at the hearing are due by 11/15/2023. Any responses are due by 11/22/2023. The parties are directed to file a joint status report on 11/22/2023. The following call−in number will be used for remote listening of the hearing: 888−684−8852, access code 746−1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.