# Exhibit B

# Exhibit 1

# Filed Under Seal