# EXHIBIT J

## In the Matter Of:

*Henry vs*

*Brown University*

---

## *ELAINE VARAS*

## *August 02, 2023*

---



```
                                                              1

 1       IN THE UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF ILLINOIS

 3                EASTERN DIVISION

 4                   - - -

 5    HENRY, et al,              :
                                 :
 6         Plaintiffs,           :  CASE NO.
                                 :  1:22-CV-00125
 7         v.                    :
                                 :
 8    BROWN UNIVERSITY, et       :
      al,                        :
 9                               :
           Defendants.           :
10
                  - CONFIDENTIAL -
11            ATTORNEYS' EYES ONLY

12                   - - -

13             August 2, 2023

14                   - - -

15

16             Videotaped deposition of
      ELAINE P. VARAS, taken pursuant to
17    notice, was held at University of
      Pennsylvania, 2929 Walnut Street,
18    Philadelphia, Pennsylvania, beginning at
      9:46 a.m., on the above date, before
19    Michelle L. Gray, a Registered
      Professional Reporter, Certified Court
20    Reporter, Certified Realtime Reporter,
      and Notary Public.
21
                     - - -
22

23    Final transcript without Confidentiality Designations

24
```

```
 1   APPEARANCES:

 2

         GILBERT LITIGATORS
 3       & COUNSELORS, P.C.
         BY:  ROBERT S. RAYMAR, ESQ.
 4       BY:  STEVEN MAGNUSSON, ESQ.
         (In person)
 5       11 Broadway, Suite 615
         New York, New York 10004
 6       646.448.5269
         rraymar@gilbertlitigators.com
 7       smagnusson@gilbertlitigators.com
         Representing the Plaintiffs
 8


 9       WILMER CUTLER PICKERING HALE AND
         DORR LLP
10       BY:  DAVID GRINGER, ESQ.
         BY:  A. IVAN NAVEDO, ESQ.
11       (In person)
         7 World Trade Center
12       250 Greenwich Street
         New York, New York 10007
13       212.230.8800
         david.gringer@wilmerhale.com
14       Ivan.navedo@wilmerhale.com

15          - and -

16       WILMER CUTLER PICKERING HALE AND
         DORR LLP
17       BY:  ARIELLE K. HERZBERG, ESQ.
         (Zoom)
18       1225 17th Street
         Suite 2600
19       Denver, Colorado 80202
         720.274.3158
20       arielle.herzberg@wilmerhale.com
         Representing the Defendant, The
21       Trustees of the University of
         Pennsylvania, University of
22       Pennsylvania

23

24
```

290

1     A.   That doesn't mean that they

2 are getting into Penn.

3     Q.   Okay.  How much does a donor

4 have to contribute to get their kid into

5 Penn?

6     A.   There is no such concept.

7 Donor does -- it doesn't matter what a

8 donor is giving.  That is not considered

9 in reviewing of an acceptance to Penn.

10     MR. GRINGER:  Thank you.

11     Nothing further.

12     MR. RAYMAR:  Nothing

13     further.

14     THE VIDEOGRAPHER:  The time

15     is now 6:07 p.m.  And this -- I'm

16     sorry.

17     MR. GRINGER:  We have to ask

18     if people on the Zoom have

19     questions.

20     THE VIDEOGRAPHER:  Does

21     anybody have any questions on

22     Zoom?

23     MR. MEDICI:  This is Dan

24     Medici from the law firm of White