# EXHIBIT K

```
                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


SIA HENRY, et al.,                    )  Docket No. 22 C 125
                                      )
              Plaintiffs,             )
                                      )
        vs.                           )
                                      )
BROWN UNIVERSITY, et al.,             )  Chicago, Illinois
                                      )  February 8, 2023
              Defendants.             )  9:15 o'clock a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:

For the Plaintiffs:    ROCHE FREEDMAN LLP
                       BY:  MR. EDWARD J. NORMAND
                       99 Park Avenue, Suite 1910
                       New York, NY 10016
                       (646) 970-7513



                       GILBERT LITIGATORS & COUNSELORS
                       BY:  MR. ROBERT DEWITT GILBERT
                       11 Broadway, Suite 615
                       New York, NY 10004
                       (646) 448-5269




Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                       Official Court Reporter
                       219 S. Dearborn Street, Suite 2102
                       Chicago, Illinois  60604
                       (312) 435-5639
```

```
 1   APPEARANCES CONTINUED:

 2

 3   For the Defendants:
     Brown University:        MORGAN, LEWIS & BOCKIUS LLP
 4                            BY:  MR. JON R. ROELLKE
                              1111 Pennsylvania Avenue, NW
 5                            Washington, DC 20004
                              (202) 739-5754
 6

 7   University of
     Chicago:                 ARNOLD & PORTER
 8                            BY:  MR. JAMES L. COOPER
                                   MR. MICHAEL RUBIN
 9                            555 Twelfth Street, N.W.
                              Washington, DC 20004-1202
10                            (202) 942-5000

11

12   Columbia University:     SKADDEN ARPS SLATE MEAGHER & FLOM, LLP CH
                              BY:  MS. AMY VAN GELDER
13                            155 North Wacker Drive, Suite 2700
                              Chicago, IL 60606-1720
14                            (312) 407-0903

15

16   Cornell University:      KING & SPALDING
                              BY:  MR. ZACHARY THOMAS FARDON
17                            110 North Wacker Drive, Suite 3800
                              Chicago, IL 60606
18                            (312) 995-6333

19

20
     Dartmouth College:       JENNER & BLOCK LLP
21                            BY:  MR. DOUGLAS LITVACK
                              353 N. Clark Street
22                            Chicago, IL 60654
                              (312) 222-9350
23

24

25
```

```
                                                                      3

 1   APPEARANCES CONTINUED:

 2   Duke University:      GIBSON, DUNN & CRUTCHER LLP
                           BY:  MR. CHRISTOPHER DEAN DUSSEAULT
 3                         333 South Grand Avenue
                           Los Angeles, CA  90071
 4                         (213) 229-7855

 5
                           SAUL EWING ARNSTEIN & LEHR LLP
 6                         BY:  MR. JAMES A. MORSCH
                           161 North Clark Street, Suite 4200
 7                         Chicago, IL  60601
                           (312) 876-7100
 8

 9
     Georgetown University: MAYER BROWN LLP
10                          BY:  MS. BRITT MARIE MILLER
                            71 South Wacker Drive
11                          Chicago, IL 60606
                            (312) 782-0600
12

13
     Northwestern
14   University:           GASS TUREK
                           BY:  MR. SCOTT DAVID STEIN
15                         241 N. Broadway, Ste 300
                           Milwaukee, WI 53202
16                         (312) 853-7000

17

18
     Vanderbilt University:    WHITE & CASE LLP
19                             BY:  MR. DAVID H. SUGGS
                               1221 Avenue of the Americas
20                             New York, NY  10020
                               (212) 819-8200
21

22
     Yale University:      HOGAN LOVELLS US LLP
23                         BY:  MR. CHARLES A. LOUGHLIN
                                MR. BENJAMIN F. HOLT
24                         555 Thirteenth Street, NW
                           Washington, DC 20004
25                         (202) 637-5661
```

1 it.  10, 20, 30, 40, 150?
2             MR. STEIN:  I think it's much closer to 20.
3             MR. GILBERT:  13.
4             THE COURT:  Okay.  So that takes us up to 192.
5             So here's what I'm doing.  Did I put -- was there any
6 kind of -- in the earlier orders, did I say you get this many
7 interrogatories and this many RFPs?
8             MR. STEIN:  Yes.
9             THE COURT:  What was the number?
10            MR. STEIN:  45 interrogatories.  I don't believe
11 there was a limit on number of RFPs.
12            THE COURT:  There is now.  So you get to pick your
13 best 100.  You get to pick your best 100.
14            And as far as adding the development and president's
15 office as custodians, I'm putting the pause on that for now.
16 For now.  We're going to readdress that in a couple of months
17 once stuff is actually getting produced.  I have to get this
18 thing off the dime.  So we're going to put the pause on having
19 custodians from the development and the president's office
20 right now.
21            Here's what that means for the defendants.  I want to
22 make it real clear what that means for the defendants.  Okay?
23 What that means is if I later determine that there's a basis
24 to include those for some or all of the defendants, you're not
25 going to get a whole lot of time to produce the stuff, and

1  you're not going to get to do it at anybody's leisure.  It's
2  going to be my definition of how quick you get it done.  So
3  that's the condition.
4         I don't have any more time to give you folks today.
5  I got to start in three minutes an argument about patents and
6  computer processors, which is going to make this look like a
7  discussion of an action movie by comparison.
8         MR. MORSCH:  Your Honor, James Morsch, on behalf of
9  Duke.  I just want to give your Honor advance notice of
10 something that wasn't on the agenda today.  The defendants
11 filed an extension -- for an extension of the structured data
12 deadline that was filed as item 313.
13        THE COURT:  That got filed yesterday.  That just got
14 filed yesterday.  I saw something got filed.
15        MR. MORSCH:  Yes, that's a little bit time sensitive.
16        THE COURT:  Hang on.  Stop, stop, stop, stop, stop,
17 stop, stop.  I'm just pulling it up.  It will just take a
18 second for it to come up here.
19        Here it is.  You're asking to extend the structured
20 data deadline to March the 13th.
21        MR. MORSCH:  That's right.
22        THE COURT:  Do the plaintiffs have a problem with it?
23        MR. GILBERT:  Yes, your Honor.  We're going to file a
24 brief --
25        THE COURT:  No, you're not.  No, no, no.