# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al().

                Plaintiff,

v.                                           Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants' previously−filed motions to file under seal are withdrawn [452] [454]. Revised motions to seal [460] [462] are granted, good cause having been shown. The original filings are already under seal. The parties are to file redacted versions in the public record by no later than 10/17/2023. This includes the motion to compel relating to Northwestern University and the response to that motion, and the response to the motion to compel relating to FERPA notices. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.