**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**JOINT STATUS REPORT ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS OF DEPOSITTION**

Plaintiffs and Defendant Northwestern University (the "Parties") hereby notify the Court that, following the deposition of Chris Watson on October 10, 2023, the Parties entered into a stipulation and agreement which resolves Plaintiffs' Motion to Compel Production of Certain Donor Reports and to Compel Northwestern to Produce President Morton Schapiro for Two Additional Hours of Deposition, which was continued by this Court on October 5, 2023 (*see* Minute Entry, Dkt. No. 459). The Parties' stipulation and agreement also resolves Plaintiffs' Motion to Compel FERPA Notices (Dkt. No. 443-1) as to Defendant Northwestern.

Dated: October 16, 2023                                    Respectfully Submitted,


By:/s/ *Edward J. Normand*                    By: /s/ *Scott D. Stein*
Devin "Vel" Freedman                          Scott D. Stein
Edward J. Normand                             Kathleen L. Carlson
Peter Bach-y-Rita                             Benjamin R. Brunner
Richard Cipolla                               SIDLEY AUSTIN LLP
FREEDMAN NORMAND                              1 South Dearborn Street
FRIEDLAND LLP                                 Chicago, IL 60603
99 Park Avenue                                Tel.: 312-853-7520
Suite 1910                                    sstein@sidley.com
New York, NY 10016                            kathleen.carlson@sidley.com
Tel.: 646-970-7513                            bbrunner@sidley.com
vel@fnf.law
tnormand@fnf.law                              *Counsel for Defendant Northwestern*
pbachyrita@fnf.law                            *University*
rcipolla@fnf.law

/s/ *Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
Natasha Zaslove
GILBERT LITIGATORS &
COUNSELORS, P.C.
11 Broadway, Suite 615
New York, NY 10004

1

Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@ gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@ gilbertlitigators.com

Eric L. Cramer
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

Richard Schwartz
BERGER MONTAGUE PC
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Daniel J. Walker
Robert E. Litan
Ellen Noteware
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel.: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*