# Exhibit 5

**In the Matter Of:**

*In re 568 President's Group*

*CHRISTOPHER WATSON*

*May 06, 2022*



```
                                                          1

     UNITED STATES DEPARTMENT OF JUSTICE

            ANTITRUST DIVISION

---------------------------------X

In re:
                                         CID NO.
     568 PRESIDENT'S GROUP.               30956

---------------------------------X




          30(b)(6) DEPOSITION

                  OF

         NORTHWESTERN UNIVERSITY

                  BY

           CHRISTOPHER WATSON

           Friday, May 6, 2022







              Reported by:
      AYLETTE GONZALEZ, RPR, CLR, CCR
           JOB NO. 2022-842042
```

1        CHRISTOPHER WATSON (5/6/22)
2          MR. KARR: Sure. I'll ask a
3  better question.
4     Q. Other than you and the
5  president, does anyone else attend these
6  discussions?
7     A. Sorry, you froze earlier.
8        No, just the two of us.
9     Q. Has anyone else ever attended
10 these discussions?
11     A. No.
12     Q. Are any notes kept regarding
13 these discussions?
14     A. On the -- on the list of --
15 that I would -- that I keep, there might be
16 some notes, yeah.
17     Q. Do you ever correspond with one
18 of the application committees for any
19 reason?
20     A. The committee, no. If I had
21 any concerns about an applicant, I would
22 just speak directly to the director of
23 undergraduate admission.
24     Q. And would it then be the case
25 that the director of undergraduate

Case: 1:22-cv-00125 Document #: 466-5 Filed: 10/17/23 Page 5 of 5 PageID #:8842

In re 568 President's Group  
30(b)(6)

Christopher Watson  
May 06, 2022

178

```
 1         CHRISTOPHER WATSON (5/6/22)
 2            C E R T I F I C A T E
 3
     STATE OF NEW YORK      )
 4                          :  SS.:
     COUNTY OF RICHMOND     )
 5
 6            I, AYLETTE GONZALEZ, a Notary
 7   Public for and within the State of New
 8   York, do hereby certify:
 9            That the witness, CHRISTOPHER
10   WATSON, whose examination is hereinbefore
11   set forth was duly sworn and that such
12   examination is a true record of the
13   testimony given by that witness.
14            I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19            IN WITNESS WHEREOF, I have
20   hereunto set my hand this 14th day of May,
21   2022.
22
23                  _____
                         AYLETTE GONZALEZ
24
25
```