# EXHIBIT 2

# In the Matter Of:

*In re 568 President's Group*

## CHRISTOPHER WATSON

## May 06, 2022



CONFIDENTIAL
NULIT-0000184548

1

UNITED STATES DEPARTMENT OF JUSTICE

ANTITRUST DIVISION

---------------------------------X

In re:

    568 PRESIDENT'S GROUP.     CID NO. 30956

---------------------------------X

30(b)(6) DEPOSITION

OF

NORTHWESTERN UNIVERSITY

BY

CHRISTOPHER WATSON

Friday, May 6, 2022

Reported by:
AYLETTE GONZALEZ, RPR, CLR, CCR
JOB NO. 2022-842042

CONFIDENTIAL    NULIT-0000184549

Case: 1:22-cv-00125 Document #: 467-2 Filed: 10/17/23 Page 4 of 5 PageID #:8860
In re 568 President's Group                              Christopher Watson
                     30(b)(6)                            May 06, 2022
                                                                    49

1     CHRISTOPHER WATSON (5/6/22)
2        Q.    What information does the list
3    contain?
4        A.    I would have the -- could --
5    the standard -- standard information that's
6    available for every applicant, so
7    obviously, the name, the -- what -- so what
8    he provides to -- what is he providing to
9    me is just the name and I would go look up
10   the applicant if that's what you mean.
11       Q.    That is, thank you.
12       A.    Okay.
13       Q.    So just to clarify, the list
14   that the president sends to you is a list
15   of the applicant's names and nothing else;
16   is that correct?
17       A.    Right.
18       Q.    Do you discuss with him every
19   applicant on the list?
20       A.    No.
21       Q.    How is it decided which of the
22   names on the list are discussed?
23       A.    I don't know.  He would know
24   which names he'd want to discuss and I
25   don't know why they might be a priority

CONFIDENTIAL                                          NULIT-0000184597

1   CHRISTOPHER WATSON (5/6/22)
2   NU here to refer to Northwestern
3   University?
4        A.   Yes.
5        Q.   "Yes."
6             Do you have any reason to doubt
7   the pool of applications that President
8   Schapiro reviews, contains legacy
9   applicants as well as children whose family
10  members have donated?
11       A.   No, no reason to doubt it.
12       Q.   Do you ever discuss with
13  President Schapiro whether an applicant has
14  donated to Northwestern?
15       A.   No, I'm not given -- well, I'm
16  not given information on anyone's donation
17  history or potential donation.  History of
18  donation may come up, but I'm not ever
19  given an amount.  Again, there's kind of a
20  firewall between -- there is a firewall
21  between the admissions and the office of
22  alumni relations and development in that
23  way.
24       Q.   How might information about
25  history of donation come up?

CONFIDENTIAL    NULIT-0000184670