**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.
       Plaintiff,

v.             Case No.: 1:22−cv−00125
             Honorable Matthew F. Kennelly

Brown University, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 30, 2023:

  MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Vanderbilt's motion to seal docket entry 433−2 is granted [469]. The Clerk is directed to place docket entry 433−2 under seal. Defendant Vanderbilt is directed to file a redacted version of the complete status report (not just 433−2) in the public record by no later than 10/31/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.