**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No.: 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' RESPONSE TO MOTION BY VANDERBILT DOE STUDENTS
1-42 FOR PROTECTIVE ORDER AND ADDITIONAL TIME TO SUBMIT
<u>OBJECTION LETTERS</u>**

Plaintiffs respond herein to the motion (Dkt. 471) by the Vanderbilt Doe Students 1-42 (the "Students"), and their memorandum in support thereof ("Students Mem."), seeking a protective order and additional time to submit objection letters.

A.  **The Objection Letters and Their Responses May Be Filed Under Seal but Should Not Be Redacted Prior to Disclosure to Plaintiffs' Counsel and Should Not Be Subject to *In Camera* Review**

To the extent that the Students seek leave to file their Objection Letters ("Objections") under seal, and to require Plaintiffs to file any responses to those Objections ("Objection Responses") under seal, Plaintiffs do not object. Plaintiffs also do not object to designating any Personal Identifying Information ("PII") in the Objections or Objections Responses as Attorneys' Eyes Only ("AEO") under the Confidentiality Order in this case. *See* Dkt. 254 ¶ 6(c).

Plaintiffs, however, ***do*** oppose the Students' motion insofar as it asks the Court to conduct an *in camera* review of their Objections or to allow the Students to redact any PII from the Objections **prior** to disclosing the Objections to Plaintiffs' counsel. Review *in camera* and the Students' proposed redactions are unnecessary because the Confidentiality Order provides that "counsel . . . shall not disclose or permit the disclosure" of any AEO-designated information except as permitted by the Order. *See* Dkt. 254 ¶¶ 6(c)(1)-(7).

B.  **The Two-Week Extension of Time to File Objections Requested by the Students is Inconsistent with the Court's Order Regarding FERPA and Would Delay and Interfere with Plaintiffs' Depositions of Vanderbilt Witnesses**

The Court should decline the Students' request for a 14-day extension of time for the Students to file their Objections. As the Students acknowledge, Paragraph 2 of this Court's Order Regarding FERPA (Dkt. 231) (the "FERPA Order") requires that they "have 14 days from the date the Notice is sent to seek protection from the Court" (Students Mem. at 3); and they

1

were expressly advised by Vanderbilt that their PII might "be disclosed to the parties in this case if the Students do not object . . . by November 2, 2023." (*Id*. at 1).

In addition, Plaintiffs and Vanderbilt will have 30 days from the date on which the Students file their Objections to file their own responses, "after which the Court will determine whether to order [Vanderbilt] to produce the information notwithstanding the students' requests." (FERPA Order ¶ 3). Thus, if the Students' motion for a 14-day extension of time (until Nov. 16) is granted, the Court's ruling on their Objections may not occur until December 16 or later.

That in turn will mean that no depositions of Vanderbilt witnesses at which Plaintiffs will be able to use the Students' FERPA records – assuming that the Court "order[s] [Vanderbilt] to produce [that] information notwithstanding the students' requests" (*id*.) – will likely occur until after the Christmas holidays. Indeed, given the scheduling concerns which Vanderbilt has already raised with respect to the depositions of two important witnesses (John Beasley and Martha Ingram), Plaintiffs may have difficulty completing those depositions before the scheduled close of fact discovery on January 31, which the parties cannot assume will change.

Under these circumstances, Plaintiffs request that the Court deny the Students' motion for a 14-day extension of time, or in the alternative extend their time to file Objections until Nov. 6 – more than one week from the date on which their Motion was filed.

## CONCLUSION

For the reasons stated herein, the Students' Motion should be denied, or granted only to the extent provided herein.[1]

---

[1] Certain statements made in the Memorandum in Support of the Students' Motion are inaccurate as to the factual and legal issues in this case, and/or Plaintiffs' position regarding those issues. Plaintiffs may address those inaccurate statements in their Objection Responses and in other pleadings but have not addressed them in this Response because they are not relevant to the Students' current Motion.

Dated: October 30, 2023

By: /s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
Natasha Zaslove
**GILBERT LITIGATORS &**
  **COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@gilbertlitigators.com

Eric L. Cramer
Caitlin G. Coslett
Ellen Noteware
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Respectfully Submitted,

By: /s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Peter Bach-y-Rita
Richard Cipolla
**FREEDMAN NORMAND**
  **FRIEDLAND LLP**
99 Park Avenue
Suite 1910
New York, NY 10016
Tel: 646-970-7513
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

Ivy Ngo
**FREEDMAN NORMAND**
  **FRIEDLAND LLP**
1 SE 3rd Avenue
Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*