# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                         Plaintiff,

v.                                          Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion by Vanderbilt Doe Students 1−42 for protective order and for additional time [471] is granted in part, to the following extent. (1) The students' objection letters must be filed but may be filed under seal, and personal identifiers (names, addresses, birth dates, and Social Security numbers) may be redacted from the under−seal filing. (2) The objection letters will be treated as attorney's eyes only material under the amended confidentiality order dated 7/28/2023. (3) The students are given 7 days from today's date to file the objection letters. The motion for protective order is otherwise denied. In particular, there is no proper legal or factual basis for in camera submission of the letters, and 7 days from today (not 14 as requested) is sufficient given the amount of time the students have had the letters. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.