

FILED
10/27/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/24/2023

Attn: Hon. Matthew F. Kennelly
U.S. District Court Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: OBJECTIONS TO DISCLOSURE OF FERPA INFORMATION
IN SIA HENRY, et al. v. BROWN UNIVERSITY, et al.,
Case No. 1:22-cv-00125

Dear Judge Kennelly:

Pursuant to a FERPA notice provided to me by Cornell University,
please accept this letter as my objection to the disclosure of ANY
information pertaining to my application for admission and/or my
academic record at Cornell University. In everything I do, I zealously
protect my privacy and that of my family. Accordingly, I object to the
disclosure of FERPA-protected information in the matter of SIA
HENRY, et al. v. BROWN UNIVERSITY, et al., Case No. 1:22-cv-00125.

Thank you for your attention to this request.

Sincerely,

Allison Rosenfeld Schanfield


1130 Knollwood Road
Deerfield, Illinois 60015
abr25@cornell.edu

Swanfield
1130 knollwood Rd.
Deerfield, IL 60015

RECEIVED
2023 OCT 27 AM 10: 28

Clerk's Office: Attn. Hon. Matthew F. Kennelly
U.S District Court Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

CERTIFIED MAIL

Retail

7022 0410 0000 3337 0501

RDC 99

UNITED STATES
POSTAL SERVICE

U.S. PO
FCM LE
KENILW
OCT 24

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7050 7EEE 0000 0740 2201

RECEIVED

OCT 27 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TAGE PAID
TER
ORTH, IL 60043
2023

i07871-95