UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, et al. individually and on behalf of all others similarly situated,<br><br>                 *Plaintiffs,*<br><br>       v.<br><br>BROWN UNIVERSITY, et al.,<br><br>                 *Defendants.* | Case No. 1:22-cv-000125<br><br>Hon. Matthew F. Kennelly |

**CORNELL UNIVERSITY DOE STUDENTS 1-9 UNOPPOSED MOTION TO FILE UNDER SEAL AND FOR ADDITIONAL TIME TO SUBMIT OBJECTION LETTERS**

Cornell University Doe Students 1-9 (the "Students"), by and through undersigned counsel, move this Court to allow them to file under seal objection letters sent to the Court by the Students in response to the Family Educational Rights and Privacy Act ("FERPA") Notices that Cornell University ("Cornell") sent to the Students on October 19, 2023. Specifically, the Students request that the Court to permit them to (i) file their objection letters under seal with personally identifiable information redacted before they are provided to any counsel and (ii) mark the letters as "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case. The Students additionally respectfully move this Court for a modest extension of time of seven (7) days, until November 9, 2023, to submit the objection letters to the Court. The grounds for this motion are set forth in the Students' Memorandum in Support of Unopposed Motion to File Under Seal and for Additional Time to Submit Objection Letters filed concurrently herewith.

1

Date: November 2, 2023                    Respectfully Submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
Eric R. Swibel (Illinois Bar No. 6297743)
LATHAM & WATKINS LLP
sean.berkowitz@lw.com
eric.swibel@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
(312) 777-7016

*Attorneys for Cornell University Doe Students 1-9*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Sean M. Berkowitz*
Sean M. Berkowitz