**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henry et al v. Brown University et al

Case Number: 22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Cornell University Doe Students 1-9 (Interested Party)

Attorney name (type or print): Eric R. Swibel

Firm: Latham & Watkins LLP

Street address: 330 North Wabash Avenue, Suite 2800

City/State/Zip: Chicago, Illinois, 60611

Bar ID Number: 6297743
(See item 3 in instructions)

Telephone Number: 312.876.7700

Email Address: eric.swibel@lw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2023

Attorney signature: S/ Eric R. Swibel
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023