# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                    Plaintiff,

v.                                                      Case No.: 1:22−cv−00125
                                                         Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion by Cornell Doe Students 1−9 for leave to file under seal and for additional time [479] is granted as follows: (1) The students' objection letters are to be filed under seal, and personal identifiers (names, addresses, birth dates, and Social Security numbers) may be redacted from the under−seal filing. (2) The objection letters will be treated as attorney's eyes only material under the amended confidentiality order dated 7/28/2023. (3) The students are given until 11/9/2023 to file the objection letters. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.