**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> *Defendants*. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**JOINT MOTION TO TERMINATE FERPA ORDER
AS TO VANDERBILT UNIVERSITY**

On September 25, 2023, Plaintiffs moved the Court to compel Vanderbilt University ("Vanderbilt") to send FERPA notices to specific individuals (the "FERPA Motion"). Dkt. No. 443. On October 5, 2023, the Court granted the FERPA Motion (the "FERPA Order"), Dkt. No.

459, and the Court extended the deadline for Vanderbilt students to object on October 31, 2023 ("Extension Order"), Dkt. No. 476. Vanderbilt has provided the notices as required by the FERPA Order. Plaintiffs and Vanderbilt jointly notify that Court that Plaintiffs, on behalf of a proposed settlement class, and Vanderbilt have reached an agreement in principle to settle the litigation, subject to Court approval, and are commencing to committing their class settlement to writing in a long-form settlement agreement. As a result, Plaintiffs and Vanderbilt agree that it is no longer necessary for the individuals notified by Vanderbilt to object to disclosure of their information.

Plaintiffs and Vanderbilt jointly request that the Court terminate the FERPA Order as to Vanderbilt; terminate any obligation of Vanderbilt's students and former students to submit objections to the Court, including under the Extension Order; and order that no Vanderbilt student's personally identifiable information will be disclosed in this litigation. The proposed order would be without prejudice to Plaintiffs' ability to renew their FERPA Motion if the settlement between Plaintiffs and Vanderbilt does not become final.

| | |
|---|---|
| Dated: November 3, 2023 | Respectfully submitted, |
| By: /s/ *Edward J. Normand*<br>Devin "Vel" Freedman<br>Edward J. Normand<br>Peter Bach-y-Rita<br>Richard Cipolla<br>FREEDMAN NORMAND FRIEDLAND LLP<br>99 Park Avenue<br>Suite 1910<br>New York, NY 10016<br>Tel.: 646-970-7513<br>vel@fnf.law<br>tnormand@fnf.law<br>pbachyrita@fnf.law<br>rcipolla@fnf.law | By: /s/ *J. Mark Gidley*<br>J. Mark Gidley<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Tel.: 202-626-3600<br>mgidley@whitecase.com<br><br>Robert A. Milne<br>David H. Suggs<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>Tel.: 212-819-8200<br>rmilne@whitecase.com<br>dsuggs@whitecase.com<br><br>*Counsel for Defendant Vanderbilt University* |
| /s/ *Robert D. Gilbert*<br>Robert D. Gilbert<br>Elpidio Villarreal<br>Robert S. Raymar<br>David Copeland<br>Steven Magnusson<br>Natasha Zaslove<br>GILBERT LITIGATORS & COUNSELORS, P.C.<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (646) 448-5269<br>rgilbert@gilbertlitigators.com<br>pdvillarreal@gilbertlitigators.com<br>rraymar@gilbertlitigators.com<br>dcopeland@ gilbertlitigators.com<br>smagnusson@gilbertlitigators.com<br>nzaslove@ gilbertlitigators.com | |
| /s/ *Eric L. Cramer*<br>Eric L. Cramer<br>Caitlin G. Coslett<br>Ellen Noteware<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: 215-875-3000<br>ecramer@bm.net<br>ccoslett@bm.net<br>enoteware@bm.net<br><br>Richard Schwartz<br>BERGER MONTAGUE PC<br>1720 W Division<br>Chicago, IL 60622 | |

Tel: 773-257-0255
rschwartz@bm.net

Ivy Ngo
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Avenue
Suite 1240
Miami, FL 33131
Tel.: 786-924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel.: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*