**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDREW CORZO, et al. individually and on behalf of all others similarly situated, )<br>)<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>BROWN UNIVERSITY, et. al, )<br>)<br>*Defendants.* ) | Case No. 1:22-cv-000125<br><br>Hon. Matthew F. Kennelly |

**UNIVERSITY OF PENNSYLVANIA DOE STUDENTS 1-6'S UNOPPOSED MOTION TO FILE UNDER SEAL AND FOR**
**ADDITIONAL TIME TO SUBMIT OBJECTION LETTERS**

    University of Pennsylvania Doe Students 1-6 (the "Penn Students"), by and through undersigned counsel, move this Court to (1) allow them to file their objection letters in response to the Family Educational Rights and Privacy Act ("FERPA") Notices that the University of Pennsylvania ("Penn") sent to students between October 27, 2023 and November 3, 2023 under seal; (2) redact personally identifiable information from the under-seal filing and have the letters be treated as attorneys' eyes only material under the amended confidentiality order dated 7/28/2023; and (3) provide until November 17, 2023 to file objection letters. The grounds for this motion are set forth in the University of Pennsylvania Doe Students 1-6's Memorandum in Support of Their Unopposed Motion to File Under Seal and for Additional Time to Submit Objection Letters filed concurrently herewith.

Date:  November 6, 2023                  Respectfully Submitted,

  /s/ Sarah K. Wake
Sarah K. Wake
Melissa M. Weiss
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Tel:    312.849.8100
Fax:   312.849.3690
Email:  swake@mcguirewoods.com
          mweiss@mcguirewoods.com

***Attorneys for University of Pennsylvania Doe Students 1-6***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record. I also sent a copy of the foregoing to counsel for the parties via email.

    /s/ Sarah K. Wake
Sarah K. Wake