**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Andrew Corzo, et al. v. Brown University, et al.

Case Number: 22-cv-000125

An appearance is hereby filed by the undersigned as attorney for:

Georgetown University Doe Students 1-19 (Third Party)

Attorney name (type or print): Melissa M. Weiss

Firm: McGuireWoods LLP

Street address: 77 West Wacker Drive - 41st Floor

City/State/Zip: Chicago, Illinois

Bar ID Number: 6324830
(See item 3 in instructions)

Telephone Number: 312-849-8185

Email Address: mweiss@mcguirewoods.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 6, 2023

Attorney signature: S/ Melissa M. Weiss
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023