# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                    Plaintiff,

v.                                                 Case No.: 1:22−cv−00125
                                                        Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motions by University of Pennsylvania Doe Students 1–6 [487] and by Georgetown University Doe Students 1–19 to seal and for additional time are both granted. Those persons are given until 11/17/2023 to submit objection letters; the letters may be filed under seal with personally identifiable information (names, addresses, birth dates, and Social Security numbers) redacted; and they are to be treated as attorney's eyes only material under the amended confidentiality order dated 7/28/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.