UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.

       Plaintiff,

v.               Case No.: 1:22−cv−00125
               Honorable Matthew F. Kennelly

Brown University, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

  MINUTE entry before the Honorable Matthew F. Kennelly: The agreed motion to seal [494] is respectfully denied. The moving party does not articulate any plausible or viable basis for further redacting the document in question−−which already contains no names or other information that reasonably could be considered to be personally identifying information. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.