UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, et al. individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, et al.,<br><br>*Defendants*. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DEFENDANTS' STATEMENT OF COMPLIANCE UNDER LOCAL RULE 37.2**

This Local Rule 37.2 Statement accompanies Defendants' Motion to Compel Responses to Defendants' Second Set of Interrogatories. On September 30, 2023, Defendants served Plaintiffs with Defendants' Second Set of Interrogatories. Defendants received Plaintiffs' responses and objections to the interrogatories on October 30, 2023. *See* Gringer Decl. Exs. 1-8. Defendants contacted Plaintiffs to schedule a meet-and-confer call to discuss Plaintiffs' responses on November 1, 2023. *See* Gringer Decl. Ex. 10 at 4.

On November 6 and 7, 2023, attorneys representing the parties conferred by phone regarding the interrogatories and responses. *See* Gringer Decl. at ¶ 12 (identifying attendees). Following those calls, the parties have exchanged detailed correspondence by letter and email to further discuss the interrogatories and responses. *See, e.g.*, Gringer Decl. Exs. 9-10.

The parties have met and conferred in good faith but have been unable to resolve all of their disputes concerning the interrogatories and responses. Defendants respectfully submit that they have complied with Local Rule 37.2.

Dated: November 15, 2023

| | |
|---|---|
| By: */s/ Deepti Bansal* <br> Deepti Bansal <br> Alexander J. Kasner <br> COOLEY LLP <br> 1299 Pennsylvania Avenue, NW <br> Suite 700 <br> Washington, DC 20004-2400 <br> Tel.: 202-728-7027 <br> dbansal@cooley.com <br> akasner@cooley.com <br><br> Matthew Kutcher <br> COOLEY LLP <br> 110 N. Wacker Drive <br> Chicago, IL 60606 <br> Tel.: 312-881-6500 <br> mkutcher@cooley.com <br><br> *Counsel for Defendant California Institute of Technology* <br><br> */s/ Norman Armstrong* <br> Norman Armstrong <br> Christopher C. Yook <br> KING & SPALDING LLP <br> 1700 Pennsylvania Avenue, NW <br> Suite 200 <br> Washington, D.C. 20006 <br> Tel.: 202-626-8979 <br> narmstrong@kslaw.com <br> cyook@kslaw.com <br><br> Emily T. Chen <br> KING & SPALDING LLP <br> 1185 Avenue of the Americas <br> 34th Floor <br> New York, NY 10036 <br> Tel.: 212-556-2224 <br> echen@kslaw.com | Zachary T. Fardon <br> KING & SPALDING LLP <br> 110 N Wacker Drive <br> Suite 3800 <br> Chicago, IL 60606 <br> Tel.: 312-764-6960 <br> zfardon@kslaw.com <br><br> *Counsel for Defendant Cornell University* <br><br> By: */s/ Britt M. Miller* <br> Britt M. Miller <br> Daniel T. Fenske <br> Megan E. Stride <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Tel.: 312-783-0600 <br> bmiller@mayerbrown.com <br> dfenske@mayerbrown.com <br> mstride@mayerbrown.com <br><br> *Counsel for Defendant Georgetown University* <br><br> By: */s/ Jeffrey J. Bushofsky* <br> Jeffrey J. Bushofsky <br> ROPES & GRAY LLP <br> 191 North Wacker Drive 32nd Floor <br> Chicago, IL 60606-4302 <br> Tel.: 312-845-1200 <br> jeffrey.bushofsky@ropesgray.com <br><br> Chong S. Park <br> Samer M. Musallam <br> ROPES & GRAY LLP <br> 2099 Pennsylvania Avenue, NW <br> Washington, DC 20006-6807 <br> Tel.: 202-508-4600 <br> chong.park@ropesgray.com <br> samer.musallam@ropesgray.com <br><br> *Counsel for Defendant Johns Hopkins University* |

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel.: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan B. Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
William J. Donnelly
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
Tel.: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
jpitt@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By: */s/ David Gringer*
David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-230-8800
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth Waxman
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE &
FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*