# EXHIBIT A

| Deponent (Affiliation) | First Contact with Defendants re: Availability | Date Defendants Provided Availability | When Deposition Is/Was Scheduled or Offered | Days Between Notice and Deposition | Notes |
|---|---|---|---|---|---|
| Tilton (Brown) | 2/21/2023 | 2/24/2023 | 5/15/2023 | 83 | Plaintiffs requested to push back this deposition due to the document production deadline extension. |
| Sassarossi (Dartmouth) | 3/2/2023 | 3/23/2023 | 5/17/2023 | 76 | |
| McCall (Duke) | 5/5/2023 | 5/15/2023 | 6/21/2023 | 47 | |
| Schmill (MIT) | 5/2/2023 | 5/19/2023 | 6/28/2023 | 57 | |
| Costanzi (Georgetown) | 5/2/2023 | 5/5/2023 | 6/29/2023 | 58 | |
| Wallace-Juedes (Yale) | 5/2/2023 | 5/19/2023 | 7/7/2023 | 66 | |
| McLaughlin (Penn) | 5/2/2023 | 5/11/2023 | 7/12/2023 | 71 | |
| Tener (Vanderbilt) | 5/19/2023 | 5/30/2023 | 7/12/2023 | 54 | |
| Bridson (MIT) | 5/2/2023 | 5/19/2023 | 7/13/2023 | 72 | |
| Furstenberg (Dartmouth) | 5/5/2023 | 6/7/2023 | 7/14/2023 | 70 | |
| Schapiro (Northwestern) | 4/8/2023 | 4/13/2023 | 7/18/2023 | 101 | |
| Nucciarone (Notre Dame) | 5/5/2023 | 5/18/2023 | 7/26/2023 | 82 | On 5/18/23, counsel for Notre Dame provided 7/26/23 for the deposition. On 6/7/23, however, Plaintiffs sought to move it given the pace of document discovery. Nucciarone's deposition was eventually pushed to 11/1/23. |
| Storlazzi (Yale) | 5/2/2023 | 5/19/2023 | 7/27/2023 | 86 | |
| Coleman (Duke) | 5/5/2023 | 5/22/2023 | 7/28/2023 | 84 | |
| Varas (Penn) | 6/9/2023 | 6/27/2023 | 8/2/2023 | 54 | |
| Gaines (Vanderbilt) | 5/19/2023 | 5/30/2023 | 8/3/2023 | 76 | |
| Chang (Caltech) | 5/5/2023 | 5/25/2023 | 8/9/2023 | 96 | On 5/5/23, counsel for Caltech provided 8/9/23 for the deposition. Plaintiffs asked for a later date in September at that time, and were provided with 9/13/23. |
| Bishop (Notre Dame) | 3/19/2023 | 3/24/2023 | 8/16/2023 | 150 | On 3/24/23, counsel for Notre Dame originally confirmed 5/25/23 for the deposition, before calling it off on 5/22/23 for a medical reasons. It was ultimately scheduled for 8/16/23. |
| Malloy (Notre Dame) | 5/5/2023 | 5/25/2023 | 8/16/2023 | 103 | |
| O'Neill (Yale) | 4/4/2023 | 5/19/2023 | 8/17/2023 | 135 | |
| McDermott (JHU) | 5/5/2023 | 6/7/2023 | 8/18/2023 | 105 | |
| Coffin (Dartmouth) | 5/5/2023 | 5/24/2023 | 8/22/2023 | 109 | Deposition was originally scheduled for 6/23/23, until Defendants asked to reschedule it for 8/18. |
| Latting (Emory) | 4/4/2023 | 4/21/2023 | 8/22/2023 | 140 | Delayed two months due to late document productions. |
| Da Silva (Rice) | 5/5/2023 | 6/5/2023 | 8/24/2023 | 111 | The Court subsequently scheduled a hearing on 8/24/23 in this matter, prompting the parties to move it. On 7/24/23, undersigned counsel asked about moving the deposition in light of the hearing, and on 8/9/23 it was rescheduled for 10/25/23. |
| Walker (Rice) | 5/5/2023 | 7/8/2023 | 9/8/2023 | 126 | |
| Tuman (Columbia) | 5/26/2023 | 6/1/2023 | 9/8/2023 | 105 | |
| Hall (Columbia) | 5/26/2023 | 6/1/2023 | 9/13/2023 | 110 | |
