# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

         Plaintiff,

v.                  Case No.: 1:22−cv−00125
                   Honorable Matthew F. Kennelly

Brown University, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

   MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal [498] the motion to modify the case management order is granted; a redacted version is to be filed in the public record. All motions other than the motion to seal are to be addressed pursuant to the briefing schedule set in the Court's 10/5/2023 minute entry. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.