UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

## PLAINTIFFS' STATEMENT OF COMPLIANCE WITH LOCAL RULE 37.2

This Local Rule 37.2 Statement accompanies Plaintiffs' Motion to Designate Georgetown's President and his Assistant as Custodians and to Compel Georgetown to Produce Documents ("the Motion").

Counsel for Plaintiffs (David Copeland) and Defendant Georgetown University (Daniel Fenske) exchanged emails concerning the above-captioned motion from November 10 to

November 14, in a good faith effort to explain their respective positions. On Monday, November 14 at 5:00 PM Eastern Time, the parties had a Meet and Confer conference call, with David Copeland and Steve Magnusson representing Plaintiffs, and Daniel Fenske, William J. McElhaney III and Megan Stride representing Georgetown. The parties on that call made good faith attempt to resolve their differences, but after subsequent emails were unable to reach an accord.

Plaintiffs respectfully submit that they have complied with Local Rule 37.2 as to the issues that are addressed in the Motion.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully Submitted, |
| /s/ Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Peter Bach-y-Rita |
| David Copeland | Richard Cipolla |
| Steven Magnusson | **FREEDMAN NORMAND** |
| Natasha Zaslove | **FRIEDLAND LLP** |
| **GILBERT LITIGATORS &** | 99 Park Avenue |
| **COUNSELORS, P.C.** | Suite 1910 |
| 11 Broadway, Suite 615 | New York, NY 10016 |
| New York, NY 10004 | Tel: 646-970-7513 |
| Phone: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | pbachyrita@fnf.law |
| rraymar@gilbertlitigators.com | rcipolla@fnf.law |
| dcopeland@gilbertlitigators.com | |
| smagnusson@gilbertlitigators.com | Ivy Ngo |
| nzaslove@gilbertlitigators.com | **FREEDMAN NORMAND** |
| | **FRIEDLAND LLP** |
| | 1 SE 3d Avenue |
| | Suite 1240 |
| | Miami, FL 33131 |
| | Tel: 786-924-2900 |
| | ingo@fnf.law |
| /s/ Eric L. Cramer | Daniel J. Walker |
| Eric L. Cramer | Robert E. Litan |
| Caitlin G. Coslett | Hope Brinn |
| Ellen Noteware | **BERGER MONTAGUE PC** |
| **BERGER MONTAGUE PC** | 2001 Pennsylvania Avenue, NW |

2

1818 Market Street, Suite 3600  
Philadelphia, PA 19103  
Tel: 215-875-3000  
ecramer@bm.net  
ccoslett@bm.net  
enoteware@bm.net  

Suite 300  
Washington, DC 20006  
Tel: 202-559-9745  
rlitan@bm.net  
dwalker@bm.net  
hbrinn@bm.net  

Richard Schwartz  
**BERGER MONTAGUE PC**  
1720 W Division  
Chicago, IL 60622  
Tel: 773-257-0255  
rschwartz@bm.net