UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No.: 1:22-cv-00125 |

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO SEAL PORTIONS OF OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER #1**

Pursuant to the Amended Confidentiality Order in this case (ECF No. 416-1) and Local Rule 26.2, Defendants California Institute of Technology, Cornell University, Georgetown University, The Johns Hopkins University, Massachusetts Institute of Technology, University of Notre Dame du Lac, and the Trustees of the University of Pennsylvania (collectively, "Certain Defendants") respectfully request that the Court grant this Motion to File Under Seal a section of their Opposition to Plaintiffs' Motion to Modify Case Management Order #1 (the "Sealing Motion"). In support of this Sealing Motion, Certain Defendants state as follows:

1

**LEGAL STANDARD**

1. The Seventh Circuit has long recognized that "[i]nformation that affects the disposition of litigation belongs in the public record *unless* a statute or privilege justifies nondisclosure," and documents containing confidential information may be sealed. *United States v. Foster*, 564 F.3d 852, 853 (7th Cir. 2009) (emphasis added). A court may enter an order directing a document or portion of a document be shielded from public disclosure upon a showing of "good cause." *See, e.g.*, *Bond v. Utreras*, 585 F.3d 1061, 1074 (7th Cir. 2009).

**DISCUSSION**

2. "[A] court may for good cause shown enter an order directing that one or more documents be filed under seal." Loc. R. 26.2(b).

3. On November 15, 2023, Plaintiffs filed a Motion to Modify Case Management Order #1 ("Plaintiffs' Motion") (ECF No. 500). Plaintiffs accompanied their Motion with an unopposed motion to seal (ECF No. 498), which the Court granted on November 16, 2023 (ECF No. 504).

4. Certain Defendants move to place a section of their Opposition to Plaintiffs' Motion under seal because it discusses and references highly sensitive information that the Parties have not made publicly available and that should remain under seal, as provided for in the Amended Confidentiality Order (ECF No. 416-1). Further, the information sought to be sealed is quoted from or references language in Plaintiffs' Motion to Modify Case Management Order #1 [ECF No. 499], which has already been ordered sealed by the Court [ECF No. 504].

5. In accordance with Local Rule 26.2(c), Certain Defendants' Opposition to Plaintiffs' Motion will continue to be provisionally under seal, but an unredacted version will be provided to counsel of record and the Court. In addition, a redacted "public-record" version will be filed via the ECF system within 14 days.

6. Plaintiffs do not oppose this motion.

**CONCLUSION**

For the foregoing reasons, Certain Defendants respectfully request that the Court grant this Motion to Seal and enter an order permitting Certain Defendants to file a "public-record" version of their Opposition to Plaintiffs' Motion with the section redacted.

Dated: November 22, 2023

Respectfully submitted,

By: */s/ Matthew Kutcher*
Deepti Bansal (*pro hac vice*)
Alexander Kasner (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher, Bar No. 6275320
**COOLEY LLP**
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312-881-6500
Facsimile: +1 312-881 6598
mkutcher@cooley.com

Amanda Liverzani
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212-479-6000
Facsimile: +1 212-479 6275

*Counsel for Defendant California Institute of Technology*

By: */s/ Norm Armstrong*
Norman Armstrong
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200

3

Washington, D.C. 20006
Tel.: 202-626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Emily T. Chen
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel.: 212-556-2224
echen@kslaw.com

Zachary T. Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Tel.: 312-764-6960
zfardon@kslaw.com

*Counsel for Defendant Cornell University*


By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel.: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel.: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807

Tel.: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel.: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*


By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan B. Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
Tel.: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
jpitt@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

5

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*