# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                  Plaintiff,

v.

Brown University, et al.

                  Defendant.

Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 11/28/2023. The Court's rulings are summarized as follows: (a) Plaintiffs' motions to seal [501] [513] and [527] are granted. Defendant Georgetown's motion to seal [516] is granted. Defendants' California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac's motion to seal [517] is granted. Defendant Cornell University's motion to seal [523] is granted. Redacted versions are to be filed on the public record. (b) Plaintiffs' motions for reconsideration [382] [385] are terminated. (c) Plaintiffs' motion for extension of time for class notice and settlement approval [526] is granted. The 12/8/2023 deadline for beginning notice to the class and the other deadlines in the 9/9/2023 preliminary approval order are suspended until further order by the Court. (d) The deadline for plaintiffs and defendants to each file a 15−page response to all student objections under FERPA is 12/18/2023. (e) Any response to plaintiffs' motion to compel [528] [529] is due 12/11/2023. (f) The motion to modify CMO 1 is granted in part as stated on the record [499]. The parties are directed to send to Judge Kennelly's proposed order e−mail address a proposed order in Word format regarding the resetting of dates corresponding to the fact discovery extension granted by the Court. (g) Oral argument heard on defendants' motion to compel [497] and plaintiffs' motion to designate regarding Georgetown [502] [505]. The motion to compel by defendants California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac [497] is granted in part. The "contention" interrogatories are to be answered no later than six weeks before the new deadline for completing fact discovery. Plaintiffs need not provide a response to the interrogatories characterized as "expert" interrogatories (11; 13; 14; 16; 20; 44). (h) Plaintiffs' motion to designate and compel [502] [505] is granted in part and denied in part as stated on the record. (i) The case is set for an in−person status hearing on 1/18/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. A joint status report is to be filed by 1/11/2024. The following call−in number will be used for remote listening of the hearing: 888−684−8852, access code 746−1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.