**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: SIA HENRY, ET AL. v.
BROWN UNIVERSITY,
ET AL.

Case Number: 22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Jeremy Gradwohl

Firm: Berger Montague PC

Street address: 1818 Market Street, Suite 3600

City/State/Zip: Philadelphia, PA 19103

Bar ID Number: PA - 333197; CA - 344828   Telephone Number: 215-875-5801
(See item 3 in instructions)

Email Address: jgradwohl@bm.net

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 30, 2023

Attorney signature: S/ Jeremy Gradwohl
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023