# EXHIBIT A

## rgilbert@gilbertlitigators.com

| | |
|---|---|
| **From:** | Gringer, David <David.Gringer@wilmerhale.com> |
| **Sent:** | Monday, November 27, 2023 4:25 PM |
| **To:** | Robert D. Gilbert (rgilbert@gilbertlitigators.com); ecramer@bm.net; Ted Normand |
| **Subject:** | Lead Counsel Meet and Confer |
| | |
| **Flag Status:** | Flagged |

Counsel,

Penn intends to file a motion for sanctions related to your filing tonight, including your misrepresentation regarding compliance with LR 37.2.

Please let me know your availability to confer in advance of that motion this evening.

Sincerely,
David
**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com