# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                      Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 15, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion for entry of case management order 2 [543] is granted, including the proposal to extend the date for motions regarding written discovery to 1/3/2024. The parties are directed to provide a Word version of the draft order (including the 1/3/2024 date) to Judge Kennelly's proposed order e−mail address. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.