# EXHIBIT 8

**In the Matter Of:**

*Henry vs*

Brown University

---

*JOHN MCLAUGHLIN*

*July 12, 2023*

---



100

```
 1        Q.    While you were at Penn, was

 2   there an office that was termed

 3   development or advancement?

 4        A.    The university does have a

 5   development office.

 6        Q.    And what is the head of that

 7   office termed?

 8        A.    I don't know.

 9        Q.    What does that office do?

10             MR. GRINGER:  Objection.

11        Foundation.

12             THE WITNESS:  I don't know

13        specifics of what they do.

14   BY MR. RAYMAR:

15        Q.    Did you have any interaction

16   with the development office when you were

17   at the Penn admissions office?

18             MR. GRINGER:  Object to

19        form.  Vague.

20             THE WITNESS:  I can't recall

21        any interaction with the

22        development office.

23   BY MR. RAYMAR:

24        Q.    While you were in the Penn
```

101

1    admissions office, who was the president

2    of Penn?

3            A.    It was Amy Gutmann.



102



18  Q.  And how many times during an

19 admissions cycle does Penn release

20 application decisions?

21  A.  We have an early decision

22 round, so students would apply by

23 November and receive decisions in

24 December.

108



1   building felt like a basement, and then

2   half the building felt like, you know,

3   you could walk out, you could walk

4   outside.

5             The president's office was

6   either on the first or second floor.  So

7   above the admission office.



109

21   BY MR. RAYMAR:

22          Q.    And who was the new dean of

23   admissions?

24          A.    Whitney Soule.























156

1 ███████████████████████████

2 ████████████████████

3 ████████████████████████████████

4 ██████████████ during your tenure was Penn

5 need-blind with respect to applications

6 to the four schools you listed?

7                MR. GRINGER:  Object to

8        form.

9                THE WITNESS:  Yes.  We were

10        need-blind for U.S. citizen and

11        permanent residents, Canadian

12        citizen and permanent residents,

13        Mexican citizen and permanent

14        residents.

15                We were need-aware for those

16        four schools for international

17        citizens of other nations.

18                So for students from -- that

19        fall into that category, going

20        back to the earlier definition of

21        foreign financial aid, those

22        students would be considered under

23        a need-aware framework, which

24        means that it was -- it was more

164

```
 1              Is that accurate to your

 2   knowledge?

 3        A.    No.  It doesn't reflect my

 4   experience in working at Penn and seeing

 5   how we work through the waitlist.

 6              You know, Sara, in her -- in

 7   her present role, she makes money by

 8   sensationalizing admissions, and, you

 9   know, I don't think that's a fair

10   representation of the work that I've done

11   during my time at Penn.

12        Q.    In your time at Penn, has

13   the president's office, to your

14   knowledge, ever asked the admissions

15   office to move a waitlisted applicant to

16   admit?

17        A.    Never.  I've never heard or

18   seen that.

19        Q.    And to your knowledge,

20   during your tenure at Penn, has the

21   development office ever asked that an

22   applicant be moved from the waitlist to

23   admit status?

24        A.    I've never heard or seen
```

165

```
 1   that.

 2              MR. RAYMAR:  Give me Tab 52.

 3              (Document marked for

 4        identification as McLaughlin

 5        Exhibit 23.)

 6   BY MR. RAYMAR:

 7        Q.    It may make sense to take a

 8   look at this from the bottom to the top.

 9   But you're entitled to look at it in

10   whatever order you'd like to.

11              And my question is going to

12   be, do you know anything about this set

13   of e-mails?

14        A.    No.  It's not familiar to

15   me.

16        Q.    And were the circumstances,

17   or the incident, or the vignette, or the

18   anecdote, or whatever you want to call

19   it, familiar to you from hearing about it

20   in the admissions office at Penn?

21              MR. GRINGER:  Objection.

22        Too many objections to list to

23        that one.

24              THE WITNESS:  I've never
```

233

```
1    undergraduate admission did you review?

2          A.    Thousands.

3          Q.    More than 2,000?

4          A.    More than 10,000.

5          Q.    More than 10,000.

6                Of the more than 10,000

7    applications you reviewed during your

8    time at the University of Pennsylvania in

9    the admissions office for more than ten

10   years, how many otherwise unqualified

11   applicants were admitted because of an

12   actual or potential donation from one of

13   their family members?

14         A.    Zero.

15         Q.    Stepping back for a minute,

16   Mr. Raymar asked you a lot of questions

17   without, I think, sort of getting some

18   basic facts in the record.  And I want to

19   just take a few minutes to do that now so

20   the jury and the court can understand.

21               This is a case proceeding in

22   Chicago, so there may be people not as

23   familiar with the university and with

24   sort of its dynamic.
```