# EXHIBIT 9

**In the Matter Of:**

*Henry vs*

*Brown*

---

*ERIC FURDA*

*November 16, 2023*

---





86

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          Q.    In your professional career,

87

1   have you ever heard of the concept of the

2   president of a college having input as to

3   admissions decisions?

4              MR. GRINGER:  Object to

5         form.

6              THE WITNESS:  I recall

7         something in Illinois about a

8         chancellor and some pieces around

9         the University of Illinois,

10        which, if you want to call

11        president, a chancellor.  I do

12        recall that in the news.

13  BY MR. NORMAND:

14        Q.   During your tenure as dean

15  of admissions of Penn, did the president

16  of the college have any input in any

17  admissions-related decision?

18             MR. GRINGER:  Object to the

19        form.

20             Do you mean president of

21        the university?

22             MR. NORMAND:  Yeah.

23        College, university.  My fault.

24             MR. GRINGER:  You know, we

88

```
 1        have colleges.  So that's why.

 2            Okay.  Go ahead.

 3            THE WITNESS:  No.

 4   BY MR. NORMAND:
```



128

1    from year to year, again, within a --

2    within whatever range you might recall?

3              MR. GRINGER:  Object to

4         form.

5              THE WITNESS:  Again, with

6         the base class of around 2400

7         students, 12 percent to

8         16 percent.

9    BY MR. NORMAND:

10        Q.    During your tenure as dean

11   of admissions at Penn, did the university

12   have a development -- an alumni relations

13   office?

14        A.    Yes.

15        Q.    Was that what it was called?

16        A.    I believe the name of the

17   office is alumni relations and

18   development.

19   ███████████████████████████

20   ██████████████████████████████

21   ██████████████████████████████

22   ██████████████████████████████████

23   █████████████████

24        ███████████████████████























344

```
 1    BY MR. GRINGER:

 2         Q.    So of the 40,000

 3    undergraduate students admitted to Penn

 4    while you were dean of admissions, how

 5    many of those students were not qualified

 6    to be admitted to Penn?

 7              MR. NORMAND:  Objection to

 8         form.

 9              THE WITNESS:  None.

10    BY MR. GRINGER:

11         Q.    Of the 40,000 undergraduate

12    students admitted to Penn while you were

13    dean of admissions, how many were

14    admitted in consideration of the fact

15    that their families had made a donation

16    to Penn?

17              MR. NORMAND:  Objection to

18         form.

19              THE WITNESS:  None.

20    BY MR. GRINGER:

21         Q.    Of the 40,000 undergraduate

22    students admitted to Penn while you were

23    dean of admissions, how many were

24    admitted in consideration of the
```

345

1    likelihood that their families would

2    likely make a donation to Penn?

3           A.    None.

4           Q.    And during your tenure as

5    dean of admissions at Penn, how many

6    undergraduate students were denied

7    admission to Penn because they had

8    requested financial aid?

9                  MR. NORMAND:  Objection to

10          form.

11                 THE WITNESS:  None, unless

12          they were not U.S. citizens,

13          permanent residents.

14   BY MR. GRINGER:

15          Q.    And during your tenure as

16   dean of admissions, how many

17   undergraduate students were denied

18   admission to Penn because of the amount

19   of financial aid being needed?

20                 MR. NORMAND:  Objection to

21          form.

22                 THE WITNESS:  None, except

23          if they were not U.S. citizens

24          and permanent residents.