# **EXHIBIT 10**

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*SARA HARBERSON*

*October 25, 2023*



392

1    MR. EBBY:  Objection.
2        Asked and answered.
3    THE WITNESS:  Correct.
4 BY MR. GRINGER:
5    ███████████████████████████████
6 ███████████████████████████
7 █████
8     ████████
9     █████████████████
10 ███████████████
11        █████████████
12        ██████████
13        █████████████████
14     ██
15        █████████████████
16     ████████
17        █████████████████
18     ██
19        ███████████████
20        ██████████████
21        █████████████
22     ████████████
23     ██████████████████████
24     ███████████████████



394

1 ▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮▮▮▮▮▮▮▮
3 ▮▮▮▮▮▮▮▮▮▮▮▮▮
4 ▮▮▮▮▮▮▮▮▮▮▮
5 ▮▮▮▮▮▮▮
6 ▮▮▮▮▮▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9 ▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮
16 ▮
17 ▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮
20 ▮▮▮▮▮▮▮▮
21      Q.    You can be wealthy and
22 qualify for admission to Penn, correct?
23      A.    Yes.
24      Q.    You can -- oh, have you