# EXHIBIT 3

## In the Matter Of:

*Henry vs*

*Brown*

## ERIC FURDA

## November 16, 2023







1   jury is listening by then, I guess it
2   would be a real class, includes students
3   at Penn who were Pell Grant eligible and
4   otherwise socioeconomically disadvantaged
5   students.  Are there members of that
6   class who benefited in the admissions
7   process at Penn from that status?
8              MR. NORMAND:  Objection to
9        form.
10             THE WITNESS:  Yes.
11  BY MR. GRINGER:
12       Q.   About how many applications
13  did you personally review during your
14  time at Penn?
15       A.   All 17 years, or are we
16  still --
17       Q.   Well, let's -- let's do all
18  17 years here.
19       A.   15 to 20,000.
20       Q.   And in the 15 to 20,000
21  applications that you personally reviewed
22  during your 17 years at Penn, how many
23  times were you influenced in your review
24  by the fact that an applicant's family

348

1    had made a large donation to Penn?
2              MR. NORMAND:  Objection to
3         form.
4              THE WITNESS:  I didn't.
5         Never.
6              MR. GRINGER:  Thank you,
7         Mr. Furda.
8                    -  -  -
9                  EXAMINATION
10                   -  -  -
11   BY MR. NORMAND:
12        Q.    Just a few questions,
13   Mr. Furda.  Thanks for your patience.
14        A.    Certainly.
15        Q.    Long day.
16              Did you know, during your
17   tenure as dean of admissions at Penn,
18   that the 568 Group was named after
19   Section 568 of a piece of federal
20   legislation?
21        A.    I did have that sense.  Yes.
22        Q.    Did you have any
23   understanding, during your tenure, as to
24   whether that legislation defined the word