# EXHIBIT 4

## In the Matter Of:

*Henry vs*

*Brown University*

*ELAINE VARAS*

*August 02, 2023*



290

1 ██████████████████████████████
2 ████████████████
3 ████████████████████████
4 ██████████████████████████
5 ███
6 ██████████████████
7 ████████████████████████
8 ██████████████████████████
9 ████████████████████

10 　　　　MR. GRINGER: Thank you.
11 Nothing further.
12 　　　　MR. RAYMAR: Nothing
13 further.
14 　　　　THE VIDEOGRAPHER: The time
15 is now 6:07 p.m. And this -- I'm
16 sorry.
17 　　　　MR. GRINGER: We have to ask
18 if people on the Zoom have
19 questions.
20 　　　　THE VIDEOGRAPHER: Does
21 anybody have any questions on
22 Zoom?
23 　　　　MR. MEDICI: This is Dan
24 Medici from the law firm of White