UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>     *Defendants*. | Case No.: 1:22-cv-00125-MEK<br><br>Judge Matthew F. Kennelly |

**DECLARATION**

Daniel T. Fenske declares the following pursuant to 28 U.S.C. § 1746:

  1.  I am admitted to practice before this Court, am a member in good standing of the Bar of the State of Illinois, and am an attorney at the law firm of Mayer Brown LLP. I submit this declaration based on my personal knowledge and in support of Georgetown University's Memorandum In Support of the Georgetown Doe Students' Objections Under FERPA.

  2.  Attached as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the hearing before this Court on October 5, 2023.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel T. Fenske*