**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDREW CORZO, et al. individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs,* | ) ) ) | Case No. 1:22-cv-000125 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, et al., | ) ) ) | |
| *Defendants.* | ) | |

**CORNELL UNIVERSITY DOE STUDENTS 1-9 NOTICE OF JOINDER IN GEORGETOWN UNIVERSITY DOE STUDENTS 1-19 AND UNIVERSITY OF PENNSYLVANIA DOE STUDENTS 1-6 AND 7-8 RESPONSES IN SUPPORT OF THEIR FERPA NOTICE OBJECTION LETTERS**

Cornell University Doe Students 1-9 (the "Cornell Students"), by and through undersigned counsel, respectfully join the following two submissions to the Court: the December 18, 2023 Response by Georgetown University Doe Students 1-19 to sealed document 509, sealed document 508 (In Support of FERPA Notice Objection Letters)—Dkt. No. 545; and the December 18, 2023 Response by University of Pennsylvania Doe Students 1-6, University of Pennsylvania Doe Students 7-8 to sealed document 507 (In Support of FERPA Notice Objection Letters)—Dkt. No. 546. In support, the Cornell Students state as follows:

1. On November 9, 2023, the Cornell Students filed their FERPA Notice Objection Letters with the Court under seal. Dkt. No. 496.

2. On November 17, 2023, University of Pennsylvania Doe Students 1-6 and University of Pennsylvania Doe Students 7-8 (collectively, the "University of Pennsylvania Students") filed their FERPA Notice Objection letters with the Court under seal. Dkt. No. 507.

3. That same day, Georgetown University Doe Students 1-19 (the "Georgetown Students") also filed their FERPA Notice Objection Letters with the Court under seal. Dkt. Nos. 508, 509.

4. On December 18, 2023, the Georgetown Students filed their response in support of their FERPA Notice Objection Letters (Dkt. No. 545) (the "Georgetown Response"), and the University of Pennsylvania Students similarly filed their response in support of their FERPA Notice Objection Letters the same day (Dkt. No. 546) (the "University of Pennsylvania Response").

5. The Cornell Students hereby join the arguments put forth in the Georgetown Response and the University of Pennsylvania Response in support of their FERPA Notice Objection Letters, sealed document 496.

Date: December 18, 2023

Respectfully Submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (Illinois Bar No. 6209701)
Eric R. Swibel (Illinois Bar No. 6297743)
LATHAM & WATKINS LLP
sean.berkowitz@lw.com
eric.swibel@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
(312) 777-7016

*Attorneys for Cornell University Doe Students 1-9*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
