# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

## MOTION TO SEAL

Plaintiffs respectfully move for leave to file under seal Plaintiffs' Memorandum in Response to the Objections of 37 Donor-Related Students to the Production of their FERPA-Protected Education Records by Defendants Cornell, Georgetown, and Penn (Plaintiffs "FERPA Response"), as well as the Proposed Order filed together with that Response. Plaintiffs' FERPA

Response and Proposed Order have been provisionally filed under seal contemporaneously herewith.

While Plaintiffs' FERPA Response relies largely upon public information, the FERPA Response also incorporates information potentially subject to confidentiality designations asserted by the Objecting Students and Defendants Cornell, Georgetown, and Penn under the Confidential Order in this case.

The burden is on the party or parties seeking confidentiality to overcome the presumption of access. *Heraeus Kulzer, GMBH, v. Biomet, Inc.*, 881 F.3d 550, 566 (7th Cir. 2018) ("courts resolving such motions have placed the burden on party seeking confidentiality to show good cause for keeping the documents from public view"); *NEXT Payment Sols., Inc. v. CLEAResult Consulting, Inc.*, 2018 WL 3637356, at *15 (N.D. Ill. July 31, 2018) ("The Federal Rules similarly place the burden on a party seeking to limit disclosure of confidential information to demonstrate that it will be harmed by disclosing information it believes to be confidential."); *In re Bank One Sec. Litig.*, 222 F.R.D. 582, 586 (N.D. Ill. 2004) ("party seeking confidentiality has the burden of showing good cause"). While Plaintiffs are the filing parties with respect to the FERPA Response and Proposed Order, Plaintiffs are not the parties seeking confidentiality or proposing specific redactions. Having designated cited materials confidential, the Objecting Students and Defendants Cornell, Georgetown, and Penn have the burden to justify their confidentiality.

Plaintiffs suggest that the Objecting Students and Defendants Cornell, Georgetown, and Penn be afforded an opportunity to show cause as to why sealing or redaction is justified. Absent any timely request for sealing or redaction, Plaintiffs will if necessary file an unredacted copy of the FERPA Response and Proposed Order on the public docket.

Plaintiffs take no position on whether any of the material meets the requirements for sealing under the governing standards.

Dated: December 18, 2023

Respectfully Submitted,

/s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
**GILBERT LITIGATORS &**
 **COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
smagnusson@gilbertlitigators.com

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Peter Bach-y-Rita
Richard Cipolla
**FREEDMAN NORMAND**
 **FRIEDLAND LLP**
99 Park Avenue
Suite 1910
New York, NY 10016
Tel: 646-350-0527
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

Ivy Ngo
**FREEDMAN NORMAND**
 **FRIEDLAND LLP**
1 SE 3d Avenue
Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs*