PUBLIC VERSION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SIA HENRY *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BROWN UNIVERSITY, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

### DECLARATION OF NORMAN ARMSTRONG IN SUPPORT OF CORNELL UNIVERSITY'S MEMORANDUM OF LAW IN RESPONSE TO CORNELL STUDENTS' OBJECTIONS UNDER FERPA

I, Norman Armstrong, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been admitted *pro hac vice* before this Court. I am an attorney at the law firm of King & Spalding LLP and am counsel for Defendant Cornell University ("Cornell"). I submit this Declaration on behalf of Cornell University, and in support of Cornell's Memorandum of Law in Response to Cornell Students' Objections Under FERPA. This Declaration is based on my personal knowledge and review of the attached Exhibits.

2. Attached hereto as **Exhibit A** are true and correct excerpts of the Deposition Transcript of Shawn Felton dated November 30, 2023.

3. Attached hereto as **Exhibit B** are true and correct excerpts of the rough Deposition Transcript of Jason C. Locke dated December 11, 2023.

4. Attached hereto as **Exhibit C** are true and correct excerpts of the rough Deposition Transcript of Doris Davis dated December 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

**PUBLIC VERSION**

Executed this 18th day of December 2023, at Washington, D.C.

                                          */s/ Norman Armstrong*
                                          Norman Armstrong