# Exhibit A

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*SHAWN FELTON*

*November 30, 2023*



1

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF ILLINOIS
 3   EASTERN DIVISION
 4   Case No. 1:22-cv-00125
 5   ---------------------------------
 6   SIA HENRY, et al., individually
 7   and on behalf of all others
 8   similarly situated,
 9             Plaintiffs,
10      v.
11   BROWN UNIVERSITY, et al.,
12             Defendants.
13   ---------------------------------
14
15           VIDEOTAPED DEPOSITION OF
16                 SHAWN FELTON
17               CORNELL UNIVERSITY
18
19          Thursday, November 30, 2023
20                9:06 a.m. (EST)
21   Final transcript without Confidentiality Designations
22
23   Reported by:
24   Joan Ferrara, RMR, FCRR
25   Job No. 2023-915491
```

```
 1

 2

 3                November 30, 2023

 4                9:06 a.m. (EST)

 5

 6

 7          Videotaped Deposition of SHAWN

 8   FELTON, CORNELL UNIVERSITY, held remotely

 9   via Zoom, before Joan Ferrara, a Registered

10   Merit Reporter, Federal Certified Realtime

11   Reporter and Notary Public.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                            98
 1      ███████████████████████████████
 2            Do you know who ██████████████████
 3   is?
 4      A.    I do not.
 5      Q.    And I guess --
 6            MR. DELICH:  Norm, do you have
 7      the ability to identify the student
 8      that the UID stands for here?
 9            MR. ARMSTRONG:  No, I don't.  We
10      didn't get that information in
11      advance, so I don't have it.
12            MR. DELICH:  Okay.  All right.
13      We can take that one down.
14   BY MR. DELICH:
15      Q.    Mr. Felton, do you know an
16   individual named ████████████████?
17      A.    No.
18      Q.    What about ████ -- and I'm going
19   to do my best on pronunciations here --
20   ██████████████████████████████?
21      A.    No.
22      Q.    What about ████████████████?
23      A.    No.
24      Q.    ████████████████████████████?
25      A.    No.
```

```
                                                                99
 1        Q.     What about █████████████
 2   ████████████?
 3        A.     I'm familiar with █████
 4   ████████████ it's pronounced.
 5        Q.     ████████
 6               Have you ever met him?
 7        A.     No.
 8        Q.     Are you aware that -- looks like
 9   their son ██████████████ was admitted to
10   the class of 2022?
11        A.     No.
12        Q.     Do you know ████████████████████
13   ███████?
14        A.     I don't know them, but I'm
15   familiar with the name.
16        Q.     And how are you familiar with the
17   name?
18        A.     ████████████████████████████████
19   ████████████████████████████████████████████
20   █████████████████
21        Q.     Does that mean they are
22   substantial donors to the university?
23        A.     I have no idea.
24        Q.     Are you aware that their child
25   ████████████████ was admitted to the Class of
```

100

```
1    2016?
2        A.    No.
3        Q.    What about ▮▮▮▮▮▮▮ to the
4    Class of 2018?
5        A.    No.
6        Q.    And ▮▮▮▮▮▮▮ to the Class
7    of 2020?
8        A.    No.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
13           MR. ARMSTRONG:  Objection.  Form.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

```
23       Q.    Okay.
24             MR. DELICH:  I'm going to go
25       ahead and mark as Exhibit 12 the
```

157

1 █████████████████████████
███████████████████████
███████████████████████
████████████████████████
███████████████████████
████████████████████████
██████████████████████
████████████████████
███████████████████████
████████████████████████
███████████████████████
█████████████████████
███████████████████████
████████████████████████
████████████████████████
██████████████████
████████████████████████
████████████████████████
███████████████████████ You have to meet the
20  minimum requirements for admission to be
21  offered admission regardless of who you
22  are.  That is -- that's the bottom line.
23  We have to bring prepared students to the
24  university to sit in the classrooms here.
25           And in some cases, information

160



24          MR. DELICH:  We can take this one
25      down.  So I have -- there's two

177

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

16         Do you think you're more likely
17  to be committed if you're connected to a
18  donor than a politician?
19         MR. ARMSTRONG:  Objection.  Form.
20     A.    I think you're more likely to be
21  admitted if you present a strong
22  application and you meet the admission
23  requirements for the program/school you've
24  applied to and the particular year that
25  you've applied.