# Exhibit B

ROUGH - JASON LOCKE

                                          1

1          R O U G H   D R A F T

2

3

4    CASE:       Henry v Brown

5
     DATE:       12/11/23
6

7    WITNESS:    Jason Locke

8

9                  - - -

10              D R A F T

11

12

13           This Draft Transcript is an

14   unedited, unproofread, uncertified

15   translation of the proceedings.

16

17           Because it is unedited, this

18   transcript may contain writing conflicts,

19   misstrokes and untranslated words or

20   phrases, which are remedied by the court

21   reporter in editing.

22

23

24

ROUGH - JASON LOCKE

2

```
 1                   -  -  -
 2              THE VIDEOGRAPHER:  We are on
 3      the record on December 11, 2023,
 4      at approximately 9:01 a.m. Eastern
 5      Time for the remote video
 6      deposition of Mr. Jason Locke, in
 7      the matter of Henry, et al.,
 8      versus Brown University, et al.
 9              My name is Bryan Beltran,
10      and I'm the videographer on behalf
11      of Lexitas.
12              All present will be noted on
13      the stenographic record.
14              Will the court reporter
15      please swear in the witness.
16              ... JASON LOCKE, having been
17      first duly sworn, was examined and
18      testified as follows:
19                   -  -  -
20                EXAMINATION
21                   -  -  -
22   BY MR. DELICH:
```

ROUGH - JASON LOCKE

20

[redacted lines]

22   Q.   I believe you said the
23   director of financial aid reported to

ROUGH - JASON LOCKE

23

1      Q.    Okay.  And who was that?
2      A.    Oh, gosh.  I can see his
3  face, but I don't remember his name.
4      Q.    Does Cornell have an Office
5  of Development or alumni relations?
6      A.    Yes.
7      Q.    Does it have any input in
8  the admissions process?
9      A.    No.
10     Q.    Would you regularly speak
11 with anyone from the development office
12 regarding admissions?
13     A.    I would speak with the
14 alumni admission liaison or the alumni --
15 yeah, I think it was called the alumni
16 admission liaison.
17     Q.    And who was that?
18     A.    That was Heather Nichols.
19     Q.    And what was -- so you said
20 her title is alumni admissions liaison?
21     A.    I think -- that's how I
22 referred to her.  I don't know what her
23 specific title was.

ROUGH - JASON LOCKE

26

███ █ ██ ████████
█ ██████████████
█ █████████████
█ ████████████████
█ ██████████
█ ███████████████
█ █████████████
█ █████████████
█ ████ █████████
█ ████████████
█ ██████████
█ ██████████████
█ ███████

14   As I would also tell
15   students and families, you know,
16   regardless of your familial or your
17   family connection to the university, all
18   of our decisions were based on whether or
19   not a student was admissible and a good
20   match with the institution.

█ █ ████████████
█ ████████████
█ ████████