# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------

SIA HENRY, et al.,
individually and on behalf of
all others similarly situated,

Plaintiffs,

v. Case No. 1:22-cv-00125

BROWN UNIVERSITY, et al.,

Defendants.

-------------------------------

VIDEOTAPED DEPOSITION OF
DORIS DAVIS
CORNELL UNIVERSITY

Friday, December 15, 2023
10:22 a.m. (EST)

Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2023-919500

December 15, 2023

10:22 a.m. (EST)

Videotaped Deposition of DORIS DAVIS, CORNELL UNIVERSITY, held remotely via Zoom, before Joan Ferrara, a Registered Merit Reporter, Federal Certified Realtime Reporter and Notary Public.

74
ROUGH DRAFT - DORIS DAVIS - CORNELL

[page contents redacted]

[redacted]

[redacted]

A No.

MR. DELICH: Okay. We can go ahead and take that down. And if we can pull up Tab 26 and we'll mark this Exhibit 11.

(Exhibit 11 marked)

BY MR. DELICH:

Q So, again, I just actually have a really narrow question about this document, Ms. Davis, but feel free to take your time to look it over.

A Okay. Thank you.

Q So this is similar to one of the other ones we looked at. I realize you're not on the top forward, but you are on the original e-mail from Mr. Locke. I believe