# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                          Plaintiff,

v.                                        Case No.: 1:22−cv−00125
                                        Honorable Matthew F. Kennelly

Brown University, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions to seal filed by defendants University of Pennsylvania and Cornell University [547] [549] [554] [562] are granted. Redacted versions of the submissions are to be filed in the public record, and complete and unredacted versions, including all exhibits, are to be filed under seal. Regarding the motion to file under seal by Georgetown University [552], the current motion does not contain a sufficient explanation of the subject matter of the claimed "trade secret." Georgetown is directed to file a supplement to the motion in this regard by the close of business today (12/19/2023). Regarding plaintiffs' motion for leave to file under seal [560], which concerns information designated as confidential by certain defendants, the affected defendants are directed to file a single joint response, explaining why the information in question should be filed under seal, by 12/20/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.