UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>      Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**MOTION TO WITHDRAW AS COUNSEL**

  Pursuant to Local Rule 83.17, the undersigned Casey T. Grabenstein, respectfully requests that the Court grant his leave to withdraw as counsel for Duke University in the above-captioned matter. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed attorneys will continue to represent Duke University.

1

Dated: December 19, 2023                                   Respectfully submitted,

By: <u>/s/ <i>Casey T. Grabenstein</i></u><br>
Casey T. Grabenstein<br>
James Morsch<br>
Elizabeth Thompson<br>
Nick Collins<br>
SAUL EWING LLP<br>
161 North Clark, Suite 4200<br>
Chicago, IL 60601<br>
Telephone: (312) 876-7100<br>
<br>
Joshua W.B. Richards<br>
SAUL EWING LLP<br>
Centre Sq. W., 1500 Market Street<br>
38th Floor<br>
Philadelphia, PA 19102<br>
Telephone: (215) 972-7737<br>
<br>
Kayleigh T Keilty<br>
SAUL EWING LLP<br>
1001 Fleet Street<br>
9th Floor<br>
Baltimore, MD 21202<br>
410-332-8919<br>
<br>
Christopher D. Dusseault<br>
Jacqueline L. Sesia<br>
GIBSON, DUNN & CRUTCHER LLP<br>
333 South Grand Avenue<br>
Los Angeles, CA 90071<br>
Telephone: (213) 229-7000<br>
<br>
Rachel Susan Brass<br>
Gibson, Dunn & Crutcher LLP<br>
One Embarcadero Center<br>
Suite 2600<br>
San Francisco, CA 94111-3715<br>
Telephone: 415-393-8293

## CERTIFICATE OF SERVICE

I, Casey T. Grabenstein, an attorney, hereby certify that on December 19, 2023, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel** to be served via electronic mail upon all counsel of record in this action.

DATED: December 19, 2023  By:  */s/ Casey T. Grabenstein*
  Casey T. Grabenstein