

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Rachel Susan Brass

Firm   Gibson, Dunn & Crutcher LLP

Street Address   One Embarcadero Center, Suite 2600

City/State/Zip Code   San Francisco, CA 94111

Phone Number   (415) 393-8293

Email address   rbrass@gibsondunn.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:17-cv-04857 | Deslandes v. McDonald's USA | Honorable Jorge L. Alonso |
| 1:19-cv-05524 | Turner v. McDonald's USA, L | Honorable Jorge L. Alonso |
| 1:22-cv-00125 | Henry et al v. Brown Universit | Honorable Mathew F. Kennelly |
| | | |
| | | |
| | | |

Rachel Susan Brass                                    December 19, 2023
_____              _____
Signature of Attorney                                        Date

Rev. 01272016