**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Sia Henry, et al.
                      Plaintiff,

v.                                                               Case No.: 1:22−cv−00125
                                                                                 Honorable Matthew F. Kennelly

Brown University, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Georgetown University's motion to file under seal [552] is granted in part, to the extent stated in its supplemental memorandum filed on 12/19/2023 (dkt. no. 567). Cornell University's motion to file under seal [565] is granted. With regard to any under−seal filing, a complete version, including all exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. Motion by attorney Casey T. Grabenstein to withdraw [566] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.