**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125-MFK<br><br>Hon. Matthew F. Kennelly |

**[PROPOSED] ORDER GRANTING THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFFS' RESPONSE TO THE FERPA OBJECTIONS OF DOE STUDENTS (ECF NO. 561)**

The Court enters the following Order regarding the Defendant Trustees of the University of Pennsylvania's ("Penn") Motion For Leave To Respond To Plaintiffs' Response To The FERPA Objections Of Doe Students (ECF No. 561) ("Motion").

1. Penn's Motion is GRANTED.

2. Penn is directed to file Exhibit 1 to Penn's Motion—Penn's Response To Plaintiffs' Response To the FERPA Objections Of Doe Students (ECF No. 561)—as a response to ECF No. 561 on the docket.

SO ORDERED:

Dated:_____

_____
Hon. Matthew F. Kennelly
United States District Judge