# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.                                                 Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Trustees of University of Pennsylvania's (hereafter "Penn") motion for leave to file a one−page reply [572] is granted. Plaintiffs' motion to seal regarding Penn#039;s response (dkt. 554) is granted [574]. Docket entry 554 is to be maintained under seal. Penn is directed to file a redacted version in the public record. The motion by defendants Cornell University and others to seal plaintiffs' response (dkt. 561) is granted [575]. Docket entry 561 is to be maintained under seal. Plaintiffs are directed to file a redacted version in the public record. Motion 576 will be addressed by way of a separate docket entry. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.