UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, et al., <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BENJAMIN R. BRUNNER

Pursuant to Local Rule 83.17, Defendant Northwestern University ("Northwestern") hereby requests leave of court to withdraw the appearance of Benjamin R. Brunner as one of its attorneys of record in the above-referenced matter. All other counsel for Northwestern with appearances on file will continue their representation of Northwestern in this matter.

WHEREFORE, Northwestern requests that this Court grant Benjamin R. Brunner leave to withdraw as counsel for Northwestern.

1

Dated: December 21, 2023                    Respectfully submitted,

                                                      **SIDLEY AUSTIN LLP**

                                                     */s/ Scott D. Stein*
                                                     Scott D. Stein
                                                     Kathleen L. Carlson
                                                     Benjamin R. Brunner
                                                     One South Dearborn
                                                     Chicago, IL 60603
                                                     Telephone: (312) 853-7000
                                                     Facsimile: (312) 853-7036
                                                     sstein@sidley.com
                                                     kathleen.carlson@sidley.com

                                                     *Attorneys for Northwestern University*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 21, 2023, the foregoing document was filed electronically using the CM/ECF system, which will send notice of this filing to all parties.

> */s/ Scott D. Stein*
> **SIDLEY AUSTIN LLP**
> One South Dearborn Street
> Chicago, IL 60603