UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, et al., <br><br> Defendants. | Case No.: 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF TAL MATAR ELMATAD**

Pursuant to Local Rule 83.17, Tal Matar Elmatad of the Office of the Attorney General of the State of New York ("State of New York") herby requests leave of the Court to withdraw as counsel on behalf of movant, State of New York, in the above-captioned action. The State of New York does not intend to designate other counsel as it is not party to this matter and does not intend to make further filings. The State of New York does not believe the interests of any party is impacted by its request to withdraw.

WHEREFORE, the State of New York requests that this Court grant Tal Matar Elmatad leave to withdraw as counsel for the State of New York.

Dated: January 3, 2024

                                                                                         Respectfully submitted,

                                                                                         FOR THE STATE OF NEW YORK
                                                                                         LETITIA JAMES
                                                                                         Attorney General of the State of New York

BY: /s/ Tal Matar Elmatad
Tal Matar Elmatad, Assistant Attorney General

Elinor R. Hoffmann, Bureau Chief

Antitrust Bureau
New York State Office of the Attorney General
Antitrust Bureau
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-6318
tal.elmatad@ag.ny.gov
elinor.hoffmann@ag.ny.gov

*Counsel for the State of New York*

**CERTIFICATE OF SERVICE**

    I certify that on January [[X]], 2023, I filed a copy of the foregoing document electronically using the court's CM/ECF system, which will generate notice of this filing to all counsel of record.


Dated: January [[X]], 2023

/s/ Tal Matar Elmatad
Tal Matar Elmatad
