UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CLASS NOTICE AND SETTLEMENT APPROVAL PROCESS**

On September 9, 2023, the Court issued an Order preliminarily approving the settlement between the plaintiff Class and defendant University of Chicago, certifying the Class for purposes of settlement, and setting forth a schedule for the remainder of the approval process. *See* ECF 439 (the "Chicago Order"). On November 28, 2023, the Court granted Plaintiffs' unopposed motion, *see* ECF 526, seeking to suspend all of the deadlines in the Chicago Order until Plaintiffs filed a motion on or before January 16, 2024 setting forth a new proposed schedule for the approval process consistent with the discussion in the Joint Status Report. ECF 530. Plaintiffs now respectfully seek a short, one-week extension, until January 23, 2024, to file the motion setting forth a new proposed schedule for the approval process. Plaintiffs believe that the short amount of extra time will enable them to complete all of the tasks needed to prepare the filing. The University of Chicago does not oppose this motion.

Dated: January 10, 2024                                               Respectfully Submitted,

/s/ Robert D. Gilbert                                                 /s/ Edward J. Normand
Robert D. Gilbert                                                     Devin "Vel" Freedman
Elpidio Villarreal                                                    Edward J. Normand
Robert S. Raymar                                                      Richard Cipolla
David Copeland                                                        Joseph Delich
Steven Magnusson                                                      Peter Bach-y-Rita
**GILBERT LITIGATORS &**                                              **FREEDMAN NORMAND**
  **COUNSELORS, P.C.**                                                  **FRIEDLAND LLP**
11 Broadway, Suite 615                                                99 Park Avenue
New York, NY 10004                                                    Suite 1910
Phone: (646) 448-5269                                                 New York, NY 10016
rgilbert@gilbertlitigators.com                                        Tel: 646-350-0527
pdvillarreal@gilbertlitigators.com                                    vel@fnf.law
rraymar@gilbertlitigators.com                                         tnormand@fnf.law
dcopeland@gilbertlitigators.com                                       rcipolla@fnf.law
smagnusson@gilbertlitigators.com                                      jdelich@fnf.law
                                                                      pbachyrita@fnf.law

                                                                      Ivy Ngo
                                                                      **FREEDMAN NORMAND**
                                                                        **FRIEDLAND LLP**

1

<div style="display: flex;">

<div>

/s/ Eric L. Cramer
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
ccoslett@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

</div>

<div>

1 SE 3d Avenue
Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

</div>

</div>

*Counsel for Plaintiffs*