**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.
        Plaintiff,

v.                Case No.: 1:22−cv−00125
               Honorable Matthew F. Kennelly

Brown University, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 18, 2024:

  MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 1/18/2024. The parties are directed to provide a USB drive with all of the materials regarding the pending FERPA discovery dispute to Chambers, Room 2188, by 10:00 a.m. on 1/19/2024. Video hearing regarding the motions relating to that dispute is set for 1/23/2024 at 10:30 a.m. The Court will send out the video conference invitation to counsel. Any motions relating to the disputes regarding Rule 30(b)(6) deposition and the number of depositions per defendant as described in the 1/11/2024 status report are to be filed by 2/1/2024. Responses are due 2/12/2024; any reply is due 2/16/2024. Case management conference is set for 2/22/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. The following call−in number will be used for remote listening of the hearing: 888−684−8852, access code 746−1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. The parties are directed to file a joint status report by 2/15/2024. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.