**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henry, et al. v. Brown University, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Andrew Corzo, Sia Henry, Alexander Leoguerra, Michael Maerlender, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, and Cameron Williams

Attorney name (type or print): David A. Langer

Firm: Berger Montague PC

Street address: 1818 Market Street, Suite 3600

City/State/Zip: Philadelphia, PA 19103

Bar ID Number: 84394/PA
(See item 3 in instructions)

Telephone Number: 215-875-3000

Email Address: dlanger@bm.net

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 22, 2024

Attorney signature: S/ David A. Langer

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023