**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**UNOPPOSED MOTION BY PLAINTIFFS FOR AN ENLARGEMENT OF THE PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF LAW**

　　　　Pursuant to Northern District of Illinois Local Rule 7.1, Plaintiffs respectfully seek leave to file a Memorandum of Law ("Memorandum") that exceeds 15 pages in length (totaling no more than 33 pages) in support of their Motion regarding Provisional Certification of Settlement

1

Class, Preliminary Approval of Proposed Partial Settlement, Approval of the Form and Manner of Notice to the Class, and Proposed Schedule for a Fairness Hearing.

1. This is a proposed class action alleging that seventeen elite universities violated the antitrust laws by agreeing on a common formula and common principles regarding financial aid, and by exchanging competitively sensitive information concerning financial aid principles, formulas, and pricing.

2. On September 9, 2023, the Court issued an Order preliminarily approving the settlement between the plaintiff Class and defendant University of Chicago, certifying the Class for purposes of settlement, and setting forth a schedule for the remainder of the approval process. See ECF 439 (the "Chicago Order").

3. On November 28, 2023, the Court granted Plaintiffs' unopposed motion, see ECF 526, seeking to suspend all of the deadlines in the Chicago Order until Plaintiffs filed a motion setting forth a new proposed schedule for the approval process consistent with the discussion in the November 22, 2023 Joint Status Report. ECF 530. Plaintiffs' motion is due January 23, 2024. ECF 588.

4. Plaintiffs respectfully seek leave of the Court to file a Memorandum in excess of 15 pages to address the standards for provisional certification of a settlement class, preliminary approval of a proposed partial settlement, and approval of the form and manner of class notice.

5. Plaintiffs' counsel conferred with Defendants' counsel, who did not express opposition to this request.

6. The Court previously granted a similar request for excess pages prior to Plaintiffs' filing of their August 14, 2023 Motion for Provisional Certification of Settlement Class,

Preliminary Approval of Proposed Partial Settlement, Approval of the Form and Manner of Notice to the Class, and Proposed Schedule for a Fairness Hearing. ECF 429.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that the Court grant this Motion and permit Plaintiffs to file a Memorandum totaling no more than 33 pages in length.

Dated: January 22, 2024

By:/s/Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
Natasha Zaslove
**GILBERT LITIGATORS &
  COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@gilbertlitigators.com

/s/ Eric Cramer
Eric L. Cramer
Ellen Noteware
David A. Langer
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net

Respectfully Submitted,

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Peter Bach-y-Rita
Richard Cipolla
**FREEDMAN NORMAND
  FRIEDLAND LLP**
99 Park Avenue
Suite 1910
New York, NY 10016
Tel: 646-970-7513
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law
rcipolla@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

*Counsel for Plaintiffs and the Proposed Class*