# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                               Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                   Honorable Matthew F. Kennelly

Brown University, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 1/23/2024. Plaintiffs' motion to compel production regarding non−objecting students [540] is granted in part. Defendants Georgetown and Penn are directed to promptly produce the materials sought in paragraphs 7(1) and 8 of the motion including Georgetown's offer to locate and produce physical admission files. The request for the materials sought in paragraph 7(2) of the motion is tabled pending plaintiffs' review of the produced materials. The request to compel production of FERPA−related materials for objecting students [560] is taken under advisement. The Court also orders as follows: no student or applicant's name may be referenced in any document (including both filings and attachments to filings) filed in the public record absent advance approval by the Court. Any noncompliance with this order will result in an order to show cause why those counsel whose names appear on the filing should not be held in contempt of court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.