

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Emily T. Chen

Firm   Kirkland  & Ellis LLP

Street Address   601 Lexington Avenue

City/State/Zip Code   New York, New York 10022

Phone Number   (212) 446-4800

Email address  emily.chen@kirkland.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-00125 | Sia Henry v. Brown University | Hon. Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____
Signature of Attorney

January 27, 2024
_____
Date

Rev. 01272016