

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Norman Armstrong, Jr.

Firm  Kirkland & Ellis LLP

Street Address  1301 Pennsylvania Avenue NW

City/State/Zip Code  Washington, D.C. 20004

Phone Number  202-879-5000

Email address  norman.armstrong@kirkland.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-00125 | Sia Henry v. Brown University | Hon. Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Norman Armstrong                    January 29, 2024
_____           _____
Signature of Attorney                              Date

Rev. 01272016