# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                      Plaintiff,

v.                                               Case No.: 1:22−cv−00125

                                                          Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Any objection to plaintiffs' motion for preliminary approval of settlements [603] is to be filed by 2/6/2024. Video motion hearing is set for 2/12/2024 at 9:30 AM. The Court will send out the video conference invitation a few days in advance of the hearing. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.