# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−00125
　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Brown University, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, February 10, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file plaintiffs' status report under seal [610] is granted; a redacted version is to be filed in the public record. The pertinent defendants are directed to file a response to plaintiffs' status report by 2/16/2024. A telephonic hearing is set for 2/22/2024 at 9:30 AM, using call−in number 888−684−8852, access code 746−1053. The Court reserves the right to convert this to a video hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.