# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                                  Plaintiff,

v.                                             Case No.: 1:22−cv−00125
                                                         Honorable Matthew F. Kennelly

Brown University, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 2/12/2024. Oral ruling made on the plaintiffs' motion for preliminary approval of settlement [603]. Motion for preliminary approval of settlement [603] is granted for the reasons stated on the record. The parties are directed to send a proposed order to Judge Kennelly's proposed order email address. The parties are also directed to notify Judge Kennelly's courtroom deputy clerk whether the hearing on 2/22/2024 will be held at 10:00 a.m. or 1:00 p.m. The hearing will be held by video. The Court will send out the video conference invitation a few days in advance of the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.