UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**JOINT STATUS REPORT**
**February 15, 2024**

I.  **JOINT REQUEST REGARDING THE UPCOMING CASE MANAGEMENT CONFERENCE**

The only current issue in dispute relates to FERPA records. The Court has scheduled a separate hearing on February 22, 2024 at 9:30 AM to address this issue and the parties can address any questions the Court has regarding case status at that hearing. Therefore, the parties request that this Court cancel the Case Management Conference set for 1:00 PM on February 22, 2024.

II.  **PLAINTIFFS' STATEMENT OF RELEVANT ISSUES**

   A.  **Completed and Pending Depositions**

Since the January 11, 2024 report, Plaintiffs have taken approximately another eleven depositions. In addition, at this point Plaintiff has noticed all of Defendants' Fed. R. Civ. P. ("Rule") 30(b)(6) depositions, as well as Rule 30(b)(6) depositions of all remaining third-party universities it intends to notice. Not including the Rule 30(b)(6) depositions, another fourteen depositions are scheduled, with a handful remaining formally or informally noticed but not yet scheduled.

   B.  **Resolution of 10-Deposition Cap and Penn Rule 30(b)(6) Disputes**

The Plaintiffs had productive meet and confers with Notre Dame, Cornell, and Penn regarding the 10-deposition cap and Rule 30(b)(6) disputes raised in the prior JSR.

For Notre Dame, Plaintiffs withdrew some depositions and agreed to sequence the Rule 30(b)(6) deposition so the parties could determine if that deposition obviated the need for additional testimony that would take Plaintiffs beyond the 10-deposition limit.

For Cornell, Plaintiffs withdrew some depositions on the understanding that a specific witness would be part of the preparation process for certain Rule 30(b)(6) deposition topics.

And for Penn, both parties compromised and were ultimately able to agree to the temporal and substantive scope of Rule 30(b)(6) deposition topics.

1

Plaintiffs also filed the amended and supplemental interrogatory responses on the February 7, 2024 deadline. Though Plaintiffs only heard about Defendants' potential and premature concerns with the responses in a late-afternoon draft of the JSR on February 15, 2024, they will work with Defendants in good faith to resolve their misapprehensions. In particular, Plaintiffs dispute that the responses reveal any new theories of liability. Plaintiffs dispute that any further written discovery is required, and to the extent the Court allows such discovery, Plaintiffs would reserve the right to also conduct additional written discovery.

C.   **FERPA-Related Records**

On January 23, 2024, the Court entered an Order granting in part Plaintiffs' motion (ECF 540) to compel Defendants Penn and Georgetown to produce certain documents and information regarding the students who have not objected to the production of their FERPA-related records (the "non-objecting students") (Cornell has no non-objecting students). ECF 602. In the Order, the Court stated that Plaintiffs' request for additional documents from those Defendants' President's and Development Offices was "tabled pending plaintiffs review of the produced materials" and took "under advisement" Plaintiffs' motion (ECF 561) requesting the Court compel Defendants Cornell, Georgetown, and Penn to produce "FERPA-related materials for objecting students." ECF 602. With respect to the non-objecting students, the Court explained that Penn and Georgetown needed to act quickly to get the first tranche of documents "in the plaintiffs' hands so they can look at it" and "then we're going to revisit this." Jan. 23, 2024 Hearing Tr. 17:7-12. The Court also ordered that after Plaintiffs had reviewed the documents, they should "get a status report to me where the plaintiffs are basically going to tell me, okay, here's what we got, and here's exactly what we need and here's why we need it." *Id.* at 13-16.

On January 31 and February 1, Penn and Georgetown produced documents in response to the Court's January 23 Order. Plaintiffs reviewed those documents, and on February 9, 2024 filed the Status Report requested by the Court. In that Report, Plaintiffs request that the Court, in addition to the relief already granted (ECF 602), grant Plaintiffs' motion to compel as to both non-objecting and objecting students (ECF 540 and 561, respectively) in their entirety, and that the Court enter to the Proposed Order submitted with the Report.

## III. DEFENDANTS' STATEMENT OF RELEVANT ISSUES

### A. Discovery Update

In total, the parties have at this point taken more than 70 depositions. Defendants have deposed all named Plaintiffs and are coordinating with Plaintiffs regarding a follow-up deposition of Plaintiff Britany Tatiana Weaver. Since the January 11, 2024 report, Plaintiffs have taken eleven depositions. In total, fourteen depositions are currently scheduled, and approximately eighteen more have been noticed but are not yet scheduled.

Defendants have also continued to make document productions since the last status conference and the total number of documents produced by all Defendants (both current and settling) is more than 1 million.

