UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.

                       Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                 Honorable Matthew F. Kennelly

Brown University, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 22, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video hearing held regarding FERPA−related and other objections to certain of plaintiffs' discovery requests. The Court adopted and will impose additional protections to avoid disclosure of individual student/applicant names as more fully discussed during the hearing. These include further limitations on who may view such information (no more than 2 attorneys per non−settling defendant and 4 attorneys for plaintiffs); continued use of identifying numbers along with separate disclosure of applicant/student names rather than production of unredacted records containing the names; the previously referenced contempt citation for any attorney disclosing information identifying a student or applicant in a public filing; and identification of particular applicants/students even in sealed filings only by first and last initials and not names. The parties are directed to promptly confer to prepare and provide to the Court a further protective order including these additional protections. Additionally, the Court finds (as more fully discussed during the hearing) that the plaintiffs have shown a genuine need for the information they have requested and that this outweighs the privacy interests of the objecting and non−objecting students/applicants with the exception of the following: the students/applicants whose objections appear at docket no. 496 pages 13−15 and at docket no. 507 pages 12−15. Those particular students/applicants' objections are sustained. The Court also overrules the defendants' and certain students' remaining objections to production as more fully discussed during the hearing. The parties are directed to promptly review the proposed order submitted by plaintiffs and are directed to provide to Judge Kennelly's proposed order e−mail address by no later than 2/26/2024 a Word version of a draft order embodying the Court's ruling. The case is set for a video status hearing on 3/22/2024 at 10:00 a.m. The Court will send out the video conference invitation to counsel a few days in advance of the hearing. The parties are directed to file a joint status report by 3/15/2024. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.