**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRANK CARBONE, ANDREW CORZO, SAVANNAH ROSE EKLUND, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, KARA SAFFRIN, and BRITTANY TATIANA WEAVER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                    Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**MOTION TO WITHDRAW AS COUNSEL**

      Pursuant to Local Rule 83.17, the undersigned Nicholas W. Collins, respectfully requests that the Court grant his leave to withdraw as counsel for Duke University in the above-captioned matter. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed attorneys will continue to represent Duke University.

1

Dated: February 23, 2024                                    Respectfully submitted,

By: */s/ Nicholas W. Collins*
Nicholas Collins
James Morsch
Elizabeth Thompson
SAUL EWING LLP
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100

Joshua W.B. Richards
SAUL EWING LLP
Centre Sq. W., 1500 Market Street
38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7737

Kayleigh T Keilty
SAUL EWING LLP
1001 Fleet Street
9th Floor
Baltimore, MD 21202
410-332-8919

Christopher D. Dusseault
Jacqueline L. Sesia
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

Rachel Susan Brass
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Telephone: 415-393-8293

**CERTIFICATE OF SERVICE**

    I, Nicholas W. Collins, an attorney, hereby certify that on February 23, 2024, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel** to be served via electronic mail upon all counsel of record in this action.

DATED: February 23, 2024        By:    */s/ Nicholas W. Collins*
                                                                           Nicholas W. Collins