UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**NOTICE OF FILING UNDER SEAL**

Pursuant to Paragraph 10(b) of the Second Amended Confidentiality Order entered by the Court in the above-captioned litigation (ECF No. 608), Plaintiffs hereby serve notice of filing provisionally under seal the following materials: (1) Corrected Joint Status Report by Plaintiffs and Defendants Cornell, Georgetown, and Penn Regarding Proposed Order Under ECF 627; and (2) Redline of Corrected Joint Status Report. The Corrected Joint Status Report corrects a typographical error in Plaintiffs' Statement on page three of the JSR (Dkt. No. 633) regarding the timing of President DeGioia's deposition.

A copy of the aforementioned filing is being served today upon counsel for all parties via email.

Pursuant to Paragraph 10(c) of the Second Amended Confidentiality Order, Plaintiffs reserve their rights to oppose any Motion to Seal filed by a producing party.

| | |
|---|---|
| Dated: February 27, 2024 | Respectfully Submitted, |

| | |
|---|---|
| /s/ Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Richard Cipolla |
| David Copeland | Joseph Delich |
| Steven Magnusson | Peter Bach-y-Rita |
| Natasha Zaslove | **FREEDMAN NORMAND** |
| **GILBERT LITIGATORS &** | **FRIEDLAND LLP** |
| **COUNSELORS, P.C.** | 99 Park Avenue |
| 11 Broadway, Suite 615 | Suite 1910 |
| New York, NY 10004 | New York, NY 10016 |
| Phone: (646) 448-5269 | Tel: 646-350-0527 |
| rgilbert@gilbertlitigators.com | vel@fnf.law |
| pdvillarreal@gilbertlitigators.com | tnormand@fnf.law |
| rraymar@gilbertlitigators.com | rcipolla@fnf.law |
| dcopeland@gilbertlitigators.com | jdelich@fnf.law |
| smagnusson@gilbertlitigators.com | pbachyrita@fnf.law |
| nzaslove@gilberlitigators.com | |
| | |
| /s/ Eric L. Cramer | Ivy Ngo |
| Eric L. Cramer | **FREEDMAN NORMAND** |
| Ellen T. Noteware | **FRIEDLAND LLP** |
| David Langer | 1 SE 3d Avenue |
| Jeremy Gradwohl | Suite 1240 |
| **BERGER MONTAGUE PC** | Miami, FL 33131 |
| 1818 Market Street, Suite 3600 | Tel: 786-924-2900 |
| Philadelphia, PA 19103 | ingo@fnf.law |
| Tel: 215-875-3000 | |
| ecramer@bm.net | |
| enoteware@bm.net | |
| dlanger@bm.net | |
| jgradwohl@bm.net | |
| | |
| Richard Schwartz | Daniel J. Walker |
| **BERGER MONTAGUE PC** | Robert E. Litan |
| 1720 W Division | Hope Brinn |
| Chicago, IL 60622 | **BERGER MONTAGUE PC** |

Tel: 773-257-0255  
rschwartz@bm.net

2001 Pennsylvania Avenue, NW  
Suite 300  
Washington, DC 20006  
Tel: 202-559-9745  
rlitan@bm.net  
dwalker@bm.net  
hbrinn@bm.net

*Counsel for Plaintiffs*