## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 2/28/2024. Plaintiffs' motion for preliminary approval of settlement [629] is granted for the reasons stated on the record. Order for Preliminary Approval to follow. In person fairness hearing on 7/19/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.