**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY *et al.*, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No.: 1:22-cv-00125 |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, *et al.*, | |
| *Defendants*. | |

**MOTION TO WITHDRAW ZACHARY THOMAS FARDON AND CHRISTOPHER YOOK AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.17, Defendant Cornell University ("Cornell") hereby gives notice of the withdrawal of Zachary Thomas Fardon and Christopher Yook of King & Spalding LLP as counsel for Cornell in this matter. Attorneys Daniel E. Laytin, Norman Armstrong, Jr., and Emily T. Chen of Kirkland & Ellis LLP will continue to represent Cornell in this matter.

Dated: February 29, 2024	Respectfully submitted,

/s/ *Daniel E. Laytin*
Daniel E. Laytin
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com

Norman Armstrong, Jr. (admitted *pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 879-5000
norman.armstrong@kirkland.com

Emily T. Chen (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
emily.chen@kirkland.com

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on February 29, 2024, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: February 29, 2024      By: _____*/s/ Daniel E. Laytin*_____