**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henry, et al. v. Brown University, et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:

William Marsh Rice University

Attorney name (type or print): Daniel E. Laytin

Firm: Kirkland & Ellis LLP

Street address: 300 N. LaSalle

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6257119
(See item 3 in instructions)

Telephone Number: (312) 862-2198

Email Address: dlaytin@kirkland.com

Are you acting as lead counsel in this case?               ☑ Yes   ☐ No

Are you a member of the court's general bar?               ☑ Yes   ☐ No

Are you a member of the court's trial bar?                 ☐ Yes   ☑ No

Are you appearing *pro hac vice*?                          ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  02/29/2024

Attorney signature:    S/ Daniel E. Laytin

(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023