**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY *et al.*, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No.: 1:22-cv-00125 |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, *et al.*, | |
| *Defendants*. | |

**MOTION TO WITHDRAW ZACHARY THOMAS FARDON AND CHRISTOPHER YOOK AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.17, Defendant William Marsh Rice University ("Rice") hereby gives notice of the withdrawal of Zachary Thomas Fardon and Christopher Yook of King & Spalding LLP as counsel for Rice in this matter. Attorneys Daniel E. Laytin, Norman Armstrong, Jr., and Emily T. Chen of Kirkland & Ellis LLP will continue to represent Rice in this matter.

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted, |
| | /s/ *Daniel E. Laytin* |
| | Daniel E. Laytin |
| | Kirkland & Ellis LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | (312) 862-2000 |
| | dlaytin@kirkland.com |
| | |
| | Norman Armstrong, Jr. (admitted *pro hac vice*) |
| | Kirkland & Ellis LLP |
| | 1301 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | (202) 879-5000 |
| | norman.armstrong@kirkland.com |
| | |
| | Emily T. Chen (admitted *pro hac vice*) |
| | Kirkland & Ellis LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | emily.chen@kirkland.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on February 29, 2024, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: February 29, 2024     By:     */s/ Daniel E. Laytin*