## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No.: 1:22-cv-00125 |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | **Hon. Matthew F. Kennelly** |
| Defendants. | |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

**PLEASE TAKE NOTICE** that effective March 1, 2024, the Washington, DC office

address for Berger Montague PC and the undersigned attorneys has changed to the following:

Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorneys' email addresses remain the same.

Dated:  March 14, 2024                    **BERGER MONTAGUE PC**


/s/ *Daniel J. Walker*
Daniel J. Walker
Robert E. Litan
Hope Brinn
1001 G Street, NW
Suite 400 East
Washington, DC  20001
Tel:  (202) 599-9745
Email:  dwalker@bm.net
           rlitan@bm.net
           hbrinn@bm.net

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 14, 2024, I electronically filed the foregoing Notice of

Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of

record registered to receive such service.


*/s/ Daniel J. Walker*