UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO SEAL THEIR MOTION TO CHALLENGE CERTAIN IMPROPER CONFIDENTIAL AND ATTORNEYS' EYES ONLY DESIGNATIONS BY DEFENDANTS CORNELL, GEORGETOWN, AND PENN UNDER THE SECOND AMENDED CONFIDENTIALITY ORDER (ECF 608)**

Pursuant to the Second Amended Confidentiality Order (ECF No. 608), and Local Rule 26.2, Plaintiffs respectfully request that the Court grant this Motion to File Under Seal their Motion to Challenge Certain Improper Confidential and Attorneys' Eyes Only Designations by Defendants

Cornell, Georgetown, and Penn Under the Second Amended Confidentiality Order (ECF 608). In support of their Motion, Plaintiffs state as follows:

1. The motion at issue discusses, references, and appends certain information designated as Confidential and Attorneys' Eyes Only under the terms of the Confidentiality Order.

2. Under the Second Amended Confidentiality Order (ECF No. 608) ¶ 10(b), and in accordance with Local Rule 26.2(c), Plaintiffs are provisionally filing the entire filing under seal and will cause an unredacted copy of the filling to be served upon all Parties. Within seven days, the party who produced any implicated Confidential Information under the Second Amended Confidentiality Order may file a motion to seal. If the motion to seal is granted, Plaintiffs will file a redacted (public) version within 14 days. If no motion to seal is filed or if the motion to seal is denied, Plaintiffs will file an unredacted version of the initial filing within 14 days.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion.

| | |
|---|---|
| Dated: March 19, 2024 | Respectfully Submitted, |
| /s/ Robert D. Gilbert | /s/ Edward J. Normand |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Richard Cipolla |
| David Copeland | Joseph Delich |
| Steven Magnusson | **FREEDMAN NORMAND** |
| Natasha Zaslove | **  FRIEDLAND LLP** |
| **GILBERT LITIGATORS &** | 99 Park Avenue |
| **  COUNSELORS, P.C.** | Suite 1910 |
| 11 Broadway, Suite 615 | New York, NY 10016 |
| New York, NY 10004 | Tel: 646-350-0527 |
| Phone: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | rcipolla@fnf.law |
| rraymar@gilbertlitigators.com | jdelich@fnf.law |
| dcopeland@gilbertlitigators.com | pbachyrita@fnf.law |
| smagnusson@gilbertlitigators.com | |
| nzaslove@gilbertlitigators.com | |

<div style="display: flex;">
<div>

/s/ Eric L. Cramer
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
dlanger@bm.net
enoteware@bm.net
jgradwohl@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

</div>
<div>

Ivy Ngo
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3d Avenue
Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

</div>
</div>

*Counsel for Plaintiffs*