# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                          Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                                  Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry [653] which contained a typographical error. Plaintiffs' motion for leave to file under seal 651 is granted. A redacted version is to be filed in the public record. The parties should be prepared to set a short briefing schedule on the motion to challenge AEO/confidentiality designations at the 3/22/2024 status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.