UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sia Henry, et al.
        Plaintiff,

v.                Case No.: 1:22−cv−00125
               Honorable Matthew F. Kennelly

Brown University, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

  MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings held on 3/22/2024. (1) Issue regarding special protective order and earlier−produced redacted documents: The parties are directed to confer further to attempt to reach an agreement. A joint status report of no more than 8 pages to be filed on 3/29/2024. (2) Issue regarding motion relating to confidentiality and AEO designations: Defendants' response to plaintiffs' motion [652] is due 4/1/2024; plaintiffs' reply is due 4/8/2024. A video hearing is set for 4/18/2024 at 10:00 a.m. unless the Court deems a hearing unnecessary after reviewing the written submissions. The Court will send out a video conference invitation a few days in advance of the hearing. (3) Scheduling order: The Court memorializes the modifications to the scheduling order made in December 2024 as follows. Opening expert reports on the party who has the burden of proof are due on 5/3/2024. Opposition to expert reports are due 7/15/2024. Deadline for rebuttal expert reports is 9/30/2024. Close of expert discovery is set for 11/12/2024. Daubert motions are to be filed by 12/16/2024. The motion for class certification is also due on 12/16/2024. Any responses to class certification and Daubert motions are due 1/13/2025. Replies to the Daubert motions are due 2/18/2025. The reply in support of class certification is to be filed by 3/7/2025. Summary judgment motions are to be filed by 5/7/2025. Response to summary judgment motions is due 6/9/2025; reply is due 8/11/2025. (4) Summary judgment motions: The Court overruled the defendants' proposal for two rounds of summary judgment motions as further explained during the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.