**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br>　　　　　　　　　*Plaintiffs,*<br><br>　　　v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br>　　　　　　　　　*Defendants.* | Civil Action No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**JOINT MOTION BY PLAINTIFFS AND PENN TO ENTER PROPOSED CONSENT ORDER REGARDING PLAINTIFFS' MOTION TO CHALLENGE CERTAIN CONFIDENTIAL AND ATTORNEYS' EYES ONLY DESIGNATIONS (ECF 652)**

　　　　Plaintiffs and Defendant The Trustees of the University of Pennsylvania jointly move for entry of a Consent Order Regarding Plaintiffs' Motion To Challenge Certain Confidential And Attorneys' Eyes Only Designations (ECF 652). The Proposed Consent Order Regarding Plaintiffs' Motion To Challenge Certain Confidential And Attorneys' Eyes Only Designations (ECF 652) is Exhibit 1 to this Motion.

1

Dated: April 1, 2024  

By: */s/ Robert Raymar*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Steven Magnusson
Natasha Zaslove
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@gilbertlitigators.com

*Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ David Gringer*
David Gringer
Alan Schoenfeld
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8800
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth Waxman
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
**MILLER SHAKMAN LEVINE & FELDMAN LLP**
30 West Monroe Street
19th Floor
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*

**CERTIFICATE OF SERVICE**

      I, David Gringer, an attorney, hereby certify that on April 1, 2024, I caused a true and correct copy of this Joint Motion By Plaintiffs And Penn To Enter Proposed Consent Order Regarding Plaintiffs' Motion To Challenge Certain Confidential And Attorneys' Eyes Only Designations (ECF 652) to be served electronically on all counsel of record via ECF.

                                                                                       */s/ David Gringer*
                                                                                     David Gringer