# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                    Plaintiff,

v.                                                   Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motion by plaintiffs and Trustees of Univ. of Pennsylvania for entry of consent order [663] is granted. However, counsel appear to have neglected to provide a Word version of the proposed order to Judge Kennelly's proposed order e−mail address for signature. They are to do so promptly. Motion by defendants Cornell University and Georgetown University to file under seal [665] is granted. A complete version of the filing including all exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.