# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Sia Henry, et al.

                      Plaintiff,

v.                                                    Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion [673] to seal portions of plaintiffs' reply [671] is granted. The Clerk is directed to place docket entry 671 under seal. Plaintiffs are directed to promptly file a public record version of the reply that redacts the material referenced in defendants' motion to seal. The Court reserves the right to vacate this ruling once it rules on the pending motion challenging confidentiality designations. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.