# EXHIBIT A

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho

2/12/24, 2:09 PM

FORBES > LIFESTYLE > TRAVEL

# Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho

**Jim Dobson** Senior Contributor ⓘ

*Searching the world for the most amazing People, Places and Things*

Follow

 0

Jun 25, 2023, 11:49am EDT

Click to save this article.
You'll be asked to sign into your Forbes account.

Got it



The Sun Valley Lodge is seen ahead of the Allen & Company Sun Valley Conference    GETTY IMAGES

DEPOSITION EXHIBIT
DeGioia 8
2/16/24
Rich Germosen, CCR, CRCR, CRR, RDR

2/12/24, 2:09 PM

(Updated 7/15/23 with new images) The beautiful mountain resort town of Sun Valley, Idaho, will again be overwhelmed with private jets, bodyguards, and entourages, as the world's wealthiest attend the 40th annual media finance conference hosted and funded by private investment firm Allen & Company. Residents of Sun Valley are used to all of the excitement and welcome the influx of money it provides to the area.

The annual mogul event took place July 12-14 at the historic Sun Valley Lodge. Along with 108 newly renovated guest rooms, a spa, a fitness center, a yoga studio, and updated restaurants, lobbies, and lounges, there are also five suites honoring celebrities who spent time vacationing there, including Marilyn Monroe, Ernest Hemingway, and Clint Eastwood.



Bill Gates, founder of Microsoft, walks to lunch at the Allen & Company Sun Valley Conference on ...

[+] GETTY IMAGES

The coveted invites to the gathering went out to the top 1% of CEOs, their families, investors, and brilliant scientific minds. Most guests arrive by private jets, (which resulted in a ground stop issued by the FAA last year due to extreme congestion.) For five days, the famous moguls all wear name badges like us common folk, listen to speeches, sit in on panels about politics, healthcare, and the economy, and join in on group activities from golf to fly-fishing, hiking, and cycling.

Scott Fortner, Executive Director of Visit Sun Valley, explains the attraction of the area for the billionaires. "The Sun Valley area has been an enclave for wealthy visitors for decades. The opportunity to take the layer of wealth and fame off the table allows people to really be themselves, to live in the moment, feel humbled, and appreciate the simple things in life that make this place special."

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**

By **Amy Danise** Editor

**Best Covid Travel Insurance Plans**

By **Amy Danise** Editor

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho                    2/12/24, 2:09 PM



Sam Altman (R), CEO of OpenAI, and Ollie Mulherin, Australian software engineer, walk from lunch at ... [+]  GETTY IMAGES

**Passport: Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.**

|  | Sign Up |
|---|---|

By signing up, you accept and agree to our **Terms of Service** (including the class action waiver and arbitration provisions), and **Privacy Statement**.

"Here the 1% can blend in on a ski hill, mountain biking track or hiking trail, find solitude fly fishing on one of the diverse stretches of river, or sit down to dinner or a drink in town without a fuss being made," he adds. "Locals here give street cred to visitors for being real, genuine, patient, and kind. C-suite status, luxury cars and designer clothes don't matter to

the local crowd. They'd rather hear about your fishing stories or about the 1987 Jeep Wagoneer (AKA the "Ketchum Cadillac") that you pulled up in over a cold one."



Private jets are seen on the tarmac at Friedman Memorial Airport during the Allen & Company Sun … [+] GETTY IMAGES

According to the entertainment industry stalwart Variety, the invites went out to an impressive list. Though an invite does not guarantee attendance, most would not pass up the opportunity. Among the bold-faced names that attended the conference this year:

- Meta chief **Mark Zuckerberg**

- Warner Bros. Discovery honcho **David Zaslav**

- Paramount Global chair **Shari Redstone**

- Google CEO **Sundar Pichai**

- Apple head **Tim Cook**

- Microsoft founder **Bill Gates**

- Disney's **Bob Iger**



CEO of Apple Tim Cook arrives at the Sun Valley Lodge for the Allen & Company Sun Valley Conference … [+]  GETTY IMAGES

Also invited were **Lawrence Summers**, **Hank Paulson**, former Italian Prime Minister **Mario Draghi**, former CIA chief **David Petraeus**, **Warren Buffett**, former American Express chief **Kenneth Chenault**, LinkedIn co-founder **Reid Hoffman**, Annox Capital's **Bob Myeloid**, and Facebook investor **Peter Thiel**.

