# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                     Plaintiff,

v.                                            Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 4/18/2024. Oral argument held regarding the plaintiff's motion to challenge confidentiality. Oral ruling made on the plaintiff's motion. Plaintiff's motion to challenge confidentiality and attorneys' eyes designations [652] is denied for the reasons stated on the record. The deadline for the opening expert reports on the party who has the burden of proof is extended to 5/14/2024. The opposition to expert reports deadline is moved to 7/26/2024. Deadline for rebuttal expert reports is extended to 10/7/2024. The case is set for a video status hearing on 6/18/2024 at 1:00 p.m. The Court will send out a video conference invitation to counsel a few days before the hearing. The parties are directed to file a joint status report by 6/11/2024. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.