# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

I, Eric L. Cramer, declare as follows:

1. I am the Chairman of the law firm Berger Montague PC. I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees and expenses in connection with

1

the services rendered, and costs and expenses incurred, in *Henry, et al. v. Brown Univ., et al.*, Case No. 1:22-cv-00125 (the "Action"). I am fully familiar with this Action, and have personal knowledge of the matters set forth in, and attached to, this Declaration.

  2. My firm served as one of the counsel for Plaintiffs and the proposed Settlement Class in the Action, and has been appointed as one of the three Settlement Class Counsel. *See* ECF Nos. 439, 614, 638 (appointing Settlement Class Counsel). The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this Action, the number of hours those individuals worked, their hourly billing rates and their respective lodestar values at historical rates. The schedule attached as Exhibit A sets forth my firm's total hours and lodestar, by year at historical rates from inception of the case through and including March 31, 2024. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. In connection with representing the Plaintiffs in the Action, my firm did the following:

  (1) conducting an initial case investigation and drafting pleadings in cooperation with Settlement Class Counsel;

  (2) briefing, with Settlement Class Counsel, oppositions to the three motions to dismiss, all of which were denied in their entirety;

  (3) drafting a proposed protocol for the Production of Electronically Stored Information, in cooperation with Settlement Class Counsel;

  (4) negotiating and drafting, in cooperating with Settlement Class Counsel, a proposed Confidentiality Order and its two subsequent amendments;

  (5) leading the drafting, proposing, and advocacy for the overall case schedule, which the Court largely adopted;

(6) leading negotiations for all Defendants with respect to production of structured data in consultation with economic experts, including participating in numerous and lengthy meet-and-confers with Defendants;

(7) meeting with Settlement Class Counsel at least twice weekly to discuss overall litigation strategy, including, *inter alia*, the best ways to conduct discovery, key documents and testimony, and organization of the factual record;

(8) drafting and serving, in cooperation with Settlement Class Counsel, extensive written discovery;

(9) negotiating, in cooperation with Settlement Class Counsel, custodians, ESI sources, search terms, and the temporal scope of Defendants' productions;

(10) managing a team of attorneys to efficiently and effectively review and analyze approximately 250,000 documents exceeding 1.2 million pages;

(11) principally drafting certain motions to compel and editing and providing input on numerous others;

(12) preparing for important fact depositions in this case by (a) identifying key documents to be used at each deposition, (b) preparing extensive deposition outlines, and (c) coordinating deposition strategy and questioning with Settlement Class Counsel;

(13) taking seventeen depositions, including of key fact witnesses, and assisting in the preparations of three additional depositions;

(14) drafting and filing, in cooperation with Settlement Class Counsel and Defendants, 25 joint status reports and attending and participating in seven status conferences;

(15) Working closely with the expert economists and other experts in, *inter alia*, the procurement of data and information needed for their analyses and to ensure that their analyses fit the needs of the case;

(16) leading the settlement negotiations with Settling Defendants, which lasted several months, including by participating in several mediations and negotiating the individual settlement terms after settlements in principle had been reached; and

(17) leading the drafting and filing of preliminary approval papers for all Settlements to date.

Additional information and detail concerning Settlement Class Counsel's work investigating and litigating the Action is provided in the accompanying Joint Declaration of Edward Normand, Robert D. Gilbert, and Eric L. Cramer in Support of Plaintiffs' Memorandum of Law in Support of Their Motion for Award Of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards for the Class Representatives.

3. The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at, or affiliated with, my firm for the benefit of the Settlement Class. The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm in similar contingent complex litigation or other matters. My firm's work on this case was performed on a wholly contingent basis. My firm has a total lodestar (at historical rates) in connection with the initiation and prosecution of the Action from inception of the case through March 31, 2024 of $17,053,643.00.

4. My firm has expended a total of $856,533.14 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including March 31, 2024. These costs are set forth in the Schedule attached as Exhibit B and are

4

reflected on the books and records of my firm. They were incurred on behalf of the Settlement Class by my firm and have not been reimbursed.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April, 2024, in Philadelphia, Pennsylvania.

