# Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

### DECLARATION OF ROBERT D. GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

I, Robert D. Gilbert, declare as follows:

1. I am Managing Partner of Gilbert Litigators & Counselors, P.C. ("GLC") I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees and litigation expenses in connection with the services rendered, and costs and expenses incurred by GLC, in *Andrew Corzo, Sia Henry, et al., v. Brown University, et al*. (the "Action"). I am fully familiar with this Action, and have personal knowledge of the matters in this declaration and its Exhibits.

1

2.     GLC serves as one of the counsel for Plaintiffs and the proposed Settlement Class in the Action, and has been appointed as one of the three Settlement Class Counsel, along with Freedman Normand Friedland LLP ("FNF") and Berger Montague P.C. ("BMPC"). *See* ECF Nos. 439, 614, 638 (appointing Settlement Class Counsel). I personally have been engaged in overseeing the work conducted by Gilbert Litigators & Counselors in this matter. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys and paralegal at GLC who have worked on this litigation, GLC's total hours and lodestar, by year at historical rates from inception of the case through and including March 31, 2024. The total number of hours spent by GLC during this period was 36,232.3, with a corresponding total lodestar calculated at historical rates of $31,368,140. Exhibit A also sets forth GLC's total hours and lodestar using a blended hourly[1] rate for each attorney and professional staff for the period from inception of the case through and including March 31, 2024. This schedule was based upon contemporaneous, daily time records prepared and maintained by GLC.

3.     As was stated in the February 9, 2022 "Declaration of Robert D. Gilbert in Support of Motion to Appoint Interim Co-Lead Class Counsel", "I have assembled the … co-lead counsel team with an extraordinary breadth and depth legal, subject matter, antitrust, class action, and Seventh Circuit expertise…." (¶3) In connection with representing the Plaintiffs in the Action, GLC spent enormous time and effort litigating this case, including the following:

- Extensive pre-filing investigation of Defendants' anticompetitive conduct and violation of the 568 Exemption, and consultation with an economist;
- Research and analysis of legislative history;

---

[1] A "blended rate" is the weighted average of each professional's hourly rate over the course of the entire case. For instance, if a lawyer who worked only during 2 years of the case billed 500 hours during year 1 of the case at a rate of $300/hour and 1000 hours during year 2 of the case at $310/hour, the blended hourly rate would be (500 hours x $300/hour) plus (1000 hours x $310/hour) divided by 1500 hours for a blended hourly rate of $306.67/hour.

2

- Legal research under Seventh Circuit law regarding joint and several liability issues, statute of limitations issues, the law of conspiracy, class certification, and potential defenses;
- Legal research regarding the U.S. Justice Department litigation against the Overlap Group in the 1990s;
- In collaboration with FNF and BMPC, drafting and filing the initial class action complaint as well as the amended complaint and the second amended complaint on behalf of the Plaintiffs;
- Drafting the brief in opposition to Defendants' motion to dismiss and, in collaboration with FNF and BMPC, editing and finalizing the brief;
- In collaboration with FNF and BMPC, propounding document demands and interrogatories;
- In collaboration with FNF and BMPC, drafting the initial Rule 26(f) report and case management order and the ensuing negotiations with Defendants on both;
- In collaboration with FNF and BMPC, negotiating and drafting, a proposed Confidentiality Order and its two subsequent amendments;
- Together with FNF and BMPC, drafting multiple additional Joint Status Reports for the Court and conducting negotiations with Defendants on all of those reports;
- Participating in weekly joint video conferences with the other Settlement Counsel to discuss overall litigation strategy, including the best ways to conduct discovery, which encompassed discussing key documents and testimony, organizing the factual record for litigation purposes, assigning responsibility for preparation of motions and briefs, coordinating the strategy as to 17 different defendants, and making sure that

3

necessary tasks are completed in a timely manner;

- Organizing, reviewing, and analyzing voluminous documents produced by Defendants and third parties for use (a) in depositions of Defendants, (b) by Plaintiffs' economists, and (c) for purposes of mediation and settlement negotiations;
- Analyzing the requirements of the Family Educational Rights and Privacy Act ("FERPA"), and drafting and finalizing multiple briefs on those issues, and representing Plaintiffs in several oral arguments on those issues;
- Participating in negotiating Defendants' Responses to Plaintiffs' Interrogatories over the course of multiple meet-and-confers and through the exchange of multiple rounds of correspondence;
- Drafting, and in conjunction with FNF and BMPC editing, and ultimately arguing in Court, multiple motions to compel;
- Preparing for fact depositions in this case by (a) identifying key documents to be used at each deposition, (b) preparing extensive deposition outlines, and (c) and coordinating deposition strategy;
- Taking 23 fact depositions, including:

