## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

### DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIONS, REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES

I, Edward Normand, declare as follows:

1.     I am a partner at the law firm Freedman Normand Friedland LLP ("FNF").  I

submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Their Motion

for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees in this action (the "Action"). I have personal knowledge of the matters set forth in, and attached to, this Declaration.

2.      FNF has served as one of the counsel for Plaintiffs and the proposed Settlement Class in the Action, having been appointed as one of the three Settlement Class Counsel. *See* ECF Nos. 439, 614, 638 (appointing Settlement Class Counsel).

3.      The schedule attached as Exhibit A is a true and correct summary identifying the FNF attorneys, paralegals, and other professional staff who have worked on this Action, the number of hours those individuals worked, their hourly billing rates and their respective lodestar values at historical rates. The schedule attached as Exhibit A sets forth FNF's total hours and lodestar, using a blended hourly  rate for each attorney and professional staff for the period from inception of the case through and including March 31, 2024.[1] This schedule was prepared from contemporaneous, daily time records that FNF prepared and maintained.

4.      In representing the Plaintiffs in the Action, FNF has done the following:

        a.      Conducting an extensive pre-filing investigation of Defendants' conduct and the nature and scope of the 568 Exemption;

        b.      Drafting pleadings in cooperation with Settlement Class Counsel;

        c.      Drafting the opposition brief to the three motions to dismiss, in cooperation with Settlement Class Counsel, all of which motions were denied;

---

[1] A "blended rate" is the weighted average of each professional's hourly rate over the course of the entire case. If we assume a lawyer who worked only during 2 years of the case billed 500 hours during year 1 of the case at a rate of $300/hour and 1000 hours during year 2 of the case at $310/hour, the blended hourly rate would be (500 hours x $300/hour) plus (1000 hours x $310/hour) divided by 1500 hours for a blended hourly rate of $306.67/hour.

2

      d.   Handling oral argument on the three motions to dismiss, as well as on most general litigation matters;

      e.   Drafting a proposed protocol for the Production of Electronically Stored Information, in cooperation with Settlement Class Counsel;

      f.   Negotiating and drafting a proposed Confidentiality Order and its two subsequent amendments, in cooperation with Settlement Class Counsel;

      g.   Negotiating custodians, ESI sources, search terms, and the temporal scope of Defendants' productions, in cooperation with Settlement Class Counsel;

      h.   Managing weekly meetings with Settlement Class Counsel to discuss overall strategy, including the best ways to conduct discovery, key documents and testimony, and organization of the factual record and participating in separate weekly calls with senior leadership from each firm;

      i.   Leading the main aspects of the fact discovery process, including organizing and managing the document review process, taking and defending the majority of depositions, and principally drafting most written discovery requests and responses served by Plaintiffs;

      j.   Managing a team of attorneys to efficiently and effectively review and analyze approximately 550,000 documents exceeding 1.9 million pages;

      k.   Leading the collection and production of documents from the Plaintiffs' parents pursuant to a subpoena by the Defendants;

      l.   Preparing for important fact depositions in this case by identifying key documents to be used at each deposition, preparing extensive deposition outlines, and coordinating deposition strategy and questioning with Settlement Class Counsel;

m. Taking 52 fact depositions (the majority of the depositions in the case), and assisting in the preparations of three additional depositions, including:

