**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF FILING UNDER SEAL**

Pursuant to Paragraph 10(b) of the Second Amended Confidentiality Order entered by the Court in the above-captioned litigation (ECF No. 608), Plaintiffs hereby serve notice of filing provisionally under seal Plaintiffs' Motion and Memorandum of Law In Support of Plaintiffs' Motion For Leave to Reopen the 30(b)(6) Deposition of Defendant MIT and to Compel MIT to Provide a Designee Knowledgeable About Certain Limited Topics, under the Second Amended Confidentiality Order.

A copy of the aforementioned filing is being served today upon counsel for all parties via email.

Pursuant to Paragraph 10(c) of the Second Amended Confidentiality Order, Plaintiffs reserve their rights to oppose any Motion to Seal filed by a producing party.

Dated: May 14, 2024                                          Respectfully Submitted,

/s/ Robert D. Gilbert                                        /s/ Edward J. Normand
Robert D. Gilbert                                            Devin "Vel" Freedman
Elpidio Villarreal                                           Edward J. Normand
Robert S. Raymar                                             Richard Cipolla
David Copeland                                               Joseph Delich
Steven Magnusson                                             Peter Bach-y-Rita
Natasha Zaslove                                              FREEDMAN NORMAND FRIEDLAND LLP
GILBERT LITIGATORS & COUNSELORS,                             99 Park Avenue
P.C.                                                         Suite 1910
11 Broadway, Suite 615                                       New York, NY 10016
New York, NY 10004                                           Tel: 646-350-0527
Tel: 646-448-5269                                            vel@fnf.law
rgilbert@gilbertlitigators.com                               tnormand@fnf.law
pdvillarreal@gilbertlitigators.com                           rcipolla@fnf.law
rraymar@gilbertlitigators.com                                jdelich@fnf.law
dcopeland@gilbertlitigators.com                              pbachyrita@fnf.law
smagnusson@gilbertlitigators.com
nzaslove@gilberlitigators.com

/s/ Ellen T. Noteware                                        Ivy Ngo
Eric L. Cramer                                               FREEDMAN NORMAND FRIEDLAND LLP
Ellen T. Noteware                                            1 SE 3d Avenue Suite 1240
David Langer                                                 Miami, FL 33131
Jeremy Gradwohl                                              Tel: 786-924-2900
BERGER MONTAGUE PC                                           ingo@fnf.law
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
BERGER MONTAGUE PC
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Daniel J. Walker
Robert E. Litan
Hope Brinn
BERGER MONTAGUE PC
1001 G Street, NW Suite 400 East
Washington, DC 20001
Tel: 202-559-9745
dwalker@bm.net
rlitan@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*