# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al().

                          Plaintiff,

v.                                                          Case No.: 1:22−cv−00125
                                                              Honorable Matthew F. Kennelly

Brown University, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs have filed under seal a motion to compel relating to defendant Massachusetts Institute of Technology. Plaintiffs are directed to promptly file in the public record a redacted version of the motion. Any objection to the motion is to be filed by 5/22/2024. A video hearing on the motion is set for 5/24/2024 at 9:30 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the hearing. By no later than 5/20/2024, a written point−by−point justification for filing the motion under seal is to be filed, by whatever party or parties contends that all or part of the motion is properly filed under seal. Unless this is done, the Court will direct the unsealing of the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.