May 16, 2024

**VIA ECF**
Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Courtroom 2103
Chicago, IL 60604

**Re:** *Henry, et al. v. Brown University, et al.*, No. 1:22-cv-00125 (N.D. Ill.)

Dear Judge Kennelly:

      Plaintiffs and Defendant MIT jointly seek clarification of the Court's Minute Entry (ECF No. 686) ("Minute Order") regarding Plaintiffs' filing of a Motion to Compel MIT under seal (ECF No. 685) (the "Motion to Compel"). The Minute Entry permits MIT to move to seal the Motion to Compel by May 20, 2024 with a point-by-point justification, that Plaintiffs reserve the right to oppose. However, the Minute Order also instructs Plaintiffs to "promptly" file a redacted version of the Motion to Compel on the public docket. Plaintiffs and Defendant MIT respectfully ask the Court to clarify that Plaintiffs are to wait until after the Court resolves any motion to seal before filing a public version of the Motion to Compel.

| | |
|---|---|
| /s/ Richard Schwartz | /s/ Daphne Lin |
| Richard Schwartz | Jan Rybnicek |
| BERGER MONTAGUE PC | Daphne Lin |
| 1720 W Division | FRESHFIELDS BRUCKHAUS |
| Chicago, IL 60622 | DERINGER |
| Tel: 773-257-0255 | 700 13th Street, NW |
| rschwartz@bm.net | Washington, DC 20005 |
| | Tel.: 202-777-4500 |
| | jan.rybnicek@freshfields.com |
| | daphne.lin@freshfields.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Massachusetts Institute of Technology* |