## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                        Plaintiff,

v.                                                     Case No.: 1:22−cv−00125
                                                     Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties have requested clarification of the Court's order requiring the filing of a redacted version of plaintiffs' motion to compel regarding MIT pending determination of whether and to what extent the motion may be maintained under seal (it has been provisionally filed under seal). The Court sees no need to clarify the order; it is clear on its face. A redacted version is to be filed now, so that the public is aware of the contents of the motion that have not been designated as confidential under the protective order(s), even if a revised redacted version may have to be filed later after the Court adjudicates the extent to which the motion may be sealed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.