# Exhibits 1-25
# (all exhibits filed entirely under seal at the request of Defendant MIT)