# Exhibit 2

# Freshfields Bruckhaus Deringer US LLP

**XIAOXI TU**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel +1 (646) 863-1627
xiaoxi.tu@freshfields.com

**By Email and Secure File Transfer**

January 5, 2024

To Plaintiffs' Counsel Listed Below

Re: *Henry et al. v. Brown University et al. (N.D. Ill., No. 1:22-cv-00125)*

    I write on behalf of Defendant Massachusetts Institute of Technology (**MIT**). Subject to and in accordance with both the Confidentiality Order and the Order Regarding FERPA and the Production of Certain Documents and Information entered by the Court, MIT is producing via Secure File Transfer a production of documents in two volumes. This production includes (1) documents responsive to Plaintiffs' Fifth Set of Requests for Production, subject to MIT's October 30, 2023, Responses and Objections to those requests (volume MITLIT023); and (2) go-get documents from MIT's Resource Development department (volume MITLIT024). The passwords to decrypt the files will be sent by email.

Very truly yours,

/s/ Xiaoxi Tu

Xiaoxi Tu

(Enclosures)



2|2

<u>Submitted by Electronic Mail and Secure File Transfer to Plaintiffs' Counsel:</u>

Edward Normand
Peter Bach-y-Rita
Richard Cipolla
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016

Devin Freeman
Ivy Ngo
Freedman Normand Friedland LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131

Robert D. Gilbert
Elpidio Villarreal
Robert Sol Raymar
Alexis Marquez
Steven Magnusson
Sarah Elizabeth Schuster
David Copeland
Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

Eric L. Cramer
Caitlin Coslett
Ellen Noteware
Hope Brinn
Richard Schwartz
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Robert E. Litan
Daniel J. Walker
Berger Montague PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006

US-LEGAL-12451122/3  118935-0004