# Exhibit 8

Filed Under Seal

| | |
|---|---|
| **Date:** | Thursday, September 1 2016 11:03 AM |
| **Subject:** | RE: Admissions & Financial Aid Briefing Book: Fall 2016 - Deadline? |
| **From:** | Amy L Cocchiarella |
| **To:** | Stuart Schmill <stucrew@mit.edu>; Rachel E Kay <rkay@mit.edu>; |
| **CC:** | Leslie C Bridson <lbridson@mit.edu>; Matt McGann <madmatt@mit.edu>; |
| **Attachments:** | 2016 Admissions and Financial Aid Briefing Book v1.pdf |

Hi all,

Attached is the first version of the Briefing Book. Please take a look and let me know if any changes need to be made.

Thank you to Rachel for her part in this!

Sincerely,
Amy

**Amy Cocchiarella**
*Sr. Data Analyst, Student Financial Services*
*Massachusetts Institute of Technology*
*77 Massachusetts Avenue*
*Building 11-120*
*Cambridge, MA 02139-4307*
*phone: (617) 258-0716*
*email: acocchi@mit.edu*

**From:** Stuart Schmill
**Sent:** Thursday, September 01, 2016 8:56 AM
**To:** Rachel E Kay <rkay@mit.edu>
**Cc:** Amy L Cocchiarella <acocchi@mit.edu>; Leslie C Bridson <lbridson@mit.edu>; Matt McGann <madmatt@mit.edu>
**Subject:** Re: Admissions & Financial Aid Briefing Book: Fall 2016 - Deadline?

Thanks, Rachel, this looks good to go now.
—Stu

> On Aug 31, 2016, at 4:24 PM, Rachel E Kay <rkay@mit.edu> wrote:
>
> By the chart on page 5...you mean no labels? If so, I repasted as a pic, so it should be okay now. And I deleted that line.
>
> Let me know if anything else should change.
>
> -Rachel
>
> **From:** Stuart Schmill
> **Sent:** Wednesday, August 31, 2016 8:46 AM
> **To:** Amy L Cocchiarella <acocchi@mit.edu>
> **Cc:** Rachel E Kay <rkay@mit.edu>; Leslie C Bridson <lbridson@mit.edu>
> **Subject:** Re: Admissions & Financial Aid Briefing Book: Fall 2016 - Deadline?
>
> Hi Amy,

I haven't seen this yet, but I think it must be a draft, as the chart on page 5 doesn't have any figures. I also believe the very last line of the text is not right - or at least not what I think is right. I think we want to delete that line:

[redacted]

Also - we'll want to add "Confidential" to all pages.

These should be easy to edit, and Rachel is back from vacation today, so she can make these changes.

Thanks!
Stu

> On Aug 30, 2016, at 1:20 PM, Amy L Cocchiarella <acocchi@mit.edu> wrote:
>
> Hi Stu,
>
> Leslie is performing one last check of the financial aid portion of the Briefing Book. Attached is what Rachel sent me for the Admissions portion. Is this still a draft version? If so, please let me know when you think it will be finalized as I know you wanted the Briefing Book done today so it could be sent to the EMG group.
>
> Thank you,
> Amy
>
> **Amy Cocchiarella**
> *Sr. Data Analyst, Student Financial Services*
> *Massachusetts Institute of Technology*
> *77 Massachusetts Avenue*
> *Building 11-120*
> *Cambridge, MA 02139-4307*
> *phone: (617) 258-0716*
> *email: acocchi@mit.edu*
>
> ---
>
> **From:** Stuart Schmill
> **Sent:** Friday, August 12, 2016 7:20 AM
> **To:** Amy L Cocchiarella <acocchi@mit.edu>
> **Cc:** Rachel E Kay <rkay@mit.edu>; Leslie C Bridson <lbridson@mit.edu>
> **Subject:** Re: Admissions & Financial Aid Briefing Book: Fall 2016 - Deadline?
>
> Thanks, Amy!
> Stu
>
>> On Aug 11, 2016, at 2:31 PM, Amy L Cocchiarella <acocchi@mit.edu> wrote:
>>
>> I will plan to have it completed by August 30th then. Rachel – please let me know if there will be any issues with this.

CONFIDENTIAL

Thank you,
Amy

**Amy Cocchiarella**
*Sr. Data Analyst, Student Financial Services*
*Massachusetts Institute of Technology*
*77 Massachusetts Avenue*
*Building 11-120*
*Cambridge, MA 02139-4307*
*phone: (617) 258-0716*
*email: acocchi@mit.edu*

---

**From:** Stuart Schmill
**Sent:** Thursday, August 11, 2016 2:28 PM
**To:** Amy L Cocchiarella <acocchi@mit.edu>
**Cc:** Rachel E Kay <rkay@mit.edu>; Leslie C Bridson <lbridson@mit.edu>
**Subject:** Re: Admissions & Financial Aid Briefing Book: Fall 2016 - Deadline?

Hi Amy,
Thanks so much for raising this. Last year I see we emailed the book to the group two days before the EMG meeting, which last year was much later (9/24 was the meeting). So if we want to email the book out to the group two days before, on Sept 6, we'll want to have a completion date the week before, so we can do any last minute checks, etc.
Thanks!
Stu

> On Aug 11, 2016, at 12:41 PM, Amy L Cocchiarella <acocchi@mit.edu> wrote:
>
> Hi Stu,
>
> I'm going to start prepping for the September 8th EMG meeting and that includes getting the Briefing Book ready. Please let me know when you want to email the book to EMG members so I can set my deadline for completion prior to that. I will work with Rachel to ensure we meet our deadline.
>
> Thank you,
> Amy
>
> **Amy Cocchiarella**
> *Sr. Data Analyst, Student Financial Services*
> *Massachusetts Institute of Technology*
> *77 Massachusetts Avenue*
> *Building 11-120*
> *Cambridge, MA 02139-4307*
> *phone: (617) 258-0716*
> *email: acocchi@mit.edu*

CONFIDENTIAL

----

Stu Schmill
Dean of Admissions and Student Financial Services
Massachusetts Institute of Technology

----

Stu Schmill
Dean of Admissions and Student Financial Services
Massachusetts Institute of Technology

----

Stu Schmill
Dean of Admissions and Student Financial Services
Massachusetts Institute of Technology

<Admissions Briefing Book Draft 2016 v2.docx>

----

Stu Schmill
Dean of Admissions and Student Financial Services
Massachusetts Institute of Technology

CONFIDENTIAL