# Exhibit 17


Massachusetts Institute of Technology

# Resource Development
# Job Description

**Position title:** Senior Leadership Giving Officer, Admissions
**Job Title:** Major Gifts Officer 3
**Office:** Leadership Giving
**Reports to:** Senior Directors of Leadership Giving (NY & West Coast)
**Supervises:** Supervision over shared support staff
**Personnel Category:** Administrative Staff
**Job Track & Level:** Individual Contributor 4
**Pay grade:** 11

## General Responsibilities:
The Senior Leadership Giving Officer (SLGO), Admissions identifies, cultivates, solicits and stewards prospective international donors who are capable of making gifts of $100,000 to $5M, and in some cases, beyond $5M. This position manages and builds successful fundraising strategies for a portfolio by creating individualized solicitation plans, and small cultivation events as appropriate, leading to major gifts in support of MIT's fundraising priorities. This position collaborates with Resource Development and Alumni Association staff, school-based fundraisers, senior Institute officers, faculty, alumni, volunteers, donors and members of the Corporation Development Committee.

## Characteristic Duties:
In the process of conducting business, the SLGO, is expected to perform with professionalism, initiative, collegiality and integrity to create an atmosphere of cooperation and collaboration that will ensure the success of the entire office team and its fundraising goals.

Portfolio Management (50%)
The primary objective of the SLGO, is to identify, cultivate, solicit and steward donors and prospects with the capacity to make a financial commitment of $100,000 and to $5M to MIT. The SLGO maintains a portfolio of approximately 150 prospects representing a major and mid-market (and possibly micro market) all internationally. By becoming familiar with and articulate about MIT, including its mission, culture, academic programs and fundraising objectives, the SLGO creates individualized solicitation plans leading to major gifts in support of MIT's fundraising priorities. It is expected that 50% of a gift officer's time is focused on meeting with prospects and donors, either on the road or at MIT. SLGOs are responsible for identifying their top portfolio prospects and determining fundraising objectives.
- Identifies and increases funding from major donors in assigned domestic regions through effective identification, qualification, cultivation and solicitation.
- Manages prospects primarily in the in the 2.0 to 4.0 range with some at the 1.0 level that have the capacity to make major gifts to MIT.
- Collaborates with the Office of Philanthropic Partnerships to align appropriate prospect strategy for region.

August 2019

CONFIDENTIAL MITLIT-000659228


Massachusetts Institute of Technology

- Develops fiscal year plans and methods to meet strategic goals.
- Arranges for prospects to visit campus where possible and meet with appropriate MIT staff and faculty.
- Maintains strong communication links with cross-campus Advancement gift staff to ensure a coordinated approach to prospects.
- Counsels MIT's leadership, including Senior Administrative and Academic staff, on cultivation and solicitation strategies to be followed for selected prospective donors. Arranges prospect meetings, appointments and other contacts for Institute officers.
- Provides timely and constructive contact reports to all interested parties and deliver timely and effective follow-up to prospects and donors.
- Works collaboratively with the Office of Donor Relations and other offices to maintain a strong stewardship strategy for portfolio donors.
- Works with relevant stakeholders and colleagues to conceive, execute and staff regional events--ranging from dinners, meetings, and receptions.

Program and Volunteer Management (40%)
- Manage relationship with the Dean of Admissions on behalf of Resource Development and serve as strategist in drafting talking points for the Dean and student or family who requests these meetings.
- Develop tracking system for relevant Admissions cases and follow-up.
- Develop annual timeline and plan to ensure that appropriate admissions related training is conducted across all resource development staff and volunteer groups. Execute plan and trainings.
- Establish a partnership with the Admissions Office to design an appropriate communications program for admitted students with the goal to increase the number of potentially high capacity families who contribute philanthropically to MIT.
- Partner closely with the Leadership Giving Officer, Parents as well as other MIT fundraisers on Admissions-related topics within his/her prospect portfolio.
- Counsels Institute officers, including Senior Administrative and Academic staff, on cultivation and solicitation strategies that promote funding opportunities to families and non-affiliated parents of current and past students.
- Work closely with a small number of volunteers to aid in the cultivation, solicitation and stewardship of prospects and donors. These volunteers will be primarily from the Corporation Development Committee (CDC).
- Develop and/or enhance existing business plans for volunteer groups tasked with supporting the fundraising efforts of the Institute. These plans must share a carefully integrated theme of cooperation, coordination and care for current and past volunteers.
- Identify, recruit, train, support, and deploy volunteers on activities that aid in the cultivation of major gifts.
- Works with volunteers to arrange specific prospect assignments. Review local volunteer assignments to ensure prospect strategies are implemented.
- Works with volunteers on events ranging from dinners, meetings and academic-related events in support of fundraising objectives.

August 2019

CONFIDENTIAL

MITLIT-000659229



- Serves as a resource to volunteers by providing prospect research as required, arranging for proposals, etc.

Other Duties as Required (10%)
- In the course of fulfilling the basic responsibilities of portfolio and volunteer management, activities and support related to events and participation on one or more internal committees of the OLG or Resource Development may be required. Potential to mentor more junior and less experienced gift officers.
- Responsible for effective staff management including hiring and orientation, training and development, workflow and performance management, and the development of a diverse, equitable, inclusive, and innovative work environment that promotes creativity and innovation.

**Qualifications:**
Bachelor's degree required. Minimum 5 years of direct fundraising experience required. Demonstrated ability to deal effectively with the benefactors and prospects of the Institute with a proven track record for closing major gifts. Excellent interpersonal skills, particularly the ability to establish effective working relationships with colleagues, faculty, and volunteers; and a proven record of accomplishment in a position requiring independent planning and efficient utilization of time and resources. Seek individuals with well-proven human relations and communications skills, familiarity with business travel and willingness to travel approximately 30% of the time. Familiarity with the business markets within the territory a plus. Advanced education desirable. Experience in a higher education organization preferred.

August 2019

CONFIDENTIAL