# Exhibit 19
Filed Under Seal



### Resource Development/Admissions Guidebook
### (FOR INTERNAL USE, DO NOT CIRCULATE DOCUMENT TO PROSPECTS)

**1. What are some basic freshman application instructions and processes a relationship manager can share?**

MIT has two freshman application cycles: Early Action (EA) and Regular Action (RA). The Early Action Application Deadline is November 1, with an Interview Scheduling Deadline of October 20. The Regular Action Deadline is January 1 with an Interview Scheduling Deadline of December 10.

MIT does not use the Common Application. Instead, we use our own system, which lives at my.mit.edu and goes by the name of MyMIT. All applicants, both domestic and international can apply for Early Action. Our Early Action is non-binding (meaning if a student is admitted Early Action, they are not required to enroll at MIT), and non-restrictive (meaning MIT does not restrict students from applying early to other schools). However, many other selective colleges have restrictive and/or binding early admission policies, and we expect students to abide by those policies. Prospective students should make sure they fully understand the terms of the early admission policies of any other colleges they may be considering applying to early.

Applicants will receive instructions on scheduling their interview through their MyMIT account. Whenever possible, MIT offers an interview with a member of the MIT Educational Council, a network of over 5,000 MIT graduates around the world who volunteer to meet with applicants in their home area.

Once an application is complete, it is read by a senior admissions officer who will consider it in a holistic manner, within its proper context. Strong applications are then evaluated by additional admissions officers in a committee review process, where multiple groups of different admissions staff and faculty members weigh in. ████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

July 26, 2017

**2. What type of visit programs can relationship managers assist with in helping families make the most time out of their MIT visit?**

Encourage your donors to attend the MIT Undergraduate Admissions Information Sessions/Campus Tours. They are typically held once or twice a day, every weekday (usually M-F at 10am and 2pm or 2:30pm, but check the Admissions website as the schedule can vary). The information sessions cover a variety of topics including academics, campus life, and the admissions process. Immediately following the information session is a student-led campus tour. MIT Campus Tours are open to the general public and provide an overview of MIT from the student perspective. They typically share their own MIT stories, experiences, and favorite facts. These 90-minute walking tours cover some of the most popular areas of the campus, including the Student Center, the Zesiger Center, the Infinite Corridor, Killian Court, and the Stata Center. If you are hosting a group of 10 or more people, you may complete the private group request form to request a private tour; please try to do so at least one month in advance of the visit.

There are special tours available for prospective students interested in Course 6, Department of Electrical Engineering and Computer Science (EECS), and those interested in majoring in Course 16, Aeronautics and Astronautics. Those interested in EECS, can schedule a special visit to the department by contacting Anne M. Hunter or Vera Sayzew in the Course 6 Undergraduate Office. Tours of the AeroAstro Department, can be arranged by contacting Marie Stuppard. It is advised to schedule these tours at least 2-4 weeks in advance because they sometimes exceed capacity.

During the academic year, prospective high school juniors and seniors can also sign up for The MIT Shadow a Student Program, which pairs them with MIT undergraduates. They can attend a class, grab some lunch and get an informal tour of campus from a student host. To arrange a shadow, the student can submit

July 26, 2017

ATTORNEYS' EYES ONLY                                                                                     MITLIT-000659216

Shadow a Student Form from their MyMIT account. At least two weeks notice is required to arrange this visit.

If the family you are working with has a student athlete interested in playing varsity sports at MIT, encourage them to contact the coach of that sport by completing the athletics recruiting form and possibly schedule some time to meet the coach during their campus visit. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

### 3. Is the Dean or Director of Admissions able to meet with a student and their family?

In most cases, prospective students and families should be encouraged to take advantage of the campus visit programming detailed in #2 above. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ We should proceed with extra caution when setting up visits during RD trips with applicants and their families during the same fiscal year of their application.

### 4. How should the student and family prepare for their visit?

If a student and /or their parent is meeting with the Admissions Office, it is important to remind the applicant and their family that this meeting is a dialogue to help them have a chance to get their questions answered. They should have specific questions about MIT or the admissions process that are not readily available on the admissions brochures or websites, and are not already covered in an MIT Admissions information session or campus tour.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

July 26, 2017

ATTORNEYS' EYES ONLY

██████████████████████████████

### 5. Beyond qualifications such as GPA and Test Scores, what are some aspects of a good match does the Admissions Office look for?

While grades and scores are important, it's really the match between applicant and Institute that drives MIT's selection process. Some key components include:

- Alignment with MIT's mission to make the world a better place
- Collaborative & cooperative spirit
- Taking initiative and taking risks
- Hands-on creativity and display of "Mind and Hand"
- Intensity, curiosity, and excitement
- The character of the MIT community
- The ability to prioritize balance

More on what MIT Admissions looks for in applicants can be found here: http://mitadmissions.org/apply/process/match

### 6. What is MIT's need-blind, need-based admissions/financial aid policy? What are other schools have a need-blind, need-based policy?

