I am unsure if I am a part of the settlement class, but I exclue myself from any lawsuits against The University of Notre Dame. I have been away at school and am just receiving the notice today. If my name is listed in the settlement class, I would like it removed. This University has been extremely generous with the financial aid packages for me. The information was not clear to me if Notre Dame was for certain listed for this lawsuit.

I hereby request I be excluded from the Brown, Chicago, Columbia, Duke, Emory, Northwestern, Rice, Vanderbilt, and Yale Settlements in Henry, et al. v. Brown University, el al,, Case No. 1:22-cv-00125

Kylee L Kazenski
115 S Springfield St
Virden, IL 62690

**FILED**

MAY 21 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kylee Kazenski
115 S Springfield St
Virden, IL 62690

Court

United States District Court for the
Northern District of Illinois

Clerk of Court
219 S Dearborn St
Chicago, IL 60604

RECEIVED
MAY 21 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT