# Exhibit 5

| | |
|---|---|
| **From:** | Hope Brinn <hbrinn@bm.net> |
| **Sent:** | Thursday, January 25, 2024 8:43 PM |
| **To:** | TU, Xiaoxi; RYBNICEK, Jan (JRYB) |
| **Cc:** | Robert E. Litan; Ellen Noteware; Jeremy Gradwohl |
| **Subject:** | Re: Deposition Subpoenas for Marilee Jones and Robert Millard |

Jan and Xiaoxi,
In light of Judge Kennelly's colloquy with counsel last Friday, we have decided to withdraw the deposition of Ms. Lucas but reserve the right to seek leave of court for her deposition. In light of this, are you willing to accept service for Mr. Millard and Ms. Jones?
Best,
Hope

**Hope Brinn**/*Associate*

📞 215.875.3014    📱 302.530.6250

 

📍 505 MONTGOMERY STREET SUITE 625
SAN FRANCISCO, CA 94111

---

**From:** TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>
**Sent:** Sunday, January 21, 2024 10:15 PM
**To:** Hope Brinn <hbrinn@bm.net>; RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com>
**Cc:** Robert E. Litan <rlitan@bm.net>; Ellen Noteware <enoteware@bm.net>; Jeremy Gradwohl <jgradwohl@bm.net>
**Subject:** RE: Deposition Subpoenas for Marilee Jones and Robert Millard
Hi Hope, we'll send an invite for 5pm ET tomorrow.
**Xiaoxi Tu**
Senior Associate
she/her

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
+01 (646) 863-1627
Email: xiaoxi.tu@freshfields.com
freshfields.com

**From:** Hope Brinn <hbrinn@bm.net>
**Sent:** Sunday, January 21, 2024 8:17 PM
**To:** RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com>
**Cc:** TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; Robert E. Litan <rlitan@bm.net>; Ellen Noteware <enoteware@bm.net>; Jeremy Gradwohl <jgradwohl@bm.net>
**Subject:** Re: Deposition Subpoenas for Marilee Jones and Robert Millard
We are available tomorrow before 1 pm ET and after 5 pm ET and Tuesday before 11 am ET and after 3:00 ET. Please let us know if any of those windows work for you.

**Hope Brinn**/*Associate*

📞 215.875.3014    📱 302.530.6250

---

 

505 MONTGOMERY STREET SUITE 625
SAN FRANCISCO, CA 94111

---

**From:** RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com>
**Sent:** Friday, January 19, 2024 4:14 PM
**To:** Hope Brinn <hbrinn@bm.net>
**Cc:** TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>
**Subject:** Re: Deposition Subpoenas for Marilee Jones and Robert Millard
Hi Hope -- Would you have time early next week to discuss this?
Thanks. -- Jan
Jan M. Rybnicek
Freshfields
W: +1 202-777-4534
M: +1 703-785-2243

---

**From:** Hope Brinn <hbrinn@bm.net>
**Sent:** Thursday, January 11, 2024 8:24 PM
**To:** RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>
**Cc:** 568 Litigation <568_Litigation@fnf.law>; 568_litigation@gilbertlitigators.com <568_litigation@gilbertlitigators.com>; 568GROUP-DEFS-SERVICE@LIST.WILMERHALE.COM <568GROUP-DEFS-SERVICE@list.wilmerhale.com>
**Subject:** Deposition Subpoenas for Marilee Jones and Robert Millard
Dear Jan,
Attached are deposition subpoenas for Marilee Jones, former Dean of Admissions at MIT, and Robert Millard, Chairman Emeritus of the MIT Corporation. Please let us know if you are willing to accept to service on their behalf.
Thanks you,
Hope

**Hope Brinn**/*Associate*



215.875.3014    302.530.6250

 

505 MONTGOMERY STREET SUITE 625
SAN FRANCISCO, CA 94111

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.
Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.
Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.
For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice.
For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.
-**External sender. Please use caution when clicking on any attachments or links**-

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.
Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.
Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.
For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice.
For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.
-**External sender. Please use caution when clicking on any attachments or links** -