# Exhibit 6

| **Date:** | Friday, May 15 2015 04:32 PM |
| **Subject:** | Wait list today |
| **From:** | Stuart Schmill |
| **To:** | Rafael Reif <rafaelreif@mit.edu>; Cynthia Barnhart <cbarnhar@mit.edu>; Martin Arnold Schmidt <maschmid@mit.edu>; |
| **Attachments:** | smime.p7m |

Rafael, Marty, Cindy,
Today at 6:00pm we are going to admit 52 students from the wait list, and let the other 500+ students know that they will not be admitted to MIT this year.

I am attaching a list of cases that you should be aware of - you will see that some were admitted from the wait list and some were not. We admitted some exceptional students. Of course, I know there will be many who were not admitted who will be disappointed. We did look at each case very carefully and in depth.

Please let me know if you have any questions about any of these cases, or anything else.

Thanks,
Stu

CONFIDENTIAL

MITLIT-000456480