# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ANDREW CORZO, SIA HENRY, ALEXANDER
LEO- GUERRA, MICHAEL MAERLENDER,
BRANDON PIYEVSKY, BENJAMIN SHUMATE,
BRITTANY TATIANA WEAVER, and CAMERON
WILLIAMS,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE
OF TECHNOLOGY, UNIVERSITY OF CHICAGO,
THE TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, CORNELL
UNIVERSITY, TRUSTEES OF DARTMOUTH
COLLEGE, DUKE UNIVERSITY, EMORY
UNIVERSITY, GEORGETOWN UNIVERSITY, THE
JOHNS HOPKINS UNIVERSITY,
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, NORTHWESTERN UNIVERSITY,
UNIVERSITY OF NOTRE DAME DU LAC, THE
TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA, WILLIAM MARSH RICE
UNIVERSITY, VANDERBILT UNIVERSITY, and
YALE UNIVERSITY,

Defendants.

Case No. 1:22-cv-00125

Hon. Matthew F. Kennelly

## NOTICE OF FILING UNDER SEAL OF PLAINTIFFS' OPPOSITION TO DEFENDANT MIT's MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL AND CERTAIN ACCOMPANYING EXHIBITS OF FILING UNDER SEAL

Pursuant to Paragraph 10(b) of the Second Amended Confidentiality Order entered by the

Court in the above-captioned litigation (ECF No. 608), Plaintiffs hereby serve notice of filing

provisionally under seal of Plaintiffs' Opposition to Defendant MIT's Motion to Seal Portions of

Plaintiffs' Motion to Compel and Certain Accompanying Exhibits (Plaintiffs' "Opposition").

Plaintiffs Opposition includes discovery materials designated confidential by Defendant MIT. Paragraph 10 of the Second Amended Confidentiality Order provides that where a party enters a filing that includes discovery materials designated confidential by different producing party, "the filing party shall provisionally file the entire filing under seal and cause an unredacted copy of the filling to be served upon all parties." Subsequently, the producing party "may file a motion to seal." ECF No. 608, ¶ 10(a-c).

A copy of the Opposition is being served today upon counsel for all parties via email.

Plaintiffs reserve their rights to oppose any Motion to Seal filed by MIT. ECF No. 608, ¶ 10(c).

Dated: May 22, 2024            Respectfully Submitted,

By:/s/*Robert D. Gilbert*            */s/ Edward J. Normand*
Robert D. Gilbert            Devin "Vel" Freedman
Elpidio Villarreal            Edward J. Normand
Robert S. Raymar            Richard Cipolla
David Copeland            Joseph Delich
Natasha Zaslove            Peter Bach-y-Rita
**GILBERT LITIGATORS &**            **FREEDMAN NORMAND**
  **COUNSELORS, P.C.**              **FRIEDLAND LLP**
11 Broadway, Suite 615            99 Park Avenue, Suite 1910
New York, NY 10004            New York, NY 10016
Phone: (646) 448-5269            Tel: 646-350-0527
rgilbert@gilbertlitigators.com            vel@fnf.law
pdvillarreal@gilbertlitigators.com            tnormand@fnf.law
rraymar@gilbertlitigators.com            rcipolla@fnf.law
dcopeland@gilbertlitigators.com            jdelich@fnf.law
nzaslove@gilberlitigators.com            pbachyrita@fnf.law

By:/s/*Eric L. Cramer*            Ivy Ngo
Eric L. Cramer            **FREEDMAN NORMAND**
Ellen T. Noteware              **FRIEDLAND LLP**
David Langer            1 SE 3d Avenue, Suite 1240
Jeremy Gradwohl            Miami, FL 33131
**BERGER MONTAGUE PC**            Tel: 786-924-2900

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*