UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO- GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN RESPONSE TO DEFENDANT MIT'S OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN THE 30(B)(6) DEPOSITION OF DEFENDANT MIT AND TO COMPEL MIT TO PROVIDE A DESIGNEE KNOWLEDGEABLE ABOUT CERTAIN LIMITED TOPICS**

On May 14, 2024 Plaintiffs moved to reopen the 30(b)(6) deposition of Defendant MIT ("MIT") and to compel MIT to provide a designee knowledgeable about certain topics. ECF No. 685. On May 22, 2024, MIT filed an Opposition to Plaintiffs' Motion (the "Opposition"). ECF

No. 694.

Plaintiffs respectfully move for leave to file a narrow, 5-page reply (with 8 supporting exhibits) to supply the Court with citations to additional documentary evidence and testimony in response Defendant MIT's Opposition. MIT takes no position on Plaintiffs' request for leave to file a Reply.

Plaintiffs' proposed Reply is being filed contemporaneously under seal pursuant to the Second Amended Confidentiality Order. ECF No. 608.

In support of this motion, Plaintiffs state:

1. MIT's Opposition to Plaintiffs' Motion to Compel ("Opp.") contains several inaccurate statements. Plaintiffs request leave to respond and to supply the Court with citations to additional documentary evidence and testimony that supports the positions contained in Plaintiffs' Motion and will assist the Court in understanding the disputed issues.

2. Plaintiffs' Reply and exhibits are necessary and appropriate to correct MIT's erroneous assertions. *See*, *e.g.*, Opposition at 14. Replies are permitted to establish a full record. *See In re Dairy Farmers of Am., Inc.*, 80 F. Supp. 3d 838, 858 (N.D. Ill. 2015) (granting leave to file reply "exhibits useful in reviewing the merits" of a pending motion).

3. The Reply will not prejudice MIT, as it only provides the Court with documents that address the inaccurate assertions in MIT's briefing.

4. Plaintiffs' proposed Reply is being filed contemporaneously under seal pursuant to the Second Amended Confidentiality Order. ECF No. 608.

Wherefore, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for leave to file a Reply in response to MIT's Opposition.

Dated: May 23, 2024                                              Respectfully Submitted,

3

By:/s/*Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Natasha Zaslove
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilbertlitigators.com

/s/*Eric L. Cramer*
Eric L. Cramer
Ellen T. Noteware
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
ecramer@bm.net
enoteware@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

/s/ *Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue
Suite 1910
New York, NY 10016
Tel: 646-970-7513
vel@fnf.law
tnormand@fnf.law
pbachyrita@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*