**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.

                             Plaintiff,

v.                                                    Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                             Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 5/24/2024. Oral argument heard regarding plaintiffs' motion for leave to reopen 30(b)(6) deposition of defendant MIT and to compel [685] [689]. Plaintiffs' motion to compel [685][689] is granted to the extent stated on the record. In particular plaintiff may reopen the Schmill deposition or the 30(b)(6) deposition (but not both) for an additional 60 minutes. This is to take place within two weeks of 5/27/2024. The status hearing set for 6/18/2024 at 1:00 p.m. will be in−person [676]. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.