

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   John Kocoras

Firm    Skadden, Arps, Slate, Meagher & Flom LLP

Street Address   320 S. Canal

City/State/Zip Code   Chicago, IL 60606

Phone Number   (312) 407-0770

Email address  john.kocoras@skadden.com

ARDC (Illinois State Bar members, only)  6243271

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-125 IL ND | Henry, Sia, Etc. Et Al. v. Brown University Et Al. | Elaine Bucklo; Thomas M. Durkin; Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____          5/24/24
Signature of Attorney                                  Date

Rev. 01272016