**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | **Case No. 1:22-cv-00125** <br><br><br> **Hon. Matthew F. Kennelly** |

## DECLARATION OF EDWARD NORMAND

I, Edward Normand, am a partner at the law firm of Freedman Normand Friedland LLP, co-counsel for Plaintiffs in this case. I hereby declare as follows:

1.  I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the Proposed Settlements.

2. Attached at Exhibit 1 is the proposed Allocation Plan Process that Settlement Class Counsel and the third-party claims administrator, Angeion Group LLC, have developed.

3. Attached at Exhibit 2 is the Declaration of Graham D. Penny, dated August 31, 2023, Regarding Notice Pursuant to Class Action Fairness Act of 2005.

4. Attached at Exhibit 3 is the Declaration of Graham D. Penny, dated February 13, 2023, Regarding Notice Pursuant to Class Action Fairness Act of 2005.

5. Attached at Exhibit 4 is the Declaration of Graham D. Penny, dated March 13, 2024, Regarding Notice Pursuant to Class Action Fairness Act of 2005.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May 2024.

*/s/ Edward Normand*
Edward Normand