# Exhibit 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATBRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No.: 1:22-cv-00125 |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAM DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | **Hon. Matthew F. Kennelly** |
| Defendants. | |

## DECLARATION OF GRAHAM D. PENNY REGARDING NOTICE PURSUANT TO CLASS ACTION FAIRNESS ACT OF 2005

I, Graham D. Penny, declare as follows:

1.      I am an Assistant Director of JND Legal Administration, LLC ("JND").  JND is a

legal administration services provider with its headquarters located in Seattle, Washington.  This

Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees.

2.     JND was asked by Counsel for the University of Chicago to effect notice of the proposed Settlement in the above-captioned action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").  On August 21, 2023, JND duly sent by Federal Express or U.S. Mail notice of the settlement in the action to the United States Attorney General and to the appropriate State officials.  An example CAFA notice and list of recipients is attached hereto as **Exhibit A**.

3.     JND subsequently confirmed that all of the notices had been delivered.  Copies of the delivery reports are attached hereto as **Exhibit B**.  As of the date of this Declaration, JND has not received any inquiries or objections from any State or Federal officials.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2023, at Totowa, New Jersey.

BY: _____

GRAHAM D. PENNY

# Exhibit A

# Arnold & Porter

**James L. Cooper**
+1 202.942.5014 Direct
James.Cooper@arnoldporter.com

August 21, 2023

**VIA FEDEX OR USPS**

United States Attorney General
And Other Attorneys General and Officials
Identified in Exhibit A

Re:     **CAFA Notice of Proposed Settlement,** *Henry et al. v. Brown University et al.*, **No. 1:22-cv-00125 (N.D. Ill.)**

Dear Sir/Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b), the University of Chicago ("UChicago") hereby serves notice of a proposed settlement in *Henry et al. v. Brown University et al.*, No. 1:22-cv-00125 (the "Action") pending in the United States District Court for the Northern District of Illinois (the "Court").

A motion for preliminary approval of the proposed settlement in the Action was filed with the Court on August 14, 2023. In compliance with the requirements set forth in CAFA, UChicago encloses a CD containing copies of the following documents related to the Action:

1. The original class action complaint filed by individual named plaintiffs in the Action on January 9, 2022;

2. The first amended class action complaint filed by individual named plaintiffs in the Action on February 15, 2022;

3. The second amended class action complaint filed by individual named plaintiffs in the Action on February 15, 2022;

4. Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Proposed Settlement Class, Approval of Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process, including the Settlement Agreement, executed August 7, 2023, which is attachment #3 to the motion and includes an Escrow Agreement; and proposed Summary and Long

**Arnold&Porter**

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 2

Form notices as attachments #9 and #10 to the motion (collectively, "Motion for Preliminary Approval").

An index of the above exhibits is attached hereto as Exhibit B.

It is not feasible to identify the names of putative class members who reside in each state, district, or territory, or to estimate the proportionate share of the claims of such members to the entire settlement. The proposed settlement class includes approximately two decades of current and former undergraduate students who attended 17 different universities, were U.S. citizens or permanent residents, and received certain need-based financial aid, with exclusions based on, among other things, the amount of financial aid received. The class definition is as follows:

> All U.S. citizens or permanent residents who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, and (b) received at least some need-based financial aid from one or more Defendants, and (c) directly purchased from one or more Defendants tuition, fees, room, or board that was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year.[1]

The Class Period is defined as follows:

> i. For UChicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from 2003 through the date the Court enters an order preliminarily approving the Settlement.
>
> ii. For Brown, Dartmouth, Emory—from 2004 through the date the Court enters an order preliminarily approving the Settlement.
>
> iii. For CalTech—from 2019 through the date of the Court enters an order preliminarily approving the Settlement.

---

[1] For avoidance of doubt, the Class does not include purchasers for whom the total cost they were charged by the Defendant or Defendants whose institution(s) they attended, including tuition, fees, room, or board for each undergraduate academic year, was covered by any form of financial aid or merit aid (not including loans) from one or more Defendants.

**Arnold&Porter**

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 3

    iv.     For Johns Hopkins—from 2021 to the date the Court enters an order preliminarily approving the Settlement.

