# Exhibit 3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATBRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAM DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

## DECLARATION OF GRAHAM D. PENNY REGARDING NOTICE PURSUANT TO CLASS ACTION FAIRNESS ACT OF 2005

I, Graham D. Penny, declare as follows:

1.      I am an Assistant Director of JND Legal Administration, LLC ("JND").  JND is a

legal administration services provider with its headquarters located in Seattle, Washington.  This

Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees.

2.      JND was asked by Counsel for Brown University, the University of Chicago, the Trustees of Columbia University in the City of New York, Duke University, Emory University, and Yale University to effect notice of the proposed Settlement in the above-captioned action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").  On February 2, 2024, JND duly sent by Federal Express or U.S. Mail notice of the settlement in the action to the United States Attorney General, the appropriate State officials, the Inspector General of the State of Georgia, and the Executive Director of the Illinois Board of Higher Education.  An example CAFA notice and list of recipients is attached hereto as **Exhibit A**.

3.      JND subsequently confirmed that all of the notices had been delivered.  Copies of the delivery reports are attached hereto as **Exhibit B**.  As of the date of this Declaration, JND has not received any inquiries or objections from any State or Federal officials.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2024, at Totowa, New Jersey.


BY: _____

        GRAHAM D. PENNY

# Exhibit A

February 2, 2024

**Via USPS or Fedex**

United States Attorney General
& Other Attorneys General and Officials
Identified in Exhibit A

Re:     **Class Action Fairness Act Notice of Proposed Settlements,** *Henry et al. v.*
        *Brown University et al.***, No. 1:22-cv-00125 (N.D. Ill.)**

Dear Sir/Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b), Brown University, The Trustees of Columbia University in the City of New York, Duke University, Emory University, and Yale University (together, the "Settling Universities") hereby serve notice of their proposed settlements in *Henry et al. v. Brown University et al.*, No. 1:22-cv-00125 (the "Action") pending in the U.S. District Court for the Northern District of Illinois (the "Court"), and the University of Chicago provides notice of alignment of the class definition applicable to its proposed settlement in the Action for which notice dated August 21, 2023 was previously provided.

A motion for preliminary approval of the proposed settlements and to align the class definition in the University of Chicago settlement was filed with the Court on January 23, 2024. In compliance with the requirements set forth in CAFA, the Settling Universities enclose a CD containing copies of the following documents related to the Action:

1.  The original class action complaint filed by individual named plaintiffs in the Action on January 9, 2022 (Dkt. 1);

2.  The first amended class action complaint filed by individual named plaintiffs in the Action on February 15, 2022 (Dkt. 106);

3.  The second amended class action complaint filed by individual named plaintiffs in the Action on February 6, 2023 (Dkt. 308);

4.  Order Preliminarily Approving [University of Chicago] Settlement, Provisionally Certifying the Proposed Settlement Class, Approving the Notice Plan, and Approving the Process Scheduled for Completing the Settlement Process, dated September 9, 2023 (Dkt. 439);

5.  Order suspending the dates for issuance of notice and for a final approval hearing for the University of Chicago Settlement, dated November 28, 2023 (Dkt. 530); and

6.  Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants Brown University, The Trustees of Columbia University in the City of New York, Duke University, Emory University, and Yale University, Provisional Certification of the

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 2

Proposed Settlement Class, Approval of the Notice Plan, and Approval of the Schedule for Completing the Settlement Process (Dkt. 603), which includes as exhibits thereto the Settlement Agreements, an Escrow Agreement, and proposed Summary and Long Form notices (collectively, the "Motion for Preliminary Approval"), and which also proposes to align the class definition, notices, and approval schedule applicable to the University of Chicago settlement to those applicable to the settlements with the Settling Universities.

An index of the above exhibits is attached hereto as Exhibit B.

