# Exhibit E



ent #: 703-12 Filed: 05/28/24

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>



If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>