# Exhibit G



## Henry, et al. v. Brown University, et al.
## Request for Exclusion

|    | First Name | Last Name |
|----|------------|-----------|
| 1  | GABRIELA   | SOMMER    |
| 2  | ENA        | CORREA    |
| 3  | ALEX       | STREETER  |
| 4  | COREY      | OSES      |
| 5  | APRIL      | WANG      |
| 6  | ONKUR      | SEN       |
| 7  | KATE       | SPILLANE  |
| 8  | KHIA       | HOLLYER   |
| 9  | YOOKYEONG  | OH        |
| 10 | JUSTIN     | LEWIS     |
| 11 | SLOAN W    | KANASKI   |
| 12 | HONGBO     | SONG      |
| 13 | GERMAN     | RAMIREZ DE ARELLANO (LATE POSTMARK) |
| 14 | KYLEE L    | KAZENSKI (POSTMARK ILLEGIBLE/FILED - ECF #692) |