

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Jordan M. Blain

Firm   Skadden, Arps, Slate, Meagher & Flom LLP

Street Address   320 S. Canal Street, 47th Floor

City/State/Zip Code   Chicago, IL 60606-5707

Phone Number   312-407-0447

Email address   jordan.blain@skadden.com

ARDC (Illinois State Bar members, only)   6329455

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:22-cv-00068 | Sun-Air of Scandinavia A/S v. | Jeremy C. Daniel |
| 1:22-cv-00125 | Henry et al. v. Brown Universi | Matthew F. Kennelly |
| 1:18-cv-05875 | Burlet v. Baldwin et al. | John J. Tharp, Jr. |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Jordan M. Blain                                    5/30/2024
_____          _____
Signature of Attorney                                 Date

Rev. 01272016