

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Amy Lynn Van Gelder

Firm   Skadden, Arps, Slate, Meagher & Flom LLP

Street Address   320 S. Canal Street, 47th Floor

City/State/Zip Code   Chicago, IL 60606-5707

Phone Number   (312) 407-0903

Email address   amy.vangelder@skadden.com

ARDC (Illinois State Bar members, only)   6279958

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-00068 | Sun-Air of Scandinavia A/S v. Jet Support Services, Inc. | Jeremy C. Daniel |
| 1:22-cv-00125 | Henry, et al. v. Brown Univ., et al. | Matthew F. Kennelly |
| 1:24-cv-01783 | Segal v. Amadeus IT Group, et al. | Joan B. Gottschall / Gabriel A. Fuentes |
| | | |
| | | |
| | | |

/s/ Amy L. Van Gelder
_____
Signature of Attorney

May 30, 2024
_____
Date

Rev. 01272016