# Exhibit 31



# It's A Business Model:
# Why College Admissions Decisions
# Are So Hard To Predict

**Marilee Jones**

**April 12, 2013**



**Marilee Jones Consulting**

# In Preface…

- **There are no villains.**
- **Everyone is doing the best they can.**
- **But it is time for a re-think.**
- **We can lead.**

**Marilee Jones Consulting**

# Number of U.S. Colleges

- **1845 private 4 yr colleges/596+ 2 yrs**
- **629 public 4 yr colleges/1070+ 2 yrs**
- **2474 total 4 yr colleges**
- **4140 total 4yr + 2yr colleges**
- **Plus MOOCs and for-profit schools**



# Private vs Public Universities

- **Have different funding models**
- **Have different mandates**
- **Have different admissions policies and procedures**



# Public Universities

- **Funded by state taxpayers**
- **Policies are created or overseen by state legislatures/governor**
- **Admissions policies are (mostly)transparent**
- **Bound by laws**



**Marilee Jones Consulting**

# Private Universities

- **Funding sources are diverse, gov't and private**

- **Each school has a different mandate/mission**

- **Admissions policies are arcane**

**Marilee Jones Consulting**

# How Private Colleges Admit

- **Cases read/scored/summarized at least 2x**

- **Some cases triaged out at first read**

- **Committee discussion/decision with all documents present**

- **Institutional needs addressed**

- **School check**



**Marilee Jones Consulting**

# Who Admits? (in order of importance…)

- **Admissions counselors (new graduates)**
- **Assistant Directors (junior staff)**
- **Associate Directors (senior staff)**
- **Dean/Director**
- **Faculty/staff**

**Marilee Jones Consulting**

# Facts About College Selectivity

- **4%** of four yr colleges (100) are considered to be "**selective**": admit rate<50%, yield>40%

- **2%** of four yr colleges (50) are considered to be "**highly selective**": admit rate<20%, yield>50%

- **99%** of college admissions stories in the media **refer to the 4% most selective colleges**



**Marilee Jones Consulting**

# The goal of college admissions is to find an authentic match between an applicant and a college.

# Marilee Jones Consulting





**Marilee Jones Consulting**

# Why is College Admissions so Stressful?

1. Demographics – more students applying (average applicant pool has doubled since 2006)
2. Ease of applying = more students applying to more colleges- 12 applications on average now vs 6 a decade ago
3. Rankings create illusion of distinction (USNWR etc)
4. Media hype, scary facts without context
5. Generational differences
6. Big disconnect between student/parental expectations and actual college admissions policies



**Now:**

## The Purple Pill™ is FDA-approved for use in kids 12 to 17 years old with GERD

# NEXIUM
# for the
# NEXT GENERATION

NEXIUM 20 mg QD and NEXIUM 40 mg QD are approved for the short-term treatment (up to 8 weeks) of GERD in patients aged 12 to 17 years.

Safety and effectiveness for the treatment of symptomatic GERD in patients less than 12 years of age have not been established. Safety and effectiveness for other pediatric uses have not been established.

NEXIUM is contraindicated in patients with known hypersensitivity to any component of the formulation or to substituted benzimidazoles.

In patients aged 12 to 17 years, the most frequently reported adverse events with NEXIUM include headache, diarrhea, abdominal pain, and nausea. Symptomatic response to therapy does not preclude the presence of gastric malignancy.

As with all PPIs, patients treated concomitantly with warfarin may need to be monitored for increases in INR and prothrombin time.

Concomitant administration of esomeprazole may reduce the plasma levels of atazanavir.

NEXIUM should be used only for the conditions, dosages, and durations specified in the Prescribing Information. Please see the brief summary of full Prescribing Information on reverse side.

NEXIUM and the color purple as applied to the capsule are registered trademarks and the Purple Pill is a trademark of the AstraZeneca group of companies.

