# Exhibit 32

3/14/24, 12 12 PM
Case: 1:22-cv-00125 Document #: 706-13 Filed: 06/03/24 Page 2 of 7 PageID #:16157
How do I get into MIT or other Ivy League colleges? - Quora





required, so your SAT scores should be comfortably over 1500 (or over 34 on the ACT).

Academic achievements and extracurricular activities are where an applicant stands out. Depth >> breadth here. Search Quora for the hordes of "How do I get into MIT?" questions.

Continue Reading ∨

It's pretty much the same for the ei

△ 1   ▽   ↻ 7   💬

**Marilee Jones**   ✕
experienced admissions officer, educator, urban shaman · Upvoted by Nick Williams, B.S. Mathematics & MIT Comparative Media Studies/Writing, Massachusetts Institute of Technology (2006) and Jerome Dausman, Masters Finance, Massachusetts Institute of Technology (1978) · 8y

Originally Answered: How can I get admitted to MIT?

I admitted the undergraduate students to MIT for 28 years, nearly 10 as Dean of Admissions. It is very difficult to describe how one gets admitted because it is a subjective process based on a variety of factors.

But let me say that of all the answers below, Anonymous is closest to the truth. Simply put, you need a 'hook', which means something so special that it is pretty rare. (A hook is also known in the admissions business as an 'institutional need', something that the schools want but will never tell the public about. Div 1 athletes, children of major donors or celebrities, best in state, best in nation, academic superstars, someone who is published in a major publication, etc are examples nationally. MIT has its own institutional needs that their outstanding admissions office works hard to identify and admit.) Note that this is not just high scores and perfect grades, as most people believe. It's different.

As Anonymous says, for MIT be world class at something (accent on 'world class'), crush school (that's right—crush it, no excuses) and build writing and interpersonal skills so you can communicate effectively with others.

MIT people are action people so the admissions office is looking for people who regularly make things happen for themselves and others with great self initiative. A deeper than normal curiosity is critical because that screams MIT. And a fearlessness is necessary because not only is MIT the most extraordinary university of its kind on Earth, it's also one of the most demanding. (There's no place to hide in the curriculum there as one can in Ivy schools.) Each of these attributes must be represented by actual evidence in the case. But it's the hook that gets one admitted.

If I could tell future applicants anything, it is to understand the culture of the individual school and see if you are a match. For example, MIT is an action place and so is well suited for action types and not really that suited for intellectual types. Also, do not pick a college based on ranking. That's just ignorance. All ranking systems have been designed to sell products so they are neither neutral authorities nor really true. You must learn about schools yourself in this era of Big Spin. That takes work.

And most importantly, don't take advice about college admissions from anyone who has never admitted for a living. Your friends and parents know nothing about such an arcane process and do what we all do—make assumptions about how it appears to work and then act on the assumptions they just made up as if they were true (a process I refer to as M.S.U.—making sh*t up). That never ends well since it isn't based in truth.

I hope this helps.

1.1M views · View upvotes · View 56 shares                                    1 of 261 answers

△ 2.6K   ▽   ↻ 56   💬 79

Promoted by Masterworks

**Masterworks**
Works at Masterworks · 10mo

**Did Harry inherit more than William?**

Yes and no. When the Queen mother died back in 2002 she left more money to Harry, knowing that William would eventually become Prince and inherit the Duchy of Cornwall, a private estate valued at over $1 billion.

Which is exactly what happened when Queen Elizabeth passed away in 2022. So overall, Willian inherited quite a bit more than Harry.

But this $1 billion estate is nothing compared to the $10 billion that King Charles received tax



3/14/24, 12:12 PM
Case: 1:22-cv-00125 Document #: 706-13 Filed: 06/03/24 Page 4 of 7 PageID #:16159
How do I get into MIT or other Ivy League colleges? - Quora



3/14/24, 12:12 PM
Case: 1:22-cv-00125 Document #: 706-13 Filed: 06/03/24 Page 5 of 7 PageID #:16160
How do I get into MIT or other Ivy League colleges? - Quora



Anyway, back to 2003.

We had an array of hall monitors in my high school, most of whom were older women who had retired or wanted a relaxing not-quite full-time job. Some were moms of classmates, others locals - they were all generally friendly, some a little cranky and more on the disciplinarian side.

