# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.
                        Plaintiff,

v.                                            Case No.: 1:22−cv−00125
                                                  Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 5, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant MIT's motion to maintain portions of certain filings under seal [706] is granted. In making this determination the Court places significant weight on the fact that the filings concerned a discovery dispute, not the merits of the case, and the fact that discovery typically is not conducted in the public record. The Court's ruling likely would be different if the filings in question were merits−related. Redacted versions of the filings are to be promptly filed in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.