

# United States District Court
## Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Laura Bernescu

Firm   Skadden, Arps, Slate, Meagher & Flom LLP

Street Address   320 South Canal Street, 47th Floor

City/State/Zip Code   Chicago, IL 60606-5707

Phone Number   312-407-0700

Email address   laura.bernescu@skadden.com

ARDC (Illinois State Bar members, only)   6316545

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:21-cv-04349 | Burbige, Kevin, Etc., et al. v. ATI Physical Therapy, Inc., Etc. et al. | Judge Edmond E. Chang; JudgeYoung B. Kim (Motion Judge) |
| 1:22-cv-02974 | Dayak, Matthew J., Etc., et al. v. Reyes Holdings, LLC, et al. | Judge Jeffrey Cole (Magistrate Judge); Judge John F. Kness |
| 21-cv-06415 | Hamza Ghaith v. ATI Physical Therapy, Inc. | Judge Edmond E. Chang |
| 1:22-cv-00125 | Henry, Sia, Etc., et al v. Brown University et al | Judge Elaine Bucklo; Judge Thomas Durkin; Judge Matthew F. Kennelly |
| 1:16-cv-10510 | In Re: The Allstate Corporation Securities Litigation (City of St. Clair Shores Police and Fire Retirement System, Etc., et al vs The Allstate Corporation, et. al.) | Judge Beth W. Jantz (Magistrate Judge); Judge Robert W. Gettleman; Judge M. David Weisman (Magistrate Judge) |
| 1:24-cv-02959 | Livingston, Jean T., Etc., vs Luciano, Juan, et al. (Adm) | Judge Gabriel A. Fuentes (Magistrate Judge); Judge Andrea Wood |

/s/ Laura Bernescu
_____
Signature of Attorney

June 5, 2024
_____
Date

Rev. 01272016