**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br>      Plaintiffs, <br><br>v. <br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br>      Defendants. | Case No.: 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.17, Defendant University of Chicago ("UChicago") hereby gives notice of the withdrawal of Thomas E. La Voy as counsel for UChicago in this matter. Attorneys James L. Cooper, Valarie Hays, Michael A. Rubin, and Leah Harrell, of Arnold & Porter Kaye Scholer LLP will continue to represent UChicago in this matter.

1

Dated: June 6, 2024                                  Respectfully submitted,

                                                               By: */s/ Michael A. Rubin*
                                                               James L. Cooper
                                                               Michael Rubin
                                                               ARNOLD & PORTER KAYE SCHOLER LLP
                                                               601 Massachusetts Ave, NW
                                                               Washington, DC 20001-3743
                                                               Tel: 202-942-5014
                                                               james.cooper@arnoldporter.com
                                                               michael.rubin@arnoldporter.com

                                                               Leah Harrell
                                                               ARNOLD & PORTER KAYE SCHOLER LLP
                                                               250 West 55th Street
                                                               New York, NY 10019-9710
                                                               Tel.: 212-836-7767
                                                               Leah.Harrell@arnoldporter.com

                                                               Valarie Hays
                                                               ARNOLD & PORTER KAYE SCHOLER LLP
                                                               70 W Madison Street
                                                               Suite 4200
                                                               Chicago, IL 60602
                                                               Tel.: 312-583-2440
                                                               valarie.hays@arnoldporter.com

                                                               *Counsel for Defendant University of Chicago*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on June 6, 2024, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: June 6, 2024 By: */s/ Michael A. Rubin*