# **EXHIBIT D**

| | |
|---|---|
| **Subject:** | RE: 568: Motion to Compel MIT - redacted filing |
| **Date:** | Thursday, May 16, 2024 at 12:39:45 PM Eastern Daylight Time |
| **From:** | LIN, Daphne <Daphne.Lin@freshfields.com> |
| **To:** | Richard Schwartz <rschwartz@bm.net>, RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com> |
| **CC:** | Robert E. Litan <rlitan@bm.net>, Ellen Noteware <enoteware@bm.net>, Robert Gilbert <rgilbert@gilbertlitigators.com>, Ted Normand <tnormand@fnf.law> |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png |

Hi Richard,

Thanks for reaching out. As an alternative, MIT proposes to provide Plaintiffs with redacted versions of the motion and exhibits that can be filed on the public docket tomorrow. These redactions would then be the subject of MIT's motion to seal. Let us know if Plaintiffs are amenable to that approach.

Best,
Daphne

**Daphne Lin** | **Freshfields Bruckhaus Deringer US LLP**
**T** +202 777 4585 | **M** +202 460 6565

---

**From:** Richard Schwartz <rschwartz@bm.net>
**Sent:** Wednesday, May 15, 2024 5:56 PM
**To:** RYBNICEK, Jan (JRYB) <Jan.RYBNICEK@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>
**Cc:** Robert E. Litan <rlitan@bm.net>; Ellen Noteware <enoteware@bm.net>; Robert Gilbert <rgilbert@gilbertlitigators.com>; Ted Normand <tnormand@fnf.law>
**Subject:** 568: Motion to Compel MIT - redacted filing

Counsel for MIT:

Plaintiffs write regarding Judge Kennelly's Minute Order from earlier today (ECF No. 686). The Minute Order instructs Plaintiffs to "promptly" file a redacted version of Plaintiffs' Motion to Compel (ECF No. 685). Plaintiffs intend to comply with the Court's instruction to "promptly" file a redacted version, but are also mindful of MIT's request on Monday that Plaintiffs maintain the Motion to Compel under seal and also understand that the Minute Order provides MIT with a 5/20 to file a motion to seal.

Plaintiffs suggest that MIT and Plaintiffs jointly seek clarification from the Court and inquire whether Plaintiffs may wait to file a redacted version until after the Court has resolved any forthcoming motion to seal. Would MIT agree to a joint letter seeking clarification? Below is a proposed draft.

> Dear Judge Kennelly:
>
> Plaintiffs and Defendant MIT jointly seek clarification of the Court's Minute Entry (ECF No. 686) ("Minute Order") regarding Plaintiffs' filing of a Motion to Compel MIT under seal (ECF No. 685) (the "Motion to Compel"). The Minute Entry permits MIT to move to seal the Motion to Compel by May 20, 2024 with a point-by-point justification, which the Plaintiffs are likely to oppose in substantial part. However, the Minute Order also instructs Plaintiffs to "promptly"

file a redacted version of the Motion to Compel on the public docket. Plaintiffs and Defendant MIT respectfully ask the Court to clarify that Plaintiffs are to wait until after the Court resolves any motion to seal before filing a public version of the Motion to Compel.

Please provide a response by tomorrow (Thursday 5/16) at noon (CT).

Regards,
Richard Schwartz

**Richard Schwartz** / *Senior Counsel*

 773.257.0255     212.767.9269

    

📍 1720 W DIVISION
   CHICAGO, IL 60622

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

*-**External sender. Please use caution when clicking on any attachments or links** -*