# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

                  Plaintiff,

v.

Brown University, et al.

                  Defendant.

Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: This case is set for an in−person status hearing on 6/18/2024 at 12:45 p.m. [718]. The Court advises that counsel who cannot attend the 6/18/2024 status hearing but wish to listen may do so via telephone by calling 650−479−3207, access code 980−394−33. No person listening in by telephone will be permitted to speak; the call−in option is for listening only. An in−person appearance will be required for any attorney or other person who wishes to be heard. Mailed notice(mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.