**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.
                              Plaintiff,

v.                                                              Case No.: 1:22−cv−00125
                                                                Honorable Matthew F. Kennelly

Brown University, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 6/18/2024. Defendants' expert report deadline is extended by agreement to 8/7/2024. Discussion held regarding sealed findings on merits related filings (including class certification; summary judgment; and Daubert filings). The parties are to continue meet and confer regarding a process for addressing information on materials filed under seal. A joint status report with an agreed upon process or separate proposals if the parties cannot agree in good faith is to be filed by 7/16/2024. Video status hearing is set for 7/31/2024 at 1:15 PM. The Court will send out the video invitation to counsel a few days before the hearing. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.