**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henry et al. v. Brown University et al.

Case Number: 1:22-cv-00125

An appearance is hereby filed by the undersigned as attorney for:
Vanderbilt University

Attorney name (type or print): Matthew R. Devine

Firm: White & Case, LLP

Street address: 111 South Wacker Drive Suite 5100

City/State/Zip: Chicago, IL 60606-4418

Bar ID Number: 6282744
(See item 3 in instructions)

Telephone Number: 312-881-5364

Email Address: matthew.devine@whitecase.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's general bar? | ☑ Yes ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 19, 2024

Attorney signature: S/Matthew R. Devine
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023