**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.

                              Plaintiff,

v.                                        Case No.: 1:22−cv−00125
                                          Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 19, 2024:

     MINUTE entry before the Honorable Matthew F. Kennelly: In person fairness hearing held on 7/19/2024. Motion by J. Frank Hogue to appear pro hac vice is granted [724]. Oral ruling made granting motion for final approval of proposed settlements and approval of settlement class counsel's motion for service awards for the class representatives, reimbursement of expenses, and attorneys' fees [679] [703]. The parties are directed to send an amended proposed settlement approval order to Judge Kennelly's proposed order e−mail address. Oral ruling made regarding disputed issue on process for sealed findings as set out in joint status report. The parties are to send a revised draft order consistent with the Court's rulings to Judge Kennelly's proposed order email address. The parties are directed to file a joint status report by 9/16/2024. Video status hearing is set for 9/23/2024 at 2:00 p.m. The Clerk will send out the video conference invitation to counsel a few days before the hearing date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.