IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BROWN UNIVERSITY, COMPENSATION AND WORKPLACE PRACTICES COMMITTEE OF ALLIANCEBERNSTEIN CORPORATION, RAMON DE OLIVEIRA, PAUL L. AUDET, DANIEL G. KAYE, KRISTI MATUS, MARK PEARSON, BERTRAM L. SCOTT, TARA THOMPSON POPERNIK, DANIEL LOEWY, ADMINISTRATIVE COMMITTEE, INVESTMENT COMMITTEE, and JANE and JOHN DOES 1-20,<br><br>    Defendants. | Case No. 1:22-cv-00125-MFK<br>Hon. Matthew F. Kennelly |

**NOTICE OF APPEARANCE**

 PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of Class Member, Lucas Martin, in the above-captioned matter.

 Dated: August 19, 2024
 New York, NY

            By:  _/s/ Agatha M. Cole_
                Agatha M. Cole
                BEVERLY PLLC
                43 West 43rd Street, Suite 159
                New York, NY 10036
                Tel: (917) 524-8055
                Email: agatha@beverlypllc.com