**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sia Henry, et al.

                              Plaintiff,

v.                                           Case No.: 1:22−cv−00125
                                             Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly: The motion to reconsider (etc.) filed by class member Lucas Martin [733] is denied. First, Mr. Martin had a full and fair opportunity to be heard, both in writing and orally. Second, the settlement approval hearing was available for remote participants to listen in so that they could hear the presentation of the motion for approval of the settlement and the Court's ruling. Third, the Court fully considered Mr. Martin's objection and addressed it on the record during the hearing. A transcript may be obtained by Mr. Martin if he wishes. The Court sees nothing in Mr. Martin's motion to reconsider (etc.) that warrants reopening the matter at this time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.