UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**JOINT STATUS REPORT**
**September 16, 2024**

I.      **JOINT STATEMENT OF RELEVANT ISSUES**

    A.  **Status of Discovery**

The deadline for fact discovery was March 20, 2024 and now expert discovery is ongoing. On May 14, 2024, Plaintiffs served their opening expert reports on Defendants. On August 7, 2024, Defendants served their expert reports, and on October 7, 2024, Plaintiffs will file rebuttal expert reports. Expert depositions are in the process of being scheduled.

    B.  **Class Certification and Daubert Briefing Page Limits**

The Case Management Order does not currently contain any contemplated page limits to the forthcoming Class Certification and Daubert Motions to be filed December 16, 2024. The parties are conferring as to appropriate page limits and will submit a proposal to the Court after Plaintiffs serve their rebuttal expert reports on October 7.

    C. **September 23, 2024 Video Status Conference**

Unless the Court would like the parties to address any particular issue, the parties suggest that the September 23, 2024 video status conference be cancelled.

Dated: September 16, 2024

Respectfully Submitted,

By:/s/ *Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
Peter Bach-y-Rita
FREEDMAN NORMAND
FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 905
New York, NY 10017
Tel.: 646-350-0527
vel@fnf.law

By: */s/ Deepti Bansal*
Deepti Bansal
Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Tel.: 202-728-7027
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher
COOLEY LLP

tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

/s/ *Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Natasha Zaslove
GILBERT LITIGATORS &
COUNSELORS, P.C.
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@ gilbertlitigators.com
nzaslove@gilberlitigators.com

/s/ *Eric L. Cramer*
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
BERGER MONTAGUE PC
1720 W Division

110 N. Wacker Drive
Chicago, IL 60606
Tel.: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By: /s/ *Norman Armstrong*
Norman Armstrong
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: 202-389-3180
norman.armstrong@kirkland.com

Emily T. Chen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: 212-341-7458
emily.chen@kirkland.com

Daniel E. Laytin
KIRKLAND & ELLIS LLP
300 N La Salle Dr.
Chicago, IL 60654
Tel.: 312-862-2000
daniel.laytin@kirkland.com

*Counsel for Defendant Cornell University*

By: /s/ *Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel.: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Defendant Georgetown University*

By: /s/ *Jeffrey J. Bushofsky*
Jeffrey J. Bushofsky

| | |
|---|---|
| Chicago, IL 60622<br>Tel: 773-257-0255<br>rschwartz@bm.net<br><br>Daniel J. Walker<br>Robert E. Litan<br>Hope Brinn<br>BERGER MONTAGUE PC<br>1001 G Street, NW, Suite 400 East<br>Washington, DC 20001<br>Tel.: 202-559-9745<br>rlitan@bm.net<br>dwalker@bm.net<br>hbrinn@bm.net<br><br>*Counsel for Plaintiffs* | ROPES & GRAY LLP<br>191 North Wacker Drive 32nd Floor<br>Chicago, IL 60606-4302<br>Tel.: 312-845-1200<br>jeffrey.bushofsky@ropesgray.com<br><br>Chong S. Park<br>Samer M. Musallam<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>Tel.: 202-508-4600<br>chong.park@ropesgray.com<br>samer.musallam@ropesgray.com<br><br>*Counsel for Defendant Johns Hopkins University*<br><br>By: */s/ Eric Mahr*<br>Eric Mahr<br>Jan Rybnicek<br>Daphne Lin<br>FRESHFIELDS BRUCKHAUS DERINGER<br>700 13th Street, NW<br>Washington, DC 20005<br>Tel.: 202-777-4500<br>eric.mahr@freshfields.com<br>jan.rybnicek@freshfields.com<br>daphne.lin@freshfields.com<br><br>*Counsel for Defendant Massachusetts Institute of Technology*<br><br>By: */s/ Robert A. Van Kirk*<br>Robert A. Van Kirk<br>Jonathan B. Pitt<br>Sarah F. Kirkpatrick<br>Matthew D. Heins<br>Cole T. Wintheiser<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, D.C. 20024<br>Tel.: 202-434-5000<br>rvankirk@wc.com<br>skirkpatrick@wc.com<br>jpitt@wc.com |

3

mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street
19th Floor
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the*