# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sia Henry, et al.

        Plaintiff,

v.                Case No.: 1:22−cv−00125
                Honorable Matthew F. Kennelly

Brown University, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

  MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' joint sttaus report, the video status hearing set for 9/23/2024 is vacated and reset to 10/28/2024 at 1:15 PM. The Clerk will send out the video conference invitation to counsel a few days before the hearing date. The parties are directed to file a joint status report on 10/21/2024 but may submit their proposed class certification/Daubert page limits before that once they are ready to do so. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.