**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-00125 |
| *Plaintiffs*, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| *Defendants*. | |

To:     All Counsel of Record

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP.  The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Respectfully Submitted,

By: /s/ *Jan Rybnicek*
    Jan Rybnicek
    FRESHFIELDS US LLP
    700 13th Street, NW, 10th Floor
    Washington, DC 20005
    Tel: 202-777-4500
    jan.rybnicek@freshfields.com
    eric.mahr@freshfields.com
    daphne.lin@freshfields.com

    *Counsel for Defendant Massachusetts Institute of Technology*