# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sia Henry, et al.

                    Plaintiff,

v.                                                    Case No.: 1:22−cv−00125

                                                                  Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' joint status report, the video status hearing set for 10/28/2024 is vacated and reset to 11/26/2024 at 1:15 PM. Judge Kennelly's courtroom deputy clerk will send out the video conference invitation to counsel a few days before the hearing date. The parties are directed to file a joint status report on 11/19/2024 that must include proposed class certification/Daubert page limits. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.