**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**JOINT STATUS REPORT
November 19, 2024**

I.  **JOINT STATEMENT OF RELEVANT ISSUES**

   A. **Page Limits for *Daubert* and Class Certification Motions**

Pursuant to this Court's Order on October 22, 2024 (ECF No. 742), the parties have agreed to propose the following page limits for *Daubert* and class certification motions:

- *Daubert*
    - 25 pages for opening briefs;
    - 25 pages for the opposition briefs;
    - 15 pages for the reply briefs.
- Class Certification
    - 50 pages for the opening brief;
    - 60 pages for the opposition brief;
    - 35 pages for the reply brief.

   B. **Proposed Modification to Daubert and Class Certification Briefing Schedule**

Defendants respectfully request that the Court modify the current Case Management Order (ECF No. 544) to provide the Parties with an additional month to respond to *Daubert* motions and the motion for class certification. The parties have met and conferred, and Plaintiffs do not oppose this request.

*Daubert* motions and the motion for class certification currently are due on December 16, 2024, and opposition briefs are due on January 16, 2024. This schedule was set after Plaintiffs sought and received an extension of fact discovery, which had the effect of extending all deadlines in the original Case Management Order (ECF No. 194) by 49 days (ECF No. 544). Defendants now request a modest one-month extension to allow adequate time to prepare their responsive filings and to obtain all necessary client approvals, which would be very challenging under the

1

current schedule given the late-December and early-January holiday period. The proposed one-month extension also would provide Defendants approximately the same amount of time to prepare their class certification opposition brief as Plaintiffs presently have to prepare their class certification reply brief.

Under Defendants' proposed modified schedule, the deadlines for *Daubert* and class certification briefing would change as follows:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| *Daubert* Motions | December 16, 2024 | Unchanged |
| Motion for Class Certification | December 16, 2024 | Unchanged |
| *Daubert* Oppositions | January 13, 2025 | February 13, 2025 |
| Class Certification Opposition | January 13, 2025 | February 13, 2025 |
| *Daubert* Replies | February 18, 2025 | March 18, 2025 |
| Class Certification Reply | March 7, 2025 | April 7, 2025 |

Other deadlines in the current Case Management Order (ECF No. 544) would remain unchanged.

For the foregoing reasons, Defendants respectfully request the Court to adopt the unopposed modified schedule above.

**C. Status Conference**

Unless the Court would like to address any issues, the parties suggest that the November 26, 2024 status conference be cancelled.

2

Dated: November 19, 2024

By:/s/ *Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
Peter Bach-y-Rita
FREEDMAN NORMAND
FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 905
New York, NY 10017
Tel.: 646-350-0527
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: 786-924-2900
ingo@fnf.law

/s/ *Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David Copeland
Natasha Zaslove
GILBERT LITIGATORS &
COUNSELORS, P.C.
11 Broadway, Suite 615
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@ gilbertlitigators.com
nzaslove@gilberlitigators.com

/s/ *Eric L. Cramer*

Respectfully Submitted,

By: /s/ *Deepti Bansal*
Deepti Bansal
Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Tel.: 202-728-7027
dbansal@cooley.com
akasner@cooley.com

Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive
Chicago, IL 60606
Tel.: 312-881-6500
mkutcher@cooley.com

*Counsel for Defendant California Institute of Technology*

By: /s/ *Norman Armstrong*
Norman Armstrong
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: 202-389-3180
norman.armstrong@kirkland.com

Emily T. Chen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: 212-341-7458
emily.chen@kirkland.com

Daniel E. Laytin
KIRKLAND & ELLIS LLP
300 N La Salle Dr.
Chicago, IL 60654
Tel.: 312-862-2000
daniel.laytin@kirkland.com

3

| | |
|---|---|
| Eric L. Cramer<br>Ellen T. Noteware<br>David Langer<br>Jeremy Gradwohl<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: 215-875-3000<br>ecramer@bm.net<br>enoteware@bm.net<br>dlanger@bm.net<br>jgradwohl@bm.net<br><br>Richard Schwartz<br>BERGER MONTAGUE PC<br>1720 W Division<br>Chicago, IL 60622<br>Tel: 773-257-0255<br>rschwartz@bm.net<br><br>Daniel J. Walker<br>Robert E. Litan<br>Hope Brinn<br>BERGER MONTAGUE PC<br>1001 G Street, NW, Suite 400 East<br>Washington, DC 20001<br>Tel.: 202-559-9745<br>rlitan@bm.net<br>dwalker@bm.net<br>hbrinn@bm.net<br><br>*Counsel for Plaintiffs* | *Counsel for Defendant Cornell University*<br><br>By: */s/ Britt M. Miller*<br>Britt M. Miller<br>Daniel T. Fenske<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel.: 312-783-0600<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com<br><br>*Counsel for Defendant Georgetown University*<br><br>By: */s/ Jeffrey J. Bushofsky*<br>Jeffrey J. Bushofsky<br>ROPES & GRAY LLP<br>191 North Wacker Drive 32nd Floor<br>Chicago, IL 60606-4302<br>Tel.: 312-845-1200<br>jeffrey.bushofsky@ropesgray.com<br><br>Chong S. Park<br>Samer M. Musallam<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>Tel.: 202-508-4600<br>chong.park@ropesgray.com<br>samer.musallam@ropesgray.com<br><br>*Counsel for Defendant Johns Hopkins University*<br><br>By: */s/ Jan Rybnicek*<br>Eric Mahr<br>Jan Rybnicek<br>Daphne Lin<br>FRESHFIELDS US LLP<br>700 13th Street, NW<br>Washington, DC 20005<br>Tel.: 202-777-4500<br>eric.mahr@freshfields.com<br>jan.rybnicek@freshfields.com<br>daphne.lin@freshfields.com |

4

*Counsel for Defendant Massachusetts Institute of Technology*

By: /s/ *Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan B. Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Cole T. Wintheiser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
Tel.: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
jpitt@wc.com
mheins@wc.com
cwintheiser@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for Defendant University of Notre Dame du Lac*

By: /s/ *Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

5

Tel.: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Daniel Martin Feeney
Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street
19th Floor
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for Defendant The Trustees of the University of Pennsylvania*