# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sia Henry, et al.

                Plaintiff,

v.                                      Case No.: 1:22−cv−00125
                                            Honorable Matthew F. Kennelly

Brown University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The proposed page limits for Daubert and class certification motions is approved (Daubert: 25 pages per side in the aggregate for opening briefs, 25 pages per side in the aggregate for opposition briefs, 15 pages per side in the aggregate for reply briefs; Class certification: 50 pages for plaintiffs' opening brief; 60 pages in the aggregate for defendants' response; 35 pages for plaintiffs' reply). The Court respectfully overrules the request for a further extension of the class certification/Daubert briefing schedule. The video status hearing set for 11/26/2024 is vacated and reset to 1/24/2025 at 1:00 PM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the 1/24/2025 hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.