# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sia Henry, et al.
                              Plaintiff,

v.
                                                        Case No.: 1:22−cv−00125
                                                        Honorable Matthew F. Kennelly

Brown University, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion to revise deadlines and for clarification [746] is granted in part to the following extent given the parties' commitment that the overall end date for the briefing schedule will not be moved. Class certification and Daubert motions are due by 12/16/2024 as previously ordered; Daubert oppositions are due 1/24/2025; class certification oppositions are due 1/31/2025; Daubert replies are due 2/25/2025; and class certification replies are due 3/7/2025. Regarding page limits, the Court understands what counsel are saying regarding "the magnitude of the case," but it is not persuaded that a total of 320 pages of Daubert briefing (60 + 60 + 40, times 2), in addition to a total of 145 pages for class certification briefing, is either needed or appropriate even given the number of experts on each side. The Court expands the overall Daubert page limits to 35 pages per side in the aggregate for opening briefs, 35 pages in the aggregate for opposition briefs, and 20 pages in the aggregate for reply briefs. That amounts to 180 pages of Daubert briefing in total (in addition to the 145 pages of class certification briefing), which is more than enough in the Court's view. The Court notes, in this regard, that 320 pages is likely several multiples of what the parties will get on appeal. No further motions to expand the page limits will be entertained. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.