# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SIA HENRY *et al.*, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No.: 1:22-cv-00125 |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, *et al.*, | |
| *Defendants*. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned, William J. McElhaney III, respectfully requests that the Court grant him leave to withdraw as counsel for Defendant Georgetown University in the above-captioned matter. Mr. McElhaney is departing Mayer Brown LLP. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed Mayer Brown LLP attorneys will continue to represent Georgetown University in the litigation.

Dated: December 13, 2024

Respectfully submitted,

*/s/ William J. McElhaney III*
Britt M. Miller
Daniel T. Fenske
William J. McElhaney III
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 701-
bmiller@mayerbrown.com
dfenske@mayerbrown.com
wmcelhaney@mayerbrown.com

*Counsel for Defendant Georgetown University*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on December 13, 2024, and thereby caused to be served on all counsel of record registered to receive such service.

DATED: December 13, 2024                                                By: */s/ William J. McElhaney III*