# EXHIBIT 1

Message

**From:** Jonathan Richard Burdick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B28971871B94591A54AA89BE0E3CC74-JRB538]
**Sent:** 10/14/2020 11:59:03 AM
**To:** Heather Marcotte [hed24@cornell.edu]; Shawn Felton [sf78@cornell.edu]
**Subject:** RE: AAD Questions

I would only ask that you remind them of the overall, framing driver here: Cornell's previous practices were not best practices. Non-readers were providing direct input based on privileged access to information about applicants, making our otherwise overall scrupulously fair processes more difficult to defend; admissions readers were in effect deputized in the fund-raising process, even when that was seldom the intent of their deans and other academic leaders. While it's not a legal constraint, building a more imposing firewall between development conversations and admissions conversations is important for our public reputation, as we are always only one Federal inquiry or lawsuit away from having our admissions review process exposed and debated in the public press.

Meanwhile, that new, higher firewall by design isn't 100% impermeable. We remain well-prepared to consider Descendants of Cornell Alumni broadly, and even the involvement of highly motivated and consequential donors specifically, as part of our admission reviews. But we are designing a process that—

1) Ensures every applicant goes through some early stages of the review process on a level playing field (noting that in most years, those stages might still include a 1:1 conversation with Heather Nichols, a College/School official, a coach etc.)
2) Increases the chances that the relatively impartial results of the first review round has at least an equal footing when it arrives at the level of second reader, director- or committee decisions
3) Narrows the communication channels to help ensure the right messages and inquiries about status reach the right parties at the right time, without overlapping or conflicting information
4) Aligns the DoCA+ process well with our similar, tightly-managed holistic practices for student athletes, veterans, first-generation and other kinds of students who can bring extra value to campus

Jon

Jonathan Burdick
Vice Provost for Enrollment
Cornell University
501-F Day Hall
Ithaca, NY 14853
607.255.3316 office
585.705.9136 mobile
burdick@cornell.edu

---

**From:** Heather Marcotte
**Sent:** Wednesday, October 14, 2020 11:41 AM
**To:** Shawn Felton <sf78@cornell.edu>; Jonathan Richard Burdick <jrb538@cornell.edu>
**Subject:** RE: AAD Questions

Shawn,

Thank you for the update. As I mentioned earlier, Christy Agnese (Director of Development for CALS) has invited me to attend their staff meeting on Tuesday to discuss policy changes regarding admissions and AAD. While I am comfortable

presenting to them, I did want to reach to you and Jon to be sure that is appropriate. Do either of you have any concerns about me attending?

Best,
Heather

**Beginning 3/17/20 I will be working remotely until further notice.**

**Heather Marcotte**
Director of Admissions
Office of Admissions
Roberts Hall 177

**College of Agriculture and Life Sciences**
**Cornell University**
hed24@cornell.edu | cals.cornell.edu
**Cornell CALS: Life. Changing.**
Preferred Pronouns: She/Hers/Her

---

**From:** Shawn Felton <sf78@cornell.edu>
**Sent:** Wednesday, October 14, 2020 10:04 AM
**To:** Heather Marcotte <hed24@cornell.edu>; Jonathan Richard Burdick <jrb538@cornell.edu>
**Subject:** RE: AAD Questions

Hi Heather -- Thanks for the nudge about this. The answers to the questions below are correct as presented. What will likely change in all of this is Heather's responses to the various inquiries that she will receive, given that she will no longer be as deeply embedded in our selection/review process nor will she have up to the minute review information (nor access to the college admission directors) that was previously the case. I am working with Heather and Kyle on all of this now. We will provide an email to the ADC group later this week with guidance related to what you ask about below and also with some new information regarding how to handle DCA prospects requesting informational meetings (which the college admissions offices stopped doing themselves many years ago). More soon, Shawn

==============================
Shawn L. Felton
Director of Undergraduate Admissions
Undergraduate Admissions Office
Cornell University
sf78@cornell.edu
==============================

**From:** Heather Marcotte <hed24@cornell.edu>
**Sent:** Wednesday, October 7, 2020 1:34 PM
**To:** Shawn Felton <sf78@cornell.edu>; Jonathan Richard Burdick <jrb538@cornell.edu>
**Subject:** AAD Questions
**Importance:** High

Good afternoon,

Christy Agnese, Director of Development for CALS, reached out to me with the following questions. I want to be sure that I am providing her with the correct information given the changes to our policies surrounding admissions and AAD.

[redacted]



Any guidance would be greatly appreciated!

Heather

Beginning 3/17/20 I will be working remotely until further notice.

**Heather Marcotte**
Director of Admissions
Office of Admissions
Roberts Hall 177

College of Agriculture and Life Sciences
**Cornell University**
hed24@cornell.edu | cals.cornell.edu
**Cornell CALS: Life. Changing.**
Preferred Pronouns: She/Hers/Her