# EXHIBIT 2

# AFAWG Financial Aid Programs, Questions, and Peer Comparisons
## January 2016



CORNELL_LIT0000018801



2

CONFIDENTIAL

CORNELL_LIT0000018802



3

CONFIDENTIAL

CORNELL_LIT0000018803



4

CONFIDENTIAL



5

CORNELL_LIT0000018805



6

CONFIDENTIAL



7

CONFIDENTIAL

CORNELL_LIT0000018807



8

CONFIDENTIAL

CORNELL_LIT0000018808



9

CONFIDENTIAL

CORNELL_LIT0000018809



10

CONFIDENTIAL

CORNELL_LIT0000018810



11

CORNELL_LIT0000018811



12

CONFIDENTIAL CORNELL_LIT0000018812



13

CONFIDENTIAL

CORNELL_LIT0000018813



14

CONFIDENTIAL

CORNELL_LIT0000018814



15

CONFIDENTIAL

CORNELL_LIT0000018815



16

CONFIDENTIAL

CORNELL_LIT0000018816



17

CONFIDENTIAL

CORNELL_LIT0000018817



18

CONFIDENTIAL

CORNELL_LIT0000018818



19

CONFIDENTIAL

CORNELL_LIT0000018819



20

CONFIDENTIAL

CORNELL_LIT0000018820



21

CONFIDENTIAL

CORNELL_LIT0000018821



22

CORNELL_LIT0000018822



23

CONFIDENTIAL

CORNELL_LIT0000018823



24

CONFIDENTIAL



25

CONFIDENTIAL

CORNELL_LIT0000018825



CONFIDENTIAL CORNELL_LIT0000018826



27

CONFIDENTIAL

CORNELL_LIT0000018827



28

CONFIDENTIAL

CORNELL_LIT0000018828



**Net Price Comparisons for Selected Peers – See following tables, sorted by win percent, income groups, and % receiving Pell.**

In the following charts the "Cornell University, adjusted" takes into account the fact that Cornell University has a lower tuition rate for NYState resident students in the contract colleges. Net Price calculations prepared by the National Center for Education Statistics only use one tuition level for each institution.

29

CORNELL_LIT0000018829

**Net Price for Selected Peers, 2013-14 IPEDS data**
Net price and Pell percentages are based on first year
undergraduates.  Win rates are based on Fall 2014 CBQ survey data.

Sort by...
Win percent ▼

### Net Price for Cornell and Selected Peers by Income Group, Pell Grant Percent, and Cornell's Head-to-Head Win Percent

Tufts University
Vanderbilt University
University of Southern Californ
Washington University in St Lo
Johns Hopkins University
Northwestern University
Rice University
University of Notre Dame
Georgetown University
Duke University
Brown University
University of Chicago
University of Pennsylvania
Columbia University in the City...
Dartmouth College
California Institute of Technolo...
Yale University
Harvard University
Princeton University
Massachusetts Institute of Tec
Stanford University
Cornell University
Cornell University, adjusted*



**Net Price for Selected Peers, 2013-14 IPEDS data**
Net price and Pell percentages are based on first year
undergraduates.  Win rates are based on Fall 2014 CBQ survey data.

Sort by...
Lowest income group (<$30K) ▼

### Net Price for Cornell and Selected Peers by Income Group, Pell Grant Percent, and Cornell's Head-to-Head Win Percent

University of Southern Californ...
Northwestern University
Cornell University
Washington University in St Lo...
Tufts University
Johns Hopkins University
Georgetown University
Columbia University in the City
University of Notre Dame
University of Chicago
Duke University
Cornell University, adjusted*
University of Pennsylvania
Dartmouth College
Vanderbilt University
California Institute of Technolo
Rice University
Massachusetts Institute of Tec.
Yale University
Princeton University
Brown University
Stanford University
Harvard University



30

CORNELL_LIT0000018830

**Net Price for Selected Peers, 2013-14 IPEDS data**
Net price and Pell percentages are based on first year
undergraduates. Win rates are based on Fall 2014 CBQ survey data.

Sort by...
$48K to $75K income group ▼

**Net Price for Cornell and Selected Peers by Income Group,
Pell Grant Percent, and Cornell's Head-to-Head Win Percent**

University of Southern Californ...
Cornell University
Tufts University
Georgetown University
Johns Hopkins University
Duke University
Washington University in St Lo...
University of Notre Dame
Northwestern University
Cornell University, adjusted*
University of Pennsylvania
Dartmouth College
University of Chicago
Rice University
Brown University
Massachusetts Institute of Tec...
California Institute of Technolo...
Columbia University in the City...
Vanderbilt University
Stanford University
Yale University
Harvard University
Princeton University



**Net Price for Selected Peers, 2013-14 IPEDS data**
Net price and Pell percentages are based on first year
undergraduates. Win rates are based on Fall 2014 CBQ survey data.

