# EXHIBIT 3

**DAC Meeting Minutes (Draft)**
**Wednesday, October 28, 2009**
**8:00 – 10:00 AM**
**410 Thurston**





### How is it decided which legacy families receive support from AAD in the admissions process?

Each legacy applicant's family connections are verified in our office. (last year 144 forwarded as legacies who we determined were not, on top of the 2200 who were.) Engagement (and potential engagement) with the university – identification by my research in our alumni records, information from staff (mostly AAD, but also senior staff such as Susan Murphy, or Hunter Rawlings, as well as other folks on campus) or alumni. The trigger for me to do additional research is a giving code. We have different levels of prospective giving (over a five year time period): principal gifts – above [REDACTED] major gifts [REDACTED]. The major gifts category used to be two categories, and this year will take more digging on my part to learn the more realistic prospect potential (ie. Whether it's at the low end of that scale or the upper end.) A level that currently exists is "new prospect" this is a vast number of our alumni who are in the process of being "qualified" as prospects. Some may not be prospects at all, others may be terrific new prospects – I typically refer to them as having been identified as potential new prospects for the campaign. The final levels are called Cornell Fund giving, and range up to [REDACTED] From these we determine who is "rated". Last year we had 240/~12% (including transfers) who were rated and another 257 who were not rated but were indicated to be "of interest." These also included children/grandchildren of volunteers who are not considered gift prospects, but have given generously of their time and talents.

CONFIDENTIAL
CORNELL_LIT0000162303



3

CONFIDENTIAL

CORNELL_LIT0000162304



4

CONFIDENTIAL

CORNELL_LIT0000162305



5

CONFIDENTIAL

CORNELL_LIT0000162306