# EXHIBIT 4

Message

| | |
|---|---|
| From: | Jason C. Locke [/O=CORNELL UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JCL31] |
| Sent: | 10/8/2010 12:35:52 PM |
| To: | Barbara A Knuth [barbara.knuth@cornell.edu] |
| CC: | Stephanie Beery [sbeery@cornell.edu] |
| Subject: | Legacy and VIP: Additional Notes |

Dear Barb,

Thank you for sharing this information. I think the notes from Doris represent the AVP's role in the VIP process. Additional items that should be added:

- For Cornell University, legacy is defined as child, grandchild, great-grandchild, etc. (This is different at much older institutions)
- Alumni Affairs will ask the AVP to contact select alumni parents and grandparents whose children/grandchildren are not admitted to Cornell University
- [redacted]

Here is some additional information that might be helpful:

### Inquiries/Acknowledgement
The Director/UAO responds personally/directly to high-level inquiries/recommendations for legacy, VIP, and F/S applicants that reach the director. Please note that not all recommendations find their way to the Director of UAO (we receive thousands and some high-level inquires arrive at the processing center). We do our best to catch recommendations that should receive a response, but some are missed simply given the volume of documents received. Most legacy and VIP inquires come via email and are easily managed.

### Watch Lists
The Undergraduate Admissions Office maintains multiple Watch Lists for admissions. The Director/UAO places the names of select legacy, VIP, and F/S (as well as friends of the university) on the Watch List and communicates with appropriate offices throughout the admissions cycle. The Director/UAO also communicates with the AVP (as an FYI) with applicants associated with administrators. This is to ensure that the AVP is not caught off-guard in meetings. (The AVP does the same for the Director). The Director/UAO will contact the AVP in cases where the university's interest level is high and the outcome is looking unfavorable so that we can initiate/facilitate additional consideration for the applicant.

### Legacy (approximately 2,000 candidates)
- Director/UAO sends a legacy letter to each legacy applicant along with a Class Profile (letters are sent only after Alumni Affairs verifies the legacy status)
- Director/UAO monitors legacy applicants and communicates with colleges/schools regarding university priorities
- UAO staff monitor legacy applicants whose parents/grandparents serve as CAAAN Chairs/Volunteers
- Director/UAO closely monitors URM legacies and works with colleges/schools to ensure applicants are complete and reviewed
- The AVP and Director/UAO will request additional consideration for applicants whose families are four and fifth generation Cornell families

\* Notes:

ATTORNEYS' EYES ONLY

CORNELL_LIT0000170204

- The *Director of Admissions Relations* in Alumni Affairs communicates with the colleges/schools about high-level alumni families whose children/grandchildren apply
- Last year, the Associate Vice President for Alumni Affairs (Chris Marshall) initiated a new communication with legacy families whose children were not admitted (friend raising/good will effort). It is not clear whether or not it will continue this year.
- Doris and Jason met with Chris Marshall and AAD staff last year to discuss the possibility of further monitoring URM legacy applicants and families



Thanks,

Jason C. Locke
Director
Undergraduate Admissions Office
Cornell University

---

**From:** Barbara A Knuth
**Sent:** Friday, October 08, 2010 11:23 AM
**To:** Jason C. Locke
**Cc:** Stephanie Beery
**Subject:** RE: Book and Op-Ed Piece Critical of Legacy Admission Policies

Hi, Jason,

Thanks for sharing this. Doris compiled extensive documentation on various processes associated with admissions, enrollment, and financial aid. The one that addresses VIP issues is attached (it's a section within the document). Please let me know if you have any other summary documents about legacy, VIP, or faculty/staff children processes associated with admissions. As I mentioned in a previous email, it appears the President's office is scheduling a meeting for me, the Provost, the President, and Charlie Phlegar on this topic.

Thanks,

Barb.

ATTORNEYS' EYES ONLY

CORNELL_LIT0000170205