# EXHIBIT 5

Message

| | |
|---|---|
| **From:** | Lee H. Melvin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=77D40535E21C4EFBB6FD74F4E2F848E8-LHM62] |
| **Sent:** | 12/21/2012 12:21:05 PM |
| **To:** | Jason C. Locke [jcl31@cornell.edu] |
| **CC:** | Barbara A Knuth [barbara.knuth@cornell.edu] |
| **Subject:** | RE: ED Expanded Watch List |

Dear Jason,

Thank you for the detailed reply on this inquiry. When Sam returns from the holidays she will finalize scheduling a meeting between our offices to discuss streamlining our protocol on the watch list. Also, we are scheduled to meet with Heather Nichols on January 29 to discuss the VIP process and a tracking of applicants. After these focused meetings, we will have a better plan in place on handling and reporting out on the watch list.

Barb, I'll keep you updated on the adjusted protocol to manage the watch list.

Best,

Lee

Lee H. Melvin
Associate Vice Provost for Enrollment
Cornell University
501F Day Hall Ithaca, NY 14853
Office: 607-255-3316

---

**From:** Jason C. Locke
**Sent:** Friday, December 21, 2012 11:41 AM
**To:** Lee H. Melvin
**Cc:** Barbara A Knuth
**Subject:** ED Expanded Watch List

Dear Lee,

The Watch List prepared Undergraduate Admissions Office only includes candidates that we are asked to track by the President, Provost, and some Sr. administrators (it also includes a small number of applicants that we also become aware of in the process). It isn't a catch-all list. Heather Nichols manages a VIP list for the university and [FERPA/PII REDACTION] was on that list (being tracked by Charlie Phleger). Our list really represents the applicants that the President and Provost would like us to "watch" vs. the very large list of development and VIP cases that are tracked by the university. Barb may want to recommend that Charlie share a VIP/Development list with the President prior to notification.

[FERPA/PII REDACTION] was an early decision admit to A&S. Her file includes a "Cornell Connection Review" form which lets anyone who reviews the folder know that she was a "tracked VIP" for the university. It is my understanding that the Development list is quite big.

I've copied Barb as she has worked through the Watch List for a few years and might have some suggestions.

Jason C. Locke
Director
Undergraduate Admissions Office
Cornell University

---

**From:** Lee H. Melvin
**Sent:** Friday, December 21, 2012 11:24 AM
**To:** Jason C. Locke
**Subject:** FW: ED Expanded Watch List
**Importance:** High

Hi Jason,

Do you have any information about why [FERPA/PII REDACTION] daughter was not on our watch list? See below note from the President's Office.

Please pull her file and let me know the results of her decision. Student name: [FERPA/PII REDACTION]

Best,

Lee

Lee H. Melvin
Associate Vice Provost for Enrollment
Cornell University
501F Day Hall Ithaca, NY 14853
Office: 607-255-3316

---

**From:** Jane M Miller
**Sent:** Friday, December 21, 2012 10:44 AM
**To:** Lee H. Melvin
**Subject:** ED Expanded Watch List

Hi Lee,

David asked me to contact you to inquire why [FERPA/PII REDACTION] daughter [FERPA/PII REDACTION] wasn't on the Early Decision Expanded Watch List you sent David on 12/14/12.

Thanks and happy holidays!

Jane