# EXHIBIT 14

**568 Presidents Group**

Need Analysis Council Meeting
Westward Look Resort, Tucson, Arizona
June 4, 2019

**Tuesday, June 4**

8:30 a.m. **Welcome & Introductions**
*Kim Downs-Burns, Chair, 568 Technical Committee*

9:00 - 10:00 am **Session I – Value of 568 Membership & Consensus Methodology**
*Kim Downs-Burns (Middlebury), ▓▓▓▓▓▓▓▓▓▓ and Patricia McWade (Georgetown)*

10:00 a.m. **Break**

10:15 – 11:15 a.m. **Session II – Examining the Appeals Process**
*Leslie Bridson (MIT), Mary Nucciarone (Notre Dame), and Laura McClay (Dartmouth)*

11:15 – 12:00 p.m. **Session III: Piloting a Retirement Allowance**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12:00 p.m. **Session IV – Lunch & Current Issues Discussion**
*Kim Downs-Burns (Middlebury) and Brent Tener (Vanderbilt)*

1:30 – 2:00 p.m. **Session V – Federal Update**
*Megan Arleth (COFHE)*

2:00 – 2:45 p.m. **Session VI – Examining the Impact of Tax Law Changes – What Are We Seeing and What Might Be Ahead**
*Scott Wallace-Juedes (Yale) and Anne Walker (Rice)*

2:45 p.m. **Break**

| | |
|---|---|
| 3:00 – 4:00 p.m. | **Session VII – Emergency Funds** <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 4:00 – 5:00 p.m. | **Session VIII – Proposed Updates to the Consensus Methodology & Professional Judgement Manuals** <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Scott Wallace-Juedes (Yale), and Leslie Bridson (MIT)* |
| 5:00 p.m. | **Wrap-up Discussion** <br> *Kim Downs-Burns (Middlebury)* |
| 5:30 p.m. | **Adjourn** |