# EXHIBIT 17

|   |   |
|---|---|
| **Date:** | Tuesday, April 15 2014 01:09 PM |
| **Subject:** | Re: 568 Talking points paper |
| **From:** | Patricia McWade <mcwadep@georgetown.edu> |
| **To:** | Ted Bracken <ted.bracken@yahoo.com>; |

EXHIBIT McWade-11  12.8.23 mlg

I think it was made clear to those wanting to participate in 568 that they could NOT use an EFC that was lower than what is calculated using the CA, unless they had documented the case using "professional judgment". That was why HYP felt the need to leave the group; they wanted to offer more "need-based" scholarship aid. Maybe this is not the document to explain that nuance but it is a reality.

On Tue, Apr 15, 2014 at 12:57 PM, Ted Bracken <ted.bracken@yahoo.com> wrote:

I think this is a improvement on what were were trying to say, Pat.

Begin forwarded message:

> **From:** Kristine E Dillon <████@MIT.EDU>
> **Subject: RE: 568 Talking points paper**
> **Date:** April 15, 2014 at 12:51:29 PM EDT
> **To:** Ted Bracken <ted.bracken@yahoo.com>
> **Cc:** Megan Arleth <marleth@mit.edu>
>
> Ted--
>
> Sorry to be slow with my comments. I was traveling last week and editing documents was not possible.
>
> -----Original Message-----
> From: Ted Bracken [mailto:ted.bracken@yahoo.com]
> Sent: Tuesday, April 15, 2014 12:31 PM
> To: Bruce C Layton; Megan Arleth; Scott Fleming; Patricia McWade; Chris Simmons; ████
> ████
> Cc: Kristine E Dillon
> Subject: 568 Talking points paper
>
> All,
>
> Attached is the latest draft of the 'talking points' piece that has now had the benefit of several improvements suggested by the group.
>
> Let me know how I can be of further help.
>
> Ted