# EXHIBIT 18

**EXHIBIT**

Exhibit 2  ID  4/23/24  LF

| Date: | Wednesday, August 27 2014 09:19 AM |
|---|---|
| Subject: | Re: 568 Presidents' Group Exemption Renewal Efforts |
| From: | Cynthia Barnhart |
| To: | Elizabeth M Hicks <emhicks@mit.edu>; |
| CC: | Dennis M Freeman <freeman@mit.edu>; Philip H. Lippel <phlippel@mit.edu>; Leslie C Bridson <lbridson@mit.edu>; |
| Attachments: | smime.p7m |

Thanks Betsy!  Could you respond directly to the email below and let Karla know?

Thanks again,
Cindy

CYNTHIA BARNHART
Chancellor
Ford Professor of Engineering
MIT, Room 10-200, 77 Massachusetts Avenue
Cambridge, MA 02139
barnhart@mit.edu
617 253-3815


On Aug 26, 2014, at 11:21 AM, Elizabeth M Hicks <emhicks@mit.edu> wrote:

Dear Cindy,

After talking to Philip Lippel as well as the MIT financial aid staff, I recommend that we support the renewal of Section 568.  However, we may want to make it clear that we believe that the 568 Group is entering its final transition stage and will have served its purpose after this next 5-7 year extension.

Currently, there are twenty-four 568 member institutions, of which four are Ivy's (Columbia Cornell, Dartmouth and Penn) and nine others COFHE institutions (Amherst, Duke, Georgetown, MIT, Northwestern, Swarthmore, University of Chicago, Wellesley and Williams) and eleven other non-COFHE institutions.  Leslie Bridson, our Director of Financial Aid, serves on the Technical Committee.  The Group provides MIT financial aid staff with professional development opportunities for jointly discussing and agreeing on principles of need analysis.  I do worry that the eleven non-COFHE institutions have institutional resource issues that can lead the group away from establishing sound need analysis principles.  An institution can be a part of the 568 Group and be more stringent in how it defines financial need, but not more generous.  Harvard, Princeton, Stanford and Yale departed from the 568 Group when they decided not only to be more generous but to be more transparent about the financial aid a family would receive.

I expect that in the future there will be other professional development opportunities for MIT financial aid staff, but we are not there yet.  As part of the transition, a cost of $10,000 to fund this renewal, along with our annual 568 Group dues, are reasonable costs to assume for the benefit we derive.

If you have any other questions about the 568 Group, please let me know.

Best,

Betsy

CONFIDENTIAL

On Aug 22, 2014, at 4:26 PM, Elizabeth M. Hicks <emhicks@mit.edu> wrote:

>Dear Cindy,
>
>I plan to talk to Philip Lippel in the Washington Office Tuesday morning to confer with him on how realistic it is to think this initiative will be successful.  I will share my recommendation with you and Denny after that.  I know my financial aid staff believes the 568 Group is important.  I am less convinced that it is, especially after Harvard, Princeton and Yale stopped participating years ago.
>
>Best,
>
>Betsy
>
>
>On Aug 22, 2014, at 3:59 PM, Cynthia Barnhart <cbarnhar@mit.edu> wrote:
>
>>Hi Betsy,
>>Could you take a look at the attached and provide me your thoughts?
>>Thanks,
>>Cindy
>>
>>CYNTHIA BARNHART
>>Chancellor
>>Ford Professor of Engineering
>>MIT, Room 10-200, 77 Massachusetts Avenue
>>Cambridge, MA 02139
>>barnhart@mit.edu
>>617 253-3815
>>
>>
>>
>>Begin forwarded message:
>>
>>>From: Karla Casey <kcasey1@mit.edu>
>>>Subject: **Fwd: 568 Presidents' Group Exemption Renewal Efforts**
>>>Date: August 22, 2014 at 2:01:28 PM EDT
>>>To: Cynthia Barnhart <cbarnhart@mit.edu>
>>>Cc: Martin Arnold Schmidt <maschmid@mit.edu>, "L. Rafael Reif" <reif@mit.edu>
>>>
>>>Dear Cindy,
>>>
>>>Please see letter below sent to President Reif.  Could you let us know your views about this?
>>>
>>>Thank you
>>>
>>>
>>>Best regards,

