# EXHIBIT 19

**Date:** Sunday, November 13 2016 02:52 PM
**Subject:** RE: Applicants with development links
**From:** Eric Grimson
**To:** Stuart Schmill <stucrew@mit.edu>;

Hi Stu

I ABSOLUTELY don't want to undercut you in any way, so if not giving you a list helps preserve your ability to do the great job you do, then no question I should not send you such a list.

I am in Asia this week, but back next week. Maybe we could just meet for 30 minutes, and I can share with you what I know of some of the candidates on the list (which I think is still consistent with your policy?). I have met and interacted with several candidates

Tahnks
Eric


Eric Grimson

Chancellor for Academic Advancement
Bernard Gordon Professor of Medical Engineering
Professor of Computer Science
Massachusetts Institute of Technology

I put together a list of applicants (both early and regular) to admissions this year, for whom there is a development link (parents are either already significant donors or are in the pipeline). Would this list be of any value to you as you go through the final decisions? I would also be happy to discuss the list with you, if that helps?

Thanks
Eric


Eric Grimson

Chancellor for Academic Advancement
Bernard Gordon Professor of Medical Engineering
Professor of Computer Science
Massachusetts Institute of Technology