# EXHIBIT 20

| | |
|---|---|
| **Date:** | Sunday, December 1 2019 11:01 AM |
| **Subject:** | Re: Globe stories |
| **From:** | Stuart Schmill |
| **To:** | Ian A Waitz <iaw@mit.edu>; |
| **CC:** | Cynthia Barnhart <cbarnhar@mit.edu>; |
| **Attachments:** | smime.p7m |

**Exhibit 5**
Witness: Ian A. Waitz, Ph.D.
12/15/2023
Michelle Keegan, RMR, CRR, CSR

Hi Ian,

I think it is hard to say that we don't do legacy - which we don't - without bringing up the donor practice. We say we don't consider legacy very clearly on the website and we linked to that in our statement to the Globe, but I don't think we can say it in isolation now.

I think it will be difficult to acknowledge what we did in the past around donors even to say what our current practice is, given our rhetoric (implied) in the past - it may be difficult with our internal audiences.

My instinct is that it is best to not say anything to the Globe about this. It is speculation on the part of the Globe. Let's at least wait for any reaction.

—Stu


> On Dec 1, 2019, at 10:52 AM, Ian A Waitz <iaw@mit.edu> wrote:
>
> Hi Stu,
>
> Two thoughts:
>
> 1) On legacy admits, we have done statistical analysis that shows no effect (when corrected for NI I believe). We probably don't want to go into such details, but perhaps we can be more forceful in saying there is no statistically significant effect and that we don't even ask the question on the application?
>
> 2) The challenge with donors is that what was done in the past (even the very recent past) is not reflective of what we are doing now. But again, we really can't go into details on that. Perhaps a different response to the Globe reporter would have been to acknowledge what we did in the past (which still did not significantly increase one's odds of admission), but say it is no longer the practice?
>
> Sincerely,
>
> - Ian
>
>
>> On Dec 1, 2019, at 10:46 AM, Stuart Schmill <stucrew@mit.edu> wrote:
>>
>> Hi Cindy and Ian,
>>
>> Re the legacy story, I worked with Kimberly and Michael last week to send a statement to the Globe before this was written, but it is hard to refute someone saying that whatever we say publicly, we still do it.

CONFIDENTIAL
MITLIT-000117897

Perhaps we can talk briefly at our meeting tomorrow morning about what any next steps may need to be. It is not obvious that we can (or should) do or say anything, but it may be that some in the community (Rafael?) may want us to respond in some way.

—Stu

> Begin forwarded message:
>
> **From:** Kim Haberlin <haberlin@mit.edu>
> **Subject: Globe stories**
> **Date:** December 1, 2019 at 7:16:18 AM EST
> **To:** Cynthia Barnhart <cbarnhar@mit.edu>, Ian A Waitz <iaw@mit.edu>, Suzy Nelson <nelsonsm@mit.edu>, Michael Rutter <mprutter@mit.edu>, Jagruti S Patel <jag@mit.edu>, Matthew D Bauer <mdbauer@mit.edu>, Stuart Schmill <stucrew@mit.edu>
>
> Hi,
>
> An article on child care costs and editorial on legacy admissions follow below.
>
> Kim
>
> https://www.bostonglobe.com/metro/2019/11/30/academia-caste-system-for-parents/OEkkXl7DrhoFKYJyYTTChL/story.html?event=event12
>
> https://www.bostonglobe.com/2019/12/01/opinion/time-colleges-end-legacy-admissions/
>
> Sent from my iPhone

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Ian A. Waitz
Vice Chancellor for Undergraduate and Graduate Education
Jerome C. Hunsaker Professor of Aeronautics and Astronautics

website:
http://web.mit.edu/aeroastro/people/waitz/

Bldg. 7-133, MIT
Phone: 01-617-253-0218
77 Massachusetts Avenue
email: iaw@mit.edu
Cambridge, MA 02139-4307

CONFIDENTIAL
MITLIT-000117898

```
Content-Type: multipart/signed;
        boundary="Apple-Mail=_D36E92AE-EFFE-449B-8B68-339880D486A7";
        protocol="application/pkcs7-signature"; micalg=sha-256

--Apple-Mail=_D36E92AE-EFFE-449B-8B68-339880D486A7
Content-Type: multipart/alternative;
        boundary="Apple-Mail=_024886D1-2332-4573-8455-902D2485FCCA"


--Apple-Mail=_024886D1-2332-4573-8455-902D2485FCCA
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset=utf-8
```

Hi Ian,
I think it is hard to say that we don=E2=80=99t do legacy - which we =
don=E2=80=99t - without bringing up the donor practice. We say we =
don=E2=80=99t consider legacy very clearly on the website and we linked =
to that in our statement to the Globe, but I don=E2=80=99t think we can =
say it in isolation now.

