# EXHIBIT 21

**EXHIBIT**

Hicks - 11

| | |
|---|---|
| **Date:** | Friday, October 17 2014 12:49 PM |
| **Subject:** | Re: 568 Presidents' Group Exemption Renewal Efforts |
| **From:** | Karla Casey |
| **To:** | Elizabeth M Hicks <emhicks@mit.edu>; |
| **CC:** | Mia M Doeden <mdoeden@mit.edu>; Leslie C Bridson <lbridson@mit.edu>; |

Dear Betsy,

Would it be possible to talk to Dean Freeman to see if he can pay for this? We don't have this budgeted.

Thank you

Best regards,

Karla Casey
Executive Assistant to the President
Massachusetts Institute of Technology
77 Massachusetts Avenue,
Building 3-208
Cambridge, Massachusetts 02139
T. 617.253.0260
F. 617.253.3124

On Oct 17, 2014, at 11:50 AM, Elizabeth M Hicks <emhicks@MIT.EDU> wrote:

> Dear Karla,
>
> I regard this as a COFHE related expense and the COFHE dues are paid by the Institute. This is probably more a financial aid than an admissions issue. If the $10K is a problem, I am on my way to a meeting with Denny Freeman. I can ask him to pay.
>
> Ann is correct that you would not have paid this in the past as it is a one-time issue.
>
> Best,
>
> Betsy
>
> On Oct 17, 2014, at 11:40 AM, Karla Casey <kcasey1@mit.edu> wrote:
>
>> I just asked Ann McNamara and we have no record of ever paying this. Since this is regarding admission, shouldn't this be paid by them?
>>
>>
>> Best regards,

CONFIDENTIAL

Karla Casey
Executive Assistant to the President
Massachusetts Institute of Technology
77 Massachusetts Avenue,
Building 3-208
Cambridge, Massachusetts 02139
T. 617.253.0260
F. 617.253.3124

On Oct 17, 2014, at 11:01 AM, Elizabeth M Hicks <emhicks@mit.edu> wrote:

> Dear Karla,
>
> Yes the payment would come from the President, assuming he agrees with the recommendation. I will work on the letter right now for you.
>
> Best,
>
> Betsy
>
> On Oct 17, 2014, at 10:51 AM, Karla Casey <kcasey1@mit.edu> wrote:
>
>> I am sorry, I thought that you would respond to this. So our office has to pay and send a response?
>>
>> If that's the case, I will process payment, but could you suggest wording for response?
>>
>> Best regards,
>>
>> Karla Casey
>> Executive Assistant to the President
>> Massachusetts Institute of Technology
>> 77 Massachusetts Avenue,
>> Building 3-208
>> Cambridge, Massachusetts 02139
>> T. 617.253.0260
>> F. 617.253.3124
>>
>> On Aug 27, 2014, at 11:20 AM, Elizabeth M Hicks <emhicks@MIT.EDU> wrote:
>>
>>> Dear Karla,
>>>
>>> Sorry about this string of emails below, but Cindy asked me to communicate directly with you. Please see my response just below. Any questions, please let me know. Thanks.

CONFIDENTIAL

MITLIT-000637361

Best,

Betsy

Begin forwarded message:

> **From:** Cynthia Barnhart <cbarnhar@mit.edu>
> **Subject: Re: 568 Presidents' Group Exemption Renewal Efforts**
> **Date:** August 27, 2014 at 9:19:11 AM EDT
> **To:** Elizabeth M Hicks <emhicks@mit.edu>
> **Cc:** Dennis M Freeman <freeman@mit.edu>, "Philip H. Lippel" <
> phlippel@mit.edu>, Leslie C Bridson <lbridson@mit.edu>
>
> Thanks Betsy!  Could you respond directly to the email below and let
> Karla know?
>
> Thanks again,
> Cindy
>
> CYNTHIA BARNHART
> Chancellor
> Ford Professor of Engineering
> MIT, Room 10-200, 77 Massachusetts Avenue
> Cambridge, MA 02139
> barnhart@mit.edu
> 617 253-3815
>
>
> On Aug 26, 2014, at 11:21 AM, Elizabeth M Hicks <emhicks@mit.edu>
> wrote:
>
>> Dear Cindy,
>>
>> After talking to Philip Lippel as well as the MIT financial aid staff, I
>> recommend that we support the renewal of Section 568. However,
>> we may want to make it clear that we believe that the 568 Group is
>> entering its final transition stage and will have served its purpose
>> after this next 5-7 year extension.
>>
>> Currently, there are twenty-four 568 member institutions, of which
>> four are Ivy's (Columbia Cornell, Dartmouth and Penn) and nine
>> others COFHE institutions (Amherst, Duke, Georgetown, MIT,
>> Northwestern, Swarthmore, University of Chicago, Wellesley and
>> Williams) and eleven other non-COFHE institutions.  Leslie
>> Bridson, our Director of Financial Aid, serves on the Technical
>> Committee.  The Group provides MIT financial aid staff with
>> professional development opportunities for jointly discussing and
>> agreeing on principles of need analysis.  I do worry that the eleven
>> non-COFHE institutions have institutional resource issues that can

