# EXHIBIT 22

| | |
|---|---|
| **From**: | Stuart Schmill [/O=MASSACHUSETTS INSTITUTE OF TECHNOLOGY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STUCREW] |
| **Sent**: | 12/22/2018 10:26:07 AM |
| **To**: | Ian A Waitz [iaw@mit.edu] |
| **Subject**: | cases |
| **Attachments**: | Cases of Interest 2019 - EA.xlsx |

Hi Ian,

Here is the spreadsheet that I sent to Rafael, and Cindy has this, too. A few notes. You'll notice that there are 6 names on that list that Bob recommended. Three we admitted (and one we were going to, but the student withdrew after getting admitted early decision elsewhere). Of those four, they were all good academically; two were very strong in all dimensions and as good as any of our admits, and two were students that we would really not have otherwise admitted. You'll notice that there were two other students he talked with me about, but they were either not in the ball park, or the push from him was not as strong.

He sent me notes on them all, but he was very careful in his emails to say that I had autonomy and he made it clear to others that he could not influence things.

But, he met with me in person in November to talk about candidates, which is also where I got more insight into who he thought was more of a priority.

All that said, I still hope we can be careful about doing this in a way that does not implicate my discussing his influence.

And one other note - you'll notice that there are some other relatively heavy hitters on this list, whose recommended students were not admitted. We really do hold the standards quite high for this and try to keep those forces of influence away as much as we can.

Thanks!
Stu

ATTORNEYS' EYES ONLY

MITLIT-000659292

| | **For Rafael** | | | |
|---|---|---|---|---|
| as of 12/14/18 | **Applicant** | **Recommended by** | **Action** | |
| | Redacted - FERPA | Jordan | Deferred to regular action consideration | |
| | Redacted - FERPA | Alum father wrote an op-ed [FERPA] | Not Admitted | |
| | Redacted - FERPA | Jordan | Withdrew application | |
| | Redacted - FERPA | | Admitted early action | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | Grandson of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Admitted early action | |
| | Redacted - FERPA | Daughter of [FERPA] | Admitted early action | |
| | Redacted - FERPA | Astronaut | Deferred to regular action consideration | |
| | Redacted - FERPA | (IBM) | Deferred to regular action consideration | |
| | Redacted - FERPA | Bob Millard | Admitted early action | |
| | Redacted - FERPA | Bob Millard | Admitted early action | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Admitted early action | |
| | Redacted - FERPA | (Lenovo) | Deferred to regular action consideration | |
| | Redacted - FERPA | Daughter of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | Bob Millard | Withdrew application | |
| | Redacted - FERPA | Great granddaughter of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | Bob Millard | Deferred to regular action consideration | |
| | Redacted - FERPA | Daughter of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | Daughter of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | Vietnam | Not Admitted | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | Daughter of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | Bob Millard | Deferred to regular action consideration | |
| | Redacted - FERPA | Son of [FERPA], (EVP [FERPA]) | Deferred to regular action consideration | |
| | Redacted - FERPA | Son of [FERPA], (CTO [FERPA]) | Deferred to regular action consideration | |
| | Redacted - FERPA | Granddaughter of [FERPA], former president of [FERPA] | Deferred to regular action consideration | |
| | Redacted - FERPA | Bob Millard | Admitted early action | |
| | Redacted - FERPA | Astronaut | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |
| | Redacted - FERPA | | Deferred to regular action consideration | |