# EXHIBIT 23



# Institutional Risk & Compliance Committee

## September 11, 2019

CONFIDENTIAL

ND_0039910



# Risk Definitions

The following broad definitions may be applied to the descriptions and detailed listing of risks as noted throughout this presentation

➢ _STRATEGIC_:  Risk that affects an organization's ability to achieve its goals.

➢ _FINANCIAL_: Risk that may result in loss of assets.

➢ _OPERATIONAL_: Risk that affects an ongoing management process

➢ _COMPLIANCE_: Risk that affects compliance with externally imposed laws and regulations as well as with internally imposed policies and procedures concerning, for example, safety, conflict of interest, and the like.

➢ _REPUTATIONAL_: Risk that affects an organization's reputation, "brand" or both. (Note this risk may result from an organization's failure to effectively manage any or all of the other risk types; it involves external perception.)

_Source:_
_NACUBO Developing a Strategy to Manage Enterprise Risk in Higher Education—2001_

2

CONFIDENTIAL



# Updating Criteria

LEGEND (from preceding page)

➢ **Red**: Areas that require <u>immediate management and IRCC attention</u>. This color indicates that there is a high degree of risk but we either have <u>no risk management plan</u> in place or <u>inadequate controls</u>.

➢ **Yellow**: Areas that require <u>close management and IRCC attention</u>. This color indicates that there is a high or moderate degree of risk and the unit is making <u>significant progress</u> toward implementing controls.

➢ **Green**: Areas that <u>do not currently require IRCC attention</u>. This color indicates that ongoing efforts in the unit are <u>controlling the risk to the best of our ability</u>—see slides 25 and following for description of these areas.

UPDATING CONSIDERATIONS

➢ If systems solutions and/or potential process improvement opportunities have been identified, but not yet fully implemented or tested or if the desired metrics have not been achieved, no change in readiness is warranted.

➢ If systems solutions and/or potential process improvement opportunities have been identified and are substantially in place in the operating environment and substantial progress has been made in meeting desired metrics, a change in readiness to a less severe level may be warranted

➢ If systems solutions and/or potential process improvement opportunities are functioning as intended in the operating environment, the most significant risk areas have been addressed and the desired metrics have been achieved, a change in readiness to the least severe category (green) may be warranted.

3

CONFIDENTIAL

ND_0039912



September 11, 2019

# ENROLLMENT DIVISION

CONFIDENTIAL



# Enrollment Division - 2019



**Probability**

| | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Highly Probable | 5 | | REDACTED | | | |
| Probable | 4 | | REDACTED | | Special interest admits | |
| Possible | 3 | | | | | |
| Unlikely | 2 | | | | | |
| Remote | 1 | | | | | |
| | | 1 Insignificant | 2 Minor | 3 Moderate | 4 Major | 5 Extreme |

**Severity**

REDACTED

### Risk Ratings

| 1 - 4 | Green - Low Risk |
|---|---|
| 5 - 10 | Yellow - Moderate Risk |
| 12 - 25 | Red - High Risk |

5

ND_0039914



# Top Four Risks

| Risk Description | Risk Rating | Risk Tolerance Range | Control Effectiveness (Green, Yellow, Red) |
|---|---|---|---|
| Special Interest Admits | 16 | 12-18 | Green |

# REDACTED

6

CONFIDENTIAL

ND_0039915



# Shared Risks

➤ Title IV program review highlights that many of the Enrollment Division's risks are shared with other units on campus

| Risk | Risk Sharing Partner(s) |
|---|---|

# REDACTED

7

CONFIDENTIAL



# Special Interest Admits

**Primary Risk Category:** REPUTATIONAL
**Secondary Risk Category:** STRATEGIC

**Risk Rating – 16**
**Controls – Green**
**Risk Tolerance - 12-18**

## Description of Risk

➢ Admitting students with lower academic credentials to be successful at Notre Dame due to extraordinary non-academic factors places downward pressure on Notre Dame's academic profile, increases the likelihood of honor code violations as underprepared students attempt to compensate in the classroom, and decreases faculty satisfaction with the student body

➢ Special interest decisions are highly visible at the high schools, in communities, and with alumni

➢ Decisions which appear to suggest excessive influence that goes beyond the public expectation get discussed openly and shared across the internet on social media websites focused on college admissions (*e.g.*, College Confidential)

➢ While some of the decisions regarding student athletes get questioned, most stakeholders acknowledge that these students have gained admission through their own efforts and special talents; however, when we admit weak academic students, it hurts our brand as a top 15 national highly selective university

➢ Admitting students without special talents whose parental influence is obvious to schools or communities represents a risk in maintaining our image as an ethical and top 15 national highly selective university

➢ Takes away spots from more accomplished students

8

CONFIDENTIAL

ND_0039917



# Special Interest Admits

**Primary Risk Category:** REPUTATIONAL
**Secondary Risk Category:** STRATEGIC

**Internal Controls**

➢ Attempt to identify non-cognitive factors which may be markers for success at Notre Dame
➢ Interview as many special interest applicants as possible to check for institutional fit
➢ The Enrollment Division will not admit a student it believes will fail to be successful at Notre Dame
➢ Reduced the number special interest admits

**Detailed Listing of Risks**

➢ Public embarrassment to Notre Dame, the Enrollment Division, and the admitted student
➢ Downward pressure on the bottom quartile of the class due to special interest admits prevents Notre Dame from consolidating the gains it has made in the top half of the class in the last decade
➢ Decreases faculty satisfaction with the student body
➢ Strains relationships with high schools, communities, and alumni

9

CONFIDENTIAL

REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL



CONFIDENTIAL

REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL



CONFIDENTIAL

REDACTED

CONFIDENTIAL

ND_0039925

REDACTED

CONFIDENTIAL

ND_0039926

REDACTED

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

REDACTED

CONFIDENTIAL

# REDACTED

CONFIDENTIAL

ND_0039932