# EXHIBIT 24

**Date:** Tuesday, March 6 2012 03:10 PM
**Subject:** outcomes of our sessions last week
**From:** Donald Bishop <Donald.C.Bishop.40@nd.edu>
**To:** Lou Nanni <lnanni@nd.edu>; Joseph Gelchion <Joseph.Gelchion.2@nd.edu>; Robert Mundy <Robert.M.Mundy.1@nd.edu>;
**CC:** Donald Bishop <Donald.C.Bishop.40@nd.edu>;

Exhibit 12
Witness: Rev. Edward A. Malloy, C.S.C.
9/7/2023
Michelle Keegan, RMR, CRR, CSR

I have now reviewed the data.

Clearly we had more higher ranked applicants this year. Most of the increase is in the AP area.

We have the following outcomes of admits by UR rating:

|     | 2012 | 2011 |     |
|-----|------|------|-----|
| A   | 43   | 34   | +9  |
| AP  | 32   | 20   | +12 |
| B   | 42   | 52   | -10 |
| BM  | 46   | 70   | -24 |
|     | 163  | 176  | -13 |
| SAT-one-test | 1388 | 1398 | |

(the decline of 10 points on the SAT for UR admits means our enrolled class profile will be one-point lower this year due to the lower profile of these students—compared to the decisions we made last year)

Admits at the academic rating of:

| Academic Rating | 2012 | 2011 |     |
|-----------------|------|------|-----|
| 1-8             | 69   | 99   | -30 |
| 9-12            | 56   | 57   | -1  |
| 13-18           | 38   | 20   | +18 |

Most of our non-special interest admits have an academic rating of 1-6. If you add alumni status to the mix many alumni children with a 7 or 8 academic rating gain admission (about 90%).

Students with a 13-18 rating are massive allowances to the power of the family connections and funding history. The gain of 21 A and AP admits and the gain of 18 very low ranked admits (13-18 academic ratings) means we allowed their high gifting or potential gifting to influence our choices more this year than last year—because they simply were more higher ranked and larger donors.

In one respect we can congratulate university relations on these added donors. However, many of them are AP's so it will be important this summer and each summer to review the actual history of giving by these AP's as their relationship with Notre dame matures.

Overall I feel the decisions we made were in reasonable accordance with what we did last year.

The lower number of B Minus and B's were due to our elevation of the giving to reach these ratings.

The sad part of the year is the drop of 30 UR kids in the academic rating of 1-8. That was a big decline.

Sure hope the wealthy next year raise a few more smart kids!

*Don*

Don Bishop
Associate Vice President for Undergraduate Enrollment
University of Notre Dame

574-631-7505

CONFIDENTIAL
ND_0196411