# EXHIBIT 26

**Office of Undergraduate Admissions**
*Special Interest Codes*

| UNIVERSITY SPECIAL INTERESTS | DEPARTMENT / COLLEGE CODES |
|---|---|
| *Don Bishop or Bob Mundy will decide which code is appropriate.* | UA - ART DEPARTMENT |
| | UAA - ART DEPARTMENT - 'A' RATING |
| *UN - CSC NEPHEW/NIECE/SIBLING (INDIANA PROVINCE) | UAB - ART DEPARTMENT 'B' RATING |
| *UO - CSC NEPHEW/NIECE/SIBLING (OTHER PROVINCE) | UAC - ART DEPARTMENT 'C' RATING |
| *UP - PRESIDENT | UAD - ART DEPARTMENT 'D' RATING |
| *UQ - EXECUTIVE VICE-PRESIDENT | UAE - ART DEPARTMENT 'E' RATING |
| *UR - UNIVERSITY RELATIONS | UAZ - ART DEPARTMENT RATING SHEET SENT FOR REVIEW |
| *URA - UNIVERSITY RELATIONS - 'A' RATING | |
| *URAP - UNIVERSITY RELATIONS POTENTIAL 'A' RATING | UB - ARCHITECTURE DEPARTMENT |
| *URB - UNIVERSITY RELATIONS - 'B' RATING | UBA - ARCHITECTURE DEPARTMENT - "A" RATING |
| *URBM - UNIVERSITY RELATIONS 'B' MINUS RATING | UBB - ARCHITECTURE DEPARTMENT - 'B' RATING |
| *URC - UNIVERSITY RELATIONS - 'C' RATING | UBC - ARCHITECTURE DEPARTMENT - 'C' RATING |
| *URD - UNIVERSITY RELATIONS - 'D' RATING | UBD - ARCHITECTURE DEPARTMENT - 'D' RATING |
| *URX - UNIVERSITY RELATIONS - 'X' RATING | UBE - ARCHITECTURE DEPARTMENT - 'E' RATING |
| *UT - UNIVERSITY TRUSTEE | UBZ - ARCHITECTURE DEPT - RATING SHEET SENT FOR REVIEW |
| *UU - PROVOST | |
| | UM - MUSIC DEPARTMENT |
| OND - OTHER NOTRE DAME RELATION | UMA - MUSIC DEPARTMENT - 'A' RATING |
| UD - DEAN OF COLLEGE | UMB - MUSIC DEPARTMENT - 'B' RATING |
| UF - FACULTY/STAFF CHILD | UMC - MUSIC DEPARTMENT - 'C' RATING |
| UFA - FACULTY/STAFF CHILD - 'A' RATING | UMD - MUSIC DEPARTMENT - 'D' RATING |
| UFB - FACULTY/STAFF CHILD - 'B' RATING | UBE - MUSIC DEPARTMENT - 'E' RATING |
| UFS - FACULTY/STAFF LETTER SENT | UMZ - MUSIC DEPARTMENT - RATING SHEET SENT FOR REVIEW |
| UH - HOLY CROSS SEMINARIAN | |
| UI - UNIVERSITY INTEREST | ZGFN - GLYNN FAMILY HONORS PROGRAM NOMINEE |
| UJ - POSSIBLE JANUARY ENROLLEE | ZGFI - INVITED TO APPLY TO GLYNN FAMILY HONORS PROGRAM |
| UJR - JUNIOR ROTC | ZGFA - APPLIED TO GLYNN FAMILY HONORS PROGRAM |
| UL - ALUMNI SON OR DAUGHTER | ZGFS - SELECTED FOR GLYNN FAMILY HONORS PROGRAM |
| ULS - LEGACY LETTER SENT | ZGFC - CONFIRMED FOR THE GLYNN FAMILY HONORS PROGRAM |
| UPC - PRESIDENT/CHURCH INTEREST | ZGFW - WAIT LISTED FOR GLYNN FAMILY HONORS PROGRAM |
| UPO - PRESIDENT/OTHER INTEREST OF EXECUTIVE TEAM | |
| UPT - PRESIDENT/TRUSTEE CHILD OR GRANDCHILD | |
| US - SIBLING OF ND STUDENT OR GRADUATE | |
| UW - 3 YEAR ROTC WINNER | |
| UX - AIR FORCE ROTC | |
| UXS - ACCEPTED AIR FORCE ROTC SCHOLARSHIP | |
| UY - ARMY ROTC | |
| UYS - ACCEPTED ARMY ROTC SCHOLARSHIP | |
| UZ - NAVY ROTC | |
| UZS - ACCEPTED NAVY ROTC SCHOLARSHIP | |

