# EXHIBIT 28

Sorted by Decision; LOI; Last name

Addendum II
Undergraduate Enrollment, Fall 2018

Applicants who are yet to be reviewed /
Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000478308801 | | White, Miles | Trustee | ED | Marilyn received a call from Trustee Miles White, who recommends candidate ▮. The recommendation comes from one of Mr. White's business associates ▮. The candidate is the daughter of one of ▮. | | OAP | Admit ✓ | | | | B3 | MG Cap: $1.45M. Father, ▮ is a ▮ advises on financing for corporate transactions of all types, including domestic and cross-border mergers and acquisitions, dispositions, spinoffs, joint ventures, restructurings, refinancings and recapitalizations. Mother, ▮ is the director ▮. NU Giving: $0. | 11/30/2017 | | | WCAS | | |
| UID_0000934141268 | | Douglas, Chuck | Trustee | ED | Trustee Charles Douglas wrote to President Schapiro to recommend the candidate, noting that while he does not know her, his fellow Sidley LLC partner, ▮ has met with her multiple times and was impressed. The candidate is the daughter of ▮. | | OP | Defer | | | | C | MG Cap: $270K. Father, ▮ is a ▮ of ▮. Mother, ▮ is a self-employed consultant. NU Giving: $0. | 11/29/2017 | | | COMM | part studio | 2 |
| UID_0000719029292 | | Kaufman, Melissa | Staff, Director of the Garage | ED | Melissa Kaufman, director of The Garage, recommends this candidate. Father, ▮, is of interest to ▮. | | ARD | Defer | | | | C | MG Cap: $100K. Father, ▮ is the ▮ a ▮ (sales $550 million). ▮ has 20 years of experience in the wireless communications and telecom industry. Mother, ▮, is a graduate of Ethiraj College. NU Giving: $0. | 11/30/2017 | | | WCAS | | 3 |
| UID_0000786383373 | | | Acquaintance of President Schapiro | ED | ▮ wrote to President Schapiro to strongly recommend this candidate. ▮ is formerly ▮. The candidate's mother ▮ for the same law firm as ▮. | | OP | Defer | | | | C | MG Capacity: $185K. Mother, ▮ is the CFO at the ▮. She also serves as ▮ which made grants of more than $1.1 million in 2016 NU Giving: $0. She is divorced from ▮ father, ▮, a detective in ▮. Giving Cap: $10K. NU Giving: $0. | 11/29/2017 | | | WCAS | | 3 Hisp. |
| UID_0000937025371 | | Sachs, David | Trustee | ED | Trustee David Sachs wrote to Chris Watson to recommend the candidate, whose siblings ▮. David has known the candidate for most of her life and strongly recommends her, citing her thoughtfulness and preparedness for computer science at NU. | | UGA; OAP | Defer Admit | | | | B3 | $1M to $4M. Father, ▮ is best known as the ▮ Since that group's heyday, he has formed other groups: ▮ He has also composed music for film television, and video game soundtracks. ▮ Mother is ▮ NU Giving: $0. | 11/30/2017 | | | MEAS | | 2 |

11/30/17, 2:00PM

*Asterisks indicate when an LOI was bumped up because of volunteer service.

