# EXHIBIT 29

**WE WILL.**
THE CAMPAIGN FOR NORTHWESTERN

Chris's Copy.
IN THE SAME ORDER as yours

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

*Handwritten note (top right):* With Decisions - including the Original list + Addendum 1 that you & ARD & MoZ have Reviewed

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000015119414 | | | Chair of the Board of Trustees | ED | wrote to Marilyn regarding his ▇▇▇ OAP arranged an itinerary for his visit on Oct 24. | | OAP; OP | Admit | | | | A | ▇▇ MG Capacity: $70K. Father, ▇▇ is an attorney and the ▇▇ Mother, ▇▇ graduated from Denison University. NU Giving: $0. Lanny Martin UOR: $25M-$49.9M; NU Giving: $33.1M |
| UID_0000918406754 | | ▇▇, ARD - Allen, Spritz, Sheehan | Alum | ED | ▇▇, father, ▇▇, brother, current student at Kellogg. | | ARD | Admit | | | | B1 | ▇▇ UOR: $2M to $4M. MG Cap: $2.75M. Father, ▇▇, is the ▇▇ He joined ▇▇ in 2002 as ▇▇ started his career at ▇▇ Wealth-X estimates his net worth as at least $55 million. Mother is ▇▇ NU Giving: $1.175M. |
| UID_0000538344188 | | Mike Shannon | Trustee | ED | Trustee Mike Shannon wrote to Marilyn to recommend ▇▇ for ED. ▇▇ is the daughter of a close friend and fellow University of Wisconsin Foundation board member. | | OAP | Admit | | | | B1 | ▇▇ MG Cap: $11 million. Father, ▇▇ Lett, is the co-owner of ▇▇. He runs his ▇▇ out of ▇▇ Previously, Mr. ▇▇ co-founded ▇▇ in 1988 and served as CIO. He retired from ▇▇ Wealth-X estimates he has a net worth of $220 million. Mother is ▇▇ NU Giving: $0. |
| UID_0000214963547 | | Segal, Gordon; | Trustee; Trustee | ED | Trustee Gordon Segal wrote a recommendation to Undergraduate Admissions and copied President Schapiro. The candidate is grandson of Trustee ▇▇. Both of the candidate's parents are alums. Candidate has a brother, ▇▇ who is applying regular decision. | | OP; OAP | Admit | | | | B1* | ▇▇ UOR: $50K-$99K. MG Capacity: $100K-$249K. Father ▇▇ '96 MBA, is a managing director ▇▇ venture capital ▇▇ Mother, ▇▇ '96 MBA, is or was a consultant at ▇▇. NU Lifetime Giving: $36,525 Grandfather, ▇▇ Trustee), is the retired chairman and CEO of ▇▇ UOR: $50K-$99K. MG Capacity: $2M-$4.9M. NU Lifetime Giving: $377,191 |

*Handwritten note (bottom left):* (On your Original list, he appears at the end of B1's)

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

1

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000679392250 | | Louis, Jeff | Trustee | ED | Trustee Jeff Louis wrote to President Schapiro to recommend this candidate, a family friend. The candidate's step-sister, ▮, is a current junior at NU (WCAS). | ▮ | OAP; OP | Admit | ▮ | ▮ | ▮ | B2 | ▮, MG Capacity: $250K-$499K. NU Lifetime Giving: $0. Father, ▮, is senior managing partner and co-founder at ▮ nd SVP of ▮ He is divorced from the candidate's mother. Mother is ▮. Stepfather, ▮ 19P, is EVP and director of ▮ management at ▮ MG Capacity: $2M-$4.9M. NU Lifetime Giving: $0. |
| UID_0000181524012 | | Michael Sacks; ARD - Erin Varga | Trustee; ARD | ED | Micael Sacks send President Schapiro his recommendation of this candidate on 11/15/17. Father ▮) is supportive of KSM and other NU programs. ▮ attended Medill's Cherub program this past summer. ▮s sister is a senior in WCAS, ▮ | ▮ | ARD | Admit | ▮ | ▮ | ▮ | B2 | ▮ UOR: $2.5M-$4.9M; Lifetime Giving: $151,280 |
| UID_0000518754079 | | ▮ | Friend of NU, ▮ | ED | ▮ and ▮ communicated to President Schapiro regarding this candidate, who is grandson and son, respectively. The candidate's cousin, ▮, is ▮ | ▮ | OP | Admit | ▮ | ▮ | ▮ | B2 | ▮ MG Cap: $1.25M. Father, ▮, is a senior program director at ▮ Mother, ▮, is the daughter of ▮, the television producer of ▮ Wealth-X estimates that ▮ has a net worth of at least $760 million. When ▮ divorced ▮s mother, ▮ settlement estimated to be between ▮ million and ▮ million. ▮ died in October 1996. Both ▮ and ▮ are directors of ▮ ▮ presumably funded from the estate of ▮, is listed as the foundation's sole donor. NU Giving: $0. ▮ UOR: $2M-$4.9M; NU Lifetime Giving: 0 |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

