# EXHIBIT 30

Message

**From:** Lois Margaret Tabor [lmt@northwestern.edu]
**Sent:** 12/4/2013 3:30:09 PM
**To:** Christopher Watson [christopher-watson@northwestern.edu]
**Subject:** updated decisions from last night

ATTORNEYS' EYES ONLY

NULIT-0000169374

&[DATE] &[TIME]

Fall 2014 Admissions Interest List: Undergraduate

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 1 | UID_0000513334235 | | | Alumnus | Early Decision | wrote a recommendation for ▓ to the Office of Undergraduate Admission in September 2013. ▓ grandfather and mother are NU alumni. Her grandfather is a donor to NU Law | | Admissions/ARD | Admit | | | | Ballpark MG Capacity: $150K  Mother ▓ is a shareholder at the law firm of ▓ NU Life Giving: $50 Ballpark MG Capacity $40K Grandfather ▓ (61742) is a partner at ▓ UOR: Under $10K; Lifetime NU Giving: $24,000 | 2-Oct |
| 2 | UID_0000511327832 | Hayward, Thomas | Trustee | Early Decision | ▓ is of interest to NU Trustee Thomas Hayward. He has met him and sent a letter of recommendation to Marilyn McCoy in the Board of Trustees' office. ▓ grandfather ▓ is a 1946 graduate of the ▓ program. | | BOT / OAP/ARD | HOLD | | C | | Ballpark MG Capacity: $50K to $100K.  Mother ▓ is a sale rep. Father ▓ is SVP of architecture at the retail and corporate architectural firm ▓ Lifetime NU Giving: $0. Grandfather ▓ is WCAS ▓ Lifetime NU Giving: $25 | 24-Oct |
| 3 | UID_0000150380775 | | | Early Decision | ▓ is of interest to ▓ President Schapiro met with ▓ on 06/19/13. Arrangements were made through her father, ▓ | | OP/ARD | Denied | | C | | Ballpark MG Capacity $500K+ ▓ is chairman and founder of ▓ asset management and corporate finance company that specializes in the ▓ market. Before that, ▓ was the head of private banking and member of the executive board at ▓ He is also non-executive director and chairman of ▓ (based in ▓ and a co-founder of ▓ (based in ▓ He is a graduate of the Sloane School of Management at the Massachusetts Institute of Technology, where he currently serves on the | 25-Jul |
| 4 | UID_0000227093988 | Leff, Donna | NU Faculty | Early Decision | ▓ is of interest to Medill Professor Donna R. Leff. He is the grandson of ▓ close friends of Prof. Leff. ▓ is a Law Prof. at ▓ | | OAP/ARD | HOLD | | C | | Ballpark MG capacity: $200K. ▓ is vice president of global brand marketing for ▓ She is married to ▓ a partner with the law firm ▓ He specializes in ▓ law and was a shareholder with ▓ | 6-Nov |
| 5 | UID_0000706044173 | ARD Rodeno | ARD Interest | Early Decision | ▓ is of interest to her father, ▓ mother is KSM alumna. ▓ She sent her interest directly to KSM. | | ARD | Denied | | C | | No ARD information available | |
| 6 | UID_0000533405062 | | Parent and Alumna | Early Decision | | | OP/ARD/KSM | Complete | | C | | Ballpark MG Capacity: $400K to $1M. Father ▓ is senior managing director and co-founder of ▓ has over 20 years of experience investing in private equity transactions in the education, information services and training industries.  Prior to co-founding ▓ spent six years with ▓ holding various positions within the mergers and acquisitions department in both ▓ and ▓ Mother ▓ is KSM '90. She formerly worked as an assistant account executive at advertising firm ▓ NU Lifetime NU Giving: $0 | 6-Nov |
| 7 | UID_0000936995059 | | Father | Early Decision | ▓ is of interest to ▓ (father) ▓ met with President Schapiro in October 2013. She is the daugher of ▓ who is the brother of ▓ and ▓ mother is ▓ | | OP/ARD | Denied | | C | | Ballpark MG Capacity: $250K. ▓ is a lawyer with his own practice.  NU Lifetime NU Giving: $0 | 24-Oct |
| 8 | UID_0000017599053 | McCoy, Marilyn | OAP | Early Decision | ▓ is the daughter of former ▓ and NU alumnus ▓ Leonard Goodman, who is involved with the NU Law School's Center on Wrongful Convictions and the nephew of NU Trustee Lester Crown. contacted Jennifer Linzer in support of ▓ | | OAP/ARD | HOLD | | C | | Ballpark MG Capacity: $45K.  Father ▓ started his ▓ in March 2012. Mother ▓ but now appears to be in between jobs. She appeared on the ▓ Lifetime NU Giving: $0 | 24-Oct |
| 9 | UID_0000947874282 | Baglivo, Mary | VP for Global Marketing | Early Decision | ▓ is of interest to NU VP for Global Marketing and CMO (and former Trustee) Mary Baglivo. She is the daughter of a colleague of Mary Baglivo's and could be a potential donor. | | OAP/ARD | Denied | | C | | Ballpark MG capacity: $50K ▓ (nonalum) is chief development officer at ▓ where he oversees the development of ▓ throughout the U.S. | 6-Nov |
| 10 | | | | | | | | | | | | | | |

