# EXHIBIT 36

# Fiscal 2017 Review of AIF and Peer Data



Trustee Budget and Finance Committee
May 10, 2018



# Penn Endowment Summary
## As of 6/30/17

### Endowment by Purpose

As of 6/30/17, $9.4 billion of Penn's $12.2 billion endowment was held by academic schools and centers. The remaining $2.8 billion was held by the Health System.

A specific purpose is noted for each of the 7,000+ endowment accounts. For instance, $2.2 billion is dedicated to student aid and $6.3 billion is dedicated to academic instruction.



### Endowment by Restriction

Just over half of Penn's endowment is restricted by account terms (about 30% is permanently restricted), leaving Penn with $5.9 billion of unrestricted endowment funds. The academic component of Penn holds $3.6 billion of this and the Health System holds the remaining $2.3 billion.



### Endowment by Investment Vehicle

**REDACTED**

1



# Decomposition of Change in Penn's Endowment Value

**REDACTED**

CONFIDENTIAL

PENN568-LIT-00178395

3



# Purchasing Power of the AIF



Fiscal year end market values above the total shaded area indicate that aggregate AIF purchasing power, after all historical spending, is higher than the original purchasing power of all previous cash inflows.

As of 6/30/17, the AIF's market value was **20%** higher than the original purchasing power of all previous cash inflows.

4

CONFIDENTIAL	PENN568-LIT-00178396



# Purchasing Power of a Typical AIF Unit

**Nominal History of a Typical AIF Unit**

In nominal terms, the market value and net spending distribution of a typical AIF unit have steadily increased over time.

*Market values and spending distribution amounts in the charts are relative to 100% of fiscal 2017 values.*



**Purchasing Power History of a Typical AIF Unit**

By adjusting nominal values for higher education inflation (HEPI), we calculate the purchasing power history of a typical AIF unit. Historical points above 100% indicate inflation-adjusted unit market value or inflation-adjusted unit spending was higher in the past compared to fiscal year 2017.



5

CONFIDENTIAL                    PENN568-LIT-00178397



# Largest University Endowments

*Reported Endowment Size by Year ($mm)*

| 6/30/97 | | 6/30/07 | | 6/30/12 | | 6/30/17 | |
|---|---|---|---|---|---|---|---|
| Harvard | $10,920 | Harvard | $34,635 | Harvard | $30,435 | Harvard | $36,022 |
| Texas | 6,710 | Yale | 22,530 | Yale | 19,345 | Yale | 27,176 |
| Yale | 5,742 | Stanford | 17,165 | Texas | 18,264 | Texas | 26,535 |
| Princeton | 4,941 | Princeton | 15,787 | Stanford | 17,036 | Stanford | 24,785 |
| Stanford | 4,474 | Texas | 15,614 | Princeton | 16,954 | Princeton | 23,812 |
| Emory | 4,274 | MIT | 9,980 | MIT | 10,150 | MIT | 14,968 |
| California | 3,133 | Columbia | 7,150 | Michigan | 7,691 | **Penn** | **12,213** |
| MIT | 3,046 | Michigan | 7,090 | Columbia | 7,654 | Texas A&M | 11,556 |
| Columbia | 3,039 | **Penn** | **6,635** | Texas A&M | 7,639 | Michigan | 10,936 |
| Texas A&M | 2,951 | Texas A&M | 6,590 | Northwestern | 7,119 | Northwestern | 10,437 |
| Wash U | 2,798 | Northwestern | 6,503 | **Penn** | **6,755** | Columbia | 9,997 |
| **Penn** | **2,535** | California | 6,439 | Chicago | 6,571 | California | 9,788 |
| Rice | 2,322 | Chicago | 6,204 | Notre Dame | 6,330 | Notre Dame | 9,352 |
| Cornell | 2,125 | Notre Dame | 5,977 | California | 5,963 | Duke | 7,911 |
| Chicago | 2,031 | Duke | 5,910 | Duke | 5,555 | Wash U | 7,861 |
| Michigan | 1,989 | Wash U | 5,568 | Emory | 5,461 | Chicago | 7,524 |
| Northwestern | 1,799 | Emory | 5,562 | Wash U | 5,226 | Emory | 6,905 |
| Notre Dame | 1,468 | Cornell | 5,425 | Cornell | 4,947 | Cornell | 6,758 |
| Vanderbilt | 1,340 | Rice | 4,670 | UVA | 4,789 | UVA | 6,394 |
| Dartmouth | 1,278 | UVA | 4,370 | Rice | 4,419 | Rice | 5,814 |
| USC | 1,205 | Dartmouth | 3,760 | USC | 3,489 | USC | 5,128 |
| Johns Hopkins | 1,157 | USC | 3,715 | Dartmouth | 3,486 | Dartmouth | 4,956 |
| Duke | 1,134 | Vanderbilt | 3,488 | Vanderbilt | 3,399 | Ohio State | 4,253 |
| UVA | 1,099 | Johns Hopkins | 2,800 | NYU | 2,755 | Vanderbilt | 4,136 |
| Brown | 950 | Brown | 2,781 | Brown | 2,624 | NYU | 3,992 |
| NYU | 854 | Ohio State | 2,338 | Pitt | 2,618 | Penn State | 3,991 |
| Ohio State | 768 | Pitt | 2,254 | Johns Hopkins | 2,593 | Pitt | 3,946 |
| Pitt | 652 | NYU | 2,162 | Ohio State | 2,366 | Johns Hopkins | 3,845 |
| Penn State | 500 | Penn State | 1,590 | Penn State | 1,765 | Brown | 3,246 |

