# EXHIBIT 40





NEWS (HTTPS://GEORGETOWNVOICE.COM/SECTION/NEWS/)

# On the Record with President DeGioia

By Connor Jones (https://georgetownvoice.com/author/connor-jones/)

March 6, 2014

*Freddy Rosas*

*The* Voice *sat down with University President John DeGioia on Tuesday to discuss the accessibility of a Georgetown education. What follows is an abridged transcript of the interview. Paragraph breaks indicate where material was omitted for space.*

**In real terms, the total cost of attendance at Georgetown has risen 22 percent in the past 10 years. In the same time, the average cost of attendance at private four-year colleges and universities nationwide has risen 22 percent. Is curbing the cost of attendance a priority to keeping Georgetown accessible for students of all backgrounds?**

There's an important balance that we engage in in responding to the expectations of our students and our families, the needs of our faculty, and the competitive context in which we are situated and then the financial reality that's affecting many of our families. ... We were very intentional about slowing the cost of growth.



We had the smallest year over year increases for about three years in a row. ... The bottom line is we were growing slower nationally, but also against our competitive peer group, which is very important.

Those historic growth rates are driven by the demands we have to meet the expectations of our community, so there's no day in which a dean or a department chair or a student organization, even families, even donors [don't] come in here and say 'Wouldn't it be great if we could just add this to the university portfolio?' And that's the balance.

**Last year, the Institute for College Access and Success published a study indicating that, as of 2011, 39 percent of Georgetown students graduate with an average of $28,035 in debt—$1,435 more than the national average. How does the problem of student debt relate to problems of accessibility at Georgetown?**

Well, it certainly shows that there are issues to pay attention to, number one. Number two, that was the [2011] number, the [2012] number is less than that. I think the [2011] number reflects the acute circumstances of the financial crisis. The number for [2012] is [$25,500].

We are one of 24 schools that are need-blind full need. ... I actually chair that group, called the 568 group. The 568 refers to a passage in Higher Reauthorization Bill about a decade ago. ... What it enables us to do is develop a common formula by which we would access the need of the student.

We ask the family to contribute the maximum that they are capable of, according to that formula. We then ask that they borrow, we ask that they apply for work-study, whatever is left over, we pay the difference. ... The borrowing that we expect is only [17,500]. ... [Students] with their families are making a decision to borrow more.

Now, that's worth paying attention to, but by the formula we share with the 24 other schools, we don't believe it's necessary. ... We understand it, we're aware of it, but it's not required by our assessment of their family capability.

**You don't think that the need formula is flawed in any way?**

Well, it's one that we've developed in connection with a group of colleges and universities. We'd also say, though, that given the value that one has with a college degree, I would certainly argue that $25,000 is not a high level of borrowing. I would argue that.

### How does the problem of student debt relate to problems of accessibility at Georgetown?

We don't have evidence that our costs are deterring students from attending. We're a need-blind, full-need school, so we don't know. We're admitting the very best students without any sense of whether they can pay or not. Once they're here, once they're admitted, our yield rates are very high among our peer group.

We don't see that deterring people from attending, and we don't think that the $25,000 of debt has been a burden for people.

We are monitoring it very closely. We recognize the importance. You could argue that, why are you packaging at [$17,500] if people are willing to borrow at [25,000]? That could save us a whole lot of money.

*The interview is posted in full on* Vox Populi *at http://blog.georgetownvoice.com/2014/03/07/on-the-record-with-president-degioia-the-full-interview/.*



**Connor Jones (https://georgetownvoice.com/author/connor-jones/)**
Connor Jones is the former editor-in-chief of the *Georgetown Voice*. Before that, he edited its blog, *Vox Populi (http://blog.georgetownvoice.com/)* and the features section. He was a double major in mathematics and economics and is from Atlanta, Ga. He can be reached at cjones@georgetownvoice.com (mailto:cjones@georgetownvoice.com).

More: endissue (https://georgetownvoice.com/tag/endissue/)

## Read More

**EDITORIALS (HTTPS://GEORGETOWNVOICE.COM/SECTION/OPINION/EDITORIALS/)**
Extra funds best applied to public schools (https://georgetownvoice.com/2012/01/19/extra-funds-best-applied-to-public-schools/)

**LEISURE (HTTPS://GEORGETOWNVOICE.COM/SECTION/LEISURE/)**
Bottoms Up: A guide to open bar crashing (https://georgetownvoice.com/2010/02/18/bottoms-up-a-guide-to-open-bar-crashing/)

**LEISURE (HTTPS://GEORGETOWNVOICE.COM/SECTION/LEISURE/)**
Literary Tools: Ironically intellectual (https://georgetownvoice.com/2010/11/tools-ironically-intellectual/)

funds-best-applied-to-public-schools/)

up-a-guide-to-open-bar-crashing/)

(https://georgetownvoice.com/2010/11/tools-ironically-intellectual/)

By the Editorial Board (https://georgetownvoice.com/author/editorial-board/)

By Sam Sweeney (https://georgetownvoice.com/author/sam/)

By James McGrory (https://georgetownvoice.com/author/jpm247/)

✉ Subscribe ▾

Login (https://georgetownvoice.com/wp-login.php?redirect_to=https%3A%2F%2Fgeorgetownvoice.com%2F2014%2F03%2F06%2Frecord-president-degioia%2F)

   Join the discussion

B  I  U  S  ≡  ≡  ❞  </>  %  {}  [+]                                                     🖼

2 COMMENTS                                                    ⚡  🔥       Oldest ▾

### SECTIONS

Features (https://georgetownvoice.com/section/features/)

News (https://georgetownvoice.com/section/news/)

Sports (https://georgetownvoice.com/section/sports/)

Leisure (https://georgetownvoice.com/section/leisure/)

Opinion (https://georgetownvoice.com/section/opinion/)

Editorials (https://georgetownvoice.com/section/opinion/editorials/)

Voices (https://georgetownvoice.com/section/opinion/voices/)

Halftime Leisure (https://georgetownvoice.com/section/halftime/halftime-leisure/)

Halftime Sports (https://georgetownvoice.com/section/halftime/halftime-sports/)

Podcasts (https://georgetownvoice.com/section/podcasts/)

### ABOUT

About the *Voice* (https://georgetownvoice.com/about-the-voice/)

Advertise (https://georgetownvoice.com/advertise/)

Contact (https://georgetownvoice.com/contact/)

Staff (https://georgetownvoice.com/masthead/)

### PRINT EDITION

Latest issue (https://issuu.com/georgetownvoice)

Past issues (https://issuu.com/georgetownvoice)

How to Join the *Voice* (https://georgetownvoice.com/recruitment/)

Archive (https://georgetownvoice.com/archive/)

Staff Login (https://georgetownvoice.com/wp-admin)

Email newsletter

**CONTACT**

Georgetown University
The Georgetown Voice
Box 571066
Washington, D.C. 20057

The Georgetown Voice office is located in Leavey 424.

**FOLLOW US**

[(https://www.facebook.com/georgetownvoice/)](https://www.facebook.com/georgetownvoice/)

The opinions expressed in The Georgetown Voice do not necessarily represent the views of the administration, faculty, or students of Georgetown University unless specifically stated.

By accessing, browsing, and otherwise using this site, you agree to our Disclaimer and Terms of Use.

© 2024 Copyright The Georgetown Voice.