# EXHIBIT 41

| Date: | Friday, July 9 2021 03:23 PM |
|---|---|
| Subject: | APM Reports |
| From: | Valerie Youmans <youmanv@georgetown.edu> |
| To: | Charles A. Deacon <deacon@georgetown.edu>; |
| Attachments: | 2021 FACULTY EMP - CAD.docx; 2021 SPI APM - CAD.docx; 2021 Waitlist APM - CAD.docx; 2021 Alumni Relative APM - CAD.docx |

Hi Charlie,

Attached are the reports.  Melissa has imputed the stats.

Thanks,
Valerie


--

Valerie Youmans
Assistant to the Dean
Office of Undergraduate Admissions
Georgetown University
Washington, DC 20057
202-687-3429



CONFIDENTIAL

GTWNU_0000094409

Non-Responsive Attachment - Withheld From Production Pursuant To II(G) Of The Order Regarding Production of Electronically Stored Information and Paper Documents [Dkt. 261]

GTWNU_0000094410

CAD                          **SPECIAL INTEREST**                          **II.m.**
                                      2021

   This report will highlight the procedures and results involved in special interest admission for **2021.** Data for special interest admission since 2010 is included in this report providing us with a 10-year review.

   The special interest admissions policy allows the University to consider special circumstances in the admission of some qualified candidates who might not be admitted competitively. These special circumstances normally are related to the potential the University will find by developing an association with this family or its sponsor or by continuing a long-term association with a family or sponsor not covered by the legacy policy. Special interest admission is an important avenue for development opportunities. Given the very large and strong applicant pool, this allows certain well qualified candidates to be provided favored treatment in admission in exchange for the opportunity the University will have to develop a better association with this family or sponsor. There are exceptions to this general trend on a case-by-case basis but normally this would be the motivating factor in recommending someone for special interest admission.

   Special interest admission can be considered for up to 5% of the class taking into consideration the 80% plus yield that these candidates bring. This 5% is calculated by the freshman class of each undergraduate school rather than the overall population. Thus, Georgetown College including FLL with 860 first year spaces had available 43 special interest admissions considerations. There was great pressure for these spaces. Georgetown's School of Foreign Service with 325 freshman spaces had available 16 special interest spaces but there was relatively little pressure for these spaces as was the case for the Georgetown School of Nursing and Health Studies and the McDonough School of Business. Careful attention was given to these candidates by the President's Office, the Office of Advancement, the offices of the Deans and the Provost. All had the opportunity to recommend candidates for special interest consideration. Final determination of these candidates was made in consultation with the Dean of Admissions, and the President. Each Dean has the opportunity to recommend a limited number of candidates based upon the population of their undergraduate school. The majority of candidates recommended came through the President's Office but were recommended by a variety of sources, especially the Office of Advancement and the President's direct staff and the University Secretary who coordinates the Board of Directors which is a major source of names.

   Special interest admits most often are candidates with strong credentials who need an edge in the competition which is justified by the family circumstances and potential. Occasionally, a very important case is considered and the possibility of admission with some contingencies is offered. In most cases, the contingencies involve the required attendance of the candidate in a Georgetown summer school session with successful results in two courses that would be applied to the first year's academic program in order to confirm admission or a preferred transfer status based on achieving a 3.0 GPA at another college for one year.

CONFIDENTIAL

CAD                              -2-                         III.m.

| Special Interest 2021 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | NHS | TOTAL |
| Accepted | 49 | 13 | 19 | 0 | 81 |
| Enrolled | 44 | 12 | 17 | 0 | 73 |
| % Rank | 79.3 | 77.0 | 84.1 | n/a | 80.0 |
| SAT Verbal | 697 | 749 | 659 | n/a | 700 |
| SAT Math | 679 | 722 | 696 | n/a | 696 |
| Yield | .90 | .92 | .89 | n/a | .90 |
| | | | | | |

| Special Interest 2020 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | NHS | TOTAL |
| Accepted | 39 | 7 | 19 | 3 | 68 |
| Enrolled | 31 | 7 | 18 | 2 | 58 |
| % Rank | 78.4 | 65.8 | 79.6 | n/a | 76.9 |
| SAT Verbal | 684 | 730 | 682 | 660 | 689 |
| SAT Math | 673 | 693 | 716 | 680 | 689 |
| Yield | .80 | 1.00 | .95 | .67 | .85 |
| | | | | | |

| Special Interest 2019 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | NHS | TOTAL |
| Accepted | 50 | 15 | 16 | 9 | 90 |
| Enrolled | 44 | 13 | 16 | 6 | 79 |
| % Rank | 82.3 | 90.0 | 80.0 | 98.0 | 84.1 |
| SAT Verbal | 678 | 695 | 656 | 635 | 675 |

CONFIDENTIAL

| Special Interest 2019 | | | | |
|---|---|---|---|---|
| SAT Math | 685 | 646 | 676 | 653 | 673 |
| Yield | .88 | .87 | 1.00 | .67 | .88 |
| | | | | | |

CAD                                  -3-                                      **II.m.**

| Special Interest 2018 | | | | |
|---|---|---|---|---|
| | **COL** | **SFS** | **MSB** | **FLL** | **TOTAL** |
| Accepted | 64 | 14 | 13 | 1 | 92 |
| Enrolled | 53 | 13 | 11 | 1 | 78 |
| % Rank | 89.0 | 92.8 | 81.4 | n/a | 88.1 |
| SAT Verbal | 672 | 681 | 679 | n/a | 675 |
| SAT Math | 680 | 710 | 727 | n/a | 692 |
| Yield | .83 | .93 | .85 | 1.0 | .85 |
| | | | | | |

| Special Interest 2017 | | | | |
|---|---|---|---|---|
| | **COL** | **SFS** | **MSB** | **FLL** | **TOTAL** |
| Accepted | 46 | 12 | 17 | 3 | 78 |
| Enrolled | 39 | 8 | 16 | 3 | 66 |
| % Rank | 89.6 | 99 | 90 | 100 | 91.9 |
| SAT Verbal | 694 | 686 | 654 | 640 | 680 |
| SAT Math | 680 | 650 | 644 | 570 | 660 |
| Yield | .85 | .67 | .94 | 1.00 | .85 |
| | | | | | |

| Special Interest 2016 | | | | |
|---|---|---|---|---|
| | **COL** | **SFS** | **MSB** | **FLL** | **TOTAL** |
| Accepted | 53 | 10 | 21 | 2 | 86 |

