# EXHIBIT 42

CAD            **SPECIAL INTEREST**            II.m.
**2018**

This report will highlight the procedures and results involved in special interest admission for **2018**. Data for special interest admission since 2004 is included in this report providing us with a 15 year review.

The special interest admissions policy allows the University to consider special circumstances in the admission of some qualified candidates who might not be admitted competitively. These special circumstances normally are related to the potential the University will find by developing an association with this family or its sponsor or by continuing a long term association with a family or sponsor not covered by the legacy policy. Special interest admission is an important avenue for development opportunities. Given the very large and strong applicant pool, this allows certain well qualified candidates to be provided favored treatment in admission in exchange for the opportunity the University will have to develop a better association with this family or sponsor. There are exceptions to this general trend on a case by case basis but normally this would be the motivating factor in recommending someone for special interest admission.

Special interest admission can be considered for up to 5% of the class taking into consideration the 80% plus yield that these candidates bring. This 5% is calculated by the freshman class of each undergraduate school rather than the overall population. Thus, Georgetown College including FLL with 860 first year spaces had available 43 special interest admissions considerations. There was great pressure for these spaces. Georgetown's School of Foreign Service with 325 freshman spaces had available 16 special interest spaces but there was relatively little pressure for these spaces as was the case for the Georgetown School of Nursing and Health Studies and the McDonough School of Business. Careful attention was given to these candidates by the President's Office, the Office of Advancement, the offices of the Deans and the Provost. All had the opportunity to recommend candidates for special interest consideration. Final determination of these candidates was made in consultation with the Dean of Admissions, and the President. Each Dean has the opportunity to recommend a limited number of candidates based upon the population of their undergraduate school. The majority of candidates recommended came through the President's Office but were recommended by a variety of sources, especially the Office of Advancement and the President's direct staff and the University Secretary who coordinates the Board of Directors is a major source of names.

Special interest admits most often are candidates with strong credentials who need an edge in the competition which is justified by the family circumstances and potential. Occasionally, a very important case is considered and the possibility of admission with some contingencies is offered. In most cases, the contingencies involve the required attendance of the candidate in a Georgetown summer school session with successful results in two courses that would be applied to the first year's academic program in order to confirm admission or a preferred transfer status based on achieving a 3.0 GPA at another college for one year.



ATTORNEY'S EYES ONLY            GTWNU_0000170064

CAD -2- III.m.

| | Special Interest 2018 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 64 | 14 | 13 | 1 | 92 |
| Enrolled | 53 | 13 | 11 | 1 | 78 |
| % Rank | 89.0 | 92.8 | 81.4 | n/a | 88.1 |
| SAT Verbal | 672 | 681 | 679 | n/a | 675 |
| SAT Math | 680 | 710 | 727 | n/a | 692 |
| Yield | .83 | .93 | .85 | 1.0 | .85 |

| | Special Interest 2017 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 46 | 12 | 17 | 3 | 78 |
| Enrolled | 39 | 8 | 16 | 3 | 66 |
| % Rank | 89.6 | 99 | 90 | 100 | 91.9 |
| SAT Verbal | 694 | 686 | 654 | 640 | 680 |
| SAT Math | 680 | 650 | 644 | 570 | 660 |
| Yield | .85 | .67 | .94 | 1.00 | .85 |

| | Special Interest 2016 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 53 | 10 | 21 | 2 | 86 |
| Enrolled | 46 | 6 | 18 | 2 | 72 |
| % Rank | 94.0 | N/A | 86.7 | NA | 91.3 |
| SAT | | | | | |

ATTORNEY'S EYES ONLY

GTWNU_0000170065

| Special Interest 2016 | | | | | |
|---|---|---|---|---|---|
| Verbal | 664 | 684 | 659 | 680 | 665 |
| SAT Math | 661 | 648 | 690 | 630 | 667 |
| Yield | .87 | .60 | .86 | 1.00 | .84 |

CAD                                          -3-                                          II.m.

| Special Interest 2015 | | | | | |
|---|---|---|---|---|---|
|  | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 64 | 9 | 13 | 2 | 88 |
| Enrolled | 57 | 7 | 11 | 1 | 76 |
| % Rank | 92.8 | 96.3 | 98 | N/A | 94.6 |
| SAT Verbal | 667 | 619 | 627 | 630 | 654 |
| SAT Math | 662 | 609 | 675 | 680 | 658 |
| Yield | .89 | .78 | .85 | .50 | .86 |

| Special Interest 2014 | | | | | |
|---|---|---|---|---|---|
|  | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 64 | 10 | 21 | 3 | 98 |
| Enrolled | 53 | 10 | 20 | 3 | 86 |
| % Rank | 90.2 | 94.5 | 96.0 | n/a | 92 |
| SAT Verbal | 648 | 693 | 604 | 655 | 644 |
| SAT Math | 657 | 670 | 666 | 700 | 662 |
| Yield | .83 | 1.0 | .95 | 1.0 | .88 |

| Special Interest 2013 | | | | | |
|---|---|---|---|---|---|
|  | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 45 | 13 | 22 | 3 | 83 |

ATTORNEY'S EYES ONLY                                                                GTWNU_0000170066

| Special Interest 2013 | | | | | |
|---|---|---|---|---|---|
| Enrolled | 40 | 11 | 20 | 3 | 74 |
| % Rank | 89.6 | 91.3 | 92.0 | n/a | 90.8 |
| SAT Verbal | 663 | 694 | 627 | 707 | 663 |
| SAT Math | 650 | 684 | 652 | 633 | 655 |
| Yield | .89 | .85 | .91 | 100 | .89 |

