# EXHIBIT 45

CAD

II.m.

## SPECIAL INTEREST
### 2005

   This report will highlight the procedures and results involved in special interest admission for 2005.   Data for special interest admission since 1994 is included in this report providing us with a   10 year review.

   The special interest admissions policy allows the University to consider special circumstances in the admission of some qualified candidates who might not be admitted competitively.   These special circumstances normally are related to the potential the University will find by developing an association with this family or its sponsor or by continuing a long term association with a family or sponsor not covered by the legacy policy.   Special interest admission is an important avenue for development opportunities to be highlighted.   Given the very large and strong applicant pool, this allows certain well qualified candidates to be provided favored treatment in admission in exchange for the opportunity the University will have to develop a better association with this family or sponsor.   There are exceptions to this general trend on a case by case basis but normally this would be the motivating factor in recommending someone for special interest admission.

   Special interest admission can be considered for up to 5% of the class taking into consideration the 80% plus yield that these candidates bring.   This 5% is calculated by the freshman class of each undergraduate school rather than the overall population.   Thus, Georgetown College including FLL with 800 first year spaces had available 40 special interest admissions considerations.   There was great pressure for these spaces.   Georgetown's School of Foreign Service with 300 freshman spaces had available 15 special interest spaces but there was relatively little pressure for these spaces as was the case for the Georgetown School of Nursing and Health Studies.   The McDonough School of Business was similar to the College.   Careful attention was given to these candidates by the President's Office, the Office of Alumni and University Relations, the offices of the Deans and the Provost.   All had the opportunity to recommend candidates for special interest consideration.   Final determination of these candidates was made in consultation with the Dean of Admissions,   the President and the Provost.   Each Dean has the opportunity to recommend a limited number of candidates based upon the population of their undergraduate school and the Provost had the opportunity to recommend an additional undetermined number of candidates.   The majority of candidates recommended came through the President's Office but were recommended by a variety of sources, especially the Office of Alumni and University Relations and the President's direct staff.



CAD                                    -2-                                    H.m.


Special interest admits most often are candidates with strong credentials who need an edge in the competition which is justified by the family circumstances and potential. Occasionally, a very important case is considered and the possibility of admission with some contingencies is offered. In most cases, the contingencies involve the required attendance of the candidate in a Georgetown summer school session with successful results in two courses that would be applied to the first year's academic program in order to confirm admission. Several candidates were offered this option this year.

| Special Interest Admissions 2005 | | | | | |
|---|---|---|---|---|---|
| | CAS | SFS | MSB | FLL | TOTAL |
| Accepted | 41 | 6 | 20 | 4 | 71 |
| Enrolled | 32 | 6 | 18 | 4 | 62 |
| % Rank | 83.0 | 75.0 | 77 | n/a | 81.3 |
| SAT Verbal | 675 | 677 | 626 | 600 | 657 |
| SAT Math | 666 | 672 | 663 | 623 | 662 |
| Yield | .78 | 1.00 | .90 | 1.00 | .87 |
| | | | | | |

| Special Interest Admissions 2004 | | | | | |
|---|---|---|---|---|---|
| | CAS | SFS | MSB | FLL | TOTAL |
| Accepted | 47 | 18 | 20 | 5 | 80 |
| Enrolled | 41 | 7 | 19 | 4 | 71 |
| % Rank | 88.1 | 70.0 | 90.0 | 86.0 | 85.1 |
| | | | | | |

ATTORNEY'S EYES ONLY

| SAT Verbal | 648 | 642 | 629 | 540 | 643 |
|---|---|---|---|---|---|
| SAT Math | 666 | 590 | 659 | 600 | 655 |
| Yield | .87 | .88 | .95 | .80 | .89 |
|  |  |  |  |  |  |

CAD                    -3-

II.m.

| Special Interest Admissions 2003 | | | | | |
|---|---|---|---|---|---|
|  | CAS | SFS | MSB | FLL | TOTAL |
| Accepted | 39 | 14 | 18 | 1 | 72 |
| Enrolled | 32 | 13 | 15 | 1 | 61 |
| % Rank | 82.6 | 86.7 | 71.7 | N/A | 81.1 |
| SAT Verbal | 663 | 679 | 620 | 760 | 658 |
| SAT Math | 666 | 664 | 669 | 660 | 666 |
| Yield | .82 | .93 | .83 | 1.00 | .85 |
|  |  |  |  |  |  |

| Special Interest Admissions 2002 | | | | | | |
|---|---|---|---|---|---|---|
|  | CAS | SFS | MSB | FLL | NHS | TOTAL |
| Accepted | 32 | 8 | 14 | 2 | 1 | 57 |
| Enrolled | 28 | 8 | 14 | 2 | 1 | 53 |
| % Rank | 81.6 | 72.0 | 76.5 | N/A | N/A | 79.0 |
| SAT Verbal | 651 | 708 | 587 | 605 | 560 | 640 |
| SAT Math | 651 | 734 | 635 | 630 | 620 | 658 |
| Yield | .875 | 1.00 | 1.00 | 1.00 | 1.00 | .93 |
|  |  |  |  |  |  |  |

| Special Interest Admissions 2001 | | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

ATTORNEY'S EYES ONLY

GTWNU_0000170279

|  | CAS | SFS | MSB | FLL | NHS | TOTAL |
|---|---|---|---|---|---|---|
| **Accepted** | 27 | 7 | 11 | 1 | 1 | 47 |
| **Enrolled** | 20 | 6 | 10 | 1 | 1 | 38 |
| **% Rank** | 89.2 | 82.7 | 78.0 | - | 69.0 | 85.9 |
| **SAT Verbal** | 667 | 687 | 640 | 570 | 490 | 657 |
| **SAT Math** | 670 | 650 | 656 | 700 | 470 | 662 |
| **Yield** | .74 | .86 | .91 | 1.00 | 1.00 | .81 |
|  |  |  |  |  |  |  |

