# EXHIBIT 47

2026B76660    GU President's Office      GU President's Office      16 56 16   03-08- █    2/2

March 8, █

PLEASE ADMIT:

| LAST NAME | FIRST NAME |
|---|---|
| UID_0000817126801 | |
| UID_0000230800032 | |
| FERPA/PII Redaction | |
| UID_0000968848305 | |
| UID_0000502772741 | |
| UID_0000761642532 | |
| UID_0000122447031 | |
| UID_0000779931376 | |
| UID_0000993211798 | |
| UID_0000106361387 | |
| UID_0000247156157 | |
| UID_0000773740877 | |
| UID_0000198963800 | |
| FERPA/PII Redaction | |
| UID_0000263112206 | |
| UID_0000531249602 | |
| UID_0000232659102 | |
| UID_0000536372194 | |
| UID_0000374296666 | |
| UID_0000178553067 | |
| UID_0000607794074 | |
| UID_0000798321749 | |
| UID_0000736942266 | |
| UID_0000192952725 | |
| UID_0000322903179 | |
| UID_0000264399406 | |
| UID_0000954156897 | |
| UID_0000683163793 | |
| UID_0000780514317 | |
| UID_0000034950814 | |
| UID_0000581529319 | |
| UID_0000005134118 | |
| UID_0000783478812 | |
| UID_0000256586494 | |
| UID_0000159057233 | |
| UID_0000560624966 | |
| UID_0000141905309 | |
| UID_0000484160643 | |
| UID_0000199001285 | |



DEPOSITION EXHIBIT
DeGioia 12
2/16/24
Rich Germosen, CCR, CRCR, CRR, RDR



EXHIBIT
17

ATTORNEY'S EYES ONLY

**December 6,** ▓

*Early Action*

**Please Admit:**

UID_0000454520145
UID_0000672414260
UID_0000363087661
UID_0000263858031

ATTORNEY'S EYES ONLY

GTWNU_0000374006

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R KJT FERPA/PII Redaction M ISLM WHITE | UID_0000682133207 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB 9 8 8 | 0 | | FERPA/PII Redaction | AAP260 | AO M5 M4 10/13/ 11/13/ | DN ARA A/SPF | N |
| E KEK MA F CATH WHITE | UID_0000023278629 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE PMD 9 0 8 | 0 | 0 | FERPA/PII Redaction | AAP175 | AO M2 M5 6/28/ 10/16/ | DN ARA DF DREG M/SPI | R00 Y |
| E ABC CA F CATH WHITE | UID_0000817126801 FERPA/PII Redaction FERPA/PII Redaction | NHS NHSC PMD X 7 8 | 0 | | FERPA/PII Redaction | AAP563 | AO M4 M5 7/26 10/27 | AT SPI DF DREG | R00 N |
| R KJT CA F ISLM | UID_0000205872043 FERPA/PII Redaction FERPA/PII Redaction | COL BCHU 8 7 9 | | 0 | FERPA/PII Redaction | AAP470 | M4 M5 8/28 1/9/ | DN REG A/SPI | C99 N |
| R CAD MD F CATH WHITE, HSPN OTH | UID_0000230600032 FERPA/PII Redaction FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE 9 7 6 | | | FERPA/PII Redaction | AAP502 | F9 M1 M2 9/12/ 1/8/ | AT SPI | C99 N |
| E JMC CT M CONG WHITE | UID_0000808411541 FERPA/PII Redaction FERPA/PII Redaction | NHS NHSC PMD X 9 6 | 0 | | FERPA/PII Redaction | AAP105 | AO M1 M5 10/14/ 11/1/ | DN ARA DF DREG A/SPI | R00 N |

ATTORNEY'S EYES ONLY



| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R CAD MA F JWSH WHITE | UID_0000484366374 | MSB GENB IIPEB X 89 | 0 | 5.2 midp | FERPA/PII Redaction | AAP174 | M5 12/16/ 1/9/ | DN REG A/SPI | C99 N |
| E SSC NJ F CATH WHITE | UID_0000515742361 | COL AUNDE 8 7 5 | | | FERPA/PII Redaction | AAP403 | ASO M4 M5 6/24/ 9/28/ | AT ARA DF DREG A/SPI | R00 N |
| R SAP CO F JWSH WHITE | UID_0000968848305 | COL AFREN 8 7 5 | | | FERPA/PII Redaction | AAP551 | M1 M5 9/10/ 12/21/ | AT SPI | C99 N |
| E CAD VA F CATH WHITE, HSPN OTH | UID_0000015752474 | SFS BSFUNDE IINPOL X X 8 | | prefer no 25/25 | FERPA/PII Redaction | AAP501 | A M4 M4 10/1/ 11/1/ | DN ARA DF DREG | R00 N |
| E CAD CT F CATH NONCITZ | UID_0000689808647 | COL AUNDE IGOVT X 07 | | | FERPA/PII Redaction | AAP105 | M5 10/27/ 11/1/ | DN REG DF DREG A/SPI | A23 Y N |
| R KJT M ISLM WHITE | UID_0000192952725 | SFS BSFUNDE IINPOL 8 98 | | | FERPA/PII Redaction | AAP260 | ASO M5 M5 10/20/ 12/13/ | AT SPI | I00 N |

