# EXHIBIT 48

2026876660    GU President's Office    GU President's Office    11:11:12    03-15-2017    5/7

March 15, 2017

Please Admit:

UID_0000747250631

UID_0000102093616

UID_0000196009391

UID_0000504440135

UID_0000439186869

UID_0000403388593

UID_0000089294949

UID_0000586430447

UID_0000213380868

UID_0000647627226

UID_0000436996812

UID_0000031668164

UID_0000449026222

UID_0000913135813

UID_0000952369923

UID_0000526889850

UID_0000444770115

UID_0000958451888

UID_0000082265165

UID_0000238358784



DEPOSITION EXHIBIT
DeGioia 7
2/16/24
Rich Germosen, CCR, CRCR, CRR, RDR

ATTORNEY'S EYES ONLY

GTWNU_0000374050

2026876660          GU President's Office          GU President's Office          11:*1:17    03-15-2017          6 /7

| FERPA/PII Redaction |
| --- |
| UID_0000299798457 |
| UID_0000665492227 |
| UID_0000809764421 |
| UID_0000705949090 |
| UID_0000331895391 |
| UID_0000020617268 |
| UID_0000931674003 |
| UID_0000064766036 |
| UID_0000827715130 |
| UID_0000239599949 |
| UID_0000162743859 |
| UID_0000429758190 |
| FERPA/PII Redaction |
| UID_0000198379810 |
| UID_0000677926875 |
| FERPA/PII Redaction |
| UID_0000280540223 |
| UID_0000268637343 |
| UID_0000882466355 |
| UID_0000015559841 |
| UID_0000078338050 |

ATTORNEY'S EYES ONLY

2026876660      GU President's Office        GU President's Off ce        11:11:23    03-15-2017      7 /7

| UID_0000550456644 |
| UID_0000029355351 |
| UID_0000424550674 |
| UID_0000352717982 |
| UID_0000922585505 |
| UID_0000357993235 |
| UID_0000934792566 |
| UID_0000986606081 |
| UID_0000766463800 |

ATTORNEY'S EYES ONLY

GTWNU_0000374052

March 20, 2017

Please Admit:

| |
|---|
| UID_0000973024033 |
| UID_0000391249105 |
| UID_0000536487148 |
| UID_0000798313846 |
| UID_0000955949674 |
| UID_0000219904921 |
| UID_0000754892752 |
| FERPA/PII Redaction |
| FERPA/PII Redaction |
| UID_0000489385942 |
| UID_0000930301794 |
| UID_0000060744463 |
| FERPA/PII Redaction |
| UID_0000093453344 |
| UID_0000774707213 |
| UID_0000712648132 |
| UID_0000894993372 |
| UID_0000448105586 |
| UID_0000650134704 |
| UID_0000166317311 |

ATTORNEY'S EYES ONLY

2026876660    GU President's Office    GU President's Office    15:59:48    03-20-2017    4/4

| |
|---|
| UID_0000842389795 |
| FERPA/PII Redaction |
| FERPA/PII Redaction |
| UID_0000406415202 |
| UID_0000133176968 |
| UID_0000186503780 |
| UID_0000966605426 |
| UID_0000635989671 |
| FERPA/PII Redaction |
| UID_0000691751199 |

ATTORNEY'S EYES ONLY

GTWNU_0000374054

DATE: 3/23/2017
TERM: 1178

# GEORGETOWN UNIVERSITY
## STUDENT INFORMATION ROSTER

Page: 1 of 14

OPTIONAL PARAMETERS:
SORT PARAMETERS:

