# EXHIBIT 50

**From:** Andrew Koenig [Andrew.Koenig@georgetown.edu]
**Sent:** 8/29/ 6:20:05 PM
**To:** Taylor Colvin [tmc89@georgetown.edu]
**CC:** Julia Newton [Julia.Newton@georgetown.edu]; Liz Bartlett [Liz.Bartlett@georgetown.edu]
**Subject:** Re: Note from UID_0000199001285

Awesome! Thanks for flagging. This definitely seems like an SI case to me. I'll track this.

Andy

On Wed, Aug 29, at 6:03 PM Taylor Colvin <tmc89@georgetown.edu> wrote:

Hi Andy,

Jack received a personal note from UID_0000199001285 thanking him for the nice conversation at Allen and Company this year. She references a conversation with JJD and Ted Leonsis and says she hopes to "see JJD next fall".

We will share this with Jack in the notes/FYI section of the Friday grid.

>From some preliminary googling, she seems like a young person, so I'm flagging in case this is an SI case.

Julia and Liz- do you have any context on who this person might be?

Thank you!

--
Taylor Colvin
Office of the President
Georgetown University

--
Andrew M. Koenig
Office of the President
Georgetown University
p: 202-687-2304



ATTORNEY'S EYES ONLY

GTWNU_00397672