# EXHIBIT 51

| | |
|---|---|
| From: | healy204xerox7855-DoNotReply@georgetown.edu [healy204xerox7855-DoNotReply@georgetown.edu] |
| Sent: | 12/13/▓ 3:53:35 PM |
| To: | amk94@georgetown.edu [amk94@georgetown.edu] |
| Subject: | Scanned from a Xerox Multifunction Device - Georgetown University Office of the President |
| Attachments: | Scanned from a Xerox Multifunction Device - Georgetown University Office of the President.pdf |

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Device.

Attachment File Type: pdf, Multi-Page

Multifunction Device Location: Healy 204
Device Name: President's Office

Scanned from
Georgetown University
Office of the President - Healy Hall 204
37th & O Streets NW
Washington DC 20057
+1 202-687-4134



DEPOSITION EXHIBIT
DeGioia 37
2/16/24
Rich Germosen, CCR, CRCR, CRR, RDR

CONFIDENTIAL

GTWNU_00398987



# Georgetown University

*Office of the President*

December 13, ▇

Mr. [FERPA/PII Redaction]

*VIA ELECTRONIC MAIL*

Dear [FERPA/PII Redaction]:

    I hope this finds you doing well. I have just learned the status of your daughter's application, and I wanted to let you know. The Admissions Committee has decided to defer a decision in her case until the regular decision period in the spring. A letter indicating this will be mailed to [UID_000019901295] in the days ahead.

    I know this is not the news you had hoped for, and I share your disappointment. [UID_000019901295] should not be discouraged, though, as she will continue to receive careful attention from the Admissions Committee in the spring. With you, I hope it will be possible to have her with us here at Georgetown.

    You have my very best wishes throughout this holiday season.

Sincerely,

*John J. DeGioia*

John J. DeGioia

ATTORNEY'S EYES ONLY

GTWNU_00398988