# EXHIBIT 52

| From: | John DeGioia [president@georgetown.edu] |
|---|---|
| Sent: | 2/25/ 6:58:40 PM |
| To: | [FERPA/PII Redaction] |
| Subject: | Re: UID_0000199001285 |

Dear [FERPA/PII Redaction]

I hope this finds you doing well. Thank you for taking the time to share updates on [UID_0000199001285] experiences. As you know, [UID_0000199001285] application will continue to receive careful attention this spring, and our Admissions Committee is always open to receiving updates and new information about any accomplishments that may have transpired since the application deadline passed.

I would encourage [UID_0000199001285] to write a letter to the admissions office, sharing these updates and any other new information she wishes to share. With you, I hope it will be possible to have [UID_0000199001285] here with us at Georgetown. You have my very best wishes.

Jack

On Thu, Feb 7, [redacted] at 5:27 AM [FERPA/PII Redaction] wrote:

Dear Jack,

Thank you for your letter in December. It is important to experience rejection and learn to respond and adapt to disappointment, especially at [UID_0000199001285] age. Your letter enabled me to be a better parent throughout [UID_0000199001285] experience. Thanks for that.

[UID_0000199001285] remains committed to Georgetown University as her first choice. Frankly, nothing has changed since she visited your campus, met other students and audited classes. The more she applies to other universities, the more she believes Georgetown is where she belongs. She trusts your admissions process and team to ultimately decide if thats true.

Please let me know if the admissions team can benefit from any additional information about [UID_0000199001285]. For example, since she submitted her application she led her school [redacted] team to their first division championship.

The Georgetown deferral caused her to re-evaluate the importance of grades and immediately become a straight A student.

[UID_0000199001285] launched her own [FERPA/PII Redaction]. She sold over 100 [redacted] at her school in 4 weeks and donated [redacted]

[UID_0000199001285] is close to revealing the first [FERPA/PII Redaction] [redacted]. After sharing several photos of [redacted] on Instagram she was offered a coveted internship next summer at [redacted] in [redacted].

She has other accomplishments worth mentioning, like her volunteer work.

Please let me know if the admissions team would benefit from any information like this.

Thanks again for your letter.

I hope all is well with you.

*DEPOSITION EXHIBIT*
*DeGioia 38*
*2/16/24*
*Rich Germosen, CCR, CRCR, CRR, RDR*

ATTORNEY'S EYES ONLY

GTWNU_00399820

Sincerely,

[FERPA/PII Redaction]

ATTORNEY'S EYES ONLY

GTWNU_00399821