# EXHIBIT 53

| | |
|---|---|
| From: | John DeGioia [president@georgetown.edu] |
| Sent: | 4/2/███ 9:17:22 AM |
| To: | Sarah Sexton [sls64@georgetown.edu] |
| Subject: | Fwd: UID_0000199001285, Class of ███ |

To grid.

---------- Forwarded message ----------
From: FERPA/PII Redaction
Date: Tue, Apr 2, ███ at 6:28 AM
Subject: UID_0000199001285, Class of ███
To: Jack DeGioia <president@georgetown.edu>
Cc: FERPA/PII Redaction

Dear Jack,

Thank you for the thoughtful letter, especially the reminder of how important "the moment when they open the envelope" is for these kids. This was [UID_0000199001285] process...she owned it...and the sense of pride and accomplishment that "moment" created was powerful and important. Your reminder helped me better parent [UID_0000199001285]. Thank you for that.

You will be happy to know: [UID_0000199001285] submitted her Enrollment Agreement Form last week, her mother [FERPA/PII Redaction] was able to register for the GAAP Open House April 12th-13th, and I am already stocking up on Hoya gear!

We are proud to join the Georgetown community.

Look forward to speaking soon.. [FERPA/PII Redaction]



ATTORNEY'S EYES ONLY

GTWNU_00399824