# EXHIBIT 54

| | |
|---|---|
| From: | Andrew Koenig [Andrew.Koenig@georgetown.edu] |
| Sent: | 2/11/ ▮ 1:08:42 PM |
| To: | Taylor Colvin [tmc89@georgetown.edu] |
| CC: | Sarah Sexton [sls64@georgetown.edu]; Julia Newton [Julia.Newton@georgetown.edu] |
| Subject: | Re: UID_0000199001285 |

I have gone back and forth on this, but I think JJD should do the response on this one (as opposed to myself). I know they know one another through Sun Valley or something like that, so they are "buddies" in a sense.

I think the response here is easy - JJD can say that it never hurts to share updates and accomplishments since the application deadline passed. This helps give the admissions office an even deeper look at the applicant's interests, etc. I think he can encourage [UID_0000199001285] to write a letter to the admissions office sharing these updates and anything else she wishes to share.

Let me know what you think - also, do you prefer that I take a crack at it first and then hand off to put in JJD-style, or is it easier for you to just craft it from scratch?

Thanks,
Andy


On Fri, Feb 8, ▮ at 7:24 AM Taylor Colvin <tmc89@georgetown.edu> wrote:
Got it, thanks!

On Thu, Feb 7, ▮ at 7:32 AM Sarah Sexton <sls64@georgetown.edu> wrote:
Andy:

Please see below for an SI regarding UID_0000199001285 that came in via email.

**Taylor:** please print and add to grid.

Thank you.

---------- Forwarded message ---------
From: **John DeGioia** <president@georgetown.edu>
Date: Thu, Feb 7, ▮ at 6:39 AM
Subject: Fwd: UID_0000199001285
To: Sarah Sexton <sls64@georgetown.edu>


For Andy.

---------- Forwarded message ---------
From: FERPA/PII Redaction
Date: Thu, Feb 7, ▮ at 5:27 AM
Subject: UID_0000199001285
To: Jack DeGioia <president@georgetown.edu>
Cc: FERPA/PII Redaction

Dear Jack,



Thank you for your letter in December. It is important to experience rejection and learn to respond and adapt to disappointment, especially at [FERPA/PII Redaction] age. Your letter enabled me to be a better parent throughout [FERPA/PII Redaction] experience. Thanks for that.

[FERPA/PII Redaction] remains committed to Georgetown University as her first choice. Frankly, nothing has changed since she visited your campus, met other students and audited classes. The more she applies to other universities, the more she believes Georgetown is where she belongs. She trusts your admissions process and team to ultimately decide if thats true.

Please let me know if the admissions team can benefit from any additional information about [FERPA/PII Redaction]. For example, since she submitted her application she led her school [redacted] team to their first division championship.

The Georgetown deferral caused her to re-evaluate the importance of grades and immediately become a [FERPA/PII Redaction] student.

[FERPA/PII Redaction] launched her own [FERPA/PII Redaction]. She sold over [redacted] at her school in 4 weeks and donated [redacted]

[FERPA/PII Redaction] is close to revealing the first [FERPA/PII Redaction]. After sharing several photos of [redacted] on Instagram she was offered a coveted internship next summer at [FERPA/PII Redaction] in [redacted].

She has other accomplishments worth mentioning, like her volunteer work.

Please let me know if the admissions team would benefit from any information like this.

Thanks again for your letter.

I hope all is well with you.

Sincerely,

[FERPA/PII Redaction]

--
**Sarah Sexton**
Office of the President
Georgetown University
sarah.sexton@georgetown.edu
202.687.1752

ATTORNEY'S EYES ONLY

GTWNU_00400058

--
Taylor Colvin
Office of the President
Georgetown University

--
Andrew M. Koenig
Office of the President
Georgetown University
p: 202-687-2304

ATTORNEY'S EYES ONLY

GTWNU_00400059