# EXHIBIT 55

## THE PRESIDENT'S ANNUAL MOVE-IN RECEPTION

**TO:**           John J. DeGioia, President
**TIME:**        5:00 PM – 6:30 PM
**DATE:**       Saturday, August 24, ▮▮▮▮
**LOCATION:**  Healy 207 Suite
**FROM:**      Meg Pagonis, Senior Director of Development for Parents,
                      mlc44@georgetown.edu, m: 202.255.2747

### PURPOSE:

- To welcome into the Georgetown family a select group of new parents who are likely to be promising prospective donors.
- To provide an intimate but informal forum for these parents to meet you and one another.
- To build community among this new group of Georgetown constituents.

### BACKGROUND:

- The format is an open house reception. There is no formal program, and no formal remarks.

- Advancement helped to develop the guest list. It includes new parent prospective donors, as well as alumni parents, and parents of incoming students who have sent other children to Georgetown. Faculty and staff who are parents of incoming students will also be in attendance.

- Approximately 200 attendees are expected.

### ATTACHMENTS:

1. Attendee List
2. Mini-bios on Select Attendees



ATTORNEY'S EYES ONLY

**MINI-BIOS:**

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction And FERPA/PII Redaction , P

*Parents of* UID_0000230800032

ATTORNEY'S EYES ONLY

GTWNU_00415242



Capacity Rating: $6,500,000
Lifetime Giving: $0

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415243

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction and FERPA/PII Redaction ██████████ P'

*Parents of* UID_0000264588535 C ███

████████ is a practicing ██████████ in ████████ FL. He currently works with both ██████████ FERPA/PII Redaction ██████████ and is affiliated with FERPA/PII Redaction ██ Hospital. He received his BS in Chemistry from Georgetown, and later graduated with his MD. He completed his residency with ████████ FERPA/PII Redaction ██████ is the Director of

FERPA/PII Redaction ██d

FERPA/PII Redaction ██ at ████████████ in Florida. She received her ██████████ from ████████ ██████ and a MS in ████████ from ██████ The family resides in ██████ FL. ██████ ██████ is the nephew of ████████ FERPA/PII Redaction ████

*Capacity Rating: $225,000*
*Lifetime Giving: $10,000*

FERPA/PII Redaction and FERPA/PII Redaction ██ P'

*Parents of* UID_0000607794074 F'

FERPA/PII Redaction is the CEO of FERPA/PII Redaction ██████ and ██████ region. FERPA/PII Redaction assumed the role of CEO of the bank's ████ office in 2006, and previously headed its ██████████ practice in ████ The couple resides in ████ and their daughter ██████ is an incoming freshman in the SFS. ████ attended the FERPA/PII Redaction in ████

*Capacity Rating: N/A*
*Lifetime Giving: $0*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order



FERPA/PII Redaction and FERPA/PII Redaction P
*Parents of* UID 0000968848305 C

*Capacity Rating: $20,000,000*
*Lifetime Giving: $0*

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

ATTORNEY'S EYES ONLY

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

FERPA/PII Redaction ███ and FERPA/PII Redaction, P' P'
*Parents of* UID_0000672414260 | C ███
███ comes from a large Hoya family and graduated with a Bachelor of Science in Physics.
While at Georgetown he played on the ███ He also holds an MBA from
███ He is an investment manager with FERPA/PII Redaction ███ is an
honorary ███ board member. ▢▢ currently works with ███ in the
███ team. Prior to this, he was the CEO of FERPA/PII Redaction ███
graduated from ███ in ███ where she majored in ███ They have three
children, ███ (B ███ ███ (C ███ and ███
*Capacity Rating: $50,000*
*Lifetime Giving: $24,250*

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

█████ **and** █████ P █ P █

*Parents of* UID_0000714762419

█████ currently serves as the Executive Director a[████████ FERPA/PII Redaction ████████] in New York, previously serving as their COO. He has been working with ██████ since 2001. █████ oversees $█ billion in AUM, and █████ has a crucial role in overseeing the firm's management of all assets. He received his BS in Business Administration in █████ Dr. █████ holds degrees from █████ University and █████ She competed residencies at █████ in █████ medicine and █████ in medicine. From █████ she was appointed as █████ for █████ in █████ she joined [FERPA/PII Redaction] as an █████ and █████ In this role, she coordinates all of the in-patient █████ and █████ care, as well as the out-patient care available to patients following procedures, including home care and hospice. Dr. █████ also holds several volunteer positions within the medical field. She is the founder of the █████

