# EXHIBIT 56





**Wednesday, December 2,** ████

---

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

---

SI Zoom Call w/ `UID_0000056764316` @ **3:00 PM**..................................................Tab 8
Zoom Link: *https://georgetown.zoom.us/j/93942397959*

---

Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order

---

SENSITIVE & PRIVILEGED: DO NOT COPY OR DISTRIBUTE WITHOUT AUTHORIZATION
GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT
3/18 ████ 3:08 PM

DEPOSITION EXHIBIT
DeGioia 41
2/16/24
Rich Germosen, CCR, CRCR, CRR, RDR

Page **1** of 2

ATTORNEY'S EYES ONLY

GTWNU_00416435

SI Call w| UID_0000659043895 |@ 7:00 PM...................................................................Tab 13
*Phone:* | FERPA/PII Redaction |

| **Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order** |

SENSITIVE & PRIVILEGED: DO NOT COPY OR DISTRIBUTE WITHOUT AUTHORIZATION
GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT
3/18/███ 3:08 PM

Page 2 of 2

ATTORNEY'S EYES ONLY

GTWNU_00416436

[Fully Redacted Pages Omitted]

## SI ZOOM CALL w/ | UID_0000056764316 |

**TO:**       Dr. John J. DeGioia
**TIME:**     3:00 PM – 3:30 PM
**DATE:**     Wednesday, December 2, ▉
**ZOOM LINK:** https://georgetown.zoom.us/j/93942397959

### PURPOSE:

YOU have a SI call with | UID_0000056764316 | | UID_0000056764316 | is the granddaughter of | FERPA/PII Redaction |

### PARTICIPANTS:

* YOU
* | UID_0000056764316 |

### BACKGROUND:

| | |
|---|---|
| **Name:** | UID_0000056764316 |
| **Applying:** | Regular Decision cycle |
| **High School:** | FERPA/PII Redaction ▉ CA |
| **GU School:** | SFS |
| **GPA:** | FERPA/PII Redaction |
| **SAT/ACT:** | No testing submitted yet. |

### CORRESPONDENCE FROM FERPA/PII Redaction

From: **FERPA/PII Redaction**
Date: Fri, Oct 2, ▉ at 1:14 PM
Subject: POSSIBLE GEORGETOWN VISIT
To: presidentsoffice@georgetown.edu <presidentsoffice@georgetown.edu>


Dear President DeGioia:

It has been sometime, but here I am again to advise you that a granddaughter – along with the many other possible applicants, is interested in visiting, and then probably will follow up with an application.

She, along with – who knows – perhaps thousands of other young people seeking a Grade A college education, our granddaughter, | UID_0000056764316 | daughter of my son | FERPA/PII Redaction | would appreciate an opportunity to visit your school, meet with the appropriate person(s) and have an official opportunity to walk around the campus and have the ability to

SENSITIVE AND PRIVILEGED: DO NOT COPY OR DISTRIBUTE WITHOUT AUTHORIZATION
GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT
12/1▉ 11:41 PM

ATTORNEY'S EYES ONLY

discuss any concepts that would confirm what she feels she already knows about your great school ... providing of course, that still is the procedure you provide.

She, of course, is trying to see if she could follow in the footsteps of her [FERPA/PII Redaction] cousins and also Aunt [FERPA/PII Redaction], who, I believe, achieved some wonderful academic results as well during her Georgetown experience. [UID_0000056784316] may not provide the record set by her Aunt, but she is a goal oriented person, as her attached letter indicates.

This request is not a "formal" effort, just a "look-see" as a means to achieve a far better understanding of Georgetown. As far as I know, she has not asked her parents about "their" schools ... at this point anyway, but I suspect Georgetown will also become her #1 choice, of course, particularly because of her past scholastic efforts.

And whether or not one of your staff would accommodate such a visit, of course, please know, I am not requesting any "special" service, just a "usual" visit ... just whatever is the normal "want to see effort".

The young lady that is very interested is the daughter of my older son [FERPA/PII Redaction] ... or [FERPA/PII Redaction] as his grandmother preferred when greeting him. Attached is a copy of [UID_0000056784316] note to me that indicates her high level of interest – and scholastic background, which may help justify a visit by her, and possibly even an approval.

