# EXHIBIT 58

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*ANDREW KOENIG*

*February 13, 2024*



Case: 1:22-cv-00125 Document #: 753-58 Filed: 12/16/24 Page 3 of 12 PageID #:17373
HENRY v
BROWN UNIVERSITY
Andrew Koenig
February 13, 2024

25

1      A.    I take the feedback that I hear from
2  Valerie and review it with President DeGioia.
3      Q.    And once you review -- strike the
4  question.
5            Are there occasions when the feedback
6  is objecting to one or more names on the list?
7            MS. MILLER:  Objection, form.
8      A.    Yes.
9  BY MR. GILBERT:
10     Q.    Is that generally the form of the
11 feedback?
12           MS. MILLER:  Objection.  Form.
13     A.    The feedback that we receive is in
14 relation to the candidates that are proposed and
15 Dean Deacon may object or he may offer feedback
16 that -- on particular candidates to their being
17 admitted.
18 BY MR. GILBERT:
19     Q.    Okay.
20           Once you receive the feedback from
21 Valerie Youmans, what do you do with it?
22     A.    I take that and find a time to speak
23 with the president and review Dean Deacon's
24 feedback with the president.
25     Q.    And then what does the president do

```
 1   with the feedback once you give it to him?
 2             MS. MILLER:  Objection.  Form.
 3        A.   He will review it, consider the
 4   feedback.  There are times when, if the dean of
 5   admissions identifies that a particular
 6   candidate is not a good candidate for admission,
 7   he will accept the dean's feedback and that's
 8   fine.  Sometimes there are other -- sometimes
 9   the dean of admissions will indicate that it's
10   possible for a student to be potentially
11   admitted as a transfer student or some other
12   form of admission, and so oftentimes the
13   president will, in reviewing the feedback, if
14   the dean says, well, this person might be a
15   candidate for transfer admission, he will review
16   the feedback and agree with that decision and
17   proceed that way.
18   BY MR. GILBERT:
19        Q.   Approximately how many names a year
20   does the dean of admission provide feedback on?
21             MS. MILLER:  Objection.  Form.
22        A.   It varies from year to year.  I don't
23   recall specific numbers of how many in any given
24   year, so I don't have a -- I don't have a hard
25   number answer.  It's, you know, a small handful.
```

```
 1   BY MR. GILBERT:
 2        Q.    Is it generally fewer than five?
 3              MS. MILLER:  Objection, form.
 4        A.    It varies from year to year.  I don't
 5   know if five -- I don't feel comfortable saying
 6   that it's generally fewer than five in a given
 7   year.  Again, it varies.
 8   BY MR. GILBERT:
 9        Q.    Is it generally fewer than eight?
10        A.    That sounds -- yes, I would say in
11   the eight-ish range seems fair.
12        Q.    When you are generating the 200 or
13   more names for consideration for the president's
14   list, do you provide information to the
15   president concerning the transcript of, that is
16   the high school transcript or prep school
17   transcript, of the students on the list?
18              MS. MILLER:  Objection, form.
19        A.    I do, yes.
20   BY MR. GILBERT:
21        Q.    Do you provide the grade point
22   average or the actual transcript of the student?
23        A.    The grade point average.
24        Q.    Okay.
25              So the actual academic transcript of
```

```
 1   the student took these courses and got A, for
 2   example, in this course, and a B in another
 3   course, the president does not see that, he sees
 4   the grade point average, is that correct?
 5              MS. MILLER:  Objection, foundation.
 6       A.    That's correct.  I do not show the --
 7   I do not have access to the actual transcripts
 8   of the students.
 9   BY MR. GILBERT:
10       Q.    What about the student essay when the
11   student applies; does the president, when he's
12   considering the 200 or so names, see the student
13   essay in connection with the application?
14              MS. MILLER:  Objection to form.
15       A.    I don't have access to student essays
16   to show him.
17   BY MR. GILBERT:
18       Q.    And with respect to teacher
19   recommendations, do you have access to teacher
20   recommendations when you're formulating the list
21   of 200 or so for consideration?
22       A.    I do not have access to teacher
23   recommendations.
24       Q.    In an admission cycle, when does the
25   creation of the president's list start for the
```

Case: 1:22-cv-00125 Document #: 753-58 Filed: 12/16/24 Page 7 of 12 PageID #:17377
HENRY v
BROWN UNIVERSITY
Andrew Koenig
February 13, 2024

33

1 office?
2     A.   She does.  But I will say, our events
3 director, in any event the president hosts, she
4 would know the list of invitees.
5     Q.   Is there a separate list apart from
6 the 80 names that we've been discussing that you
7 send to Valerie Youmans in connection with early
8 action applicants?
9     A.   There is.
10     Q.   And how is that list generated?
11     A.   In a similar manner as described.  I
12 review with the president the list of
13 recommendations that we've received.  He reviews
14 it.  He generates a small -- a very small list.
15     Q.   How small is that list?
16     A.   Less than five.
17     Q.   When you send -- I'm going to refer
18 to this as the early action president's list for
19 clarity, okay?
20     A.   Got it.  Thank you.
21     Q.   Do you compose an early action
22 president's list of more than five names that
23 you show to the president?
24     A.   I don't assemble a list of names
25 for -- I don't assemble a list of names for

