# EXHIBIT 59

1  of effects.

2        Do you know if it's a mixed effects

3  model or a fixed effects model?

4        A.   I believe it's a fixed effects.

5        Q.   You don't have a Ph.D.; correct?

6        A.   Despite Dr. Bulman referring to me as

7  Dr. Ammon in his rebuttal, I do not hold a Ph.D.

8        Q.   When was the last time you personally

9  modeled a technical panel data regression with

10  fixed effects?

11        A.   I don't know, but fortunately my

12  interpretation of Dr. Bulman's analysis does not

13  require me to have done that.  His analysis and my

14  understanding of statis -- my understanding of

15  statistics is sufficient to understand and critique

16  his analysis.

17        For example, in his rebuttal, you will

18  note that Dr. Bulman claims that his fixed effects

19  adequately control for some of the comments that we

20  made in our disclosure.  But as he notes in his

21  rebuttal, fixed effects are intended to control for

22  common changes within -- the way he uses them,

23  common changes across -- across the data.

24        What would not be captured by

25  Dr. Bulman's fixed effects and what he does not

117

1    over the period in question, that Penn's

    ████████████████████████████

    █████████████████████████████████

    ██████████████████████████████

    █████████████████████████████████████

6    cost to attend Penn for the average aided

7    student fell by 22 percent in real terms over

8    the course of the period.

9        And so Dr. Bulman can do the

10   statistical regressions and can incorporate

11   data from all these other schools, but

12   ultimately, the facts and the data about Penn

13   are inconsistent with Dr. Bulman's claims of

14   some conspiracy to suppress financial aid.

15       What Penn did during this period was to

16   increase financial aid spending, to increase

17   spending from the endowment on financial aid,

18   and to do so at a time when trailing

19   endowment returns were negative.  Those are

20   Penn's facts.  That's what happened at Penn.

21   And that is entirely inconsistent with

22   Dr. Bulman's allegations about a conspiracy

23   to suppress financial aid.

24       MR. GRINGER:  My understanding, lunch

25   is here.  So would this be a good time to

118

```
1        break?
2               MR. CIPOLLA:  Can I have, like, one --
3               MR. GRINGER:  Yeah, of course.  Yeah,
4        yeah.
5               MR. CIPOLLA:  -- or two more questions
6        about this paragraph?  And then I think it's
7        a good time.
8               MR. GRINGER:  Go right ahead.
9    BY MR. CIPOLLA:
10        Q.   Do you think Dr. Bulman should have run
11   some other type of regression to account for Penn's
12   idiosyncrasies?
13               MR. GRINGER:  Object to form, misstates
14        his testimony.
15               THE WITNESS:  I don't think there's any
16        other regressions that need to be run.
17               Penn's facts are clear.  And Penn's
18        facts demonstrate that Penn increased
19        financial aid spending and increased
20        financial aid spending from endowment and met
21        the demonstrated financial naid -- financial
22        need of its students, and the net result of
23        this was a decrease in the cost to attend
24        Penn for the average aided student over the
25        period.
```

119

1         There's no regression that needs to be

2     done to show this.  The facts are clear and

3     stand on their own feet.

4  BY MR. CIPOLLA:

5     Q.    What is the purpose of a regression?

6         MR. GRINGER:  Object to form.

7         THE WITNESS:  In general, regressions

8     are used to show -- to -- to test hypotheses

9     around statistical relationships between or

10     among different variables.

11         MR. CIPOLLA:  Okay.  We can take a

12     break.

13         THE VIDEOGRAPHER:  The time is

14     1:12 p.m.  Off the record.

15         (A recess is held from 1:12 p.m. to

16     1:51 p.m.)

17         THE VIDEOGRAPHER:  The time is

18     1:51 p.m.  Back on the record.

19         MR. CIPOLLA:  All right.  Now, I want

20     to turn the attention to this October 2019

21     interview associated with some Wharton

22     publication.  Mark it as Ammon Exhibit 3, and

23     this is Tab 15.

24         (Exhibit Ammon-3, document titled Penn

25     CIO Peter Ammon on Why 'People Matter

193

```
 1          financial aid awards and spending from the

 2          endowment on financial aid during this

 3          period.

 4  BY MR. GRINGER:

 5          Q.    So if Penn at this time was realizing

 6  negative returns on its endowment while increasing

 7  its spend on financial aid, that would mean that

 8  there was a disassociation between Penn's return on

 9  Penn's endowment performance and its financial aid

10  awards; right?

11          A.    Yes.  Penn was increasing its financial

12  aid awards despite the fact that the trailing

13  endowment performance was negative.

14          Q.    So in that sense, Professor Bulman

15  would be correct when he says that there -- during

16  this time period there was not a relationship

17  between Penn's spending on financial aid and its

18  endowment returns; right?

19          A.    Penn's financial --

20              MR. CIPOLLA:  Objection, form.

21              THE WITNESS:  Yes.  Penn's financial

22          aid spending increased even as endowment

23          returns were negative.

24  BY MR. GRINGER:

25          Q.    So why do you disagree with
```

1    Professor Bulman?

2          A.   Professor Bulman's conclusion that

3    there was a conspiracy to suppress financial aid

4    awards is entirely inconsistent with the facts at

5    Penn.

6               Penn increased spending from the

7    endowment in support of financial aid even as

8    trailing endowment returns were negative.  Penn

9    made a concerted effort to increase the financial

10   aid univitz -- aid -- in -- to increase the

11   endowment units dedicated to financial aid.  Penn

12   increased the target spending rate temporarily on

13   financial aid units.  The net result of this was a

14   significant increase in financial aid spending out

15   of the endowment.

16              Endowment support for financial aid

17   quintupled over the period in question; and in the

18   end, the cost to attend Penn for an average aided

19   student fell by 22 percent in real terms over the

20   period in question.

21         Q.   And that last figure, that 22 percent,

22   does that in any way depend on what Penn is

23   charging for tuition?

24         A.   No.  That figure is the cost to a

25   student -- aided student to attend Penn.  It does