# EXHIBIT 60

**In the Matter Of:**

*In Re: 568 President's Group*

*CHARLES DEACON*

*May 18, 2022*



1        CHARLES A. DEACON (5/18/22)

2  office?

3      A.   Their assessment comes back to

4  us in the form of a total rating.  If

5  they're -- there are four people on the

6  committee, which that's the normal

7  committee and each assign ten points.

8  They'll give us these 100 or whatever

9  number they've read, in order from 40 on

10 down, from the highest rated on down.

11 Based upon how many spaces we have

12 available to confirm for admit, we will

13 then draw the line at that point in time

14 and those above the line will be admitted,

15 those below will be deferred.

16     Q.   So it's safe to assume that you

17 would rely on their rating in order to

18 admit students or deny students or defer

19 students, I should say, at this stage?

20     A.   Yes, that's correct.  Their

21 rating is the final step for them, for

22 those candidates.

23     Q.   So this goes back to your

24 office, you do the cutoff.  Anything that

25 happens after that cutoff?

Case: 1:22-cv-00125 Document #: 753-60 Filed: 12/16/24 Page 4 of 9 PageID #:17394
In Re: 568 President's Group 30(b)(6)
Charles Deacon
May 18, 2022

90

1       CHARLES A. DEACON (5/18/22)

2     A.   There are a few students that
3 are in that pool that might be flagged for
4 special consideration at the senior level
5 of the university. Normally, we do that at
6 regular decision but there are some that
7 are flagged for early. If they were a
8 close call, they can then be -- they can
9 then be admitted into a separate category
10 of space that is reserved for them.
11     Q.   What categories of students
12 fall into these flag students?
13     A.   Anybody who makes their way up
14 to the top level from whatever source.
15 Most likely people that are, you know,
16 recommended by key university people,
17 advancement office, talks to the president
18 office maybe or the directors people may
19 talk to the president's office, very, very,
20 very -- I would say three or four cases
21 might be moved at that point in time into
22 an accept.
23     Q.   Do these different groups have
24 the benefit of seeing the student's
25 submission or is it a process completely

1       CHARLES A. DEACON (5/18/22)

2  separate from --

3      A.   The --

4      Q.   -- from reviewing the

5  application?

6      A.   If the information is

7  communicated to a staff member of the

8  president's office, that person sees it and

9  I presume shares it with the president, I

10  would assume.  I don't share it with the

11  president.  They do.

12      Q.   So if I understand correctly,

13  the president, board of directors might

14  say, hey, I'm interested in Joe Smith, then

15  you would forward the file to a specific

16  person in that office and they do whatever

17  process internally they do?

18      A.   Not the file, just the roster

19  information that I do the ratings from.

20      Q.   They only see the ratings as

21  opposed to the transcripts and the essays

22  and things like that?

23      A.   That's correct.

24      Q.   If the president then comes and

25  says, hey, I want this person admitted,

```
                                                              92
1              CHARLES A. DEACON (5/18/22)
2     then it would be an automatic admission
3     into the early access stage, correct?
4          A.    Not automatic.  I have the
5     opportunity to make a case why not.  So for
6     example, if the case is far off the mark
7     and we have -- let's take my example of the
8     ███████████████  example, we have 75 people.
9     This was number 75 of the 75.  I might make
10    the case that that would not be a wise
11    decision to admit and they might decide not
12    to.
13         Q.    Let's say you push back and
14    they are insistent on being admitted, the
15    student would ultimately be admitted?
16         A.    The final authority is in the
17    president or the board, not me.  I'm not
18    the final authority.  I do my best to make
19    the case.
20         Q.    Understood.  How frequently --
21    let me back up.
22               How many students a year more
23    or less does the president request special
24    consideration for?
25         A.    Well, he might -- he might
```

Case: 1:22-cv-00125 Document #: 753-60 Filed: 12/16/24 Page 7 of 9 PageID #:17397
In Re: 568 President's Group  30(b)(6)  Charles Deacon  May 18, 2022

93

1  CHARLES A. DEACON (5/18/22)
2  request it for a lot, but the policy
3  restricts it to five percent, so
4  five percent of 1600 is 80.
5              At early, that might only be
6  two or three, because we all -- university
7  accepts the fact that early action is for
8  the very best and brightest, so it should
9  not be for a weaker candidate.
10      Q.   Who determines this policy of
11  five percent?
12      A.   That's been in place for 60
13  years.  It was put in place by -- when the
14  admissions committees were first formed.
15              They then -- they then created
16  an executive committee with one faculty
17  member from each committee going to it and
18  they -- they then carved out some policies
19  that they felt all four schools should
20  adhere to, one of which was the so-called
21  special interest cases.
22              And that they -- that they --
23  that was referred -- you know, the provost
24  at the time got that and they've accepted
25  it, so I guess you could say it's a policy

1       CHARLES A. DEACON (5/18/22)
2  that's in place that's been there, but not
3  -- not coming down from the top down, but
4  rather from a committee up and not been
5  changed.
6       Q.   Who has the authority to change
7  that policy?
8       A.   Well, I would guess that -- I
9  would think the president.
10      Q.   So --
11      A.   I operate within -- we operate
12 within that policy.
13      Q.   Understood.  So the president
14 sends down a list, these are the students I
15 would like special consideration for.  On
16 average, how many students a year do you
17 push back and say I don't think this is a
18 wise idea?
19      A.   It may be five or ten.
20      Q.   Out of -- five or ten students
21 or 5 or 10 percent?
22      A.   Five or ten students out of the
23 ultimate 80 or so cases that come my way.
24 Most of them come as regular decision, that
25 is 1st of April time.

```
 1           CHARLES A. DEACON (5/18/22)
 2      Q.    So let me back up.  Most of the
 3   80 come out of the regular admissions
 4   process, not the early action program?
 5      A.    Right, because we -- because
 6   everybody including the president tries his
 7   best to recognize the importance of the
 8   academic excellence of the early pool and
 9   that's different from many colleges by the
10   way, that can be confusing to some people.
11      Q.    How many does the president
12   request specifically during the early
13   action program?
14      A.    Might just be one or two.
15      Q.    And do you generally push back
16   at this stage?
17      A.    Generally not, because mostly,
18   all -- he would only probably recommend
19   someone who was very close to that kind of
20   a standard.
21      Q.    Understood.
22      A.    But if not, I would push back.
23      Q.    Are there any other list of
24   special considerations from other
25   departments at the university?
```