# EXHIBIT 62

## In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*DONALD BISHOP*

*August 16, 2023*



Case: 1:22-cv-00125 Document #: 753-62 Filed: 12/16/24 Page 3 of 4 PageID #:17408

HENRY v
BROWN UNIVERSITY

Donald Bishop
August 16, 2023

302

```
 1   help this family overcome this
 2   disappointment.
 3           Others were just we want to have
 4   a full conversation and say why we think
 5   this family has been great for Notre Dame,
 6   and we hope that you'll give them the added
 7   consideration.
 8       Q   Can you estimate for me at the
 9   beginning of your tenure how long the list
10   would be as opposed to towards the end of
11   your tenure?
12       A   Yeah.  I think the list -- I
13   mean, you have access to information on our
14   databases.  So I think this is an
15   accurate -- I think around 300.
16           Now, back then, that included a
17   group that truly was just tell us what we
18   need to know to tell them.  So not all of
19   them were discussed.  Some of them, we just
20   notified them of the decision.
21           So I would say of the 300 and
22   some odd, about 280 were truly discussed,
23   or at least there was something other than
24   just, you know, tell us why.
25           I think at the end of my tenure,
```

Case: 1:22-cv-00125 Document #: 753-62 Filed: 12/16/24 Page 4 of 4 PageID #:17409

HENRY v
BROWN UNIVERSITY

Donald Bishop
August 16, 2023

303

1 it was closer to 180.
2     Q    And do you have an opinion as to
3 why that number was falling over the course
4 of your tenure?
5     A    Well, I think that -- I think it
6 was probably falling from before, too.  I
7 think that was a trend.  I don't think I
8 started the trend.
9     Q    Oh, okay.
10     A    But as you get more selective,
11 there's just fewer people that fit the
12 standards that they know we're going to
13 use.
14     Q    Right.
15     A    Also, we did improve the
16 communication, in my opinion, that there
17 were a fair number of students that never
18 applied because we would be asked by
19 university relations early enough and we
20 would -- you know, the family would send us
21 this before we even had an application, and
22 I think there was a better job of not
23 having weaker students apply to Notre Dame.
24         I mean, we were able to truncate
25 that whole process for some.  Others were