# EXHIBIT 64
# UNDER SEAL