# EXHIBIT 67

LEXITAS™

45

1          J. SASSOROSSI - CONFIDENTIAL

2     of the alumni who had donated to the

3     school?

4          A    Yes.

5          Q    Do you know if anyone in

6     development ever communicated with anyone

7     in admissions concerning that list?

8          A     There was a database.  There

9     really wasn't a list.  The database

10    contained all alumni and parents,

11    non-alumni parents, prospective donors to

12    the college.  So it was a fairly large

13    database.

14         Q     Did the database have a name?

15         A     The last database that I was

16    aware of was called "Advance."

17         Q     And do you know if it had a

18    different name before then?

19         A     It did, but I'm blanking on that

20    name.

21         Q     You don't remember everything

22    about your 33 years at Dartmouth?

23         A     Sorry, I don't.

24         Q     Do you recall if it had a

25    different name -- you recall it had a

```
 1          J. SASSOROSSI - CONFIDENTIAL

 2          Q     And can you tell me what a

 3   priority list was during your tenure?

 4          A     That was a list that advancement

 5   developed to indicate to the admissions

 6   office who was a priority for admissions

 7   for advancement, the same way that the

 8   football coach may have a list of recruits

 9   that he wanted to have, you know, be

10   considered by the admissions office.

11          Q     Did you play any role in

12   creating priority lists?

13          A     Yes.

14          Q     And when did you first start

15   playing a role, during your tenure at

16   Dartmouth, in creating priority lists?

17          A     As director of special projects

18   and reporting.

19          Q     So when you assumed that

20   title --

21          A     Yes.

22          Q     -- is when you first started

23   being involved in preparing priority lists?

24          A     Yes.

25          Q     And did the way you were
```

52

```
1              J. SASSOROSSI - CONFIDENTIAL

2     involved in preparing priority lists evolve

3     at all once you started doing so?

4              MS. MASCHERIN:  Object to the

5          form.

6          A    Can you explain again the way?

7          Q    Well, when you first started

8     playing any role in creating priority

9     lists, can you explain to me what that role

10    was?

11         A    It was to put together a

12    priority list.  There was a first draft

13    that I would come up with to determine a

14    priority list of applicants either in the

15    decision process, and that was presented to

16    different individuals over the course of

17    our evaluation of those priority lists.

18         Q    And do you recall, when you

19    first started in on that work, what factors

20    might be relevant to having someone be put

21    on a priority list?

22              MS. MASCHERIN:  Object to the

23         form.

24    BY MR. NORMAND:

25         Q    That's a pretty broad one, I
```

55

```
 1        J. SASSOROSSI - CONFIDENTIAL
 2   admissions office with requests.
 3        Q     And if you recall, in what form
 4   would you -- in what way would you pass
 5   along priority lists to admissions?
 6        A     It was done on a secure -- in
 7   later years, it was done on a secure file
 8   server.
 9        Q     And do you recall how it was
10   done prior to that?
11        A     It was done through e-mails.
12        Q     And it was called, if you
13   recall, "priority list"?
14        A     Yes.
15        Q     Do you recall for approximately
16   how many years you prepared priority lists?
17        A     The 10 years that I was involved
18   in that.
19        Q     Do you know if anyone had done
20   that before you began doing it?
21        A     Yes.
22        Q     And do you know who that person
23   was or what their title was, or both?
24        A     Don't recall the title, but the
25   person was Paul Killebrew, who had the
```

Confidential

```
 1         J. SASSOROSSI - CONFIDENTIAL

 2   position before I did.

 3        Q     And do you know how long Paul

 4   Killebrew had that position?

 5             MS. MASCHERIN:  Object to the

 6        form.

 7        A     Not exactly, no.

 8        Q     Do you know if anyone did that

 9   priority list work before Paul Killebrew?

10        A     I believe it was Jennifer

11   Williams.

12        Q     And do you know if anyone did it

13   before Jennifer Williams?

14        A     Not to my recollection.

15        Q     Do you recall about when

16   Jennifer Williams would have started doing

17   that work?

18        A     I don't.

19             MS. MASCHERIN:  Object to form.

20        A     I don't.

21        Q     And if you know, during the time

22   that Jennifer Williams was preparing

23   priority lists, was she the only one at the

24   school preparing priority lists?

25             MS. MASCHERIN:  Object to the
```

