# EXHIBIT 68

## In the Matter Of:

*Carbone vs*

*Brown University*

## JAMES TILTON

## May 15, 2023



```
                                                              191
 1            J. TILTON - CONFIDENTIAL
 2       A     As could anyone in this zoom --
 3       Q     I understand.
 4       A     -- just to be clear.
 5       Q     I understand.
 6             Did, from time to time, Brown
 7   access the net price calculator to
 8   determine what the net prices would be at
 9   other universities?
10       A     Not on a regular -- sort of
11   regular basis.  I think there may have
12   been -- for example, if we got a
13   competitive award from, let's say, Harvard
14   or from somewhere where we just couldn't
15   figure out what had happened, we might have
16   put data into the net price calculator to
17   get a sense of what was happening.
18       Q     I'm going to -- withdraw that
19   question.  Withdraw the question I began to
20   articulate.
21            MR. ROELLKE:  Not the last --
22            MR. GILBERT:  Not the last
23       question.  The question where I got to
24       about the third word, that question.
25            This subject is what number now?
```