# EXHIBIT 69
# UNDER SEAL