# EXHIBIT 70

**In the Matter Of:**

*HENRY v*

*Brown University*

MICHAEL HALL

September 13, 2023



Case: 1:22-cv-00125 Document #: 753-70 Filed: 12/16/24 Page 3 of 3 PageID #:17476
HENRY v
Brown University
Michael Hall
September 13, 2023

55

1                     M. HALL
2       A.    Um-hum.
3       Q.    But you don't know what happened
4  after that?
5             MS. VAN GELDER:  Objection to
6       form.
7       A.    Do you mean prior?
8       Q.    Yes.
9       A.    Yes, I don't know what happened
10 prior to my time.
11      Q.    Okay.  And is that still your view
12 of the present purpose of 568?
13            MS. VAN GELDER:  Objection to
14      form.
15      A.    My understanding is, presently,
16 568 is dissolved.
17      Q.    And that's because of the
18 litigation that has been filed?
19            MS. VAN GELDER:  Objection to
20      form.
21      A.    My understanding is because the
22 568 exemption is now expired.
23      Q.    If you turn to the page number of
24 this exhibit, the last three digits are 237.
25            Do you see that?