# EXHIBIT 72

**In the Matter Of:**

*Henry vs*

*Brown*

# NICHOLAS HILL

# November 22, 2024



92

1  price be a factor for those students in
2  deciding where to attend school?
3              MR. RYBNICEK:  Objection to
4       form.
5              THE WITNESS:  Yeah, so I think
6       the same answer is true.
7              For some students, it may be a
8       very important consideration, and for
9       others, it may not be a consideration.
10      We'll figure out a way to get into the
11      best place we can attend.
12             And others may have a strong
13      preference for location.  So there may be
14      divergent reasons, but for some families,
15      it may be a factor, yes.
16 BY MR. LITAN:
17      Q     What is regression analysis?
18      A     It's an econometric technique that
19 is widely used.  There are a lot of
20 definitions.  I think you can think of it as
21 seeing average effects of certain independent
22 variables on a dependent variable.
23      Q     Is it fair to say that regression
24 analysis is used by the antitrust agencies to
25 determine whether the so-called challenged

1 conduct has an effect on price in a
2 price-fixing case?
3     A    It's going to depend case by case,
4 but regression analysis is widely used by the
5 antitrust agencies for evaluating all sorts of
6 things.
7     Q    Okay. And you've used regression
8 analysis in your two reports, correct?
9     A    Correct.
10     Q    And you used regression analysis
11 in your other expert reports; is that a fair
12 statement?
13     A    In other matters, correct.
14     Q    And also in your published work,
15 correct?
16     A    Correct.
17     Q    Okay. Let's now go back to Tab 1.
18 And we're going to go to Page 10 and 11,
19 Paragraphs 5 and 6.
20     This relates to your assignment.
21     A    Sure.
22     Q    Okay. Let's focus, in particular,
23 on Paragraph 6.
24     Where it says, "I've been asked by
25 counsel for the Defendants to evaluate, from an