# EXHIBIT 74

LEXITAS

57

```
 1  A       No.
 2  Q       Why were you calling about particular
 3  applicants?
 4  A       Just because their parents or someone had
 5  flagged me that they were -- that the applicants
 6  were applying and to make me aware of it, and,
 7  therefore, I passed on to admissions, as was, I
 8  recollect, my practice, that I had been contacted
 9  and with the expectation that they would just let me
10  know so that I could manage the relationship with
11  whomever it was that had proffered information about
12  a candidate.
13  Q       Did you ever ask a director of admissions of
14  MIT to talk to a particular candidate's family?
15  A       Not that I recollect.
16  Q       Did you ever discuss ███████████ with any
17  MIT admissions personnel?
18  A       I believe so.
19  Q       What do you recall about that?
20  A       There was a fellow -- the reason I say I
21  believe so is because I don't remember if I knew
22  that ███████████ at the time.
23          There was a fellow who worked at
24  Lehman Brothers in either ███████████.  I
25  don't remember.  I knew him a little bit from years
```

```
                                                              58
 1   prior, and I hadn't heard from him in many years.
 2   We weren't close.
 3            And he -- I do remember he called me and --
 4   to let me know that ████████████████ -- I -- it
 5   ███████████████████ as I learned at some point,
 6   were applying to MIT.
 7   Q       And what did he ask you to do?
 8   A       He didn't ask me to do anything.  He just
 9   let me know.
10   Q       So this was -- what was this person's name?
11   A       ████████████████.
12   Q       And what was your relationship with
13   █████████?
14   A       I just answered that.
15   Q       Your only relationship was a work
16   relationship?
17   A       Well, I didn't even work with him.  I just
18   knew him because we were working at the same firm.
19   Q       And your recollection is that he called you
20   to let you know that his children were applying or
21   his child was applying?
22   A       Yes.
23   Q       And then what did you do with that
24   information?
25   A       I don't remember what I did with it.  I
```