**PUBLIC VERSION**

# APPENDIX

**PUBLIC VERSION**

| Reason for Exclusion | Paragraphs |
|---|---|
| **Summaries of the record** | 1. ¶¶73-78, 269 of Singer's Amended Report.<br>2. Part II(A) (¶¶125-191) of Singer's Amended Report.<br>3. Part II(D) (¶¶194-216) of Singer's Amended Report.<br>4. Part III(A)(1) (¶¶218-226) of Singer's Amended Report.<br>5. Appendix 7 (¶¶287-381) of Singer's Amended Report.<br>6. ¶¶37-43, 51-55, and 213 of Singer's Rebuttal Report.<br>7. Part I(B)(2) (¶¶10-17) of Singer's Rebuttal Report.<br>8. Part I(D)(2) (¶¶27-32) of Singer's Rebuttal Report.<br>9. Part III(A)(1) (¶¶58-70) of Singer's Rebuttal Report.<br>10. Appendix 2 (¶¶257-277) of Singer's Rebuttal Report. |
| **State of mind testimony** | 1. ¶¶13(1)(b), 73-78, 81, 92, 126, 133, 138, 160, 161, 171, 186, 187, 189, 200, 204, 222, 224, 288, 289, 292, 297, 298, 302, 309, 346, 348, 350, 353, 361, 364, 369, 379, and 380 of Singer's Amended Report.<br>2. ¶¶28, 39, 52, 58, 201, 213, 260, and 293 of Singer's Rebuttal Report. |