**PUBLIC VERSION**

# Exhibit 5

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*DIANE CORBETT*

*January 08, 2024*



1  D. CORBETT

2  I'm just trying to test where your

3  knowledge base is here, so to do that I'm

4  going to put words in your mouth, which

5  people don't always like, but if I'm wrong

6  you'll correct me and tell me what it is.

7           So, to your knowledge, 568 didn't

8  focus at all on eliminating divergent

9  results or consistent treatment of

10 families, is that fair?

11          MR. ARMSTRONG:  Objection.

12    A.    So my focus was not 568.  So I

13 cannot speak to what 568, what their focus

14 was because that was not part of my focus

15 during my tenure.

16    Q.    Okay.  What if we ask it like

17 this:  From the interaction you had with

18 568, do you agree that they work toward

19 consistent treatment of families and the

20 elimination of divergent results?

21          MR. ARMSTRONG:  Objection.

22    A.    I cannot speak to what 568 was

23 working toward.  My understanding was there

24 were best practices that we at Cornell

25 could choose to adopt or not as we

```
 1                D. CORBETT
 2   developed our own methodology for need
 3   analysis to meet the needs of our students.
 4       Q.    And in your interactions with
 5   568, do you believe the policies they
 6   proposed and the discussions that they
 7   curated helped eliminate divergent results?
 8              MR. ARMSTRONG:  Objection.
 9       A.    I was not involved in those
10   discussions and I can't -- I don't have the
11   expertise to comment on that.
12       Q.    Do you have any basis to disagree
13   with the statements in this value of 568
14   membership?
15       A.    No.
16       Q.    In the final paragraph, the
17   "Outcomes" paragraph, it says:  The 568
18   Group has led to a number of successful
19   outcomes, including the development of a
20   standardized non-custodial parent waiver
21   petition.
22              Do you see that?
23       A.    Yes.
24       Q.    Do you know what they're talking
25   about there?
```