# EXHIBIT 5

Case: 1:22-cv-00125 Document #: 755-7 Filed: 12/16/24 Page 2 of 4 PageID #:18942

# In the Matter Of:

*Henry v*

*Brown Univeristy*

## *JOHN DEGIOIA, PH.D.*

## *February 16, 2024*



Case: 1:22-cv-00125 Document #: 755-7 Filed: 12/16/24 Page 3 of 4 PageID #:18943

Henry v  
Brown Univeristy

John DeGioia, Ph.D.  
February 16, 2024

181

```
 1           JOHN J. DeGIOIA, Ph.D. | 02.16.24
 2   to pay would be and that served then as the
 3   basis for our full-need financial aid policy,
 4   but each school was free to do whatever they
 5   wanted to do when they went back to their
 6   campuses and --
 7        Q.   What does -- I'm asking what
 8   specific words mean.
 9        A.   Okay.
10        Q.   Okay?  So you say a consensus is a
11   shared understanding.  When you say "a shared
12   understanding," you mean like a meeting of the
13   minds?  I mean, what is a shared
14   understanding?
15        A.   Well, again, I was placing it in
16   distinction to the term that you added, which
17   was "agreement," and there was no formal
18   agreement that any member of the 568 Group
19   would follow the common methodology, that
20   consensus methodology.  There was no agreement
21   that anybody would actually follow what was
22   developed.  It was developed in the context of
23   some outstanding practitioners bringing the
24   best practices to bear in developing a
25   methodology that would then be available to
```

Case: 1:22-cv-00125 Document #: 755-7 Filed: 12/16/24 Page 4 of 4 PageID #:18944

Henry v
Brown Univeristy

John DeGioia, Ph.D.
February 16, 2024

182

1    JOHN J. DeGIOIA, Ph.D. | 02.16.24

2   any campus as they chose to use the policy.

3   And it was intended to reflect that this is

4   the judgment -- this is a shared understanding

5   among a group of professionals that these --

6   this approach to assessing a family's ability

7   to pay was developed by a group of colleagues

8   working together, but then each school was

9   free to go back to their place and do whatever

10  they deemed appropriate.  We just all had to

11  be need-blind.

12       Q.    All right.  Why did Yale leave the

13  568 Group around 2008?

14       A.    I don't know.

15       Q.    Did you ever ask anyone at Yale why

16  they left?

17       A.    I don't recall asking anyone.

18       Q.    Did anyone at Yale ever send you a

19  letter explaining they were leaving?

20       A.    It would not -- when I was chair,

21  so if it was the time when I was chair, it

22  would not be unusual that if a school is

23  leaving, they would send me a formal letter.

24       ATTORNEY GILBERT:  Tab 52 is going to

25  be the next exhibit.