# EXHIBIT 6

**In the Matter Of:**

*Henry vs*

*Brown*

*ELAINE VARAS*

*March 18, 2024*



```
 1   That required and College Board hired several
 2   economists, several analysts to put this
 3   information together.
 4           In order for an educational
 5   institution to be able to put a needs analysis
 6   component together, it would take a significant
 7   amount of not only staffing and expertise, but
 8   also significant amount of systems.
 9           And, again, one of the components
10   that College Board is responsible for is the
11   security of the data.  And having educational
12   institutions be responsible for the security of
13   that data is also not advisable.
14      Q.   You were also asked some questions
15   about the consensus methodology today?
16      A.   Yes.
17      Q.   And just so we have a clear record,
18   did Penn follow the consensus methodology?
19           MR. NORMAND:  Objection to form.
20      Q.   Let me just ask you, did Penn follow
21   the consensus methodology?
22      A.   Okay.
23           I think at this point, I just really
24   need to say Penn used Penn's needs analysis.
25   Penn assessed students based on Penn's needs
```

1  analysis.
2           We can see from all the material that
3  I've reviewed and I've shared and we've talked
4  about here today and the hours that I have spent
5  reviewing documents and having conversations
6  that Penn did Penn's thing.  And consensus
7  methodology was totally different.  And we can
8  see from just the data that we're looking at
9  what Penn did, how Penn did it, and how Penn
10 differed from consensus methodology.
11          And consensus methodology was a
12 handful of components of needs analysis.  It
13 wasn't even the full needs analysis, as I've
14 talked to you about what institutional
15 methodology did.
16          So getting stuck on a sentence here
17 or a piece of data point there or an e-mail
18 there is at best frustrating because I know what
19 Penn's done; I've reviewed what Penn's done;
20 I've seen what Penn does.
21          Penn's goal is to support students.
22 Penn's continuous goal is to support students.
23 Penn now spends almost $300 million of its own
24 money to try and help students in their Ivy
25 League education.

```
 1             I really think that we need to take
 2   all of that information into consideration in
 3   this conversation.
 4       Q.    Somehow this didn't come up today.
 5             Who has been Penn's director of
 6   financial aid since 2016?
 7             MR. NORMAND:  Objection to form.
 8       A.    I've been Penn's director of
 9   financial aid since 2016.
10       Q.    Earlier today, you testified in the
11   context of home equity policy, you said Bill
12   Schilling was, "trying to find a way to target
13   the less fortunate families."
14             What did you mean by that?
15       A.    I meant that Bill was aware of in
16   looking at the analysis of our students and the
17   demographics of our students, that he was made
18   aware of between income cut-offs where our
19   population was the neediest based on what they
20   borrowed and based on what we were able to
21   provide them.  So his focus was to try and
22   specify that group of -- that population in
23   trying to help them.
24       Q.    Speaking of home equity, did Penn
25   follow the consensus methodologies approach to
```