# Exhibit 9

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY, et al,*

*BECKY MAXSON*

*November 17, 2023*



```
 1        A.   I would -- I would need to
 2   look through the manual to see which
 3   ones -- what is fully covered in the
 4   manual.
 5        Q.   Okay.  So sitting here
 6   today, you can't remember a single
 7   instance of rejecting a recommendation
 8   from the 568 manual, right?
 9        A.   Again, I would need to look
10   at those.  We review and make decisions
11   around that on an annual basis.
12        Q.   That doesn't answer my
13   question, Ms. Maxson.
14             The question is, sitting
15   here today, can you remember -- you
16   cannot remember a single instance when
17   Cornell rejected a recommendation from
18   the 568 manual; is that correct?
19        A.   Again, we reviewed -- we
20   would review it as a best practice and
21   then make an independent decision on
22   whether or not we were going to implement
23   it at Cornell as part of our
24   institutional methodology or not.
```