# EXHIBIT 8

## In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*BRENT TENER*

*July 12, 2023*



Case: 1:22-cv-00125 Document #: 755-10 Filed: 12/16/24 Page 3 of 3 PageID #:18955
HENRY v
BROWN UNIVERSITY
Brent Tener
July 12, 2023

76

1  deal with that?
2           Any discussion from the 568 Group would
3  be, you know, what are best practices?  What are
4  things to think about?  What are aspects that you
5  don't -- you know, what are some different things to
6  think about as you're going through and looking at
7  an individual's specific situation?
8  BY MR. GILBERT:
9  Q      Well, if the decisions at an institution are
10 to be based on the independent professional judgment
11 of that institution, why does the 568 Group
12 circulate guidelines that are to serve as
13 benchmarks?
14          MR. MILNE:  I object to the form,
15 mischaracterizes testimony.
16          THE WITNESS:  I would classify the
17 information put together as an examination of best
18 practices.  You know, what are things that schools
19 can review?  And, again, Vanderbilt always -- you
20 know, with regard to, you know, the professional
21 judgment section, you know, and elements of the
22 consensus methodology, we would develop our own
23 procedures that we ultimately followed.
24          MR. GILBERT:  I want to go off the
25 record for just a minute.