# EXHIBIT 12

```
 1
 2              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                     EASTERN DIVISION
                  Case No. 1:22-cv-00125
 4   ------------------------------------------X
     ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA,
 5   MICHAEL MAERLANDER, BRANDON PIYEVSKY, BENJAMIN
     SHUMATE, BRITTANY TATIANA WEAVER and CAMERON
 6   WILLIAMS, individually and on behalf of all
     others similarly situated,
 7                     Plaintiffs,
              v.
 8   BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF
     TECHNOLOGY, UNIVERSITY OF CHICAGO, THE
 9   TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF
     NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF
10   DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY
     UNIVERSITY, GEORGETOWN UNIVERSITY,
11   MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
     NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE
12   DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY
     OF PENNSYLVANIA, WILLIAM MARSH RICE
13   UNIVERSITY, VANDERBILT UNIVERSITY, and YALE
     UNIVERSITY,
14                     Defendants.
     ------------------------------------------X
15
16           DEPOSITION OF BENJAMIN SHUMATE
17                  September 12, 2023
18
19   Reported by:
20   MARY F. BOWMAN, RPR, CRR
21   JOB NO. J10093116
22
23         ***Final transcript without
24         Confidentiality Designations* * *
25
```



```
 1                    Shumate - 9/12/23
 2   siblings in college?
 3          A.    I don't know.
 4          Q.    Do you have any information sitting
 5   here today about what information the Brown
 6   financial aid application requested?
 7          A.    Not that I can remember.
 8          Q.    Did Brown, in fact, award you
 9   financial aid?
10          A.    Yes, they did.
11          Q.    Can I have Tab 13, please.
12                This will be Shumate Exhibit 18.
13                (Exhibit 18, document, Bates stamped
14          SHUMATE_00001, marked for identification,
15          as of this date.)
16                TECHNICIAN:  Can you repeat the tab?
17                MR. KAUFMAN:  Yeah, George, this is
18          Tab 13, which will be Shumate Exhibit 18.
19          Q.    All right.  Mr. Shumate, I'm showing
20   you what has been marked as Shumate Exhibit 18,
21   which appears to me to be a copy of your
22   freshman year financial aid award.  It has the
23   Bates stamp SHUMATE_1.
24                Does this appear to you to be a true
25   and accurate copy of your freshman year
```



```
 1                      Shumate - 9/12/23
 2   financial aid award?
 3         A.    Yes, it does.
 4         Q.    And I believe you testified earlier
 5   that you were able to log into a Brown portal of
 6   some kind and obtain some information.
 7               Is this one of the documents that
 8   you obtained from that portal?
 9         A.    I don't remember if it was this
10   document specifically.  But the documents that I
11   found had some of the same information that's
12   here.
13         Q.    And did you use this document or
14   documents of this nature to provide information
15   to your attorneys for preparation of your
16   interrogatory responses?
17         A.    Yes, I did.
18         Q.    What does this document reflect as
19   the amount that you were awarded in Brown
20   University scholarship for 2015-2016 academic
21   year?
22         A.    33,130 dollars.
23         Q.    Do you know whether this was
24   need-based aid or merit aid?
25         A.    It was need-based aid.
```



```
 1                    Shumate - 9/12/23
 2        Q.    Does this appear to be a true and
 3   accurate copy of your junior year financial aid
 4   award after the results of the appeal?
 5        A.    Yes.
 6        Q.    What does this document reflect as
 7   the amount that you were awarded in Brown
 8   University scholarship in the 2017-18 academic
 9   year?
10        A.    39,050 dollars.
11        Q.    And that was an increase of --
12   again, bear with me on math -- I believe 6,450
13   dollars from the 32,600-dollar amount that you
14   cited in the appeal letter, is that correct?
15        A.    Yes.
16        Q.    Do you have any information about
17   how Brown calculated your original aid award of
18   32,600 dollars?
19        A.    No, I don't.
20        Q.    Do you have any information about
21   how Brown calculated the additional 6,450
22   dollars that you were awarded through the
23   appeal?
24        A.    No, I don't.
25        Q.    Do you know if there was any
```

