# EXHIBIT 14



Shumate, Benjamin Graham  
32 Medway St Apt 3  
Providence, RI 02906-4038  

**Date:** December 14, 2022  
**Academic Year:** 2017-2018  
**ID:** B01099660  

## Financial Aid Eligibility

### Scholarship & Grant Support

| | |
|---|---|
| Brown University Scholarship | $39,050.00 |
| **Total Brown Aid:** | $39,050.00 |

* Scholarships and grants are gift aid that do not need to be repaid.
* Eligibility is based on demonstrated financial need and is reevaluated each year.

### Family Responsibilities

| | |
|---|---|
| Parent Responsibility | $26,100.00 |
| Student Responsibility | $3,990.00 |
| Federal Work-Study | $2,900.00 |
| **Total Family Responsibility:** | $32,990.00 |

* The Parent Responsibility is based on our review of your family's application information.
* The Student Responsibility may include a contribution from assets and/or a Summer Earnings Expectation to contribute toward educational expenses.
* Campus Employment or Federal Work-Study is funding earned in the form of a paycheck to help with various educational expenses.

## Annual Cost of Attendance

### Total Estimated Billed Charges

| | |
|---|---|
| Tuition and Fees | $53,419.00 |
| Room and Meals | $14,020.00 |
| **Total Estimated Billed Charges:** | $67,439.00 |

* Students approved to live off-campus, commuters, and those who will be studying remotely (outside of the Providence area) will not be billed for room and meals. However, these costs are still factored into your financial aid offer.

## Total Estimated Non-billed Expenses

| | | |
|---|---|---|
| Books | $1,571.00 | * Non-billed expenses are estimated out-of-pocket educational expenses that are not billed by Brown. |
| Personal | $2,040.00 | |
| Travel Allowance | $990.00 | |
| **Total Estimated Non-billed Expenses:** | $4,601.00 | * Indirect estimates are for planning purposes only. |
| **Total Estimated Cost of Attendance:** | $72,040.00 | * Indirect expenses are typically covered by a combination of on-campus employment and the Student Responsibility. |

## Estimated Net Cost

| | | |
|---|---|---|
| Estimated Cost of Attendance: | $72,040.00 | * The net cost includes all billed charges and non-billed expenses in your Cost of Attendance that are not covered by gift aid. |
| - Scholarship & Grant Support: | $39,050.00 | |
| **Estimated Net Cost:** | $32,990.00 | |

## Options

View general messages here.

Return to menu.

Confidential

SHUMATE_00000008