PUBLIC VERSION

# EXHIBIT 15

 **Brown University**

**Shumate, Benjamin Graham**
32 Medway St Apt 3
Providence, RI 02906-4038

**Date:** December 14, 2022
**Academic Year:** 2018-2019
**ID:** B01099660

### Financial Aid Eligibility

#### Scholarship & Grant Support

| | | |
|---|---|---|
| Brown University Scholarship | $34,502.00 | * Scholarships and grants are gift aid that do not need to be repaid. |
| **Total Brown Aid:** | $34,502.00 | * Eligibility is based on demonstrated financial need and is reevaluated each year. |

#### Family Responsibilities

| | | |
|---|---|---|
| Parent Responsibility | $33,840.00 | * The Parent Responsibility is based on our review of your family's application information. |
| Student Responsibility | $3,590.00 | * The Student Responsibility may include a contribution from assets and/or a Summer Earnings Expectation to contribute toward educational expenses. |
| Campus Employment | $2,950.00 | |
| **Total Family Responsibility:** | $40,380.00 | * Campus Employment or Federal Work-Study is funding earned in the form of a paycheck to help with various educational expenses. |

### Annual Cost of Attendance

#### Total Estimated Billed Charges

| | | |
|---|---|---|
| Tuition and Fees | $55,556.00 | * Students approved to live off-campus, commuters, and those who will be studying remotely (outside of the Providence area) will not be billed for room and meals. However, these costs are still factored into your financial aid offer. |
| Room and Meals | $14,670.00 | |
| **Total Estimated Billed Charges:** | $70,226.00 | |

Confidential

SHUMATE_00000009

## Total Estimated Non-billed Expenses

| | | |
|---|---|---|
| Books | $1,595.00 | * Non-billed expenses are estimated |
| Personal | $2,071.00 | out-of-pocket educational expenses |
| Travel Allowance | $990.00 | that are not billed by Brown. |
| | | * Indirect estimates are for planning |
| **Total Estimated Non-billed Expenses:** | $4,656.00 | purposes only. |
| | | * Indirect expenses are typically covered |
| | | by a combination of on-campus |
| **Total Estimated Cost of Attendance:** | $74,882.00 | employment and the Student Responsibility. |

## Estimated Net Cost

| | | |
|---|---|---|
| Estimated Cost of Attendance: | $74,882.00 | * The net cost includes all billed charges |
| - Scholarship & Grant Support: | $34,502.00 | and non-billed expenses in your |
| | | Cost of Attendance that are not |
| **Estimated Net Cost:** | $40,380.00 | covered by gift aid. |

## Options

View general messages here.

Return to menu.

SHUMATE_00000010