# EXHIBIT 28

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*KIM DOWNS-BURNS*

*March 05, 2024*



```
 1              K. Downs-Burns - Confidential
 2         Q     When did you first start working
 3    at Middlebury College?
 4         A     Almost 18 to 19 years ago.  I
 5    can't remember the exact.
 6         Q     What was your initial position
 7    at Middlebury?
 8         A     I was hired as director of
 9    student financial services.  Pretty sure
10    that was the title, yes.
11         Q     And what were those general
12    responsibilities as director of student
13    financial services?
14         A     Bringing together the Financial
15    Aid Office, Bursar Office, student accounts
16    cashier, managing them.
17         Q     And how long did you hold that
18    position?
19         A     Until I was promoted.  I can't
20    recall the date or the year.  I can't
21    recall right now.
22         Q     Were you the director of student
23    financial services for a period of a few
24    years at least?
25         A     Yes, yes.
```

Case: 1:22-cv-00125 Document #: 755-30 Filed: 12/16/24 Page 4 of 7 PageID #:19691
HENRY v
BROWN UNIVERSITY
Kim Downs-Burns
March 05, 2024

11

1           K. Downs-Burns - Confidential
2       Q     Then you said you were promoted?
3       A     Yes.
4       Q     And you were promoted to what
5    position?
6       A     Associate vice-president for
7    student financial services.
8       Q     And has your position changed
9    since you became the associate vice provost
10   for student financial services?
11      A     Associate vice-president.
12            Yes, I was just promoted over
13   the last six months to vice president of
14   student financial services and institute
15   enrollment or graduate enrollment.
16      Q     When you were promoted to
17   associate vice-president of student
18   financial services, do you recall how your
19   responsibilities changed?
20      A     I can't tie it to that exact
21   time, but I took over PCI compliance.  So I
22   recall a few responsibilities.
23      Q     What is PCI compliance?
24      A     Payment card industry.
25      Q     And what does that entail?

```
 1          K. Downs-Burns - Confidential
 2    week, but okay.
 3         Q     When you joined Middlebury, was
 4    the school a member of the 568 Group?
 5         A     Yes.
 6         Q     And did you come to play any
 7    role with respect to the 568 Group while
 8    you were at Middlebury?
 9         A     Yes.
10         Q     Do you recall whether you played
11    a role with respect to the Technical
12    Committee?
13         A     I did.
14         Q     And what role did you play?
15         A     I served on the Technical
16    Committee and then I became Chair of the
17    Technical Committee.
18              And I'm not sure what year.  I
19    didn't look at any of this.  So, yeah.
20         Q     And what were your
21    responsibilities as Chair of the Technical
22    Committee?
23         A     Calling the group together for
24    meetings.
25              You know, it was managing the
```

Case: 1:22-cv-00125 Document #: 755-30 Filed: 12/16/24 Page 6 of 7 PageID #:19693
HENRY v
BROWN UNIVERSITY
Kim Downs-Burns
March 05, 2024

49

1     K. Downs-Burns - Confidential
2 pay.
3    Q   Did you have any understanding
4 during your time on the Technical Committee
5 as to whether the 568 schools were using
6 the consensus methodology?
7     MS. HOECHST:  Object to form.
8     You can answer.
9    A   So, I'm sorry, so I heard --
10 could you repeat the question one more
11 time?  I want to make sure.
12    Q   Sure.
13     It was, did you have any
14 understanding during your time on the
15 Technical Committee as to whether the 568
16 schools were using the consensus
17 methodology?
18     MS. HOECHST:  Same objection.
19    A   So we -- we don't know what
20 every school -- what each school is doing.
21 I know what Middlebury was doing at the
22 time the group was in place.  The only
23 requirement was to be need-blind.
24     So schools -- again, schools
25 could do what they want if they were

Case: 1:22-cv-00125 Document #: 755-30 Filed: 12/16/24 Page 7 of 7 PageID #:19694
HENRY v
BROWN UNIVERSITY
Kim Downs-Burns
March 05, 2024

50

1       K. Downs-Burns - Confidential
2   need-blind for admission.
3       Q    Are you saying you didn't have
4   any understanding one way or the other as
5   to whether the 568 schools were using the
6   consensus methodology?
7       A    I absolutely --
8            MR. KUTCHER:  Object to the
9       form.
10      A    -- don't know --
11           MS. HOECHST:  You can finish
12      your answer.
13      A    Sorry, I absolutely don't know
14  what individual schools that were member
15  schools were using -- were doing.  This was
16  completely -- schools need to do what they
17  can.
18           So, no, I did not know what any
19  one school was doing.
20      Q    Apart from Middlebury, I take
21  it?
22      A    Well, Middlebury, yeah.
23      Q    I take it you were the point
24  person for handling media inquiries
25  regarding certain aspects of the 568 Group?