# EXHIBIT 33



# All Staff Retreat

May 28, 2013

Confidential – Draft for Review

ATTORNEYS' EYES ONLY PENN568-LIT-00089925

# Agenda

- **Opening Remarks**
- **Highlights of the Past Year**
- **The Strategy Project**
  - What does this mean for our office?
- **Strategy Project Overview**
- **Assessment Phase**
- **Strategic Vision Phase**
- **Goals and Objectives Phase**
  - Cultures and Values
- **Implementation Planning**



2      Confidential – Draft for Review

ATTORNEYS' EYES ONLY      PENN568-LIT-00089926



# Penn Competitors are amongst the most selective institutions in the country

## Cross Applicant Data, 2013 Cohort

## Win/Loss Rates, 2012 Cohort

***Findings***

- *Applicants to Penn are applying to the country's most selective institutions.*
- *While the Ivy League and COFHE schools remain our top competitors, many Penn applicants apply to top Public and Private institutions with national and international reach*
- *Five Institutions (HYPMS) win the majority of cross admits, three pose reasonable threat, with Penn holding strong against all other competitors*

Source: TRU – Penn Prospect Market Research, 2013; COFHE, 2012 Cross School Application Patterns, Penn

Penn
University of Pennsylvania



Explain what Penn's competitor groupings are and how I came to these sets. Groupings of competitors that pose threats to Penn in different ways and for different reasons. Descriptions of each group all on one slide.
Include quantitative element to the groupings, applying to the whole university, Early Action programs which speak to the strength of their yield. Look at COFHE data – average yield, CAGR, win-loss rate, acceptance rate. Table on each slide with quantitative information. Calculate 3 year CAGR for Penn-aspiring and Public flagships

Top Competitors
On average, they win students from Penn 95% of the time
Present challenges that are very difficult to overcome: enormous endowments, strong national and international reputations, very generous financial aid packages
All have early action programs which speaks to the strength of their yield
Students apply to the UG institution as a whole, rather than to a specific program
Harvard, Yale, Princeton, MIT, Stanford

Head-to-Head
Possess similar strengths in resources and reputation; best positioned to pose a threat to Penn's standing
Some have more momentum than others, but each could easily become more threatening should they engage in different behaviors
Most have early decision programs which speaks to their priority in maintaining strong yield and securing talented students
Brown, Columbia, Cornell, Dartmouth, Duke, UChicago

Penn Aspiring
Highly selective, private institutions
Do not win many students from Penn
Struggle with smaller endowments, less generous financial aid packages, and more moderate national reputations
Increased use of Early Decision 2 and merit scholarships to win students from schools with greater prestige and resources
Ex: CalTech, Carnegie Mellon, Georgetown, Johns Hopkins, NYU, Northwestern, Rice, USC, Vanderbilt, WashU

ATTORNEYS' EYES ONLY

PENN568-LIT-00089951

Public Flagships
Most-selective and best-financed state schools
Expanding national and international reach
Struggle with significantly decreased state support, smaller financial aid budgets, large student enrollments, and maintaining their commitment to state residents
Students are attracted to their lower in-state tuition costs, strengthening reputations, smaller scholarship programs, and perceived value
Berkeley, UCLA, Michigan, UVA

ATTORNEYS' EYES ONLY                                                                                                       PENN568-LIT-00089952