**PUBLIC VERSION**

# EXHIBIT 34

# The Top U.S. Colleges With the Greatest Economic Diversity

By David Leonhardt and Ashley Wu   Sep. 7, 2023

**As part of** this week's Education Issue of the magazine, The New York Times is publishing the College-Access Index, a list of the country's most-selective universities ranked in order of economic diversity. The Times first published the College-Access Index in 2014 and most recently in 2017.

For this updated version, we have measured economic diversity by analyzing the share of students receiving Pell Grants, which typically go to students from the bottom half of the income distribution. The list covers the 286 most-selective colleges in the country, defined by Barron's Profiles of American Colleges and other metrics. The colleges, both public and private, together educate about 2.7 million undergraduates. Here, you see each college's Pell share for the entering class in 2020-21, compared with the 2010-11 share. Leading the list is Berea College, a Kentucky school that focuses on lower-income students.

The data show that over the past decade, some of these selective colleges, especially those with large endowments, have enrolled more students who are economically disadvantaged; at the same time, however, most schools have seen their number of these students decrease. Studying these numbers is particularly important in the wake of two important developments this year in higher education: the Supreme Court's decision to do away with race-based affirmative action and the decision by some schools to abandon or reduce legacy admissions. Each put a new renewed focus on institutional efforts to consider wealth in making admissions decisions. This list shows us how schools are doing.

Search a school ...  Clear

... or select a category:

