# EXHIBIT 36

**In the Matter Of:**

CORTZO V. BROWN UNIVERSITY

1:22-cv-00125

**GEORGE BULMAN**

*November 04, 2024*

*Conf.*



800.211.DEPO (3376)
EsquireSolutions.com

Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 3 of 18 PageID #:19809

GEORGE BULMAN  Conf.　　　　　　　　　　　　November 04, 2024
CORTZO V. BROWN UNIVERSITY
　　　　　　　　　　　　　　　　　　　　　　　　14

```
 1  review them.  Exhibit 1 is your opening
 2  report.  Does that look familiar?
 3        A.    Yes.
 4        Q.    Exhibit 1 looks to be your
 5  opening report?
 6        A.    Yes.
 7        Q.    And Exhibit 2 is your rebuttal
 8  report.  Is that right?
 9        A.    Yes.
10        Q.    To your understanding, why were
11  you retained by the plaintiff's counsel?
12        A.    I have research in the area of
13  college and university endowments and
14  specifically looking at how endowments --
15  methods for looking at how endowments can
16  lead to changes in expenditures and aid.
17        Q.    You're currently a professor at
18  the University of California at Santa Cruz.
19  Is that right?
20        A.    I am an associate professor at
21  the University of California at Santa Cruz.
22        Q.    And how long have you been at --
23  is it okay if I call it UC Santa Cruz?  How
24  long have you been at UC Santa Cruz?
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 4 of 18 PageID #:19810

GEORGE BULMAN  Conf.                                    November 04, 2024
CORTZO V. BROWN UNIVERSITY
                                                                      30

```
 1               MR. NORMAND:  Objection to form.
 2               THE WITNESS:  You're asking if
 3    I'm only using my own research?
 4    BY MR. RYBNICEK:
 5        Q.     No.  I'm asking if you're using
 6    your research and other expertise in these
 7    topics to prepare your report?
 8        A.     I am using my expertise in this
 9    area and my research experience to prepare my
10    report.
11        Q.     All right.  And then back on
12    Page 46, where you list your research papers
13    and book chapters, you have an NBER working
14    paper entitled The Effect of College and
15    University Endowments on Financial Aid
16    Admissions and Student Composition.
17               Do you see that?
18        A.     I do see that.
19        Q.     Do you have any other papers
20    studying university or college endowments?
21        A.     I do not.
22        Q.     So you haven't written any other
23    research papers or book chapters on
24    university college endowments?
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 5 of 18 PageID #:19811

GEORGE BULMAN  Conf.                                          November 04, 2024
CORTZO V. BROWN UNIVERSITY
                                                                            31

1          A.   No.
2          Q.   Do you have experience managing
3    college or universities' endowment, Professor
4    Bulman?
5          A.   No.
6          Q.   That's not one of the activities
7    of the committee on admissions and financial
8    aid?
9          A.   The University of California at
10   Santa Cruz doesn't have much of an endowment
11   and being an administrator of an endowment is
12   not one of the roles of that senate faculty
13   committee.
14         Q.   Have you ever helped make
15   decisions about spending from an endowment?
16         A.   No.
17         Q.   You haven't made any
18   recommendations related to endowment spending
19   as part of your work on the committee on
20   admissions and financial aid?
21         A.   As I mentioned, it doesn't have
22   much of an endowment so no, we have not made
23   any recommendations with respect to spending
24   it.



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 6 of 18 PageID #:19812

GEORGE BULMAN  Conf.                                   November 04, 2024
CORTZO V. BROWN UNIVERSITY                                            48

1    Q.    Yes.  Did you review any
2    deposition transcripts in this litigation in
3    preparing either of your reports?
4    A.    No, I did not.
5    Q.    And are you aware that some of
6    defendants' employees were asked about their
7    school's endowment during those depositions?
8         MR. NORMAND:  Objection to form.
9         THE WITNESS:  Am I aware that --
10   could you repeat the question?
11   BY MR. RYBNICEK:
12   Q.    Do you know whether any of
13   defendants' employees were asked about their
14   school's endowments during their depositions
15   in this case?
16   A.    It is my understanding that they
17   were.  But it's not something I was involved
18   in or read.
19   Q.    And your report is about
20   endowments; right?
21        MR. NORMAND:  Objection to form.
22   BY MR. RYBNICEK:
23   Q.    You can answer.
24   A.    Could you be more specific?



