# EXHIBIT 76

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*SARA HARBERSON*

*October 25, 2023*



1 tagged. Those were the big ones.
2     To get a BSI tag, you were
3 untouchable. You would have
4 gotten in almost 100 percent of
5 the time.
6     A BSI would have been a
7 student whose family were big
8 donors or someone on the board
9 was advocating for that student.
10     A governor of Delaware was
11 advocating for a student. No, I
12 don't think he was an alum. I
13 could be wrong. And he wasn't on
14 the board at the time.
15     PSI were potential special
16 interests. So I would say that
17 most of the time it turned into a
18 BSI, but sometimes it didn't.
19     And, on rare occasion, a
20 PSI possibly wouldn't get
21 admitted.
22     So those are the tag -- the
23 big tags.
24     And another unwritten rule

1  within the office was if a tagged

2  applicant got admitted, whether

3  the admissions officer was

4  presenting that student to the

5  admissions committee or it was

6  done without any input from the

7  admissions officer, without them

8  knowing until it showed up on

9  their docket, you knew you were

10 not supposed to question or

11 challenge those cases.

12         So, for example, if we

13 were -- if we had overenrolled in

14 committee -- and it happened all

15 the time.  It happens because you

16 want to admit good students.

17         But if you were untagged

18 and we were overenrolled, we were

19 told that you have to -- you

20 know, each admissions officer has

21 to remove 50 admitted students

22 from the class and take them to

23 Lee to move to a waitlist.

24         But you were not allowed to

Case: 1:22-cv-00125 Document #: 756 Filed: 12/17/24 Page 5 of 5 PageID #:20033

HENRY v
BROWN UNIVERSITY

Attorneys Eyes Only

Sara Harberson
October 25, 2023

225

```
 1        touch any student who had a tag.
 2        Because once they were
 3        admitted -- and if they were
 4        tagged, they were usually
 5        admitted by Lee -- you could not
 6        -- you didn't have a leg to stand
 7        on, even if -- even if the
 8        student was incredibly weak, even
 9        if the student had a major issue
10        in the application.  You had
11        absolutely no power as an
12        admissions officer.
13 BY MR. RAYMAR:
14        Q.   And were applicants tagged
15 who were, in comparison to the rest of
16 that year's class, weak?
17             MR. GRINGER:  Objection.
18        Lack of foundation and leading.
19             This is someone on your
20        26(a) list.  You cannot lead the
21        witness.
22             MR. RAYMAR:  I can do
23        whatever I want to do, and then
24        you could object, and we'll
```