# EXHIBIT 77

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*STUART SCHMILL*

*June 05, 2024*



Case: 1:22-cv-00125 Document #: 756-1 Filed: 12/17/24 Page 3 of 5 PageID #:20036
HENRY v
BROWN UNIVERSITY
Stuart Schmill
June 05, 2024

233

1  an incident involving Mr. Millard in the
2  late 2000s?
3       A.    The late 2000s?
4       Q.    2018, 2016 to 2018?
5             MR. RYBNICEK:  Object to the
6       form.
7       A.    Yeah.  I mean, when you say
8  incident, I mean I can see what I've
9  written here, but...
10      Q.    Okay.  Let's finish with this
11 document.  So you wrote there are six names
12 on that list that Bob recommended.  Three
13 we admitted and one we were going to, but
14 the student withdrew after getting admitted
15 Early Decision elsewhere.  Of those four,
16 they were all good academically.  Two are
17 very strong in all dimensions, as good as
18 any of our admits, and two are students
19 that we would really not have otherwise
20 admitted.
21            Did you write that?
22      A.    It looks like I did write that,
23 yes.
24      Q.    Okay.  So there are two students,
25 in your own words, that you would not have

234

1  admitted but for Mr. Millard's
2  recommendation, right?
3      A.   Yes.
4      Q.   Okay.  So there are instances
5  where that might occur, right, that has
6  occurred?
7           MR. RYBNICEK:  Objection to form.
8      A.   These were really the only two
9  cases that we would have admitted someone
10 because the chairman of the corporation had
11 indicated his interest in that happening.
12     Q.   Okay.  Let's look at the rest of
13 the e-mail.
14          The next paragraph says:  He sent me
15 notes on all of them, but he was very careful
16 in his e-mails to say that I had autonomy and
17 he made it clear to others that he could not
18 influence things.
19          Do you see that?
20     A.   I do.
21     Q.   Okay.  So you had discussions
22 with Mr. Millard?
23     A.   Yes, I did have a discussion with
24 him about the candidates.
25     Q.   Okay.  You only had one

Case: 1:22-cv-00125 Document #: 756-1 Filed: 12/17/24 Page 5 of 5 PageID #:20038

HENRY v
BROWN UNIVERSITY

Stuart Schmill
June 05, 2024

239

1 to talk about candidates, which is also where
2 I got more insight as to who he thought was a
3 priority. All that said, I still hope we can
4 be careful about doing this in a way that
5 doesn't implicate my discussing his influence.
6      What does that mean?
7   A. Well, so in the meeting that I
8 had with Bob, he -- and I don't remember
9 the exact form that this took -- but he
10 indicated his interest to me in these two
11 candidates in particular being admitted.
12 Those are the two candidates that I was
13 referencing that I said that they would not
14 have otherwise been admitted if not for his
15 interest.
16      And so, you know, that -- because
17 that was contrary to our policies and
18 contrary to the practices that we had long
19 followed and still follow now, because it
20 was contrary to those, I was uncomfortable
21 with that, which is why I talked with Ian
22 about it and I, you know, didn't -- I
23 thought it was not -- again, it was
24 contrary to what our practice has been and
25 had been.