# **EXHIBIT 78**

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*SANDRA BAUM, PH.D.*

*March 29, 2024*



1  college education and take it home.  You

2  have to also put energy and effort into

3  it.

4           And if students are aware of

5  the fact that they are paying for it and

6  giving up something else, then they may

7  be more motivated to put the required

8  energy and effort into it.

9       Q.    And do you recall how you

10  reached that conclusion?

11      A.    Logic.

12      Q.    Is that conclusion based on

13  any particular economic precepts?

14      A.    That -- that would be hard

15  to say.

16      Q.    And are there ways in which

17  describing college education as a

18  partnership between the school and the

19  student in which you don't agree?

20      A.    I think I have sometimes

21  heard people say that no matter what

22  their financial circumstances, everybody

23  should be coming up with money.  And in

24  some cases, people just don't have that

172

1　changed?

2　　　　A.　　Yes.

3　　　　Q.　　And do you recall analyzing

4　what sensible assessment rates to use

5　would be?

6　　　　A.　　Yes.

7　　　　Q.　　And how did you go about

8　that analysis?

9　　　　A.　　There was clearly no right

10　answer to it, but just trying to look at

11　what would be fair and how you could

12　think about the circumstances of families

13　at different income levels.

14　　　　Q.　　Do you recall the analyses

15　you did in any quantitative way?  Were

16　you working back from certain results?

17　You know, where -- where did the

18　percentages come from?

19　　　　A.　　Again, I don't know where

20　these percentages came from.  But I think

21　I recall looking at how much you could

22　expect -- where people would end up, if

23　you took a certain amount of money away

24　from their income, how would that affect