# EXHIBIT 79

To: Robert Zimmer, John Boyer, David Greene
From: James Nondorf
Re: ESA Update Meeting Agenda
Date: February 7, 2013

I. 2012-2013 ESA Updates
   a. College Admissions
      i. Statistics
         1. 30,369 Apps;
         2. 1386 admitted in EA
         3. 306 Deposits – 12% ahead of last year
      ii. EA Admitted Student Receptions
         1. Full houses with excited students and families
         2. Happy alumni and trustees:
            a. Greg Wendt, AB'87 (San Francisco Host)
            b. Andy Alper, AB '81, MBA '81 (New York)
            c. David Brooks, AB '83 (New York)
            d. Katharine Darrow, AB '65 (New York)
            e. Brady Dougan, AB '81, MBA '82 (New York)
            f. Sandy Grossman, AB '73, AM '74, PhD'77 (New York)
            g. Ken Jacobs, AB '80 (New York)
            h. John Liew, AB '89, MBA '94, PhD '95 (Greenwich Host, New York)
            i. Paul Yovovich, AB'74, MBA'78 (Chicago)
            j. Mary Lou Gorno, MBA'76 (Chicago, Evanston)
            k. Charles Lewis (Evanston Host)
      iii. Regular Decision Plans
         1. Planning to reduce admit # in RD to 1250 and take off WL if needed
            a. 8.6% Selectivity
            b. 53% Yield
         2. 100 off WL would still give us 51% Yield
      iv. UChicago and its peers
         1. NY Times Data
         2. Updated Ivy Ratio Chart
         3. COFHE Win/Loss
      v. UChicago Promise Update
         1. Full report
         2. Mayor Emanuel
      vi. Retaining Top Talent
         1. Admissions Officers Performance Matrix
         2. Career Path
         3. Equity Adjustments

1

ATTORNEYS EYES ONLY                                                                                                 UCHICAGO_0000052966

  b. Career Advancement and External Engagement
    i. New image a hit with employers and alums!
      1. Web Image and Accessibility Upgraded
      2. CA Folder and New Brochure
    ii. Entrepreneurship report: 0 to 60 in 6 months…
    iii. Career Advancement Mid-year Report
      1. 80% Engaged (higher than last year end of cycle)
      2. 20% ahead in ALL metrics
      3. Trustee Student Life Committee
    iv. UCI Programs: A Culture of Impact, Accomplishment, and Growth
      1. Health Professions – New programming and initiatives
      2. Business – Top placements and full employment
      3. Law – Data driven and proactive
    v. Parent programming in full swing
      1. Welcome package
      2. Support UChicago e-mail
      3. Kumar/Boyer letter for career advancement support
  c. Graduate Student Support: Admissions and Career Advancement Reports
  d. ESA is On Budget!
II. Future Goals, Plans, and Initiatives
  a. College Admissions
    i. Raising the profile of UChicago:
      1. UK draft plan
      2. China draft plan
    ii. Stay above 30K!
      1. Junior inquiries up 10% over last year same date
      2. Expanded Spring Travel already underway
    iii. Phase III Focus: Yield (Phase I: Inquiry generation; Phase II: Conversion programming from Inquiry to Applicant)
  b. College Financial Aid
    i. 568 Group – it is hampering our ability to compete
      1. Tax return Policy
      2. Non-Custodial Parent Form
      3. Estimates and Timing of Awards
      4. Outside Scholarships
  c. Career Advancement and External Engagement
    i. 1000 – the magic number
      1. Grow Treks to 1000 students
      2. 1000 Metcalfs
    ii. 90% of graduating seniors leave with plans
  d. Graduate Admissions: Leverage
    i. Best Practices
    ii. New Technology (SLATE) Capabilities

ATTORNEYS EYES ONLY                       UCHICAGO_0000052967

III. Additional Items
    a. Outreach utilizing President Zimmer
        i. Siemens and Intel Finalists (last year)
        ii. Potential letter after admission to all parents (or all students)
    b. Faculty Committee of Admissions and Aid Meeting
    c. COFHE Data on HS Future HS classes
    d. SIC Timeline

ATTORNEYS EYES ONLY

UCHICAGO_0000052968