# EXHIBIT 80

## In the Matter Of:

*Henry vs*

*Brown*

*DON BETTERTON*

*February 22, 2024*



1      Do you see that language?

2    A. I see that. Yes.

3    Q. He says, "However, I do want to take this

4 opportunity to say that I believe we are in

5 agreement with the general principles that this

6 group has tried to set forth. Although we have

7 been generally outside the process, we very much

8 appreciate the hard work of many people who have

9 been directly involved with it."

10      Do you see that language?

11    A. Yes.

12    Q. Do you recall there being a time when

13 Princeton decided not to be part of the 568 Group?

14    A. Do I recall a time when we decided not to

15 join it or depart from it?

16    Q. Do you recall at any time Princeton

17 deciding not to join the 568 Group?

18    A. I don't recall a specific time, but I know

19 we did not join it.

20    Q. Do you recall discussing with anyone

21 around that time the school's reasons for not

22 joining the group?

23    A. Discuss with someone outside the

24 university or within the university?

1    Q. Either.

2    A. I would say that I had a discussion with

3 the financial aid part of the group that we would

4 not be joining, and I also talked internally with

5 Princeton about not joining.

6    Q. Do you recall the school's reasons for not

7 joining the 568 Group?

8    A. I think I mentioned this before, but it

9 was that we had already begun to make some changes

10 that we were very satisfied with and we wanted

11 financial aid to be under our control.

12    Q. Do you recall whether one of the goals of

13 the 568 Group was to reduce variation in financial

14 aid awards between different schools?

15    A. I don't know whether that was their policy

16 or their intention or not.

17    Q. There's a reference in this document to,

18 in the language I read, "Princeton follows

19 somewhat different methodology."

20       Do you see that language?

21    A. I see that.

22    Q. And I think I asked a version of this

23 before, but just having seen the document I'll

24 ask, do you recall around this time what the