# EXHIBIT 81

# EXECUTIVE SUMMARY

**Accomplishments**

The Emory College Class of 2015 was selected from the second largest and one of the most competitive applicant pools in College history. The success of this past admission year especially in light of our delayed implementation of document imaging is validation of the work and commitment of our staff, the outstanding efforts of the Office of Financial Aid, our partners in EAA, OMPS, OUE, DAR, Creative Services and Marketing and the commitment of faculty, senior administration, alumni and students in support of our efforts.

As of the writing of this report, 1,373 first year students have paid a deposit and are expected to enroll in the fall.

**Selected highlights from the year include:**

*17,027-up 15% from last year- applications for admission, 26.6% admit rate-down from 28.8% in the previous year,30% yield –down from 31% last year, senior prospects numbering 68,580, and overall student campus visits to our office of approximately 7,315( count as of 6/14/2011),up from last year's 6,603( this does not include those who attended either our fall or spring programming).

* To complete the freshman class, our office relied heavily on the waitlist this year. 204 students on the waitlist were called, compared to 62 last year. 133 of those 204 sent in a deposit, for a yield rate of 65% compared to a 75% yield rate last year.

*38.5% of the Class of 2015 enrolled through Early Decision-up from 37% last year. These students declare Emory College their first choice school and withdraw all other college applications upon admission. Over the past two decades, Emory College has moved dramatically from a "backup school" to a first choice or significant choice for many outstanding high school seniors.

*International application numbers continue to grow significantly. This year, international enrollees will make up 13.7% of the class down a bit from last year's all time high of 14.5% coming from 23 countries world-wide.

* Minority students will make up a 37% of the class this year as they did last year.

* Our biggest accomplishment was the implementation of OnBase with the help of Kurt Haas, Diana Tharp, Donna Eastman, and the entire project team. Despite the challenges of a delayed and incremental implementation, the admission processing team reviewed thousands of documents and completed more than 15,000 applications—with a record low percentage of incomplete applications and a record high number of actionable, complete applications. The

counseling staff also did an amazing job of reviewing the large number of applications, most of which were not completed for review until mid-February.

\*The Admission Office hosted four fall on-campus prospective student programs and four on-campus accepted student programs. In total over 900- up from 700 last year- students attended these programs(this is over and above the group of 7,315(count as of 6/14/2011) who visited through our daily information session and tour programming) Of those who attended our accepted student programming, 66.2% chose to matriculate at Emory this fall, up from 59% last year. The Essence of Emory program was one of the largest in the history of the program with 135 student participants from 29 states. 56 of these students will be attending Emory this fall.Thanks to Sodexho/Emory Dining for providing us with free meal tickets for all of our on-campus programs.

\*The Latino/Hispanic Visitation Day- Exito Emory- was held for the third year on October 2, 2010. Approximately 250 visitors attended-up 75 attendees from the previous year, including students, parents/relatives, counselors, teachers and siblings. Working with current students, faculty and staff from across the university, 50% of those seniors who attended completed applications to Emory. Both our travel and financial aid brochures were translated into Spanish and utilized for this event.

\*In our fourth year of partnership with the Questbridge program, we continue to be pleased with not only the quality of students, but also the strong show of interest in the university. We will welcome 8 students to the university as part of the "match" program this fall. These students were chosen from a group of 278-up 34 from last year- students who ranked Emory as part of the "match" process. These students were provided with both a staff member and student mentor who began the relationship with them by congratulating them on their admission, contacted them monthly providing updates and answering questions and will culminate again, we hope, in a reception upon their arrival in August. Outside of that process, 702 additional Questbridge students asked that Emory review their applications for admission and 51 of those will be attending the university this fall, up from 48 last fall.

\*The Admissions Office received a record number of international applications for 2011-3033, which tops last year's number by 584. We admitted just 16% in 2010, 6% fewer than last year and yielded 39% of that group, 1% higher than last year.

\*We contracted with a new search company, Fire Engine Red (FER), which distributed print and email campaigns to senior, juniors, and sophomores. The campaigns included topics on Emory's identity, academics, research and career opportunities, financial aid, location, study abroad, and community spirit. Both print and email campaigns received positive feedback, as shown by their response rates. In addition to search, FER coordinated our communication campaign to prospective students. With the help and support of University Marketing and Communications, the Office of Admission added to our search outreach additional emails with clickable links and videos as well as ads on Facebook and Emory 360 videos on YouTube.

