# EXHIBIT 82

To:        Jim Valentini
From:      Joanna May and Jessica Marinaccio
Date:      October 14, 2014
Re:        University of Chicago

**Columbia is currently tied for 4th with the University of Chicago in the *US News and World Report* rankings.** UChicago ranked higher than Columbia in the following categories in 2014:

| *Category* | **Columbia** | **UChicago** |
|---|---|---|
| *Faculty Resources* (Class size, faculty salary, proportion of faculty with highest degree in their field, student-faculty ratio & percentage of faculty who are full-time) | 4 | 1 |
| *% of Classes Over 50* | 9% | 5% |
| *Selectivity Rank* (Test scores, percentage of students in the top 10% of graduating class, & acceptance rate) | 5 | 3 |
| *SAT Average* | 1400-1570 | 1440-1590 |
| *% of students in the top 10% of their graduating class* | 93% | 99% |
| *Financial Resources Rank* (Average spending per student) | 11 | 6 |
| *Alumni Giving Rank* | 13 | 4 |
| *% of alumni giving* | 34% | 40% |

**UChicago's recent financial aid changes, coupled with their aggressive recruitment efforts, could lead to a rise in selectivity as well as impact their peer assessment and guidance counselor assessment scores.**

**UChicago has an extensive and aggressive recruitment plan, which includes outreach to students, parents, teachers and guidance counselors.** Some highlights include:

- Counselor Outreach
  - Counselor Advisory Committee: UChicago has an advisory committee of college counselors from across the country and they fly them to campus several times a year.
  - Gifts: UChicago sends gifts (towels, blankets, coffee table books, etc.) to counselors at high schools providing students in the incoming class

1

ATTORNEYS' EYES ONLY

- o Counselor Fly-In: UChicago annually hosts guidance counselors for a fly-in program before the national admissions conference
- Teacher Outreach
  - o UChicago sends gifts to alumni who are high school teachers
- Student & Parent Outreach
  - o Extensive e-communication, including frequent e-mail outreach and bi-weekly interactive Google+ hangouts and blogs
  - o Extensive social media presence, including Facebook, Twitter, Instagram, Tumblr, YouTube and an iPad app
  - o Extensive mailings (as many as 2-3 per week) including personalized postcards with prospective students' names in Gothic lettering
  - o UChicago gifts (sunglasses, t-shirts, beach towels, etc.) send to both admitted and prospective students
  - o Students are notified of admission on March 18th, almost 2 weeks before the Ivy notification date
- Waitlist Process
  - o UChicago begins to admit students from the waitlist prior to May 1st
  - o Some students are offered spaces off the waitlist for the following year's first-year class
  - o Both techniques allow UChicago to lower their admit rate and increase yield

**On October 1, 2014, the University of Chicago launched a major financial aid initiative and outreach plan**, dramatically improving their financial aid program and increasing outreach to low-income students. This may lead to a larger applicant pool, increased selectivity and an improvement in their ranking in *US News & World Report*. Below you will find a comparison of UChicago's financial aid program to Columbia's financial aid program:

| *Policy* | Columbia | UChicago |
|---|---|---|
| *Loans* | No loans for all | No loans for all |
| *Application Fee* | Waived for low-income students who request a fee waiver | Waived for all students applying for financial aid |
| *Application Fee Waiver* | Application fee is waived via the parameters set by the Common Application | Provides an easily downloaded fee waiver for any student who feels the application fee is a financial hardship |
| *Financial Aid Application Requirements* | FAFSA, CSS Profile (costs $25 for the first school & $16 for each additional school with fee waivers for families who make less than $33,000 | FAFSA, UChicago Financial Aid Worksheet & copies of parent tax returns |

2

Columbia_00246837

| | | |
|---|---|---|
| | annually) & copies of parent and student tax returns | |
| *Non-Custodial Parent Policy* | Requires financial information about the non-custodial parent | Does not require financial information about the non-custodial parent |
| *Home Equity Policy* | Considers home equity | Does not consider home equity |
| *Term Time Work Expectation* | Required for all students on aid except Scholars (for some years) | Not required for low-income students |
| *Internship & Research Funding* | By application and not guaranteed | Guaranteed for low-income students (under $90,000 income) |
| *Merit Scholarships* | No merit scholarships | Expanded merit scholarships including scholarships for National Achievement Scholars, National Hispanic Scholars, National Merit Scholars, Chicago public school students and the children of Chicago police officers and firefighters. |
| *Outreach* | 50 joint travel information sessions across the country | 100 admissions and financial aid information sessions across the country |
| | Winter financial sessions in surrounding neighborhood | Fall & winter financial aid and scholarship sessions in surrounding area |
| *Internships* | Available through CCE and other sources | Over 1,000 funded internships |
| *Career Counseling* | Available through CCE (walk-in hours and by appointment) | Every student is assigned a career adviser as a first-year |
| *Leadership Development* | Available through Undergraduate Student Life | New, guaranteed leadership development programming for low-income students |
| *Post-Graduate Opportunities* | 78% of graduates of the Class of 2013 are employed or pursuing graduate study | Claims 95% of graduates had opportunities post-graduation (for the Class of 2012, 92% are employed or pursuing graduate study) |

