# EXHIBIT 85
# UNDER SEAL