# EXHIBIT 87
# UNDER SEAL