# EXHIBIT 88
# UNDER SEAL