# EXHIBIT 92



News

# Vanderbilt University announces expansion of its no-loan financial aid

Vanderbilt University is expanding Opportunity Vanderbilt, its nationally recognized no-loan financial aid program.

"Today I'm thrilled to announce Vanderbilt's commitment to offering full-tuition scholarships to admitted students of families whose annual income is $150,000 or less," Chancellor Daniel Diermeier said. "We want everyone who has what it takes to get into Vanderbilt to be able to enroll, regardless of their financial background. If you're admitted, you belong here. And we want to help make sure you can be here."

"Opportunity Vanderbilt is built on the principle that cost should never be a barrier to a world-class education," said Douglas L. Christiansen, vice provost for university enrollment affairs and dean of admissions and financial aid. "While the expansion of our financial aid program provides full-tuition scholarships for families with incomes of $150,000 or less, these same families typically will receive Opportunity Vanderbilt awards greater than full tuition to support housing, food, travel and other college expenses."

For example, the median annual award is $70,350 for families in the income range of $125,000 to $150,000, and the median annual award goes up to $90,640 for families in the income range of $0 to $50,000.

Many families with incomes of more than $150,000 still qualify for financial aid. For example, for families in the income range of $150,000 to $175,000, the median annual award is $62,650. For families with an income of more than $200,000, the median annual award is $39,940.

The university took the bold move to announce Opportunity Vanderbilt in the midst of a global financial crisis in 2008. Since Opportunity Vanderbilt began in the fall of 2009, more than 15,400 students have benefited from the program. Over 19,750 alumni, parents and friends of the university have provided more than $565 million in gifts for endowment support of this program. Approximately 54 percent of the Opportunity Vanderbilt donors are alumni.

Opportunity Vanderbilt has been a significant part of Vanderbilt's upward trajectory, contributing to student diversity, academic excellence and alumni philanthropy. The university has provided more than $2.6 billion in scholarship aid for undergraduate students since 2009, and 65 percent of current undergraduates are receiving some type of financial assistance.

"It is deeply rewarding to see the impact that Opportunity Vanderbilt has on our students," Provost and Vice Chancellor for Academic Affairs C. Cybele Raver said. "Offering full-tuition scholarships for students whose families have incomes of $150,000 or less means that all students are able to pursue their dreams through rigorous, exciting academic pathways here at Vanderbilt."

Feb 8, 2024, 10:12 AM

Share

Media Inquiries

615-322-6397

Latest Stories

Vanderbilt dedicates historical marker honoring legendary Pearl High coach Cornelius Ridley

Save the Date: Graduates Day and Commencement dates announced

Vanderbilt Poll: Post-election, core concerns and views of Tennesseans persist

Share this Story

Explore Story Topics

myVU   releases   C. Cybele Raver   Daniel Diermeier

Doug Christiansen   featured myvu   Office of the Chancellor

Office of the Provost   Office of Undergraduate Admissions

Opportunity Vanderbilt   vuhome-highlight



University Leadership                 Working at Vanderbilt

Residential Colleges                  Events

This Is Vanderbilt                    Logins

Research@Vanderbilt                   Campus Map

Media Resources

Nashville, Tennessee 37240

615-322-7311 • Contact Us

Vanderbilt University's Online Privacy Notice



---

Vanderbilt University is committed to the principle of equal opportunity. Vanderbilt University does not discriminate against individuals on the basis of their race, sex, sexual orientation, gender identity, religion, color, national or ethnic origin, age, disability, military service, or genetic information in its administration of educational policies, programs, or activities; admissions policies; scholarship and loan programs; athletic or other University-administered programs; or employment. Accessibility information. Vanderbilt®, Vanderbilt University® and the Vanderbilt logos are trademarks of The Vanderbilt University. Site Development: Digital Strategies (Communications and Marketing.) © 2024