# EXHIBIT 94
# UNDER SEAL