# EXHIBIT 95

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**STIPULATION AND AGREEMENT BETWEEN PLAINTIFFSS AND DEFENDANT
UNIVERSITY OF NOTRE DAME DU LAC REGARDING DONOR-RELATED
ADMISSIONS AND THE 568 EXEMPTION**

1

Plaintiffs and Defendant University of Notre Dame du Lac ("Notre Dame") stipulate and agrees as follows:

1. For each Academic Year from 2003 through 2022, Notre Dame in some instances admitted students based on factors which included the applicant's family's donation history and/or capacity for future donations ("donor-related admissions").

2. Notre Dame will not for any purpose invoke or claim immunity during this litigation under the 568 Exemption. (See 15 U.S.C. § 1 note; Pub. L. No. 103-382, title V, § 568, 108 Stat. 3518, 4060 (1994)).

3. Plaintiffs agree that, as to Notre Dame, this stipulation and agreement resolves Plaintiffs' Motion to Compel Defendants to Provide FERPA Notices Pursuant to this Court's Order Regarding FERPA and the Production of Certain Documents and Information (Dkt. No. 443-1), and that Plaintiffs will not take any further discovery of Notre Dame as to donor-related admissions, including but not limited to the relief requested in that Motion.

4. Plaintiffs may use or introduce all discovery already obtained from Notre Dame for any purposes Plaintiffs choose, consistent with the Confidentiality Order in this case, including but not limited to introduction into evidence, and with witnesses, at trial. Likewise, nothing in this stipulation and agreement restricts Notre Dame from using any discovery it has provided for any purposes, consistent with this stipulation and the Confidentiality Order.

5. The stipulations and agreements set forth above do not foreclose Notre Dame from responding to any allegations or arguments that Plaintiffs make about Notre Dame's donor-related admissions that go beyond the stipulations and agreements set forth above.

Dated: October 4, 2023                                      Respectfully Submitted,

By:/s/ *Edward J. Normand*                                  By: */s/ Robert A. Van Kirk*
Devin "Vel" Freedman                                        Robert A. Van Kirk
Edward J. Normand                                           Jonathan B. Pitt
Peter Bach-y-Rita                                           Sarah F. Kirkpatrick
Richard Cipolla                                             Matthew D. Heins
FREEDMAN NORMAND                                            Cole T. Wintheiser
FRIEDLAND LLP                                               WILLIAMS & CONNOLLY LLP
99 Park Avenue                                              680 Maine Avenue SW
Suite 1910                                                  Washington, D.C. 20024
New York, NY 10016                                          Tel.: 202-434-5000
Tel.: 646-970-7513                                          rvankirk@wc.com
vel@fnf.law                                                 skirkpatrick@wc.com
tnormand@fnf.law                                            jpitt@wc.com
pbachyrita@fnf.law                                          mheins@wc.com
rcipolla@fnf.law                                            cwintheiser@wc.com

/s/ *Robert D. Gilbert*                                     James Peter Fieweger
Robert D. Gilbert                                           MICHAEL BEST & FRIEDRICH LLP
Elpidio Villarreal                                          444 West Lake Street
Robert S. Raymar                                            Suite 3200
David Copeland                                              Chicago, IL 60606
Steven Magnusson                                            Tel.: 312-222-0800
Natasha Zaslove                                             jpfieweger@michaelbest.com
GILBERT LITIGATORS &
COUNSELORS, P.C.                                            *Counsel for Defendant University of Notre*
11 Broadway, Suite 615                                      *Dame du Lac*
New York, NY 10004
Phone: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@ gilbertlitigators.com
smagnusson@gilbertlitigators.com
nzaslove@ gilbertlitigators.com

Eric L. Cramer
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
ecramer@bm.net
ccoslett@bm.net

3

Richard Schwartz
BERGER MONTAGUE PC
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
rschwartz@bm.net

Daniel J. Walker
Robert E. Litan
Ellen Noteware
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Tel.: 202-559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*