# EXHIBIT 100 UNDER SEAL