# EXHIBIT 116

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*BRIDGET TERRY LONG, PH.D.*

*October 23, 2024*

---



13

1      Q. And I guess, Dr. Long, this will be the

2   first test of having you look at a hard copy.

3           MR. NORMAND:  Tab 26 is Dr. Hill's report.

4           Bryan, I have in mind Paragraph 14 of that

5   report.

6      A. Yes, I see Paragraph 14.

7      Q. Do you see the language Dr. Hill uses in

8   that Paragraph 14, "I therefore conclude that

9   there are no anticompetitive effects that would

10  outweigh any procompetitive benefits of the

11  568 Group, as identified by Dr. Long in her

12  report."

13          Do you see that language?

14     A. I do see that language.

15     Q. In your report, was part of your

16  assignment to assess any procompetitive benefits

17  of the 568 Group?

18     A. I -- as part of doing my report, I was not

19  posed the question specifically about benefits but

20  to evaluate what the 568 Group was, what it did,

21  and to outline the impact of the group.

22     Q. You don't use the word "procompetitive" in

23  your report.  Is that right?

24     A. I would have to look back.  I may have

14

1   used it.  It is not typical of how we think about

2   things in higher education, so it's not a common

3   term that I would use.

4        Q. Do you have an understanding of what

5   Dr. Hill means by "procompetitive benefits"?

6        A. In general, yes.  The questions of the

7   benefits -- essential benefits of the 568 Group.

8   Yes.

9        Q. Do you have in your mind a distinction

10  between the benefits of the 568 Group, on the one

11  hand, and the procompetitive benefits of the

12  568 Group, on the other hand?

13       A. So as an economist, I'm aware of what it

14  means to be competitive.

15         As a expert in higher education, which is

16  a distinct industry that thinks about these things

17  perhaps differently than the average for-profit

18  firm, I did very much focus on the question, if

19  the goal is to increase access and equity for

20  low-income students, did the 568 Group benefit

21  students and families in the system overall.  So

22  that was really the focus of my report.

23       Q. Do you have any understanding as to

24  whether a procompetitive benefit is a term of art

15

1    under the federal antitrust laws?

2        A. That sounds like a legal question, and I'm

3    not here to provide legal opinions.

4        Q. Is, to your understanding, "procompetitive

5    benefit" a term of art in economics?

6        A. As I said, I'm familiar with it more

7    generally with relation to competing for students.

8    I'm aware of how institutions might use different

9    packaging.

10           But with relation to this case and the

11   568 Group being focused on need-based aid and

12   need-based analysis, a family's ability to pay,

13   competition really sits with things like

14   merit-based aid, which is a different part of an

15   institution's considerations for, again,

16   packaging, you know, the combination of loans and

17   grants and work-study, which, again, was separate

18   from the focus of the 568 Group.

19       Q. Do you have any understanding as to

20   whether the conduct that the plaintiffs are

21   challenging in this case is the 568 Group, on the

22   one hand, or the overarching agreement among the

23   defendants, on the other hand?

24       A. My understanding is that there are certain

1    And then looking at their actions, at what

2   was developed through and recommended through the

3   568 Group, what individual institutions did,

4   whether or not they took those recommendations,

5   whether those recommendations over time advanced

6   ways to better estimate what a family's ability to

7   pay was, and then the overarching what happened

8   over time in terms of net price, in terms of

9   institutional grant aid for the defendants, and

10   whether or not they made progress towards the

11   stated goal of the 568 Group.

12   Q. Did you analyze whether the 568 Group

13   benefited low-income students over and above the

14   benefits that those students would have received

15   from policies that defendants would have adopted

16   even if they weren't members of the 568 Group?

17   A. So that takes a number of hypotheticals.

18   Much of my analysis, much of my discussion

19   considers defendants and their peers.  So this is

20   including institutions that are not part of the

21   568 Group and what happened more generally across

22   those institutions, again, as this was part of a

23   larger movement of many institutions.

24    And the 568 Group in its work, in its

24

1    efforts to increase equity and fairness in

2    estimating a family's ability to pay, was in

3    conversation with other industry groups that were

4    also considering these issues.

