# EXHIBIT 118

**Date:** Thursday, July 9 2015 02:56 PM

**Subject:** Re: [568council-list] 568 Exemption Renewal Passes Both House and Senate Judiciary Committees

**From:** Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu>

**To:** Christy Miller <miller.337@nd.edu>; Gary Rigley <grigley@nd.edu>; James.P.Malloy.2 <malloy.2@nd.edu>; Jessica.L.Schiller.10 <jschill2@nd.edu>; Jon.A.McCallie.1 <Jon.A.McCallie.1@nd.edu>; Kelli Kalisik <kkalisik@nd.edu>; Kristine.A.Butz.3 <Kristine.A.Butz3@nd.edu>; Michael Riemke <mriemke@nd.edu>; Nicole Lodewyk <nlodewyk@nd.edu>; Noah Emery <Noah.Emery.21@nd.edu>; Rosanne.Molenda.1 <rmolenda@nd.edu>; Yolanda Teamor <yteamor@nd.edu>;

**CC:** Bob Mundy <Robert.M.Mundy.1@nd.edu>; Brian Lohr <blohr@nd.edu>; Thomas Bear <Thomas.E.Bear.2@nd.edu>;

The 568 legislation has passed and is extended for another 7 years. We believe this is great news for Notre Dame and how we compete and try to "level" the playing field at least in the calculation of need.

Keep in mind that this legislation does not allow us to collaborate on packaging so we will continue to see packaging differences.

Mary

**Mary Nucciarone**

*Director Financial Aid*

Office of Student Financial Services

115 Main Building

University of Notre Dame

Notre Dame, IN 46556

574-631-6436 (Office)

574-631-6899 (FAX)

**Confidentiality Requirement:** This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email.

On Thu, Jul 9, 2015 at 10:40 AM, Megan Arleth <marleth@mit.edu> wrote:

Dear Colleagues,



CONFIDENTIAL

ND_0065243

It has been a very positive couple of days for our advocacy efforts to renew the Section 568 antitrust exemption. Thanks to great work of our consultants at Covington and Burling, the legislation that renews the antitrust exemption for another 7 years passed both the House and Senate Judiciary Committees this week with no opposition. All members who spoke in support of the legislation noted its importance to access and affordability and in protecting need-based aid. The legislation, which is bipartisan and bicameral – a rarity in Washington nowadays – will now move to the House and Senate floor for a vote. When that will occur is unclear, but it could be before Congress breaks for the August recess.

I will continue to keep you updated as the bill moves through the legislative process. Please don't hesitate to reach out to me if you have any questions.

Best regards,

Megan

Megan Arleth

Director of Public Issues

Consortium on Financing Higher Education

1717 Massachusetts Avenue, NW, Suite 551

Washington, DC 20036

(202) 663-5926

---

568council mailing list
568council@mit.edu
http://mailman.mit.edu/mailman/listinfo/568council

CONFIDENTIAL