# EXHIBIT 119

LEXITAS

39

1  look at a policy and say, is this
2  producing -- does elimination of home
3  equity produce a fair and equitable
4  computation, that is still something we
5  would talk about and review and say yes,
6  we want to continue to, on a case-by-case
7  basis, look at home equity in the context
8  of an individual family.
9          That's the kind of review.
10 So if you're asking about statistics and
11 those kinds of things, no.
12     Q.  You said there came a time
13 when you were on the 568 Technical
14 Committee?
15     A.  Yes.
16     Q.  Do you know when that tenure
17 started?
18     A.  I don't, off the top of my
19 head.  But I think I've been on there
20 about six years.  So probably -- I can't
21 even do the math in my head today.  I
22 think it's been about six years, six,
23 eight years, as -- at the most.
24     Q.  You were on the technical

230

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

10       A.   Yes.
11       Q.   Do you know if Notre Dame
12   was involved in modifying or editing
13   these policy guidelines between 2004 and
14   2010?
15       A.   I believe Joe was still on
16   the technical committee at this point in
17   time, and so his membership would include
18   providing input into these policies.  And
19   he would have attended their public
20   meetings, which also could have included
21   conversation about these specific
22   policies, if that was part of the agenda.
23       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