# EXHIBIT 120

52

```
1       A. Yes.
2       Q. So you said the A rating you know if
3  parents or grandparents have given or pledged
4  $███ million or more?
5       A. So A rating is $███ million.  If you're a
6  grandparent, you become a B.
7       Q. So if an applicant's grandparent gave
8  $███ million or more, they're scored B?
9       A. That's correct.
10      Q. Is that true even if the grandparents gave
11 a billion dollars?
12      A. I'm not sure.
13      Q. Okay.  And do you know what a B rating is
14 currently?
15      A. I don't remember, off the top of my head.
16      Q. Or a C rating?
17      A. I think the floor is ███████ but I'm not
18 100 percent sure.
19      Q. And what does "a watch rating" currently
20 mean?
21      A. A watch rating, I think it has a dollar
22 threshold, but it also will include some of our
23 really active volunteers who may not have given at
24 that giving threshold.
```

53

1   Q. And what is a follow?
2   A. Those are people who after the admissions
3 comes through we want to make sure that we keep
4 track of what the outcome was, either because
5 they're somebody who has been actively involved
6 with us or, you know, it may have been a name that
7 we were made aware of.  Those don't go to
8 admissions.
9   Q. The follows don't go to admissions?
10   A. No.
11   Q. But the other categories do?
12   A. The other categories, to my knowledge, end
13 up with admissions, with the dean of admissions.
14   Q. And why are the applicants scored and
15 those scores sent to the dean of admissions?
16   A. Because these are active and generous
17 alumni.  And it's my understanding it's one factor
18 that can be taken into account, among many, when
19 they're looking at students.
20   Q. So your understanding is that this
21 information that you're sending to the admissions
22 office can be taken into account when deciding
23 admissions decisions?
24   A. That's my understanding.