# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sia Henry, et al.
                       Plaintiff,

v.                                        Case No.: 1:22−cv−00125
                                              Honorable Matthew F. Kennelly

Brown University, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 23, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: The motions by plaintiffs [761] seal [762] and by defendant University of Pennsylvania [765] to file certain items under seal are all granted. The Court understands from the parties' submissions that the materials have been placed under seal, and they should be maintained that way by the Clerk. Redacted versions are to be filed in the public record. All parties are advised that upon the completion of class certification and Daubert briefing, the complete (i.e. unredacted) versions of the parties submissions are to be provided to Judge Kennelly's chambers on a USB drive with each exhibit bookmarked within the PDF of the docket item. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.