**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO- GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO TRANSFER FUNDS TO PAY NOTICE AND CLAIMS ADMINISTRATION INVOICES FOR AUGUST, SEPTEMBER, OCTOBER, AND <u>NOVEMBER 2024</u>**

On July 20, 2024, the Court entered an Order Granting Final Judgment and Order of Dismissal, Approving Settlements with Defendants Brown University, University of Chicago, The Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Rice University, Emory University, Northwestern University, William Marsh

Rice University, Vanderbilt University, and Yale University, and Granting Settlement Class Counsel's Notice of Supplemental Authority and Supplemental Memorandum of Law Supporting Their Motion for Service Awards, Reimbursement of Expenses, and Attorneys' Fees in Light of Recent Authority (the "Final Approval Order"). ECF No. 726. There, the Court held that it retains exclusive jurisdiction "to consider or approve administration costs and fees, including but not limited to fees and expenses incurred to administer the Settlements and Revised Plan of Allocation and the Allocation Plan Process after the entry of the Order and Final Judgment." Final Approval Order ¶ 12. The Court also appointed Angeion Group LLC ("Angeion") as the claims administrator. *Id.* ¶ 18. Plaintiffs now move for reimbursement of certain claims administration expenses pursuant to the Final Approval Order.

Angeion has provided Plaintiffs with invoices for August 2024, September 2024, October 2024, and November 2024 (attached hereto as Exhibits A, B, C, and D respectively) for work done providing written and emailed notice and administering the claims process for these settlements. The August invoice totals $10,159.05, the September invoice totals $65,848.11, the October invoice totals $39,498.26, and the November invoice totals $86,412.82. The sum of these invoice amounts is $201,918.24.

Plaintiffs respectfully request that the Court permit Plaintiffs to transfer $201,918.24 from the settlement escrow accounts to Angeion in satisfaction of these invoices.

Dated: January 10, 2025　　　　　　　　　　　　　　　　　Respectfully Submitted,

By:/s/*Robert D. Gilbert*　　　　　　　　　　　　　　　/s/ *Edward J. Normand*
Robert D. Gilbert　　　　　　　　　　　　　　　　　　Devin "Vel" Freedman
Elpidio Villarreal　　　　　　　　　　　　　　　　　　Edward J. Normand
Robert S. Raymar　　　　　　　　　　　　　　　　　　Richard Cipolla

2

| | |
|---|---|
| David S. Copeland<br>Natasha Zaslove<br>**GILBERT LITIGATORS &**<br>**COUNSELORS, P.C.**<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (646) 448-5269<br>rgilbert@gilbertlitigators.com<br>pdvillarreal@gilbertlitigators.com<br>rraymar@gilbertlitigators.com<br>dcopeland@gilbertlitigators.com<br>nzaslove@gilbertlitigators.com | Peter Bach-y-Rita<br>**FREEDMAN NORMAND**<br>**FRIEDLAND LLP**<br>99 Park Avenue<br>Suite 1910<br>New York, NY 10016<br>Tel: 646-970-7513<br>vel@fnf.law<br>tnormand@fnf.law<br>rcipolla@fnf.law<br>pbachyrita@fnf.law |
| /s/*Eric L. Cramer*<br>Eric L. Cramer<br>Ellen T. Noteware<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215-875-3000<br>ecramer@bm.net<br>enoteware@bm.net | Daniel J. Walker<br>Robert E. Litan<br>Hope Brinn<br>**BERGER MONTAGUE PC**<br>2001 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 20006<br>Tel: 202-559-9745<br>rlitan@bm.net<br>dwalker@bm.net<br>hbrinn@bm.net |
| Richard Schwartz<br>**BERGER MONTAGUE PC**<br>1720 W Division<br>Chicago, IL 60622<br>Tel: 773-257-0255<br>rschwartz@bm.net | |

*Counsel for Plaintiffs*