# EXHIBIT A



**Writing the Rules**

1650 ARCH STREET • SUITE 2210 • PHILADELPHIA, PA 19103
PHONE 215.563.4116 • FAX 215.525.0209 • INVOICES@ANGEIONGROUP.COM

**ISSUED TO:** 568 Group Cartel
c/o Eric L. Cramer, Esq. of Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**INVOICE DATE:** 8/31/2024
**INVOICE NUMBER:** NY012505
**CASE NAME:** *568 Group Cartel*
**DEPARTMENT NUMBER:** 3865
**TERMS OF PAYMENT:** Due Upon Receipt

| DESCRIPTION OF SERVICES | QUANTITY | UNIT | PER UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Notification Fees & Costs - Email Notice** | | | | |
| Set up, formatting and proofing the email notice (English only) | 2.60 | Per Hour | $170.00 | $ 442.00 |
| Generate the list of applicable email addresses, standardizing and validating the email addresses | 7.4 | Per Hour | $150.00 | $ 1,110.00 |
| | | | | |
| **Notification Fees & Costs - Mail to Class Members** | | | | |
| Set up, formatting and proofing the long form notice | 0.8 | Per Hour | $170.00 | $ 136.00 |
| Generate the list of applicable addresses, advance calculations and standardizing the list | 4.7 | Per Hour | $150.00 | $ 705.00 |
| | | | | |
| **Processing Undeliverable Direct Mail Notices** | | | | |
| Process notices returned as undeliverable (est. @ 10%) | 29 | Per Notice | $0.50 | $ 14.50 |
| | | | | |

| DESCRIPTION OF SERVICES | QUANTITY | UNIT | PER UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | 1 | Per Month | $165.00 | $ 165.00 |
| Revisions to website subsequent to set-up | 1 | Per Hour | $175.00 | $ 175.00 |
| | | | | |
| **Call Center Requirements** | | | | |
| "IVR" Operating System | 1,783 | Per Minute | $0.20 | $ 356.60 |
| Per Transcription | 4 | Per Trans. | $2.00 | $ 8.00 |
| | | | | |
| **Processing Notice Requests and Class Member Correspondence** | | | | |
| Class member correspondence (sending/returning emails and speaking to class members on the phone) | 41.7 | Per Hour | $70.00 | $ 2,919.00 |
| | | | | |
| **Angeion Reporting Requirements** | | | | |
| Drafting court documents, affidavits, status reports and other counsel requested reporting | 0.3 | Per Hour | $170.00 | $ 51.00 |
| Project Management | 22.5 | Per Hour | $170.00 | $ 3,825.00 |
| | | | | |
| **Distribution and Post Distribution** | | | | |
| Generate Distribution list & Post Distribution Services | 1 | Per Hour | $100.00 | $ 100.00 |
| | | | | |
| **Document Intake & Records Management** | | | | |
| Scanning of all documents | | Per Page | $0.08 | $ - |
| Document Storage | 1 | Per Box/Month | $1.95 | $ 1.95 |
| Image Storage | 1 | Per Month | $150.00 | $ 150.00 |

| | |
|---|---|
| Subtotal: | $10,159.05 |
| Sales Tax: | $0.00 |
| Payments/Credit Applied: | |
| Total Due: | $10,159.05 |

*Please reference the above invoice number when remitting payment.*