# EXHIBIT D



**ANGEION GROUP**
*Writing the Rules*

1650 ARCH STREET • SUITE 2210 • PHILADELPHIA, PA 19103
PHONE 215.563.4116 • FAX 215.525.0209 • INVOICES@ANGEIONGROUP.COM

**ISSUED TO:** 568 Group Cartel
c/o Eric L. Cramer, Esq. of Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**INVOICE DATE:** 11/30/2024
**INVOICE NUMBER:** NY013146
**CASE NAME:** *568 Group Cartel*
**DEPARTMENT NUMBER:** 3865
**TERMS OF PAYMENT:** Due Upon Receipt

| DESCRIPTION OF SERVICES | QUANTITY | UNIT | PER UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Processing Undeliverable Direct Mail Notices** | | | | |
| Process notices returned as undeliverable (est. @ 10%) | 1,631 | Per Notice | $0.50 | $ 815.50 |
| Print returned notices & notices that have a forwarding address (est. @ 1%) | 3,498 | Per Notice | $1.50 | $ 5,247.00 |
| Postage estimate for remailing returned notices to a new address | 3,498 | Per Notice | $0.56 | $ 1,958.88 |
| | | | | |
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | 1 | Per Month | $165.00 | $ 165.00 |
| | | | | |
| **Call Center Requirements** | | | | |
| Set-up, design and implementation of IVR (Integrated Voice Response) | | One-Time Fee | $950.00 | $ - |
| "IVR" Operating System | 1,952 | Per Minute | $0.20 | $ 390.40 |
| Monthly Maintenance Fee is $55.00 if minimum usage time does not meet threshold | | Per Month | $55.00 | $ - |
| Transcription Services (reporting once per month) for address updates and notice requests | | One-Time Fee | $450.00 | $ - |
| Per Transcription | 99 | Per Trans. | $2.00 | $ 198.00 |
| | | | | |
| **Processing Notice Requests and Class Member Correspondence** | | | | |
| Class member correspondence (sending/returning emails and speaking to class members on the phone) | 171.48 | Per Hour | $70.00 | $ 12,003.83 |
| | | | | |
| **Angeion Reporting Requirements** | | | | |
| Drafting court documents, affidavits, status reports and other counsel requested reporting | 2.9 | Per Hour | $170.00 | $ 493.00 |
| Project Management | 15.4 | Per Hour | $170.00 | $ 2,618.00 |
| Executive Project Management | 1.8 | Per Hour | $550.00 | $ 990.00 |
| Project Coordinator / Additional reporting | 6.8 | Per Hour | $100.00 | $ 680.00 |
| Expert Fees - Declaration/Notice Plan (Director) | | Per Hour | $300.00 | $ - |
| | | | | |
| **Claims Administration Fees & Costs** | | | | |
| Online claim forms (1 - 50,000) | | Per Claim | $0.50 | $ - |
| Online claim forms (50,001 - 100,000) | 46,403 | Per Claim | $0.30 | $ 13,920.90 |
| Online claim forms (100,001+) | 230,426 | Per Claim | $0.20 | $ 46,085.20 |
| Hard Copy claim forms | 48 | Per Claim | $5.95 | $ 285.60 |
| Review supporting documentation | 0.70 | Per Hour | $70.00 | $ 49.00 |
| Relaying deficient claim information to class members, assisting class members cure deficient claims and auditing claims | 3.80 | Per Hour | $80.00 | $ 304.00 |
| | | | | |
| **Document Intake & Records Management** | | | | |
| Scanning of all documents | 707 | Per Page | $0.08 | $ 56.56 |
| Document Storage | 1 | Per Box/Month | $1.95 | $ 1.95 |
| Image Storage | 1 | Per Month | $150.00 | $ 150.00 |

| | |
|---|---|
| Subtotal: | **$86,412.82** |
| Sales Tax: | |
| Payments/Credit Applied: | |
| **Total Due:** | **$86,412.82** |

*Please reference the above invoice number when remitting payment.*