**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Sia Henry, et al.
                        Plaintiff,

v.                                           Case No.: 1:22−cv−00125
                                                  Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for preliminary approval [776] is set for a video hearing on 1/24/2025 at 1:00 p.m. at the same date and time as the status hearing on that date. The telephonic motion hearing set for 1/24/2025 at 1:00 p.m. is vacated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.