# Exhibit B

**Notice of Approved Class Action Settlement**

**IF YOU RECEIVED FINANCIAL AID IN A FULL-TIME UNDERGRADUATE PROGRAM AT CERTAIN PRIVATE UNIVERSITIES BETWEEN 2003 AND 2024 YOU COULD BE ELIGIBLE FOR A PAYMENT.**

*A federal court directed this Notice.*
*This is not a solicitation from a lawyer.*

*This Notice is only a summary. More detailed information can be found at:*

**www.FinancialAidAntitrustSettlement.com**
*Questions? 1-833-585-3338*

Financial Aid Antitrust Settlement
c/o Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

**Electronic Service Requested**


NUMERIC EQUIVALENT

Postal Service: Please Do Not Mark Barcode

Claim ID: «Claim ID»
Confirmation Code: «Confirmation Code»

‹‹FirstName›› ‹‹LastName››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹State›› ‹‹Zip››

**Why am I receiving this Notice?** The Court authorized this Notice because you are entitled to know about your rights under the class action Settlements with the Settling Universities.

The Settlement Class consists of: All U.S. citizens or permanent residents who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, and (c) whose tuition, fees, room, or board to attend one or more of Defendants' full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year. The Class Period is defined as follows:

- For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale – from Fall Term 2003 through February 28, 2024.
- For Brown, Dartmouth, Emory – from Fall Term 2004 through February 28, 2024.
- For CalTech – from Fall Term 2019 through February 28, 2024.
- For Johns Hopkins – from Fall Term 2021 through February 2024.

**What do these Settlements provide?** Brown University, the University of Chicago, the Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University have agreed, collectively, to provide $284 million in cash for the benefit of the Settlement Class as part of a Settlement Fund. Every member of the Settlement Class who (a) did not exclude him, her, or themselves from the Settlement Class by the deadline, and (b) files a valid and timely claim **postmarked or submitted online by December 17, 2024** will be paid from the monies from the Settlement Fund of $284 million, minus the sum of the following amounts, which have been approved by the Court (1) the cost of settlement administration and notice, applicable taxes on the Settlement Fund, and any other related tax expenses; (2) money awards for the Settlement Class Representatives for their service on behalf of the Settlement Class; and (3) attorneys' fees and reimbursement of expenses for Settlement Class Counsel.

**How do I ask for money from these Settlements?** If you are a member of the Settlement Class, you must submit a valid and timely claim to get money from the Settlement Fund. You can submit a claim online on the Settlement Website, **www.FinancialAidAntitrustSettlement.com**. You will need the unique Claim ID and Confirmation Code located on the front of this postcard to submit a Claim Form online. Claim Forms must be **postmarked or submitted online by December 17, 2024**. You can also request a paper Claim Form by emailing **Info@FinancialAidAntitrustSetttlement.com** or by calling toll-free, **1-833-585-3338**.