# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.

                      Plaintiff,

v.                                                Case No.: 1:22−cv−00125

                                                           Honorable Matthew F. Kennelly

Brown University, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 3/20/2025. (1) As proposed by plaintiffs' counsel (and without objection) the claims filing deadline is extended to 4/3/2025. (2) The parties' joint proposal regarding summary judgment briefing is approved. (3) The parties are directed to prepare draft orders on points (1) and (2) and send them to Judge Kennelly's proposed order email address. (4) The Court provided several dates for an in−person Daubert hearing relating to Prof. Singer. The parties are to agree upon a date and are to confer regarding the nature and scope of the hearing and are to file a joint status report on these points 3/24/2025. (5) For the reasons stated in the sealed hearing the disputed material filed under seal by University of Pennsylvania is to remain under seal; and plaintiffs' request to unseal it (which the Court took as a motion to reconsider) is denied. (6) The Court will set a further status hearing after it sets the date for the Daubert. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.