**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>                Defendants. | Case No.: 1:22-cv-00125<br><br>**Hon. Matthew F. Kennelly** |

**ORDER EXTENDING THE DEADLINE TO FILE A CLAIM FOR THE SETTLEMENTS WITH DEFENDANTS BROWN UNIVERSITY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, NORTHWESTERN UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, AND YALE UNIVERSITY TO <u>THURSDAY APRIL 3, 2025</u>**

WHEREAS, on July 20, 2024, the Court entered an order granting final approval of

settlements with Defendants Brown University, University of Chicago, the Trustees of Columbia

University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University ("Final Approval Order for the First Ten Settlements") (ECF No. 726);

WHEREAS, in Paragraph 18 of the Final Approval Order for the First Ten Settlements, the Court confirmed the appointment of Angeion Group LLC ("Angeion" as the Settlement Administrator;

WHEREAS, in Paragraph 23 of the Final Approval Order for the First Ten Settlements, the Court ordered that Settlement Class Members have 150 days from the date of the entry of the Order to submit their claims, which translated to a deadline of December 17, 2024;

WHEREAS, between December 18, 2024 and December 31, 2024 (inclusive), the Settlement Claims Administrator received 7,846 late claims;

WHEREAS, on February 13, 2025, a Settlement Class Member requested an extension to submit a claim for the settlements with Defendants Brown University, University of Chicago, the Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University ("First Ten Settlements") (ECF No 791);

WHEREAS, on March 13, 2025, another Settlement Class Member requested an extension to the deadline to file a claim for the First Ten Settlements (ECF No. 815);

WHEREAS, Settlement Class Counsel proposed extending the deadline to file claims for the First Ten Settlements to April 3, 2025 (ECF No. 820); and

WHEREAS, in a status conference held on March 20, 2025, no one opposed an extension to the claims filing deadline for the First Ten Settlements to April 3, 2025.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The deadline to file claims for the settlements with Defendants Brown University, University of Chicago, the Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University is hereby extended to April 3, 2025.

2. Settlement Class Counsel shall consider the 7,846 claims submitted between December 18, 2024 and December 31, 2024 as timely.

3. Settlement Class Counsel shall notify the Settlement Class Member who contacted the Court on February 13, 2025 that the deadline to file a claim for the First Ten Settlements has been extended to April 3, 2025.

4. Settlement Class Counsel shall consider the paper claim attached to the filing of the Settlement Class Member who contacted the Court on March 13, 2025 as timely.

5. Settlement Class Counsel shall direct Angeion to prominently display on the settlement website (www.FinancialAidAntitrustSettlement) that the deadline for filing a claim in the settlements with Defendants Brown University, University of Chicago, the Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University has been extended to April 3, 2025.

Dated: March 23, 2025                                SO ORDERED

_____
Matthew F. Kennelly
United States District Judge