UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br>     *Plaintiffs,*<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br>     *Defendants.* | Civil Action No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

ORDER SETTING PAGE AND PARAGRAPH LIMITS
FOR DISPOSITIVE MOTIONS AND RULE 56.1 STATEMENTS

Plaintiffs and Defendants respectfully request that the Court grant the parties leave to file summary judgment briefs and Rule 56.1 statements that exceed the limits set under the Local Rules. The parties hereby stipulate and agree to, and further request that the Court enter, the following Order with respect to page and paragraph limits:

1

I. **Summary Judgment Briefs**

1. The total pages for summary judgment briefs addressing the statute of limitations shall be limited as follows:

- 20 pages for Defendants' opening brief;
- 20 pages for Plaintiffs' opposition brief;
- 10 pages for Defendants' reply brief.

2. The total aggregate pages for summary judgment briefs addressing all merits issues shall be limited as follows:

- 50 pages for opening briefs;
- 50 pages for opposition briefs;
- 25 pages for reply briefs.

II. **Rule 56.1 Statements**

3. Rule 56.1(a)(2) statements shall be limited to 120 paragraphs in the aggregate for all summary judgment briefing. Rule 56.1(b)(3) response statements shall be limited to 60 paragraphs in the aggregate for all summary judgment briefing.

**SO ORDERED.**

Dated: 3/23/2025

Hon. Matthew F. Kennelly