## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.
                          Plaintiff,

v.                                                  Case No.: 1:22−cv−00125
                                                       Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person Daubert hearing is set for 4/14/2025 at 12:45 PM. The Court notes that this is 45 minutes earlier than previously proposed and trusts that the earlier start time will not pose an insurmountable problem. If it does, then the party for which it poses a problem must advise the Court in writing regarding the specifics of the problem by 12:00 noon Central Time today (3/25/2025). The Court will issue a further order within the next several days regarding the specifics of the hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.