**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sia Henry, et al.
                          Plaintiff,

v.                                       Case No.: 1:22−cv−00125
                                                              Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Docket entry 834 included a date error and is corrected to read as follows (change shown in **bold type**). The Court has reviewed the parties' proposals regarding the Daubert hearing on the motion to exclude opinions of plaintiffs' expert Dr. Singer. The purpose of the hearing is to determine whether, and the extent to which, Dr. Singer's challenged opinions meet the requirements of Daubert and Federal Rule of Evidence 702 and are therefore admissible. The hearing is not the equivalent of a trial on the merits or a mini−trial regarding the degree of persuasiveness of Dr. Singer's challenged opinions vis−a−vis the opinions of the defendants' experts. In addition, the parties should assume that the Court has read and studied the pertinent written materials that have been submitted, which of course include the defendants' examination of Dr. Singer during his deposition and their rebuttal experts 9; reports and related materials. The hearing will begin promptly at 12:45 PM on **4/14/2025** as previously ordered and will continue to approximately 4:45−5:00 PM. (a) Because plaintiffs bear the burden of establishing admissibility, they will go first and last in questioning Dr. Singer, and they will have the opportunity to recall Dr. Singer briefly after defendants' rebuttal expert testifies. (b) Each side is allocated 50 minutes of time for Dr. Singer's opening examination. Plaintiffs may divide their time as they wish between direct and redirect examination. (c) If defendants wish to call a rebuttal expert, they will go first and last in questioning that expert. Each side is allocated 25 minutes of time with the defendants' rebuttal expert. Defendants may divide this time as they wish between direct and redirect examination. (d) If plaintiffs wish to recall Dr. Singer for further testimony after the defendants' rebuttal expert has testified, the Court will allocate 10 minutes per side for that. (e) Each side is allocated no more than 15 minutes for argument at the conclusion of the testimony. (f) The Court reserves the right to reduce these time limits either collectively or individually before or during the hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.