UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** |

## **DECLARATION OF EDWARD NORMAND**

I, Edward Normand, am a partner at the law firm of Freedman Normand Friedland LLP, one of the Settlement Class Counsel firms in this case. I hereby declare as follows:

1. I submit this Declaration in support of Plaintiffs' Motion for Final Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University.

2. Attached as Exhibit A is the Declaration of Katelyn Hazlitt of Angeion Group re: CAFA Notice, dated April 2, 2025.

3. Attached as Exhibit B is the Declaration of Lisa Hawkins of Angeion Group re: Compliance with 28 U.S.C. § 1715(b), dated April 24, 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April 2025.

*s/ Edward Normand*
Edward Normand