# Exhibit 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEOGUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125-MFK |
| *Plaintiffs*, | Judge Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| *Defendants*. | |

**DECLARATION OF KATELYN HAZLITT OF ANGEION GROUP RE: CAFA NOTICE**

I, Katelyn Hazlitt hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a Project Coordinator at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.      On January 27, 2025, as required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), Angeion disseminated a Notice of Class Action Settlement to the Attorney

General of the United States and all Attorneys General for the states and territories of the United States via the United States Postal Service. For the State of Nevada, per their request, the CAFA Notice was sent via email. A copy of the CAFA Notice is attached hereto as **<u>Exhibit A</u>**. A copy of the contact list is attached hereto as **<u>Exhibit B.</u>**

3. The initial CAFA, sent on January 27, 2025, was identified as not successfully delivered through the United States Postal Service to seven State Attorneys General. Angeion disseminated a second mailing of the CAFA Notice on March 4, 2025. A copy of the second CAFA Notice is attached hereto as **<u>Exhibit C</u>**. A copy of the contact list is attached hereto as **<u>Exhibit D</u>**.

4. Angeion subsequently confirmed that all of the notices had been delivered. The delivery statuses are attached hereto as **<u>Exhibit E</u>**. As of the date of this declaration, Angeion has received no response to the CAFA notices from any Federal or State official.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2025

*/s/ Katelyn Hazlitt*

Katelyn Hazlitt

# Exhibit A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

January 27, 2025

VIA USPS GROUND

United States Attorney General &
Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of Defendant the California Institute of Technology in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Henry et al v. Brown University et al*
> **Case No.:** Case No. 1:22-cv-00125
> **Jurisdiction:** United States District Court Northern District of Illinois
> **Date Settlement Filed with Court:** January 17, 2025

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The Complaint was filed with the Court on January 9, 2022; the Amended Complaint was filed on February 15, 2022; and the Second Amended and Supplemental Class Action Complaint was filed on February 6, 2023.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The Court has scheduled a status hearing for March 21, 2025, at 1pm CT.  The Court has scheduled a fairness hearing on the proposed class action settlement for June 20, 2025, at 1pm CT.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed Notice of Class Action Settlements; the Email Notice; and Notice Plan were filed with the Court on January 17, 2025.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The Settlement Agreement Between the California Institute of Technology and the Proposed Class of Plaintiffs was filed with the Court on January 17, 2025. The Plaintiffs' Motion for Preliminary Approval of

Settlements With Defendants California Institute of Technology and the Johns Hopkins University, Provisional Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, And Approval of the Schedule for Completing the Settlement Process; the Plaintiffs' Memorandum of Law in Support of Their Motion for Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, And Approval of the Schedule for Completing the Settlement Process; the Joint Declaration of Edward Normand, Robert D. Gilbert & Eric Cramer in Support of Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process; and the Custodian/Escrow Agreement For Fourth Tranche Of Settlements were filed with the Court on January 17, 2025.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements**:  The Settlement Agreement between the University of Chicago and the Proposed Class of Plaintiffs was filed with the Court on August 14, 2023 (the "First Tranche Settlement"). The Settlement Agreement Between Emory University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Yale University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Brown University and the Proposed Class of Plaintiffs; the Settlement Agreement Between the Trustees of Columbia University in the City of New York and the Proposed Class of Plaintiffs; and the Settlement Agreement Between Duke University and the Proposed Class of Plaintiffs were filed with the Court on January 23, 2024 (the "Second Tranche Settlements"). The Settlement Agreement Between Defendant the Trustees of Dartmouth College and the Proposed Class of Plaintiffs; the Settlement Agreement Between William Marsh Rice University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Northwestern University and the Proposed Class of Plaintiffs; and the Settlement Agreement Between Vanderbilt University and the Proposed Class of Plaintiffs were filed with the Court on February 23, 2024 (the "Third Tranche Settlements").  The Settlement Agreement Between the Johns Hopkins University and the Proposed Class of Plaintiffs was filed with the Court on January 17, 2025 (together with the California Institute of Technology Settlement, the "Fourth Tranche Settlements").

