# Exhibit 2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIA HENRY, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BROWN UNIVERSITY, et al.,<br><br>        Defendants. | **Case No. 1:22-cv-125**<br><br><br>**DECLARATION OF LISA HAWKINS OF ANGEION GROUP, LLC RE: COMPLIANCE WITH 28 U.S.C. § 1715(b)** |

I, Lisa Hawkins, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a Project Coordinator with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Angeion was retained as the Settlement Administrator for the proposed class action settlement of *Henry et al v. Brown University et al.,* Case No. 1:22-cv-00125. As a result, Angeion was asked to effectuate notice of the Parties' proposed class action settlement to the appropriate federal and state officials, as provided by the Class Action Fairness Act ("CAFA") of 2005, 28 U.S.C. § 1715.

3.     On January 17, 2025, Plaintiff filed a motion for preliminary approval of the Class Action Settlement entered into between the Parties to this action. Accordingly, on April 24, 2025, pursuant to 28 U.S.C. § 1715(b), Angeion caused CAFA Notice letters regarding the settlement to

be sent to the Attorney General of the United States and all Attorneys General for the states and territories of the United States. [1]  The CAFA Notice Letter contained a link to a case-specific CAFA web page hosted by Angeion with copies of the letter's enclosure documents. A copy of this CAFA Notice letter is attached hereto as **Exhibit A**. A copy of the contact list is attached hereto as **Exhibit B**.

4.      As of the date of this declaration, Angeion has received no responses to the CAFA Notice letters from any Federal or State officials.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 24, 2025

_____
LISA HAWKINS

2

---

[1] CAFA Notices were sent via the United States Postal Service's Priority Mail, except for the office of the Attorney General for Nevada, which has requested that CAFA notifications be sent via email.

# Exhibit A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

April 24, 2025

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of Defendant The Johns Hopkins University in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Henry et al v. Brown University et al*
> **Case No.:** Case No. 1:22-cv-00125
> **Jurisdiction:** United States District Court Northern District of Illinois
> **Date Settlement Filed with Court:** January 17, 2025

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://cafa.angeiongroup.com/:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The *Complaint* was filed with the Court on January 9, 2022; the *Amended Complaint* was filed with the Court on February 15, 2022; and the *Second Amended and Supplemental Class Action Complaint* was filed with the Court on February 6, 2023.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The Court held the Preliminary Approval Hearing on January 24, 2025, at 1:00 PM CT.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Notice of Class Action Settlements*; the *Email Notice*; and *Notice Plan* were filed with the Court on January 17, 2025.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement Between the California Institute of Technology and the Proposed Class of Plaintiffs* was filed with the Court on January 17, 2025. The Plaintiffs' *Motion for Preliminary Approval of Settlements With Defendants California Institute of Technology and the Johns Hopkins*

*University, Provisional Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process*; the *Plaintiffs' Memorandum of Law in Support of Their Motion for Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process*; the *Joint Declaration of Edward Normand, Robert D. Gilbert & Eric Cramer in Support of Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Confirmation of Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process*; and the *Custodian/Escrow Agreement For Fourth Tranche Of Settlements* were filed with the Court on January 17, 2025.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements**:  The *Settlement Agreement between the University of Chicago and the Proposed Class of Plaintiffs* was filed with the Court on August 14, 2023 (the "First Tranche Settlement").  The *Settlement Agreement Between Emory University and the Proposed Class of Plaintiffs*; the S*ettlement Agreement Between Yale University and the Proposed Class of Plaintiffs*; the *Settlement Agreement Between Brown University and the Proposed Class of Plaintiffs*; the *Settlement Agreement Between the Trustees of Columbia University in the City of New York* and the *Proposed Class of Plaintiffs*; and the *Settlement Agreement Between Duke University and the Proposed Class of Plaintiffs* were filed with the Court on January 23, 2024 (the "Second Tranche Settlement"). The *Settlement Agreement Between Defendant the Trustees of Dartmouth College and the Proposed Class of Plaintiffs*; the *Settlement Agreement Between William Marsh Rice University and the Proposed Class of Plaintiffs*; the *Settlement Agreement Between Northwestern University and the Proposed Class of Plaintiffs*; and the *Settlement Agreement Between Vanderbilt University and the Proposed Class of Plaintiffs* were filed with the Court on February 23, 2024 (the "Third Tranche Settlement").  The *Settlement Agreement Between the California Institute of Technology and the Proposed Class of Plaintiffs* was filed with the Court on January 17, 2025 (together with Johns Hopkins University Settlement, the "Fourth Tranche Settlements").

