# Exhibit D



**Angeion Group**
Sponsored

Received financial aid in a full-time undergraduate program between 2003 and 2024? You could be eligible for payment.



financialaidantitrustsettlemen...
**Financial Aid Antitrust Settlement**

Learn more






angeion_group Received financial aid in a full-time undergraduate program between 2003 and 2024? You could be eligible for payment.