# Exhibit E

<100-10 Filed: 04/24/25



If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE »

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>





**angeion_group**
Sponsored



**Learn more** >

   

angeion_group Received financial aid in a full-time undergraduate program between 2003 and 2024? You could be eligible for payment.

If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement. LEARN MORE >>



If you received financial aid while enrolled in a full-time undergraduate program between 2003 and 2024, you may be entitled to a cash payment in a class action settlement.

LEARN MORE >>