# Exhibit G



# Henry, et al. v. Brown University, et al.
## Caltech & Johns Hopkins
## Request for Exclusion

| # | First Name | Last Name | |
|---|---|---|---|
| 1 | CHRISTOPHER | MEYERS | |
| 2 | ALEX | STREETER | |
| 3 | HAOZHE | WANG | |
| 4 | YUE | WANG | |
| 5 | JEFFREY | PANOSIAN | |
| 6 | DESTINEE | BROCK | *LATE POSTMARK |