UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** |
| Plaintiffs, | |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**DECLARATION OF EDWARD J. NORMAND IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
<u>THE UNIVERSITY OF PENNSYLVANIA</u>**

I, Edward Normand, duly sworn, do hereby depose and say as follows:

1.      I am a Partner at the law firm Freedman Normand Friedland LLP, counsel for Plaintiffs.

2.      I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition Transcript of Elaine Varas, dated March 18, 2024.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from Matthew Sessa to John DeGioia, bates stamped PENN568-LIT-00000002, dated January 24, 2020.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Penn's 568 Memorandum of Understanding and Certification of Compliance, bates stamped PENN568-LIT-00123816 through PENN568-LIT-00123816_0011, dated October 7, 2016.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an email from Maryfrances McCourt to Craig Carnaroli re: Letter, bates stamped PENN568-LIT-00060619 through PENN568-LIT-00060621, dated February 25, 2019.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an email from Maryfrances McCourt to Matthew Sessa and Elaine Varas re: 568 Letter, bates stamped PENN568-LIT-00138387 through PENN568-LIT-00138388, dated November 25, 2019.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Penn's Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated January 5, 2024.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Penn's Responses and Objections to Plaintiffs' First Set of Requets for Admission to All Defendants, dated November 13, 2023.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email chain between Elaine Varas to Maryfrances McCourt re: 568 Letter – 1.17.20, bates stamped PENN568-LIT-00135701 through PENN568-LIT-00135702, dated January 21, 2020.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email chain between Elaine Varas to Maryfrances McCourt re: 568 Letter, bates stamped PENN568-LIT-00135695 through PENN568-LIT-00135696, dated November 26, 2019.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Matthew Sessa, dated December 15, 2023.

13. Attached hereto as Exhibit 11 is a true and correct copy of an email from Patricia McWade to Joseph Ferrara re: 568, bates stamped GTWNU_0000013115, dated April 16, 2020.

14. Attached hereto as Exhibit 12 is a true and correct copy of an email from Megan Arleth to Elaine Varas re: 568 Presidential Agreement, bates stamped PENN568-LIT-00138563 through PENN568-LIT-00138565, dated January 24, 2020.

15. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Jim Tilton to John DeGioia, bates stamped BROWN_0000000439, dated May 23, 2012.

16. Attached hereto as Exhibit 14 is a true and correct copy of a letter from James Nondorf to John DeGioia, bates stamped UCHICAGO_0000056541, dated September 2, 2014.

17. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Earl Lewis to John DeGioia, bates stamped Emory_568Lit_0011074, dated April 12, 2012.

18. Attached hereto as Exhibit 16 is a true and correct copy of an email from Douglas Christiansen to John DeGioia re: Vanderbilt and 568 Group, bates stamped VANDERBILT-00397876, dated April 8, 2020.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition Transcript of James Tilton, dated May 15, 2023.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition Transcript of Brent Tener, dated July 12, 2023.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May, 2025.

*/s/ Edward J. Normand*
Edward J. Normand
