# EXHIBIT 13



JIM TILTON
Director, Office of Financial Aid
Federic M. Alper Directorship of Financial Aid

May 23, 2012, 2012

John DeGioia, President
Georgetown University
37th and O Street NW
Washington, DC 20057

Dear President DeGioia,

After a recent review of the Proposed Modifications pursuant to the MIT settlement with the U.S. v. Brown University, et al from 1993 with our General Counsel, we have determined that Brown complies with the Proposed Modifications, specifically paragraph 1(a) except with respect to transfer students. Currently, Brown does not admit all U.S. citizens to our undergraduate programs without regard to family financial circumstances in the cases of transfer students. A very small number of students are subject to a need sensitive analysis but it is our understanding that Brown must be in full compliance with all of the requirements of membership in order to participate in the 568 Presidents' Group. Since we are not, we sadly must withdraw from any further participation in the group.

If in the future there is an amendment to exclude transfer students, as is currently the case with students admitted off the wait list, we would be pleased to participate in the activities of the 568 Group.

Brown University supports the mission and values of the 568 Presidents' Group and has appreciated our participation over the years in what we believe are important conversations dealing with issues relating to determining a family's ability to pay for college costs and wish you and the Group continued success.

Sincerely,

Jim Tilton

cc: Ruth Simmon, President
    Mark Schilessel, Provost
    Beverly Ledbetter, General Counsel



EXHIBIT Tilton 9

Brown University  Box 1827 / 69 Brown Street, J. Walter Wilson Building, Second Floor  Providence, RI 02912
TEL: 401 863-2721  FAX: 401 863-7575  James_Tilton@Brown.edu

BROWN_0000000439