# EXHIBIT 14

September 2, 2014

John J. DeGioia
Chairman of the 568 Presidents' Group
Office of the President
Georgetown University
204 Healy Hall
37th & "O" Streets, NW
Washington, DC 20057-1789

Dear President DeGioia,

The purpose of this letter is to officially inform you as the current Chairman of the 568 President's Group that the University of Chicago is withdrawing as a member of The 568 Group.

Of course, we remain committed to need-blind admissions policies, will continue to support need-based aid for our students, and hope to do even more for our under-resourced families in the future. We have truly appreciated the collegiality of The 568 group and wish you and our colleagues in the group all the best going forward.

Sincerely,


James G. Nondorf
Vice President, Enrollment and Student Advancement
Dean of Admissions and Financial Aid

CONFIDENTIAL