# EXHIBIT 16

| | |
|---|---|
| From: | Christiansen, Douglas [douglas.christiansen@Vanderbilt.Edu] |
| Sent: | 4/8/2020 1:56:00 PM |
| To: | president@GEORGETOWN.EDU |
| CC: | marieth@mit.edu; Land-Dedrick, Angela D [angela.land-dedrick@Vanderbilt.Edu]; Christiansen, Douglas [douglas.christiansen@Vanderbilt.Edu]; Tener, Brent B [b.tener@Vanderbilt.Edu] |
| Subject: | Vanderbilt and 568 Group |
| Flag: | Follow up |

Dear President DeGioia,

On behalf of Interim Chancellor Susan Wente, I am writing to inform you that after careful thought and review, we have elected to withdraw from the 568 Group. We are in the processing of reviewing our various partnerships, and have decided that this is the best course of action at this point in time.

I hope you are staying healthy during these challenging times. Please do not hesitate to reach out to me directly should you have any questions.

Thanks and be safe,

Doug

Douglas L. Christiansen, Ph.D.
Vice Provost for University Enrollment Affairs
Dean of Admissions and Financial Aid
Associate Professor of Public Policy and Higher Education

Vanderbilt University
511 Kirkland Hall
Nashville, Tennessee 37240

Office — (615) 322-2111
Fax — (615) 322-6345

Douglas.christiansen@vanderbilt.edu

www.Vanderbilt.edu

Blog: http://admissions.vanderbilt.edu/vandybloggers



CONFIDENTIAL

VANDERBILT-00397876