# EXHIBIT 17

# In the Matter Of:

*Carbone vs*

*Brown University*

## JAMES TILTON

## May 15, 2023



82

1          J. TILTON - CONFIDENTIAL

2    you were in the group, 2006 to 2012, was

3    there ever a similar survey to this one?

4       A     Not that I can remember.

5       Q     Okay.  I'm going to show you a

6    document, Tab 2.

7          MR. GILBERT:  Which we'll mark

8      as Tilton 9, I believe.

9          (Exhibit 9, letter dated May 23,

10   2012, Bates stamped BROWN_0000000439, was

11   marked as of this date.)

12 BY MR. GILBERT:

13      Q     In the first paragraph, there is

14   a sentence that says:  "Currently, Brown

15   does not admit all U.S. citizens to our

16   undergraduate programs without regard to

17   family financial circumstances in the cases

18   of transfer students."

19         Do you see that sentence?

20      A     Yes.

21      Q     And then you go on to say that

22   it's your understanding that Brown must be

23   in full compliance with all the

24   requirements of membership in order to

25   participate in the 568 Presidents' Group,

83

```
 1         J. TILTON - CONFIDENTIAL
 2   and since we are not, we sadly must
 3   withdraw from any further participation in
 4   the group.
 5         A    Yes.
 6         Q    When did you first become aware
 7   that Brown was need-aware with respect to
 8   transfer students?
 9         A    When I arrived at Brown in
10   2012 --
11         Q    Okay.
12         A    -- I mean, 2006.  Sorry.
13         Q    So I'm showing you a document
14   that is Tab 52.
15              MR. GILBERT:  This is Tilton 10.
16              (Exhibit 10, e-mail chain, Bates
17   stamped BROWN_0000077402 through 405, was
18   marked as of this date.)
19              THE WITNESS:  Okay.
20   BY MR. GILBERT:
21         Q    Mr. Bartini preceded you as the
22   financial aid director at Brown, is that
23   correct?
24         A    Yes.
25         Q    And from Ted Bracken in 2002,
```

101

1     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3          Do you see that?
4     A    Yes.
5     Q    Okay.  Did you then get a
6  response from Bracken and Schilling, to
7  your knowledge?
8     A    Not that I can remember.
9     Q    Then on May 23, a little more
10 than two weeks later, you submitted the
11 letter that, you know, has been called the
12 "withdrawal letter," is that correct?
13    A    That's correct.
14    Q    Did you ever get invited to a
15 568 technical committee meeting after --
16 strike the question.
17         Did you ever get invited to a
18 568 technical committee meeting in which
19 the meeting occurred after May 23?
20    A    Not that I remember.
21    Q    Did you ever receive information
22 from the 568 Group that they shared with
23 you after May 23, 2012?
24    A    So I think I may have received
25 an update to the 568 manual or something

102

1        J. TILTON - CONFIDENTIAL
2   later in, I don't know, I want to say 2015,
3   2019, something like that, simply
4   because -- not simply because -- because
5   there had been ongoing -- I had
6   conversations with Kim Downs-Burns and
7   COFHE about them making -- being able to
8   make a change so that admitting students
9   off the waitlist would not disqualify us
10  from being 568 -- being part of 568.  I had
11  those conversations.
12            And we were thinking -- and Kim,
13  and I think at the time, Ms. Burns was
14  suggesting that she, in Middlebury, and
15  COFHE and 568 were working on the language
16  that would allow us to do this going
17  forward.
18            So I think I might have gotten
19  some sort of communication from them, the
20  manual or something, to update.
21            But again, I didn't get any
22  information related to agendas or meetings
23  or anything like that.  It was just, here's
24  the information that -- you know, that
25  we're still working with 568 and the

1      J. TILTON - CONFIDENTIAL
2   Presidents' Group to see if there is a way
3   for us to change the statute to law, or one
4   of those two, because I know they're two
5   different things, to allow Brown to
6   participate as a member of 568.
7           MR. GILBERT:  Okay.  This was a
8       document that was produced by Brown.
9       It's Tab 22, and it's dated
10      December 28, 2012.  That will be
11      Tilton 14.
12          (Exhibit 14, e-mail dated
13  December 28, 2012 with attachment, Bates
14  stamped BROWN_0000019643 through674, was
15  marked as of this date.)
16          THE WITNESS:  Excuse me.  Before
17      we start this, could I take a break?
18      I just need to go to the bathroom.
19          MR. GILBERT:  Sure.
20          THE VIDEOGRAPHER:  The time is
21      now 11:49 a.m.  We are now going off
22      the record.
23          (Recess take 11:49 a.m.)
24          (Resumed 11:58 a.m.)
25          THE VIDEOGRAPHER:  The time is