# EXHIBIT 18

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*BRENT TENER*

*July 12, 2023*



124

1  ████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

████████████████████████████

8          MR. MILNE:  Obviously, I caution you
9  not to reveal the substance of discussions you may
10 have had with legal counsel on that.
11         MR. GILBERT:  You kind of took the
12 words right from my mouth.
13         THE WITNESS:  I'll be careful.
14 BY MR. GILBERT:
15 ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
████████████
████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████

126

1  ████████████████████████████████████████
2  ██████████
3       ██████████████████████████████████
4  ███████████████████████████
5           ████████████████████████████
6  ██████
7           ████████████████████████████
8  █████████████
9  BY MR. GILBERT:
10 Q       Did Vanderbilt ever publicly state, We
11 disavow or reject the 568 Group?
12         MR. MILNE:  I object to the form.
13         THE WITNESS:  I don't recall us ever
14 making any public statements about leaving the
15 568 Group.
16         MR. GILBERT:  The next will be Tab 24,
17 which is going to be Tener 10.
18         (Marked Exhibit 10.)
19         THE WITNESS:  Okay.
20 BY MR. GILBERT:
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ███████████████████████████████████
25 ██████