# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br><br>  Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT <u>AGAINST THE UNIVERSITY OF PENNSYLVANIA</u>**

In support of their Motion for Partial Summary Judgment, and pursuant to Local Rule 56.1 of the United States District Court for the Northern District of Illinois, Plaintiffs submit this concise Statement of Undisputed Material Facts.

1. The University of Pennsylvania ("Penn") was a member of the 568 Presidents' Group ("568 Group") from 2003 through 2019. *See* Ex. 1 (Penn 30(b)(6)) 31:5-7, 105:16-18) (███████████████████████████████████████); Ex. 2 (PENN568-LIT-00000002) ("The University of Pennsylvania is proud to have been a member of the 568 President's Group for the past two decades[.]"); Ex. 3 (PENN568-LIT-00123816 at -3816_0006-09) (Penn's 2016 568 Memorandum of Understanding and Certification of Compliance).

2. In February 2019, ███████████████████████████████████████████████, *see* Ex. 4 (PENN568-LIT-00060619-20) (███████████████████████████████████████); Ex. 5 (PENN568-LIT-00138387-88) ███████████████████████████████████████), and in January 2020, Penn informed the 568 Group in writing that it had decided to "resign" from the Group. *See* Ex. 2 (PENN568-LIT-00000002) (Penn's January 2020 withdrawal letter to the 568 Group).

3. Penn has made its resignation the subject of its Fifth Affirmative Defense, entitled "Withdrawal": "Penn has withdrawn from the 568 Presidents Group completely, which defeats liability for all actions of the Group after the date of withdrawal. Since the date of its withdrawal, Penn has not participated in the Group. To the contrary, it has determined a student's need for financial aid on a unilateral basis, (as it had previously). In both word and deed, therefore, Penn has disavowed the goal of the Group for the Group's members to jointly discussed and agree upon common principles of analysis for determining the financial need of undergraduate financial aid

applicants." Dkt. No. 291 (Penn's Answer and Affirmative Defenses to Plaintiffs' Second Amended and Supplemental Class Action Complaint), at 84.

4. In response to an interrogatory asking Penn to "State whether You contend You withdrew from the 568 Group and/or any agreement alleged in the Complaint," Penn stated  Ex. 6 (Penn's Amended R&O to Plaintiffs' Second Set of Interrogatories dated 2024.01.05) at 42–43; *see also* Ex. 7 (Penn's R&O to Plaintiffs' First Set of Requests for Admission dated 2023.11.13) at 22–23 ().

5. In explaining its resignation decision at the time, Penn did not repudiate or disavow the 568 Group or its goals. Instead, in a letter to the Chair of the 568 Steering Committee, Penn's Executive Director for Student Registration and Financial Services, Matthew Sessa, explained that Penn "require[d] a greater level of flexibility beyond the membership constraints" and thus "need[ed] increased flexibility in [its] needs analysis." Ex. 2 (PENN568-LIT-00000002) (Penn's January 2020 withdrawal letter to the 568 Group).

6. Mr. Sessa also stated in the letter that Penn was "proud to have been a member of the 568 President's Group for the past two decades"; that it was "with deep respect and gratitude" that Penn is resigning from the Group; that the school's "admiration for the important work that has been accomplished by the 568 President's Group made this a difficult decision"; and that "I

2

wish the exceptional institutions that comprise the 568 President's Group every continued success." *Id.*

7. Mr. Sessa also stated in the letter that the "essential work [of the 568 Group] has had a transformative impact on students in our participating institutions because of the shared vision and strategic directions pursued by member colleges and universities." *Id*.

8. Penn made these statements while its employees made statements reflecting an understanding that, within the 568 Group ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 8 (PENN568-LIT-00135701) (January 21, 2020 email from Penn's Senior University Director of Financial Aid Elaine Varas to Penn's Vice President for Finance and Treasurer MaryFrances McCourt concerning the withdrawal letter).

9. One of Penn's goals in resigning was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 9 (PENN568-LIT-00135695).

10. Mr. Sessa says he had concluded that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 10 (Sessa 149:19-21).

11. There is no evidence that Penn made any other statements regarding its views on the 568 Group or its goals. *See, e.g.*, Ex. 8 (PENN568-LIT-00135701) (January 21, 2020 email from Penn's Senior University Director of Financial Aid Elaine Varas to Penn's Vice President for Finance and Treasurer MaryFrances McCourt concerning the withdrawal letter).

