# EXHIBIT 1.1
# FILED UNDER SEAL