# EXHIBIT 2.1
# FILED UNDER SEAL