# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF LAUREN J. STIROH, PH.D.**

I, Lauren J. Stiroh, Ph.D., pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am an economist and Senior Managing Director at NERA Economic Consulting.

2. I authored the report titled “Expert Report of Lauren J. Stiroh, Ph.D.,” which is dated August 7, 2024. Excerpts from a true and correct copy of my report are attached herewith.

3. If called to testify under oath, I would do so in accordance with the facts, conclusions, and opinions in my report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May __5__, 2025.

Lauren J. Stiroh, Ph.D.