# EXHIBIT 3.1

# FILED UNDER SEAL