# EXHIBIT 7

# FILED UNDER SEAL