# EXHIBIT 8

Financial Aid Office: Undergraduate Overview

**Brown's Philosophy: A Partnership**

Financial aid at Brown is a partnership that draws on the combined resources of the student, his or her family, federal and state governments, and the University itself. Brown believes that the primary responsibility to pay for college lies, to the extent possible, with the family. Eligibility for aid from the University, therefore, is based on financial need. Brown, as a member of the Ivy League, does not offer aid based on academic achievement, athletic ability, or any other form of merit.

It is important that students apply for financial aid if they have reason to believe that the cost of attendance exceeds what they and their parents can reasonably be expected to contribute for their first and/or any subsequent year at Brown. Financial aid is renewable for all four undergraduate years, assuming eligibility continues. Students must reapply each year for financial aid. Renewal forms and procedures are distributed at the end of the fall term.

**Financial Aid Initiatives Unique to Brown University**

Brown University is committed to assisting families in meeting their demonstrated financial need. Several financial aid initiatives, unique to Brown, have been developed in order to better assist our families. The following is an overview of these initiatives.

Undergraduate financial aid applicants with total parent incomes less than $100,000, at the time of admission, do not have a loan component in their awards. Students with family earnings above $100,000 have moderate loans ($3,000, $4,000 or $5,000) depending on family total income level.

Families with total parent earnings less than $60,000 and assets less than $100,000 are not required to make a parent contribution toward the cost of education.

Families with total parent earnings less than $60,000 and assets greater than $100,000 have a significantly reduced contribution (from assets only).

Students are able to use outside scholarships to eliminate all of the self-help components in their awards including the summer savings expectation.

These University initiatives are determined based on a family's calculated total income. A family's total income is determined by reviewing tax documents and financial aid application materials. Total income is the sum of Adjusted Gross Income plus all untaxed income. Examples of untaxed income include untaxed social security benefits, untaxed business revenue, pension contributions and withdrawals, child support received, etc. Please visit the parent income section of our web site for complete details of the determination of total income.

**Tuition and Fees**

Tuition and fees for the 2014-15 academic year are listed below.

Direct or billed costs are charges that are billed directly to your student account (bill) each semester such as tuition, mandatory fees and room and board. Room and board are charges for your housing and your meal plans.

Indirect estimated costs do not appear on your student account (bill) and vary based on the individual students. These costs include books, personal expenses and possibly travel.

**Creating a Financial Aid Package**

The Office of Financial Aid determines your financial need upon review of your financial aid application. Financial need is determined by subtracting the calculated family contribution from the cost of attending Brown.

**Cost of Attendance(COA) - Expected Family Contribution (EFC) = Financial Need**

The EFC is composed of (1) the **Student Contribution from Summer Earnings**, (2) **the Student Contribution from Assets**, and (3) the **Parent Contribution**. The Student Contribution from Summer Earnings is a standard amount that is evaluated each year. All students at Brown are expected to contribute from their summer income to defray the costs of their education. The Student Contribution from Assets and the Parent Contribution are the result of a series of calculations explained in the Needs Analysis section on our web site.

Let's assume the following:

| | |
|---|---|
| Cost of Attendance | $62,694 |
| Student Contribution from Summer Earnings | -$3,050 |
| Student Contribution from Assets | -$500 |
| Parent Contribution | -$21,000 |
| **Financial Need** | **$38,144** |

Once our office has determined the level of financial need, we create a financial aid package. A package is created in this order:

- State and/or Federal Grants
- Standard amount of loan and work-study/campus employment (see Student Effort Levels for details)
- Remaining need in University Scholarship

Using our sample student above, examples of awards based on the student's year in school are as follows:

**Financial Aid Package**

| | **Freshman*** | **Sophmore*** | **Junior/Senior*** |
|---|---|---|---|
| **University Scholarship** | $32,394 | $32,394 | $32,394 |
| **Work-Study/Campus Employment** | $2,750 | $2,750 | $2,750 |
| **Loans** | $3,000 | $3,000 | $3,000 |
| **Total Financial Aid** | $38,144 | $38,144 | $38,144 |

increase in financial need. The Summer Earnings Contribution cannot be replaced with University Scholarship. Outside scholarships may reduce a student's Summer Earnings expectation. For further information please review the Outside Scholarship Policy.

**Work-Study/Campus Employment:**
An academic year work-study/campus employment expectation is part of the federal financial aid program. This simply means that you have the opportunity to earn funds through working on-campus while here at Brown. For more detailed information on the work-study program and campus employment here at Brown, please visit the Student Employment website.

**Loans:**
As you can see from the chart above, where a student will fall in the loan range is based on a family's total income. Total income includes taxable income (wages from work, interest, dividends, business income, etc.) and untaxed income (social security benefits, contributions to 401(k), 403(b), and IRA accounts, child support received, etc.). While Brown's standard loan levels are reviewed each year, total income used to assign a loan level is reviewed only once at the time of a student's first financial aid award. Loan levels will not be reevaluated based on a change to a family's income at a later date.

**Needs Analysis: Calculating the expected family contribution (EFC)**

The needs analysis formula is the starting point for determining eligibility for financial aid. Each component of the formula is made up of several factors:

| Cost of Attendance | -(Minus) EFC | =(Equals) Financial Need |
|---|---|---|
| • Tuition & Fees | • Parent Contribution | • Student Loans |
| • Room & Board | • Student Contribution from Assets | • Work-Study |
| • Books & Supplies | • Student Contribution from Summer Earnings | • Federal or State Grants |
| • Misc. Expenses | | • University Scholarship |
| • Travel | | |

We start by setting a budget, or ***Cost of Attendance***, for the academic year. Next, we calculate the family's share of college costs called the ***Expected Family Contribution***, or ***EFC*** for short. Upon subtracting the EFC from the budget, we are able to determine the student's ***Financial Need***. ***Brown's financial aid award will be equal to your Financial Need.***

It is important that you understand how we arrive at the EFC, as Brown University awards financial aid to supplement, not to replace, your family's ability to pay. The ***Expected Family Contribution*** is calculated using two standard methodologies for needs analysis: Federal Methodology and Institutional Methodology.

- Federal Methodology (FM) - This formula is used to determine eligibility for all federal aid, including Pell Grants, Stafford Loans, Perkins Loans, Work-study, and most state scholarship aid. The EFC is determined from the data provided on the Free Application for Federal Student Aid (FAFSA) and verified using data from federal tax returns and other supplemental documents. FM excludes some forms of income and expenses, and eliminates some assets from consideration, when calculating the EFC. ***This EFC will appear on the Student Aid Report (SAR) that you receive after submitting the FAFSA***. However, this EFC may not be the same EFC you see on your