# EXHIBIT 10

# The Fall 2017 Frosh Class (as of 5-30-17)

- 235 Frosh; 108 Women (46%), 127 Men (54%)
  - 101 Asian Americans (43%)
  - 52 White (22%)
  - 21 Internationals (9%)
  - 37 URM (16%)
    - 28 Hispanic/Latino
    - 6 African Americans
    - 3 Native Americans

*71% Public high schools*
*20% Athletes*
*14.5% LGBTQ (self-reported)*
*11.5% Pell-eligible*
*5% First generation*

[Slide 1]

Does not include the 10% that didn't report race/ethnicity.

# Enrolling Testing Profile

| Test | Mid-50% | | Test (new) | Mid-50% |
|---|---|---|---|---|
| SAT CR | 740-800 | | SAT EBRW | 730-770 |
| SAT Math | 770-800 | | SAT Math | 780-800 |
| SAT Writing | 730-800 | | | |
| | | | | |
| Math L2 | 800-800 | | | |
| Physics | 780-800 | | | |
| Chemistry | 770-800 | | | |
| Biology | 770-780 | | | |
| | | | | |
| ACT Comp | 34-35 | | | |
| ACT English | 34-36 | | | |
| ACT Math | 35-36 | | | |
| ACT Read | 33-36 | | | |
| ACT Sci | 34-36 | | | |

[Slide 2]

Scores are virtually identical to pre-WL activity.

# Matriculants (F’05-F’16)



[Slide 3]

Includes all WL activity.

# Yield by Gender (F'06-F'17)



[Slide 4]

Includes all WL activity.

# Yield Notes

- URS enhanced financial aid yield=29% (lowest)
- African American yield=17% (lowest since F'05)
- Female yield (with WL)=35% (31% pre-WL yield)
- Pell yield=41% (just about norm)
- International yield=38% (just below 10-yr average)
- Prefrosh Wknd (240 attendees) yield=61% (norm)
  - Travel Grant (94 attendees) yield=56% (norm)
  - Non-PFW yield=20% (low)

# Competitor Breakdown

| School | Reported Enrollment |
|---|---|
| MIT | 98 |
| Stanford | 48 |
| Harvard | 24 |
| Princeton | 17 |
| Yale | 9 |
| UC Berkeley | 8 |
| Carnegie Mellon | 7 |
| Columbia | 7 |
| UPenn | 6 |
| Johns Hopkins | 5 |
| Harvey-Mudd | 4 |
| UChicago | 4 |
| Rice, Brown & GTech | 3 each |
| Non-respondents | 25 |

# Melt v. WL Enrollment (as of 5-30-17)

| | |
|---|---|
| F'17=0 (Melt) | 30 (Matrics from WL) |
| F'16=3 | 6 |
| F'15=5 | 0 |
| F'14=8 | 31 |
| F'13=1 | 0 |
| F'12=1 | 0 |
| F'11=4 | 27 |
| F'10=14 | 4 |
| F'09=9 | 0 |
| F'08=12 | 7 |
| F'07=5 | 18 |