# EXHIBIT 11
# FILED UNDER SEAL