# EXHIBIT 13
# FILED UNDER SEAL