# EXHIBIT 18

**Document 1**

# FINANCIAL AID - BASIC BACKGROUND

**Institutional Policies:**

Institutions determine the basic framework for their financial aid programs according to their own campus philosophy and financial capacities. Three key decisions they make are:

- whether all aid is need-based,
- whether all admissions decisions are need blind,
- whether all need will be fully met for four years.

In the past decade, an increasing number of campuses have made changes in one or more of these institutional policies. Only a few (30-40) institutions still maintain positions that are need-blind, need-based, and meet full need.

**The three Basic Variables for distributing aid are**:

1. A standard methodology.
2. Professional judgment (adjustment to methodology based on individual circumstances).
3. Packaging (the mix of grant, loan and work in the award). Some institutions use differential packaging (recognizing differences in income levels) and preferential packaging (recognizing desired student characteristics).

**The Needs Analysis** process results in an assessment of the family's ability to pay for college.

Family Contribution (FC) = Parent Contribution (PC) + student contribution (SC) from savings (assets), summer earnings, and recurring sources of income (trust, social security).

Need = Total Cost (tuition, fees, room and board, books, personal and travel) less the Family Contribution (FC).

**Methodologies**: the need analysis systems used to determine family ability to pay.

FM = federal methodology --- mandated by the Congress (excludes home equity, certain assets, and employs a tax-based definition of income). FM must be used to determine eligibility for all federal aid funds.

IM= institutional methodology ---guidelines developed by the College Scholarship Service (CSS) (considers home equity an available asset).

Adjustments to the standard methodology may be made by the institutions. While many are made in individual cases under the rules of professional judgment, there is a trend to

making adjustments for groups of students or what might be called "institutional adjustments."

Examples of two recent and fundamental institutional adjustments to IM:

- Princeton excludes part or all of home equity depending on income and home equity levels
- Yale excludes the first $150,000 of assets (this includes the normal IM asset protection allowance).

**Treatment of Outside Scholarships**

Federal regulations require that outside scholarships be used as a resource (i.e., be part of the aid package, not part of the parent or student contribution). However, institutions have the latitude to decide what elements to reduce or replace with the outside funds. Historically, many COFHE schools have reduced the institutional grant and loan parts of a package; however, in the past year, more institutions are using the outside scholarships to reduce or eliminate loans and work elements before reducing institutional grants.

* * * * *

**Impact of Different Methodologies**

Hypothetical Example: Family of 4 from New York with one child going to college. Income = $70,000, Home equity = $70,000, Investments = $80,000, Student savings = $1,000.

| | IM | FM | Princeton | Yale | Proposed IM |
|---|---|---|---|---|---|
| Parent Contr. | | | | | |
| -from income | 7,000 | 7,000 | 7,000 | 7,000 | 5,780 |
| -from assets | 6,200 | 2,256 | 2,256 | 0 | 4,750 |
| Total PC | 13,200 | 9,256 | 9,256 | 7,000 | 10,530 |
| | | | | | |
| Student Contr. | | | | | |
| -from savings | 350 | 350 | 350 | 350 | 250 |
| -from summer | 1,150 | 0 | 1,810 | 1,700 | 1,150 |
| Total SC | 1,1500 | 35 | 2,160 | 2,050 | 1,400 |
| | | | | | |
| Total FC | 14,700 | 9,606 | 11,416 | 9,050 | 11,930 |

4/6/99