# EXHIBIT 22
# FILED UNDER SEAL