# EXHIBIT 23

# FILED UNDER SEAL