# EXHIBIT 24

# Peer School Financial Aid: Initiatives

1. February 1998: **Princeton** announces elimination or reduction of loan based on family income and elimination of home equity in the need analysis for low income families.

2. March 1998: **Brown** announces loan reduction based on family income.

3. March 1998: **MIT** announces substantial reduction of loan for both typical and low-income students.

4. March 1998: **Penn** announces loan elimination for certain students selected by admissions (Trustees Scholars and Mayors Scholars).

5. Fall 1998: **Cornell** Tradition grants increased by $1,000.

6. September 1998: **Harvard** announces $2,000 reduction in self help for all students.

7. October 1998: **Dartmouth** announces elimination or reduction of loan based on family income.

8. Spring 1998: **MIT** reduces self help and increases scholarships by $1,000 for Pell Grant recipients.

9. Spring 1999: **Stanford** earmarks $500,000 to target low-income students and Presidential Scholars.

10. Spring 1999: **Penn** announces loan elimination for an increased number of students selected by admissions (adding Leadership scholars to the pre-existing Trustees and Mayors Scholars).

11. January 2001: **Princeton** announces elimination of all loans. Reduces percentage of student assets from 35% to 5%. Eliminates home equity and gives $140,000 allowance against assets for renters.

12. February 2001: **Harvard** announces $2,000 reduction in self help.

13. March 2001: **MIT** announces $2,000 reduction in self help.

14. April 2001: **Dartmouth** announces $1,225-$1,500 loan reduction.

15. September 2001: **Yale** announces self help reduction (to $3,900).

16. Spring 2002: **Brown** announces elimination of work study from first-year packages.

17. February 2004: **Harvard** announces elimination of Parent Contribution for families earning less than $45,000 per year, as well as reduction of PC for families earning between $45,000 and $60,000 per year.

18. March 2005: **Yale** announces elimination of Parent Contribution for families earning less than $45,000 per year. Reduction of PC for families earning between $45,000 and $60,000

per year.

19. Spring 2005: **Brown** announces additional funding for (no loan) Frank Scholars Program.

20. Spring 2006: **MIT** announces Pell Grant Initiative which further reduces self help for low income students.

21. March 2006: **Penn** announces loan elimination for students from families earning less than $50,000 per year.

22. March 2006: **Stanford** announces elimination of Parent Contribution for families earning less than $45,000 per year. Reduction of PC for families earning between $45,000 and $60,000 per year.

23. March 2006: **Harvard** announces elimination of Parent Contribution for families earning less than $60,000 per year.

24. September 2006: **Columbia** announces they will eliminate loans for families with incomes less than $50,000.

25. February 2007: **Stanford** announces they will reduce loan expectations from $3,500 to $2,000. Announced they would cap home equity at 1.5 times income.

26. March 2007: **Penn** announces that they will eliminate loans for families with incomes less than $60,000.

27. May 2007: **University of Chicago** announces that they will eliminate loans for families with incomes less than $60,000 and for families with incomes between $60,000 and $75,000 the loan amounts will be cut in half.

28. July 2007: **Amherst** announces the elimination of all loans from financial aid packages for all students.

29. Fall 2007: **Haverford** announces that all incoming students will receive a package without loans and that they will be reducing the loan expectation for continuing students.

30. November 1, 2007: **Williams** announces they will eliminate loans from financial aid packages for all students.

31. November 5, 2007: **Wesleyan** announces they will eliminate loans for families with incomes less than $40,000. For families with incomes above $40,000 the loan expectation will be reduced by 35%.

32. December 8, 2007: **Duke** announces $0 PC for families with incomes less than $60,000 per year. No loans for families with incomes below $40,000, lower loan levels for students with family incomes between $40,000 and $100,000 per year, families with incomes over $100,000 will have their loans capped at $5,000 per year.

