# EXHIBIT 25

PL 114-44, August 6, 2015, 129 Stat 472

UNITED STATES PUBLIC LAWS

114th Congress - First Session

Convening January 06, 2015

Additions and Deletions are not identified in this database.
Vetoed provisions within tabular material are not displayed
Vetoes are indicated by ~~Text~~ ;
stricken material by ~~**Text**~~ .

PL 114–44 [S 1482]
August 6, 2015
NEED-BASED EDUCATIONAL AID ACT OF 2015

An Act To improve and reauthorize provisions relating to the application of the antitrust laws to the award of need-based educational aid.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,

SECTION 1. SHORT TITLE.

<< 15 USCA § 1 NOTE >>

This Act may be cited as the "Need-Based Educational Aid Act of 2015".

<< 15 USCA § 1 NOTE >>

**SEC. 2. EXTENSION RELATING TO THE APPLICATION OF THE ANTRITRUST LAWS TO THE AWARD OF NEED-BASED EDUCATIONAL AID.**

Section 568 of the Improving America's Schools Act of 1994 (15 U.S.C. 1 note) is amended—

(1) in subsection (a)—

(A) in paragraph (2), by inserting "or" after the semicolon;

(B) in paragraph (3), by striking "; or" and inserting a period at the end; and

(C) by striking paragraph (4); and

(2) in subsection (d), by striking "2015" and inserting "2022".

Approved August 6, 2015.
LEGISLATIVE HISTORY—S. 1482:

CONGRESSIONAL RECORD, Vol. 161 (2015):

 © 2025 Thomson Reuters. No claim to original U.S. Government Works. 

July 14, considered and passed Senate.

July 27, considered and passed House.

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.