# EXHIBIT 27

# FILED UNDER SEAL