# EXHIBIT 28

# FILED UNDER SEAL