# EXHIBIT 32

Cornell University

# 2022-2023 UNDERGRADUATE NEED ANALYSIS AND PACKAGING POLICIES

Office of Financial Aid and Student Employment

203 Day Hall

Phone 607-255-5145 • Fax 607-255-6329

Cornell University is committed to access and opportunity and offers a robust need-based financial aid program for all undergraduate U.S. citizens and eligible non-citizens, with a limited amount of need-based aid for international students. Institutional aid is awarded based on the financial need of the family. We do not offer aid based on academics, athletic ability, or any other talent.

To the extent that they are able, parents and students have the primary responsibility to contribute to educational expenses before Cornell awards financial aid. Institutional methodology is constructed to achieve horizontal and vertical equity. Families of similar incomes and assets are expected to contribute similar amounts towards college expenses and as income and assets increase, family contributions will rise as well. Cornell evaluates income and assets in assessing the parent and student's ability to pay

With respect to determining financial need, the Office of Financial Aid and Student Employment largely follows the 568 and College Board approaches. The PROFILE and other supporting documentation is used to determine the institutional parent contribution and determine a student's eligibility for institutional funding. The FAFSA and federal EFC is used to establish federal aid eligibility,

## Application Requirements

The financial aid application process varies depending on the student population. The undergraduate student aid populations break down as follows:

- Freshmen
    - Early Decision Freshmen
    - Regular Decision Freshmen
- Transfer Students
    - Fall Transfers
    - Spring Transfers
- Continuing Students
    - First Time Applicants
    - Renewal Applicants

All undergraduate students and admissions applicants who are seeking financial aid need to complete the Free Application for Federal Student Aid (FAFSA). First time aid applicants must also complete the College Board's CSS PROFILE and submit supporting tax information to be considered for institutional aid. New students must be accepted to Cornell before being considered for financial aid.

Renewal applicants do not need to submit the CSS PROFILE but may be asked to provide additional information. Application requirements are communicated to new and continuing students via Student Center and with missing information emails sent to the student email address.

**CSS PROFILE**

The CSS PROFILE is used to determine eligibility for institutional aid and all new financial aid applicants are required to submit the CSS PROFILE to be considered.

**Supporting Documentation**

Students who only want to be considered for federal aid submit the FAFSA. Cornell requires other families to submit their base tax forms (personal and, where appropriate, corporate and partnership) and all W-2 forms before first-year aid awards are prepared. Having this documentation for all new aid applicants helps provide a more complete picture of the family's income and ensure the completeness of the information submitted on the CSS PROFILE and FAFSA.

The Office of Financial Aid and Student Employment uses FAFSA data to determine financial aid available for most continuing students. If there are significant changes or the student has been selected for federal verification, we will ask for additional information to assess an updated family contribution.

Documentation provided by the student must be reviewed for conflicting data, even if our office didn't request the information. Detailed information for reviewing and resolving conflicting data is provided in 2022-23 Conflicting Information Review Policy and Procedures.

## Federal Verification

Cornell University follows U.S. Department of Education guidelines and completes verification on all records that ED selects for the verification process. Additionally, we may select students for verification who were not otherwise selected if we believe the information provided on the FAFSA to be incorrect.

The Office of Financial Aid and Student Employment receives tax documents from aid applicants who are not selected by CPS for federal verification. If there is documentation of conflicting information due to the collection of documents for institutional methodology, these students are considered to be selected for verification by Cornell even though we may not be verifying the same data in our institutional methodology process as for CPS-selected applications.

Detailed information and instructions for Federal Verification can be found in Federal Verification Procedures 2022-2023.

# Need Analysis Policies and Guidelines

The statements below outline Cornell's policies in determining financial need. Information on how these are implemented can be found in the 2022-2023 Financial Aid Application Review Procedures.

## Family Contribution

The Family Contribution is a measure of the family's ability to pay and is a combination of the parent contribution and student contribution.

