# EXHIBIT 33

# FILED UNDER SEAL