# EXHIBIT 34

**CONFIDENTIAL**
**Undergraduate Financial Aid Task Force – Final Report**
**April 27, 2012**

**Membership:** Barbara Knuth (Chair), John Adams, Glenn Altschuler, Joanne DeStefano, Tom Keane, Kent Kleinman, Alan Mathios, Lee Melvin, Susan Murphy, Dan Robertson.

**Charge:** The purpose of the task force is to develop recommendations for managing the costs associated with Cornell's undergraduate financial aid programs, while continuing to maintain our commitment to need-blind admissions and competitive access for a qualified and diverse student body. The task force should identify and analyze options that will help control the costs of Cornell grant aid and/or provide additional resources to cover the costs of grant aid. Options may include changes in the resource structures (e.g., increasing philanthropy for financial aid), changes in financial aid programs (e.g., eliminating or further limiting the use of preferential packaging for specific types of students), and financial aid management practices (e.g., tightening late application penalties). The task force should model the potential impact of each scenario on student access/diversity and GP/unit budgets.

**NOTE:** This report follows on and builds from the Spring 2011 report, "Summary of Admission and Financial Aid Trends, 2003-04 through 2010-11," prepared by Dan Robertson, Institutional Research and Planning and discussed widely with Cornell leadership. Several findings from that report are excerpted and included here, but complete details are found in that report. The report is referenced as "Robertson, 2011" in this report. Some figures from that report do not correspond exactly with figures reported elsewhere in this report, because the Robertson 2011report was completed before year-end final figures were available.

**NOTE:** In this report, unless otherwise specified, "unrestricted Cornell grant aid" refers to funds from the General Purpose (GP) budget. This includes the 5-year $35M/year direct draw from the university's endowment, which was transferred from the endowment to a GP account. "Restricted Cornell grant aid" refers to truly restricted accounts targeted only for undergraduate financial aid, such as the Meinig or Tata scholarships.

## EXECUTIVE SUMMARY

**Challenges and Philosophy:** Cornell University has long been committed to a philosophy and policy of undergraduate need-blind admissions and undergraduate need-based financial aid, including meeting full financial need as defined by our calculations. New financial aid initiatives were implemented in 2008, with other initiatives added in 2009 and 2010. These financial aid program changes, coupled with macroeconomic forces outside the university's control, have contributed to rapid and significant increases in the amount of university resources committed to financial aid, particularly unrestricted funds, as detailed in this report. Cornell now faces the challenge of reducing the rate of growth in undergraduate financial aid paid for through the university's unrestricted funds while maintaining its commitment to a policy of need-based aid; leaving this issue unaddressed will significantly hinder the university's ability to address other academic priorities including faculty renewal. Providing access based on competitive merit requires allocating financial resources to enable all qualified and deserving students to attend Cornell. Since 1998-99, Cornell's unrestricted grant funding, adjusting for inflation, increased by 288%, while restricted grant funding, adjusted for inflation, increased by 8%. During that same period, grant funding from government sources (federal and state), adjusted for inflation, declined by 2%. The Task Force recommends the Cornell leadership implement a suite of options to modify Cornell's financial aid programs while maintaining Cornell's long commitment to need-blind admissions, need-based aid, and providing access for qualified students.

## REPORT NARRATIVE

### 1. Report Overview: Cornell's Commitment to Undergraduate Need-Blind Admissions, Need-Based Financial Aid, and Fiscal Responsibility

Cornell University has long been committed to a philosophy and policy of undergraduate need-blind admissions and undergraduate need-based financial aid, and to fully meeting calculated financial need through a variety of financial aid packaging mechanisms. We urge the university leadership to reaffirm these commitments to need-blind admissions and need-based aid, recognizing that the university's approach to meeting the need-based financial aid commitment may involve implementing a suite of appropriate, fiscally-responsible strategies.

Providing access based on competitive merit requires supporting that access through appropriate financial resources to enable all qualified and deserving students to attend Cornell. Many options are available regarding the manner in which "financial need" is met through a combination of federal and state aid, grant aid, academic year and summer work, and loans, based on assumptions that are used in calculating "need," including assumptions regarding appropriate student and parent financial contributions to a Cornell education.

This report provides an overview of Cornell's financial aid programs, recent changes, and programmatic and financial implications of those changes. We provide a list of options for modifying Cornell's financial aid programs toward a sustainable, long-term approach to financial aid that will support our commitment to need-blind admissions, provide need-based financial aid, and preserve Cornell's fiscal integrity.

Financial aid challenges are not unique to Cornell. The 2010 COFHE President's Book provided an analysis of financial aid trends and impacts, and raised questions including, "Are there generally accepted expectations for: How much students should contribute toward their own education? How much they should work? How much debt is too much?" and commented, "Investments in financial aid occurred during a period in which lost tuition revenue was offset by resources drawn from expanding endowments. Can these changes be maintained without steady and predictable growth in endowments?" This report begins to address these questions for Cornell.

### 2. Cornell's Undergraduate Financial Aid and Admissions Principles

The Cornell University Board of Trustees adopted the following statement of principles in March 1998:

> Cornell University makes admissions decisions without regard to the ability of students or parents to pay educational costs. Students who are U.S. citizens or permanent residents and who demonstrate financial need will be assisted in meeting that need through one or more of the following: federal and state grants, employment opportunities, loans, The Cornell Commitment programs, scholarships from endowments and restricted funds, and Cornell grants. Annual adjustments will be made in self-help and family contribution levels. Cornell will continue its commitment to excellence and diversity in the student population. Self-help levels for individual students may reflect the University's recognition of outstanding merit, unique talent, commitment to work and community service, and its commitment to diversity in the class. (Quoted in M.L. Whalen (2005) Undergraduate Student Access, Cornell University 2005-2006 Financial Plan.)

Need-blind undergraduate admissions policies reflect Cornell's fundamental principles of (1) providing open access as the opportunity university for individuals regardless of background; (2) contributing to the social good by supporting social and economic mobility and offering the potential to attain a Cornell



ATTORNEYS' EYES ONLY