# EXHIBIT 35

# RESULTS OF CONSENSUS METHODOLOGY QUESTIONNAIRE

JANUARY 2015

Powered by SurveyMonkey

# A. Divorced/Separated/Single Parent

3 Schools Deviate




Powered by SurveyMonkey

# C. Cost of Living Variances

## 3 Schools Deviate




Powered by SurveyMonkey

# D. Family and Student Assets

## 6 Schools Deviate




Powered by SurveyMonkey

# F. Retirement Allowance

## 2 Schools Deviate




Powered by SurveyMonkey

# H. Number of Siblings in College

2 Schools Deviate




Powered by SurveyMonkey

# J. Imputing Assets




Powered by SurveyMonkey