# EXHIBIT 36

Need Analysis Compare – Institutional Methodology

| Need Analysis Consideration | Base IM (IM Users Guide) | IM with Options (IM Users Guide/PJ Tip Sheets) | 568 Group Recommendation (December 2016 Manual and PJ Manuals) | Cornell (2021-22/2022-23 Review Procedures) |
|---|---|---|---|---|
| **Divorced/Separated/Single Parent** | • Data collected from both natural parents (PROFILE and tax returns); non-custodial waiver process in place.<br>• Noncustodial waiver form provided by College Board. | • Data collected from both natural parents; non-custodial waiver process in place. | • Data collected from both natural parents (PROFILE and tax returns); non-custodial waiver process in place. | • Data collected from both natural parents; non-custodial waiver process in place.<br>• Cornell has a non-custodial waiver form but will also accept the form provided by the College Board. |
| **Rental Property/Other Real Estate** | • Add back any rental loss to income.<br>• Treat purely rental/real estate businesses as real estate assets unless it is the primary source of income for the family, especially in cases where the business is as a developer. (Real estate must be reported in that field and not the business field.) | • Add back any rental loss to income. | • Add back any rental loss to income.<br>• Add back rental/real estate depreciation (net of loss) to income and include any positive income to overall family income.<br>• Use Housing multiplier to determine rental property value from purchase price and year of purchase.<br>• Treat purely rental/real estate businesses as real estate assets unless it is the primary source of income for the family, especially in cases where the business is as a developer.<br>• Multi-family real estate – Determine the percentage of the family's residence and include appropriate value/debt under the home. The remaining value/debt will be included under other real estate.<br>• | • Add back any rental loss to income. (We would allow losses in the cases of PJ, on an appeal.)<br>• Treat purely rental/real estate businesses as real estate assets unless it is the primary source of income for the family, especially in cases where the business is as a developer. (We move the real estate out of the business field if it was reported there and should be considered real estate.)<br>• Multi-family real estate – Determine the percentage of the family's residence and include appropriate value/debt under the home. The remaining value/debt will be included under other real estate. (We are manually updating the home and real estate fields in these cases, based on information on the tax return.) |
| **Cost of Living Variances - (Income Protection Allowance – IPA) (Emergency Reserve Allowance – ERA)** | • Standard IPA and ERA | • Cost of Living Adjustment (COLA) applied to IPA and ERA, protecting more of the families' resources. | • Cost of Living Adjustment (COLA) applied to IPA and ERA, protecting more of the families' resources. (IM with Options treatment) | • Cost of Living Adjustment (COLA) applied to IPA and ERA, protecting more of the families' resources. (Done through Global Options in PS.) |
| **Family and Student Assets** | • Student assets are assessed at 25%. | Two options, both recognize that student assets are likely possible by significant parental support.<br>• *Set Family Assets* – moves all of a dependent student assets to the parents' assets and assesses them at the (lower) parent rate. Trust can be considered student or parent.<br>• *Assess student assets like parent assets* – keeps the student assets in the student methodology but applies the maximum parents' marginal rate of 5% to the students assets other than trust field which is still assessed at 25%. | • If the student is the source of the asset, then the consensus agreement is to treat them as student assets. (25%)<br>• Assets in pre-paid tuition and savings plans are to be treated as parent assets. (3-5%)<br>• Assets from grandparents (and other outside benefactors) and Trusts are generally to be treated as student assets. (25%)<br><br>(IM with Options treatment) | CU Method follows 568–<br>• If the student is the source of the asset, then we treat them as student assets. (25%)<br>• Assets provided by the parents or in pre-paid tuition and savings plans are to be treated as parent assets. (3-5%)<br>• Assets from grandparents (and other outside benefactors) and Trusts are treated as student assets. (25%)<br>(We have 3 supplemental questions on the PROFILE that ask for a breakdown of the source of student assets – student, parent, others. We manually move student assets to different fields on the institutional application in PS to assess student assets. We have a minimum annual SCA of $100.) (BZM Comments – this is a lot of manual |

