# EXHIBIT 38

**United States Government Accountability Office**
**568 Presidents' Group Financial Aid Questionnaire**
**DARTMOUTH**

***Please answer the following Questions. Some responses have already been filled in based on previous interviews. If these responses are incorrect, please provide the correct response.***

1. Does your institution meet full need of financial aid applicants?

a. [ **X**] Yes b. [ ] No

2. Does your institution award aid only on the basis of need (no merit or performance aid)?

a. [X ] Yes b. [ ] No

3. In what year did your institution first begin participation in the activities/meetings of the 568 President's Group? 1995

4. Did anyone at your institution sign the Certificate of Compliance as a need-blind institution?

a. [**X** ] Yes b. [ ] No

5. Did anyone at your institution sign the 568 Memorandum of Understanding?

a. [X ] Yes b. [ ] No

6. Since 1992, has your institution entered into any agreements with other institutions to award student financial aid only on the basis of demonstrated financial need as allowed under the antitrust exemption? If yes, describe.

a. [ ] Yes b. [X ] No

Member of the Ivy Group, but the agreement precedes 1992.

7. Since 1992, has your institution entered into any agreements with other institutions to use a common aid application form for need-based financial aid as allowed under the antitrust exemption? If yes, describe.

a. [ ] Yes b. [ **X**] No

8. Since 1992, has your institution entered into any agreements with other institutions to use common principles of analysis for determining financial need as allowed under the antitrust exemption outside of the 568 Group, or with a sub-group of the 568 Group? If yes, describe.

a. [ ] Yes b. [X ] No

**We have participated in developing common principles as part of 568 Group but we have not entered into any agreement about using them and, in fact, do not use them.**

9. Since 1992, has your institution entered into any agreements with other institutions to participate in any student data exchanges as allowed under the antitrust exemption as part of the 568 Group or with any other institutions? If yes, describe.

a. [ ] Yes b. [**X**] No

10. For which academic year did you first implement the Consensus Approach (in whole or in part)?

a. [ ] For 2002/03 academic year b. [ ] For 2003/04 academic year

c. [ ] For 2004/05 academic year d. [ ] For 2005/06 academic year

e. [**X**] Did not implement *(Go to question 12)*

11. Did your institution implement the Consensus Approach in full or in part?

a. [ ] In Full c. [ ] In Part

12. Please mark an X where your institution followed the Consensus Approach for that policy area in that year. The policy areas listed are those included in the Consensus Methodology Policy Guidelines Manual. Please consult the Manual for descriptions of the Consensus Approach in these policy areas.

| | **2002-2003** | **2003-2004** | **2004-2005** | **2005-2006** |
|---|---|---|---|---|
| I. A. Divorced and Separated Families | [ ] | [ ] | [ ] | [ ] |
| B. Assessment of Business and Real Estate | [X ] | [X ] | [ X] | [X ] |
| C. Cost of Living Variances | [ ] | [ ] | [ ] | [ ] |
| D. Family and Student Assets | [ ] | [ ] | [ ] | [ ] |
| E. Home Equity | [ X] | [ X] | [ X] | [X ] |
| F. Retirement Income | | [ ] | [ ] | [ ] |
| G. Institutional Methodology Tax Bands | [ X] | [ X] | [ X] | [ X] |
| H. Number of Siblings in College | [X ] | [ X] | [ X] | [ X] |
| I. Elementary and Secondary School Tuition Expenses | [ ] | [ ] | [X ] | [ X] |
| J. Extrapolating Assets | [X ] | [X ] | [X ] | [X ] |
| K. Day Trader Stock Issues | [ ] | [ ] | [ ] | [ ] |
| L. Medical Expenses | [ X] | [ X] | [X ] | [X ] |
| M. One-Time Income Adjustments | [ ] | [ ] | [ ] | [ ] |
| N. Special Expense Adjustments | [ ] | [ ] | [ ] | [ ] |
| O. Family Loan Debt. | [ ] | [ ] | [ ] | [ ] |
| II. A. Tax Form Collection | [ ] | [ ] | [ ] | [ ] |

