# EXHIBIT 40
# FILED UNDER SEAL