# EXHIBIT 42

# FILED UNDER SEAL