# EXHIBIT 45

Message

**From**: Christoph Guttentag [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D9CCB63C332B4649B97AEF203CA308E1-CHRISTOPH GUTTENTAG (COG)]
**Sent**: 7/5/2018 10:52:15 PM
**To**: Solomon Enos (solomon.enos@duke.edu) [solomon.enos@duke.edu]; Anne Sjostrom (anne.sjostrom@duke.edu) [anne.sjostrom@duke.edu]
**Subject**: FW: Dropping SAT-essay as an admissions requirement

FYI

Christoph Guttentag
Dean of Undergraduate Admissions
Duke University
www.admissions.duke.edu

---

**From:** Christoph Guttentag
**Sent:** Thursday, July 05, 2018 10:51 PM
**To:** Sally Kornbluth, Ph.D. <sally.kornbluth@duke.edu>
**Cc:** Michael Schoenfeld <michael.schoenfeld@duke.edu>
**Subject:** Dropping SAT-essay as an admissions requirement

In March of 2016 the SAT was revised, reverting from a test with three required parts (Critical Reading, Math, Writing/Essay) with a maximum score of 2400 back to a test with only two required parts (Evidence-based Reading & Writing, Math) with a maximum score of 1600. The essay section reverted back to being an optional part as well. The ACT exam has long had an optional essay section.

For the last two years we have required the Essay for students submitting either the SAT or the ACT. For a while many of our peers had the same policy. However, in the last year an increasing number of our competitors have made the essay section optional rather than required.
With the announcement today that both Princeton and Stanford have made the essay section optional, the list of competitors for whom the essay is optional rather than required now includes:
Harvard
Yale
Princeton
Stanford
MIT
Chicago (entirely test-optional)
Columbia
Dartmouth
Penn
Vanderbilt
Northwestern
UNC
UVA

Currently, of our high-profile competitors only Brown and Caltech require the essay.

Irrespective of any predictive value of the essay section (and I will check with David Jamieson Drake to see how it compares with the other parts of the SAT or ACT), I think we would put ourselves a competitive disadvantage in attracting applicants—both advantaged and disadvantaged—by continuing to require the essay section.

There is no huge rush in making a decision—we're on record as indicating that we're reviewing the issue—but I think by the end of the month if not sooner we should announce that submitting the SAT or ACT essay will be an optional—perhaps "recommended"—rather than required part of our application.

I'm happy to delve into this further if you'd like. If you'd like to give us the green light to make the change I'll work with Mike Schoenfeld when we're both back from our travels on the announcement.

Christoph

Christoph Guttentag
Dean of Undergraduate Admissions
Duke University
www.admissions.duke.edu