# EXHIBIT 46

EMORY
UNIVERSITY

Earl Lewis
*Provost and Executive Vice President*
*for Academic Affairs*
*Asa Griggs Candler Professor of History*
*and African American Studies*

April 12, 2012

John DeGioia, President
Georgetown University
37th and O Streets, NW
Washington, DC 20057

Dear President DeGioia:

Emory University has appreciated its membership in the 568 Presidents' Group. While we believe in the mission and core principles of the group, as we strive to achieve the desired excellence and diversity of Emory University in this challenging economic time, our Oxford campus has needed to become need-sensitive in its admission process. It is our understanding that this action places us out of compliance with the requirements for membership in the 568 Presidents' Group and, as such, we are withdrawing from the group and will not participate in 568 Group activities moving forward.

We have appreciated the collaboration and cooperation that our Office of Financial Aid has enjoyed as part of the 568 Group and wish you continued success in the future.

Sincerely,

Earl Lewis, Ph.D.
Provost and Executive Vice President for Academic Affairs

cc: James Wagner, President
Dean Bentley, Director of Financial Aid

Emory University
404 Administration Building
Atlanta, Georgia 30322

Tel 404.727.6055
Fax 404.727.1090
earl.lewis@emory.edu
www.emory.edu

*An equal opportunity, affirmative action university*