# EXHIBIT 47
# FILED UNDER SEAL