# EXHIBIT 48

# FILED UNDER SEAL