# EXHIBIT 49

**Notes on Questions from Pres. Wagner**
**regarding Financial Aid and Undergraduate Admission Competitiveness**
**Sept. 7, 2014**
**Prepared by John Latting**

1. *My sense is that yield percentage has been constant for us over the past 5 years or so. Is that correct?*

   Yes, this is correct. The yield on admits has remained within a narrow 1.1 percentage point range over past four years (range is 29.5% to 28.4%). It is at 28.4% this year (we're not quite at census date yet but very close).

2. *What are the top 3-6 schools to whom we most frequently lose admitted students?*

   For fall 2013 entry admit losses in descending order from the top were:

   [redacted]

   Note the significant presence of public universities here.

3. *Do we still attempt to survey students who go elsewhere? If so, what are the top reasons given to selecting another school? Money? Distance from home? Cultural fit? Too urban? Too suburban? ...*

   We do survey admitted students. On the survey instrument we've been using in the past there isn't an item that allows for comparison across factors in the sense you've asked. There should be! And in fact there is a new item on this year's survey – which is still being processed – that will allow for such comparison.

   But what I can do is provide data on the importance of various other factors in an absolute sense. In the case of financial aid we received responses to the following question from admitted students:

   > Q. What role did net cost of attendance play in your enrollment decision? (note responses from last two surveys are included here: 2013/2012)

| | Enrolling at Emory ('13/'12) | Enrolling Elsewhere ('13/'12) |
|---|---|---|
| No influence on my decision about where to attend college | 25%/30% | 17%/19% |
| Some influence, but ultimately my decision was largely based on other attributes such as program offerings, reputation, and student fit | 34%/29% | 24%/25% |
| A large influence, but other attributes such as program offerings, reputation, and student fit were equally important | 32%/34% | 33%/36% |
| The primary consideration outweighing the balance of other attributes | 10%/6% | 26%/20% |

These responses suggest that (1) cost does help distinguish between students choosing Emory and students choosing a competitor: Emory enrolls students less likely to be deciding by price. For more than a quarter of students going elsewhere last year, but only 10% of students enrolling at Emory, cost was the primary consideration. And we should remember that the group choosing a competitor is larger than the group choosing us! (Our yield is about 30%). The data also suggest that (2) the effect of cost appears to be increasing, given that differences between enrolling and non-enrolling students are great in 2013 than they were in 2012. We'll have the 2014 results shortly and will of course explore this further.

Another item on the survey is relevant here: students were asked last year if they received aid offers with significant differences in net cost, and also if additional aid could have made a difference in where they enrolled. 77% of non-matriculants reported differences in net cost, and 58% said more aid could have persuaded them to make a different enrollment decision.

4. *Do we know…*

a. *the yield numbers for those schools to whom we lose accepted students?*

Yes. See this table for five years of yield data on our current 15-institution benchmark group:

| Institution | **2009** | **2010** | **2011** | **2012** | **2013** |
|---|---|---|---|---|---|
| [redacted] | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| **Emory** | **28%** | **28%** | **30%** | **30%** | **29%** |

*2013 yield unknown; 2012 used as proxy

b. *How their discounting compares with Emory?*

See this table containing FY13 average price net of scholarships and financial aid at institutions enrolling most Emory admit losses, grouped by family AGI range. I included Penn as an illustration of aggressive need-based packaging typical of the most selective institutions. This is a measure of "depth" of aid program. You will see that across all income bands Emory is charging the highest, or close to highest, net price.

