# EXHIBIT 50

**Date:** Monday, March 28 2005 04:02 PM

**Subject:** 3/20 Boston Globe Story on 568 Group

**From:** Theodore L. Bracken <bracken@568group.org>

**To:** mschapiro@williams.edu; pgann@cmc.edu; richard.levin@yale.edu; ronald.liebowitz@middlebury.edu; suzanne_day@harvard.edu; Richard.jacob@yale.edu; pnorton%middlebui@brown.edu; areyes1@midway.uchicago.edu; benzry.edu@568group.org; khook@wesleyan.edu; woods@grinnell.edu; sumnerj@grinnell.edu; michael_bartin@rice.edu; c-lindley@northwestern.edu; d.mohning@vanderbilt.edu; dc120@columbia.edu; dhoy@haverford.edu; emhicks@mit.edu; gdeveres@mckenna.edu; jim.belvin@duke.edu; jpcase@amherst.edu; jperrea@emory.edu; kastevensonmcneely@davidson.edu; kosmond@wellesley.edu; ltalbot1@swarthmore.edu; mcwadep@georgetown.edu; myra.smith@yale.edu; patricia.coye@pomona.edu; pboyer@williams.edu; pekala@bc.edu; Russo.4@nd.edu; schilling@sfs.upenn.edu; mll44@cornell.edu; virginia.s.hazen@dartmouth.edu; wellswt@wfu.edu;

**CC:** mll44@cornell.edu; pemery@northwestern.edu; caesar.storlazzi@yale.edu; jdobson@emory.edu; lay@bc.edu; pat.bogart@duke.edu; tscott@palmerdodge.com;

---

To: 568 Group Email list

From: Ted Bracken

Re: The enclosed article recently appeared in The Boston Globe and is being sent to you for your information.

Ted

Colleges aim to simplify student financial aid process

By Thomas Watterson, Globe Correspondent | March 20, 2005

Morton Schapiro was caught in the middle, between his parents and his children.

"When my parents gave money to their grandchildren [for college], they put it in their names, not the kids," he said. "I cringed."

His discomfort comes from his position as president of Williams College in Williamstown, and as a member of the 568 Presidents Group -- 28 colleges and universities that are trying to simplify the process of applying for student financial aid. As part of that effort, the group wants to eliminate the need for families to decide whether to keep money for college in the children's name, the parents', or the grandparents'.

For example, after exempting all home equity and up to $75,000 of parental savings, federal financial aid guidelines ask parents to spend no more than 5.6 percent of their nonretirement assets to meet college costs each year. Students are expected to contribute 35 percent of their assets annually. This system hits hardest students who work after school or during the summer to earn money for college. It also penalizes students whose parents or grandparents have put money for college in accounts in the child's name, such as Uniform Gift to Minors Act, or UGMA accounts.

The 568 Group, meanwhile, asks the family to spend no more than 5 percent of available assets, including the student's savings. It also

caps the home equity available to pay for tuition at 2.4 times the family's income.

So far, two classes of college freshmen have been admitted under the financial aid guidelines at the 28 schools. Schapiro and other school officials can't say exactly how much more aid these students have received; however, "we're definitely more generous," Schapiro said. "Certainly at my college, Williams, and others, [financial aid] is much higher. The packages are better." There are no special financial aid applications for these schools, he added.

The guidelines used by the 28 member schools have "increased the eligibility of students to receive financial aid," agreed Kathryn Osmond, director of student financial services at Wellesley College.

The group is named after Section 568, an antitrust exemption Congress passed in 1994. The exemption was created after the Justice Department ruled that another effort by 24 private colleges to jointly determine aid awards violated antitrust laws. To be a member of the 568 Group, colleges have to be "need-blind." That is, they must first accept students without taking into account their ability to pay. Once accepted, the students can apply for aid.

While more financial aid is a plus for students and families, an agreement among these schools to have approximately the same standards for deciding who gets financial aid -- and how much -- may be more important, administrators say. While critics worry that the new approach may reduce competition, the colleges in the group respond that they can still package financial aid differently from one another. They can, for example, offer merit scholarships or a more favorable ratio of grants to loans. But they all use the same underlying needs analysis.

"The philosophy is to be more transparent about how we give aid," Shapiro said, "so people don't say, 'Why did Williams give me this and Yale give me that?' We wanted to be more upfront about what the methodology was."

"Students are now free to decide which college they want to attend on the basis of the academic program, not which college offers the most generous financial aid package," Osmond added.

"When families get calculations of their need from different schools that are wildly different, it tends to undermine their confidence in the system," said Michael McPherson, former president of Macalester College in St. Paul. He is now president of the Spencer Foundation in Chicago, an organization that funds educational research programs. On the other hand, the colleges want to make sure that both parents -- whether or not they're still married to each other -- are contributing as much as they can to their children's education. "We've agreed to pursue the noncustodial parent as well as the custodial parent," said Joe Paul Case, director of financial aid at Amherst College. "The feds don't do this."

The 568 Group also tries to recognize that living costs in some parts of the country are higher than others. So, families who have to meet monthly expenses in places like Boston, New York, or San Francisco will get higher cost-of-living allowances than, say, a family in St. Louis, Case explains.

Capping home equity, meanwhile, helps many families who are "house-rich" because of sharply rising real estate values, but may not have the financial assets they need to contribute more to college costs. As a result of the 568 Group's formula, "we've softened the impact of home equity in our needs analysis," said James Belvin, director of financial aid at Duke University in Durham, N.C.

Administrators would like to see many more colleges in the 568 Group, but the law that created the exemption prohibits them from openly recruiting new members. However, other colleges can, on their own, contact member schools and join, if they agree to the need-blind admissions policy.

Some schools that have need-blind admissions have chosen not to join the 568 Group. A statement from Harvard, for instance, said the university admits all undergraduates on a need-blind basis and "will meet the full, demonstrated need of any admitted student who chooses to enroll." Approximately 70 percent of all Harvard undergraduates receive some form of financial aid, the university said. ï¿½ Copyright 2005 The New York Times Company

--
Theodore L. Bracken
202-663-5926
bracken@568group.org

http://www.568group.org