# EXHIBIT 52

# GEORGETOWN UNIVERSITY

## Office of Student Financial Services

# Policies and Procedures Manual

2013-2014

# UNDERGRADUATE AIDS PACKAGING

## Georgetown Financial Aid Packages

Financial Aid is offered in the form of a "package" that has three components: loan, employment and grant. The combination of loan and employment is known as "self-help". The amount of self-help awarded in a Georgetown financial aid package is reviewed annually and will generally increase as students move from the freshman to the senior class.

## Professional Judgment in Packaging Aid

Associate/Assistant Directors are allowed discretion in awarding both self-help and Georgetown Scholarship funds differently than standard packaging policy dictates, given the individual student's particular situation. Associate/Assistant Directors should keep in mind that Georgetown Scholarship funds are targeted to the neediest students, and should consider the repayment obligations of increased loan indebtedness. While components of award packages are at the discretion of the AD where circumstances warrant, most decisions will be brought to committee for discussion. All variations from standard packaging policy must be documented in the student's file.

## Georgetown University Undergraduate Packaging Priorities

Undergraduate students are packaged assuming full-time status and enrollment in two semesters. If applicant provides information that s(he) will complete the degree in one semester (usually Fall), follow alternate packaging policy for one semester enrollment.

<u>Calculate FM need:</u>

≅ cost of attendance budget
≅ less FM parent contribution
≅ less FM student contribution from earnings
≅ less FM student contribution from assets

≅ equals FM need

Award and subtract from FM need:

≅ Federal Pell Grant

≅ Federal Stafford or Nursing Loan

≅ Federal Work-Study or Student Employment

≅ equals remainder FM need

Subtract institutional adjustments to contribution(s) from remainder FM need:

≅ additional parent contribution, need analysis special references

≅ additional student contribution from earnings from self-help chart

≅ additional student contribution from assets

≅ other resources contribution from non-custodial parent

≅ equals remainder need for institutional funds

Award remainder need:

≅ Georgetown or Nursing Scholarship

### Federal Pell Grants

Federal Pell Grants should be estimated and packaged for all potentially eligible students.

If the student is ineligible for Pell Grant after funds were packaged as estimated and student has Georgetown Scholarship in excess of the Pell Grant award, Georgetown scholarship should be packaged. If the student fails to complete requirements for disbursement of the Pell grant (s)he was eligible to receive, Georgetown Scholarship will not be awarded to meet that need.

### Self-Help and Student Contributions

Students are to receive standard loan, work, and expected minimum student contributions from income based on their year in school. The amounts used in aid packages are reviewed annually.

A chart titled Expected Family Contribution, showing the current year's self-help and student contributions can be found in the Appendix.