# EXHIBIT 53

Document Produced Natively

# COFHE YELLOWBOOK FOR 2016-17 QUESTIONNAIRE

## TUITION, STUDENT BUDGETS, AND SELF-HELP AT THE CONSORTIUM INSTITUTIONS FOR ACADEMIC YEAR 2016-17

**FIRM DEADLINE: 6/10/2016**

Instructions

**Part I: Contact**
Contact Information

**Part II: Student Charges**
Q1: Student Budget
Q2: Fees (Question Discontinued)
Q3: Room Charges
Q4: Board Charges

**Part III: Student Self-Help**
Q5: Packaging Policies
Q6: Differential Packages
Q7: Preferential Packages
Q8: Origination Fees
Q9: Private Loans
Q10: Policy Changes
Q11: Typical Self-Help Policy
Q12: Summer Earnings Expectations
Q13: Jobs: Hours
Q14: Jobs: Wages

**Part IV: General Policies**
Q15: Need-Blind Status
Q16: Applications and Documentation Required
Q17: Comments

Item: Quick Tuition Survey (Preliminary Results)

Other tabs in this book are there for technical purposes.
Please do not edit or remove them.

- **Part 3** *Georgetown University*
**Student Self-Help**

**Q5. Which of the following factors affect self-help expectations for first year students in 2016-17?**
Mark all that apply or "None of the above" with an "X"

| | |
|---|---|
| X | Self-help expectations are reduced to reflect outside (private) scholarships |
| | Self-help expectations are lowered for lower income students (differential packaging) |
| X | Self-help expectations vary, in part, based on admissions ratings (preferential packaging) |
| | Self-help expectations vary, in part, due to other considerations. Explain below. |
| | None of the above. |

*Explanation of "other considerations":*

- **Differential packages**

If you indicated in Q5 that your institution employs differential packaging, please answer the following questions about how these packages are used at your institution. Your answers should refer to how the self-help expectations for FIRST-YEAR STUDENTS (Class of 2020) vary by income.

**Q6. If there is a specific, income- or need-based* rule regarding differential packages, then summarize it in the spaces below.** Use one line for each self-help level.

| Income, PC, or FC range/thresholds | Self-help expectation: Job | Self-help expectation: Loan | Percent of Aided Students (Fall 2016) |
|---|---|---|---|
| | | | Scroll to best answer |
| | | | Scroll to best answer |
| | | | Scroll to best answer |
| | | | Scroll to best answer |
| | | | Scroll to best answer |
| | | | Scroll to best answer |

*e.g., Parent Contributions or Family Contributions below a certain level

**Q6A.** If the process of applying differential packages cannot be summarized in the above table, please use the space below to describe how such program are used at your institution.

- **Preferential packages**

If you indicated in Q5 that your institution employs preferential packaging, please answer the following questions about how these packages are used at your institution. Your answers should refer to how the self-help expectations for FIRST-YEAR STUDENTS vary by admissions rating.

**Q7. If there is a specific rule regarding preferential packages, then summarize it in the spaces below.**
Use one line for each self-help level.

| Description of Admission rating Category* | Self-help expectation: Job | Self-help expectation: Loan | Percent of Aided Students (Fall 2016) |
|---|---|---|---|
| **1789/GSP*** | **$3,000** | | Scroll to best answer |
| **John Carroll**** | **$3,000** | | Scroll to best answer |
| | | | Scroll to best answer |
| | | | Scroll to best answer |
| *** - GSP preference is for low income first generation stude** | | | Scroll to best answer |
| **** - John Carroll is for students with a high admit rating** | | | Scroll to best answer |

*e.g., "High" admit rating, "designated by admissions," "Priority admit," specific honors or scholarship program, and so on

**Q7A.** If the process of applying preferential packages cannot be summarized in the above table, please use the space below to describe how such programs are used at your institution.

**Q8. Do the reported loan amounts include an origination fee?** (Y/N) **N**

If the origination fee is included, please list the amount: ____ Dollars ____ % of Loan Amount

**Q9. Are private loans included in packages to meet need?** (Y/N) **N**

**Q10. Have self-help policies changed significantly (more than a simple change in levels) between 2015-16 and 2016-17? (Y/N). If 'Y' please describe.** **N**

GO TO NEXT PAGE