# EXHIBIT 54

# FILED UNDER SEAL