# EXHIBIT 55

THE WALL STREET JOURNAL. ONLINE

FORMAT FOR PRINTING sponsored by TOSHIBA Don't copy. Lead.

May 3, 2007

# Colleges Seek to Address Affordability

### As Tuition Continues to Soar, Some Offer More Grants, Ease Aid Formulas, Lock In Fees

By JANE J. KIM and ANJALI ATHAVALEY
*May 3, 2007; Page D1*

**DOW JONES REPRINTS**

This copy is for your personal non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clie or customers, use the Order Reprin tool at the bottom of any article or v www.djreprints.com.

• See a sample reprint in PDF form
• Order a reprint of this article now.

As college tuition continues to outpace inflation year after year, many schools are experimenting with ways to help more students afford the potentially crippling costs.

**TAMING TUITION**

Colleges are trying to make tuition more affordable. Here's what to expect:

• Some schools are guaranteeing tuition will not rise during a student's tenure.

• More schools are replacing need-based loans with grants.

• Parents may be asked to chip in less under new aid formulas.

Spurred in part by increased competition for the best students, number of colleges have launched new programs for this fall tl include freezing tuition, offering more grants instead of loans, and tinkering with financial-aid formulas to reduce the amount families are expected to contribute. Unlike past aid efforts, whi mainly helped financially needy students, the latest moves also stand to benefit more-affluent families.

Many colleges today can afford to be more generous, as their endowment coffers are flush from strong stock-market gains. And they are under pressure to do so as growth in federal financial aid has been dwarfed by rising school costs. College costs, including tuition, fees and living expenses, can top $45,000 a year at some private institutions, and tuition and fees are expected to rise a further 5.5% to 5.8% this year, according to the National Association of Independent Colleges and Universities. State school costs are lower, averaging clo to $13,000 if room and board are included, according to the College Board, but increases from year to ye can fluctuate sharply, depending on a state's fiscal health.

The new programs are luring students FERPA/PII Redaction Texas, was accepted by her top choice Baylor University, and four other colleges. But she chose the University of Texas at Dallas largely because of its lower tuition and new guaranteed-tuition program, which allows new and returning students to pay t same tuition -- $8,554 for a full year -- for as long as they are enrolled. "The guarantee makes it more attractive," says FERPA/PII Redaction "We know for the next four years, v are going to pay the same rate."

At Emory University in Atlanta, a new program called Emory Advantage is giving out grants in lieu of offering federal need-based loans to students whose families earn up to $100,000 a year. FERPA/PII Redaction FERPA/PII Redaction, Fla., says he doesn't expect to have to take out any student loans because the school offered to cover the bulk of his $46,000 annual total school costs through grants and work-study programs. Mr. FERPA/PII Redaction says he turned down an offer from another prestigious college that would have required him and his parents to take out $27,000 in loans.

"That was definitely too much," says the 18-year-old.

More schools also are starting to give a break to homeowners. A group of 28 elite private colleges, calling themselves the 568 Presidents' Group, after the federal antitrust exception that allows them to set joint-aid rules, began using a more generous financial-aid calculation this year that is expected to reduce the expect contributions for families whose homes have appreciated.

**ONLINE TODAY**



1. Go Figure:[2] See strategies for paying college tuition.

The group, which includes schools such as Duke University, Dartmouth College and the University of Pennsylvania, had previously asked financial-aid officers to count the market valu of a house, up to 2.4 times a family's income, as an available asset, regardless of how large a mortgage the family was carrying. Starting this fall, the schools will count only home equity, which is market value minus mortgage debt, and cap that at 1.2 times income. It "allows us to focu on the reality of a family's financial strength," says Jim Belvin, Duke's financial-aid director and chairman the technical committee for the 568 group.

Stanford University, which isn't a member of the 568 group, also said recently it would begin capping the amount of home equity assessed in the calculation of a parental contribution to 1.5 times the family incom The move is expected to reduce parental contributions for families with significant home equity by $2,00( on average, Stanford says. The university also created new guidelines for middle-income families that wou reduce the amounts students are expected to borrow, and replace the balance with grants and scholarships.

"Middle-income families feel particularly impacted by the lack of financial aid or the fact that [they] are n getting as much attention," says Daniel Walls, associate vice provost for enrollment management at Emory

Some relatively affluent students don't bother to seek aid. FERPA/PII Redaction, Ill., figured that because of his income level it was a waste of time to apply for financial aid for FERPA/PII Redaction who will begin attending Georgetown University this fall. "I think a lot of middle to well-to-do people do bother to do it, because they know it's not available to them," says FERPA/PII Redaction, who plans to pay the full co of Georgetown, an estimated $46,989 a year, including tuition, fees, room and board.

