# EXHIBIT 56



# BRIEFING BOOK

2019

*GEORGETOWN UNIVERSITY*

## OFFICE OF
## STUDENT FINANCIAL SERVICES

*Our mission is to make it financially possible for every admitted applicant to enroll at Georgetown University, ensuring that we recruit, retain, and graduate a talented and diverse learning community*

**FOR GU INTERNAL DISTRIBUTION ONLY**

*5th Edition*
*2019*



# CHAPTER 5: SUPPORT FOR EQUITY, INCLUSION & SUCCESS

Our promise to undergraduates that Georgetown University will "meet 100% of demonstrated financial need" ensures that talented students have access to a Georgetown education and can afford to attend. This promise is a crucial cornerstone of Georgetown's commitment to student equity, inclusion and success. That said, accepting students *into* Georgetown at an affordable cost is only the first step; we also have to ensure they get *through* Georgetown to graduation. This chapter describes our efforts, in partnerships with many others, to carry out that promise to its fullest meaning.

Over many years our work in the OSFS has taught us that meeting full need for low-income students may ensure access and affordability, but additional effort is needed to sustain equity, inclusion, and success for students from all socio-economic backgrounds. We've learned that high achieving "low-income" students (with family incomes below $40K per year), many of whom are also "first-generation" in their families to attend college, will truly *thrive* when they have the kind of support that their wealthier peers have access to—mentoring, encouraging community, professional development networks, and additional financial resources to meet expenses that are not included in the "cost of college" that financial aid funding covers.

To meet those additional needs, we work in close partnership with the Georgetown programs described in this chapter to deliver "wraparound" support to recipients of our need-based financial aid funding. When asked, we identify students in their communities who demonstrate financial need so they can prioritize giving additional scholarships or other funding support to those members of their communities. The partnerships described in this chapter are ordered chronologically, with the oldest first, followed by the most recent manifestations of the University's ongoing commitment to this important work. That commitment is driven by the Jesuit concept of "cura personalis" or "care for the whole person" and by a firm belief in the value of a learning "community in diversity".

> ***"It's about more than just educating scholars coming from diverse, underrepresented backgrounds. It's about all of us being educated from this experience. We learn not just from disciplinary knowledge. We learn from community."***
>
> -Heidi Elmendorf, Senior Advisor to Georgetown President DeGioia for Equity in Education, Associate Professor of Biology, and Director of the GU Regents Science Scholars Program
> *Source:* https://futures.georgetown.edu/equity/

## Georgetown Scholars Program (GSP)

Since its inception in 2004, the Georgetown Scholars Program (GSP) has evolved from what was initially a scholarship fundraising initiative into a student-centered program for first-generation and low-income Georgetown scholarship recipients that delivers the supportive resources and opportunities needed to thrive and succeed at Georgetown and beyond.

A majority of GSP participants are "first-generation" (first in their families to attend college), and/or low-income (family income is below $40K per year). Many receive Federal Pell and Supplemental Opportunity Grants and most also receive need-based Georgetown scholarships and donor gift-funded Georgetown *1789 Scholarships* that replace most of their student loans, typically reducing their undergraduate debt at graduation to less than $6,500 total.

The GSP, now a model for other programs around the country, provides advising, mentorship, community and network building events to supplement/complement Georgetown's need-based financial aid funding. By connecting current students, faculty, staff, GSP graduates, Georgetown alumni, and other GSP friends, the program forges a strong and unique network that supports talented students as they make their way at Georgetown. In all its programming the GSP encourages a holistic approach to building an inclusive environment, by challenging all members of the University community to consider how they can eliminate financial and other barriers to full engagement for all Georgetown undergraduates.

> ***The Back Story – GSP***
>
> *In 2004, the first year of the program, the GSP enrolled 50 students; today the program serves more than 600+ currently enrolled students (more than 160 students in each new entering class), and there are 1000+ GSP graduates to date.*
>
> *For many years the GSP was part of the OSFS. In July 2019 the GSP (and other similar student support programs) became part of the consolidated Office of Student Equity and Inclusion (OESI).*

The GSP sponsors numerous professional development events and networking opportunities. It has encouraged the development of coursework tailored to GSP students, e.g., "*Mastering the Hidden Curriculum*" (described at https://futures.georgetown.edu/mastering-the-hidden-curriculum/), and *"Flourishing in College and Community"* (described at https://myaccess.georgetown.edu/pls/bninbp/bwckctlg.p_disp_course_detail?cat_term_in=201830&subj_code_in=SOCI&crse_numb_in=111).