# EXHIBIT 57

# FILED UNDER SEAL