# EXHIBIT 58

# FILED UNDER SEAL