# EXHIBIT 59

# GEORGETOWN UNIVERSITY

## Office of Student Financial Services

## Policies and Procedures Manual

2023-2024

The Office of Student Financial Services implements the financial aid policies and enrollment management goals established by the University President and Board of Directors. One of those policies is to maintain the religious, ethnic, and economic diversity of the undergraduate student population through need-blind admissions and a commitment to meeting the full financial need of all undergraduate students admitted to the University. Our mission is to support that policy in all of our operations.

We work to ensure that Georgetown University remains affordable for all students by recommending limited increases in the total cost of a Georgetown education; maximizing utilization of Federal, state, and private financial aid funding in conjunction with institutional funding; and identifying and implementing creative financing options to meet educational costs. We support the University's admissions and recruitment process and facilitate the retention of students. By providing responsive counseling and financial services we help students decide whether to attend Georgetown, and make it possible for them to graduate once they enroll. We act as fiduciaries in the administration of institutional, Federal, state, and private resources. We ensure that limited funds are equitably distributed, and that they are used in the most efficient manner possible. This is accomplished by carefully analyzing student and parent ability to contribute towards the cost of a Georgetown education, and maintaining administrative policies and procedures that guarantee the accurate and expedient delivery of student aid and financing funds.

## Georgetown University's Financial Aid Philosophy

(Need-Blind Admissions, Need-Based Aid and Meeting Full Financial Need)
Georgetown University is committed to meeting the full need of all of its students. The University admits students without regard to their financial circumstances and makes every effort to meet the financial need of all accepted students through a combination of aid programs including loans, employment, and scholarships/grants.

Financial aid is awarded on the basis of need as determined from information families provide to Georgetown on the financial aid application forms. The University does not offer financial aid to top-ranked candidates based on academic merit, but instead chooses to direct aid to a diverse student population based solely on financial need. Georgetown expects all parents to cooperate in the mutual effort of providing the best possible education for their sons and daughters. Students are also expected to contribute to the cost of their education at Georgetown, including a contribution from savings as well as from summer jobs.

Since 1978, Georgetown University has had a publicly stated policy of meeting the full financial need of all students with reasonable levels of loan and work combined with University scholarship and grants from outside sources. "Reasonable" is defined in this context as an amount of loan and work that would compare well with the self-help expectations of our major competitors. We have also been concerned that students not