# EXHIBIT 60

# ADMITTED STUDENT QUESTIONNAIRE PLUS EXPRESS

## Johns Hopkins University

## Highlights Report – 2018

## FINAL REPORT

### THE COLLEGE BOARD

This report was prepared for the College Board
by Applied Educational Research, Inc.

## EXHIBIT E-4: WIN/LOSS ANALYSIS -- FOR COLLEGES WITH GREATEST NUMBERS OF CROSS-ADMISSIONS WITH OUR COLLEGE

- For the twenty colleges with which we share the greatest numbers of jointly admitted students:
  - What percent of jointly admitted students do we enroll?
  - What percent of jointly admitted students do they enroll?
  - What percent of these students attend other colleges?
- Among students choosing either our college or the listed competitor, what percentage do we enroll?

| | NO. OF CROSS-ADMITS | WIN PERCENT | PERCENTAGE OF CROSS-ADMITS ENROLLED BY | | |
|---|---|---|---|---|---|
| | | | OUR COLLEGE | LISTED COLLEGE | OTHER COLLEGE |
| **TOP TWENTY COLLEGES IN CROSS-ADMISSIONS** | | | | | |
| U Calif Los Angeles | 279 | 86% | 42% | 7% | 51% |
| Cornell U | 223 | 49% | 20% | 21% | 58% |
| U Calif Berkeley | 222 | 65% | 36% | 20% | 44% |
| Georgia Tech | 205 | 92% | 43% | 4% | 53% |
| Duke U | 195 | 28% | 10% | 26% | 64% |
| Boston U | 182 | 96% | 52% | 2% | 46% |
| U Michigan | 177 | 85% | 45% | 8% | 47% |
| U Pennsylvania | 175 | 13% | 6% | 43% | 51% |
| U Calif San Diego | 172 | 98% | 55% | 1% | 44% |
| Northeastern U | 168 | 88% | 54% | 7% | 39% |
| Rice U | 163 | 61% | 23% | 15% | 63% |
| U Maryland Coll Park | 149 | 79% | 55% | 15% | 30% |
| Emory U | 138 | 91% | 46% | 4% | 50% |
| Washington U St. L. | 137 | 93% | 38% | 3% | 59% |
| U Virginia | 134 | 85% | 52% | 9% | 40% |
| U Southern Calif | 125 | 83% | 45% | 9% | 46% |
| Carnegie Mellon U | 123 | 85% | 44% | 8% | 48% |
| Northwestern U IL | 121 | 74% | 23% | 8% | 69% |
| Vanderbilt U | 120 | 77% | 32% | 10% | 58% |
| Brown U | 114 | 24% | 8% | 24% | 68% |

"Win Percent" is the percentage that we enrolled of those students attending either our college or the listed college.