# EXHIBIT 61

| | |
|---|---|
| Date: | Tuesday, September 14 2021 04:56 PM |
| Subject: | RE: 568 Group / Connection - Penn |
| From: | Downs-Burns, Kim M. <kdowns@middlebury.edu > |
| To: | Wallace-Juedes, Scott <scott.wallace-juedes@yale.edu>; Leslie C Bridson <lbridson@mit.edu >; |
| Attachments: | image001.png |

Thanks to both of you-trying to get Brown as well-the gov relations person just mentioned that he did not realize they had indeed departed 568-crazy days! Anyway I need to find out what Amy told Jack as last I knew -Amy was 'advised' that they should leave 568 by someone internal-not sure which dept-

*Kim M Downs-Burns*

Middlebury College
Associate Vice President for Student Financial Services
84 South Service Rd
Middlebury Vermont 05753
(802) 443-5158

Middlebury College

---

**From:** Wallace-Juedes, Scott <scott.wallace-juedes@yale.edu>
**Sent:** Tuesday, September 14, 2021 4:42 PM
**To:** Leslie C Bridson <lbridson@mit.edu>; Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Subject:** Re: 568 Group / Connection - Penn
**Sensitivity:** Confidential

I talk to Elaine some - not a lot though, generally at CNAR and our ivy directors meeting. Between us, I did have a call with her the other day regarding an ivy issue and the 568 renewal came up. She didn't provide a reason why they left, but she also didn't seem too interested in joining back up. I got the sense that she felt they were too far 'outside' of the 568 agreement/CM for it to be helpful to them. Of course, I brought up the fact about why we rejoined and pushed the idea that you don't have to follow CM 100%, but I don't know that it changed her thoughts...

----
**Scott Wallace-Juedes**
Director | Office of Undergraduate Financial Aid
Fellow | Jonathan Edwards College
Yale University

---

**From:** Leslie C Bridson <lbridson@mit.edu>
**Sent:** Tuesday, September 14, 2021 16:32
**To:** Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Cc:** Wallace-Juedes, Scott <scott.wallace-juedes@yale.edu>
**Subject:** Re: 568 Group / Connection - Penn

Hi,
I don't chat with Elaine. See her at CNAR meetings via zoom but that's it. Sorry.

On Sep 14, 2021, at 4:12 PM, Downs-Burns, Kim M. <kdowns@middlebury.edu> wrote:

Any chance either of you talk to Elaine? They never really cited a specific reason for departing

*Kim M Downs-Burns*

Middlebury College
Associate Vice President for Student Financial Services
84 South Service Rd
Middlebury Vermont 05753
(802) 443-5158

<image001.png>

---

**From:** Downs-Burns, Kim M.
**Sent:** Tuesday, September 14, 2021 4:12 PM
**To:** Andresen, William G <wgajr@upenn.edu>; Caitlin Leach <caitlin.leach@northwestern.edu>
**Cc:** Patricia Mcwade <mcwadep@georgetown.edu>
**Subject:** RE: 568 Group / Connection - Penn

Adding Pat McWade here (Dean of Aid at Gtown) as Pat and I participated in a call with the Dir of Aid (Elaine Varas) and the Admissions/Enrollment Dean within the last year. I believe someone from legal counsel may have been present as well. I can take a look at my notes from that call and would ask Pat to chime in as well.
Also, I do know that Jack had a call with Amy at some point-perhaps prior to our call? Again, I need to look at my notes but there was no specific reason provided. They did talk about increasing Pell eligible recipients which many 568 schools also retain as a goal so not a reason to depart.
Pat-do you have notes or perhaps Joe F(chief of staff) has notes from call between Jack and Amy?
Finally, it would be great to have U Penn back in the group. Elaine has attended many mtgs and the former Dir of Aid at U Penn (Bill Schilling) actually chaired the 568 Technical committee for many years.
Heading to another mtg at 4:!5 but I will be sure to review my notes from the call and write back.

*Kim M Downs-Burns*

Middlebury College
Associate Vice President for Student Financial Services
84 South Service Rd
Middlebury Vermont 05753
(802) 443-5158

<image001.png>

---

**From:** Andresen, William G <wgajr@upenn.edu>
**Sent:** Tuesday, September 14, 2021 2:03 PM
**To:** Caitlin Leach <caitlin.leach@northwestern.edu>; Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Subject:** Re: 568 Group / Connection - Penn

Thanks Caitlin.

Kim--I'm trying to do a little research on why Penn left left the 568 Group. I'm advocating internally that we, at least, join in the lobbying effort but am also unclear why we made a decision to drop out. Any insight you can share with me would be appreciated.

---

**From:** Caitlin Leach <caitlin.leach@northwestern.edu>
**Sent:** Tuesday, September 14, 2021 11:17 AM
**To:** Downs-Burns, Kim M. <kdowns@middlebury.edu>; Andresen, William G <wgajr@upenn.edu>
**Subject:** 568 Group / Connection - Penn

Hi Kim – I'm reaching out to introduce you to my colleague Bill Andresen (cc'ed here) who leads Penn's government relations office in DC. Bill is looking for more information about Penn's participation in the 568 Group and I was hoping you might be able to share some background with him from the Technical Committee's perspective. I believe Penn was previously a member – can you share with Bill why they left and does the University have a representative still participating in your group meetings?

Thanks so much,
Caitlin

**Caitlin M. Leach**
Director, Federal Relations
Northwestern University
caitlin.leach@northwestern.edu
cell: 732.921.9809