# EXHIBIT 62

**Date:** Monday, November 23 2020 10:55 AM
**Subject:** 568 Consensus Methodology
**From:** Leslie C Bridson
**To:** Jana Haile <jhaile@mit.edu>;
**Attachments:** 568 CM Manual 2019 edits (002).pdf

---

Hi Jana,
So first off…you are NOT responsible for info contained in this document. It is the 568 Group manual on CM. In several instances, we are more generous than CM, but we do use it as a guideline. I was in an appeals meeting the other day and we were hearing non-cust appeals, and I wanted to refer back to this document because I knew 568 had set some parameters.
So I am sharing this only for informational purposes…
Looking forward to tomorrow's training!
Leslie

*Leslie Bridson*
Director of Student Financial Services
MIT