# EXHIBIT 69

# FILED UNDER SEAL