# EXHIBIT 70

**Date:** Monday, October 7 2013 08:27 PM
**Subject:** RE: Draft Strategic Plan
**From:** Paul Mueller <paul_mueller@nd.edu>
**To:** Thomas Bear <Thomas.E.Bear.2@nd.edu>; Robert Mundy <Robert.M.Mundy.1@nd.edu>;

It appears that Northwestern is also providing aid decisions around time of acceptance for their ED kids:

From their website:
If you are admitted under Early Decision and apply for financial aid, you will be notified of your aid decision around the time of your acceptance, provided your family has filed the College Scholarship Service Financial Aid Profile (CSS Profile) by December 1. Students admitted under Early Decision may be released from the commitment to enroll at Northwestern only for demonstrated financial hardship.

> -----Original Message-----
> From: Paul Mueller
> Sent: Thursday, October 03, 2013 6:38 PM
> To: Thomas Bear; Robert Mundy
> Subject: RE: Draft Strategic Plan
>
> Tom/Bob,
>
> I think it would probably be useful to have a handful of state flagships,
> particularly Michigan, UVA, and UNC-CH in this data base, some of our Catholic
> competitors like Creighton, Dayton, Georgetown, and Marquette, and then the
> usual suspects of Chicago, Duke, Northwestern and Vanderbilt.
>
> I'm attaching some comparative data that I have on net cost of attendance, and
> institutional grant dollars to 1st year students. We seem to be right in the thick
> of it on both cost of attendance, and institutional grant dollars to 1st year
> students. Sure, we aren't very competitive with Princeton, Harvard, and Yale,
> but we aren't that far off from other high quality selective institutions.
>
> I think trying to expedite the award process would be a great strategic initiative
> to investigate since it is such a critical component of recruitment. Do we have
> reason to believe that we are late to market so to speak on this?
>
> Paul
>
> > -----Original Message-----
> > From: Thomas Bear
> > Sent: Thursday, October 03, 2013 5:38 PM
> > To: Robert Mundy; Paul Mueller
> > Subject: RE: Draft Strategic Plan
> >
> > Bob,
> > Just went for a run in 88 degree Dallas, Texas :) Anyway, during my
> > run it hit me that perhaps we should identify peer institutions and
> > determine when they mail financial aid awards. Hard data is always
> > good to have in hand when making strategic decisions. We could work
> > together and include Mary to identify appropriate peer institutions
> > and determine when their financial aid awards are mailed. Of course,
> > we need to be cognizant of the fact that there is a difference between
> > the mailing of merit scholarships and financial aid packages/notifications.

> >
> > Be safe and warm,
> > Tom Bear
> >
> > -----Original Message-----
> > From: Robert Mundy
> > Sent: Thursday, October 03, 2013 4:41 PM
> > To: Thomas Bear
> > Subject: RE: Draft Strategic Plan
> >
> > Thanks, Tom. I appreciate your forwarding that.
> >
> > Off to Billings where it's 36 and rain/snow mix (gulp). No matter, it's
> Montana!
> > :)
> >
> > B.
> > Bob Mundy
> > Director of Admissions
> > Office of Undergraduate Admissions
> > University of Notre Dame
> > admissions.nd.edu
> >
> > 574-631-7505 (office)
> > 574-631-8865 (fax)
> >
> > Connect with admissions on:
> >
> > Facebook
> > Twitter
> >
> > 220 Main Building
> > Notre Dame, IN 46556
> >
> >
> > -----Original Message-----
> > From: Thomas Bear
> > Sent: Thursday, October 03, 2013 4:01 PM
> > To: Robert Mundy; Paul Mueller
> > Subject: RE: Draft Strategic Plan
> >
> > Bob,
> > I'm going to forward your comments also onto Paul. I think your
> > thoughts are all very insightful as well as helpful and we will want
> > to address as we further the strategic plan. I think it would be
> > important to note that the enrollment goal numbers are both research-based
> and aspirational in nature. Great input.
> >
> > -----Original Message-----
> > From: Robert Mundy
> > Sent: Thursday, October 03, 2013 7:55 AM
> > To: Thomas Bear
> > Cc: Donald Bishop

