# EXHIBIT 71

# UNIVERSITY OF NOTRE DAME

2022 **ANNUAL REPORT**



# MESSAGE FROM THE PRESIDENT

REV. JOHN I. JENKINS, C.S.C.

We are pleased to offer this report on the University of Notre Dame's finances for the fiscal year ending June 30, 2022.

It has been a year of reconnection and renewal as we return post-pandemic to more familiar ways of learning, teaching, and coming together as a community, while continuing to draw upon the important lessons of the last two years. For decades, one of Notre Dame's greatest strengths has been its ability to maintain a disciplined strategy that ensures the long-term financial health of the institution. Careful stewardship and planning in times of prosperity have allowed us to weather economic downturns without major disruptions, including during the financial storms that accompanied the global pandemic. Thanks to the superb leadership of our Executive Vice President Shannon Cullinan, Vice President and Chief Investment Officer Mike Donovan, Vice President for Finance Trent Grocock, and their respective teams—as well as the vision and unfailing support of the University's Board Chair, Jack Brennan, and our Board of Trustees—the University's financials were strong in 2022, even as market performance declined at the end of the fiscal year.

This foundation of financial stability, coupled with the extraordinary generosity of our benefactors, made it possible for us to do even more this year to ensure that a Notre Dame education is affordable and accessible to all students, with $183 million in undergraduate need-based financial aid awarded, an increase of 36 percent over the last five years, and 19 percent of this year's undergraduate class either Pell-eligible or first-generation college students. It was also a record year in terms of research funding, with Notre Dame receiving $244 million in research awards, surpassing the previous record of $223 million set in 2021. This total includes nearly 800 separate awards from a broad array of federal, foundation, and industry sources.

One of the most important developments for the University this year was the election of John McGreevy by the University's Board of Trustees as Notre Dame's Provost, succeeding Marie Lynn Miranda, after a broad national search. John is a distinguished historian and former dean of Notre Dame's College of Arts and Letters. His successful tenure as dean of our largest college, his scholarly achievements, his commitment to academic excellence across the University, his understanding of Catholic higher education and support for Notre Dame's mission, and his embrace of our aspirations regarding diversity, equity, and inclusion make him an ideal leader for Notre Dame at this moment in our history.

John is currently leading the development of a University-wide strategic framework, a process we undertake every 10 years that considers the plans and aspirations of the colleges, schools, institutes, and other units to leverage current areas of strength, discern new opportunities, incentivize interdisciplinary collaboration, and make investments that have the potential to be transformative. We are confident that our new strategic framework, to be completed in spring 2023, will guide Notre Dame to even higher levels of excellence and impact in accord with its mission.

It is an exciting time at the University, and I am profoundly grateful to our faculty, administrators, staff, students, parents, benefactors, alumni, and friends for the creativity, dedication, resilience, and generosity they demonstrate each and every day. As we continue to adjust in today's rapidly changing environment, always poised to respond to new challenges and seek out new opportunities, Notre Dame is well positioned to achieve its aspirations and become—as first envisioned by our founder, Father Edward Sorin, C.S.C., over 180 years ago—ever more a great force for good in the world.