# EXHIBIT 72

**Date:** Thursday, July 3 2008 08:17 PM
**Subject:** FW: Review of Financial Aid Awards Requested
**From:** Mary Nucciarone <Nucciarone.2@nd.edu>
**To:** Sue Kowalski <Kowalski.1@nd.edu>;
**Attachments:** Fax-Jul-01-2008-08-19-36-24479.pdf

---

Sue,

Please print and record. You may put in my box. I must have spoken with them but don't recall the conversation.

Mary

-----Original Message-----
From: FERPA Redacted
Sent: Wednesday, July 02, 2008 11:43 AM
To: Mary Nucciarone
Cc: jrusso1@nd.edu; Dan Saracino; meersman.1@nd.edu
Subject: RE: Review of Financial Aid Awards Requested

Mary et al;

Attached is a fax of my wife's most recent pay stub which verifies that her salary is less than stated value in the FAFSA SAR and her 2007 tax return. Her current salary is $39,547, while the FAFSA declaration, item 83. was 43,316 which was her 2007 earnings which was inclusive of some commissions which have been eliminated as a result of stock brokerage industry wide litigation. In short, non- "series 7" licensed sales staff can no longer be compensated with sales commissions. At the time of the FAFSA filing, the implications of this ruling upon her salary were unknown to us as FERPA Redacted her employer, had not disclosed how the were going to comply with this ruling.

Having re-reviewed my FAFSA, I noted another area that is overstated, item 87. CASH, SAVINGS, AND CHECKING. These accounts are essentially used to pay bills and the balance fluctuates from around $4,000 to near zero as a function of the proximity to pay day. My average daily balance for in the last 6 mo is $2,000, not close to $6,215.

Lastly, we have been looking in to travel arrangements and came to the realization that this annual expense, at around $2500 will be a much greater expense than for the average Notre Dame student.

In closing, I appreciate your patience and hope that these are legitimate issues that might make FERPA Redacted financial aid award more favorable.

Best Regards

FERPA Redacted

-----Original Message-----
From: Mary Nucciarone [mailto:Nucciarone.2@nd.edu]
Sent: Tuesday, June 24, 2008 11:50 AM
To: FERPA Redacted
Cc: jrusso1@nd.edu; 'Dan Saracino'

Subject: RE: Review of Financial Aid Awards Requested

Dear FERPA Redacted

I am writing at the request of Mr. Joe Russo, Director of Student Financial Strategies as he is away from the office for several weeks. I had the opportunity to discuss your concerns with Mr. Russo and have the following to share with you.

We understand from your email that you met with an Admissions Counselor when you visited campus in February. During your meeting you asked her about the effect of outside scholarships on financial aid and she provided a general response to you. In speaking with Mr. Dan Saracino, Assistant Provost for Admissions, I confirmed that the counselors are aware of the University policy regarding the treatment of outside scholarships on financial aid.
He
confirmed that the Counselor would have provided a general response indicating that we first reduce the self help components of the package and then go from there.

In preparing FERPA Redacted financial aid package initially, our office was not aware of his outside scholarship assistance. The award letter packet included the Financial Aid Conditions and Information brochure which specifically addresses the University policy regarding outside scholarship assistance. Similar information also is available on our website in the Frequently Asked Questions document available on the front page of the website.

As the policy indicates, if a student receives aid beyond that which is listed in the Award Letter, the financial aid award may be adjusted by
reducing:

. Federal Perkins Loan (if applicable)
. Federal Work-Study
. Federal Subsidized Stafford Loan
. University Scholarship

In FERPA Redacted case, the total value of his outside scholarships ($15,000) exceed the total self-help ($10,000) in the package. As a result, his University Scholarship will be reduced by $5,000. If he would like to borrow from the Unsubsidized Federal Stafford Loan program or work in a non-need based job, those options remain available to him. A revised financial aid award will be sent to FERPA Redacted outlining these changes.

