# EXHIBIT 73

**Date:** Monday, June 23 2014 01:33 AM
**Subject:** Re: Previous email
**From:** Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu >
**To:** FERPA Redacted

Dear FERPA Redacted

Thank you for your email. We received the scholarship notification and I passed it to Mrs. Gwen Troupe who is our scholarship administrator. I checked FERPA Redacted record and a $2,000 private scholarship has been added to her package. The addition of this scholarship adjusts her Federal Direct Loan to an unsubsidized loan. She should be getting a revised notification and should also be able to view the information through insideND.

Please let me know if you have any other questions.

Regards,

Mary

On Sun, Jun 8, 2014 at 1:48 PM, FERPA Redacted wrote:

Mary,

I hope all is going well for you and that you are enjoying some of this beautiful weather.

FERPA Redacted has received an outside scholarship that will be sent to your attention. Please see attached letter and let me know if you need anything else from us. Also, please let me know how this will impact her current award letter.

Finally, if there is someone else we should be corresponding with regarding her financial aid information, please let me know as I do not want to take your time if there is someone else we should be contacting.

Thank you again for all your help!

FERPA Redacted

On Sun, Apr 13, 2014 at 9:48 PM, Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu > wrote:

FERPA Redacted

You've made my week ☺

Blessings to you and the family during this Holy Week.

Mary

**From:** FERPA Redacted
**Sent:** Sunday, April 13, 2014 9:07 PM

**To:** Mary Nucciarone
**Subject:** Re: Previous email

Mary,

Thank you so much for your help and dedication to your work! I just told FERPA Redacted that we she will be able to attend the University of Notre Dame and to go ahead and accept her offer of admission. She was extremely happy and thankful!!

Thank you again for all your help. I look forward to seeing you on campus in the near future and introducing you to FERPA Redacted

Wishing you a blessed Holy Week!

Peace,

FERPA Redacted

On Sun, Apr 13, 2014 at 3:23 PM, Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu> wrote:

FERPA Redacted

I made one further adjustment from what I shared on Friday and FERPA Redacted Scholarship is $42,300. If she receives outside scholarships those will reduce the self-help. I will send a revised financial aid notification.

Mary

**From:** FERPA Redacted
**Sent:** Friday, April 11, 2014 6:44 PM
**To:** Mary Nucciarone
**Subject:** Re: Previous email

Mary,

I understand and apologize for adding to your workload. I am just trying to figure out all the final details of FERPA Redacted college plans.

Unfortunately she did not receive the Lilly Community Foundation Scholarship that she was a finalist for in Hamilton county. I am unsure of how I am going to afford to send her to Notre Dame and her two brothers to my private school as I did not get any additional help beyond the normal staff discount for next year. I am planning to appeal that determination, but am getting a bit nervous as I need to make final decisions in a few weeks.

FERPA Redacted did apply for and has an interview for the Notre Dame club of Indianapolis scholarship this Wednesday. I am not sure if she would be a good candidate for this or how much it would help. She is also applying for another local award that she will not know about until late May. My plan was to use the life insurance to pay $12,500 a year for her and hoped that she would not have take out so much in loans as she plans to attend graduate school.

I know my situation is not unlike many others, but as the realities are a bit different than I had originally thought and planned I am not sure how to make it all work.

Please do not feel like you have to work on it this weekend, but if you can get me some information by the end of next week that would be greatly appreciated.

Thanks,

FERPA Redacted

On Fri, Apr 11, 2014 at 5:49 PM, Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu > wrote:

FERPA Redacted

My deep apologies for not responding to your email sooner; I also know you called today and I was not in the office until this moment. These past two weeks have been incredibly hectic because of visitation weekends, alumni board, etc.

I want to review the document you sent to see where the differences are between the NPC and our actual analysis. My hope is to get an answer to you this weekend or by Monday at the latest. I will send you an email and then we also can follow-up on the phone.

Mary

**From:** FERPA Redacted
**Sent:** Tuesday, April 08, 2014 2:29 PM
**To:** Mary Nucciarone
**Subject:** Previous email

Mary,

Just wanted to see if you got my email last week inquiring about the difference from our estimated report to the actual financial aid package. I am sure you are inundated at this time so if it is appropriate for me to be checking with someone else, just let me know.

Thanks,

FERPA Redacted

*******************************************************

ATTENTION: This E-mail and any attachments are confidential and may be protected by legal privilege.

If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.

*************************************************************

FERPA Redacted

******************************************************

ATTENTION: This E-mail and any attachments are confidential and may be protected by legal privilege.

If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.

************************************************************

FERPA Redacted

******************************************************

ATTENTION: This E-mail and any attachments are confidential and may be protected by legal privilege.

If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.

************************************************************

**FERPA Redacted**

************************************************************
ATTENTION: This E-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.
************************************************************

--

**Mary Nucciarone**

*Director Financial Aid*

Office of Student Financial Services

115 Main Building

University of Notre Dame

574-631-6436 (Office)

**Confidentiality Requirement:** This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email.