# EXHIBIT 74

**Date:** Friday, May 11 2012 02:08 PM
**Subject:** Follow Up on Question from Notre Dame Financial Aid on Outside Scholarship
**From:** Mary Nucciarone <Mary.B.Nucciarone.2@nd.edu >
**To:** FERPA Redacted
**CC:** Shannon Kelly <Shannon.C.Kelly.229@nd.edu >; Robert Mundy <Robert.M.Mundy.1@nd.edu >;

Dear FERPA Redacted

Greetings from the Office of Financial Aid at Notre!

I am writing to you today at the request of Shannon Kelly about how your financial aid will change if you receive an outside scholarship. Mr. Jim Malloy spoke with your FERPA Redacted about this question on April 18. I realize that question can be confusing so I am happy to provide written information which I hope will help you to see the effect.

I understand you may receive an outside scholarship of up to $20,000 per year which is renewable for four years. As described in the *Financial Aid Conditions and Information* included with your Award Letter, Notre Dame's policy regarding the treatment of outside scholarships is to reduce the self-help (loans and work) offered in the package; in your specific case this amount is $10,100. If the amount of the outside scholarship exceeds the amount of the self-help then University Scholarship is reduced dollar-for-dollar. Your outside scholarship would be incorporated as shown below:

| Financial Aid Award | Amount |
|---|---|
| Outside Scholarship | $20,000 |
| University Scholarship | $22,150 |
| Federal Pell Grant | $3,000 |
| Federal Supplemental Grant | $2,000 |
| Total Aid | $49,750 |

Based upon the revised package your family would pay $5,155 for direct charges (tuition, fees, room and board). Your books, personal expenses and transportation to and from campus would be in addition to the $5,155.

If your family needs assistance with the $5,155 and other expenses, you could borrow up to $3,500 from the Federal Direct Subsidized Loan, up to $2,000 from the Federal Direct Unsubsidized Loan and you could also work on campus.

Another factor I suggest you consider as you make your final decision is how your financial aid package might be adjusted when Joseph completes his bachelors degree from the College of Staten Island in May of 2013. The Federal Methodology Formula (from the FAFSA) uses the number in college and divides the family share between the two students. Once he graduates the calculated family contribution (EFC) will increase and you will not likely be eligible for the Federal Pell Grant or Supplemental Grant. At Notre Dame, we have anticipated that change. Assuming that parent income and assets remain relatively the same in 2012 we estimate your University Scholarship will increase to replace the loss of federal grant funds.

I hope this information is helpful in understanding how your package will be adjusted for your outside scholarship and the result on your family share. If you have questions, I encourage you to call or email me or Shannon.

Sincerely,

Mary Nucciarone
*Associate Director Financial Aid*

574-631-6436

**Confidentiality Requirement:** This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email.