# EXHIBIT 77

# Competitor Scan

June 2019

Northwestern | ADMINISTRATION AND PLANNING

## BACKGROUND

This semi-annual report scans the initiatives of competitor peer institutions so Northwestern's key leaders are better informed about developments in higher education among other elite institutions. More importantly, it provides a gauge of how well we are innovating and suggests directions to consider.

This report was previously published on a quarterly basis and will now be produced twice per year. The report has been organized to track the major investments and innovations at peer institutions as well as Northwestern for November 2018 to June 2019. Data is collected primarily through institutions' main news services with additional information incorporated from general news sources. This report, and those from previous quarters, are available online to the Northwestern community at http://www.adminplan.northwestern.edu/planning/special-reports/index.html.

For questions or additional information about the Competitor Scan, please contact:

**Marilyn McCoy**
Vice President
Office of Administration and Planning
mmccoy@northwestern.edu

**Megan Blackwelder**
Associate Vice President
Office of Administration and Planning
megan.blackwelder@northwestern.edu

## KEY THEMES

### Overview

Several key themes emerged among Northwestern's competitor institutions since fall of 2018. Elite private institutions like Northwestern have expanded their global affairs and global health efforts. All types of peer institutions have made technological advancements, including launching new institutes and initiatives in Artificial Intelligence (AI), supporting computer science across disciplines, and making strides in web-based platforms and education. There has been a clear trend of commitments to campus sustainability, and actionable plans to achieve net-zero greenhouse emissions or carbon neutrality. Additionally, there was some movement of leadership across Northwestern's peer institutions, most notably with Carol L. Folt's resignation from University of North Carolina at Chapel Hill and appointment at University of Southern California. This trend, and the others highlighted, are described below.

Global Focus

Since the end of 2018, many of Northwestern's peer institutions launched new initiatives and implemented changes for all things global. Just as Northwestern has recently restructured the Buffett Institute for Global Affairs, including the integration of its Global Learning Office (GLO), Columbia University has transitioned its Office of Global Programs to the Center for Undergraduate Global Engagement, complete with an updated mission and purpose. Other Ivy League peers have launched and expanded their institutes for global affairs, including Yale University's Jackson School of Global Affairs and Cornell University's Institute of Politics and Global Affairs.

Global health and access also appeared as a trend, along with the announcement of Northwestern's new Institute for Global Health within the Feinberg School of Medicine. University of Notre Dame's Keough School of Global Affairs and Eck Institute for Global Health have partnered to offer a new global health specialization for students pursuing a master's in global affairs.

Several of Northwestern's peers, including Harvard University, Massachusetts Institute of Technology, and University of California, Berkeley, have joined forces with other institutions worldwide to create a global infrastructure for digital academic credentials. The nine institutions which make up this Digital Credentials collaboration also include University of California, Irvine, Delft University of Technology in the Netherlands, the Hasso Plattner Institute at University of Potsdam in Germany, Tecnologico de Monterrey in Mexico, Technical University of Munich in Germany, and the University of Toronto in Canada.

Technology

Technology arose as a prominent theme throughout peer institutions' news stories from the last several months. Northwestern's competitors are launching new institutes, focusing on computer science and AI, and advancing cross-disciplinary initiatives to marry technology with other fields. Carnegie Mellon University and Lockheed Martin have signed a new research agreement to collaborate on AI efforts. Stanford University announced a new Institute for Human-Centered Artificial Intelligence (HAI) along with plans to hire at least 20 new faculty, and faculty from Princeton University are collaborating with Google researchers in Google's newest AI lab located in downtown Princeton, NJ.

Princeton also announced a new home for its Department of Computer Science, and University of Washington opened its new Bill and Melinda Gates Center for Computer Science and Engineering. Massachusetts Institute of Technology is starting a dialogue and taking steps to reimagine the future of its Stephen A. Schwarzman College of Computing. MIT also announced a new interdisciplinary Center for Advanced Virtuality, and launched a Program in Digital Humanities with a grant from the Andrew W. Mellon Foundation. Washington University in St. Louis announced a new PhD program across its School of Engineering and Applied Science, and the Brown School, combining social science with computer science engineering.

## KEY THEMES (continued)

Technology (continued)
Institutions have also made changes regarding technology in education and instruction. Harvard University created a new Digital Accessibility Services (DAS) team, housed within Information Technology, and announced a new university-wide Digital Accessibility Policy to improve the design and accessibility of the University's digital and web-based content. University of Illinois at Urbana-Champaign also announced the closure of its residential MBA program in favor of its entirely online iMBA.

