# EXHIBIT 79

# FILED UNDER SEAL