# EXHIBIT 80

# FILED UNDER SEAL