# EXHIBIT 83
# FILED UNDER SEAL