# EXHIBIT 84

# College Search Seminars
# Penn Admissions

**For students entering grades 10-12**

**June 26, 2014**

# FINANCIAL AID BASICS

**What is financial aid?**

- Financial Aid = Cost of Attendance – Expected Family Contribution
- Expected Family Contribution: The amount students and parents are collectively expected to contribute to the student's education. Determined by whomever is giving away the money. The government will use the FAFSA to allocate federal funds while some colleges require additional forms to determine EFC.
- Need-based Aid: Based on your family's *demonstrated financial need* (NOT to be confused with financial want)
- Merit-based Aid: Based on academic and extracurricular achievements
- Need-blind: Your ability to pay is *not* factored into the admissions process; applying for financial aid does not hurt your chances of admission
- Need-aware: Your ability to pay *may be* factored into the admissions process; applying for aid may impact your chances of admission
- About 50% of all students in college are on some form of financial aid
- Most financial aid comes in the form of student loans.  There are a few institutions, including Penn,  that offer no-loan packages that enable students to graduate debt-free.

**Financial aid can come from:**

- Your state
- The federal government
- The college or university you attend
- Private organizations or financial assistance programs (aka "outside scholarships")
- Penn Human Resources website   https://www.hr.upenn.edu/myhr/benefits/tuition

**Types of financial assistance available:**

- Scholarships: merit-based aid usually based on strong grades, testing, or exceptional ability (like athletic or musical talent)
- Grants: usually based on financial need and do not need to be paid back
- Loans: need to be paid back eventually
    - Subsidized: The government pays the interest while you are in school
    - Unsubsidized: The government does NOT pay the interest while you are in school; you are responsible for paying the interest
- Work-study: allows students to work during the year on-campus to earn money towards expenses