# EXHIBIT 85

Penn
University of Pennsylvania

Office of the Vice President for
Finance and Treasurer

# Undergraduate Students Access & Affordability

## Trustee Committee on Budget and Finance

February 27, 2020

# Net Cost of Attendance

## First-time, Full-time Traditional Undergraduate




- **Cost of Attendance has grown at an AAGR of 4.2% since FY05.**
- **Net cost has remained virtually flat over this timeframe.**
- **In constant 2005 dollars, average net cost to aided freshmen has decreased 23.2% from $18,837 in FY05 to $14,459 in FY20.**

# Undergraduate student accessibility has never been higher.

- **Record high** financial aid budget
- UG **financial aid endowment passed $1B** at June 30, 2018
- Students who apply for financial aid **at all income levels** have demonstrated need covered with grant-based aid
- In constant 2005 dollars, average net cost to aided freshmen has **decreased 23.2% from $18,837 in FY05 to $14,459 in FY20**
- Student loan takers among need-based grant aid recipients is **1/3 of the FY04 level**