# EXHIBIT 86

# FILED UNDER SEAL