# EXHIBIT 87

Message

**From**: Varas, Elaine P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0439BE339A20496A97DAE649782F4606-VARAS]
**Sent**: 11/8/2021 2:44:21 PM
**To**: Downs-Burns, Kim M. [kdowns@middlebury.edu]
**Subject**: RE: 568 Presidents Roundtable Discussion and 568 Group Fall Meeting

No one will be attending the morning meeting as we are not planning to return to 568.

Thanks again for the outreach!
Elaine

Elaine Papas Varas
Senior University Director
Student Financial Aid Office
3451 Walnut Street
Franklin Building, Suite 100
Philadelphia PA. 19104-6270

215-898-1404
varas@upenn.edu

---

**From:** Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Sent:** Monday, November 8, 2021 2:40 PM
**To:** Varas, Elaine P. <varas@upenn.edu>
**Subject:** RE: 568 Presidents Roundtable Discussion and 568 Group Fall Meeting

Thank you for responding Elaine. Will you be able to attend the 11am mtg? If not, no worries-just thought I would check as we are sending the final attendee list to Jack and Morty shortly.
Have a fab afternoon!
Kim

*Kim M Downs-Burns*

Middlebury College
Associate Vice President for Student Financial Services
84 South Service Rd
Middlebury Vermont 05753
(802) 443-5158

Middlebury

---

**From:** Varas, Elaine P. <varas@upenn.edu>
**Sent:** Monday, November 8, 2021 2:37 PM

**To:** Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Subject:** RE: 568 Presidents Roundtable Discussion and 568 Group Fall Meeting

Good afternoon Kim,

Nice to hear from you. Hope all is well.
Thank you for the invite but I will not be attending the afternoon meeting.

Best,
Elaine

Elaine Papas Varas
Senior University Director
Student Financial Aid Office
3451 Walnut Street
Franklin Building, Suite 100
Philadelphia PA. 19104-6270

215-898-1404
varas@upenn.edu

---

**From:** Downs-Burns, Kim M. <kdowns@middlebury.edu>
**Sent:** Friday, November 5, 2021 11:19 AM
**To:** Tom McDermott <tmcderm1@jhu.edu>; badger@princeton.edu; karen.cooper@stanford.edu; rondiaz@stanford.edu; Kaufmann, Jake <jmkaufm@fas.harvard.edu>; Varas, Elaine P. <varas@upenn.edu>
**Subject:** 568 Presidents Roundtable Discussion and 568 Group Fall Meeting

**Happy Friday All!**

**Presidents Roundtable 11am ET-Chief Financial Aid Officer ONLY-please do not share this link (1st attachment) with others**
We wanted to share a few logistical points for the 11am ET Presidents Roundtable discussion. While President DeGioia is available until 11:45, President Schapiro is only available until 11:30. We are asking the Financial Aid officers to hold off on asking questions of the Presidents until all presidents/provosts have had the opportunity to ask their questions. Also, we would appreciate if you would not utilize the chat feature as we hope to limit any distractions. We are leaving the chat feature available for Presidents to post questions. Please remember to log onto the zoom meeting ten minutes early (10:50am ET) so that you can list your school name on your profile. The link is embedded in the agenda. The waiting room will be enabled by 10:45. It is a private meeting and cannot be recorded.

**568 Group Fall meeting 1-5pm ET**
Please remember to register **today** for the afternoon mtg if you have not already done so. Also, forward the link **below** to any team members invited for the afternoon meeting.

**The online registration form for the afternoon meeting is available and should be completed no later than November 5: Register Here Everyone registered by close of business today will receive a link and reading materials later today.**
(Please note: a username and password is NOT required to register for the meeting.)

The Technical Committee is looking forward to seeing all of you at 11am ET and you and your team members at 1pm ET!
Kim & Leslie
(on behalf of the Technical Committee-Kate-Bernie-Laura-Pat-Mary-Varo-Scott)

*Kim M Downs-Burns*

Middlebury College
Associate Vice President for Student Financial Services
84 South Service Rd
Middlebury Vermont 05753
(802) 443-5158

Middlebury