# EXHIBIT 88

# FILED UNDER SEAL