# EXHIBIT 89

# Amherst College

Amherst, MA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

### Win-Loss %




**$1.64** Endowment (billion)

**461** Class Size

**#2** LAC, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




**8,443** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**1,110** Admits, 2012

**13.1%** Admit Rate, 2012

**461** Matriculants, 2012

**41.5%** Yield, 2012

## Financial Aid Policies

- Need-blind for both domestic and international students.
- No-loan policy for all financial aid recipients.
- Provides aid to fund 100% of the demonstrated financial need of all admitted students.
- 60% of the student body received some form of financial aid.
- The average financial aid package exceeded $44,000

### Average Net Price




1

Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

BROWN

# Brown University

Providence, RI

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$2.50** Endowment (billion)

**1,508** Class Size

**#15** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




**30,889** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**2,762** Admits, 2012

**8.9%** Admit Rate, 2012

**1,508** Matriculants, 2012

**54.6%** Yield, 2012

## Financial Aid Policies

- 46% of the Class of 2016 receives need-based scholarship.
- The average need-based award for the Class of 2016 is $40,209.
- Families with total parent earnings less than $60,000 and assets less than $100,000 have a significantly reduced contribution toward the cost of education.
- Undergraduate financial aid applicants with total parent incomes less than $100,000, at the time of admission, do not have a loan component in their awards. Students with family earnings above $100,000 have moderated loans depending on family total income.

### Average Net Price




Win/loss?

Under Construction

 Confidential – Draft for Review

Penn University of Pennsylvania

# California Institute of Technology

Pasadena, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$1.77 Endowment (billion)

Class Size

#10 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




Applications, 2012

5-yr CAGR 2007-12

Admits, 2012

Admit Rate, 2012

Matriculants, 2012

Yield, 2012

## Financial Aid Policies

- Need-blind
- No specific information provided




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Carnegie Mellon University

Pittsburgh, PA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $1.02 Endowment (billion) | 1,641 Class Size |
| | #23 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

- Carnegie offers need blind admissions for US citizens and permanent residents

### Applications




| | |
|---|---|
| 34,302 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| X,xxx Admits, 2012 | 5.9% Admit Rate, 2012 |
| X,xxx Matriculants, 2012 | 81% Yield, 2012 |

## Financial Aid Policies

- No assistance offered to international Students
- Applying for financial aid will have no effect on chances for regular admission, however it may have an effect, however, on those students they are able to admit from the waiting list.
- For all students admitted under Early Decision, Carnegie Mellon will meet the full demonstrated need with a combination of grants, loans and work-study as calculated by the university. However, they do not guarantee to meet full need for students who are deferred or denied admission under Early Decision and later admitted under Regular Decision.

### Average Net Price




Win/loss?

Under Construction

 Confidential – Draft for Review

Penn
University of Pennsylvania

# College of William and Mary

Williamsburg, VA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$0.62** Endowment (billion)

**1,641** Class Size

**#33** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

**Applications**




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Columbia University

New York, NY

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$7.79
Endowment (billion)

1,391
Class Size

#4
USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




34,810
Applications, 2012

Xx%
5-yr CAGR 2007-12

2,543
Admits, 2012

7.3%
Admit Rate, 2012

1,391
Matriculants, 2012

54.7%
Yield, 2012

## Financial Aid Policies

- Need-blind for US Citizens, US Permanent Residents and persons granted refugee visas by the US.
- Not need-blind for international students. However, Columbia admits a large number of international/non-domestic students who apply and receive substantial amount of financial aid (full need)
- Columbia is need-blind for transfer students.




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Cornell University

Ithaca, NY

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $5.06 Endowment (billion) | 1,641 Class Size |
| | #15 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




| | |
|---|---|
| 36,348 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 6,499 Admits, 2012 | 17.9% Admit Rate, 2012 |
| 3,308 Matriculants, 2012 | 50.9% Yield, 2012 |

## Financial Aid Policies

- Families with a total family income of less than $60,000, and total assets of less than $100,000 (including primary home equity), will have no parent contribution.
- Students from families with a total annual income under $60,000 will have no student loans as part of their financial aid package.
- Cornell will commit to increasing grant aid by matching the family contribution components and lower loan level of financial aid offers from other Ivy League schools. Cornell will strive to match family contribution components and lower loan level offers from Stanford, MIT, and Duke as well
- Average need-based scholarship/grant award is $35,687.

