# EXHIBIT 91

RICE UNIVERSITY

# Rice Enrollment Strategy Project Steering Committee Review

May 14, 2018



ATTORNEYS' EYES ONLY

# RICE UNIVERSITY

# Competitor Analysis-Competitor List

**Goal:** To understand Rice's direct competitors

- Gather easily accessible metrics (DONE)
- Use several sources to round out the metrics
  - College Navigator
  - Princeton Review
  - US News
- Go to individual school websites for a deeper dive
- Ascertain which schools are using which vendors
- Take notes on any conversation with peers
- Data project with OIR
  - AAUDE
  - US News Academic Insights
  - National Student Clearinghouse

*Ranking from US News and World Report 2017




**COFHE**

- Johns Hopkins (11)
- Georgetown (20)
- MIT (5)
- Northwestern (11)
- Rice (14)
- Stanford (5)
- University of Chicago (3)
- University of Rochester (34)
- Washington University (18)
- Caltech (10)
- Vanderbilt (14)
- Brown (14)
- Columbia (5)
- Dartmouth (11)
- Harvard (2)
- Princeton (1)
- Yale (3)
- Cornell (14)
- University of Pennsylvania (8)

**Flagships**

- UC Berkeley (21)
- UCLA (21)
- UNC (30)
- UVA (25)
- Michigan (28)

**Other Privates**

- Emory (21)
- USC (21)
- Notre Dame (14)
- NYU (30)

**Texas Schools**

- UT Austin (56)
- Texas A&M (69)
- SMU (61)
- TCU (78)
- UH (192)
- Trinity (1 Reg West)

Competitor Analysis