# EXHIBIT 92

# FILED UNDER SEAL