# EXHIBIT 93

RICE UNIVERSITY

# Rice Enrollment Strategy Project Steering Committee Review

December 11, 2017

RICE UNIVERSITY

# Overview

- YMR

### Current State Analysis

- Understand current state of business

### Market Analysis

- Understand the forces and trends in our markets

### Competitor Landscape

- Understand the strategies and positioning of competitors and define competitor sets

### Constituent Needs Analysis

- Understand the needs and perspectives of our internal constituents and customer needs

RICE UNIVERSITY

# Overview

- Timeline - YMR

RICE UNIVERSITY

# Current State – Goal & Scope

**Goal:** To understand the current state of business for a quantitative and qualitative perspective perspective

Yvonne

Quantitative Analysis

Qualitative Analysis

Current State Analysis

RICE UNIVERSITY

# Current State Quantitative Analysis

Yvonne

Current State – Quantitative Analysis

RICE UNIVERSITY

# Current State Qualitative Analysis

## Qualitative Analysis

How will you accomplish this analysis?
What topics do you intend to explore?
Timeline?

# Qualitative Analysis

Who will you interview?
Who is interviewing?
Timeline?
How will you maintain confidentiality?

Solicit Questions from the steering committee on this slide.

RICE UNIVERSITY

# Market Analysis– Goal & Scope

**Goal:** To understand the forces and trends in our markets

High level – How are you going to accomplish this?
How will you insure we have been thorough – that this work is credible
(Could be a simple Smart Art graphic) – interview thought leaders to hone your focus, breadth of sources



CONFIDENTIAL

RICE_LIT0000069562

RICE UNIVERSITY

# Market Analysis– Though Leaders

Indicate the thought leaders you have spoken with or intend to speak with
Name, title, area of expertise

RICE UNIVERSITY

# Market Analysis– Sources

From your interviews and team discussions Indicate what main topic areas you intend to understand: pipeline, trends (HS college going, higher ed, financial aid, threats.

List out sources you intend to use.

Use this slide to solicit feedback from the steering committee – on the topics and sources you intend to go after.

RICE UNIVERSITY

# Competitor Analysis– Goal & Scope

**Goal:** To understand the forces and trends in our markets

- Gather easily accessible metrics (DONE)
- Use several sources to round out the metrics
- Go to individual school websites for a deeper dive
- Ascertain which schools are using which vendors
- Take notes on any conversation with peers

High level – How are you going to accomplish this? What is your approach
How will you insure we have been thorough – that this work is credible
(Could be a simple Smart Art graphic) – Qualitative analysis with IR of COFHE, Competitor Profiles

## Brown – Financial Aid

- Competitive losses – 44
- US News – 14
- Princeton Happiness N/A
- Princeton Quality of Life – N/A
- Pell – 13%
- Sticker Price – 68106

- Net Price – 25264
- Average Loan Debt – 7172
- Ave Inst Grant – 38542
- Discount – 37.3
- US News Financial Aid Rank – 14
- Packaging Strategy – NEW, No Loans
- Endowment – 3 Billion

Key info on first page:
- 41% receive need based aid
- 120.5 need based aid budgeted 16-17
- Average Need based award: 47940

Navigation:
- 3 Clicks to Financial Aid Page
- 1 Click to Net Price Calculator
- Integrated FA/ADM

URLS:
- https://www.brown.edu/about/administration/financial-aid/
- https://www.cnbc.com/amp/2017/09/25/brown-university-raising-120-million-to-eliminate-all-student-loans.html
- https://www.brown.edu/about/administration/financial-aid/sites/brown.edu.about.administration.financial-aid/files/uploads/The%20Brown%20Promise_FAQ_092117_Final.pdf

RICE UNIVERSITY

# Competitor Analysis – Competitor List

## COFHE w/Rank

| | |
|---|---|
| Johns Hopkins | 11 |
| Georgetown | 20 |
| MIT | 5 |
| Northwestern | 11 |
| Rice | 14 |
| Stanford | 5 |
| University of Chicago | 3 |
| University of Rochester | 34 |
| Washington University | 18 |
| Caltech | 10 |
| Vanderbilt | 14 |
| Brown | 14 |
| Columbia | 5 |
| Dartmouth | 11 |
| Harvard | 2 |
| Princeton | 1 |
| University of Pennsylvania | 8 |
| Yale | 3 |
| Cornell, total | 14 |

## Flag Ships w/Rank

| | |
|---|---|
| UC Berkeley | 21 |
| UCLA | 21 |
| UNC | 30 |
| UVA | 25 |
| Michigan | 28 |

## Other Privates w/Rank

| | |
|---|---|
| Emory | 21 |
| USC | 21 |
| Notre Dame | 14 |
| NYU | 30 |

## Texas w/Rank

| | |
|---|---|
| UT Austin | 56 |
| Texas A&M | 69 |
| SMU | 61 |
| TCU | 78 |
| UH | 192 |
| Trinity | 1 Reg West |

Competitor Analysis