# EXHIBIT 94

Document Produced Natively

# Table 3
## Survey of Undergraduate Tuition and Fees
## AAU Private Universities

| | 2010-11 Tuition/Fees | %Change | 2011-12 Tuition/Fee | %Change | 2012-13 Tuition/Fees | %Change | 2013-14 Tuition/Fees | %Change | 2014-15 Tuition/Fees | %Change | Delta from Rice | Hypothetical Based on Last Year's Increases 2015-16 Projection | % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Columbia University | $43,304 | 4.8% | $45,290 | 4.6% | $47,246 | 4.3% | $49,138 | 4.0% | $51,008 | 3.8% | $10,442 | $52,949 | 3.8% |
| Carnegie Mellon University | $42,136 | 3.5% | $43,812 | 4.0% | $45,760 | 4.4% | $47,642 | 4.1% | $49,022 | 2.9% | $8,456 | $50,442 | 2.9% |
| Southern California, University of | $41,022 | 4.7% | $42,818 | 4.4% | $44,400 | 3.7% | $46,298 | 4.3% | $48,414 | 4.6% | $7,848 | $50,627 | 4.6% |
| Tulane University | $41,884 | 3.2% | $43,434 | 3.7% | $45,240 | 4.2% | $46,930 | 3.7% | $48,306 | 2.9% | $7,740 | $49,722 | 2.9% |
| University of Chicago | $41,091 | 4.3% | $42,783 | 4.1% | $44,574 | 4.2% | $46,386 | 4.1% | $48,252 | 4.0% | $7,686 | $50,193 | 4.0% |
| Pennsylvania, University of | $40,514 | 4.0% | $42,098 | 3.9% | $44,210 | 5.0% | $45,890 | 3.8% | $47,668 | 3.9% | $7,102 | $49,515 | 3.9% |
| Brandeis University | $40,466 | 4.4% | $43,206 | 6.8% | $44,094 | 2.1% | $45,856 | 4.0% | $47,558 | 3.7% | $6,992 | $49,323 | 3.7% |
| Brown University | $40,820 | 5.1% | $42,230 | 3.5% | $43,758 | 3.6% | $45,612 | 4.2% | $47,434 | 4.0% | $6,868 | $49,329 | 4.0% |
| Duke University | $40,243 | 3.9% | $41,938 | 4.2% | $44,098 | 5.2% | $45,376 | 2.9% | $47,388 | 4.4% | $6,822 | $49,489 | 4.4% |
| Cornell University | $39,666 | 4.5% | $41,541 | 4.7% | $43,413 | 4.5% | $45,358 | 4.5% | $47,286 | 4.3% | $6,720 | $49,296 | 4.3% |
| Northwestern University | $40,223 | 4.6% | $41,983 | 4.4% | $43,779 | 4.3% | $45,527 | 4.0% | $47,251 | 3.8% | $6,685 | $49,040 | 3.8% |
| Johns Hopkins University | $40,680 | 3.9% | $42,280 | 3.9% | $43,930 | 3.9% | $45,470 | 3.5% | $47,060 | 3.5% | $6,494 | $48,706 | 3.5% |
| Rochester, University of | $40,282 | 4.1% | $41,826 | 3.8% | $43,666 | 4.4% | $45,372 | 3.9% | $46,960 | 3.5% | $6,394 | $48,604 | 3.5% |
| Washington University | $40,374 | 4.3% | $41,992 | 4.0% | $43,705 | 4.1% | $44,841 | 2.6% | $46,467 | 3.6% | $5,901 | $48,152 | 3.6% |
| New York University | $40,082 | 3.4% | $41,606 | 3.8% | $43,204 | 3.8% | $44,848 | 3.8% | $46,170 | 2.9% | $5,604 | $47,531 | 2.9% |
| Yale University | $38,300 | 4.9% | $40,500 | 5.7% | $42,300 | 4.4% | $44,000 | 4.0% | $45,800 | 4.1% | $5,234 | $47,674 | 4.1% |
| Massachusetts Institute of Technology | $39,212 | 3.8% | $40,732 | 3.9% | $42,050 | 3.2% | $43,498 | 3.4% | $45,016 | 3.5% | $4,450 | $46,587 | 3.5% |
| Emory University | $39,158 | 2.9% | $41,164 | 5.1% | $42,980 | 4.4% | $44,008 | 2.4% | $45,008 | 2.3% | $4,442 | $46,031 | 2.3% |
| Stanford University | $39,201 | 3.5% | $40,569 | 3.5% | $41,787 | 3.0% | $43,245 | 3.5% | $44,757 | 3.5% | $4,191 | $46,322 | 3.5% |
| Harvard University | $38,416 | 3.8% | $39,849 | 3.7% | $40,866 | 2.6% | $42,292 | 3.5% | $43,938 | 3.9% | $3,372 | $45,648 | 3.9% |
| Vanderbilt University | $39,932 | 3.5% | $41,332 | 3.5% | $42,118 | 1.9% | $42,978 | 2.0% | $43,838 | 2.0% | $3,272 | $44,715 | 2.0% |
| California Inst of Technology | $36,282 | 4.9% | $37,204 | 2.5% | $39,588 | 6.4% | $41,538 | 4.9% | $43,362 | 4.4% | $2,796 | $45,266 | 4.4% |
| Case Western Reserve University | $37,648 | 3.9% | $39,120 | 3.9% | $40,490 | 3.5% | $41,800 | 3.2% | $43,158 | 3.2% | $2,592 | $44,560 | 3.2% |
| Princeton University | $36,640 | 3.7% | $37,000 | 1.0% | $38,650 | 4.5% | $40,170 | 3.9% | $41,820 | 4.1% | $1,254 | $43,538 | 4.1% |
| **Average (without Rice)** | **$39,899** | **4.1%** | **$41,513** | **4.0%** | **$43,163** | **4.0%** | **$44,753** | **3.7%** | **$46,373** | **3.6%** | | **$48,052** | **3.6%** |
| **Rice University (entering)** | **$33,771** | **5.3%** | **$35,551** | **5.3%** | **$37,292** | **4.9%** | **$38,941** | **4.4%** | **$40,566** | **4.2%** | | **$42,246** | **4.1%** |
| **Rice below average (percent)** | **15%** | | **14%** | | **14%** | | **13%** | | **13%** | | | **12%** | |
| Rice below average (dollars) | **$6,128** | | **$5,962** | | **$5,871** | | **$5,812** | | **$5,807** | | | **$5,806** | |

