# EXHIBIT 95

THE UNIVERSITY OF CHICAGO

The UChicago Supplement 2012-13

Office of College Admissions
The University of Chicago
1101 East 58th Street
Chicago, Illinois 60637
773-702-8650
collegeadmissions.uchicago.edu

# APPLYING TO THE UNIVERSITY OF CHICAGO

After submitting the Common Application or the UChicago Supplement, you will be sent an email with instructions for creating your online account on our website at collegeadmissions.uchicago.edu. You will use this account to check your application status and admission decision. If you have questions at any stage of the application process, or if you would like more information, please contact us. Good luck!

## Application Deadlines

**Please refer to the College Deadlines, Fees, and Requirements grid on the Common Application.**

**Early Action** is for candidates who would like an admission decision in mid-December. If you apply for financial aid, a provisional financial aid assessment will also be available at this time, as long as we have received all the required financial aid documents. The application deadline for Early Action is November 1, 2012. The University of Chicago's Early Action Program is non-binding.

**Regular Decision** is for candidates who would like an admissions and financial aid decision by the end of March, 2012. The application deadline for Regular Decision is January 2, 2013.

## Steps to Applying

**Application for Admission: Common Application and UChicago Supplement.** Complete online the Common Application and the UChicago Supplement with essays.

**Application Fee.** Follow the instructions on the Common Application for submitting the application fee or fee waiver online. If you are a student attending a high school within the city of Chicago, your application fee will be waived. If you decide to pay the application fee by check or money order, attach a note to the check with your complete name and address and mail it to the College Admissions Office by the appropriate application deadline. The application fee is $75 and is not refundable.

**Test Scores.** UChicago requires an ACT or SAT Reasoning score. Please have official scores sent to the University of Chicago. UChicago's SAT code is 1832; the ACT code is 1152. Official writing test scores and SAT II Subject Test scores are not required.

**Secondary School Report.** Please have your secondary school counselor complete the Secondary School Report and submit it with an official transcript. All high school counselors and teachers have the option of submitting letters of recommendation and school forms online via the Common Application. High school counselors and teachers should follow the instructions on the Common Application for submitting these forms.

**Teacher Evaluations.** UChicago requires two academic teacher evaluations.

**Interviews.** Interviews are available, but not required. Please refer to our website at collegeadmissions.uchicago.edu for information concerning on-campus and alumni interviews.

**Supplemental Materials (Optional).** While we aim to keep supplemental materials to a minimum, if your talents represent substantial commitment to academic research or the arts, you may submit a recording, portfolio, or abstract. Please follow the detailed instructions found in your UChicago Account under "Instructions for Submitting Supplemental Materials."

**Midyear Grades.** Please have your high school counselor submit a midyear report with grades or transcript for your first semester or first trimester as soon as possible. The Common Application provides a Midyear Grade Report form.

THE UNIVERSITY OF
CHICAGO

# The UChicago Supplement 2012-13

Office of College Admissions
The University of Chicago
1101 East 58th Street
Chicago, Illinois 60637
773-702-8650
collegeadmissions.uchicago.edu

## International Students

If you are neither a citizen of the United States nor a permanent resident, we consider you an international applicant. As an international applicant, you should complete the Common Application and the UChicago Supplement. In addition, please have your high school counselor submit the International Supplement to the Secondary School Report. International Schools using an AP curriculum need not submit the International Supplement to the Secondary School Report. Please refer to our website, collegeadmissions.uchicago.edu, for additional information regarding international applicants.

## Homeschooled Students

As a homeschooled applicant, you should complete the Common Application and the UChicago Supplement. In addition, submit the Homeschool Supplement to the Secondary School Report. Please refer to our website, collegeadmissions.uchicago.edu, for additional information.

## Financial Aid

The University of Chicago is need-blind and meets the full demonstrated need of citizens and permanent residents of the United States. Applicants who have completed their aid applications by the deadline are generally notified of financial aid awards within two weeks of having been offered admission to the University of Chicago.

Please go to our website, collegeadmissions.uchicago.edu, for complete information on financial assistance at UChicago, including information about our Odyssey scholarships, merit scholarships, and independent status.

