# EXHIBIT 96

# REPORT OF
# THE COMMON STANDARDS SUBCOMMITTEE
# TO
# THE 568 PRESIDENTS' WORKING GROUP

present a challenge with regard to face validity of the rationale. (For this reason, we believe much of this issue has to be addressed through guidelines and professional judgment, rather than in a standard calculation.)

**Implementation/Resolution of Issues:** Work closely with CSS and their contractors in the development of a self-employed guidelines handbook. Identify data capture requirements to support recommended changes to the standard methodology.

## APPENDIX C

### Cost-of-Living Adjustment

**Current Treatment:** The current Institutional Methodology uses a uniform, basic living expense allowance. Although it is generally recognized that living expenses vary significantly in different geographic areas, the standard calculation does not consider these variations. The current methodology includes an option that allows institutions to adjust the living allowance for applicants from a small number of metropolitan areas. Unfortunately, the optional cost-of-living adjustment now available does not offer the breadth or accuracy required to properly consider cost-of-living variances.

**Proposal:** We believe that the number of locales needs to be expanded and that research is needed to develop a reliable cost-of-living adjustment methodology. Given the difficulty (and often the inappropriateness) of developing a cost-of-living table that works at the micro-geographic level, we have determined that a table describes differences in cost-of-living at the metropolitan level is most desirable.

**Rationale:** We all recognize that living in Manhattan, Kansas, requires less non-discretionary income than living in Manhattan, New York. However it is very difficult to draw exact lines for the purpose of defining cost-of-living areas. Where does the high cost of living in NYC stop? Which suburbs are included? While there would be a desire to develop a table that defined cost-of-living areas at the micro level, we realize that, even within a zip code, housing values can differ significantly. Gathering detailed information to define a micro-level table would be extremely difficult and would have questionable long-term reliability.
In addition to the concerns about differences in cost-of-living within metropolitan areas, we are concerned about another issue. We find it difficult to deal with the variety of choices that families make. One family might choose to live in an upscale suburb while another family with the same income might choose a lower-cost area. Giving one family a higher allowance to account for their decision to enjoy a higher standard of living would be unfair and inappropriate. It is also virtually impossible to distinguish between true cost-of-living issues and standard-of-living differences within metropolitan areas. Again, the metropolitan area table would resolve this problem.

**Issues**

- Identification of the boundaries of major metropolitan areas within which there is a reasonably uniform cost of living.
- Identification of the appropriate market basket of goods and services to be used to define cost-of-living indices. In particular, we need to exclude state and local taxes, which are allowed separately in both IM and FM.

**Resolution of Issues:** The question of how to adjust the need analysis formula to account for geographical differences in the cost-of-living is complex and the solutions are likely to change over time. Consequently, our Subcommittee believes that it will be necessary to establish procedures by which cost-of-living standards can be reviewed and updated annually. In the short term we recommend that the attached cost-of-living tables be used in the Consensus Approach. These tables are based on the Bureau of Labor Statistics Consumer Expenditure Survey (CES), a data source that is used throughout the current IM formula. The tables include 28 metropolitan areas from a wide range of geographic areas. They also do not include the impact of local and state taxes, thereby, avoiding an issue that taints other cost-of-living studies.[3] It is recommended that the table be used only to increase IPAs, not decrease them. Using the table to decrease IPAs would be unfair to students from cities with lower housing costs because we would not be lowering IPAs for students from rural areas or cities not covered by the table.

We believe that this issue requires collaboration with CSS's Financial Aid Standards and Services Advisory Committee. That group has begun work on the cost-of-living issue and we look forward to lending out support to their on-going efforts in this regard. Given the complexity of the issue and the amount of time that it will take to come to resolution, it is appropriate to expand the number working on the problem.

[3] Our initial concern with the CES data was based on the fact that it gives information on expenditures and not the cost of a fixed market basket of goods. Therefore, the CES data presented us with information on standards of living rather than cost of living. A subsequent review of the CES data focused on the component that describes the cost of housing. We did this because it is clear that housing costs represent the most significant driving force in differential costs of living and because it eliminates the effect of discretionary choices that families make in the purchase of discretionary items such as entertainment, dining out, etc. In addition to developing a cost of living table based on differential housing costs, we examined its impact when applied against the entire Income Protection Allowance (IPA) and against only the housing component of the IPA. As one would expect, the differences are quite significant

## SAMPLE COST OF LIVING INDEX TABLE

| CITY | ST | COLA |
|---|---|---|
| Washington | DC | 1.15 |
| New York | NY | 1.13 |
| San Francisco | CA | 1.11 |
| Boston | MA | 1.10 |
| Atlanta | GA | 1.09 |
| Anchorage | AK | 1.08 |
| Los Angeles | CA | 1.08 |
| Chicago | IL | 1.08 |
| San Diego | CA | 1.07 |
| Philadelphia | PA | 1.07 |
| Honolulu | HI | 1.07 |
| Minneapolis | MN | 1.06 |
| Dallas | TX | 1.06 |
| Baltimore | MD | 1.06 |
| Seattle | WA | 1.05 |
| Houston | TX | 1.05 |
| Miami | FL | 1.05 |
| Portland | OR | 1.04 |
| Milwaukee | WI | 1.04 |
| Pittsburgh | PA | 1.03 |
| Cincinnati | OH | 1.02 |
| Cleveland | OH | 1.02 |
| Denver | CO | 1.00 |
| Phoenix | AZ | 1.00 |