# EXHIBIT 97

Date: Tuesday, May 17 2011 09:02 AM
Subject: RE: FERPA/PII REDACTION Merit Scholarship
From: College Aid
To: FERPA/PII REDACTION
CC: Peter Wilson <peterwilson@uchicago.edu>;
Attachments: image001.jpg

Hello Mr. [illegible]

Thank you for your email and congrats to FERPA/PII REDACTION for winning the National Merit Scholarship! As you might know, any outside scholarships effectively reduce the self-help portion of a student's financial aid package ($3,480 comprised of summer earnings and work-study in FERPA/PII REDACTION's case). For FERPA/PII REDACTION, any amount in outside scholarships that exceed the self-help expectation will reduce the parental contribution dollar-for-dollar. This treatment of outside scholarship *only* applies to University Scholar Award recipients so you should be very proud of your son's accomplishments. Please do not hesitate to contact us should you have any further questions or concerns.

Best regards,

Riku Laitasalo for the Committee on College Aid
University of Chicago, Office of College Aid
1101 E. 58th St.
Chicago, IL 60637
(773)702-8666 phone
(773)834-4300 fax
E-mail: college-aid@uchicago.edu
Website: http://collegeaid.uchicago.edu

THE UNIVERSITY OF CHICAGO

**From:** FERPA/PII REDACTION
**Date:** May 17, 2011 8:33:06 AM CDT
**To:** Peter Brown Wilson <peterwilson@uchicago.edu>
**Subject: Re:** FERPA/PII REDACTION **Merit Scholarship**

Dear Mr. Wilson,

We will see you on campus in the fall.

By the way, my wife wants to make sure that FERPA/PII REDACTION winning National Merit Scholarship ($4000 one time corporate scholarship to be redirected to University of Chicago) will not have negative effect on his overall financial aid package at University of Chicago.

Thanks,

FERPA/PII REDACTION

On 5/6/11 2:31 PM, "Peter Brown Wilson" <peterwilson@uchicago.edu> wrote:

Dear Mr. FERPA/PII REDACTION

Thank you so much for letting me know. We are excited to have you as part of our UChicago community!

Best,
Peter

Peter Wilson
Admissions Counselor
Office of College Admissions
The University of Chicago
1101 East 58th Street, Suite 105
Chicago, IL 60637
p 773.834.1320 | f 773.702.4199
peterwilson@uchicago.edu
http://collegeadmissions.uchicago.edu

-----Original Message-----
From: FERPA/PII REDACTION
Sent: Friday, May 06, 2011 10:44 AM
To: Peter Brown Wilson
Subject: Re: FERPA/PII REDACTION Merit Scholarship

Dear Mr. Wilson,

We made the deposit for FERPA/PII REDACTION at University of Chicago last night.

Thank you very much,

FERPA/PII REDACTION

P.S. In case you have new scholarship money available due to declined scholarship offers, please consider FERPA/PII REDACTION as a potential candidate since any extra scholarship helps. Thanks in advance!

On 5/5/11 3:53 PM, "Peter Brown Wilson" <peterwilson@uchicago.edu> wrote:

Mr. FERPA/PII REDACTION

FERPA/PII REDACTION UChicago Account has been set so he can pay his deposit tonight.

Thanks for being in touch.

Peter

Peter Wilson
Admissions Counselor
Office of College Admissions
The University of Chicago
1101 East 58th Street, Suite 105
Chicago, IL 60637
p 773.834.1320 | f 773.702.4199
peterwilson@uchicago.edu
http://collegeadmissions.uchicago.edu

-----Original Message-----
From: FERPA/PII REDACTION
Sent: Thursday, May 05, 2011 1:50 PM
To: Peter Brown Wilson
Subject: Re: FERPA/PII REDACTION Merit Scholarship

Dear Mr. Peter Wilson,

I hope it is not too late for FERPA/PII REDACTION to come to University of Chicago since we regretted that we did not have the deposit by the May 1 deadline.

As you know it was a very difficulty decision for us between the USC's full ride and University of Chicago's generous scholarship and grant. Over the past few days I was able to come up a plan to fund George's cost at University of Chicago and my mother-in-law's expected medical expenses.

Please call me at FERPA/PII REDACTION (cell) or e-mail me to inform us so that we

can make the commitment deposit right away.

Thank you very much!

FERPA/PII REDACTION

On 4/27/11 11:58 PM, "Peter Brown Wilson" <peterwilson@uchicago.edu> wrote:

Dear Mr. FERPA/PII REDACTION

Thanks for your email. At this point the Merit Committee has already awarded their limited funds for this year. FERPA/PII REDACTION is a fantastic student, but as you know, most of our admitted students would qualify for merit scholarships at other institutions. Let me know if you have any further questions, and we look
forward to seeing FERPA/PII REDACTION on campus in the fall!

Best,
Peter

Peter Wilson
Admissions Counselor
University of Chicago Office of College Admissions
1101 East 58th Street, Suite 105
Chicago, IL 60637
Tel. 773.834.1320
Fax 773.702.4199
peterwilson@uchicago.edu
http://collegeadmissions.uchicago.edu

---

From: FERPA/PII REDACTION
Sent: Tuesday, April 26, 2011 10:33 AM
To: Peter Brown Wilson
Subject: Re: FERPA/PII REDACTION Merit Scholarship

Dear Mr. Wilson,

We are anxious to hear from you regarding FERPA/PII REDACTION s Merit Scholarship

appeal.

Please let us know by e-mail upon the Merit Scholarship Committee at University of Chicago reaching its decision on the appeal since the May 1 deadline is only a few days away.

Thank you very much,

FERPA/PII REDACTION

On 4/19/11 11:07 PM, "Peter Brown Wilson" <peterwilson@uchicago.edu> wrote:

> Dear Dr. [redacted]
>
> Thank you for the email. I will pass this along to our Merit Scholarship Committee which will meet one last time over the next few days. I did speak with the financial aid office today and they did say they were able to increase your need based aid due to some new information you had passed along
> to us.
>
> Best regards,
> Peter
>
> Peter Wilson
> Admissions Counselor
> University of Chicago Office of College Admissions
> 1101 East 58th Street, Suite 105
> Chicago, IL 60637
> Tel. 773.834.1320
> Fax 773.702.4199
> peterwilson@uchicago.edu
> http://collegeadmissions.uchicago.edu
>
> ---
>
> From: FERPA/PII REDACTION
> Sent: Tuesday, April 19, 2011 11:00 AM
> To: Peter Brown Wilson
> Cc: FERPA/PII REDACTION

Subject: Re: Campus Visit on April 8

Dear Mr. Wilson,

I am writing to you to let you know that i) we are almost ready to make the commitment to help FERPA/PII REDACTION fulfill his University of Chicago dream, and ii) if your office would increase FERPA/PII REDACTION merit scholarship award, our decision
to choose University of Chicago would be a lot easier.

Please see the attached file for more details.

We look forward to hearing from you soon and hope to see you on campus at the beginning of Autumn 2011 in Chicago.

Best wishes,

FERPA/PII REDACTION

--
FERPA/PII REDACTION, Ph.D.
Professor
Dept. of Information Systems & Operations Management
Dolan School of Business
Fairfield University
FERPA/PII REDACTION

cc: FERPA/PII REDACTION