# EXHIBIT 98

2023

# ANNUAL REPORT

UNIVERSITY OF NOTRE DAME



We are pleased to offer this report on the University of Notre Dame's finances for fiscal year 2023.

It has been a momentous year for Notre Dame. In July of 2022, we welcomed John McGreevy, a distinguished historian, as our provost. Having served previously as dean of our largest college, Provost McGreevy has brought tremendous energy and vision to his new role.

In August 2023, we released a new University-wide Strategic Framework, the result of a two-year planning process involving faculty, staff, and administrative leaders from across the University. The final version was drafted by Provost McGreevy, and it will guide Notre Dame over the next 10 years. The Framework articulates a bold vision for the University—namely, that Notre Dame must be the leading global Catholic research university, on par with but distinct from the world's best private universities. We believe our efforts to educate students and conduct research at the highest level animated by a distinctive Catholic mission is one of the most exciting and consequential experiments in global higher education.

In May of 2023, we were honored to be invited to join the Association of American Universities (AAU), a consortium of the top 71 research universities in North America. It was a recognition by the AAU board of Notre Dame's progress as a research university. The lion's share of the credit for this important milestone goes to our superb faculty, whose research continues to make a difference in our world.

For decades, among Notre Dame's greatest strengths has been its ability to maintain a disciplined strategy that ensures the long-term financial health of the institution and makes it possible for us to pursue excellence in accord with our mission. It has allowed us to weather economic downturns without major disruptions, including during the financial storms that accompanied the global pandemic. Thanks to the superb leadership of our Executive Vice President Shannon Cullinan, Vice President and Chief Investment Officer Mike Donovan, Vice President for Finance Trent Grocock, and their respective teams—as well as the vision and unfailing support of the University's Board Chair, Jack Brennan, and our Board of Trustees—the University's financials were strong in 2023.

This foundation of financial stability, coupled with the extraordinary generosity of our benefactors, made it possible for us to do even more this year to ensure that a Notre Dame education is affordable and accessible to all students. The University spent $196 million on undergraduate need-based financial aid, an increase of 40 percent over the last five years. Of this year's undergraduate class, 20 percent were either Pell-eligible or first-generation college students. It was also another noteworthy year in terms of research funding, with Notre Dame receiving $216 million in research awards.

In October, I announced that after 19 years as president, I will step down at the end of this academic year to return to teaching at Notre Dame. Serving as president of Notre Dame has been the unanticipated, undeserved, and wonderful privilege of my life. Leading any university of Notre Dame's caliber would have been a great honor, but to be president of one with such a powerful mission that resonates profoundly with my life and vocation as a priest has been much more than an honor. It has been a gift and a calling.

On December 4, the Board of Trustees elected Rev. Robert A. Dowd, C.S.C., as the 18th president of the University and my successor. I applaud the Board's election of such an excellent leader for Notre Dame. Since its founding, Notre Dame has been led by a priest-president from the Congregation of Holy Cross, the religious order to which Fr. Sorin, the University's founder, belonged. Fr. Dowd is a respected member of the academy; a global citizen; an experienced, effective, and inclusive administrator; and, just as importantly, a person of humility, compassion, and integrity. I know that Notre Dame's best years lie ahead.

