# EXHIBIT 120

**Date:** Tuesday, October 2 2012 02:55 PM
**Subject:** RE: Meeting to discuss YC Financial Aid model and projections
**From:** Storlazzi, Caesar
**To:** Suttle, J Lloyd <j.suttle@yale.edu>; Nagalla, Bhakti <bhakti.nagalla@yale.edu>;
**Attachments:** job2 - Spring 2012 - finaid adjustments and projections - four alternatives w 165K attenuation.pdf

---

Dear Lloyd and Bhakti,

I want to confirm that, for the Class of 2017 (entering Yale College in the fall of 2013) we have instituted the second "reset" of our needs analysis methodology. We are already performing needs analyses using the reset parameters listed below for our athletic prereads.

On page 7 of the attached PDF, you will find the matrix of results for the set of parameters we have instituted, showing the savings of just under $3 million for one class. (The rest of the PDF showed the savings if only some of the parameters were put in place.) The parameters of the changes that we have adopted are as follows:

- Zero parent contributions for families under $65k
- Use full College Scholarship Service assessment of parent contribution from available income
- Attenuate the parent contribution calculation from income between the incomes of $65k and $165k
- Use a 6% contribution from assets, including the families under $65k (the under $65k folks always have a zero Parent Contribution from income, but may have an asset contribution if they have assets greater than the asset allowance).
- The Yale asset allowance is reduced from $200k to $150k (the 98-99 level when we first introduced this concept of an across-the-board Yale asset allowance).
- Home equity is now capped at 3 times total income (it was previously capped at 1.2 times total income).
- We are assuming that once this second reset is fully in place for all four classes that the decrease in aid the scholarship budget will be just under $12 million.

Let me know if you have any questions in advance of our meeting.

Best regards,

Caesar

---

**From:** Suttle, J Lloyd
**Sent:** Tuesday, October 02, 2012 12:40 PM
**To:** Storlazzi, Caesar; Nagalla, Bhakti
**Cc:** Haynes, Lourdes
**Subject:** Meeting to discuss YC Financial Aid model and projections

Bhakti and Caesar,
As I've discussed with each of you this morning, I would like to find time for the three of us to meet either late next week or (more likely) early in the week of Oct. 15 to discuss a new undergraduate financial aid model that Bhakti is developing, and to update our projections about aid costs in FY13 and beyond. By copy of this message, I'm asking Lourdes to schedule that meeting. Thanks.