# EXHIBIT 121

# Yale is more affordable and accessible than you think.

More than 50 years ago, Yale became the first private research university in the U.S. to adopt "need-blind" admissions, meaning that a family's financial circumstances are not considered in the evaluation of a potential applicant. Students are assessed solely based on academic and personal promise, and, upon admission, Yale meets 100 percent of demonstrated financial need for all years of study, without requiring students to finance their education with loans.

Access is a priority at Yale, and institutional aid policies are regularly reviewed to ensure that undergraduate education remains affordable to all qualified students. In 2008, institutional aid policies were further strengthened, with a focus on helping middle income families. In 2016, Yale introduced a "$2,000 start-up" grant and a yearly allowance for some low-income families that would supplement existing institutional aid. Due to these improvements, **Yale's institutional aid budget has grown from $59.9 million in 2006-2007 to more than 160 million in 2018-2019.**

**84 PERCENT** OF THE YALE COLLEGE CLASS OF 2016 GRADUATED DEBT-FREE. OF THOSE WHO BORROWED, THE AVERAGE DEBT OF YALE'S GRADUATING SENIORS WAS AROUND $14,000, WELL BELOW THE NATIONAL AVERAGE FOR FOUR-YEAR COLLEGES AND UNIVERSITIES.

To attract more low- to middle-income students, Yale has designed one of the best need-based financial aid programs in the nation. It eliminates the expected contribution for families earning below $65,000 per year and significantly reduces it for those with annual incomes between $65,000 and $130,000. Yale also has eliminated loans from its financial aid package more than a decade ago. As a result of the enhanced financial aid packages, the average loan debt for graduating seniors has dropped to $9,000. The average annual grant from Yale to students receiving financial aid is more than $52,000 annually and more than half of Yale students receive aid. **The median net cost for students on aid in 2018 was only $11,200, which covered *everything* in the estimated cost of attendance, including books and personal expenses.**

Yale has committed significant resources to extend its outreach to prospective applicants from low-income and minority backgrounds to help these students prepare for and apply to college. In addition, Yale's holistic review of applications takes particular note of those who have remarkable accomplishments despite limited resources at home or in their local schools and communities. Over the last ten years, the percentage of undergraduate students qualifying for need-based scholarships from Yale has increased from 37% to 57%.

IN 2019, YALE WAS RANKED THE 5TH **BEST COLLEGE FOR FINANICAL AID**, ACCORDING TO STUDENTS.

Expanded admissions outreach to traditionally underrepresented students and an enduring commitment to access have resulted in a steadily increasing number of first-generation, low-income (FGLI) students in Yale College. As demonstrated below, the number of Pell Grant-eligible students has increased from 11.6 percent in the Class of 2017 (2013) to 20 percent in the Class of 2022 (2018), nearly doubling their numbers. At the same time, the number of

first-generation students has increased from 12 percent to 18 percent. More significantly, the last two years of increases have coincided with the planned expansion of Yale College, raising the undergraduate student body by 15 percent (to 6,200) by 2021.




To ensure the persistence and success of these students, Yale has established several new programs, including First Year Scholars at Yale (FYS) and Online Experiences for Yale Scholars (ONEXYS), and it has expanded financing and support programs.

As a result, Yale's 6-year graduation rate for the Class of 2016 is 97.3%. For Pell recipients, the 6-year graduation rate is 97.5%, which is *higher* than the overall graduation rate. For the Class of 2018, 86 percent of Yale seniors graduated debt free. For those who chose to borrow, the average cumulative debt was $14,575. Of the 14 percent of borrowers, one-quarter were on Yale institutional aid, and the average cumulative debt for borrowers from families earning less than $65,000 per year was $9,413, one-third of the national average for four-year colleges and universities.

**Yale's Institutional Aid Policies**

- **Zero Parent Contribution for Families Earning Less Than $65,000**. Parents earning less than $65,000 with typical assets do not contribute to the cost of Yale College. The zero parent contribution is designed to reflect the median income of families with children in college. Students from these families also receive free hospitalization insurance coverage ($2,332 annually).
- **$2,000 Start-Up Grant**. Students from families with zero parent contributions will receive $1,000 at the beginning of each semester of their first year to help with expenses, such as a computer, a winter coat, or transportation. In subsequent years, these students will receive a $600 annual allowance.
- **Help for Middle Income Families**. Families earning $65,000-$130,000 contribute on average between 1 and 15 percent of their total annual income to the cost of education. Ninety-nine percent of families with incomes below $200,000 qualified for some need-based aid. There is no strict income cutoff for institutional aid eligibility.
- **Merit Scholarships Offset Student Contributions**. Merit scholarships from outside organizations, such as the Kiwanis Club, are first used to offset the student's term-time employment and summer earnings contribution.
- **Low Student Borrowing**. Students on financial aid are not required to use loans to finance an undergraduate education; all award packages are constructed without the need for student loans.

**An education at Yale is more affordable than you think. This tool can help anticipate a student's college costs and estimate their eligibility for need-based scholarships. Estimate Your Yale Cost in Three Minutes: https://yale.studentaidcalculator.com/survey.aspx**