# EXHIBIT 122
# FILED UNDER SEAL