# EXHIBIT 123
# FILED UNDER SEAL