# EXHIBIT 124

[redacted]

**Consultations to Prepare for 30(b)(6) Deposition**

Hunter Rawlings (Former President)
Kevin Jensen (Executive Director, Office of Financial Aid and Student Employment)
Becky Maxson (Deputy Director of Compliance & Policy, Office of Financial Aid and Student Employment)
Shawn Felton (Director of Undergraduate Admissions)
Heather Nichols (Director of Admissions Relations, Alumni Affairs & Development)
Paul Streeter (Vice President for Budget & Planning)
Marin Clarkberg (Associate Vice Provost, Institutional Research & Planning)
Dan Robertson (Senior Research & Planning Associate, Institutional Research & Planning)

**Changes to Cornell's Need Analysis / Cornell IM**

- Family and Student Assets:
  - Prior to late 1990s: Assets reported by students were assessed at 35%.
  - After late 1990s: Assets reported by students were assessed at 25%.
  - AY 2023-2024: All assets reported by students are treated like parent assets and assessed at 5%.

- Number of Siblings in College:
  - AY 2021-2022: Included siblings enrolled in graduate/professional school in the number of siblings in college.
  - AY 2022-2023: No longer capped the allowance for siblings enrolled at community colleges and other similar low-cost schools at the amount of their tuition and mandatory fees.

- Definition of Income:
  - AY 2019-2020: Allowed farm losses to reduce the total income.

- IM/FM Conundrum:
  - Prior to late 1990s: The Federal Methodology ("FM") parental contribution was the "floor" for the Institutional Methodology ("IM") parental contribution. Cornell would not go below the FM PC in establishing IM PC.
  - After late 1990s: Cornell no longer uses the FM PC as the floor. Cornell uses the IM PC when it is lower than the FM PC.

[redacted]

**Income and Asset Thresholds**

- **AY 2009-2010 (announced 2008) – Parental Contribution Initiative**
  - Zero parental contribution if family income <$60,000 and assets <$100,000.

- **AY 2023-2024**
  - Zero parental contribution if family income <$60,000 and “typical assets.”

[redacted]

**Timeline of Financial Aid Initiatives**
Order of packaging to meet student's financial need: (1) outside aid; (2) self-help (academic year work and loans); and (3) Cornell grant aid.

[redacted]

- **AY 2008-2009 (announced January 2008)**

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,001 and $120,000 annually | $3,000 |
| Above $120,000 annually | $7,500 |

- **AY 2009-2010 (announced 2008)**
  - Packaging/Loans

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $75,000 annually | $0 |
| Between $75,001 and $120,000 annually | $3,000 |
| Above $120,000 annually | $7,500 |

  - Reduced parental contribution for certain students with financial need and family income >$60,000 [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

- **AY 2013-2014 (announced July 2012)**

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,001 and $75,000 annually | $2,500 |
| Between $75,001 and $120,000 annually | $5,000 |
| Above $120,000 annually | $7,500 |

Work expectation: $2,500 (increased from $2,000)

- **AY 2017-2018**
  - $2,600 work expectation.

- **AY 2018-2019 (announced May 2017)**

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,001 and $85,000 annually | $2,500 |
| Between $85,001 and $135,000 annually | $5,000 |
| Above $135,000 annually | $7,500 |

- **December 2022 (for Spring 2023 Semester)**

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,001 and $85,000 annually | $2,000 |
| Between $85,001 and $135,000 annually | $4,000 |
| Above $135,000 annually | $6,000 |

Minimum Student Contribution (work-study and loans): $2,700 for first-year students; $3,300 for all others

[redacted]

- **Effective June 2023**

| Total Family Income | Maximum Loan in Aid Package |
|---|---|
| Under $75,000 annually | $0 |
| Between $75,001 and $125,000 annually | $2,000 |
| Between $125,001 and $175,000 annually | $4,000 |
| Above $175,000 annually | $6,000 |

Minimum Student Contribution: $1,500 for all students

Work expectation: $3,500

[redacted]

**<u>Matching</u>**

- [redacted]

- **AY 2011-2012 (announced December 2010)—Award Match Initiative or Ivy-SDM Match Program**
  - **For Other Ivies**: Matched need-based financial aid package (loan/grant combination, parental contribution, summer savings expectation, academic year work expectation, and treatment of student assets/trusts).
  - **For Stanford, Duke, MIT**: Strive to match need-based financial aid packages.

- **June 2014**
  - **For Other Ivies**: Strive to match family contribution components and lower loan level of financial aid offers.
  - **For Stanford, Duke, MIT**: Strive to match need-based financial aid offers.

- **AY 2023-2024**
  - **For Other Ivies**: Strive to make comparable evaluation of family's demonstrated financial need, as well as re-evaluate initial offers of grant aid, loans, and work-study.
  - **For Stanford, Duke, MIT**: Strive to make comparable evaluation of family's demonstrated financial need, as well as re-evaluate initial offers of grant aid, loans, and work-study.