# EXHIBIT 125
# FILED UNDER SEAL