# EXHIBIT 127

# FILED UNDER SEAL