# EXHIBIT 128

# FILED UNDER SEAL