# EXHIBIT 129

# FILED UNDER SEAL