# EXHIBIT 130

# FILED UNDER SEAL