# EXHIBIT 131

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*JOHN AFFLECK-GRAVES*

*January 24, 2024*

---

LEXITAS™

A. Yes. Yes.

Q. And at the top, I guess the light shading, is Endowment/Other Restricted Giving, and then the dark shading is Operating Budget?

A. Um-hum.

Q. And it looks like at the bottom row, there are the years '90 to 2012 budgeted.

Do you see that?

A. Yes.

Q. And does this graph represent that the extent to which need-based financial aid was funded out of the operating budget had increased over that 1990 to 2012 period?

MR. HEINS: Object to form: foundation.

THE WITNESS: That -- that was not the purpose of this slide, in my recollection.

BY MR. NORMAND:

Q. Yeah. And I just -- I meant to ask what you understand the slide to show.

With respect to the extent to

which endowment or other restricted giving was used to fund need-based financial aid as opposed to operating budget, what do you understand this slide to show?

A. I -- I -- I think I recall this slide to some extent, and the purpose of this slide was to show, as the slide points out, in the '90 -- 1999 was the first year we met the need for freshman and the full need for all classes in 2000.

And I think what we were trying to show in this, that we had grown that aid to students at 14.5 percent per year compounded, which was faster in the increasing of the cost of tuition or cost -- cost of attendance at Notre Dame. And I do remember making the point on this slide that the '08 refers to June '08 and the '09 refers to June of 2009.

So that was the year of the market crash, where we lost 20 percent -- 20 million -- 20 percent of the endowment.

The '09 number was set in April of