# EXHIBIT 133

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*SANDRA BAUM, PH.D.*

*March 29, 2024*

---

LEXITAS™

Q. Do you recall when his involvement stopped?

A. I don't. But it was sometime in the early 1990s, I think.

Q. Early 1990s?

A. I think so.

Q. Is it your recollection that through the rest of the 1990s, you were the only economist working to develop the Base IM with the College Board?

A. I believe so. There may have been others who were consulted at times.

Q. Did you have an understanding during the 1990s as to how prevalent the use of the IM was among colleges?

MR. RYBNICEK: Objection to form.

You can answer if you're able.

THE WITNESS: There were a certain number of colleges that used it. I was never totally on

top of what that number was. It
was a couple hundred.

BY MR. NORMAND:

Q. Do you have any sense of, during your time of your work in the 1990s, as to how many schools used FM as opposed to the IM?

A. All schools have to use the FM for federal aid. Most schools use only the FM, and a few hundred schools use the IM in addition.

Q. And is that your understanding now, or is that your understanding in the 1990s, or both?

A. Both.

Q. And we began to speak about this a little bit earlier, but what were the principal goals with respect to the Base IM as you were developing it in the 1990s?

A. There was always an effort to make it a more equitable and efficient measure of family capacity to pay.

Q. When you say equitable --

**CONFIDENTIAL**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Henry v. Brown University, et al.

Dep. Date: March 29, 2024

Deponent: Sandra Baum, Ph.D.

CORRECTIONS:

| **Page** | **Line(s)** | **Changes or Corrections and Reasons** |
|---|---|---|
| 21 | 5 | "concerned here" should read "concerned with here" (Transcription error) |
| 30 | 10 | "that people had already completed" should read "that people had already provided" (Clarification) |
| 31 | 14 | "traditional aid students" should read "traditional age students" (Transcription error) |
| 42 | 10 | "the other whom rents" should read "the other of whom rents" (Transcription error) |
| 52 | 8-11 | "Again, the – it was a continuous process and the – after – with the development from the afore" should read "Again, it was a continuous process with the development from the previous" (Clarification) |
| 56 | 18 | "more incentives for people to chain to" should read "more incentives for people to change" (Transcription error) |
| 60 | 13-15 | "But there is – the multiplier was not – I don't remember that terminology being used in" should read "But I don't remember that multiplier terminology being used in" (Clarification) |
| 64 | 19 | "An ability that had" should read "I believe it had" (Transcription error) |
| 73 | 18-20 | "I'm not sure about the should, whether they are or not. Certainly I wrote about institutions" should read "I'm not sure about the should. Whether they are or not, certainly I wrote about institutions" (Transcription error) |
| 79 | 12 | "above which" should read "below which" (Clarification) |
| 81 | 20 | "the decisions of the needs in order to" should read "the decisions of students about where to" (Transcription error) |
| 105 | 24 | "just change money" should read "just take money" (Transcription error) |
| 116 | 21 | "Muskegon College" should read "Muskingum College" (Transcription error) |

| | | |
|---|---|---|
| 124 | 3 | "It does enable to produce or" should read "It does enable the producer" (Transcription error) |
| 128 | 15 | "do a lot of work" should read "did a lot of work" (Clarification) |
| 128 | 16 | "grants" should read "graphs" (Transcription error) |
| 139 | 10-12 | "there are different resources. There are different student bodies. There are different ways" should read "their different resources. Their different student bodies. Their different ways" (Transcription error) |
| 141 | 3-5 | "I already saw that. I listed several institutions that have particularly high endowments" should read "I already saw that I listed several institutions that have particularly high endowments per student" (Transcription error) |
| 150 | 16-19 | "need as distinct – as an endeavor that is separate from the question of – that is based on ability to pay. That is a measure of ability to pay" should read "need as distinct. That is a measure of ability to pay" (Clarification) |
| 169 | 7-10 | "But some – some sources of income, it would make sense, should – even if they are not in AGI, maybe would contribute to ability to pay" should read "But some – for some sources of income, it would make sense to add them back even if they are not in AGI, because maybe they would contribute to ability to pay" (Clarification) |
| 181 | 6-8 | "it could be 22 percent of 46 percent, instead of 25 percent or 48 percent" should read "it should be 22 percent to 46 percent, instead of 25 percent to 48 percent" (Transcription error) |
| 186 | 3 | "the asset that balance have" should read "the asset that families have" (Clarification) |
| 198 | 8 | "in parent" should read "on parent" (Transcription error) |
| 215 | 19 | "No. I was involved" should read "No. I was not involved" (Clarification) |
| 225 | 10 | "is that Princeton has not awarded need" should read "is that Princeton has not awarded non-need" (Transcription error) |
| 236 | 6 | "that's" should read "what's" (Clarification) |
| 261 | 2 | "you can distribute need" should read "you can distribute aid" (Clarification) |
| 261 | 2-3 | "somebody has high SAT needs" should read "somebody who has high SAT scores" (Transcription error) |
| 266 | 7-8 | "importance of equity and the equity efficiency don't have to be in concert" should read "importance of equity and that equity and efficiency don't have to be in conflict" (Transcription error) |
| 267 | 22 | "some of it in this paper" should read "some of it is in this paper" (Clarification) |

| | | |
|---|---|---|
| 269 | 16 | "been" should read "being" (Transcription error) |
| 275 | 2 | "so people" should read "for people" (Clarification) |
| 279 | 10 | "hardly" should read "really" (Clarification) |
| 291 | 20 | "amount they spend on education" should read "amount they spend on education amenities" (Clarification) |
| 308 | 2 | "stick" should read "speak" (Transcription error) |
| 318 | 4 | "come about" should read "came about" (Clarification) |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: May 10, 2024 Signature: Sandra R Baum