# EXHIBIT 134

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*THOMAS BEAR*

*December 07, 2023*

---

LEXITAS™

sort of the interaction between these things.

So if you have an anticipated class that you're sort of assuming for the financial aid projections, I assume that that, you know, projected class composition is a reflection of Notre Dame's enrollment priorities, is that correct?

MR. HEINS: Object to form.

A. I think, you know -- yes, I would say that the projected class would align with the institutional enrollment goals.

Q. And so I guess fundamentally what I'm getting at is how -- you know, what part of Notre Dame's process, how does it sort of at least somewhat reliably hit its financial aid projections? You know, how do you avoid, you know, a class that is all admits who can't pay any tuition, for example, I mean at an extreme end of it? I guess that's fundamentally what I'm kind of trying to understand, what sort of components there are to the process that, you know, avoid that happening.

MR. HEINS: Objection to form.

A. Yeah, I would, again, that's kind of where I started out to talk about what is enrollment management and how we prospect the initial outreach to students.

I think your question could also be put in the same context of how does Notre Dame go about making sure that we don't solicit applications from all students who want to go into accounting, right. We can't handle -- can't handle all accountants in the department. We have to make sure that when we build a first-year class, we want a distribution that will meet the enrollment goals or the capacity of each of the academic departments that are out there.

So that's why this is called enrollment management. So you think about as we build and we solicit on a national level, what we want to do is upfront think very strategically about who we want to invite to to consider the institution.

So we're looking across academic departments. We're looking for students that have a strong affinity for, you know,

the Catholic mission of the institution, we're looking from students that -- think about, you know, we want students who come internationally, again to build a vibrant classroom experience. We want students who come from different economic backgrounds, again to think about what the learning experience that students need to have should be in a manner that one student can learn from another who does not look or come with the same experiences as that individual has.

So, again, it all aligns with the goals. But there's competing goals as we shape a first-year class for enrollment. And all of those, in many cases, are also resource contingent because we can only handle so many business majors, we can only handle so many engineering majors, we can only handle so many students of high need as you point out, we can't have all students who come in who have a zero EFC.

So there's definitely, as in the term, exist, there is an enrollment management function that goes into the

initial build of the funnel for the first-year class.

Q. So taking the aspiring accountant example, so I guess I'm hearing that at least part of the way you avoid having a class with 100 percent accountants is how you shape the top of the funnel, is that correct?

A. That would be correct.

Q. Okay. Is part of the way you would avoid that also sort of farther down the process, like during the review of applications and admissions decisions?

A. Yes, because, again, we'll monitor yields based upon, again, you know, how many of the students from the prospect will raise hands to become inquiries, how many inquiries we'll apply, how many apply will be admitted -- each of those has a yield factor to us that we can model from year to year. So, again, that would get into the enrollment management process.

And I would say, even within that context, remember these are models and there's fluidity in any model. This is

plan, was one of the proposals to increase the amount of merit aid being offered?

A. I didn't get a chance to read through the rest of this. So I don't know if it's listed in there or not. I would have to continue to read through this to see if that was -- again, I just don't remember. I would have to recall this from rereading it to know if that was part of this.

Q. Did anyone ever -- do you recall anyone ever sort of opposing increases in merit aid awards?

A. At Notre Dame, we were need-blind. Meeting 100 percent of need of students was something that the institution, you know, prior to my coming there achieved to become and was -- I seen it as value of the institution.

So I think there was always, you know, some -- when we talked about merit scholar program, I think there was always some, you know, hesitancy for a desire to strongly understand what we met within that context, especially, again, at an

institution that was meeting 100 percent of need. You know, they wanted to know how does that balance look, again when we value meeting 100 percent of need.

Q. Did anyone ever articulate I guess obstacles to increasing the amount of merit aid awards?

MR. HEINS: Object to form.

A. In any case with a merit program, again recalling my time there, there needed to be a funding source. So we needed a difficulty, an endowment, a source to fund a merit scholarship program.

So objection would be in that context of there had to be a funding source behind that in order for implementation of it.

I think there's also that sense of, again, we had a merit scholar's program. So the program had to also uplift the mission of the institution.

So I think those two things, in my mind, stand out when we talk about merit scholarships.

Q. Did you ever discuss with