# EXHIBIT 135

**In the Matter Of:**

*Henry vs*

*Brown*

---

*DON BETTERTON*

*February 22, 2024*

---

LEXITAS™

Q. Do you recall whether during your tenure at Princeton there was any agreement among the Ivy League schools regarding merit aid?

A. Excluding athletic scholarships, I don't recall any such thing.

Q. Do you recall whether during your tenure at Princeton the school awarded any merit aid?

A. You're talking about Princeton?

Q. Yes, sir.

A. No, we never had a discussion about awarding merit aid.

Q. What is your understanding as to why Princeton did not award any merit aid during your tenure there?

A. I guess you could say it was our philosophy to be need-based only.

Q. Do you recall whether during your tenure any other Ivy League schools were awarding merit aid?

A. Not to my knowledge.

Q. Is now, Mr. Betterton, a good time for a break?

MR. KASTENBERG: Sure. We can take a break.

we started earlier this afternoon. That is the May 2001 letter that Mr. Shapiro wrote to Mr. Rawlings.

A. I have that document. It's the first one we talked about.

Q. Yes. And you see that in the middle of Exhibit 1 there's a sentence that says, "I do want to take this opportunity to say that I believe we are in agreement with the general principles that this group has set forth."

Do you see that sentence?

A. Yes.

Q. Okay. Now, if we go back to Exhibit 23 that we were just looking at -- and that is the draft report and recommendations from the 568 Presidents Working Group -- if you turn to the page in that document that ends in 544.

A. 544.

Q. Right there. You'll see there's a heading that says, "Financial Aid Principles."

A. Just a second. Almost there.

Q. Sure.

A. 543. Okay. All right. Go ahead.

Q. The bottom part of the page has a heading

that says, "Financial Aid Principles."

Do you see that?

A. I see that.

Q. And there are six principles listed there. Could you just take a moment and read those six principles to yourself.

A. Yes, I read the six principles.

Q. During your -- I should say during the latter part of your tenure at Princeton, did you disagree with any of those general principles?

MR. NORMAND: Objection to form.

A. Number 5 does not apply to us, but the other five -- 1, 2, 3, 4, and 6 I agree with.

Q. Okay. Was there any -- putting aside Number 5, which you said does not apply to Princeton, was there any point during your tenure as the director of financial aid in which you disagreed with any of the other five principles?

A. No. I did not ever disagree with the five principles.

Q. Okay. Did you view any of these principles as being unique to the 568 Presidents Working Group?

A. No. I think the principles were agreed to

by a much larger group.

Q. Do you view these principles as being foundational to or shared by most of the financial aid community?

MR. NORMAND: Objection to form.

A. I don't know about most of the financial aid community. There would be a large number of institutions that would agree to these principles.

Q. So after the 2001 decision by Princeton not to join the 568 Presidents Group, is it accurate that you did not participate in any meetings of that group or the subcommittees of that group?

A. I don't remember which meetings I may have attended or which I did not. I may very well have not attended any of their meetings.

Q. As you sit here now, are you able to recall having ever attended any 568 Presidents Group meetings?

A. I do not remember that I attended any of the working group meetings.

Q. Okay. Were you ever a member of the 568 Group technical committee?

A. The what committee? Excuse me.