# EXHIBIT 136

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*DONALD BISHOP*

*August 16, 2023*

LEXITAS™

sense. I think that's a common sense. I don't think that's an idealistic comment. I think it's a commonsense, marketing, enrollment management answer.

Q Your view is that using resources for need-based aid would increase diversity in what respect?

I know, another basic question, but you --

A Yeah.

Q -- your view was it would increase ethnic, racial, socioeconomic?

A I think all --

Q I don't want to put words in your mouth.

A Yeah. So if you look at -- so 32 percent of the American students had a 4-year college are Pell students.

If you look at the most selective 46 private national research universities, they're identifying that they're at around I think 14 percent. Okay?

Now, part of that is just the students aren't prepared enough in the

competition. They don't take the classes. They don't -- they haven't scored as well. Their grades are not as good.

So it's -- part of the problem is getting enough of those low-income students prepared to be qualified and then competitive in your process.

But with that said, I think that making sure that all American students, and increasingly, more international, needy students know that we can make it financially affordable for you to be here, that you're wanted to be here, and that we have support systems.

A low-income student doesn't just need financial aid. Even if they're really smart, there are some social dynamics at these schools that -- you know, my kids are upper-middle income, and at one particular school where one of my children went, they kind of felt like they were considered in the poor group because they weren't super rich.

That's not a healthy environment.

So we want to make sure that Notre Dame has a distribution. Also, the faculty would argue from the learning standpoint in the classroom, all points of view, and do people from lower income have a different point of view? Do people who are black -- and, you know, we just saw the Supreme Court ruling -- it sounds to me like the Supreme Court has said, Well, we're more comfortable with you making distinctions by income than by race.

So -- but everybody's acknowledging that universities ought to have a robust group of kids from different backgrounds, including engineering versus English. You know, some of the stuff we do is we don't have enough English majors, you know, or the science majors we have, way over loaded on pre-meds, right? And it's not unique Notre Dame on some of that stuff.

So we're trying to build this diverse group of students because we think it will be more attractive. But we also think it will be a better learning

environment and make our graduates more effective in being leaders in a broader society that we believe and hope America is going to embrace.

Now, that's idealistic. I will admit, that's idealistic but...

Q I mean, you've earned it over 45 years. You can have that view.

A But I truly think that the top students are looking at these things. And if you don't provide them, you're going to lose some kids you really want.

Q Do you know whether during your tenure you increased the socioeconomic diversity of the undergraduate student body?

A I believe we did, yeah.

Q Measured how?

A So measured by, one, percentage of students on financial aid.

If you -- so when you get their FASFAs -- and you can overlay that, the IM methodology, but the FASFA gives you all the data you need to do this. You know, what is the average family income? What

a few questions for the witness, if that's okay.

EXAMINATION BY
MS. GORAB:

Q Mr. Bishop, can you hear me all right?

I lost my voice and it's yet to return. So I hope you can hear me.

A I can hear you.

Q Okay. Great.

I just have a few quick questions for you.

THE COURT REPORTER: Can you state your name?

MS. GORAB: Oh, sorry, Lauren Gorab for Vanderbilt.

A And could I ask what position you're in at Vanderbilt?

MS. KIRKPATRICK: She's a lawyer.

BY MS. GORAB:

Q So sorry, I represent Vanderbilt.

A Okay. Great.

Q So during your time at Notre

Dame, to your knowledge, did Notre Dame ever make any agreement with any other school regarding tuition levels?

A Not to my knowledge.

Q And during your time at Notre Dame, are you aware of whether Notre Dame made any agreement with any other school with respect to individual aid packages?

A I would say that that's a no, I don't believe we did.

Q And during your time at Notre Dame, did you ever become aware of any penalties, consequences or the like if any university failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?

A Two answers to that. No. And had I had any inclination that that was a possibility, I would have spent more time on it.

MS. GORAB: Thank you. Nothing further from me.

MR. NORMAND: I have no further.

MR. VAN KIRK: Anybody else on