# EXHIBIT 137

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*LESLIE BRIDSON*

*July 13, 2023*

LEXITAS™

Yes.
Q. And what were some of those best practices?
A. That we revised?
Q. Yes.
A. I don't recall which ones I was involved in.
Q. Not a single one?
A. I don't recall.
Q. About how many schools were in the 568 Group?
A. I'm not sure of the exact number.
Q. Do you have a ballpark?
A. Maybe 20.
Q. What were the requirements for a school to be in the 568 Presidents Group?
A. To be need-blind in the admissions process.
Q. And what is need-blind?
A. It means that someone's financial status won't impact them in the admissions process.
Q. Is that how the 568 Group defined it or is that how MIT defined it?
A. I don't know how the 568 Group defines it.

I know that's how MIT defines it.
Q. Did you ever discuss, either in your work in the technical committee or in the group as a whole, what it meant to be need-blind?
MR. RYBNICEK: Objection to form.
You can answer if you're able.
A. I believe we did.
Q. And so what were those discussions about?
A. I don't recall. I just believe I recall that there were some discussions.
Q. Who do you recall having those discussions with?
A. I don't have a strong recollection. I think it was at a 568 conference.
Q. The general conference?
A. Uh-hmm.
Q. Did the technical committee have any role in determining whether member schools are eligible to join the 568 Group?
A. Not that I'm aware of.
Q. But you know that there were memoranda of understanding that schools had to sign certifying that they complied?
A. Yes.

Methodology Policy Guidelines." And that's dated December 2016. Correct?

A. Yes.

Q. Have you seen this document before?

A. Yes.

Q. And MIT was a member of the 568 Presidents Group in December 2016. Correct?

A. Yes.

Q. And members of the 568 Presidents Group agreed to use the consensus methodology. Correct?

MR. RYBNICEK: Objection to form.

You can answer.

A. We agreed -- there was no agreement to use anything. We could use what we wanted and not use what we did not want to use.

Q. Did you agree on a common set of standards?

A. I don't recall.

Q. So I want to direct your attention to page 2 under the "Background" section. You'll see that it says, "On April 18, 2000, the 568 Presidents Group met and appointed eight senior financial aid professionals from participating 568 institutions to serve on a

A. I don't recall.
Q. Is MIT a need-affirmative school?
A. We're a need-blind school.
Q. Can a school be both need-blind and need-affirmative?
MR. RYBNICEK: Objection to form.
You can answer if you're able.
A. I'm not able to answer that because I'm not -- I don't know what the definition of "need-affirmative" is.
Q. Did you ever provide anyone in admissions the financial aid information for any applicant?
A. What do you mean by "financial aid information"?
Q. Any information either in its raw form or compiled about any applicant -- strike that.
Any information from an applicant's financial aid application. Did you ever provide that information to anyone in student financial services?
A. Did I provide that to anyone in student financial services?
Q. Strike that. Let me rephrase.
Did you ever provide information from an

A. I don't recall that.

Q. Okay. You can set that document aside.

MS. BRINN: And we can go off the record.

THE VIDEOGRAPHER: The time is 2:35 p.m. We're now going off the record.

(Recess, 2:35 p.m. to 2:54 p.m.)

THE VIDEOGRAPHER: The time is now 5:54 p.m. We are now back on the record. Excuse me. Strike that.

The time is now 2:54 p.m. We are now back on the record.

BY MS. BRINN:

Q. You had mentioned students appealing their financial aid award. Can you tell me about the appeals process?

A. Sure. Students can appeal their financial aid decision. They can let us know that they've had a change in circumstances since they initially applied, something that they didn't feel there was a place on the application to tell us, things of that nature.

Q. Is there any, like, enumerated list of bases -- bases for which a student could appeal?

A. I believe we might offer some guidelines

that there's no standard amount.

Q. Does MIT ever increase a parent contribution as the result of an appeal?

A. I don't believe we do. What we might discover in an appeal is that they have not provided some significant information on the first go-round. So typically if we see that -- and it's not frequent. But if we do, we won't adjust it. We won't give them less aid, but we will caution them in a future year if the situation remains the same, now that we have this information they can expect to receive reduced aid.

