# EXHIBIT 138

**In the Matter Of:**

*Henry v*

*Brown University*

*LESLIE BRIDSON*

*April 23, 2024*

LEXITAS™

testifying about 2008 to 2009?

MS. BRINN: I understood her to be saying that --

MR. RYBINICEK: Maybe we could do that again, because I don't see it in the transcript either.

STENOGRAPHER: I have it in there. It's on page -- the bottom of 38 to -- I mean the bottom of 37 to 38.

MR. RYBINICEK: Yeah. Oh, I see it.

BY MS. BRINN:

Q I'm just trying to confirm the policy.

So was 2017 to 2018 the first year that MIT implemented a no-loan policy for everyone regardless of income?

A I believe so.

MS. BRINN: I would like to introduce as Exhibit 6, I think we're up to, Tab 13.

STENOGRAPHER: Yes, Exhibit 6.

(Article entitled "MIT to be tuition-free for families earning less than $75,000 a year," no Bates numbers,

the Bates number ending in -- sorry, one second -- in -950.

A I see that.

Q So under Subsection C, we see some revised language here. It says (as read), "MIT uses two need analysis methodologies -- FM to award federal student financial assistance and a variation of IM. MIT's variation of IM incorporates some, but not all, of the aspects of what is known as the Consensus Approach to Need Analysis."

Do you see that there?

A I see that there.

Q Do you have any reason to dispute the accuracy of this statement?

A I do not.

It was also in this year, academic year '11-'12, where MIT implemented the policy where we allowed the federal Pell Grant to reduce the amount of loans and term-time jobs that students had, so in a very generous policy. That's when MIT implemented that, so I want to note that as well.

Q That's a packaging policy, though, correct?

**CONFIDENTIAL**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Henry v. Brown University, et al.

Dep. Date: April 23, 2024

Deponent: Leslie Bridson 30(b)(6)

CORRECTIONS:

| **Page** | **Line(s)** | **Changes or Corrections and Reasons** |
|---|---|---|
| 15 | 25 | "using only Federal Methodologies" should read "using only the Federal Methodology" (Clarification) |
| 22 | 21 | "statement about provide" should read "statement about providing" (Clarification) |
| 54 | 12 | "speaks to itself" should read "speaks for itself" (Clarification) |
| 77-78 | 25-2 | "playing a lead role in schedule meetings and taking – schedule meetings, doing Doodle polls" should read "playing a lead role in scheduling meetings, doing Doodle polls" (Clarification) |
| 88 | 18 | "So it wasn't really – it was more in line – that's – we knew IM was headed in that direction, and so . . ." should read "It was more in line with the fact we knew IM was headed in that direction" (Clarification) |
| 91 | 3-5 | "We continue to have a – what we call a 50/50 split for siblings at the – at MIT or perhaps similarly priced schools" should read "We continue to have what we call a 50/50 split for siblings at MIT or perhaps similarly priced schools" (Clarification) |
| 95 | 16-18 | "That the group was – I agreed – yes, I agreed that what we discussed was the 1.2 times cap for the home equity" should read "Yes, I agreed that what we discussed was the 1.2 times cap for the home equity" (Clarification) |
| 102 | 6 | "Need Analysis Handbook, Manual" should read "Need Analysis Manual" (Clarification) |
| 113 | 9 | "was – that it wasn't a section that was" should read "wasn't a section that was" (Clarification) |
| 122 | 12-13 | "And so if you're trying to draw the – a bright line between – I mean, I just" should read "I just" (Clarification) |
| 124 | 6 | "made up for with MIT grant money" should read "made up for that loss with MIT grant money" (Clarification) |

| | | |
|---|---|---|
| 124 | 9-10 | “I’m trying to have the – reflect that that is not accurate” should read “I’m trying to have the record reflect that that is not accurate” (Transcription error) |
| 127 | 21 | “so in a very” should read “so a very” (Clarification) |
| 137 | 6-7 | “examples of where some of the ideas that some – that were discussed in 568” should read “examples of where some of the ideas that were discussed in 568” (Clarification) |
| 161 | 8-9 | “so we really considered it to – and consider it IM, our version of IM” should read “so we really considered it to be and still consider it our version of IM” (Clarification) |
| 174-75 | 25-1 | “we did how they used that table” should read “we did use it how they used that table” (Clarification) |
| 192 | 4-7 | “I don't know enough about the educational program and -- at MIT and to speak about the impacts of the 568 conversations to the educational program” should read “I don’t know enough about the educational program at MIT to speak about the impacts of the 568 conversations on the educational program” (Clarification) |
| 192 | 14-15 | “I don’t believe it – that specific goal was why we joined” should read “I don’t believe that specific goal was why we joined” (Clarification) |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: June 7, 2024 | 2:07:19 PM EDT

Signature: DocuSigned by: Leslie Bridson
C53348AA1DF34EA...