# EXHIBIT 139

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*MEGAN CHAN*

*April 16, 2024*

---

LEXITAS™

M. CHAN - CONFIDENTIAL/AEO

the document is titled "2023 to 2024 Special Circumstances/Appeal Quick Guide."

(Chan Exhibit 4, 2023 to 2024 Special Circumstances/Appeal Quick Guide, beginning Bates USC0000003339, remotely introduced and provided electronically to the reporter.)

BY MS. LAWOYIN:

Q. Do you recognize this document.

A. Yes.

Q. In general terms, what is it?

A. The Special Circumstances Appeal Quick Guide is a document we use to keep -- to train our staff who are either reviewing files or meeting with students and families on what special circumstances USC will consider for making professional judgment adjustments.

Q. And what are professional judgment adjustments?

A. A professional judgment adjustment is something that is a unique special circumstance that a family may be

M. CHAN - CONFIDENTIAL/AEO

experiencing that impacts their ability to contribute to their student's education.

Q. Is there a difference between a review of special circumstances and an appeal?

A. There is a difference in the sense that a student can note special circumstances in their CSS Profile at the time of application, and our processors will review that in the first review of a student's file, whereas an appeal would be something that would occur after the student has already received their financial aid package and is requesting additional assistance.

Q. If you look at the third paragraph from the top of the document, it begins with: If the parent/student cannot submit a lack, have the parent/student submit a detailed letter of explanation.

What is a "lack"?

A. A lack is a term that we use internally at USC to describe a document request.

M. CHAN - CONFIDENTIAL/AEO

Q. When a financial aid reviewer exercises professional judgment in determining a student's financial aid award, is that reflected somewhere in USC's system, which I understand to be called SIS?

A. Yes, financial aid administrators must leave notes in our student information system about the professional judgment determinations that they're making and the basis on which they've made them.

Q. Is that true of every exercise of professional judgment that might be made?

A. Yes.

Q. Zooming out a little bit, why does USC permit its financial aid personnel to exercise professional judgment when determining financial aid awards?

A. USC allows its financial aid administrators to exercise professional judgment so that they can accurately capture the family's financial situation and make an assessment of their ability to pay for the student's education.

M. CHAN - CONFIDENTIAL/AEO

Q. Yes. And actually I'll start by asking you a different question.

Why does USC use its own methodology as opposed to just the federal methodology, for example?

A. USC uses its own institutional methodology because we've determined that it's a better way to accurately assess a family's ability to pay for the student's education.

Q. And in developing its own methodology, did USC consider using aspects of the institutional methodology?

A. Do you mean the institutional methodology from the College Board?

Q. Yes.

A. Yes, we do use some aspects of the College Board's institutional methodology.

Q. When USC's -- when the family contribution determined by the USC methodology is below the -- is below the family contribution determined by the federal methodology, which does USC use to

M. CHAN - CONFIDENTIAL/AEO

budget?

A. Yes. If we come in under budget, the difference is put into a reserve.

Q. Do you know right now if that reserve is positive?

A. It is not. We don't have a reserve at the moment.

Q. Are you familiar with something called the institutional methodology?

A. Apart from USC's institutional methodology?

Q. Yes. The College Board's institutional methodology. Does that sound familiar?

A. Yes, yes.

Q. Is USC's institutional methodology based on the College Board's institutional methodology?

A. In some ways, yes.

Q. What software does USC use to calculate financial aid awards?

A. We use our student information system, which is a homegrown system.

Q. It looks a little bit old based

May 6, 2024

Enclosure to May 6, 2024 Letter to Counsel re *Henry, et al. v. Brown University, et al.*, Case No: 1-22:-cv-1125; University of Southern California's 30(b)(6) Deposition Transcript Errata

Consistent with the Deposition Errata Sheet enclosed with the April 16, 2024 Deposition Transcript, this chart details USC's changes and/or corrections to the Transcript and includes the deponent's sworn signature verifying the same.

**<u>Deposition Transcript Errata</u>**

| **Page:Line** | **Change from - to** | **Reason for change** |
|---|---|---|
| 34:17 | Change from "Contributions" to "Contribution" | Typographic error |
| 35:22 | Change from "co-file" to "profile" | Typographic error |
| 60:8 | Change from "fall 26020" to "fall 2020" | Typographic error |
| 61:4 | Change from "I'm" to "In" | Typographic error |
| 61:5 | Change from "calculation. Those" to "calculation, those" | Typographic error |
| 62:24 | Change from "our" to "the" | Typographic error |
| 82:3 | Change from "was cut off" to "was the cut off" | Typographic error |
| 96:23 | Change from "we" to "yes" | Typographic error |
| 102:2 | Change "why attending" to "by attending" | Typographic error |
| 105:18 | Change "Ms. Lawoyin" to "Mr. Cipolla" | Mistaken reference to defendant's counsel rather than plaintiff's counsel |

DEPOSITION ERRATA SHEET

Case Caption: Henry v. Brown University

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Megan Chan
______________________________
MEGAN CHAN

Subscribed and sworn to on the 6 day of May, 2024, before me,

Wonsuck Chu
______________________________

Notary Public, in and for the State of

California

See attached

**CALIFORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2024, by
*Date* *Month* *Year*
(1) Megan Chan
(and (2) ——),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature [signature]
*Signature of Notary Public*

WONSUCK CHU
Notary Public - California
Los Angeles County
Commission # 2440228
My Comm. Expires Mar 2, 2027

*Seal*
*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

**Title or Type of Document:** Deposition **Document Date:** April 16, 2024

**Number of Pages:** 1 **Signer(s) Other Than Named Above:** ——

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910