# EXHIBIT 141

**In the Matter Of:**

*Henry v*

*Brown University*

---

*MALINA CHANG*

*March 20, 2024*

---

LEXITAS™

believe that this approach would serve to diminish or eliminate divergent results?

A Caltech told the chair of the 568 Group that Caltech was not using consensus methodology.

Q Did that conversation occur?

A Yes.

Q When did that conversation occur?

A At the June meeting, the Arizona meeting, when we asked what the requirements were to join 568. And it was only need-based because Caltech was not doing consensus methodology, and that was not a requirement to join 568.

Q And Caltech told the 568 Group chair, you said, that it would not use the consensus methodology?

A Caltech told the chair that Caltech is not -- would not -- Caltech is only doing IM, and it would not do consensus methodology. And our understanding, even at that meeting, that there was no requirement to use consensus methodology. If there were a requirement to use consensus methodology,

Caltech would not have joined 568.

Q Was this Crewell that made this statement?

A Which statement?

Q That Caltech would not be using the consensus methodology?

A Don Crewell had said in the past that Caltech was not IM for all of our students, so we would not be able to be part of 568. So when I asked at the 2019 meeting, what is the requirement to be part of 568, and I was told the only requirement is that you're need-blind, and I came back and confirmed with Don. The only requirement to be part of 568 is to be need-blind.

Q I understand about the requirements. I'm not asking about the requirements. I'm asking about specifically this statement that was made to the chair of 568 that Caltech was not using the consensus methodology.

Who made that statement at Caltech?

A I told -- I told -- I came down and said Caltech did not use consensus