# EXHIBIT 142

# FILED UNDER SEAL