# EXHIBIT 143

**In the Matter Of:**

*Henry v*

*Brown University*

---

*LEE COFFIN*

*August 22, 2023*

---

LEXITAS™

balancing of outcomes with available resources.

MR. NORMAND: I have no further questions.

I don't know if anyone on the phone has any questions.

MS. GORAB: Hi. Yes. This is Lauren on behalf of -- sorry. Lauren Gorab on behalf of Vanderbilt University.

Can you hear me all right, Mr. Coffin?

THE WITNESS: Yes, I can.

MS. GORAB: I just have a few quick questions for you.

EXAMINATION BY COUNSEL FOR VANDERBILT UNIVERSITY

BY MS. GORAB:

Q. During your time at Dartmouth, to your knowledge, did Dartmouth ever make any agreement with any other school regarding tuition levels?

A. No.

Q. During your time at Dartmouth, are you aware of whether Dartmouth made any agreement with any other school with respect to individual aid packages?

A. No.

Q. And during your time at Dartmouth, did you ever become aware of any penalties, consequences,

or the like if any universities failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?

A. That was a long question. Could you repeat it once more for me?

Q. Sure. Of course. During your time at Dartmouth, did you ever become aware of any penalties, consequences, or the like if any university failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?

A. No.

MS. GORAB: Nothing further from me. Thank you.

MR. LITVACK: Any questions from anyone else?

Okay. I take that as being no.

I have no questions.

MR. NORMAND: I have no further questions.

THE VIDEOGRAPHER: This marks the end of today's deposition of Lee Coffin. We are now going off the record. The time is 5:54 p.m.

(Off the record at 5:54 p.m.)

# E R R A T A  S H E E T

I, LEE COFFIN, do hereby certify that I have read the foregoing transcript of my testimony, and further certify that said transcript is a true and accurate record of my testimony (with the exception of the following corrections listed below):

| Page | Line | Correction |
|---|---|---|
| 19 | 1 | "and" should be "an" |
| 69 | 18 | "book" should be "books" |

Signed under the pains and penalties of perjury this 21 day of September, 2023.

[signature]

LEE COFFIN