# EXHIBIT 144

**In the Matter Of:**

*Henry vs*

*Brown University*

---

*JANICE COLEMAN*

*September 15, 2023*

---

LEXITAS™

A I just know that for Duke we use the IM, not the base, when determining if a family is eligible to pay.
Q Do you have an understanding as to how the base IM compares to the Duke IM?
A I don't.
Q If we go to page 19 of the PDF, this is a slide titled Improving America's Schools Act of 1994.
Do you see that language?
A Hold on one second.
Q I think it's on the screen.
A Yes, got it.
Q And there's a bullet point that begins, Under the law.
Do you see that?
A Yes.
Q And it says, Under the law, colleges and universities that are need-blind in their admissions decisions qualify for a limited antitrust exemption that allow them to establish common principles for assessing financial need.
Do you see that language?
A Yes, I do.
Q Did you have any understanding, during your

tenure at Duke since 2010, as to whether the school was falling under that antitrust exemption?
A I do know that we are need-blind.
Q And what is your understanding of need-blind?
A That the admissions office does not have any consideration or take into consideration when students apply for admissions their financial aid.
Q And what is your understanding for that Duke is need-blind? What is the basis for your understanding of that?
A Is that we don't share information to admissions office about financial aid, a family's financial aid.
Q Have you at Duke ever worked in admissions?
A No.
Q If we go to page 20 of the PDF, that is a slide titled Consensus Methodology Summary.
Do you see that language?
A Yes.
Q And the third bullet point says, College Board IM serves as a foundation for this and a platform for further work.
Do you see that language?
A Uh-huh, yes.

A Same.

Q And I know it's a general question.

But can you explain to me your understanding of Duke's packaging policy?

A Yes. The policy is that once we determine expected family contribution, we actually determine what the aid package award would look like and what they're eligible for.

Q And what does the aid package award typically involve? Does it involve things like loans or grants or work study?

A Yes, it does.

Q And has there been, since 2010, to your knowledge, a general way of packaging that reflects those components?

A That is above me. I don't -- that's a more technical.

Q In other words, if you know, since 2010, for example, has Duke typically awarded as part of packaging a loan of a given amount or a grant of a given amount; or is that not something you've been on the front lines with?

A It is based on the family's expected family contribution.

Q And do you know if, from year to year, the

attending the 568 meetings as to why Duke was part of the group?

A No.

Q And that's not something you can recall discussing with your colleagues at all?

A That's correct. No.

Q Do you recall ever being asked to summarize what had happened at any 568 meeting?

A No.

MR. NORMAND: I have no further questions.

MR. MORSCH: Thanks, Ted.

Anybody on the defense side want to ask any questions of Ms. Coleman?

MS. PHADTARE: Yes, I have a couple questions.

MR. MORSCH: Please proceed.

E X A M I N A T I O N

BY MS. PHADTARE:

Q Ms. Coleman, thank you for your time today. My name is Rucha Phadtare. I'm with the law firm White & Case, and we represent Vanderbilt University in this case. I just have a couple of follow-up questions.

During your time at Duke, to your knowledge,

did Duke ever make any agreement with any other school regarding tuition levels?
A No.
Q During your time at Duke, were you aware that Duke made any agreement with any other school with respect to individual aid packages?
A No.
Q During your time at Duke, did you ever become aware of any penalties, consequences, or the like if any university failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?
A No.
Q How many applications for undergraduate admission does Duke typically receive each year?
A I do not know. That would be a question for our director of admissions.
Q And do you know on average how many other schools do the undergraduate applicants to Duke apply to in a given year?
A I don't know.
MS. PHADTARE: Thank you.
Nothing further from me.
MR. MORSCH: Anybody else?
MR. NORMAND: I had one question, Jim.