# EXHIBIT 147

# FILED UNDER SEAL