# EXHIBIT 148

**In the Matter Of:**

*Henry vs*

*Brown University*

---

*MELISSA COSTANZI*

*June 29, 2023*

---

LEXITAS™

before making decisions? Is that what you're asking?

Q. The financial aid packages.

A. That's before me -- the answer to that is no, we do not have access to financial aid information prior to somebody being admitted during the regular decision review.

Q. And when we get to the waitlist. You do have that information about the financial aid package before you convey a decision about whether the person is admitted; is that correct?

A. We determine who we want to admit and then get that information from financial aid. So we know we do want to admit these people and then get the information from financial aid.

MR. GILBERT: Let's take a break.

THE VIDEOGRAPHER: Off the record at 1:56.

(Short break.)

THE VIDEOGRAPHER: On the

MS. SABER: Hi, my name is Leili Saber, I'm with the law firm White & Case, and we represent Vanderbilt University in this action.

Can you hear me okay?

MR. FENSKE: Now, we can, yes.

THE WITNESS: Yes.

MS. SABER: Okay. Sorry about that.

\- - -

EXAMINATION

\- - -

BY MS. SABER:

Q. Ms. Costanzi, thank you so much for your time today. I only have a couple of follow-up questions.

A. Okay.

Q. During the time at Georgetown, to your knowledge, did Georgetown ever make any agreement with any other school regarding tuition levels, whether absolute or net?

A. Not that I'm aware of.
Q. Thank you.
And during your time at Georgetown, are you aware that Georgetown made any agreement with any other school with respect to individual aid packages?
A. Not that I'm aware of.
Q. Thank you.
And during your time at Georgetown, did you ever become aware of any penalties, consequences, or the like, if any university failed to follow any particular methodology with respect to assessing a student's ability to pay, for financial aid purposes?
A. Not that I'm aware of.
MS. SABER: Nothing further for me. Thank you.
- - -
EXAMINATION
- - -
BY MR. GILBERT:
Q. To your knowledge, did the universities share information through

CONFIDENTIAL

**ERRATA SHEET FOR THE TRANSCRIPT OF MELISSA COSTANZI**

Case Name: Henry v. Brown University, et al.

Dep. Date: June 29, 2023

Deponent: Melissa Costanzi

**CORRECTIONS:**

| *Pg* | *Ln* | *Change* | *Reason* |
|---|---|---|---|
| 18 | 18 | "was" to "were" | Clarity |
| 20 | 1 and 3 | "structure" to "structured" | Accuracy |
| 27 | 4 | "answers" to "answer" | Clarity |
| 39 | 3 | "decision deadline" to "application deadline" | Accuracy |
| 57 | 10 | "regional" to "region" | Accuracy |
| 58 | 6-7 | "not yet been admitted, not yet been admitted" to "not yet been admitted" | Clarity |
| 58 | 13 | "admission" to "admissions" | Accuracy |
| 62 | 2 | "students we can admit, certain points how" to "students we can admit at certain points, how" | Clarity |
| 68 | 2 | Add "it" before "marked" | Clarity |
| 70 | 2 | "do" to "will" | Clarity |
| 81 | 11 | Add "that" before "there's" | Accuracy |
| 84 | 1 | Add "the" before "early action" | Accuracy |
| 86 | 22 | "to" to "for" | Clarity |
| 94 | 9 | "top, top" to "top, top, top" | Accuracy |
| 94 | 18 | "On" to "And" | Accuracy |
| 98 | 13 | Should be exhibit 32E, not 32B | Accuracy |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 103 | 10 | "very, very" to "very, very, very" | Accuracy |
| 116 | 3-4 | "workstation's" to "work station is" | Clarity |
| 170 | 13 | "president of" to "president's" | Clarity |
| 177 | 12 | "should be" to "should not be" | Accuracy |
| 192 | 16 | "advancements" to "advancement" | Accuracy |
| 210 | 8 | "almost" to "only" | Accuracy |
| 240 | 6 | "a compiled data" to "compiled data" | Clarity |
| 242 | 12 | "we were provided" to "we were asked to provide" | Accuracy |
| 263 | 10 | "don't" to "doesn't" | Clarity |
| 263 | 18 | "university colleges" to "universities and colleges" | Clarity |
| 266 | 12 | "submissions" to "admissions" | Accuracy |
| 266 | 21 | "held" to "heard" | Clarity |

I, Melissa Costanzi, under penalty of perjury pursuant to 28 U.S. Code § 1746, certify that I have read the foregoing transcript of the testimony given by me at a deposition on June 29, 2023, and that pages 1 through 328 of the transcript are a true and accurate record of the testimony given by me at that deposition except as I have indicated on this errata sheet.

DATED: July 27, 2023

/s/ Melissa Costanzi

Melissa Costanzi