# EXHIBIT 149

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*DORIS DAVIS*

*December 15, 2023*

---

LEXITAS™

Cornell ever look at the impact on financial aid spending?

A. Absolutely not.

Q. So when you say absolutely not, how do you know that?

A. Because we were need-blind in admissions. Need-blind means that when we're reviewing a student's application, the person reading the application has absolutely no idea if the student is applying for financial aid. And we were very clear about that.

Q. Would so an admissions officer know whether an applicant was a first generation college student?

A. Perhaps. Perhaps. Perhaps.

Q. Would it be so an admissions officer know whether an applicant was a legacy?

A. Yes.

Q. How would the admissions officer be aware if an applicant was a legacy?

A. Because there's a question on the application that asks students where your family went to college.