# EXHIBIT 150

**In the Matter Of:**

*Henry v*

*Brown Univeristy*

---

*JOHN DEGIOIA, PH.D.*

*February 16, 2024*

---

LEXITAS™

JOHN J. DeGIOIA, Ph.D. | 02.16.24

used the immersive method. So it's a little bit similar to that. All right.

All right. So coming back to Levin's comment about: We'd be collecting zero tuition. The Georgetown budget does not have a fixed immutable amount of money each year for financial aid, does it, or can't it just increase the amount of its budget for financial aid each year?

ATTORNEY MILLER: Objection. Form. Foundation.

A. We establish a budget each year.

Q. Uh-huh.

A. We do run on very -- in a very disciplined way, so we do hope that our projections will enable us to stay within budget, but we are committed to a need-blind, full-need financial aid policy for our undergraduates, and we've been able to honor that.

Q. But the budget is not static every year; right? It can increase every year --

ATTORNEY MILLER: Hang on. You have to give him an opportunity to ask the question,

to pay would be and that served then as the basis for our full-need financial aid policy, but each school was free to do whatever they wanted to do when they went back to their campuses and --

Q. What does -- I'm asking what specific words mean.

A. Okay.

Q. Okay? So you say a consensus is a shared understanding. When you say "a shared understanding," you mean like a meeting of the minds? I mean, what is a shared understanding?

A. Well, again, I was placing it in distinction to the term that you added, which was "agreement," and there was no formal agreement that any member of the 568 Group would follow the common methodology, that consensus methodology. There was no agreement that anybody would actually follow what was developed. It was developed in the context of some outstanding practitioners bringing the best practices to bear in developing a methodology that would then be available to

any campus as they chose to use the policy. And it was intended to reflect that this is the judgment -- this is a shared understanding among a group of professionals that these -- this approach to assessing a family's ability to pay was developed by a group of colleagues working together, but then each school was free to go back to their place and do whatever they deemed appropriate. We just all had to be need-blind.

Q. All right. Why did Yale leave the 568 Group around 2008?

A. I don't know.

Q. Did you ever ask anyone at Yale why they left?

A. I don't recall asking anyone.

Q. Did anyone at Yale ever send you a letter explaining they were leaving?

A. It would not -- when I was chair, so if it was the time when I was chair, it would not be unusual that if a school is leaving, they would send me a formal letter.

ATTORNEY GILBERT: Tab 52 is going to be the next exhibit.

**ERRATA SHEET FOR THE TRANSCRIPT OF JOHN J. DEGIOIA**

Case Name: Henry v. Brown University, et al.

Dep. Date: February 16, 2024

Deponent: John J. DeGioia

**CORRECTIONS:**

| *Pg* | *Ln* | *Change* | *Reason* |
|---|---|---|---|
| 23 | 21 | Change "2021" to "2001" | Accuracy |
| 29-30 | 23-7 | Add quotations to indicate direct quotes from document:<br><br>The article states: "The group," referring to the 568 Group, "is said to have arrived at a set of principles," and I'm reading from the fifth paragraph. "But Princeton's recent move toward an all-grant system of aid may set off a bidding war among elites that could damage or destroy the nascent principles the group had crafted, some say." | Accuracy |
| 32 | 4 | Add "the" before "year" | Clarity |
| 42 | 6 | "served" to "serves" to accurately reflect the document being quoted. | Accuracy |
| 44 | 10 | "Admission" to "Admissions" | Accuracy |
| 82 | 20 | Change "Barley" to "Bartley" | Accuracy |
| 141 | 23 | Change "Bart more" to "Bart Moore" | Accuracy |
| 153 | 22 | Change "to me" to "for me" | Clarity |
| 191 | 18 | Change "I wasn't" to "I was" | Accuracy |
| 193 | 14 | Change "packages?" to "packages." | Accuracy |
| 204 | 5 | Change "address" to "addresses" | Clarity |

| | | | |
|---|---|---|---|
| 207 | 24 | Change "that's" to "that" | Clarity |
| 217 | 24 | Change "heighten" to "heightened" | Accuracy |
| 233 | 9 | Change "JTWNU0000258186" to "GTWNU_0000258186" | Accuracy |
| 235 | 7 | Change "November 24" to "November 4" | Accuracy |

I, John J. DeGioia, under penalty of perjury pursuant to 28 U.S. Code § 1746, certify that I have read the foregoing transcript of the testimony given by me at a deposition on February 16, 2024, and that pages 17 through 286 of the transcript are a true and accurate record of the testimony given by me at that deposition except as I have indicated on this errata sheet.

DATED: March 28, 2024

[signature] March 28, 2024

John J. DeGioia