# EXHIBIT 151

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

*ROBERT DONAGHEY*

*March 06, 2024*

LEXITAS™

R. Donaghey - Middlebury - Confidential
restrictive as I might have seen the Overlap Group.

Q Okay. And part of your answer said, you know, you'd ask information so they'd come to a similar outcome.

Did you see some sort of benefit of coming together for similar outcome to the families?

A I felt it had benefited the family because they were then able to make a decision based on the best fit of school as opposed to who was offering more financial aid.

Q Was one of the goals -- strike that.

Would it be fair to say one of the goals of the 568 Group at the time you were attending it was also to promote need-based award over merit-based awards?

MR. HEINS: Object to form.

A I believe that the understanding was that need-based awards were the more desirable direction to go, yes.

Q Was it also a goal of the 568