# EXHIBIT 152

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*SARAH DONAHUE*

*March 26, 2024*

---

LEXITAS™

I mean, the details of that I think you probably have, but it was an exciting time because we knew from having conducted focus group meetings and from our own internal research that we often -- that students -- talented students from low-income backgrounds were often not even applying to Harvard because they didn't understand that there was financial aid that would make it possible for them to come. And that was a source of great concern for us.

And President Larry Summers at the time was pretty passionate about it and delivered a speech at the ACE in -- the American Council on Education in I think it was February of 2004, that really outlined a lot of the rationale behind our initiative.

Q. Do you recall what factors in particular drove the school to create the financial aid initiative?

A. I think primarily it was the growing gap in opportunity nationally between the experience of students who had grown up in higher resource environments and those who had not and our long-standing commitment to excellence and then

making sure that there was opportunity across the economic spectrum for all students and their families.

And the fact that that gap was growing, we thought perhaps we were not attracting talented students across all economic backgrounds, was of concern to us. So we felt that we needed to really signal the affordability of Harvard and actually of higher education in general.

That initiative also had -- we launched the Crimson Summer Academy, which was sort of an early -- it is a program that's really terrific that -- sorry about that noise -- that takes students from high schools in the Boston area who are good students and helps them prepare for college through a variety of activities.

It was really an exciting . . .

I think there was another component. I'm kind of blanking on that right now. The financial aid component was, you know, instead of saying apply for financial aid, you file this form, you file that form, there is a need analysis, we come up with this, we come up with that, we just said, you know what, if your family income is under

$40,000, we won't expect your parents to contribute.

And it really did strike a nerve in a way that we knew immediately that it was a good thing to have changed the way we spoke about our financial aid program.

Q. With respect to the financial aid initiative, were there any other financial aid components other than the $40,000 threshold you just described?

A. Yes. We also reduced the expected parent contributions in the income range of $40,000 to $60,000, I think. Zero to 40 and then reduced up to 60. I can't remember if there was another component. There might have been.

Q. Do you recall the school calculating how much it would cost them on the financial aid front to implement the thresholds you just described?

A. I do recall we needed to do that. We did that.

Q. Do you recall what the range of increased cost was? It's only been 20 years, so . . .

A. I don't. And I've been retired for a couple years. I don't recall the number. I

for people who had money.

Q. Do you recall whether these income thresholds as of 2004, did they change over time during your tenure?

A. They did. I think they changed a couple times during my tenure and I think they've changed since. A number of years after 2004 -- I don't remember the year exactly -- we increased the $40,000 to $60,000. And then the $60,000 to $80,000.

I believe it then went up to $65,000. So no expected parent contribution for families with incomes under 65.

And I think it's now even $85,000 or something. But again, I'm not sure. I'm not there.

Q. And do you recall during your tenure how the subsequent income thresholds were set, the $60,000 or the $65,000?

A. Well, I mean, I think by taking a look at our families, again, and then also looking at the rate of inflation and wanting to make sure that the progress we'd made in keeping Harvard affordable continued to keep Harvard affordable.

up in any 568 meetings, can you recall revisiting the issue with your colleagues after the fall of 2000?

A. I'm sorry. You mean revisiting the issue of need-based aid versus merit and athletic scholarships?

Q. That's right. I'm sorry if I was ambiguous.

A. No. That's okay. I don't specifically recall discussing that with my colleagues in the 568 Group. It seemed too obvious to me.

Q. Do you recall forming any understanding as to whether one of the principles of the 568 Group was to make need-based aid the primary way of awarding institutional aid?

A. I'm sorry. I don't specifically recall that.

Q. And during your tenure at Harvard from 2000 to 2018, did the school ever award merit aid?

A. Not from our office of financial aid.

Q. When you say not from your office of financial aid, was there some other merit aid that would be awarded, if you know?

A. I don't know. I think there were various

Q. And do you know how much was raised for the financial aid program in particular?

A. I did know. I have forgotten that figure. It was a lot.

Q. Just a few more questions for now.

Can you recall what software the school used during your tenure for its calculating of financial aid awards?

