# EXHIBIT 153

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*KIM DOWNS-BURNS*

*March 05, 2024*

---

LEXITAS™

K. Downs-Burns - Confidential

A That is correct. I do not know what any member school at the time, when we were -- when it was in place, was doing. I do not know what methodology -- I mean, what pieces of it they used or if they used it correct.

Q And is a -- I mean, is it fair to say that if another school in the 568 Group was not following the consensus methodology, that they would not be disciplined for doing so?

MR. NORMAND: Objection to form.

A Number one, I wouldn't know.

But number two, no, there was no -- as long as they remained need-blind for admission, they would not be disciplined or they would not be removed.

Q So there's no disciplinary mechanism for not following the CM, correct?

A Correct.

Q Or not following any portion of the CM?

A Correct.

K. Downs-Burns - Confidential

every student if they wanted to, correct?

A Professional judgment is based on individual students. So you would not typically say for all 1,000 sophomore students we are going to do this, correct, because that's not "professional judgment," correct.

Q But it's on a case-by-case basis, is that right?

A Yes, that's correct.

Q And so schools within the 568 Group could exercise professional judgment with respect to any case that it thought was appropriate to do so?

A Absolutely.

Q And same thing with packaging, schools could package -- 568 schools could package their financial aid in any way they saw fit while they were members of the 568 Group, correct?

MR. NORMAND: Objection to form.

A Right.

Q No restraint on packaging as a result of being a 568 member, right?

K. Downs-Burns - Confidential

A Correct. We did not discuss packaging.

Q I'm going to show you -- or have the videographer pull up Tab 3. So it's Cooley Tab 3.

MR. NORMAND: So, Matt, this is Exhibit 24?

MR. KUTCHER: Yes, it will be Exhibit 24.

THE VIDEOGRAPHER: My apologies, counsel. I don't think I received that. Let me double-check.

MR. KUTCHER: Let's see if I can figure that out then.

THE VIDEOGRAPHER: If we go off the record for just a minute, you can send it to me via e-mail, if you'd like.

MR. KUTCHER: Why don't we -- we'll come back to that then and we'll have it sent to you via e-mail.

Do you have any Cooley documents or just missing Tab 3?

THE VIDEOGRAPHER: I don't have

K. Downs-Burns - Confidential

dated then.

Q Am I right that these guidelines were iterative during your time on the Technical Committee?

MR. NORMAND: Objection to form.

A Yes.

Q And just to make clear what I mean by that, because maybe -- I'm assuming you did, but these changed over time as thinking progressed, correct?

A That is correct.

Q If you go to the next page, which is page 2 of the guidelines, and it's Bates stamped 878, I think Mr. Normand showed you these financial aid principles.

Do you see those?

A I do.

Q And the first one says: "To the extent they are able, parents and students have the primary responsibility to contribute to educational expenses before an institution awards financial aid."

Do you see that?

A I do.

K. Downs-Burns - Confidential

Q Is that a financial aid principal that's unique to the 568 Group?

MR. NORMAND: Objection to form.

MS. HOECHST: Objection.

You can answer.

A No. I personally believe this -- if I wasn't in financial aid, I'd personally believe that.

Q As a financial aid professional, have you heard of this principle before joining 568?

A I'm quite sure I have. I've been in this business 30-plus years.

Q So is it fair to say that's a general principle of need-based financial aid?

MR. NORMAND: Objection to form.

A Correct.

Q And if you look at the financial aid principles 2 through 6, would the same answers apply if I asked the questions about those principles, that is, are those general financial aid principles that are not unique to the 568 Group?

K. Downs-Burns - Confidential

MR. NORMAND: Objection to form.

A Yes, I would agree.

Q Is it fair to say these are principles that were adopted by the 568 Group, but they existed outside -- generally outside of the 568 Group and were principles held by financial aid professionals like yourself?

MR. NORMAND: Objection to form.

A Yeah, and I'm reading through each one of these individually and, absolutely, this is -- any aid office or aid officer processing need-based aid -- yes, I actually absolutely believe that these are not just for 568 schools.

Q If you turn to the next page, which is page 3 of the guidelines, but they're Bates numbered 879, and if you see -- do you see the last paragraph, it says -- that begins "Finally"?

A Yes.

Q And do you see the sentence "Because need analysis is a complex and detailed process requiring the examination