# EXHIBIT 154

**In the Matter Of:**

*Henry vs*

*Brown*

---

*ERIC FURDA*

*November 16, 2023*

---

LEXITAS™

that?

A. I recall that when we were admitting a class, and individuals into that class, that we did not get information --

TRIAL TECH: And if you can hear us, we lost video and audio for the witness.

THE VIDEOGRAPHER: Let's go off the record. The time is 9:24 a.m. We're going off the record.

(Short break.)

THE VIDEOGRAPHER: The time is 9:28 a.m. We're back on the record.

BY MR. NORMAND:

Q. I had asked you about what you recall about Columbia being need-blind when you were the director of admissions there, and I think you were starting to answer.

(Whereupon, the court reporter read back the requested

portions of the transcript.)

THE WITNESS: Drop the mic.

We did not get information from the financial aid office while we were admitting the class to Columbia College and the School of Engineering and Applied Science.

BY MR. NORMAND:

Q. And did you have any understanding, when you were the director of admissions, as to why the school was need-blind?

I know that's a general question, but...

A. Was a philosophy and practice to attract the best students to the school, to the institution, regardless of a family's ability to pay.

Q. When you were the director of admissions at Columbia, do you recall whether the school created or maintained any president's lists or special interest lists with respect to admissions?

BY MR. NORMAND:

Q. Do you recall, during your tenure, reviewing the COFHE color books for any purpose?

A. As -- as dean of admissions I would receive the -- the Redbook, which is the admissions book. And I would literally thumb through it to see if anything stood out to me in terms of admit rates, in terms of yield. Recognizing that this is after the fact, when its released. So I probably had that information in a press release already from -- from other schools.

Q. Can you recall, during your tenure as director of admissions, ever reviewing a Redbook and drawing any particular conclusion as to where Penn stood, relative to the other schools?

MR. GRINGER: Object to form. Vague.

THE WITNESS: I'm thinking the only way is seeing how many applications a school received,

of admissions at Penn, was the school need-blind in admissions?

A. Yes.

Q. And what did you understand, during your tenure at Penn, need-blind to mean?

A. Need-blind is not taking into consideration a family's ability to pay to inform the admission decision.

Q. And can you recall any instance during your tenure as dean of admissions at Penn in which the school was not need-blind for purposes of waitlist applicants?

MR. GRINGER: Object to form.

THE WITNESS: No.

BY MR. NORMAND:

Q. Can you recall any instance during your tenure as dean of admissions at Penn in which the school was not need-blind for the purposes of transfer applicants?

A. No.

signifies?
A. I don't.
Q. Do you know or recognize the document that you're looking at on the screen?
A. I don't.
Q. Okay.
MR. NORMAND: I think you can grab it. Thanks.
BY MR. NORMAND:
Q. Did you, during your tenure as dean of admissions, form a view as to whether Penn was competing with the other Ivies for admitting students?
MR. GRINGER: Object to form.
THE WITNESS: As dean of admissions, my sense is we had a wide set of competition.
The first part of that is even thinking about who is not in our applicant pool. Many of those outreach efforts through programs that I've mentioned

already, like QuestBridge, would help us identify students, because if they weren't in our pool, we couldn't compete for them. And for some of these students, they were going to college somewhere.

So it was an applicant -- it was a prospective pool that weren't even our applicants. So there is a pretty broad set of competitors before they are even in your applicant pool.

Within the applicant to admit group, I would see our competition as fairly wide. Sometimes it could be very -- it could be regionally based. Southeastern United States could look different than California for the schools that you would compete against.

Kind of that sense of when they talk about belonging,

before, too, whether a student may feel whether they would belong at a school like Penn, then I would see our competitive set being fairly broad with flagship state universities, certainly.

Given the undergraduate schools and programs that we have, our engineering competition could look different than our nursing competition or business school competition. Competing for students in the College of Arts and Sciences, particularly in areas like the humanities and the arts, I could see smaller liberal arts and science institutions being a strong competitive set, face-to-face, for our College of Arts and Sciences.

So I would see it as a pretty broad set from flagship

state universities.

Some regional variation too, again. The Midwest may be different from, you know, the Southeast.

And then schools like the Ivy League, which tend to look more like, you know, research universities, private research universities, but then also the flagship state universities which are also research universities.

So it's pretty broad.

BY MR. NORMAND:

Q. Your view was that Penn was competing with other Ivies for admitting students; is that fair to say?

MR. GRINGER: Objection. Asked and answered.

I'm not sure how your takeaway from that last answer was that question, but whatever.

MR. NORMAND: Asked. Not answered.

whatever they were. And then after 2008, Penn would not put loans into the financial aid package for any family qualifying for financial aid.

Q. And do you know the largest, in terms of number of students, university in the whole United States with a no-loan financial aid policy?

A. Yeah, it is Penn.

Q. During your time at -- as dean of admissions at Penn, each year, could you have filled a class of qualified students who did not need any financial aid?

MR. NORMAND: Objection to form.

THE WITNESS: Yes.

BY MR. GRINGER:

Q. Why didn't you do that?

A. Well, first, it's not something that we factored into the decisions that were made. And if we think about the whole mission of higher education is to learn from your peers,

certainly through the guidance of the faculty and others, but you're going to learn from differences of backgrounds and opinions. And that doesn't sound like that would achieve that goal.

Q. You talked today, in response to Mr. Normand's questions about Penn's partnership with a program called QuestBridge. Do you recall that?

A. Yes. The program started in 2008. The decision was made prior, but then the decision was made in 2008, or implemented.

Q. And you've worked in higher education in one capacity or another from 1987 to 2020, right?

A. In higher education, yes.

Q. That's 33 years?

A. Correct.

Q. And in your 33 years working in higher education, in one capacity or another, would anyone consider -- that you encountered -- consider Penn's partnership with QuestBridge to mean that

ERRATA SHEET FOR THE TRANSCRIPT OF:

ERIC FURDA

Case Name: *Henry v. Brown University, et al.*

Dep. Date: November 16, 2023

Deponent: Eric Furda

**CORRECTIONS:**

| Page | Line(s) | Changes or Corrections and Reasons |
|---|---|---|
| 18 | 14 | This should say "reporting **to**" rather than "reporting into" (Transcription error) |
| 39 | 24 | This should say "**I** had the honor" rather than "had the honor" (Transcription error) |
| 77 | 4 | This should say "**A** kind of" rather than just "Kind of" (Clarity) |
| 77 | 6 | This should say "**has** early decision" (Clarity) |
| 120 | 13 | This should say "**most** recent" rather than just "most" (Clarity) |
| 123 | 17 | This should say "**the** dean of" (Clarity) |
| 123 | 18 | This should say "admissions **and** technology director," rather than "admissions, technology director" (Clarity) |
| 124 | 21 | This should say "is **a** consideration" rather than just "is consideration" (Transcription error) |
| 161 | 12 | This should say "staff" rather than "staffs" (Transcription error) |

I have inspected and read my deposition and listed all changes and corrections above, along with the reasons for the changes:

DATE: 12/8/23_______________ Signature: *s/ Eric Furda*