# EXHIBIT 155

PageVault

| | |
|---|---|
| Document title: | Need-Blind \| Dartmouth Admissions |
| Capture URL: | https://admissions.dartmouth.edu/glossary-term/need-blind-0 |
| Page loaded at (UTC): | Wed, 07 May 2025 19:19:32 GMT |
| Capture timestamp (UTC): | Wed, 07 May 2025 19:20:11 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | iPYhoBFnbsgL5jXYqhLz5W |
| Display Name: | nhey |

3

3D Magazine

A

Academic Evaluation

ACT

Alumni Interview

Application

Application Deadline

Application Fee

Application Fee Waiver

Application Portal

Art Supplement

B

Bound (Dartmouth Bound)

C

Cambridge English Exam

Candidacy Decisions

College Course Syllabi

College Report

Common App

# Need-Blind

Need-blind is an admissions decision made without knowledge of an applicant's financial need.

Dartmouth's admissions policy is "need-blind" for all applicants, regardless of citizenship. This means that applications are reviewed and accepted based solely on a student's qualifications, and not on their ability to pay. Once the Admissions office has selected the students it intends to admit to Dartmouth, the Financial Aid Office determines each student's need, and awards financial aid accordingly.

RELATED LINKS:

DEMONSTRATED FINANCIAL NEED

FINANCIAL AID



Document title: Need-Blind | Dartmouth Admissions
Capture URL: https://admissions.dartmouth.edu/glossary-term/need-blind-0
Capture timestamp (UTC): Wed, 07 May 2025 19:20:11 GMT

Counselor Evaluation

Counselor Recommendation

Course Changes

D

D-Plan

Deferred

Duolingo English Test

E

Early Decision

Early Decision Agreement

Eligibility Guidelines

Essay

Exchange to Transfer Student Policy

F

Fee Waiver

Final Secondary School Report

First-Year Trips

Forced Commitments

G

Gap Year

# Need-Blind

Need-blind is an admissions decision made without knowledge of an applicant's financial need.

Dartmouth's admissions policy is "need-blind" for all applicants, regardless of citizenship. This means that applications are reviewed and accepted based solely on a student's qualifications, and not on their ability to pay. Once the Admissions office has selected the students it intends to admit to Dartmouth, the Financial Aid Office determines each student's need, and awards financial aid accordingly.

RELATED LINKS:

DEMONSTRATED FINANCIAL NEED

FINANCIAL AID



Document title: Need-Blind | Dartmouth Admissions
Capture URL: https://admissions.dartmouth.edu/glossary-term/need-blind-0
Capture timestamp (UTC): Wed, 07 May 2025 19:20:11 GMT

IELTS
InitialView
Intent to Enroll
International Students
Ivy League Agreement

L
Liberal Arts Curriculum
Likely Letter

M
Mailing List
Mid-Year Report

N
Need-Blind
New Student Orientation
Notice of Nondiscrimination

P
Peer Recommendation
Portfolio
Post-Acceptance Review

Q
QuestBridge

# Need-Blind

Need-blind is an admissions decision made without knowledge of an applicant's financial need.

Dartmouth's admissions policy is "need-blind" for all applicants, regardless of citizenship. This means that applications are reviewed and accepted based solely on a student's qualifications, and not on their ability to pay. Once the Admissions office has selected the students it intends to admit to Dartmouth, the Financial Aid Office determines each student's need, and awards financial aid accordingly.

RELATED LINKS:

DEMONSTRATED FINANCIAL NEED | FINANCIAL AID



Document title: Need-Blind | Dartmouth Admissions
Capture URL: https://admissions.dartmouth.edu/glossary-term/need-blind-0
Capture timestamp (UTC): Wed, 07 May 2025 19:20:11 GMT

S

SAT

SAT Subject Tests

School Profile

Secondary School Report

Security & Fire Safety Report

Special Circumstances

Standardized Testing

Supplemental Materials

T

Take Dartmouth Home

Teacher Evaluation

Teacher Recommendation

Testing

TOEFL

Transcript

Transfer

Transfer Testing Waiver

U

Undocumented Students

V

# Need-Blind

Need-blind is an admissions decision made without knowledge of an applicant's financial need.

Dartmouth's admissions policy is "need-blind" for all applicants, regardless of citizenship. This means that applications are reviewed and accepted based solely on a student's qualifications, and not on their ability to pay. Once the Admissions office has selected the students it intends to admit to Dartmouth, the Financial Aid Office determines each student's need, and awards financial aid accordingly.

RELATED LINKS:

DEMONSTRATED FINANCIAL NEED

FINANCIAL AID

TOEFL
Transcript
Transfer
Transfer Testing Waiver
U
Undocumented Students
V
Veterans
Virtual Tour
W
Wait List
Writing Supplement

# Need-Blind

Need-blind is an admissions decision made without knowledge of an applicant's financial need.

Dartmouth's admissions policy is "need-blind" for all applicants, regardless of citizenship. This means that applications are reviewed and accepted based solely on a student's qualifications, and not on their ability to pay. Once the Admissions office has selected the students it intends to admit to Dartmouth, the Financial Aid Office determines each student's need, and awards financial aid accordingly.

RELATED LINKS:

DEMONSTRATED FINANCIAL NEED

FINANCIAL AID