# EXHIBIT 156

**In the Matter Of:**

*Henry vs*

*Brown*

---

*KARL FURSTENBERG*

*July 14, 2023*

---

LEXITAS™

been admitted?

A. Well, they would have applied for financial aid beforehand, so we would have their materials. And then once a decision was made, those materials would be evaluated by the people in financial aid.

Q. But as far as you know, no one in admissions would look at those financial aid materials when making an admission decision?

A. No. No one in admissions ever looked at financial aid information, including myself.

Q. Do you recall there came a time in the fall of 1998 in which Dartmouth announced new financial aid policies?

A. Uh-hmm.

Q. Do you recall what prompted that?

A. Yes. The financial aid program at Dartmouth is need-based, need-blind. And it's administered by a group of highly capable professionals. Virginia Hazen was one of the best in the business. And it's a program that has been very thoughtfully conceived and operated, which means that we regularly are doing research on what it does, what its outcomes -- what outcomes it

generates, so that we're knowledgeable about the program. So that leads to periodic adjustments in the financial aid program.

Q. Do you recall whether any other schools' financial aid policies in particular prompted that change?

A. I don't recall.

Q. Do you recall whether Princeton had announced some significant changes in their financial aid policies?

A. I don't know when they made an announcement or where they made such an announcement, and I don't know how it coincided with what we did.

I think it's fair to say that we keep our eyes open and know what's going on.

MR. NORMAND: Tab 53.

Q. I know some of this has been a while. I'll try to refresh your recollection.

MS. MASCHERIN: All of it has been a while.

(Exhibit 3 marked for identification)

Q. So you've been handed what's been marked as Exhibit 3. It's a document from, on the first

EXAMINATION BY COUNSEL FOR VANDERBILT UNIVERSITY
BY MR. MEDICI:
Q. To your knowledge, did Dartmouth at any time between 1998 and the present ever make any agreement with any other school regarding setting tuition levels, whether absolute or net?
A. No. Never.
Q. To your knowledge, did Dartmouth at any time between 1998 and the present ever make any agreement with any other school with respect to individual financial aid packages?
A. No. But my answer pertains only to the year 2007. I was not here -- I retired in 2007 and can't answer for what happened after 2007.
Q. Sure.
My last question is, did you ever become aware during the period from 1998 to the present, or I guess to 2007, of any penalties, consequences, or the like if any school failed to follow any particular methodology for assessing a student's ability to pay for financial aid purposes?
A. No.
MR. MEDICI: Those are all my questions.

# ERRATA FOR DEPOSITION OF KARL FURSTENBERG

| *Pg* | *Ln* | *Change* | *Reason* |
|---|---|---|---|
| 20 | 18 | "to" to "and to" | Clarity |
| 20 | 21 | "director" to "dean" | Clarity |
| 25 | 24 | "'97" to "'07" | Accuracy |
| 26 | 19 | "68" to "60th" | Accuracy |
| 27 | 1 | "Were" to "They were" | Clarity |
| 54 | 9 | "we match" to "we would match" | Clarity |
| 60 | 24 | "and interviewed" to "and she interviewed" | Clarity |
| 66 | 18 | "own" to "only" | Accuracy |
| 68 | 7 | "sharing" to "or sharing" | Clarity |
| 79 | 8 | Remove "it" | Clarity |
| 87 | 4 | "financing" to "financial aid" | Accuracy |
| 93 | 24 | "financial aid admissions" to "financial aid and admissions" | Clarity |
| 97 | 23 | "a college" to "the college" | Accuracy |
| 99 | 14 | "when they were filed" to "then they were filed" | Accuracy |
| 102 | 22 | "mean" to "means" | Accuracy |
| 113 | 3 | "definition" to "redefinition of need" | Accuracy |
| 130 | 1 | "Other" to "No, other" | Accuracy |
| 134 | 12 | "post-meeting" to "post-award" | Accuracy |
| 135 | 4 | "But it's not" to "But not" | Clarity |
| 171 | 21 | "2x00q" to "2x99q" | Accuracy |
| 196 | 9 | "Lynn" to "Lyn" | Accuracy |
| 226 | 16 | "Syd Lehr" to "Sid Letter" | Accuracy |
| 227 | 18 | "admissions" to "on admissions" | Clarity |
| 227 | 19 | "financial aid" to "on financial aid" | Clarity |
| 241 | 3 | "one loss" to "won-lost" | Accuracy |
| 241 | 20 | "it's not subtle" to "it's subtle" | Accuracy |
| 249 | 17 | "And that families" to "And families" | Clarity |
| 267 | 14 | "alumni development" to "alumni and development" | Accuracy |
| 277 | 8 | "no in" to "no one in" | Clarity |
| 278 | 15 | "regular decision" to "early decision" | Accuracy |
| 289 | 9 | "alumni development" to "alumni and development" | Accuracy |

| | | | |
|---|---|---|---|
| 289 | 17 | "council admissions" to "council on admissions" | Clarity |
| 296 | 20 | "connection" to "context" | Accurac y |

I, Karl Furstenberg, under penalty of perjury pursuant to 28 U.S. Code § 1746, certify that I have read the foregoing transcript of the testimony given by me at a deposition on July 14, 2023, and that pages 1 through 303 of the transcript are a true and accurate record of the testimony given by me at that deposition except as I have indicated on this errata sheet.

DATED: August 21, 2023

/s/ Karl Furstenberg

Karl Furstenberg