# EXHIBIT 157

**In the Matter Of:**

*Henry v*

*Brown University*

JOHN GAINES

August 03, 2023



```
 1  Q       What do you understand the term need-blind
 2  to mean?
 3  A       Well, I can speak to what need-blind meant
 4  in practice at Vanderbilt for us.
 5          And so at Vanderbilt, there was no officer
 6  in the office of admissions, including the dean and
 7  myself as director, and including all of those
 8  seasonal employees, who ever had access to financial
 9  aid documents, never.
10          So the way we talked about that to the
11  public was that a family's ability to pay was not a
12  part of our admissions evaluation at all, so we were
13  need-blind in that way.
14          And as part of Opportunity Vanderbilt, which
15  was our financial aid program, that was the first of
16  the three commitments that we made.  We were
17  need-blind for admission for all first-year, U.S.
18  citizen applicants and eligible permanent residents
19  and for transfer students.
20          We reserved the right to be need-aware for
21  admissions -- offers of admission we would make from
22  the waitlist.  And we were, in fact, need-aware for
23  international applicants to Vanderbilt.  So there is
24  some nuance there.
25          The second commitment of Opportunity
```

 1  Vanderbilt was that we would meet the demonstrated
 2  need of every family that we admitted.
 3           And the third is that we would do so without
 4  using loans and without income caps, income cutoffs
 5  for the parents.
 6           MR. GIDLEY:  Bob, when it's convenient,
 7  we're coming up on the one-hour mark, so a break
 8  when it's convenient.
 9           MR. GILBERT:  Yeah, I would imagine in
10  the next -- guessing next ten minutes.  Okay.
11           MR. GIDLEY:  Sounds good.
12           THE WITNESS:  All right.
13  BY MR. GILBERT:
14  Q      When you say we reserve the right to be
15  need-aware for offers of admission from the
16  waitlist, what do you mean by the phrase need-aware?
17  A      In that case, we might consult with members
18  from our financial aid team about what a family's
19  estimated family contribution would be.  And in some
20  years, that mattered; and in other years, it just
21  didn't matter at all.  So we reserved the right to
22  be need-aware.
23  Q      In some years, would it be a plus factor for
24  admission if the student did not need financial aid
25  from the waitlist?

# ERRATA SHEET

| Page | Line(s) | | |
|---|---|---|---|
| 14 | 13 | Reason: | Clarification |
| | | Change: | Change "We" to "I" |
| 15 | 23 | Reason: | Clarification |
| | | Change: | Change "deal of undergraduate admissions" to "Dean of Undergraduate Admissions" |
| 16 | 18 | Reason: | Grammatical |
| | | Change: | Change "Tennessee, area" to "Tennessee area" |
| 16 | 22 | Reason: | Clarification |
| | | Change: | Change "teens" to "teams" |
| 17 | 21 | Reason: | Clarification |
| | | Change: | Change "it's" to "it has" |
| 18 | 5 | Reason: | Clarification |
| | | Change: | Change "to it, to" to "to" |
| 18 | 7 | Reason: | Grammatical |
| | | Change: | Change "our" to "its" |
| 18 | 8 | Reason: | Grammatical |
| | | Change: | Change "applicants national" to "applicants as national" |
| 18 | 15 | Reason: | Grammatical |
| | | Change: | Change "our" to "its" |
| 18 | 15 | Reason: | Clarification |
| | | Change: | Change "partner" to "partner institution" |
| 19 | 7 | Reason: | Clarification |
| | | Change: | Change "partners" to "partner institutions" |
| 19 | 8 | Reason: | Clarification |
| | | Change: | Change "partners" to "partner institutions" |
| 19 | 23 | Reason: | Clarification |
| | | Change: | Change "It's" to "It has" |
| 20 | 5 | Reason: | Grammatical |
| | | Change: | Change "ask their applications to be referred" to "ask that their applications be referred" |
| 20 | 6 | Reason: | Clarification |
| | | Change: | Change "partners" to "partner institutions" |
| 21 | 4 | Reason: | Clarification |
| | | Change: | Change "program," to "program" |
| 21 | 5 | Reason: | Clarification |
| | | Change: | Change "therefore, submitted" to "and submitted" |
| 21 | 5 | Reason: | Clarification |
| | | Change: | Change "ranking list" to "their ranking lists" |
| 22 | 21 | Reason: | Grammatical |
| | | Change: | Change "day multiple" to "day, multiple" |
| 23 | 10 | Reason: | Grammatical |
| | | Change: | Change "staff," to "staff:" |

