# EXHIBIT 158

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*JEFFREY GALL*

*January 19, 2024*

---

LEXITAS™

have provided that information to you --

Q. You have --

A. -- we have -- we have provided that information in some -- in some regards. I don't have the exact number on my head.

Q. What percentage of aid awards are appealed?

A. Honestly, I --

Q. Don't know?

A. -- honestly, I don't know a percentage.

Q. Okay. Do you track the outcome of appeals?

A. We -- we have tracked, yes, appeals in a database.

Q. What's the database called?

A. I don't know the specific name. I'm sure it's called something to the effect of OSFS appeals. I don't know the exact name.

Q. And what's contained in -- in the database, it'll show whether it was successful and what -- whether the amount was changed, or

something like that?
A. Yeah, it's -- it's done by student level. We have the reason for the appeal and whether we approved or denied the appeal.
Q. And if there was a change in the -- in the award?
A. An approval would indicate a change in the award. We don't put the change in award in -- in the database.
Q. You mean the numbers?
A. That's correct.
Q. You don't put the numbers?
A. We do not.
Q. Okay. Is there -- the -- the committee's decision is final; there's no appeal from the appeal?
A. The only reason we would take another appeal from a student if there was different information they're providing us. If they came back with the same exact information, there's no second -- there's no appeal.
Q. The second bite of the apple?

# ERRATA SHEET FOR THE TRANSCRIPT OF JEFFREY GALL

Case Name: Henry v. Brown University, et al.

Dep. Date: January 19, 2024

Deponent: Jeffrey Gall

## CORRECTIONS:

| *Pg* | *Ln* | *Change* | *Reason* |
|---|---|---|---|
| 17 | 13 | "and" to "in" | Clarity |
| 21 | 1 | "Office of Financial" to "Office of Student Financial" | Accuracy |
| 28 | 17 | "It" to "That" | Clarity |
| 31 | 17 | "inquired my" to "inquired about my" | Clarity |
| 71 | 11 | "come with" to "come up with" | Accuracy |
| 89 | 5 | "calc" to "calculation" | Clarity |
| 104 | 12 | "wasn't" to "weren't" | Clarity |
| 132 | 8 | "UAS" to "UIS" | Accuracy |
| 137 | 21 | "somewhere" to "someone" | Clarity |
| 187 | 11 | "the 568" to "the 568 Group" | Clarity |
| 187 | 13 | "counsel" to "council" | Accuracy |
| 236 | 12 | "cost for tenants" to "cost of attendance" | Accuracy |

I, Jeffrey Gall, under penalty of perjury pursuant to 28 U.S. Code § 1746, certify that I have read the foregoing transcript of the testimony given by me at a deposition on January 19, 2024, and that pages 1 through 245 of the transcript are a true and accurate record of the testimony given by me at that deposition except as I have indicated on this errata sheet.

DATED: February 22, 2024

/s/ [signature]

Jeffrey Gall