# EXHIBIT 159

**In the Matter Of:**

*HENRY v*

*Brown University*

---

*MICHAEL HALL*

*September 13, 2023*

---

LEXITAS™

M. HALL

Q. Okay. What is that?

A. My understanding is it's the collection of the best practices that the group has discussed.

Q. Okay. And by "best practices," what do you mean by that?

A. So the set of, maybe, standards if you will, or best practices. You know, just what are industry best practices for determining a family's financial need.

Q. And so the idea was to arrive at some sort of consensus methodology for determining the financial needs of families whose children were applying for admission to schools?

MS. VAN GELDER: Objection to form.

A. That was -- while I was on the Committee, that never seemed to be the goal. It seemed to certainly be around best practices, but, even at Columbia, we weren't always following what the consensus methodology said to the letter, anyway.

Q. And you said while you were there?

M. HALL

A. I think the order is backwards is that -- in that consensus methodology represented what we collectively had thought -- individually had thought were best practices.

Q. On page 2, the fourth bullet point, "As a result of the 568 Group's efforts, financial aid directors have developed specific guidelines for exercising individual 'professional judgment' when assessing the needs of students from families with unusual personal or financial circumstances. When such exceptions are warranted, guidelines developed by the Group provide financial aid officers with benchmarks to guide them as they give special consideration to individual families with special needs."

Do you see that?

A. I do.

Q. Do you agree that that's an accurate statement?

A. Yes, I would say we have more beyond that in terms of our professional

M. HALL

judgment options. But certainly, it provides us a tool for the tool box.

Q. What do you mean by more tools or "beyond that"?

A. So Columbia, we internally have our own professional judgments beyond what's in the 568 professional judgment guide.

Q. In addition to what's in the --

A. Correct.

Q. On the next page, which is -- last three digits are 299.

Do you see that?

A. I do.

Q. The document is entitled -- and I will say the documents were produced as a group, so I'm assuming that they belong together.

But the title of this part of it is called "THE 568 Presidents Group CONSENSUS METHODOLOGY POLICY GUIDELINES."

Do you see that?

A. I do.

Q. And at the bottom of the page, going on to the next page, which is '300 on

M. HALL

Q. I see.

And that's true for all of these factors?

A. For the ones listed as "Automatic," there is either some value we're setting, like 1.2, or some flag we are turning on for that to happen.

Q. A "flag" being something that's already in the system that just has to be activated?

A. Yes or -- like a yes or no toggle versus typing in a value.

Q. Okay. And the adjustments that you make to PowerFAIDS, those can alter the amount of financial aid that each student receives, correct?

A. Yes.

Q. Do you customize these on occasion, when necessary? That is to say that you make -- you run different numbers on PowerFAIDS for individual applicants?

A. Only as professional judgment.

Q. So describe for me a situation where you would do that.

M. HALL

A. So some of these are listed below down at the bottom. What I'll -- I'll call these as more standardized professional judgments where, you know, say, for example, the very last one, "Waiving Home Equity for Widows." So if a parent is a widow, we say, you know what, that's a challenging enough situation, we don't need to look at your home in the first place.

So we will go in, and for that one manually, set the home equity cap to 0 on the student level.

Q. I see.

Any other examples?

A. I mean, professional judgments are so -- I mean, we have the standard ones listed here that we do, but I think they're so particular to each situation and different to each situation. They are all unique, so it's --

Q. Now, when an applicant receives a proposed award, financial aid award, they can appeal it, right?

A. That is correct.

M. HALL

During your time at Columbia, to your knowledge, did Columbia ever make any agreement with any other school regarding tuition levels?

A. No.

Q. During your time at Columbia, were you aware that Columbia made any agreements with any other school with respect to individual aid packages?

A. No.

Q. During your time at Columbia, did you ever become aware of any penalties, consequences, or the like if any university failed to follow any particular methodology with respect to assessing a student's ability to pay for financial aid purposes?

A. No.

Q. How many applications for undergraduate admissions does Columbia typically receive in a year?

A. In recent years, it's been in the 60 thousands. I don't recall any more specific than that range.

Q. Okay. And on average, how many