# EXHIBIT 160

# FILED UNDER SEAL