# EXHIBIT 241

PageVault

| | |
|---|---|
| Document title: | Aid & Affordability \| Undergraduate Admissions \| University of Notre Dame |
| Capture URL: | https://admissions.nd.edu/aid-affordability/ |
| Page loaded at (UTC): | Fri, 02 May 2025 20:55:53 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 20:56:22 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | sHx11ty55fwZBAG5cGXbQc |
| Display Name: | nhey |

Undergraduate Admissions

UNIVERSITY OF NOTRE DAME

Why ND | Visit & Engage | Aid & Affordability | Apply | Contact

AID & AFFORDABILITY

# Pathways to Notre Dame

Making a Notre Dame education affordable and accessible for families at all income levels.



Pathways to Notre Dame reduces financial barriers to a transformative Notre Dame education. Financial aid meets 100% of every student's demonstrated financial need *without loans*, so students can focus on what truly matters: an exceptional education that will shape their future.

Pathways TO NOTRE DAME

**Need-blind Admissions for All Students**
Your financial situation is not considered when evaluating your application for admission.

**Meet 100% of Financial Need**
100% of your demonstrated financial need is met—covering the gap between the cost of attendance and what your family can reasonably contribute.

**No Loan Aid Offers**
Instead of loans, you'll receive grants and scholarships in financial aid offers that do not need to be paid back.

**70%** of all undergraduates received some type of financial aid.

# We invest in you

Notre Dame is one of fewer than 60 schools in the nation that meet 100% of a family's demonstrated financial need.



*"Financial aid was huge for my family and me. I thought my only options would be to attend a school in my home state; however I came to realize that Notre Dame would meet 100% of our financial need. They'll meet you all the way, wherever you are."*

*- Mark Metryoos '25*

# A student's financial situation is not considered when evaluating their application for admission

Notre Dame is one of only nine universities that is need-blind for all admitted students, domestic and international.

*"As a first-generation traditional college student and daughter of a single mother, affordability was a primary concern when considering colleges. Besides earning multiple scholarships, receiving a generous financial aid package solidified my choice to call Notre Dame my home. It's been the best decision to come to Notre Dame."*

*Cheyenne Stewart '26*



# Middle-income families receive financial aid

We offer financial aid to families of various income levels. Income is only one factor we consider when offering financial aid: we review household size, number of family members in college, assets, and special circumstances.



*"A big reason why I chose Notre Dame was because of the financial aid package that I received. I applied to a lot of different schools to see what my options would be. I knew I had to choose a school based on what was*



*"A big reason why I chose Notre Dame was because of the financial aid package that I received. I applied to a lot of different schools to see what my options would be. I knew I had to choose a school based on what was financially feasible for my family and me. Notre Dame ended up providing me the most generous offer and I am so grateful that I called Notre Dame my home these last four years."*

*Savannah Carr '24*

# What Will You Pay?

The chart below represents the estimated financial aid support you may receive and the annual estimated family cost.

| Parent Income Ranges | Grants and Scholarships* | Packaged Loans | Self-Help (Work) | Estimated Annual Family Cost |
|---|---|---|---|---|
| Under $40,000 | $79,900 | $0 | $1,000 | **$2,000** |
| $40,000 - $65,000 | $78,650 | $0 | $1,250 | **$3,000** |
| $65,000 - $100,000 | $73,300 | $0 | $2,500 | **$7,100** |
| $100,000 - $140,000 | $65,800 | $0 | $3,000 | **$14,100** |
| $140,000 - $180,000 | $58,800 | $0 | $3,000 | **$21,100** |
| $180,000 - $250,000 | $47,600 | $0 | $3,000 | **$32,300** |
| $250,000+** | $21,800 | $0 | $3,000 | **$58,100** |

* The figures above include University Scholarships, Federal Pell, and Supplemental Grants.
** Most who qualify have two (or more) children in college and average assets.

Average cost of attendance for 2024-2025 academic year: tuition and fees $65,025, room and meals $17,900 for total direct costs of $82,925. The estimated cost for books, personal expenses, and transportation is $3,200.

## Estimate Your Cost

MyinTuition — *Quick Cost Calculator*

Net Price Calculator — *In-depth Estimate*

| | | | | |
|---|---|---|---|---|
| $180,000 - $250,000 | $47,600 | $0 | $3,000 | **$32,300** |
| $250,000+** | $21,800 | $0 | $3,000 | **$58,100** |

* The figures above include University Scholarships, Federal Pell, and Supplemental Grants.
** Most who qualify have two (or more) children in college and average assets.

Average cost of attendance for 2024-2025 academic year: tuition and fees $65,025, room and meals $17,900 for total direct costs of $82,925. The estimated cost for books, personal expenses, and transportation is $3,200.

## Estimate Your Cost

MyinTuition — *Quick Cost Calculator*

Net Price Calculator — *In-depth Estimate*

## Next Steps

The best way to get a sense of how much you'll actually pay for your education is to apply for financial aid. Families are often surprised at the generous amount of aid available to them.

Apply for Financial Aid



McKenna Hall
University of Notre Dame
Notre Dame, IN 46556 USA
Phone 574-631-7505
Fax 574-631-8865
admissions@nd.edu



© 2025 University of Notre Dame



Document title: Aid & Affordability | Undergraduate Admissions | University of Notre Dame
Capture URL: https://admissions.nd.edu/aid-affordability/
Capture timestamp (UTC): Fri, 02 May 2025 20:56:22 GMT