# Exhibit A

To Letter from Peter Bach-y-Rita to Hon. Matthew F. Kennelly, dated June 20, 2025

**Subject:** Sia Henry - 568 Colleges
**Date:** Thursday, June 19, 2025 at 10:38:28 AM Pacific Daylight Time
**From:** Velvel Freedman
**To:** Peter Bach-y-Rita
**CC:** Ted Normand

Peter,

It's come to our attention that you may have been having conversations with FNF's client, Sia Henry, in a way that is improper given your employment at FNF. Let me be very clear, as a directive from employer to employee: **you are not to have any further communications with Ms. Henry about the 568/colleges case**.

To the extent she contacts you about the case, please direct her to Richard Cipolla, with the following message: "Ms. Henry, the firm has asked me to direct you to Richard Cipolla for any questions about the 568/colleges litigation. You can reach him at rcipolla@fnf.law. He will be in position to answer any questions you might have"

I sincerely hope you follow this instruction as any effort to interfere with our client relationships is unacceptable.

Many thanks,
-Vel

Vel (Devin) Freedman
*Partner*
**Freedman Normand Friedland LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 786.924.2900
(f) 646.392.8842
(@) vel@fnf.law