UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**ORDER MODIFYING THE CONFIDENTIALITY DISCLOSURE
SCHEDULE FOR CERTAIN SUMMARY JUDGMENT MOTIONS**

Plaintiffs and Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, the University of Notre Dame, and the Trustees of the University of Pennsylvania ("Litigating Defendants") hereby stipulate and agree to, and further request that the Court enter, in light of the voluminous nature of the summary judgment record and the short turnaround time for identifying confidential materials cited therein, the following modifications to the disclosure schedule set forth in the Order Governing Disclosure in Merits-Related Motion Practice (ECF 736):

**Plaintiffs' Opposition to Litigating Defendants' Motion for Summary Judgment**

1. On June 27, 2025, Plaintiffs shall file provisionally under seal all currently unresolved confidential documents and testimony cited in or appended to their summary judgment opposition briefs.

2. By July 1, 2025, Plaintiffs shall disclose to all relevant Designating Parties a list of the confidential documents and testimony cited in or appended to their summary judgment opposition briefs, to the extent these materials were not previously addressed in connection with prior merits-related motion practice.

3. By July 11, 2025, the Designating Party shall identify the documents and testimony it contends should remain sealed or redacted.

4. By July 18, 2025, Plaintiffs shall meet and confer with the Designating Party regarding any dispute over sealing in connection with their summary judgment opposition briefs.

    a. If there are no disputes, Plaintiffs shall file public versions of their opposition briefs with all accompanying materials (including exhibits) by July 22, 2025.

    b. However, to the extent there is an unresolved dispute, the Designating Party shall file a motion to seal by July 25, 2025, Plaintiffs shall file their opposition by August

6, 2025, and the Designating Party shall file its reply by August 13, 2025. Plaintiffs shall then refile public versions of their opposition brief and/or any provisionally sealed documents that have been de-designated and/or otherwise resolved within seven (7) days of the Court's ruling on the motion to seal.

**Defendants' Reply In Support of Motion for Summary Judgment**

5. On August 11, 2025, Defendants shall file provisionally under seal all currently unresolved confidential documents and testimony cited in or appended to their summary judgment reply briefs.

6. By August 14, 2025, Defendants shall disclose to all relevant Designating Parties a list of the confidential documents and testimony cited in or appended to their summary judgment reply briefs, to the extent these materials were not previously addressed in connection with prior merits-related motion practice.

7. By August 21, 2025, the Designating Party shall identify the documents and testimony it contends should remain sealed or redacted.

8. By August 28, 2025, Defendants shall meet and confer with the Designating Party regarding any dispute over sealing in connection with their summary judgment reply briefs.

    a. If there are no disputes, Defendants shall file public versions of their reply briefs with all accompanying materials (including exhibits) by September 1, 2025.

    b. However, to the extent there is an unresolved dispute, the Designating Party shall file a motion to seal by September 4, 2025, Defendants shall file their opposition by September 16, 2025, and the Designating Party shall file its reply by September 23, 2025. Defendants shall then refile public versions of their opposition brief and/or any

provisionally sealed documents that have been de-designated and/or otherwise resolved within seven (7) days of the Court's ruling on the motion to seal.

**SO ORDERED.**

Dated:  6/27/2025

Hon. Matthew F. Kennelly

3