**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

*Defendants.*

Case No. 1:22-cv-00125

Hon. Matthew F. Kennelly

**DECLARATION BY DAVID GRINGER**

I, David Gringer, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Penn in the above-captioned case.

2. I submit this declaration in support of the following, which are being filed concurrently with this Declaration:

a. Penn's Opposition to Plaintiffs' Motion for Partial Summary Judgment

b. Penn's Response to Plaintiffs' Statement of Undisputed Material Facts

c. Penn's Statement of Additional Undisputed Material Facts in Support of Penn's Opposition to Plaintiffs' Motion for Partial Summary Judgment

3. Exhibit 1 is a true and correct copy of the Declaration of Bridget Terry Long, Ph.D., dated June 25, 2025.

4. Exhibit 1.1 is a true and correct copy of an excerpt of the Expert Report of Bridget Terry Long, Ph.D., dated August 7, 2024.

5. Exhibit 1.2 is a true and correct copy of the Errata to the August 7, 2024 Expert Report of Bridget Terry Long, Ph.D., dated August 12, 2024.

6. Exhibit 2 is a true and correct copy of the Declaration of Lauren J. Stiroh, Ph.D., dated June 24, 2025.

7. Exhibit 2.1 is a true and correct copy of an excerpt of the Expert Report of Lauren J. Stiroh, Ph.D., dated August 7, 2024.

8. Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Matthew Sessa, dated December 15, 2023.

9. Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Elaine Varas, dated August 2, 2023.

10. Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Hal J. Singer, Ph.D., dated November 27, 2024.

11. Exhibit 6 is a true and correct copy of a document produced in this litigation with Bates number PENN568-LIT-00136163, dated November 8, 2021.

12. Exhibit 7 is a true and correct copy of a document produced in this litigation with Bates number ND_0197383, dated November 8, 2021.

13. Exhibit 8 is a true and correct copy of a document produced in this litigation with Bates number GTWNU_0000079982, dated January 24, 2020.

14. Exhibit 9 is a true and correct copy of an excerpt of a document produced in this litigation with Bates number COFHE-02-00011269, dated April 2022, and containing an email dated January 24, 2020.

15. Exhibit 10 is a true and correct copy of an article published in the *University of Pennsylvania Almanac*, Volume 67, Issue 28, titled "Summer Funding Program Expands to Support Middle-Income Students," published on February 23, 2021.

16. Exhibit 11 is a true and correct copy of a webpage titled "Career Services Summer Funding Program FAQs," captured on June 25, 2025, available at https://careerservices.upenn.edu/career-services-summer-funding-program-faqs/.

17. Exhibit 12 is a true and correct copy of a webpage titled "Highly Aided Students," captured on June 26, 2025, available at https://srfs.upenn.edu/financial-aid/highly-aided.

18. Exhibit 13 is a true and correct copy of an article published in *Penn Today*, titled "Penn expands financial aid for middle income families," published on November 19, 2024.

19. Exhibit 14 is a true and correct copy of excerpts of the Second Amended Report of Hal J. Singer, Ph.D., dated June 10, 2024.

20. Exhibit 15 is a true and correct copy of an excerpt of the Rebuttal Report of Hal J. Singer, Ph.D., dated October 7, 2024.

21. Exhibit 16 is a true and correct copy of the Amended Errata Sheet dated August 23, 2024, for the deposition transcript of Elaine Varas as 30(b)(6) representative for Penn, which took place on March 18, 2024.

22. Exhibit 17 is a true and correct copy of Plaintiffs' First Set of Interrogatories on All Defendants, dated April 5, 2023.

23. Exhibit 18 is a true and correct copy of Plaintiffs' Second Set of Interrogatories to All Defendants, dated September 30, 2023.

24. Exhibit 19 is a true and correct copy of Plaintiffs' Requests for Admission to the Original 568 School Defendants, dated September 30, 2023.

25. Exhibit 20 is a true and correct copy of excerpts of the deposition transcript of MaryFrances McCourt, dated March 22, 2024.

26. Exhibit 21 is a true and correct copy of an article published in *Penn Today*, titled "Penn Expands Financial Aid Program to Eliminate Loans: Fact Sheet," published on December 17, 2007.

27. Exhibit 22 is a true and correct copy of an excerpt of the deposition transcript of Elaine Varas as 30(b)(6) representative for Penn, which took place on March 18, 2024.

28. Exhibit 23 is a true and correct copy of excerpts of a document produced in this litigation with Bates number PENN568-LIT-00060839, dated February 27, 2020.

29. Exhibit 24 is a true and correct copy of an excerpt of the deposition transcript of Eric Furda as 30(b)(6) representative for Penn, which took place on March 26, 2024.

30. Exhibit 25 is a true and correct copy of an article published in *The New York Times*, titled "Suit Accuses Georgetown, Penn, and M.I.T. of Admissions Based on Wealth," published on December 17, 2024.

31. Exhibit 26 is a true and correct copy of excerpts of the deposition transcript of Brent Tener, dated July 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 27, 2025.

/s/ *David Gringer*
David Gringer