**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | **Case No. 1:22-cv-00125**<br><br>**Hon. Matthew F. Kennelly** |

**DECLARATION OF EDWARD J. NORMAND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Edward J. Normand, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a Partner at the law firm Freedman Normand Friedland LLP, counsel for Plaintiffs.

2. I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in connection with Plaintiffs' opposition to Defendants' following motions and filings:

a. Defendants' Motion for Partial Summary Judgment;

b. Defendants' Motion for Summary Judgment on the Statute of Limitations; and

c. Defendants' Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment.

3. Attached as Exhibits 1-377 are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of Elizabeth Mora Deposition Transcript, dated October 29, 2024 |
| 2 | B.T. Long, *How Do Financial Aid Policies Affect Colleges? The Institutional Impact of the Georgia HOPE Scholarship*, 39 J. OF HUMAN RES. 1048 (2004) |
| 3 | ND_0001936 |
| 4 | DUKE568_0018646 |
| 5 | Expert Report of Elizabeth Mora, dated May 14, 2024 |
| 6 | DUKE568_0150807 |
| 7 | Excerpts of Sharon Patterson Deposition Transcript, dated March 8, 2024 |
| 8 | Excerpts of Helene Grady Deposition Transcript, dated February 21, 2024 |
| 9 | BROWN_0000000439 |
| 10 | Excerpts of Karl Furstenberg Deposition Transcript, dated July 14, 2023 |
| 11 | DARTMOUTH_0000193446 |
| 12 | MITLIT-000052208 |
| 13 | GTWNU_0000220256 |
| 14 | Amended Expert Report of Hal Singer, dated June 10, 2024 |
| 15 | University of Pennsylvania, Minutes of the Board of Trustees from October 10, 1947 to December 11, 1953 |
| 16 | University of Pennsylvania, Minutes of the Board of Trustees from September 11, 1964 to January 21, 1966 |
| 17 | Excerpts of Karen Cooper Deposition Transcript, dated March 27, 2024 |
| 18 | GTWNU_0000007606 |
| 19 | Columbia_00183594 |
| 20 | GTWNU_0000287265 |
| 21 | GTWNU_0000065454 |
| 22 | Excerpts of David Meade Deposition Transcript, dated May 2, 2024 |
| 23 | CORNELL_LIT0000161606 |
| 24 | DUKE568_0067132 |
| 25 | Excerpts of Lauren Stiroh Deposition Transcript, dated November 12, 2024 |
| 26 | Excerpts of Sarah Donahue Deposition Transcript, dated March 26, 2024 |
| 27 | Columbia_00299225 |
| 28 | DUKE568_0021147 |
| 29 | BROWN_0000015940 |
| 30 | Excerpts of Alexander Leo-Guerra Deposition Transcript, dated August 25, 2023 |

| | |
|---|---|
| 31 | VANDERBILT-00047310 |
| 32 | Rebuttal Expert Report of Hal Singer, dated October 7, 2024 |
| 33 | CORNELL_LIT0000213582 |
| 34 | DARTMOUTH_0000050517 |
| 35 | GTWNU_0000039045 |
| 36 | JHULIT_0000000808 |
| 37 | Excerpts of Malina Chang Deposition Transcript, dated September 13, 2023 |
| 38 | Excerpts of Elaine Varas Deposition Transcript, dated August 2, 2023 |
| 39 | Rebuttal Expert Report of Elizabeth Mora, dated October 7, 2024 |
| 40 | VANDERBILT-00026768 |
| 41 | GTWNU_0000059877 |
| 42 | BROWN_0000002321 |
| 43 | Columbia_00056392 |
| 44 | COFHE-02-00012997 |
| 45 | Excerpts of Michael Hall Deposition Transcript, dated September 13, 2023 |
| 46 | Excerpts of Patricia McWade Deposition Transcript, dated December 8, 2023 |
| 47 | COFHE-02-00025327 |
| 48 | NULIT-0000101847 |
| 49 | CORNELL_LIT0000120783 |
| 50 | GTWNU_0000348062 |
| 51 | COFHE-02-00012226 |
| 52 | Excerpts of Don Betterton Deposition Transcript, dated February 22, 2024 |
| 53 | 2004 CM |
| 54 | 2004 PJ Guide |
| 55 | JHULIT_0000026861 |
| 56 | BROWN_0000017721 |
| 57 | Columbia_00179751 |
| 58 | PENN568-LIT-00133526 |
| 59 | Caitlin Roman, *University Leaves Financial Aid Group*, YALE DAILY NEWS (Sept. 26, 2008) |
| 60 | UCHICAGO_0000183734 |
| 61 | GTWNU_0000009794 |
| 62 | BROWN_0000015617 |
| 63 | BROWN_0000000149 |
| 64 | Cornell response to 30(b)(6) Notice Topic 24 |
| 65 | ND_0006794 |
| 66 | Georgetown Response to 30(b)(6) Notice Topic 22 |
| 67 | Excerpts of Thomas McDermott Deposition Transcript, dated August 18, 2023 |
| 68 | CORNELL_LIT0000273957 |
| 69 | DARTMOUTH_0000077826 |
| 70 | PENN568-LIT-00010969 |
| 71 | UCHICAGO_0000000030 |
| 72 | Emory_568Lit_0049336 |
| 73 | ND_0006830 |
| 74 | CORNELL_LIT0000252669 |