| Quinlan (Yale) | 7/31/2023 | 8/4/2023 | 9/14/2023 | 45 | |
| Keane (Cornell) | 5/5/2023 | 7/3/2023 | 9/19/2023 | 137 | |
| Bentley (Emory) | 6/9/2023 | 7/13/2023 | 9/22/2023 | 105 | |
| Marinaccio (Columbia) | 5/26/2023 | 6/1/2023 | 9/27/2023 | 124 | |
| Watson (Northwestern) | 8/24/2023 | 8/30/2023 | 10/10/2023 | 47 | |
| Crowley (MIT) | 5/2/2023 | 7/10/2023 | 10/11/2023 | 162 | |
| Hazen (Darmouth) | 7/18/2023 | 8/27/2023 | 10/13/2023 | 87 | |
| Keohane (Duke) | 5/5/2023 | 5/23/2023 | 10/16/2023 | 164 | |
| Asbury (Northwestern) | 5/2/2023 | 7/17/2023 | 10/26/2023 | 177 | Plaintiffs requested to pushback this deposition from 9/14/23 to 10/26/23 due to conflict with Quinlan deposition. |
| Ferns (Brown) | 8/15/2023 | 8/17/2023 | 10/26/2023 | 72 | |
| Lewis (Georgetown) | 7/17/2023 | 7/17/2023 | 10/30/2023 | 105 | |
| Frew (Dartmouth) | 8/23/2023 | 9/14/2023 | 11/3/2023 | 72 | |
| Youmans (Georgetown) | 7/19/2023 | 8/14/2023 | 11/7/2023 | 111 | |
| Deacon (Georgetown) | 7/19/2023 | 8/14/2023 | 11/9/2023 | 113 | |
| Powell (Brown) | 8/15/2023 | 8/17/2023 | 11/10/2023 | 87 | |
| Robson (Vanderbilt) | 9/1/2023 | 9/12/2023 | 11/15/2023 | 75 | |
| Maxson (Cornell) | 9/19/2023 | 9/27/2023 | 11/16/2023 | 58 | |
| Furda (Penn) | 9/11/2023 | 9/21/2023 | 11/16/2023 | 66 | |
| Smith (Vanderbilt) | 9/1/2023 | 9/12/2023 | 11/17/2023 | 77 | |
| Carstens (Penn) | 10/10/2023 | 10/27/2023 | 11/21/2023 | 42 | |
| Felton (Cornell) | 9/19/2023 | 9/27/2023 | 11/30/2023 | 72 | |
| Russo (Notre Dame) | 10/4/2023 | 10/20/2023 | 11/30/2023 | 57 | |
| Christiansen (Vanderbilt) | 8/4/2023 | 9/12/2023 | 12/1/2023 | 119 | |
| Mueller (Notre Dame) | 10/4/2023 | 10/20/2023 | 12/6/2023 | 63 | |
| Bear (Notre Dame) | 10/4/2023 | 10/26/2023 | 12/7/2023 | 64 | |
| Locke (Cornell) | 9/19/2023 | 11/2/2023 | 12/8/2023 | 80 | |
| McWade (Georgetown) | 10/4/2023 | 10/18/2023 | 12/8/2023 | 65 | |
| Pallie (Caltech) | 9/19/2023 | 9/29/2023 | 12/15/2023 | 87 | |
| Davis (Cornell) | 9/19/2023 | 11/2/2023 | 12/15/2023 | 87 | |
| Waitz (MIT) | 10/11/2023 | 10/27/2023 | 12/15/2023 | 65 | |
| Sessa (Penn) | 10/10/2023 | 10/20/2023 | 12/15/2023 | 66 | |
| Phillips (JHU) | 9/19/2023 | 11/14/2023 | 12/19/2023 | 91 | |
| Shor (MIT) | 10/5/2023 | 10/27/2023 | 12/21/2023 | 77 | |
| Corbett (Cornell) | 9/19/2023 | 11/2/2023 | 1/8/2024 | 111 | |
| DeGioia (Georgetown) | 10/4/2023 | 11/2/2023 | 1/12/2024 | 100 | |
| Spector (JHU) | 9/19/2023 | 11/15/2023 | 1/16/2024 | 119 | |
| Cullinan (Notre Dame) | 10/4/2023 | 10/20/2023 | 1/17/2024 | 105 | |
| Schroeder (JHU) | 9/19/2023 | 11/15/2023 | 1/22/2024 | 125 | |
| Affleck-Graves (Notre Dame) | 10/4/2023 | 10/26/2023 | 1/24/2024 | 112 | |
| Lucas (MIT) | 10/5/2023 | Outstanding | | | |
| Zeller (Penn) | 10/10/2023 | Outstanding | | | |
| Koenig (Georgetown) | 11/10/2023 | Outstanding | | | |
| Gall (Georgetown) | 11/2/2023 | Outstanding | | | |
| Groves (Georgetown) | 11/13/2023 | Outstanding | | | |

Average days from notice to deposition: 91.2