The parties resolved several discovery disputes since the last hearing, including disputes between Plaintiffs and Notre Dame and Cornell regarding the 10-deposition cap. Penn and Plaintiffs also reached agreement regarding the scope of Plaintiffs' 30(b)(6) Notice to Penn.

Plaintiffs recently served 30(b)(6) Notices on Defendants CalTech, Cornell, Georgetown, Johns Hopkins, MIT, and Notre Dame. Plaintiffs identified between three and four dozen topics in each. Defendants are reviewing and will meet and confer with Plaintiffs as warranted regarding the scope of Plaintiffs' proposed topics.

Both sides have been and are continuing to pursue non-party discovery. Some document productions and depositions of non-parties may not be completed by the close of discovery on March 20. The parties will work together to come to agreements and ensure this is completed shortly after the deadline.

In addition, Plaintiffs served amended interrogatory responses last week. Defendants are still reviewing the responses, but it is likely that, as Defendants discussed with the Court at the November 28 status conference, Defendants will need to serve some additional follow-up discovery to test Plaintiffs' newly-revealed theories of liability. *See* Nov. 28, 2023 Hrg Tr. 12:5-22 (Counsel for Penn discussing potential need for follow-up discovery pending review of Interrogatory responses); 20:19-23 (Court response).[1]

**B. FERPA-Related Records**

Plaintiffs filed a separate status report on February 9, 2024 regarding the FERPA-related records. Pursuant to this Court's Order (ECF No. 612), the pertinent Defendants will respond to that status report by February 16, 2024 in advance of a hearing set for February 22, 2024 at 9:30 AM.

Dated: February 15, 2024                                  Respectfully Submitted,

By:/s/ *Edward J. Normand*                     By: /s/ *Deepti Bansal*
Devin "Vel" Freedman                                 Deepti Bansal
Edward J. Normand                                    Alexander J. Kasner
Richard Cipolla                                              COOLEY LLP
Joseph Delich                                                1299 Pennsylvania Avenue, NW
Peter Bach-y-Rita                                          Suite 700

---

[1] It is unclear why Plaintiffs would need to serve additional written discovery based on their own interrogatory responses, and it is likely just a "tit for tat" threat to discourage Defendants from seeking additional discovery.

4

FREEDMAN NORMAND
FRIEDLAND LLP
99 Park Avenue
Suite 1910
New York, NY 10016
Tel.: 646-350-0527
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3d Avenue
Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

/s/ *Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
Natasha Zaslove
GILBERT LITIGATORS &
COUNSELORS, P.C.
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@ gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@gilbertlitigators.com

Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
BERGER MONTAGUE PC
1818 Market Street, Suite 3600

Washington, DC 20004-2400
Tel.: 202-728-7027
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive
Chicago, IL 60606
Tel.: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By: */s/ Norman Armstrong*
Norman Armstrong
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: 202-389-3180
Norman.armstrong@kirkland.com

Emily T. Chen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: 212-341-7458
Emily.chen@kirkland.com

*Counsel for Defendant Cornell University*

By: */s/ Terri L. Mascherin*
Terri L. Mascherin
Reid J. Schar
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Tel.: 312-222-9350
tmascherin@jenner.com
rschar@jenner.com

Ishan K. Bhabha
Douglas E. Litvack
Lauren J. Hartz
JENNER & BLOCK LLP

5

Philadelphia, PA 19103
Tel.: 215-875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
BERGER MONTAGUE PC
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Daniel J. Walker
Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel.: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*

1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel.: 202-637-6327
ibhabha@jenner.com
dlitvack@jenner.com
lhartz@jenner.com

*Counsel for Defendant Trustees of Dartmouth College*

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel.: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: */s/ Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel.: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park
Samer M. Musallam
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel.: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com

*Counsel for Defendant Johns Hopkins University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek

6

Daphne Lin
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW
Washington, DC 20005
Tel.: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

By: */s/ Scott D. Stein*
Scott D. Stein
Kathleen L. Carlson
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Tel.: 312-853-7520
sstein@sidley.com
kathleen.carlson@sidley.com

*Counsel for Defendant Northwestern University*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan B. Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
Tel.: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
jpitt@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606

Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*

By: */s/ Norman Armstrong*
Norman Armstrong
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: 202-389-3180

Norman.armstrong@kirkland.com

Emily T. Chen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: 212-341-7458
Emily.chen@kirkland.com

*Counsel for Defendant William Marsh Rice University*

By: */s/ J. Mark Gidley*
J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel.: 202-626-3600
mgidley@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel.: 212-819-8200
rmilne@whitecase.com
dsuggs@whitecase.com

*Counsel for Defendant Vanderbilt University*