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho                    2/12/24, 2:09 PM



Warren Buffett, Chairman and CEO of Berkshire Hathaway, makes his way to a morning session at the ... [+] GETTY IMAGES

Studio execs include Netflix head **Reed Hastings**, **Ted Sarandos** and **Greg Peters**, **Casey Wasserman**, **Bobby Kotick,** and Microsoft CEO **Satya Nadella**. They joined industry vets CAA head **Bryan Lourd**, producer **Brian Grazer**, **Jeffrey Katzenberg,** and Disney chairman **Dana Walden**. However, rivals **Elon Musk** and **Mark Zuckerberg** were no shows this year.

Some of the most powerful sports figures were invited, including MLB commissioner **Rob Manfred**, PGA Tour commissioner **Jay Monahan**, NFL commissioner **Roger Goodell**, NBA commissioner **Adam Silver**, New England Patriots owner **Robert Kraft** and Buffalo Bills owner **Terry Pegula**.

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho                                    2/12/24, 2:09 PM



CEO of Disney Bob Iger arrives at the Sun Valley Lodge for the Allen & Company Sun Valley
Conference ... [+]  GETTY IMAGES

This year's Panel themes were top secret but likely included international
policymakers like **Amos Yadlin**, head of the IDF Military Intelligence
Directorate, and **Yousef Al Otaiba**, the United Arab Emirates
ambassador to the United States. Artificial intelligence was likely a much-
discussed topic at this year's retreat, with **Sam Altman**, CEO of OpenAI,
speaking.

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho

2/12/24, 2:09 PM



David Zaslav (R), CEO of Warner Bros. Discovery, and Brian Grazer, film and television producer, ...

[+] GETTY IMAGES

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho

2/12/24, 2:09 PM



Diane Von Furstenberg, chairman and founder of Diane Von Furstenberg Studio LP, left, and Barry ...

[+] DAVID PAUL MORRIS/BLOOMBERG VIA GETTY IMAGES

Inside The Annual Summer Camp For Billionaires In Sun Valley, Idaho

2/12/24, 2:09 PM



Robert Kraft, CEO of the New England Patriots, and Roger Goodell, Commissioner of the NFL, walk to ... [+]  GETTY IMAGES

And for wealthy visitors wanting to keep a year-round home, numerous famous names have estates in the surrounding area and the Warm Springs area for winter activities. The Edelweiss condominiums have historically been the must-have accessory used by "wealthy celebrities and business titans," according to the New York Times. They are conveniently located across the street from the base of the ski mountain. Some well-known individuals have been known to use the condo to store their ski equipment during the winter.

For those wishing something more extravagant, you can snatch up a $27 million estate in nearby Ketchum, Idaho, and you may end up as neighbors with longtime celebrity residents Tom Hanks, Demi Moore, and Arnold Schwarzenegger.

*Follow me on* **Twitter** *or* **LinkedIn**. *Check out my* **website**.

 **Jim Dobson**                                                                    [ Follow ]

Award-winning writer, author, traveler, and raconteur, searching the world for the most amazing people, places, and things. I... **Read More**

Editorial Standards                                    Print                                    Reprints & Permissions

ADVERTISEMENT

## Join Our Conversation

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines here

Commenting as **Guest**        🔔  Log in

Be the first to comment...



**No one seems to
have shared their
thoughts on this
topic yet**

Leave a comment so
your voice will be
heard first.

Powered
by  OpenWeb
Terms | Privacy | Feedback