      /s/ Eric L. Cramer_____
Eric L. Cramer

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**EXHIBIT A TO THE DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE <u>AWARDS FOR THE CLASS REPRESENTATIVES</u>**

**Reported Hours and Historical Lodestar**

Inception through March 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Cramer, Eric | CH | 128.90 | 990.00 | 127,611.00 | 2021 |
| | | 432.70 | 1,100.00 | 475,970.00 | 2022 |
| | | 889.90 | 1,160.00 | 1,032,284.00 | 2023 |
| | | 187.00 | 1,390.00 | 259,930.00 | 2024 |
| Litan, Robert E. | S | 37.80 | 500.00 | 18,900.00 | 2021 |
| | | 1,144.20 | 1,100 | 1,258,620.00 | 2022 |
| | | 1,590.40 | 1,150.00 | 1,828,960.00 | 2023 |
| | | 312.60 | 1,350.00 | 422,010.00 | 2024 |
| Davis, Joshua | S | 1.70 | 980.00 | 1,666.00 | 2022 |
| Noteware, Ellen | S | 583.50 | 825.00 | 481,387.50 | 2023 |
| | | 194.20 | 1,110.00 | 213,620.00 | 2024 |
| Drake, E. Michelle | S | 1.70 | 820.00 | 1,394.00 | 2021 |
| | | 2.00 | 920.00 | 1,840.00 | 2022 |
| Walker, Daniel | S | 59.30 | 660.00 | 39,138.00 | 2021 |
| | | 114.30 | 730.00 | 83,439.00 | 2022 |
| | | 127.40 | 775.00 | 98,735.00 | 2023 |
| Madden, Patrick | S | 2.80 | 690.00 | 1,932.00 | 2022 |
| Fedullo, William | A | 56.10 | 535.00 | 30,013.50 | 2023 |
| | | 0.30 | 635.00 | 190.50 | 2024 |
| Gradwohl, Jeremy | A | 71.10 | 520.00 | 36,972.00 | 2023 |
| | | 112.30 | 605.00 | 67,941.50 | 2024 |
| Brinn, Hope | A | 537.90 | 490.00 | 263,571.00 | 2022 |
| | | 1,556.60 | 525.00 | 817,215.00 | 2023 |
| | | 390.60 | 610.00 | 238,266.00 | 2024 |
| Langer, David | SC | 162.90 | 735.00 | 119,731.50 | 2023 |
| | | 148.60 | 870.00 | 129,282.00 | 2024 |
| Schwartz, Richard | SC | 14.20 | 660.00 | 9,372.00 | 2022 |
| | | 146.60 | 690.00 | 101,154.00 | 2023 |
| | | 125.80 | 850.00 | 106,930.00 | 2024 |
| Aviles, Natisha | SC | 23.20 | 595.00 | 13,804.00 | 2023 |
| | | 82.60 | 695.00 | 57,407.00 | 2024 |
| Hartman, Matthew | C | 140.00 | 685.00 | 95,900.00 | 2023 |
| | | 311.00 | 785.00 | 244,135.00 | 2024 |
| Copenhaver, John | C | 1,252.10 | 675.00 | 845,167.50 | 2023 |
| | | 611.30 | 775.00 | 473,757.50 | 2024 |
| Sawczuk, Lara | C | 301.30 | 585.00 | 176,260.50 | 2023 |
| | | 480.00 | 685.00 | 328,800.00 | 2024 |
| Federbusch, Stephen | C | 154.30 | 685.00 | 105,695.50 | 2023 |
| Ahmad, Zubair | C | 113.30 | 605.00 | 68,546.50 | 2023 |
| | | 0.60 | 705.00 | 423.00 | 2024 |