| Witness | Affiliation | Date | Primary Firm Attorney | Other Plaintiff Attorneys Present |
|---|---|---|---|---|
| James Tilton | Brown University Former Head of Financial Aid | 5/15/23 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| Melissa Costanzi | Georgetown U., Senior Associate Director of Admissions | 6/29/23 | Gilbert; R. Gilbert | Gilbert: S. Magnusson |
| John McLaughlin | University of Pennsylvania Director of Admissions | 7/12/23 | Gilbert: R. Raymar | Gilbert: S. Schuster |
| Brent Tener | Vanderbilt U. Director, Student Financial Aid and Scholarships | 7/12/23 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| Martin Schapiro | Northwestern U. Former President | 7/18/23 | Gilbert: R. Gilbert | Berger: H. Brinn |
| Elaine Varas | University of Pennsylvania Financial Aid | 8/2/23 | Gilbert: R. Raymar | Gilbert: S. Magnusson |
| John Gaines | Vanderbilt U. Director of Undergraduate Admissions | 8/3/23 | Gilbert: R. Gilbert | Gilbert: D. Copeland |

| Witness | Affiliation | Date | Primary Firm Attorney | Other Plaintiff Attorneys Present |
|---|---|---|---|---|
| Kathryn Tuman | Columbia U. Senior Financial Aid Specialist | 9/8/23 | Gilbert: E. Villarreal | Gilbert: F. Melgar |
| Michael Hall | Columbia U. Executive Director Financial Aid | 9/13/23 | Gilbert: E. Villarreal | Gilbert: N. Zaslove |
| Jessica Marinaccio | Columbia U. Dean of Admissions and Financial Aid | 9/18/23 | Gilbert: E. Villarreal | Gilbert: N. Zaslove |
| Christopher Watson | Northwestern U. AVP for Student Outreach and Dean of Undergraduate Enrollment | 10/10/23 | Gilbert: R. Gilbert | Berger: H. Brinn |
| Sarah Harberson | University of Pennsylvania Admissions | 10/25/23 | Gilbert: R. Raymar | Gilbert: N. Zaslove |
| Valeria Youmans | Georgetown U., Admissions - Executive Assistant | 11/7/23 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| Charles Deacon | Georgetown U., Dean of Admissions | 11/9/23 | Gilbert: R. Gilbert | Gilbert: D. Copeland |
| Douglas Christiansen | Vanderbilt U., Dean of Financial Aid and Admissions | Nov. 30 interview; Dec. 1 deposition | Gilbert: R. Gilbert | Gilbert: D. Copeland |
| Melissa Costanzi | Georgetown U., Senior Associate Director of Admissions | 1/25/24 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| Andrew Koenig | Georgetown U. Assistant to the President for Admissions and Special Programs | 2/13/24 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| John DeGioia | Georgetown, U. President | 2/16/24 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| Elaine Varas | University of Pennsylvania, Director of Financial Aid | 3/18/24 | Gilbert: R. Raymar | Gilbert: N. Zaslove |
| Eric Furda | University of Pennsylvania, Dean of Admissions | 3/26/24 | Gilbert: R. Raymar | Gilbert: R. Niyogi |
| John Zeller | University of Pennsylvania, Former Senior Vice President of Development and Alumni Relations | 3/28/24 | Gilbert: R. Raymar | Gilbert: R. Niyogi |
| R. Bartley Moore | Georgetown U., Vice President for Advancement | 3/29/24 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |
| John DeGioia | Georgetown U. President | 4/1/24 | Gilbert: R. Gilbert | Gilbert: S. Magnusson |

- In addition, GLC provided support to our co-counsel on the following 7 depositions:

| Witness | Affiliation | Date | Primary Firm Attorney | Other Plaintiff Attorneys Present |
|---|---|---|---|---|
| Matt Lewis | Georgetown U. Assistant Dean of Financial Aid | 10/27/23 | BMPC: D. Walker | Gilbert: S. Magnusson |
| Eric Furda | University of Pennsylvania Former Dean of Admissions | 11/16/23 | FNF: T. Normand | Gilbert: N. Zaslove |
| Joel Carstens | University of Pennsylvania Former Director of Financial Aid | 11/21/23 | FNF: R. Cipolla | Gilbert: N. Zaslove |
| Patricia McWade | Georgetown U., Dean of Student Financial Services | 12/8/2023 | BMPC: E. Noteware | Gilbert: S. Magnusson |
| Matt Sessa | University of Pennsylvania, Associate Vice President, Student Registration & Financial Services | 12/15/23 | FNF: R. Cipolla | Gilbert: N. Zaslove |
| Jeffrey Gall | Georgetown U., Associate Dean of Financial Aid | 1/19/24 | BMPC: E. Noteware | Gilbert: S. Magnusson |
| Brent Tener | Vanderbilt U., Assistant Provost and Executive Director of Student Financial Aid and Scholarships | 2/23/24 | BMPC: R. Litan | Gilbert: D. Copeland |