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ EXAMINING ATTORNEY | OTHER FIRM/ ATTORNEYS PRESENT AND/OR ASSISTED |
|---|---|---|---|---|
| James Tilton | Brown University | 5/15/23 | GLC: Robert Gilbert | GLC: Steven Magnusson<br><br>FNF: Peter Bach-y-Rita; Richard Cipolla |
| Jeff Sassorossi | Dartmouth College | 5/17/23 | FNF: Ted Normand | FNF: Richard Cipolla; Vel Freedman; Peter Bach-y-Rita |
| Karl Furstenberg | Dartmouth College | 7/14/23 | FNF: Ted Normand | FNF: Richard Cipolla; Vel Freedman |
| Donald Bishop | University of Notre Dame | 8/16/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Tom McDermott | Johns Hopkins University | 8/18/23 | FNF: Ted Normand | FNF: Richard Cipolla |
| Lee Coffin | Dartmouth College | 8/22/23 | FNF: Ted Normand | FNF: Richard Cipolla |
| Miranda McCall | Duke University | 8/29/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Edward Malloy | University of Notre Dame | 9/7/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Anne Walker | Rice University | 9/8/23 | FNF: Ted Normand | FNF: Joe Delich |
| Malina Chang | Caltech | 9/13/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ EXAMINING ATTORNEY | OTHER FIRM/ ATTORNEYS PRESENT AND/OR ASSISTED |
|---------|-------------|---------|----------------------------------|-----------------------------------------------|
| Janice Coleman | Duke University | 9/15/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Thomas Keane | Cornell University | 10/27/23 | FNF: Ted Normand | FNF: Vel Freedman; Ivy Ngo |
| Mary Nucciarone | University of Notre Dame | 11/1/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Eric Furda | University of Pennsylvania | 11/16/23 | FNF: Ted Normand | GLC: Natasha Zaslove |
| Kathryn Osmond | Wellesley College | 11/16/23 | FNF: Richard Cipolla | FNF: Peter Bach-y-Rita |
| Becky Maxson | Cornell University | 11/17/23 | FNF: Vel Freedman | FNF: Richard Cipolla |
| Joel Carstens | University of Pennsylvania | 11/21/23 | FNF: Richard Cipolla | GLC: Natasha Zaslove |
| Shawn Felton | Cornell University | 11/30/23 | FNF: Joe Delich | FNF: Mendel Kokinov |
| Joseph Russo | University of Notre Dame | 11/30/23 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| Paul Mueller | University of Notre Dame | 12/6/23 | FNF: Joe Delich | FNF: Peter Bach-y-Rita |
| Thomas Bear | University of Notre Dame | 12/7/23 | FNF: Joe Delich | FNF: Peter Bach-y-Rita |
| Jason Locke | Cornell University | 12/11/23 | FNF: Joe Delich | FNF: Ivy Ngo; Vel Freedman |
| Matthew Sessa | University of Pennsylvania | 12/15/23 | FNF: Richard Cipolla | GLC: Natasha Zaslove |
| Doris Davis | Cornell University | 12/15/23 | FNF: Joe Delich | FNF: Mendel Konikov |

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ EXAMINING ATTORNEY | OTHER FIRM/ ATTORNEYS PRESENT AND/OR ASSISTED |
|---|---|---|---|---|
| Ashley Pallie | Caltech | 12/15/23 | FNF: Vel Freedman | FNF: Peter Bach-y-Rita |
| Diane Corbett | Cornell University | 1/8/24 | FNF: Vel Freedman | FNF: Mendel Konikov |
| David Phillips | Johns Hopkins University | 1/8/24 | FNF: Ted Normand | FNF: Richard Cipolla |
| Phillip Spector | Johns Hopkins University | 1/16/24 | FNF: Richard Cipolla | |
| Shannon Cullinan | University of Notre Dame | 1/18/24 | FNF: Joe Delich | FNF: Mendel Konikov |
| Jarrid Whitney | Caltech | 1/19/24 | FNF: Vel Freedman | FNF: Peter Bach-y-Rita; Albert Sabater |
| Janet Rapelye | Consortium on Financing Higher Education | 1/22/24 | FNF: Ted Normand | FNF: Peter Bach-y-Rita; Richard Cipolla |
| John Affleck-Graves | University of Notre Dame | 1/24/24 | FNF: Ted Normand | FNF: Joseph Delich; Peter Bach-y-Rita |
| Paul Streeter | Cornell University | 1/26/24 | FNF: Ivy Ngo | FNF: Mendel Konikov; Thomas Trabue |
| Peter Wyatt | Johns Hopkins University | 2/15/24 | FNF: Ted Normand | FNF: Joe Delich |
| Helene Grady | Johns Hopkins University | 2/21/24 | FNF: Richard Cipolla | |
| Barbara Knuth | Cornell University | 2/21/24 | FNF: Joe Delich | FNF: Vel Freedman, Mendel Konikov |
| Don Betterton | Princeton University | 2/22/24 | FNF: Ted Normand | FNF: Peter Bach-y-Rita; Richard Cipolla |