MIT offers full need-blind admissions for every student, domestic and international. Need-blind admissions means an applicant is not disadvantaged in the admissions process because of their financial need. An applicant is not admitted because they can pay for the full cost of attendance (total cost of attendance for 2017-2018 is $67,430), and an applicant is not denied because they cannot afford to pay. For students with family incomes under $90,000 a year, the Institute continues to ensure that scholarship funding will allow them to attend MIT tuition-free, a policy put in place in 2008.

MIT's financial aid policy is need-based, which means that financial aid is awarded solely on the basis of financial need (and not on the basis of merit, such as

July 26, 2017

ATTORNEYS' EYES ONLY

MITLIT-000659218

academic, athletic, artistic, or other types of merti-based scholarship), but meets the full demonstrated financial need of every family.

MIT is one of only five highly selective colleges and universities in the United States that is fully need-blind in their undergraduate admissions policies and meets the full financial need of every student, including international students. The others schools are Amherst College, Harvard University, Princeton University, and Yale University.

### 7. What are some recommended summer programs?

MIT does not offer a traditional open-enrollment summer school program where any high school student can come to campus to take courses and live in the dorms. However, several partner organizations run small, specialized programs on campus including:

- Minority Introduction to Engineering and Science (MITES)
- Research Science Institute (RSI)
- Women's Technology Program (WTP)
- MIT Launch

**Note that admission to (or participation in) any of the summer programs listed in this document does not (in and of itself) impact a student's chances of admission to MIT.** The admissions office advises prospective students to spend their summers pursuing whatever activities are most interesting to them and enriching for their own personal development.

Most summer programs admit all or most students who can pay the high tuition. However, a number of competitive-admission summer programs select only the best students on the basis of merit. A few more include:

- BU Research Internship Program
- Clark Scholar Program
- Garcia Summer Scholars
- High School Summer Science Research Program (HSSSRP)
- High School Honors Science/Mathematics/Engineering Program (HSHSP)

July 26, 2017

ATTORNEYS' EYES ONLY

MITLIT-000659219

- International Summer School for Young Physicists (ISSYP)
- Secondary Student Training Program (SSTP)
- Stanford Institutes of Medicine Summer Research Program (SIMR)
- Student Science Training Program (SSTP)
- QuestBridge College Prep Scholarship
- AwesomeMath
- Canada/USA Mathcamp
- Hampshire College Summer Studies in Mathematics (HCSSiM)
- Texas State Mathworks Honors Summer Math Camp
- MathILy
- Program in Mathematics for Young Scientists (PROMYS)
- The Ross Program
- Stanford University Mathematics Camp (SUMaC)
- Prove It! Math Academy

MIT is also a host campus for:

- Beaver Works Summer Institute
- LLRISE: MIT Lincoln Laboratory Radar Introduction for Student Engineers
- OSC - Oxford Study Courses
- iD Tech Camps
- National Geographic Student Expeditions

**8. What are the top 3 most popular majors? Which majors have the fewest students?**

In FY16, the most popular majors at MIT were Computer Science and Engineering (VI-3) with 667 students, followed by Electrical Engineering and Computer Science (VI-2) with 440 students, then Mechanical Engineering (II-A) with 286 students.

Anthropology (XXI-A), History (XXI-H), and Architecture (IV-B) typically only have 1-2 students per year. Note that while students are asked about their academic interests on the application, they are not admitted based on their indicated area of interest, and admissions does not exercise any preferences based on what applicants

July 26, 2017

indicate their interests to be. Also note that there is one application process for freshman admission regardless of intended major, and all freshmen enter MIT undeclared; they do not have to declare their majors until the end of freshman or sophomore year.



### 10. Do letters of recommendation from MIT-affiliated people help?

Not by virtue of the fact that the recommender is affiliated with MIT. However, if a student has a substantial, long-standing relationship with someone (whether affiliated with MIT or not) whom they think can provide different or additional context beyond the two required teacher recommendations, they are welcome to submit a supplemental letter. Most applicants and most admitted students do not submit any supplemental recommendations.

Forms for Supplemental Recommendations are available through an applicant's MyMIT account. Evaluations from coaches, research mentors, and music teachers should be submitted online via the MIT Admissions Slideroom portfolio system, described here: http://mitadmissions.org/apply/freshman/supplements to ensure privacy and confidentiality.

### 11. What is the difference between applying Early Action versus Regular Action? Is there an advantage or benefit to doing one over the other?

Students are evaluated exactly the same way in Early and Regular Action. There is no preference given based on which deadline a student chooses to apply by. Students

July 26, 2017

ATTORNEYS' EYES ONLY

should choose the deadline that works best for them. Early Action applicants are typically notified of a decision in mid-December, and Regular Action applicants are typically notified in mid-March.

**12. How competitive is MIT to get admitted? How many students does MIT typically admit from the waitlist? As a transfer student?**

MIT is highly selective, meaning less than 10% of the students who apply are admitted. The admissions statistics for the class entering in the fall of 2017, which is the graduating class of 2021 include 20,247 applications, with 1,452 admitted, representing a 7.2% admission rate.