Excluded from the Class are:

    i.     Any Officers and/or Trustees of Defendants, or any current or former employees holding any of the following positions: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants in-house legal offices; and

    ii.     the Judge presiding over this action, his or her law clerks, spouse, and any person within the third degree of relationship living in the Judge's household and the spouse of such a person.

Plaintiffs estimate that the settlement class includes approximately 200,000 U.S. citizens and permanent residents. Based on that estimated class size and census data related to each state, district, or territory's population over age of 25 that has a bachelor's degree, Exhibit C estimates the number of putative class members who reside in each state, district or territory, and the estimated proportionate share of the claims of such members to the entire settlement. Each class member would receive a share of the proposed settlement in accordance with the proposed plan of allocation described in Plaintiffs' memorandum in support of their Motion for Preliminary Approval and Exhibit D to the Motion for Preliminary Approval.

As of the date of this letter:

    i.     There are no other agreements between Class Counsel and counsel for UChicago beyond those set forth in the Settlement Agreement and Escrow Agreement.

    ii.     UChicago is not aware of any other settlement agreements made between Class Counsel and counsel for other defendants.

    iii.     The next status hearing for this matter is scheduled for August 24, 2023, at 1:00 pm CDT. Any party wishing to speak at that hearing must appear in person. The Court has indicated a plan to hold in-person status hearings every six weeks thereafter, which have not yet been scheduled.

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 4

iv.   The Court has not issued any written judicial opinion or order relating to the settlement agreement, proposed notice, or Motion for Preliminary Approval.

v.    The Court has not ordered any final judgment or notice of dismissal.

Sincerely,

/s/ James L. Cooper

Enclosures as stated

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 5

## Exhibit A

## CAFA Notice Distribution List

1. Merrick Garland
   Office of the U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave NW
   Washington, DC 20530-0001

2. Treg R. Taylor
   Office of the Attorney General, State of Alaska
   1031 W 4th Ave, Ste 200
   Anchorage, AK 99501

3. Steve Marshall
   Attorney General's Office, State of Alabama
   501 Washington Ave
   Montgomery, AL 36104

4. Tim Griffin
   Office of the Attorney General, State of Arkansas
   323 Center St, Ste 200
   Little Rock, AR 72201-2610

5. Kris Mayes
   Office of the Attorney General, State of Arizona
   2005 N Central Ave
   Phoenix, AZ 85004-2926

6. CAFA Coordinator
   Office of the Attorney General, State of California
   Consumer Protection Section
   455 Golden Gate Ave., Ste 11000
   San Francisco, CA 94102-7004

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 6

7.  Phil Weiser
    Office of the Attorney General, State of Colorado
    Ralph L. Carr Judicial Building
    1300 Broadway, 10th Fl
    Denver, CO 80203

8.  William Tong
    Office of the Attorney General, State of Connecticut
    165 Capitol Ave
    Hartford, CT 06106

9.  Brian Schwalb
    Office of the Attorney General, District of Columbia
    400 6th St NW
    Washington, DC 20001

10. Kathy Jennings
    Delaware Department of Justice, State of Delaware
    Carvel State Office Building
    820 N French Street
    Wilmington, DE 19801-3520

11. Ashley Moody
    Office of the Attorney General, State of Florida
    PL-01 The Capitol
    Tallahassee, FL 32399-1050

12. Chris Carr
    Office of the Attorney General, State of Georgia
    40 Capitol Sq SW
    Atlanta, GA 30334-1300

13. Anne E. Lopez
    Department of the Attorney General, State of Hawaii
    425 Queen Street
    Honolulu, HI 96813-2903

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 7

14. Brenna Bird
    Office of the Attorney General, State of Iowa
    Hoover State Office Building
    1305 E. Walnut Street Rm 109
    Des Moines, IA 50319-0109

15. Raúl R. Labrador
    Office of the Attorney General, State of Idaho
    700 W. Jefferson St, Suite 210
    Boise, ID 83720

16. Kwame Raoul
    Office of the Attorney General
    James R. Thompson Center
    100 W. Randolph St
    Chicago, IL 60601

17. Ginger Ostro, Executive Director
    Illinois Board of Higher Education
    1 North Old State Capitol Plz, Ste 333
    Springfield, IL 62701-1377