It is not feasible to identify the names of putative class members who reside in each state, district, or territory, or to estimate the proportionate share of the claims of such members to the entire settlement. The proposed settlement class includes approximately two decades of current and former undergraduate students who attended 17 different universities, were U.S. citizens or permanent residents, and received certain need-based financial aid, with exclusions based on, among other things, the amount of financial aid received. The class definition (to which the class definition in the settlement with the University of Chicago is proposed to be aligned) is as follows:

All U.S. citizens or permanent residents who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, and (c) whose tuition, fees, room, or board to attend one or more of Defendants' full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year.[1]

The Class Period is defined as follows:

  i.    For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from Fall Term 2003 through the date the Court enters an order preliminarily approving the Settlement.

  ii.   For Brown, Dartmouth, Emory—from Fall Term 2004 through the date the Court enters an order preliminarily approving the Settlement.

  iii.  For CalTech—from Fall Term 2019 through the date the Court enters an order preliminarily approving the Settlement.

  iv.   For Johns Hopkins—from Fall Term 2021 through the date the Court enters an order preliminarily approving the Settlement.

---

[1] For avoidance of doubt, the Class does not include those for whom the total cost of attendance, including tuition, fees, room, and board for each undergraduate academic year, was covered by any form of financial aid or merit aid (not including loans) from one or more Defendants.

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 3

Excluded from the Class are:

i. Any Officers[2] and/or Trustees of Defendants, or any current or former employees holding any of the following positions: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants' in-house legal offices; and

ii. the Judge presiding over this action, his or her law clerks, spouse, and any person within the third degree of relationship living in the Judge's household and the spouse of such a person.

Exhibit C approximates the number of putative class members who reside in each state, district, or territory and the estimated proportionate share of the claims of such members to the entire settlement based on certain student and alumni data provided by the class administrator in the Action, including applying assumptions for individuals with unknown physical addresses. Each class member would receive a share of the proposed settlement in accordance with the proposed plan of allocation described in the Motion for Preliminary Approval and exhibits thereto.

As of the date of this letter:

i. There are no other agreements between Class Counsel and counsel for the Settling Universities or the University of Chicago beyond those set forth in the Settlement Agreement and Escrow Agreement.

ii. The Settling Universities and the University of Chicago are aware that agreements in principle to settle the Action have been reached between Class Counsel and counsel for certain other defendants in the Action.

iii. The Court has set a deadline of February 6, 2024 for the filing of objections to the Motion for Preliminary Approval, and a video hearing on February 12, 2024 at 9:30 am CDT to consider the Motion for Preliminary Approval.

iv. The next status hearing in the Action is scheduled for February 22, 2024 at 1:00 pm CDT. Any party wishing to speak at that hearing must appear in person.

v. The Court has not issued any written judicial opinion or other orders relating to the Settlement Agreements, proposed notices, or the Motion for Preliminary Approval.

vi. The Court has not ordered any final judgment or notice of dismissal.

---

[2] For the avoidance of doubt, the Columbia University "Officers" excluded from the Class are members of the Senior Administration of Columbia University, and do not include exempt employees of Columbia University who are referred to as officers.

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 4

Respectfully submitted,

/s/ Jon R. Roellke
Jon R. Roellke
**Morgan Lewis & Bockius LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20004
jon.roellke@morganlewis.com

Noah J. Kaufman
**Morgan Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110
noah.kaufman@morganlewis.com

*Counsel to Brown University*

/s/ Karen Hoffman Lent
Karen Hoffman Lent
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001
karen.lent@skadden.com

Amy L. Van Gelder
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive
Chicago, IL 60606
amy.vangelder@skadden.com

*Counsel to The Trustees of Columbia University in the City of New York*

/s/ Christopher Dusseault
Christopher Dusseault
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
cdusseault@gibsondunn.com

*Counsel to Duke University*

/s/ Charles Loughlin
Charles Loughlin
Benjamin Holt
**Hogan Lovells US LLP**
555 Thirteenth Street NW
Washington, DC 20004
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com

*Counsel to Yale University*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Christopher A. Hall
**Jones Day**
110 N. Wacker Drive, No. 4800
Chicago, IL 60606
tmtabacchi@jonesday.com
chall@jonesday.com