Please visit our Web site at www.Nexium-us.com

**Nexium**®
(esomeprazole magnesium)

marileejones.com



**Nexium**®
(esomeprazole magnesium)

Marilee Jones Consulting





**Marilee Jones Consulting**

# The Big Disconnect
# Between Family Expectations
# and College Procedures:

**Marilee Jones Consulting**





**Marilee Jones Consulting**

# Education Model:
# Thanks, B. Alden (BAT) Thresher

- Father of private college admissions

- Wrote seminal piece, <u>College Admissions and the Public Interest</u>  1966

- Advocated for meritocracy vs aristocracy in admissions in order to build a solid, peaceful middle-class and to create a nation of knowledgeable citizens

mariiaejones.com

**Marilee Jones Consulting**

# Education Model

- **Considers the needs of 3 generations ahead**

- **Asks the question, "what does the nation/ world need going forward?"**

- **Coordinates with government and communities  (town/gown)**

- **Is a practice in meritocracy**

- **Dedicated to fairness and long-term peace**

Marilee Jones Consulting

# When Did Things Begin To Change?

- **Started in the recession and demographic dip of the 1980s**

- **Outsourcing to accommodate shrinking budgets**

- **Overlap decision- 1993 (no more collaboration)**

- **Enrollment management techniques**

- **Generational change (WW2 gen to Baby Boomers, now to Gen-Xers)**

- **Technology and data mining**

**Marilee Jones Consulting**

# Business Model

- **Focuses on that school's needs that year**

- **Focuses on beating the immediate competition**

- **Offers little sense of 'fairness' to the outside world but makes sense internally (insularity)**

- **Goes unexplained**

- **End goal is a higher ranking in USNWR to ensure future success**



Marilee Jones Consulting

# College Admissions
# Business Model Formula

- high application #s + low admit rate + high yield =

  higher ranking on USNWR =

  more apps + bragging rights =

  more alumni donations + better faculty =

  higher application #s =

**Marilee Jones Consulting**

- **Increasing applications is the most important thing, so recruitment material is strategically seductive.  Colleges then make it very easy for candidates to apply (Fast Apps, Common App).**

**Marilee Jones Consulting**

# What Most Parents Expect

- **Colleges are selecting for educational reasons and that academic numbers (SATs, grades, rank) mean something.**

- **Colleges are reaching out to their child because those schools recognize their child's intrinsic value.**

- **Colleges mean what they say and have a sense of fairness.**

marileejones.com



Marilee Jones Consulting

# How Are Parents Choosing Colleges?

- **Reputation**
- **Advice from friends and family, IECs**
- **Hearsay**
- **Media information**
- **Info from back-in-the-day**
- **Geographical location**
- **etc**



# How are Parents Choosing?



Marilee Jones Consulting





**Marilee Jones Consulting**

# How Are Colleges Choosing?

- **Selecting applicants who fit the school's culture**
- **Winning/gaining against their competition**
- **Satisfying "institutional needs" (and therein lies the rub...)**



Marilee Jones Consulting

# What Are "Institutional Needs", the Critical Factor?

- **Creating 'diversity' and financial stability within the school's cultural context by assuring that certain populations are admitted and enrolled.**

- **These needs are unique to each college and are not communicated to the public. They can change yearly and/or with each leadership change.**

**Marilee Jones Consulting**

# Examples of Institutional Needs

- **Division 1 athletes**
- **Children of major donors**
- **Children of celebrity**
- **Children of prominent alumni**
- **National representation (best in state vs best anywhere)**
- **Ethnic/racial/gender diversity**
- **Diversity by major (civil eng. vs electrical eng)**
- **Diversity by extra-curricular involvements (tuba)**
- **No-need candidates**
- **Etc etc etc**

Marilee Jones Consulting

# USNWR Algorithm

- **In 2012, had 16 aspects in 7 major areas**

- **4 of the 16 aspects were owned by the Admissions Office.**

- **Morse changes the weighting in these aspects from year to year to ensure a changing result. (creates drama, sells magazines)**

- **Says more about who is entering than what happens while enrolled.  There is no evidence of quality of education.**