One though, Rose, was the sweetest ~~Continue Reading~~ ays chat us up at lunch, make sure we were staying ou

⬆ ⬇ 💬 1 💬

Getting into MIT or other Ivy League colleges is highly competitive, and there are no guarantees, but here are some steps you can take to increase your chances:

1. **Academic Excellence:** Maintain a strong academic record throughout high school. Take challenging courses, such as Advanced Placement (AP) or International Baccalaureate (IB) classes, and aim for top grades.

2. **Standardized Tests:** Perform well on standardized tests like the SAT or ACT. These scores are an important part of the admissi~~Continue Reading~~ ools have test-optional policies, so research the specific requirements of

Promoted by Betterbuck

⬆ 3.2K ⬇ 💬 82 💬 185

**What are some financial mistakes the majority of Americans make?**
Where do I start?

I spend a LOT of time talking to people about their spending habits. Here are the biggest mistakes people are making, in my eyes:

**1. Getting price gouged on the internet.**

You might be surprised how often you're overpaying on Amazon and elsewhere.

Big stores like Amazon know that **no one has time to price shop through dozens of sites**, so there's often no incentive for them to offer bargain prices.

I typically **hate** browser extensions with a fiery passion, but if you don't have Capital One Shopping 🔗 installed yet, do yourself a favor and grab it 🔗.

Here's what I mean: ~~Continue Reading~~

⬆ 414 ⬇ 💬 16

Originally Answered: How can I get admitted to MIT?

I was the smartest. In 1977 they didn't look so much at extracurricular activities. There was no internet. I was 15 with a pure 1600 score on the first try. I was the class valedictorian. Brilliant!

I did fine at MIT then went to medical school and into orthopedics. I've saved perhaps 10 lives, and helped thousands.

Did I invent new technology? No. Was I good at my specialty? I guess. My earnings put me in the top .1%. Maybe some of the people I've helped invented something.

Does anyone recognize my name na~~Continue Reading~~ t. Do I care. Same answer. I went into medicine to take care of peop

⬆ 30 ⬇ 💬 2 💬 5

Related **How can I get into an Ivy League or other prestigious college?**

3/14/24, 12:12 PM
Case: 1:22-cv-00125 Document #: 706-13 Filed: 06/03/24 Page 6 of 7 PageID #:16161
How do I get into MIT or other Ivy League colleges? - Quora

# Quora

Here is a bit of information that tells you a great deal about the admissions chances for Harvard, as an example of one of the Ivy League Schools. 41.9% of Harvard admittees are "legacy" admittees—i.e. their parents or other relatives went to Harvard. Moreover 90% of those legacy students are white. Then there is another group of admittees, like President Trump's son-in-law Jared Kushner, whose parents literally bought them places in the freshman class by ma

Continue Reading ˅

   10K  25  81

**Related** **What helped you get into an Ivy League college?**

When I was growing up, my grandmother often quoted a piece of advice that roughly translates to, "Slow birds need to fly first."

What she meant by this was that when you aren't innately good at something, you have to make up for it by giving yourself some sort of head start.

In my AP Calculus class, for example, it often took me hours to understand concepts that, to my math-savvy friends, seemed as simple as multiplication. So I made a habit of tackling each unfamiliar concept a little earlier than my classmates did.

Every week, I read a chapter ahead of the chapter we'd been assigned in the text

Continue Reading ˅

   27  9

Originally Answered: What can I do to get into ivies or MIT?

Your brief resume sounds great. If it expands as well into a full application, then you should do fine.

As a junior in high school, this is the year to find two teachers who you know well, who will write Excellent letters of recommendation for you to colleges. The letters need to cover:

- Your academic prowess
- You as a whole person
- Collectively, your key extracurricular activities, with comments about Leadership, Passion, Commitment, time management and great interpersonal relationships with others. (You also may need a supplemental letter of recommendation to emphasize the extracurricular activitie

Continue Reading ˅

   1.9K  33  34

**Related** **Can I get accepted into an Ivy League school?**

I was accepted to four Ivy League institutions and Stanford.

I'll say this: **Nobody in my family went to college. Not a single person.**

In fact, I didn't even know where Harvard was located – let alone how to apply.

So, to put it simply: **Yes, I think you can get into an Ivy League School. I think anyone can.**

Here's a personal example to get you started:

My first day of high school, I walked into my Spanish class. Sit in the front row? HA. I'll take the dark shadows in the back, thank you very much.



Continue Reading ˅

3/14/24, 12:12 PM
Case: 1:22-cv-00125 Document #: 706-13 Filed: 06/03/24 Page 7 of 7 PageID #:16162
How do I get into MIT or other Ivy League colleges? - Quora