Sort by...
Highest income group (>$110K) ▼

**Net Price for Cornell and Selected Peers by Income Group,
Pell Grant Percent, and Cornell's Head-to-Head Win Percent**

Tufts University
University of Southern Californ...
Cornell University
Massachusetts Institute of Tec...
Georgetown University
Johns Hopkins University
Brown University
Northwestern University
University of Notre Dame
Duke University
Dartmouth College
Washington University in St Lo...
California Institute of Technolo
Cornell University, adjusted*
University of Chicago
Harvard University
University of Pennsylvania
Columbia University in the City...
Stanford University
Rice University
Yale University
Vanderbilt University
Princeton University

31

CORNELL_LIT0000018831

**Net Price for Selected Peers, 2013-14 IPEDS data**
Net price and Pell percentages are based on first year
undergraduates. Win rates are based on Fall 2014 CBO survey data.

Sort by...
Percent receiving Pell

**Net Price for Cornell and Selected Peers by Income Group,
Pell Grant Percent, and Cornell's Head-to-Head Win Percent**

Brown University
Massachusetts Institute of Tec.
University of Southern Californ...
Harvard University
Columbia University in the City.
Cornell University
Cornell University, adjusted*
Northwestern University
Princeton University
Rice University
Stanford University
Dartmouth College
University of Pennsylvania
Vanderbilt University
Duke University
Georgetown University
Johns Hopkins University
Tufts University
University of Chicago
University of Notre Dame
Yale University
California Institute of Technolo..
Washington University in St Lo...



### Sorted by Win percent:

**Net Price as a percent of total charges (tuition, fees, room & board)**

Tufts University
Vanderbilt University
University of Southern Californ...
Washington University in St Lo...
Johns Hopkins University
Northwestern University
Rice University
University of Notre Dame
Georgetown University
Duke University
Brown University
University of Chicago
University of Pennsylvania
Columbia University in the City...
Dartmouth College
California Institute of Technolo...
Yale University
Harvard University
Princeton University
Massachusetts Institute of Tec.
Stanford University
Cornell University
Cornell University, adjusted*



32

CORNELL_LIT0000018832

## Peer Institution Financial Aid Policy Comparison



CONFIDENTIAL

CORNELL_LIT0000018833



| University | Policy | First Year Summer Savings Expectation | Student Asset Contribution | Work Study | Need-Blind? | Merit Aid? | Award Loans? | Net Price Calculator |
|---|---|---|---|---|---|---|---|---|
| Dartmouth | | | | | | | | |
| Harvard | | | | | | | | |
| Penn | | | | | | | | |
| Princeton | | | | | | | | |

34

CORNELL_LIT0000018834

**Page is blank – continue to next page**

CONFIDENTIAL

CORNELL_LIT0000018835



| University | Policy | First Year Summer Savings Expectation | Student Asset Contribution | Work Study | Need-Blind? | Merit Aid? | Award Loans? | Net Price Calculator |
|---|---|---|---|---|---|---|---|---|
| Yale | | | | | | | | |
| MIT | | | | | | | | |
| Stanford | | | | | | | | |
| Duke | | | | | | | | |

36

CORNELL_LIT0000018836

| University | Policy | First Year Summer Savings Expectation | Student Asset Contribution | Work Study | Need-Blind? | Merit Aid? | Award Loans? | Net Price Calculator |
|---|---|---|---|---|---|---|---|---|
| Northwestern | | | | | | | | |
| University of Notre Dame | | | | | | | | |
| University of Southern California | | | | | | | | |
| University of Chicago | | | | | | | | |

CONFIDENTIAL

CORNELL_LIT0000018837

| University | Policy | First Year Summer Savings Expectation | Student Asset Contribution | Work Study | Need-Blind? | Merit Aid? | Award Loans? | Net Price Calculator |
|---|---|---|---|---|---|---|---|---|
| Johns Hopkins University | | | | | | | | |
| Georgetown University | | | | | | | | |
| Vanderbilt University | | | | | | | | |
| Rice University | | | | | | | | |
| Washington University in St. Louis | | | | | | | | |

38

CORNELL_LIT0000018838

| University | Policy | First Year Summer Savings Expectation | Student Asset Contribution | Work Study | Need-Blind? | Merit Aid? | Award Loans? | Net Price Calculator |
|---|---|---|---|---|---|---|---|---|
| California Institute of Technology | | | | | | | | |
| Tufts University | | | | | | | | |

*NPC – Net Price Calculator
*Awards Loan Column – "maximum" refers to the amount that institutions will award in initial financial aid award.  It does not account for any additional loans students may take.

39

CONFIDENTIAL

CORNELL_LIT0000018839