MITLIT-000074275

Karla Casey
Executive Assistant to the President
Massachusetts Institute of Technology
77 Massachusetts Avenue,
Building 3-208
Cambridge, Massachusetts 02139
T. 617.253.0260
F. 617.253.3124

**From:** John DeGioia <president@georgetown.edu >
**Date:** August 22, 2014 at 1:45:36 PM EDT
**To:** undisclosed-recipients:;
**Cc:** <nu-president@northwestern.edu >
**Subject: 568 Presidents' Group Exemption Renewal Efforts**

Dear Colleagues:

As chairman of the 568 Presidents' Group, I wish to share with you the attached
letter asking for your support and participation in the renewal of our antitrust
exemption. I am grateful for your ongoing commitment to our work and look forward
to hearing from you soon.

Sincerely,
Jack DeGioia

<568 Presidents Group_Exemption Renewal_Aug 2014.pdf>

CONFIDENTIAL

Content-Type: multipart/signed;
        boundary="Apple-Mail=_7359F007-E27B-4293-B170-FCF8ECC277A7";
        protocol="application/pkcs7-signature"; micalg=sha1


--Apple-Mail=_7359F007-E27B-4293-B170-FCF8ECC277A7
Content-Type: multipart/alternative;
        boundary="Apple-Mail=_2B7DBD0E-1937-48D5-A1B9-6193BCC4E759"



--Apple-Mail=_2B7DBD0E-1937-48D5-A1B9-6193BCC4E759
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=windows-1252


Thanks Betsy!  Could you respond directly to the email below and let =
Karla know? =20


Thanks again,
Cindy

CYNTHIA BARNHART
Chancellor=20
Ford Professor of Engineering
MIT, Room 10-200, 77 Massachusetts Avenue
Cambridge, MA 02139
barnhart@mit.edu
617 253-3815




On Aug 26, 2014, at 11:21 AM, Elizabeth M Hicks <emhicks@mit.edu> wrote:

> Dear Cindy,
>=20
> After talking to Philip Lippel as well as the MIT financial aid staff, =
I recommend that we support the renewal of Section 568.  However, we may =
want to make it clear that we believe that the 568 Group is entering its =
final transition stage and will have served its purpose after this next =
5-7 year extension. =20
>=20
> Currently, there are twenty-four 568 member institutions, of which =
four are Ivy=92s (Columbia Cornell, Dartmouth and Penn) and nine others =
COFHE institutions (Amherst, Duke, Georgetown, MIT, Northwestern, =
Swarthmore, University of Chicago, Wellesley and Williams) and eleven =
other non-COFHE institutions.  Leslie Bridson, our Director of Financial =
Aid, serves on the Technical Committee.  The Group provides MIT =
financial aid staff with professional development opportunities for =
jointly discussing and agreeing on principles of need analysis.  I do =
worry that the eleven non-COFHE institutions have institutional resource =

CONFIDENTIAL

issues that can lead the group away from establishing sound need =
analysis principles.  An institution can be a part of the 568 Group and =
be more stringent in how it defines financial need, but not more =
generous.  Harvard, Princeton, Stanford and Yale departed from the 568 =
Group when they decided not only to be more generous but to be more =
transparent about the financial aid a family would receive.
>=20
> I expect that in the future there will be other professional =
development opportunities  for MIT financial aid staff, but we are not =
there yet.  As part of the transition, a cost of $10,000 to fund this =
renewal, along with our annual 568 Group dues, are reasonable costs to =
assume for the benefit we derive.
>=20
> If you have any other questions about the 568 Group, please let me =
know.
>=20
> Best,
>=20
> Betsy=20
>=20
>=20
> On Aug 22, 2014, at 4:26 PM, Elizabeth M. Hicks <emhicks@mit.edu> =
wrote:
>=20
>> Dear Cindy,
>>=20
>> I plan to talk to Philip Lippel in the Washington Office Tuesday =
morning to confer with him on how realistic it is to think this =
initiative will be successful.  I will share my recommendation with you =
and Denny after that.  I know my financial aid staff believes the 568 =
Group is important.  I am less convinced that it is, especially after =
Harvard, Princeton and Yale stopped participating years ago.
>>=20
>> Best,
>>=20
>> Betsy
>>=20
>>=20
>> On Aug 22, 2014, at 3:59 PM, Cynthia Barnhart <cbarnhar@mit.edu> =
wrote:
>>=20
>>> Hi Betsy,
>>> Could you take a look at the attached and provide me your thoughts?
>>> Thanks,
>>> Cindy
>>>=20
>>> CYNTHIA BARNHART
>>> Chancellor=20
>>> Ford Professor of Engineering
>>> MIT, Room 10-200, 77 Massachusetts Avenue