I think it will be difficult to acknowledge what we did in the past =
around donors even to say what our current practice is, given our =
rhetoric (implied) in the past - it may be difficult with our internal =
audiences.=20

My instinct is that it is best to not say anything to the Globe about =
this. It is speculation on the part of the Globe. Let=E2=80=99s at least =
wait for any reaction.

=E2=80=94Stu



> On Dec 1, 2019, at 10:52 AM, Ian A Waitz <iaw@mit.edu> wrote:
>=20
> Hi Stu,
>=20
> Two thoughts:
>=20
> 1) On legacy admits, we have done statistical analysis that shows no =
effect (when corrected for NI I believe).  We probably don=E2=80=99t =
want to go into such details, but perhaps we can be more forceful in =
saying there is no statistically significant effect and that we don=E2=80=99=
t even ask the question on the application?
>=20
> 2) The challenge with donors is that what was done in the past (even =
the very recent past) is not reflective of what we are doing now.  But =
again, we really can=E2=80=99t go into details on that.  Perhaps a =

CONFIDENTIAL
MITLIT-000117899

different response to the Globe reporter would have been to acknowledge =
what we did in the past (which still did not significantly increase =
one=E2=80=99s odds of admission), but say it is no longer the practice?
>=20
> Sincerely,
>=20
> - Ian
>=20
>> On Dec 1, 2019, at 10:46 AM, Stuart Schmill <stucrew@mit.edu =
<mailto:stucrew@mit.edu>> wrote:
>>=20
>> Hi Cindy and Ian,
>>=20
>> Re the legacy story, I worked with Kimberly and Michael last week to =
send a statement to the Globe before this was written, but it is hard to =
refute someone saying that whatever we say publicly, we still do it.
>>=20
>> Perhaps we can talk briefly at our meeting tomorrow morning about =
what any next steps may need to be. It is not obvious that we can (or =
should) do or say anything, but it may be that some in the community =
(Rafael?) may want us to respond in some way.
>>=20
>> =E2=80=94Stu
>>=20
>>=20
>>=20
>>=20
>>> Begin forwarded message:
>>>=20
>>> From: Kim Haberlin <haberlin@mit.edu <mailto:haberlin@mit.edu>>
>>> Subject: Globe stories
>>> Date: December 1, 2019 at 7:16:18 AM EST
>>> To: Cynthia Barnhart <cbarnhar@mit.edu <mailto:cbarnhar@mit.edu>>, =
Ian A Waitz <iaw@mit.edu <mailto:iaw@mit.edu>>, Suzy Nelson =
<nelsonsm@mit.edu <mailto:nelsonsm@mit.edu>>, Michael Rutter =
<mprutter@mit.edu <mailto:mprutter@mit.edu>>, Jagruti S Patel =
<jag@mit.edu <mailto:jag@mit.edu>>, Matthew D Bauer <mdbauer@mit.edu =
<mailto:mdbauer@mit.edu>>, Stuart Schmill <stucrew@mit.edu =
<mailto:stucrew@mit.edu>>
>>>=20
>>> Hi,
>>>=20
>>> An article on child care costs and editorial on legacy admissions =
follow below.
>>>=20
>>> Kim
>>>=20
>>>=20
>>> =
https://www.bostonglobe.com/metro/2019/11/30/academia-caste-system-for-par=