MITLIT-000637362

lead the group away from establishing sound need analysis principles. An institution can be a part of the 568 Group and be more stringent in how it defines financial need, but not more generous. Harvard, Princeton, Stanford and Yale departed from the 568 Group when they decided not only to be more generous but to be more transparent about the financial aid a family would receive.

I expect that in the future there will be other professional development opportunities for MIT financial aid staff, but we are not there yet. As part of the transition, a cost of $10,000 to fund this renewal, along with our annual 568 Group dues, are reasonable costs to assume for the benefit we derive.

If you have any other questions about the 568 Group, please let me know.

Best,

Betsy


On Aug 22, 2014, at 4:26 PM, Elizabeth M. Hicks < emhicks@mit.edu> wrote:

> Dear Cindy,
>
> I plan to talk to Philip Lippel in the Washington Office Tuesday morning to confer with him on how realistic it is to think this initiative will be successful. I will share my recommendation with you and Denny after that. I know my financial aid staff believes the 568 Group is important. I am less convinced that it is, especially after Harvard, Princeton and Yale stopped participating years ago.
>
> Best,
>
> Betsy
>
>
> On Aug 22, 2014, at 3:59 PM, Cynthia Barnhart < cbarnhar@mit.edu> wrote:
>
>> Hi Betsy,
>> Could you take a look at the attached and provide me your thoughts?
>> Thanks,
>> Cindy
>>
>> CYNTHIA BARNHART
>> Chancellor

CONFIDENTIAL

MITLIT-000637363

Ford Professor of Engineering
MIT, Room 10-200, 77 Massachusetts Avenue
Cambridge, MA 02139
barnhart@mit.edu
617 253-3815


Begin forwarded message:

> **From:** Karla Casey <kcasey1@mit.edu>
> **Subject: Fwd: 568 Presidents' Group Exemption Renewal Efforts**
> **Date:** August 22, 2014 at 2:01:28 PM EDT
> **To:** Cynthia Barnhart <cbarnhart@mit.edu>
> **Cc:** Martin Arnold Schmidt < maschmid@mit.edu>, "L. Rafael Reif" < reif@mit.edu>
>
> Dear Cindy,
>
> Please see letter below sent to President Reif. Could you let us know your views about this?
>
> Thank you
>
>
> Best regards,
>
> Karla Casey
> Executive Assistant to the President
> Massachusetts Institute of Technology
> 77 Massachusetts Avenue,
> Building 3-208
> Cambridge, Massachusetts 02139
> T. 617.253.0260
> F. 617.253.3124
>
>
> > **From:** John DeGioia < president@georgetown.edu>
> > **Date:** August 22, 2014 at 1:45:36 PM EDT
> > **To:** undisclosed-recipients:;
> > **Cc:** <nu-president@northwestern.edu>
> > **Subject: 568 Presidents' Group Exemption Renewal Efforts**

CONFIDENTIAL

MITLIT-000637364

Dear Colleagues:

As chairman of the 568 Presidents'
Group, I wish to share with you the
attached letter asking for your support
and participation in the renewal of our
antitrust exemption. I am grateful for your
ongoing commitment to our work and look
forward to hearing from you soon.


Sincerely,
Jack DeGioia



<568 Presidents Group_Exemption Renewal_Aug
2014.pdf>

CONFIDENTIAL