**GENERAL SPECIAL INTEREST CODES**

| | |
|---|---|
| Z1E - OUTSTANDING APPLICATION ESSAY | AN - ABUSE & NEGLECT |
| ZC - CENTER FOR SOCIAL CONCERNS CANDIDATE | ANR - ABUSE & NEGELCT REVIEWED BY DIRECTOR |
| ZCAI - COMMON APPLICATION IMAGE ERROR | HFR - HIGH FLYER RECRUIT |
| ZD - AVP FOR ENROLLMENT | KA - ADMISSIONS ACTIVITY PROSPECT |
| ZE - CONFIRMATION DEADLINE EXTENSION | KC - CAMPUS MINISTRY |
| ZEA - MAY 9 - CONFIRMATION DEADLINE EXTENSION | KD - MARCHING BAND INTEREST |
| ZEB - MAY 16 - CONFIRMATION DEADLINE EXTENSION | KDS - MARCHING BAND - SOUSAPHONE |
| ZEC - MAY 23 - CONFIRMATION DEADLINE EXTENSION | KE - ENGINEERING COLLEGE PROSPECT |
| ZED - MAY 30 - CONFIRMATION DEADLINE EXTENSION | KEX - FOREIGN EXCHANGE |
| ZEE - JUNE 6 - CONFIRMATION DEADLINE EXTENSION | KF - FIRST GENERATION COLLEGE |
| ZEZ - JUNE 13 - CONFIRMATION DEADLINE EXTENSION | KH - HOME SCHOOLED STUDENT |
| ZF - ATTENTION FIRST YEAR | KJ - JOURNALISM/OBSERVER PROSPECT |
| ZH - DISABILITY REPORTED | KM - MULTICULTURAL PROSPECT |
| ZHA - ASPERGER'S SYNDROME | KMT - DEBATE/MOCK TRIAL |
| ZHC - MENTAL HEALTH CONDITION | KP - ADMIT PULLBACKS |
| ZHL - LEARNING DISABILITY/ADHD | KSG - PARTICIPATED IN H.S. STUDENT GOVERNMENT |
| ZHM - CHRONIC MEDICAL CONDITION | KT - HIGH SCHOOL DISPLACEMENT |
| ZHP - SIGNIFICANT PHYSICAL IMPAIRMENT | KTP - TRANSFER PACKET REQUEST |
| ZLD - LEGAL QUESTION - DID NOT ANSWER | KTR - SUMMER COURSE REQUIREMENT |
| ZLN - LEGAL QUESTION - ANSWER NO | KV - FTT INTEREST |
| ZLY - LEGAL QUESTION - ANSWER YES | KW - MUSIC INTEREST |
| ZLYA - LEGAL QUESTION - APPROVED | KWI - WORK: INTERNSHIP |
| ZP - POSTPONE MATRICULATION | KWJ - WORK: JOB |
| ZPA - POSTPONE MATRICULATION ADMIT | KX - RESEARCH |
| ZT - MULTIPLE APPLICANTS FROM FAMILY | KZ - NO/RJ CHECK |
| ZVS - PLAYED HS VARSITY SPORT | |
| ZW - ACTIVE WAITLIST CANDIDATE | **CBO & PARTNER ORGANIZATIONS** |
| ZWCD - WAIVED CONFIRMATION DEPOSIT | CBO1 - CENTER FOR LEADERSHIP AND DEVELOPMENT |
| ZWK - KEEP WAIT LIST CANDIDATE | CBO2 - RAISE.ME |
| ZWP - WAITLIST POSSIBLE | CBO3 - VETLINK/SERVICE TO SCHOOL |
| ZZ - STRONG COMMITTEE CASE | CBO4 - MATRICULATE |
| | CBO5 - SAY YES |
| **INTERNATIONAL** | KIPP - KIPP FOUNDATION |
| | ZCREY - CRISTO REY NETWORK |
| KN - INTERNATIONALS OUTSIDE OF THE U.S. | ZPF - POSSE FOUNDATION |
| KO - U.S. CITIZENS/PERMANENT RESIDENTS OUTSIDE OF THE U.S. | |
| KU - INTERNATIONLS IN THE U.S. | |
| ZI - INTERNATIONAL AID CONSIDERATION | |
| ZIA- INTERNATIONAL AID 'A' RATING | |
| ZIB - INTERNATIONAL AID 'B' RATING | |
| ZIC - INTERNATIONAL CHASE | |
| ZX - NON CITIZEN/NO VISA STATUS | |
| ZXC - UNDOCUMENTED STUDENT STATUS CONFIRMED | |