1

NWE_HC_REV_00002977

Addendum II
Undergraduate Enrollment, Fall 2018

Sorted by Decision; LOI; Last name

Applicants who are yet to be reviewed /
Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000689567607 | | Reinsdorf, Michael | Trustee | ED | The candidate attends school with Trustee Michael Reinsdorf's daughter, Rachel. He called Marilyn to let her know that the candidate had test anxiety and did scored ▓ on her practice ACTs. | | OAP | Deny | | | | C | Gift Cap: $80K. Father, ▓, is a partner at ▓. In 2009, he filmed a documentary, ▓ a documentary about the ▓ from ▓ during the last ▓ days of ▓ in ▓ 2009. ▓, graduated from the University of Illinois at Chicago. NU Giving: $0. | 11/30/2017 | | | COMM std's | | 5 |
| UID_0000200630247 | | Jain, Dipak | Former KSM Dean | ED | Former KSM Dean wrote to President Schapiro to recommend the candidate. | | OP; OAP | Admit | | | | C | MG Cap: $400K. Father, ▓, is the CEO of ▓ that provides data processing and preparation services, and specializes in computer graphics. Mother, ▓, is the senior director of ▓. NU Giving: $0. | 11/28/2017 | | | MEAS | | |
| UID_000021348959 | | Querrey, Kimberly | Trustee | ED | Kimberly Querrey emailed Marilyn and President Schapiro regarding this candidate, with whom she recently spent time. Kimberly included that the candidate is interested in theater and that his grandfather is ▓, a successful ▓ executive and former owner ▓ | | OP; OAP | Admit | | | | C | ▓, MG Cap: $600K. Father, ▓, is the chairman of ▓. He appears to be separated or divorced from ▓'s mother, Ms. ▓ is a director of the ▓ Foundation (2016 assets: $3 million; grants $185,000). MG Cap: $300K. Uncle, ▓, was the ▓ now owns one of ▓ largest car dealerships. ▓ has an estimated net worth of $2.5 billion. NU Giving: $0. | 11/28/2017 | | | COMM (Theatre) | | |
| UID_0000785303578 | | Sachs, David | Trustee | ED | Trustee David Sachs wrote to Chris Watson to recommend the candidate, with whom he spoke to regarding his leadership role at ▓ and founding The ▓ Club there. | | UGA; OAP | defer | | | | C | Gift Cap: $75K to $100K. Father, ▓, is the president and owner of the ▓ (sales $9.4 million; 33 employees). The firm was established by ▓'s grandfather in 1931. Mother is ▓. NU Giving: $0. | 11/30/2017 | | | WCAS | | 3 std body pres |
| UID_0000495216400 | | | Non-alum; NU Parent & Grandparent | ED | Non-alum parent and grandparent ▓ wrote to Bob McQuinn to recommend the candidate. His connection to the candidate is unknown. | | ARD | Admit | | | | C | MG Cap: $150K. Father, ▓, is the CEO of ▓ LLC., a media company. Previously he was the ▓ officer at ▓. Mother, ▓, is a graduate of ▓ NU Giving: $0 | 11/28/2017 | | | WCAS | | |
| UID_0000366197735 | | | | ED | ▓ wrote to President Schapiro to strongly recommend the candidate, who ▓ has known since her birth, having ▓ | | OP | defer | | | | C | Giving Cap: $25K. Parents, ▓ and ▓, are property managers at ▓. They manage the ▓ NU Giving: $0. | 11/29/2017 | | | WCAS | | 3 |

*Asterisks indicate when an LOI was bumped up because of volunteer service.

NWE_HC_REV_00002977

Case: 1:22-cv-00125 Document #: 753-28 Filed: 12/16/24 Page 4 of 4 PageID #:16848

Sorted by Decision; LOI; Last name

Addendum II
Undergraduate Enrollment, Fall 2018

Applicants who are yet to be reviewed / Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000750241549 | | | Alum | ED | ▇▇▇ reached out to the President's Office to request a meeting with President Schapiro and her son, the candidate; however, President Schapiro was not available on the day requested. The candidate's mother described her son visiting campus often. | | OP | Deny | | | | C | UOR: $10K to $24K. Giving Cap: $90K. Mother, ▇▇▇, was president of ▇▇▇ circa 2010. Father, ▇▇▇, is a production designer. His film credits include ▇▇▇ and others. His television credits include ▇▇▇. NU Giving: $375. NU giving of Grandfather, ▇▇▇ '56, is $2,795. | 11/28/2017 | | | WCAS | | |
| UID_0000141065719 | | ARD- Pabersz | ARD | ED | The candidate's grandfather is ▇▇▇ '67. She is of interest to ARD- Pabersz. | | ARD | Defer ED to RD | | | | B1 | ▇▇▇, Grandfather, ▇▇▇ '67 JD, is general counsel at ▇▇▇ UOR: $5M to $9.9 M. NU Giving: $193K. Father, ▇▇▇ is the ▇▇▇ marketing research firm and a division of ▇▇▇ Global. Mother, ▇▇▇ appears to be an exercise instructor. Giving Cap: $80K. NU Giving: $0. | 11/28/2017 | | | WCAS | | |
| UID_0000024623650 | | Bluhm, Neil | Trustee | ED | Trustee Neil Bluhm (Law '62) called Bob McQuinn on 11/29/17 to recommend the child of ▇▇▇ who is on the ▇▇▇ with Neil and lives in ▇▇▇ | | ARD; OAP | Admit | | | | B3 | ▇▇▇, MG Cap: $750K to $1.25 million. Father, ▇▇▇, is in institutional sales, endowments and foundations group at ▇▇▇. Mother, ▇▇▇, is the associate director and chair of education at ▇▇▇ NU Giving: $0. Grandfather is ▇▇▇ '65 NU Giving: $0. | 11/30/2017 | | | Medill | | 2 |
| UID_0000194875402 | | White, Bill | Trustee | ED | Trustee Bill White recommends candidate ▇▇▇ We do not know his connection to the candidate. | | OAP | Admit | | | | C | ▇▇▇, MG Cap: $250K to $500K. Father, ▇▇▇, is the SVP at ▇▇▇ Mother ▇▇▇ is the president of ▇▇▇ (recent sales $2.5 million, 27 employees). The company was owned by her late father, ▇▇▇ NU Giving: $0. | 11/30/2017 | | | WCAS | | |



UID_0000537501782

Admit

11/30/17, 2:00PM

*Asterisks indicate when an LOI was bumped up because of volunteer service.

3

NWE_HC_REV_00002977