2

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000975509985 | | ARD - Lively | Alum | ED | This candidate is of interest to alumnus ▮▮ nd to cousin ▮▮ | | ARD | Admit | | | | B2 | ▮▮, MG Capacity: $330K. Father, ▮▮ is the ▮▮ at ▮▮. Mother, ▮▮ appears to be a writer and the author of the ▮▮. NU Lifetime Giving: $0. Cousin, ▮▮, is the founder of ▮▮. She also co-founded ▮▮. She is married to ▮▮, who is vice chairman ▮▮, a consumer goods design and development manufacturer. UOR: $1M-$1.9M. MG Capacity: $1M-$1.9M. NU Lifetime Giving: $681,223 |
| UID_0000953910061 | | Levy, Larry; ARD - McCartney | Trustee; ARD | ED | Trustee Larry Levy recommends ▮▮, son of ▮▮e and ▮▮. ▮▮ is a double alumna and has been a member of the ▮▮ board since 2016. | | OP; OAP; ARD | Admit | | | | B2 | ▮▮, UOR: $500K-$999K. MG Capacity: $2M-$4.9M. Mother, ▮▮, is a co-founder and the chief ▮▮. Father, ▮▮, is also a co-founder of ▮▮ and is the company's chairman. NU Lifetime Giving: $63,230 |
| UID_0000485484070 | | ▮▮, ARD - Keene | Alum & Parent; ARD | ED | ▮▮ wrote to President Schapiro to recommend his daughter for admission to McCormick. His other daughter ▮▮ is a current student. ▮▮ & Mother - ▮▮ recently joined the Parents Leadership Council. | | OP; ARD | Admit | | | | B3 | ▮▮ UOR: $500K to $999K. Father, ▮▮, is a managing director at ▮▮. He is a member of the ▮▮ Network. Mother, ▮▮, graduated from Williams College. NU Giving: $19,425 |
| UID_0000173157217 | | Reinsdorf, Michael | Trustee | ED | Trustee Michael Reinsdorf spoke to Marilyn about this candidate, whom he coached in Little League, and recommends for admission. (Low) | | OAP; OP | Admit | | | | B3 | ▮▮ MG Cap: $550K to $1 million. Father, ▮▮, is the president of ▮▮ the country's leading manufacturer ▮▮ (150 employees, ▮▮. The company is owned by the ▮▮. Mother is ▮▮. NU: $0 |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

3

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000250140374 | | ARD - Vic Maurer | ARD | ED | Parents ▇ and ▇ have been members of the NULC ▇ Regional Board since 2007. In addition, ▇ serve on the ▇ Regional We Will Campaign Committee ▇. ▇ co-chaired the NULC ▇ Regional Board from September 2014 to December 2016. Father, ▇, is currently a member of the ▇ Regional We Will Campaign Major Gifts Committee. ▇ and ▇ serve on their reunion committee in reunion years, and are members of the Parent Leadership Circle (PLC) at the ▇. | | ARD | Admit | | | | B3 | ▇ $250K-$499, Lifetime Giving: $197,661 |
| UID_0000253394832 | | Ubben, Jeff; ARD - Hagerty | Trustee; ARD | ED | Trustee Jeff Ubben wrote to Marilyn to recommend this candidate for admission. Her father is famous actor ▇ | | OAP; ARD | Admit | | | | B3 | ▇, MG Cap: $1.4 million. Father, ▇, is an actor who has worked in ▇ and film ▇ He has served on the board of ▇ Foundation. Mother is ▇, NU Giving: $0 |
| UID_0000079522144 | | ARD - David Nacol | Alum, KSM Trustee; ARD | ED | ▇ is the daughter of alumnus ▇ (C '79). ▇ is the former spouse of ▇ ▇ is the sister of university trustee ▇ | | ARD; OP; OAP | Admit | | | | B3 | ▇ UOR $100K-$249K, Lifetime giving: $120. ▇ UOR: $500K-999K, NU Giving: $584K |
| UID_0000284408434 | | ▇ & ▇; ARD-Robinson; ARD - McQuinn | Acquaintance of President Schapiro | ED | The candidate is grandson of ▇ and ▇ who know President Schapiro from USC. Mother, ▇ is a recently re-engaged Kellogg alumna. | | OP; ARD | Admit | | | | B3 | ▇ UOR: $100K-$249K. Mother, ▇, is a director for the ▇ and ▇ Foundation (named after her parents). Father, ▇, is a fixed income portfolio manager at ▇. Grandparents, ▇, are the president and vice president, respectively, of the ▇ Foundation. MG Capacity: $3.3M. NU Lifetime Giving: $64,500 |
| UID_0000032727230 | | ARD - Brendan Hagerty | ARD | ED | ▇ dad is ▇; high capacity; strong relationship with Trustee Chris Combe, currently engaged through Feinberg as well as ▇ ARD office; attended President's dinner after 2016 ▇ campaign event | | ARD | Admit | | | | B3 | ▇, UOR: $1M-$1.5M, Lifetime Giving: $6,000 |

Highlighted Yellow = From Addendum I

12/1/2017, 10:00AM

*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

4

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000010441376 | | Gray, Doug; ARD - Outwater | Alum/Donor; Trustee; ARD | ED | ▇ wrote to Presdient Schapiro to highly recommend this application for admission and updated President Schapiro on 11/15/17 to say Lisa Corrin interviewed the candidate. Trustee Doug Gray wrote Marilyn to raise this application to our attention ▇ poke with Mr. Gray about what a good candidate she would be. | ▇ | OP; ARD | Admit | ▇ | | | B3 | ▇, MG Cap: $1 million. Father, ▇ is co-president and a founding partner of ▇, a private equity firm. The firm and its partner have invested and committed to invest in excess of ▇ in its portfolio companies. ▇ has ▇ years of private equity investment experience, working at ▇ previously. Mother, ▇, earned a law degree from ▇. She has co-chaired a charity dinner for ▇ NU Giving: $0. |
| UID_0000435812234 | | Gleacher, Eric; ARD - Goff, Outwater | Trustee; ARD | ED | Trustee Eric Gleacher wrote to Marilyn, copying President Schapiro, to recommend this candidate for admission. The candidate's brother is a current undergraduate. They are family friends to the Gleachers. | ▇ | OAP; ARD | Admit | ▇ | | | B3 | ▇, MG Capacity: $1.45 million. Father, ▇ is a self-employed investor who has worked as a managing director and co-head of ▇ Company. Prior to this, he was employed at ▇ and ▇ departments Mother is ▇. NU Giving: $20.4K. |
| UID_0000995249802 | | Osborn, Bill | Trustee | ED | ▇ brought the candidate to Bill Osborn's attention, and Mr. Osborn asked to track her application. ▇ and the candidate is the daughter of a friend of his. | ▇ | OAP | Admit | ▇ | | | B3 | ▇, MG Capacity: $600K to $900K. Father, ▇ is the president ▇, a private commercial finance company that focuses on ▇ He is also a vice president and the secretary and treasurer ▇ (2016 assets $33M; grants $1.3 M). Mother, ▇, is the director of ▇. NU Giving: $0 |
| UID_0000912090017 | | ARD - Jennifer Mullman | ARD | ED | ▇ grandfather, ▇ was the chair of the ▇ for many years. His mom ▇ is considering joining the board now. | ▇ | ARD | Admit | ▇ | | | B3* | ▇ (estimated UOR) $50-$99k; Lifetime Giving from ▇ $49,222; Lifetime Giving from ▇ $1,258 |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