NWE_REV_01467102

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 11 | UID_000014848138 | Lindee | | ARD Interest | Early Decision | | | ARD | Denied | | B3 | | Ballpark MG Capacity:  $500K to $999K. Father ██ has been a partner at the law firm ██ since 2010. He is co-chairman of the firm's ██ practice.  Mother ██ was in private practice as an attorney from 1992 to at least 1996 and was previously an associate at two law firms. They have both served on ██ and ██ affiliates. UOR:  $500K to $999K, NU Lifetime Giving: | |
| 12 | UID_0000266024497 | | | ARD Interest | Early Decision | | | ARD | HOLD | | C | | Ballpark MG Capacity: $300K Father ██ is a lawyer who has worked in the law department of ██ | |
| 13 | UID_0000196243995 | Sunshine, Gene | Senior VP for Business and Finance | Early Decision | ██ was brought to President Schapiro's attention by Senior VP Gene Sunshine.  She is the daugher of ██ at ██.  ██ brought ██ to Gene Sunshine's attention. | | OP/ARD | | B3 | | | Gift capacity in the ballpark range of $1 million is based on past giving to other institutions. ██ is the founder, chairman and CEO of ██ a business consulting firm. He is also the president and chairman of ██ earned his BS in electrical engineering from ██ He is the ██ and wife ██ They also established the ██ gift amount is N/A). Per ██ they have given at least ██ ██ are donors to the ██ (the do not serve on the board). The ██ assets totaled ██ and foundation giving totaled ██ The largest gifts given by the foundation were made to ██ own a home in ██ with a current market value of ██ and a home in ██ with a 2012 assessed value of ██ | 2-Oct |
| 14 | UID_0000360949880 | Crown, Lester | Donor Trustee | Early Decision | ██ is of interest to NU donor ██ She daughter of ██ who runs the ██ She was brought to President Schapiro's attention by ██ NU Trustee Lester Crown also contacted the OAP/BOT office regarding his interest in ██ application. | | OP/ARD | Admit | | B1 | | | Ballpark MG Capacity: $1.4 million to $2.26 million ██ is co-chief executive officer of ██ a position he has held since 2012 ██ is also a member of ██ total 2010 compensation was ██ and included his salary ██ bonus ██ restricted stock awards (worth ██ and option awards (worth ██ As of October 14, 2013, ██ directly held approximately ██ stock, worth ██ Wealth-X estimates ██ net worth to ██ | 2-Oct |
| 15 | UID_0000561520234 | Nacol | | | Early Decision | | | ARD | HOLD | | C | | WCAS/85 CYD – Research Evaluation –C $250K – $499K; Officer Rating - B $500K - $999K – $36450 –VNE Major Gift Capacity: $255,000 (properly) 39927 | |
| 16 | UID_0000233515114 | | | Father | Early Decision | ██ is the son of ██ His brother ██ already attends NU. Please see emails for details. | | OP/ARD | HOLD | | B1 | | | UOR: $1M-$1.9M (PRP 3/27/2013) ██ is ██ Former member of the general partner of ██ In meetings with OARD staff, he has discussed establishing internships for NU students in ██ and presented proposals to solve the Pi Kappa Alpha housing situation.  NU ██ | 2-Oct |
| 17 | UID_0000904272898 | | ARD-NYC | | Early Decision | | | | HOLD | | C | | | | |
| 18 | UID_0000024372188 | Neustein, Robin Chemers Satter, Muneer ARD | | Trustee | Early Decision | ██ is the daugher of ██ co-founder of ██ Robin Chemers Neustein referred ██ to Marilyn McCoy for a campus visit in September 2013. During their visit they met with President Schapiro, and also with Ivan Adames ██ | | BOT / ARD | Denied | | B3 | | | Ballpark MG Capacity: more than $1.5 million ██ been co-founder and co-president of ██ an investment management services company, ██ since January 2000. It has assets under management totaling ██ and, according to ██ affiliates ██ employees. ██ is also the co-principal of ██ affiliates ██ total lifetime giving to ██ | 2-Oct |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 19 | UID_0000004554630 | | Family friend of ███ family | Early Decision | ███ is of interest to ███ | | OP | Complete | ███ | | | No ARD information available | 2-Dec |
| | | | | | | is the daughter of ███ who are business people in the ███ area. They have intergenerational family ties to ███ and other regions of ███ | | | | | | | | |
| 20 | UID_0000698174559 | | Koldyke, Mike | Trustee | Early Decision | ███ was brought to the attention of President Schapiro by NU Trustee Mike Koldyke, Founder and Chairman Emeritus of Golden Apple | | ARD | Incomplete | | C | Ballpark MG Capacity: No wealth indicators found | 6-Nov |
| 21 | UID_0000716690964 | | Hoag, Jay | Trustee | Early Decision | ███ is of interest to NU Trustee Jay Hoag. She is the daughter of ███ of ███ | | BOT/OAP | Complete | | | No ARD information available | 2-Dec |
| 22 | UID_000360231078 | | Harris, Phil | Trustee | Early Decision | ███ is of interest to NU Trustee Phil Harris. She is the ███ ███ Ms. Edison sent ███ resume to ███ but has not met ███ father is a Medill | | BOT/OAP | HOLD | | | No ARD information available | 2-Dec |
| 23 | UID_0000812300487 | | ARD-FSM | ARD Interest | Early Decision | | | ARD | HOLD | | C | No ARD information available | |
| 24 | UID_0000323276632 | | Donor | Early Decision | Comments to come. | | OP | HOLD | | | No ARD information available | |
| 25 | UID_0000680616916 | | ███ | Trustee | Early Decision | ███ was referred to the BOT office by NU Trustee ███ ███ visited NU in fall 2012. | | BOT/OAP/ARD | HOLD | B1 | | Gift capacity of between $225,000 and $285,000, based on certain lifestyle indicators, such as real estate ownership. ███ is the widow of ███ who was chairman of ███ when he retired in 1982. In 1980, ███ was sold to the ███ for $55 per share. ███ was a friend of ███; ███ owned 75,000 shares at that time; therefore the sale earned him $4.125 million. However, as a settlement to a law suit brought against ███ and others concerning the nature of the sale of the company, Mr. ███ had to pay ███. In 2006, Mrs. ███ made a $5,000 gift to the ███ a residential and educational facility in ███ that serves people with developmental disabilities. ███ and ███ made also made a gift to the ███ the same year; theirs was between $1,000 and $4,999. Mrs. ███ daughter, ███ is the owner of Mrs. ███ house in ███. The property has a current estimated market value of between $1.5 million ███. ███ lifetime giving to NU is $887,967. | 24-Oct |
| 26 | UID_0000175069022 | | ███ | | Early Decision | ███ is the son of NU ███ | | ARD | Complete | A | | Briefing on File ███ gift capacity of more than $1.5 million is based on certain lifestyle indicators such as the value of his real estate ███ is a senior managing director and head of investment banking, ███ an investment bank headquartered in ███ CHARITABLE GIVING ███ made a ███ gift to ███ in 2010. The ███ gave between ███ to the ███ in 2002. In addition, from 2004 until 2006, they made cumulative gifts totaling in the ███ range to the ███ REAL ESTATE ███ purchased their home on ███ for ███ in 2007. It has a current estimated market value of ███ own a home on ███ which has a current estimated market value of ███ purchased a home on ███ in 2005. It has a current market value of ███ lifetime giving to NU is ███ | 2-Oct |