*Source:* NACUBO

7



# AIF Effective Spending Rate vs. Largest Private Universities

**AIF Effective Spending Rate**

The introduction of a higher spending target for financial aid units in fiscal 2009 brought Penn's blended effective spending rate in line with a peer average.

While the financial aid unit spending target was steadily reduced from 6.5% in fiscal 2009 to 5.3% in fiscal 2017, we expect Penn's future effective spending rates will closely match peer averages following the 2017 increase in spending target for non-financial aid units from 4.7% to 5.0%.

Beginning in fiscal 2018, all AIF endowments are using the same 5.0% spending target. Due to the smoothing component of Penn's spending rule, we expect that effective spending rates for financial aid units will converge to within 0.1% of effective spending rates for non-financial aid units by fiscal 2026.



*Notes:* Data from NACUBO. "Spending target" is defined as the spending rate used in Penn's spending rule. "Effective spending rate" is defined as net spending distributed to an endowment in a fiscal year divided the endowment's market value at the beginning of that fiscal year.

14



# AIF Net Contribution to the Academic Budget

### AIF's Net Contribution to the Undergraduate Aid and Total Academic Budgets

In fiscal 2017, the AIF contributed a net $401 million* to Penn's $3.1 billion academic budget (12.8% of budget). This includes a contribution of $49 million to Penn's $214 million budget for undergraduate aid (22.9% of budget).

*Contribution is net of investment management and endowment assessment charges.



### Contribution to Total Academic Budget Relative to Peers

The 12.8% of Penn's academic budget that is funded by AIF spending is lower than that of most peers.

*Figures for these noted peers exclude endowment payouts and budgets for consolidated health systems.

6

CONFIDENTIAL	PENN568-LIT-00178400



# AIF Investment Returns and Peer Universe Rankings

**Data for Periods ending 6/30/17**

|  | 1 Year | 3 Year | 5 Year | 10 Year | 20 Year |
|---|---|---|---|---|---|
| **Penn AIF Return** | **14.3%** | **6.6%** | **10.2%** | **6.0%** | **7.4%** |
| AIF Composite Benchmark | 11.7% | 3.8% | 8.1% | 4.9% | 6.3% |
| Higher Education Inflation (HEPI) | 3.7% | 2.5% | 2.4% | 2.4% | 3.1% |
| Peer universe median returns: | | | | | |
| Ten Large Endowments | 12.6% | 6.6% | 10.0% | 6.3% | 10.5% |
| Endowments > $1 bn (n=66) | 13.5% | 4.9% | 8.7% | 5.3% | 8.6% |
| All Colleges & Universities (n=162) | 13.2% | 4.1% | 8.0% | 4.6% | 7.1% |
| Penn's percentile rank among: | | | | | |
| Ten Large Endowments | 20% | 60% | 50% | 60% | 100% |
| Endowments > $1 bn (n=66) | 30% | 15% | 11% | 25% | 72% |
| All Colleges & Universities (n=162) | 24% | 7% | 6% | 8% | 37% |

Ten Large Endowments includes Harvard, Yale, Stanford, Princeton, MIT, Penn, Northwestern, Columbia, Notre Dame, and Duke.