CONFIDENTIAL

| Special Interest 2016 | | | | | |
|---|---|---|---|---|---|
| Enrolled | 46 | 6 | 18 | 2 | 72 |
| % Rank | 94.0 | N/A | 86.7 | NA | 91.3 |
| SAT Verbal | 664 | 684 | 659 | 680 | 665 |
| SAT Math | 661 | 648 | 690 | 630 | 667 |
| Yield | .87 | .60 | .86 | 1.00 | .84 |

CAD                                         -4-                                      III.m.

| Special Interest 2015 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 64 | 9 | 13 | 2 | 88 |
| Enrolled | 57 | 7 | 11 | 1 | 76 |
| % Rank | 92.8 | 96.3 | 98 | N/A | 94.6 |
| SAT Verbal | 667 | 619 | 627 | 630 | 654 |
| SAT Math | 662 | 609 | 675 | 680 | 658 |
| Yield | .89 | .78 | .85 | .50 | .86 |

| Special Interest 2014 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 64 | 10 | 21 | 3 | 98 |
| Enrolled | 53 | 10 | 20 | 3 | 86 |
| % Rank | 90.2 | 94.5 | 96.0 | n/a | 92 |
| SAT Verbal | 648 | 693 | 604 | 655 | 644 |
| SAT Math | 657 | 670 | 666 | 700 | 662 |
| Yield | .83 | 1.0 | .95 | 1.0 | .88 |

| Special Interest 2013 | | | | | |
|---|---|---|---|---|---|

CONFIDENTIAL

GTWNU_0000094414

| Special Interest 2013 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 45 | 13 | 22 | 3 | 83 |
| Enrolled | 40 | 11 | 20 | 3 | 74 |
| % Rank | 89.6 | 91.3 | 92.0 | n/a | 90.8 |
| SAT Verbal | 663 | 694 | 627 | 707 | 663 |
| SAT Math | 650 | 684 | 652 | 633 | 655 |
| Yield | .89 | .85 | .91 | 100 | .89 |

CAD                                    -5-                                    III.m.

| Special Interest 2012 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 47 | 15 | 18 | 2 | 82 |
| Enrolled | 40 | 14 | 14 | 2 | 70 |
| % Rank | 91.0 | 90.5 | 95.0 | n/a | 91.8 |
| SAT Verbal | 659 | 708 | 645 | 550 | 663 |
| SAT Math | 657 | 653 | 653 | 610 | 655 |
| Yield | .85 | .90 | .78 | 1.00 | .85 |

A review of the academic data for special interest admits indicates a somewhat lower class rank.  This might reflect the tendency of the special interest admits to come from smaller more academically oriented high schools where families have provided a strong educational opportunity to these students.   In these cases, class rank might not be as helpful as test results.  Though lower than the overall admitted group, the SAT average above 1300 indicates that these students were given an edge but should be capable of competing at the University.

The Admissions Office continues to recommend careful attention to special interest admits and special care to maximize the purpose for which these students are being considered.   The

CONFIDENTIAL

GTWNU_0000094415

University is under-funded and under-endowed and we need to do a better job of enlisting the support of America's wealthiest families and corporations in assisting us.   Special interest admits should provide this type of opportunity to enhance and strengthen our future.

CONFIDENTIAL

GTWNU_0000094416

CAD                                                                                                II.o.

## WAIT LIST/RECONSIDERATION/LATE APPLICANTS
## 2021

This report will review procedures and results for waiting list and reconsideration candidates.

I.     **WAIT LIST**

The waiting list is an enrollment management tool which allows the University to reach its enrollment goals without danger of exceeding them.   This is very important for a University like Georgetown which is fully enrolled and cannot afford to accommodate students beyond this enrollment goal.   Further, the University has been affected by the enrollment cap imposed by the D.C. Board of Zoning Appeals relative to our Master Plan and campus development.   Thus, it is critical to take care in reaching a correct enrollment goal and in no case exceeding it.   The waiting list includes well qualified candidates to fill any additional spaces that remain after results are received from those initially admitted. A careful calculation of the expected yield from those initially admitted is applied to the enrollment goal and then a cushion of 5% is added to ensure that there will be no danger of exceeding the goal.   In fact, this cushion virtually assures us that there will be places remaining for waiting list candidates so that we can fill in the remaining spaces and accomplish other goals.   Our plan allows us to add between 75-100 new students from the waiting list to complete the enrollment plan in a typical year.

There is a public relations factor to be considered in the waiting list because there is a good deal of media attention to the use of waiting lists, their size and the implication of taking candidates from the waiting list.   The media in general believes that taking from a waiting list is a sign of weakness and, indeed, many admissions colleagues take the same approach.   As a result, many universities over enroll their class annually.   Over the last several years, for example, Dartmouth, George Washington and Maryland among others over enrolled their class and there are serious consequences to this result.   We have resisted the temptation to try to estimate this number so close for the reasons described above and have rather taken the position that this is a prudent enrollment tool rather than a win-lose guessing game.

There are numerous benefits to being able to offer a significant number of candidates places from the waiting list.   Some of these benefits are as follows;

- ability to fill the class to an exact number

- opportunity to increase the quality of the enrolling class

- opportunity to increase the diversity of the enrolling class

- opportunity to respond to problem or pressure cases

- opportunity to improve overall yield

CONFIDENTIAL

CAD                          2-                                              II.o.

There has been some concern in recent years that the size of the waiting list has moved upwards to a very large number. At Georgetown, there is the complicating question of need to fill specific class targets for undergraduate schools and even majors rather than a single number. Thus, the University keeps numerous smaller waiting lists to cover any eventuality. The combination of these waiting lists equals a fairly large list compared to the enrollment goal and can lead to misunderstanding about whether the University is keeping a very large waiting list simply for political or strategic reasons. In fact, this list is necessary to cover shortfalls in any area and at the same time allow us the opportunity to enroll the 75-100 students we plan from this list. There are several things to consider in regard to the size of the waiting list. The first of these is the true number of students that constitute a waiting list. This would be the number who responds positively to the opportunity to be on the list. This number is approximately 60% as described in the tables below. This is a predictable result with the rate of response ranging from 52% to 67% over the last 24 years. The second factor is the number of students remaining on the waiting list after May 1 when spaces are available. It is our estimate that the number that has responded can be cut again in half to the number who would still be willing to accept a place from the waiting list by the time the early part of May arrives. Thus, a waiting list of 2,400 or so in size reduces to about 1,500 when responses are received and then to about 700 when those who wish to remain on the list after May 1 are contacted. This provides an adequate list to fill in the expected 75-100 places and in general provides coverage in each of the undergraduate schools and programs. Even so, we have made every effort to keep control of the size of the waiting list.