CAD -4- III.m.

| Special Interest 2012 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 47 | 15 | 18 | 2 | 82 |
| Enrolled | 40 | 14 | 14 | 2 | 70 |
| % Rank | 91.0 | 90.5 | 95.0 | n/a | 91.8 |
| SAT Verbal | 659 | 708 | 645 | 550 | 663 |
| SAT Math | 657 | 653 | 653 | 610 | 655 |
| Yield | .85 | .90 | .78 | 1.00 | .85 |

| Special Interest 2011 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 45 | 13 | 15 | 4 | 77 |
| Enrolled | 35 | 10 | 14 | 4 | 63 |
| % Rank | 89.0 | 91.0 | n/a | 91.0 | 89.8 |
| SAT Verbal | 651 | 660 | 604 | 668 | 644 |
| SAT Math | 658 | 663 | 671 | 630 | 661 |
| Yield | .78 | .77 | .93 | 1.00 | .82 |

| Special Interest 2010 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |

ATTORNEY'S EYES ONLY          GTWNU_0000170067

| Special Interest 2010 | | | | | |
|---|---|---|---|---|---|
| Accepted | 40 | 12 | 13 | 4 | 69 |
| Enrolled | 30 | 9 | 12 | 4 | 55 |
| % Rank | 95.5 | 91.0 | n/a | 91.0 | 93.3 |
| SAT Verbal | 658 | 653 | 615 | 668 | 649 |
| SAT Math | 665 | 655 | 676 | 630 | 663 |
| Yield | .75 | .75 | .92 | 1.00 | .80 |

CAD -5- III.m.

| Special Interest 2009 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 42 | 9 | 11 | 3 | 65 |
| Enrolled | 31 | 7 | 11 | 3 | 52 |
| % Rank | 89.5 | n/a | 92 | n/a | 90.1 |
| SAT Verbal | 666 | 685 | 607 | 680 | 660 |
| SAT Math | 667 | 673 | 656 | 690 | 667 |
| Yield | .74 | .78 | 1.00 | 1.00 | .80 |

| Special Interest 2008 | | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 37 | 7 | 12 | 2 | 58 |
| Enrolled | 33 | 6 | 11 | 2 | 52 |
| % Rank | 80.7 | n/a | 92 | n/a | 81.3 |
| SAT Verbal | 658 | 647 | 666 | 605 | 656 |
| SAT Math | 648 | 633 | 605 | 640 | 668 |
| Yield | 89 | .86 | .92 | 1.00 | .89 |

ATTORNEY'S EYES ONLY

GTWNU_0000170068

| | Special Interest 2007 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 35 | 12 | 14 | 7 | 68 |
| Enrolled | 28 | 11 | 14 | 6 | 59 |
| % Rank | 84.8 | 88.4 | 78.2 | 83 | 84.3 |
| SAT Verbal | 677 | 694 | 630 | 634 | 667 |
| SAT Math | 654 | 643 | 648 | 668 | 652 |
| Yield | .80 | .92 | 1.00 | .86 | .87 |

CAD -6- III.m.

| | Special Interest 2006 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 45 | 11 | 17 | 3 | 76 |
| Enrolled | 40 | 10 | 17 | 3 | 70 |
| % Rank | 80.8 | 67.8 | 77.8 | 90.5 | 78.1 |
| SAT Verbal | 657 | 680 | 617 | 727 | 657 |
| SAT Math | 650 | 629 | 663 | 627 | 650 |
| Yield | .88 | .91 | 1.00 | 1.00 | .92 |

| | Special Interest 2005 | | | | |
|---|---|---|---|---|---|
| | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 41 | 6 | 20 | 4 | 71 |
| Enrolled | 32 | 6 | 18 | 4 | 62 |
| % Rank | 83 | 75 | 77 | n/a | 81.3 |
| SAT Verbal | 675 | 677 | 626 | 600 | 657 |
| SAT Math | 666 | 672 | 663 | 623 | 662 |

ATTORNEY'S EYES ONLY

GTWNU_0000170069

| Special Interest 2005 | | | | | |
|---|---|---|---|---|---|
| Yield | .78 | 1.00 | .90 | 1.00 | .87 |

| Special Interest 2004 | | | | | |
|---|---|---|---|---|---|
|  | COL | SFS | MSB | FLL | TOTAL |
| Accepted | 47 | 18 | 20 | 5 | 80 |
| Enrolled | 41 | 7 | 19 | 4 | 71 |
| % Rank | 88.1 | 70 | 90 | 86 | 85 |
| SAT Verbal | 648 | 642 | 629 | 540 | 643 |
| SAT Math | 666 | 590 | 659 | 600 | 655 |
| Yield | .87 | .88 | .95 | .80 | .89 |

CAD            -7-            III.m.

    A review of the academic data for special interest admits indicates a somewhat lower class rank. This might reflect the tendency of the special interest admits to come from smaller more academically oriented high schools where families have provided a strong educational opportunity to these students. In these cases, class rank might not be as helpful as test results. Though lower than the overall admitted group, the SAT average above 1300 indicates that these students were given an edge but should be capable of competing at the University.

    The Admissions Office continues to recommend careful attention to special interest admits and special care to maximize the purpose for which these students are being considered. The University is under-funded and under-endowed and we need to do a better job of enlisting the support of America's wealthiest families and corporations in assisting us. Special interest admits should provide this type of opportunity to enhance and strengthen our future.

ATTORNEY'S EYES ONLY         GTWNU_0000170070