**CAD**                              -4-                              **II.m.**

| Special Interest Admissions 2000 | | | | | |
|---|---|---|---|---|---|
|  | CAS | SFS | MSB | FLL | TOTAL |
| **Accepted** | 27 | 3 | 10 | 0 | 40 |
| **Enrolled** | 20 | 1 | 9 | 0 | 30 |
| **% Rank** | 86.1 | 93.0 | 75.3 | N/A | 84.5 |
| **SAT Verbal** | 636 | 687 | 602 | N/A | 631 |
| **SAT Math** | 644 | 713 | 663 | N/A | 651 |
| **Yield** | .74 | .33 | .90 | N/A | .75 |
|  |  |  |  |  |  |

| **Special Interest Admissions 1999** | | | | | |
|---|---|---|---|---|---|
|  | CAS | SFS | MSB | FLL | TOTAL |
| **Accepted** | 29 | 5 | 12 | 2 | 48 |
| **Enrolled** | 26 | 5 | 12 | 2 | 45 |
| **% Rank** | 80.3 | 78.0 | 78.5 | 75.0 | 79.3 |
| **SAT Verbal** | 650 | 630 | 617 | 685 | 641 |
| **SAT Math** | 652 | 646 | 650 | 730 | 654 |
| **Yield** | .90 | 1.00 | 1.00 | 1.00 | .94 |

ATTORNEY'S EYES ONLY

| Special Interest Admissions 1999 | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| Special Interest Admissions 1998 | CAS | SFS | MSB | FLL | TOTAL |
|---|---|---|---|---|---|
| Accepted | 39 | 7 | 9 | 6 | 61 |
| Enrolled | 34 | 4 | 88 | 6 | 52 |
| % Rank | 82.7 | 76.0 | 70.2 | 76.0 | 77.9 |
| SAT Verbal | 649 | 629 | 591 | 630 | 637 |
| SAT Math | 641 | 677 | 631 | 622 | 642 |
| Yield | .87 | .57 | .89 | 1.00 | .85 |
| | | | | | |

CAD            -5-            II.m.

| Special Interest Admissions 1997 | CAS | SFS | MSB | FLL | TOTAL |
|---|---|---|---|---|---|
| Accepted | 32 | 9 | 13 | 5 | 59 |
| Enrolled | 31 | 7 | 8 | 4 | 50 |
| % Rank | .80 | .92 | .81 | .75 | .81 |
| SAT Verbal | 612 | 641 | 582 | 586 | 608 |
| SAT Math | 630 | 623 | 613 | 580 | 621 |
| Yield | .97 | .78 | .62 | .80 | .85 |
| | | | | | |

| Special Interest Admissions 1996 | CAS | SFS | MSB | FLL | TOTAL |
|---|---|---|---|---|---|
| Accepted | 30 | 8 | 6 | 4 | 48 |
| Enrolled | 26 | 8 | 55 | 4 | 43 |

ATTORNEY'S EYES ONLY

| Special Interest Admissions 1996 | | | | | |
|---|---|---|---|---|---|
| % Rank | 72.0 | 80.0 | 77.3 | 95.0 | 74.9 |
| SAT Verbal | 628 | 665 | 554 | 593 | 623 |
| SAT Math | 621 | 614 | 674 | 615 | 625 |
| Yield | .87 | 1.00 | .83 | 1.00 | .90 |
| | | | | | |

| Special Interest Admissions 1995 | | | | | |
|---|---|---|---|---|---|
| | CAS | SFS | MSB | FLL | TOTAL |
| Accepted | 29 | 6 | 19 | 66 | 60 |
| Enrolled | 22 | 4 | 18 | 66 | 50 |
| % Rank | 76.9 | N/A | 79.5 | 85.0 | 79.0 |
| SAT Verbal | 564 | 595 | 536 | 513 | 552 |
| SAT Math | 627 | 658 | 665 | 597 | 639 |
| Yield | .76 | .67 | .95 | 1.00 | .83 |
| | | | | | |

CAD                                           -6-                                           II.m.

| Special Interest Admissions 1994 | | | | | |
|---|---|---|---|---|---|
| | CAS | SFS | MSB | FLL | TOTAL |
| Accepted | 32 | 14 | 14 | 9 | 69 |
| Enrolled | 29 | 10 | 11 | 8 | 58 |
| % Rank | .84 | .83 | .92 | .68 | .82 |
| SAT Verbal | 561 | 578 | 530 | 513 | 551 |
| SAT Math | 613 | 584 | 644 | 580 | 609 |
| Yield | .91 | .71 | .79 | .89 | .82 |
| | | | | | |

ATTORNEY'S EYES ONLY                                           GTWNU_0000170282

A review of the academic data for special interest admits indicates a significantly lower academic record. This might reflect the tendency of the special interest admits to come from smaller more academically oriented high schools where families have provided a strong educational opportunity to these students. In these cases class rank might not be as helpful as test results to indicate a substantial level of accomplishment of these special interest admits. Though lower than the overall admitted group, the SAT average above 1300 indicates that these students were given an edge but should be capable of competing at the University.

The Admissions Office continues to recommend careful attention to special interest admits and special care to maximize the purpose for which these students are being considered. The University is under-funded and under-endowed and we need to do a better job of enlisting the support of America's wealthiest families and corporations in assisting us. Special interest admits should provide this type of opportunity to enhance and strengthen our future.

ATTORNEY'S EYES ONLY