ATTORNEY'S EYES ONLY

GTWNU_0000374008

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL. HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R  KJT  F  ISLM  WHITE | FERPA/PII Redaction  UID_0000322903179  FERPA/PII Redaction | SFS BSFUNDE IINPOL  8 8 8 | 0 | | FERPA/PII Redaction | AAP260 | ASO M5 M5  10/20  12/13 | AT SPI | 100  N |
| R  KJT  M  CATH  NONCITZ | FERPA/PII Redaction  UID_0000770058996  FERPA/PII Redaction | SFS  X BSFUNDE  X ICULP  X         X  8 9 4 | 0/0  X  0 | xag InR | FERPA/PII Redaction | AAP256 | M2 M4  9/12  1/8 | DN REG DF DPDF  A/spi | 100  N |
| R  KJT  M  CATH  NONCITZ | FERPA/PII Redaction  UID_0000683163793  FERPA/PII Redaction  x concntin mateo ~ | COL  X AUNDE IPHIL  9 7 2 | X  0 no ne | 4016  Tagadeel InR | FERPA/PII Redaction | AAP256 | O M5 M3  12/30  1/9 | DN REG  Dany  Holding CAD | 100  N |
| R  SAP IL  F  EPIS  WHITE | FERPA/PII Redaction  UID_0000209703609  FERPA/PII Redaction | COL AUNDE IHIST  8 X 7 | | | FERPA/PII Redaction | AAPOT HR | M5 M4  2/12  2/12 | DP DEPD AT GAP | A2i  N |
| E  JMC  NY  F  CATH  WHITE | FERPA/PII Redaction  UID_0000572414260  FERPA/PII Redaction  FERPA/PII Redaction | COL AUNDE IAMST  X X 8 | 0/0  0  0 | | FERPA/PII Redaction | AAP343 | ASO M5 M4  8/9  10/27 | DP DEPD AT EREG | A11  N |
| R  MDC  NY  F  CATH  CUBAN | FERPA/PII Redaction  UID_0000714752419  FERPA/PII Redaction  FERPA/PII Redaction | COL AUNDE IPSYC  7 7 6 | 0/211  0 | | FERPA/PII Redaction | AAP389 | AS M4 M5  9/12  12/14 | AT ARA  A/SPI | A22  N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction R JMC CT F CATH WHITE | UID_0000761642532 FERPA/PII Redaction FERPA/PII Redaction | NHS NHSC PMD X 8 5 | 0 | | FERPA/PII Redaction | AAP106 | M5 M5 9/29/ 12/23/ | AT SPI | A21 Y |
| FERPA/PII Redaction R KEK RI F CATH WHITE | UID_0000896160016 FERPA/PII Redaction FERPA/PII Redaction | COL AFREN X 7 8 | 0 0 0 | 0/0 0 | FERPA/PII Redaction | AAP112 | AO M5 M5 12/17/ 1/10/ A/SPI | AT ARA | R11 N |
| FERPA/PII Redaction R SAP MN F CATH WHITE | UID_0000102223084 FERPA/PII Redaction FERPA/PII Redaction | COL BIOL PMD 8 8 9 | 0 | | FERPA/PII Redaction | AAP136 | M5 M4 11/30 1/9/ A/SPC | DN REG | A22 N |
| FERPA/PII Redaction R KJT F NONE WHITE. AFAMER | UID_0000247156157 FERPA/PII Redaction FERPA/PII Redaction | NHS GLOH 7 9 0 | 0 | 0 | FERPA/PII Redaction | AAP256 | M5 M5 8/10/ 12/15/ | AT SPI | 100 N |
| FERPA/PII Redaction E KJT F CATH NONCITZ | UID_0000363087661 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE 8 9 8 | 0 | 0 | FERPA/PII Redaction | AAP246 | ASO M5 M5 7/7/ 10/28/ | DP DEPD AT ESPI | R00 N |
| FERPA/PII Redaction R MDC NY M CATH WHITE | UID_0000754943288 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE X 7 7 | 0 | 0 | FERPA/PII Redaction | AAP370 | SO M4 M5 1/9/ 1/10 A/SPI | DN SRA | N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E MDC NY M EPIS WHITE | UID_0000798321749 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IHIST X 9 7 | 0 | 0 | FERPA/PII Redaction | AAP376 | ASO M5 M5 10/8 10/30 | AT SPI DF DARA | R00 N |
| E JMC CT M EPIS WHITE | UID_0000106361387 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE 9 8 8 | 0 | 0 | FERPA/PII Redaction | AAP106 | O M5 M4 9/25 10/31 | AT SPI DF DREG | C99 N |
| E TTT VA F CATH HSPN OTH | UID_0000263858031 FERPA/PII Redaction FERPA/PII Redaction | NHS GLOH X 8 9 | 0 | 0 | FERPA/PII Redaction | AAP501 | O M5 M5 6/23 10/29 | AT ESPI | A21 N |
| E MAC CA F EPIS WHITE | UID_0000773740877 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT 8 8 7 | 0 0 0 0 | 0 | FERPA/PII Redaction | AAP472 | AO M5 M4 9/9 10/30 | AT SPI DF DREG | A21 N |
| R MDC NY F JWSH WHITE | UID_0000064191739 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE ISTIA 9 8 9 | 0 | 0 | FERPA/PII Redaction | AAP370 | O M4 M4 12/5 1/10 | DN REG *A/SDI* | C99 Y |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction R MLH FL M CATH WHITE, CUBAN, HSPN OTH | UID_0000264588535 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT X 07 | | X | FERPA/PII Redaction | AAP208 | AO M5 M5 8/26/ 1/2/ | | A23 N |