Admit Type: 1YR, Recruiting Category: PREG
Name

| ID/APP TYPE / REGH. STATE / SEX/ETH / REL/ADMT TYP / SOCSEC # | LAST NAME, FIRST NAME / HIGH SCHOOL OR COLL / HS OR COLL CITY, ST, & ZIP / HS CODE   CTOPAS | ACAD PROG / ACAD PLAN1 / ACAD PLAN2 / INT PLAN / CON PLAN | GPA | RANK / % / MYR / GPA / S. INDEX | SAT V-M / ACHIEVEMENTS / ACT E-M R S C / TOEFL   ETOEFL | COMMITTEE / INTERVIEWER / REV COMM / DATE / RATING | FLAGS / FT1-DATE / FT2-DATE / MENTS | STATUS | REG / FA-APPLIED / TOTAL FA-NEED / TOTAL AID / GU GRANTS |
|---|---|---|---|---|---|---|---|---|---|
| E    UID_0000842389795    CAD   WHITE   M   CATH 1YR   FERPA/PII Redaction | FERPA/PII Redaction | SFS / BSFUNDE / ICULP | FERPA/PII Redaction | FERPA/PII Redaction | FERPA/PII Redaction | AAP411 / 0274812 | A O M4 / 10/03/2016 / 11/01/2016 | ADMT SPI | R00   E-DREG |
| R    UID_0000747250631    KJT   M NONCITZ   OTHR 1YR   FERPA/PII Redaction | FERPA/PII Redaction | MSB   X / GENB   X / IMGMT   X | | FERPA/PII Redaction | FERPA/PII Redaction | AALPWVD | M5 / 01/05/2017 / 01/10/2017 | ADMT SPI | |
| R    UID_0000102093616    KJT   M NONCITZ   ISLM 1YR   FERPA/PII Redaction | FERPA/PII Redaction | COL / AUNDE / IECON | | FERPA/PII Redaction | FERPA/PII Redaction | AAP260 / 1764914 | O M5 / 10/01/2016 / 12/06/2016 | COND SMRQ | |
| R    UID_0000082265165    KJT   M NONCITZ   ISLM 1YR   FERPA/PII Redaction | FERPA/PII Redaction | MSB   X / GENB   X / IIPEB | | FERPA/PII Redaction | FERPA/PII Redaction | AAPUNA | A M4 / 12/17/2016 / 01/09/2017 | ADMT SPI | |

ATTORNEY'S EYES ONLY

DATE: 3/23/2017
TERM: 1178

Page: 2 of 14

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

OPTIONAL PARAMETERS:    Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS:    Name

---

R
FERPA/PII Redaction
HST
M    WHITE
ISLM    1YR
FERPA/PII Redaction

UID_00005044440135
FERPA/PII Redaction

COL
AUNDE
IECON

FERPA/PII Redaction

AAP210
2196867

M5
08/19/2016
12/13/2016

ADMT SPI

A31
Y

E-DREG

---

E
FERPA/PII Redaction
KAY    NJ
M    WHITE
CATH    1YR
FERPA/PII Redaction

UID_000036837401l
FERPA/PII Redaction

MSB
GENB

FERPA/PII Redaction

AAP411
0238118

A O M4 M5
06/27/2016
10/26/2016

ADMT SPI

R00

E-DREG

---

E
FERPA/PII Redaction
HEL
F    WHITE
CATH    1YR
FERPA/PII Redaction

UID_000097302403033
FERPA/PII Redaction

COL
AUNDE
IENGL

FERPA/PII Redaction

AAP549
1065371

O M4 M5
10/12/2016
10/31/2016

ADMT SPI

A23
Y

E-DREG

---

R
FERPA/PII Redaction
MDD
F    NONCITZ
CATH    1YR
FERPA/PII Redaction

UID_000043918686a
FERPA/PII Redaction

SFS
BSFUNDE
IRCST

X

X

FERPA/PII Redaction

AAPWVD

O M5
08/27/2016
01/04/2017

ADMT SPI

C99

---

R
FERPA/PII Redaction
MAC
M    AFAMER
UCHR    1YR
FERPA/PII Redaction

UID_0000403388593
FERPA/PII Redaction

MSB
GENB
IIPEB

FERPA/PII Redaction

AAP596
1054588

A M2 M5
12/10/2016
01/10/2017

ADMT SPI

R00
Y

---

ATTORNEY'S EYES ONLY

GTWNU_0000374056

DATE: 3/23/2017
TERM: 1178

Page: 3 of 14

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Admit Type: 1YR, Recruiting Category: PREG