**FERPA/PII Redaction** a community-based volunteer program working to █████ In █████ she was elected to serve as █████ of the [ FERPA/PII Redaction ]

*Capacity Rating: $500,000*
*Lifetime Giving: $664, 635*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415249

FERPA/PII Redaction and FERPA/PII Redaction P⬛, P⬛

*Parents of* UID_0000754043288 C⬛

⬛ is the CEO and Founder at FERPA/PII Redaction and FERPA/PII Redaction. In 30 years ⬛ had developed a firm that has ⬛ with an emphasis on ⬛ ⬛ is also an experienced ⬛ having ⬛ He attended ⬛ for his undergraduate degree. FERPA/PII Redaction is a ⬛ owner of ⬛ in ⬛ NY. They reside in ⬛ NY with their children ⬛ (B'⬛ and ⬛(C⬛)/

*Capacity Rating: N/A*
*Lifetime Giving: $0*



**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction P█
*Parent of* UID_0000106361387 F█
FERPA/PII Redaction is the CFO at FERPA/PII Redaction based in █████ an American ████████ company offering services for managing and ██████ for clients such as ████████ and █████ He is responsible for all of the financial functioning and business operations for their global and domestic operations. FERPA/PII Redaction also serves as a Board Member for ████ seeking to improve ████████ He graduated with an AB in Economics and an MBA from ████████ FERPA/PII Redaction resides in ████ with his wife FERPA/PII Redaction and son UID_0000106361387
*Capacity Rating: N/A*
*Lifetime Giving: $0*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

*Parent of* UID_0000773740877 *C* ███

███ is the Executive Director of the ███ FERPA/PII Redaction ███ in ███ which seeks to enhance the experience of ███ FERPA/PII Redaction ███ though provision of ███. She previously worked for ten years as a VP at ███ FERPA/PII Redaction ███ a firm specializing in the management of ███ She earned her BA in English from Georgetown. ███ has previously served on the ███ John Carroll Weekend Organizing Committee. She has previously met with President DeGioia during her daughter's application process. She and UID_0000773740877 reside in ███

*Capacity Rating: $50,000*
*Lifetime Giving: $5,785*

███ **and** ███ FERPA/PII Redaction ███ *P* ███
*Parents of* UID_0000581629319 *B* ███
███ is the Senior Vice President and Team Leader at ███ FERPA/PII Redaction ███ in New Jersey. Throughout his four years in this role, he has been instrumental in expanding the role of the bank's ███ in ███ New Jersey. He previously worked as the Executive Vice President and Director of ███ with ███ FERPA/PII Redaction ███ He attended the ███ ███ also serves on the Board of Directors for ███ a non-profit organization aimed at providing ███ His wife, ███ works as the Senior Vice President for ███, a position she has held for five years. She also serves as the ███ ███ She graduated from Georgetown in ███ with a BSBA in Management and Marketing.

ATTORNEY'S EYES ONLY

*Capacity Rating: $150,000*
*Lifetime Giving: $0*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415253

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415254

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

ATTORNEY'S EYES ONLY

GTWNU_00415255

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

███ and FERPA/PII Redaction P██ P██

*Parents of* UID_0000263112206 B██ ███

███████ works full-time as a philanthropist, aiding with the operations of the ████ and FERPA/PII Redaction Family Foundation. Both ███ and ███ currently serve on the ████ They reside in ████ CT with ███ (C ██ and ███████(B ██.

*Capacity Rating: $250,000*
*Lifetime Giving: $70,000*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

[FERPA/PII Redaction] and [FERPA/PII Redaction] P', P', P'
*Parents of* UID_0000673743380 C'
[FERPA/PII Redaction] is the President and CEO of [FERPA/PII Redaction] He joined the company in March 2014. [REDACTED] is one of [FERPA/PII Redaction] largest clients. Previously [REDACTED] was a Partner and Chairman of the Public Finance Group for [REDACTED] graduated in [REDACTED] from [REDACTED] with a B.S. in finance. A number of his family members also attended [REDACTED] and he and his wife, [FERPA/PII Redaction] have endowed scholarships there. He is the Chairman of [REDACTED] International and Chairman of the Finance Committee for [FERPA/PII Redaction] He also serves on the [FERPA/PII Redaction] in [REDACTED] NY, is Chairman of the Finance Board of [REDACTED] in [REDACTED] NY, and serves on the Advisory Board for the [REDACTED] Medical School. [REDACTED] wife, [FERPA/PII Redaction]