As for the "when", I'm sure, despite her Southern California location, her Father would be happy to accommodate about anytime that would best serve your "usual" date and time availability procedure.

Anyway, hopefully her academic record to date would fulfill Georgetown's requirements from among the avalanche of "requests" that you receive.

Hope this note also finds you in good health and spirits and does not, in this case, provoke too much of a "not again" reaction!!! And yes, she will go all out to satisfy any date you may want to suggest for her required "visit".

All the best to you and your school as you face another year of that awful "yes", but only for some, annual experience.

[FERPA/PII Redaction]

P.S. My son [FERPA/PII Redaction] also told me that his daughter, [UID_0000056764316] did have an appointment set up for ███████████ but, of course, that was cancelled due to the ██████ avalanche ... and that appointment was accomplished without my involvement via your office, but I thought that perhaps a note from me possibly would assist.

**SENSITIVE AND PRIVILEGED: DO NOT COPY OR DISTRIBIUTE WITHOUT AUTHORIZATION**
**GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT**
12/1█ 11:41 PM

ATTORNEY'S EYES ONLY

# FERPA/PII Redaction

## ATTACHMENTS:

(1) | UID_0000056764316 | Letter to | FERPA/PII Redaction |

SENSITIVE AND PRIVILEGED: DO NOT COPY OR DISTRIBIUTE WITHOUT AUTHORIZATION
GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT
12/1█ 11:41 PM

ATTORNEY'S EYES ONLY

GTWNU_00416469

FERPA/PII Redaction

From:
Sent:    Wednesday, September 30,   ███ 8:54 PM
To:    FERPA/PII Redaction
Cc:    FERPA/PII Redaction
Subject:    Georgetown!

UID_0000056764316

Dear Pop Pop,

I'm excited to tell you about my growing interest in attending Georgetown. For a long time, I've known that it has an excellent reputation, and my interest has grown as I have further researched the school.

Would you please ask those you know at Georgetown if I could visit campus at the earliest possible date to learn more about this amazing school?

I love the ███████████████ I'm in with ███████████ Who knows how many applications they received for this national program, yet I was one of only twenty American high school students accepted! We meet online each Thursday evening, and we've discussed topics like the ████████████████████████████████████████ one of my classmates is from London; another is from Uzbekistan.

My mom's heritage, my seven years of studying ███████████ rich history, and an opportunity to see it through other people's eyes have been really interesting. I'll finish the program with a final paper that will be distributed to my classmates and other people associated with the ███████████████ and ███████ on ████████████████████████ I'm not letting this interfere with my regular high school work, but doing the work after school ends.

This ████████████████ helps me understand more about Georgetown's international studies excellence. I now understand how rewarding it is to engage in illuminating discussions with like-minded peers, and I know I could continue thoughtful discussions with motivated classmates while at Georgetown.

My Georgetown campus tour was canceled last ████████████████████████████████████ I'm hopeful that I could visit this fall and learn more about Georgetown's Walsh School of Foreign Service, as well as majors at Georgetown College, like Anthropology and History.

I've attached some details of my resume. I'm proud to tell you that I hold a GPA of [FERPA/PII Redaction] and a weighted GPA of [FERPA/PII Redaction] all [___] including [FERPA/PII Redaction] and [FERPA/PII Redaction] This year, my classes include [FERPA/PII Redaction]
[FERPA/PII Redaction]
[FERPA/PII Redaction] I'm a three-year starter on our Varsity Volleyball team, a yearbook editor, a ████████████████████ and a ███████████ at my high school. I think I can succeed within the Georgetown arena!

Love,
UID_0000056764316

1

ATTORNEY'S EYES ONLY

[Fully Redacted Pages Omitted]

## SI CALL w UID_0000659043895

**TO:** Dr. John J. DeGioia
**TIME:** 7:00 PM –7:30 PM
**DATE:** Wednesday, December 2, █████
**PHONE:** FERPA/PII Redaction

### PURPOSE:

YOU have a SI call with UID_0000659043895 YOU were on a call with [FERPA/PII Redaction] and [FERPA/PII Redaction] FERPA/PII Redaction on Monday November 30, ██████ when the FERPA/PII Redaction Zoom feed cut mid-meeting. This call is in place of the previous call.