Case: 1:22-cv-00125 Document #: 753-58 Filed: 12/16/24 Page 8 of 12 PageID #:17378
HENRY v
BROWN UNIVERSITY
Andrew Koenig
February 13, 2024

34

1  consideration for admission to show it to the
2  president.  I show him the, you know, what I'll
3  call "tracking list" of everybody that we've
4  received recommendations for up to that point,
5  which then he reviews and generates this early
6  action -- what we call the early action
7  president's list.
8      Q.   Okay.
9           So do you send him a list of every
10 early action applicant about whom
11 recommendations have been received?
12          MS. MILLER:  Objection, form,
13     foundation.
14     A.   I send -- yes, I send him -- I share
15 with him a list of the individuals about whom
16 we've received recommendations who are applying
17 to the early action cycle.
18 BY MR. GILBERT:
19     Q.   And in a given year, what is the
20 approximate size of the list that you share with
21 the president for his consideration?
22     A.   During the early action cycle?
23     Q.   Correct.
24     A.   I don't recall a specific or
25 particular number.  It's smaller than the list

```
 1   for the regular decision cycle, only because
 2   it's a smaller pool of applicants.
 3            I don't have a specific number.  I
 4   know it varies from year to year, but I don't
 5   want to guess.
 6       Q.   Would it generally be fewer than 100?
 7       A.   You know, I don't really know the
 8   number.  I don't -- it's around the 100 mark,
 9   but I don't know if, from year to year, it's
10   under, over.
11       Q.   All right.  I'm going to try to ask
12   similar questions about the wait list.  So we'll
13   refer to that as the president's wait list,
14   okay?
15       A.   Yes.
16       Q.   The president's wait list -- strike
17   that.
18            Is there a president's wait list?
19       A.   Yes.
20       Q.   And about how many names typically
21   are on the president's wait list?
22       A.   A small number.  I don't recall the
23   exact number.  I would say that it's greater
24   than early action, certainly less than the
25   president's list that we described for regular
```

1  decision.  And it varies from year to year.
2      Q.    Going back to the early action
3  president's list, after you've sent him, say,
4  about a hundred names, do you then have a
5  meeting with him in which he says, These are the
6  five or so that should be on the early action
7  president's list?
8           MS. MILLER:  Objection, form,
9      foundation.
10     A.    It varies from year to year.  That's
11  often one and the same.  Like, it may be the
12  same instance, where I'm sharing the list, and
13  he may review it at that time or may -- it
14  varies from year to year, but I don't always --
15  it's not necessarily two separate meetings or
16  two separate instances.
17  BY MR. GILBERT:
18     Q.    When you share a list that you've
19  raised for the president do you physically hand
20  him a printout, or do you send it to him
21  electronically?
22     A.    It's a printed version.
23     Q.    And then does he mark up the printed
24  version and hand it back to you?
25     A.    That's right.  He'll offer his

Case: 1:22-cv-00125 Document #: 753-58 Filed: 12/16/24 Page 11 of 12 PageID #:17381

HENRY v  
BROWN UNIVERSITY

Andrew Koenig  
February 13, 2024

208

```
 1        Q.    That's all I needed to clarify.
 2              MS. MILLER:  Anything else?
 3              MR. GILBERT:  I have further
 4     questions with respect to that.
 5   FURTHER EXAMINATION BY MR. GILBERT:
 6        Q.    So the regular decision president's
 7     list has approximately 80 names on it; is that
 8     correct?
 9        A.    Yes, as best as I can recall, around
10     that number, although I don't know exactly, so I
11     don't recall exactly how many.  Certainly it
12     varies from year to year.
13        Q.    And there are a few additional names
14     over and above the 80 on the early action list;
15     is that right?
16        A.    Yes, that's correct.
17        Q.    And there's a few additional names
18     over and above the 80 in the early action list
19     on the president's list for the wait list; is
20     that right?
21        A.    In my experience and it varies year
22     to year there are sometimes additional names for
23     the wait list, though I don't recall how many or
24     how often.
25        Q.    And are there sometimes additional
```

1  names for the president's list for transfer
2  students?
3    A.   Again, as best I recall, some years,
4  yes, though I don't recall whether that's every
5  year or not.
6    Q.   I have no more questions for this
7  witness at this time.
8       MS. MILLER: We'll conclude the
9  deposition. We'll mark it as Highly
10 Confidential Outside Attorneys' Only and
11 reserve signature.
12       VIDEOGRAPHER: Off the record at
13 6:40. That ends today's testimony.