58

```
 1              J. SASSOROSSI - CONFIDENTIAL

 2        form.

 3        Q     Did you, with any frequency,

 4   communicate with the admissions office

 5   about the people on your priority list?

 6              MS. MASCHERIN:  Object to the

 7        form.

 8        A     With frequency, that was the

 9   question?

10        Q     The question was, with any

11   frequency.

12              MS. MASCHERIN:  Object to the

13        form.

14   BY MR. NORMAND:

15        Q     So I could just ask you, if you

16   recall, with what frequency did you

17   interact with the admissions office

18   regarding the people on your priority

19   lists?

20        A     Several times during each cycle.

21        Q     And when you say, "cycle," can

22   you explain to me what -- so we're on the

23   same page -- what period of time you have

24   in mind with regard to the cycle?

25        A     Cycle would have been for early
```

130

1           J. SASSOROSSI - CONFIDENTIAL

2    received them indirectly?

3              MS. MASCHERIN:  Object to the

4        form.

5        A     If the priority list was sent to

6    the secured file server, Peg Chase, as the

7    assistant to the dean, may have retrieved

8    them from there.

9        Q     Okay.  Did the identity of the

10   recipients who would receive your priority

11   lists vary from year to year during the

12   years that you were creating them?

13             MS. MASCHERIN:  Object to the

14       form.

15       A     Only if the positions -- you

16   know, the people in the positions changed.

17       Q     Right.  And what were, if you

18   recall, the positions that would receive

19   them directly from you?

20       A     The priority lists?

21       Q     Yes, sir.

22       A     They would be people in the

23   development office when we met to discuss

24   them, as well as people in the alumni

25   relations office, directors -- you know,

131

1                J. SASSOROSSI - CONFIDENTIAL

2        the director heads.

3            Q      And you don't know if those

4        director or department heads passed them

5        along to admissions?

6            A      I do not know that.

7                    MR. NORMAND:  All right.  Tab 8.

8                    (Exhibit 8, Dartmouth Senior

9        Administration org chart, dated November

10       2018, Bates stamped DARTMOUTH_0000001733,

11       was marked as of this date.)

12      BY MR. NORMAND:

13          Q      Exhibit 8 is an org chart dated

14      at the bottom right November 2018, and

15      titled at the top, "Senior Administration."

16                  Have you seen this document

17      before, Mr. Sassorossi?

18          A      No, I have not.

19          Q      Okay.  And do you know as of

20      this time who you reported to on this

21      chart?  Would it have been Mr. Lasher on

22      the right, third level down?

23                  MS. MASCHERIN:  Object to the

24          form.

25          A      No, it would not have been.

163

1          J. SASSOROSSI - CONFIDENTIAL

2        Exhibit 12.

3              (Exhibit 12, document, Bates

4     stamped DARTMOUTH_0000089556 through 557,

5     was marked as of this date.)

6   BY MR. NORMAND:

7        Q     Exhibit 12 is an undated

8     document under the Bates 89556.

9              I will represent that it was

10    produced by the files from Dartmouth's

11    admission and financial aid office, and the

12    metadata says it was drafted by Christopher

13    Bordeaux in the September 2017 timeframe.

14             If you want to take a minute to

15    go through it and let me know --

16        A     Yeah, I'd appreciate that.

17        Q     And while you go through that,

18    I'll just say for the record, the top of

19    the document says:  "Summary of progress

20    re: enhanced communication about the

21    admissions process for legacies,

22    development cases, and alumni relations

23    priority applicants."

24        A     Okay.

25        Q     Do you know who Christopher

Carbone vs                                                                          Jeff Sassorossi
Brown University                                Confidential

1              J. SASSOROSSI - CONFIDENTIAL

2        A     Again, it might be four or five

3    times a cycle.