All    State flagships    Highly endowed    Ivy League

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 1 | Berea College | Ky. | Private | 94% | +1 | 1,400 | $1,066,000 | $4,400 |
| 2 | Salem College | N.C. | Private | 69% | +16 | 500 | $155,000 | $9,400 |
| 3 | CUNY Baruch College | N.Y. | Public | 56% | +5 | 15,800 | $19,000 | $6,700 |
| 4 | College of Mount St. Vincent | N.Y. | Private | 52% | -5 | 2,300 | $17,000 | $20,500 |
| 5 | College of the Ozarks | Mo. | Private | 50% | -20 | 1,500 | $403,000 | $7,200 |
| 6 | Agnes Scott College | Ga. | Private | 47% | +4 | 1,000 | $237,000 | $11,800 |
| 6 | Florida International University | Fla. | Public | 47% | -4 | 49,000 | $7,000 | $8,300 |
| 8 | Pacific Union College | Calif. | Private | 43% | +5 | 1,000 | $42,000 | $19,500 |
| 9 | Houghton College | N.Y. | Private | 42% | -1 | 900 | $92,000 | $18,100 |
| 9 | University of New Mexico | N.M. | Public | 42% | +4 | 16,200 | $43,000 | $17,300 |
| 11 | Brescia University | Ky. | Private | 41% | -17 | 900 | $24,000 | $13,900 |
| 11 | Stockton University | N.J. | Public | 41% | 0 | 8,800 | $5,000 | $19,200 |
| 13 | Earlham College | Ind. | Private | 40% | +9 | 700 | $619,000 | $17,300 |
| 13 | Lake Forest College | Ill. | Private | 40% | -2 | 1,600 | $62,000 | $19,800 |
| 13 | Millsaps College | Miss. | Private | 40% | +19 | 700 | $148,000 | $24,500 |
| 16 | Christian Brothers University | Tenn. | Private | 39% | -9 | 1,500 | $35,000 | $13,800 |
| 16 | Hampshire College | Mass. | Private | 39% | +17 | 500 | $110,000 | $23,500 |
| 16 | Lyon College | Ark. | Private | 39% | -13 | 700 | $173,000 | $12,500 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 16 | Stony Brook University | N.Y. | Public | 39% | +1 | 18,000 | $19,000 | $19,200 |
| 16 | University of California, Irvine | Calif. | Public | 39% | +1 | 29,600 | $24,000 | $10,100 |
| 21 | King University | Tenn. | Private | 38% | -4 | 1,400 | $24,000 | $20,100 |
| 21 | Loyola University New Orleans | La. | Private | 38% | +5 | 3,200 | $80,000 | $20,400 |
| 23 | Beloit College | Wis. | Private | 37% | +13 | 1,000 | $88,000 | $15,100 |
| 23 | University of the Pacific | Calif. | Private | 37% | +2 | 3,500 | $168,000 | $14,600 |
| 25 | Knox College | Ill. | Private | 35% | +8 | 1,200 | $188,000 | $18,800 |
| 25 | New College of Florida | Fla. | Public | 35% | +9 | 600 | $78,000 | $5,200 |
| 25 | Willamette University | Ore. | Private | 35% | +8 | 1,300 | $270,000 | $29,100 |
| 28 | Mount St. Mary's University | Md. | Private | 34% | +6 | 2,100 | $30,000 | $22,600 |
| 28 | New Mexico Institute of Mining and Technology | N.M. | Public | 34% | +5 | 1,200 | $71,000 | $11,000 |
| 28 | Southwestern University | Texas | Private | 34% | +10 | 1,500 | $235,000 | $22,400 |
| 28 | University at Buffalo | N.Y. | Public | 34% | +6 | 22,300 | $45,000 | $20,400 |
| 32 | Allegheny College | Pa. | Private | 33% | +4 | 1,700 | $182,000 | $19,400 |
| 32 | College of the Atlantic | Maine | Private | 33% | -10 | 400 | $237,000 | $18,200 |
| 32 | Hanover College | Ind. | Private | 33% | 0 | 1,000 | $176,000 | $17,900 |
| 35 | Austin College | Texas | Private | 32% | 0 | 1,300 | $150,000 | $20,500 |
| 35 | Illinois Institute of Technology | Ill. | Private | 32% | +4 | 3,100 | $100,000 | $19,200 |
| 35 | Rowan University | N.J. | Public | 32% | +1 | 15,900 | $23,000 | $23,500 |
| 35 | University of Idaho | Idaho | Public | 32% | -6 | 8,400 | $53,000 | $11,100 |
| 35 | University of Montana | Mont. | Public | 32% | -6 | 7,000 | $45,000 | $14,700 |
| 35 | William Jewell College | Mo. | Private | 32% | 0 | 700 | $91,000 | $15,100 |
| 41 | University of Dallas | Texas | Private | 31% | +5 | 1,400 | $69,000 | $13,100 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 41 | University of Evansville | Ind. | Private | 31% | 0 | 2,000 | $91,000 | $21,700 |
| 43 | Bennington College | Vt. | Private | 30% | +6 | 700 | $58,000 | $22,700 |
| 43 | Kalamazoo College | Mich. | Private | 30% | +12 | 1,500 | $211,000 | $20,800 |
| 43 | Ramapo College of New Jersey | N.J. | Public | 30% | +5 | 5,400 | $3,000 | $14,500 |
| 43 | Rochester Institute of Technology | N.Y. | Private | 30% | -5 | 13,400 | $112,000 | $25,900 |
| 43 | University of California, Davis | Calif. | Public | 30% | -9 | 31,200 | $20,000 | $14,200 |