GEORGE BULMAN  Conf.　　　　　　　　　　　　　　November 04, 2024
CORTZO V. BROWN UNIVERSITY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　61

```
 1         Q.     Earlier we talked about the
 2   challenged conduct in Paragraph 4 of your
 3   opening report.
 4                Do you recall that?
 5         A.     Could you repeat the question?
 6         Q.     I believe earlier we talked
 7   about the challenged conduct described in
 8   Paragraph 4 of your opening report.
 9                Do you recall that?
10         A.     I recall reading this, yes.
11         Q.     And when we discuss the
12   challenged conduct during the course of the
13   deposition today, do you understand that I
14   mean the challenged conduct as it's defined
15   in Paragraph 4?
16         A.     Yes.
17         Q.     Okay.  And the challenged
18   conduct involves six components.  Is that
19   accurate?
20         A.     Yes.
21         Q.     And do any of these six
22   components mention endowment?
23         A.     They do not mention the word
24   endowment.
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 8 of 18 PageID #:19814

GEORGE BULMAN  Conf.  November 04, 2024
CORTZO V. BROWN UNIVERSITY
77

```
 1   endowment growth among all defendants was 122
 2   percent between 1991 and 2003.
 3               Real endowments also grew at all
 4   defendants and for ten of the defendants real
 5   endowment levels more than doubled from 1992
 6   to 2003.
 7               Cal Tech's 42 percent growth
 8   rate was the smallest and Duke's 279 percent
 9   was the largest.
10        Q.      And this table doesn't include
11   any econometric analysis.  Is that fair?
12        A.      Econometric analysis in the
13   sense of regressions, no.
14        Q.      It says summary of data.  Is
15   that right?
16        A.      I have compiled data for the
17   endowment levels and I've adjusted them for
18   inflation and specifically the common fund to
19   higher education price index.
20        Q.      And so -- strike that.
21               Can you turn the page and look
22   at Table 2.  And this shows how defendants'
23   endowments grew between 2003 and 2020;
24   correct?
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 9 of 18 PageID #:19815

GEORGE BULMAN  Conf.                                November 04, 2024
CORTZO V. BROWN UNIVERSITY                                        128

```
 1  record.  1:32.
 2                    -  -  -
 3               (Whereupon, there was a recess.)
 4                    -  -  -
 5               THE VIDEOGRAPHER:  Back on the
 6  record.  1:35.
 7  BY MR. RYBNICEK:
 8       Q.    I believe you just said that you
 9  conducted a regression analysis in your
10  report; is that right?
11       A.    Sorry.  I couldn't hear what you
12  were saying.
13       Q.    Sorry.  I believe you just said
14  that you conducted a regression analysis in
15  your opening report; is that right?
16       A.    I did.
17       Q.    And your regression --
18  regressions look at three different dependent
19  variables; is that right?
20       A.    Yes.
21       Q.    What are the three dependent
22  variables?
23       A.    The three dependent variables
24  are institutional grant aid per grant aid
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 10 of 18 PageID #:19816

GEORGE BULMAN  Conf.                                    November 04, 2024
CORTZO V. BROWN UNIVERSITY                                            129

```
 1   recipient, net price per institutional grant
 2   aid recipient and effective institutional
 3   price per institutional grant aid recipient.
 4        Q.    And what is effective
 5   institutional price?
 6        A.    The effective institutional
 7   price is the list price after subtracting any
 8   institutional grant aid.
 9        Q.    And how does it differ from net
10   price?
11              MR. NORMAND:  Objection to form.
12              THE WITNESS:  Net price is list
13   price after subtracting institutional grant
14   aid and federal grant aid.
15   BY MR. RYBNICEK:
16        Q.    And you looked at effective
17   institutional price, but not net price; is
18   that right?
19        A.    Could you please restate your
20   question?
21        Q.    You analyzed effective
22   institutional price but not net price.  Is
23   that right?
24        A.    So, if you look at Table 8 of my
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 11 of 18 PageID #:19817