*In order to strengthen transfer recruitment, we purchased prospective transfer student names from CollegeFish, an organization that works closely with Phi Theta Kappa Honor Society. A series of email campaigns were directed to this transfer population.

*Once again, most of our printed publications were developed through Emory Creative Group. While there were no major changes to copy or design, some new pieces were added. We developed a "Self-Guided Tour" for after-hours visitors and also created a postcard for Emory and Goizueta Scholars that provided high school counselors with nomination instructions.

*One of the year's largest projects was the development of a video for visitors. 13 current students were selected and filmed during the fall. The students represented a variety of backgrounds, academic areas, and interests. In addition, the video addressed several large themes, such as quality of education, location, and Emory's unique spirit. The 10-minute video will be shown to prospective students and other visitors prior to their campus tour.

*With assistance from Emory Creative Group and student interns, we created several new videos to provide helpful information to prospective families via multi-media content on our website. The videos range from student life topics such as "Athletics for All" and "Celebrating Cultures", to a virtual tour of campus. More videos are planned in the upcoming year.

*Currently in its second year, the Social Media Committee successfully reached students through Facebook, Skype, Forums, Twitter, Blogs, Emails, and College Confidential. The "Emory Admissions – Class of 2015" Group on Facebook has 1252 members and the "Student and Faculty Blogs" webpage has also attracted a great deal of traffic.

*We collaborated with Oxford College to contract with CollegeWeekLive (CWL), which provides an interesting platform to reach prospective students. We participated in virtual college fairs as well as a 5-hour online open house. Emory is one of CWL's top performers in terms of student participation.

*We utilized Zinch, a social media tool, as a way for even more students to connect with Emory. Zinch distributes emails automatically as new students join the service or provide additional details about their areas of interest. Results were mixed and we are in the process of determining Zinch's ROI.

* We engaged Target X, a company known for their campus visit consulting work, to come in and review both our regular day visit as well as our more formal on-campus programming. Although they have provided some initial feedback, they still have to complete one more visit to review our fall programming before presenting their final report. Prior to that review, plans are in the works for them to personally review their preliminary reports with staff and to also help put together a plan for a visit option that could include visiting both Oxford and Emory on the same day.

* This marked the first year of a new committee entitled the Visit Experience Committee, or VEC. The VEC emerged from a desire to strengthen the entire campus visit, from registration to the

follow-up. During this inaugural year, the VEC focused on some low-hanging fruit; they have received overwhelmingly positive reviews. Some of the changes include: adding authentic posters of Emory students' daily schedules, welcoming every visitor by displaying their name and home town on the lobby TV, creating an email confirmation to supplement the registration letter, engaging with visitors after hours by providing self-guided tours with fun facts, providing a warm environment in the lobby by playing music and offering picture books with photos, and more. The VEC is currently working to provide photo books filled with current student pictures and a handy "Emory Lingo" document. For future initiatives, the VEC will address possible changes to overhaul the tour and information session in order to ultimately provide a distinctly Emory visit that is memorable and personable.

* This was the first year of the blog managed by an Admission Counselor, and it proved to be a very helpful way to inform interested students about opportunities and programs offered at Emory. Nearly 1,400 students viewed it on the busiest day, and many admitted students commenting about it during their campus visits in April. The blog was an excellent way to provide a new avenue for prospective students to learn about the admission process, get reminders about deadlines, and develop a relationship with the Admission Office by frequently coming back to the website for blog updates.

* Emory hosted two counselor tours in addition to our continued participation with the nationally known Peachtree Counselor Tour. This January, we held our second third annual "Spirit of Emory" Program for local counselors. We hosted 12 counselors from across the state of Georgia as part of this day long program. Emory also hosted around 50 counselors as part of the SACAC College Tours program. This group enjoyed a tour of Schwartz including a piano concert by Greg Motley. They also met with faculty members, dined in the DUC, and toured campus. Finally, over 55 influential secondary counselors from 23 states and Canada visited the campus as part of the Peachtree Counselor Tour. This established program continues to be a major draw in the spring for counselors who wish to visit Atlanta area colleges.