**We overlap significantly with UChicago in terms of the number of admits, though we currently yield well against them:**

- 145 students admitted to Columbia College were also admitted to the University of Chicago. (ASQ, 2014)

3

ATTORNEYS' EYES ONLY

- UChicago is ranked 4th in terms of the number of overlap admits (after Yale, Harvard and Princeton.) (ASQ, 2014)
- 43% of students admitted to CC and UChicago identify UChicago as their second choice school. (ASQ, 2014)
- 10 students chose UChicago over Columbia College in 2014. ("Not Coming" Data from SIS, 2014)

**With the improvements in UChicago's financial aid program and given their aggressive outreach, there is a real danger of losing low-income and first-generation applicants and admitted students to UChicago. In order to combat the above, we recommend we immediately implement the following initiatives. (Plan A is more comprehensive and more expensive than Plan B.)**

| Project | Plan A | Cost | Plan B | Cost |
|---|---|---|---|---|
| Financial Aid Postcard Series | Expand postcard series to all prospects | $110,000 | Expand postcard series to additional targeted regions (under-represented states, targeted outreach to the Midwest) or mail one postcard of the three-postcard series to all prospects | $40,000 |
| Fee Waiver Postcard | Mail postcard about the fee waiver process to students in Tier 1 and tier 2 targeted low-income regions | $8,000 | Mail postcard about the fee waiver process to students in Tier 1 targeted low-income regions | $3,500 |
| Expand First-Generation and Low-Income Student Programming at Days On Campus | Add additional sessions geared towards first-generation students | $3,000 | | |
| Expand Financial Aid Officer Outreach to Low-Income Students | Pre-schedule low-income families for financial aid appointments at Days on Campus and expand financial aid officer phonathon to all low-income families | Significant assistance from Financial Aid | | |
| Launch Financial Aid Counselor Communication | E-mail counselors about our financial | $0 | | |

4

ATTORNEYS' EYES ONLY

Columbia_00246839

| | aid and application fee waiver policies | | | |
|---|---|---|---|---|
| Expand Fly-In Program for Admitted Students | Fly-in admitted students with incomes between $60,000 and $90,000 | $30,000 | Fly-in admitted students with incomes between $60,00 and $75,000 | $20,000 |
| Expand Partnership with CCE | CCE to host office hours during Days on Campus and assist Admissions in communicating with prospective students | Significant assistance from CCE | | |
| Financial Aid Website Enhancements | Add interactive student profiles and financial aid case studies to financial aid website | Significant assistance from CCIT | | |
| Expand Financial Aid Workshops | Expand financial aid to all 5 boroughs | $5,000 | Double the number of financial aid workshops in surrounding neighborhoods | $2,000 |
| **Total Cost** | | **$156,000** | | **$68,500** |

**Total:**

**In addition, we would like to explore the following initiatives over the next 2-3 years.**

| Project | Description | Cost |
|---|---|---|
| CSS Profile Fee Waiver | Provide a Columbia fee waiver for the cost of the CSS Profile for incoming and returning low-income students | $150,000 |
| Reduced Summer Work Expectation | Reduce by half the required summer work expectation for low-income students for the first year | $1,440,000 |

**We also need to explore the following question prior to releasing Regular Decision letters on March 31st:**

- Will we continue to match UChicago financial aid packages now that they are no longer using an institutional methodology similar to Columbia?

5

**Issues to consider as matching UChicago would mean we are matching a school that:**

- Uses federal methodology versus institutional methodology
- Does not consider non-custodial parent information
- Does not consider home equity
- Has much less financial information about a family than we do
- Might award need-based aid to a student we have deemed ineligible for need-based aid
- May cost Columbia a significant amount in appeals funding

6

ATTORNEYS' EYES ONLY