5         So my report covers not just the

6    defendants.  It also looks at their peers, also

7    looks at what's going on in the industry, and

8    noted that there was many efforts.

9         The 568 Group had a specific purpose or a

10    specific set of institutions.  It made progress on

11    trying to understand how to meet families where

12    they are and address their affordability needs.

13         And I think you're starting to get into

14    questions of larger hypotheticals.  So again, it's

15    important to note that their peer institutions,

16    that many other institutions in higher education

17    were concerned about similar things and were part

18    of much broader efforts.

19    Q. In your analysis, have you tried to

20    disaggregate the impact of the 568 Group on

21    low-income students from other factors?

22    A. If you would please elaborate on what you

23    mean.

24    Q. I take it from your report and your

26

1    but there are many different efforts and factors

2    going on during this period.

3           And then I can evaluate did the 568 Group

4    follow the goal of trying to increase equity,

5    fairness, and accuracy in estimating whether or

6    not families can afford to pay for college and how

7    much.

8        Q. Did you conduct any empirical analyses to

9    evaluate whether the 568 Group benefited

10   low-income students?

11       A. So I, again, looked at the trend of the

12   defendants, the defendants and their peers, as

13   shown in several of the figures of my report.  And

14   I contextualized that with the work that was done

15   within the 568 Group to give a sense of the impact

16   of whether they made progress at increasing access

17   to low-income students.

18       Q. And do you have an opinion as to the

19   extent to which that progress is attributable to

20   the 568 Group as opposed to other factors?

21       A. So because there are many different steps

22   in the process, this isn't like what economists

23   like to do to completely isolate the impact of one

24   policy.

1      But what we can see are the improvements

2  that were made over time to better account for the

3  financial circumstances of low-income students and

4  be responsive to their needs so we can see those

5  changes and see that they are for the benefit and,

6  again, are improving equity and fairness in how we

7  try to measure a family's ability to pay.

8      And that work is part of larger systems of

9  efforts that started before the 568 Group and

10 continue to this day to help institutions to make

11 progress in terms of supporting low-income

12 students and increasing financial aid to them.

13     Q. Do you have an opinion on whether

14 defendants could have achieved this progress for

15 low-income students by spending more on

16 institutional financial aid, by offering larger

17 price discounts?

18     A. So the question that was before me was

19 about the 568 Group, which was solving a problem,

20 which was a very important problem in terms of

21 trying to address the needs of low-income

22 students, if you believe that is essential, that

23 if you're going to meet the needs of students,

24 that you do what you can to improve your

38

1      Q. Do you know whether by that measure any of

2   the defendants improved their social mobility over

3   the last 25 years?

4      A. So my analysis focused on the period of

5   time they were part of the 568 Group where I could

6   observe what financial aid students received,

7   low-income students received, and their net

8   prices.

9         But the longer-term outcomes in terms of

10  what students' longer-term outcomes in terms of

11  their income distribution is not part of my

12  analysis.

13        So we can cite other work from earlier

14  periods of time showing that low-income students

15  who go to highly resourced, strong institutions

16  are more likely to end up in higher income

17  brackets after graduation.

18     Q. Did you analyze in this case whether the

19  overarching agreement among the defendants

20  increased socioeconomic diversity at the

21  defendants' schools?

22     A. So my first priority was to respond to the

23  claims put forth by Dr. Singer about what the

24  568 Group was, what the CM guidelines were, and

39

1   how colleges and universities responded to that

2   information.

3        So that was my first priority, given that

4   was what was highlighted as challenged conduct.

5        The other piece is about the percentage of

6   students from different backgrounds.  Again, I

7   speak about some of the indicators that we see but

8   also noting that eventual outcome is reliant on

9   things far beyond the work of the 568 Group.

10   Q. Is it your understanding since the early

11   2000s the schools in the 568 Group have increased

12   their socioeconomic diversity?

13   A. In general, my understanding is yes, the

14   defendants, along with many of their peers, have

15   increased socioeconomic diversity within their

16   student body.

17   Q. Do you have an opinion as to whether the

18   568 schools would have increased their

19   socioeconomic diversity even if there had not been

20   the 568 Group?