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court issued an order granting final judgment and order of dismissal approving the First, Second, and Third Tranche Settlements on July 20, 2024.

Notice of Proposed Class Action Settlement

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**

There are an estimated 379,334 persons potentially in the Settlement Class. A chart listing the number of Settlement Class Members that likely reside in each state is available at https://www.angeiongroup.com/cafa.

It is not feasible to provide the names of putative class members who reside in each state, district, or territory, or to estimate the proportionate share of the claims of such members to the entire settlement. The proposed settlement class includes approximately two decades of current and former undergraduate students who attended the 17 different defendant universities, were U.S. citizens or permanent residents, and received certain need-based financial aid, with exclusions based on, among other things, the amount of financial aid received.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court issued orders granting preliminary approval of the First Tranche Settlement on September 9, 2023; the Second Tranche Settlements on February 14, 2024; and the Third Tranche Settlements on February 28, 2024. The Court issued an order granting final approval of the First, Second, and Third Tranche Settlements on July 20, 2024. The Court issued an order granting preliminary approval of the Fourth Tranche Settlement, including the California Institute of Technology Settlement, on January 24, 2024.

If you have any questions regarding the details of this notice, or if you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com

# Exhibit B

| # | Company | Address |
|---|---|---|
| 1 | Office of the Alabama Attorney General | 501 Washington Avenue, PO Box 300152, Montgomery, AL, 36130-0152 |
| 2 | Office of the Alaska Attorney General | 1031 W 4th Avenue, Suite 200, Anchorage, AK, 99501-1994 |
| 3 | Office of the Arizona Attorney General | 2005 N Central Ave, Phoenix, AZ, 85004-2926 |
| 4 | Arkansas Attorney General Office | 323 Center Street, Suite 200, Little Rock, AR, 72201-2610 |
| 5 | Office of the California Attorney General | 455 Golden Gate Ave, Ste 11000, Consumer Law Section, San Francisco, CA, 94102 |
| 6 | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor, Denver, CO, 80203 |
| 7 | State of Connecticut Attorney General's Office | 165 Capitol Ave, Hartford, CT, 6106 |
| 8 | District of Columbia Attorney General | 400 6th St, NW, Washington, DC, 20001 |
| 9 | Delaware Attorney General | 820 N. French Street 6th FL, Carvel State Office Building, Wilmington, DE, 19801 |
| 10 | Office of the Attorney General of Florida | The Capitol, PL-01, Tallahassee, FL, 32399-1050 |
| 11 | Office of the Georgia Attorney General | 40 Capitol Square, SW, Atlanta, GA, 30334-1300 |
| 12 | Office of the Hawaii Attorney General | 425 Queen Street, Honolulu, HI, 96813 |
| 13 | State of Idaho Attorney General's Office | 700 W Jefferson St  Suite 210, PO Box 83720, Boise, ID, 83720-0010 |
| 14 | Illinois Attorney General | 100 W. Randolph Street, James R. Thompson Center, Chicago, IL, 60601 |
| 15 | Indiana Attorney General's Office | 302 West Washington Street, 5th Floor, Indiana Government Center South, Indianapolis, IN, 46204 |
| 16 | Iowa Attorney General | 1305 E. Walnut Street, Hoover State Office Building, Des Moines, IA, 50319 |
| 17 | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor, Topeka, KS, 66612 |
| 18 | Office of the Kentucky Attorney General | 700 Capitol Ave, Capitol Building, Suite 118, Frankfort, KY, 40601-3449 |
| 19 | Office of the Louisiana Attorney General | PO Box 94005, Baton Rouge, LA, 70804-4095 |
| 20 | Office of the Maine Attorney General | 6 State House Station, Augusta, ME, 04333 |
| 21 | Office of the Maryland Attorney General | 200 St. Paul Place, Baltimore, MD, 21202-2202 |