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court issued an order granting final judgment and order of dismissal approving the First, Second, and Third Tranche Settlements on July 20, 2024.

Notice of Proposed Class Action Settlement

As of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** There are an estimated 379,334 persons potentially in the Settlement Class. A chart listing the number of Settlement Class Members that likely reside in each state is available at https://cafa.angeiongroup.com/. It is not feasible to provide the proportionate share of the Settlement benefits per state as class member awards are contingent upon the submission of a claim form.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court issued orders granting preliminary approval of the First Tranche Settlement on September 9, 2023; the Second Tranche Settlements on February 14, 2024; and the Third Tranche Settlements on February 28, 2024. The Court issued an order granting final approval of the First, Second, and Third Tranche Settlements on July 20, 2024. The Court has not issued a judicial opinion concerning the proposed settlement at this time. The *[Proposed] Order Granting Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Provisional Certification of the Proposed Settlement Class, Approval of The Fourth Tranche Notice Plan, Approval of The Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process* is available at https://cafa.angeiongroup.com/.

If you have any questions regarding the details of this notice, or if you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com

# Exhibit B

| # | Company | Address |
|---|---------|---------|
| 1 | Office of the Alabama Attorney General | 501 Washington Avenue, PO Box 300152, Montgomery, AL, 36130-0152 |
| 2 | Office of the Alaska Attorney General | 1031 W 4th Avenue, Suite 200, Anchorage, AK, 99501-1994 |
| 3 | Office of the Arizona Attorney General | 2005 N Central Ave, Phoenix, AZ, 85004-2926 |
| 4 | Arkansas Attorney General Office | 323 Center Street, Suite 200, Little Rock, AR, 72201-2610 |
| 5 | Office of the California Attorney General | 455 Golden Gate Ave, Ste 11000, Consumer Law Section, San Francisco, CA, 94102 |
| 6 | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor, Denver, CO, 80203 |
| 7 | State of Connecticut Attorney General's Office | 165 Capitol Ave, Hartford, CT, 6106 |
| 8 | District of Columbia Attorney General | 400 6th St, NW, Washington, DC, 20001 |
| 9 | Delaware Attorney General | 820 N. French Street 6th FL, Carvel State Office Building, Wilmington, DE, 19801 |
| 10 | Office of the Attorney General of Florida | The Capitol, PL-01, Tallahassee, FL, 32399-1050 |
| 11 | Office of the Georgia Attorney General | 40 Capitol Square, SW, Atlanta, GA, 30334-1300 |
| 12 | Office of the Hawaii Attorney General | 425 Queen Street, Honolulu, HI, 96813 |
| 13 | State of Idaho Attorney General's Office | 700 W Jefferson St  Suite 210, PO Box 83720, Boise, ID, 83720-0010 |
| 14 | Illinois Attorney General | 100 W. Randolph Street, James R. Thompson Center, Chicago, IL, 60601 |
| 15 | Indiana Attorney General's Office | 302 West Washington Street, 5th Floor, Indiana Government Center South, Indianapolis, IN, 46204 |
| 16 | Iowa Attorney General | 1305 E. Walnut Street, Hoover State Office Building, Des Moines, IA, 50319 |
| 17 | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor, Topeka, KS, 66612 |
| 18 | Office of the Kentucky Attorney General | 700 Capitol Ave, Capitol Building, Suite 118, Frankfort, KY, 40601-3449 |
| 19 | Office of the Louisiana Attorney General | PO Box 94005, Baton Rouge, LA, 70804-4095 |
| 20 | Office of the Maine Attorney General | 6 State House Station, Augusta, ME, 04333 |
| 21 | Office of the Maryland Attorney General | 200 St. Paul Place, Baltimore, MD, 21202-2202 |