12. There is no evidence in the record that anyone understood Penn to have repudiated or disavowed the 568 Group or its practices or goals. Ex. 11 (GTWNU_0000013115) (email exchange ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ none of which involved

3

repudiation or disavowal of the 568 Group); Ex. 12 (PENN568-LIT-00138563 (email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, implying no disavowal of the Group or its goals).

13. Like Penn, Brown University (in 2012), the University of Chicago (in 2014), Emory University (in 2012), and Vanderbilt University (in 2020) also left the group by sending withdrawal letters. All four institutions permanently resigned from or ended their membership in the 568 Group without repudiating or disavowing the Group or its goals. Ex. 13 (BROWN_0000000439) (Brown's 568 withdrawal letter); Ex. 14 (UCHICAGO_0000056541) (UChicago's 568 withdrawal letter); Ex. 15 (Emory_568Lit_0011074) (Emory's 568 withdrawal letter); Ex. 16 (VANDERBILT-00397876) (Vanderbilt's 568 withdrawal email).

14. In a May 2012 letter to 568 President John DeGioia, Brown explains that it "sadly must withdraw from any further participation in the group" because, contrary to the terms of the 568 Exemption, "Brown does not admit all U.S. citizens to our undergraduate programs without regard to family financial circumstances in the cases of transfer students." Ex. 13 (BROWN_0000000439) (Brown's 568 withdrawal letter).

15. Brown further states: "Brown University supports the mission and values of the 568 Presidents' Group and has appreciated our participation over the years in what we believe are important conversations dealing with issues relating to determining a family's ability to pay for college costs and wish you and the Group continued success." *Id*.

16. Brown's withdrawal was expressly tied to its inability to satisfy the 568 Group's membership requirements, rather than any disagreement with the Group's principles or goals. *See* Ex. 17 (Tilton 82:21-83:5) ("Q And then you go on to say that it's your understanding that Brown must be in full compliance with all the requirements of membership in order to participate in the

4

568 Presidents' Group, and since we are not, we sadly must withdraw from any further participation in the group. A Yes."); *id.* (Tilton 101:21-103:6) (confirming Brown received 568 manual updates even after formally withdrawing).

17. In a September 2014 letter to Mr. DeGioia, the University of Chicago explains simply that it "is withdrawing as a member of The 568 Group." Ex. 14 (UCHICAGO_0000056541) (UChicago's 568 withdrawal letter).

18. In the same letter, Chicago states that we "will continue to support need-based aid for our students, and hope to do even more for our under-resourced families in the future" and concluded that "[w]e have truly appreciated the collegiality of The 568 group and wish you and our colleagues in the group all the best going forward." *Id*.

19. In an April 2012 letter to Mr. DeGioia, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); Ex. 15 (Emory_568Lit_0011074) (Emory's 568 withdrawal letter).

20. Emory further stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id*.



21. In an April 2020 email to Mr. DeGioia, Vanderbilt states that "we have elected to withdraw from the 568 Group. We are in the process of reviewing our various partnerships, and have decided that this is the best course of action at this point in time." Ex. 16 (VANDERBILT-00397876) (Vanderbilt's 568 withdrawal email).

22. Vanderbilt concludes by inviting further dialogue, stating, "Please do not hesitate to reach out to me directly should you have any questions." *Id*.

5

23. Vanderbilt stated that its brief email was prompted by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 18 (Tener 124:15-24).

24. Vanderbilt later confirmed that it did not view its withdrawal email, or any subsequent communication, as having disavowed or repudiated the 568 Group. *Id.* (Tener 126:10-15) ("Q: Did Vanderbilt ever publicly state, We disavow or reject the 568 Group? . . . I don't recall us ever making any public statements about leaving the 568 Group.").

25. There is no evidence in the record that Brown, Chicago, Emory, or Vanderbilt otherwise repudiated or disavowed the 568 Group or its goals and there is no evidence in the record that anyone understood any of these universities to have done so.

6

Dated: May 7, 2025

/s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David S. Copeland
Natasha Zaslove
**GILBERT LITIGATORS &
  COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilberlitigators.com

/s/ Eric L. Cramer
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: (773) 257-0255
rschwartz@bm.net

Respectfully Submitted,

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
Peter Bach-y-Rita
**FREEDMAN NORMAND
  FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
**FREEDMAN NORMAND
  FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*