33. December 10, 2007: **Harvard** announces three initiatives. "Zero to 10%:" Families with incomes between $120,000 and $180,000 per year will have a parent contribution equal to pay 10% of their income, and decline steadily for families with incomes less than $120,000 until a zero contribution for $60,000 is reached. No loans for all students. Eliminate home equity from need analysis.

34. December 12, 2007: **Pomona** announces they will eliminate loans from financial aid packages for all students.

35. December 13, 2007: **Swarthmore** announces they will eliminate loans from financial aid packages for all students.

36. December 17, 2007: **Penn** announces that for the 2008-2009 academic year they will eliminate loans for all students with incomes less than $100,000, and a 10% reduction in loans for families with incomes above $100,000. For the 2009-2010 academic year they will eliminate loans for all students.

37. December 19, 2007: **Tufts** announces they will eliminate loans for families with incomes less than $40,000 per year.

38. January 14, 2008: **Yale** announces they will eliminate loans from financial aid packages for all students and reducing self help expectation from $4,400 to $2,500. Families with incomes less than $60,000 will have a $0 parent contribution. For families with incomes from $60,000 to $120,000 families will have a parent contribution between 1-10% of their total income. For families with incomes from $120,000 to $200,000 families will have a parent contribution averaged at 10% of their total income. In addition, they will ignore the first $200,000 of the family's assets.

39. January 18, 2008: **Bowdoin** announces they will eliminate loans from financial aid packages for all students.

40. January 19, 2008: **Colby** announces they will eliminate loans from financial aid packages for all students.

41. January 22, 2008: **Dartmouth** announces they will eliminate loans from financial aid packages for all students. Families with incomes less than $75,000 will have a $0 parent contribution. Need Blind for all students, including foreign students. No summer savings expectation for students in their junior year.

42. January 31, 2008: **Cornell** announces they will eliminate loans for students with family incomes less than $75,000 in a two year process. For 2008-2009 loans will be eliminated for families under $60,000, and for 2009-2010 this will be extended to families with incomes less than $75,000. For families with incomes up to $120,000 the annual loan amount will be capped at $3,000.

43. January 31, 2008: **Northwestern** announces they will eliminate loans for their neediest students and will be based on parent contribution rather than family income, but 80% of recipients will come from families with incomes less than $55,000. For the remaining students the total four year borrowing will be capped at $20,000.

44. February 7, 2008: **Wellesley** announces that they will eliminate loans for families with incomes less than $60,000. For students with incomes between $60,000 and $100,000 the four-year loan debt will be capped at $8,600. For the remaining students the four-year loan debt will be capped at $12,825.

45. February 20, 2008: **Stanford** announces that they will eliminate loans from financial aid packages for all students. Families with incomes less than $60,000 will have a $0 parent contribution. For families with incomes between $60,000 to $100,000 they will have free tuition, but may have a contribution towards room and board (PC cap at 10% of income). Other enhancements for all students at all income levels, but does not say what and how much.

46. February 21, 2008: **Washington University** announces that they will eliminate loans for families with incomes less than $60,000.

47. February 23, 2008: **Brown** announces that they will eliminate loans for families with incomes less than $100,000. For families with incomes from $100,000 to $125,000 the four year loan debt will be $12,000. Families with incomes from $125,000 to $150,000 the four year loan debt will be $16,000, and families with incomes above $150,000 the four year loan debt will be $20,000. In addition, families with incomes below $60,000 will have a $0 parent contribution.

48. March 7, 2008: **MIT** announces they will eliminate loans for families with incomes less than $75,000. Families with incomes below $75,000 will receive free tuition. Families with incomes below $100,000 they will not use home equity as part of PC calculation. Reduce work study requirement for all students.

49. March 11, 2008: **Columbia** announces no loans for all financial aid students. $0 PC for families with incomes under $60,000, and PC reductions for families with incomes between $60,000 and $100,000.

50. March 11, 2008: **Vassar** announces no loans for families with incomes below $60,000.

51. March 17, 2008: **Claremont-McKenna** announces they will eliminate loans from financial aid packages for all students.