**Parent Contribution**
The parent contribution is based on several factors including total income, net worth assets, family size and the number in college. Information provided during the financial aid application process is used to determine the institutional parent contribution.

Cornell requires financial information from the households of all legal parents of the student. This requirement applies even if the parents are not currently married to each other, are married to different people, or if one parent (or both) is unwilling to help pay for college. When all the student's households comply with our request for information, our approach will be to assess the legal parents' ability to pay for education, unless otherwise noted:

- The stepparent has adopted the student, in which case the custodial household will be used to assess a parental contribution.
- The noncustodial parent information has been waived. There is a non-custodial waiver process in place for students with exceptional circumstances and decisions are made on a case by case basis by the Associate Director, Counseling. In this case, the custodial parent or custodial household (in the case of a remarriage) will be used.

*Parent Contribution Initiative* Families with a total family income of less than $60,000, and total net worth assets of less than $100,000 (including primary home equity), will have no parent contribution. Total family income equals adjusted gross income for the tax year that we are looking at for financial aid purposes, plus any business or other losses, as well as any untaxed income. In cases of divorce or separation, we calculate total family income for each parent and add them together.

**Student Contribution**
The student contribution is the amount students are asked to contribute to the cost of their education. This has two components: summer employment (Summer Savings Expectation, or SSE) and a portion of their assets (Student Contribution from Assets, or SCA).

The Summer Savings Expectation (SSE) is the minimum amount that Cornell expects students to earn and save during the summer before or between academic years and contribute toward academic year educational expenses. The SSE for first year students is $2,700. All other students have an SSE of $3,300.

In determining the SCA, Cornell treats all parent-originated assets of the student as parent assets. Assets given to the student by a third party in any form are treated as student assets and assess at a

25% rate and use as the Student Contribution from Assets (SCA). This represents the student contribution from assets for one year of undergraduate enrollment and the amount is carried forward the following three years.

**Dependency Status**
The Office of Financial Aid and Student Employment considers parents' income and assets unless students are orphans, wards of the court, are 27 or older, or have an extreme adverse home situation.

Cornell University recognizes that students may face challenging family circumstances and may need to request reconsideration of their dependency status. This review is performed on a case-by-case basis for students with unusual circumstances, when conditions exist which would prevent them from gaining access to parent information. At Cornell, this consideration is applied to federal and institutional dependency.

It is possible for students to meet the federal criteria to be considered independent for federal aid purposes and still be considered a dependent when being considered for institutional aid.

**Number in College**
In adjusting the calculation per child, Cornell follows the College Board's Institutional Methodology and applies an adjustment of 60% when two children are in college, 45% when three children are in college, and 35% when four or more children are in college.

Effective 2021-22, undergraduate and graduate siblings enrolled at least half-time are included in the number in college to determining the parent contribution under institutional methodology. Effective 2022-23, the Office of Financial Aid and Student Employment is no longer using a low-cost treatment when a sibling is attending a community college or otherwise has a reduced parental contribution.

**Business, Real Estate and Other Losses**
Cornell does not allow income losses to reduce the Adjusted Gross Income (AGI) used to determine the parental contribution. When parents report negative business/real estate income and/or other taxable income, those values are added back as positive income.

**Projected Assets**
Interest and dividend income can be used to test the validity of the reported cash, savings and checking. Keep in mind that the income and dividend incomes are reported for Prior-Prior-Year while the assets are reported as of the date of the application, resulting in a possible disconnect in the timing of income and assets reported. PeopleSoft provides this functionality through the global options.

- Yield: defines the % to be used to project assets based on the combined interest and dividend incomes. For 2022-23 this is 3%.
- Tolerance: Cornell has defined a tolerance such that the projected assets are used only if the increased amount exceeds the tolerance. For 2022-23 this is $3,000.

If cash and investments are being imputed and this impacts the student's eligibility for need based aid (including subsidized vs unsubsidized loan funding), this is conflicting data and must be resolved. Review the 2022-23 Conflicting Information Review Policy and Procedures for next steps.