Prepared by BZM 02212022

| | | | | |
|---|---|---|---|---|
| | | | | work and there are challenges tracking and carrying the SCA forward – the key is to get the data recorded in PS as needed the first year). |
| **Home Equity** | • Home equity = value minus the debt<br>• The year of purchase and the purchase price are used in the base methodology only if all the following conditions apply: 1) home value is zero or blank; 2) home debt is greater than zero; 3) the year of purchase and the purchase price are available, and 4) the parent country of residence is the US. In these instances, the home value is calculated using the year of purchase, the purchase price, and the Housing Multiplier table. | • *Set home value:*<br>  ○ Use Reported<br>  ○ Use Projected w/ tolerance<br>  ○ Use higher of reported or projected with tolerance<br>• *Cap home value:* caps home value as a factor of the parents' total income.<br>• *Cap home equity:* caps home equity as a factor of the parents' total income – recommended 2 times the total income but institutions define the value. When used, this will use the lower of the calculated or capped home equity. | • Cap home equity at 1.2 times total income (as defined by CM), with *professional judgment* adjustments in individual cases, including where it may be necessary to impute a value other than what is reported. | • *Set home value*:<br>  ○ Use higher of reported or projected with $10,000 tolerance<br>• *Cap home equity* at 1.2 times total income.<br><br>(Done through Global Options in PS.) |
| **Retirement Allowance** | • Retirement assets are collected on the PROFILE but are not included in the parents' total net worth.<br>• Three allowances that protect assets:<br>  ○ Emergency Reserve Allowance<br>  ○ Cumulative Education Savings Allowance<br>  ○ Low Income Savings | N/A | • Retirement assets are excluded from needs analysis, recommend further review.<br>• PJ – provide retirement protection to those for whom SS is the only significant source of retirement income or for whom SS won't be sufficient.<br><br>• In 2019, a 568 Group Task Force was working with the Center for Retirement Research at Boston College and the College Board, to bring about a comprehensive review of the treatment of assets in need analysis as they relate to retirement planning. | • Retirement assets are excluded from needs-analysis.<br>• PJ – could protect some non-retirement assets on appeal. |
| **Institutional Methodology Taxation Bands** | • 2022-23- PROFILE will use the expanded Available Income table. | • Use the legacy available income table. | • Use delivered PROFILE assessment rate. | • Use legacy available income table.<br><br>(Dan Robertson worked with Shannon to review the impact the new table would have on our EFCs and budget.) |
| **Number of Siblings in College** | • Adjusts the PC 60% for two in college; 45% for three and 35% for four or more.<br>• Same treatment, regardless of graduate/professional status or low cost enrollment. | 3 possible options, but still include all students in the number in college:<br>1. *PC remaining after siblings' college costs:* determines the parents' overall contribution for all students and subtracts the college costs of the siblings. Resulting PC for the student is used if the remainder is greater than the calculated parent contribution for the student.<br>2. *Percentage share of total costs:* uses the ratio of the students' college costs to the total educational costs as the percentage of the overall parent contribution that should be apportioned to the | • Siblings enrolled in graduate or professional school are not counted in college (but are included in the household) unless the family can document that the student is dependent for aid purposes and the parents have a PC.<br>• The allowance for siblings enrolled at community colleges and other similar low-cost schools should be capped at the amount of their tuition and mandatory fees.<br>• If the sibling is receiving a non-need-based scholarship, the allowance should be capped at | Cornell uses the College Profile percentages to adjust for the number in college.<br><br>***Effective 2021-22:*** Cornell includes siblings enrolled in Graduate/Professional school in the number of college.<br><br>**Effective 2022-23**, we are no longer doing the low cost sibling treatment.<br><br>Prior to this we did follow the 568 methodology for grad/professional and low cost siblings. This change |