**DARTMOUTH USES THE COLLEGE SCHOLARSHIP SERVICES' (CSS) INSTITUTIONAL METHODOLOGY TREATMENT AND MAKES SOME ADJUSTMENTS TO THAT FORMULA. THE AREAS CHECKED ABOVE ARE ONES WHERE THE CONCENSUS APPROACH MIRRORS THE CSS APPROACH.**

13. When implementing the Consensus Approach (either fully or partially) did you implement it for all students at once, or did you phase in the implementation starting with incoming freshman class, so that each year an additional class of students were covered by the Consensus Approach?

a. [ ] Implemented for all classes of students at time of implementation

b. [ ] Phased-in implementation starting with incoming freshman class

c. [ X] Other. Explain
DARTMOUTH HAS NOT IMPLEMENTED THE CONSENSUS APPROACH.

14. The FM/CA Conundrum. There maybe some instances where your local methodology (whether it's the Consensus Approach or not) results in a determination of EFC that is lower than the EFC calculated by the Federal Methodology. In awarding aid in such cases, do you:

a. [ ] Always use the locally determined EFC, even if it means replacing federal funds with local funds

b. [ ] Usually use locally determined EFC, even if it means replacing federal funds with local funds

c. [X ] Sometimes use the locally determined EFC, even if it means replacing federal funds with local funds; sometimes use FM determined EFC

d. [ ] Usually use the FM determined EFC

e. [ ] Always use the FM determined EFC

15. Do you think the overall impact of the section 568 exemption on student seeking to attend institutions of higher education has been very positive, generally positive, neither positive or negative, generally negative, very negative, or do you not have an opinion?

a. [X ] Very positive
b. [ ] Generally positive
c. [ ] Neither positive or negative
d. [ ] Generally negative
e. [ ] Very negative
f. [ ] No opinion

Explain (optional):
ALTHOUGH WE HAVE NOT IMPLEMENTED CA, MY SENSE IS THAT THE NEED ANALYSIS PRINCIPLES HAVE LOWERED EXPECTED FAMILY CONTRIBUTIONS FOR MOST FAMILIES. IN ADDITION, THE FORMULA GENERALLY PRODUCES RESULTS WHICH I FEEL ARE MORE EQUITABLE THAN THOSE PRODUCED BY FM.

16. The 568 Antitrust exemption is currently temporary. Would you like to see the exemption:

a. [X ] Made Permanent
b. [ ] Extended, but not made permanent
c. [ ] Repealed
d. [ ] No opinion

Why (optional): THERE WILL ALWAYS BE THE NEED FOR THOUGHTFUL REVIEW OF FINANCIAL AID FORMULAS TO ENSURE THAT THEY PROVIDE REALISTIC RESULTS AND BOTH HORIZONTAL AND VERTICAL EQUITY. THE REVIEWS NEED TO BE DONE WITHOUT CONSIDERING THE AFFORDABILITY OF THE RESULTS. IN

OTHER WORDS, FORMULAS AND TABLES SHOULD NOT BE CONSTRUCTED TO GET RESULTS THE GOVERNMENT AND INSTITUTIONS CAN AFFORD. RATHER THEY NEED TO BE DEVELOPED IN A WAY THAT RESULTS IN REALISTIC, EQUITABLE CONTRIBUTIONS. HOW THE GOVERNMENT AND INSTITUTIONS MEET ANY INCREASED NEED SHOULD BE OUTSIDE THE NEED ANALYSIS REVIEW.

WHILE GROUPS SUCH AS CSS CERTAINLY CAN BRING INSTITUTIONS TOGETHER TO DISCUSS THESE ISSUES, IT IS DIFFICULT TO REACH AGREEMENT GIVEN THE WIDE RANGE OF SCHOOLS INVOLVED. AS A RESULT, CHANGE HAPPENS VERY SLOWLY IF AT ALL. GROUPS SUCH AS THE 568 PRESIDENT'S GROUP BRING TOGETHER ASTUTE MINDS (SUCH AS THOSE OF JOE PAUL CASE, JIM BELVIN, KATHY OSMOND, ETC.) AND ENSURE THAT ALL FACETS OF ISSUES ARE UNDERSTOOD AND EXPLORED. THEY ARE ALSO INSTRUMENTAL IN ENCOURAGING SCHOOLS THAT HAVE THE LUXURY OF DOING "THE RIGHT THING" TO DO "THE RIGHT THING."

*Thank you for your help!*