**Average Net Price by Parent AGI Range at Top Overlap Institutions**

| | **Private** | | | | | | **Public*** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parent AGI** | [redacted] | | | | | | | | | |
| $0 – $30,000 | $18,204 | $6,871 | $3,847 | $16,403 | $7,411 | $7,781 | $7,365 | $8,506 | $5,729 | $6,591 |
| $30,001 – $48,000 | $17,610 | $5,507 | $9,128 | $17,253 | $6,793 | $11,687 | $8,626 | $9,752 | $7,561 | $7,577 |
| $48,001 – $75,000 | $24,192 | $14,207 | $11,403 | $22,464 | $9,047 | $18,354 | $11,896 | $13,944 | $12,582 | $15,183 |
| $75,001 – $110,000 | $30,192 | $25,480 | $20,308 | $32,484 | $16,926 | $27,951 | $13,918 | $21,066 | $18,312 | $21,850 |
| $110,001 and more | $44,920 | $45,034 | $36,163 | $46,606 | $32,971 | $43,876 | $14,114 | $28,596 | $21,885 | $24,427 |

*in-state residents
**FY14

For a measure of "breadth" of program, see below for percentage of enrolling students receiving institutional grants. Note that Emory was at 45% for FY13 (i.e. fall 2012 entry). I can provide more recent numbers (on students enrolling fall 2013 and 2014 early this week).

| | **Private** | | | | | | **Public*** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **% students receiving institutional grants** | [redacted] | | | | | | | | | |
| % | 47% | 45% | 51% | 59% | 60% | 47% | 28% | 58% | 46% | 26% |

*in-state residents
**FY14

c. *the tuition discounting for those schools relative to Emory? (Or any differences in financial aid/scholarship offerings?)*

Please see above.

d. *something about the quality of the students that we lose to other schools?*

Not unlike a law of nature the stronger (or more desirable) the student admitted the lower the expected yield on that student. This is the case at Emory and all other institutions. Yield is driven by how many choices individual students have, and the best candidates have more choices. Each university admitting them must compete with more institutions than it would with less stellar candidates.

The chart below illustrates the relationship between one quality metric, SAT scores, and yield. As in the case of financial aid, multivariate yield models demonstrate the significance of academic quality measures in influencing yield.



5. *Other data that bear on the validity (or invalidity) of the claim that the ability of Emory to offer more generous financial packages would enhance our ability to improve yields and shape our incoming classes.*

While the survey data that probes opinion and attitude discussed above is interesting and important, I'm of the mind that observational data is even more revealing. In that spirit see the chart below, which plots yield on admitted Regular Decision students (not including students admitted from the Wait List, and also not including Early Decision admits) as a function of net Emory price. The chart shows the powerful connection between our price and likelihood of enrollment. Note that families in that $40,000-$45,000 price range – where yield is an alarming 6% – are typically applying for aid but receiving only a small discount (usually based on their need). These families are affluent, but not so affluent that they don't apply for financial aid.

Note that although this chart illustrates the relationship only between two variables, the significance of financial aid and cost is also high in our yield models that control for the effects of lots of other variables. <u>It is the case that the more we offer in financial aid (whether need- or merit-based) the higher our yield will be on admitted students.</u>




*Regular Decision only and excluding Wait List offers; "Family Contribution" is institutional Expected Family Contribution less non need -based scholarship aid

If I could I would like to offer you some additional thoughts having to do with implications of these issues.

In my view Emory clearly does need to revisit its pricing structure (i.e. financial aid resources and aid packaging methodology), so that it competes better – among all kinds of families: not only lower- but also middle- and upper-middle income families.

But I do think what we're seeing here draws out larger and quite fundamental questions about how Emory can compete even better in the undergraduate enrollment process, and meet ambitious goals. We are competing with many of the best universities in the world for our students, and families are seriously assessing both price *and* quality. Market reaction to our price depends on demand for the undergraduate experience we offer. So the most powerful movement for Emory enrollment outcomes would come from simultaneous strengthening of our financial aid platform and also our educational program for undergraduate students (along with our recruiting, of course!). The effort to achieve such movement is exactly the purpose of the Strategic Enrollment Management process led by Provost Sterk, and involving all four deans from the units with undergraduate populations. This process is live and very exciting and is aimed at uncovering new strategic directions for the things we do in this part of Emory.