For smart, affluent kids who don't qualify for financial aid, some of the best deals can be found at smaller, middle-market schools, many of which are offering merit-based scholarships that discount tuition 10% to 50% to a majority of their incoming students, says Paul Hamborg, vice president at Human Capital Researc Corp. in Evanston, Ill., which advises colleges on enrollment strategies. That's a big shift from a few years ago when schools typically offered scholarships to only a handful of students.

At Knox College, a private school in Galesburg, Ill., that charges $35,478 for tuition, fees and room and board, over half of admitted applicants receive some type of merit-based scholarship, which can range fro $2,000 to $15,000 a year. About half the students at Rhodes College of Memphis, Tenn., where the full co of attendance is $38,120 a year, qualify for merit-based scholarships. Typically, to qualify for merit-based scholarships, students have to have strong test scores, top grade-point averages and other leadership qualities.

**Making College Affordable**

More schools are trying to ease the burden of college costs. Here are some recent moves by colleges and their total costs, which include tuition, fees, and room and board, for the 2007-2008 academic year.

| School | Total Costs | Move |
|---|---|---|
| **Davidson College** | $40,814 | A new policy will replace all need-based loans with grants for students. |
| **Emory University** | $44,556 | A new program will replace all need-based loans for low-income families and will cap need-based loans for middle-income families to offer more grants. |
| **Princeton University** | $43,980 | Announced plans to freeze tuition at $33,000, the same rate as this year, although it raised room and board rates, for an overall fee increase of 4.2%. |
| **Stanford** | $45,608 (reflects | New guidelines for middle-income families will reduce the amount students are |

Other colleges trying n

| | | |
|---|---|---|
| Stanford University | $45,000 (reflects tuition and room and board) | New guidelines for middle-income families will reduce the amount students are expected to borrow in need-based loans. The school also reduced the amount of home equity assessed in the calculation of a parental contribution. |
| University of Texas at Dallas | $8,554 (reflects tuition and fees) | The university will offer a guaranteed tuition program where students pay the same rate for four years. |

Source: WSJ research

approaches to attract students include Davidson College of Davidson, N.C., which announced a new polic that will eliminate student loans from financial-aid packages entirely, funding students' financial need through grants and student employment. Such moves can help students graduate with fewer loans, easing their debt burdens. Freed-Hardeman University of Henderson, Tenn., recently announced it would freeze tuition and fees at the current year's levels for new and returning students. Still others, ranging from Georg Washington University to regional schools like Ohio's Hiram College, have adopted tuition guarantees that enable each incoming class to lock in the tuition they pay as freshmen until they graduate, typically up to four or five years.

While such freezes and guarantees are attention-getting, some financial-aid experts say the programs may not be as beneficial as they look. "Some of it is PR and marketing," says Mark Kantrowitz, founder of FinAid.org[3], a financial-aid Web site. When colleges cut tuition, they also often cut their student-aid budgets, so many students end up paying the same amount, he says.

And some colleges raise other costs. Princeton University this fall plans to freeze tuition at this year's level $33,000, but the school is raising fees for room and board by 19%. Total costs at Princeton this year are expected to rise 4.2% to $43,980.

Still, tuition-guarantee programs can help families plan more effectively for college costs, especially at public schools, where tuition can rise precipitously and unpredictably. "It eliminates any major tuition surprises midway through the college experience," says David Daniel, president of UT-Dallas.

A handful of states, including Washington, Missouri and Texas, have passed or are considering legislation stem the rate of tuition increases and impose more predictability on college costs. In Ohio, the House passe a budget bill this week that limits tuition increases in 2008 to 3% and freezes tuition in 2009. The budget also plans to increase funding to public universities by 2% in 2008 and 10% the following year.

**Write to** Jane J. Kim at jane.kim@wsj.com[4] and Anjali Athavaley at anjali.athavaley@wsj.com[5]

**URL for this article:**
http://online.wsj.com/article/SB117814736201190078.html

**Hyperlinks in this Article:**
**(1)**
OpenWin('http://wsj.com/article/SB117813026300189787.html?mod=your_money_hidden_1_general_hs','infogrfx',760,638,'off',1,0,0,1);void('');re false;
**(2)**
OpenWin('http://wsj.com/article/SB117813026300189787.html?mod=your_money_hidden_1_general_hs','infogrfx',760,638,'off',1,0,0,1);void('');re false;
**(3)** http://FinAid.org
**(4)** mailto:jane.kim@wsj.com
**(5)** mailto:anjali.athavaley@wsj.com

**Copyright 2007 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.