> > Subject: Re: Draft Strategic Plan
> >
> > Hi Tom,
> >
> > Thanks for sharing. Interesting reading. I might suggest some minor
> > word crafting, but for now I will offer some thoughts at higher levels.
> >
> > There are lots of numbers around inquiries, applicants, etc. I am
> > curious as to the origin of these numbers. Are they research-based or
> > more aspirational in nature?
> >
> > There are also few numbers around financial aid and commitments we
> > will likely need there in order to remain competitive. Mention is made
> > of competitors who are offering no-loan packages, but no time is spent
> > on this topic. Will we move in that direction, e.g., perhaps offering
> > no loans, single loan or a loan cap for students whose family income
> > is below $100,000? This latter example, practiced by Emory, would
> > allow us to control cost of a reduced loan policy. This should be a
> > strategic consideration. Setting these enrollment goals without some
> > effort to enhance financial aid seems to seek different results
> > without changing our behavior. You do include mention of the fact
> > that our family contribution is 17% of income, while many of our peers
> > have a 10% cap on that, but again no plan is offered about any changes
> > for Notre Dame. I think both of these numbers (percentage of students
> > in no-loan or high-need categories and the family contribution
> > percentage) should also be reflected in the five year goals. Also, Pell recipient
> numbers are not included and have become something of a measuring stick for
> peers. I realize this could be an "expensive conversation"
> > but we should have it.
> >
> > At a more specific level, UGA has been asked to maintain or move up
> > our decision dates. Will this be accompanied by earlier delivery of
> > financial aid notifications? The benefits of that are multiple,
> > including giving families more time to pursue additional outside aid
> > if they feel that our aid comes up short, and allowing for more time
> > for us to engage those families who have significant questions about
> > their ND aid vis a vis our aspirational peers. In recent years we have
> > adjusted some of our aid packages for cross-admits to these peers, but
> > sometimes that is a hurried process. In addition, with many of our peers
> sending earlier award packages, we are often viewed as "late to the table."
> >
> > In short, these are all laudable goals, but without developing
> > strategic changes in financial aid, will be more difficult to achieve.
> > Recruiting and admitting more students from under-performing financial
> > aid cohorts without a plan to address that under-performance certainly won't
> help our yield aspirations.
> >
> > My final concern is that the four highlighted ETS geo-markets seem to
> > offer limited populations of students of color. Of the various
> > high-profile characteristics of our incoming classes, I feel this is
> > one of the most sensitive. If we lose ground in this area, it will
> > draw immediate attention and questions from University leadership.
> >

> > Wow, that's a lot I realize, but I think my suggestions will make this
> > a more complete document. In any event, thanks for considering.
> >
> > B.
> >
> > Bob Mundy
> > Director of Admissions
> > University of Notre Dame
> > 220 Main Building
> > Notre Dame, IN 46556
> > Phone 574-631-7505
> > Fax 574-631-8865
> >
> >
> >
> > On Oct 1, 2013, at 3:53 PM, "Thomas Bear" <Thomas.E.Bear.2@nd.edu >
> > wrote:
> >
> > > Enrollment Division Senior Leadership Team:
> > >
> > > Please find attached the Enrollment Division Strategic Plan for 2014
> > > to 2018 in
> > draft format. This is being shared in preparation for Wednesday’s 2
> > p.m. Senior Leadership Team meeting. I apologize for getting it out
> > late in the afternoon, but we will go over it during tomorrow’s
> > conversation. You will notice that pages 8 and 9 are missing. We are
> > holding this part for strategic initiatives. We hope to discuss this
> > document tomorrow and gain your input and suggestions. I look forward to
> our conversation.
> > >
> > > Tom Bear
> > >
> > > Thomas E. Bear, Ed.D.
> > > Executive Director of Student Financial Strategies University of
> > > Notre Dame
> > > 115 Main Building
> > > Notre Dame, Indiana 46556
> > > (574) 631-6436
> > >
> > > <Strategic Plan Draft VI.pdf>