We believe that the policy is generous and fair as we meet demonstrated financial need. We present this policy publicly to ensure our families are aware that outside scholarship assistance must, by federal regulation, be considered as a resource in the financial aid package and what impact the outside aid will have on financial aid.

I hope this information helps you to understand our policy, Mr. FERPA Redacted
We
certainly hope that FERPA Redacted joins the Class of 2012 this fall at Notre Dame.

Sincerely,

Mary Nucciarone
Associate Director of Financial Aid
115 Main Building
Notre Dame, IN 46556
www.nd.edu

Telephone (574) 631-6436
FAX (574) 631-6899

Confidentiality Requirement: This e-mail message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by e-mail.

----- Forwarded message from FERPA Redacted
<FERPA Redacted>-----
Date: Mon, 23 Jun 2008 11:53:38 -0400
From: 'FERPA Redacted
Reply-FERPA Redacted >
Subject: Review of Financial Aid Awards Requested
To: Joseph.A.Russo.4@nd.edu

FERPA Redacted

June 23, 2008
Joe Russo
Office of Financial Services
Financial Aid
115 Main Building
Notre Dame, Indiana 46556-5602

Dear Mr. Russo et al:

My son FERPA Redacted, an incoming freshman FERPA Redacted has been awarded two private merit based Scholarships, the UTC Scholarship and the Johnson Scholarship in the amounts of $3,000 and $12,000 per year respectively and renewable for four years. Last week I spoke to a Notre Dame Financial Aid representative over the phone regarding these scholarships, the "Private Scholarship Worksheet" received in the mail, and their potential impact upon FERPA Redacted 08/09 Financial Aid Award. And while there were no absolutes provided by the representative, the essence of the discussion was disheartening as it was clear that the intended benefit of these scholarships, and FERPA Redacted college plans could be undermined significantly.
This is in dramatic contrast to information provided at a meeting with an Admissions Officer in February. To be more specific, FERPA Redacted, my wife FERPA Redacted and I, visited the campus in February for "Accepted Students Day" and met with and Admissions Officer during our visit. The issue of private scholarship impact upon financial aid was a key topic of discussion during this meeting as we have a family friend, a scholar athlete, the recipient of several private merit scholarships, and an incoming Villanova Freshman, that had her Financial Aid award adjusted so that there was a net zero gain from these awards.
Having been warned of this issue, and recognizing its potential impact in the FERPA Redacted college selection, we made sure that this issue was vetted with the Admissions Officer. And, while the context of this discussion was speculative as it preceded both the issuance of the Financial Aid Award letters and the award of the subject scholarships, we were comforted that the impact would be minor.
I apologize for this somewhat negative, but necessary introduction. It's not my intent to dwell here any further, rather I'd like to pursue, with ND's assistance, the following course of action in hopes of salvaging the situation; Please assign a specific Financial Aid Officer the task of reviewing FERPA Redacted Financial Aid Award in its entirety in an expeditious manner, including the following:

1. Private Scholarship Awards, of course.
2. FAFSA/CSS Profile revisions due to unforeseen income reductions for 2008 and overstated savings. Info will be provided.
3. Make sure that consideration is given to expense of FERPA Redacted brother who is a junior in college.
4. Identify if there are better opportunities for merit scholarship in non-Engineering majors FERPA Redacted is declared as a Chemical Engineer, but is actually on a pre-Med track and therefore has some flexibility with his major.
5. Give consideration to extraordinary expenses, medical, force of nature. Info will be provided.
6. And, anything else that which I may have overlooked which would help salvage this situation.

In closing, I'm hoping for the best outcome, Notre Dame, Class of 2012.
However, if that's not to be, ie: the benefits of the private scholarships are offset by other reductions to other aid awards, I hope that can be made clear in the coming week so that we can make other arrangements for the Fall semester. Again, I hope that this can be avoided.

Sincerely,

FERPA Redacted

----- End forwarded message -----