Campus Sustainability
As institutions in Northwestern's peer set reviewed and revised campus policies, sustainability emerged as a primary concern. Across the Ivy League, Stanford University is aiming to operate on 100 percent renewable electricity by 2021 with the construction of a second solar generating plant, and Princeton University has committed to a new Sustainability Action Plan with the goal of achieving net zero greenhouse gas emissions by 2046. Brown University also unveiled a four-phase plan to reduce greenhouse gas emissions by 75 percent by the 2025, and achieve net-zero emissions by 2040. Yale University has become the first American university to implement a Pay-As-You-Throw (PAYT) pilot program, encouraging responsible waste management on campus. New York University has announced it will no longer purchase single use plastic water bottles, beginning January 1, 2020.

One of Northwestern's public competitors in the Midwest, University of Michigan has undertaken multiple sustainability initiatives recently. The University invited four new partners to join its Cooperative Institute for Great Lakes Research, and also appointed a Commission on Carbon Neutrality to engage campus stakeholders and get the University on-track for achieving its sustainability goals. Vanderbilt University also announced a new long-term, comprehensive strategy to achieve carbon neutrality and campus sustainability by 2050.

Leadership Changes
In January of 2019, University of North Carolina at Chapel Hill Chancellor Carol L. Folt announced she would be resigning from her position in May. After nearly one year without a president, University of Southern California announced Folt as the new USC President, effective in July. Columbia University Provost John Coatsworth also stepped down from his position, where he has served as provost for eight years. He will remain at the University as a professor.

Additional information about these stories and others are outlined on the following pages.



CONFIDENTIAL NULIT-0000045210

## UPDATE BY INSTITUTION

### Northwestern University

- Northwestern received a five-year, $13.5 million grant from the National Institutes of Health to develop mobile apps for cognitive assessments. Article
- The new Louis A. Simpson and Kimberly K. Querrey Biomedical Research Center is scheduled to open on Northwestern's Chicago campus in June. Laboratories from the Feinberg School of Medicine have already begun moving into the twelve floor building, which brings together the Stanley Manne Children's Research Institute, Northwestern Memorial Hospital, the Ann & Robert H. Lurie Children's Hospital of Chicago, and the Shirley Ryan AbilityLab. Article
- Northwestern's Feinberg School of Medicine has announced a new Institute for Global Health, including centers for Global Health Education, Global Communicable Diseases, Global Cardiovascular Health, Global Oncology, and Global Surgery. Article

### Harvard University

- Harvard's Office of the Provost convened a new task force on student mental health, led by two faculty and the Dean of the Graduate School of Arts and Sciences. The task force is charged with taking a holistic view of student mental health issues, and the academic, social, and institutional issues that may contribute to increases in student mental health concerns. Article
- Harvard received a $100 million gift from David E. and Stacey L. Goel to aid in funding a state-of-the-art research and performance center to house Harvard's American Repertory Theater (A.R.T.). Article
- Harvard announced a new university-wide Digital Accessibility Policy, with the aim of increasing the accessibility of websites, web-based applications, and over all digital content by December 1, 2019. The policy also establishes a new Digital Accessibility Services (DAS) team to be housed within Harvard University Information Technology. Article

### Stanford University

- Stanford announced a new Institute for Human-Centered Artificial Intelligence (HAI), led by former Stanford Provost John Etchemendy and former Director of the Stanford AI Lab Fei-Fei Li. The institute is launching with 200 participating faculty and plans to hire at least 20 new faculty. Article
- Stanford announced the construction of its second solar generating plant, allowing the enabling the university to use 100 percent renewable electricity by 2021. Article
- Stanford's Board of Trustees adopted a new Ethical Investment Framework and updated its Statement on Investment Responsibility. In addition to the adoption of these documents, Stanford has committed $10 million to a new educational and research initiative for students and faculty interested in responsible, sustainable, and impact investing and governance. Article

### Yale University

- Yale announced the expansion of the University's Jackson Institute for Global Affairs into a full professional school. The Yale Jackson School of Global Affairs is planned to launch in Fall 2022. Article
- Yale launched a Pay-As-You-Throw (PAYT) pilot program where different buildings will be charged based on the amount of waste they produce. This initiative is meant to advance responsible waste management at Yale, and is the first PAYT program implemented at any American university. Article
- In response to the college admissions scandal, Yale announced new processes to verify the athletic credentials of all recruits recommended by athletics personnel, and a comprehensive review of procedures for admissions recommendations provided by the Athletics Department. Article