### Average Net Price




Win/loss?

Under Construction



Confidential – Draft for Review

Penn
University of Pennsylvania

# Dartmouth College

Hanover, NH

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$3.41** Endowment (billion)

**1,641** Class Size

**#10** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc…..

- The average scholarship for the Class of 2016 is over $40,000.




**22,384** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**2,269** Admits, 2012

**10.1%** Admit Rate, 2012

**1,114** Matriculants, 2012

**49.1%** Yield, 2012

## Financial Aid Policies

- Dartmouth is need-blind. (No information about international aid)
- Students coming from families with total incomes of $100,000 or less-and possessing typical assets-receive free tuition at Dartmouth and loans are not included in their financial aid package.
- Dartmouth distributes more than $80 million in need-based scholarships to our scholarships.
- If you decide to travel abroad in one of Dartmouth's programs, your financial aid will travel with you.




Win/loss?

Under Construction



Confidential – Draft for Review

Penn
University of Pennsylvania

# Duke University

Durham, NC

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $5.75 Endowment (billion) | 1,641 Class Size |
| | #8 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




| | |
|---|---|
| 28,145 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 3,398 Admits, 2012 | 14.0% Admit Rate, 2012 |
| 1,724 Matriculants, 2012 | 43.8% Yield, 2012 |

## Financial Aid Policies

- No parent contribution for domestic families with typical assets and a total institutionally determined income under $60,000
- All applicants for admission are automatically considered for any available merit scholarship.
- Out of total aid recipients (2011/2012): 6.1% were merit aid students, 7.3% were athletic aid students, and 86.6% were need-based grant aid students.
- No loans for families with institutionally determined incomes less than $40,000
- Reducing loans for students from families with incomes up to $100,000




Win/loss?

Under Construction

9 Confidential – Draft for Review

Penn
University of Pennsylvania

# Georgetown University

Washington, DC

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $1.16 Endowment (billion) | 1,641 Class Size |
| | #21 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




| | |
|---|---|
| 19,391 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 3,576 Admits, 2012 | 18.4% Admit Rate, 2012 |
| 1,281 Matriculants, 2012 | 35.8% Yield, 2012 |

## Financial Aid Policies

- Need-Blind for all applicants
- Average amount of aid is $29,000
- 58% of students receive financial aid
- First-year students must apply for aid by February 1st
- Transfer students must apply for aid by March 1st
- Financial aid funding for international students is given on an extremely limited need-based basis

### Average Net Price




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Georgia Institute of Technology

Atlanta, GA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$1.62** Endowment (billion)

**1,641** Class Size

**#36** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

**Applications**




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?

11

Under Construction

Confidential – Draft for Review

Penn UNIVERSITY of PENNSYLVANIA

# Harvard University
Cambridge, MA

**Updates and Priorities**

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$31.73 Endowment (billion)

1,641 Class Size

#1 USWNR, 2013

**Admissions Policies**

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

## Applications




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

2,086 Admits, 2012

5.9% Admit Rate, 2012

1,661 Matriculants, 2012

81% Yield, 2012

**Financial Aid Policies**

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

## Average Net Price




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Johns Hopkins University

Baltimore, MD

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$2.60** Endowment (billion)

**1,641** Class Size

**#13** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**28,791** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**4,731** Admits, 2012

**16.4%** Admit Rate, 2012

**1,488** Matriculants, 2012

**31.5%** Yield, 2012

## Financial Aid Policies

- Approximately 46 percent of Johns Hopkins undergraduates receive some form of financial assistance
- Strives to meet financial need of families, to the extent that their funds allow
- Baltimore Scholars Program offers full-tuition scholarships for Baltimore City public high school students accepted to JHU
- Freshman typically borrow from $1000 - $3500 for first year from interest-subsidized loans
- Hopkins students work an average of 8 to 10 hours per week with pay rate of $7.25 and above




Win/loss?