| **Texas Universities** | 2010-11 Tuition/Fees | % Change | 2011-12 Tuition/Fee | % Change | 2012-13 Tuition/Fees | % Change | 2013-14 Tuition/Fees | %Change | 2014-15 Tuition/Fees | %Change | Hypothetical Based on Last Year's Increases 2015-16 Projection | % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Southern Methodist University | $33,040 | -6.0% | $39,430 | 19.3% | $41,750 | 5.9% | $43,800 | 4.9% | $45,940 | 4.9% | 48,185 | 4.9% |
| Texas Christian University | $30,090 | 6.3% | $32,490 | 8.0% | $34,590 | 6.5% | $36,590 | 5.8% | $38,510 | 5.2% | 40,531 | 5.2% |
| Baylor University | $29,724 | 6.5% | $31,658 | 6.5% | $33,916 | 7.1% | $35,972 | 6.1% | $38,320 | 6.5% | 40,821 | 6.5% |
| Trinity University | $30,012 | 5.5% | $31,356 | 4.5% | $33,678 | 7.4% | $34,678 | 3.0% | $36,214 | 4.4% | 37,818 | 4.4% |
| Southwestern University | $31,630 | 4.7% | $33,440 | 5.7% | $34,410 | 2.9% | $35,240 | 2.4% | $36,120 | 2.5% | 37,022 | 2.5% |
| Austin College | $29,235 | 5.0% | $31,110 | 6.4% | $32,850 | 5.6% | $33,830 | 3.0% | $34,865 | 3.1% | 35,932 | 3.1% |
| University of Texas at Austin (out of sta | $31,218 | 2.0% | $32,506 | 4.1% | $32,506 | 0.0% | $33,824 | 4.1% | $34,722 | 2.7% | 35,644 | 2.7% |
| University of Dallas | $29,530 | 12.3% | $29,325 | -0.7% | $31,070 | 6.0% | $33,010 | 6.2% | $34,430 | 4.3% | 35,911 | 4.3% |
| Abilene Christian University | $22,760 | 12.2% | $25,270 | 11.0% | $26,770 | 5.9% | $28,350 | 5.9% | $29,450 | 3.9% | 30,593 | 3.9% |

**Tab: Table 3 Tuition and Fees**