In keeping with its long-standing traditions and policies, the University of Chicago, in admissions, employment, and access to programs, considers students on the basis of individual merit and without regard to race, color, religion, sex, sexual orientation, national or ethnic origin, age, disability, or other factors irrelevant to participation in the programs of the University. The Affirmative Action Officer (773-702-5671) is the University's official responsible for coordinating its adherence to this policy and the related federal and state laws and regulations (including Section 504 of the Rehabilitation Act of 1973, as amended).

THE UNIVERSITY OF
CHICAGO

Office of College Admissions
The University of Chicago
1101 East 58th Street
Chicago, Illinois 60637
773-702-8650
collegeadmissions.uchicago.edu

# The UChicago Supplement 2012-13

# APPLICANT INFORMATION

Full Legal Name (first, middle, and last) Preferred Name

❑ Male ❑ Female

Mailing Address

City State Zip

Country (if not U.S.)

Telephone (area code and number) Email

Social Security Number (optional)

## Application Program

❑ **Freshman Early Action** (non-binding program: Common Application, Supplement, and fee by November 1; admission decision by mid-December; reply with deposit by May 1)

❑ **Freshman Regular Decision** (Common Application, Supplement, and fee by January 2; admission decision late March; reply with deposit by May 1)

## UChicago Relationships

Please indicate any relatives who have graduated from or are currently attending the University of Chicago, and their relationship to you.

| Name | College/School | Graduation Year | Relationship to You |
|---|---|---|---|
| Name | College/School | Graduation Year | Relationship to You |
| Name | College/School | Graduation Year | Relationship to You |
| Name | College/School | Graduation Year | Relationship to You |

THE UNIVERSITY OF CHICAGO

Office of College Admissions
The University of Chicago
1101 East 58th Street
Chicago, Illinois 60637
773-702-8650
collegeadmissions.uchicago.edu

# The UChicago Supplement 2012-13

# ESSAYS

Please respond to Question 1—and, if you choose, Question 2—by writing a paragraph or two for each question. Then choose one of the six extended essay options, indicate your choice, and write a one- or two-page response.

This is your chance to play, analyze (don't agonize), create, compose—let us hear the result of your thinking about something that interests you, in a voice that is your own.

**Question 1:** How does the University of Chicago, as you know it now, satisfy your desire for a particular kind of learning, community, and future? Please address with some specificity your own wishes and how they relate to UChicago.

**Question 2 (Optional):** Share with us a few of your favorite books, poems, authors, films, plays, pieces of music, musicians, performers, paintings, artists, blogs, magazines, or newspapers. Feel free to touch on one, some, or all of the categories listed, or add a category of your own.

## Extended Essay *(required; choose one of six)*

**Essay Option 1:** "A man cannot be too careful in the choice of his enemies." –Oscar Wilde.

Othello and Iago. Dorothy and the Wicked Witch. The Autobots and the Decepticons. History and art are full of heroes and their enemies. Tell us about the relationship between you and your arch-nemesis (either real or imagined).

*Inspired by Martin Krzywy, admitted student Class of 2016.*

**Essay Option 2:** Heisenberg claims that you cannot know both the position and momentum of an electron with total certainty. Choose two other concepts that cannot be known simultaneously and discuss the implications. (Do not consider yourself limited to the field of Physics).

*Inspired by Doran Bennett, AB'07.*

**Essay Option 3:** Susan Sontag, AB'51, wrote that "Silence remains, inescapably, a form of speech." Write about an issue or a situation in which you remained silent, and explain how silence may speak in ways that you did or did not intend. *The Aesthetics of Silence*, 1967.

*Anonymous submission.*

**Essay Option 4:** "...I [was] eager to escape backward again, to be off to invent a past for the present." –*The Rose Rabbi* by Daniel Stern

> **Present:** *pres·ent*
> 1. Something that is offered, presented, or given as a gift.

Let's stick with this definition. Unusual presents, accidental presents, metaphorical presents, re-gifted presents, etc.—pick any present you have ever received and invent a past for it.

*Inspired by Jennifer Qin, AB'16*

**Essay Option 5:**

In the spirit of adventurous inquiry, pose a question of your own. If your prompt is original and thoughtful, then you should have little trouble writing a great essay. Draw on your best qualities as a writer, thinker, visionary, social critic, sage, citizen of the world, or future citizen of the University of Chicago; take a little risk, and have fun.

**Essay Option 6:** So where is Waldo, really?

*Inspired by Robin Ye, AB'16.*