Q. What are the most common reasons for an appeal?

A. I would say income change, unemployment, support of additional family members that wasn't provided in the initial application, or a change of life circumstances, illness with a parent.

Q. Do students appeal for independent status?

A. Yes.

Q. How frequent is that that you receive those appeals?

A. It's certainly less frequent than an appeal for a financial aid decision.

EXAMINATION BY COUNSEL FOR VANDERBILT UNIVERSITY
BY MS. GORAB:
Q. Hi, Ms. Bridson. Can you hear me all right?
A. Yes, I can.
Q. As I said, my name is Lauren Gorab and I represent Vanderbilt University, and I just have few questions for you.
During your time at MIT, to your knowledge, did MIT ever make any agreement with any other school regarding tuition levels?
A. No.
MS. BRINN: Object to form.
Q. During your time at MIT, are you aware of whether MIT made any agreement with any other school with respect to individual aid packages?
MS. BRINN: Object as to form.
A. No.
Q. And during your time at MIT, did you ever become aware of any penalties, consequences, or the like if any university failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?

MS. BRINN: Object as to form.

A. No.

MS. GORAB: Thank you. Nothing else from me.

MS. BRINN: We have a few additional questions.

EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MS. BRINN:

Q. Vanderbilt was a member of the 568 Group. Correct?

A. I don't recall.

Q. You don't recall one way or the other if Vanderbilt was ever a member of the 568 Group?

A. I don't recall.

MS. BRINN: Okay. Nothing further.

MR. RYBNICEK: Nothing further from us. Thank you.

THE VIDEOGRAPHER: Anybody on the Zoom, anything further?

Okay. The time is now 4:33 p.m. We're now going off the record. This ends the deposition.

(Off the record at 4:33 p.m.)

**ATTORNEYS' EYES ONLY**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Henry v. Brown University, et al.

Dep. Date: July 13, 2023

Deponent: Leslie Bridson

CORRECTIONS:

| **Page** | **Line(s)** | **Changes or Corrections and Reasons** |
|---|---|---|
| 16 | 24 | "either changes within financial aid" should read "such as changes within financial aid." (Clarification) |
| 44 | 23 | "we're able to get that money" should read "they're able to get that money" (Transcription error) |
| 65 | 8-17 | "So if a sibling is enrolled in a – if a sibling is enrolled at MIT, we will adjust the formula to reflect a – what we call a 50-50 split rather than follow the institutional methodology formula. And then we have our own formula that we put into the setting of PowerFAIDS to allow for higher costs of institutions. So we are more generous than what institutional methodology sets up" should read "Formerly, if a sibling was enrolled at MIT, we would adjust the formula to reflect a – what we call a 50-50 split rather than follow the institutional methodology formula. And then we had our own formula that we put into the setting of PowerFAIDS to allow for higher costs of institutions. We now follow the institutional methodology formula for multiple siblings in college, because we found that this adjustment wasn't making much of a difference in the EFC." (Deponent did not recall the more recent policy during the deposition but recalled it while reviewing the deposition transcript. It is provided here to ensure Plaintiffs have an accurate record on this subject.) |
| 94 | 1-3 | "We now offer a health insurance grant for low-income students that pay for health insurance through MIT" should read "Beginning in the 2020-2021 aid year, we offered a health insurance grant for low-income students that pay for health insurance through MIT, but this was before the 568 Group dissolved." (Deponent did not recall the date of this policy change during the deposition but recalled it while reviewing the deposition transcript. It is provided here to ensure Plaintiffs have an accurate record on this subject.) |
| 95 | 20 | "noneligible member" should read "eligible nonmember" (Clarification) |
| 170 | 5 | "did not work" should read "did not always work" (Clarification) |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

August 10, 2023 | 4:24:52 PM EDT

Date: ________________________________

DocuSigned by:

Leslie Bridson

C53348AA1DF34EA...

Signature: ________________________________