A. Sure. I mean, we use the -- let me dig back into my limited IT memory. We used the profile form. And it would -- PowerFAIDS was the financial aid database that we used that would -- it was really terrific.

It would pull in the federal -- the federal data would come in through another mechanism and then be loaded into the PowerFAIDS system that would allow us also to load in the tax forms that we collected through the IDOC system of the College Board and the noncustodial profile form that would also come into PowerFAIDS.

And then you could go in and add, you know, extra expenses that were considered to be, you know, necessary. The roof blew off, you had to repair the roof. You push a need analysis

button and it would run all of that through the formula that was our own institutional methodology using the -- the institutional methodology is the face and then we built in our own adjustments to that.

You could also send award letters out through -- and then you would package the awards and you could send the award letters out through there, I believe. And then we would post the financial aid award letters through a Harvard system that was terrific.

There was always a person doing this. So it wasn't just, like, package -- you know, run it for everybody. It was -- there was always an individual financial aid professional looking at an individual file and checking to make sure that everything was okay and that it was appropriate. And then it would be, you know, second read by another financial aid professional before the award was finalized.

Q. Do you recall whether as part of its IM Harvard used assessment rates with respect to the calculation of assets and the calculation of income? Is that a phrase that's familiar to you?

assessing a family's ability to contribute.

Q. On the agenda, the overarching agenda that's in your email, the third sort of subbullet point says, "Fundamentally a nonmathematical but values-based presentation." Can you explain what that meant?

A. I'm not exactly sure. What I imagine that means is rather than getting bogged down in the weeds of the financial details, we would try to keep the presentation at a high level, noting the values behind the institutional methodology.

Q. Okay. And then a couple bullet points below that it says, "Pose the question as to whether there is continued value in the base IM."

Can you elaborate on how that factored into this presentation?

A. I honestly can't remember exactly, but I would imagine that that references the many institutional adjustments that institutions make to the institutional methodology, which is something that is certainly allowed by the institutional methodology.

Q. Okay. Did you think at around this time that there was value in having a base IM in light

of the adjustments that individual schools would make?

A. Yes, I did.

Q. And why was that your view?

A. Because I think many schools -- and this goes back to the importance of connecting with people at many different kinds of schools across the country. Many schools don't have the staff or the ability to make those adjustments.

And the base institutional methodology formula is still a very thoughtful way of assessing a family's ability to contribute. Certainly much better than the federal methodology.

Q. Why in your view is the institutional methodology a better methodology than the federal?

A. I don't know what the federal methodology is now. I have not kept abreast of it. But certainly when I was in the field, it didn't ask students and families a lot of questions that would help schools to better understand their financial circumstances. It didn't ask for certain data points. It didn't ask for their story.

time, please.

MS. KIRKPATRICK: Tab 15.

THE VIDEOGRAPHER: Okay.

Q. Do you have any recollection of reviewing this report?

A. No.

Q. If you could turn to the page that's in the memo itself numbered page 4. It has the Bates number ending in 430.

A. Okay.

Q. You'll see at the bottom of the page in capital letters there's a heading that says, "Financial Aid Principles." Do you see that?

A. I do.

Q. I want to give you a second to review the six numbered principles that are listed there.

A. Okay.

Q. The first principle says, "To the extent they are able, parents and students have the primary responsibility to contribute to educational expenses before an institution awards financial aid."

At this point in 2000 did you and Harvard agree with that principle?

A. Yes. We assess a family's ability to contribute before awarding aid.

Q. Okay. And was that true throughout your tenure at Harvard?

A. Yes.

Q. The second principle says, "Families should contribute to educational expenses according to their ability. Those with similar financial profiles should contribute similar amounts."

Did you agree with that principle throughout your tenure at Harvard?

A. Yes.

Q. The third principle says, "Institutions should evaluate both income and assets as part of the assessment of parents' and applicant's ability to pay." Did you agree with that principle throughout your tenure at Harvard?