| | | | |
|---|---|---|---|
| 23 | 12 | Reason: | Grammatical |
| | | Change: | Change "year" to "year," |
| 23 | 24 | Reason: | Grammatical |
| | | Change: | Change "another lived" to "another that lived" |
| 24 | 15 | Reason: | Grammatical |
| | | Change: | Change "them" to them," |
| 25 | 16 | Reason: | Grammatical |
| | | Change: | Change "Vanderbilt" to "Vanderbilt," |
| 25 | 3 | Reason: | Clarification |
| | | Change: | Change "common" to "Common" |
| 25 | 4 | Reason: | Clarification |
| | | Change: | Change "application" to "Application" |
| 25 | 13 | Reason: | Grammatical |
| | | Change: | Change "recommendations, we" to "recommendations -- we" |
| 27 | 20 | Reason: | Grammatical |
| | | Change: | Change "families," to "families, and" |
| 27 | 22 | Reason: | Grammatical |
| | | Change: | Change "have part of" to "have, as part of" |
| 27 | 23 | Reason: | Grammatical |
| | | Change: | Change "job as reading" to "job, reading" |
| 29 | 23 | Reason: | Clarification |
| | | Change: | Change "involvement," to "involvement, such as" |
| 29 | 23 | Reason: | Grammatical |
| | | Change: | Change "responsibilities" to "responsibilities and" |
| 30 | 4 | Reason: | Grammatical |
| | | Change: | Change "leading," to "leading, or" |
| 30 | 12 | Reason: | Clarification |
| | | Change: | Change "director" to "Director" |
| 30 | 19 | Reason: | Grammatical |
| | | Change: | Change "Vanderbilt" to "Vanderbilt," |
| 30 | 25 | Reason: | Grammatical |
| | | Change: | Change "applied" to "applied to" |
| 31 | 1 | Reason: | Grammatical |
| | | Change: | Change "makes application" to "applies to" |
| 31 | 9 | Reason: | Clarification |
| | | Change: | Change "in Peabody and in Blair to the" to "in Peabody or in Blair, or to the" |
| 31 | 21 | Reason: | Typographical |
| | | Change: | Change "science" to "sciences" |
| 33 | 8 | Reason: | Typographical |
| | | Change: | Change "years" to "year" |
| 33 | 20 | Reason: | Typographical |
| | | Change: | Change "science" to "sciences" |
| 34 | 16 | Reason: | Grammatical |
| | | Change: | Change "there" to "there," |