| | |
|---|---|
| 75 | BROWN_0000325202 |
| 76 | YALE_LIT_0000240810 |
| 77 | MITLIT-000169933 |
| 78 | RICE_LIT0000006551 |
| 79 | RICE_LIT0000073329 |
| 80 | MITLIT-000156792 |
| 81 | CORNELL_LIT0000048537 |
| 82 | Columbia_00058566 |
| 83 | Columbia_00015137 |
| 84 | Georgetown Response to Rog Set 2 No. 3 |
| 85 | DUKE568_0103192 |
| 86 | Emory_568Lit_0013342 |
| 87 | Columbia_00238827 |
| 88 | GTWNU_0000193182 |
| 89 | GTWNU_0000325757 |
| 90 | Rebuttal Expert Report of George Bulman, dated October 7, 2024 |
| 91 | BROWN_ 0000000308 |
| 92 | MIDDLEBURY04991 |
| 93 | CORNELL_LIT0000108641 |
| 94 | COFHE-02-00002578 |
| 95 | Columbia_00148923 |
| 96 | Emory_568Lit_0000577 |
| 97 | Excerpts of Mary Nucciarone Deposition Transcript, dated November 1, 2023 |
| 98 | CALTECH000000812 |
| 99 | DUKE568 0056313 |
| 100 | DUKE568_0077086 |
| 101 | CORNELL-LIT0000038218 |
| 102 | BROWN 0000020366 |
| 103 | Columbia_00280452 |
| 104 | Excerpts of Mary Nucciarone Deposition Transcript, dated April 3, 2024 |
| 105 | PENN568-LIT-00053923 |
| 106 | Emory_568Lit_0006214 |
| 107 | CORNELL LIT0000002448 |
| 108 | Columbia_00053516 |
| 109 | ND 0003912 |
| 110 | CORNELL_LIT0000411894 |
| 111 | Emory_568Lit_0026024 |
| 112 | PENN568-LIT-00135331 |
| 113 | YALE_LIT_0000285223 |
| 114 | MITLIT-000078590 |
| 115 | PENN568-LIT-00029001 |
| 116 | JHULIT_0000026656 |
| 117 | CORNELL_LIT0000303597 |
| 118 | Emory_568Lit_0006213 |
| 119 | PENN568-LIT-00000706 |