2

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Hamner, Peter | C | 1.20 | 585.00 | 702.00 | 2023 |
| Gallucci, Dominic | C | 268.00 | 540.00 | 144,720.00 | 2023 |
|  |  | 528.30 | 540.00 | 285,282.00 | 2024 |
| Ajayi, Lillian | DR | 206.10 | 775.00 | 159,727.50 | 2023 |
|  |  | 260.10 | 850.00 | 221,085.00 | 2024 |
| Alper, David | DR | 297.00 | 745.00 | 221,265.00 | 2023 |
|  |  | 248.60 | 825.00 | 205,095.00 | 2024 |
| Caesar, Sharon | DR | 320.00 | 710.00 | 227,200.00 | 2023 |
|  |  | 220.00 | 800.00 | 176,000.00 | 2024 |
| Carty, Tom | DR | 320.00 | 705.00 | 225,600.00 | 2023 |
|  |  | 217.00 | 790.00 | 171,430.00 | 2024 |
| Park, Sye | DR | 317.70 | 685.00 | 217,624.50 | 2023 |
|  |  | 250.70 | 770.00 | 193,039.00 | 2024 |
| North, Rhonda | DR | 315.90 | 655.00 | 206,914.50 | 2023 |
|  |  | 259.00 | 750.00 | 194,250.00 | 2024 |
| Othman, Yaser | DR | 280.00 | 625.00 | 175,000.00 | 2023 |
|  |  | 260.00 | 720.00 | 187,200.00 | 2024 |
| Gardner, Dorry | DR | 280.00 | 625.00 | 175,000.00 | 2023 |
|  |  | 248.30 | 720.00 | 178,776.00 | 2024 |
| Rutledge, Diva | DR | 280.10 | 625.00 | 175,062.50 | 2023 |
|  |  | 223.10 | 720.00 | 160,632.00 | 2024 |
| Olivier, Vaness | DR | 283.20 | 625.00 | 177,000.00 | 2023 |
|  |  | 224.70 | 720.00 | 161,784.00 | 2024 |
| Cohen, Carson | DR | 320.00 | 615.00 | 196,800.00 | 2023 |
|  |  | 259.50 | 720.00 | 186,840.00 | 2024 |
| Ahearn, Donald | DR | 320.00 | 635.00 | 203,200.00 | 2023 |
|  |  | 259.80 | 730.00 | 189,654.00 | 2024 |
| Igbinoghene, Valeria | DR | 280.80 | 575.00 | 161,460.00 | 2023 |
|  |  | 238.30 | 650.00 | 154,895.00 | 2024 |
| Ataande, Achumboro | DR | 320.00 | 575.00 | 184,000.00 | 2023 |
|  |  | 260.00 | 650.00 | 169,000.00 | 2024 |
| Marquez, Melissa | DR | 289.80 | 575.00 | 166,635.00 | 2023 |
|  |  | 227.80 | 650.00 | 148,070.00 | 2024 |
| Park, David | DR | 157.50 | 565.00 | 88,987.50 | 2023 |
| Hebert IV, John | DR | 4.40 | 340.00 | 1,496.00 | 2023 |
| Filbert, David | PL | 89.60 | 420.00 | 37,632.00 | 2023 |
|  |  | 56.20 | 450.00 | 25,290.00 | 2024 |
| York, Elizabeth | PL | 260.90 | 420.00 | 109,578.00 | 2023 |
|  |  | 91.30 | 450.00 | 41,085.00 | 2024 |
| Choe, Caroline | PL | 3.50 | 405.00 | 1,417.50 | 2023 |
| Ginis, Haroula | PL | 13.50 | 405.00 | 5,467.50 | 2023 |