- Defending the deposition of Brittany Tatiana Weaver, a Plaintiff, on November 14, 2023;

- Drafting and editing motions to compel discovery and oral arguments on those motions;

- Preparation of an extensive mediation memorandum on all key points of facts and law, participating in the mediations before the Hon. Layn Phillips of Phillips ADR and the subsequent settlement negotiations, with the assistance of Miles N. Ruthberg, Esq. and Clay Cogman, Esq. of Phillips ADR, which included numerous telephonic and email discussions encompassing all the key settlement terms and conditions, including, inter

7

alia, Settlement Fund amount, the details of additional discovery to be taken of settling Defendants, and the scope of the release. The negotiations lasted weeks and were followed by weeks of detailed discussions and bank-and-forth negotiations over the precise language of the Settlement Agreement; and

- Participating in direct settlement negotiations with multiple Defendants, which also included preparation of memos on the salient points, numerous telephonic and email discussions encompassing all the key settlement terms and conditions, including, inter alia, Settlement Fund amount, the details of additional discovery to be taken of settling Defendants, and the scope of the release.

4. The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at GLC for the benefit of the Settlement Classes. The historical hourly rates for the attorneys and professional staff in GLC reflected in Exhibit A are the usual and customary hourly rates used by GLC. GLC's work on this case was performed on a contingent basis.

5. GLC has expended a total of $1,007,669 in costs and expenses, including contributions to the litigation fund, in connection with the prosecution of the Action from inception of the case through and including March 31, 2024. These costs are set forth in the Schedule attached as Exhibit B and are reflected on the books and records of GLC. They were incurred on behalf of the Plaintiffs by GLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Henderson, Nevada  /s/Robert D. Gilbert
April 29, 2024  Robert D. Gilbert

8

# EXHIBIT A

**Reported Total Hours and Historical Rate Lodestar**
**Inception through March 2024**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**EXHIBIT A TO THE DECLARATION OF ROBERT D. GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

**Reported Total Hours and Historical Rate Lodestar**
**Inception through March 2024**

| Name | Position | Law School | Bar Admission | Year | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| Robert D. Gilbert | MP | Yale | 1982 | 2021 and earlier | 791.3 | $1,400 | $1,107,820 |
| Robert D. Gilbert | MP | Yale | 1982 | 2022 | 2,608.7 | $1,400 | $3,652,180 |
| Robert D. Gilbert | MP | Yale | 1982 | 2023 | 2,935.5 | $1,485 | $4,359,218 |
| Robert D. Gilbert | MP | Yale | 1982 | 1/24-3/24 | 625.7 | $1,495 | $935,422 |
| Elpidio Villarreal | P | Yale | 1985 | 2021 | 19.6 | $1,400 | $27,440 |
| Elpidio Villarreal | P | Yale | 1985 | 2022 | 417.8 | $1,400 | $584,920 |
| Elpidio Villarreal | P | Yale | 1985 | 2023 | 870.3 | $1,485 | $1,292,396 |
| Elpidio Villarreal | P | Yale | 1985 | 1/24-3/24 | 67.9 | $1,495 | $101,511 |
| Robert S. Raymar | SC | Yale | 1972 | 2021 | 55.2 | $1,300 | $71,760 |
| Robert S. Raymar | SC | Yale | 1972 | 2022 | 863.8 | $1,300 | $1,122,940 |
| Robert S. Raymar | SC | Yale | 1972 | 2023 | 1,110.4 | $1,380 | $1,532,352 |
| Robert S. Raymar | SC | Yale | 1972 | 1/24-3/24 | 204.3 | $1,390 | $283,977 |
| David Copeland | C | Fordham | 1985 | 2023 | 1,201.7 | $1,165 | $1,399,981 |
| David Copeland | C | Fordham | 1985 | 1/24-3/24 | 503.2 | $1,175 | $591,260 |
| Bruce S. Etterman | C | University of Pennsylvania | 1984 | 2022 | 299.5 | $1,100 | $329,450 |
| Bruce S. Etterman | C | University of Pennsylvania | 1984 | 2023 | 810.2 | $1,165 | $943,883 |
| Matthew E. Moloshok | C | George Washington University | 1977 | 2021 | 9.3 | $1,100 | $10,230 |
| Matthew E. Moloshok | C | George Washington University | 1977 | 2022 | 140.3 | $1,100 | $154,330 |
| Matthew E. Moloshok | C | George Washington University | 1977 | 2023 | 146.5 | $1,165 | $170,673 |