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ EXAMINING ATTORNEY | OTHER FIRM/ ATTORNEYS PRESENT AND/OR ASSISTED |
|---|---|---|---|---|
| Robert Mundy | University of Notre Dame | 2/29/24 | FNF: Joe Delich | FNF: Peter Bach-y-Rita; Mendel Konikov |
| Nikki Chun | Caltech | 3/1/24 | FNF: Vel Freedman | FNF: Albert Sabater; Peter Bach-y-Rita; Richard Cipolla |
| Kim Downs-Burns | Middlebury College | 3/5/24 | FNF: Ted Normand | FNF: Peter Bach-y-Rita; Richard Cipolla; Bianca Nachmani |
| Robert Donaghey | Middlebury College | 3/6/24 | FNF: Richard Cipolla | FNF: Peter Bach-y-Rita |
| Sharon Patterson | Caltech | 3/8/24 | FNF: Richard Cipolla | FNF: Vel Freedman; Albert Sabater |
| Megan Arleth | Consortium on Financing Higher Education | 3/8/24 | BMPC: Hope Brinn | FNF: Peter Bach-y-Rita |
| Brian Hill | Carnegie Mellon University | 3/14/24 | FNF: Joe Delich | FNF: Vel Freedman |
| Caltech 30(b)(6) | Caltech | 3/20/24 | FNF: Vel Freedman | FNF: Albert Sabater, Richard Cipolla |
| MaryFrances McCourt | University of Pennsylvania | 3/22/24 | FNF: Joe Delich | FNF: Vel Freedman; Richard Cipolla; Mendel Kokinov |
| Sarah Donahue | Harvard University | 3/26/24 | FNF: Ted Normand | FNF: Peter Bach-y-Rita |
| University of Pennsylvania 30(b)(6) | University of Pennsylvania | 3/26/24 | GLC: Robert Raymar | GLC: Rina Niyogi; Natasha Zaslove<br><br>FNF: Richard Cipolla |

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ EXAMINING ATTORNEY | OTHER FIRM/ ATTORNEYS PRESENT AND/OR ASSISTED |
|---|---|---|---|---|
| Stanford 30(b)(6) | Stanford University | 3/27/24 | FNF: Ted Normand | FNF: Peter Bach-y-Rita; Richard Cipolla; Vel Freedman |
| Heather Nichols | Cornell University | 3/28/24 | FNF: Ivy Ngo | FNF: Joseph Delich |
| Sandra Baum | College Board | 3/29/24 | FNF: Ted Normand | FNF: Richard Cipolla, Peter Bach-y-Rita |
| Johns Hopkins 30(b)(6) | Johns Hopkins University | 4/1/24 | FNF: Richard Cipolla | FNF: Joseph Delich; Vel Freedman |
| Notre Dame 30(b)(6) | Notre Dame | 4/3/24 | FNF: Ted Normand | FNF: Joseph Delich |
| New York University 30(b)(6) | New York University | 4/12/24 | FNF: Joseph Delich | FNF: Ted Normand |
| Amherst College 30(b)(6) | Amherst College | 4/12/24 | FNF: Joseph Delich | |

    n.  Preparing and defending seven of the eight Plaintiff depositions, including:

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ DEFENDING ATTORNEY |
|---|---|---|---|
| Alexander Leo-Guerra | Duke University | August 25, 2023 | FNF: Richard Cipolla |
| Brandon Piyevsky | Northwestern University | August 28, 2023 | FNF: Richard Cipolla |
| Cameron Williams | Vanderbilt University | September 7, 2023 | FNF: Richard Cipolla |

| WITNESS | AFFILIATION | DATE(S) | PRIMARY FIRM/ DEFENDING ATTORNEY |
|---|---|---|---|
| Andrew Corzo | University of Chicago | September 8, 2023 | FNF: Richard Cipolla |
| Benjamin Shumate | Brown University | September 12, 2023 | FNF: Richard Cipolla |
| Sia Henry | Duke University | September 15, 2023 | FNF: Richard Cipolla |
| Michael Maerlender | Vanderbilt University | September 18, 2023 | FNF: Richard Cipolla |

       o.   Preparing and defending half-day depositions of two of the Plaintiffs' parents;

       p.   Principally drafting Plaintiffs' responses and objections to Defendants' 45 interrogatories;

       q.   Principally drafting Plaintiffs' responses and objections to Defendants' 29 requests for production.

       r.   Principally drafting motions to compel and defending against various motions to compel and motions for protective orders;

       s.   Principally drafting and coordinating with Defendants the filing of 25 joint status reports, as well as attending and participating in seven status conferences;

       t.   Co-leading the work with experts, including hundreds of hours spent working with multiple economists in connection with multiple aspects of the case, including the provision of information for the settlement process and the preparation of expert reports.