You can share historical statistics published by by MIT Institutional Research and Common Data Set with the families you work with to help properly contextualize the admissions rates so they can better understand the complexity involved in the admissions process and they can make informed decisions about where to apply.

**Freshman wait-listed students**
FY16
Number of qualified applicants offered a place on waiting list  652
Number accepting a place on the waiting list 575
Number of wait-listed students admitted 52

FY15
Number of qualified applicants offered a place on waiting list  633
Number accepting a place on the waiting list 555
Number of wait-listed students admitted 28

**Transfer Applications**
FY16
Number of transfer applicants 490
Number of admitted transfer students 22
Number of transfer students enrolling 20

July 26, 2017

ATTORNEYS' EYES ONLY

FY15
Number of transfer applicants 535
Number of admitted transfer students 18
Number of transfer students enrolling 16

The decision to go to the waitlist is typically made in the 2nd week of May and once waitlisted students are offered admission, they typically have approximately two weeks to decide whether they wish to matriculate at MIT. Most years, the waitlist is only reviewed once, if at all.

### 13. What should an applicant do if they are deferred in Early Action?

The only "new" thing a student needs to do is to send in is the February Updates & Notes (FUN) form. Applicants use the FUN form to tell us their midyear grades and anything new events/awards that have happened. The FUN form is due by February 15th.

Students may not rewrite essays, redo the interview, redo the entire application, or anything like that. Students are deferred because the Admissions Committee wants to reconsider the application (the one the student has already sent) in Regular Action.

Deferred applicants are automatically reconsidered during Regular Action and are at no advantage nor disadvantage for having been deferred in Early Action. In the last few years, MIT has admitted between 100-300 students in RA who were initially deferred in EA.

### 14. What should an applicant do if they are waitlisted?

If a student is wait listed, it means MIT Admissions really liked the student, and the student need not "improve" on their application. Students should, however, continue to get good grades, as MIT may call the school to check on the student's academic progress. Student should also complete the wait list confirmation form, which will be available online in early April. After the student has heard back from all the colleges

July 26, 2017

ATTORNEYS' EYES ONLY
MITLIT-000659223

they've applied to, they should use the form to let MIT know whether they wish to remain on the wait list or not. Next, students should be sure to enroll in a college/university by May 1.

Waitlisted students do not need to submit additional documents, but if they would like to, they can email mitwl@mit.edu and the documents will be added to the application. Excessively emailing MIT will not help the wait list case (and might actually hurt it). MIT recommends sending a note (no more than a page in length) to mitwl@mit.edu in mid-to-late April with an update on what the student has been up to since the last contact.

Here are some things students (and parents) should **not** do: Fly to campus to make the case in person. Send MIT ridiculous items or bribes. Submit a whole new application. Bombard the admissions office with way too much stuff. Be pushy. Be sketchy. Let their grades drop. Not choose another college to attend by May 1.

**15. What percentage of applicants have one or more parents attend MIT?**

In the 2016-2017 admissions cycle, there were ~400 applicants with one or more parents who attended MIT. This comprised less than 2% of the 20,247 total freshman applications received.

**16. Does MIT ever change the admissions decision? Does MIT retract an admissions offer?**

All admissions decisions are final. There is no appeals process for admission decisions.

If a student applies Early Action, their application can be deferred from the Early Action round to the Regular Action round. (Early Action decisions are typically released in mid-December.) If an application is deferred, that means that a student's application is automatically reviewed again in Regular Action. Regular Action decisions are typically released in mid-March.

```
July 26, 2017
```

ATTORNEYS' EYES ONLY

MITLIT-000659224

When Regular Action decisions are released in mid-March, some students may be offered a spot on the wait list.

In very rare cases, MIT does retract admission offers if an admitted student does not maintain strong academic performance or standards of conduct throughout their final year of high school (or the time leading up to enrollment at MIT).

### 17. What is MIT's policy on students taking gap years (or deferring admission)?

We are happy to see students take 1-2 gap year(s) prior to enrollment at MIT. Students who take a gap year often return to their schooling at MIT with a renewed sense of purpose and fare no worse academically than their classmates who choose not to take a gap year.

Generally, students request and are granted a gap year(s) after being admitted to MIT. When a student is admitted, the reply form has three choices: enroll at MIT for the next year, decline MIT's admission offer, or chose to defer admission (gap year) for 1-2 years. Most requests for gap years that are well thought out, and do not involve enrolling full-time in a degree-seeking program at another university, are granted.

### 18. If a student is not admitted, should they reapply to MIT or attempt to apply as a transfer student? How are applicants looked at if they reapply to MIT?

By our policies, students may apply to MIT again, as a freshman (if they have not enrolled in another college) or as a transfer (if they will have completed between 1 and 2.5 years of university study elsewhere). Sometimes reminding students that there are many doors to MIT, including transfer and graduate admission, can ease the sting of the initial denial.



July 26, 2017

ATTORNEYS' EYES ONLY

MITLIT-000659225