18. Todd Rokita
    Office of the Attorney General, State of Indiana
    Indiana Government Center South
    302 W Washington St 5th Fl
    Indianapolis, IN 46204

19. Kris W. Kobach
    Office of the Attorney General, State of Kansas
    120 SW 10th Ave, 2nd Fl
    Topeka, KS 66612-1597

20. Daniel Cameron
    Office of the Attorney General, Commonwealth of Kentucky
    Capitol Building
    700 Capitol Ave Ste 118
    Frankfort, KY 40601-3449

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 8

21. Jeff Landry
   Office of the Attorney General, State of Louisiana
   1885 N. Third St
   Baton Rouge, LA 70802

22. CAFA Coordinator
   General Counsel's Office
   Office of Attorney General, Commonwealth of Massachusetts
   One Ashburton Pl, 20th Fl
   Boston, MA 02108

23. Anthony G. Brown
   Office of the Attorney General, State of Maryland
   200 St. Paul Pl
   Baltimore, MD 21202

24. Aaron Frey
   Office of the Attorney General, State of Maine
   6 State House Station
   Augusta, ME 04333-0006

25. Dana Nessel
   Department of Attorney General, State of Michigan
   G. Mennen Williams Building, 7th Fl
   525 W Ottawa St
   Lansing, MI 48933-1067

26. Keith Ellison
   Office of the Attorney General, State of Minnesota
   445 Minnesota St, Suite 1400
   St. Paul, MN 55101-2131

27. Andrew Bailey
   Attorney General's Office, State of Missouri
   Supreme Court Building
   207 W High St
   Jefferson City, MO 65101-1516

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 9

28. Lynn Fitch
   Office of the Attorney General, State of Mississippi
   Walter Sillers Building
   550 High St Ste 1200
   Jackson, MS 39201

29. Austin Knudsen
   Office of the Attorney General, State of Montana
   Justice Building, Third Fl
   215 N. Sanders
   Helena, MT 59601-4517

30. Josh Stein
   Attorney General's Office, State of North Carolina
   114 W Edenton St
   Raleigh, NC 27603

31. Drew H . Wrigley
   Office of the Attorney General, State of North Dakota
   State Capitol, 600 E Boulevard Ave
   Dept. 125
   Bismarck, ND 58505

32. Mike Hilgers
   Attorney General's Office, State of Nebraska
   2115 State Capitol
   Lincoln, NE 68509

33. John Formella
   Office of the Attorney General, State of New Hampshire
   NH Department of Justice
   33 Capitol St.
   Concord, NH 03301

34. Matthew J. Platkin
   Office of the Attorney General, State of New Jersey
   Richard J. Hughes Justice Complex
   25 Market St 8th Fl, West Wing
   Trenton, NJ 08611

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 10

35. Raúl Torrez, State of New Mexico
    Office of the Attorney General
    Villagra Building
    408 Galisteo Street
    Santa Fe, NM 87501

36. Aaron Ford
    Office of the Attorney General, State of Nevada
    Old Supreme Court Building
    100 N Carson St
    Carson City, NV 89701-4717

37. CAFA Coordinator
    Office of the Attorney General, State of New York
    28 Liberty St, 15th Fl
    New York, NY 10005

38. Dave Yost
    Attorney General's Office, State of Ohio
    State Office Tower
    30 E Broad St 14th Fl
    Columbus, OH 43215-3414

39. Gentner Drummond
    Office of the Attorney General, State of Oklahoma
    313 NE 21st St
    Oklahoma City, OK 73105-3207

40. Ellen F. Rosenblum
    Oregon Department of Justice
    Justice Building
    1162 Court St NE
    Salem, OR 97301-4096

41. Michelle Henry
    Office of the Attorney General, Commonwealth of Pennsylvania
    Strawberry Square 16th Fl
    Harrisburg, PA 17120

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 11

42. Peter F. Neronha
    Office of the Attorney General, State of Rhode Island
    150 S Main St
    Providence, RI 02903-2907

43. Alan Wilson
    Office of the Attorney General, State of South Carolina
    Rembert C. Dennis Bldg
    1000 Assembly St Rm 519
    Columbia, SC 29201