Craig A. Waldman
Christopher N. Thatch
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
cwaldman@jonesday.com
cthatch@jonesday.com

*Counsel to Emory University*

/s/ James L. Cooper
James L. Cooper
Michael A. Rubin
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

*Counsel for University of Chicago*

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 5

## <u>Exhibit A</u>

### CAFA Notice Distribution List

1. Merrick Garland
   Office of the U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave NW
   Washington, DC 20530-0001

2. Steve Marshall
   Attorney General's Office, State of Alabama
   501 Washington Ave
   Montgomery, AL 36104

3. Treg R. Taylor
   Office of the Attorney General, State of Alaska
   1031 W 4th Ave, Ste 200
   Anchorage, AK 99501

4. Kris Mayes
   Office of the Attorney General, State of Arizona
   2005 N Central Ave
   Phoenix, AZ 85004-2926

5. Tim Griffin
   Office of the Attorney General, State of Arkansas
   323 Center St, Ste 200
   Little Rock, AR 72201-2610

6. CAFA Coordinator
   Office of the Attorney General, State of California
   Consumer Protection Section
   455 Golden Gate Ave., Ste 11000
   San Francisco, CA 94102-7004

7. Phil Weiser
   Office of the Attorney General, State of Colorado
   Ralph L. Carr Judicial Building
   1300 Broadway, 10th Fl
   Denver, CO 80203

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 6

8. William Tong
   Office of the Attorney General, State of Connecticut
   165 Capitol Ave
   Hartford, CT 06106

9. Kathy Jennings
   Delaware Department of Justice, State of Delaware
   Carvel State Office Building
   820 N French Street
   Wilmington, DE 19801-3520

10. Brian Schwalb
    Office of the Attorney General, District of Columbia
    400 6th St NW
    Washington, DC 20001

11. Ashley Moody
    Office of the Attorney General, State of Florida
    PL-01 The Capitol
    Tallahassee, FL 32399-1050

12. Chris Carr
    Office of the Attorney General, State of Georgia
    40 Capitol Sq SW
    Atlanta, GA 30334-1300

13. Nigel Lange
    Interim State Inspector General
    State of Georgia Office of the Inspector General
    2 Martin Luther King Jr. Drive, SW
    Suite 1102, West Tower
    Atlanta, GA 30334

14. Anne E. Lopez
    Department of the Attorney General, State of Hawaii
    425 Queen Street
    Honolulu, HI 96813-2903

15. Raúl R. Labrador
    Office of the Attorney General, State of Idaho
    700 W. Jefferson St, Suite 210
    Boise, ID 83720

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 7

16. Kwame Raoul
    Office of the Attorney General
    Office Services
    115 South LaSalle, 23rd Floor
    Chicago, IL 60603

17. Ginger Ostro
    Executive Director
    Illinois Board of Higher Education
    1 North Old State Capitol Plz, Ste 333
    Springfield, IL 62701-1377

18. Todd Rokita
    Office of the Attorney General, State of Indiana
    Indiana Government Center South
    302 W Washington St 5th Fl
    Indianapolis, IN 46204

19. Brenna Bird
    Office of the Attorney General, State of Iowa
    Hoover State Office Building
    1305 E. Walnut Street Rm 109
    Des Moines, IA 50319-0109

20. Kris W. Kobach
    Office of the Attorney General, State of Kansas
    120 SW 10th Ave, 2nd Fl
    Topeka, KS 66612-1597

21. Russell Coleman
    Office of the Attorney General, Commonwealth of Kentucky
    Capitol Building
    700 Capitol Ave Ste 118
    Frankfort, KY 40601-3449

22. Elizabeth B. Murrill
    Office of the Attorney General, State of Louisiana
    1885 N. Third St
    Baton Rouge, LA 70802

23. Aaron Frey
    Office of the Attorney General, State of Maine
    6 State House Station
    Augusta, ME 04333-0006

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 8

24. Anthony G. Brown
    Office of the Attorney General, State of Maryland
    200 St. Paul Pl
    Baltimore, MD 21202

25. CAFA Coordinator
    General Counsel's Office
    Office of Attorney General, Commonwealth of Massachusetts
    One Ashburton Pl, 20th Fl
    Boston, MA 02108