- **Can be manipulated and is manipulated by colleges.**



**Marilee Jones Consulting**

# USNWR Algorithm- General Areas

- **Undergraduate Academic Reputation (2 aspects)**
- **Student Selectivity for the Previous Entering Class (4 aspects)**
- **Faculty resources for the Previous Year (6 aspects)**
- **Graduation and Retention Rates (2 aspects)**
- **Financial Resources (1 aspect)**
- **Alumni Giving (1 aspect)**

Marilee Jones Consulting

# USNWR Algorithm –
# Student Selectivity Aspects

- **Acceptance rate**

- **High school class standing in top 10%**

- **High school class standing in top 25%**

- **Critical reading and math portions of the SAT and the composite ACT scores**



**Marilee Jones Consulting**

# USNWR Algorithm –
# Other Aspects

- **Peer assessment survey**

- **High school GC ratings**

- **Faculty compensation**

- **% faculty with top terminal degree in their field**

- **% full-time faculty**

- **Student/faculty ratio**

- **Class size (1-19, 50+)**

- **Average graduation rate**

- **Average freshman retention rate**

- **Financial resources/student**

- **Average alumni giving rate**



Marilee Jones Consulting

# What Do Admissions Offices Do Poorly?

- **Share info about their school's culture**
- **Say clearly who they are looking for ("just apply")**
- **Tell you how they admit**
- **Share institutional needs**
- **Discuss the societal implications of their work**
- **Don't know much about the lives of teenagers and their families due to insularity**

**Marilee Jones Consulting**

# Successful admissions really is about the 'FIT'.
# This is often confused with 'STRATEGY'.

**Marilee Jones Consulting**

# What Is Strategy?



Marilee Jones Consulting

# **Strategy…**

- **Thinking it's a game to be mastered, guessing the "formula"**

- **Obsessing about the "formula": the family project**

- **Trying to force the child to be whom others expect them to be**

- **Pulling out all stops (calling in the chips)**

- **Early Decision misuse**



# What Is 'Fit'?





**Marilee Jones Consulting**

# What Is Fit?

- **Scores and grades fit the college's culture**

- **Learning and teaching styles are complimentary**

- **College brings out the best in the student**

- **College is happy to enroll the student**

- **Student is happy and engaged**



Marilee Jones Consulting

# Key Concepts to Share With Clients for Savvy Admissions

- Just because they sent lots of shiny stuff to you, doesn't mean they want to admit you. They just want an application.

- Guard your privacy – Don't pour your heart out.

- Don't 'friend' admissions officers. Grandma's rule.

- Look to identify the culture of the school and decide if it fits you. Ask. Evaluate the web site for why the school was founded.

- Don't just answer the essay questions. Each has an agenda.

**Marilee Jones Consulting**

# More Key Concepts To Share

- **You'll never figure out what the school needs to do for itself (institutional needs), so don't try.**

- **Take nothing personally.**

- **It's an initiation into your adulthood.  All is well.  Rejection is God's protection.**



**Marilee Jones Consulting**

**Tips from an Admissions Officer…**
**Every application is a student's ‘story' that helps determine the match with the college's culture.**

**Marilee Jones Consulting**

**Tips from an admissions officer...**
**The key to successful admission is understanding a college's mission and culture and, if a match, writing the application through that filter.**



**Key questions for us all to ask:**

**What's the purpose of education?**

**What's the purpose of Higher Education?**

**Marilee Jones Consulting**

# Let's redefine success…

**Marilee Jones Consulting**

To laugh often and love much;
To win the respect of other people
And the affection of children;
To earn the approbation of honest
critics
And endure the betrayal of false friends;
To appreciate beauty;
To find the best in others;
To give of one's self;
To leave the world a little better
Whether by a healthy child,
A garden patch,
Or a redeemed social condition;
To have played and laughed with
enthusiasm
And sung with exultation;
To know that even one life has breathed
easier
Because you have lived.
This is to have succeeded.

marileejones.com

**-- Ralph Waldo Emerson**



**Marilee Jones Consulting**

# What can we IECA members do to move the conversation along?

Marilee Jones Consulting

# http://Marileejones.com