CONFIDENTIAL

>>> Cambridge, MA 02139
>>> barnhart@mit.edu
>>> 617 253-3815
>>>=20
>>>=20
>>>=20
>>>=20
>>> Begin forwarded message:
>>>=20
>>>> From: Karla Casey <kcasey1@mit.edu>
>>>> Subject: Fwd: 568 Presidents' Group Exemption Renewal Efforts
>>>> Date: August 22, 2014 at 2:01:28 PM EDT
>>>> To: Cynthia Barnhart <cbarnhart@mit.edu>
>>>> Cc: Martin Arnold Schmidt <maschmid@mit.edu>, "L. Rafael Reif" =
<reif@mit.edu>
>>>>=20
>>>> Dear Cindy,
>>>>=20
>>>> Please see letter below sent to President Reif. Could you let us =
know your views about this?=20
>>>>=20
>>>> Thank you
>>>>=20
>>>>=20
>>>> Best regards,
>>>>=20
>>>> Karla Casey
>>>> Executive Assistant to the President
>>>> Massachusetts Institute of Technology
>>>> 77 Massachusetts Avenue,
>>>> Building 3-208
>>>> Cambridge, Massachusetts 02139
>>>> T. 617.253.0260
>>>> F. 617.253.3124
>>>>=20
>>>>=20
>>>>>=20
>>>>> From: John DeGioia <president@georgetown.edu>
>>>>> Date: August 22, 2014 at 1:45:36 PM EDT
>>>>> To: undisclosed-recipients:;
>>>>> Cc: <nu-president@northwestern.edu>
>>>>> Subject: 568 Presidents' Group Exemption Renewal Efforts
>>>>>=20
>>>>> Dear Colleagues:
>>>>>=20
>>>>> As chairman of the 568 Presidents' Group, I wish to share with =
you the attached letter asking for your support and participation in the =
renewal of our antitrust exemption. I am grateful for your ongoing =
commitment to our work and look forward to hearing from you soon.
>>>>>>=20

CONFIDENTIAL

MITLIT-000074279

>>>>>> Sincerely,
>>>>>> Jack DeGioia
>>>>=20
>>>>=20
>>> <568 Presidents Group_Exemption Renewal_Aug 2014.pdf>
>>>=20
>>=20
>=20


--Apple-Mail=_2B7DBD0E-1937-48D5-A1B9-6193BCC4E759
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html;
        charset=windows-1252

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/html =
charset=3Dwindows-1252"></head><body style=3D"word-wrap: break-word; =
-webkit-nbsp-mode: space; -webkit-line-break: after-white-space;">Thanks =
Betsy!  Could you respond directly to the email below and let Karla =
know?  <div><br></div><div>Thanks =
again,</div><div>Cindy</div><div><br><div>
<div style=3D"color: rgb(0, 0, 0); font-family: Helvetica; font-style: =
normal; font-variant: normal; font-weight: normal; letter-spacing: =
normal; line-height: normal; orphans: 2; text-align: -webkit-auto; =
text-indent: 0px; text-transform: none; white-space: normal; widows: 2; =
word-spacing: 0px; -webkit-text-stroke-width: 0px; word-wrap: =
break-word; -webkit-nbsp-mode: space; -webkit-line-break: =
after-white-space;"><div><div style=3D""><font class=3D"Apple-style-span" =
size=3D"1"><span class=3D"Apple-style-span" style=3D"font-size: =
9px;">CYNTHIA BARNHART</span></font></div><div><span style=3D"font-size: =
9px;">Chancellor </span></div><div style=3D""><font =
class=3D"Apple-style-span" size=3D"1"><span class=3D"Apple-style-span" =
style=3D"font-size: 9px;">Ford Professor of =
Engineering</span></font></div><div style=3D""><font =
class=3D"Apple-style-span" size=3D"1"><span class=3D"Apple-style-span" =
style=3D"font-size: 9px;">MIT, Room 10-200, 77 Massachusetts =
Avenue</span></font></div><div style=3D""><font class=3D"Apple-style-span"=
 size=3D"1"><span class=3D"Apple-style-span" style=3D"font-size: =
9px;">Cambridge, MA 02139</span></font></div><div style=3D"font-size: =
medium;"><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;"><a =
href=3D"mailto:barnhart@mit.edu">barnhart@mit.edu</a></span></font></div><=
div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">617 =
253-3815</span></font></div></div><div style=3D"font-size: =
medium;"><br></div></div><br class=3D"Apple-interchange-newline"><br =
class=3D"Apple-interchange-newline">
</div>
<br><div><div>On Aug 26, 2014, at 11:21 AM, Elizabeth M Hicks &lt;<a =
href=3D"mailto:emhicks@mit.edu">emhicks@mit.edu</a>&gt; wrote:</div><br =