CONFIDENTIAL

MITLIT-000117900

```
ents/OEkkXl7DrhoFKYJyYTTChL/story.html?event=3Devent12 =
<https://www.bostonglobe.com/metro/2019/11/30/academia-caste-system-for-pa=
rents/OEkkXl7DrhoFKYJyYTTChL/story.html?event=3Devent12>
>>>=20
>>> =
https://www.bostonglobe.com/2019/12/01/opinion/time-colleges-end-legacy-ad=
missions/ =
<https://www.bostonglobe.com/2019/12/01/opinion/time-colleges-end-legacy-a=
dmissions/>
>>>=20
>>> Sent from my iPhone
>>=20
>=20
> =
**********************************************************************=
*********
> M A S S A C H U S E T T S  I N S T I T U T E  O F  T E C H N O L O G Y
>=20
> Ian A. Waitz
> Vice Chancellor for Undergraduate and Graduate Education
> Jerome C. Hunsaker Professor of Aeronautics and Astronautics
>=20
> website:
> http://web.mit.edu/aeroastro/people/waitz =
<http://web.mit.edu/aeroastro/people/waitz>/
>=20
> Bldg. 7-133, MIT              =20
> Phone: 01-617-253-0218
> 77 Massachusetts Avenue=20
> email: iaw@mit.edu <mailto:iaw@mit.edu>
> Cambridge, MA 02139-4307
>=20


--Apple-Mail=_024886D1-2332-4573-8455-902D2485FCCA
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html;
        charset=utf-8

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/html; =
charset=3Dutf-8"></head><body style=3D"word-wrap: break-word; =
-webkit-nbsp-mode: space; line-break: after-white-space;" class=3D""><div =
class=3D"">Hi Ian,</div><div class=3D"">I think it is hard to say that =
we don=E2=80=99t do legacy - which we don=E2=80=99t - without bringing =
up the donor practice. We say we don=E2=80=99t consider legacy very =
clearly on the website and we linked to that in our statement to the =
Globe, but I don=E2=80=99t think we can say it in isolation =
now.</div><div class=3D""><br class=3D""></div><div class=3D"">I think =
it will be difficult to acknowledge what we did in the past around =
donors even to say what our current practice is, given our rhetoric =
```

CONFIDENTIAL

MITLIT-000117901

(implied) in the past - it may be difficult with our internal =
audiences. </div><div class=3D""><br class=3D""></div><div =
class=3D"">My instinct is that it is best to not say anything to the =
Globe about this. It is speculation on the part of the Globe. Let=E2=80=99=
s at least wait for any reaction.</div><div class=3D""><br =
class=3D""></div><div class=3D"">=E2=80=94Stu</div><div class=3D""><br =
class=3D""></div><div class=3D""><br class=3D""></div><br =
class=3D""><div><br class=3D""><blockquote type=3D"cite" class=3D""><div =
class=3D"">On Dec 1, 2019, at 10:52 AM, Ian A Waitz &lt;<a =
href=3D"mailto:iaw@mit.edu" class=3D"">iaw@mit.edu</a>&gt; =
wrote:</div><br class=3D"Apple-interchange-newline"><div class=3D"">

<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf-8" =
class=3D"">

<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
line-break: after-white-space;" class=3D"">
Hi Stu,
<div class=3D""><br class=3D"">
</div>
<div class=3D"">Two thoughts:</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">1) On legacy admits, we have done statistical analysis =
that shows no effect (when corrected for NI I believe).  We =
probably don=E2=80=99t want to go into such details, but perhaps we can =
be more forceful in saying there is no statistically significant
 effect and that we don=E2=80=99t even ask the question on the =
application?</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">2) The challenge with donors is that what was done in =
the past (even the very recent past) is not reflective of what we are =
doing now.  But again, we really can=E2=80=99t go into details on =
that.  Perhaps a different response to the Globe reporter would
 have been to acknowledge what we did in the past (which still did not =
significantly increase one=E2=80=99s odds of admission), but say it is =
no longer the practice?</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">Sincerely,</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">- Ian<br class=3D"">
<div class=3D""><br class=3D"">
<blockquote type=3D"cite" class=3D"">
<div class=3D"">On Dec 1, 2019, at 10:46 AM, Stuart Schmill &lt;<a =
href=3D"mailto:stucrew@mit.edu" class=3D"">stucrew@mit.edu</a>&gt; =
wrote:</div>
<br class=3D"Apple-interchange-newline">