**VISITS AND SPECIAL PROGRAMS CODES**

| | |
|---|---|
| KGW - GATEWAY PROGRAM | ZPRA - PUERTO RICO VISITATION INVITE |
| KGWA - GATEWAY PROGRAM OFFERED | ZPRB - PUERTO RICO VISITATION WAIT LIST |
| KGWB - GATEWAY PROGRAM NOMINEE | ZPRC - PUERTO RICO VISITATION CONFIRMED |
| KGWC - GATEWAY PROGRAM CONFIRMED | ZPRCC - PUERTO RICO VISITATION CONFIRM CANCEL |
| KGWQ - GATEWAY PROGRAM CONSIDERED, NOT OFFERED | |
| KGWX - GATEWAY PROGRAM DECLINED OFFER | ZPRD - PUERTO RICO VISITATION DECLINED |
| KGWWA - GATEWAY PROGRAM FROM WAITLIST OFFERED | ZPRX - PUERTO RICO VISITATION NO RESPONSE |
| KGWWB - GATEWAY PROGRAM FROM WAITLIST NOMINEE | |
| KGWWC - GATEWAY PROGRAM FROM WAITLIST CONFIRMED | ZQBA - QUESTBRIDGE APPROVED BY FINANCIAL AID |
| KGWWQ - GATEWAY PROGRAM FROM WL CONSIDERED, NOT OFFERED | |
| KGWWX - GATEWAY PROGRAM FROM WL DECLINED OFFER | ZQBF - QUESTBRIDGE FINALIST |
| | ZQBFA - QUESTBRIDGE FINALIST A |
| KS - SUMMER BRIDGE PROGRAM (Athletic Recruits) | ZQBFB - QUESTBRIDGE FINALIST B |
| KSA - SUMMER BRIDGE PROGRAM INVITE | ZQBM - QUESTBRIDGE MATCH |
| KSC - SUMMER BRIDGE PROGRAM CONFIRMED | ZQBN - QUESTBRIDGE NON-FINALIST |
| KSCC - SUMMER BRIDGE PROGRAM CONFIRM CANCEL | |
| KSD - SUMMER BRIDGE PROGRAM DECLINED | ZU - SUMMER EXPERIENCE PARTICIPANT |
| | ZUA - SUMMER EXPERIENCE - ARCHITECTURE |
| NDLS - ND PRECOLLEGE LEADERSHIP SEMINAR | ZUE - SUMMER EXPERIENCE - ENGINEERING |
| NDSA - ND PRECOLLEGE STUDY ABROAD | |
| NDSI - ND PRECOLLEGE SEMINARY IMMERSION | |
| | |
| ZB - BALFOUR/HESBURGH SUMMER PROGRAM CANDIDATE | ZUB - UPWARD BOUND |
| ZBA - BALFOUR/HESBURGH APPLICANT | |
| ZBB - BALFOUR/HESBURGH WAITLIST | ZV - ND VISIONS PROGRAM |
| ZBC - BALFOUR/HESBURGH CONFIRMED | |
| ZBCC - BALFOUR/HESBURGH CONFIRM CANCEL | ZYA - REILLY WEEKEND INVITE |
| ZBD - BALFOUR/HESBURGH DECLINED | ZYB - REILLY WEEKEND WAIT LIST |
| ZBX - BALFOUR/HESBURGH NO RESPONSE | ZYC - REILLY WEEKEND CONFIRMED |
| | ZYCC - REILLY WEEKEND CONFIRM CANCEL |
| ZHS - HESBURGH INTERNATIONAL SCHOLARS PROSPECT | ZYD - REILLY WEEKEND DECLINED |
| ZHSA - HESBURGH INTERNATIONAL SCHOLAR INVITE | ZYR - REILLY 1 REVIEWED |
| ZHSB - HESBURGH INTERNATIONAL SCHOLARS WAIT LIST | ZY2A - REILLY WEEKEND 2 INVITE |
| ZHSC - HESBURGH INTERNATIONAL SCHOLARS CONFIRMED | ZY2B - REILLY WEEKEND 2 WAIT LIST |
| ZHSCC - HESBURGH INT'L SCHOLARS CONFIRM CANCEL | ZY2C - REILLY WEEKEND 2 CONFIRMED |
| ZHSD - HESBURGH INTERNATIONAL SCHOLARS DECLINED | ZY2CC - REILLY WEEKEND 2 CONFIRM CANCEL |
| ZHSX - HESBURGH INTERNATIONAL SCHOLARS NO RESPONSE | ZY2D - REILLY WEEKEND 2 DECLINED |
| | ZY2R - REILLY 2 REVIEWED |
| ZM - SPRING VISITATION | |
| ZMA - SPRING VISITATION INVITE GROUP A | |
| ZMB - SPRING VISITATION INVITE GROUP B | |
| ZMBA - SPRING VISITATION GROUP B TO A | |
| ZMBC - SPRING VISITATION GROUP B CONFIRMED | |
| ZMC - SPRING VISITATION CONFIRMED | |
| ZMC2 - SPRING VISITATION 2 CONFIRMED | |
| ZMC3 - SPRING VISITATION 3 CONFIRMED | |
| ZMCC - SPRING VISITATION CONFIRM CANCEL | |
| ZMD - SPRING VISITATION DECLINED | |
| ZMI - SPRING VISITATION SENT | |
| ZMX - SPRING VISITATION NO RESPONSE | |