5

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000144001504 | | ARD - Jenn Burke, Laura Wayland | ARD | ED | ▓ is a member of the NULC ▓ (since 2011) and D.C. Regional We Will Campaign Committee. ▓ co-chaired the NULC Regional Board from ▓ She is currently ▓ on the Board, and Vice Chair of the ▓. She is an alumni ▓ and also served on her ▓ is an ▓ Platinum member. | ▓ | ARD | Admit | ▓ | ▓ | ▓ | B3* | ▓, UOR $25K – $49K; Lifetime Giving: $20,323.74 |
| UID_0000628370963 | | ARD - Michael Kelley | ARD | ED | ▓ has been involved in summer research programs w/ ▓ faculty for the last two years, culminating in a joint authorship on an award-winning poster on ▓. Father ▓ is chair of the ▓ Board of ▓. Mother ▓ is Managing Director ▓ | ▓ | ARD | Admit | ▓ | ▓ | ▓ | B3* | ▓, UOR $250K-$499K, Lifetime Giving: $19,767.78 |
| UID_0000328109446 | | ARD - Daria Mulhall | ARD | ED | ▓'s dad, ▓ of ▓ he and his wife, ▓ are members of the ▓. He has a brother, ▓ who is WCAS'20. | ▓ | ARD | Admit | ▓ | ▓ | ▓ | C | ▓ (estimated UOR) $100-249K, Lifetime Giving: $179,625.00 |
| UID_0000997148711 | | Peter Barris | Trustee | ED | Trustee Peter Barris recommends this candidate for ED. Mr. Barris has been a longtime friend of the candidate's parents and grandparents. | ▓ | OAP | Admit | ▓ | ▓ | ▓ | C | ▓ MG Cap: $160K. Father, ▓ is the founder and principal manager of ▓ and ▓ company serving ▓ Previously he was the ▓ which was acquired for an undisclosed price by ▓ Mother, ▓ is a graduate of ▓ NU Giving: $0. |
| UID_0000760647503 | | ▓ | | ED | ▓ wrote to President Schapiro to recommend this candidate, a family friend, for admission. | ▓ | OP | Admit | ▓ | ▓ | ▓ | C | ▓ MG Cap: $250K. Father, ▓, is EVP at ▓ which provides education programs ▓ Mother, ▓, is the director of ▓. NU Giving: $0. |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000074047268 | | ▮ ARD - Bachman | Professor Emeritus | ED | Associate Professor Emeritus ▮▮▮▮ wrote to Chris Watson to recommend this candidate, her grandson. Mother ▮▮ $50K pledge over 5 years for internships for ▮▮ Her husband ▮ is a screenwriter. | | | OAP, ARD | Admit | | | | C | ▮ UOR: $100K to $249K. MG Cap: $751K. Father, ▮ is a movie screenwriter who ▮▮▮ He is also a producer. Mother, ▮ was formerly a publicist at ▮. She is a member of the ▮▮ NU Giving: $60,350. Grandmother, ▮ is a ▮. Her field was ▮ and ▮. UOR: $100K to $249K. NU Giving: $11,208. |
| UID_0000236269132 | | ARD-Strait | ARD | ED | Parents ▮▮ Braun are platinum members of ▮ | | ARD | Admit | | | | C | ▮ UOR $25k-$49k. Lifetime giving: $6827 |
| UID_0000672839931 | | | Alum | ED | ▮, alum who met President Schapiro briefly in Las Vegas (2017), wrote to President Schapiro to recommend this candidate for admission. The candidate's mother is an alum of NU, and father was a law alum with ▮ | | OP | Admit | | | | C | ▮ MG Capacity: $17K. Father, ▮ is SVP and deputy general counsel at ▮ owned by the ▮. Mother, ▮ 90, is a self-employed interior decorator. NU Lifetime Giving: $2,920 |
| UID_0000384296361 | | ARD- Strait | ARD | ED | Father ▮ is a platinum member of NU Loyal | | ARD | Admit | | | | C | ▮: UOR: $25K-$49K; Lifetime Giving: $1315 |
| UID_0000550922038 | | ARD - Jenn Burke | ARD | ED | ▮ is a member of the NULC Washington, D.C. Regional Board and D.C. Regional We Will Campaign Committee. ▮ and ▮ are NU Loyal Gold Members with 10 years of consecutive giving. ▮ is their third child. Their older daughter, ▮, is a current freshman at Northwestern. ▮ attends a different university. | | ARD | Admit | | | | C | ▮, UOR $50K – $99K; Lifetime Giving: $20,800 |
| UID_0000849404806 | | ARD - Brendan Hagerty | ARD | ED | ▮ mother, ▮ and sister ▮ & ESM) are alumni and brother ▮ is | | ARD | Admit | | | | C | ▮, $50k-$99k, Lifetime giving: $3,511 |
| UID_0000275611131 | | Arthur Pancoe | Trustee | ED | Trustee Arthur Pancoe called Chris Watson to recommend ▮ | | UGA; OAP | Admit | | | | C | ▮ MG Capacity: $250K. Father, ▮ is a plastic and reconstructive surgeon in ▮. Mother, ▮ (aka ▮), is a realtor ▮. NU Lifetime Giving: $0 |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