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | UID_0000071018032 | | | | Early Decision | is of interest to ██████ Her father is ██████ a former colleague of ██████ at ██████. Her twin brother ██████ is also applying ED. | | OAP/BOT/ARD | Complete | | B3 | | MG Capacity: $450K. Father ██████ (nonalum)) became executive vice president of operations at ██████ brother is ██████ UOR Rating: Under $10K. Lifetime NU Giving: $300. | 19-Nov |
| 28 | UID_0000913128359 | | | | Early Decision | is of interest to ██████ His father is ██████ a former colleague of ██████ at ██████. His twin sister ██████ is also applying ED. | | OAP/BOT/ARD | Denied | | B3 | | MG Capacity: $450K. Father ██████ (nonalum)) became executive vice president of operations at ██████ UOR Rating: Under $10K. Lifetime NU Giving: $300. | 19-Nov |
| 29 | UID_0000430229191 | | | | Early Decision | is the nephew of ██████ visited NU in October 2013 and met with Malik Witte (Economics) and Emily Stevens (Admissions). | | BOT/OAP/OP/ARD | HOLD | | B1 | | Presumably the son of ██████ sister or ██████ is the co-chairman of ██████ net worth was estimated to be ██████ by Forbes in March 2013. He has a major gift capacity of ██████ it could not be determined if this would have any bearing on the worth of the applicant's parents | 24-Oct |
| 30 | UID_0000273952989 | DeNaut, Jim | Trustee | | Early Decision | is of interest to NU Trustee Jim DeNaut. | | BOT/OAP/ARD | Admit | | C | | No ARD information available | 6-Nov |
| 31 | UID_0000645263795 | Canning, John | Trustee | | Early Decision | is of interest to NU Trustee John Canning. She is the daughter of Mr. Canning's longtime friend | | OAP/BOT | HOLD | | | | No ARD information available | |
| 32 | UID_0000058130758 | Schapiro, Morton | President | | Early Decision | met with President Schapiro in July 2013. She plans to apply early decision to SoC. Laura Patterson brought ██████ to President Schapiro's attention. | | OP/ARD | Complete | | C | | Ballpark MG Capacity: $50K. Father ██████ is a physician ██████ is a registered nurse. | 2-Oct |
| 33 | UID_0000383594958 | ARD-Lindee | ARD Interest | | Early Decision | | | ARD | HOLD | | C | | No ARD information available | |
| 34 | UID_0000281517692 | | | Alumnus | Early Decision | is the daughter of KSM alumnus ██████ expressed interest in ██████ application directly to Kellogg. | | KSM/ARD | Complete | | C | | Ballpark MG Capacity: $30K to $50K. Father ██████ is a SVP, ██████ is a member of the ██████ He has been a member of ██████ As of January 2013, Mother ██████ had a position with the ██████ | 19-Nov |
| 35 | UID_0000829980152 | Reiling, Henry | Alumnus & Former Trustee | | Early Decision | Henry Reiling, Professor Emeritus at Harvard Business School, wrote a recommendation letter for ██████ to the Office of Undergraduate Admission in September 2013. Reiling is an NU alum, former Trustee, and current member of the Advisory Board at ██████ | | OAP/ARD | HOLD | | B3 | | Ballpark MG Capacity: more than $580,000. Father is ██████ who has been listed as a principal at ██████ | 2-Oct |
| 36 | UID_0000131767503 | Canning, John & Angelson, Mark | Trustee | | Early Decision | is of interest to John Canning and Mark Angelson, NU Trustees. John Canning spoke with Marilyn directly regarding this student and she visited campus in July 2013. | | BOT / OAP/ARD | HOLD | | B3 | | Ballpark MG Capacity: $1M - Father ██████ is the head of ██████ Prior to his current role in ██████ he was based in the ██████ and various other countries. He has previously held various assignments including ██████ in the ██████ has a Bachelors of Science ██████ from the University of Southern California, Los Angeles. Given his position and career history, he most likely has a net worth of at least ██████ | 25-Jul |
| 37 | UID_0000929348994 | | | Faculty Member | Early Decision | is of interest to ██████ of ██████ and adjunct professor at the ██████ mother ██████ is an entertainment attorney in ██████ who represents NU alum. | | OP/ARD | Denied | | B3 | | Ballpark MG Capacity: $1.25M to $2M. Mother ██████ is an entertainment lawyer whose appeared on ██████ list of ██████ She is a founding member of the firm ██████ Father ██████ affiliated with ██████ which owns properties in ██████ NU Lifetime Giving: $0 | 19-Nov |
| 38 | UID_0000984703607 | Schapiro, Morton | President | | Early Decision | met President Schapiro following his talk at ██████ in April 2013. Her father is an NU alum. She visited NU in September 2013. | | OP/ARD | Complete | | C | | Ballpark MG capacity: $200K. ██████ is a ██████ in ██████ Has given $45 to NU. | 2-Oct |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 39 | UID_0000466118081 | | Bienen, Henry & Shapiro, Morton | President Emeritus & & President | Early Decision | is the niece of assistant to major function is schools and is the Her information and resume were forwarded to President Emeritus Henry Bienen, who then sent them to the OAP. also forwarded a message from to President Schapiro in support of application. also contacted NU Trustee Michael Sacks in support of application. | | OAP/OP/ARD | Denied | | C | | Ballpark MG Capacity: $150K to $250K. Father and mother are lawyers with their own practice. which specializes in employment and labor law. Three other attorneys work there. NU Lifetime Giving: $0 | 24-Oct |
| 40 | UID_0000259648581 | | DeNaut, Jim | Trustee | Early Decision | is of interest to NU Trustee Jim DeNaut. | | BOT/OAP/ARD | Complete | | | | Ballpark MG Capacity: more than $260,000 is the daughter of Her father was recently regional sales vice president at and was previously vice president of national accounts for Their home in has a current estimated market value of while condo in has a current estimated market value of | 6-Nov |
| 41 | UID_0000146569030 | | Schapiro, Morton | President | Early Decision | is the daughter of She was referred to President Schapiro by | | OP/ARD | Admit | | B3 | | Ballpark MG Capacity: $250K - $499K. is a dentist in He has his own practice. Further information this could not be found through available sources. He is on the board of directors of the He donated at least $5,000 to the museum. The home in is held in trust and has a current market value of | 2-Oct |
| 42 | UID_0001199261781 | | | | Early Decision | is the granddaughter of She is visiting NU in October 2013. | | BOT/OAP | Denied | | B2 | | Capacity rating $4.25 million. University overall rating of $10K - $24K. is the granddaughter of is the founder of a manufacturer of hair care products including was the first was owned company to owns a condominium in market value and a home in market value of major gift capacity of is based on his estimated net worth of per Wealth-X. daughter and mother, is who is lifetime giving to NU is $407,776. | 24-Oct |
| 43 | UID_0000965945001 | | | | Early Decision | is of interest to is the daughter of the leader of | | OP | Complete | | | | | |
| 44 | UID_0000642201665 | | Northbrook, IL. | ARD Interest | Early Decision | | | ARD | Denied | | C | | No ARD information available | |
| 45 | UID_0000688131783 | | Schapiro, Morton | President | Early Decision | is the daughter of and her a doctor at brother met with President Schapiro in August 2013. | | OP/ARD | HOLD | | C | | Ballpark MG Capacity: $150K. Father is a pediatric otolaryngologist. NU Lifetime Giving: $0 | 2-Oct |
| 46 | UID_0001157442240 | | Angelson, Mark | Trustee | Early Decision | is of interest to NU Trustee Mark Angelson. She was brought to Mr. Angelson's attention by | | OAP/BOT/ARD | Complete | | B3 | | Ballpark MG Capacity: $300K to $500K. Father is global chief privacy officer and VP- at Mother has worked as a healthcare consultant. | 19-Nov |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 1 | | | | | | | | | | | | | | |
| | UID_0000488671875 | | Sunshine, Gene | Vice President for Business and Finance | Early Decision | was brought to President Schapiro's attention by Gene Sunshine. was brough to Gene Sunshine's attention by _____ _____ is a family friend of Mr. _____ | | OP/ARD | Denied | ■ | C | | Ballpark MG Capacity: $225K. Mother _____ is a lawyer but does not appear to be practicing at this time. Father _____ is the managing director of the _____ _____ NU Lifetime Giving: $765. | 19-Nov |
| 47 | | | | | | | | | | | | | | |
| 48 | UID_0000677014206 | | ARD-Truta, Lively | | Early Decision | | | ARD | Denied | ■ | B3 | | $500K-$999K _____ LG:$9K | |
| 49 | UID_0000102180415 | | | | Early Decision | is of interest to KSM Alum _____ He sent his interest directly to KSM | | KSM | Complete | ■ | C | | No ARD information available | |
| 50 | UID_0000312531523 | | Jeff Reuben | Son of Trustee | Early Decision | _____ is the daughter of _____ CEO of _____ She was referred for a campus visit by Jeff Reuben, son of NU Trustee Don Reuben. _____ visited NU in October 2013 | | BOT / ARD / OAP | HOLD | ■ | B1 | | Ballpark MG capacity: $2.25M _____ is CEO of _____ | 2-Oct |
| 51 | UID_0000674883440 | | ARD-NYC | | Early Decision | | | ARD | HOLD | ■ | C | | No ARD information available | |
| 52 | UID_0000284725328 | | ARD-Carper | | Early Decision | | | ARD | Denied | ■ | C | | No ARD information available | |
| 53 | UID_0000907382471 | | ARD_Kennedy | | Early Decision | | | | Complete | ■ | C | | No ARD information available | |
| 54 | UID_0002944823267 | | | Alumnus | Early Decision | _____ is of interest to his father and KSM alumnus _____ He contacted Kellogg directly to express interest in this application. | | KSM/ARD | Admit | ■ | A | | UOR: $10M-$24.9M _____ is chairman, CEO and president of _____ a closed-end investment company. _____ is a member of the _____ and his wife made a _____ to support Kellogg. Total NU _____ | 19-Nov |
| 55 | UID_000088094128 | | Posner, Brian | Trustee | Early Decision | _____ is of interest to NU Trustee Brian Posner. He is the son of close family friends _____ | | BOT/OAP | Complete | ■ | C | | Ballpark MG Capacity: $125K to $175K. Father _____ is a cardiologist. Mother _____ is a speech-language pathologist. Lifetime NU Giving: $0 | 24-Oct |
| 56 | UID_0000773139912 | | DeNaut, Jim | Trustee | Early Decision (SoC - Theatre) | _____ is of interest to NU Trustee Jim DeNaut. | | BOT/OAP | HOLD | ■ | B3 | | Ballpark MG Capacity: More than $240,000. _____ is executive vice president of sales and marketing at _____ Their home in _____ have an estimated market value of _____ | 19-Nov |
| 57 | UID_0000234209343 | | (father) | ARD | Early Decision | _____ is the son of _____ an engaged alum through ARD. | | ARD | HOLD | ■ | B1 | | Major Gift Capacity: $900,000 _____ is a senior partner at _____ is married to _____ his second wife _____ in May 2009. In a 2004 contact report, _____ was quoted as saying that he and his wife gave away _____ to schools and charities. In a June 2012 contact report _____ stated that he has made gifts totaling approximately _____ in the last five years and that he and his wife give about _____ annually to the _____ which supports local performing arts groups. From 2010 to 2012 _____ gave at the _____ own two properties, their primary residence at _____ with a current estimated market value of _____ and a 5,000-square-foot vacation home in _____ with a current estimated market value of _____ lifetime giving to NU is _____ | 2-Oct |
| 58 | UID_0000688089594 | | (brother) | Brother | Early Decision | _____ is of interest to his brother and NU alum _____ who contacted President Schapiro via email and mail. _____ was involved with the _____ in _____ | | OP/ARD | Complete | ■ | C | | Ballpark MG capacity _____ is a board-certified audiologist and founder and CEO of _____ a provider of _____ _____ NU Giving: $0 | 19-Nov |