*Source:* Cambridge Associates

9

CONFIDENTIAL                                                                 PENN568-LIT-00178401



# Trailing Returns for Largest University Endowments

*Annualized Returns for Periods ending 6/30/17*

| 20 Year | | 10 Year | | 5 Year | | 1 Year | |
|---|---|---|---|---|---|---|---|
| Yale | 12.1% | MIT | 7.6% | Yale | 11.7% | Texas | 15.3% |
| Princeton | 11.5% | UVA | 7.3% | MIT | 11.5% | California | 15.1% |
| Duke | 11.4% | Columbia | 7.3% | Princeton | 11.3% | Dartmouth | 14.6% |
| MIT | 11.4% | Princeton | 7.1% | Dartmouth | 10.7% | Ohio State | 14.5% |
| UVA | 11.0% | Notre Dame | 6.6% | Notre Dame | 10.3% | MIT | 14.3% |
| Notre Dame | 10.7% | Yale | 6.6% | **Penn** | **10.2%** | **Penn** | **14.3%** |
| Stanford | 10.4% | Dartmouth | 6.5% | UVA | 10.0% | NYU | 14.1% |
| Dartmouth | 10.3% | Rice | 6.4% | Rice | 9.9% | Rice | 14.0% |
| Michigan | 9.7% | **Penn** | **6.0%** | Columbia | 9.7% | Texas A&M | 13.9% |
| Harvard | 9.5% | Duke | 6.0% | California | 9.5% | Pittsburgh | 13.9% |
| Columbia | 9.5% | Stanford | 5.8% | Stanford | 9.5% | Michigan | 13.8% |
| UChicago | 9.1% | Michigan | 5.6% | Duke | 9.3% | Columbia | 13.7% |
| Rice | 8.7% | Penn State | 5.6% | Brown | 9.1% | Brown | 13.4% |
| Northwestern | 8.6% | California | 5.4% | Texas | 9.0% | Stanford | 13.1% |
| Brown | 8.6% | Northwestern | 5.4% | USC | 8.9% | Johns Hopkins | 13.0% |
| USC | 8.4% | UChicago | 5.4% | Michigan | 8.9% | USC | 12.9% |
| Vanderbilt | 8.2% | Pittsburgh | 5.3% | Northwestern | 8.7% | Emory | 12.8% |
| Texas | 7.7% | Texas A&M | 5.3% | Texas A&M | 8.6% | Duke | 12.7% |
| Texas A&M | 7.6% | Brown | 5.2% | Penn State | 8.6% | Penn State | 12.6% |
| **Penn** | **7.4%** | Johns Hopkins | 5.1% | Emory | 8.3% | Notre Dame | 12.6% |
| Penn State | 7.4% | USC | 4.9% | Pittsburgh | 8.2% | Princeton | 12.5% |
| California | 7.3% | Texas | 4.8% | Johns Hopkins | 8.0% | Cornell | 12.5% |
| Pittsburgh | 7.3% | Emory | 4.8% | Ohio State | 7.9% | UVA | 12.4% |
| Cornell | 7.1% | Wash U | 4.5% | NYU | 7.9% | Northwestern | 12.2% |
| Johns Hopkins | 7.0% | NYU | 4.4% | Cornell | 7.7% | Vanderbilt | 11.5% |
| Wash U | 6.7% | Harvard | 4.3% | Harvard | 7.6% | UChicago | 11.4% |
| NYU | 6.6% | Cornell | 4.1% | Wash U | 7.5% | Wash U | 11.3% |
| Ohio State | 5.5% | Vanderbilt | 3.9% | UChicago | 6.6% | Yale | 11.3% |
| Emory | 4.9% | Ohio State | 3.4% | Vanderbilt | 6.5% | Harvard | 8.1% |
| *Penn vs. Median* | *-1.1%* | *Penn vs. Median* | *+0.6%* | *Penn vs. Median* | *+1.3%* | *Penn vs. Median* | *+1.3%* |

*Source:* Cambridge Associates

10



# Peer Return Attribution — Relative to Penn

Blue markers note a peer's performance relative to Penn. The red bars represent the portion of this relative performance that can be attributed to asset allocation, and the grey bars represent the portion that can be attributed to manager selection.



**Ten Years ending 6/30/17**

*Peer Ten Return Relative to Penn*

■ Peer's relative performance due to Asset Allocation
▨ Peer's relative performance due to Manager Selection



**Five Years ending 6/30/17**

*Peer Five Return Relative to Penn*

■ Peer's relative performance due to Asset Allocation
▨ Peer's relative performance due to Manager Selection

*Note:* We calculate hypothetical peer returns that would have resulted from investing in Penn's set of managers at the peer's asset class weights. We define the difference between this hypothetical return and Penn's actual return as the portion of a peer's return differential that is attributable to asset allocation. Any residual return is assumed to be broadly attributable to a difference in manager selection.

11

CONFIDENTIAL
PENN568-LIT-00178403



# AIF Value Add



Relative to the median annual returns of college and university endowments tracked by Cambridge Associates, the AIF's investment performance has added $2.7 billion of value since 1980. Relative to the AIF's composite benchmark, the AIF has added $3.0 billion of value since 1980.

*Note:* This analysis is based on hypothetical endowments with annual investment returns equal to the Cambridge median return or the AIF's composite benchmark return. With annual cash flows (spending, gifts, and transfers) that matched the AIF's history, a hypothetical Cambridge median endowment would have ended fiscal year 2017 with a market value of $8.2 billion, or $2.7 billion less than the AIF's actual market value of $10.9 billion. A hypothetical endowment invested in the AIF's composite benchmark would have ended fiscal year 2017 with a market value of $7.9 billion, or $3.0 billion less than the AIF's actual market value.

12

CONFIDENTIAL PENN568-LIT-00178404