The timetable for considering waiting list is planned even before the list is constituted with the April 1 announcement. Students placed on the waiting list are promised to have a May 15 response from the University about their status on the list. By that time, it will be clear how many spaces remain and the opportunity will exist to make calls to selected candidates to determine their willingness to be considered at this late date. All answers to the waiting list are mailed on or by May 15. A smaller number of candidates, typically 200 in number, are offered the opportunity to remain on a longer waiting list until July 1. This list is important since the yield for the waiting list admits, though higher than the regular admits (usually +/- 80%), is still unpredictable and therefore a conservative approach is taken to offering admission from the first waiting list. Normally, 20 or more spaces will remain for consideration for extended waiting list candidates during the latter part of June with a final answer by July 1. This July 1 answer date is a result of an informal agreement among the COFHE schools to complete waiting list activity by this date. Responses from those placed on the extended waiting list is typically smaller than the first waiting list with 50% expressing willingness to remain on this list. This provides an active waiting list of about 100, most of whom would accept a space if offered. Approximately 20-30 of these 100 students have been offered a place in most years. The remaining 70 or 80 will receive encouragement to consider transfer after one or two years elsewhere giving them the

CONFIDENTIAL

understanding that their waiting list status until the July 1 date will provide them a priority consideration for transfer should their record at their institution be strong.

**CAD**            -3-            **II.o.**

The tables below review the waiting list activity for the past 10 years. Please note that this table reflects mid- June statistics and will change in the weeks ahead.

| 2021 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Form | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Form |
| COL | 1877 | 1436 | .77 | 4 | 4 | 1.00 | 353 | 265 |
| FLL | 86 | 66 | .77 | 2 | 2 | 1.00 | 29 | 27 |
| SFS | 522 | 474 | .91 | 0 | 0 | | 129 | 102 |
| MSB | 519 | 407 | .78 | 4 | 4 | 1.00 | 102 | 83 |
| NHS | 207 | 160 | .77 | 4 | 4 | 1.00 | 57 | 47 |
| TOTAL | 3277 | 2543 | .78 | 14 | 14 | 1.00 | | 524 |

| 2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Form | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Form |
| COL | 1054 | 808 | .77 | 67 | 50 | 375 | 607 | 445 |
| FLL | 160 | 138 | .86 | 13 | 10 | .77 | 107 | 74 |
| SFS | 542 | 421 | .78 | 5 | 5 | 1.00 | 352 | 264 |
| MSB | 301 | 237 | .79 | 56 | 33 | .59 | 137 | 99 |
| NHS | 157 | 129 | .82 | 25 | 21 | .84 | 87 | 67 |
| TOTAL | 2214 | 1733 | .78 | 166 | 119 | .72 | 1292 | 949 |

| 2019 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Form | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Form |
| COL | 1361 | 695 | .51 | 13 | 5 | .38 | 118 | 86 |
| FLL | 62 | 27 | .44 | 7 | 4 | .57 | 16 | 10 |
| SFS | 443 | 231 | .52 | 5 | 3 | .60 | 36 | 29 |
| MSB | 361 | 195 | .54 | 8 | 7 | .88 | 29 | 26 |
| NHS | 193 | 75 | .39 | 8 | 6 | .75 | 43 | 26 |
| TOTAL | 2420 | 1223 | .51 | 41 | 25 | .61 | 242 | 177 |

| 2018 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Form | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Card |
| COL | 1376 | 910 | .66 | 0 | 0 | n/a | 25 | 19 |

CONFIDENTIAL

| | # | Ret. Card | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Card |
|---|---|---|---|---|---|---|---|---|
| **FLL** | 128 | 92 | .72 | 0 | 0 | n/a | 1 | 0 |
| **SFS** | 552 | 370 | .67 | 0 | 0 | n/a | 4 | 4 |
| **MSB** | 379 | 267 | .70 | 0 | 0 | n/a | 4 | 3 |
| **NHS** | 158 | 115 | .73 | 0 | 0 | n/a | 18 | 11 |
| **TOTAL** | 2593 | 1754 | .68 | 12 | 8 | n/a | 52 | 37 |
| | | | | | | .67 | | |

**CAD**                                    -4-                                    **II.o.**

| 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Card | % Ret. | Accepted | Paid As of 5/25/17 | Yield As of 5/25/17 | 2nd WL | Ret. Card As of 5/25/17 |
| **COL** | 1308 | 829 | .63 | 6 | 4 | .67 | 160 | 81 |
| **FLL** | 138 | 100 | .72 | 7 | 6 | .86 | 27 | 14 |
| **SFS** | 508 | 338 | .67 | 0 | 0 | n/a | 33 | 16 |
| **MSB** | 376 | 212 | .56 | 4 | 3 | .75 | 30 | 18 |
| **NHS** | 143 | 92 | .64 | 5 | 4 | .80 | 33 | 14 |
| **TOTAL** | 2473 | 1571 | .64 | 22 | 17 | .77 | 283 | 143 |

| 2016 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Card | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Card As of 6/3/16 |
| **COL** | 1189 | 733 | .62 | 37 | 26 | .70 | 221 | 98 |
| **FLL** | 61 | 47 | .77 | 8 | 6 | .75 | 12 | 8 |
| **SFS** | 424 | 272 | .64 | 0 | 0 | N/A | 11 | 6 |
| **MSB** | 326 | 202 | .62 | 2 | 2 | 1.0 | 28 | 15 |
| **NHS** | 134 | 83 | .62 | 14 | 9 | .64 | 29 | 21 |
| **TOTAL** | 2134 | 1.337 | .63 | 61 | 43 | .71 | 301 | 148 |

| 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Card | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Card As of 6/8/15 |
| **COL** | 1137 | 616 | .54 | 39 | 31 | .80 | 139 | 66 |
| **FLL** | 98 | 69 | .70 | 9 | 7 | .78 | 18 | 9 |
| **SFS** | 430 | 267 | .62 | 40 | 32 | .80 | 96 | 57 |
| **MSB** | 377 | 196 | .52 | 1 | 1 | 1.0 | 30 | 22 |
| **NHS** | 142 | 95 | .67 | 0 | 0 | N/A | 22 | 18 |
| **TOTAL** | 2184 | 1243 | .57 | 89 | 71 | .80 | 305 | 172 |

| 2014 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # | Ret. Card | % Ret. | Accepted | Paid | Yield | 2nd WL | Ret. Card As of 6/8/14 |
| **COL** | 1159 | 651 | .56 | 38 | 25 | .78 | 214 | 103 |
| **FLL** | 71 | 50 | .70 | 10 | 7 | .70 | 16 | 8 |