| FERPA/PII Redaction E TTT MD F EPIS WHITE | UID_0000228979915 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT 988 | | 0 | FERPA/PII Redaction | AAP509 | M4 M4 10/19/ 10/20/ | DF DREV | A13 Y |
| FERPA/PII Redaction E CAD CT M CATH WHITE | UID_0000363085708 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT 897 | | | FERPA/PII Redaction | AAP107 | AO M5 M5 8/2/ 10/24/ | AT ARA DF DREG | R00 N |
| FERPA/PII Redaction R CAD NJ F CATH WHITE | UID_0000264399406 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE tENGL X 78 | | | FERPA/PII Redaction | AAP414 | O M4 M4 7/18/ 1/10/ | AT SPI DF DNEA | C99 |
| FERPA/PII Redaction R CAD NJ F CATH WHITE | UID_0000954156897 FERPA/PII Redaction FERPA/PII Redaction | COL BIOL X 77 | | 0 | FERPA/PII Redaction | AAP414 | O M4 M4 7/17/ 1/5/ | AT SPI DF DNEA | A31 N |
| FERPA/PII Redaction E JCB OK F CATH WHITE, HSPN OTH | UID_0000767177672 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE LJUPS 989 | | 0 | FERPA/PII Redaction | AAP143 | O M5 M4 7/11/ 10/31/ | DN REG DF DREG | A23 N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E KJT United Kingdom M ORTH NONCITZ | UID_0000414207459 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT 797 | X X X X 0 | 0 | FERPA/PII Redaction | AAP256 | O M4 M2 9/6/ 10/30/ | DN REG DF DREG A/SPI | I00 N |
| E ABC CA F PROT ASIAN | UID_0000780514317 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE IINPOL X78 | 3.78 3.70 3.73 3.96 0 | 0/0 | FERPA/PII Redaction | AAP565 | M5 9/16/ 10/23/ | AT SPI DF DREG | A31 N |
| R CAD CT M NONE WHITE | UID_0000679856493 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB XX6 | 0 | | FERPA/PII Redaction | AAP105 | F9 M2 10/21/ 1/6/ | DN REG A/SPI | C99 N |
| E KJT CT F CATH WHITE | UID_0000263112206 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB IMARK X97 | 0 | 0 | FERPA/PII Redaction | AAP102 | S M5 M4 9/9/ 10/23/ | AT SPI DF DREG | A31 N |
| R LHI VA M CATH NOTPROV | UID_0000401141962 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE IGBUS 996 | | | FERPA/PII Redaction | AAP230 | AO M5 10/23/ 1/9/ | A/SPI | R00 Y |
| E KJF TN M CATH WHITE | UID_0000870128452 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IECON X90 | 0 | 0 | FERPA/PII Redaction | AAP228 | AO M4 M4 10/22/ 10/31/ | DN ARA DF DREG A/SPI | C99 Y |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/APP Redaction R  KJT FERPA/PII Redaction M  BDHS NONCITZ | UID_0000531249602 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE ISTIA 7 7 8 | X X X X 0 | FERPA/APP Redaction X | FERPA/PII Redaction | AAP356 | AO M5 M4 12/20/ 1/9/ | AT SPI | I00 N |
| FERPA/APP Redaction R  MDC NY FERPA/PII Redaction M  CATH WHITE | UID_0000673743380 FERPA/PII Redaction FERPA/PII Redaction | COL COSC 9 7 5 | 0 | FERPA/APP Redaction 0 | FERPA/PII Redaction | AAP389 | S M4 M4 12/1/ 1/11/ | DN SRA *A/SPI* | R99 N |
| FERPA/APP Redaction E  CAD MD FERPA/PII Redaction M  CATH NATAM, WHITE | UID_0000123961847 FERPA/PII Redaction FERPA/PII Redaction | NHS NHSC X X 6 | 0 | FERPA/APP Redaction | FERPA/PII Redaction | AAP502 | S M5 M4 10/4/ 10/31/ | WL SRA DF DREG *A/SPI* | A23 N |
| FERPA/APP Redaction E  TTT VA FERPA/PII Redaction M  CATH WHITE | UID_0000122447031 FERPA/PII Redaction FERPA/PII Redaction | NHS NCMP X 8 7 | 0 | FERPA/APP Redaction 0 | FERPA/PII Redaction | AAP501 | S M5 M4 8/17/ 10/29/ | AT SPI DF DREG | R00 Y |
| FERPA/APP Redaction E  CAD CT FERPA/PII Redaction M  JWSH WHITE | UID_0000242246181 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB IMGMT X 7 5 | 0 | FERPA/APP Redaction | FERPA/PII Redaction | AAP111 | M4 M4 9/11/ 10/28/ | DN REG DF DREG *A/SPI* | C99 N |
| FERPA/APP Redaction R  MDC NY FERPA/PII Redaction F  CATH WHITE | UID_0000332574513 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE 8 8 8 | 0 | FERPA/APP Redaction | FERPA/PII Redaction | AAP374 | S M5 M5 10/21/ 1/7/ | DN SRA *Deny* | R99 N |