OPTIONAL PARAMETERS:
SORT PARAMETERS: Name

---

UID_0000089294949  FERPA/PII Redaction
**FERPA/PII Redaction**
LAG [FERPA/PII Redaction]
F  AFAMER
PROT  1YR
FERPA/PII Redaction
R

MSB  0
GENB  0
IMARK  0  [FERPA/PII Redaction]

AAP471  2012890    S M4 M5   12/07/2016   01/10/2017    ADMT SPI    M22   [FERPA/PII Redaction]

---

UID_0000586430447  FERPA/PII Redaction
**FERPA/PII Redaction**
JMC
M  HSPN OTH
CATH  1YR
FERPA/PII Redaction
R

COL
AUNDE  0 %
ISOCI    FERPA/PII Redaction

AAP341  1649166    M1 M5   12/24/2016   01/07/2017    ADMT SPI    C99

---

UID_0000213380868  FERPA/PII Redaction
**FERPA/PII Redaction**
KJT
F  WHITE
CATH  1YR
FERPA/PII Redaction
E

COL    X
AUNDE  X    [FERPA/PII Redaction]
       X
       X

AAP356  0112991    A O M4   06/18/2016   09/10/2016    ADMT SPI    100    E-

---

UID_0000391249105  FERPA/PII Redaction
**FERPA/PII Redaction**
CAD
M  WHITE
CATH  1YR
FERPA/PII Redaction
E

COL
ASPAN    FERPA/PII Redaction

AAP107  0070835    M4 M5   09/05/2016   10/30/2016    ADMT SPI    A22    E-DREG    Y

---

UID_0000882097727  FERPA/PII Redaction
**FERPA/PII Redaction**
HST
F  WHITE
CATH  1YR
FERPA/PII Redaction
R

COL
AUNDE  0 %
IENGL    FERPA/PII Redaction

AAP502  0128107    S O M4 M5   12/15/2016   01/10/2017    ADMT SPI    R99

---

ATTORNEY'S EYES ONLY

GTWNU_0000374057

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 4 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

---

UID_0000647627226
FERPA/PII Redaction
LAG   F WHITE   CATH 1YR
COL   0
BIOL  0
PMD   0
FERPA/PII Redaction
AAP472
0218385
FERPA/PII Redaction
M4 M5   10/04/2016   12/30/2016
ADMT SPI   A21   Y

UID_0000536487148
FERPA/PII Redaction
MDD   F WHITE   METH 1YR
MSB
GENB
IMGMT
FERPA/PII Redaction
AAP101
1657990
B2-RD
02/14/2017
40.1
FERPA/PII Redaction
M3 M5   11/06/2016   12/20/2016
ADMT SPI   A21

UID_0000436996812
FERPA/PII Redaction
KAY   M WHITE   CATH 1YR
COL   0
AUNDE 0
IGOVT 0
FERPA/PII Redaction
AAP417
0199828
FERPA/PII Redaction
M5   11/07/2016   01/06/2017
ADMT SPI   C99   Y

UID_0000031668164
FERPA/PII Redaction
ABC   M WHITE   CATH 1YR
COL
MATH
FERPA/PII Redaction
AAP563
0072846
FERPA/PII Redaction
O M4 M5   11/27/2016   12/22/2016
ADMT SPI   C99

UID_0000449026222
FERPA/PII Redaction
MLH   M WHITE   CATH 1YR
MSB
GENB
IIPEB
FERPA/PII Redaction
AAP324
2200735
FERPA/PII Redaction
O M5   07/15/2016   10/30/2016
ADMT SPI   C99   E-DREG