[REDACTED] She sits on the [REDACTED] The [FERPA/PII Redaction] have [REDACTED] children: [FERPA/PII Redaction] [FERPA/PII Redaction] (C'), [FERPA/PII Redaction] (C' [REDACTED] (C') and UID_0000627506137 (Listed from oldest to youngest)
*Capacity Rating: $2,500,000*
*Lifetime Giving: $800,000*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY



**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

▓ and ▓ FERPA/PII Redaction ▓ P▓
*Parents of* ▓ UID_0000777007742 ▓ C▓ works as a private investor in ▓ He concurrently serves as a Director at the ▓ FERPA/PII Redaction ▓ ▓ ▓ ▓ s an ▓ They reside in ▓
*Capacity Rating: $6,000,000*
*Lifetime Giving: $0*

▓ and ▓ FERPA/PII Redaction ▓ P▓
*Parents of* ▓ UID_0000502772741 ▓ C▓ currently serves as the ▓ President of the ▓ FERPA/PII Redaction ▓, a position he has held since ▓ Prior to this role, he served as an assistant district attorney froe ▓ and later successfully ran a ▓ for the ▓ FERPA/PII Redaction ▓ of ▓ served in ▓ for ▓ years, and was appointed ▓ of ▓ FERPA/PII Redaction ▓ in ▓ graduated from ▓ in ▓ n education/political science. He

ATTORNEY'S EYES ONLY

went on to receive his MPA from ██████████████ and his JD from ████████████████ ██████████ [FERPA/PII Redaction] currently serves as the President of [ FERPA/PII Redaction ] an independently run ████████████████ She holds degrees from ██████████████████████ BA in International Business) and ████████████████████ (MBA). [FERPA Redaction] resides in ████████ and [FERPA/PII Redaction] resides in ████████████

*Capacity Rating: N/A*
*Lifetime Giving: $0*



**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

[FERPA/PII Redaction] and [FERPA/PII Redaction] p' p██
*Parents of* UID_0000178553067 C██
[FERPA/PII Redaction] is CFO & Operating Partner at [ FERPA/PII Redaction ] Prior to joining the firm in 2008, [FERPA/PII Redaction] ████████████████████████████████████
[FERPA/PII Redaction] ██████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████ He currently serves as the Chairman for the Board of Trustees for [ FERPA/PII Redaction ] [FERPA/PII Redaction] comes from a large Hoya family. He and his wife reside in ██████ CA with their children [FERPA/PII Redaction] (C'██ and [UID_0000178552] (C'██).

*Capacity Rating: $500,000*
*Lifetime Giving: $259,321*



**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415261

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction **and** FERPA/PII Redaction , P¹

*Parents of* [ UID_0000993211798 ], C █

FERPA/PII Redaction works currently as a Director at ██████████ n this role, he is a portfolio manager for ████████████████ assets located in major US metropolitan regions. He has worked with ███████████ for 26 years, in increasingly senior roles. He earned his BA in Marketing from ████████████ and later his MBA from ████████████████ He and FERPA/PII Redaction reside in ███████ IL, right outside of Chicago.

*Capacity Rating: $200,000*
*Lifetime Giving: $0*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

[FERPA/PII Redaction] and [FERPA/PII Redaction] P

*Parents of* [UID_0000006149030] F

[FERPA/PII Redaction] currently serves as the President and Senior Portfolio Manager at [FERPA/PII Redaction] t, a firm with approximately $█B of AUM. In this role, he is responsible for the global business development of the firm's ███████ strategies. Prior to joining [FERPA/PII Redaction], he worked for nine years as a senior advisor at [FERPA/PII Redaction] a large institutional real estate advising firm. In ██████ he founded a ███████ firm that raised private equity for ███████ partnerships. He holds his degrees from the ███████ He serves as the Chairman of the Board of Trustees of [██████] University. ███████ works full time as a homemaker. She also serves on the Board of Trustees for [FERPA/PII Redaction], where [██████] attended ███████ They reside in ████ WA.