As a reminder, YOU had a call with [FERPA/PII Redaction] on November 18, ████ to discuss [FERPA] [FERPA] is applying early action to Georgetown College. Additionally, YOU met FERPA/PII Redaction other son [FERPA/PII Redaction] last year. [FERPA] applied early to Stanford and is a Freshman there right now

### PARTICIPANTS:

* YOU
* UID_0000659043895

### BACKGROUND ON [FERPA/PII Redaction]

**Name:** UID_0000659043895
**School:** FERPA/PII Redaction in ██████████
**App. status:** Applying EA to the College
**GPA:**
**ACT:** FERPA/PII Redaction

### ATTACHMENTS:

* None

SENSITIVE AND PRIVILEGED: DO NOT COPY OR DISTRIBIUTE WITHOUT AUTHORIZATION
GEORGETOWN UNIVERSITY – OFFICE OF THE PRESIDENT
12/1█ 11:59 PM

ATTORNEY'S EYES ONLY

GTWNU_00416492

[Fully Redacted Pages Omitted]

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction (P' ⬛, P' ⬛ and FERPA/PII Redaction (P' ⬛, P' ⬛

*Parents of* UID_0000178563557 C ⬛

FERPA/PII Redaction and FERPA/PII Redaction are active volunteers and philanthropists. FERPA/PII Redaction currently serves as the Chairman for the Board of Trustees for _____FERPA/PII Redaction_____y. Although FERPA/PII Redaction did not attend Georgetown, he comes from a large Hoya family with siblings, uncles, nieces, and nephews who have attended. His parents have a long-standing relationship with President DeGioia and have made significant gifts to Georgetown anonymously. FERPA/PII Redaction is CFO and Operating Partner at [____FERPA/PII Redaction____] and is very well connected in the venture capital and tech communities. He attended the 90 Days with Georgetown briefing with President DeGioia, Geoff Chatas, and Bart Moore on ⬛⬛⬛ The couple resides in ⬛⬛⬛ California.

Capacity: $500,000
Total Giving: $309,759

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction ██████████ **P'**██ **P'**██ and FERPA/PII Redaction ██████ **P**█ **P**██), *host Parents of* FERPA/PII Redaction *(F*██ *and* ████ *(C*██)
FERPA/PII Redaction is President of ███████ FERPA/PII Redaction ███████, a ██████████ private equity firm with around $██ billion under management. He serves on Georgetown's ██████
████████ FERPA/PII Redaction is a former member of the ██████████ They both serve on the Georgetown University ██████████ Advisory Committee. The couple served as co-hosts for Georgetown's first two ██████████ events, along with the ██████ and ████████ FERPA/PII Redaction did not attend ██████████ in ████ as she was with her ██████ who passed away two weeks later. ████ and FERPA/PII Redaction recently pledged $10,000,000 to support the FERPA/PII Redaction and FERPA/PII Redaction Endowed Fund. They reside in ██████████ California.
Capacity: $20,000,000
Lifetime Giving: $6,658,340

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

GTWNU_00416505

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

FERPA/PII Redaction | P' █
*Parent of* UID_000019000128█ *C'* █

FERPA/PII Redaction is the founder of FERPA/PII Redaction , an angel investment firm for start-up organizations. Prior to this, he held a variety of senior leadership positions in the technology industry, including as the COO of FERPA/PII Redaction CEO of FERPA/PII Redaction and Vice President for ███████████ at FERPA/PII Redaction He received his B.A. from University ███████████ and currently resides in ███████ California. His daughter, UID_000019000128 has adapted to online learning and has enrolled in a challenging schedule since she does not have a social life to distract her. FERPA/PII Redaction has been nothing but complimentary of Georgetown's management of the pandemic. He attended the 90 Days with Georgetown briefing with President DeGioia, Geoff Chatas, and Bart Moore on ██████
Capacity: $25,500,000
Lifetime Giving: $250,000

**Non-Responsive Information Redacted Pursuant to the Court's 11.28.2023 Order**

ATTORNEY'S EYES ONLY

[Fully Redacted Pages Omitted]