4        Q     And did you interact with him

5    over a period of years, if you recall?

6        A     It was a couple of years maybe.

7        Q     Okay.  Well, if we start with

8    August 14th in the document, who is ICB, if

9    you know, in that first line?

10       A     I do not know.

11       Q     CWB?

12       A     If you mentioned that was

13   Christopher Bordeaux, but that would be my

14   inference there.

15       Q     LAC?

16       A     I do not know.

17       Q     Well, we might see these on an

18   org chart.  It might help us.

19       A     Right.

20       Q     It says, in this August 14th

21   entry:  "An improved admission process

22   might involve two enhancements to our

23   current process."

24             Do you see that language at the

25   end of the --

166

1          J. SASSOROSSI - CONFIDENTIAL

2      A     Yes.

3      Q     -- that first paragraph?

4      A     Uh-huh.

5      Q     And then under that, the first

6  bullet point is:  "A selection process that

7  brings awareness of legacy status,

8  development value, alumni relations value,

9  and other family connections to the early

10  part of the reading process."

11          Do you see that language?

12      A     Yes.



167

1          J. SASSOROSSI - CONFIDENTIAL

REDACTED

17          Q     Okay.  And it talks about

18     bringing awareness of, for example,

19     development value to the early part of the

20     reading process.

21               Do you see that?

22          A     Yes.

23               MS. MASCHERIN:   Object to the

24     form.

25     BY MR. NORMAND:

169

```
 1          J. SASSOROSSI - CONFIDENTIAL
 2   development value.  I mean, how rich a
 3   family is might bear on their development
 4   value, is that fair to say?
 5              MS. MASCHERIN:  Object to the
 6         form.
 7         A    How -- yes.
 8         Q    Okay.  And the proposal here is
 9   to make development value an early part of
10   the reading process.
11              Do you see that language?
12         A    Yes.
```



J. SASSOROSSI - CONFIDENTIAL

REDACTED

Q    And then there is a reference
after that, still in the August 14th part,
but at the bottom, after number 2:  "LAC
asked CWB to research, develop, and
implement a system of reading and
communication that would achieve these
tasks."

Do you see that?

A    Yes.

Q    Do you know if any version of
that ever happened?

A    I do not know.

Q    Okay.

There is in the August 14th
entry, under number 1, the language:  "This
might involve asking Meg Lysy to serve as a
second reader."

Did I pronounce that correct?

A    Lysy.

Q    Lysy.  I'm going to get one
right, eventually.

Who was Meg Lysy at that time?

A    At that time, Meg Lysy was head

171

```
 1          J. SASSOROSSI - CONFIDENTIAL

 2    of the admissions ambassador's program.

 3          Q     Do you know why she would have

 4    been singled out here to serve as that --

 5    as the language says -- second reader?

 6               MS. MASCHERIN:  Object to the

 7          form.

 8          A     I don't know exactly why.

 9          Q     And do you know what the

10    reference to "second reader" is?

11          A     There would be a primary reader

12    in the admissions office who would read a

13    file, and there was always two readers of

14    every file to give comments about the

15    applicant.  And so Meg would have served as

16    that second reader.

17          Q     Okay.

18               I'm looking at the August 24th

19    entry --

20          A     Okay.

21          Q     -- which begins:  "In a meeting

22    with LAC, CWB and ICB, Jeff Sassorossi

23    voiced need for better data sharing between

24    admissions and development."

25               Do you see that language?
```

172

1          J. SASSOROSSI - CONFIDENTIAL

2     A     Yes.

3     Q  REDACTED

REDACTED

175

```
 1              J. SASSOROSSI - CONFIDENTIAL

 2        A     Yes.

 3        Q     Do you recall what problem is

 4   being described there?

 5        A     That alumni relations had value

 6   of certain applicants' parents and that may

 7   not have been known to the admissions

 8   office.

 9        Q     Do you recall discussing that in

10   the meeting that's -- the prospective

11   meeting that's referenced in that

12   August 30th entry?

13              MS. MASCHERIN:  Object to the

14        form.

15        A     I don't recall exactly, no.

16        Q     The August 30th entry begins (as

17   read):  CWB EJA met with Jeff Sassorossi,

18   Meg and Martha Beattie in Blunt.

19              Do you see that?

20        A     Yes.
```

REDACTED

1                J. SASSOROSSI - CONFIDENTIAL

REDACTED

177

1                    J. SASSOROSSI - CONFIDENTIAL

REDACTED

178

1          J. SASSOROSSI - CONFIDENTIAL

# REDACTED

13      Q     Okay.  And you had access to

14   those rating scores?