| 48 | Cooper Union | N.Y. | Private | 29% | +16 | 800 | $1,129,000 | $4,800 |
| 48 | Cornell College | Iowa | Private | 29% | -4 | 1,000 | $90,000 | $17,800 |
| 48 | Louisiana State University | La. | Public | 29% | +9 | 27,800 | $28,000 | $20,400 |
| 48 | Mount Holyoke College | Mass. | Private | 29% | +8 | 1,900 | $508,000 | $12,200 |
| 48 | Transylvania University | Ky. | Private | 29% | +1 | 1,000 | $211,000 | $22,800 |
| 48 | University of Nevada, Reno | Nev. | Public | 29% | 0 | 16,800 | $30,000 | $15,100 |
| 48 | University of South Florida | Fla. | Public | 29% | -13 | 38,600 | $19,000 | $9,100 |
| 48 | University of Texas, Austin | Texas | Public | 29% | +1 | 40,000 | $160,000 | $16,700 |
| 56 | George Mason University | Va. | Public | 28% | +3 | 27,100 | $7,000 | $17,400 |
| 56 | Hendrix College | Ark. | Private | 28% | +7 | 1,100 | $210,000 | $10,300 |
| 56 | Hobart and William Smith Colleges | N.Y. | Private | 28% | +11 | 1,800 | $159,000 | $19,400 |
| 56 | University of California, Santa Barbara | Calif. | Public | 28% | -6 | 23,200 | $16,000 | $14,700 |
| 56 | University of Central Florida | Fla. | Public | 28% | -2 | 61,400 | $4,000 | $10,000 |
| 61 | Augustana College | Ill. | Private | 27% | +2 | 2,400 | $88,000 | $18,900 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 61 | University of Alaska, Fairbanks | Alaska | Public | 27% | -4 | 5,900 | $40,000 | $9,900 |
| 63 | Bard College | N.Y. | Private | 26% | +6 | 2,100 | $75,000 | $23,200 |
| 63 | Binghamton University | N.Y. | Public | 26% | 0 | 14,300 | $9,000 | $20,400 |
| 63 | Illinois Wesleyan University | Ill. | Private | 26% | +6 | 1,600 | $168,000 | $23,100 |
| 63 | Rutgers University | N.J. | Public | 26% | -3 | 35,800 | $40,000 | $15,100 |
| 63 | SUNY College at Geneseo | N.Y. | Public | 26% | +5 | 4,800 | $8,000 | $18,400 |
| 63 | University of Illinois, Urbana-Champaign | Ill. | Public | 26% | +5 | 33,700 | $68,000 | $11,700 |
| 63 | University of Maine | Maine | Public | 26% | -8 | 9,500 | $50,000 | $15,600 |
| 63 | University of Nebraska, Lincoln | Neb. | Public | 26% | +2 | 20,300 | $71,000 | $15,500 |
| 71 | Florida State University | Fla. | Public | 25% | -3 | 32,500 | $28,000 | $10,700 |
| 71 | Franklin & Marshall College | Pa. | Private | 25% | +12 | 2,300 | $213,000 | $20,000 |
| 71 | Gustavus Adolphus College | Minn. | Private | 25% | -3 | 2,200 | $124,000 | $17,000 |
| 71 | Macalester College | Minn. | Private | 25% | +7 | 2,000 | $380,000 | $17,700 |
| 71 | Rollins College | Fla. | Private | 25% | -2 | 2,600 | $157,000 | $22,300 |
| 71 | St. John's College | N.M. | Private | 25% | -19 | 300 | $337,000 | $39,300 |
| 71 | St. John's College | Md. | Private | 25% | +4 | 400 | $380,000 | $26,600 |
| 71 | Susquehanna University | Pa. | Private | 25% | +2 | 2,200 | $84,000 | $24,600 |
| 71 | University of Arizona | Ariz. | Public | 25% | -7 | 35,400 | $37,000 | $16,800 |
| 71 | University of California, Berkeley | Calif. | Public | 25% | -2 | 30,800 | $91,000 | $14,400 |
| 81 | Bard College at Simon's Rock | Mass. | Private | 24% | -12 | 300 | $300 | $27,800 |
| 81 | Berry College | Ga. | Private | 24% | -5 | 2,000 | $614,000 | $20,400 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 81 | Hofstra University | N.Y. | Private | 24% | 0 | 6,100 | $143,000 | $33,400 |
| 81 | Lawrence University | Wis. | Private | 24% | +4 | 1,400 | $335,000 | $15,300 |
| 81 | University of Alabama, Huntsville | Ala. | Public | 24% | -10 | 8,000 | $14,000 | $18,600 |
| 81 | University of California, San Diego | Calif. | Public | 24% | -23 | 31,800 | $37,000 | $13,700 |
| 81 | University of Oregon | Ore. | Public | 24% | +1 | 18,000 | $67,000 | $15,900 |
| 81 | University of South Dakota | S.D. | Public | 24% | -9 | 7,100 | $57,000 | $19,100 |
| 81 | University of Texas, Dallas | Texas | Public | 24% | -2 | 21,200 | $40,000 | $15,400 |
| 81 | University of Utah | Utah | Public | 24% | +4 | 24,600 | $61,000 | $7,100 |
| 91 | Claremont McKenna College | Calif. | Private | 23% | +8 | 1,300 | $991,000 | $15,700 |
| 91 | College of Wooster | Ohio | Private | 23% | +4 | 1,900 | $213,000 | $17,800 |
| 91 | St. Mary's College of Maryland | Md. | Public | 23% | +9 | 1,500 | $28,000 | $15,600 |
| 91 | University of Hawaii, Manoa | Hawaii | Public | 23% | -5 | 13,200 | $5,000 | $14,100 |