GEORGE BULMAN  Conf.                                    November 04, 2024
CORTZO V. BROWN UNIVERSITY                                            130

```
 1   report, you will see that I evaluated net
 2   price and effective institutional price.  So,
 3   the answer is no, that's not correct.
 4        Q.    Thank you.  And you looked at
 5   the three outcome variables we discussed both
 6   during the period of the challenged conduct
 7   and during a period prior to the challenged
 8   conduct; is that right?
 9        A.    That's correct.
10        Q.    And what were you attempting to
11   test with this analysis?
12        A.    This analysis tests whether
13   these excess returns, which feed into
14   endowment levels and spending, had net impact
15   on grant aid, net price and effective
16   institutional price, both during the period
17   of the challenged conduct and prior to the
18   challenged conduct.
19        Q.    In Paragraph 32 of your opening
20   report, you write, in a competitive
21   environment, institutions with high
22   investment returns could use their enhanced
23   wealth to reduce their list price or offer
24   more generous institutional aid to attract
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 12 of 18 PageID #:19818

GEORGE BULMAN  Conf.                                November 04, 2024
CORTZO V. BROWN UNIVERSITY                                        179

```
 1   BY MR. RYBNICEK:
 2        Q.    Well, I thought you just
 3   testified that your analysis estimates
 4   whether or not aid and prices respond to
 5   excess returns before the challenged conduct
 6   and during the challenged conduct.
 7             That's what you said; correct?
 8        A.    That's correct.
 9        Q.    And so -- and I'm asking your
10   analysis, therefore, is not examining the
11   relationship between endowment levels and
12   financial aid generosity; correct?
13        A.    So, my regression analysis does
14   not use endowment levels as the explanatory
15   variable.  However, excess returns feed into
16   endowment levels.  They provide exogenous
17   variation in endowment levels which, in turn,
18   affect aid and net price.
19        Q.    So your analysis concerns the
20   relationship between endowment returns and
21   financial aid; right?
22             MR. NORMAND:  Objection to form.
23             THE WITNESS:  Could you please
24   rephrase the question?
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 13 of 18 PageID #:19819

GEORGE BULMAN  Conf.                          November 04, 2024
CORTZO V. BROWN UNIVERSITY                                   180

```
 1   BY MR. RYBNICEK:
 2        Q.    Your analysis concerns the
 3   relationship between endowment returns and
 4   financial aid; correct?
 5        A.    My analysis examines the
 6   relationship between cumulative lagged excess
 7   returns and financial aid and net prices,
 8   where cumulative lagged excess returns feed
 9   into endowment levels.
10        Q.    What do you mean they feed into
11   endowment levels?
12        A.    Endowments spending is based on
13   the formulas we discussed previously, on
14   lagged prior years endowment levels.  Lagged
15   prior year endowment levels are a function of
16   excess returns.
17        Q.    So, it's your testimony that you
18   are examining the relationship between
19   endowment levels and aid generosity?
20              MR. NORMAND:  Objection to form.
21              Asked and answered.
22              THE WITNESS:  My analysis
23   examines the impact of lagged excess returns,
24   cumulative lagged excess returns on aid and
```



1    Q.    A decline in market performance
2 doesn't result in a reduction in the expected
3 financial aid, under your analysis?
4    A.    Cumulative excess returns feed
5 into endowment levels.  An average of those
6 lagged endowment values is used to determine
7 the spending amount at an institution.
8         The question that you're posing
9 makes it seem like if there was a
10 contemporaneous reduction in the stock market
11 that this would be immediately reflected in
12 financial aid offers.  That is not how these
13 funding formulas work.
14    Q.    What do you mean by immediately?
15    A.    That a downturn in the stock
16 market would immediately reduce how much
17 spending happens from the endowment.
18    Q.    What time frame are you
19 referring to when you say immediately?
20    A.    During the current year.
21    Q.    My point is not about the
22 current year.  My example is about a student
23 in his or her first year of college not
24 receiving the aid, the same level of aid