* The Admissions Office continued the Faculty Appreciation Award for the fourth year. This award was presented to Dr. Alexander Escobar, Dr. Andre Gillespie and Dr. Matthew Bernstein for their outstanding service for and with the office. We presented each with a plaque and ran an announcement in the graduation of The Wheel. We will put their names on a plaque in our office to further recognize them. We hope that this more visible form of recognition and increased level of outreach will spur others on Emory's faculty to get involved in our efforts to bring outstanding students to the Emory community.

 *With support from the Dean of the College, Arts and Sciences Development, and generous alumni hosts, senior admissions staff joined with alumni and development staff members to host eleven accepted student parties around the country. These parties were very well received and are now an annual event for both the development and admissions offices. 80% of those students who attended chose to enroll at Emory.

* The Admissions Office continues to invite prospective students and parents to appropriate Emory events sponsored by the EAA and DUR around the country. This year's locations included

events in Atlanta, Boston, Orlando, Dallas, and New York. Offering students the opportunity to meet with alumni, faculty and administration allows them to get to know Emory without ever setting foot on campus. This is especially important for under-served and under-represented populations who are unable to visit campus.

* Emory alumni staffed ninety-one college fairs this year, compared to fifty-six last year. They also attended fifteen of our Evening with Emory programs and participated in accepted student programming here on campus. We had 245 alumni who also lent a hand in our yield communications by calling or emailing 2,200 admitted students. In an attempt to educate our alumni volunteers about Emory *today*, we created a website for their use. www.emory.edu/admission/admission/aan.

* With initial support of the President and the Provost, the pilot program for alumni interviewing began in fall 2007 in Chicago and with current support from Susan Kruse, Senior Vice President of Development and Alumni Relations, and Allison Dykes, Vice President for Alumni Relations, has gradually expanded to include Boston, Dallas, Houston, Nashville, San Francisco, and Tampa. With their assistance, we plan to expand the program to Baltimore, Raleigh, and Seattle for 2011/2012. The feedback from applicants and alumni has been overwhelmingly positive and based upon this early data, the program serves as a beneficial recruitment tool, a source of insightful information about admission candidates, and an effective way to engage alumni. We interviewed 637 applicants from the seven cities; and of those who interviewed and completed their applications, 44% were admitted and 25% matriculated.

* Building on a program instituted in 2007, our office continued to provide travel assistance for families that demonstrate substantial financial need. We received inquiries from a total of 50 students, of these 34 were eligible and offered a set amount of funding to aid in the student's air travel to campus. 18 students arrived on campus totaling $4200.33 in allocated funding. Ultimately, 13 students paid their deposit, a yield of 72%- higher than both of the previous two years.

*In fall 2010, the Emory Student Ambassadors (ESA) program replaced what was known as the Student Admission Representatives (SAR) program. The ESA is the new umbrella organization that holds all of the student volunteer programs within Emory's Office of Undergraduate Admission. In the past, the Office has drawn mostly from Tour Guides for panels, special events, and other prospective hosting opportunities without including the rest of Emory's student body. With ESA, our goal was to incorporate more students in the visitor's experience to showcase the diversity of our student body and to give them a uniquely Emory experience. Under ESA, we still have Campus Tour Guides, but are now able to invite other students to be Lobby Hosts, help with Social Media, Special Events Hosts, and Hometown Hosts (formerly Student Ambassadors). We are also aiming to unveil our Coca-Cola Chats program by fall 2011. Additionally, the structure of ESA allows current tour guides more opportunities to stay involved if they don't have the time for tours due to class and other commitments. In Spring 2011, 91 new tour guides were inducted into ESA for a total of 190 tour guides. We received **217** tour guide applications in December 2010 and had 91 who successfully made it through the interview round and completed the rigorous 5 week training program. Training consisted of weekly homework assignments, 4 quizzes,

3 shadow tours, 2 buddy tours, and attendance at the half-day Training Retreat. In an effort to keep the ESA members up to date on their Emory information and provide them with new material to talk about, we implemented mandatory Continuing Education (CE) events and encouraged them to attend at least 2 CE events per semester. Some examples of CE events included speakers such as:
-Laura Zimmerman Weekley, Emory Alumni Association
-Elizabeth Elkins, Summer School and Pre-College Programs
-Executive members from Greek Life's Inter Sorority Council and Inter Fraternity Council
 Special thanks go to President Wagner, Provost Lewis, Lynn Zimmerman and Heather Mugg for continuing to sponsor our annual Tour Guide banquet, expressing their appreciation and presenting our tour guide of the year awards.