21   A. So given the fact that these principles

22   and values had been expressed before the 568 Group

23   formed -- in fact, the early work of the 568 Group

24   drew upon what the defendants and their peers were

40

1    already doing -- my sense is that directionally

2    the institutions with these commitments would have

3    moved, again, in the direction of increasing the

4    socioeconomic diversity.

5            So it's unclear, again, given the function

6    of the group as really a learning forum about

7    really dicey issues with need-based aid, whether

8    certain decisions or conclusions or evidence would

9    have been brought to bear about how to improve

10   equity and lack of low-income students.

11           My fear is without expertise, strong

12   analysis, discussions among experts, without that

13   that institutions may have felt less confident

14   about their need-analysis systems.  They may have

15   been more cautious.

16           And the thing that I think we have to be

17   very cautious about, this is students' lives.  We

18   don't want to experiment in ways that might very

19   negatively impact students and whether or not they

20   can afford to go to peer institutions.

21           So having a group that focused energy on

22   methods to improve equity and access, my sense is

23   that certainly supported these efforts to a much

24   greater degree than if the group had not existed

41

1   at all, although, again, I think institutions were

2   working to continue an increasing access for

3   low-income students with things like increased

4   outreach and holistic review and some of the other

5   things in my report.

6        Q. Did you analyze in your report whether

7   four-year colleges that were not in the 568 Group

8   have increased their socioeconomic diversity to a

9   greater extent than the schools in the 568 Group?

10       A. So in the report, I did look at the

11  defendants and their peers, also recognizing that

12  some of the institutions in the 568 Group decided

13  to leave or to return, and looking at that group

14  in general being the commitment to improvement in

15  supporting low-income students.

16          But I did not do deep analysis in one

17  institution relative to another institution.  So

18  again, we're dealing with a diverse set of

19  institutions with different resources, context,

20  and so every institution has its own decisions

21  that it needs to make.

22       Q. Did you try to quantify, for purposes of

23  your report, the extent to which the 568 Group

24  itself has helped to increase socioeconomic

1   diversity at those schools?

2        A. So again, in my analysis I provide very

3   specific analysis on their behavior with regard to

4   the 568 Group and how that may have impacted

5   decisions.  And I do look at the overall picture,

6   as I provided in several of my figures.

7            But again, the focus of my analysis was on

8   the conduct that was called into question and the

9   specifics of how the 568 Group functions.

10       Q. Have you reviewed Professor Rothstein's

11  report in this case?

12       A. Yes, I have reviewed that report.

13       Q. And do you have any opinions on his

14  analyses?

15       A. So he's asking a slightly different

16  question in that he's comparing what happened with

17  the defendants relative to other schools.

18           I first would say, again, we're looking to

19  see whether or not they are making progress in

20  terms of supporting low-income students, realizing

21  also that financial aid is just one of many

22  investments that colleges and universities are

23  making in their students, with Dr. Rothstein's

24  work.

71

1  tremendously depending on what part of the country

2  you live in.

3      In some parts of the country it is an

4  important part of a family's savings.  In others,

5  the home equity is less something that families

6  can tap into.

7      So there was a lot of discussion and lack

8  of clarity.  And as you can imagine, as

9  institutions having varied policies, this was

10  confusing for families.

11     Q. When you say in Paragraph 116 of your

12  report that the guidelines, many of which resulted

13  in lower EFCs for many students, have you tried to

14  quantify the percentage of students who had lower

15  EFCs as a result of the guidelines?

16     A. I have not tried to quantify the

17  percentage of students.

18     My focus was on responding to claims by

19  the plaintiffs' expert that the changes in

20  guidelines only went in one direction to the

21  disadvantage of students.  And that's not what I

22  found.

23     Q. Apart from home equity, have you reached

24  any conclusions as to other guidelines that

1   right portion of this up on the screen, for those

2   who are needing the screen version.

3       Q. Would you look at the top of page 13.  Do

4   you see that language in the bullet point,

5   Dr. Long?

6       A. I do.

7       Q. And in that sentence, what do you mean

8   when you say "access"?

9       A. Oh, okay.  Sorry.  In that paragraph or

10  that bullet point, by "access" I mean increasing

11  the ability of students to be able to afford their

12  institution.