| 22 | Office of the Attorney General of Massachusetts | 1 Ashburton Place, 20th Floor, Boston, MA, 02108-1698 |
| 23 | Office of the Michigan Attorney General | 525 W. Ottawa Street, PO Box 30212, G Mennen Williams Bldg., 7th Fl, Lansing, MI, 48909 |
| 24 | Minnesota Attorney General's Office | 445 Minnesota St Ste 1400, STATE CAPITOL, St. Paul, MN, 55101-2190 |
| 25 | Mississippi Attorney General's Office | 550 High Street, Suite 1200, Walter Sillers Building, Jackson, MS, 39201 |
| 26 | Missouri Attorney General's Office | 207 W. High Street, PO Box 899, Supreme Court Building, Jefferson City, MO, 65101 |
| 27 | Office of the Montana Attorney General | 215 N Sanders, Justice Bldg, Helena, MT, 59620-1401 |
| 28 | Office of the Nebraska Attorney General | PO BOX 98920, 2115 State Capitol, Lincoln, NE, 68509 |
| 29 | Nevada Attorney General | 100 North Carson Street, Old Supreme Ct. Bldg., Carson City, NV, 89701 |
| 30 | New Hampshire Attorney General | 33 Capitol Street, State House Annex, Concord, NH, 03301-6397 |
| 31 | Office of the New Jersey Attorney General | 25 Market Street,  PO Box 080, Richard J. Hughes Justice Complex, Trenton, NJ, 08625 |
| 32 | Office of the New Mexico Attorney General | PO Drawer 1508, Santa Fe, NM, 87504-1508 |
| 33 | Office of the New York Attorney General | 28 Liberty ST, New York, NY, 10005 |
| 34 | Office of the North Carolina Attorney General | 9001 Mail Service Center, Raleigh, NC, 27699-9001 |
| 35 | State of North Dakota Office of the Attorney Gener | 600 E. Boulevard Avenue, Dept 125, State Capitol, Bismarck, ND, 58505-0040 |
| 36 | Ohio Attorney General | 30 E. Broad Street, 14th Floor, State Office Tower, Columbus, OH, 43215 |
| 37 | Oklahoma Office of the Attorney General | 313 NE 21st Street, Oklahoma City, OK, 73105 |
| 38 | Office of the Oregon Attorney General | 1162 Court Street NE, Oregon Department of Justice, Salem, OR, 97301-4096 |
| 39 | Pennsylvania Office of the Attorney General | 1600 Strawberry Square, 16 FL, Harrisburg, PA, 17120 |
| 40 | State of Rhode Island Office of the Attorney Genera | 150 South Main Street, Providence, RI, 02903 |

| 41 | South Carolina Attorney General | PO Box 11549, Rembert C. Dennis Bldg., Columbia, SC, 29211-1549 |
| 42 | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1, Pierre, SD, 57501-8501 |
| 43 | Tennessee Office of the Attorney General and Repo | PO Box 20207, Nashville, TN, 37202-0207 |
| 44 | Attorney General of Texas | PO Box 12548, Capitol Station, Austin, TX, 78711-2548 |
| 45 | Utah Office of the Attorney General | PO Box 142320, 350 North State Street Suite 230, Salt Lake City, UT, 84114-2320 |
| 46 | Office of the Attorney General of Vermont | 109 State Street, Montpelier, VT, 05609-1001 |
| 47 | Office of the Virginia Attorney General | 202 North Ninth Street, Richmond, VA, 23219 |
| 48 | Washington State Office of the Attorney General | 1125 Washington St SE, P.O. Box 40100, Olympia, WA, 98504-0100 |
| 49 | West Virginia Attorney General | 1900 Kanawha Blvd., E., Capitol Complex, Building 1, Room E-26, Charleston, WV, 25305 |
| 50 | Office of the Wisconsin Attorney General | PO Box 7857, Wisconsin Department of Justice, State Capitol, Room 114 East, Madison, WI, 53707-7857 |
| 51 | Office of the Wyoming Attorney General | 2320 Capitol Ave, Kendrick Building, Cheyenne, WY, 82002 |
| 52 | Office of the Attorney General of the United States | 950 Pennsylvania Avenue, NW, United States Department of Justice, Washington, DC, 20530-0001 |