| | | |
|---|---|---|
| 22 | Office of the Attorney General of Massachusetts | 1 Ashburton Place, 20th Floor, Boston, MA, 02108-1698 |
| 23 | Office of the Michigan Attorney General | 525 W. Ottawa Street, PO Box 30212, G Mennen Williams Bldg., 7th Fl, Lansing, MI, 48909 |
| 24 | Minnesota Attorney General's Office | 445 Minnesota St Ste 1400, STATE CAPITOL, St. Paul, MN, 55101-2190 |
| 25 | Mississippi Attorney General's Office | 550 High Street, Suite 1200, Walter Sillers Building, Jackson, MS, 39201 |
| 26 | Missouri Attorney General's Office | 207 W. High Street, PO Box 899, Supreme Court Building, Jefferson City, MO, 65101 |
| 27 | Office of the Montana Attorney General | 215 N Sanders, Justice Bldg, Helena, MT, 59620-1401 |
| 28 | Office of the Nebraska Attorney General | PO BOX 98920, 2115 State Capitol, Lincoln, NE, 68509 |
| 29 | Nevada Attorney General | 100 North Carson Street, Old Supreme Ct. Bldg., Carson City, NV, 89701 |
| 30 | New Hampshire Attorney General | 33 Capitol Street, State House Annex, Concord, NH, 03301-6397 |
| 31 | Office of the New Jersey Attorney General | 25 Market Street, PO Box 080, Richard J. Hughes Justice Complex, Trenton, NJ, 08625 |
| 32 | Office of the New Mexico Attorney General | PO Drawer 1508, Santa Fe, NM, 87504-1508 |
| 33 | Office of the New York Attorney General | 28 Liberty ST, New York, NY, 10005 |
| 34 | Office of the North Carolina Attorney General | 9001 Mail Service Center, Raleigh, NC, 27699-9001 |
| 35 | State of North Dakota Office of the Attorney Gener | 600 E. Boulevard Avenue, Dept 125, State Capitol, Bismarck, ND, 58505-0040 |
| 36 | Ohio Attorney General | 30 E. Broad Street, 14th Floor, State Office Tower, Columbus, OH, 43215 |
| 37 | Oklahoma Office of the Attorney General | 313 NE 21st Street, Oklahoma City, OK, 73105 |
| 38 | Office of the Oregon Attorney General | 1162 Court Street NE, Oregon Department of Justice, Salem, OR, 97301-4096 |
| 39 | Pennsylvania Office of the Attorney General | 1600 Strawberry Square, 16 FL, Harrisburg, PA, 17120 |
| 40 | State of Rhode Island Office of the Attorney Gener | 150 South Main Street, Providence, RI, 02903 |

| | | Address |
|---|---|---|
| 41 | South Carolina Attorney General | PO Box 11549, Rembert C. Dennis Bldg., Columbia, SC, 29211-1549 |
| 42 | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1, Pierre, SD, 57501-8501 |
| 43 | Tennessee Office of the Attorney General and Repo | PO Box 20207, Nashville, TN, 37202-0207 |
| 44 | Attorney General of Texas | PO Box 12548, Capitol Station, Austin, TX, 78711-2548 |
| 45 | Utah Office of the Attorney General | PO Box 142320, 350 North State Street Suite 230, Salt Lake City, UT, 84114-2320 |
| 46 | Office of the Attorney General of Vermont | 109 State Street, Montpelier, VT, 05609-1001 |
| 47 | Office of the Virginia Attorney General | 202 North Ninth Street, Richmond, VA, 23219 |
| 48 | Washington State Office of the Attorney General | 1125 Washington St SE, P.O. Box 40100, Olympia, WA, 98504-0100 |
| 49 | West Virginia Attorney General | 1900 Kanawha Blvd., E., Capitol Complex, Building 1, Room E-26, Charleston, WV, 25305 |
| 50 | Office of the Wisconsin Attorney General | PO Box 7857, Wisconsin Department of Justice, State Capitol, Room 114 East, Madison, WI, 53707-7857 |
| 51 | Office of the Wyoming Attorney General | 2320 Capitol Ave, Kendrick Building, Cheyenne, WY, 82002 |
| 52 | Office of the Attorney General of the United States | 950 Pennsylvania Avenue, NW, United States Department of Justice, Washington, DC, 20530-0001 |

| # | Company (U.S. Territories) | Address |
|---|---|---|
| 1 | American Samoa Attorney General | |
| 2 | Office of the Attorney General Guam | 590 S MARINE CORPS DR, STE 706 ITC BLDG, Tamuning, GU 96913 |
| 3 | Office of the Northern Mariana Islands Attorney Ge | PO BOX 10007, Administration Building, Siapan, MP 96950 |
| 4 | Puerto Rico Secretary of Justice | PO BOX 9020192, San Juan, PR, 00902 |
| 5 | Virgin Islands Attorney General | 3438 Kronprindsens Gade, GERS Building, 2nd FL, St. Thomas, VI 00802 |