**Farms**

As New York state's land-grant institution, Cornell University is charged with advancing the lives and livelihoods of the state's citizens through teaching, research and public service. To support this, Cornell developed an alternative treatment for farm families who live on the farm and the farm income is the primary source of income for one parent.

In 2009, after working with two Cornell Ag Economists, Cornell developed an alternative asset analysis for farm families by modifying IM Tables 7 and 9 and assessing the home at the same reduced rate as the farm assets. Cornell assesses the homestead and farm assets at a lower rate than other assets. After further review in 2019, Cornell moved to allow farm losses to reduce the income used to determine the parental contribution.

# Packaging and Award Adjustment Policies and Guidelines

The first objective of the Office of Financial Aid and Student Employment is to provide need-based financial aid to undergraduate students, in an equitable and timely manner. The second is to process, and in some cases administer, those awards made to Cornell students from either University or outside sources.

In meeting both objectives all program regulations, guidelines and donor wishes are to be followed. Aid packaging is to be accomplished as effectively as possible, within the constraints of time and resources, and outside forces or factors, such as timing of receipt of funds, regulations changes, and software and data systems changes and support.

Student eligibility for funds will be determined or confirmed, including criteria such as financial need, citizenship, hours of enrollment, school or college of enrollment, academic level, state residence, Satisfactory Academic Progress, and other eligibility criteria as required by specific aid programs or donor guidelines.

Once financial need has been determined, the Office of Financial Aid and Student Employment creates a package to meet that need. Aid packages generally include two forms of assistance: grant/scholarship and self-help. Cornell grant funds comprise the main portion of most need-based grant awards; federal, state and other grant funds are included as appropriate. Self-help funds are offered in the form of low-interest, deferred-payment loans and work study eligibility.

Initial offers of loan and work are made to students based on the family's total income. The academic year work expectation is set at $2,600 while loan levels vary based on the family's total income. Cornell guarantees that any family with a total income of less than $60,000, and total assets of less than $100,000 (including primary home equity), will have no loans in the initial aid package.

| TOTAL FAMILY INCOME | MAXIMUM LOAN IN INITIAL AID OFFER |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,001 and $85,000 annually | $2,500 |
| Between $85,001 and $135,000 annually | $5,000 |
| Above $135,000 annually | $7,500 |

Financial need is met with the general order of awards as follows:

- Entitlements (Pell, New York State Awards, CCTS)
- Special College/Program Awards (Commitment Program, Deans – students are selected)
- Work Expectation (Federal Work Study, Employment Earnings Expectation)

- Loans (Direct Loans, University)
- Grants (HEOP, EOP, SEOG, Cornell Grant, Endowed Scholarships)

Aid and awards made from sources outside the Office of Financial Aid a Student Employment, such as from academic departments or outside scholarship donors or loan sources, are to be incorporated into aid packages. This must comply with regulations and guidelines of all funds included in the aid package, including revision of the aid package, if necessary.

**Outside Scholarships and Tuition Benefits**
Outside scholarships or tuition benefits reduce the student contribution: need-based loans (including any that had been awarded through a cost of attendance adjustment), summer savings expectation, and academic year work. If all need-based loans and work have been canceled and the summer savings expectation has been replaced, any remaining funds will reduce Cornell Grant aid dollar for dollar. Outside scholarships and tuition benefits do not reduce the parental contribution.

**ROTC and Veteran Benefits**
Cornell does not require students to utilize their veteran educational benefits. VA benefits and ROTC scholarships are taken into consideration for institutional aid eligibility and impact a student's need-based financial aid award in the same way outside scholarships and tuition benefits do.

**Cost of Attendance Adjustments**
Increasing the Cost of Attendance may increase student federal work study, student or parent eligibility for federal or institutional loans or allow additional resources (outside scholarships, emergency funding, etc) to be received without reducing existing financial aid awards.