| | | | | |
|---|---|---|---|---|
| | | 3. student.<br>4. *Use the higher of #1 and #2.* | • tuition, fees, room and board, net of the scholarship.<br><br>Parents shall not be counted as family members in college. If, however, the parent's current job requires course work or they need to be retrained after losing a job, the institution may include as an allowance against income the amount of such unreimbursed tuition. | allows for more generous treatment. |
| **Private School Tuition Expense** | No allowance for private school tuition. | Allow private k-12 tuition paid for siblings to reduce income:<br>• College Board defined maximum or<br>• Maximum defined by the institution | Use the IM with options treatment. | Allow private K-12 tuition paid for siblings to reduce income.<br>• Use College Board defined maximum. |
| **Imputing Assets** | Base IM uses the reported cash, savings and checking and the investment value. | Uses the Annual Investment Income Factor (AIIF) to test the validity of the reported cash, savings and checking and the investment value.<br>• Yield: defines the % to be used to project assets based on the combined interest and dividend incomes. **For 2022-23 this is 1%.**<br>• Tolerance (Optional): institution can define a tolerance such that the projected assets are used only if the increased amount exceeds the tolerance. | Use reported interest and dividend income to extrapolate the value of the principal that generates this income.<br><br>The Consensus Approach will use reported interest and dividend income to impute the principal value that would be expected to generate this income. Each year, the 568 Technical Committee will establish a multiplier, based on market results, to be used for this purpose. The multiplier has been 25, based on an assumed 4% return. The 568 Group has discussed that, in the current interest rate climate, this may be overly generous, but no decision has been made to modify it. Also, the Group has discussed the possible use of different multipliers for interest and dividends, but, again, no specific agreement has been made. (from 2017 Manual) | Cornell uses the IM options:<br>• Yield = 3% (this is generous treatment).<br>• Tolerance = $3,000<br><br>(These are set through the Global Options.)<br>(BZM Comments: This needs review.) |
| **Medical Expenses** | Base IM allows for unusually high medical and/or dental expenses to be considered when those expenses exceed a defined percentage of total income. For 2022-23, this is 4.3%.<br><br>Schools can use the IM percentage or can enter an amount for individual applicants. | N/A | Use the IM Treatment. | Cornell uses the base IM percentage – 4.3%. Any reported medical/dental expenses over this percentage of total income are used as an additional allowance against income.<br><br>Rarely, and only on appeal, would we allow for a different amount. |
| **One-time Income Adjustments** | Standard IM uses the family's base year income. | College Board PJ Tip Sheet: One Time Taxable Income<br>It may be reasonable to examine a family's financial situation by excluding the one-time income or treating it as an asset.<br>• Remove income from the base year, recalculate/adjust related fields (AGI, taxes paid, etc) or;<br>• Remove income from the base year, recalculate/adjust related fields (AGI, taxes paid, etc) AND treat the income as an asset. | Exclude certain non-recurring income. Treatment of non-recurring income is to be handled on a case-by-case basis. Most 568-type schools already reduce need analysis income by documenting one-time-only income and this practice shall be incorporated into the Consensus Approach, with appropriate adjustments to tax allowances. | Cornell would use the family's base year income on initial review.<br><br>On appeal, we would use PJ and follow the guidance on the College Board PJ Tip Sheet:<br>• Remove income from the base year, recalculate/adjust related fields (AGI, taxes paid, etc) or;<br>• Remove income from the base year, recalculate/adjust related fields (AGI, taxes paid, etc) AND treat the income as an asset. |
| **Special Expense Adjustments** | IM allows for the basic, non-discretionary expenses – | College Board PJ Tip Sheet: Exceptional Expenses | Consider the impact of certain non-reoccurring, non- | Cornell would consider some of these on appeal, using |

| | | | | |
|---|---|---|---|---|
| | federal, state and FICA tax, IPA, medical and savings for future college expenses. | While the philosophical approach to assessing a family's financial need does not consider the expenses a family might voluntarily incur, there are times where a family may have experienced an exceptional, non-discretionary expense. Aid administrator could make an adjustment against the income or assets, one year or over multiple years. | discretionary expenses.<br><br>Families often incur one-time-only, non-reoccurring expenses that can significantly affect their ability to support educational costs. These expenses can include costs associated with parental care, funeral expenses, uninsured natural disasters, and extraordinary home repair costs. As a general rule, for an allowance to be made for an expense, the expense must be both extraordinary (i.e. an expense that most families don't incur) and non-discretionary. In the case of one-time expenses such as weddings and funerals, schools may want to spread the allowance over the student's remaining years, to smooth the impact on PC and to recognize that families often spread these expenses by borrowing.<br><br>*Reference made to PJ manual, but no information provided in that document.* | PJ:<br>• We don't allow for wedding expenses.<br>• We would allow for funeral expenses, parental care, natural disaster, and home repairs on a case by case basis. |
| **Family Loan Debt** | CSS PROFILE collects information about parents' annual educational loan payments and total outstanding balance but it's not used in the calculation. | College Board PJ Tip Sheet: Parent Educational Debt<br>Some or all of the annual payment amount can be used as an allowance against income. Alternatively, all or a portion of the total debt may be added as an allowance against assets. | The Consensus Approach recognizes that it is reasonable to make an allowance for parents' personal education debt within the methodology. Allowances for such debt would be made against parental income and/or assets but is left to the discretion of individual schools and is addressed in the Professional Judgment Handbook. | Cornell does not generally use PJ to make allowances for parent educational debt. |
| **Definition of Income** | IM AGI – base IM does not allow income losses to reduce the AGI used. IM AGI is the AGI plus any negative income added back at its absolute value (a negative amount is turned into a positive amount and added to the AGI). | Same as base IM. | Zero out all losses (Schedule C, Schedule E, Capital and other losses) to income. If Schedule C, E or F income represents multiple entities, one or more of which has a positive income and one or more of which has a loss, add back the individual losses to income. | Zero out all losses (Schedule C, Schedule E, Capital and other losses) to income. If Schedule C, E or F income represents multiple entities, one or more of which has a positive income and one or more of which has a loss, add back the individual losses to income.<br><br>**Cornell allows farm losses to reduce the total income.** |
| **Parent Businesses/Farms** | Losses are added back for base IM.<br><br>CSS PROFILE collects Business and Farm value and debt.<br><br>Business and farm equity are adjusted according to the FM Adjusted Net Worth of Business or Farm table, recognizing that these assets are often the primary source of family income and therefore require an additional level or protection. | College Board Tip Sheet: Business Tax Return General Shared Practices<br>How an institution handles certain "add-backs" and/or losses may depend on whether the business is a primary source of income or a secondary or side business. The type of business may affect how a loss and/or expense may impact the family's cash flow, especially if it is a primary source of income. On the other hand, it the business continuously loses money and is a drain on their cash flow, then the family would likely not continue to run it.<br><br>Information provided on reviewing tax returns, expenses, depreciation, and making decisions on when to "add back" income. | It is the sense of most financial aid professionals that self-employed families generally have greater financial strength than wage-earning families with the same AGI, and that adding back Schedule C, E and F losses is not generally sufficient to achieve horizontal equity among these families. While no consensus approach has been attempted to address this concern, the PJ Manual provides extensive suggestions for reviewing tax returns for Corporations/Partnerships and Schedule C, E and F enterprises. | Business losses are added back to income. **Cornell allows for Farm Losses.**<br><br>We do collect and review business tax returns but generally are not adding back items other than the loss.<br><br>Use the Business/Farm value debt as reported on the CSS PROFILE but do compare to the tax returns.<br><br>(BZM Comments: we will want to think about what we collect for business/farm value and debt as we move into 2024-25 SAI.) |
| **Parental Unemployment** | Standard IM uses the family's base year income. | College Board PJ Tip Sheet: Alternate Year Parent Income | In cases where it is appropriate to use anticipated year income, it is agreed that there should be a mid-year | Family can appeal and provide updated earnings information on our appeal form as well as other year |