## UPDATE BY INSTITUTION

### Princeton University

- Google launched its newest Artificial Intelligence (AI) lab in downtown Princeton, allowing for collaboration among researchers from Princeton and Google. Article
- Princeton announced a new home for its Department of Computer Science, made possible by a gift from Eric and Wendy Schmidt. The department is currently spread across nine different buildings, but will now be consolidated into one existing building, which will be expanded and renovated to serve computer science at Princeton. Article
- Princeton announced a new Sustainability Action Plan, aiming to achieve net zero greenhouse gas emissions by the University's 300th anniversary in year 2046. Article

### University of Pennsylvania

- Penn launched its new Media, Inequality, and Change (MIC) Center with a two-day symposium on "Confronting Inequality: Reimagining the Future of Journalism and Work." The MIC Center spans across the School of Communication and Information at Rutgers University and the Annenberg School for Communication at Penn. Article
- Penn received a five year grant from the National Institute of Aging (NIA) to launch a new Resource Center for Minority Aging Research (RCMAR). The resulting Center for Improving Care Delivery for the Aging (CICADA) in Penn's Leonard David Institute of Health Economics (LDI) aims to develop minority and underrepresented faculty for health services research of older adults. Article

### Duke University

- Duke has agreed to a $112.5 million settlement over alleged misconduct in obtaining $200 million in federal research grants from the National Institutes of Health and the Environmental Protection Agency. Article

### Columbia University

- Provost John Coatsworth has stepped down after serving as the chief academic officer of Columbia for eight years. Provost Coatsworth will remain at Columbia as a professor of International and Public Affairs and of History in the School of International and Public Affairs. Article
- Columbia's former Office of Global Programs is transitioning to the Center for Undergraduate Global Engagement. The transition includes changes to the office's mission, focusing more on dedicated support and advising for undergraduate study-abroad opportunities. Article

### Cornell University

- Cornell Provost Michael Kotlikoff announced a new Cornell Center for Immunology, combining research efforts across the Colleges of Veterinary Medicine, Engineering, Agriculture and Life Sciences, Arts and Sciences, and Human Ecology, as well as Weill Cornell Medicine and the Friedman Center for Nutrition and Inflammation. Article
- Cornell announced the creation of a Center for Social Sciences as part of its long-term vision and efforts to enhance the stature, visibility, and impact of social sciences at Cornell. Article
- Cornell announced a new Institute of Politics and Global Affairs to be led by former New York Congressman Steve Israel. The institute is set to launch in the 2019-20 academic year, under the Office of the Vice Provost for International Affairs. Article
- U.S. Senator Charles E. Schumer from New York announced $68.9 million in funding from the U.S. Department of Agriculture to build a new federal grape genetics research lab at Cornell AgriTech. Article

## UPDATE BY INSTITUTION

### University of Chicago

- UChicago announced its new Pritzker School of Molecular Engineering, made possible by a $100 million commitment from the Pritzker Foundation. This will be the first school in the United States dedicated to molecular engineering. Article
- UChicago opened a new campus for research, education, and collaboration in Hong Kong. The Hong Kong Jockey Club University of Chicago Academic Complex | The University of Chicago Francis and Rose Yuen Campus in Hong Kong will host programs from UChicago's Booth School of Business and the Kenneth C. Griffin Department of Economics, as well as collaborations with other Chinese universities including the new Becker Friedman Institute for Economics-China which brings together UChicago and Tsinghua University. Article

### Washington University in St. Louis

- WashU announced a new cross-school PhD program which marries social science and computer science engineering. The program sits at the nexus of the School of Engineering and Applied Science, and the Brown School which aims to advance social work and public health. Article
- WashU Chancellor Andrew D. Martin launched two new one-time grants to help low-income students as they transition from high school to college. The grants include a $500 grant towards the cost of a computer, and a $1,500 grant to cover other necessities such as books, winter clothing, and housing supplies. Article

### Vanderbilt University

- Vanderbilt announced a comprehensive long-term sustainability plan to achieve carbon neutrality by the year 2050. More so, the University plans to produce more renewable energy than it consumes. The newly announced sustainability efforts align with Vanderbilt's long-term campus framework FutureVU, and support its Academic Strategic Plan. Article
- Vanderbilt announced a $5 million donation from Ginny and Conner Searcy to create a new endowed Dean's Chair for Vanderbilt's College of Liberal Arts and Science. Article
- The Education Advisory Board published an institutional case study on Vanderbilt's new Student Care Network. The Student Care Network was launched in fall of 2018 as an innovative approach to support the health and wellness of Vanderbilt students. The network includes campus and community resources, and four primary offices: the Office of Student Care Coordination, the University Counseling Center, the Student Health Center, and the Center for Student Wellbeing. Article