Under Construction

13 Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Massachusetts Institute of Technology

Cambridge, MA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $9.71 Endowment (billion) | 1,641 Class Size |
| | #6 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




| | |
|---|---|
| 19,224 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 3,451 Admits, 2012 | 18.0% Admit Rate, 2012 |
| 1,601 Matriculants, 2012 | 46.4% Yield, 2012 |

## Financial Aid Policies

- In 2011–2012 approximately 64 percent of all undergraduates received some type of need-based financial aid.
- The first $6,000 of financial need is met with an offer of a student loan/term-time job. The remaining need, if any, is met with MIT scholarship. Students receiving scholarships and grants from sources outside MIT may use this financial aid to replace the self-help expectation.
- Approximately 90 percent of MIT undergraduates receive some type of financial aid (scholarships, loans and term-time jobs) from some source (MIT, federal, state, or private). This includes need-

Under Construction




Win/loss?



Penn
University of Pennsylvania

# New York University

New York, NY

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $2.83 Endowment (billion) | 1,641 Class Size |
| | #32 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




| | |
|---|---|
| 34,302 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| X,xxx Admits, 2012 | 5.9% Admit Rate, 2012 |
| X,xxx Matriculants, 2012 | 81% Yield, 2012 |

## Financial Aid Policies

- Admission to NYU New York is need-blind for domestic applicants, and financial support will be tailored for each individual family based upon the results of the FAFSA, PROFILE and TAP applications.
- Admission to NYU New York is need-aware for international applicants; New York University will consider a family's financial need as reported on the PROFILE when evaluating the student's application for admission.
- 65% of entering freshman receive financial aid, which is renewable throughout the student's four years
- The average financial aid package awarded to




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Northwestern University
Evanston, IL

**Updates and Priorities**

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$7.18
Endowment (billion)

1,641
Class Size

#12
USWNR, 2013

**Admissions Policies**

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




17,908
Applications, 2012

Xx%
5-yr CAGR 2007-12

1,742
Admits, 2012

9.7%
Admit Rate, 2012

1,126
Matriculants, 2012

64.6%
Yield, 2012

**Financial Aid Policies**

- Northwestern has a need-blind admissions policy for U.S. citizens and permanent residents
- Given limited funding for non-citizens, international applicants requesting financial aid may apply for Regular Decision only and are evaluated as a separate group. Financial need is a consideration in the admission decision for international students
- Northwestern University's policy of meeting demonstrated financial need extends to students attending affiliated study abroad programs
- The University will award approximately $118 million in scholarship assistance in 2012-13.
- Approximately 50% of undergraduates receive a




Win/loss?

Under Construction



Penn
University of Pennsylvania

1855

# Pennsylvania State University

University Park, PA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$1.73** Endowment (billion)

**1,641** Class Size

**#46** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- The Penn State formula for financial aid is the COA (cost of attendance) - EFC (expected family contribution) = financial need.
- The Cost of attendance (COA) is a budget for billable and non-billable expenses to attend Penn State for one academic year. Your COA is one determining factor of your financial aid eligibility.
- Penn State offers little information regarding financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Pomona College

Claremont, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $1.70 Endowment (billion) | 1,641 Class Size |
| | #4 LAC, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

**Applications**




| | |
|---|---|
| 7,200 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 1,009 Admits, 2012 | 14.0% Admit Rate, 2012 |
| 394 Matriculants, 2012 | 39.0% Yield, 2012 |

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

**Average Net Price**




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Princeton University

Princeton, NJ

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$17.11
Endowment (billion)

1,641
Class Size

#1
USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




27,189
Applications, 2012

Xx%
5-yr CAGR 2007-12

2,300
Admits, 2012

8.5%
Admit Rate, 2012

1,300
Matriculants, 2012

56.5%
Yield, 2012

## Financial Aid Policies

- Need blind for international students
- Over 70% of students receive some form of financial aid
- Of families earning less than $180,000 per year who applied for aid, 100% qualified for aid

### Average Net Price




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University *of* Pennsylvania

# Rice University

Houston, TX

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$4.45
Endowment (billion)