A. Yes.

Q. The fourth one says, "Each institution should inform applicants about the policies and practices it applies when measuring a family's ability to pay, carry out its policies consistently throughout a student's eligibility

and support the awarding of need-based aid."

Did you agree with that principle throughout your tenure at Harvard?

A. Yes.

Q. The fifth one is, "An institution that allocates any financial assistance that is not based exclusively on need should inform all prospective applicants of the standards it applies in allocating that aid." Did you agree with that principle?

A. Sure.

Q. And the final one, number 6, says, "The exercise of professional judgment by financial aid officers in assessing a family's ability to pay should recognize unique or extenuating financial circumstances in individual cases. Such professional judgment is not a proper mechanism for systematically treating groups of students differently in order to advance institutional objectives." Did you agree with that principle?

A. Sure.

Q. Were Harvard's financial aid practices during your tenure as the director broadly consistent with these six principles?

A. Yes.
Q. Was there any point during your tenure as director of financial aid where Harvard as an institution did not agree with these principles?
A. Not to the best of my recollection.
Q. Would you view any of these principles as being unique to the 568 Group?
A. I don't know.
Q. Are any of these principles principles that you believed were espoused by either schools or organizations outside of the 568?
MR. NORMAND: Objection to form.
A. Again, I think some of them certainly are very similar to the financial aid principles that the College Board has in its list, that FASAC has in its list. I don't have access to that information.
Q. I'm not asking for a sort of word-by-word comparison. Sort of conceptually, are these philosophical or principle points ones that, to your knowledge, are adopted by others in the financial aid industry?
MR. NORMAND: Objection to form.
A. Yes.

Q. Would you view any or all of these principles as being widely adopted by financial aid professionals?

MR. NORMAND: Objection to form.

A. Yes, I would think so.

MS. KIRKPATRICK: Why don't we take a short break there.

If we can go off the record.

THE VIDEOGRAPHER: The time is 4:52 p.m. We're now going off the record.

(Recess, 4:52 p.m. to 5:04 p.m.)

THE VIDEOGRAPHER: The time is 5:04 p.m. We're now back on the record.

Q. All right, Ms. Donahue. I want to ask you just a couple of high-level questions about Harvard's approach to financial aid and then turn to some of the specific elements of need analysis.

You talked a little bit earlier today about Harvard being both need-blind and committed to meeting 100 percent of demonstrated financial need.

Were both of those sort of guidelines or principles true throughout your tenure at Harvard?

A. Yes.

**Remote Deposition of Sarah Donahue**
**Errata Sheet**

I, Sarah Donahue, do hereby certify that I have read the transcript of my testimony taken on March 26, 2024, and have signed it subject to the following changes:

| Page(s) | Line(s) | Change | Reason |
|---|---|---|---|
| Throughout transcript | | Change "FASAC" to "FASSAC" | Transcription Error |
| 22 | 1 | Add "the" after "Within" | Correction |
| 28 | 11-12 | Change "which was sort of an early" to "which was an early awareness program" | Correction |
| 31 | 9 | Change "maintenance piece" to "maintenance PC" | Transcription Error |
| 32 | 16 | Change "about the surround beyond that" to "what the background was beyond that" | Transcription Error |
| 48 | 11 | Change "role" to "wall" | Transcription error |
| 49 | 24 | Change "economic – all" to "economic spectrum, but across all" | Correction |
| 59 | 6 | Change "admissions guide" to "admissions guy" | Transcription error |
| 60 | 19 | Change "Rubinstein" to "Rudenstine" | Transcription error |
| 170 | 2 | Change "gen" to "generation" | Correction |
| 175 | 11 | Change "National Association of Financial Aid" to "National Association of Student Financial Aid" | Correction |
| 279 | 9 | Add "water" after "drinking" | Correction |
| 299 | 12 | Change "15" to "51 | Transcription error |

Dated: April 25, 2024

Sarah Donahue

Sarah Donahue