2

| | | | |
|---|---|---|---|
| 35 | 5 | Reason: | Grammatical |
| | | Change: | Change "file" to "files" |
| 36 | 17 | Reason: | Grammatical |
| | | Change: | Change "the discrepancy" to "a discrepancy" |
| 37 | 20 | Reason: | Typographical |
| | | Change: | Change "admission" to "admissions" |
| 38 | 21 | Reason: | Clarification |
| | | Change: | Change "And I'm" to "And if I'm" |
| 41 | 2 | Reason: | Clarification |
| | | Change: | Change "office" to "Office" |
| 42 | 9 | Reason: | Typographical |
| | | Change: | Change "go-team" to "go team" |
| 42 | 17 | Reason: | Grammatical |
| | | Change: | Change "further" to "further in" |
| 42 | 22 | Reason: | Clarification |
| | | Change: | Change "chancellor's" to "Chancellor's" |
| 47 | 4 | Reason: | Grammatical |
| | | Change: | Change "or late" to "or go late" |
| 47 | 6 | Reason: | Grammatical |
| | | Change: | Change "best" to "best," |
| 47 | 9 | Reason: | Clarification |
| | | Change: | Change "paying attention" to "we paid attention" |
| 48 | 21 | Reason: | Clarification |
| | | Change: | Change "that that's" to "that was" |
| 50 | 17 | Reason: | Grammatical |
| | | Change: | Change "not to" to "not, to" |
| 50 | 25 | Reason: | Clarification |
| | | Change: | Change "strategic admissions modeling" to "Strategic Admissions Modeling" |
| 51 | 7 | Reason: | Grammatical |
| | | Change: | Change "in based" to "in, based" |
| 51 | 24 | Reason: | Typographical |
| | | Change: | Change "sometime" to "some time" |
| 51 | 25 | Reason: | Grammatical |
| | | Change: | Change "year" to "year," |
| 52 | 12 | Reason: | Clarification |
| | | Change: | Change "that" to "which" |
| 53 | 4 | Reason: | Clarification |
| | | Change: | Change "And so at" to "At" |
| 55 | 6 | Reason: | Grammatical |
| | | Change: | Change "the filling" to "filling" |
| 55 | 7 | Reason: | Typographical |
| | | Change: | Change "care" to "cared" |
| 57 | 7 | Reason: | Grammatical |
| | | Change: | Change "or" to "or was" |

| | | | |
|---|---|---|---|
| 60 | 25 | Reason: | Clarification |
| | | Change: | Change "so they get to apply" to "so they apply" |
| 63 | 23 | Reason: | Clarification |
| | | Change: | Change "associate" to "Associate" |
| 63 | 24 | Reason: | Clarification |
| | | Change: | Change "director of admissions" to "Director of Admissions" |
| 65 | 8 | Reason: | Grammatical |
| | | Change: | Change "tell us here he tracks" to "told us he tracked" |
| 69 | 10 | Reason: | Grammatical |
| | | Change: | Change "there and among" to "there among" |
| 74 | 16 | Reason: | Grammatical |
| | | Change: | Change "Vanderbilt" to "Vanderbilt," |
| 74 | 22 | Reason: | Clarification |
| | | Change: | Change "in" to "to" |
| 77 | 12 | Reason: | Clarification |
| | | Change: | Change "yield rate" to "yield rate is" |
| 78 | 9 | Reason: | Grammatical |
| | | Change: | Change "search do" to "search, do" |
| 78 | 21 | Reason: | Clarification |
| | | Change: | Change "families that we" to "families we" |
| 90 | 20 | Reason: | Grammatical |
| | | Change: | Change "conversation has" to "conversation" |
| 90 | 21 | Reason: | Typographical |
| | | Change: | Change "sometime" to "some time" |
| 94 | 11 | Reason: | Grammatical |
| | | Change: | Change "it" to "them" |
| 96 | 21 | Reason: | Clarification |
| | | Change: | Change "alternate" to "alternative" |
| 96 | 21 | Reason: | Clarification |
| | | Change: | Change "common application" to "Common Application" |
| 97 | 1 | Reason: | Clarification |
| | | Change: | Change "common" to "Common" |
| 97 | 2 | Reason: | Clarification |
| | | Change: | Change "application when the common app" to "Application when the Common App" |
| 97 | 12 | Reason: | Grammatical |
| | | Change: | Change "fall" to "fall," |
| 97 | 12 | Reason: | Clarification |
| | | Change: | Change "common app" to "Common App" |
| 97 | 18 | Reason: | Clarification |
| | | Change: | Change "common application" to "Common Application" |
| 98 | 13 | Reason: | Clarification |
| | | Change: | Change "director of admissions" to "Director of Admissions" |
| 98 | 14 | Reason: | Clarification |
| | | Change: | Change "the college board" to "the College Board" |