| | |
|---|---|
| 120 | ND_0004710 |
| 121 | Excerpts of David Yermack Deposition Transcript, dated November 8, 2024 |
| 122 | VANDERBILT-00314487 |
| 123 | Excerpts of Janet Rapelye Deposition Transcript, dated January 22, 2024 |
| 124 | Columbia_00001576 |
| 125 | Excerpts of Megan Arleth Deposition Transcript, dated March 11, 2024 |
| 126 | Excerpts of Jesse Rothstein Deposition Transcript, dated November 15, 2024 |
| 127 | GTWNU_0000021131 |
| 128 | UCHICAGO_0000030573 |
| 129 | Excerpts of Christopher Watson Deposition Transcript, dated October 10, 2023 |
| 130 | NULIT-0000162175 |
| 131 | CORNELL_LIT0000105113 |
| 132 | GTWNU_0000324671 |
| 133 | BROWN_0000000942 |
| 134 | Excerpts of Ian Waitz Deposition Transcript, dated December 15, 2023 |
| 135 | Excerpts of Michael Kotlikoff Deposition Transcript, dated April 25, 2024 |
| 136 | Excerpts of Lynn Higinbotham Deposition Transcript, dated April 12, 2024 |
| 137 | CALTECH000039410 |
| 138 | YALE_LIT_0000255124 |
| 139 | Rebuttal Expert Report of Jesse Rothstein, dated October 7, 2024 |
| 140 | Sandy Baum, *Trends in Student Aid 2005*, College Board 3 (2005) |
| 141 | University of Pennsylvania, *Tuition and Mandated Fees, Room and Board, and Other Educational Costs at Penn* (1950-1959) |
| 142 | United States Census, *Income of Families and Persons in the United States: 1950* (Mar. 25, 1952) |
| 143 | Connor Jones, *On the Record with President DeGioia*, THE GEORGETOWN VOICE (Mar. 6, 2014) |
| 144 | JHULIT_0000028226 |
| 145 | Excerpts of Caesar Storlazzi Deposition Transcript, dated July 27, 2023 |
| 146 | Columbia_00184489 |
| 147 | JHULIT_0000084538 |
| 148 | Penn568-LIT-00162571 |
| 149 | Marc Novicoff, *Dartmouth Didn't Get Rid of Even Half of Student Loans for Undergraduates*, The Dartmouth (July 22, 2022) |
| 150 | Excerpts of Jared Whitney Deposition Transcript, dated January 19, 2024 |
| 151 | CALTECH000008244 |
| 152 | RICE_LIT0000024674 |
| 153 | DARTMOUTH_0000143556 |
| 154 | Excerpts of Peter Wyatt Deposition Transcript, dated February 16, 2024 |
| 155 | MITLIT-000226348 |
| 156 | MITLIT-000171439 |
| 157 | Following Princeton, Harvard beefs up aid |
| 158 | DARTMOUTH_0000359379 |
| 159 | GTWNU_0000116894 |
| 160 | Excerpts of Sandra Baum Deposition Transcript, dated March 29, 2024 |

| | |
|---|---|
| 161 | CORNELL_LIT0000273249 |
| 162 | Excerpts of Kim Downs-Burns Deposition Transcript, dated March 5, 2024 |
| 163 | BROWN_0000016487 |
| 164 | GTWNU_0000324012 |
| 165 | GTWNU_0000317271 |
| 166 | GTWNU_0000029338 |
| 167 | DUKE568_0083862 |
| 168 | GTWNU_0000023917 |
| 169 | BROWN_0000002706 |
| 170 | BROWN_0000050384 |
| 171 | BROWN_0000009178 |
| 172 | BROWN_0000015615 |
| 173 | Excerpts of James Tilton Deposition Transcript, dated May 15, 2023 |
| 174 | Excerpts of Matthew Lewis Deposition Transcript, dated October 27, 2023 |
| 175 | Emory_568Lit_0002799 |
| 176 | NULIT-0000048180 |
| 177 | UCHICAGO_0000183885 |
| 178 | UCHICAGO_0000052965 |
| 179 | UCHICAGO_0000000046 |
| 180 | UCHICAGO_0000031344 |
| 181 | UCHICAGO_0000187609 |
| 182 | UCHICAGO_0000187555 |
| 183 | UCHICAGO_0000031355 |
| 184 | UCHICAGO_0000000245 |
| 185 | UCHICAGO_0000147951 |
| 186 | Columbia_00016697 |
| 187 | Excerpts of Kathryn Tuman Deposition Transcript, dated September 8, 2023 |
| 188 | Excerpts of Jessica Marinaccio Deposition Transcript, dated September 18, 2023 |
| 189 | Columbia_00298393 |
| 190 | CORNELL_LIT0000101723 |
| 191 | CORNELL_LIT0000103000 |
| 192 | CORNELL_LIT0000100847 |
| 193 | CORNELL_LIT0000230307 |
| 194 | CORNELL_LIT0000149131 |
| 195 | CORNELL_LIT0000351496 |
| 196 | CORNELL_LIT0000167239 |
| 197 | CORNELL_LIT0000023992 |
| 198 | CORNELL_LIT0000272526 |
| 199 | Excerpts of Becky Maxson Deposition Transcript, dated November 17, 2023 |
| 200 | CORNELL_LIT0000116174 |
| 201 | ND_0006828 |
| 202 | Excerpts of Miranda McCall Deposition Transcript, dated August 29, 2023 |
| 203 | DUKE568_0081169 |
| 204 | DUKE568_0019856 |
| 205 | MITLIT-000048218 |