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Willett, Michelle | PL | 72.90 | 405.00 | 29,524.50 | 2023 |
| Werwinski, Diane | PL | 1.20 | 390.00 | 468.00 | 2022 |
| | | 3.40 | 410.00 | 1,394.00 | 2023 |
| Brandy, Max | PL | 6.50 | 390.00 | 2,535.00 | 2023 |
| Gebo, Rachel | PL | 5.50 | 310.00 | 1,705.00 | 2021 |
| | | 20.90 | 390.00 | 8,151.00 | 2022 |
| Leo, Susan | PL | 2.50 | 300.00 | 750.00 | 2021 |
| | | 1.10 | 340.00 | 374.00 | 2022 |
| | | 3.80 | 375.00 | 1,425.00 | 2023 |
| | | 1.70 | 450.00 | 765.00 | 2024 |
| Wolfinger, Caitlin | PL | 5.00 | 340.00 | 1,700.00 | 2022 |
| Magnus, Eleanor | LA | 11.60 | 240.00 | 2,784.00 | 2022 |
| | | 2.30 | 260.00 | 598.00 | 2023 |
| | | 3.40 | 285.00 | 969.00 | 2024 |
| Simon, Connie | LA | 17.30 | 240.00 | 4,152.00 | 2022 |
| | | 27.00 | 240.00 | 6,480.00 | 2023 |
| TOTAL | | 22,351.1 | | 17,053,643.00 | |

**Role Legend**

| | |
|---|---|
| P | Chairman |
| S | Shareholder |
| SC | Senior Counsel |
| OC | Of Counsel |
| C | Counsel |
| DR | Document Review Attorney |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |
| LA | Legal Assistant (when doing paralegal work) |

4

**Reported Total Hours and Blended Rate Lodestar**
Inception through March 31, 2024

| NAME | POSITION | LAW SCHOOL GRAD DATE | HOURS | BLENDED RATE | LODESTAR |
|---|---|---|---|---|---|
| Cramer, Eric | CH | 1993 | 1,638.50 | 1,157.03 | 1,895,795.00 |
| Litan, Robert | S | 1977 | 3,085.00 | 1,143.76 | 3,528,490.00 |
| Davis, Joshua | S | 1993 | 1.7 | 980.00 | 1,666.00 |
| Noteware, Ellen | S | 1993 | 777.7 | 893.68 | 695,007.50 |
| Drake, E. Michelle | S | 2001 | 3.7 | 874.05 | 3,234.00 |
| Walker, Daniel | S | 2005 | 301 | 735.26 | 221,312.00 |
| Madden, Patrick | S | 2010 | 2.8 | 690.00 | 1,932.00 |
| Fedullo, William | A | 2019 | 56.4 | 535.53 | 30,204.00 |
| Gradwohl, Jeremy | A | 2021 | 183.4 | 572.05 | 104,913.50 |
| Brinn, Hope | A | 2020 | 2,485.10 | 530.78 | 1,319,052.00 |
| Langer, David | SC | 1999 | 311.5 | 799.4 | 249,013.50 |
| Schwartz, Richard | SC | 2004 | 286.6 | 758.74 | 217,456.00 |
| Aviles, Natisha | SC | 2010 | 105.8 | 673.07 | 71,211.00 |
| Hartman, Matthew | C | 1997 | 451 | 753.96 | 340,035.00 |
| Copenhaver, John | C | 1999 | 1,863.40 | 707.81 | 1,318,925.00 |
| Sawczuk, Lara | C | 2011 | 781.3 | 646.44 | 505,060.50 |
| Ahmad, Zubair | C | 2007 | 113.9 | 605.52 | 68,969.50 |
| Hamner, Peter | C | 2010 | 1.2 | 585.00 | 702.00 |
| Gallucci, Dominic | C | 2017 | 796.3 | 540.00 | 430,002.00 |
| Ajayi, Lillian | DR | 1982 | 466.2 | 816.84 | 380,812.50 |
| Alper, David | DR | 1985 | 545.6 | 781.45 | 426,360.00 |
| Caesar, Sharon | DR | 1991 | 540 | 746.67 | 403,200.00 |
| Carty, Tom | DR | 1996 | 537 | 739.35 | 397,030.00 |
| Park, Sye | DR | 1998 | 568.4 | 722.49 | 410,663.50 |
| North, Rhonda | DR | 2003 | 574.9 | 697.8 | 401,164.50 |
| Federbusch, Stephen | DR | 2000 | 154.3 | 685.00 | 105,695.50 |
| Othman, Yaser | DR | 2008 | 540 | 670.74 | 362,200.00 |
| Gardner, Dorry | DR | 2008 | 528.3 | 669.65 | 353,776.00 |
| Rutledge, Diva | DR | 2008 | 503.2 | 667.12 | 335,694.50 |
| Olivier, Vaness | DR | 2008 | 507.9 | 667.03 | 338,784.00 |
| Cohen, Carson | DR | 2009 | 579.5 | 639.93 | 383,640.00 |
| Ahearn, Donald | DR | 2007 | 579.8 | 633.84 | 392,854.00 |
| Igbinoghene, Valeria | DR | 2015 | 519.1 | 609.43 | 316,355.00 |
| Ataande, Achumboro | DR | 2015 | 580 | 608.62 | 353,000.00 |
| Marquez, Melissa | DR | 2015 | 517.6 | 608.00 | 314,705.00 |
| Park, David | DR | 2016 | 157.5 | 565.00 | 88,987.50 |
| Hebert IV, John | DR | 1989 | 4.4 | 340.00 | 1,496.00 |
| Filbert, David | PL | -- | 145.8 | 431.56 | 62,922.00 |