A - 2

**Reported Total Hours and Historical Rate Lodestar**
**Inception through March 2024**

| Name | Position | Law School | Bar Admission | Year | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| Robert B. Rosen | C | University of Pennsylvania | 1986 | 2021 | 41.4 | $1,100 | $45,540 |
| Robert B. Rosen | C | University of Pennsylvania | 1986 | 2022 | 283.0 | $1,100 | $311,300 |
| Robert B. Rosen | C | University of Pennsylvania | 1986 | 2023 | 288.9 | $1,165 | $336,569 |
| Natasha Zaslove | SA | Hastings College of Law | 1995 | 2023 | 649.0 | $840 | $545,160 |
| Natasha Zaslove | SA | Hastings College of Law | 1995 | 1/24-3/24 | 429.8 | $875 | $376,075 |
| Alexis Marquez | SA | Fordham | 2013 | 2022 | 321.7 | $700 | $225,190 |
| Alexis Marquez | SA | Fordham | 2013 | 2023 | 328.1 | $740 | $242,794 |
| Sarah Schuster | SA | New York University | 2015 | 2022 | 650.5 | $700 | $455,350 |
| Sarah Schuster | SA | New York University | 2015 | 2023 | 433.7 | $740 | $320,938 |
| Steven Magnusson | SA | George Washington University | 2017 | 2022 | 475.0 | $700 | $332,500 |
| Steven Magnusson | SA | George Washington University | 2017 | 2023 | 2,375.0 | $740 | $1,757,500 |
| Steven Magnusson | SA | George Washington University | 2017 | 1/24-3/24 | 830.8 | $770 | $639,716 |
| Andrew Ellington | A | Vanderbilt University | 2011 | 2023 | 834.9 | $650 | $542,685 |
| Flor Melgar | DR | Hofstra University | 1994 | 2023 | 2,172.0 | $450 | $977,400 |
| Flor Melgar | DR | Hofstra University | 1994 | 1/24-3/24 | 711.1 | $450 | $319,995 |
| Maria Frantom | DR | Thomas M. Cooley | 2010 | 2023 | 481.9 | $450 | $216,833 |

A - 3

**Reported Total Hours and Historical Rate Lodestar**
**Inception through March 2024**

| Name | Position | Law School | Bar Admission | Year | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| Anna Sesay | DR | South Bank University, London | 1998 | 2023 | 2,177.6 | $450 | $979,920 |
| Anna Sesay | DR | South Bank University, London | 1998 | 1/24-3/24 | 20.4 | $450 | $9,180 |
| Irma Diane Bobb | DR | Loyola University, Louisiana | 1999 | 2023 | 2,183.3 | $450 | $982,485 |
| Irma Diane Bobb | DR | Loyola University, Louisiana | 1999 | 1/24-3/24 | 748.0 | $450 | $336,600 |
| Rina Niyogi | DR | Thomas M. Cooley | 2002 | 2023 | 2,090.9 | $450 | $940,905 |
| Rina Niyogi | DR | Thomas M. Cooley | 2002 | 1/24 - 3/24 | 818.3 | $450 | $368,235 |
| Lisa Uffman-Kirsch | DR | Case Western Reserve | 2013 | 2023 | 1,212.8 | $450 | $545,760 |
| Lisa Uffman-Kirsch | DR | Case Western Reserve | 2013 | 1/24 - 3/24 | 574.7 | $450 | $258,615 |
| Yusuf Naqvi | DR | University of Illinois, Chicago | 2012 | 2023 | 1.5 | $450 | $675 |
| Yusuf Naqvi | DR | University of Illinois, Chicago | 2012 | 1/24 - 3/24 | 77.2 | $450 | $34,740 |
| Alex Polley | DR | Washington University in St. Louis | 2013 | 2023 | 40.4 | $450 | $18,180 |
| Alex Polley | DR | Washington University in St. Louis | 2013 | 1/24 - 3/24 | 645.1 | $450 | $290,295 |
| Jordan Wolff | DR | University of Georgia | 2006 | 2023 | 19.5 | $450 | $8,775 |
| Jordan Wolff | DR | University of Georgia | 2006 | 1/24 - 3/24 | 564.5 | $450 | $254,025 |
| Julian Caprow | PL | | | 2022 | 20.6 | $300 | $6,180 |
| Julian Caprow | PL | | | 2023 | 36.3 | $325 | $11,798 |
| Julian Caprow | PL | | | 1/24 - 3/24 | 13.2 | $340 | $4,488 |
| **TOTAL** | | | | | **36,232.3** | | **$31,368,140** |