       5.   The accompanying Joint Declaration of myself, Robert D. Gilbert, and Eric L. Cramer in Support of Plaintiffs' Memorandum of Law in Support of Their Motion for Award Of

Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards for the Class provides

additional information and detail concerning Settlement Class Counsel's work in this Action.

6.     The lodestar amount reflected in Exhibit A is for work performed by attorneys

and professional staff at, or affiliated with, FNF for the benefit of the Settlement Class. The

hourly rates for the attorneys and professional staff reflected in Exhibit A are the usual and

customary hourly rates that FNF uses in similar contingent complex litigation or other matters.

FNF performed its work in this Action on a contingent basis.

7.     My firm has expended a total of $996,717.71 in unreimbursed costs and expenses

in connection with the prosecution of the Action from inception of the case through and

including March 31, 2024. These costs are set forth in the Schedule attached as Exhibit B and are

reflected on FNF's books and records. FNF incurred on behalf of the Settlement Class and they

have not been reimbursed.

8.     I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.


Executed this 29th day of April, 2024, in New York.


                                                    */s/ Edward Normand*_____
                                                    Edward Normand

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | **Hon. Matthew F. Kennelly** |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**EXHIBIT A TO THE**
**DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIONS,**
**REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES**

**Reported Hours and Historical Lodestar**

Inception through March 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Richard Cipolla | P | 40.9 | $800 | $32,720 | 2022 |
| Richard Cipolla | P | 849.2 | $840 | $713,328 | 2023 |
| Richard Cipolla | P | 411.7 | $920 | $378,764 | 2024 |
| Joseph Delich | P | 435 | $880 | $382,800 | 2023 |
| Joseph Delich | P | 345.8 | $930 | $321,594 | 2024 |
| Constantine Economides | P | 12.5 | $890 | $11,125 | 2023 |
| Devin (Velvel) Freedman | P | 75.2 | $1,200 | $89,280 | 2022 |
| Devin (Velvel) Freedman | P | 527.5 | $1,250 | $635,755 | 2023 |
| Devin (Velvel) Freedman | P | 263.6 | $1,250 | $329,500 | 2024 |
| Ted Normand | P | 2 | $1,100 | $2,200 | 2020 |
| Ted Normand | P | 184 | $1,100 | $202,400 | 2021 |
| Ted Normand | P | 997.7 | $1,100 | $1,097,470 | 2022 |
| Ted Normand | P | 1659.5 | $1,100 | $1,825,450 | 2023 |
| Ted Normand | P | 555.9 | $1,250 | $694,875 | 2024 |
| Alex Potter | P | 96.9 | $880 | $85,272 | 2022 |
| Alex Potter | P | 0.2 | $930 | $186 | 2024 |
| Kyle Roche | P | 8.2 | $960 | $7,872 | 2021 |
| Kyle Roche | P | 29.9 | $1,200 | $29,784 | 2022 |
| Eric Rosen | P | 16 | $940 | $15,040 | 2021 |
| Eric Rosen | P | 38 | $940 | $35,720 | 2022 |
| Colleen Smeryage | P | 7.4 | $880 | $6,512 | 2023 |
| William Dzurilla | C | 62.6 | $890 | $55,714 | 2023 |
| Ivy Ngo | C | 527.8 | $940 | $496,132 | 2023 |
| Ivy Ngo | C | 284.8 | $990 | $281,952 | 2024 |
| Peter Bach-y-Rita | A | 533.4 | $840 | $448,056 | 2020 and before |