44. Marty Jackley
    Office of the Attorney General, State of South Dakota
    1302 E Highway 14, Ste 1
    Pierre, SD 57501-8501

45. Jonathan Skrmetti
    Office of the Attorney General, State of Tennessee
    500 Dr Martin L King Jr Blvd
    Nashville, TN 37219

46. Angela Colmenero
    Office of the Attorney General, State of Texas
    300 W. 15th St
    Austin, TX 78701

47. Sean D. Reyes
    Office of the Attorney General, State of Utah
    Utah State Capitol Complex
    350 North State St Ste 230
    Salt Lake City, UT 84114

48. Jason S. Miyares
    Office of the Attorney General, Commonwealth of Virginia
    202 N. Ninth St.
    Richmond, VA 23219

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 12

49. Charity R. Clark
    Attorney General's Office, State of Vermont
    109 State St.
    Montpelier, VT 05609-1001

50. Bob Ferguson
    Office of the Attorney General, State of Washington
    1125 Washington St SE
    Olympia, WA 98501-2283

51. Josh Kaul
    Attorney General's Office, State of Wisconsin
    P.O. Box 7857
    Madison, WI 53707-7857

52. Patrick Morrisey
    Office of The Attorney General, State of West Virginia
    State Capitol, 1900 Kanawha Blvd E
    Building 1 Rm E-26
    Charleston, WV 25305-0029

53. Bridget Hill
    Office of the Attorney General, State of Wyoming
    109 State Capitol
    200 W 24th St, Rm W109
    Cheyenne, WY 82002-3642

54. Fainu'ulelei Falefatu Ala'ilima-Utu
    Office of the Attorney General, American Samoa
    Department of Legal Affairs
    Exec Ofc Bldg, 3rd Fl
    P.O. Box 7
    Utulei, AS 96799

55. Douglas B. Moylan
    Office of the Attorney General of Guam
    Administration Division
    590 S Marine Corps Dr, Suite 901
    Tamuning, GU 96913-3537

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 13

56. Edward Manibusan
    Office of the Attorney General, Commonwealth of the Northern Mariana Islands
    Administration Building
    P.O. Box 10007
    Saipan, MP 96950-8907

57. Domingo Emanuelli Hernández
    Dpto. de Justicia de Puerto Rico
    Calle Teniente César González 677
    Esq. Ave. Jesús T. Piñero
    San Juan, PR 00918

58. Ariel Smith
    Office of the Attorney General of the U.S. Virgin Islands
    3438 Kronprindsens Gade
    GERS Building 2nd Fl
    St. Thomas, VI 00802-5749

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 14

## Exhibit B

## INDEX OF EXHIBITS

| Ex. No. | Document | No. 1:22-cv-125 N.D. Ill. Dkt. # |
|---|---|---|
| 1. | Class Action Complaint | 1 |
| 2. | Amended Class Action Complaint | 106 |
| 3. | Second Amended and Supplemental Class Action Complaint | 308 |
| 4. | Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Proposed Settlement Class, Approval of Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process | 428 |

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 15

## Exhibit C

### Estimate of Proportionate Share

| U.S. State, District, or Territory | Estimated Share of Settlement | Estimated Number of Putative Class Members (Assuming 200,000 Class Members) |
|---|---|---|
| Alabama | 1.17% | 2,340 |
| Alaska | 0.20% | 400 |
| Arizona | 2.00% | 4,000 |
| Arkansas | 0.64% | 1,280 |
| California | 12.08% | 24,160 |
| Colorado | 2.23% | 4,460 |
| Connecticut | 1.32% | 2,640 |
| Delaware | 0.31% | 620 |
| District of Columbia | 0.37% | 740 |
| Florida | 6.48% | 12,960 |
| Georgia | 3.11% | 6,220 |
| Hawaii | 0.45% | 900 |
| Idaho | 0.48% | 960 |
| Illinois | 4.02% | 8,040 |
| Indiana | 1.63% | 3,260 |
| Iowa | 0.81% | 1,620 |
| Kansas | 0.85% | 1,700 |
| Kentucky | 1.03% | 2,060 |
| Louisiana | 1.02% | 2,040 |
| Maine | 0.45% | 900 |
| Maryland | 2.26% | 4,520 |
| Massachusetts | 2.85% | 5,700 |
| Michigan | 2.74% | 5,480 |
| Minnesota | 1.88% | 3,760 |
| Mississippi | 0.60% | 1,200 |
| Missouri | 1.66% | 3,320 |
| Montana | 0.33% | 660 |
| Nebraska | 0.55% | 1,100 |
| Nevada | 0.75% | 1,500 |
| New Hampshire | 0.50% | 1,000 |
| New Jersey | 3.46% | 6,920 |
| New Mexico | 0.54% | 1,080 |