26. Dana Nessel
    Department of Attorney General, State of Michigan
    G. Mennen Williams Building, 7th Fl
    525 W Ottawa St
    Lansing, MI 48933-1067

27. Keith Ellison
    Office of the Attorney General, State of Minnesota
    445 Minnesota St, Suite 1400
    St. Paul, MN 55101-2131

28. Lynn Fitch
    Office of the Attorney General, State of Mississippi
    Walter Sillers Building
    550 High St Ste 1200
    Jackson, MS 39201

29. Andrew Bailey
    Attorney General's Office, State of Missouri
    Supreme Court Building
    207 W High St
    Jefferson City, MO 65101-1516

30. Austin Knudsen
    Office of the Attorney General, State of Montana
    Justice Building, Third Fl
    215 N. Sanders
    Helena, MT 59601-4517

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 9

31. Mike Hilgers
    Attorney General's Office, State of Nebraska
    2115 State Capitol
    Lincoln, NE 68509

32. Aaron Ford
    Office of the Attorney General, State of Nevada
    Old Supreme Court Building
    100 N Carson St
    Carson City, NV 89701-4717

33. John Formella
    Office of the Attorney General, State of New Hampshire
    NH Department of Justice
    1 Granite Place South
    Concord, NH 03301

34. Matthew J. Platkin
    Office of the Attorney General, State of New Jersey
    Richard J. Hughes Justice Complex
    25 Market St 8th Fl, West Wing
    Trenton, NJ 08611

35. Raúl Torrez
    Office of the Attorney General, State of New Mexico
    Villagra Building
    408 Galisteo Street
    Santa Fe, NM 87501

36. CAFA Coordinator
    Office of the Attorney General, State of New York
    28 Liberty St, 15th Fl
    New York, NY 10005

37. Josh Stein
    Attorney General's Office, State of North Carolina
    114 W Edenton St
    Raleigh, NC 27603

38. Drew H. Wrigley
    Office of the Attorney General, State of North Dakota
    State Capitol, 600 E Boulevard Ave
    Dept. 125
    Bismarck, ND 58505

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 10

39. Dave Yost
    Attorney General's Office, State of Ohio
    State Office Tower
    30 E Broad St 14th Fl
    Columbus, OH 43215-3414

40. Gentner Drummond
    Office of the Attorney General, State of Oklahoma
    313 NE 21st St
    Oklahoma City, OK 73105-3207

41. Ellen F. Rosenblum
    Oregon Department of Justice
    Justice Building
    1162 Court St NE
    Salem, OR 97301-4096

42. Michelle Henry
    Office of the Attorney General, Commonwealth of Pennsylvania
    Strawberry Square 16th Fl
    Harrisburg, PA 17120

43. Peter F. Neronha
    Office of the Attorney General, State of Rhode Island
    150 S Main St
    Providence, RI 02903-2907

44. Alan Wilson
    Office of the Attorney General, State of South Carolina
    Rembert C. Dennis Bldg
    1000 Assembly St Rm 519
    Columbia, SC 29201

45. Marty Jackley
    Office of the Attorney General, State of South Dakota
    1302 E Highway 14, Ste 1
    Pierre, SD 57501-8501

46. Jonathan Skrmetti
    Office of the Attorney General, State of Tennessee
    500 Dr Martin L King Jr Blvd
    Nashville, TN 37219

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 11

47. Ken Paxton
    Office of the Attorney General, State of Texas
    300 W. 15th St
    Austin, TX 78701

48. Sean D. Reyes
    Office of the Attorney General, State of Utah
    Utah State Capitol Complex
    350 North State St Ste 230
    Salt Lake City, UT 84114

49. Charity R. Clark
    Attorney General's Office, State of Vermont
    109 State St.
    Montpelier, VT 05609-1001

50. Jason S. Miyares
    Office of the Attorney General, Commonwealth of Virginia
    202 N. Ninth St.
    Richmond, VA 23219