CONFIDENTIAL

MITLIT-000074280

class=3D"Apple-interchange-newline"><blockquote type=3D"cite">

<meta http-equiv=3D"Content-Type" content=3D"text/html; =
charset=3DWindows-1252">

<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
-webkit-line-break: after-white-space;">
Dear Cindy,
<div><br>
</div>
<div>After talking to Philip Lippel as well as the MIT financial aid =
staff, I recommend that we support the renewal of Section 568. =
 However, we may want to make it clear that we believe that the 568 =
Group is entering its final transition stage and will have
 served its purpose after this next 5-7 year extension.  </div>
<div><br>
</div>
<div>Currently, there are twenty-four 568 member institutions, of which =
four are Ivy=92s (Columbia Cornell, Dartmouth and Penn) and nine others =
COFHE institutions (Amherst, Duke, Georgetown, MIT, Northwestern, =
Swarthmore, University of Chicago, Wellesley and
 Williams) and eleven other non-COFHE institutions.  Leslie =
Bridson, our Director of Financial Aid, serves on the Technical =
Committee.  The Group provides MIT financial aid staff with =
professional development opportunities for jointly discussing and =
agreeing
 on principles of need analysis.  I do worry that the eleven =
non-COFHE institutions have institutional resource issues that can lead =
the group away from establishing sound need analysis principles. =
 An institution can be a part of the 568 Group and be more
 stringent in how it defines financial need, but not more generous. =
 Harvard, Princeton, Stanford and Yale departed from the 568 Group =
when they decided not only to be more generous but to be more =
transparent about the financial aid a family would receive.</div>
<div><br>
</div>
<div>I expect that in the future there will be other professional =
development opportunities  for MIT financial aid staff, but we are =
not there yet.  As part of the transition, a cost of $10,000 to =
fund this renewal, along with our annual 568 Group dues, are
 reasonable costs to assume for the benefit we derive.</div>
<div><br>
</div>
<div>If you have any other questions about the 568 Group, please let me =
know.</div>
<div><br>
</div>
<div>Best,</div>
<div><br>
</div>

MITLIT-000074281

```
<div>Betsy <br>
<div><br>
</div>
<div><br>
<div>
<div>On Aug 22, 2014, at 4:26 PM, Elizabeth M. Hicks &lt;<a =
href=3D"mailto:emhicks@mit.edu">emhicks@mit.edu</a>&gt; wrote:</div>
<br class=3D"Apple-interchange-newline">
<blockquote type=3D"cite">
<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
-webkit-line-break: after-white-space;">
Dear Cindy,
<div><br>
</div>
<div>I plan to talk to Philip Lippel in the Washington Office Tuesday =
morning to confer with him on how realistic it is to think this =
initiative will be successful.  I will share my recommendation with =
you and Denny after that.  I know my financial aid staff
 believes the 568 Group is important.  I am less convinced that it =
is, especially after Harvard, Princeton and Yale stopped participating =
years ago.</div>
<div><br>
</div>
<div>Best,</div>
<div><br>
</div>
<div>Betsy</div>
<div><br>
</div>
<div><br>
<div>
<div>On Aug 22, 2014, at 3:59 PM, Cynthia Barnhart &lt;<a =
href=3D"mailto:cbarnhar@mit.edu">cbarnhar@mit.edu</a>&gt; wrote:</div>
<br class=3D"Apple-interchange-newline">
<blockquote type=3D"cite">
<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
-webkit-line-break: after-white-space;">
Hi Betsy,
<div>Could you take a look at the attached and provide me your =
thoughts?</div>
<div>Thanks,</div>
<div>Cindy</div>
<div><br>
</div>
<div>
<div>
<div style=3D"font-family: Helvetica; font-style: normal; font-variant: =
normal; font-weight: normal; letter-spacing: normal; line-height: =
normal; orphans: 2; text-align: -webkit-auto; text-indent: 0px; =
text-transform: none; white-space: normal; widows: 2; word-spacing: 0px; =
-webkit-text-stroke-width: 0px; word-wrap: break-word; =
```