CONFIDENTIAL

MITLIT-000117902

```
<div class=3D"">
<div style=3D"word-wrap: break-word; -webkit-nbsp-mode: space; =
line-break: after-white-space;" class=3D"">
<div class=3D"">Hi Cindy and Ian,</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">Re the legacy story, I worked with Kimberly and Michael =
last week to send a statement to the Globe before this was written, but =
it is hard to refute someone saying that whatever we say publicly, we =
still do it.</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">Perhaps we can talk briefly at our meeting tomorrow =
morning about what any next steps may need to be. It is not obvious that =
we can (or should) do or say anything, but it may be that some in the =
community (Rafael?) may want us to respond in some
 way.</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">=E2=80=94Stu</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D""><br class=3D"">
</div>
<br class=3D"">
<div class=3D""><br class=3D"">
<blockquote type=3D"cite" class=3D"">
<div class=3D"">Begin forwarded message:</div>
<br class=3D"Apple-interchange-newline">
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;" class=3D"">
<span style=3D"font-family: -webkit-system-font, &quot;Helvetica =
Neue&quot;, Helvetica, sans-serif;" class=3D""><b class=3D"">From: =
</b></span><span style=3D"font-family: -webkit-system-font, Helvetica =
Neue, Helvetica, sans-serif;" class=3D"">Kim Haberlin &lt;<a =
href=3D"mailto:haberlin@mit.edu" class=3D"">haberlin@mit.edu</a>&gt;<br =
class=3D"">
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;" class=3D"">
<span style=3D"font-family: -webkit-system-font, &quot;Helvetica =
Neue&quot;, Helvetica, sans-serif;" class=3D""><b class=3D"">Subject: =
</b></span><span style=3D"font-family: -webkit-system-font, Helvetica =
Neue, Helvetica, sans-serif;" class=3D""><b class=3D"">Globe =
stories</b><br class=3D"">
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;" class=3D"">
<span style=3D"font-family: -webkit-system-font, &quot;Helvetica =
Neue&quot;, Helvetica, sans-serif;" class=3D""><b class=3D"">Date:
```

CONFIDENTIAL

MITLIT-000117903

```
</b></span><span style=3D"font-family: -webkit-system-font, Helvetica =
Neue, Helvetica, sans-serif;" class=3D"">December 1, 2019 at 7:16:18 AM =
EST<br class=3D"">
</span></div>
<div style=3D"margin-top: 0px; margin-right: 0px; margin-bottom: 0px; =
margin-left: 0px;" class=3D"">
<span style=3D"font-family: -webkit-system-font, &quot;Helvetica =
Neue&quot;, Helvetica, sans-serif;" class=3D""><b class=3D"">To: =
</b></span><span style=3D"font-family: -webkit-system-font, Helvetica =
Neue, Helvetica, sans-serif;" class=3D"">Cynthia Barnhart &lt;<a =
href=3D"mailto:cbarnhar@mit.edu" class=3D"">cbarnhar@mit.edu</a>&gt;, =
Ian A Waitz &lt;<a href=3D"mailto:iaw@mit.edu" =
class=3D"">iaw@mit.edu</a>&gt;,
 Suzy Nelson &lt;<a href=3D"mailto:nelsonsm@mit.edu" =
class=3D"">nelsonsm@mit.edu</a>&gt;, Michael Rutter &lt;<a =
href=3D"mailto:mprutter@mit.edu" class=3D"">mprutter@mit.edu</a>&gt;, =
Jagruti S Patel &lt;<a href=3D"mailto:jag@mit.edu" =
class=3D"">jag@mit.edu</a>&gt;, Matthew D Bauer &lt;<a =
href=3D"mailto:mdbauer@mit.edu" class=3D"">mdbauer@mit.edu</a>&gt;,
 Stuart Schmill &lt;<a href=3D"mailto:stucrew@mit.edu" =
class=3D"">stucrew@mit.edu</a>&gt;<br class=3D"">
</span></div>
<br class=3D"">
<div class=3D"">
<div dir=3D"auto" class=3D"">Hi,
<div class=3D""><br class=3D"">
</div>
<div class=3D"">An article on child care costs and editorial on legacy =
admissions follow below.</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D"">Kim</div>
<div class=3D""><br class=3D"">
</div>
<div class=3D""><br class=3D"">
<a =
href=3D"https://www.bostonglobe.com/metro/2019/11/30/academia-caste-system=
-for-parents/OEkkXl7DrhoFKYJyYTTChL/story.html?event=3Devent12" =
class=3D"">https://www.bostonglobe.com/metro/2019/11/30/academia-caste-sys=
tem-for-parents/OEkkXl7DrhoFKYJyYTTChL/story.html?event=3Devent12</a></div=
>
<div class=3D""><br class=3D"">
</div>
<div class=3D""><a =
href=3D"https://www.bostonglobe.com/2019/12/01/opinion/time-colleges-end-l=
egacy-admissions/" =
class=3D"">https://www.bostonglobe.com/2019/12/01/opinion/time-colleges-en=
d-legacy-admissions/</a></div>
<div class=3D""><br class=3D"">
<div dir=3D"ltr" class=3D"">Sent from my iPhone</div>
```

```
</div>
</div>
</div>
</blockquote>
</div>
<br class=3D"">
</div>
</div>
</blockquote>
</div>
<br class=3D"">
<div class=3D"">
<div dir=3D"auto" style=3D"word-wrap: break-word; -webkit-nbsp-mode: =
space; line-break: after-white-space;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" =
class=3D"">*************************************************************=
*******************</span><br style=3D"font-family: Helvetica; =
font-size: 12px; font-style: normal; font-variant-caps: normal; =
font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">M
 A S S A C H U S E T T S  I N S T I T U</span><span =
style=3D"font-family: Helvetica; font-size: 12px; font-style: normal; =
font-variant-caps: normal; font-weight: normal; letter-spacing: normal; =
text-align: start; text-indent: 0px; text-transform: none; white-space: =
normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; =
display: inline !important;" class=3D""> </span><span =
style=3D"font-family: Helvetica; font-size: 12px; font-style: normal; =
font-variant-caps: normal; font-weight: normal; letter-spacing: normal; =
text-align: start; text-indent: 0px; text-transform: none; white-space: =
normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; =
display: inline !important;" class=3D"">T
 E  O F  T E C H N O L O G Y</span><br style=3D"font-family: =
Helvetica; font-size: 12px; font-style: normal; font-variant-caps: =
normal; font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<br style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px;" =
```