## SCHOLARSHIP CODES

*codes in italics have been retired, however you may see them on previous year decision sheets

| | |
|---|---|
| AB - AnBRYCE SCHOLAR INITIATIVE | MBRA - BRENNAN SCHOLARSHIP ACCEPTED |
| | MBRN - BRENNAN SCHOLARSHIP NOMINEE |
| *HYE - HESBURGH-YUSKO EXTERNAL NOMINEE* | MBRO - BRENNAN SCHOLARSHIP OFFERED |
| *HYEA - HESBURGH-YUSKO ACCEPTED SCHOLARSHIP* | |
| *HYEF - HESBURGH-YUSKO FINALIST* | MEVA - EVANS SCHOLARSHIP ACCEPTED |
| *HYEO - HESBURGH-YUSKO OFFERED SCHOLARSHIP* | MEVN - EVANS SCHOLARSHIP NOMINEE |
| *HYES - HESBURGH-YUSKO SEMI FINALIST* | MEVO - EVANS SCHOLARSHIP OFFERED |
| | |
| *HYI - HESBURGH-YUSKO INTERNAL NOMINEE* | *ZJ - JOYCE SCHOLARSHIP CANDIDATE* |
| *HYIA - HESBURGH-YUSKO ACCEPTED SCHOLARSHIP* | *MJYA - JOYCE SCHOLARSHIP ACCEPTED* |
| *HYIF - HESBURGH-YUSKO FINALIST* | *MJYN - JOYCE SCHOLARSHIP NOMINEE* |
| *HYIO - HESBURGH-YUSKO OFFERED SCHOLARSHIP* | *MJYO - JOYCE SCHOLARSHIP OFFERED* |
| *HYIS - HESBURGH-YUSKO SEMI-FINALIST* | |
| | MMAA - MALPASS SCHOLARSHIP ACCEPTED |
| KCN - CHINESE SCHOLARSHIP | MMAN - MALPASS SCHOLARSHIP NOMINEE |
| KCNA - CHINESE SCHOLARSHIP - ACCEPTED | MMAO - MALPASS SCHOLARSHIP OFFERED |
| KCNF - CHINESE SCHOLARSHIP - FINALIST | |
| KCNO - CHINESE SCHOLARSHIP - OFFERED | MNDA - NOTRE DAME SCHOLARSHIP ACCEPTED |
| KCNS - CHINESE SCHOLARSHIP - SEMI FINALIST | MNDN - NOTRE DAME SCHOLARSHIP NOMINEE |
| | MNDO - NOTRE DAME SCHOLARSHIP OFFERED |
| | |
| | *MSCA - SCOTT SCHOLARSHIP ACCEPTED* |
| | *MSCN - SCOTT SCHOLARSHIP NOMINEE* |
| | *MSCO - SCOTT SCHOLARSHIP OFFERED* |
| | |
| | *MSHA - SHERIN SCHOLARSHIP ACCEPTED* |
| | *MSHN - SHERIN SCHOLARSHIP NOMINEE* |
| | *MSHO - SHERIN SCHOLARSHIP OFFERED* |
| | |
| | *MSTA - STAMPS SCHOLARSHIP ACCEPTED* |
| | *MSTN - STAMPS SCHOLARSHIP NOMINEE* |
| | *MSTO - STAMPS SCHOLARSHIP OFFERED* |
| | |
| | *MTRA - TRUSTEY SCHOLARSHIP ACCEPTED* |
| | *MTRN - TRUSTEY SCHOLARSHIP NOMINEE* |
| | *MTRO - TRUSTEY SCHOLARSHIP OFFERED* |