12/1/2017, 10:00AM

7

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000477607433 | | Kellogg - Suzanne Schoeneweiss | ARD | ED | ▇▇, father, KSM ▇▇, uncle, KSM ▇▇ Aunt, KSM ▇▇, grandfather, KSM ▇▇, great-grandfather, KSM | | ARD | Admit | | | | C | ▇▇ UOR: $100k-$249K; Lifetime giving $18,900 ▇▇); ▇▇ gave $30,836 |
| UID_0000378326139 | | ARD-Becka | ARD | ED | The candidate's father, ▇▇) is member of the ▇▇ board. | | ARD | Admit | | | | C | ▇▇ UOR: $50K to $99K. MG Cap: $700K. Father, ▇▇, is the chief marketing officer a▇▇ the parent company ▇▇ He has more than 20 years of marketing experience with companies including ▇▇ He is a member of the ▇▇ Mother, ▇▇, is the director of builder sales a▇▇ a privately held company. NU Giving: $13,050. |
| UID_0000248344135 | | ARD - Rebekah O'Brien | ARD | ED | Father; ▇▇ Mother; ▇▇ is the COO o▇▇ ▇▇ The ▇▇ have been giving to Northwestern for twenty-seven years. | | ARD | Admit | | | | C | ▇▇ UOR $100K-$249K, Lifetime Giving, $2216 |
| UID_0000265983034 | | Minow, Newt; Martin, Eden; ARD - Paberzs, Mauro | Trustee; Trustee; ARD | ED | Trustee Newt Minow wrote to President Schapiro and Marilyn to recommend this candidate for admission. Mr. Minow notes Northwestern family for multiple generations, including a current ▇▇. Trustee Eden Martin also wrote to Marilyn to recommend this candidate, granddaughter of ▇▇ Law'73, and former partner at Sidley Austin. Father, ▇▇, mother ▇▇ father is a board member for the ▇▇ an alumni group for residency alumni. | | OAP; OP; ARD | Admit | | | | C | ▇▇: MG Capacity: $180K. Father, ▇▇ is a cardiology ▇▇ton and a health system clinician ▇▇. NU Giving: $8.5K. Mother, ▇▇ is a partner at t▇▇ law firm. Grandfather, ▇▇ is a ▇▇ LLP. He is a member of his ▇▇ Committee. NU Giving (▇▇): $33K. |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

8

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000712171140 | | | Alum | ED | The candidate is recommended to President Schapiro by | | OP | Admit | | | | C | , MG Cap: $250K to $500K. Father, is a managing director of . He is a Alumni Admission Council, a member of the Network and the NAA Mentoring Program. Mother, has worked in direct marketing and also worked for NU Giving: $6,450. |
| UID_0000571297245 | | N/A | N/A | ED | President Schapiro asked to track this candidate on Nov 2 after he visited in | | OP | Admit | | | | C | , MG Capacity: $100K. Father, is general manager of supplier of medical and hospital equipment. Mother, is the Candidate attends a private school where annual boarding tuition is $60K. MY Lifetime Giving: $0. |
| UID_0000349967414 | | Mark Angelson | Trustee | ED | Trustee Mark Angelson recommends for admission. We are not aware of their connection to each other. | | OAP | Admit | | | | C | , MG Cap: $400K to $500K. Father, is a VP and the general counsel at Previously was general counsel and deputy general counsel at a number . Mother, is a SVP and the general counsel a Previously she was general counsel , LLC, and SVP and senior deputy counsel at . NU Giving: $0. |
| UID_0000511127569 | | | Acquaintance to the President | ED | senior VP Marketing and PR for was introduced via email to President Schapiro by President Schapiro met with the candidate on November 13, 2017. | | OP | Admit | | | | C | , MG Cap: $400K to $600K. Father, was promoted to president and in August 2017. (162 employees, in sales Prior to joining in 2008, was president of . Mother, is senior VP of marketing and publicity movie production company ). NU Giving: $0. |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

9

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School r Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000786171930 | Ryan, Pat | Trustee | | ED | Trustee Pat Ryan wrote to Chris Watson to recommend this candidate, whose brother is class of ▮. We do not know their connection. Ryan copied Morty and Marilyn. | | OAP; OP | Admit | | | | C | ▮ MG Capacity: $400K. Father, ▮, is a SVP and the head of executive and professional lines ▮. Previously, he was a SVP of ▮ specialty insurance unit. Mother, ▮, has worked as a business executive a▮ NU Lifetime Giving: $9,100. |
| UID_0000941934816 | Bell, Lee Phillip | Trustee | | ED | Trustee Lee Phillip Bell wrote to Dean Watson to recommend this candidate as a Theater major in the SOC. She was in the cherubs program last summer. Bell sees special attributes in ▮ that make her confident she would be a wonderful addition. | | OAP; OP | Admit | | | | C | ▮, MG Cap: $100K. Mother, ▮, practices internal medicine and is the head of the ▮ Mother, ▮, is a geriatrician at ▮ NU Giving: $0. |
| UID_0000302640498 | ARD - Illana Feiglin | ARD | | ED | ▮'s father ▮ is a known University of Michigan alumnus/donor. | | ARD | Admit | | | | C | ▮, (estimated UOR) $100k - $250k; Lifetime Giving: 0 |
| UID_0000398057112 | ARD- Carolyn Bachman | ARD | | ED | Sister ▮ (Comm '20) is a current sophomore. | | ARD | Admit | | | | C | ▮ UOR: $100-249K, Lifetime Giving: $330.00 |
| UID_0000537586313 | Novakovic, Phebe | Trustee | | ED | Trustee Phebe Novakovic wrote to Marilyn to recommend this candidate. Close family friends. | | OAP | Admit | | | | C | ▮, MG Cap: $300K to $500K. Father, ▮, is COO at ▮. Mother, ▮, is a senior ▮. Mr. and Mrs. ▮ served in the ▮ dministration. NU Giving: $0. |
| UID_0000021972395 | ARD - Daria Mulhall | ARD | | ED | ▮ dad, ▮ is a member of the ▮ Board. His mom, ▮ ) is also an alum | | ARD | Admit | | | | C | ▮ UOR: $100K-249K, Lifetime Giving: $21,620.00 |
| UID_0000535756579 | ARD - Kendria Perry-Madden | ARD | | ED | ▮ father is ▮, one of ▮ Grammy Awards. In 2009, ▮ received an Al▮ | | ARD | Admit | | | | C | ▮ (estimated UOR) $100k - $250k; Lifetime Giving: 0 |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