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | UID_0000350277705 | Bienen, Henry | | President Emeritus | Early Decision | ███ is of interest to Henry Bienen. He is the godson of ███ Chairman of ███ | | OAP/ARD | HOLD | | C | | Ballpark MG Capacity: $100K - $249K ███ is the owner of ███ The firm was established in 1987 and does not have a web site. Per Experian, the company's most recent annual sales totaled approximately ███ His wife, ███ is a homemaker. They own several properties in ███ which could be affiliated with ███ property management company. Their home ███ has a current market value of ███ The other homes that they own have combined current market values totaling ███ | 6-Nov |
| 60 | UID_0000219288637 | | | Alumnus | Early Decision | ███ was brought to President Schapiro's attention by NU alumnus ███ mother ███ is also an NU alum and a NUBAA Promise donor. Her father ███ is an executive at ███ and a supporter of NU and ███ met with President Schapiro in ███ | | OP/ARD | Complete | | C | | Ballpark MG capacity: $175,000 ███ is a ███ donor. Father ███ might be a regional president for the ███ NU giving: $1,160 | 19-Nov |
| 61 | UID_0000303084430 | Hayward, Thomas | | Trustee | Early Decision | ███ is of interest to NU Trustee Tom Hayward. She is interested in Theatre and attending the NU Cherubs program. ███ mother is an NU alum, and her father (deceased) was a fraternity brother of Mr. ███ | | OAP/BOT/ARD | Denied | | C | | Ballpark MG capacity: $190,000. ███ is a financial advisor at ███ in the ███ area. NU giving: $950 | 19-Nov |
| 62 | UID_0000722985267 | Pritzker, JB | | Trustee | Early Decision | ███ is the son of ███ and was brought to President Schapiro's attention by NU Trustee JB Pritzker. ███ met with President Schapiro in September 2013. | | OP/ARD | Denied | | B1 | | Ballpark MG Capacity: $235,500 ███ is a partner at the boutique law firm of ███ is married to ███ who, according to LinkedIn, is an independent entertainment professional who graduated from the ███ charitable giving has included contributions to the ███ Their home in ███ has a current estimated market value of ███ total lifetime ███ | 2-Oct |
| 63 | UID_0000677514020 | Ryan, Pat | | Trustee | Early Decision | ███ is of interest to NU Trustee Pat Ryan. ███ is the son of ███ | | OP/BOT/OAP | Denied | | C | | No ARD information available | |
| 64 | UID_0000021740146 | Simpson, Lou O'Connor, James | | Trustees | Early Decision | ███ is of interest to NU Trustee Lou Simpson. She sent her information to Kimberly Querry, wife of Mr. Simpson - according to their communication it looks like they met earlier in 2013. Mr. Simpson sent ███ bio and resume to the OAP. NU Trustee James J. O'Connor also submitted a letter of recommedation for ███ | | BOT/OAP/ARD | Complete | | B1 | | Ballpark MG Capacity: $2.5 million. Sister ███ is ███ Mother ███ is a homemaker (per 2009 Admissions file). ███ is not listed on the Admissions file, but appears to be the father or stepfather of ███ He is the independent director of ███ was previously the chief operating officer of ███ until his retirement in December 2010 after almost 20 years.  Lifetime NU Giving: $0. | 24-Oct |
| 65 | UID_0000295322722 | Wirtz, Rockwell | | Trustee | Early Decision | ███ is of interest to NU Trustee Rockwell Wirtz. She is the daughter of ███ a business associate and friend of Wirtz's. | | BOT/OAP/ARD | Admit | | B3 | | Ballpark MG Capacity: $300K to $500K.  Father ███ is the COO of ███ a family owned business that employs about ███ (sales and revenue figures n/a). He is also vice president of the ███ whose sole donors are ███ and the ███ | 24-Oct |
| 66 | UID_0000938039083 | ARD-Carper | | | Early Decision | | | ARD | Denied | | C | | No ARD information available | |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 1 | | | | | | | | | | | | | | |
| 67 | **UID_0000440420494** | | Mabie, Martha | Trustee | Early Decision | ▮ is of interest to NU Trustee Martha Mabie. She is the daughter of NU active donor (possibly to Athletics) ▮ | ▮ | OAP/BOT | Denied | | B3 | | Major gift capacity: $260,000 (2013 capacity evaluation). ▮ [C '84) is CEO and a co-founder of ▮ a company that provides contact centers and business ▮ providers with ▮ software. ▮ is a member of the ▮ and is a former ▮ He was a founding member and board member of the ▮ He reports that he is also a founding member of the ▮ and the ▮ program. He also states that he has assisted the ▮ and highlevel multi-year giving programs for other NU sports, as well. NU giving: $91,000. | 19-Nov |
| 68 | **UID_0000870365677** | | | | Early Decision | ▮ is of interest to ▮ affiliation | | OP | Complete | | | | | |
| 69 | **UID_0000567392678** | ▮ | (father) | Alumnus/Parent | Early Decision | ▮ was brought to President Schapiro's attention by his father ▮ Both ▮ and his wife are alumni of NU. | ▮ | OP/ARD | HOLD | | B1 | | Officer Rating: $1M - $1.9M. MG Capacity: $2M - $4.9M ▮ is the chief investment officer of ▮ an asset management firm with more than ▮ in assets under management ▮ estimated annual compensation is ▮ His wife, ▮ is ▮ Between 2005 and 2011, they made the following donations: ▮ are the only trustees of the ▮ which has 2011 assets totaling ▮ The foundation made contributions totaling ▮ in 2011. Beneficiaries included ▮ is a director of the ▮ According to the 2011 IRS Form 990, the foundation had ▮ in assets and the end of the year and made contributions of ▮ in that same time period. Significant contributions include ▮ residence in ▮ is owned by ▮ in care of ▮ The home has an estimated market value of ▮ lifetime giving to NU is $5,300. | 6-Nov |
| 70 | **UID_0000274194322** | ▮ | Mother | | Early Decision | ▮ is the daughter of ▮ (founder of ▮ restaurants) and ▮ an NU PhD). The ▮ family met with Jay Walsh in 2013 - ▮ wrote Jay Walsh to bring his attention to ▮ application. | ▮ | OP/ARD | Denied | | C | | $500K-$999K, LG: 9K | |
| 71 | **UID_0000602636182** | | ▮ | | Early Decision | ▮ is of interest to ▮ - he wrote to bring her application to President Schapiro's attention. ▮ is the daughter of ▮ a former classmate of ▮ who has served on the ▮ | ▮ | OP/ARD | Denied | | C | | No ARD information available | |
| 72 | **UID_0000920279991** | | ▮ | | Early Decision | ▮ was brought to President Schapiro's attention by ▮ father, ▮ has founded many ▮ startups and is currently with ▮ mentioned that Mr. ▮ would be happy to talk to the BioEngineering department at NU. | ▮ | OP/ARD | Complete | | C | | No ARD information available | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 73 | **UID_0000054656682** | DeNaut, Jim | Trustee | Early Decision | is of interest to NU Trustee Jim DeNaut, ███ alumnus and parent, sent a letter in support of ███ application to Mr. DeNaut. | | BOT/OAP/ARD | Admit | | C | | No ARD information available | 6-Nov |
| 74 | **UID_0000380129391** | B H Kothari | ARD Interest | Early Decision | | | ARD | HOLD | | C | | Ballpark MG Capacity: $40K to $100K. Father/Guardian ███ appears to be an assistant director in the ███ of the ███ | |
| 75 | **UID_0000566007402** | R. Williams | ARD Interest | Early Decision | | | ARD | Complete | | B3 | | -- Research Evaluation -B  $500K - $999K ; Officer Rating - A7 $1M - $1.9M -- $38285 -- Qualifying Research; see text below As of September 2004, ███ title was Managing Director and Head, Financial Institutions, ███. It apparently has not changed since then, ███ was not able to verify his title, but stated that mail to ███ can be sent to: ███

A home address for ███ in ███ is not available, however, his wife is still listed as the owner of their home at ███

Based solely on the value of his home in ███ (which is approximately ███ ███ major gift capacity would be at least $600,000. | |
| 76 | **UID_0000695532380** | Martin, Lanny | Trustee | Early Decision | is of interest to NU Trustee Lanny Martin. She has applied Early Decision and is a contender for the ███ scholarship. | | OAP/BOT | Admit | | | | No ARD information available | |
| 77 | **UID_0000154118001** | Linzer, Daniel | Provost | Early Decision | is the son of ███ Provost Linzer brought his application to President Schapiro's attention. | | OP/ARD | Admit | | C | | Ballpark MG Capacity: $75K. ███ is the ███ Mother ███ is a research assistant professor in ███, NU Lifetime Giving: $500. | 19-Nov |
| 78 | **UID_0000183104373** | Hayward, Thomas | Trustee | Early Decision | is of interest to NU Trustee Thomas Hayward. He has met him and sent a letter of recommendation to Marilyn McCoy in the Board of Trustees' office. | | BOT/OAP/ARD | HOLD | | B1 | | Ballpark MG Capacity: $1.4M ███ the retired executive vice president of ███ and president of the ███. Has given ███ to NU. ███ is a director of the ███ along with his four siblings. | 24-Oct |
| 79 | **UID_0000856676246** | ███ | Father | Early Decision | is of interest to her father. ███ the Vice Chairman of ███ in ███ met President Schapiro during his trip to ███ in July 2013. | | OP/ARD | HOLD | | B3 | | Ballpark MG Capacity: $300k - $500k. ███ is the vice chairman of ███ sales in 2012 were approximately more than ███ ███ where tuition, depending on the program, is between ███ have two children there. | 19-Nov |
| 80 | **UID_0000022827760** | | ARD-Grant | ARD Interest | | | ARD | Denied | | C | | No ARD information available | |
| 81 | **UID_0000407756150** | Baglivo, Mary | VP for Global Marketing | Early Decision | is of interest to Mary Baglivo, NU VP for Global Marketing and CMO (and former Trustee) ███ is the son of ███ and individual with ███ is a friend of Mary Baglivo's, and could be a potential donor. | | OAP/ARD | HOLD | | B3 | | Ballpark MG Capacity: $250K to $500K. ███ is an ███. She currently is hosting her ███ ex-husband and the father of applicant ███ is a ███ NU Lifetime Giving: $0 | 6-Nov |