CONFIDENTIAL

GTWNU_0000094420

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SFS** | 424 | 272 | .64 | 27 | 24 | .89 | 89 | 54 |
| **MSB** | 392 | 237 | .60 | 1 | 1 | 1.0 | 23 | 4 |
| **NHS** | 142 | 91 | .64 | 12 | 11 | .92 | 33 | 14 |
| **TOTAL** | 2188 | 1301 | .59 | 88 | 68 | .77 | 375 | 183 |

**CAD**            -5-            **II.o.**

| **2013** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **#** | **Ret. Card** | **% Ret.** | **Accepted** | **Paid** | **Yield** | **2nd WL** | **Ret. Card** |
| **COL** | 1101 | 546 | .50 | 37 | 30 | .82 | 142 | 81 |
| **FLL** | 78 | 58 | .74 | 6 | 6 | 100 | 15 | 8 |
| **SFS** | 466 | 283 | .61 | 16 | 15 | .94 | 59 | 36 |
| **MSB** | 352 | 205 | .58 | 14 | 12 | .77 | 46 | 27 |
| **NHS** | 119 | 71 | .60 | 0 | 0 | 0 | 18 | 9 |
| **TOTAL** | 2026 | 1163 | .57 | 73 | 63 | .86 | 280 | 161 |

| **2012** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **#** | **Ret. Card** | **% Ret.** | **Accepted** | **Paid** | **Yield** | **2nd WL** | **Ret. Card As of 5/25/12** |
| **COL** | 1,168 | 569 | .49 | 27 | 23 | .85 | 139 | 84 |
| **FLL** | 142 | 68 | .48 | 3 | 3 | 1.0 | 20 | 11 |
| **SFS** | 459 | 236 | .51 | 12 | 9 | .75 | 71 | 51 |
| **MSB** | 341 | 209 | .61 | 17 | 14 | .82 | 60 | 34 |
| **NHS** | 107 | 61 | .57 | 3 | 2 | .67 | 20 | 11 |
| **TOTAL** | 2,217 | 1,143 | .52 | 62 | 51 | .82 | 310 | 191 |

A review of the data in the tables can show the predictability of waiting list trends over a long period of time. The tables reveal our tendency to increase the number of students placed on the waiting list. The data also indicates that, even as the competition has increased, the willingness of very good students to remain on the waiting list and even to continue on the longer waiting list continues to be strong. Further, the yield on offers to the waiting list is very good (+80%), especially given the rather quick turnaround time. In general, the waiting list data indicates an increasing strength for Georgetown among high ability students who fall just short of initial acceptance. This is a good sign for the overall demand factor for the University as the pool has strengthened and become larger.

It is interesting to review the quality of candidates on the waiting list compared to the overall group. The waiting list candidates overall show a similar quality as the admitted group as a whole.

CONFIDENTIAL

CAD                                      - 6-                                      II.o.

This is because waiting list candidates primarily are those who were next best in the competitive review and would have had a competitive admit category had they been admitted. Although waiting list admits are often influenced by politics and pressures, the waiting list overall is as strong a group as the total admit group because special consideration groups such as alumni, minorities, faculty/employees, etc. are normally not included in large numbers on the wait list.

It is worth noting that Georgetown's waiting list review process is not unlike the review for the entire year for many small liberal arts colleges. The pool of about 2,000 competing for a few hundred spaces is even more competitive than most competitive liberal arts college pools. A good deal of work has been done in advance placing students on the waiting list and so we can move with more expediency through this consideration as a final review rather than a first review.

## II.     RECONSIDERATION

This report will discuss briefly the reconsideration process for **2021**. Previous APM reports on reconsideration may give greater detail about the philosophy behind this program.

Reconsideration is allowed as a last resort for candidates who either have very compelling stories or who come from situations where they want to exhaust every possibility of consideration. In most cases, prior counseling takes place between a member of the staff and the student or his or her counselor or their family about the process and students are greatly discouraged from carrying through. Nevertheless, each year a number of candidates do seek reconsideration and some of them are successful in having their applications reconsidered favorably. As in previous years, the number of students reconsidered favorably is quite small. Of the number reconsidered favorably, most are typically admitted due to special interest pressures though a few may be admitted because of very compelling stories and academic credentials that place them very close to the admit group. The table below describes the overall experience for reconsideration for **2021** as compared to the prior 10 years.

CONFIDENTIAL

| Reconsideration 2021 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 5 | 1 | 1 | 3 | 2 |
| SFS | 3 | 0 | 0 | 1 | 2 |
| MSB | 1 | 1 | 1 | 1 | 0 |
| FLL | 0 | 0 | 0 | 0 | 0 |
| NHS | 1 | 0 | 0 | 0 | 0 |
| TOTAL | 10 | 2 | 2 | 5 | 4 |
| | | | | | |

CAD                              - 7-                                    II.o.

| Reconsideration 2020 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 42 | 3 | 3 | 31 | 8 |
| SFS | 7 | 0 | 0 | 4 | 3 |
| MSB | 6 | 1 | 0 | 3 | 2 |
| FLL | 4 | 1 | 1 | 2 | 1 |
| NHS | 4 | 0 | 0 | 2 | 2 |
| TOTAL | 63 | 4 | 4 | 42 | 15 |
| | | | | | |

| Reconsideration 2019 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 13 | 0 | 0 | 1 | 12 |
| SFS | 2 | 0 | 0 | 1 | 1 |
| MSB | 2 | 0 | 0 | 0 | 2 |
| FLL | 0 | 0 | 0 | 0 | 0 |
| NHS | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 17 | 0 | 0 | 2 | 15 |
| | | | | | |