*bottom 1/2 school group*

ATTORNEY'S EYES ONLY

| ID/APP TYPE<br>REG/H. STATE<br>SEX/REL<br>RACE | LAST NAME, FIRST NAME<br>HIGH SCHOOL OR COLL<br>HS OR COLL CITY, ST, & ZIP<br>HS CODE | ACAD PROG<br>ACAD PLAN1<br>ACAD PLAN2<br>INT PLAN<br><br>CTA | GPA<br>9th<br>10th<br>11th<br>Overall<br>Highest GPA | RANK<br>% RANK<br>Dec/Quin<br>MYR<br>GPA | SAT V-M<br>SAT II RESULTS<br>ACT EMRSC<br>AP Scores | COMMITTEE<br>REV COMM | FLAGS<br>APP DATE<br>SUP DATE<br>MERITS | STATUS | RATING<br>FA APPLIED<br>TOTAL FA<br>NEED<br>TOTAL AID<br>GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *no bad MYR* (handwritten) |
| FERPA/PII Redaction<br>R JMC<br>NY<br>F CATH<br>WHITE,<br>HSPN OTH | UID_0000472182317<br>FERPA/PII Redaction<br>FERPA/PII Redaction | COL<br>AUNDE<br>[ARHT<br><br>X 78 | 0<br>0 | | FERPA/PII Redaction | AAP343 | M4 M1<br>8/1/<br>1/10/ | DN REG<br>*Deny* (handwritten) | C99<br>N<br>*2.83 1st sem* (handwritten) |
| | | | *2.83 — bottom* (handwritten) | | | | | | |
| FERPA/PII Redaction<br>R KJT<br>M ORTH<br>NONCITZ | UID_0000777007742<br>FERPA/PII Redaction<br>FERPA/PII Redaction | COL<br>AUNDE<br>IPECO<br><br>8 X 8 | X<br>X<br>X<br>X<br>0 | X | FERPA/PII Redaction | AAP356 | F8 M1 M1<br>12/18/<br>1/8/ | DN REG<br>*A/SPJ* (handwritten) | 100<br>N |
| FERPA/PII Redaction<br>E SSC NJ<br>F CATH<br>WHITE | UID_0000198963800<br>FERPA/PII Redaction<br>FERPA/PII Redaction | SFS<br>BSFUNDE<br><br>X 99 | | | FERPA/PII Redaction | AAP413 | AO M5 M4<br>8/2/<br>10/30/ | AT SPI<br>DF DREG | A31<br>N |
| FERPA/PII Redaction<br>R CAD<br>NY<br>M CATH<br>WHITE | UID_0000536372194<br>FERPA/PII Redaction<br>FERPA/PII Redaction | COL<br>CLAS<br><br>704 | 0 | | FERPA/PII Redaction | AAP374 | AO M4 M4<br>12/16/<br>1/8/ | AT SPI | R00<br>N |
| FERPA/PII Redaction<br>R ABC<br>CA<br>F UNSP<br>WHITE | UID_0000374296666<br>FERPA/PII Redaction<br>FERPA/PII Redaction | COL<br>AUNDE<br><br>878 | | | FERPA/PII Redaction | AAP563 | AO M5 M5<br>10/22/<br>1/7/ | AT SPI | A21<br>N |
| FERPA/PII Redaction<br>R TTT<br>MD<br>F NONE<br>WHITE | UID_0000141905309<br>FERPA/PII Redaction<br>FERPA/PII Redaction | COL<br>AUNDE<br>IENGL<br><br>785 | 0 | | FERPA/PII Redaction | AAP508 | M4<br>12/17/<br>12/21/ | AT SPI | A31<br>Y |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS or COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction E CAD MA M CATH WHITE FERPA/PII Redaction | UID_0000502772741 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IENGL X X 5 | 0 | | FERPA/PII Redaction | AAP174 | M5 M5 8/28/ 11/1 | AT SPI DF DREG | C99 N |
| FERPA/PII Redaction E ABC CA F NONE WHITE FERPA/PII Redaction | UID_0000178553067 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE X 89 | | | FERPA/PII Redaction | AAP564 | SO M5 M5 9/18/ 11/1 | AT SPI DF DREG | R99 N |
| FERPA/PII Redaction R HEL FERPA/PII Redaction F CATH NONCITZ FERPA/PII Redaction | UID_0000029829630 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB IMGMT 8 8 9 | 0 | | FERPA/PII Redaction | AAP270 | M5 M2 9/10/ 12/21 | DN REG A/SPI | I00 Y |
| FERPA/PII Redaction R CAD CT M CATH WHITE FERPA/PII Redaction | UID_0000560624966 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB IMGMT 8 0 5 | | | FERPA/PII Redaction | AAP107 | ASO M5 M4 12/28/ 1/10 | DN ARA Holding CAD | R00 Y |
| FERPA/PII Redaction R KJT FERPA/PII Redaction M ISLM NONCITZ FERPA/PII Redaction | UID_0000295821789 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IECON X 80 | X X X 0 | | FERPA/PII Redaction | AAPWV D | AS M5 M4 9/14 12/2 | A/SPI | R00 N |
| FERPA/PII Redaction R CAD MD M CATH WHITE FERPA/PII Redaction | UID_0000779931376 FERPA/PII Redaction FERPA/PII Redaction | MSB GENB IFINC X X 6 | | | FERPA/PII Redaction | AAP507 | A M5 M5 10/23/ 1/10/ | AT SPI DF DPDF | R00 N |