ATTORNEY'S EYES ONLY

GTWNU_0000374058

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 5 of 14

OPTIONAL PARAMETERS:    Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS:    Name

---

E
CAD [FERPA/PII Redaction]
M WHITE
CATH 1YR

UID_0000913136813
FERPA/PII Redaction

MSB
GENR
IFNC

FERPA/PII Redaction

AAP501 1143450
A F M5 10/22/2016 11/01/2016
ADMT SPI
E00 E-DFAC

---

E
MLH [FERPA/PII Redaction]
F WHITE
UNSP 1YR
FERPA/PII Redaction

UID_0000952369923
FERPA/PII Redaction

COL
AUNDE
1ENGL

FERPA/PII Redaction

AAP206 0127401
M4 10/24/2016 10/31/2016
ADMT SPI
A22 E-DREG

---

R
KJT [FERPA/PII Redaction]
M WHITE
UNSP 1YR
FERPA/PII Redaction

UID_0000965949674
FERPA/PII Redaction

COL   X
PHYS   X
  X
  X
FERPA/PII Redaction

AAP356 1382880
A M4 12/13/2016 01/09/2017
ADMT SPI
I00 E-...

---

E
JMC [FERPA/PII Redaction]
M WHITE
CATH 1YR
FERPA/PII Redaction

UID_0000526889850
FERPA/PII Redaction

COL
AUNDE
0%
FERPA/PII Redaction

AAP343 1461648
M4 M5 10/10/2016 01/05/2017
ADMT SPI
C99 E-DPDF

---

E
JCB [FERPA/PII Redaction]
M WHITE
CATH 1YR
FERPA/PII Redaction

UID_0000444770115
FERPA/PII Redaction

SFS
BSFUNDE
FERPA/PII Redaction

AAP440 2018219
M5 08/27/2016 10/18/2016
ADMT SPI
A31 E-DREG

ATTORNEY'S EYES ONLY

DATE: 3/23/2017
TERM: 1178

GEORGETOWN UNIVERSITY
STUDENT INFORMATION ROSTER

Page: 6 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

---

UID_0000219904921 — FERPA/PII Redaction
E
JMC
F WHITE
EPIS 1YR
COL AUNDE IAMST
0%
AAP343 / 1332362 / C2-EA / 12/02/2016 / 25.5
S M4 M5 / 10/12/2016 / 10/25/2016
ADMT SPI / A21 / E-DREV

UID_0000958451888 — FERPA/PII Redaction
R
MAC
M WHITE
JWSH 1YR
MSB GENB TOPAS
0 0 0
AAP504 / 0219034
M1 M4 / 06/25/2016 / 12/16/2016
ADMT SPI / C99 / Y

UID_0000754892752 — FERPA/PII Redaction
E
MDD
F WHITE
CATH 1YR
COL AUNDE IPECO
AAP108 / 1340895
M4 / 08/19/2016 / 10/31/2016
ADMT SPI / A21 / Y / E-DREG

UID_0000238383784 — FERPA/PII Redaction
E
KT
M WHITE
CATH 1YR
MSB GENB IMARK
X
AAP102 / 0075435
M4 M5 / 10/01/2016 / 10/14/2016
ADMT SPI / C99 / E-DREG

UID_0000685492227 — FERPA/PII Redaction
R
HST
F AFAMER
BAPT 1YR
COL AUNDE IENGL
X
AAPWVD
A M5 / 10/31/2016 / 12/16/2016
ADMT SPI / R00 / Y