*Capacity Rating: $500,000*
*Lifetime Giving: $0*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction  P█

*Parent of* UID_000073694266  C█

FERPA/PII Redaction  is a Managing Partner at FERPA/PII Redaction  a position he has held since 2000. Prior to joining █████ FERPA/PII Redaction  practiced internal medicine at █████ FERPA/PII Redaction  Hospital, where he maintains his position as ██████████ Professor of Medicine. He has held many board membership position s in medicine and pharmaceutical organizations in New York, such as ███████████ and the ███████ FERPA/PII Redaction  received his MD from ███████ his MBA from ████████ and his BS in Neuroscience from █████████ He resides in ████████ with his three children

*Capacity Rating: $1,000,000*
*Lifetime Giving: $450*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY



*Parents of* ██████ '23

██████ is a Portfolio Manager at ██████ He previously worked a ██████ for 20 years as a Managing Director. In addition to his BA in Economics from Georgetown, he received a Chartered Financial Analyst designation ██████ is a at ██████ She also serves as an events co-chair on the ██████ Foundation Board of Directors. The couple have four children. Their oldest, ██████ is a high school senior this year and they have a daughter who is a junior, and then two more children to follow. Currently, ██████ is a Class Ambassador and ██████ is an AAP Interviewer.

*Capacity Rating: $250,000*
*Lifetime Giving: $265,555*

*Parents of* ██████ B

██████ is currently the ██████ fo ██████ s, a financial firm which provides securities ████████ services. Previously, he was Managing Director and ██████ at ██████ in ██████ In this role, he was responsible for managing the ██████ futures and options businesses. Previously, ██████ was Head of Strategic Trading within the ██████ group in New York. ██████ joined Bank of ██████ in 2010 from ██████, where he was a Managing Director and Head of ██████ Previously, he spent five years at a hedge fund, ██████, where he was a Partner and Senior Portfolio Manager. ██████ and his wife, ██████ reside in ██████ They have two sons, ██████ and ██████ is an active Hoya volunteer, having served on the ██████ an ██████ and an ██████ began his tenure on the ██████ starting this year and has been enthusiastically hosting our ██████ events and leadership dinners since ██████

*Capacity Rating: $1,000,000*
*Lifetime Giving: $3,657,136*

*Parents of* ██████ C

██████ is a name partner of ██████ a major ██████ firm based in ██████ He has over 30 years of experience working with ██████ covering a broad range of industries, such as ██████ served for eight years as the ██████ overseeing all government relations, philanthropy, and community affairs. He earned his BA from the ██████ He is a board member of ██████ a ██████ group for ██████ and the ██████ of ██████ in ██████ is the founder of ██████, a ██████ The couple resides in ██████ CA.

*Capacity Rating: $200,000*
*Lifetime Giving: $500*

ATTORNEY'S EYES ONLY



Parents of ███ and UID_0000192952725 F'█

██ FERPA/PII Redaction ██ is formally known as ███ FERPA/PII Redaction ███ of ███ is ███ FERPA/PII Redaction ███

███ of ███ who also attended the ███ FERPA/PII Redaction ███ is a member of the ███

███ He has held a variety of positions in FERPA/PII Redaction ███ and has served as ███ was appointed by ███ the ███ She has served two terms on the ███ and currently serves on the ███ They now have three children attending Georgetown: FERPA/PII Redaction (F'█ , UID_0000322903179 (F'█ and UID_0000192952725 (F'█, who were born in ███

*Capacity Rating: $100,000*
*Lifetime Giving: $34,200*

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

██ and FERPA/PII Redaction , P'█

Parents of UID_0000199001285 C

███ is the founder of ███ an angel investment firm for start-up organizations. Prior to this, he had held a variety of senior leadership positions in the technology industry, including as the COO of FERPA/PII Redaction, CEO of FERPA/PII Redaction, and Vice President for ███ He received his BA in English Literature from ███ FERPA/PII Redaction is on the Board of Directors at ███ a non-profit focusing on how to ███ She received her BA and MS in ███ from the ███ and holds a MA in ███ from ███ They reside in ███

*Capacity Rating: $20,000,000*
*Lifetime Giving: $0*

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00415267