15      A     Yes.

16      Q     Do you know who else had access

17   to those rating scores?

18      A     Anyone who worked in development

19   had access to the Advance database.

20      Q     Do you know if those rating

21   scores were distributed with any frequency

22   to admissions?

23          MS. MASCHERIN:  Object to the

24      form.

25      A     I don't recall.

179

1          J. SASSOROSSI - CONFIDENTIAL

2      Q     Do you know if admissions had

3   access to those rating scores?

4             MS. MASCHERIN:  Object to the

5      form.

6      A     Not direct access, no.

7      Q     Do you recall ever discussing

8   those rating scores with anyone from

9   admissions?

10     A     I don't recall doing that, no.

11     Q     Do you have any understanding of

12  whether, during your tenure, people in

13  admissions were aware of those rating

14  scores?

15            MS. MASCHERIN:  Object to the

16     form.

17     A     I don't recall.

18     Q     Did you ever reference the

19  rating scores in the priority lists that

20  you created?

21     A     Yes.

22     Q     Did you ever rely on the rating

23  scores -- even in those instances in which

24  you did not cite the rating scores, did you

25  rely on the rating scores in creating your

180

```
 1          J. SASSOROSSI - CONFIDENTIAL

 2     priority lists?

 3          A     In the initial creation, that

 4     was one of the data points that I

 5     considered in prioritizing, yes.

 6          Q     And maybe I missed the original

 7     phrasing, but the people who created the

 8     rating scores, did you say it was a

 9     department within Dartmouth?

10          A     Yes.

11          Q     And what was the name of the

12     department?

13          A     Research, development research.

14          Q     Okay.

15                And do you know when they

16     started creating those rating scores?

17          A     They took different forms or

18     different -- got different forms.  They

19     were there when I came in 1987.

20          Q     And do you recall what scale the

21     rating -- the ratings were on?

22                MS. MASCHERIN:  Object to the

23          form.

24     BY MR. NORMAND:

25          Q     Like what are the numbers we're
```

181

1          J. SASSOROSSI - CONFIDENTIAL

2     talking about?

3          A     Okay.   They range from 1 to 9 --

4          Q     Okay.

5          A     -- and then individuals would

6     have, some individuals or many individuals

7     would have no rating score.



182

1          J. SASSOROSSI - CONFIDENTIAL

REDACTED

███████████████████

4      Q     Okay.  And are there any

5   generalizations you can make about how

6   often your priority lists would reflect

7   your reliance on a rating score?

8              MS. MASCHERIN:  Object to the

9       form.

10      A     No.  Can't do that.

11      Q     Was there typically someone on

12   the priority list whose rating score was

13   important?

14      A     Yes.

15      Q     Was it typical that many people

16   would be on the priority list whose rating

17   scores were important?

18              MS. MASCHERIN:  Object to the

19       form.

20      A     There would be several, yes.

REDACTED

183

1          J. SASSOROSSI - CONFIDENTIAL

**REDACTED**

7          Q      Do you know if the criteria for

8    creating the rating score was ever set down

9    in writing anywhere?

10         A      I don't know that, no.

11         Q      Do you recall any particular

12   individuals, during your tenure, who were

13   part of creating the rating scores?

14         A      Yes.

15         Q      And could you tell me, if you

16   remember, who they are?

17         A      The director of the research

18   area was Mike Foote.

19         Q      Okay.

20         A      And his staff would -- he and

21   his staff would develop those.

22         Q      Anyone else apart from Mr. Foote

23   that you can recall overseeing that

24   department?