| 91 | University of Oklahoma | Okla. | Public | 23% | -1 | 21,400 | $5,000 | $19,900 |
| 91 | University of Rhode Island | R.I. | Public | 23% | -3 | 14,900 | $23,000 | $18,100 |
| 91 | University of Tennessee | Tenn. | Public | 23% | -6 | 24,300 | $43,000 | $23,600 |
| 91 | West Virginia University | W.Va. | Public | 23% | -8 | 20,500 | $37,000 | $13,700 |
| 91 | Wheaton College | Mass. | Private | 23% | +1 | 1,700 | $144,000 | $23,600 |
| 100 | Centre College | Ky. | Private | 22% | +6 | 1,300 | $320,000 | $16,200 |
| 100 | Grinnell College | Iowa | Private | 22% | -2 | 1,500 | $1,994,000 | $20,100 |
| 100 | Harvard University | Mass. | Private | 22% | +4 | 8,500 | $6,768,000 | $500 |
| 100 | Loyola University Chicago | Ill. | Private | 22% | -7 | 11,600 | $77,000 | $25,500 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 100 | Milwaukee School of Engineering | Wis. | Private | 22% | -4 | 2,500 | $36,000 | $17,800 |
| 100 | St. Lawrence University | N.Y. | Private | 22% | +3 | 2,300 | $179,000 | $21,200 |
| 100 | St. Olaf College | Minn. | Private | 22% | +5 | 3,000 | $240,000 | $13,700 |
| 100 | Swarthmore College | Pa. | Private | 22% | +8 | 1,400 | $1,920,000 | $11,600 |
| 100 | Thomas Aquinas College | Calif. | Private | 22% | -15 | 500 | $58,000 | $19,300 |
| 100 | University of California, Los Angeles | Calif. | Public | 22% | -10 | 31,600 | $93,000 | $10,200 |
| 100 | University of Connecticut | Conn. | Public | 22% | +3 | 18,900 | $31,000 | $20,900 |
| 100 | University of Florida | Fla. | Public | 22% | -7 | 34,900 | $68,000 | $5,600 |
| 100 | University of Kentucky | Ky. | Public | 22% | -3 | 22,200 | $88,000 | $16,400 |
| 100 | University of Mississippi | Miss. | Public | 22% | -8 | 16,200 | $53,000 | $14,700 |
| 100 | University of Tulsa | Okla. | Private | 22% | +1 | 2,900 | $475,000 | $23,700 |
| 100 | Wellesley College | Mass. | Private | 22% | +3 | 2,300 | $1,244,000 | $10,800 |
| 100 | Wheaton College | Ill. | Private | 22% | +2 | 2,300 | $279,000 | $19,200 |
| 117 | Amherst College | Mass. | Private | 21% | -2 | 1,700 | $2,133,000 | $7,100 |
| 117 | Columbia University | N.Y. | Private | 21% | +3 | 8,100 | $1,702,000 | — |
| 117 | Fordham University | N.Y. | Private | 21% | +2 | 9,400 | $99,000 | $31,300 |
| 117 | Marquette University | Wis. | Private | 21% | +1 | 8,000 | $114,000 | $22,300 |
| 117 | Massachusetts Institute of Technology | Mass. | Private | 21% | +2 | 4,400 | $6,406,000 | — |
| 117 | Michigan Technological University | Mich. | Public | 21% | -7 | 5,600 | $28,000 | $11,300 |
| 117 | Pepperdine University | Calif. | Private | 21% | -10 | 3,500 | $277,000 | $27,700 |
| 117 | Pomona College | Calif. | Private | 21% | +6 | 1,500 | $1,981,000 | $5,800 |
| 117 | Seattle University | Wash. | Private | 21% | -3 | 4,200 | $74,000 | $30,800 |
| 117 | Trinity University | Texas | Private | 21% | +4 | 2,500 | $695,000 | $9,600 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 117 | Truman State University | Mo. | Public | 21% | +1 | 4,400 | $19,000 | $10,900 |
| 117 | University of Missouri | Mo. | Public | 21% | -1 | 23,400 | $63,000 | $14,100 |
| 117 | University of New Hampshire | N.H. | Public | 21% | -3 | 11,800 | $40,000 | $17,200 |
| 117 | University of North Carolina, Chapel Hill | N.C. | Public | 21% | +1 | 19,400 | $276,000 | $13,500 |
| 117 | University of Southern California | Calif. | Private | 21% | +3 | 19,800 | $382,000 | $18,600 |
| 117 | Yale University | Conn. | Private | 21% | +8 | 4,700 | $6,772,000 | $4,000 |
| 133 | Boston University | Mass. | Private | 20% | +3 | 16,900 | $158,000 | $15,000 |
| 133 | Chapman University | Calif. | Private | 20% | +2 | 7,400 | $76,000 | $32,500 |
| 133 | Clark University | Mass. | Private | 20% | +1 | 2,200 | $214,000 | $20,800 |
| 133 | Dickinson College | Pa. | Private | 20% | +8 | 1,900 | $291,000 | $3,900 |
| 133 | Drake University | Iowa | Private | 20% | +1 | 2,800 | $100,000 | $24,800 |
| 133 | Gettysburg College | Pa. | Private | 20% | +7 | 2,500 | $159,000 | $23,400 |
| 133 | Johns Hopkins University | Md. | Private | 20% | +8 | 6,300 | $1,347,000 | $4,100 |
| 133 | Muhlenberg College | Pa. | Private | 20% | +12 | 2,000 | $145,000 | $18,700 |
| 133 | Northwestern University | Ill. | Private | 20% | +5 | 8,600 | $1,288,000 | $6,900 |
| 133 | Rensselaer Polytechnic Institute | N.Y. | Private | 20% | +1 | 6,300 | $156,000 | $24,800 |