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 15 of 18 PageID #:19821

GEORGE BULMAN  Conf.  November 04, 2024
CORTZO V. BROWN UNIVERSITY  242

```
 1   to come to the same conclusions.
 2        Q.   Is it correct that your expert
 3   report doesn't test the correlation between
 4   endowments and financial aid?
 5        A.   Endowments in levels?  I believe
 6   you've asked this question.  That's correct.
 7   That's an endogenous relationship.
 8        Q.   And it's your position that your
 9   2022 working paper also does not seek to test
10   the effect of -- or seek to test endowments
11   effect on financial aid?
12        A.   It does, using an instrumental
13   variable strategy in which exogenous
14   variation from investment returns is used.
15        Q.   And so in your 2022 paper, you
16   do test the effect of endowments on financial
17   aid using an instrumental variable strategy.
18   Is that correct?
19        A.   Correct.
20        Q.   And in your expert report you
21   chose not to test the effect of endowments on
22   financial aid; correct?
23        A.   I am not implementing an
24   instrumental variable strategy.  I'm
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 16 of 18 PageID #:19822

GEORGE BULMAN  Conf.                                November 04, 2024
CORTZO V. BROWN UNIVERSITY                                         243

```
 1   presenting a reduced form strategy where I
 2   look directly at the impact of the returns on
 3   aid and that is what I present.
 4       Q.   I understand.
 5            I'm trying to get your answer to
 6   a different question, which is you didn't
 7   test the effect of endowments on financial
 8   aid in your expert report; correct?
 9            MR. NORMAND:  Objection to form.
10   Asked and answered.
11            THE WITNESS:  I do not test the
12   direct effect of endowments which would have
13   endogenous components on financial aid
14   directly.
15   BY MR. RYBNICEK:
16       Q.   But you could have solved for
17   the endogeneity; correct?
18       A.   You're asking if I could have
19   implemented an IV strategy identical to this
20   paper here.
21       Q.   Could you have?
22       A.   Yes.
23       Q.   And why did you choose not to?
24       A.   Because this is more direct and
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 17 of 18 PageID #:19823

GEORGE BULMAN  Conf.                                November 04, 2024
CORTZO V. BROWN UNIVERSITY                                        244

```
 1    does not involve me explaining instrumental
 2    variable strategy to non economists.
 3           Q.      Could you have achieved the same
 4    goal of solving the endogeneity problem by
 5    regressing excess returns on endowments?
 6           A.      Potentially.
 7           Q.      And you didn't do that, though;
 8    correct?
 9           A.      I did not.
10           Q.      And why not?
11           A.      Because I wanted to present the
12    reduced form, the direct effect of the
13    investment returns on the outcomes of
14    interest.
15           Q.      And the result of that is that
16    your analysis tests excess returns effect on
17    financial aid and not endowments effect on
18    financial aid?
19                   I can restate that question for
20    you, Dr. Bulman.
21           A.      That would be good.
22           Q.      So the result is that your
23    analysis tests excess returns effect on
24    financial aid and not endowments effect on
```



Case: 1:22-cv-00125 Document #: 755-38 Filed: 12/16/24 Page 18 of 18 PageID #:19824

GEORGE BULMAN  Conf.                                November 04, 2024
CORTZO V. BROWN UNIVERSITY                                        246

```
 1                    Did you implement the analysis
 2    in your expert report using your 2022 working
 3    paper methodology?
 4          A.    No.
 5          Q.    And are you familiar with
 6    Appendix I2 of Dr. Hill's report, which I
 7    believe is Exhibit 4 in front of you?
 8          A.    What page am I going to?
 9                MR. NORMAND:  I2.
10                Is that what you said?
11    BY MR. RYBNICEK:
12          Q.    I2, yes.  I'm trying to be
13    helpful and find a page number.
14                But it's around 211.  In
15    Appendix I2, Dr. Hill implements the
16    methodology in your 2022 working paper.
17                Do you see that?
18          A.    Yes.
19          Q.    And you didn't respond to
20    Dr. Hill's analysis in this section; correct?
21          A.    In my rebuttal?
22          Q.    Correct.
23          A.    No.
24          Q.    Do you disagree with Dr. Hill's
```