*Many thanks to Campus Life and the Housing office for allowing us to have a tour show room in New Turman. This allowed families to see a newer residence hall and showcase Emory's commitment to sustainability initiatives.

* In an effort to streamline the scheduling and tracking process for Group Visits (i.e. community based organizations, church groups, middle schools, high schools, etc), we have created a Google doc and survey. We have also created wording for a new web page with specific information pertaining to Group Visits. Prior to this, the only way a group visit could be scheduled was by calling our office. Between June 2010 – June 2011, we had 114 groups visit campus, each bringing approximately 30-70 students

*During 2010-2011, 51 students acted as Hometown Hosts and visited 53 high schools in the following locations :AR, CA, CO, CT, FL, GA, IL, MD, MI, MO, NJ, NY, OH, PA, SC, SD, TN, TX, UT, WV  International: China, Taiwan. This summer ,we rolled out a summer version of this program and had 23 students participate. They visited the following locations: AL, CA, FL, GA, IL, MA, MI, NC, NJ, PA, TX and China
*The Postcard Campaign is launched each April with the goal of sending handwritten postcards to Regular Decision admitted students, giving then an additional "Congratulations" from current tour guides and the Emory community. Tables were set up during Wonderful Wednesdays. In total, over 700 postcards were mailed this year. .

*The Conditional Transfer Program experienced a successful second year. Approximately 950 students from the 2010 Waitlist were offered CTA. Similar to the previous year, students were expected to meet minimum requirements, such as a 3.2 cumulative GPA at their undergraduate institution, before they would be approved for transfer admission in fall 2011. As of mid-June, 51 students have been admitted and 33 students have deposited. (Currently, we are still admitting students and expect the enrollment number to rise.) We have seen a significant increase in interest this year as we created a robust marketing campaign, including call-out nights with current Emory students and faculty, a monthly e-newsletter, and College Week Live and Skype Chats.  Students responded well to increased interaction which helped to ensure more students ultimately completed their CTA applications.

*Two web-based surveys were launched to generate feedback from both prospects who chose not to apply and from admitted students who did not choose to deposit by Brian Zucker of Human Capital. Results are being compiled and will be reviewed with our staff and members of the Enrollment Management group later this summer.

*Beginning in the summer of 2011, the Office of Admission established a new annual program designed to increase awareness of the countless opportunities available to Emory students. With the flexibility around campus during the summer, the staff arranged for field trips to various spaces and offices. In 2010, the staff visited the Visual Arts Department, Emory Recycles, Ciannat Howett at Few Hall, Hodgson School of Nursing, Rollins School of Public Health, Hillel, WoodPEC, Yerkes and Longstreet-Means. In 2011, trips were arranged to visit: MCCM, Goizueta Business School, Woodruff Library and MARBL, CDC, OMPS, Lullwater, Clairmont, Psychology, Center for Ethics, Carter Center and Emory Continuing Education at Briarcliff Campus. Through the field trips, staff members were able to add stories and examples to their discussions with prospective students and families.

*The Admission Office continued to work closely with our counterparts at Oxford on several important projects that contributed to expansion of their applicant pool and meeting their enrollment goals. These included visiting counselor programs, the opportunity for students to apply to either Oxford College or Emory College or both through the Common Application, the use of document imaging allowed students to send in just one copy of their documents for both offices to use, we facilitated their early review of financial aid documents by scanning those materials for them and we collaborated on several joint marketing ventures as mentioned in an earlier section of this report.. We continued sharing Emory College wait list and denied student names which yielded significant first-year students for Oxford.