13      Q. Is it fair to say that access is a

14  function of, among other variables, the cost of

15  education?

16      A. It is fair to say access is a function of

17  whether or not the students can meet the financial

18  costs they've been presented with.  Yes.

19      Q. Your view is that need-based financial aid

20  improves access to education?

21      A. My view is need-based financial aid

22  improves access for low-income students by

23  increasing their ability to afford to attend

24  college.

103

1    Q. If you'd look at page 86 of your report.

2  Looking at the header, "The 568 Group Was Formed

3  to Improve Equity and Transparency in Need

4  Analysis."  Do you see that?

5    A. I do see that.

6    Q. Do you have an opinion on whether the

7  568 Group was formed to improve access to

8  education?

9    A. My opinion is that the 568 Group took on

10  one piece of a larger puzzle that is necessary in

11  order to improve access to higher education for

12  low-income students.

13    Q. Do you have an opinion on whether the

14  568 Group improved access to education at the 568

15  schools?

16    A. So looking at the nuts and bolts of what

17  the 568 Group did, what the CM guidelines

18  recommended, and the behavior of institutions, I

19  do see examples where the defendants were doing

20  things to better meet the needs of low-income

21  students.

22        And in the aggregate, I see that they are

23  spending more on institutional grant aid, some of

24  them going more toward no-loan programs or

1    reducing the amount of loans that low-income

2    students take on.

3        Q. Do you have an opinion on whether the 568

4    schools would have better improved access to

5    education if they had not created the 568 Group?

6        A. So the question of whether or not they

7    would have improved access more without the

8    568 Group?  That is the question?

9        Q. That's right.

10       A. So in considering the alternative, as I

11   said, these are institutions that have long held

12   these values and principles before the creation of

13   the 568 Group.

14           If the 568 Group had not existed, they

15   would have directionally, my guess is, continued

16   to move in the direction of increasing assets but

17   without the benefit of careful thought about how

18   to estimate the needs of low-income students and

19   to better offer -- make them better able to

20   address their need to pay for college, their

21   affordability issues.

22           So to the degree that the defendants

23   without the 568 Group did not improve their

24   understanding and calculations to meet students

1   where they are given the resources that they would

2   need in order to attend college, that would have

3   impacted their ability to increase access.

4        The question, though, is there issues that

5   the defendants and their peers and many other

6   institutions were concerned about?  Without the

7   568 Group, it's unclear whether or not there would

8   have been improvement to the same degree on

9   elements of how we understand the needs of

10  low-income students.

11       Q. Do you have an opinion on whether Harvard

12  and Princeton did a better job of increasing

13  access than the 568 schools?

14       MS. KIRKPATRICK:  Objection to form.

15       A. So I am not making judgment calls about

16  who did it better.  One thing when I am teaching

17  these concepts with my students is to be careful

18  about making judgments when there are differences

19  in the underlying resources of institutions.

20       For example, we know that community

21  colleges are very committed to the goal of

22  increasing access for low-income students.  So we

23  don't judge them negatively because they have

24  fewer resources to be able to meet the needs of

1   displays defendants' average net price and how it

2   decreased over time for federally aided students

3   in low-income brackets.

4        So you can see over time the average cost

5   of attendance increased, but for students in the

6   lower-income bracket the average net price

7   decreased over time.

8        Q. And for Figures 3, 4, and 5, do you have

9   any opinion on what those numbers would look like

10  if the 568 Group had not been formed?

11       A. So these figures using the IPEDS data are

12  giving you a sense of the trends over time.

13       One thing I would note is the IPEDS data

14  did not break down the financial aid information

15  into specific categories in the ways that are

16  reflected in tables until the 2008 year.  So we're

17  not seeing years previous to that.

18       Would these trends still be relevant

19  without the 568 Group?  Given the fact that these

20  institutions of defendants and many of their peers

21  have long emphasized the values of access for

22  low-income students and their goals to improve

23  need analysis to better meet the needs of

24  low-income students, my expectation is that the

1   defendants would have increased over time their

2   institutional aid.

3        They would have -- we would see reductions

4   in the net price for low-income students, but it

5   is unclear if it would have been at the same pace.