| # | Company (U.S. Territories) | Address |
| --- | --- | --- |
| 1 | American Samoa Attorney General | |
| 2 | Office of the Attorney General Guam | 590 S MARINE CORPS DR, STE 706 ITC BLDG, Tamuning, GU 96913 |
| 3 | Office of the Northern Mariana Islands Attorney Ge | PO BOX 10007, Administration Building, Siapan, MP 96950 |
| 4 | Puerto Rico Secretary of Justice | PO BOX 9020192, San Juan, PR, 00902 |
| 5 | Virgin Islands Attorney General | 3438 Kronprindsens Gade, GERS Building, 2nd FL, St. Thomas, VI 00802 |

# Exhibit C



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

---

March 4 , 2025

VIA USPS PRIORITY MAIL

United States Attorney General &

Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group has previously mailed this notice on January 27, 2025. Our records show that it was not successfully delivered. We are sending this notice as a follow-up.

Angeion Group, an independent claims administrator, on behalf of Defendant the California Institute of Technology in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Henry et al v. Brown University et al*
> **Case No.:** Case No. 1:22-cv-00125
> **Jurisdiction:** United States District Court Northern District of Illinois
> **Date Settlement Filed with Court:** January 17, 2025

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The Complaint was filed with the Court on January 9, 2022; the Amended Complaint was filed on February 15, 2022; and the Second Amended and Supplemental Class Action Complaint was filed on February 6, 2023.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The Court has scheduled a status hearing for March 21, 2025, at 1pm CT.  The Court has scheduled a fairness hearing on the proposed class action settlement for June 20, 2025, at 1pm CT.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed Notice of Class Action Settlements; the Email Notice; and Notice Plan were filed with the Court on January 17, 2025.

Notice of Proposed Class Action Settlement

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The Settlement Agreement Between the California Institute of Technology and the Proposed Class of Plaintiffs was filed with the Court on January 17, 2025. The Plaintiffs' Motion for Preliminary Approval of Settlements With Defendants California Institute of Technology and the Johns Hopkins University, Provisional Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, And Approval of the Schedule for Completing the Settlement Process; the Plaintiffs' Memorandum of Law in Support of Their Motion for Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, And Approval of the Schedule for Completing the Settlement Process; the Joint Declaration of Edward Normand, Robert D. Gilbert & Eric Cramer in Support of Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process; and the Custodian/Escrow Agreement For Fourth Tranche Of Settlements were filed with the Court on January 17, 2025.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements**: The Settlement Agreement between the University of Chicago and the Proposed Class of Plaintiffs was filed with the Court on August 14, 2023 (the "First Tranche Settlement"). The Settlement Agreement Between Emory University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Yale University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Brown University and the Proposed Class of Plaintiffs; the Settlement Agreement Between the Trustees of Columbia University in the City of New York and the Proposed Class of Plaintiffs; and the Settlement Agreement Between Duke University and the Proposed Class of Plaintiffs were filed with the Court on January 23, 2024 (the "Second Tranche Settlements"). The Settlement Agreement Between Defendant the Trustees of Dartmouth College and the Proposed Class of Plaintiffs; the Settlement Agreement Between William Marsh Rice University and the Proposed Class of Plaintiffs; the Settlement Agreement Between Northwestern University and the Proposed Class of Plaintiffs; and the Settlement Agreement Between Vanderbilt University and the Proposed Class of Plaintiffs were filed with the Court on February 23, 2024 (the "Third Tranche Settlements"). The Settlement Agreement Between the Johns Hopkins University and the Proposed Class of Plaintiffs was filed with the Court on January 17, 2025 (together with the California Institute of Technology Settlement, the "Fourth Tranche Settlements").

Notice of Proposed Class Action Settlement

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court issued an order granting final judgment and order of dismissal approving the First, Second, and Third Tranche Settlements on July 20, 2024.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**

    There are an estimated 379,334 persons potentially in the Settlement Class. A chart listing the number of Settlement Class Members that likely reside in each state is available at https://www.angeiongroup.com/cafa.