| | | | | |
|---|---|---|---|---|
| | | Standard Institutional Methodology (IM) and Federal Methodology (FM) uses a family's base year income, which is the total income for the tax period two years prior to the academic year for which aid eligibility is being determined1. However, for some families, this income may no longer be a reliable proxy for determining the family's ability to pay. In these cases, it may be reasonable to examine the family's financial situation using an alternative to the base year such as recent year, anticipated year, or another specified 12-month period. | review follow-up process.<br><br>(Recommended a prototype Appeal/Projected Year Income follow-up document and a standard approach in an Appendix, but I could not locate this.) | tax returns, unemployment documentation, etc.<br><br>**Effective 2021-22:** Adjustments to PC and aid are for the academic year and families do not need to provide additional documentation for a mid-year check. |
| **International Students** | The CSS Profile is a global application; a coefficient for each country is derived annually, comparing a country's Gross Domestic Product (GDP) per purchasing power parity (PPP) per capita to that of the US. Resulting country coefficient is used to adjust the IM table values so they are more aligned with the applicants country. | Restrict the International IPA/MMA – in countries where the economy is so low when compared to the US, the county coefficient produces an IPA/MMA that may not adequately protect families with higher expenses as compared to their income. This options floors the IPA/MMA at 25% of total income to keep it from becoming too low and caps it at the US value for the IPA/MMA. | 568 Group developed the global needs analysis now used by the College Board. | We use the CSS Profile for international students. We apply IM with options, implementing the floor and cap through the Global Options in PS. |
| **CM/FM Conundrum** | | | 568 Group Guidelines:<br>1. Where appropriate, professional judgment should be used to modify the FM result. This could, of course, be done only when carefully documented circumstances justify this option.<br><br>2. There will be cases where lowering the federal EFC via PJ is deemed to be inconsistent with regulations, but where the aid officer believes that the Consensus Approach EFC more fairly responds to the family's financial circumstance. Should this occur, the award could be based on CM results only if need based federal funds are removed from the aid award and replaced with institutional or private funds. These cases should be carefully documented.<br><br>3. If the local aid officer believes that options 1 and 2 are inappropriate or inconsistent with institutional resources, the following should be considered. If the difference between CA and FM is less than the amount of packaged Federal Direct Stafford Loan, the CM result should be used and the award should be packaged with Federal Direct unsubsidized Stafford loan funds. | Before joining 568, we followed option 4 – we didn't allow the PC to drop below FM, even if IM was calculating lower.<br><br>Since joining 568, we use 3 and adjust our packaging. When necessary, we award students their unsub loan (instead of sub) and Employment Earnings Expectation (instead of Federal Work Study).<br><br>There could be cases where we are adjusting FM and/or IM by PJ but there is no circumstance in which we would use PJ for FM only, and not use the same treatment for IM. |

Prepared by BZM 02212022

| | | | | |
|---|---|---|---|---|
| | | | As a final option, the local aid officer can accept the federal EFC and set the CM Family Contribution at the federal level. This option may be appropriate when the difference between CM and FM is small and the aid officer determines that the terms of the subsidized federal loan outweigh an institutional or federal unsubsidized loan. | |

568 CM Manual 2017 FINAL 01272017

568 PJ Manual 01272017

Session 7 568 PJ Manual Discussion Draft June 2019

IM Users Guide 07152021

College Board Tip Sheets

Prepared by BZM 02212022