### Massachusetts Institute of Technology

- MIT launched a Program in Digital Humanities, funded by a $1.3 million grant from the Andrew W. Mellon Foundation. Article
- MIT launched a new MIT Center for Advanced Virtuality, part of its MIT Open Learning initiative. The center is aimed at conducting interdisciplinary research and innovation to better serve human needs through technologies like Virtual Reality (VR) and Mixed Reality (MR). Article
- MIT is hosting community forums and working groups in efforts to reimagine and advance MIT's Stephen A. Schwarzman College of Computing. Working groups to reshape computer science education at MIT include groups on Academic Degrees, Social Implications and Responsibilities of Computing, Organizational Structure, Faculty Appointments, and Computing Infrastructure. Article

## UPDATE BY INSTITUTION

### Brown University

- In response to a 2018 report from the U.S. Government Accountability Office noting college students' experiences of food insecurity, Brown has announced that it will provide meals during spring break to students on a meal plan, beginning with spring break in 2020. Sophomores will also be required to enroll in a meal plan, extending the new policy that requires all first year students to enroll in a meal plan at Brown. Article
- Brown received a $31.6 million gift from Diana Nelson and John Atwater to fund the lobby of Brown's newly envisioned state-of-the-art performing arts center. $11.6 million of the donors' gift will support *The Brown Promise* which funds financial aid packages through scholarships instead of loans. Article
- Brown established plans to reduce greenhouse gas emissions by 75 percent by the year 2025, and achieve net-zero emissions by 2040. The long-term plan includes four phases of action steps, approved by the Corporation of Brown University. Article

### Carnegie Mellon University

- Carnegie Mellon and Lockheed Martin have signed a new research agreement to collaborate on research into artificial intelligence (AI). Lockheed Martin and its Sikorsky subsidiary have a history of sponsored research and support for the University. This new formal partnership will guide continued joint research and enable these organizations to pursue new opportunities. Article
- Carnegie Mellon and The Advanced Leadership Initiative have announced the inaugural class of the Executive Leadership Academy, an eight-month executive education program geared specifically toward high-performing African American executive talent. Article

### New York University

- NYU announced that the University halt all purchasing of single use plastic water bottles, effective January 1, 2020. This initiative is estimated to reduce waste by over 330,000 plastic water bottles per year, and represents just one of NYU's newly announced campus sustainability initiatives. Article
- NYU's Institute of Fine Arts announced a gift from donors Marica and Jan Vilcek to endow the institute's Curatorial Studies Program, and give graduate students the opportunity to interact and work closely with leading curators in their field. Article

### Emory University

- Emory opened its new Emory Student Center in May 2019. The three-story building is approximately 117,000 square feet and replaces the old Dobbs University Center (DUC). Article
- Emory received a $1.25 million grant from the Andrew W. Mellon Foundation to support the Humanities Pathways initiative at Emory College of Arts and Sciences and Oxford College of Emory University. The program supports innovative activities to better prepare humanities students for professional opportunities, and connect their academic experiences to meaningful career development. Article

### Dartmouth College

- Dartmouth is making headway on The Call to Lead campaign, raising millions of funds to endow the Geisel School of Medicine's new Center for Global Health Equity and support undergraduate scholarships and financial aid, among other goals. Article

## UPDATE BY INSTITUTION

### University of Southern California

- Carol L. Folt, former chancellor of University of North Carolina at Chapel Hill, was announced as USC's 12th president. She will take office on July 1, 2019. Article
- USC's seven-year fundraising campaign closed at the end of 2018, engaging more than 400,000 donors and raising more than $7 billion for scholarships and fellowships, endowed chairs and professorships, research institutes, community initiatives, and facilities. Article
- The Keck School of Medicine at USC is launching an Office for Social Justice to advocate for equitable health care services in underserved communities. Article

### University of Notre Dame

- Notre Dame launched a new initiative, *ND Innovates*, asking faculty and staff across the University to submit their ideas for cost-saving measures, and methods to enhance efficiency and effectiveness over all. Faculty and staff can submit their ideas through an online link, and will receive prizes if their ideas are implemented. Article
- Notre Dame's Keough School of Global Affairs and Eck Institute for Global Health have partnered to offer a new global health specialization for students pursuing a master's in global affairs. Article