1,641
Class Size

#17
USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




30,926
Applications, 2012

Xx%
5-yr CAGR 2007-12

5,575
Admits, 2012

18.0%
Admit Rate, 2012

2,108
Matriculants, 2012

37.8%
Yield, 2012

## Financial Aid Policies

- For families whose income is $80,000 or less, Rice will meet 100 percent of need eligibility without student loans. For families whose income is more than $80,000 and who demonstrate need eligibility, we will meet 100 percent of need and student loans will not exceed $10,000 total over a student's four years at Rice.
- The average financial aid package for a family with a household income below $80,000 is about $44,000
- If you receive need-based or merit scholarships from Rice, you will be able to use these funds in a Rice-sponsored study abroad program. If the program is more expensive than attending Rice, aid will be

### Average Net Price




Win/loss?

20 Under Construction Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Stanford University

Stanford, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $16.50 Endowment (billion) | 1,641 Class Size |
| | #6 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




| | |
|---|---|
| 13,816 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| 2,600 Admits, 2012 | 18.8% Admit Rate, 2012 |
| 1,000 Matriculants, 2012 | 38.5% Yield, 2012 |

## Financial Aid Policies

- Stanford is need-blind for all U.S. citizens and U.S. permanent residents (regardless of the country where you attend high school).
- Non US citizens or permanent residents may request financial aid, however this will be considered as a factor in the admissions evaluation. International students who indicate on their applications that they will not be applying for financial aid and subsequently are admitted are not eligible to apply for aid any time during their four years at Stanford.
- Students are expected to participate in paying for college costs. For most students, this expected contribution will be at least $5,000: at least $2,200 from prior earnings (particularly summer earnings).




Win/loss?

Under Construction



Penn
UNIVERSITY of PENNSYLVANIA

# Swarthmore College

Swarthmore, PA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$1.51 Endowment (billion)

1,641 Class Size

#3 LAC, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




6,547 Applications, 2012

Xx% 5-yr CAGR 2007-12

987 Admits, 2012

15.1% Admit Rate, 2012

386 Matriculants, 2012

39.1% Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid




Win/loss?

22 Under Construction Confidential – Draft for Review

Penn UNIVERSITY of PENNSYLVANIA

# University of California, Berkeley

Berkeley, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $1.06 Endowment (billion) | 1,641 Class Size |
| | #21 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

**Applications**




| | |
|---|---|
| 34,302 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| X,xxx Admits, 2012 | 5.9% Admit Rate, 2012 |
| X,xxx Matriculants, 2012 | 81% Yield, 2012 |

## Financial Aid Policies

- 40% of students pay no tuition
- 65% of undergrads receive some form of financial aid or assistance
- Middle Class Access Plan (MCAP) sets a 15% cap on parental contributions for families with gross income from $80,000 to $140,000 annually
- Families with incomes below $80,000* pay no tuition under UC's Blue and Gold Program
- The average debt at graduation is $16000.

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of California, Los Angeles

Los Angeles, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$1.49
Endowment (billion)

1,641
Class Size

#24
USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




34,302
Applications, 2012

Xx%
5-yr CAGR 2007-12

X,xxx
Admits, 2012

5.9%
Admit Rate, 2012

X,xxx
Matriculants, 2012

81%
Yield, 2012

## Financial Aid Policies

- 40 percent of undergraduate students pay no tuition at all.
- UCLA Regents and Alumni Scholarships are merit-based and UCLA Achievement Scholarships are merit and need based
- Grants are awarded from federal and state governments on the basis of need.
- California residents are eligible for Cal Grants.
- Loans are offered to students and average UCLA senior debt is just over 18,000
- Work-study employment is also offered

### Average Net Price




Win/loss?