| | | | |
|---|---|---|---|
| 101 | 2 | Reason: | Grammatical |
| | | Change: | Change "the must-do" to "must-do" |
| 104 | 21 | Reason: | Grammatical |
| | | Change: | Change "reported to me, member" to "who reported to me, and was a member" |
| 107 | 4 | Reason: | Clarification |
| | | Change: | Change "common application" to "Common Application" |
| 107 | 13 | Reason: | Grammatical |
| | | Change: | Change "therefore" to "and therefore" |
| 107 | 15 | Reason: | Typographical |
| | | Change: | Change "nonaid-seeking" to non-aid-seeking" |
| 108 | 8 | Reason: | Grammatical |
| | | Change: | Change "please." to "please?" |
| 112 | 16 | Reason: | Clarification |
| | | Change: | Change "that gets it" to "that is it" |
| 114 | 22 | Reason: | Grammatical |
| | | Change: | Change "sometime" to "some time" |
| 120 | 22 | Reason: | Clarification |
| | | Change: | Change "didn't" to "don't" |
| 123 | 3 | Reason: | Grammatical |
| | | Change: | Change "prepandemic" to "pre-pandemic" |
| 125 | 25 | Reason: | Clarification |
| | | Change: | Change "seen in" to "seen, including in" |
| 129 | 6 | Reason: | Clarification |
| | | Change: | Change "enjoyed working with about him" to "enjoyed about working with him" |
| 141 | 22 | Reason: | Clarification |
| | | Change: | Change "development alumni relations" to "Development and Alumni Relations" |
| 151 | 6 | Reason: | Clarification |
| | | Change: | Change "we ask" to "is that we ask" |
| 153 | 3 | Reason: | Clarification |
| | | Change: | Change "development alumni relations" to "Development and Alumni Relations" |
| 152 | 5 | Reason: | Grammatical |
| | | Change: | Change "And my" to "And neither my" |
| 152 | 6 | Reason: | Grammatical |
| | | Change: | Change "point we" to "point when we" |
| 155 | 2 | Reason: | Grammatical |
| | | Change: | Change "differences" to "the differences" |
| 155 | 21 | Reason: | Grammatical |
| | | Change: | Change "document" to "document," |
| 155 | 24 | Reason: | Typographical |
| | | Change: | Change "or" to "our" |
| 163 | 12 | Reason: | Typographical |
| | | Change: | Change "wholistic" to "holistic" |
| 171 | 14 | Reason: | Clarification |
| | | Change: | Change "strategic admission modeling" to "Strategic Admission Modeling" |

| 175 | 13 | Reason: | Clarification |
|---|---|---|---|
|  |  | Change: | Change "Dr." to "Dean" |
| 182 | 7 | Reason: | Clarification |
|  |  | Change: | Change "red book" to "Redbook" |
| 190 | 3 | Reason: | Grammatical |
|  |  | Change: | Change "apply" to "applied" |
| 193 | 2 | Reason: | Typographical |
|  |  | Change: | Change "ringing" to "wringing" |
| 194 | 3 | Reason: | Grammatical |
|  |  | Change: | Change "in" to "in," |
| 197 | 20 | Reason: | Grammatical |
|  |  | Change: | Change "which" to "of which" |
| 199 | 25 | Reason: | Typographical |
|  |  | Change: | Change "every one" to "everyone" |
| 205 | 25 | Reason: | Grammatical |
|  |  | Change: | Change "2008, was" to "2008, and was" |
| 206 | 22 | Reason: | Grammatical |
|  |  | Change: | Change "next year" to "next year," |
| 224 | 21 | Reason: | Clarification |
|  |  | Change: | Change "commons" to "Commons" |

I, John Gaines, under penalty of perjury pursuant to 28 U.S.C. § 1746, certify that I have read the trancript of the testimony given by me at a deposition on August 3, 2023, and that the transcript is a true and accurate record of the testimony given by me at that deposition except as I have indicated on this errata sheet.

September 12, 2023

John Gaines