| | |
|---|---|
| 206 | DUKE568_0052450 |
| 207 | DUKE568_0052962 |
| 208 | Excerpts of Janice Coleman Deposition Transcript, dated September 15, 2023 |
| 209 | Emory_568Lit_0011424 |
| 210 | Emory_568Lit_0033508 |
| 211 | Emory_568Lit_0030219 |
| 212 | Emory_568Lit_0035244 |
| 213 | Emory_568Lit_0007185 |
| 214 | Emory_568Lit_0006149 |
| 215 | Emory_568Lit_0023692 |
| 216 | GTWNU_0000071253 |
| 217 | GTWNU_0000324155 |
| 218 | CORNELL_LIT0000369547 |
| 219 | GTWNU_0000000278 |
| 220 | Peter Carstensen, *Colleges and Student Aid: Collusion or Competition?*, THE CHRONICLE OF HIGHER EDUCATION (Aug.10, 2001) |
| 221 | 568 Presidents' Group, *About The 568 President's Group*, https://web.archive.org/web/20160320141210/http://568group.org/about/history.html |
| 222 | 568 Presidents' Group, *Statement of the Chairman*, https://web.archive.org/web/20160320141210/http://568group.org/about/chairman.html |
| 223 | Excerpts of John DeGioia Deposition Transcript, dated February 16, 2024 |
| 224 | MITLIT-000074274 |
| 225 | MITLIT-000238091 |
| 226 | NULIT-0000110563 |
| 227 | NULIT-0000112607 |
| 228 | PENN568-LIT-00080968 |
| 229 | PENN568-LIT-00016120 |
| 230 | PENN568-LIT-00017799 |
| 231 | Excerpts of Anne Walker Deposition Transcript, dated September 8, 2023 |
| 232 | RICE_LIT0000002016 |
| 233 | VANDERBILT-00041936 |
| 234 | VANDERBILT-00200229 |
| 235 | VANDERBILT-00204227 |
| 236 | VANDERBILT-00163991 |
| 237 | Excerpts of Douglas Christiansen Deposition Transcript, dated December 1, 2023 |
| 238 | Excerpts of Scott Wallace-Juedes Deposition Transcript, dated July 7, 2023 |
| 239 | ND_0001624 |
| 240 | ND_0004084 |
| 241 | YALE_LIT_0000122514 |
| 242 | DUKE568_0047047 |
| 243 | DUKE568_0155613 |
| 244 | Columbia_00058983 |
| 245 | CBD004681 |