5

| NAME | POSITION | LAW SCHOOL GRAD DATE | HOURS | BLENDED RATE | LODESTAR |
|---|---|---|---|---|---|
| York, Elizabeth | PL | -- | 352.2 | 427.78 | 150,663.00 |
| Choe, Caroline | PL | -- | 3.5 | 405.00 | 1,417.50 |
| Ginis, Haroula | PL | -- | 13.5 | 405.00 | 5,467.50 |
| Willett, Michelle | PL | -- | 72.9 | 405.00 | 29,524.50 |
| Werwinski, Diane | PL | -- | 4.6 | 404.78 | 1,862.00 |
| Brandy, Max | PL | -- | 6.5 | 390.00 | 2,535.00 |
| Gebo, Rachel | PL | -- | 26.4 | 373.33 | 9,856.00 |
| Leo, Susan | PL | -- | 9.1 | 364.18 | 3,314.00 |
| Wolfinger, Caitlin | PL | -- | 5 | 340.00 | 1,700.00 |
| Magnus, Eleanor | LA | -- | 17.3 | 251.50 | 4,351.00 |
| Simon, Connie | LA | -- | 44.3 | 240.00 | 10,632.00 |
| **TOTAL** | | | **22,351.1** | | **17,053,643.00** |

**Role Legend**

| | |
|---|---|
| CH | Chairman |
| S | Shareholder |
| SC | Senior Counsel |
| OC | Of Counsel |
| C | Counsel |
| DR | Document Review Attorney |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |
| LA | Legal Assistant (when doing paralegal work) |

6

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**EXHIBIT B TO THE DECLARATION OF ERIC L. CARMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE <u>AWARDS FOR THE CLASS REPRESENTATIVES</u>**

1

2

**Reported Expenses on Behalf of Plaintiffs**
Inception through March 31, 2024

| Category | Amount |
|---|---:|
| Litigation Fund Contributions | 660,000.00 |
| Photocopying | 31,964.25 |
| Service of Process | 0.00 |
| Computer Research | 10,719.92 |
| Court Fees (filings, etc.) | 750.00 |
| Court Reports/Transcripts | 9,837.98 |
| Telephone/Fax | 60.95 |
| Postage | 4,082.56 |
| Overnight Delivery/Messengers | 3,833.26 |
| Expert Fees | 5,000.00 |
| Witness/Service Fees | 0.00 |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | 49,232.79 |
| Database Hosting Services | 77,446.83 |
| Co-Counsel Fees | 0.00 |
| Outside Contractor | 142.20 |
| Publication | 2817.99 |
| Miscellaneous | 644.41 |
| **Total** | **856,533.14** |