A - 4

**Reported Total Hours and Blended Rate Lodestar**
**Inception through March 2024**

| Name | Position | Law School | Bar Admission | Total Hours | Blended Rate | Lodestar |
|---|---|---|---|---|---|---|
| Robert D. Gilbert | MP | Yale | 1982 | 6,961.2 | $1,444 | $10,054,639 |
| Elpidio Villarreal | P | Yale | 1985 | 1,375.6 | $1,458 | $2,006,266 |
| Robert S. Raymar | SC | Yale | 1972 | 2,233.7 | $1,348 | $3,011,029 |
| David Copeland | C | Fordham | 1985 | 1,704.9 | $1,168 | $1,991,241 |
| Bruce S. Etterman | C | University of Pennsylvania | 1984 | 1,109.7 | $1,147 | $1,273,333 |
| Matthew E. Moloshok | C | George Washington University | 1977 | 296.1 | $1,132 | $335,233 |
| Robert B. Rosen | C | University of Pennsylvania | 1986 | 613.3 | $1,131 | $693,409 |
| Natasha Zaslove | SA | Hastings College of Law | 1995 | 1,078.8 | $854 | $921,235 |
| Alexis Marquez | SA | Fordham | 2013 | 649.8 | $720 | $467,984 |
| Sarah Schuster | SA | New York University | 2015 | 1,084.2 | $716 | $776,288 |
| Steven Magnusson | SA | George Washington University | 2017 | 3,680.8 | $742 | $2,729,716 |
| Andrew Ellington | A | Vanderbilt University | 2011 | 834.9 | $650 | $542,685 |
| Flor Melgar | DR | Hofstra University | 1994 | 2,883.1 | $450 | $1,297,395 |
| Maria Frantom | DR | Thomas M. Cooley | 2010 | 481.9 | $450 | $216,833 |
| Anna Sesay | DR | South Bank University, London | 1998 | 2,198.0 | $450 | $989,100 |
| Irma Diane Bobb | DR | Loyola University, Louisiana | 1999 | 2,931.3 | $450 | $1,319,085 |
| Rina Niyogi | DR | Thomas M. Cooley | 2002 | 2,909.2 | $450 | $1,309,140 |
| Lisa Uffman-Kirsch | DR | Case Western Reserve | 2013 | 1,787.5 | $450 | $804,375 |
| Yusuf Naqvi | DR | University of Illinois, Chicago | 2012 | 78.7 | $450 | $35,415 |
| Alex Polley | DR | Washington University in St. Louis | 2013 | 685.5 | $450 | $308,475 |
| Jordan Wolff | DR | University of Georgia | 2006 | 584.0 | $450 | $262,800 |
| Julian Caprow | PL | | | 70.1 | $320 | $22,466 |
| **TOTAL** | | | | **36,232.3** | | **$31,368,140** |

A - 5

**Reported Total Hours and Blended Rate Lodestar**
**Inception through March 2024**

**Role Legend**

| | |
|---|---|
| MP | Managing Partner |
| P | Partner |
| SC | Special Counsel |
| C | Counsel |
| SA | Senior Associate |
| A | Associate |
| DR | Document Review Attorney |
| PL | Paralegal |

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | **Case No. 1:22-cv-00125** <br><br> **Hon. Matthew F. Kennelly** |

B - 2

**EXHIBIT B TO THE DECLARATION OF ROBERT D. GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

**Reported Expenses on Behalf of Plaintiffs**
**Inception through March 31, 2024**

| | |
|---|---:|
| Litigation Fund Contributions | $834,000 |
| Photocopying | $4,583 |
| Service of Process | $564 |
| Computer Research | $43,715 |
| Court Fees (filings, etc.) | $588 |
| Court Reporters (Transcripts) | $468 |
| Telephone/Fax | $115 |
| Postage | $255 |
| Travel: Air Transportation, Ground Travels, Meals, Lodging | $95,852 |
| Outside Contractor | $27,528 |
| **Total** | **$1,007,668** |