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Peter Bach-y-Rita | A | 102.2 | $840 | $85,848 | 2021 |
| Peter Bach-y-Rita | A | 705.4 | $840 | $592,536 | 2022 |
| Peter Bach-y-Rita | A | 1265.7 | $880 | $1,113,816 | 2023 |
| Peter Bach-y-Rita | A | 340.8 | $890 | $303,312 | 2024 |
| Kelvin Goode | A | 9.4 | $800 | $7,520 | 2022 |
| Stephen Lagos | A | 62.3 | $710 | $44,233 | 2022 |
| Stephen Lagos | A | 71.3 | $825 | $58,823 | 2024 |
| Warren Li | A | 70.1 | $800 | $56,080 | 2022 |
| Bianca Nachmani | A | 45.7 | $630 | $28,791 | 2023 |
| Bianca Nachmani | A | 177.8 | $650 | $115,570 | 2024 |
| Niraj Thakker | A | 0.9 | $750 | $675 | 2023 |
| Thomas Trabue | A | 139.6 | $600 | $83,760 | 2023 |
| Thomas Trabue | A | 146.3 | $650 | $95,095 | 2024 |
| Mendel Konikov | SAS | 211.9 | $550 | $116,545 | 2023 |
| Mendel Konikov | SAS | 547 | $585 | $319,995 | 2024 |
| Albert Sabater | SAS | 264.8 | $550 | $145,640 | 2023 |
| Albert Sabater | SAS | 577.5 | $585 | $337,838 | 2024 |
| Dyer, Daniel | SA | 628 | $550 | $345,400 | 2024 |
| Tonya Fitzpatrick | SA | 441.6 | $550 | $242,880 | 2024 |
| Brian Fox | SA | 2397 | $500 | $1,198,500 | 2023 |
| Brian Fox | SA | 760 | $550 | $418,000 | 2024 |
| Gwendolyn Hailey | SA | 463.6 | $500 | $231,800 | 2023 |
| Gwendolyn Hailey | SA | 514.5 | $550 | $282,975 | 2024 |
| Julie Hamner | SA | 272.6 | $500 | $136,300 | 2023 |

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Korlyn Howard Tate | SA | 489.5 | $500 | $244,750 | 2023 |
| Korlyn Howard Tate | SA | 482.5 | $550 | $265,375 | 2024 |
| Andrew McGooey | SA | 1312.6 | $500 | $656,300 | 2023 |
| Andrew McGooey | SA | 505.9 | $550 | $278,245 | 2024 |
| Alonna Murray-Brown | SA | 463 | $550 | $254,350 | 2023 |
| Alonna Murray-Brown | SA | 468.5 | $550 | $257,675 | 2024 |
| Yisroel Schwartz | SA | 118.6 | $500 | $59,300 | 2023 |
| Yisroel Schwartz | SA | 388.5 | $550 | $213,675 | 2024 |
| Karen Slawson | SA | 2133.6 | $500 | $1,066,800 | 2023 |
| Karen Slawson | SA | 529.9 | $550 | $291,445 | 2024 |
| Richard Slawson | SA | 1865.2 | $500 | $932,600 | 2023 |
| Richard Slawson | SA | 557 | $550 | $306,350 | 2024 |
| Robert Valenti | SA | 2566.8 | $500 | $1,283,400 | 2023 |
| Robert Valenti | SA | 780 | $550 | $429,000 | 2024 |
| Rand Zumwalt | SA | 468.1 | $550 | $257,455 | 2024 |
| Athanasia Karadjas | DLS | 1 | $275 | $275 | 2021 |
| Athanasia Karadjas | DLS | 130 | $275 | $35,750 | 2022 |
| Athanasia Karadjas | DLS | 488.4 | $295 | $144,078 | 2023 |
| Athanasia Karadjas | DLS | 277.8 | $300 | $83,340 | 2024 |
| Alysa Cannon | PL | 37.1 | $240 | $8,310 | 2022 |
| Alysa Cannon | PL | 268.4 | $240 | $64,416 | 2023 |

| NAME | POSITION | HOURS | RATE | LODESTAR | YEAR |
|---|---|---|---|---|---|
| Alysa Cannon | PL | 60.6 | $245 | $14,847 | 2024 |
| Christina Larkin | PL | 0.8 | $240 | $192 | 2022 |
| Marijanne Revilla | PL | 11.6 | $345 | $4,002 | 2022 |
| Marijanne Revilla | PL | 34.7 | $345 | $11,972 | 2023 |
| Marijanne Revilla | PL | 52.1 | $345 | $17,975 | 2024 |
| Erika Ramirez | AA | 1.7 | $200 | $340 | 2023 |
| Emma Van Ness | I | 0.9 | $100 | $90 | 2023 |
| Eleanor Wenners | I | 17.6 | $100 | $1,760 | 2023 |
| Darcy Whitman | I | 36.3 | $100 | $3,630 | 2022 |
| **TOTAL** | | **32,730** | | **$21,729,128** | |