# Arnold&Porter

United States Attorney General
And Other Attorneys General and Officials
August 21, 2023
Page 16

| U.S. State, District, or Territory | Estimated Share of Settlement | Estimated Number of Putative Class Members (Assuming 200,000 Class Members) |
|---|---|---|
| New York | 6.93% | 13,860 |
| North Carolina | 3.14% | 6,280 |
| North Dakota | 0.20% | 400 |
| Ohio | 3.09% | 6,180 |
| Oklahoma | 0.91% | 1,820 |
| Oregon | 1.37% | 2,740 |
| Pennsylvania | 3.93% | 7,860 |
| Puerto Rico | 0.85% | 1,700 |
| Rhode Island | 0.35% | 700 |
| South Carolina | 1.41% | 2,820 |
| South Dakota | 0.23% | 460 |
| Tennessee | 1.82% | 3,640 |
| Texas | 7.90% | 15,800 |
| Utah | 0.92% | 1,840 |
| Vermont | 0.26% | 520 |
| Virginia | 3.08% | 6,160 |
| Washington | 2.61% | 5,220 |
| West Virginia | 0.38% | 760 |
| Wisconsin | 1.65% | 3,300 |
| Wyoming | 0.14% | 280 |
| American Samoa | 0.01% | 20 |
| Guam | 0.02% | 40 |
| Northern Mariana Islands | 0.01% | 20 |
| U.S. Virgin Islands | 0.01% | 20 |
| **TOTAL** | 100% | 200,000 |

# Exhibit B



Sign Up or Log In ☰

⚠ Learn about FedEx services impacted by Hurricane Idalia.

FedEx® Tracking  ⋮

## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERY DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 773092245279 | 8/21/23 | SEATTLE, WA | Washington, DC | ✅ Delivered | 8/22/23 9:15 AM | | FedEx Express |
| 773092328268 | 8/21/23 | SEATTLE, WA | Anchorage, AK | ✅ Delivered | 8/22/23 9:37 AM | | FedEx Express |
| 773092327478 | 8/21/23 | SEATTLE, WA | Montgomery, AL | ✅ Delivered | 8/22/23 9:51 AM | | FedEx Express |
| 773092322844 | 8/21/23 | SEATTLE, WA | Little Rock, AR | ✅ Delivered | 8/22/23 9:03 AM | | FedEx Express |
| 773092230600 | 8/21/23 | SEATTLE, WA | Phoenix, AZ | ✅ Delivered | 8/22/23 9:26 AM | | FedEx Express |
| 773092200972 | 8/21/23 | SEATTLE, WA | San Francisco, CA | ✅ Delivered | 8/22/23 12:24 PM | | FedEx Express |
| 773092245073 | 8/21/23 | SEATTLE, WA | Denver, CO | ✅ Delivered | 8/22/23 10:10 AM | | FedEx Express |
| 773092327158 | 8/21/23 | SEATTLE, WA | Hartford, CT | ✅ Delivered | 8/22/23 10:21 AM | | FedEx Express |
| 773092201280 | 8/21/23 | SEATTLE, WA | Washington, DC | ✅ Delivered | 8/22/23 10:00 AM | | FedEx Express |
| 773092229088 | 8/21/23 | SEATTLE, WA | Wilmington, DE | ✅ Delivered | 8/22/23 9:22 AM | | FedEx Express |
| 773092127910 | 8/21/23 | SEATTLE, WA | Tallahassee, FL | ✅ Delivered | 8/22/23 8:58 AM | | FedEx Express |
| 773092201085 | 8/21/23 | SEATTLE, WA | Atlanta, GA | ✅ Delivered | 8/22/23 9:21 AM | | FedEx Express |
| 773092372264 | 8/21/23 | SEATTLE, WA | Honolulu, HI | ✅ Delivered | 8/22/23 12:03 PM | | FedEx Express |