51. Bob Ferguson
    Office of the Attorney General, State of Washington
    1125 Washington St SE
    Olympia, WA 98501-2283

52. Patrick Morrisey
    Office of The Attorney General, State of West Virginia
    State Capitol, 1900 Kanawha Blvd E
    Building 1 Rm E-26
    Charleston, WV 25305-0029

53. Josh Kaul
    Attorney General's Office, State of Wisconsin
    P.O. Box 7857
    Madison, WI 53707-7857

54. Bridget Hill
    Office of the Attorney General, State of Wyoming
    109 State Capitol
    200 W 24th St, Rm W109
    Cheyenne, WY 82002-3642

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 12

55. Fainu'ulelei Falefatu Ala'ilima-Utu
    Office of the Attorney General, American Samoa
    Department of Legal Affairs
    Exec Ofc Bldg, 3rd Fl
    P.O. Box 7
    Utulei, AS 96799

56. Douglas B. Moylan
    Office of the Attorney General of Guam
    Administration Division
    590 S Marine Corps Dr, Suite 902
    Tamuning, GU 96913-3537

57. Edward Manibusan
    Office of the Attorney General, Commonwealth of the Northern Mariana Islands
    Administration Building
    P.O. Box 10007
    Saipan, MP 96950-8907

58. Domingo Emanuelli Hernández
    Dpto. de Justicia de Puerto Rico
    Calle Teniente César González 677
    Esq. Ave. Jesús T. Piñero
    San Juan, PR 00918

59. Ariel Smith
    Office of the Attorney General of the U.S. Virgin Islands
    3438 Kronprindsens Gade
    GERS Building 2nd Fl
    St. Thomas, VI 00802-5749

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 13

## Exhibit B

### Index of Exhibits

| Ex. No. | Document | No. 1:22-cv-125 N.D. Ill. Dkt. No. |
|:---:|---|:---:|
| 1. | Class Action Complaint | 1 |
| 2. | Amended Class Action Complaint | 106 |
| 3. | Second Amended and Supplemental Class Action Complaint | 308 |
| 4. | Order Preliminarily Approving [University of Chicago] Settlement, Provisionally Certifying the Proposed Settlement Class, Approving the Notice Plan, and Approving the Process Scheduled for Completing the Settlement Process | 439 |
| 5. | Order suspending the dates for issuance of notice and for a final approval hearing for the University of Chicago Settlement | 530 |
| 6. | Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants Brown University, The Trustees of Columbia University in the City of New York, Duke University, Emory University, and Yale University, Provisional Certification of the Proposed Settlement Class, Approval of the Notice Plan, and Approval of the Schedule for Completing the Settlement Process | 603 |

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 14

**Exhibit C**

**Estimate of Putative Class Members & Proportionate Share**

| U.S. State, District, or Territory | Estimated Number of Putative Class Members | Estimated Share of Settlement (Assuming 379,334 Class Members) |
|---|---|---|
| Alabama | 2,070 | 0.5% |
| Alaska | 416 | 0.1% |
| Arizona | 2,981 | 0.8% |
| Arkansas | 830 | 0.2% |
| California | 41,812 | 11.0% |
| Colorado | 5,305 | 1.4% |
| Connecticut | 8,844 | 2.3% |
| Delaware | 797 | 0.2% |
| District of Columbia | 9,500 | 2.5% |
| Florida | 15,522 | 4.1% |
| Georgia | 14,481 | 3.8% |
| Hawaii | 1,121 | 0.3% |
| Idaho | 472 | 0.1% |
| Illinois | 29,390 | 7.7% |
| Indiana | 2,996 | 0.8% |
| Iowa | 852 | 0.2% |
| Kansas | 1,058 | 0.3% |
| Kentucky | 1,808 | 0.5% |
| Louisiana | 1,650 | 0.4% |
| Maine | 1,138 | 0.3% |
| Maryland | 11,731 | 3.1% |
| Massachusetts | 17,723 | 4.7% |
| Michigan | 4,312 | 1.1% |
| Minnesota | 3,409 | 0.9% |
| Mississippi | 712 | 0.2% |
| Missouri | 2,893 | 0.8% |
| Montana | 451 | 0.1% |
| Nebraska | 581 | 0.2% |
| Nevada | 1,241 | 0.3% |
| New Hampshire | 1,453 | 0.4% |
| New Jersey | 18,976 | 5.0% |
| New Mexico | 904 | 0.2% |
| New York | 73,379 | 19.3% |
| North Carolina | 11,323 | 3.0% |
| North Dakota | 156 | 0.04% |