CONFIDENTIAL

MITLIT-000074282

```
-webkit-nbsp-mode: space; -webkit-line-break: after-white-space;">
<div>
<div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">CYNTHIA =
BARNHART</span></font></div>
<div><span style=3D"font-size: 9px;">Chancellor </span></div>
<div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">Ford Professor of =
Engineering</span></font></div>
<div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">MIT, Room 10-200, =
77 Massachusetts Avenue</span></font></div>
<div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">Cambridge, MA =
02139</span></font></div>
<div style=3D"font-size: inherit;"><font class=3D"Apple-style-span" =
size=3D"1"><span class=3D"Apple-style-span" style=3D"font-size: 9px;"><a =
href=3D"mailto:barnhart@mit.edu">barnhart@mit.edu</a></span></font></div>
<div style=3D""><font class=3D"Apple-style-span" size=3D"1"><span =
class=3D"Apple-style-span" style=3D"font-size: 9px;">617 =
253-3815</span></font></div>
</div>
<div style=3D"font-size: inherit;"><br>
</div>
</div>
<br class=3D"Apple-interchange-newline">
<br class=3D"Apple-interchange-newline">
</div>
<div><br>
<div>Begin forwarded message:</div>
<br class=3D"Apple-interchange-newline">
<blockquote type=3D"cite">
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;">
<span style=3D"font-family: Helvetica;"><b>From: </b></span><span =
style=3D"font-family:'Helvetica';">Karla Casey &lt;<a =
href=3D"mailto:kcasey1@mit.edu">kcasey1@mit.edu</a>&gt;<br>
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;">
<span style=3D"font-family: Helvetica;"><b>Subject: </b></span><span =
style=3D"font-family:'Helvetica';"><b>Fwd: 568 Presidents' Group =
Exemption Renewal Efforts</b><br>
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;">
<span style=3D"font-family: Helvetica;"><b>Date: </b></span><span =
style=3D"font-family:'Helvetica';">August 22, 2014 at 2:01:28 PM EDT<br>
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
```

MITLIT-000074283

```
margin-left: 0px;">
<span style=3D"font-family: Helvetica;"><b>To: </b></span><span =
style=3D"font-family:'Helvetica';">Cynthia Barnhart &lt;<a =
href=3D"mailto:cbarnhart@mit.edu">cbarnhart@mit.edu</a>&gt;<br>
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;">
<span style=3D"font-family: Helvetica;"><b>Cc: </b></span><span =
style=3D"font-family:'Helvetica';">Martin Arnold Schmidt &lt;<a =
href=3D"mailto:maschmid@mit.edu">maschmid@mit.edu</a>&gt;, "L. Rafael =
Reif" &lt;<a href=3D"mailto:reif@mit.edu">reif@mit.edu</a>&gt;<br>
</span></div>
<br>
<div>
<div>
<div style=3D"word-wrap:break-word">Dear Cindy,
<div><br>
</div>
<div>Please see letter below sent to President Reif.  Could you let =
us know your views about this? </div>
<div><br>
</div>
<div>Thank you</div>
<div><br>
</div>
<div><br>
<div>
<div style=3D"font-family: Helvetica; font-style: normal; font-variant: =
normal; font-weight: normal; letter-spacing: normal; line-height: =
normal; orphans: 2; text-indent: 0px; text-transform: none; white-space: =
normal; widows: 2; word-spacing: 0px; word-wrap: break-word;">
Best regards,<br>
<br>
Karla Casey<br>
Executive Assistant to the President</div>
<div style=3D"font-family: Helvetica; font-style: normal; font-variant: =
normal; font-weight: normal; letter-spacing: normal; line-height: =
normal; orphans: 2; text-indent: 0px; text-transform: none; white-space: =
normal; widows: 2; word-spacing: 0px; word-wrap: break-word;">
Massachusetts Institute of Technology<br>
77 Massachusetts Avenue,<br>
Building 3-208<br>
Cambridge, Massachusetts 02139<br>
T. 617.253.0260<br>
F. 617.253.3124<br>
<br>
</div>
</div>
<div><br>
<blockquote type=3D"cite">
```