CONFIDENTIAL

MITLIT-000117905

```
class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Ian
 A. Waitz</span><br style=3D"font-family: Helvetica; font-size: 12px; =
font-style: normal; font-variant-caps: normal; font-weight: normal; =
letter-spacing: normal; text-align: start; text-indent: 0px; =
text-transform: none; white-space: normal; word-spacing: 0px; =
-webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Vice
 Chancellor for Undergraduate and Graduate Education</span><br =
style=3D"font-family: Helvetica; font-size: 12px; font-style: normal; =
font-variant-caps: normal; font-weight: normal; letter-spacing: normal; =
text-align: start; text-indent: 0px; text-transform: none; white-space: =
normal; word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Jerome
 C. Hunsaker Professor of</span><span style=3D"font-family: Helvetica; =
font-size: 12px; font-style: normal; font-variant-caps: normal; =
font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; display: =
inline !important;" class=3D""> </span><span style=3D"font-family: =
Helvetica; font-size: 12px; font-style: normal; font-variant-caps: =
normal; font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; display: =
inline !important;" class=3D"">Aeronautics
 and Astronautics</span><br style=3D"font-family: Helvetica; font-size: =
12px; font-style: normal; font-variant-caps: normal; font-weight: =
normal; letter-spacing: normal; text-align: start; text-indent: 0px; =
text-transform: none; white-space: normal; word-spacing: 0px; =
-webkit-text-stroke-width: 0px;" class=3D"">
<br style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px;" =
class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
```

CONFIDENTIAL

MITLIT-000117906

```
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">website:</span><br =
style=3D"font-family: Helvetica; font-size: 12px; font-style: normal; =
font-variant-caps: normal; font-weight: normal; letter-spacing: normal; =
text-align: start; text-indent: 0px; text-transform: none; white-space: =
normal; word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D""><a =
href=3D"http://web.mit.edu/aeroastro/people/waitz" =
class=3D"">http://web.mit.edu/aeroastro/people/waitz</a></span><span =
style=3D"font-family: Helvetica; font-size: 12px; font-style: normal; =
font-variant-caps: normal; font-weight: normal; letter-spacing: normal; =
text-align: start; text-indent: 0px; text-transform: none; white-space: =
normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; =
display: inline !important;" class=3D"">/</span><br style=3D"font-family: =
Helvetica; font-size: 12px; font-style: normal; font-variant-caps: =
normal; font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<br style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px;" =
class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Bldg.
 7-133, MIT               =
 </span><br style=3D"font-family: Helvetica; font-size: 12px; =
font-style: normal; font-variant-caps: normal; font-weight: normal; =
letter-spacing: normal; text-align: start; text-indent: 0px; =
text-transform: none; white-space: normal; word-spacing: 0px; =
-webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Phone:
 01-617-253-0218</span><br style=3D"font-family: Helvetica; font-size: =
12px; font-style: normal; font-variant-caps: normal; font-weight: =
normal; letter-spacing: normal; text-align: start; text-indent: 0px; =
text-transform: none; white-space: normal; word-spacing: 0px; =
-webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
```