| FEMALE ATHLETES | MALE ATHLETES |
|---|---|
| **XA - SOFTBALL** | **YA - BASEBALL** |
| XAA - SOFTBALL - 'A' RATING | YAA - BASEBALL - 'A' RATING |
| XAB - SOFTBALL - 'B' RATING | YAB - BASEBALL - 'B' RATING |
| XAC - SOFTBALL - 'C' RATING | YAC - BASEBALL - 'C' RATING |
| XAD - SOFTBALL - 'D' RATING | YAD - BASEBALL - 'D' RATING |
| *XAX - SOFTBALL - NOT APPROVED FOR ADMISSION* | *YAX - BASEBALL - NOT APPROVED FOR ADMISSION* |
| *XAZ - SOFTBALL - NO LONGER A RECRUIT* | *YAZ - BASEBALL - NO LONGER A RECRUIT* |
| **XB - BASKETBALL** | **YB - BASKETBALL** |
| XBA - BASKETBALL - 'A' RATING | YBA - BASKETBALL - 'A' RATING |
| XBB - BASKETBALL - 'B' RATING | YBB - BASKETBALL - 'B' RATING |
| XBC - BASKETBALL - 'C' RATING | YBC - BASKETBALL - 'C' RATING |
| XBD - BASKETBALL - 'D' RATING | YBD - BASKETBALL - 'D' RATING |
| *XBX - BASKETBALL - NOT APPROVED FOR ADMISSION* | *YBX - BASKETBALL - NOT APPROVED FOR ADMISSION* |
| *XBZ - BASKETBALL - NO LONGER A RECRUIT* | *YBZ - BASKETBALL - NO LONGER A RECRUIT* |
| **XC - CROSS COUNTRY/TRACK** | **YC - CROSS COUNTRY/TRACK** |
| XCA - CROSS COUNTRY/TRACK - 'A' RATING | YCA - CROSS COUNTRY/TRACK - 'A' RATING |
| XCB - CROSS COUNTRY/TRACK - 'B' RATING | YCB - CROSS COUNTRY/TRACK - 'B' RATING |
| XCC - CROSS COUNTRY/TRACK - 'C' RATING | YCC - CROSS COUNTRY/TRACK - 'C' RATING |
| XCD - CROSS COUNTRY/TRACK - 'D' RATING | YCD - CROSS COUNTRY/TRACK - 'D' RATING |
| *XCX - CC/TRACK - NOT APPROVED FOR ADMISSION* | *YCX - CC/TRACK - NOT APPROVED FOR ADMISSION* |
| *XCZ - CC/TRACK - NO LONGER A RECRUIT* | *YCZ - CC/TRACK - NO LONGER A RECRUIT* |
| **XF - FENCING** | **YD - FOOTBALL** |
| XFA - FENCING - 'A' RATING | YDA - FOOTBALL - 'A' RATING |
| XFB - FENCING - 'B' RATING | YDB - FOOTBALL - 'B' RATING |
| XFC - FENCING - 'C' RATING | YDC - FOOTBALL - 'C' RATING |
| XFD - FENCING - 'D' RATING | YDD - FOOTBALL - 'D' RATING |
| *XFX - FENCING - NOT APPROVED FOR ADMISSION* | *YDX - FOOTBALL - NOT APPROVED FOR ADMISSION* |
| *XFZ - FENCING - NO LONGER A RECRUIT* | *YDZ - FOOTBALL - NO LONGER A RECRUIT* |
| **XG - GOLF** | **YF - FENCING** |
| XGA - GOLF - 'A' RATING | YFA - FENCING - 'A' RATING |
| XGB - GOLF - 'B' RATING | YFB - FENCING - 'B' RATING |
| XGC - GOLF - 'C' RATING | YFC - FENCING - 'C' RATING |
| XGD - GOLF - 'D' RATING | YFD - FENCING - 'D' RATING |
| *XGX - GOLF - NOT APPROVED FOR ADMISSION* | *YFX - FENCING - NOT APPROVED FOR ADMISSION* |
| *XGZ - GOLF - NO LONGER A RECRUIT* | *YFZ - FENCING - NO LONGER A RECRUIT* |
| **XH - FIELD HOCKEY** | **YG - GOLF** |
| XHA - FIELD HOCKEY - 'A' RATING | YGA - GOLF - 'A' RATING |
| XHB - FIELD HOCKEY - 'B' RATING | YGB - GOLF - 'B' RATING |
| XHC - FIELD HOCKEY - 'C' RATING | YGC - GOLF - 'C' RATING |
| XHD - FIELD HOCKEY - 'D' RATING | YGD - GOLF - 'D' RATING |
| *XHX - FIELD HOCKEY - NOT APPROVED FOR ADMISSION* | *YGX - GOLF - NOT APPROVED FOR ADMISSION* |
| *XHZ - FIELD HOCKEY - NO LONGER A RECRUIT* | *YGZ - GOLF - NO LONGER A RECRUIT* |