12/1/2017, 10:00AM

10

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000273606958 | | Keyman, Melih | Trustee | ED | The candidate is the son of ▮▮▮, a close friend to Trustee Melih Keyman. Keyman wrote to President Schapiro to recommend, and forwarded the note ▮▮▮ sent to Aaron Zdawczyk, Associate Director of Admissions, regarding his son's application. | | OP; OAP | Admit | | | | C | ▮▮, MG Capacity: $175K. Father, ▮▮▮, is the owner and president of the ▮▮ Group of Companies in Ath▮▮ ▮▮ founded the ▮▮ which specializes in ▮▮ which currently has 6 independent companies under its operating umbrella. ▮▮ is also ▮▮ Mother, ▮▮, is an artist. NU Lifetime Giving: $0. |
| UID_0000912243364 | | Bienen, Henry; Garard, Jamie | President Emeritus; Friend of NU | ED | This candidate met with President Emeritus Henry Bienen at the football game on Oct 28. The candidate is also of interest to ▮▮ of Trustee Jim Garard. | | OAP | Admit | | | | C | ▮▮, MG Capacity: $180K. Father, ▮▮ is head of commercial strategic marketing, ▮▮ He is also the principal owner of ▮▮, which consults with private equity and venture capital firms focused ▮▮. Mother, ▮▮, is the associate dean of admission ▮▮. NU Lifetime Giving: $0 |
| UID_0000575457489 | | Mayekar, Samir | Trustee | ED | Trustee Samir Mayekar wrote to OAP to recommend this candidate. (Father ▮▮ NU alumnus.) (Med-low) | | OAP | Admit | | | | C | ▮▮, Giving Cap: $25K to $50K. Father, ▮▮ s a member of ▮▮ a communication services firm. Mother, ▮▮, is the VP of corporate communications ▮▮ NU Giving: $500. |
| UID_0000491893336 | | Kabiller, David; ARD - O'Brien | Trustee; ARD | ED | Trustee David Kabiller wrote to David Lively to recommend this candidate, who is the daughter of ▮▮, parter at ▮▮ He was a senior member of the ▮▮ nce, and then got his PhD from Harvard in Economics. | | OP; OAP; ARD | Admit | | | | C | ▮▮, MG Capacity: $400K. Father, ▮▮, is principal and co-head of the ▮▮ research team ▮▮ ▮▮, a global investment firm based in ▮▮ where he oversees the implementation of ▮▮ products and models. He was also a senior member of the Is▮▮ Mother is ▮▮. NU Lifetime Giving: $0 |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000579551643 | | ARD – Cynthia Helton | ARD | ED | Father: ▮ Maternal grandmother: ▮ – ▮ has hosted a trek and has been working with Marc Presnell to help recruit undergrads to | ▮ | ARD | Admit | | | | C | ▮ UOR E $50K – $99K, Lifetime Giving: $6,867.43 |
| UID_0000116690198 | | ARD – Abby Leng | ARD | ED | ▮s gradnparents, ▮ ( ▮ and ▮ ) are extremely involved with ▮ just cycled off as chair of the ▮ board after serving the maximum number of years and remains very involved. They are both double degree holders and have a grandson ( ▮ cousin) who is currently a student at Northwestern. | ▮ | ARD | Admit | | | | C | ▮ UOR: $100K-$249K; Lifetime Giving $70,525 |
| UID_0000878698051 | | Crown, Steve | Trustee | ED | Trustee Steve Crown wrote to Marilyn to recommend three candidates after meeting each. He believes this candidate is qualified and would provide something unique to the NU student community. | ▮ | OAP | Admit | | | | C | ▮ MG Capacity: $300K. Father, ▮ is a ▮ (appears to be a ▮ ty company). He may also be a director at ▮ a ▮ pension institution. Mother, ▮ is a clinical psychologist. NU Lifetime Giving: $0 |
| UID_0000978594895 | | ▮ | Faculty Emeritus | ED | Professor ▮ wrote President Schapiro and Dean Watson to recommend the ▮ | ▮ | OP | Admit | | | | C | ▮ Cap: $850K. Father, ▮ is a ▮ and analyst at ▮ , a provider of mutual funds and other investment vehicles. He is a current member of the ▮ Mother i ▮ NU Giving: $950. |
| UID_0000497255021 | | ARD – Kendria Perry-Madden | ARD | ED | ▮s parents are ▮ and ▮ Mom ( ▮ ) is a popular speaker and ▮ | ▮ | ARD | Admit | | | | C | ▮ UOR: $100K – $249K, Lifetime Giving: $22,383.57 |
| UID_0000276354958 | | ▮ ARD – Mulhall | Alum; ARD | ED | The candidate met President Schapiro on Oct 9 during a campus visit. The candidate's mother is ▮ , a member of the ▮ NULC Regional Board and an Alumni Admissions Council interviewer. | ▮ | OP; ARD | Admit | | | | C | ▮ UOR: $25K-$49K. MG Capacity: $270K. Mother, ▮ , is the in-house counsel ▮ ▮ Father, ▮ , is president of ▮ NU Lifetime Giving: $83,450 |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