NWE_REV_01467102

| | A<br>Last Name | B<br>First Name | C<br>Interested Party | D<br>Affiliation | E<br>Application Type | F<br>Comments | G<br>High School | H<br>Submitted by | I<br>Decision | J<br>HighScore | K<br>Level of Interest | L<br>Decision Summary | M<br>Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UID_0000204049473 | Katz, Ellen Philip | Trustee Family Member | Early Decision | | Trustee Ellen Philips Katz. She is the daugher of NU alumni ... was also brought to President Schapiro's attention by ... It has been noted that ... has overcome many medical issues through her high school career. | | BOT/OAP/OP/ARD | Denied | | B2 | | Capacity Rating of $2M - $4.9M and University Overall Rating of $250K to $499K. ... father ... is ... His wife ... is his brother. ... is FSM ... is the owner of ... co-founded ... and a director of ... a firm based in ... in ... and sold the firm to ... for an undisclosed sum. ... own a home in ... with a current market value of ... net worth is estimated by Wealth-X to be ... which is what his capacity rating is based on. ... lifetime giving to NU is $2,755. | 24-Oct |
| 82 | UID_0000783904190 | | (father) | Alumnus | Early Decision | ... was requested for tracking through KSM ... she is the daughter of KSM alumnus ... Senior Vice President of ... | | KSM/ARD | HOLD | | B3 | | Ballpark MG Capacity range of $250K - $499K. University Overall Rating $250K - $499K. ... is head of ... national ... does not have a family foundation and giving could not be found for him or his wife to other nonprofit organizations. ... and his wife ... own a home in ... current value of ... and a home in ... current value of ... lifetime giving to NU is $2,400. | 24-Oct |
| 83 | UID_0000297512556 | Keyman, Melih | Trustee | Early Decision | | ... is of interest to NU Trustee Melih Keyman. Mr. Keyman also contacted Aaron Zdawczyk in the Undergraduate Admissions office regarding his support for her application. ... is the daughter of family friends' of Mr. Keyman's, and she also interned at ... father is a KSM alumnus and President of ... | | OP/ARD | Complete | | B3 | | Ballpark MG Capacity: $850K to $850K. Father ... has been the ... since May 2012 ... Previously he was President ... He also spent significant time at ... with ... is a member of the ... UOR of: $50K to $99K; Lifetime NU Giving: $16,750 | 19-Nov |
| 84 | UID_0000439269486 | Nacol, NYC | ARD Interest | Early Decision | | | | ARD | ED Deferral | | B3 | | MG Capacity: 250K - $499K. Mother ... is a former vice president of ... a vice president in ... She is married to ... circa 2008. $UOR: $100K - $249K; NU Lifetime Giving: $417,412 | |
| 85 | UID_0000245357130 | French, Bon | Trustee | Early Decision | | ... is of interest to NU Trustee Bon French. She is the daughter of ... Chief Investment Officer for the ... | | BOT/OAP/ARD | HOLD | | C | | Ballpark MG Capacity: $550,000 ... is vice president and chief investment officer of the ... 2012 total assets: ... 2012 total grants: ... Her 2012 compensation there was ... owns a home at ... which has a current estimated market value of ... per Zillow.com. | 6-Nov |
| 86 | UID_0000239521005 | ARD-P. Ryan, Davidson | ARD Interest | Early Decision | | | | ARD | Denied | | C | | No ARD information available | |
| 87 | UID_0000262691368 | | Father | Early Decision | | ... visited President Schapiro in October 2013 accompanied by ... | | OP/ARD | Complete | | B3 | | MG Capacity: ... (5/2013 cap eval). UOR: $2 million - $4.9 million. ... is CEO of investment bank ... | 24-Oct |
| 88 | UID_0000331068554 | ARD-Watkins | ARD Interest | Early Decision | | | | ARD | Denied | | C | | No ARD information available | |
| 89 | UID_0000976037661 | | Alumni, Parents | Early Decision | | ... is the son of ... Executive Vice President, ... | | OP/ARD | Denied | | B3 | | Officer rating: $25K - $49K. Ballpark MG Capacity: $500K - $999K ... the EVP of ... at ... gave at least ... and at least ... a public charity in ... home in ... which is held in trust, has a current market value of ... lifetime giving to NU is $11,490. | |
| 90 | UID_0000828623866 | ARD-P. Ryan | ARD Interest | Early Decision | | | | ARD | HOLD | | C | | No ARD information available | |
| 91 | UID_0000425445808 | ARD-Truta | ARD Interest | Early Decision | | | | ARD | HOLD | | C | | $500K-$999K. ... LG:$7K | 19-Nov |

NWE_REV_01467102

8[DATE] &[TIME]                            **Fall 2014 Admissions Interest List: Undergraduate**                            Page 11 of 23

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 / 93 | UID_0000161421315 | Kabiller, David | Trustee | | Early Decision | is of interest to NU Trustee David Kabiller. ▇▇▇ was brought to Mr. Kabiller's attention by his father Managing Partner at ▇▇▇ in NYC. Mr. Kabiller sent his interest to Matt TerMolen in ARD, who forwarded it to the OAP ▇▇▇ sister ▇▇▇ is a sophomore at NU. | | BOT/OAP/ARD | Admit | | A | | Ballpark MG Capacity: $25 million-$49.9 million ▇▇▇ is managing partner of ▇▇▇ ▇▇▇ in ▇▇▇ estimated annual sales ▇▇▇ | 6-Nov |
| 94 | UID_0000015632720 | ARD-Truta | ARD Interest | | Early Decision | | | ARD | HOLD | | C | | No ARD information available | 25-Jul |
| 95 | UID_0000872540443 | | ▇▇▇ | | Early Decision | is of interest to ▇▇▇ She is close friends with ▇▇▇ | | OAP/BOT/ARD | Admit | | C | | Ballpark MG Capacity: $20,000 ▇▇▇ is assistant director of student preparation on the ▇▇▇ Her ▇▇▇ home has an estimated current market value of ▇▇▇ per the tax assessor. | 25-Jul |
| 96 | UID_0003325641342 | ARD-Morris, P. Ryan | ARD Interest | | Early Decision | | | ARD | Denied | | C | | No ARD information available | 25-Jul |
| 97 | UID_0000159566095 | ARD-Lindee | | | Early Decision | | | ARD | Complete | | B3 | | Ballpark MG $500K to $999K.  Father ▇▇▇ is a managing partner at ▇▇▇ does not appear to be currently as a practicing attorney. Both have served as ▇▇▇ volunteers, and ▇▇▇ is currently in the ▇▇▇ UOR: 250K - ▇▇▇ | 19-Nov |
| 98 | UID_0003353294052 | | Alumna | | Early Decision | is the niece of ▇▇▇ a NU alumna ▇▇▇ and her family attended the ▇▇▇ In November 2013 ▇▇▇ father ▇▇▇ is an NU Medical School grad and current Chairman of the Dept. of Orthopaedics at the ▇▇▇ | | OP | Denied | | C | | No ARD information available | |
| 99 | UID_0000671203402 | | Father | | Early Decision | is the daughter of ▇▇▇ President of The ▇▇▇ President Schapiro was interviewed by them when he was in China and he had the opportunity to meet ▇▇▇ twice (according to ▇▇▇ | | OP | Denied | | C | | Ballpark MG Capacity: $100k - ▇▇▇ is the General Manger and Editor in Chief of ▇▇▇ He received a bachelor's in journalism from ▇▇▇ a master's in public administration from ▇▇▇ and a PhD in Business Administration from ▇▇▇ is ▇▇▇ helped found the ▇▇▇ and became its editor-in-chief.  In 2004, he has authored many books, including ▇▇▇ | |
| 100 | UID_0000560353310 | ARD-Rodeno | ARD Interest | | Early Decision | | | ARD | HOLD | | C | | No ARD information available | 6-Nov |
| 101 | UID_0000654160217 | | | | Early Decision | is the granddaughter of ▇▇▇ She was brought to the attention of Bob McQuinn by ▇▇▇ sister of ▇▇▇ | | ARD/OP/BOT | Admit | | B1 | | Ballpark MG Capacity:  $100,000 ▇▇▇ s an attorney with the ▇▇▇ law firm ▇▇▇ husband, ▇▇▇ is a tax partner at ▇▇▇ the accounting firm ▇▇▇ estimated 2012 sales ▇▇▇ home at ▇▇▇ had an estimated market value of ▇▇▇ | |
| 102 | UID_0000148211931 | Chabraja, Nick | Trustee | | Early Decision | is of interest to NU Trustee Nick Chabraja. Her father is a successful lawyer ▇▇▇ who volunteers to teach ▇▇▇ | | BOT/OAP/ARD | HOLD | | B3 | | Ballpark MG Capacity: $225K.  Father ▇▇▇ is a partner at the law firm ▇▇▇ specializing in construction law, project controls and procurement contracts in the energy industry.   He is also a director at the ▇▇▇ which gives to education, health organization and human services organizations (2012 assets ▇▇▇ | 6-Nov |
| 103 | UID_0000665770262 | Osborn, Bill | Trustee | | Early Decision | was recommended by ▇▇▇ ▇▇▇ California - he emailed a recommendation to NU Chairman of the Board of Trustees Bill Osborn. | | BOT/OAP/ARD | Complete | | C | | Ballpark MG Capacity: more than $15,000 ▇▇▇ is the daughter of ▇▇▇  Her father is a data scientist at ▇▇▇ and her mother is a former private middle school math teacher in ▇▇▇ who is currently taking graduate courses at ▇▇▇ (degree expected in 2015) and living in university housing. (Parents appear to have lived in separate residences for several years.) | 19-Aug |