CONFIDENTIAL

| Reconsideration 2018 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 14 | 1 | 1 | 1 | 12 |
| SFS | 5 | 0 | 0 | 0 | 5 |
| MSB | 2 | 0 | 0 | 0 | 2 |
| FLL | 0 | 0 | 0 | 0 | 0 |
| NHS | 2 | 1 | 1 | 0 | 1 |
| TOTAL | 23 | 2 | 2 | 0 | 20 |
| | | | | | |

CAD                     - 8-                                    II.o.

| Reconsideration 2017 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 17 | 0 | 0 | 0 | 17 |
| SFS | 6 | 0 | 0 | 0 | 6 |
| MSB | 6 | 0 | 0 | 1 | 5 |
| FLL | 0 | 0 | 0 | 0 | 0 |
| NHS | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 29 | 0 | 0 | 1 | 28 |
| | | | | | |

| Reconsideration 2016 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 14 | 3 | 3 | 2 | 9 |
| SFS | 3 | 0 | 0 | 0 | 3 |
| MSB | 6 | 0 | 0 | 0 | 6 |
| FLL | 1 | 0 | 0 | 0 | 1 |
| NHS | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

| Reconsideration 2016 | | | | |
|---|---|---|---|---|
| TOTAL | 24 | 3 | 3 | 2 | 19 |

| Reconsideration 2015 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 16 | 1 | 1 | 1 | 14 |
| SFS | 2 | 0 | 0 | 0 | 2 |
| MSB | 10 | 0 | 0 | 1 | 9 |
| FLL | 1 | 0 | 0 | 0 | 1 |
| NHS | 3 | 1 | 1 | 0 | 2 |
| TOTAL | 32 | 2 | 2 | 2 | 28 |

CAD — 9- II.o.

| Reconsideration 2014 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 6 | 1 | 1 | 3 | 2 |
| SFS | 9 | 0 | 0 | 0 | 9 |
| MSB | 3 | 0 | 0 | 0 | 3 |
| FLL | 0 | 0 | 0 | 0 | 0 |
| NHS | 3 | 0 | 0 | 0 | 3 |
| TOTAL | 21 | 1 | 1 | 3 | 17 |

| Reconsideration 2013 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 25 | 1 | 0 | 1 | 23 |
| SFS | 5 | 0 | 0 | 1 | 4 |
| MSB | 5 | 0 | 0 | 0 | 0 |
| FLL | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

GTWNU_0000094425

| Reconsideration 2013 | | | | | |
|---|---|---|---|---|---|
| NHS | 3 | 0 | 0 | 0 | 0 |
| TOTAL | 36 | 1 | 0 | 2 | 27 |

| Reconsideration 2012 | | | | | |
|---|---|---|---|---|---|
| | Requested | Accepted | Paid | 2nd Wait List | Denied |
| COL | 13 | 1 | 1 | 0 | 12 |
| SFS | 10 | 0 | 0 | 1 | 9 |
| MSB | 9 | 1 | 1 | 0 | 8 |
| FLL | 2 | 0 | 0 | 0 | 2 |
| NHS | 1 | 0 | 0 | 0 | 1 |
| TOTAL | 35 | 2 | 2 | 1 | 32 |

CAD                                         - 10-                                         II.o.

A review of these tables illustrates the decreasing incidence of reconsideration in recent years. Throughout the 80's and even in the 90's, acceptance after reconsideration was allowed at a rather frequent rate. Beginning in approximately 2000, the number being reconsidered favorably diminished dramatically. This is probably because the University has been willing to hold the line in special interest cases and at the same time the overall size and quality of the waiting list has continued to improve. The difference between reconsideration and waiting list candidates has become so much greater that unless there are very special circumstances, reconsideration candidates will not be successful. Staff reading this report should note that the odds have diminished dramatically for candidates seeking reconsideration. Only as a last resort or in the most compelling situation should a candidate be encouraged to seek reconsideration. The recent drop in the number receiving reconsideration indicates that this message is working.

III.     LATE APPLICATIONS

The calendar below describes the policies and deadlines regarding candidates requesting to apply late or submitting late applications, both freshman and transfer. This should serve as a reference document for the manner in which these cases are handled. The Director of Campus Programs implements these policies.

CONFIDENTIAL

| I. Request for Applications | Freshmen | Transfer |
|---|---|---|
| **A.** Application submitted with the late notice enclosed | January 10 - February 27 | March 1 - May 1 |
| **B.** Send mail memo requesting extenuating circumstances before allowing application | February 28 - March 17 | May 1 - May 15 |
| **C** Send letter equesting extenuating circumstances, if approved, application will be considered with the waiting list. | March 18 - April 24 | May 16 - June 15 |
| **D.** <u>Other Applicants</u> After April 15 send application closed notice, Dir. of Campus Programs will handle exceptions | After April 15 | |

CAD                                    - 11-                                    II.o.

| II. Late Applications | Freshmen | Transfer |
|---|---|---|
| **A.** Continue regular consideration | January 10 - February 27 | March 1 - May 1 |
| **B.** Place in Late Box no notification of missing credentials | February 28 - March 18 | May 2 - May 23 |
| **C.** Approval to apply by Dir. Of Campus Programs, consider with waiting list or return application | After March 18 | After May 23 |

CONFIDENTIAL

GTWNU_0000094427

| II. Late Applications | Freshmen | Transfer |
| --- | --- | --- |
| No AAP interviews assigned | after January 21 | |
| | | |

CONFIDENTIAL

GTWNU_0000094428

CAD

II.l.

## ALUMNI/STUDENT RELATIVE REPORT
## 2021

This report will detail the procedures and results of the alumni/student relative admissions policy for **2021**.  Various tables describing the overall results for alumni relatives as well as the results for those admitted under this special consideration policy are included grouping all candidates and then for each undergraduate school since **2012**.

Georgetown, as all competitive colleges, does take into consideration family ties in its admission process.  This has been true for a long time and is almost universally true throughout selective private institutions. It is important to emphasize selective because the effect of the policy would be to provide a competitive edge in the overall competition for students who are legacy cases.   At Georgetown, the legacy consideration is provided directly to children of alumni or siblings of alumni or current students.   Other family relationships are identified and, in some instances, can lead to favorable admissions consideration but nearly all special consideration is restricted to those within the immediate family.   Over the years, the information provided to the Admissions Committee by the Advancement Information Systems has been significantly improved allowing the Admissions Committee to focus attention on those families who have shown the greatest loyalty to the University.   The Alumni Admissions Program information is another source of critical help to the Admissions Committees which feel particular allegiance to alumni who have been working in the admissions process. Thus children or siblings of AAP members receive additional special consideration.