bottom p. transfer @ best

#11 80

Dem

Adon

refer to f

A/SPS

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E CAD IL M CATH WHITE | UID_0000993211798 FERPA/PII Redaction | COL AUNDE IENGL X 98 | 0 | | FERPA/PII Redaction | AAP420 | O M5 M5 8/23 9/23 | AT SPI DF DREG | A31 N |
| R JCB CA M CATH NOTPROV, MEXICAN | UID_0000005134118 FERPA/PII Redaction | SFS BSFUNDE IINPOL 896 | | 0 | FERPA/PII Redaction | AAP478 | F8O M1 M1 1/6 1/11 | AT SPI | H43 Y |
| E GPL OH F CATH WHITE | UID_0000921970843 FERPA/PII Redaction | COL AUNDE X 78 | 0 | | FERPA/PII Redaction | AAP234 | O M5 M5 8/20 10/19 | DN REG DF DREG | A31 N A/SPI |
| R HEL WA F CATH WHITE | UID_0000006149030 FERPA/PII Redaction | SFS BSFUNDE IINPOL 998 | | | FERPA/PII Redaction | AAP539 | M4 M4 10/26 12/18 | WL REG | A22 N A/SPI |
| E TTT MD F CATH WHITE | UID_0000232659102 FERPA/PII Redaction | COL BIOL PMD 999 | 0 0 0 0 | | FERPA/PII Redaction | AAP509 | O M4 M5 10/7 10/31 | AT SPI DF DREG | A23 Y |
| R JCB CA F CATH WHITE, MEXICAN | UID_0000783478812 FERPA/PII Redaction | NHS NCMP PMD 887 | 0 0 0 0 | | FERPA/PII Redaction | AAP478 | F8 M1 M1 1/7 1/10 | AT SPI | H43 Y |

ATTORNEY'S EYES ONLY

GTWNU_0000374017

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction  UID_0000776015553  FERPA/PII Redaction  E SSC NJ  F CATH  HSPN OTH, WHITE | FERPA/PII Redaction | COL AUNDE PMD  X 8 1 | 0  0 | 0 | FERPA/PII Redaction  *very wood, l/r 24 ACT* | AAP403 | AO M4 M4  9/27/  10/26/ | DN ARA DE REG  PRTD | R00  N |
| FERPA/PII Redaction  UID_0000738942266  FERPA/PII Redaction  R JMC  NY  F UNSP  WHITE | FERPA/PII Redaction | COL AUNDE IAMST  9 8 9 | 0  0 | 0 | FERPA/PII Redaction | AAP343 | M5 M5  12/2  1/10 | AT SPI | A31  N |
| FERPA/PII Redaction  UID_0000456340371  FERPA/PII Redaction  R GPL  OH  M CATH  WHITE | FERPA/PII Redaction | MSB GENB IACCT  X X 7 | 0 | | FERPA/PII Redaction | AAP234 | S M4 M4  8/15/  12/21/ | AT SPI | R00  Y |
| FERPA/PII Redaction  UID_0000553722890  FERPA/PII Redaction  R ABC  CA  M CATH  WHITE | FERPA/PII Redaction | COL MATH  8 7 6 | | | FERPA/PII Redaction | AAP564 | A M4 M5  6/6/  1/4/ | AT SPI | R00  N |
| FERPA/PII Redaction  UID_0000158435266  FERPA/PII Redaction  R MLH  FL  F CATH  WHITE, CUBAN | FERPA/PII Redaction | COL AUNDE  8 8 9 | X | | FERPA/PII Redaction | AAP324 | AO M4 M4  1/4/  1/10/ | DN ARA  A-SPF | R00  N |
| FERPA/PII Redaction  UID_0000440448828  FERPA/PII Redaction  R TTT  CA  M PRES  ASIAN | FERPA/PII Redaction | MSB GENB IFINC  X 7 5 | 0/0  0 | | FERPA/PII Redaction | AAP515 | A M4 M4  8/1/  12/29/ | AT ARA  A-SPI per CMD | R00  N |

ATTORNEY'S EYES ONLY

GTWNU_0000374018

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R CAD IL F PROT WHITE | UID_0000484160643 FERPA/PII Redaction | COL AUNDE IPSYC X 70 | 0 0 | | FERPA/PII Redaction | AAPWV D | SO M5 M5 8/23 1/10 | AT SPI | R00 N |
| E SAP IL M CATH WHITE | UID_0000723960678 FERPA/PII Redaction | COL AUNDE IGOVT X 80 | | 0 | FERPA/PII Redaction | AAP426 | O M4 M5 10/5 10/28 | DF DREG A/SPI | C99 N |
| E MDC NY M CATH WHITE | UID_0000518821937 FERPA/PII Redaction | MSB GENB 1FINC X 79 | 0 | | FERPA/PII Redaction | AAP376 | AO M4 M4 6/7 10/19 | DF DARA A/SPI | C99 N |
| E JCB CA F JWSH WHITE | UID_0000611628802 FERPA/PII Redaction | COL AUNDE IGOVT 9 8 7 | 0 | 0 | FERPA/PII Redaction | AAP470 | M4 M4 8/5 10/28 | DN REG DF DREG A/SPI | A23 N |
| E CAD VA M CATH NOTPROV, WHITE, AFAMER, HSPN OTH | UID_0000308601353 FERPA/PII Redaction | COL AUNDE IJUPS X 07 | | 0 | FERPA/PII Redaction | AAP210 | A M4 M5 10/12 11/1 | DN ARA DF DREG A/SPI | R00 Y |
| R CAD MA F UNSP WHITE, HSPN OTH | UID_0000389671091 FERPA/PII Redaction | COL AUNDE IGOVT X 89 | 0 0 | | FERPA/PII Redaction | AAP152 | M5 M2 10/7 1/10 | DN REG DF DNEA A/SPI | C99 N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction R JCB CA F NONE MEXICAN | UID_0000256586494 FERPA/PII Redaction | COL MATH 988 | | | FERPA/PII Redaction | AAP478 | F8 M1 11/10 1/21 | AT SPI | H43 Y |
| FERPA/PII Redaction R JCB CA F CATH NOTPROV, MEXICAN, HSPN OTH | UID_0000159057233 FERPA/PII Redaction | COL MATH 783 | 0 0 0 0 | | FERPA/PII Redaction | AAP478 | F8 M1 1/10 1/11 | AT SPI | H43 Y |
| FERPA/PII Redaction E ABC CA F UNSP WHITE | UID_0000199001285 FERPA/PII Redaction | COL AUNDE ISOCI 788 | | | FERPA/PII Redaction | AAP563 | M4 M5 6/10 10/24 | AT SPI DF DREG | A22 N |
| FERPA/PII Redaction R KJT Great Britain M ORTH NONCITZ | UID_0000908186672 FERPA/PII Redaction | MSB GENB IIPEB X76 | X X | | FERPA/PII Redaction | AAP256 | SO M5 M4 7/11 1/8 | DN SRA _PRTN_ _2A Act_ | R99 N _very weak_ |
| FERPA/PII Redaction E KJT CT M JWSH WHITE | UID_0000174852196 FERPA/PII Redaction | MSB GENB IFINC 668 | | 0 | FERPA/PII Redaction | AAP102 | SO M5 M4 7/9 10/17 | DN SRA DF DREG _A/SPI_ | R00 N |
| FERPA/PII Redaction R SAP MO F CATH WHITE | UID_0000034950814 FERPA/PII Redaction | COL BIOL PMD 967 | | 0 | FERPA/PII Redaction | AAP123 | AO M5 M5 9/7 1/9 | AT SPI | C99 N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quan MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R JCB TX F CATH WHITE | UID_0000830416844 FERPA/PII Redaction | COL AUNDE IPSYC 976 | 0 0 0 | | FERPA/PII Redaction | AAP148 | ASO M5 M5 12/4 1/10 | AT ARA | R00 N *ASPI* |
| R KJT England F CATH NONCITZ, WHITE | UID_0000607794074 FERPA/PII Redaction | SFS BSFUNDE IINPOL 8 X 0 | 0 | | FERPA/PII Redaction | AAP256 | M5 M5 7/4 12/20 | AT SPI | A13 N |
| R HEL NV F JWSH WHITE, AFAMER | UID_0000632291498 FERPA/PII Redaction | COL AUNDE IGOVT 799 | 0 | | FERPA/PII Redaction | AAP555 | AO M5 M4 12/4 1/11 | DN ARA *Deny* | R00 Y |