ATTORNEY'S EYES ONLY

GTWNU_0000374060

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 7 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

| UID | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000809764421 | E | FERPA/PII Redaction | COL AUNDE IGOVT | FERPA/PII Redaction | AAP229 0218897 | A O M5 08/04/2016 10/26/2016 | ADMT SPI | A23 | E-DREG |
| CAD M WHITE EPIS 1YR FERPA/PII Redaction | | | | | | | | | |
| UID_0000705949090 | E | FERPA/PII Redaction | COL COSC | FERPA/PII Redaction | AAP557 1363349 | A S O M5 09/24/2016 10/28/2016 | ADMT SPI | R00 | E-DREG |
| ABC M WHITE CATH 1YR FERPA/PII Redaction | | | | | | | | | |
| UID_0000407177334 | E | FERPA/PII Redaction 0 % | MSB GENB IMARK | FERPA/PII Redaction | AAP387 0217600 | M4 10/17/2016 10/29/2016 | ADMT SPI | C39 | E-DREG |
| JMC M WHITE JWSH 1YR FERPA/PII Redaction | | | | | | | | | |
| UID_0000489385942 | E | FERPA/PII Redaction | COL AUNDE | FERPA/PII Redaction | AAP501 0121478 | M4 M5 10/02/2016 10/31/2016 | ADMT SPI | A21 | E-DREG |
| CAD F WHITE CATH 1YR FERPA/PII Redaction | | | | | | | | | |
| UID_0000331895391 | E | FERPA/PII Redaction | MSB GENB IMARK | FERPA/PII Redaction | AAP506 1491619 COMSCH 12/08/2016 48.0 | F8 M1 10/11/2015 10/30/2016 | ADMT SPI | M99 | E-Y |
| MAC M AFAMER CATH 1YR FERPA/PII Redaction | | | | | | | | | |

ATTORNEY'S EYES ONLY

GTWNU_0000374061

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 8 of 14

OPTIONAL PARAMETERS:    Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS:    Name