25                Maybe I shouldn't say that.

198

1          J. SASSOROSSI - CONFIDENTIAL

2    course of your tenure -- were there

3    occasions in the course of your tenure

4    where you were expecting a donation in

5    connection with the prospective admission

6    of a child?

7          A     Not -- not to -- no, no.

8          Q     You never made a prediction in

9    that regard?

10         A     I did not, no.

11         Q     Do you know if others at

12   Dartmouth were making predictions in that

13   regard?

14         A     I don't know that.

REDACTED

21         Q     Do you know if there was any

22   score or any other qualitative assessment

23   for the likelihood that someone would give?

24         A     Not to my recollection.

25         Q     There was no sort of expected

217

```
 1              J. SASSOROSSI - CONFIDENTIAL

 2         Q     Good afternoon, Mr. Sassorossi.

 3    We're going to continue to do some

 4    documents.

 5              MR. NORMAND:  We'll do Tab 24.

 6              THE COURT REPORTER:  This will

 7         be Exhibit 19.

 8              (Exhibit 19, e-mail with

 9    attachment dated August 11, 2016, Bates

10    stamped DARTMOUTH_0000344156 through 166,

11    was marked as of this date.)

12   BY MR. NORMAND:

13         Q     Exhibit 19 is an e-mail with an

14    attachment called "Sunde briefing package."

15    The e-mail is dated August 11, 2016.

16              You can see the first page is an

17    e-mail, and the second page begins

18    "Confidential Prospect Briefing for Paul

19    Sunde."

20              Do you see that language?

21         A     Uh-huh.

22         Q     And then further on, there is a

23    donor profile?

24         A     Yep.

25         Q     Are you familiar with the sort
```

220

```
 1            J. SASSOROSSI - CONFIDENTIAL

 2   sure.

 3        Q     Okay.  And if you look at page 1

 4   of the donor profile, towards the sort of

 5   middle of the page, it says:  "Total

 6   Giving."  And then it says:  "Estimated

 7   Gift Capacity."

 8        A     Yes.

 9        Q     Do you see that?

10        A     Yes.

11        Q     Same question:  Do you know who

12   would have estimated this number for

13   purposes of this document?

14            MS. MASCHERIN:  Object to the

15        form.

16        A     It would have been research that

17   would have done that.

18        Q     Okay.  And do you recall seeing

19   donor profiles like this attachment in the

20   course of your tenure at Dartmouth?

21        A     Yes.

22        Q     Okay.  But you don't know who

23   created them necessarily?

24        A     Not specifically, no.

25        Q     Okay.
```

233

```
 1              J. SASSOROSSI - CONFIDENTIAL

 2    was on the priority list --

 3         Q     Okay.

 4         A     -- so I could do a search.

 5         Q     So you would do that work --

 6         A     Yes.

 7         Q     -- of figuring out who on the

 8    priority list had been admitted or not?

 9         A     Right.

10         Q     And you would do that work every

11    year?

12         A     Yes.

13         Q     And then maintain that

14    internally?

15         A     Yes.

16         Q     Okay.  We've spoken about the

17    priority list.  Is it -- was it sort of a

18    living list that you would, you know,

19    update through the fall?

20              I'm just trying to get a feel

21    for the process by which you created it.

22              MS. MASCHERIN:  Object to the

23         form.

24         A     I created it as a one-off.  At a

25    certain point during the admissions cycle,
```

234

```
 1          J. SASSOROSSI - CONFIDENTIAL

 2   I would start to create that in

 3   anticipation of the meetings coming up to

 4   have something -- a starting point for

 5   people to discuss the priority list.

 6       Q     Okay.  And then you would update

 7   it from week to week?

 8       A     There wasn't much to update.

 9       Q     Okay.

10       A     So it was -- it was a static

11   list.  And if it changed, I would make

12   those changes in my database to then be

13   able to create Excel reports from that

14   database.

15       Q     So when you say it was a static

16   list, like you created it over a course of

17   days maybe and then it existed as such?

18       A     Yes.

19       Q     Okay.  And, again, we spoke a

20   little bit about it, but are there general

21   statements you could make about the factors

22   that you thought were most relevant for

23   creating the list?

24       A     It was sort of the rating of the

25   individual, my knowledge of the
```