| 133 | Stanford University | Calif. | Private | 20% | +4 | 6,400 | $5,969,000 | $4,600 |
| 133 | Stevens Institute of Technology | N.J. | Private | 20% | -5 | 3,800 | $66,000 | $32,400 |
| 133 | Texas A&M University | Texas | Public | 20% | -3 | 55,600 | $329,000 | $19,700 |
| 133 | University of Kansas | Kan. | Public | 20% | -2 | 19,100 | $132,000 | $17,200 |
| 133 | University of Massachusetts, Amherst | Mass. | Public | 20% | -5 | 24,200 | $20,000 | $11,300 |
| 133 | Williams College | Mass. | Private | 20% | -1 | 2,000 | $1,872,000 | $1,300 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 149 | Babson College | Mass. | Private | 19% | +2 | 2,500 | $244,000 | $19,400 |
| 149 | Cedarville University | Ohio | Private | 19% | +2 | 4,000 | $12,000 | $19,700 |
| 149 | Colorado College | Colo. | Private | 19% | +7 | 2,000 | $421,000 | $17,100 |
| 149 | Emory University | Ga. | Private | 19% | -4 | 7,000 | $1,557,000 | $15,500 |
| 149 | Indiana University, Bloomington | Ind. | Public | 19% | -2 | 33,000 | $50,000 | $11,500 |
| 149 | Lehigh University | Pa. | Private | 19% | +3 | 5,200 | $316,000 | $22,100 |
| 149 | Lewis & Clark College | Ore. | Private | 19% | -1 | 1,800 | $157,000 | $28,300 |
| 149 | Loyola University Maryland | Md. | Private | 19% | +5 | 3,800 | $78,000 | $24,700 |
| 149 | Middlebury College | Vt. | Private | 19% | +9 | 2,600 | $561,000 | $13,100 |
| 149 | Smith College | Mass. | Private | 19% | -1 | 2,200 | $1,103,000 | $18,900 |
| 149 | St. Louis University | Mo. | Private | 19% | -2 | 7,700 | $195,000 | $24,100 |
| 149 | University of Alabama | Ala. | Public | 19% | -2 | 31,700 | $41,000 | $22,000 |
| 149 | University of Pennsylvania | Pa. | Private | 19% | +3 | 11,200 | $1,839,000 | $3,300 |
| 149 | University of Rochester | N.Y. | Private | 19% | 0 | 6,500 | $404,000 | $24,100 |
| 149 | University of South Carolina | S.C. | Public | 19% | -2 | 27,300 | $27,000 | $20,000 |
| 149 | University of the South | Tenn. | Private | 19% | +3 | 1,700 | $305,000 | $16,700 |
| 149 | Vassar College | N.Y. | Private | 19% | -8 | 2,500 | $568,000 | $23,700 |
| 166 | American University | D.C. | Private | 18% | +3 | 8,000 | $110,000 | $15,200 |
| 166 | Barnard College | N.Y. | Private | 18% | -4 | 2,700 | $166,000 | $21,000 |
| 166 | College of New Jersey | N.J. | Public | 18% | +1 | 7,100 | $8,000 | $13,200 |
| 166 | Cornell University | N.Y. | Private | 18% | +3 | 14,700 | $626,000 | $4,000 |
| 166 | Hamilton College | N.Y. | Private | 18% | +1 | 1,900 | $685,000 | $14,800 |
| 166 | New York University | N.Y. | Private | 18% | -2 | 27,400 | $191,000 | $30,900 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 166 | North Carolina State University | N.C. | Public | 18% | -7 | 26,200 | $79,000 | $13,400 |
| 166 | Occidental College | Calif. | Private | 18% | -7 | 1,800 | $302,000 | $14,800 |
| 166 | Princeton University | N.J. | Private | 18% | +7 | 4,800 | $7,748,000 | $7,000 |
| 166 | Syracuse University | N.Y. | Private | 18% | -7 | 14,500 | $106,000 | $21,400 |
| 166 | University of Arkansas | Ark. | Public | 18% | -6 | 22,800 | $77,000 | $14,400 |
| 166 | University of Iowa | Iowa | Public | 18% | +1 | 22,300 | $148,000 | $18,300 |
| 166 | University of Minnesota | Minn. | Public | 18% | -5 | 36,100 | $153,000 | $11,600 |
| 166 | University of Puget Sound | Wash. | Private | 18% | -3 | 1,900 | $241,000 | $17,800 |
| 166 | University of San Diego | Calif. | Private | 18% | +2 | 5,500 | $127,000 | $20,100 |
| 166 | University of Washington | Wash. | Public | 18% | -6 | 32,200 | $146,000 | $7,300 |
| 166 | Ursinus College | Pa. | Private | 18% | -12 | 1,500 | $106,000 | $25,800 |
| 166 | Vanderbilt University | Tenn. | Private | 18% | +5 | 7,100 | $1,536,000 | $9,100 |
| 166 | Wesleyan University | Conn. | Private | 18% | +2 | 2,900 | $508,000 | $10,300 |
| 166 | Wofford College | S.C. | Private | 18% | -7 | 1,800 | $244,000 | $23,200 |
| 186 | Brandeis University | Mass. | Private | 17% | -2 | 3,500 | $318,000 | $18,900 |
| 186 | Bryn Mawr College | Pa. | Private | 17% | -1 | 1,300 | $886,000 | $23,800 |
| 186 | Carleton College | Minn. | Private | 17% | +4 | 1,900 | $618,000 | $14,800 |
| 186 | Case Western Reserve University | Ohio | Private | 17% | -4 | 5,400 | $412,000 | $21,000 |