In the Operations areas, we accomplished the following:

On line decision letters were converted from PDF to HTML format on the decision set up page to allow more consistent accessibility by students and to help alleviate the previous year's issue of unsuccessful log-ins due to server overload.
- The Common Application load was configured to include transfer applications. This replaced manual data entry of over 900 applications.
- Developed, tested, and implemented OnBase Document Management System for Admission. This project included the following endeavors:
  - Worked closely with Oxford College in utilizing Operation staff from both divisions in the joint processing of application materials
  - Created a joint requirement checklist for Emory College and Oxford College processing
  - Modified the "Quick Application Processing" page to accommodate joint checklist processing

- - Modified the Quick Applicant Entry page to allow application entry for both divisions
  - Tested and implemented three interfaces from OnBase to PeopleSoft; PeopleSoft Checklist updates, PeopleSoft Evaluation Score updates, PeopleSoft Decision updates
  - Provided extensive training for Admission staff
  - Established the office disconnected scanning process for documents received in our office via email, electronic transcript services, courier, and hand delivery
  - Continuing to work on documentation of all new processes relating to OnBase
- Admissions utilized the "excel to component" interface to update cancel statuses for Program Action/Action Reason for special populations of applicants. Using a PeopleSoft automated process would have required technical work.
- Streamlined our office email procedures by creating additional exchange email accounts to quickly route emails from students to the appropriate office personnel
- Implemented electronic fax processes to send and receive faxes, enabling the office to discontinue the cost of our fax machine.
- Implemented electronic loading of International Baccalaureate scores to Test Results in PeopleSoft
- Prepared and delivered electronic files to Blackboard for faculty Scholar review

\*The office is beginning the fourth year of use of an innovative alternative work schedule for the summer with the assistance of John Kosky in Human Resources. This program continues to be a great success and we hope to continue to offer it during certain periods of the year as we try to do our part to contribute to the university's sustainability efforts.

**Issues**

*Balance in the First Year Class*

Despite the success in attracting a diverse entering class, we continue to face challenges with overall balance in the class. Economic diversity, particularly with middle class students and first generation college bound students, remains a major deficiency/need. Although Emory Advantage is a wonderful program, our peers have instituted even better and more comprehensive programs since our original announcement in January 2007. To remain competitive, we must expand the Emory Advantage program and work to make applying for and going through the financial aid process a better experience. We must drop our membership in the 568 group as it does not allow us to be as flexible as we should be with families. We should begin to offer limited need-based or merit aid to international students to better diversify that population and to generate more

applications. We also need to do more to assist middle income families financially so that they are able to truly give consideration to attending Emory. We have worked with the College to Offer limited funds 10-12K to strong students with little to no need who did not apply for the Emory Scholars program, but results have been mixed and the pool quite small. The idea is a good one, but more offers need to be made and a bit more risk needs to be taken to really enjoy better and more significant results.
The tuition driven nature of the College also leads us to continually expand the freshman and transfer classes without regard to the admit rate and yield. Moving to a centralized budget, funding requests based on merit would take our office out of what is now a tug of war between the money needs of the College and the desire for better rankings and more selectivity from the President and Provost.

*Budget/Marketing*

In order to meet the strategic enrollment goals of the College and University, we will need to continue to evaluate budget and staffing. Our budget additions over the past seven years have essentially been flat or we've had budget cuts while being asked to do more each year, such as taking on responsibility for part of the expenses of document imaging. Volume increases in terms of prospective students, applicants and enrolling students have stretched our existing funds to their limit. We are unable to purchase all of the search names of students who would academically be viable prospects for us, thus limiting our marketing power. The high cost of gas has greatly impacted our travel budget this past year and with prices continuing to skyrocket, our opportunities to meet with students in their communities could be limited even further. Postage increases this year and in previous years have also impacted our ability to provide additional mailings to students beyond what is required. Though we have moved or are in the process of moving many of our communications to email, there are still some items that must be sent by the postal service. Our ability to market Emory in the same way as our peers is simply not possible within the current budget. Our competitors who have recently boasted large prospect and applicant pool gains have done so because both their budgets and staffing have been increased. These volume increases have further impacted our desired level of customer service. Although many things about document imaging enhanced our processes, many others left families without clear information about their application status. We also still had to rely on temporaries and even the counseling staff to process files to get them ready for reading. Many of these files were not put together for review until February leaving Counselors scrambling to find enough time to properly review files.
Emory Photo Group (EPG) supplies many photographs in admission brochures and publications. We have found that there is a limited supply of updated photographs from which we are able to choose. We have addressed the problem by hiring outside photographer to capture key events on campus. However, we feel it is in EPG's (and Emory's) best interests to have a presence at campus activities and events in order to offer a wider selection of photographs to all Emory constituents. As it stands now, Admission must request and compensate EPG photographers for each event we feel is brochure or website appropriate.