6        It is unclear without the 568 Group if

7   they would have made as much progress on

8   understanding how to account for different

9   elements of the family's financial circumstances.

10       And it's unclear without having such a

11  grounded process, again tapping into experts and

12  data to do the need analysis, if we would have

13  seen the same dramatic trends or if they would

14  have been somehow lessened.

15       But again, it is hard to know the

16  specifics of what would have happened given,

17  again, these were values and goals stated by the

18  defendants and their peers and there were other

19  industry groups that were also noting the

20  importance of need-based aid and trying to improve

21  the calculations of a family's ability to pay.

22   Q. Have you analyzed whether the 568 schools

23  would have made more progress, to use your word,

24  if they had not formed the 568 Group?

1      A. My analysis focuses on the progress that

2  they made and the role of the 568 Group in helping

3  to address a problem that many in the industry

4  noted and then the progress that they made.

5      Q. You've heard the term "horizontal equity"

6  and used it in your report?

7      A. Yes, I have.

8      Q. And "horizontal equity" refers to treating

9  families in similar financial circumstances

10 similarly.  Is that right?

11     A. Yes, generally speaking so.

12     Q. And you've heard the term "vertical

13 equity" and have used that in your report.  Is

14 that right?

15     A. Yes.  That is correct.

16     Q. And that refers to treating families in

17 different financial circumstances differently.

18 Correct?

19     A. That refers to giving more aid to families

20 that have fewer financial resources.

21     Q. Is it your opinion that the 568 Group led

22 to greater horizontal equity at the 568 schools?

23     A. It is my opinion that the 568 Group did

24 advance horizontal equity among the defendants but

112

1    also their peer institutions and many other

2    institutions that they shared the lessons that

3    they learned and the recommendations that they

4    made with the broader industry.

5        Q. Is it your opinion that the 568 Group

6    helped to cause non-568 Group schools to improve

7    their horizontal equity?

8        A. It is my opinion.

9        I can give one example where the work by

10   the 568 Group to better understand how to do

11   cost-of-living adjustments, which is a complicated

12   and dicey topic, that was then shared more

13   broadly, did help institutions to better be able

14   to account for differences, as I've shared before,

15   the students in Manhattan, New York, versus

16   Manhattan, Kansas.

17       Q. Is it your opinion that the 568 Group led

18   to greater vertical equity in the 568 schools?

19       A. It is my opinion that the goal of the

20   568 Group was to improve vertical equity.  And by

21   doing careful analysis and discussion of how to

22   treat different elements, that it likely also

23   increased vertical equity.

24       Q. Have you tried to quantify the extent to

113

1 which the 568 Group increased vertical equity?

2   A. So my analysis looks at whether or not the

3 group has implemented the stated goals that it had

4 to improve both horizontal and vertical equity and

5 whether or not the behavior -- the recommendations

6 that came out of the 568 Group and the behavior of

7 the institutions reflect them actually living up

8 to that goal.  And that is what I find.

9   Q. Is it your opinion that the 568 Group

10 reduced the variation in needs estimates that the

11 568 schools provided to their students?

12   A. So the question of variation in comparison

13 to other students is to improve equity.  It's not

14 that we're trying to reduce the variation across

15 students.  But any one student, given their

16 financial circumstances, is hopefully now getting

17 a more transparent, equitable, and fair estimate

18 of their ability to pay.

19   So unlike what we see when we looked

20 earlier at Figure 7, you don't have schools

21 estimating vastly different abilities to pay and

22 instead see concerted efforts, thoughtfulness,

23 commitments to equity, so that a family is

24 understanding in a much more transparent way how

119

1    in need analysis.

2        Q. And in this context, what do you mean by

3    "fairness"?  I don't mean to be dense.  But in

4    this context, what does that mean?

5        A. So the concept of fairness goes back to

6    the concept of horizontal and vertical equity.

7            Fairness, if we are trying to meet the

8    needs of low-income students and increase their

9    access, means that we devote more financial aid to

10   students who have fewer resources.

11           Fairness also means that two students may

12   appear to have very different economic

13   circumstances; when we look at the details realize

14   they have the same ability to pay.  We would

15   calculate a similar financial need based on the

16   data sets the schools have.