    It is not feasible to provide the names of putative class members who reside in each state, district, or territory, or to estimate the proportionate share of the claims of such members to the entire settlement. The proposed settlement class includes approximately two decades of current and former undergraduate students who attended the 17 different defendant universities, were U.S. citizens or permanent residents, and received certain need-based financial aid, with exclusions based on, among other things, the amount of financial aid received.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court issued orders granting preliminary approval of the First Tranche Settlement on September 9, 2023; the Second Tranche Settlements on February 14, 2024; and the Third Tranche Settlements on February 28, 2024. The Court issued an order granting final approval of the First, Second, and Third Tranche Settlements on July 20, 2024. The Court issued an order granting preliminary approval of the Fourth Tranche Settlement, including the California Institute of Technology Settlement, on January 24, 2024.

If you have any questions regarding the details of this notice, or if you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com

Exhibit D

| # | Company | Address |
|---|---------|---------|
| 1 | Arkansas Attorney General Office | 323 Center Street, Suite 200, Little Rock, AR, 72201-2610 |
| 2 | Office of the Georgia Attorney General | 40 Capitol Square, SW, Atlanta, GA, 30334-1300 |
| 3 | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor, Topeka, KS, 66612 |
| 4 | Office of the Attorney General of Massachusetts | 1 Ashburton Place, 20th Floor, Boston, MA, 02108-1698 |
| 5 | Office of the Nebraska Attorney General | PO BOX 98920, 2115 State Capitol, Lincoln, NE, 68509 |
| 6 | Ohio Attorney General | 30 E. Broad Street, 14th Floor, State Office Tower, Columbus, OH, 43215 |
| 7 | Attorney General of Texas | PO Box 12548, Capitol Station, Austin, TX, 78711-2548 |