### University of California, Berkeley

- Berkeley announced its decision not to renew its nearly $11 million per year subscription to Elsevier, one of the world's largest publishers of scholarly journals. University leaders cite open access and the high prices of scientific journals as reasons for breaking from the publishing giant. Article

### University of California, Los Angeles

- UCLA's Samueli School of Engineering announced a $100 million donation from Henry and Susan Samueli. The donation is the engineering school's largest gift ever, and will be used to expand the school's student population, faculty, and research endeavors. Article
- UCLA received a $1 million donation from Jerry Moss, co-founder of A&M Records, to secure the longevity of the Moss Scholars Program which provides scholarships to art and music students. Article

### University of California, San Francisco

- UCSF announced a $30 million gift from Marc and Lynne Benioff, establishing the UCSF Benioff Homeless and Housing Initiative to study causes of and solutions to the homelessness crisis. Article
- UCSF unveiled its long-term Comprehensive Parnassus Heights Plan (CPHP) to transform the campus for the benefit of the UCSF community and expansion of the University's healthcare enterprise. The CPHP is the result of an extensive three-year planning process inclusive of hundreds of internal and external stakeholders. Article

## UPDATE BY INSTITUTION

### University of Michigan

- UMichigan concluded its Victors for Michigan campaign, totaling $5.28 billion raised by more than 398,000 donors. In 2018, UMichigan became the first public university to raise more than $5 billion in its fundraising campaign. The funds span all of UMichigan's schools, colleges, and campuses, including Ann Arbor, Dearborn, and Flint. Article
- UMichigan launched a Commission on Carbon Neutrality, including faculty, administrators, local community leaders, and students who will engage stakeholders and develop the University's plan for achieving carbon neutrality. Article
- UMichigan is expanding its Cooperative Institute for Great Lakes Research regional consortium, which now includes 12 local universities, four nongovernmental organizations, and three business partners of the National Oceanic and Atmospheric Administration (NOAA). The Institute, one of 16 funded by the NOAA nationwide, aims to study the Great Lakes area in an effort for environmental, economic, and social sustainability. Article

### University of Washington

- The new Bill and Melinda Gates Center for Computer Science and Engineering opened on UW's Seattle campus, doubling the space dedicated to UW's Paul G. Allen School of Computer Science and Engineering. The 135,000 square foot building was funded through both public and private contributions from the state legislature, various companies, individuals, and alumni. Article
- UW has reached its goal for the Be Boundless—For Washington, For the World campaign two years early, with total donations from over 380,000 donors surpassing $5 billion. Article

### University of Illinois at Urbana-Champaign

- UIUC's Gies College of Business announced the closure of its traditional residential MBA programs, in favor of focusing on its online iMBA. The global reach and accessibility of the online iMBA program were cited as reasons for this change. Article
- UIUC's Child Development Laboratory (CDL) received a $419,000 grant from the U.S. Department of Education to fund the Child Care Access Means Parents in School (CCAMPIS) program, which supports campus-based child care services to assist low-income undergraduate students balancing parenthood while getting a college education. Article

### University of North Carolina at Chapel Hill

- UNC Chancellor Carol Folt resigned from her position where she has served as chancellor of UNC since 2013. Along with the announcement of her resignation, Chancellor Folt ordered the removal of the remaining confederate monuments connected to the Silent Sam statue, which was toppled and removed from its prominent location on campus last year. Article
- Kevin M. Guskiewicz, dean of the College of Arts and Sciences at UNC, was announced as interim chancellor of UNC following Chancellor Folt's resignation. Guskiewicz has served as dean since January 2016. Article

### University of Virginia

- UVA announced an additional allocation of $75 million to support its Bicentennial Professors Fund. The Bicentennial Professors Fund was established by the Board of Visitors in 2017 to recruit and retain a new generation of the best faculty. The fund is expected to eventually support nearly 150 endowed professorships. Article

## COMPETING PEER INSTITUTIONS TRACKED

- Harvard University
- Stanford University
- Yale University
- Princeton University
- University of Pennsylvania
- Duke University
- Columbia University
- Cornell University
- University of Chicago
- Washington University in St. Louis
- Vanderbilt University
- Massachusetts Institute of Technology
- Caltech
- Brown University
- Carnegie Mellon University
- New York University
- Emory University
- Dartmouth College
- University of Southern California
- University of Notre Dame
- University of California, Berkeley
- University of California, Los Angeles
- University of California, San Francisco
- University of California, San Diego
- University of Michigan
- University of Washington
- University of Wisconsin—Madison
- University of Illinois at Urbana-Champaign
- University of North Carolina at Chapel Hill
- University of Virginia