Under Construction



Confidential – Draft for Review

Penn
University of Pennsylvania

# University of North Carolina at Chapel Hill

Chapel Hill, NC

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$2.26** Endowment (billion)

**1,641** Class Size

**#30** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# University of Chicago

Chicago, IL

**Updates and Priorities**

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$6.58** Endowment (billion)

**1,641** Class Size

**#4** USWNR, 2013

**Admissions Policies**

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**34,348** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**2,437** Admits, 2012

**7.1%** Admit Rate, 2012

**1,707** Matriculants, 2012

**70.0%** Yield, 2012

**Financial Aid Policies**

- UChicago pledges to meet 100 percent of demonstrated need for every undergraduate on campus.
- Odyssey Scholarships replace loans with grants if family income falls below 90,000
- ⅔ of students graduate debt-free
- Average University of Chicago aid applicant receives $37,500 in scholarships each year
- Merit scholarships are awarded to exemplary applicants




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of Florida

Gainesville, FL

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$1.30** Endowment (billion)

**1,641** Class Size

**#54** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University *of* Pennsylvania

# University of Georgia

Athens, GA

1785

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$0.75 Endowment (billion)

1,641 Class Size

#63 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

X,xxx Admits, 2012

5.9% Admit Rate, 2012

X,xxx Matriculants, 2012

81% Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of Maryland

College Park, MD

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $0.79 Endowment (billion) | 1,641 Class Size |
| | #58 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




| | |
|---|---|
| 34,302 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| X,xxx Admits, 2012 | 5.9% Admit Rate, 2012 |
| X,xxx Matriculants, 2012 | 81% Yield, 2012 |

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of Michigan

Ann Arbor, MI

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$7.84 Endowment (billion)

1,641 Class Size

#29 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....

### Applications




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

X,xxx Admits, 2012

5.9% Admit Rate, 2012

X,xxx Matriculants, 2012

81% Yield, 2012

## Financial Aid Policies

- Students are considered for most University of Michigan scholarship programs upon admission to the University and do not need to apply separately.
- Michigan encourages students to submit application early to receive equal consideration for scholarships
- About 70 percent of Michigan residents and 53 percent of nonresident undergrads on the Ann Arbor campus receive financial aid
- Aid is limited for non-residents and non-residents may require addditional resources such as private scholarships or loans
- Packages consist of grants, work-study and loans
- Tuition differs for Michigan residents and non

Win/loss?

Under Construction

 Confidential – Draft for Review

Penn University of Pennsylvania

# University of Notre Dame

South Bend, IN

**Updates and Priorities**

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$6.26 Endowment (billion)

1,641 Class Size

#17 USWNR, 2013

**Admissions Policies**

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

X,xxx Admits, 2012

5.9% Admit Rate, 2012

X,xxx Matriculants, 2012

81% Yield, 2012

**Financial Aid Policies**

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid




Win/loss?



Under Construction

Confidential – Draft for Review

Penn University of Pennsylvania

# University of Southern California

Los Angeles, CA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment)

Ethnic Breakdown?

$3.51 Endowment (billion)

1,641 Class Size

#24 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

X,xxx Admits, 2012

5.9% Admit Rate, 2012

X,xxx Matriculants, 2012

81% Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of Texas at Austin

Austin, TX

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

| | |
|---|---|
| $17.15 Endowment (billion) | 1,641 Class Size |
| | #46 USWNR, 2013 |

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




| | |
|---|---|
| 34,302 Applications, 2012 | Xx% 5-yr CAGR 2007-12 |
| X,xxx Admits, 2012 | 5.9% Admit Rate, 2012 |
| X,xxx Matriculants, 2012 | 81% Yield, 2012 |

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid

Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# University of Virginia

Charlottesville, VA

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$4.76** Endowment (billion)

**1,641** Class Size

**#24** USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**34,302** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**X,xxx** Admits, 2012

**5.9%** Admit Rate, 2012

**X,xxx** Matriculants, 2012

**81%** Yield, 2012

## Financial Aid Policies

- Financial Services does not award financial aid to international/foreign students
- Average cost of attendance is 26,026 for Virginians and 54,304 for Non-Virginians
- Financial aid package consists of grants, loans, work study, and scholarships
- Need based federal grant programs are offered
- Special merit and need based scholarships are offered specifically for residents of Virginia

Win/loss?