| | |
|---|---|
| 246 | ND_0065243 |
| 247 | ND_0162636 |
| 248 | Emory_568Lit_0003643 |
| 249 | Emory_568Lit_0002702 |
| 250 | UCHICAGO_0000052966 |
| 251 | Columbia_00246836 |
| 252 | PENN568-LIT-00000002 |
| 253 | *Penn Expands Financial Aid for Middle Income Families*, Penn Today (Nov. 19, 2024) |
| 254 | Steve Brandt, *Undergraduates with Family Income Below $200,000 Can Expect to Attend MIT Tuition-free Starting in 2025*, MIT News (Nov. 20, 2024) |
| 255 | *Dartmouth Receives Its Largest- Ever Scholarship Bequest*, Dartmouth: Office of Communications (Mar. 25, 2024) |
| 256 | Sean Cuneo, *Transforming Higher Education: Notre Dame's Bold, Landmark Commitment to Financial Aid*, Giving to Notre Dame (Sept. 19, 2024) |
| 257 | Vanderbilt University Announces Expansion of Its No-Loan Financial Aid, Vanderbilt University News (Feb. 8, 2024) |
| 258 | Molly Reinmann, *Financial Aid Office Announces Three New Efforts to Streamline Process*, Yale Daily News (Nov. 13, 2023) |
| 259 | Vanderbilt-00403770 |
| 260 | J. Chung & R. Rubin, *Colleges Hope to Stave Off Big Tax Hike by Pledging to Spend More Endowment Cash*, Wall St. J. (June 6, 2025) |
| 261 | MITLIT-000637360 |
| 262 | Columbia_00056363 |
| 263 | BROWN_0000017726 |
| 264 | MIDDLEBURY04991 |
| 265 | Columbia_00038450 |
| 266 | VANDERBILT-00021810 |
| 267 | BROWN_0000254353 |
| 268 | CORNELL_LIT0000018830 |
| 269 | CALTECH000054901 |
| 270 | Expert Report of George Bulman, dated May 14, 2024 |
| 271 | PENN568-LIT-00178393 |
| 272 | Penn Response to RFA No. 20, Penn's Response and Objections to Plaintiffs' First Set of Request for Admission to All Defendants, dated November 13, 2023 |
| 273 | DARTMOUTH_0000025962 |
| 274 | Expert Report of David Yermack, dated August 7, 2024 |
| 275 | Excerpts of Glen Shor Deposition Transcript, dated December 21, 2023 |
| 276 | UCHICAGO_0000142409 |
| 277 | MITLIT-000654802 |
| 278 | PENN568-LIT-00124550 |
| 279 | ND_0196803 |
| 280 | Excerpts of Peter Ammon Deposition Transcript, dated October 25, 2023 |
| 281 | Emory_568Lit_0039665 |
| 282 | ND_0337024 |

| | |
|---|---|
| 283 | GTWNU_0000067165 |
| 284 | CORNELL_LIT0000301012 |
| 285 | CORNELL_LIT0000170204 |
| 286 | Excerpts of Jason Locke Deposition Transcript, dated December 11, 2023 |
| 287 | CORNELL_LIT0000162302 |
| 288 | CORNELL_LIT0000206598 |
| 289 | CORNELL_LIT0000015955 |
| 290 | Excerpts of Jeff Sassorossi Deposition Transcript, dated December 11, 2023 |
| 291 | Excerpts from the Panel Discussion Panel, dated September 9, 2015 |
| 292 | GTWNU_0000094409 |
| 293 | GTWNU_0000170064 |
| 294 | GTWNU_0000170083 |
| 295 | GTWNU_0000170128 |
| 296 | GTWNU_0000170277 |
| 297 | GTWNU_0000170284 |
| 298 | Excerpts of Andrew Koenig Deposition Transcript, dated February 13, 2024 |
| 299 | GTWNU_0000374005 |
| 300 | GTWNU_0000374050 |
| 301 | GTWNU_0000378237 |
| 302 | GTWNU_00397672 |
| 303 | GTWNU_00398987 |
| 304 | GTWNU_00399820 |
| 305 | GTWNU_00399824 |
| 306 | GTWNU_00400057 |
| 307 | GTWNU_00415241 |
| 308 | GTWNU_00416435 |
| 309 | Jim Dobson, *Inside the Annual Summer Camp for Billionaires In Sun Valley, Idaho*, FORBES (Jun. 25, 2023) |
| 310 | Excerpts of Charles Deacon Deposition Transcript, dated May 18, 2022 |
| 311 | McGreggor Crowley, *Confessions of a former MIT admissions director*, THE BOSTON GLOBE (Mar. 13, 2019) |
| 312 | MITLIT-000117897 |
| 313 | MITLIT-000089375 |
| 314 | Excerpts of Robert Millard Deposition Transcript, dated February 27, 2024 |
| 315 | MITLIT-000659292 |
| 316 | Excerpts of Stuart Schmill Deposition Transcript, dated June 5, 2024 |
| 317 | Stipulation Between Plaintiffs and Defendant Northwestern University, dated October 13, 2023 |
| 318 | NULIT-0000159158 |
| 319 | NULIT-0000159161 |
| 320 | NULIT-0000169374 |
| 321 | NULIT-0000169661 |
| 322 | NULIT-0000178661 |
| 323 | Excerpts of Morton Schapiro Deposition Transcript, dated July 18, 2023 |
| 324 | Excerpts of Louis Metzger Deposition Transcript, dated October 8, 2024 |