**Reported Total Hours and Blended Rate Lodestar**
Inception through March 31, 2024

| NAME | POSITION | HOURS | BLENDED RATE | LODESTAR |
|---|---|---|---|---|
| Cipolla, Richard | P | 1301.8 | $864.04 | $1,124,812 |
| Delich, Joseph | P | 780.8 | $902.14 | $704,394 |
| Economides, Constantine | P | 12.5 | $890.00 | $11,125 |
| Freedman, Devin (Velvel) | P | 866.3 | $1,217.29 | $1,054,535 |
| Normand, Ted | P | 3399.1 | $1,124.53 | $3,822,395 |
| Potter, Alex | P | 97.1 | $880.10 | $85,458 |
| Roche, Kyle | P | 38.1 | $988.35 | $37,656 |
| Rosen, Eric | P | 54 | $940.00 | $50,760 |
| Smeryage, Colleen | P | 7.4 | $880.00 | $6,512 |
| Dzurilla, William | C | 62.6 | $890.00 | $55,714 |
| Ngo, Ivy | C | 812.6 | $957.52 | $778,084 |
| Bach-y-Rita, Peter | A | 2947.5 | $862.96 | $2,543,568 |
| Goode, Kelvin | A | 9.4 | $800.00 | $7,520 |
| Lagos, Stephen | A | 133.6 | $771.37 | $103,056 |
| Li, Warren | A | 70.1 | $800.00 | $56,080 |
| Nachmani, Bianca | A | 223.5 | $645.91 | $144,361 |
| Thakker, Niraj | A | 0.9 | $750.00 | $675 |
| Trabue, Thomas | A | 285.9 | $625.59 | $178,855 |
| Konikov, Mendel | SAS | 758.9 | $575.23 | $436,540 |
| Sabater, Albert | SAS | 842.3 | $574.00 | $483,478 |
| Dyer, Daniel | SA | 628 | $550.00 | $345,400 |
| Fitzpatrick, Tonya | SA | 441.6 | $550.00 | $242,880 |
| Fox, Brian | SA | 3157 | $512.04 | $1,616,500 |

6

| NAME | POSITION | HOURS | BLENDED RATE | LODESTAR |
|---|---|---|---|---|
| Hailey, Gwendolyn | SA | 978.1 | $526.30 | $514,775 |
| Hamner, Julie | SA | 272.6 | $500.00 | $136,300 |
| Howard Tate, Korlyn | SA | 972 | $524.82 | $510,125 |
| McGoey, Andrew | SA | 1818.5 | $513.91 | $934,545 |
| Murray-Brown, Alonna | SA | 931.5 | $549.68 | $512,025 |
| Schwartz, Yisroel | SA | 507.1 | $538.31 | $272,975 |
| Slawson, Karen | SA | 2663.5 | $509.95 | $1,358,245 |
| Slawson, Richard | SA | 2422.2 | $511.50 | $1,238,950 |
| Valenti, Robert | SA | 3346.8 | $511.65 | $1,712,400 |
| Zumwalt, Rand | SA | 468.1 | $550.00 | $257,455 |
| Karadjas, Athanasia | DLS | 897.2 | $293.63 | $263,443 |
| Cannon, Alysa | PL | 366.1 | $239.21 | $87,573 |
| Larkin, Christina | PL | 0.8 | $240.00 | $192 |
| Revilla, Marijanne | PL | 98.4 | $345.00 | $33,948 |
| Ramirez, Erika | AA | 1.7 | $200.00 | $340 |
| Van Ness, Emma | I | 0.9 | $100.00 | $90 |
| Wenners, Eleanor | I | 17.6 | $100.00 | $1,760 |
| Whitman, Darcy | I | 36.3 | $100.00 | $3,630 |
| **TOTAL** | | **32,730** | **663.24** | **$21,729,128** |

**Role Legend**

P      Partner
C      Counsel
A      Associate

| SAS | Staff Associate |
| SA | Staff Attorney |
| DLS | Director of Legal Support |
| PL | Paralegal |
| AA | Administrative Assistant |
| I | Summer Intern |

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br><br>**Hon. Matthew F. Kennelly** |

## EXHIBIT B TO THE
## DECLARATION OF EDWARD NORMAND IN SUPPORT OF PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIONS, <u>REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES</u>

**Reported Expenses on Behalf of Plaintiffs**
Inception through March 31, 2024

| Category | Amount |
|---|---|
| Court Fees | $751.00 |
| Court Reports | $594.35 |
| Database Hosting Services | $7,383.96 |
| Litigation Fund | $906,000.00 |
| Miscellaneous | $32,382.33 |
| Photocopying | $822.20 |
| Postage | $1,941.84 |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | $46,842.03 |
| **Total** | **$996,717.71** |