 

| 773092200619 | 8/21/23 | SEATTLE, WA | Des Moines, IA | ✓ Delivered | 8/22/23 9:56 AM | FedEx Express |
| 773092247146 | 8/21/23 | SEATTLE, WA | Boise, ID | ✓ Delivered | 8/22/23 10:09 AM | FedEx Express |
| 773092230379 | 8/21/23 | SEATTLE, WA | Chicago, IL | ✓ Delivered | 8/22/23 10:27 AM | FedEx Express |
| 773092224914 | 8/21/23 | SEATTLE, WA | Springfield, IL | ✓ Delivered | 8/22/23 11:56 AM | FedEx Express |
| 773092327526 | 8/21/23 | SEATTLE, WA | Indianapolis, IN | ✓ Delivered | 8/22/23 10:19 AM | FedEx Express |
| 773092231033 | 8/21/23 | SEATTLE, WA | Topeka, KS | ✓ Delivered | 8/22/23 9:24 AM | FedEx Express |
| 773092224774 | 8/21/23 | SEATTLE, WA | Frankfort, KY | ✓ Delivered | 8/22/23 1:31 PM | FedEx Express |
| 773092229434 | 8/21/23 | SEATTLE, WA | Baton Rouge, LA | ✓ Delivered | 8/22/23 10:33 AM | FedEx Express |
| 773092200218 | 8/21/23 | SEATTLE, WA | Boston, MA | ✓ Delivered | 8/22/23 10:07 AM | FedEx Express |
| 773092129935 | 8/21/23 | SEATTLE, WA | Baltimore, MD | ✓ Delivered | 8/22/23 10:31 AM | FedEx Express |
| 773092129615 | 8/21/23 | SEATTLE, WA | Augusta, ME | ✓ Delivered | 8/22/23 10:02 AM | FedEx Express |
| 773092201203 | 8/21/23 | SEATTLE, WA | Lansing, MI | ✓ Delivered | 8/22/23 10:29 AM | FedEx Express |
| 773092230368 | 8/21/23 | SEATTLE, WA | St. Paul, MN | ✓ Delivered | 8/22/23 9:44 AM | FedEx Express |
| 773092129020 | 8/21/23 | SEATTLE, WA | Jefferson City, MO | ✓ Delivered | 8/22/23 11:10 AM | FedEx Express |
| 773092231147 | 8/21/23 | SEATTLE, WA | Jackson, MS | ✓ Delivered | 8/22/23 10:05 AM | FedEx Express |
| 773092129784 | 8/21/23 | SEATTLE, WA | Helena, MT | ✓ Delivered | 8/22/23 2:38 PM | FedEx Express |

 Sign Up or Log In ☰

 Learn about FedEx services impacted by Hurricane Idalia.

FedEx® Tracking ⋮

## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERY DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 773092230574 | 8/21/23 | SEATTLE, WA | Raleigh, NC | ✅ Delivered | 8/22/23 8:58 AM | | FedEx Express |
| 773092225185 | 8/21/23 | SEATTLE, WA | Bismarck, ND | ✅ Delivered | 8/22/23 10:41 AM | | FedEx Express |
| 773092246849 | 8/21/23 | SEATTLE, WA | Lincoln, NE | ✅ Delivered | 8/22/23 10:28 AM | | FedEx Express |
| 773092230563 | 8/21/23 | SEATTLE, WA | Concord, NH | ✅ Delivered | 8/22/23 10:19 AM | | FedEx Express |
| 773092245051 | 8/21/23 | SEATTLE, WA | Trenton, NJ | ✅ Delivered | 8/22/23 9:34 AM | | FedEx Express |
| 773092246301 | 8/21/23 | SEATTLE, WA | Santa Fe, NM | ✅ Delivered | 8/22/23 9:22 AM | | FedEx Express |
| 773092128608 | 8/21/23 | SEATTLE, WA | Carson City, NV | ✅ Delivered | 8/22/23 9:19 AM | | FedEx Express |
| 773092199688 | 8/21/23 | SEATTLE, WA | New York, NY | ✅ Delivered | 8/22/23 8:35 AM | | FedEx Express |
| 773092224590 | 8/21/23 | SEATTLE, WA | Columbus, OH | ✅ Delivered | 8/22/23 9:23 AM | | FedEx Express |
| 773092224811 | 8/21/23 | SEATTLE, WA | Oklahoma City, OK | ✅ Delivered | 8/22/23 9:20 AM | | FedEx Express |
| 773092225380 | 8/21/23 | SEATTLE, WA | Salem, OR | ✅ Delivered | 8/22/23 9:42 AM | | FedEx Express |
| 773092244950 | 8/21/23 | SEATTLE, WA | Harrisburg, PA | ✅ Delivered | 8/22/23 10:09 AM | | FedEx Express |
| 773092246460 | 8/21/23 | SEATTLE, WA | Providence, RI | ✅ Delivered | 8/22/23 9:23 AM | | FedEx Express |