U.S. Attorney General and
Other Attorneys General and Officials
February 2, 2024
Page 15

| U.S. State, District, or Territory | Estimated Number of Putative Class Members | Estimated Share of Settlement (Assuming 379,334 Class Members) |
|---|---|---|
| Ohio | 6,690 | 1.8% |
| Oklahoma | 1,086 | 0.3% |
| Oregon | 2,551 | 0.7% |
| Pennsylvania | 11,867 | 3.1% |
| Puerto Rico | 629 | 0.2% |
| Rhode Island | 2,320 | 0.6% |
| South Carolina | 2,411 | 0.6% |
| South Dakota | 222 | 0.1% |
| Tennessee | 7,786 | 2.1% |
| Texas | 21,230 | 5.6% |
| Utah | 946 | 0.2% |
| Vermont | 899 | 0.2% |
| Virginia | 11,168 | 2.9% |
| Washington | 6,499 | 1.7% |
| West Virginia | 400 | 0.1% |
| Wisconsin | 2,984 | 0.8% |
| Wyoming | 192 | 0.1% |
| Foreign | 7,097 | 1.9% |
| American Samoa | 8 | 0.02% |
| Guam | 34 | 0.1% |
| Northern Mariana | 9 | 0.02% |
| U.S. Virgin Islands | 19 | 0.02% |
| **TOTAL** | 379,334 | 100% |

# Exhibit B





FedEx® Tracking                                                                    ⋮

 SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.  SHOP NOW

## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 270531849339 | 2/2/24 | Seattle, WA | Washington, DC | ✅ Delivered | 2/5/24 8:57 AM | | FedEx Express |
| 270531869845 | 2/2/24 | Seattle, WA | Anchorage, AK | ✅ Delivered | 2/5/24 10:27 AM | | FedEx Express |
| 270531865471 | 2/2/24 | Seattle, WA | Montgomery, AL | ✅ Delivered | 2/5/24 10:09 AM | | FedEx Express |
| 270531864887 | 2/2/24 | Seattle, WA | Little Rock, AR | ✅ Delivered | 2/5/24 9:10 AM | | FedEx Express |
| 270531837276 | 2/2/24 | Seattle, WA | Phoenix, AZ | ✅ Delivered | 2/5/24 9:32 AM | | FedEx Express |
| 270531808258 | 2/2/24 | Seattle, WA | San Francisco, CA | ✅ Delivered | 2/5/24 11:08 AM | | FedEx Express |
| 270531857510 | 2/2/24 | Seattle, WA | Denver, CO | ✅ Delivered | 2/5/24 9:41 AM | | FedEx Express |
| 270531871775 | 2/2/24 | Seattle, WA | Hartford, CT | ✅ Delivered | 2/5/24 9:03 AM | | FedEx Express |
| 270531806737 | 2/2/24 | Seattle, WA | Washington, DC | ✅ Delivered | 2/5/24 10:11 AM | | FedEx Express |
| 270531832930 | 2/2/24 | Seattle, WA | Wilmington, DE | ✅ Delivered | 2/5/24 8:48 AM | Not available | FedEx Express |
| 270531797198 | 2/2/24 | Seattle, WA | Tallahassee, FL | ✅ Delivered | 2/5/24 9:36 AM | | FedEx Express |
| 270531817436 | 2/2/24 | Seattle, WA | Atlanta, GA | ✅ Delivered | 2/5/24 8:22 AM | | FedEx Express |