CONFIDENTIAL

```
<div>
<div dir=3D"auto">
<div><br>
</div>
<blockquote type=3D"cite">
<div><b>From:</b> John DeGioia &lt;<a =
href=3D"mailto:president@georgetown.edu">president@georgetown.edu</a>&gt;<=
br>
<b>Date:</b> August 22, 2014 at 1:45:36 PM EDT<br>
<b>To:</b> undisclosed-recipients:;<br>
<b>Cc:</b> &lt;<a =
href=3D"mailto:nu-president@northwestern.edu">nu-president@northwestern.ed=
u</a>&gt;<br>
<b>Subject:</b> <b>568 Presidents' Group Exemption Renewal =
Efforts</b><br>
<br>
</div>
</blockquote>
<div><span></span></div>
<blockquote type=3D"cite">
<div>
<div dir=3D"ltr">
<div><span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px">Dear Colleagues:</span></div>
<div><span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px"><br>
</span></div>
<span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px">As chairman of the 568 Presidents' =
Group, I wish to share with you the attached letter asking for your =
support and participation in the renewal of our antitrust exemption. I =
am grateful
 for your ongoing commitment to our work and look forward to hearing =
from you soon.</span><br>
<div><span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px"><br>
</span></div>
<div><span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px">Sincerely,</span></div>
<div><span style=3D"font-family:arial,sans-serif; =
font-size:13.333333015441895px">Jack DeGioia</span></div>
</div>
</div>
</blockquote>
<blockquote type=3D"cite">
<div></div>
</blockquote>
</div>
</div>
</blockquote>
```

MITLIT-000074285

```
</div>
</div>
</div>
<div style=3D"word-wrap:break-word">
<div>
<div>
<blockquote type=3D"cite">
<div>
<div dir=3D"auto">
<blockquote type=3D"cite">
<div></div>
</blockquote>
</div>
</div>
</blockquote>
</div>
<br>
</div>
</div>
</div>
</div>
</blockquote>
</div>
</div>
</div>
</div>
<span>&lt;568 Presidents Group_Exemption Renewal_Aug 2014.pdf&gt;</span>
<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
-webkit-line-break: after-white-space;">
<div>
<blockquote type=3D"cite">
<div></div>
</blockquote>
</div>
<br>
</div>
</blockquote>
</div>
<br>
</div>
</div>
<blockquote type=3D"cite">
</div>
<br>
</div>
</div>
</div>


</blockquote></div><br></div></body></html>=
```

--Apple-Mail=_2B7DBD0E-1937-48D5-A1B9-6193BCC4E759--

--Apple-Mail=_7359F007-E27B-4293-B170-FCF8ECC277A7
Content-Disposition: attachment; filename="smime.p7s"
Content-Type: application/pkcs7-signature; name="smime.p7s"
Content-Transfer-Encoding: base64