CONFIDENTIAL

```
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">77
 Massachusetts Avenue </span><br style=3D"font-family: Helvetica; =
font-size: 12px; font-style: normal; font-variant-caps: normal; =
font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" =
class=3D"">email: </span><span style=3D"font-family: Helvetica; =
font-size: 12px; font-style: normal; font-variant-caps: normal; =
font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px; float: none; display: =
inline !important;" class=3D""><a href=3D"mailto:iaw@mit.edu" =
class=3D"">iaw@mit.edu</a></span><br style=3D"font-family: Helvetica; =
font-size: 12px; font-style: normal; font-variant-caps: normal; =
font-weight: normal; letter-spacing: normal; text-align: start; =
text-indent: 0px; text-transform: none; white-space: normal; =
word-spacing: 0px; -webkit-text-stroke-width: 0px;" class=3D"">
<span style=3D"font-family: Helvetica; font-size: 12px; font-style: =
normal; font-variant-caps: normal; font-weight: normal; letter-spacing: =
normal; text-align: start; text-indent: 0px; text-transform: none; =
white-space: normal; word-spacing: 0px; -webkit-text-stroke-width: 0px; =
float: none; display: inline !important;" class=3D"">Cambridge,
 MA 02139-4307</span></div>
</div>
<br class=3D"">
</div>
</div>

</div></blockquote></div><br class=3D""></body></html>=

--Apple-Mail=_024886D1-2332-4573-8455-902D2485FCCA--

--Apple-Mail=_D36E92AE-EFFE-449B-8B68-339880D486A7
Content-Disposition: attachment; filename="smime.p7s"
Content-Type: application/pkcs7-signature; name="smime.p7s"
Content-Transfer-Encoding: base64
```

MIAGCSqGSIb3DQEHAqCAMIACAQExDzANBglghkgBZQMEAgEFADCABgkqhkiG9w0BBwEAAKCCA8Iw
ggO+MIIDJ6ADAgECAhEAhzTIfEVr/evjDHTnAyXF9TANBgkqhkiG9w0BAQsFADBsMQswCQYDVQQG
EwJVUzEWMBQGA1UECBMNTWFzc2FjaHVzZXR0czEuMCwGA1UEChMlTWFzc2FjaHVzZXR0cyBJbnN0
aXR1dGUgb2YgVGVjaG5vbG9neTEVMBMGA1UECxMMQ2xpZW50IENBIHYxMB4XDTE5MDcxNDEzNDgl
OVoXDTIwMDczMTEzNDg1OVowgaUxCzAJBgNVBAYTAlVTMREwFAYDVQQIEw1NYXNzYWNodXNldHRz
MS4wLAYDVQQKEyVNYXNzYWNodXNldHRzIEluc3RpdHV0ZSBvZiBUZWNobm9sb2d5MRUwEwYDVQQL