| | |
|---|---|
| **XK - SOCCER** | **YH - HOCKEY** |
| XKA - SOCCER - 'A' RATING | YHA - HOCKEY - 'A' RATING |
| XKB - SOCCER - 'B' RATING | YHB - HOCKEY - 'B' RATING |
| XKC - SOCCER - 'C' RATING | YHC - HOCKEY - 'C' RATING |
| XKD - SOCCER - 'D' RATING | YHD - HOCKEY - 'D' RATING |
| *XKX - SOCCER - NOT APPROVED FOR ADMISSION* | *YHX - HOCKEY - NOT APPROVED FOR ADMISSION* |
| *XKZ - SOCCER - NO LONGER A RECRUIT* | *YHZ - HOCKEY - NO LONGER A RECRUIT* |
| **XL - LACROSSE** | **YK - SOCCER** |
| XLA - LACROSSE - 'A' RATING | YKA - SOCCER - 'A' RATING |
| XLB - LACROSSE - 'B' RATING | YKB - SOCCER - 'B' RATING |
| XLC - LACROSSE - 'C' RATING | YKC - SOCCER - 'C' RATING |
| XLD - LACROSSE - 'D' RATING | YKD - SOCCER - 'D' RATING |
| *XLX - LACROSSE - NOT APPROVED FOR ADMISSION* | *YKX - SOCCER - NOT APPROVED FOR ADMISSION* |
| *XLZ - LACROSSE - NO LONGER A RECRUIT* | *YKZ - SOCCER - NO LONGER A RECRUIT* |
| **XP - WATER POLO** | **YL - LACROSSE** |
| XPA - WATER POLO - 'A' RATING | YLA - LACROSSE - 'A' RATING |
| XPB - WATER POLO - 'B' RATING | YLB - LACROSSE - 'B' RATIN |
| XPC - WATER POLO - 'C' RATING | YLC - LACROSSE - 'C' RATING |
| XPD - WATER POLO - 'D' RATING | YLD - LACROSSE - 'D' RATING |
| *XPX - WATER POLO - NOT APPROVED FOR ADMISSION* | *YLX - LACROSSE - NOT APPROVED FOR ADMISSION* |
| *XPZ - WATER POLO - NO LONGER A RECRUIT* | *YLZ - LACROSSE - NO LONGER A RECRUIT* |
| **XR - ROWING (CREW)** | **YP - WATER POLO** |
| XRA - ROWING (CREW) - 'A' RATING | YPA - WATER POLO - 'A' RATING |
| XRB - ROWING (CREW) - 'B' RATING | YPB - WATER POLO - 'B' RATING |
| XRC - ROWING (CREW) - 'C' RATING | YPC - WATER POLO - 'C' RATING |
| XRD - ROWING (CREW) - 'D' RATING | YPD - WATER POLO - 'D' RATING |
| *XRX - ROWING - NOT APPROVED FOR ADMISSION* | *YPX - WATER POLO - NOT APPROVED FOR ADMISSION* |
| *XRZ - ROWING - NO LONGER A RECRUIT* | *YPZ - WATER POLO - NO LONGER A RECRUIT* |
| **XS - SWIMMING** | **YR - ROWING (CREW)** |
| XSA - SWIMMING/DIVING - 'A' RATING | YRA - ROWING (CREW) - 'A' RATING |
| XSB - SWIMMING/DIVING - 'B' RATING | YRB - ROWING (CREW) - 'B' RATING |
| XSC - SWIMMING/DIVING - 'C' RATING | YRC - ROWING (CREW) - 'C' RATING |
| XSD - SWIMMING/DIVING - 'D' RATING | YRD - ROWING (CREW) - 'D' RATING |
| *XSX - SWIMMING/DIVING NOT APPROVED FOR ADMISSION* | *YRX - ROWING - NOT APPROVED FOR ADMISSION* |
| *XSZ - SWIMMING/DIVING - NO LONGER A RECRUIT* | *YRZ - ROWING - NO LONGER A RECRUIT* |
| **XT - TENNIS** | **YS - SWIMMING** |
| XTA - TENNIS - 'A' RATING | YSA - SWIMMING/DIVING - 'A' RATING |
| XTB - TENNIS - 'B' RATING | YSB - SWIMMING/DIVING - 'B' RATING |
| XTC - TENNIS - 'C' RATING | YSC - SWIMMING/DIVING - 'C' RATING |
| XTD - TENNIS - 'D' RATING | YSD - SWIMMING/DIVING - 'D' RATING |
| *XTX - TENNIS - NOT APPROVED FOR ADMISSION* | *YSX - SWIMMING/DIVING NOT APPROVED FOR ADMISSION* |
| *XTZ - TENNIS - NO LONGER A RECRUIT* | *YSZ - SWIMMING/DIVING - NO LONGER A RECRUIT* |