12

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000561892848 | | ARD - Travis Goff | ARD | ED | Father, ▮ is close friends and business partners with ▮. The family is also well connected to Micahel Balkin, Class of 1981) | ▮ | ARD | Admit | ▮ | ▮ | ▮ | C | ▮ $500K-$999K, Lifetime Giving: $0 |
| UID_0000213662712 | | ARD - Daria Mulhall | ARD | ED | ▮'s mother, ▮ is a long standing member of the ▮ NULC Regional Board, she hosted a ▮ program while she was at ▮ in August 2016 and just hosted and underwrote part of a young alumni event at her ▮ office in June 2017. ▮ has been an AAC interviewer for ▮ years. ▮'s dad, ▮ is also an alum | ▮ | ARD | Admit | ▮ | ▮ | ▮ | C | ▮, (estimated UOR) $100-249K, Lifetime Giving $31,825.00 |
| UID_0000770839704 | | Senyei, Drew; ARD - D. Williams | Trustee; ARD | ED | Trustee Andrew Senyei is close friends with the candidate's family and recommends highly. (High) | ▮ | OAP; ARD | Admit | ▮ | ▮ | ▮ | C | ▮, MG Capacity: $804K. Father ▮ is the founding partner at private equity firm ▮. Mother, ▮ '97 JD, was an attorney at ▮'s. NU Lifetime Giving: $13,100 |
| UID_0000953558822 | | ▮ Dean O'Keefe; ARD- Trodello | Alumni; Dean, SoComm; ARD-Trodello | ED | ▮ forwarded a letter from ▮ recommending the candidate for admission, to Dean O'Keefe. ▮ knows the candidate's family, and was a ▮ of the candidate. She recommends her based on her curiosity, independence, and leadership. | ▮ | ARD | Admit | ▮ | ▮ | ▮ | C | ▮, Gift Capacity: $50K-$99K. Father, ▮, is a managing partner at ▮ Mother, ▮ is a co-managing director at the ▮ a donor advised fund established in 2016 by ▮ and ▮ to help educate the disadvantaged. NU Lifetime Giving: $0. |
| UID_0000478093775 | | ARD - Illana Feiglin | ARD | ED | ▮'s father ▮ is a known University of Michigan alumnus/donor. | ▮ | ARD | Admit | ▮ | ▮ | ▮ | C | ▮ (estimated UOR) $100k - $250k; Lifetime Giving: 0 |
| UID_0000746157205 | | Madigan, John | Trustee | ED | Trustee John Madigan wrote Marilyn to recommend this candidate, grandson to a late best friend to Mr. Madigan. | ▮ | OAP | Admit | ▮ | ▮ | ▮ | C | ▮ MG Cap: $420K. Father, ▮, is the chief product officer and ▮ of ▮ Inc., a ▮ company. Mother, ▮ graduated from Marquette University. NU Giving: $0. |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

13

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000301117536 | | Dean Brad Hamm; ARD- Frahar | Medill faculty; Dean, Medill; ARD-Frahar | ED | The candidate is the granddaughter of ▬, a journalist and longtime professor at Medill and ▬ is of interest to Dean Brad Hamm and ARD-Frahar. | | ARD | Admit | | | | C | ▬, Grandfather, the late ▬ was a journalist and a speechwriter for ▬ Father, worked in the ▬ of the ▬ in Washington D.C. for 27 years. Mother is ▬ MG Cap: $150K to $250K. NU Giving: $12K |
| UID_0000989255435 | | ARD - Jason Keene | ARD | ED | ▬'s father ▬ and his mother, ▬ | | ARD | Admit | | | | C | ▬, UOR: $50 - $99K: Lifetime Giving $20,663 |
| UID_0000322281699 | | | Alum | ED | ▬ spoke with President Schapiro about his son's application at the Oct 14 football game, and wrote to him on Oct 24 to let him know ▬ would be applying ED. | | OP | Admit | | | | C | ▬, MG Capacity: $30K. Father, ▬ is a technology consulting executive at ▬. Mother, ▬ is a client manager for ▬. She is a volunteer for the Alumni Admission Council. NU Giving: $5K. |
| UID_0000197678047 | | Saltzman, Robert | Trustee | ED | Trustee Bob Saltzman wrote President Schapiro to recommend this candidate, whose parents are friends to his daughter. He interviewed her and thinks a lot of her. | | OP; OAP | Admit | | | | C | ▬, MG Capacity: $590K. Father, ▬, is a managing partner at the law firm ▬ where he focuses on representation of ▬ Mother, ▬, is a self-employed non-▬ of the board at ▬. NU Lifetime Giving: $0 |
| UID_0000283527882 | | | McCormick Advisory Board member | ED | ▬ wrote to President Schapiro in support of ▬ who is a family friend. | | OP | Admit | | | | C | ▬, Gift Capacity: $50K-$99K. Father, ▬ is EVP, Legal Affairs and General Counsel at ▬ that develops, accelerates, and finances new companies that create ▬ Mother is ▬. NU Lifetime Giving: $10,050. |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