NWE_REV_01467102

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | UID_0000639495429 | | D. Williams | ARD Interest | Early Decision | | | | Complete | | B2 | | MG Capacity: $7M. Grandfather ████ is the senior vice president of ████ He is now working part-time and is expected to retire sometime in the near future. He is currently planning a ████ in his will. He formerly served as chairman of the ████ Mother ████ is a trustee in her parents' foundation, which gives mostly to the disadvantaged in ████ UOR $1M to $1.9M; NU Lifetime | 2-Oct |
| 105 | UID_0000611391361 | | | Alumnus | Early Decision | ████ is of interest to KSM alumnus ████ He contacted KSM directly to express interest. | | KSM/ARD | Admit | | B3 | | Father ████ is the co-head of the ████ of the law firm ████ The firm has ████ is number ████ in profits per partner ████ Step-mother ████ is an art dealer. She is a ████ affiliate. UOR: $2M to $4.9M; NU | 24-Oct |
| 106 | UID_0000425310470 | | ARD-Nacol, NYC, Trufa | ARD Interest | Early Decision | | | ARD | HOLD | | C | | No ARD information available | 25-Jul |
| 107 | UID_0000986040587 | | | Grandfather | Early Decision | ████ is the granddaughter of ████ She has met with Jeffrey Porter and Michael Kessler (████ ). | | OP/ARD | Denied | | B3 | | Ballpark MG Capacity of $300,000 to $450,000. ████ is the daughter of ████ ████ litigation partner in the ████ office of ████ and ████ is a general business lawyer and partner with the law firm of ████ is the son of ████ former chief medical officer at the ████ home in ████ | |
| 108 | UID_0000070365877 | | Douglas, Chuck | | Early Decision | ████ is of interest to NU Trustee Chuck Douglas. She is the daughter of one of Mr. Douglas' ████ | | BOT/OAP/OP/ARD | Complete | | B3 | | Ballpark MG Capacity: $400K to $600K. Mother ████ is a ████ office and practices in the ████ Group.  Father is ████ Lifetime NU Giving: $0 | |
| 109 | UID_0000702393792 | | | Alumnus | Early Decision | ████ is of interest to KSM alumnus ('87) ████ He contacted KSM directly to express interest. | | KSM/ARD | Complete | | C | | Ballpark MG Capacity: $500k – ████ graduated from Vassar College. He Managing Director and Vice President of ████ newly formed ████ department. She graduated from Columbia University. They own property in ████ and ████ valued at ████ | |
| 110 | UID_0000151008037 | | | Father | Early Decision | President Schapiro met with ████ and her father ████ at the Wildcats on ████ in July 2013. | | OP/ARD | Admit | | C | | Ballpark MG Capacity: $25k – ████ is a professor at ████ He received a B.S. in electronics engineering from ████ national University and a PhD in electrical engineering from University of Southern California. Prior to joining ████ had been the ████ as a member of their technical staff where he was involved in developing mobile communication systems and satellite communication systems. | 24-Oct |
| 111 | UID_0000676815180 | | Schapiro, Morton | President | Early Decision | ████ is of interest to Morton Schapiro. He emailed President and Mrs. Schapiro in November 2013 to bring attention to his ED application. | | OP/ARD | Denied | | C | | Ballpark MG Capacity: $50k – ████ is founder and director at ████ a management consultancy firm. He has a Bachelor's degree from the University of Arizona and a Master's degree in counselling from the Phillips Graduate Institute, and training in the application of management style analysis. Prior to ████ he worked in ████ working in production on various ████ including property in ████ for ████ valued at approximately ████ | 19-Nov |
| 112 | UID_0000488604424 | | | Father | Early Decision | ████ is the daugher of ████ She visited NU in October 2013, and attended a football game as President Schapiro's guest ████ is the president of the ████ ████ also wrote in support of ████ application, and indicated that ████ would be supportive of the university. | | OP/ARD | Denied | | B3 | | Ballpark MG capacity: $285K. ████ is president of ████ (formerly ████ He is a trustee of ████ and a member of the board of the ████ | |
| 113 | UID_0000879097225 | | ARD-Horner, NYC | ARD Interest | Early Decision | | | ARD | Complete | | C | | No ARD information available | 19-Nov |