All applicants are considered first through the competitive review process directed by the Admissions Committees.   Those who are not successful in the competitive process are then directed to alumni review for additional consideration. Occasionally, alumni related candidates first go to other reviews such as the faculty/employee relatives, athletics, etc. to receive this consideration. The alumni/student relative review provides additional consideration for the equivalent of 10% of the first-year spaces in the each of the undergraduate schools.   The combination of alumni success in the competitive review, in special review areas and in the legacy pool have provided significant additional opportunities for alumni related candidates and the data that we will review illustrates this clearly.

There are several tables of interesting information that describe the legacy admissions program this year and in the past 10 years. The first table shows the overall experience for the freshman class for the last 10 years.

CONFIDENTIAL

GTWNU_0000094429

CAD                    -2-                              II.l.

|      | APP  | ACC | %ACC | Enrolled | Yield | ARA/SRA | Enrolled | Yield |
|------|------|-----|------|----------|-------|---------|----------|-------|
| 2021 | 1549 | 485 | 31.3 | 351 | 72.3 | 167 | 133 | 79.6 |
| 2020 | 1114 | 397 | 35.6 | 259 | 65.2 | 143 | 99 | 69.2 |
| 2019 | 1178 | 443 | 37.6 | 283 | 63.9 | 138 | 107 | 77.5 |
| 2018 | 1319 | 428 | 34.0 | 286 | 66.9 | 128 | 99 | 77.3 |
| 2017 | 1184 | 401 | 33.9 | 268 | 66.8 | 165 | 130 | 78.8 |
| 2016 | 1154 | 434 | 37.6 | 279 | 64.3 | 170 | 114 | 67.1 |
| 2015 | 1112 | 393 | 35.3 | 255 | 64.9 | 152 | 112 | 73.7 |
| 2014 | 1211 | 455 | 37.5 | 310 | 68.1 | 161 | 119 | 73.9 |
| 2013 | 1162 | 408 | 35.1 | 279 | 68.4 | 139 | 110 | 79.1 |
| 2012 | 1128 | 420 | 37.2 | 278 | 66.2 | 166 | 127 | 76.5 |

It is interesting to note that the level of consideration for alumni children and siblings continues to be quite strong. This year, 37% of the alumni pool was admitted compared to just 14% of the overall applicant pool. Throughout this period, alumni relatives have been admitted at virtually twice the rate of the regular applicant pool and this should always be noted when discussing the University's position with alumni families who are surprised and happy to receive this information.

It should be noted that the overall yield on legacy admits continues to be much stronger than the pool at large. Whereas the yield overall will be approximately 49% this year, the yield for alumni relatives is 64%. Part of this might be accounted for by the special consideration policy. The data for ARA/SRA candidates listed on the right-hand side of the table indicates a much better yield for these candidates (77%).

The second set of tables delineates the applicant pool of alumni and siblings for the last 10 years by Georgetown school. The left-hand side of the table illustrates the experience for alumni relatives overall with the special experience for the preferential group of alumni children (ARA) identified at the right.

Several interesting facts come to mind in reviewing these tables. First, it can be seen how large the applicant pool for Georgetown College is compared to the other undergraduate schools. Conversely, it is interesting how small the pool is for the School of Foreign Service. Thus, there is greater pressure for admission in the College than other schools at Georgetown with less room in the first-year class for legacy cases. This is the program where one is most likely to find criticism of the University for not being more generous to alumni.

CONFIDENTIAL

CAD                 -3-                          II.l.

       Admissions Committees may want to pay more careful attention to siblings in the applicant pool. It would appear that Georgetown's siblings are reporting favorably to their brothers and sisters at home about the Georgetown experience. This is particularly interesting since often brothers and sisters at home will not apply to an older sibling's school to show their own independence. Instead, we have seen in the last few years at Georgetown a tendency of siblings not only to apply but also to choose the school of their older brother or sister, a very favorable sign for the satisfaction level of Georgetown students with the institution.

## CONCLUSION

       This report shows interesting trends and highlights sometimes under-appreciated information about the way in which the University responds to its alumni constituency. Trends indicate stable applications from alumni children but continuing strong support for alumni families by the admissions process and, in turn, high yields among those students who are admitted. Georgetown's alumni population has continued to diversify from a narrow East Coast Catholic and male constituency to a national constituency balanced more between religions and certainly among gender. It is interesting to consider whether the University is extending as positive a hand as it can to its alumni population. Are there programs that we can consider to provide support to alumni as their children consider the application process without promising them acceptance at Georgetown? Are there ways in which we could bring more alumni children and siblings into our applicant pool because of the relative positive benefit they bring in terms of loyalty and yield? We need to consider these opportunities as we look to solidify additional bases even as we are extending the University's influences to new applicant pools.

| 2021 ALUMNI OVERALL | | | | | 2021 ARA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 665 | 200 | 151 | | COL | 72 | 61 |
| FLL | 29 | 13 | 4 | | FLL | 1 | 1 |
| SFS | 165 | 66 | 48 | | SFS | 19 | 15 |
| MSB | 227 | 76 | 57 | | MSB | 27 | 23 |
| NHS | 61 | 13 | 8 | | NHS | 4 | 15 |
| TOTAL | 1147 | 365 | 268 | | TOTAL | 123 | 103 |
| Admit Rate | | 31.8 | | | Admit Rate | | |
| Yield | | | 73.4 | | Yield | | 83.7 |

| 2021 SIBLING OVERALL | | | | | 2021 SRA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 247 | 73 | 47 | | COL | 23 | 13 |
| FLL | 0 | 0 | 0 | | FLL | 0 | 0 |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SFS | 40 | 13 | 9 | SFS | 4 | 3 | |
| MSB | 88 | 25 | 19 | MSB | 8 | 5 | |
| NHS | 27 | 9 | 8 | NHS | 3 | 3 | |
| TOTAL | 402 | 120 | 83 | TOTAL | 38 | 24 | |
| Admit Rate | | 29.9 | | Admit Rate | | | |
| Yield | | | 69.2 | Yield | | 63.2 | |