*very weak letter of rec*
*SAT 580-540*

ATTORNEY'S EYES ONLY

GTWNU_0000374021



ATTORNEY'S EYES ONLY

GTWNU_0000374022

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction R KJT FERPA/PII Redaction M CATH NONCITZ FERPA/PII Redaction | UID_0000683163793 FERPA/PII Redaction | COL AUNDE IPHIL 972 | X X X 0 | | FERPA/PII Redaction | AAP256 | O M5 M3 12/30/ 1/9/ | DN REG | 100 N |
| FERPA/PII Redaction R SAP IL F EPIS WHITE FERPA/PII Redaction | UID_0000209703609 FERPA/PII Redaction | COL AUNDE IHIST 8 X 7 | | | FERPA/PII Redaction | AAPOT HR | M5 M4 2/12 2/12 | DP DEPD ? (AT GAP) A/SPI | A2I N |
| E JMC NY F CATH WHITE FERPA/PII Redaction | UID_0000672414260 FERPA/PII Redaction | COL AUNDE IAMST X X 8 | 0/0 0 0 | | FERPA/PII Redaction | AAP343 | ASO M5 M4 8/9 10/27 | DP DEPD AT EREG A/SPF | A1I N |
| FERPA/PII Redaction R JMC CT F CATH WHITE FERPA/PII Redaction | UID_0000761642532 FERPA/PII Redaction | NHS NHSC PMD 885 | 0 | | FERPA/PII Redaction | AAP106 | M5 M5 9/29/ 12/23 | WL REG A/SPI | A2I Y N |
| FERPA/PII Redaction R KJT F NONE WHITE AFAMER FERPA/PII Redaction | UID_0000247156157 FERPA/PII Redaction | NHS GLOH 790 | 0 0 | | FERPA/PII Redaction | AAP256 | M5 M5 8/10/ 12/15/ | DN REG A/SPI | 100 N |
| FERPA/PII Redaction E KJT F CATH NONCITZ FERPA/PII Redaction | UID_0000363087661 FERPA/PII Redaction | COL AUNDE 898 | 0 0 | | FERPA/PII Redaction | AAP246 | ASO M5 M5 7/7/ 10/28/ | DP DEPD AT ESPI | R00 N |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| FERPA/PII Redaction E MDC NY M EPIS WHITE | UID_0000798321749 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IHIST X 9 7 | | 0 | FERPA/PII Redaction | AAP376 | ASO M5 M5 10/8 10/30/ | DF DARA A/SPI | R00 N |
| FERPA/PII Redaction E IMC CT M EPIS WHITE | UID_0000106361387 FERPA/PII Redaction FERPA/PII Redaction | SFS BSFUNDE 9 8 8 | | | FERPA/PII Redaction | AAP106 | O M5 M4 9/25/ 10/31/ | DN REG DF DREG A/SPC | C99 N |
| FERPA/PII Redaction E TTT VA F CATH HSPN OTH | UID_0000263858031 FERPA/PII Redaction FERPA/PII Redaction | NHS GLOH X 8 9 | | | FERPA/PII Redaction | AAP501 | O M5 M5 6/23 10/29/ | AT ESPI | A21 N |
| FERPA/PII Redaction E MAC CA F EPIS WHITE | UID_0000773740877 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IGOVT 8 8 7 | | | FERPA/PII Redaction | AAP472 | AO M5 M4 9/9 10/30/ | DN ARA DF DREG A/SPI | A21 N |
| FERPA/PII Redaction R CAD NJ F CATH WHITE | UID_0000264399406 FERPA/PII Redaction FERPA/PII Redaction | COL AUNDE IENGL 9 7 8 | | | FERPA/PII Redaction | AAP414 | O M4 M4 7/18 1/10/ | DN REG DF DNEA A/SPI | C99 N |
| FERPA/PII Redaction R CAD NJ F CATH WHITE | UID_0000954156897 FERPA/PII Redaction FERPA/PII Redaction | COL BIOL X 7 7 | | | FERPA/PII Redaction | AAP414 | O M4 M4 7/17 1/5/ | DN REG DF DNEA A/SPI | A31 N |