---

**UID_0000206617268**

FERPA/PII Redaction

E
TTT
M WHITE
CATH 1YR
FERPA/PII Redaction

COL
AUNDE

FERPA/PII Redaction

AAP173
2061692
O M5
10/04/2016
10/29/2016
ADMT SPI
C99   E-DREG

---

**UID_0000931674003**

FERPA/PII Redaction

R
TTT
F NONCITZ
NONE 1YR

COL
AUNDE
IPSYC

FERPA/PII Redaction

FERPA/PII Redaction

AAP175
1464921
M4 M5
08/07/2016
01/06/2017
ADMT SPI
A31

---

**UID_0000064766036**

FERPA/PII Redaction

R
CAD
M WHITE
CATH 1YR
FERPA/PII Redaction

COL
AUNDE
IECON

FERPA/PII Redaction

AAP374
0080715
A O M4
11/21/2016
12/27/2016
ADMT SPI
R00

---

**UID_0000827716130**

FERPA/PII Redaction

E
HEL
F WHITE
NONE 1YR

SFS
BSFUNDE
IRCST

FERPA/PII Redaction

FERPA/PII Redaction

AAP539
0662176
F9 M2
10/02/2016
11/01/2016
ADMT SPI
A43   E-DREG

---

**UID_0000239599949**

FERPA/PII Redaction

E
HEL
F WHITE
CATH 1YR

COL
AUNDE
PMD
IGOVT

FERPA/PII Redaction

FERPA/PII Redaction

AAP539
1604484
M5
10/09/2016
11/01/2016
ADMT SPI
A31   E-DREG

---

ATTORNEY'S EYES ONLY

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 9 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UID_0000162743869 | E | COL COSC | FERPA/PII Redaction [FERPA/PII Redaction] | AAP108 0100865 | A O M2 M5 08/14/2016 10/31/2016 | ADMT SPI | R00 Y | E-DREG |
| MDD M WHITE CATH 1YR [FERPA/PII Redaction] | | FERPA/PII Redaction | | | | | |
| UID_0000429758190 | E | SFS BSFUNDE IINPOL | FERPA/PII Redaction [FERPA/PII Redaction] | AAP223 0111626 | A M4 M5 09/22/2016 10/01/2016 | ADMT SPI | R00 Y | E-DREG |
| EBB F WHITE CATH 1YR [FERPA/PII Redaction] | | FERPA/PII Redaction | | | | | |
| UID_0000198379810 | E | COL AUNDE IGOVT | 0 FERPA/PII Redaction X FERPA/PII Redaction | FERPA/PII Redaction AAP500 0068302 | O M5 06/14/2016 10/08/2016 | ADMT SPI | A21 Y | E-DREG |
| CAD M WHITE ISLM 1YR [FERPA/PII Redaction] | | FERPA/PII Redaction | | | | | |
| UID_0000677926875 | E | COL AUNDE IPSYC | FERPA/PII Redaction [FERPA/PII Redaction] | AAP102 1843700 | A S M5 07/23/2016 11/12/2016 | ADMT SPI | R00 | E- |
| KJT F WHITE CATH 1YR [FERPA/PII Redaction] | | FERPA/PII Redaction | | | | | |
| | E | COL AUNDE | X X [FERPA/PII Redaction] | FERPA/PII Redaction AAP356 1851822 | A O M2 M5 07/07/2016 10/30/2016 | ADMT SPI | 100 | E- |
| KJT M NONCITZ ORTH 1YR [FERPA/PII Redaction] | | IENGL FERPA/PII Redaction | | | | | |

ATTORNEY'S EYES ONLY

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 10 of 14

OPTIONAL PARAMETERS:
SORT PARAMETERS:     Name

Admit Type: 1YR, Recruiting Category: PREG

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R | UID_0000280540223 | FERPA/PII Redaction | COL AUNDE 1GOVT | FERPA/PII Redaction | AAP557 0133449 | M4 01/08/2017 01/10/2017 | COND SMRQ C99 |
| ABC F WHITE CATH 1YR | | | | | | | |
| E | UID_0000268637343 | FERPA/PII Redaction | COL BIOL PMD | FERPA/PII Redaction | AAP200 0095557 | O M5 10/04/2016 11/01/2016 | ADMT SPI A31 E-DREG Y |
| EBB F WHITE PRES 1YR | | | | | | | |
| E | UID_0000882466355 | FERPA/PII Redaction | COL AUNDE 1GOVT | FERPA/PII Redaction | AAP563 1467211 | O M4 M5 08/31/2016 10/29/2016 | ADMT SPI A22 E-DREG |
| ABC F WHITE CATH 1YR | | | | | | | |
| E | UID_0000966605426 | FERPA/PII Redaction | SFS BSFUNDE IRCST | FERPA/PII Redaction | AAP440 1470516 | O M5 07/05/2016 10/10/2016 | ADMT SPI A22 E-DREG Y |
| JCB F WHITE CATH 1YR | | | | | | | |
| E | UID_0000060744463 | FERPA/PII Redaction | COL AUNDE | FERPA/PII Redaction | AAP341 0085627 | M4 07/19/2016 12/25/2016 | ADMT SPI A22 E-DPDF |
| JMC F WHITE CATH 1YR | | | | | | | |

ATTORNEY'S EYES ONLY

GTWNU_0000374064

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 11 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

---

**R**
UID_0000635989671    FERPA/PII Redaction
LAG
F  MEXICAN
CATH  1YR
FERPA/PII Redaction

SFS                0
BSFUNDE            0
ICULP              0       FERPA/PII Redaction