242

```
 1           J. SASSOROSSI - CONFIDENTIAL

 2    your tenure, you would have, did any of

 3    them involve admissions?

 4         A    No.

 5         Q    Okay.  And at the beginning of

 6    your tenure, were there not typically the

 7    three communications you just described?

 8              MS. MASCHERIN:  Object to the

 9         form.

10         A    There were not.  Generally, it

11    was one big meeting of alumni relations and

12    development folks together.

13         Q    Okay.  Do you know why that

14    evolved over time to become the three

15    meetings?

16         A    It was Bob Lasher's wish that it

17    be done that way.

18         Q    And do you know why it was his

19    wish?

20              MS. MASCHERIN:  Object to the

21         form.

22         A    I don't know why, no.

23         Q    Did you take notes during those

24    meetings?

25         A    When there was something that
```

243

```
1              J. SASSOROSSI - CONFIDENTIAL

2     impacted the list, I would take a note,

3     yes.

4          Q     And do you know if -- where you

5     would have kept those notes?

6          A     They would have been destroyed.

7     They were -- if they impacted the list, I

8     would make the appropriate notification or

9     notices and then just destroy those lists.

10         Q     Oh, okay.

11               Why would you do that?

12         A     For privacy concerns.

13         Q     Would there be a then -- towards

14    the end of your tenure at least, would

15    there be a separate set of three meetings

16    for the general admissions priority list?

17         A     Yes.

18         Q     And it would be the same three

19    distinct communications that you just

20    described?

21         A     Yes, yes.

22         Q     How long would -- if you could

23    generalize -- would each of these

24    discussions take?

25         A     I scheduled three hours for each
```

```
 1            J. SASSOROSSI - CONFIDENTIAL

 2      A     I don't know if they did, no.

 3      Q     If they had, do you think you

 4  would have known about it?

 5            MS. MASCHERIN:  Object to the

 6        form.

 7      A     They were under no obligation to

 8  tell me.  No.

 9      Q     Was it your understanding that

10  everyone in the admissions department had

11  access to the priority list?

12      A     No.  My understanding is that

13  they did not.

14      Q     Okay.  So who within the

15  admissions department, to your

16  understanding, did have access to the

17  priority list?

18      A     It would have been the dean of

19  admissions, whether it was Lee Coffin or

20  Maria Laskaris.

21      Q     Do you know if the dean made it

22  available to other people in the admissions

23  office?

24      A     I do not know that.
```

REDACTED

1        J. SASSOROSSI - CONFIDENTIAL

**REDACTED**

14        Q        In the course of your tenure,

15    did you get performance reviews?

16        A        Yes.

17        Q        And who would typically give

18    them to you?  Was there an HR department or

19    would it be your boss?

20        A        It would be my boss.

21        Q        All right.  So whoever was your

22    immediate boss, or would it be the ultimate

23    department head who would do it?

24            MS. MASCHERIN:  Object to the

25        form.

290

1          J. SASSOROSSI - CONFIDENTIAL

2     for whom Leon Black was an advocate was

3     admitted?

4          A     No, I do not know, no.

5          Q     How about Richard H. Kimble?

6          A     Not without -- no, I don't know.

7          Q     I know you haven't memorized the

8     document, but as you've looked at it, are

9     there any ones that ring any bells as to

10    whether you know if the student evidently

11    at issue was admitted?

12         A     No, no.

13         Q     And, again, just so I'm using

14    your phrasing, how would you describe the

15    document that you maintained that would

16    indicate whether the students I've asked

17    about were admitted?

18         A     It would be on a separate

19    document that would have -- once I got the

20    download from admissions, would have that

21    decision on it.

22         Q     And do you recall if you

23    typically gave that document a name from

24    year to year?