| 186 | Connecticut College | Conn. | Private | 17% | +4 | 1,700 | $226,000 | $20,300 |
| 186 | Dartmouth College | N.H. | Private | 17% | +4 | 4,200 | $1,969,000 | $12,300 |
| 186 | DePauw University | Ind. | Private | 17% | -5 | 1,800 | $444,000 | $14,300 |
| 186 | George Washington University | D.C. | Private | 17% | +4 | 11,800 | $220,000 | $18,900 |
| 186 | Georgia College & State University | Ga. | Public | 17% | -3 | 5,600 | $12,000 | $19,700 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 186 | Hope College | Mich. | Private | 17% | -5 | 3,100 | $101,000 | $21,600 |
| 186 | Kettering University | Mich. | Private | 17% | -17 | 1,700 | $59,000 | $32,200 |
| 186 | Missouri University of Science and Technology | Mo. | Public | 17% | -11 | 6,100 | $50,000 | $12,600 |
| 186 | Ohio State University | Ohio | Public | 17% | -3 | 47,000 | $152,000 | $14,600 |
| 186 | Providence College | R.I. | Private | 17% | +1 | 4,300 | $74,000 | $25,200 |
| 186 | Rice University | Texas | Private | 17% | +1 | 4,100 | $1,941,000 | $6,300 |
| 186 | University of Delaware | Del. | Public | 17% | +4 | 19,300 | $102,000 | $16,900 |
| 186 | University of North Dakota | N.D. | Public | 17% | -6 | 9,800 | $40,000 | $15,900 |
| 186 | University of Pittsburgh | Pa. | Public | 17% | +1 | 23,200 | $278,000 | $24,800 |
| 186 | University of Richmond | Va. | Private | 17% | +3 | 3,300 | $1,014,000 | $13,400 |
| 186 | University of Wisconsin, Madison | Wis. | Public | 17% | +2 | 32,700 | $180,000 | $9,800 |
| 186 | University of Wyoming | Wyo. | Public | 17% | -4 | 9,300 | $94,000 | $9,600 |
| 207 | Baylor University | Texas | Private | 16% | -8 | 14,400 | $122,000 | $30,400 |
| 207 | Belmont University | Tenn. | Private | 16% | -1 | 6,600 | $58,000 | $26,400 |
| 207 | Bowdoin College | Maine | Private | 16% | -1 | 1,800 | $1,548,000 | $10,300 |
| 207 | Gonzaga University | Wash. | Private | 16% | 0 | 4,900 | $82,000 | $22,800 |
| 207 | Haverford College | Pa. | Private | 16% | 0 | 1,300 | $458,000 | $14,600 |
| 207 | Rhodes College | Tenn. | Private | 16% | 0 | 1,800 | $215,000 | $24,000 |
| 207 | Taylor University | Ind. | Private | 16% | -10 | 2,100 | $61,000 | $23,900 |
| 207 | University of Denver | Colo. | Private | 16% | -1 | 5,700 | $184,000 | $25,000 |
| 207 | University of Georgia | Ga. | Public | 16% | -6 | 29,800 | $63,000 | $15,800 |
| 207 | University of Michigan | Mich. | Public | 16% | +1 | 31,300 | $535,000 | $12,400 |
| 207 | Virginia Polytechnic Institute | Va. | Public | 16% | +1 | 30,000 | $54,000 | $18,100 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 207 | Washington University in St. Louis | Mo. | Private | 16% | +10 | 7,700 | $1,773,000 | $9,200 |
| 207 | Whitman College | Wash. | Private | 16% | +2 | 1,400 | $608,000 | $30,400 |
| 220 | Bentley University | Mass. | Private | 15% | -1 | 4,100 | $89,000 | $28,000 |
| 220 | Butler University | Ind. | Private | 15% | -6 | 4,500 | $63,000 | $35,300 |
| 220 | Davidson College | N.C. | Private | 15% | +2 | 2,000 | $661,000 | $11,800 |
| 220 | Endicott College | Mass. | Private | 15% | -6 | 3,100 | $40,000 | $28,800 |
| 220 | Quinnipiac University | Conn. | Private | 15% | -1 | 6,800 | $116,000 | $31,900 |
| 220 | Sarah Lawrence College | N.Y. | Private | 15% | -3 | 1,300 | $107,000 | $21,800 |
| 220 | Stonehill College | Mass. | Private | 15% | +1 | 2,400 | $128,000 | $24,100 |
| 220 | Trinity College | Conn. | Private | 15% | +2 | 2,200 | $376,000 | $14,200 |
| 220 | University of Maryland, College Park | Md. | Public | 15% | 0 | 30,900 | $32,000 | $17,300 |
| 220 | University of Vermont | Vt. | Public | 15% | -7 | 11,100 | $67,000 | $15,900 |
| 230 | Brown University | R.I. | Private | 14% | -3 | 6,800 | $1,002,000 | $8,400 |
| 230 | California Polytechnic State University, San Luis Obispo | Calif. | Public | 14% | 0 | 21,500 | $14,000 | $17,800 |
| 230 | Calvin University | Mich. | Private | 14% | -15 | 3,200 | $76,000 | $21,800 |
| 230 | Carnegie Mellon University | Pa. | Private | 14% | +1 | 6,600 | $477,000 | $22,800 |
| 230 | Colby College | Maine | Private | 14% | +4 | 2,200 | $508,000 | $3,300 |
| 230 | Denison University | Ohio | Private | 14% | -5 | 2,300 | $526,000 | $20,300 |
| 230 | Emerson College | Mass. | Private | 14% | 0 | 3,700 | $65,000 | $41,100 |
| 230 | Georgetown University | D.C. | Private | 14% | 0 | 7,400 | $355,000 | $10,600 |