The Office is frequently approached regarding advertising opportunities. However, due to budgetary constraints, we have been unable to participate in many legitimate advertising

opportunities. For example, Emory was ranked in the Princeton Review's "Guide to Green Colleges." Since sustainability is one of Emory's main concerns, we explored the possibility of placing an ad in the book. The least expensive advertising option was $3,000; the most expensive $8,500. We turned down this and other similar opportunities due to a lack of funding for advertising.

*Technology*

New work efforts continue to be hampered by the implementation of Project Compass and the lengthy queue that seems to be part of every new request. Many of the staff who were moved over to Compass for that implementation have not returned to us and have not been replaced. Though some enhancements have been implemented, the great majority of requests have not. PeopleSoft remains one of our biggest struggles as it does not allow us to quickly be responsive to changes in the marketplace. We have been unable to manage our waitlist population in-house in PeopleSoft due to resource constraints. We also have wanted students to be able to cancel their application and capture the reason, where they plan to attend by logging into OPUS, but have not been able to do so. We have one Business Analyst who focuses 95% of time on developing and maintaining Document Imaging processes. We do not have a Business Analyst to handle the myriad PeopleSoft responsibilities, which include maintaining PS functions, communications, reporting, and developing new processes.

Currently, we have no fewer than 45 requests that include 1) With the addition of an even greater number of new alumni interviewing cities this year, we need to implement new events and reporting into PeopleSoft to automate this process. Currently, the invitation and tracking of these interviews has been completely manual. 2) With our growing applicant pool, some effort must be made to streamline our application processing. Real process and customer service improvement can only come through the implementation of a university-wide document imaging system and CRM system. These systems will allow us to better serve our customers, provide a work/life balance for staff, and meet the ambitious enrollment goals set forth in the College strategic plan if we are able to fully implement them in a robust way along with IDOC for Financial Aid. Currently, we are unable to track and respond to support documents that come in outside of the application process. Doing so may increase our applicant pool and provide needed follow-up that could pay dividends in increasing our yield. An aggressive review of the PeopleSoft technology needs to be implemented to make sure that this technology is not the "tail wagging the dog." This technology should help us meet our changes recruitment needs as individual admission offices, rather than implementing a "one size fits all" system that does not totally meet the needs of any one office. 3) Currently, we must outsource the promotion, invitations and responses to our off-campus events-costing us money and time. The ability to handle these in the same manner that we do with our current vendor in-house, would be a plus.

Although we are pleased to have the new website, problems still exist. The new Admission website was developed with help from UTS. However, issues in Cascade (our web platform) and HTML require a great deal of technical expertise and are now Admission's responsibility. We are currently correcting technical issues via the UTS helpdesk, which is not ideal for urgent updates

and problems. One of the admission counselors updates content and photos, but we do not have a resident expert whose sole responsibility is web maintenance and technical support for the Admission website. More funding is also needed in this area to better communicate with prospective students and families through more professional email utilizing html and Flash technology by working with a professional marketing company who can do justice to the Emory brand. We also need to bring some current web technology we use to communicate with particular students in-house rather than pay additional funds to outside vendors.

*Staff Retention*

Experienced admission officers, particularly those at a highly selective national university like Emory, have numerous career options. Annual turnover among staff creates an ongoing loop of hiring and training. It further damages our relationships with our most important secondary counselor constituency. Despite last year's salary changes, even more budget and advancement flexibility is needed to retain valuable staff members. Recent benchmarking that included the universities in the top twenty shows that we are significantly understaffed given the size of both our prospect and applicant pools. Further conversation and discussion with universities such as Duke, University of Chicago, Vanderbilt and others validate our findings. Vanderbilt outstaffs us by a little over 2.5 to 1. Both Mike Mills, Northwestern and Janet Rapelye, Princeton, articulated this clearly to the Task Force on Admissions and Aid this year. Though we have worked to streamline processes, clerical staff are unable to keep up with the volume during regular office hours and are required to maintain significant overtime hours, but still do not have enough time to provide the individualized attention that was once the hallmark of our division. Counseling staff are stretched thin dealing with the volume of visitors, emails and phone calls and are unable to spend the time needed to connect personally with students. During travel season, it is not uncommon to have only one counselor in the office during many weeks. Recent additions to our staff are due to new programming initiatives requested by the university and therefore have added to the work volume rather than easing the burden for those currently on staff. Although we attract people to our staff who are loyal and committed, the "burnout" factor makes it impossible for us to retain them.