17       Q. And is it your opinion that the 568 Group

18   increased fairness and equity across the 568

19   schools?

20       A. It is my opinion that the 568 Group had

21   the goal of increasing fairness and equity and

22   took steps through their discussions and research

23   to put forth a series of recommendations that in

24   fact did a better job at trying to account for a

120

1    family's ability to pay.

2         And then the defendants and others made

3    individual institutional decisions about whether

4    or not to accept those recommendations or to use

5    different policies, but again, with the overall

6    goal of priority of need-based aid and trying to

7    increase access for low-income students.

8         Q. Is it your opinion that the 568 guidelines

9    were a factor in increasing fairness and equity

10   across the 568 schools?

11        A. It is my opinion that the CM guidelines

12   that came out of the 568 Group provided valuable

13   information and, as they changed over time, really

14   reflected learning what was going on among these

15   institutions and their peers and others about how

16   best to estimate a family's ability to pay.

17        So with that goal in mind, the 568 did

18   help advance that goal for the defendants and for

19   other schools.

20        So again, the defendants could look at the

21   recommendations.  And as we see in the record,

22   there were lots of different opinions.  There was

23   lots of discussions.

24        Many of these issues, it's not obvious

125

1   costs.

2        And on the other side, if the willingness

3   to pay results in us giving money to families who

4   can afford to pay for the full price, then the

5   concern is that that money is being given in a way

6   that is not advancing the public mission.

7        Q. Would you agree with Dr. Baum's statement

8   in her primer that equity is the primary

9   motivation for need analysis?

10       A. I would agree, just generally speaking,

11  that, yes, need analysis is trying to get to fair,

12  equitable estimates of a family's ability to pay

13  based solely on their financial circumstances.

14       Q. Would you agree, as Dr. Baum says in the

15  primer, that there is no definitive way to measure

16  the equity of any particular policy?

17       A. I am not aware of that statement and would

18  need to see --

19       Q. For any of these, Dr. Long, I can show you

20  the language.  So this is Tab 6, which I guess

21  will be Exhibit 4.

22       (Exhibit 4 marked for identification)

23       A. I have this document.

24       Is there a place I should go?

 1    bit.  That's Tab 6 or Exhibit 4.

 2        A. Okay.

 3        Q. I'm looking at the first full paragraph on

 4    page 29, beginning "Profit-making firms."

 5        A. Yes, I see that.

 6        Q. Would you agree that not-for-profit

 7    colleges and universities must pay considerable

 8    attention to managing both revenues and costs?

 9        A. I do agree that nonprofit colleges do need

10    to pay attention to their resources.

11        Q. Looking at page 49 of the primer.  And I'm

12    looking at the first full paragraph on page 49.

13    If you could read that, Dr. Long, and let me know.

14        A. Okay.  I've read that first paragraph.

15        Q. Thank you.  Dr. Baum says in that

16    paragraph, "There is no absolute standard against

17    which a need analysis methodology can be measured,

18    and many of the judgments involved in constructing

19    a methodology are subjective."  Do you see that

20    language?

21        A. I do see that language.

22        Q. Do you agree with that?

23        A. I do agree that designing a need analysis

24    methodology is a complicated thing with certain

1    elements being subjective, others being formed

2    with evidence.

3          But it is, again, something that requires

4    a lot of thoughtfulness and debate and discussion,

5    which is what we see from the documents in this

6    case.

7       Q. Do you think there's any absolute standard

8    against which to measure a need analysis

9    methodology?

10      A. So as we discussed before, trying to

11   evaluate a need analysis methodology by itself in

12   a vacuum is difficult to think of how you would

13   approach that.

14         But even as Dr. Baum says in the final

15   sentence, you can examine aspects of practices and

16   potential modifications.  You can do the

17   comparative statics that we discuss to see whether

18   or not a methodology is moving in a direction that

19   advances equity, advances efficiency, following

20   these economic principles.

21      Q. Dr. Baum says later in the primer, "Even

22   if we could agree on a clear ranking of aid

23   applicants based on financial capacity, the

24   precise amount of the expected contributions would