# Exhibit E

| # | Office | Street 1 | Street 2 | City | State | Zip | Date CAFA Notice Sent | Status of Notice | Date Follow Up CAFA Notice Sent | Status of Follow Up notice Notice |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Office of the Alaska Attorney General | 1031 W 4TH AVE STE 200 | | ANCHORAGE | AK | 99501-1994 | 1/27/2025 | Delivered | | |
| 2 | Office of the Alabama Attorney General | 501 WASHINGTON AVE | PO BOX 300152 | MONTGOMERY | AL | 36104-4304 | 1/27/2025 | Delivered | | |
| 3 | Arkansas Attorney General Office | 323 CENTER ST STE 200 | | LITTLE ROCK | AR | 72201-2610 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 4 | American Samoa Attorney General | | | | | | 1/27/2025 | Delivered | | |
| 5 | Office of the Arizona Attorney General | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-1545 | 1/27/2025 | Delivered | | |
| 6 | Office of the California Attorney General | 455 GOLDEN GATE AVE | STE 11000 CONSUMER LAW SECTION | SAN FRANCISCO | CA | 94102-7020 | 1/27/2025 | Delivered | | |
| 7 | Office of the Colorado Attorney General | 1300 N BROADWAY | FL 10 RALPH L CARR COLORADO JUDICIAL CENTER | DENVER | CO | 80203-2104 | 1/27/2025 | Delivered | | |
| 8 | State of Connecticut Attorney General's Office | 55 ELM ST | | HARTFORD | CT | 06106-1746 | 1/27/2025 | Delivered | | |
| 9 | District of Columbia Attorney General | 400 6TH ST NW | | WASHINGTON | DC | 20001-0189 | 1/27/2025 | Delivered | | |
| 10 | Office of the Attorney General of the United States | 400 6TH ST NW | United States Department of Justice | WASHINGTON | DC | 20001-0189 | 1/27/2025 | Delivered | | |
| 11 | Delaware Attorney General | 820 N FRENCH ST | STE 6 CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801-3509 | 1/27/2025 | Delivered | | |
| 12 | Office of the Attorney General of Florida | THE CAPITOL, PL-01 | | TALLAHASSEE | FL | 32399-1050 | 1/27/2025 | Delivered | | |
| 13 | Office of the Georgia Attorney General | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334-1300 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 14 | Office of the Attorney General Guam | 590 S MARINE CORPS DR | STE 706 ITC BLDG , | TAMUNING | GU | 96913-3537 | 1/27/2025 | Delivered | | |
| 15 | Office of the Hawaii Attorney General | 425 QUEEN ST | | HONOLULU | HI | 96813-2903 | 1/27/2025 | Delivered | | |
| 16 | Iowa Attorney General | 1305 E WALNUT ST | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319-0106 | 1/27/2025 | Delivered | | |
| 17 | State of Idaho Attorney General's Office | 700 W JEFFERSON ST | STE 210 PO BOX 83720 | BOISE | ID | 83720-0001 | 1/27/2025 | Delivered | | |
| 18 | Illinois Attorney General | 100 W RANDOLPH ST | JAMES R THOMPSON CENTER | CHICAGO | IL | 60601-3218 | 1/27/2025 | Delivered | | |
| 19 | Indiana Attorney General's Office | 302 W WASHINGTON ST | RM 5 INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204-4701 | 1/27/2025 | Delivered | | |
| 20 | Kansas Attorney General | 120 SW 10TH AVE FL 2 | | TOPEKA | KS | 66612-1237 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 21 | Office of the Kentucky Attorney General | 700 CAPITAL AVE | RM 118 CAPITOL BUILDING, | FRANKFORT | KY | 40601-3449 | 1/27/2025 | Delivered | | |
| 22 | Office of the Louisiana Attorney General | PO BOX 94005 | | BATON ROUGE | LA | 70804-9005 | 1/27/2025 | Delivered | | |
| 23 | Office of the Attorney General of Massachusetts | 1 ASHBURTON PL | | BOSTON | MA | 02108-1518 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 24 | Office of the Maryland Attorney General | 200 SAINT PAUL PL | | BALTIMORE | MD | 21202-5994 | 1/27/2025 | Delivered | | |
| 25 | Office of the Maine Attorney General | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0001 | 1/27/2025 | Delivered | | |
| 26 | Office of the Michigan Attorney General | PO BOX 30212 | G MENNEN WILLIAMS BLDG , 7TH FL | LANSING | MI | 48909-7712 | 1/27/2025 | Delivered | | |
| 27 | Minnesota Attorney General's Office | 445 MINNESOTA ST STE 102 | STATE CAPITOL | SAINT PAUL | MN | 55101-2190 | 1/27/2025 | Delivered | | |
| 28 | Missouri Attorney General's Office | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101-1516 | 1/27/2025 | Delivered | | |
| 29 | Office of the Northern Mariana Islands Attorney Gen | PO BOX 10007 | ADMINISTRATION BUILDING | SAIPAN | MP | 96950-8907 | 1/27/2025 | Delivered | | |
| 30 | Mississippi Attorney General's Office | 550 HIGH ST STE 1200 | | JACKSON | MS | 39201-1113 | 1/27/2025 | Delivered | | |
| 31 | Office of the Montana Attorney General | 215 N SANDERS ST | JUSTICE BLDG, 3RD FL | HELENA | MT | 59601-4517 | 1/27/2025 | Delivered | | |
| 32 | Office of the North Carolina Attorney General | 9001 MAIL SERVICE CTR | | RALEIGH | NC | 27699-9001 | 1/27/2025 | Delivered | | |
| 33 | State of North Dakota Office of the Attorney General | 600 E BOULEVARD AVE | DEPT 125 STATE CAPITOL | BISMARCK | ND | 58505-0040 | 1/27/2025 | Delivered | | |
| 34 | Office of the Nebraska Attorney General | PO BOX 98920 | 2115 STATE CAPITOL | LINCOLN | NE | 68509-8920 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 35 | New Hampshire Attorney General | 33 CAPITOL ST | STATE HOUSE ANNEX | CONCORD | NH | 03301-6397 | 1/27/2025 | Delivered | | |
| 36 | Office of the New Jersey Attorney General | PO BOX 80 | RICHARD J HUGHES JUSTICE COMPLEX | TRENTON | NJ | 08625-0080 | 1/27/2025 | Delivered | | |
| 37 | Office of the New Mexico Attorney General | PO BOX 1508 | | SANTA FE | NM | 87504-1508 | 1/27/2025 | Delivered | | |
| 38 | Nevada Attorney General | nvagcafanotices@ag.nv.gov | | | | | 1/27/2025 | Delivered | | |
| 39 | Office of the New York Attorney General | The Capitol | | ALBANY | NY | 12224 | 1/27/2025 | Delivered | | |