Under Construction

Confidential – Draft for Review

Penn UNIVERSITY of PENNSYLVANIA

# Vanderbilt University

Nashville, TN

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$3.42 Endowment (billion)

1,641 Class Size

#17 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




34,302 Applications, 2012

Xx% 5-yr CAGR 2007-12

X,xxx Admits, 2012

5.9% Admit Rate, 2012

X,xxx Matriculants, 2012

81% Yield, 2012

## Financial Aid Policies

- Typical need-based financial aid award offered to first year undergraduates consists of grants, scholarships and employment opportunities
- Loans are not included in financial aid packages base upon initiative of replacing need-based loans with gift assistance such as Vanderbilt scholarships and grants
- Merit scholarships are available through a separate application and are typically awarded to the top 1 percent of all freshman applicants to Vanderbilt
- More than 60 percent of undergraduate students received financial assitance
- Average financial aid package for first year students entering in Fall of 2012 contained 97% gift aid and 3%




Win/loss?

Under Construction



Confidential – Draft for Review

Penn
University of Pennsylvania

# Washington University in St. Louis

St. Louis, MO

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$5.28 Endowment (billion)

1,641 Class Size

#14 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




13,717 Applications, 2012

Xx% 5-yr CAGR 2007-12

4,911 Admits, 2012

35.8% Admit Rate, 2012

1,179 Matriculants, 2012

24.0% Yield, 2012

## Financial Aid Policies

- Approximately 60 percent receive financial aid award
- International students aid is determined based on achievement, potential and need on a case by case basis
- Students with parental incomes of less than $60,000 are not expected to take out need-based loans and instead receive grants from the university
- Merit-based scholarships are available via a separate application




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Wesleyan University

Middletown, CT

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$0.59** Endowment (billion)

**1,641** Class Size

**#17** LAC, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**4,400** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**1,362** Admits, 2012

**31.0%** Admit Rate, 2012

**574** Matriculants, 2012

**42.1%** Yield, 2012

## Financial Aid Policies

- Need-blind for international students
- Over 70% of students receive some form of financial aid
- Costs the same or less for 90% of US families to send their children to Harvard than to their in-state public school
- The majority of families receiving financial aid contribute 0-10% of their annual income
- Harvard Financial Aid Initiative (HFAI) student coordinators available to explain financial aid




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
University of Pennsylvania

# Williams College

Williamstown, MA

**Updates and Priorities**

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

**$1.78** Endowment (billion)

**1,641** Class Size

**#1** LAC, 2013

**Admissions Policies**

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




**7,015** Applications, 2012

**Xx%** 5-yr CAGR 2007-12

**1,200** Admits, 2012

**17.1%** Admit Rate, 2012

**544** Matriculants, 2012

**45.3%** Yield, 2012

**Financial Aid Policies**

- Campus employment awarded first, then student loans, remainder is met with Williams scholarships
- Class of 2013 and 2014 have been grandfathered with a "no-loan" package
- Commits to meeting 100% of every studen's demonstrated financial need for four years
- Starting with Class of 2015, student loan expectation of $4000 is included in most financial aid awards, unless total family income is less than $75,000
- 53% of students receive a financial aid package




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA

# Yale University

New Haven, CT

LUX ET VERITAS

## Updates and Priorities

- New program in General Education
- Long-term, comprehensive arts initiative (renewing on-campus museums, expansion of curricular offerings and arts opportunities)
- Rapid expansion of School of Engineering & Applied Sciences
- Major campus expansion southward towards Allston (temporarily halted due to drop in endowment

Ethnic Breakdown?

$19.37 Endowment (billion)

1,641 Class Size

#3 USWNR, 2013

## Admissions Policies

- Holistic review
- Single Choice Early Action, % admitted students admitted EA, % enrolling students EA
- Any admissions strategies
- Staff size – work distribution
- Participate in ECO,
- Etc. etc.....




27,251 Applications, 2012

Xx% 5-yr CAGR 2007-12

2,079 Admits, 2012

7.6% Admit Rate, 2012

1,351 Matriculants, 2012

65.0% Yield, 2012

## Financial Aid Policies

- Need blind for international students
- Families with income below $65,000 do not pay anything
- 55% of students receive financial aid
- $12/hour student minimum wage




Win/loss?



Under Construction

Confidential – Draft for Review

Penn
UNIVERSITY of PENNSYLVANIA