| | |
|---|---|
| 325 | Stipulation Between Plaintiffs and Defendant Notre Dame Du Lac regarding Donor-Related Admissions and the 568 Exemption, dated October 4, 2023 |
| 326 | ND_0039910 |
| 327 | ND_0260818 |
| 328 | ND_0199458 |
| 329 | ND_0196410 |
| 330 | Excerpts of Donald Bishop Deposition Transcript, dated August 16, 2023 |
| 331 | Excerpts of Sara Harberson Deposition Transcript, dated October 25, 2023 |
| 332 | Stipulation Between Plaintiffs and Defendant Vanderbilt University, dated November 3, 2023 |
| 333 | Excerpts of Joan O'Neill Deposition Transcript, dated August 17, 2023 |
| 334 | Supplemental Rebuttal Expert Report of Hal Singer, dated November 8, 2024 |
| 335 | Excerpts of Hal Singer Deposition Transcript, dated November 27, 2024 |
| 336 | Sandy Baum, Trends in Student Aid 2011, COLLEGE BOARD (2011) |
| 337 | Excerpts of Sia Henry Deposition Transcript, dated September 15, 2023 |
| 338 | Excerpts of Brittany Tatiana Weaver Deposition Transcript, dated November 14, 2023 |
| 339 | Excerpts of Benjamin Shumate Transcript, dated September 12, 2023 |
| 340 | Excerpts of Michael Maerlender Deposition Transcript, dated September 18, 2023 |
| 341 | Excerpts of Andrew Corzo Deposition Transcript, dated September 8, 2023 |
| 342 | Elizabeth Rowe, *Percent Rise in Tuition Approved*, THE HOYA (March 22, 2010) |
| 343 | Katie Harris, *Tuition*, SCHOLASTIC (Sept. 23, 2015) |
| 344 | *Trustees Approve Tuition and Fees for 2011-12*, CORNELL CHRONICLE (Jan. 30, 2011) |
| 345 | *University Increases Tuition for 2009*, THE OBSERVER (Mar. 3, 2009) |
| 346 | *Tuition hike info needs to be public*, THE GEORGETOWN VOICE (Mar. 2, 2006) |
| 347 | *Inflation, staffing pressures expected to drive up college tuition*, GEORGETOWN UNIVERSITY THE FEED (February 11, 2022) |
| 348 | C.J. Hughes, *Why Is Dartmouth So Expensive?* DARTMOUTH ALUMNI MAGAZINE (May – Jun. 2015), |
| 349 | Excerpts of Hearing Transcript, dated July 24, 2023 |
| 350 | DARTMOUTH_0000380953 |
| 351 | *Georgetown Revenue and Receivables, Policies and Procedures*, https://studentaccounts.georgetown.edu/policies/ (last visited Mar. 5, 2025) |
| 352 | NULIT-0000055424 |
| 353 | PENN568-LIT-00069294 |
| 354 | VANDERBILT-00000811 |
| 355 | COFHE-02-00012068 |
| 356 | DUKE568_0031405 |
| 357 | GTWNU_0000292229 |
| 358 | AMHE-00012771 |
| 359 | COFHE-02-00011341 |
| 360 | CORNELL_LIT0000112401 |
| 361 | ND_0168159 |
| 362 | BROWN_0000009045 |

| | |
|---|---|
| 363 | CALTECH000055927 |
| 364 | Columbia_00271329 |
| 365 | ND_0322032 |
| 366 | VANDERBILT-00043428 |
| 367 | YALE_LIT_0000158448 |
| 368 | PENN568-LIT-00135701 |
| 369 | VANDERBILT-00389105 |
| 370 | Excerpts of Kathryn Osmond Deposition Transcript, dated November 16, 2023 |
| 371 | GTWNU_00070731 |
| 372 | Excerpts of Robert Donaghey Transcript, dated March 6, 2024 |
| 373 | Excerpts of Bridget Terry Long Transcript, dated October 23, 2024 |
| 374 | YALE_LIT_0000183774 |
| 375 | Expert Report of Nicholas Hill, dated August 7, 2024 |
| 376 | Penn568-LIT-00073116 |
| 377 | GTWNU_0000185821 |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June 2025.

/s/ Edward J. Normand
Edward J. Normand