 

| 773092128620 | 8/21/23 | SEATTLE, WA | Columbia, SC | ✓ Delivered | 8/22/23 8:54 AM | FedEx Express |
| 773092245349 | 8/21/23 | SEATTLE, WA | Pierre, SD | ✓ Delivered | 8/22/23 10:11 AM | FedEx Express |
| 773092230736 | 8/21/23 | SEATTLE, WA | Nashville, TN | ✓ Delivered | 8/22/23 12:53 PM | FedEx Express |
| 773092125860 | 8/21/23 | SEATTLE, WA | Austin, TX | ✓ Delivered | 8/22/23 10:20 AM | FedEx Express |
| 773092324148 | 8/21/23 | SEATTLE, WA | Salt Lake City, UT | ✓ Delivered | 8/22/23 9:47 AM | FedEx Express |
| 773092225406 | 8/21/23 | SEATTLE, WA | Richmond, VA | ✓ Delivered | 8/22/23 9:51 AM | FedEx Express |
| 773092199427 | 8/21/23 | SEATTLE, WA | Montpelier, VT | ✓ Delivered | 8/22/23 10:29 AM | FedEx Express |
| 773092199806 | 8/21/23 | SEATTLE, WA | Olympia, WA | ✓ Delivered | 8/22/23 10:29 AM | FedEx Express |
| 773092246551 | 8/21/23 | SEATTLE, WA | Charleston, WV | ✓ Delivered | 8/22/23 9:16 AM | FedEx Express |
| 773092200961 | 8/21/23 | SEATTLE, WA | Cheyenne, WY | ✓ Delivered | 8/23/23 11:41 AM | FedEx Express |
| 773100395050 | 8/21/23 | SEATTLE, WA | TAMUNING | ✓ Delivered | 8/28/23 8:20 AM | FedEx Express |
| 773100425344 | 8/21/23 | SEATTLE, WA | SAIPAN | ✓ Delivered | 8/31/23 8:31 AM | FedEx Express |
| 773100360446 | 8/21/23 | SEATTLE, WA | SAN JUAN, PR | ✓ Delivered | 8/23/23 4:02 PM | FedEx Express |
| 773092388594 | 8/21/23 | SEATTLE, WA | ST THOMAS | ✓ Delivered | 8/22/23 2:19 PM | FedEx Express |

**OBTAIN PROOF OF DELIVERY**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9470103699300073040694

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

## TUESDAY

# 22 August 2023 ⓘ

by

## 6:00pm ⓘ

Your item has been delivered and is available at a PO Box at 8:37 am on August 22, 2023 in MADISON, WI 53707.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**

MADISON, WI 53707
August 22, 2023, 8:37 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates          ⌄

Proof of Delivery            ⌄

USPS Tracking Plus®          ⌄

Feedback

**Product Information** ⌄

See Less ⌃

**Tracking Number:**

Remove ✕

# 9470103699300073040700

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**WEDNESDAY**

**23** August 2023 ⓘ      by **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 4:13 am on August 25, 2023 in PAGO PAGO, AS 96799.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, PO Box**

PAGO PAGO, AS 96799

August 25, 2023, 4:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.