| 270536521660 | 2/2/24 | Seattle, WA | Honolulu, HI | ✅ Delivered | 2/5/24 12:11 PM | FedEx Express |
| 270531804859 | 2/2/24 | Seattle, WA | Des Moines, IA | ✅ Delivered | 2/5/24 8:54 AM | FedEx Express |
| 270531858940 | 2/2/24 | Seattle, WA | Boise, ID | ✅ Delivered | 2/5/24 9:42 AM | FedEx Express |
| 270531842003 | 2/2/24 | Seattle, WA | Chicago, IL | ✅ Delivered | 2/5/24 10:08 AM | FedEx Express |
| 270531868297 | 2/2/24 | Seattle, WA | Indianapolis, IN | ✅ Delivered | 2/5/24 10:26 AM | FedEx Express |
| 270531839360 | 2/2/24 | Seattle, WA | Topeka, KS | ✅ Delivered | 2/5/24 9:22 AM | FedEx Express |
| 270531862370 | 2/2/24 | Seattle, WA | Frankfort, KY | ✅ Delivered | 2/5/24 10:00 AM | FedEx Express |
| 270531844727 | 2/2/24 | Seattle, WA | Baton Rouge, LA | ✅ Delivered | 2/5/24 10:13 AM | FedEx Express |
| 270531810773 | 2/2/24 | Seattle, WA | Boston, MA | ✅ Delivered | 2/5/24 9:10 AM | FedEx Express |
| 270531797669 | 2/2/24 | Seattle, WA | Baltimore, MD | ✅ Delivered | 2/5/24 9:38 AM | FedEx Express |
| 270531792027 | 2/2/24 | Seattle, WA | Augusta, ME | ✅ Delivered | 2/5/24 9:28 AM | FedEx Express |
| 270531817160 | 2/2/24 | Seattle, WA | Lansing, MI | ✅ Delivered | 2/6/24 9:35 AM | FedEx Express |
| 270531835159 | 2/2/24 | Seattle, WA | Saint Paul, MN | ✅ Delivered | 2/5/24 11:54 AM | FedEx Express |
| 270531796364 | 2/2/24 | Seattle, WA | Jefferson City, MO | ✅ Delivered | 2/5/24 8:35 AM | FedEx Express |
| 270531844576 | 2/2/24 | Seattle, WA | Jackson, MS | ✅ Delivered | 2/5/24 9:31 AM | FedEx Express |
| 270531802282 | 2/2/24 | Seattle, WA | Helena, MT | ✅ Delivered | 2/5/24 9:11 AM | FedEx Express |



≡

FedEx® Tracking ⋮

 
SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.   SHOP NOW

## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 270531830363 | 2/2/24 | Seattle, WA | Raleigh, NC | ✅ Delivered | 2/5/24 8:52 AM | Not available | FedEx Express |
| 270531821483 | 2/2/24 | Seattle, WA | Bismarck, ND | ✅ Delivered | 2/5/24 9:20 AM | | FedEx Express |
| 270531852254 | 2/2/24 | Seattle, WA | Lincoln, NE | ✅ Delivered | 2/6/24 9:23 AM | | FedEx Express |
| 270531828363 | 2/2/24 | Seattle, WA | Concord, NH | ✅ Delivered | 2/5/24 9:23 AM | | FedEx Express |
| 270531848777 | 2/2/24 | Seattle, WA | Trenton, NJ | ✅ Delivered | 2/5/24 11:21 AM | | FedEx Express |
| 270531861833 | 2/2/24 | Seattle, WA | Santa Fe, NM | ✅ Delivered | 2/5/24 9:26 AM | | FedEx Express |
| 270531792553 | 2/2/24 | Seattle, WA | Carson City, NV | ✅ Delivered | 2/5/24 11:26 AM | | FedEx Express |
| 270531813901 | 2/2/24 | Seattle, WA | New York, NY | ✅ Delivered | 2/5/24 8:33 AM | | FedEx Express |
| 270531818248 | 2/2/24 | Seattle, WA | Columbus, OH | ✅ Delivered | 2/5/24 10:24 AM | | FedEx Express |
| 270531825103 | 2/2/24 | Seattle, WA | Oklahoma City, OK | ✅ Delivered | 2/5/24 8:55 AM | | FedEx Express |
| 270531822870 | 2/2/24 | Seattle, WA | Salem, OR | ✅ Delivered | 2/5/24 8:36 AM | | FedEx Express |
| 270531851980 | 2/2/24 | Seattle, WA | Harrisburg, PA | ✅ Delivered | 2/5/24 9:30 AM | | FedEx Express |