MIAGCSqGSIb3DQEHAqCAMIACAQExCzAJBgUrDgMCGgUAMIAGCSqGSIb3DQEHAQAoIIDQTCCAz0w
ggKmoAMCAQICEQDrDWWaDgZIPXIPSRcrvCnEMA0GCSqGSIb3DQEBBQUAMGwxCzAJBgNVBAYTAlVT
MRYwFAYDVQQIEw1NYXNzYWNodXNldHRzMS4wLAYDVQQKEyVNYXNzYWNodXNldHRzIEluc3RpdHV0
ZSBvZiBUZWNobm9sb2d5MRUwEwYDVQQLEwxDbGllbnQgQ0EgdjEwHhcNMTQwNjI1MjEyNDA0WhcN
MTUwNzMwMjEyNDA0WjCBqDELMAkGA1UEBhMCVVMxFjAUBgNVBAgTDU1hc3NhY2h1c2V0dHMxLjAs
BgNVBAoTJU1hc3NhY2h1c2V0dHMgSW5zdGl0dXRlIG9mIFRlY2hub2xvZ3kxFTATBgNVBAsTDENs
aWVudCBDQSB2MTEZMBcGA1UEAxMQQ3ludGhpYSBCYXJuaGFydDEfMB0GCSqGSIb3DQEJARYQY2Jh
cm5oYXJ0AUlULVkVETCBnzANBgkqhkiG9w0BAQEFAAOBjQAwgYkCgYEAtIpRR7Y2mfk8+zBAg6Q3
6WoIouPIqNiKDAz4PmYNFAzOiEZ3qa8eObT8Ezrlkw4FXcH098Xq625kRV6ysDOGM348WVDsM6Is
K5PZn5kGLsNwxdDqvpTOboidaDRv4uLK1e8o47SAVriWwj6KAEVi3ZlU7ul9/fgQltfYPDhKR3EC
AwEAAaOBoTCBnjAJBgNVHRMEAjAAMBEGCWCGSAGG+EIBAQQEAwIFoDAdBgNVHSUEFjAUBggrBgEF
BQcDBAYIKwYBBQUHAwIwCwYDVR0PBAQDAgXgMB0GA1UdDgQWBBTTpijZOcnDRSVFTg9MPHfVu5hQ
IDAzBgNVHR8ELDAqMCigJqAkhiJodHRwOi8vY2EubWl0LmVkdS9jYS9jaXRbGllbnQuY3JsMA0G
CSqGSIb3DQEBBQUAA4GBAIVyvBE7mDYYN7SpJ8EYkHsyklX9H7FeQ3vCXI04PdES+k/aeQTxvMqn
1unvsCGKjwDhSUvRlDzIRv9LVOha8VogtoD9rbnzVS+n7e5st/uWghp8U5luSgXzMCzJSdFQM8V6
QuBJ9Egp2VHo3v2A8n+W2GYLq8EU9NDyBV7uNnzfMYICtTCCArECAQEwgYEwbDELMAkGA1UEBhMC
VVMxFjAUBgNVBAgTDU1hc3NhY2h1c2V0dHMxLjAsBgNVBAoTJU1hc3NhY2h1c2V0dHMgSW5zdGl0
dXRlIG9mIFRlY2hub2xvZ3kxFTATBgNVBAsTDENsaWVudCBDQSB2MQIRAOsNZZoOBkg9cg9JFyu8
KcQwCQYFKw4DAhoFAKCCAYkwGAYJKoZIhvcNAQkDMQsGCSqGSIb3DQEHATAcBgkqhkiG9w0BCQUx
DxcNMTQwODI3MTMxOTExWjAjBgkqhkiG9w0BCQQxFgQUueHKIjUL71L5J10IYvTTMmXwwaswgZIG
CSsGAQQBgjcQBDGBhDCBgTBsMQswCQYDVQQGEwJVUzEWMBQGA1UECBMNTWFzc2FjaHVzZXR0czEu
MCwGA1UEChMlTWFzc2FjaHVzZXR0cyBJbnN0aXR1dGUgb2YgVGVjaG5vbG9neTEVMBMGA1UECxMM
Q2xpZW50IENBIHYxAhEA6w1lmg4GSD1yD0kXK7wpxDCBlAYLKoZIhvcNAQkQAgsxgYYwgYEwbDEL
MAkGA1UEBhMCVVMxFjAUBgNVBAgTDU1hc3NhY2h1c2V0dHMxLjAsBgNVBAoTJU1hc3NhY2h1c2V0
dHMgSW5zdGl0dXRlIG9mIFRlY2hub2xvZ3kxFTATBgNVBAsTDENsaWVudCBDQSB2MQIRAOsNZZoO
Bkg9cg9JFyu8KcQwDQYJKoZIhvcNAQEBBQAEgYBwj0QIL9m/LdOWuJFxl3T5+8fdQvdSP4ioNUOF
U3+CPilT64YG0v4aXpAi4cpBiTJZXEFj2GpbgZfNBua+1Ah4/TwmEfgQOyaNsM5eYkhtbwSIy4Sh
C1l1983p2B7fOCtNYOA1r9MDSsPwz9kF0PRPsLgM4JH9xb0lMhVpEh1dogAAAAAAAA==


--Apple-Mail=_7359F007-E27B-4293-B170-FCF8ECC277A7--

CONFIDENTIAL

MITLIT-000074287

Not Responsive

CONFIDENTIAL

MITLIT-000074288