EwxDbGllbnQgQ0EgdjExFzAVBgNVBAMTDlN0dWFydCBTY2htaWRsMR4wHAYJKoZIhvcNAQkBFg9z
dHVjcmV3QE1JVC5FRFUwggEiMA0GCSqGSIb3DQEBAQUAA4IBDwAwggEKAoIBAQC0KS3rSREiwipl
Xmg/qOeBqb0WRBIieZT+BN5fY+QDMs0wyUTN1tnaoVIT1apCThj5ElQGmUjPkLFa+HlrXTYqGXI2
yCpuQmmR1EDlYEdDpQ9a7t/S/emUTANxs9RQqK/IRgHnC2rn+j2Fg+12sADsRJ5LOiuWjhen+qjd
7WT+qF2v+7PdTHN4MGQ8MzWwi+A2+MGHmN2q3a9VbBu4K3jHX9g2k9Ck83AnXOU0bZBYhQHweL1Q
Cb6ew+j0ocEsLBZOUo9LZVaR7LvUYEyBPFEmMVr/1W4PWZ89L5b/WX6XakovD8+HynozipE3+CfU
JsRAA69+7aMQY+m7BL7OaEDFAgMBAAGjgaEwgZ4wCQYDVR0TBAIwADARBglghkgBhvhCAQEEBAMC
BaAwHQYDVR0lBBYwFAYIKwYBBQUHAwQGCCsGAQUFBwMCMAsGA1UdDwQEAwIF4DAdBgNVHQ4EFgQ
U
CniZJUX9QZModlVF6ES9a6vmjBkwMwYDVR0fBCwwKjAooCagJIYiaHR0cDovL2NhLm1pdC5lZHUv
Y2EvbWl0Y2xpZW50LmNybDANBgkqhkiG9w0BAQsFAAOBgQCyDACteAmthEoV+TSCtomh1Dqc42h8
xjLMRYIJ48K8t98y/ri84za1H1Atd7ZAxLep8rvQ3Xym+Ry8QtCUQ1IMZHmA+bawGYdvRO5N2FNz
u432q7FVv6O6H9EMXDL+XP34iCGruhCYg6a8l6gr887RORpx/el0FVoPc4ArqmAPyzGCA0YwggNC
AgEBMIGBMGwxCzAJBgNVBAYTAlVTMRYwFAYDVQQIEw1NYXNzYWNodXNldHRzMS4wLAYDVQQKEyVN
YXNzYWNodXNldHRzIEluc3RpdHV0ZSBvZiBUZWNobm9sb2d5MRUwEwYDVQQLEwxDbGllbnQgQ0Eg
djECEQCHNMh8RWv96+MMdOcDJcX1MA0GCWCGSAFlAwQCAQUAoIIBlTAYBgkqhkiG9w0BCQMxCwYJ
KoZIhvcNAQcBMBwGCSqGSIb3DQEJBTEPFw0xOTEyMDExNjAxMzVaMC8GCSqGSIb3DQEJBDEiBCDv
PIFpUrtl6zL9y0PoTK3Ku7bdaqnLwvennbwfdg5g3zCBkgYJKwYBBAGCNxAEMYGEMIGBMGwxCzAJ
BgNVBAYTAlVTMRYwFAYDVQQIEw1NYXNzYWNodXNldHRzMS4wLAYDVQQKEyVNYXNzYWNodXNldHRz
IEluc3RpdHV0ZSBvZiBUZWNobm9sb2d5MRUwEwYDVQQLEwxDbGllbnQgQ0EgdjECEQCHNMh8RWv9
6+MMdOcDJcX1MIGUBgsqhkiG9w0BCRACCzGBhKCBgTBsMQswCQYDVQQGEwJVUzEWMBQGA1UECBMN
TWFzc2FjaHVzZXR0czEuMCwGA1UEChMlTWFzc2FjaHVzZXR0cyBJbnN0aXR1dGUgb2YgVGVjaG5v
bG9neTEVMBMGA1UECxMMQ2xpZW50IENBIHYxAhEAhzTIfEVr/evjDHTnAyXF9TANBgkqhkiG9w0B
AQEFAASCAQBYRu9lNEOiWomIxhuK/8mnMaKJaxAkvR7GA2K6/uw+BfISg3PRdRSr+X/OpSMLW6Xy
jByz5HT/1/rjcH8WQ2ArzZzzfMgbdU38IAT+ZtSGn25bp+A762MC6GF6ufVSOdlVCgbmc9mLh/0Z
fjqAydNRDpEH5sDppEUj8H3sLRj8G4sYo4x14Qzp00Y8mzhL9G3bsuR0g4xSzhOJTGHzj1n9GNYC
BBRPZ8ouXvErabSI0TN4zziL3LxhOxfyUprq9yQPIMpQXJ0BbG4xiCp1XU/qz1+S7MJuddgzju2b
utbjs4HRM5bC2mvvGNvz8iV+7Z4WiTjFvVvBogUpiAjfvT+zAAAAAAAA
--Apple-Mail=_D36E92AE-EFFE-449B-8B68-339880D486A7--

CONFIDENTIAL

MITLIT-000117909

Not Responsive

CONFIDENTIAL

MITLIT-000117910