| **XV - VOLLEYBALL** | **YT - TENNIS** |
|---|---|
| XVA - VOLLEYBALL - 'A' RATING | YTA - TENNIS - 'A' RATING |
| XVB - VOLLEYBALL - 'B' RATING | YTB - TENNIS - 'B' RATING |
| XVC - VOLLEYBALL - 'C' RATING | YTC - TENNIS - 'C' RATING |
| XVD - VOLLEYBALL - 'D' RATING | YTD - TENNIS - 'D' RATING |
| *XVX - VOLLEYBALL - NOT APPROVED FOR ADMISSION* | *YTX - TENNIS - NOT APPROVED FOR ADMISSION* |
| *XVZ - VOLLEYBALL - NO LONGER A RECRUIT* | *YTZ - TENNIS - NO LONGER A RECRUIT* |
| | **YV - VOLLEYBALL** |
| XX - RUGBY | YVA - VOLLEYBALL - 'A' RATING |
| XY - GYMNASTICS | YVB - VOLLEYBALL - 'B' RATING |
| XZ - SAILING | YVC - VOLLEYBALL - 'C' RATING |
| | YVD - VOLLEYBALL - 'D' RATING |
| | *YVX - VOLLEYBALL - NOT APPROVED FOR ADMISSION* |
| | *YVZ - VOLLEYBALL - NO LONGER A RECRUIT* |
| | |
| | YX - RUGBY |
| | YY - GYMNASTICS |
| | YZ - SAILING |

10/5/2016