14

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000598154345 | | Posner, Brian; ARD - Nacol | Trustee | ED | Trustee Brian Posner wrote to Marilyn to recommend this candidate, whose parents are old friends to Posner. Of high interest | | OAP; ARD | Admit | | | | C | ▮, MG Capacity: $215K. Mother, ▮, works in business development at ▮ an influencer marketing agency. Father, ▮ is a partner at the law firm ▮ where he is involved in all aspects of the firm's corporate practice. NU Lifetime Giving: $1,000 |
| UID_0000885391255 | | ARD - Greg Outwater | ARD | ED | ▮ and ▮ are active alums who have a history of supporting the ▮ Fund. ▮ is related to ▮ and was a longtime faculty member at WCAS. | | ARD | Admit | | | | C | ▮, UOR: $250k - $499k; Lifetime Giving: $22,319. |
| UID_0000102713536 | | ARD - Jenn Burke | ARD | ED | ▮ and ▮ are members of the NULC Regional Board and ▮ since 2014. ▮ also volunteers as an Alumni Admissions Interviewer. Their oldest daughter, ▮ is a current student in Medill. | | ARD | Admit | | | | C | ▮ UOR $25K - $49K; Lifetime Giving: $14,094.25 |
| UID_0000176632178 | | Simpson, Lou; Cooper, Edith; | Trustee; Trustee; Faculty | ED | Trustee Lou Simpson called to speak with Marilyn about this candidate. Edith Cooper wrote to Marilyn to recommend this candidate. ▮ wrote to President Schapiro to recommend this candidate, her niece. | | OAP; OP | Admit | | | | C | ▮, MG Cap: $225K to $500K. Father, ▮ is a senior account manager at ▮, a publically traded support service provider. Mother, ▮ is a managing director and general counsel at ▮ he is head of the corporate governance division. NU Giving: $0. |
| UID_0000942712322 | | ARD - Greg Outwater | Alum; ARD | ED | The candidate's brother, ▮, graduated from NU, Medill undergrad, in 2017. ▮ wrote to President Schapiro to inform him that his brother applied early decision and is interested in studying business and entrepreneurship. | | OP; ARD | Admit | | | | C | ▮, $250k-$499k Lifetime giving: $17,700 |
| UID_0000882652594 | | Ryan, Pat | Trustee | ED | Trustee Pat Ryan wrote to Chris Watson to recommend this candidate. We do not know their connection. Ryan copied Morty and Marilyn. | | OP; OAP | Admit | | | | C | ▮ Cap: $250K to $500K. NU Giving: $0. Father, ▮ is ▮ markets at ▮, an employee-owned ▮ currently managing $70.2 billion in assets. He is divorced from ▮'s mother, ▮ who is a realtor at ▮ MG Cap: $400k. NU Giving: $0. |

12/1/2017, 10:00AM

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

15

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000872707846 | | Segal, Gordon; ARD - Helton | Trustee; ARD | ED | Trustee Gordon Segal wrote a letter of recommendation for this candidate, whose family he has known for 50 years. Northwestern alums: Father KSM, Mother SESP, grandfather undergraduate and Masters McC. | | OAP; ARD | Admit | | | | C | , UOR: $50K to $99K. MG Cap: $275K. Father, ▮, is the ▮, which he runs out of his home. Previously he worked for ▮ years, working in prime brokerage sales. He is a member of the ▮ and served on a reunion committee. ▮ Mother, ▮ is a current affiliate of ▮ NU Giving: $16,093. |
| UID_0000050730484 | | | | ED | to President Schapiro to recommend this candidate, the daughter of their friends ▮ and ▮ | | OP | Admit | | | | C | ▮ Gift Capacity: $25K-$49K. Father, ▮, is artistic director at ▮ company that provides affordable studios ▮ Mother is ▮. NU Lifetime Giving: $0. |
| UID_0000646964489 | | Self | Northwestern Academy student | ED | ▮ (CPS) belongs to our Northwestern Academy. He wrote to President Schapiro on Sept 6. | | OP | Admit | | | | C | ▮ MG Capacity: Unable to evaluate due to lack of wealth indicators. Father, ▮, is a ▮ in Chicago. Mother is ▮. NU Giving: $0. |
| UID_0000467458458 | | Deborah DeHaas | Trustee | ED | Trustee Deborah DeHaas wrote to Chris Watson to recommend the candidate, who is the son of a ▮. Deborah recommends the candidate on the basis of his academic excellence and diverse extracurricular experience. | | UGA; OAP | Admit | | | | C | ▮ MG Cap: $300K. Father, ▮, is a partner at Deloitte. Mother, ▮, graduated from Ohio State. NU Giving: $0. |
| UID_0000220248397 | | | | ED | ▮ wrote President Schapiro on Nov 2 to recommend this candidate, her family friend. | | OP | Admit | | | | C | ▮, MG Capacity: $280K. Father, ▮, started his career at ▮ and now owns a business that invests in ▮ and ▮ Mother, ▮, received her bachelor's degree from San Diego State University and her MBA from the University of California - Los Angeles. NU Lifetime Giving: $0 |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000661816141 | | Findlay, Cameron; ARD - Kelly Colpoys | Trustee; ARD | ED | Father ▓ (WCAS'84) and wife ▓ have an ▓ serves on the ▓. They have a good relationship with ▓ and host an annual alumni gathering at their home in ▓. Trustee Cameron Findlay wrote to President Schapiro on 11/21/17 to recommend the candidate. He is close to her family and strongly supports her admission. | | ARD; OP | Admit | | | | C | ▓, UOR: $100k-$250k; Lifetime Giving $110,000 |
| UID_0000409282684 | | Harrison, Dean | Trustee/President and CEO of NMHC | ED | Dean Harrison wrote to President Schapiro to recommend this candidate, who is niece of ▓ | | OP; OAP | Admit | | | | C | ▓ MG Capacity: $261K. Father, ▓ is executive vice president and chief information officer of ▓. Mother is ▓ NU Giving: $0. |
| UID_0000559915539 | | ARD - Jenn Burke | ARD | ED | ▓ is a member of the NULC Washington, D.C. Regional Board and D.C. Regional We Will Campaign Committee. He also served on his ▓ | | ARD | Admit | | | | C | ▓, UOR $25K - $49K; Lifetime Giving: $12,126 |
| UID_0000449345478 | | Osborn, Bill | Trustee | ED | Bill Osborn wrote to Marilyn and President Schapiro regarding this candidate, his ▓ neighbor. (High) | | OAP; OP | Admit | | | | C | ▓ MG Capacity: $640K. Father, ▓ is retail and consumer products sector leader for ▓. Mother is ▓ NU Giving: $0. |
| UID_0000595192895 | | ▓ ARD Nacol, Becka | Alum; ARD | ED | ▓ Medill Alum, and ▓ are parents to the candidate. ▓ mother, has been on the ▓ board since 2014. ▓ is going to be a sponsor of the ▓. ▓ wrote to President Schapiro to ask for a meeting, and is an attorney with ▓. Schapiro will meet with the candidate on November 20, 2017. | | OP; ARD | Admit | | | | C | ▓ UOR: $50K-$99K, MG Capacity: $100K-$249K. Father, ▓, is an attorney with ▓ which represents ▓. Mother, ▓ MS, owns ▓ provides services that include non-profit marketing consulting, fundraising and grant writing, and college admissions consulting. NU Lifetime Giving: $9K. |
| UID_0000995099359 | | Deborah DeHaas | Trustee | ED | Trustee Deborah DeHaas wrote to Chris Watson to recommend the candidate after knowing the candidate's parents for over 25 years since working at Arthur Andersen together. Deborah recommends the candidate based on her academic record and diverse extracurricular interests and leadership roles. | | UGA; OAP | Admit | | | | C | ▓, MG Cap: $500K. Father, ▓, is the president ▓. Mother, ▓, is a partner at ▓, an accounting and consulting firm. NU Giving: $0. |