| | A Last Name | B First Name | C Interested Party | D Affiliation | E Application Type | F Comments | G High School | H Submitted by | I Decision | J HighScore | K Level of Interest | L Decision Summary | M Development Information | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 114 | UID_0000763366180 | Waddell, Rick | | Trustee | Early Decision | is of interest to NU Trustee Rick Waddell ▮ father is ▮ of Mr. Waddell's. The OP also received a message from ▮ in support of ▮ application | | BOT/OAP/ARD | Admit | | A | | Ballpark MG Capacity: $25M+ - Father ▮ made a fortune in banking. He has made naming gifts for buildings at ▮. In 2009, the ▮ was named the ▮ after a gift estimated at ▮ (The actual amount was not disclosed.) ▮ and also own ▮ and his late father's estate are the sole donors to the ▮. He was a Cherub in the ▮ He has also served as ambassador to ▮ | 19-Nov |
| 115 | UID_0000787149111 | Baglivo, Mary | VP for Global Marketing | | Early Decision | is of interest to Mary Baglivo, NU VP for Global Marketing. She is a student at ▮ | | OAP/ARD | HOLD | | C | | Ballpark MG Capacity: $150,000. ▮ is the daughter of ▮ Both her parents are ▮ Their home in ▮ has a current estimated market value of ▮ | |
| 116 | UID_0000490034508 | ARD-Morris, Truta, Kabiller | | ARD Interest | Early Decision | | | ARD | Complete | | C | | | |
| 117 | UID_0000840734192 | | ARD-NYC | | Early Decision | | | ARD | HOLD | | C | | | 6-Nov |
| 118 | UID_0000128183564 | | Acquaintance of President | | Early Decision | was brought to President Schapiro's attention by ▮, an acquaintance of President Schapiro's from Williams. | | OP/ARD | Complete | B3 | | | Ballpark MG Capacity: $300k – ▮ is a Brokerage Manager at ▮ where he has been since 2005. He owns a ▮ known as ▮ valued between $50k and $100k. He is a member of the ▮ They own property in ▮ valued at approximately $1.8 million | |
| 119 | UID_0000981548136 | | ARD-Lindee | | ARD Interest | Early Decision | | | ARD | Complete | | C | | No ARD information available | 19-Nov |
| 120 | UID_0000204100175 | | ARD-NYC | | ARD Interest | Early Decision | | | ARD | HOLD | | C | | No ARD information available | 6-Nov |
| 121 | UID_0000716042462 | | ARD-Davidson | | ARD Interest | Early Decision | | | ARD | HOLD | B3 | | | No ARD information available | 6-Nov |
| 122 | UID_0000791029819 | Osborn, Bill | | Trustee | Early Decision | is of interest to NU Chairman of the Board of Trustees Bill Osborn. She is the daughter of ▮ Director of Development for ▮ | | OAP/BOT/ARD | Denied | | A | | Ballpark MG Capacity: $20,000-$30,000. ▮ (WCAS ▮) is director of development for ▮, a "change agent" committed to inclusion, independent living and empowerment for people with disabilities, and the disability community. NU Lifetime Giving: $0. | 6-Nov |
| 123 | UID_0000589682522 | Osborn, Bill | | Trustee | Early Decision | is of interest to Bill Osborn, Chairman of the NU Board of Trustees. ▮ was brought to Mr. Osborn's attention by ▮ is the grandson of attorney ▮ whose firm has handled many high-profile national and international plaintiff actions. Please see email from Mr. Osborn for more specifics. | | BOT/OAP/ARD | Admit | | C | | Ballpark MG Capacity: More than $185,000. ▮ is managing director-special projects for ▮ an asset management firm, and has served in a variety of ▮ at ▮ since 1999. He also serves as portfolio manager at ▮ fund of funds. In addition also manages special projects for ▮ which has more than ▮ employees and manages ▮ with more than ▮ in assets under management ▮ additionally serves as chairman of the board of ▮ His home in ▮ has a current estimated market value of ▮ | 24-Oct |
| 124 | UID_0000002679063 | | NYC | | ARD Interest | Early Decision | | | ARD | Denied | B3 | | | MG Capacity: 500K - $999K. Father ▮ has been a commodity trader at ▮ reportedly the ▮ since 1987 (from 2006 cap eval). UOR: $500K to $999K. Lifetime Giving: $251,438. | |
| 125 | UID_0000245432032 | | | | Non-Alum | Early Decision | is of interest to ▮ is the daughter of a close family friend of ▮ | | OP/ARD | Admit | B3 | | | Ballpark MG Capacity: More than $275,000. ▮ father, ▮ is a member of the law firm ▮ where his areas of practice include specializes in corporate and business, real estate and tax planning. His home in Potomac, Maryland has a current estimated market value of ▮ | 19-Nov |
| 126 | UID_0000747697384 | | | | | Early Decision | is the grandson of ▮ | | BOT/OAP/ARD | Complete | B1 | | | From 09/19/2011 Presidential Briefing: Major Gift Capacity: $500,000-$999,999 (prior charitable giving). ▮ co-chairman of ▮ is a managing director of ▮ | |
| 127 | UID_0000886089659 | | | | | Early Decision | is of interest to ▮ She is the daughter of ▮ a partner of ▮ at ▮ | | OAP/BOT/ARD | Admit | | C | | Ballpark MG Capacity: $35K to $75K. Father ▮ is a partner in the ▮ practice. | |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Interested Party | Affiliation | Application Type | Comments | High School | Submitted by | Decision | HighScore | Level of Interest | Decision Summary | Development Information | |
| 128 | UID_0000100929668 | | | | Early Decision | is of interest to ▮▮ is the daughter of ▮▮ and Alumnus, and Chief Legal Officer at ▮▮ President Schapiro met with the ▮▮ family in September 2013. President Schapiro received an email from ▮▮ recommending ▮▮ in October 2013. | | OP/ARD | HOLD | | | | Ballpark MG Capacity: $640,000 ▮▮ is chief legal officer and secretary of ▮▮ in ▮▮ (estimated annual sales: ▮▮ He and his wife, ▮▮ made gifts to the Opera in the ▮▮ and in the ▮▮ They own three residential properties in ▮▮ with a total estimated market value of ▮▮ | |
| 129 | UID_0000493925480 | | | | Early Decision | is of interest to and the nephew of ▮▮ He is indicated as "no financial aid", and has a twin brother. | | OAP/BOT/ARD | HOLD | | C | | Ballpark MG Capacity: More than $40,000 ▮▮ father is ▮▮ who, in October 2013, became the ▮▮ for ▮▮ The position is the second ranking club officer and is responsible for planning, organizing and directing a club program which meets the educational needs of the individual members. ▮▮ previously served as partner in ▮▮ however for most of his career he was a derivatives trader. He is married to ▮▮ who is the sister of ▮▮ is the wife of ▮▮ is a managing director at the ▮▮ a global investment and securities trading firm. ▮▮ home in ▮▮ has a current estimated market value of ▮▮ | |
| 130 | UID_0000061042900 | | Acquaintance of President Schapiro | Early Decision | is the son of NU alumni ▮▮ and ▮▮ was brought to President Schapiro's attention by ▮▮ whose son attends the same school as ▮▮ ▮▮ in October 2013. | | OP/ARD | HOLD | | C | | No ARD information available | 19-Nov |
| 131 | UID_0000404368444 | | | Alumnus | Emailed President Schapiro re: meeting with him on 7/5/13. | | OP/ARD | Denied | | C | | Ballpark MG Capacity: $200K. Father ▮▮ is a SVP at the ▮▮ He served on his reunion committee in ▮▮ and is a former member of the ▮▮ UOF: $100K to $249K. NU Lifetime Giving: $8K | |
| 132 | UID_0000516374223 | | | | Early Decision | is of interest to ▮▮ He is the son of one of ▮▮ partners in ▮▮ practice. | | OAP/BOT/ARD | Admit | | C | | Ballpark MG Capacity: $150K to $200K. Mother ▮▮ is a partner in ▮▮ Father ▮▮ has been an IT professional at ▮▮ NU Lifetime Giving: $8,885. | |
| 133 | UID_0000353109968 | | ARD-Minor | ARD Interest | Early Decision | | | ARD | Denied | | C | | No ARD information available | |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Last Name** | **First Name** | **Interested Party** | **Affiliation** | **Level of Interest** | **Application Type** | **Comments** | **High School** | **Submitted by** | **Decision** | **Date Entered** | |
| 2 | UID_0000696187164 | ███ | | Grandfather | | | ███ is the granddaughter of ███ President of the ███ | ███ | OP | | 5-Nov | 6-Nov |
| 3 | ███ | | Kothari, Shyam | Trustee | | | President Schapiro met with ███ and his mother ███ on 6/24/13. They were put in touch by Shyam Kothari, NU Trustee. They are friends of the Kothari family. | ███ | OP / ARD | | 07/05/13 | 25-Jul |
| 4 | UID_0000198229642 | ███ | | Alumnus | | **Fall 2015** | ███ is the daughter of ███ dental school alumnus 1988. ███ is interested in applying to the Pre Med program. | ███ | OP | | 07/05/13 | 25-Jul |
| 5 | UID_0000721186947 | ███ | | NU Regent Emeritus & John Evans Club Member | Low | | ███ is of interest to ███ is a NU Regent Emeritus, John Evans Club member and a ███ ███ sent a letter in support of ███ application to Dean Watson. | ███ | ARD | | 11/05/13 | 6-Nov |
| 6 | UID_0000902000830 | | Katz, Ellen Philip | Trustee | | | ███ is of interest to NU Trustee Ellen Philips Katz. She is the granddaughter of ███ of the | ███ | BOT/OAP | | 10/24/13 | 24-Oct |
| 7 | ███ | | ███ | Alumnus | | Potential Applicant | ███ met with President and Mrs. Schapiro in 2011 (please see back-up information). She is the daughter of NU alumnus ███ | ███ | OP | | 07/29/13 | 19-Aug |
| 8 | UID_0000606288056 | | Coughlin, Cathy | Trustee | | | ███ is the son of a friend of Cathy Coughlin. He visited NU in October 2012. | ███ | OAP | | 07/22/13 | 25-Jul |
| 9 | ███ | | Bienen, Henry | President Emeritus | | **Fall 2015** | ███ is of interest to NU President Emeritus Henry Bienen. She is the daughter of ███ the grandsom of ███ Please see back-up information for family history. It is noted that ███ is a generous man that has donated to Princeton. | ███ | OAP | | 12/03/13 | |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ████████ | | Schapiro, Morton | President | | **Fall 2015** | is the daughter of NU ████ donors ████ is a NU Law grad who recently passed away, and their son ████ is a current NU senior. Their other son, ████ spent one semester at NU and departed for family reasons (see back-up info). CANDIDATE FOR 2015. | ██████████ | OP | | 10/15/13 | 24-Oct |
| 11 | UID_0000561101109 | | Schapiro, Morton | President | | | is the son of ████ a doctor at ████ and his sister ████ met with President Schapiro in August 2013. | ██████████ | OP | | 10/01/13 | 2-Oct |
| 12 | ██████████ | | ██████████ | | | | was brought to President Schapiro's attention by her father, ████ They attended the Maine game at NU with President Schapiro in September 2013. | ██████████ | OP | | 11/19/13 | 19-Nov |
| 13 | UID_0000230024360 ████ | | | Parent | | | is of interest to her father and a ████ Trustee. | ██████████ | OP | | 11/05/13 | 6-Nov |
| 14 | UID_0000265327111 ████ | | | Dean of Bienen School of Music | | | is of interest to Toni-Marie Montgomery. She is the daughter of ████ and ████ members of the ████ and donors to the ████ | ██████████ | OAP | | 11/19/13 | 19-Nov |
| 15 | ██████████ | | Keyman, Melih | Trustee | | **Fall 2015** | is of interest to NU Trustee Melih Keyman. Her father is ████ They are visiting NU in October 2013 and will meet with President Schapiro. | ██████████ | ARD OP | | 10/1/2013 | 2-Oct |
| 16 | UID_0000260942343 | | Father | Alumnus | | | is of interest to her father, an NU Alum ████ Her father has NU giving in ████ | ██████████ | OP/ARD | | 11/19/13 | 19-Nov |
| 17 | ██████████ | | Osborn, Bill | Chairman of the Board of Trustees | | Potential Applicant | is of interest to Bill Osborn, Chairman of the Board of Trustees. He requested a tour arranged for her and her family in August 2013. She is the granddaughter of ████ | ██████████ | BOT | | 08/16/13 | 19-Aug |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ████ | | ███ | Alumnus | | | President Schapiro met with ███ and his father in ███ in July 2013. ███ is a Professor of Economics at | | OP | | 08/16/13 | 19-Aug |
| 19 | UID_0000840174921 ███ | | | Father | | | The ███ family is friends with President Schapiro. They reside in the ███ ███ They met President Schapiro in in November 2013. | | OP/ARD | | 10/01/13 | 2-Oct |
| 20 | ████ | | ███ | Father | | | ███ sat in on a class of President Schapiro's in February 2013. See email communication. ███ is the son of ███ CEO of | | OP / ARD | | 07/22/13 | 25-Jul |
| 21 | ████ | | Layton, Bruce | Government Relations | | | ███ is the niece of ███ Bruce Layton ███ would like to remain informed about her admission decision. | | OP | | 10/18/13 | 24-Oct |
| 22 | UID_0000317225166 | | ███ | | | | ███ is of interest to ███ He is the son of one of ███ senior partners at ███ in New York. | | BOT/OAP/OP | | 11/05/13 | 6-Nov |
| 23 | ████ | | ███ | Mother | | | ███ is the daughter of ███ She visited NU and met with President Schapiro on October 16, 2013. | | OP | | 11/21/13 | |
| 24 | UID_0000341954339 | | | Father | | **Fall 2015** | ███ is the daughter of ███ Managing Director of ███ contacted President Schapiro about a visit for his daughter to see NU in August 2013. | | OP | | 10/01/13 | 2-Oct |
| 25 | ████ | | Sachs, David | Trustee | | | ███ was refered to President Schapiro by NU Trustee David Sachs. He contacted the President's office to try to set up a meeting and attended an info session and campus tour in winter 2012. | | OP | | 07/05/13 | 25-Jul |
| 26 | UID_000090982484 ███ | | ███ | Alumnus & Father | | | ███ was brought to President Schapiro's attention by his father, ███ Vice President of ███ ███ They met with the President in October 2013. | | OP | | 11/19/13 | 19-Nov |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | UID_0000384305698 | | ██████████ | | | | ████ is the son of ██████ He visited NU in August 2013. His brother is 2014 candidate ████████ | ████ | OP | | 10/01/13 | 2-Oct |
| 28 | UID_0000172914910 | | ██████████ | | | | ████ is the son of ████ He visited NU in August 2013. His brother is 2014 candidate ████ | ████ | OP | | 10/01/13 | 2-Oct |
| 29 | ████████ | | ████████ | Alumna & Mother | | | ████ is of interest to his mother, NU Alum ████ He visited campus in 2012 and met with President Schapiro. | ████ | OP | | 10/18/13 | 24-Oct |
| 30 | UID_0000598208645 ████████ | | | Father | | | ████ is the son of ████ Chief Investment Officer at ████ | ████ | OP | | 11/26/13 | |
| 31 | ████████ | | Cole, Frank | Trustee | | | ████ is of interest to NU Trustee Frank Cole. She is the daughter of ████ is the granddaughters of ████ (deceased), a longtime ████ of Mr. Cole's. Mr. Cole has a very high interest in this applicant. | ████ | BOT/OAP | | 10/18/13 | 24-Oct |
| 32 | ████████████ | | | Donor | | | ████ is the son of NU ████ | ████ | OP | | 10/21/13 | 24-Oct |
| 33 | ████████ | | Nelson, Wendy | Trustee | | | ████ is of interest to Wendy Nelson, NU Trustee. He is the son of her colleague. | ████ | BOT | | 07/29/13 | 19-Aug |
| 34 | ████████ | | ████ | Donor | | **Fall 2015** | President Schapiro sent ████ a copy of 'Mountais Beyond Mountains' and noted that his family might join for the Ohio State footbal game. CANDIDATE FOR 2015 | ████ | OP | | 10/18/13 | 24-Oct |
| 35 | ████████ | | Canning, John | Trustee | | | ████ is of interest to John Canning, NU Trustee. She is the daughter of ████ President and CEO of ████ They will be visiting NU in December 2013. | ████ | OAP/BOT | | 08/16/13 | 19-Aug |
| 36 | ████ | | ████ | ██ | | | ████ is the niece of ████ | ████ | BOT | | 07/22/13 | 25-Jul |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | UID_0000222142154 | | Pigott, Jane | Trustee | | | █ is of interest to NU Trustee Jane Pigott. He is the son of █ █ a friend of Trustee Jane Pigott. She referred him to the OAP to organize a campus visit. █ will be visiting NU in October 2013. | █ | BOT | | 10/01/13 | 2-Oct |
| 38 | UID_0000514136580 | █████ | | | | | █ is of interest to █ She attends the █ which █ co-founded, and has attended his international seminars. | █ | OP | | 11/19/13 | 19-Nov |
| 39 | UID_0000817347587 | ████ | | | | | █ is the granddaughter of █ She attended an information session and campus tour in October 2013. | █ | Admissions | | 10/18/13 | 24-Oct |