CAD  -4-  II.l.

| 2020 ALUMNI OVERALL | | | | 2020 ARA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 428 | 162 | 110 | COL | 56 | 42 |
| FLL | 60 | 25 | 11 | FLL | 6 | 3 |
| SFS | 118 | 42 | 31 | SFS | 12 | 10 |
| MSB | 135 | 53 | 41 | MSB | 25 | 22 |
| NHS | 35 | 13 | 7 | NHS | 5 | 3 |
| TOTAL | 776 | 295 | 200 | TOTAL | 104 | 80 |
| Admit Rate | | 34.1 | | Admit Rate | | |
| Yield | | | 67.8 | Yield | | 76.9 |

| 2020 SIBLING OVERALL | | | | 2020 SRA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 202 | 58 | 30 | COL | 31 | 8 |
| FLL | 1 | 0 | 0 | FLL | 0 | 0 |
| SFS | 38 | 15 | 10 | SFS | 5 | 4 |
| MSB | 73 | 18 | 13 | MSB | 4 | 2 |
| NHS | 24 | 11 | 6 | NHS | 3 | 1 |
| TOTAL | 338 | 102 | 59 | TOTAL | 33 | 15 |
| Admit Rate | | 30.2 | | Admit Rate | | |
| Yield | | | 57.8 | Yield | | 45.5 |

| 2019 ALUMNI OVERALL | | | | 2019 ARA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 498 | 156 | 112 | COL | 64 | 51 |
| FLL | 28 | 16 | 8 | FLL | 2 | 1 |
| SFS | 121 | 39 | 29 | SFS | 14 | 12 |
| MSB | 129 | 50 | 44 | MSB | 17 | 15 |
| NHS | 59 | 14 | 11 | NHS | 7 | 7 |
| TOTAL | 835 | 275 | 204 | TOTAL | 104 | 86 |
| Admit Rate | | 32.9 | | Admit Rate | | |
| Yield | | | 74.2 | Yield | | 82.7 |

| 2019 SIBLING | | | | 2019 SRA | | |
|---|---|---|---|---|---|---|

GTWNU_0000094432

| OVERALL | App | Acc | Paid | | | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 184 | 54 | 34 | | COL | 17 | 11 |
| FLL | 12 | 7 | 5 | | FLL | 1 | 1 |
| SFS | 33 | 10 | 8 | | SFS | 4 | 2 |
| MSB | 88 | 33 | 27 | | MSB | 8 | 4 |
| NHS | 26 | 10 | 5 | | NHS | 4 | 3 |
| TOTAL | 343 | 114 | 79 | | TOTAL | 34 | 21 |
| Admit Rate | | 33.2 | | | Admit Rate | | |
| Yield | | | 69.2 | | Yield | | 61.8 |

CAD    -5-    II.l.

| 2018 ALUMNI OVERALL | App | Acc | Paid | | 2018 ARA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 565 | 175 | 118 | | COL | 54 | 41 |
| FLL | 40 | 15 | 5 | | FLL | 2 | 2 |
| SFS | 133 | 43 | 28 | | SFS | 14 | 11 |
| MSB | 145 | 53 | 40 | | MSB | 22 | 19 |
| NHS | 56 | 20 | 14 | | NHS | 6 | 6 |
| TOTAL | 899 | 306 | 205 | | TOTAL | 98 | 79 |
| Admit Rate | | 34.0 | | | Admit Rate | | |
| Yield | | | 66.9 | | Yield | | 80.6 |

| 2018 SIBLING OVERALL | App | Acc | Paid | | 2018 SRA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 225 | 64 | 35 | | COL | 13 | 7 |
| FLL | 10 | 3 | 2 | | FLL | 0 | 0 |
| SFS | 55 | 18 | 15 | | SFS | 9 | 8 |
| MSB | 100 | 33 | 27 | | MSB | 7 | 5 |
| NHS | 30 | 4 | 2 | | NHS | 1 | 0 |
| TOTAL | 420 | 122 | 81 | | TOTAL | 30 | 20 |
| Admit Rate | | | | | Admit Rate | | |
| Yield | | | | | Yield | | 66.7 |

| 2017 ALUMNI OVERALL | App | Acc | Paid | | 2017 ARA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 509 | 141 | 91 | | COL | 65 | 49 |
| FLL | 38 | 17 | 8 | | FLL | 4 | 3 |
| SFS | 117 | 45 | 26 | | SFS | 21 | 15 |
| MSB | 132 | 51 | 44 | | MSB | 31 | 29 |
| NHS | 33 | 13 | 7 | | NHS | 6 | 4 |
| TOTAL | 829 | 267 | 176 | | TOTAL | 127 | 100 |
| Admit Rate | | 32.2 | | | Admit Rate | | |
| Yield | | | 65.9 | | Yield | | 78.7 |

CONFIDENTIAL

| 2017 SIBLING OVERALL | App | Acc | Paid | | 2017 SRA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 206 | 55 | 45 | | COL | 16 | 11 |
| FLL | 16 | 7 | 5 | | FLL | 1 | 1 |
| SFS | 35 | 18 | 14 | | SFS | 7 | 6 |
| MSB | 72 | 34 | 22 | | MSB | 10 | 8 |
| NHS | 26 | 9 | 6 | | NHS | 4 | 4 |
| TOTAL | 355 | 134 | 92 | | TOTAL | 38 | 30 |
| Admit Rate | | | 37.7 | | Admit Rate | | |
| Yield | | | 68.7 | | Yield | | 78.9 |

CAD                                      -6-                                      II.l.