ATTORNEY'S EYES ONLY

GTWNU_0000374024

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E ABC CA F PROT ASIAN | UID_0000780514317 FERPA/PII Redaction | SFS BSFUNDE IINPOL X 78 | | | FERPA/PII Redaction | AAP565 | M5 9/16/ 10/23/ | DF DREG A SPI | A31 N |
| E KJT CT F CATH WHITE | UID_0000263112206 FERPA/PII Redaction | MSB GENB IMARK X 97 | | | FERPA/PII Redaction | AAP102 | S M5 M4 9/9/ 10/23/ | DF DREG A SPI | A31 N |
| R KJT M BDHS NONCITZ | UID_0000531249602 FERPA/PII Redaction | SFS BSFUNDE ISTIA 778 | X X X X | X | FERPA/PII Redaction | AAP356 | AO M5 M4 12/20/ 1/9/ | A/ SPI | 100 N |
| E TTT VA M CATH WHITE | UID_0000122447031 FERPA/PII Redaction | NHS NCMP X 87 | | | FERPA/PII Redaction | AAP501 | S M5 M4 8/17/ 10/29/ | DF DREG A/SPI | R00 Y |
| E SSC NJ F CATH WHITE | UID_0000198963800 FERPA/PII Redaction | SFS BSFUNDE X 99 | | | FERPA/PII Redaction | AAP413 | AO M5 M4 8/2/ 10/30/ | DF DREG A/SPI | A31 N |
| R CAD NY M CATH WHITE | UID_0000536372194 FERPA/PII Redaction | COL CLAS 704 | | | FERPA/PII Redaction | AAP374 | AO M4 M4 12/16/ 1/8/ | A/SPI | R00 N |

ATTORNEY'S EYES ONLY

GTWNU_0000374025

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R  ABC CA F  UNSP WHITE | UID_0000374296666 FERPA/PII Redaction | COL AUNDE 878 | | | FERPA/PII Redaction | AAP563 | AO M5 M5 10/22 1/7 | A SPI | A21 N |
| R  TTT MD F  NONE WHITE | UID_0000141905309 FERPA/PII Redaction | COL AUNDE 1ENGL 785 | | | FERPA/PII Redaction | AAP508 | M4 12/17 12/21 | A/SPI | A31 Y |
| E  CAD MA M  CATH WHITE | UID_0000502772741 FERPA/PII Redaction | COL AUNDE 1ENGL X X 5 | | | FERPA/PII Redaction | AAP174 | M5 M5 8/28 11/1 | A/SPI | C99 N |
| E  ABC CA F  NONE WHITE | UID_0000178553067 FERPA/PII Redaction | COL AUNDE X 89 | | | FERPA/PII Redaction | AAP564 | SO M5 M5 9/18 11/1 | A/SPI | R99 N |
| R  CAD CT M  CATH WHITE | UID_0000560624966 FERPA/PII Redaction | MSB GENB IMGMT 805 | | | FERPA/PII Redaction | AAP107 | ASO M5 M4 12/28 1/10 | DN ARA | R00 Y |
| R  CAD MD M  CATH WHITE | UID_0000779931376 FERPA/PII Redaction | MSB GENB 1FINC X X 6 | | | FERPA/PII Redaction | AAP507 | A M5 M5 10/23 1/10 | A/SPI | R00 N |

| | | | STATUS |
|---|---|---|---|
| | | | DN REG |
| | | | DN REG DF DREG |
| | | | DF DREG |
| | | | DN ARA |
| | | | DF DPDF |