AAP479
0115338
CS-RD
02/13/2017
39.0

F8 M1
12/05/2016
12/23/2016

ADMT SPI

H41
Y

E-DREG    A23

---

**E**
UID_0000178338050    FERPA/PII Redaction
MAC
F  WHITE
CATH  1YR
FERPA/PII Redaction

COL
AUNDE    FERPA/PII Redaction
IPSYC

AAP505
0108429

S M5
09/18/2016
10/16/2016

ADMT SPI

A23    E-DREG

---

**E**
UID_0000015559841    FERPA/PII Redaction
ABC
F  WHITE
CATH  1YR
FERPA/PII Redaction

SFS
BSFUNDE    FERPA/PII Redaction

AAP561
0132311

M4
10/11/2016
10/31/2016

ADMT SPI

A23    E-DREG

---

**R**
UID_0000093453344    FERPA/PII Redaction
EBB  SC
M  NOT PROV
PROT  1YR
FERPA/PII Redaction

COL
AUNDE    FERPA/PII Redaction

AAP223
0111894

09/26/2016
01/10/2017

ADMT SPI

A31

---

**R**
UID_0000550456644    FERPA/PII Redaction
MLH
F  ASIAN
UNSP  1YR
FERPA/PII Redaction

COL
COSC    FERPA/PII Redaction

AAP208
0078111

O M4
12/15/2016
01/10/2017

ADMT SPI

C99
Y

---

ATTORNEY'S EYES ONLY

GTWNU_0000374065

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 12 of 14

OPTIONAL PARAMETERS:    Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS:    Name

UID_000071264812

| FERPA/PII Redaction | E | | FERPA/PII Redaction | AAP229 | A M5 | ADMT SPI | R00 | E-DREG |
| HST | F | WHITE | | 1574414 | 06/18/2016 | | | |
| CATH | 1YR | COL AUNDE IGOVT | | | 10/10/2016 | | | |
| FERPA/PII Redaction | | | | | | | | |

**FERPA/PII Redaction**

UID_000089493372

| FERPA/PII Redaction | E | | FERPA/PII Redaction FERPA/PII Redaction 0 % FERPA/PII Redaction | FERPA/PII Redaction | AAP342 | 08/12/2016 | ADMT SPI | A23 | E-DREG |
| JMC | F | WHITE | | | 0245210 | 11/01/2016 | | Y | |
| NONE | 1YR | SFS BSFUNDE IRCST | | | | | | | |
| FERPA/PII Redaction | | | | | | | | | |

**FERPA/PII Redaction**

UID_000042455067

| FERPA/PII Redaction | E | | FERPA/PII Redaction | AAP256 | M4 M5 | ADMT SPI | C99 | E- |
| KJT | M | NONCITZ | | 1761226 | 10/26/2016 | | | |
| PROT | 1YR | COL AUNDE | | | 12/04/2016 | | | |
| FERPA/PII Redaction | | | | | | | | |

**FERPA/PII Redaction**

UID_0000424550674

| FERPA/PII Redaction | E | | FERPA/PII Redaction | AAP153 | O M5 | ADMT SPI | C99 | E-DREG |
| CAD | M | WHITE | | 2218253 | 10/09/2016 | | | |
| PROT | 1YR | COL COSC | | | 11/01/2016 | | | |
| FERPA/PII Redaction | | | | | | | | |

**FERPA/PII Redaction**

UID_000035271798

| FERPA/PII Redaction | R | | FERPA/PII Redaction | AAP564 | A S O M4 | ADMT SPI | A21 | |
| ABC | F | WHITE | | 1018791 | 07/31/2016 | | | |
| EPIS | 1YR | MSB GENB IMARK | | BI-RD | 12/18/2016 | | | |
| FERPA/PII Redaction | | | | 02/13/2017 | | | | |
| | | | | 43.6 | | | | |

**FERPA/PII Redaction**

ATTORNEY'S EYES ONLY

GTWNU_0000374066

DATE: 3/23/2017
TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 13 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG
SORT PARAMETERS: Name

| | | | | | | |
|---|---|---|---|---|---|---|
| FERPA/PII Redaction | UID_0000922685606 | COL | 0 | AAP567 | S O M5 | ADMT SPI | R00 |
| R | | AUNDE | 0 | 0133985 | 10/07/2016 | |
| LAG | | | | | 12/23/2016 | |
| M WHITE | FERPA/PII Redaction | IECON | 0 | | | |
| CATH 1YR | | | | | | |
| FERPA/PII Redaction | | | | | | |