25         A     It might have been something

291

```
 1          J. SASSOROSSI - CONFIDENTIAL

 2     like results of application, something of

 3     that nature.

 4          Q     And was that on the Advance

 5     database or was that something you

 6     maintained, you know, on your own hard

 7     drive or something?

 8          A     That was something that I would

 9     have maintained.  It was not in Advance.

10          Q     Do you know if it was maintained

11     on any school database or school files?

12          A     I have no idea.

13          Q     Do you know one way or the

14     other, when you left, were those lists that

15     you had maintained, if you know, were they

16     destroyed?

17          A     I destroyed the list that I had

18     at the time.  But beyond that, I don't

19     know.

20          Q     When you say you destroyed the

21     list that you had at the time, you mean as

22     you were leaving the school?

23          A     Right, the paper lists that I

24     had were shredded.

25          Q     Did you maintain those lists
```

292

1          J. SASSOROSSI - CONFIDENTIAL

2     electronically on a computer?

3          A    Yes, and that computer was left.

4          Q    You left the computer.  But

5     those files on that computer, to your

6     understanding, were not on a school

7     database?

8          A    Correct.

9          Q    And was there some reason that

10    you maintained those files that way?

11              MS. MASCHERIN:  Object to the

12         form.

13         A    Again, it was a privacy issue.

14         Q    And you don't know what happened

15    with that computer?

16         A    I do not.

17         Q    Okay.  Did you have occasion to

18    e-mail those lists from year to year?

19         A    Before we started doing the

20    secure server, yes.

21         Q    And do you recall when you

22    started doing the secure server?

23         A    It might have been two or three

24    years prior to my requirement.

25         Q    And would you take the document

295

J. SASSOROSSI - CONFIDENTIAL

1          J. SASSOROSSI - CONFIDENTIAL

2          A     It would be in a case where

3     we -- I had not received any letter of

4     recommendation directly from the individual

5     that they were interested in a

6     particular -- that particular applicant, or

7     I had not received any e-mail communication

8     to that effect.

9          Q     Okay.  So I had showed you

10    columns AV and AW.

11         A     Uh-huh.

12         Q     And then we sort of talked about

13    them in concept.  But do you recall what AV

14    and AW were, in particular?

15         A     I do not, no.

16         Q     And those numbers there don't

17    refresh your recollection, I take it?

18         A     Not without seeing the expanded

19    version of that column.

20         Q     So this spreadsheet, before the,

21    I guess, protected database or protected

22    drive, you know, change in policy at the

23    school, before that time, a spreadsheet

24    like this would have been maintained on

25    your computer?

296

        J. SASSOROSSI - CONFIDENTIAL

1

2       A      Yes.

3       Q      And that spreadsheet could be

4    expanded so that an interested viewer could

5    figure out what exactly the columns

6    detailed?

7       A      Only if they had access to my

8    computer.

9       Q      That's really what I'm asking.

10      A      Yeah.

11      Q      And that spreadsheet in this

12   form -- so not with the admissions

13   results -- that spreadsheet would have been

14   e-mailed around in the way that we see in

15   the exhibit we've been looking at?

16      A      They would have been distributed

17   in PDF format.

18      Q      Oh, okay.

19      A      So...

20      Q      And after the secured, you know,

21   server was used, would you still send it

22   around in PDF form or would you just give

23   people access to the server?

24      A      It was done in PDF form.

25      Q      Okay.  And do you know whether,

297

1          J. SASSOROSSI - CONFIDENTIAL

2    when you sent the admissions results, that

3    was sent around in PDF form?

4          A     Yes.

5          Q     But you're confident you didn't

6    send the admissions results around in PDF

7    form by e-mail after the secured server

8    started to be used?

9          A     I can't recall if I can be, you

10   know, 100 percent confident.



298

1          J. SASSOROSSI - CONFIDENTIAL

REDACTED

20          MR. NORMAND:  Let's do Tab 30.

21          THE COURT REPORTER:  This will

22     be Exhibit 25.

23          (Exhibit 25, Power Point

24     presentation entitled "Financial aid

25     Office, 2015-2016.  What have we done?