| 230 | Miami University | Ohio | Public | 14% | -4 | 16,500 | $40,000 | $22,700 |
| 230 | Olin College of Engineering | Mass. | Private | 14% | 0 | 300 | $1,560,000 | $8,300 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
|  | **Overall average** |  |  | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 230 | Pitzer College | Calif. | Private | 14% | 0 | 900 | $211,000 | $3,000 |
| 230 | Purdue University | Ind. | Public | 14% | -7 | 35,700 | $101,000 | $4,600 |
| 230 | Texas Christian University | Texas | Private | 14% | 0 | 9,700 | $207,000 | $29,700 |
| 230 | Union College | N.Y. | Private | 14% | -3 | 2,000 | $294,000 | $20,700 |
| 230 | University of Chicago | Ill. | Private | 14% | -1 | 7,100 | $1,361,000 | $7,400 |
| 230 | University of Colorado, Boulder | Colo. | Public | 14% | -2 | 30,300 | — | $18,300 |
| 230 | University of Miami | Fla. | Private | 14% | -8 | 11,300 | $120,000 | $19,100 |
| 230 | Westmont College | Calif. | Private | 14% | -9 | 1,200 | $72,000 | $26,500 |
| 248 | Clemson University | S.C. | Public | 13% | -4 | 20,900 | $47,000 | $20,800 |
| 248 | Colgate University | N.Y. | Private | 13% | +2 | 3,000 | $407,000 | $15,300 |
| 248 | College of the Holy Cross | Mass. | Private | 13% | -7 | 3,000 | $331,000 | $14,600 |
| 248 | Colorado School of Mines | Colo. | Public | 13% | -6 | 5,200 | $68,000 | $16,800 |
| 248 | Creighton University | Neb. | Private | 13% | -8 | 4,500 | $150,000 | $27,200 |
| 248 | Harvey Mudd College | Calif. | Private | 13% | +1 | 900 | $505,000 | $18,600 |
| 248 | Northeastern University | Mass. | Private | 13% | 0 | 15,200 | $82,000 | $16,900 |
| 248 | Pennsylvania State University | Pa. | Public | 13% | -3 | 40,800 | $72,000 | $29,200 |
| 248 | University of Virginia | Va. | Public | 13% | 0 | 17,300 | $598,000 | $14,600 |
| 257 | Boston College | Mass. | Private | 12% | -4 | 9,800 | $379,000 | $12,800 |
| 257 | Brigham Young University | Utah | Private | 12% | -4 | 33,400 | $78,000 | $12,300 |
| 257 | Duke University | N.C. | Private | 12% | -1 | 6,700 | $1,607,000 | $10,300 |
| 257 | Georgia Institute of Technology | Ga. | Public | 12% | -5 | 16,600 | $183,000 | $14,800 |
| 257 | Rose-Hulman Institute of Technology | Ind. | Private | 12% | -9 | 2,000 | $145,000 | $30,000 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | 21% | -2 | 9,500 | $436,000 | $17,800 |
| 257 | Skidmore College | N.Y. | Private | 12% | -5 | 2,600 | $192,000 | $17,200 |
| 257 | University of Notre Dame | Ind. | Private | 12% | 0 | 8,900 | $1,868,000 | $14,600 |
| 257 | Villanova University | Pa. | Private | 12% | +1 | 7,000 | $144,000 | $20,500 |
| 265 | Auburn University | Ala. | Public | 11% | -3 | 24,500 | $41,000 | $22,400 |
| 265 | Furman University | S.C. | Private | 11% | -5 | 2,300 | $336,000 | $20,500 |
| 265 | Reed College | Ore. | Private | 11% | -7 | 1,400 | $553,000 | $19,900 |
| 265 | Tufts University | Mass. | Private | 11% | +1 | 6,100 | $411,000 | $15,100 |
| 265 | William & Mary | Va. | Public | 11% | +1 | 6,200 | $209,000 | $10,700 |
| 265 | Yeshiva University | N.Y. | Private | 11% | -9 | 2,800 | $197,000 | $33,500 |
| 271 | Bucknell University | Pa. | Private | 10% | -1 | 3,700 | $295,000 | $24,400 |
| 271 | California Institute of Technology | Calif. | Private | 10% | +1 | 900 | $4,597,000 | $4,400 |
| 271 | Kenyon College | Ohio | Private | 10% | 0 | 1,600 | $294,000 | $19,000 |
| 271 | Lafayette College | Pa. | Private | 10% | +2 | 2,500 | $408,000 | $30,300 |
| 271 | Loyola Marymount University | Calif. | Private | 10% | -8 | 6,700 | $98,000 | $31,500 |
| 271 | Wake Forest University | N.C. | Private | 10% | -4 | 5,400 | $339,000 | $10,000 |
| 271 | Washington and Lee University | Va. | Private | 10% | -1 | 1,800 | $1,216,000 | $4,100 |
| 271 | Worcester Polytechnic Institute | Mass. | Private | 10% | -5 | 4,900 | $126,000 | $37,200 |
| 279 | Elon University | N.C. | Private | 9% | -1 | 6,300 | $53,000 | $30,600 |
| 279 | Santa Clara University | Calif. | Private | 9% | -7 | 5,600 | $275,000 | $27,500 |
| 279 | Scripps College | Calif. | Private | 9% | -6 | 900 | $570,000 | $27,600 |
| 279 | Southern Methodist University | Texas | Private | 9% | -6 | 6,800 | $291,000 | $31,700 |
| 283 | Bates College | Maine | Private | 8% | -5 | 1,900 | $248,000 | $9,900 |