*International Recruitment Issues*

Staffing and financial assistance remain two challenges which impact our market position in this area each year. As international admission has grown at Emory, both in students inquiring about Emory and with those applying to Emory, managing this population's customer service needs has far exceeded the capacity of one person. The volume of e-mail, phone calls, and visitors to campus related to international admission have grown exponentially; more staffing is needed to better handle this volume. Additionally, as the international applicant pool continues to expand it takes more time each cycle to review those applications; it is important to note these applications require substantially more time than domestic applications to ensure a contextually substantive review by nations' own academic program standards. The second critical issue is the small financial support we are able to provide international students. As more of our competitors enter the international recruitment markets, particularly the Ivies, and they offer full financial aid programs, it becomes

increasingly difficult to matriculate the students we want. Balance, in terms of the number of countries represented in the class is another important issue. As stated earlier, other universities have increased their overall pool of applicants by offering very limited financial aid to a small number of students. The overwhelming majority of the College international applicants and enrollees come from Asia. Without the proper funding and additional personnel, we are unable to sustain aggressive recruitment efforts in other regions causing our market position and history of enrolling Asian students to lead to ever increasing demand from this market. As high school population in the United States begins to drop, we must position ourselves more visibly in the international marketplace.

*Multicultural Recruitment Issues*

While Emory College's undergraduate population is more diverse than many of our peers, we continue to have difficulty enrolling African American students, particularly young men and Hispanic/Latino students. There is a limited pool of these students who meet our admission requirements and we must be more aggressive in educating students and parents about financial aid as well as instituting a packaging strategy that enables this group of students to see Emory as a viable option. Our peer institutions clearly package aid in more aggressively for minority students and we must do the same to be a competitive force in the marketplace. As stated earlier, we must provide an expanded Emory Advantage program for these students to seriously consider Emory over our peers. We should also consider again an expansion of the MLK scholar program to better allow us to draw in these students from other parts of the country. We must provide more tailored personal interaction and outreach to these students and their parents so that they can feel comfortable considering Emory. We must offer all of our brochures as well as our website in Spanish. Additional languages should be added as soon as possible. We must also have funding to bring students to campus not only at the admitted student stage, but also at the prospective student stage. Too many of these students never consider Emory because they do not have the opportunity to visit the campus. Campus community and an atmosphere of inclusiveness play an important role in college choice for this population. We have carved out funding for these students at the admitted stage (see accomplishments) but we should have dedicated funding for this project. We must also request additional outreach funding and staffing to reach students at the middle school level and those in special support programming that is offered throughout the country. Diversity, quality and funding are key points to evaluate as we strategically plan for the future.

## Opportunities

*Financial Aid Consultant-Human Capital*

Emory College will be entering into the eighth year of our engagement with Human Capital, our consultant on financial aid, yield analysis, and enrollment trends thanks to funding from the Provost, Institutional Research and the College. We have the most comprehensive data base and understanding of our current financial aid and admission yield in our history. Further, we have excellent benchmark data to compare our efforts with that of our peers. Human Capital continues

to assist us with our search this year by doing an analysis of our search parameters and helping us choose those who would be the most responsive. As such, our response rate continues to grow in all categories. Human Capital is also looking at the high schools we visit and the work we are doing with our current search firm to explore ways to streamline, cut costs and improve these processes, even taking the time to explore other avenues rather than just looking at our current vendor. Although we recognize that there are cost implications with using an outside firm, Brian's experience and expertise in the field provide more accuracy and "big picture" information than is possible with an internal institutional researcher. Brian completed the following new tasks this year:

*In addition to survey work with the non-matriculant group, he completed a survey of prospects who did not apply just after our admission deadline passed. Those results, we hope, will allow us to learn more about why students choose not to apply and make changes that might change their behavior in future years.