| # | Name | Address 1 | Address 2 | City | State | Zip | Date | Status | Date | Status |
|---|------|-----------|-----------|------|-------|-----|------|--------|------|--------|
| 40 | Ohio Attorney General | 30 E BROAD ST | FL 14 STATE OFFICE TOWER | COLUMBUS | OH | 43215-3414 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2025 | Delivered |
| 41 | Oklahoma Office of the Attorney General | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105-3207 | 1/27/2025 | Delivered | | |
| 42 | Office of the Oregon Attorney General | 1162 COURT ST NE | OREGON DEPARTMENT OF JUSTIC | SALEM | OR | 97301-4095 | 1/27/2025 | Delivered | | |
| 43 | Pennsylvania Office of the Attorney General | 1600 STRAWBERRY SQUARE, 16 FL | | HARRISBURG | PA | 17120-0001 | 1/27/2025 | Delivered | | |
| 44 | Puerto Rico Secretary of Justice | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 | 1/27/2025 | Delivered | | |
| 45 | State of Rhode Island Office of the Attorney General | 150 S MAIN ST | | PROVIDENCE | RI | 02903-2907 | 1/27/2025 | Delivered | | |
| 46 | South Carolina Attorney General | PO BOX 11549 | REMBERT C DENNIS BLDG | COLUMBIA | SC | 29211-1549 | 1/27/2025 | Delivered | | |
| 47 | South Dakota Office of the Attorney General | 1302 E HIGHWAY 14 STE 1 | | PIERRE | SD | 57501-8501 | 1/27/2025 | Delivered | | |
| 48 | Tennessee Office of the Attorney General and Report | 425 5TH AVE N | | NASHVILLE | TN | 37243-3400 | 1/27/2025 | Delivered | | |
| 49 | Attorney General of Texas | PO BOX 12548 | CAPITOL STATION | AUSTIN | TX | 78711-2548 | 1/27/2025 | Confirmation of Delivery was not Received | 3/4/2024 | Delivered |
| 50 | Utah Office of the Attorney General | PO BOX 142320 | 350 NORTH STATE STREET SUITE 230 | SALT LAKE CITY | UT | 84114-2320 | 1/27/2025 | Delivered | | |
| 51 | Office of the Virginia Attorney General | 900 E MAIN ST | | RICHMOND | VA | 23219-3502 | 1/27/2025 | Delivered | | |
| 52 | Virgin Islands Attorney General | 3438 Kronprindsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 | 1/27/2025 | Delivered | | |
| 53 | Office of the Attorney General of Vermont | 109 STATE ST STE 1001 STE 1001 | | MONTPELIER | VT | 05609-1001 | 1/27/2025 | Delivered | | |
| 54 | Washington State Office of the Attorney General | 1125 WASHINGTON ST SE | P O BOX 40100 | OLYMPIA | WA | 98501-2283 | 1/27/2025 | Delivered | | |
| 55 | Office of the Wisconsin Attorney General | 17 W MAIN ST | PO BOX 7857 | MADISON | WI | 53703-3960 | 1/27/2025 | Delivered | | |
| 56 | West Virginia Attorney General | 1900 KANAWHA BLVD E | RM E26 BLDG 1 STATE CAPITOL | CHARLESTON | WV | 25305-0029 | 1/27/2025 | Delivered | | |
| 57 | Office of the Wyoming Attorney General | 2320 CAPITOL AVE | KENDRICK BUILDING | CHEYENNE | WY | 82001-3644 | 1/27/2025 | Delivered | | |