| 270531857290 | 2/2/24 | Seattle, WA | Providence, RI | ✓ Delivered | 2/5/24 9:16 AM | Not available | FedEx Express |
| 270531795151 | 2/2/24 | Seattle, WA | Columbia, SC | ✓ Delivered | 2/5/24 10:12 AM | | FedEx Express |
| 270531846031 | 2/2/24 | Seattle, WA | Pierre, SD | ✓ Delivered | 2/5/24 8:01 AM | | FedEx Express |
| 270531829668 | 2/2/24 | Seattle, WA | Nashville, TN | ✓ Delivered | 2/5/24 9:17 AM | | FedEx Express |
| 270531835950 | 2/2/24 | Seattle, WA | Austin, TX | ✓ Delivered | 2/5/24 9:48 AM | | FedEx Express |
| 270531863582 | 2/2/24 | Seattle, WA | Salt Lake City, UT | ✓ Delivered | 2/5/24 9:43 AM | | FedEx Express |
| 270531827242 | 2/2/24 | Seattle, WA | Richmond, VA | ✓ Delivered | 2/5/24 10:16 AM | | FedEx Express |
| 270531814724 | 2/2/24 | Seattle, WA | Montpelier, VT | ✓ Delivered | 2/5/24 8:38 AM | | FedEx Express |
| 270531801253 | 2/2/24 | Seattle, WA | Olympia, WA | ✓ Delivered | 2/5/24 10:10 AM | Not available | FedEx Express |
| 270531854853 | 2/2/24 | Seattle, WA | Charleston, WV | ✓ Delivered | 2/5/24 9:15 AM | | FedEx Express |
| 270531807906 | 2/2/24 | Seattle, WA | Cheyenne, WY | ✓ Delivered | 2/5/24 10:26 AM | Not available | FedEx Express |
| 270534699153 | 2/2/24 | SEATTLE, WA | TAMUNING | ✓ Delivered | 2/5/24 10:14 AM | | FedEx Express |
| 775053024307 | 2/2/24 | SEATTLE, WA | SAIPAN | ✓ Delivered | 2/7/24 8:13 AM | | FedEx Express |
| 270536056650 | 2/2/24 | SEATTLE, WA | SAN JUAN, PR | ✓ Delivered | 2/6/24 2:05 PM | | FedEx Express |
| 270535777489 | 2/2/24 | SEATTLE, WA | ST THOMAS | ✓ Delivered | 2/5/24 3:24 PM | | FedEx Express |
| 270534060503 | 2/2/24 | Seattle, WA | Atlanta, GA | ✓ Delivered | 2/5/24 10:20 AM | Not available | FedEx Express |

# USPS Tracking®

**FAQs** ❯

**Remove** ✕

**Tracking Number:**

## 94701091051560521374

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

## MONDAY

# 5 February 2024 ⓘ | by **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 8:27 am on February 4, 2024 in MADISON, WI 53707.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**

MADISON, WI 53707
February 4, 2024, 8:27 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |
| **Proof of Delivery** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |

**Product Information**                                          ⌄

See Less ⌃

**Tracking Number:**                                        **Remove** ✕

# 9470109105156557374452

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

## MONDAY

# 5  February 2024 ⓘ        | by
                                              **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 5:28 am on February 6, 2024 in PAGO PAGO, AS 96799.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, PO Box**
PAGO PAGO, AS 96799
February 6, 2024, 5:28 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.