Highlighted Yellow = From Addendum I
*Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.

12/1/2017, 10:00AM

17

NWE_HC_REV_00002980

Sorted by Decision; LOI; Last name

Early Decision Applicants, Undergraduate
Fall 2018 Enrollment

| Last Name | First Name | Interested Party | Affiliation | App | Comments | High School | Submitted by | School 1 Decision | GPA | New High School | Old High Score | LOI | ARD Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000154359127 | | ARD - J. Gilchrist | ARD | ED | Mother ▮ Father (▮) are friends of the Cahillanes and would be excellent prospects for the Parent Leadership Council. | ▮ | ARD | Admit | ▮ | | | C | ▮, UOR: $100K - $249K; Lifetime Giving: $4,535 |
| UID_0000513478986 | | ARD- Paul Torricelli | ARD | ED | ▮'s father ▮, is the founder and CEO of V▮ a highly successful medical research firm in ▮ | ▮ | ARD | Admit | ▮ | | | C | ▮, UOR $250-499K Lifetime Giving $0 |
| UID_0000072893045 | | ▮ and Satter, Muneer | Alum; Trustee | ED | The candidate met with President Schapiro on May 8. Parents ▮ and ▮ are both alums. Trustee Muneer Satter wrote to Marilyn recommending the candidate on behalf of his friend, ▮ | ▮ | OP; OAP | Admit | ▮ | | | C | ▮, MG Capacity: $85K. Father, ▮ '91 is the founder and president of ▮ is a current member of the Alumni Admissions Council, the NU Club of Greater N▮ and the NU Alliance▮ Mother, ▮ is president of ▮. NU Giving: $21K. |
| UID_0000381491822 | | Mayekar, Samir | Trustee | ED | Trustee Samir Mayekar wrote to OAP to recommend this candidate, who reached out to him because he is entrepreneurial and wants to start a company while at NU. (Med-Low) | ▮ | OAP | Admit | ▮ | | | C | ▮, MG Cap: $160K. Father, ▮ is the director of product and vendor management at ▮ the nation's ▮. Mother, ▮, is a graphic designer. NU Giving: $0. |
| UID_0000950144351 | | ▮ | Alum | ED | ▮) wrote to President Schapiro to recommend his cousin to President Schapiro. The candidate has taken part in the Cherub program. | ▮ | OP | Admit | ▮ | | | C | ▮, MG Capacity: $65K. Father, ▮, is a senior product manager at ▮. Mother, ▮, is a copywriter at ▮. NU Lifetime Giving: $0 Cousin, ▮, is vice president of technology at ▮. UOR: $10K-$24K. MG Capacity: $50K-$99K. NU Lifetime Giving: $7,522 |
| UID_0000476856351 | | Waddell, Rick | Trustee | ED | Rick Waddell wrote Marilyn to recommend this candidate, whose brother is '18. ▮ attended the Medill Journalism Institute this past summer. We do not know their relationship, but Mr. Waddell and ▮ had a 30 minute FaceTime meeting on Nov 10. | ▮ | OAP | Admit | ▮ | | | C | ▮, MG Capacity: $275K. Father, ▮ is the chief operating officer at ▮ Mother, ▮, works in the ▮ University. NU Lifetime Giving: $5,021 |
| UID_0000849712435 | | ARD - Kendria Perry-Madden | ARD | ED | ▮ father ▮ is Comm▮ | ▮ | ARD | Admit | ▮ | | | C | ▮ UOR: $100K - $249K, Lifetime Giving: $0 |

Highlighted Yellow = From Addendum I

12/1/2017, 10:00AM    *Asterisks next to LOI indicate when an LOI was bumped up because of volunteer service.    18

NWE_HC_REV_00002980