NWE_REV_01467102

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F | P | Last Name | First Name | Interested Party | Affiliation | Level of Interest | Application Type | Comments | High School | Submitted by | Decision | Date Entered | |
| 2 | Y | Y | UID_0000068546990 | ████ | Alumnus | | | Transfer | See letter from father ████ alumnus. Father wrote letter to President Schapiro after admission was denied for Fall 2013. | ████ | OP | | 07/05/13 | 25-Jul |
| 3 | | Y | ████ | | Douglas, Chuck | Trustee | | Transfer | is of interest to NU Trustee Chuck Douglas. He was previously a student at the ████ Please see letter from Mr. Douglas. | ████ | BOT/OAP/OP | | 11/05/13 | 6-Nov |
| 4 | | | UID_0000449736897 | | Martin, Lanny | Trustee | | Transfer | is of interest to NU Trustee Lanny Martin. She applied in 2013 and was wait listed, and then released from the wait list. She will be applying as a transfer student for Fall 2014. ████ is the daughter of the ████ a friend of Mr. Martin's. | ████ | Admissions | | 3-Dec | |

NWE_REV_01467102

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F | P | Last Name | First Name | Interested Party | Affiliation | Level of Interest | Application Type | School | Comments | Undergrad | Submitted by | Decision | Date Entered | |
| 2 | Y | Y | ███████ | ███████ | ███ | | | Graduate | ████████████████████████████ | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F | P | Last Name | First Name | Interested Party | Affiliation | Level of Interest | Application Type | School | Comments | Undergrad | Submitted by | Decision | Date Entered |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

NWE_REV_01467102

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |

NWE_REV_01467102