| 2016 ALUMNI OVERALL | App | Acc | Paid | | 2016 ARA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 501 | 168 | 103 | | COL | 67 | 45 |
| FLL | 29 | 16 | 11 | | FLL | 5 | 5 |
| SFS | 110 | 51 | 31 | | SFS | 18 | 13 |
| MSB | 122 | 55 | 45 | | MSB | 24 | 19 |
| NHS | 39 | 15 | 12 | | NHS | 10 | 8 |
| TOTAL | 801 | 305 | 202 | | TOTAL | 124 | 90 |
| Admit Rate | | 38.1 | | | Admit Rate | | |
| Yield | | | 66.2 | | Yield | | 72.6 |

| 2016 SIBLING OVERALL | App | Acc | Paid | | 2016 SRA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 220 | 71 | 41 | | COL | 21 | 9 |
| FLL | 12 | 4 | 3 | | FLL | 2 | 2 |
| SFS | 30 | 15 | 6 | | SFS | 10 | 4 |
| MSB | 68 | 30 | 23 | | MSB | 11 | 8 |
| NHS | 23 | 9 | 4 | | NHS | 3 | 1 |
| TOTAL | 353 | 129 | 77 | | TOTAL | 46 | 24 |
| Admit Rate | | 36.5 | | | Admit Rate | | |
| Yield | | | 59.7 | | Yield | | 52.2 |

| 2015 ALUMNI OVERALL | App | Acc | Paid | | 2015 ARA | Accepted | Paid |
|---|---|---|---|---|---|---|---|
| COL | 454 | 159 | 104 | | COL | 63 | 49 |
| FLL | 25 | 16 | 10 | | FLL | 5 | 5 |
| SFS | 89 | 30 | 14 | | SFS | 9 | 6 |
| MSB | 130 | 51 | 38 | | MSB | 25 | 21 |
| NHS | 39 | 18 | 16 | | NHS | 6 | 6 |
| TOTAL | 737 | 274 | 182 | | TOTAL | 108 | 87 |
| Admit Rate | | 37.1 | | | Admit Rate | | |

CONFIDENTIAL

| Yield | | | 66.4 | | Yield | | 80.6 |
|---|---|---|---|---|---|---|---|

| 2015 SIBLING OVERALL | | | | | 2015 SRA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 212 | 60 | 35 | | COL | 20 | 9 |
| FLL | 17 | 7 | 5 | | FLL | 3 | 2 |
| SFS | 37 | 16 | 7 | | SFS | 7 | 4 |
| MSB | 86 | 30 | 21 | | MSB | 11 | 8 |
| NHS | 23 | 6 | 5 | | NHS | 3 | 2 |
| TOTAL | 375 | 119 | 73 | | TOTAL | 44 | 25 |
| Admit Rate | | 31.7 | | | Admit Rate | | |
| Yield | | | 61.3 | | Yield | | 56.8 |

CAD      -7-      II.l.

| 2014 ALUMNI OVERALL | | | | | 2014 ARA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 494 | 176 | 111 | | COL | 62 | 45 |
| FLL | 30 | 15 | 6 | | FLL | 4 | 3 |
| SFS | 98 | 40 | 25 | | SFS | 17 | 12 |
| MSB | 160 | 67 | 49 | | MSB | 24 | 18 |
| NHS | 37 | 14 | 10 | | NHS | 5 | 4 |
| TOTAL | 819 | 312 | 201 | | TOTAL | 112 | 82 |
| Admit Rate | | 38.1 | | | Admit Rate | | |
| Yield | | | 64.4 | | Yield | | 73.2 |

| 2014 SIBLING OVERALL | | | | | 2014 SRA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 207 | 64 | 45 | | COL | 18 | 11 |
| FLL | 12 | 10 | 9 | | FLL | 5 | 5 |
| SFS | 49 | 19 | 13 | | SFS | 9 | 6 |
| MSB | 81 | 35 | 29 | | MSB | 14 | 12 |
| NHS | 43 | 15 | 13 | | NHS | 3 | 3 |
| TOTAL | 392 | 143 | 109 | | TOTAL | 49 | 37 |
| Admit Rate | | 36.4 | | | Admit Rate | | |
| Yield | | | 76.2 | | Yield | | 75.5 |

| 2013 ALUMNI OVERALL | | | | | 2013 ARA | | |
|---|---|---|---|---|---|---|---|
| | App | Acc | Paid | | | Accepted | Paid |
| COL | 426 | 143 | 89 | | COL | 42 | 32 |
| FLL | 29 | 18 | 12 | | FLL | 3 | 3 |
| SFS | 100 | 38 | 29 | | SFS | 14 | 11 |

GTWNU_0000094435

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MSB | 152 | 46 | 35 | MSB | 20 | 16 | |
| NHS | 34 | 10 | 9 | NHS | 6 | 5 | |
| TOTAL | 741 | 255 | 174 | TOTAL | 85 | 67 | |
| Admit Rate | | .34 | | Admit Rate | | | |
| Yield | | | | Yield | | | |

| 2013 SIBLING OVERALL | | | | 2013 SRA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 229 | 81 | 50 | COL | 23 | 16 |
| FLL | 9 | 4 | 3 | FLL | 1 | 0 |
| SFS | 45 | 19 | 16 | SFS | 9 | 9 |
| MSB | 99 | 36 | 27 | MSB | 18 | 16 |
| NHS | 39 | 13 | 9 | NHS | 3 | 2 |
| TOTAL | 421 | 153 | 105 | TOTAL | 54 | 43 |
| Admit Rate | | .36 | | Admit Rate | | |
| Yield | | | | Yield | | |

CAD                    -8-                    II.l.

| 2012 ALUMNI OVERALL | | | | 2012 ARA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 441 | 151 | 97 | COL | 59 | 42 |
| FLL | 26 | 15 | 10 | FLL | 6 | 6 |
| SFS | 106 | 40 | 28 | SFS | 11 | 6 |
| MSB | 111 | 33 | 27 | MSB | 18 | 16 |
| NHS | 31 | 5 | 3 | NHS | 2 | 2 |
| TOTAL | 715 | 244 | 165 | TOTAL | 96 | 72 |
| Admit Rate | | 34.1 | | Admit Rate | | |
| Yield | | | 67.6 | Yield | | 75.0 |

| 2012 SIBLING OVERALL | | | | 2012 SRA | | |
|---|---|---|---|---|---|---|
| | App | Acc | Paid | | Accepted | Paid |
| COL | 216 | 72 | 42 | COL | 30 | 20 |
| FLL | 14 | 9 | 6 | FLL | 4 | 4 |
| SFS | 42 | 25 | 15 | SFS | 13 | 10 |
| MSB | 99 | 41 | 30 | MSB | 13 | 11 |
| NHS | 42 | 25 | 20 | NHS | 10 | 10 |
| TOTAL | 413 | 176 | 113 | TOTAL | 70 | 55 |
| Admit Rate | | 42.6 | | Admit Rate | | |
| Yield | | | 64.2 | Yield | | 78.6 |

CONFIDENTIAL