ATTORNEY'S EYES ONLY

GTWNU_0000374026

| ID/APP TYPE<br>REG/H. STATE<br>SEX/REL<br>RACE | LAST NAME, FIRST NAME<br>HIGH SCHOOL OR COLL<br>HS OR COLL CITY, ST, & ZIP<br>HS CODE | ACAD PROG<br>ACAD PLAN1<br>ACAD PLAN2<br>INT PLAN<br><br>CTA | GPA<br>9th<br>10th<br>11th<br>Overall<br>Highest GPA | RANK<br>% RANK<br>Dec/Quin<br>MYR<br>GPA | SAT V-M<br>SAT II RESULTS<br>ACT EMRSC<br>AP Scores | COMMITTEE<br>REV COMM | FLAGS<br>APP DATE<br>SUP DATE<br>MERITS | STATUS | RATING<br>FA APPLIED<br>TOTAL FA<br>NEED<br>TOTAL AID<br>GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E CAD IL<br>M CATH<br>WHITE | UID_0000993211798 | COL<br>AUNDE<br>IENGL<br><br>X 9 8 | 0 | | FERPA/PII Redaction | AAP420 | O M5 M5<br><br>8/23<br>9/23 | DN REG<br>DF DREG | A31<br><br>N<br><br>A/SPI |
| R JCB<br>CA<br>M CATH<br>NOTPROV.<br>MEXICAN | UID_0000005134118 | SFS<br>BSFUNDE<br>IINPOL<br><br>8 9 6 | 0 | FERPA/PII Redaction | AAP478 | F8O M1 M1<br><br>1/6<br>1/11 | DN HIS | H43<br><br>Y<br><br>A/SPI |
| E TTT<br>MD<br>F CATH<br>WHITE | UID_0000232659102 | COL<br>BIOL<br>PMD<br><br>9 9 9 | 0<br>0<br>0<br><br>0 | | FERPA/PII Redaction | AAP509 | O M4 M5<br><br>10/7<br>10/31 | DN REG<br>DF DREG | A23<br><br>Y<br><br>A/SPI |
| R JCB<br>CA<br>F CATH<br>WHITE,<br>MEXICAN | UID_0000783478812 | NHS<br>NCMP<br>PMD<br><br>8 8 7 | 0<br>0<br>0<br><br>0 | | FERPA/PII Redaction | AAP478 | F8 M1 M1<br><br>1/7/<br>1/10 | DN MEX | H43<br><br>Y<br><br>A/SPI |
| R JMC<br>NY<br>F UNSP<br>WHITE | UID_0000736942266 | COL<br>AUNDE<br>IAMST<br><br>9 8 9 | 0<br><br>0 | 0 | FERPA/PII Redaction | AAP343 | M5 M5<br><br>12/2<br>1/10 | DN REG | A31<br><br>N<br><br>A/SPI |
| R GPL<br>OH<br>M CATH<br>WHITE | UID_0000456340371 | MSB<br>GENB<br>IACCT<br><br>X X 7 | 0 | | FERPA/PII Redaction | AAP234 | S M4 M4<br><br>8/15<br>12/21 | DN | R00<br><br>Y<br><br>A/SPI |

ATTORNEY'S EYES ONLY

| ID/APP TYPE REG/H. STATE SEX/REL RACE | LAST NAME, FIRST NAME HIGH SCHOOL OR COLL HS OR COLL CITY, ST, & ZIP HS CODE | ACAD PROG ACAD PLAN1 ACAD PLAN2 INT PLAN CTA | GPA 9th 10th 11th Overall Highest GPA | RANK % RANK Dec/Quin MYR GPA | SAT V-M SAT II RESULTS ACT EMRSC AP Scores | COMMITTEE REV COMM | FLAGS APP DATE SUP DATE MERITS | STATUS | RATING FA APPLIED TOTAL FA NEED TOTAL AID GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R ABC CA M CATH WHITE | UID_0000553722890 FERPA/PII Redaction | COL MATH 876 | | | FERPA/PII Redaction | AAP564 | A M4 M5 6/6/ 1/4/ | A SPI | R00 N |
| R CAD IL F PROT WHITE | UID_0000484160643 FERPA/PII Redaction | COL AUNDE IPSYC X 70 | 0 0 | | FERPA/PII Redaction | AAPWV D | SO M5 M5 8/23/ 1/10/ | DN SRA A SPI | R00 N |
| R JCB CA F NONE MEXICAN | UID_0000256586494 FERPA/PII Redaction | COL MATH 988 | | | FERPA/PII Redaction | AAP478 | F8 M1 11/10 1/21/ | DN MEX A SPI | H43 Y |
| R JCB CA F CATH NOTPROV. MEXICAN. HSPN OTH | UID_0000159057233 FERPA/PII Redaction | COL MATH 783 | 0 0 0 | 0 | FERPA/PII Redaction | AAP478 | F8 M1 1/10/ 1/11/ | DN MEX A SPI | H43 Y |
| E ABC CA F UNSP WHITE | UID_0000199001285 FERPA/PII Redaction | COL AUNDE ISOCI 788 | | | FERPA/PII Redaction | AAP563 | M4 M5 6/10/ 10/24 | DN REG DF DREG A SPI | A22 N |
| R SAP MO F CATH WHITE | UID_0000034960814 FERPA/PII Redaction | COL BIOL PMD 967 | | 0 | FERPA/PII Redaction | AAP123 | AO M5 M5 9/7/ 1/9/ | DN ARA A SPI | C99 N |

ATTORNEY'S EYES ONLY

GTWNU_0000374028

| ID/APP TYPE<br>REG/H. STATE<br>SEX/REL<br>RACE | LAST NAME, FIRST NAME<br>HIGH SCHOOL OR COLL<br>HS OR COLL CITY, ST, & ZIP<br>HS CODE | ACAD PROG<br>ACAD PLAN1<br>ACAD PLAN2<br>INT PLAN<br><br>CTA | GPA<br>9th<br>10th<br>11th<br>Overall<br>Highest GPA | RANK<br>% RANK<br>Dec/Quin<br>MYR<br>GPA | SAT V-M<br>SAT II RESULTS<br>ACT EMRSC<br>AP Scores | COMMITTEE<br>REV COMM | FLAGS<br>APP DATE<br>SUP DATE<br>MERITS | STATUS | RATING<br>FA APPLIED<br>TOTAL FA<br>NEED<br>TOTAL AID<br>GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| R KJT<br>England<br>F CATH<br>NONCITZ<br>WHITE | UID_0000607794074<br><br>FERPA/PII Redaction<br><br>FERPA/PII Redaction | SFS<br>BSFUNDE<br>IINPOL<br><br>8 X 0 | <br><br><br>0 | FERPA/PII Redaction | FERPA/PII Redaction | AAP256 | M5 M5<br><br>7/4/<br>12/20 | DN REG<br><br>A₹I | A13<br><br>N |

ATTORNEY'S EYES ONLY

GTWNU_0000374029