FERPA/PII Redaction

| | | | | | | |
|---|---|---|---|---|---|---|
| FERPA/PII Redaction | UID_000044810586 | COL | 0/0 | AAP107 | O M4 M5 | ADMT SPI | A21 |
| R | | AUNDE | 0 % | 1760232 | 11/06/2016 | | Y |
| JMC | | | | | 12/15/2016 | |
| F WHITE | FERPA/PII Redaction | IARHT | FERPA Redaction | | | |
| CATH 1YR | | | | | | |
| FERPA/PII Redaction | | X | | | | |

FERPA/PII Redaction

| | | | | | | |
|---|---|---|---|---|---|---|
| FERPA/PII Redaction | UID_000065013470⁴ | COL | FERPA/PII Redaction | AAPWVD | A O M4 M5 | ADMT SPI | A31 E-DREG |
| E | | AUNDE | 0 % | | 09/17/2016 | |
| HST | | | | | 10/26/2016 | |
| F WHITE | FERPA/PII Redaction | FERPA/PII Redaction | | | |
| EPIS 1YR | | | | | | |
| FERPA/PII Redaction | | | | | | |

FERPA/PII Redaction

| | | | | | | |
|---|---|---|---|---|---|---|
| FERPA/PII Redaction | UID_0000357993235 | NHS | | AAP423 | M4 M5 | ADMT SPI | A23 |
| R | | NURS | | 1315313 | 09/20/2016 | |
| HEL | | PMD | | | 12/01/2016 | |
| F WHITE | FERPA/PII Redaction | FERPA/PII Redaction | | | |
| CATH 1YR | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FERPA/PII Redaction | UID_0000934792586 | COL | | AAP341 | | ADMT SPI | C99 |
| R | | AUNDE | FERPA/PII Redaction | 2216692 | 12/15/2016 | |
| CAD | | | | | 01/07/2017 | |
| F WHITE | FERPA/PII Redaction | IARHT | FERPA/PII Redaction | | | |
| UNSP 1YR | | | | | | |

ATTORNEY'S EYES ONLY

GTWNU_0000374067

DATE: 3/23/2017

TERM: 1178

**GEORGETOWN UNIVERSITY**
**STUDENT INFORMATION ROSTER**

Page: 14 of 14

OPTIONAL PARAMETERS: Admit Type: 1YR, Recruiting Category: PREG

SORT PARAMETERS: Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UID_0000986606081 | COL | | FERPA/PII Redaction | AAP105 | A O MS | ADMT SPI | R00 | E-DREG |
| FERPA/PII Redaction | CHIN | | | 0050439 | 10/23/2016 | | | |
| CAD HAWAIIAN | | | | | 11/01/2016 | | | |
| F HAWAIIAN | | X | | | SLVR | | | |
| CATH 1YR | | | | | | | | |
| FERPA/PII Redaction | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UID_0000166317311 | COL | 0 | | AAPWVD | S M2 MS | ADMT SPI | |
| FERPA/PII Redaction | AUNDE | 0 | FERPA/PII Redaction | | 12/06/2016 | | |
| LAG | | | | | 12/26/2016 | | |
| M NATAM | IHIST | 0 | | | | | |
| CATH 1YR | | FERPA/PII Redaction | | | | | |
| FERPA/PII Redaction | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UID_0000786465800 | COL | 0 | FERPA/PII Redaction | AAP148 | A S O MS | ADMT SPI | R00 |
| FERPA/PII Redaction | AUNDE | 0 | | 2021033 | 06/08/2016 | | |
| JCB | | | | | 01/10/2017 | | |
| F WHITE | 1AMST | 0 | | | | | |
| CATH 1YR | | FERPA/PII Redaction | | | | | |
| FERPA/PII Redaction | | | | | | | |

ATTORNEY'S EYES ONLY

GTWNU_0000374068