| Pell share rank | College | State | Type | Freshmen Pell share ▼ | Pell change since 2011 | Total undergraduates | Endowment per student | Net price, mid-income |
|---|---|---|---|---|---|---|---|---|
| | **Overall average** | | | **21%** | **-2** | **9,500** | **$436,000** | **$17,800** |
| 283 | Fairfield University | Conn. | Private | 8% | -12 | 4,400 | $94,000 | $30,700 |
| 283 | Oberlin College | Ohio | Private | 8% | -2 | 2,600 | $438,000 | $18,200 |
| 283 | Tulane University | La. | Private | 8% | -5 | 8,500 | $225,000 | $25,700 |

**Methodology**

To measure top colleges' efforts on economic diversity, The New York Times worked with experts at Ithaka S+R, a higher-education research group, to analyze data reported by schools to the Education Department's National Center for Education Statistics. The data shown includes any Title IV-granting, nonmilitary institution — with at least 250 total undergraduate students in the 2020-21 school year — that was rated in the top four Barron's selectivity categories in 2009 or 2016. The data also includes all state flagships.

**Freshmen Pell share:** Percent of first-year first-time students enrolled in each college who received Pell grants — subsidies from the federal government for low-income students to pay for college — in the 2020-21 school year.

**Pell change since 2011:** Percentage point change of freshmen Pell share in each college between the 2010-11 and the 2020-21 school year.

**Total undergrads:** A school's total undergraduate student population in the 2020-21 school year. Data is rounded to the nearest 100.

**Endowment per student:** A school's total endowment as of June 2021 divided by the number of undergraduate students (a common measure of how wealthy the school is). A school is considered highly endowed if its endowment per student is at least $1 million. Data is rounded to the nearest 1,000.

**Net price, mid-income:** The net price of a school is the total cost of attendance — sum of published tuition, room and board, books and supplies and other fees — minus the average amount per entering student of federal, state or local government or institutional grant and scholarship aid. Mid-income describes a family income of between $48,001 and $75,000 per year. Data for the 2020-21 school year is shown, and is rounded to the nearest 100.

**Other notes:**

The most recent comparable data for Pennsylvania State University is as of the 2017-18 school year.

The University of Colorado reports endowment data only for the system as a whole. Data for Boulder alone is not available.

Ramapo reports endowment data through 2015, but no recent endowment data is available through IPEDS.

Houghton College became Houghton University in 2022.