*Strategies to attract and recruit transfers- as the College seems increasingly interested in this population and because we know more students are choosing this option, we need to do more than just sit back and hope we get the needed applicants.

* Travel and recruitment priorities

*Qualifying prospects and strategies to better work those we most want to apply.

*Reevaluating and taking a new path with search

We are still discussing implementation of the following:

*Parent survey- how to get parents in our communication pipeline?

*Qualifying applicants- can we work this group differently? Right now , the same strategy for all is what exists

*Capturing multiple majors/multiple academic interests-may be possible within a new imaging system if there is not a place in PeopleSoft.

*Program review info/outcomes-how to better assess and then use the information gleaned from this.

*Technology*

Historically, PeopleSoft has been one of our biggest struggles because of limited technical support that does not allow us to quickly respond to changes in the marketplace. The promised addition of an admission/aid analyst should help once that person is hired and trained, although the position was approved a year ago to date and no one has been hired. Currently, we have important updates

needed for the online registration page for campus visits and online information request form. Many of our communication problems with PeopleSoft may not be solved until the university purchases a CRM product. Examples include 1) with the addition of a greater number of new alumni interviewing cities each year, we need to implement new events and reporting into PeopleSoft and a CRM to automate this process. Currently, the invitation and tracking of these interviews has been completely manual. This process will also need OnBase coordination. 2) Currently, we must outsource the promotion, invitations and responses to our off-campus events-costing us money and time. The ability to handle these in the same manner that we do with our current vendor in-house, would be a plus.

Although we are generally pleased with the admission website, challenges still exist. The ability to design and expand our media offerings often require technical expertise that goes well beyond the Admission staff's knowledge. The counselor responsible for the site does an outstanding job updating content and photos, but we do not have a resident expert whose sole responsibility is web maintenance and technical support for the Admission website. The office and the university sites are such an important source of information to students and high school counselors that we must provide content that is not only informative but also engaging.

*Expanded Markets*

In order to grow the applicant pool and increase selectivity, more funding will be needed for expansion of student search to grow the prospect pool. We ultimately need to be in contact with ALL high school sophomores and juniors that meet our search parameters. (We currently prioritize the purchase of names based on existing budget.) Many of our top competitors do contact all students who meet their parameters, thus putting us at a competitive disadvantage. As the prospect numbers expand, more budget and staffing will be needed for travel and recruitment programming to convert these students to applicants and matriculants. In the upcoming year, without a budget increase, we will be working more closely with Human Capital to determine which areas will offer us the most in terms of visibility and generating applications. Our new venture with Fire Engine Red paid some dividends last year and we believe, helped us bring in the second largest applicant pool in the College's history. However, more must be done in this arena to grow the applicant pool and yield students. Increased search response means that we will have a much larger pool of prospects to work to convert to applicants. More funding is also needed for travel, especially international travel. We are at least ten years behind many of our competitors in the international recruitment arena.

*Counselor Visitation Programs*

Over the past two decades, Emory University has experienced unprecedented growth and development. Many influential secondary school college counselors have never been to campus or describe Emory from decades past. In some regions of the country there is also provincialism and resistance to sending students to the "deep South".
 When college counselors visit the campus they, without exception, come away from the visit impressed and enthusiastically recommend Emory to their students. The expansion of our current

program, to include both domestic and international secondary counselors, is an excellent way to "seed" new markets, but must be continued annually to continue to have the same effect. Lack of continued funding, particularly for our international counselor program, was a big loss to the office this year. We also need to be able to fund counselor conferences that come to our campus. These offer the opportunity for large numbers of counselors to visit our campus for an extended period of time, but certainly require not only funding and staffing, but buy-in from the rest of the university that this is a valuable function. The addition of a counselor advisory group would also allow us to expand our reach and grow this very important relationship base. We have added additional programming for counselors over the past couple of years but the bulk of what is needed is outside the realm of our current budget.

*Emory Community Support for Admissions*

There exists great potential to increase the communication from the College Dean's office to departments and faculty highlighting ways in which departments and faculty can become more engaged with actively recruiting students. It would be ideal to create a campus mentality based on the belief that it requires students, faculty, and staff (in addition the Admission Office) to attract the prospective students who will be the best fit and contribute most to Emory. Student recruitment must be a valued priority for faculty.

Confidential