UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**NOTICE OF FILING PUBLIC VERSIONS OF DOCUMENTS
<u>PREVIOUSLY FILED UNDER SEAL</u>**

Pursuant to the Order Modifying the Confidentiality Disclosure Schedule for Certain Summary Judgment Motions (ECF No. 885), Plaintiffs are filing public versions of the exhibits attached to Plaintiffs' Response to Defendants' Rule 56.1 Statement; Plaintiffs' Opposition to Defendants' Motion for Summary Judgement; and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on the Statute of Limitations that were originally filed provisionally under seal that have been de-designated from confidential to non-confidential by the Designating Party.[1]

- Exhibit 1
- Exhibit 3
- Exhibit 7
- Exhibit 9
- Exhibit 10
- Exhibit 11
- Exhibit 12
- Exhibit 13
- Exhibit 17
- Exhibit 18
- Exhibit 19
- Exhibit 20
- Exhibit 21
- Exhibit 22
- Exhibit 23
- Exhibit 24
- Exhibit 25
- Exhibit 26
- Exhibit 27
- Exhibit 28
- Exhibit 33
- Exhibit 34
- Exhibit 35
- Exhibit 36
- Exhibit 37
- Exhibit 38
- Exhibit 41
- Exhibit 46
- Exhibit 47
- Exhibit 48
- Exhibit 49
- Exhibit 50
- Exhibit 51
- Exhibit 52
- Exhibit 53
- Exhibit 54
- Exhibit 55
- Exhibit 56
- Exhibit 57
- Exhibit 58
- Exhibit 61
- Exhibit 62
- Exhibit 64
- Exhibit 65
- Exhibit 66
- Exhibit 67
- Exhibit 68
- Exhibit 71
- Exhibit 72
- Exhibit 73
- Exhibit 74
- Exhibit 76
- Exhibit 77
- Exhibit 78
- Exhibit 79
- Exhibit 80
- Exhibit 81
- Exhibit 82
- Exhibit 83
- Exhibit 84
- Exhibit 89
- Exhibit 91
- Exhibit 92
- Exhibit 93
- Exhibit 94
- Exhibit 95
- Exhibit 97
- Exhibit 98
- Exhibit 99
- Exhibit 100
- Exhibit 102
- Exhibit 104
- Exhibit 105
- Exhibit 106
- Exhibit 108
- Exhibit 109
- Exhibit 110
- Exhibit 111
- Exhibit 112
- Exhibit 113
- Exhibit 114

---

[1] Pursuant to ECF No. 885 ¶ 4(a), redacted versions of Plaintiffs' Response to Defendants' Rule 56.1 Statement; Plaintiffs' Opposition to Defendants' Motion for Summary Judgement; and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on the Statute of Limitations will be forthcoming after the Court rules on any forthcoming motions to seal or designation disputes are resolved with all Designating Parties.

- Exhibit 115
- Exhibit 118
- Exhibit 119
- Exhibit 120
- Exhibit 121
- Exhibit 122
- Exhibit 123
- Exhibit 124
- Exhibit 125
- Exhibit 126
- Exhibit 127
- Exhibit 129
- Exhibit 130
- Exhibit 131
- Exhibit 132
- Exhibit 133
- Exhibit 134
- Exhibit 137
- Exhibit 138
- Exhibit 139
- Exhibit 145
- Exhibit 146
- Exhibit 148
- Exhibit 150
- Exhibit 151
- Exhibit 152
- Exhibit 153
- Exhibit 155
- Exhibit 156
- Exhibit 160
- Exhibit 161
- Exhibit 162
- Exhibit 163
- Exhibit 165
- Exhibit 167
- Exhibit 168
- Exhibit 169
- Exhibit 170
- Exhibit 172
- Exhibit 173
- Exhibit 174
- Exhibit 176
- Exhibit 186
- Exhibit 187
- Exhibit 188
- Exhibit 189
- Exhibit 190
- Exhibit 191
- Exhibit 192
- Exhibit 193
- Exhibit 194
- Exhibit 195
- Exhibit 196
- Exhibit 197
- Exhibit 198
- Exhibit 199
- Exhibit 200
- Exhibit 201
- Exhibit 202
- Exhibit 203
- Exhibit 204
- Exhibit 205
- Exhibit 206
- Exhibit 207
- Exhibit 208
- Exhibit 209
- Exhibit 210
- Exhibit 211
- Exhibit 213
- Exhibit 214
- Exhibit 216
- Exhibit 217
- Exhibit 218
- Exhibit 220
- Exhibit 223
- Exhibit 225
- Exhibit 226
- Exhibit 227
- Exhibit 228
- Exhibit 230
- Exhibit 231
- Exhibit 232
- Exhibit 233
- Exhibit 234
- Exhibit 236
- Exhibit 238
- Exhibit 239
- Exhibit 240
- Exhibit 241
- Exhibit 242
- Exhibit 243
- Exhibit 244
- Exhibit 247
- Exhibit 253
- Exhibit 263
- Exhibit 264
- Exhibit 265
- Exhibit 269
- Exhibit 274
- Exhibit 276
- Exhibit 277
- Exhibit 278
- Exhibit 279
- Exhibit 281
- Exhibit 288
- Exhibit 290
- Exhibit 314
- Exhibit 318
- Exhibit 319
- Exhibit 320
- Exhibit 321
- Exhibit 322
- Exhibit 323
- Exhibit 326
- Exhibit 331
- Exhibit 335
- Exhibit 352
- Exhibit 354
- Exhibit 356
- Exhibit 357
- Exhibit 360
- Exhibit 361
- Exhibit 363
- Exhibit 364
- Exhibit 365
- Exhibit 366
- Exhibit 367
- Exhibit 368
- Exhibit 371
- Exhibit 372
- Exhibit 373
- Exhibit 375

- Exhibit 377

Dated: July 22, 2025                                         Respectfully Submitted,

*/s/ Robert D. Gilbert*                                       */s/ Edward J. Normand*
Robert D. Gilbert                                             Devin "Vel" Freedman
Elpidio Villarreal                                            Edward J. Normand
Robert S. Raymar                                              Richard Cipolla
David S. Copeland                                             Joseph Delich
Natasha Zaslove                                               Peter Bach-y-Rita
Alexis Marquez                                                **FREEDMAN NORMAND**
Caitlin Coslett                                               **FRIEDLAND LLP**
Sarah Schuster                                                155 E. 44th Street, Suite 915
**GILBERT LITIGATORS &**                                      New York, NY 10017
**COUNSELORS, P.C.**                                          Tel: (646) 494-2900
11 Broadway, Suite 615                                        vel@fnf.law
New York, NY 10004                                            tnormand@fnf.law
Tel: (646) 448-5269                                           rcipolla@fnf.law
rgilbert@gilbertlitigators.com                                jdelich@fnf.law
pdvillarreal@gilbertlitigators.com                            pbachyrita@fnf.law
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com                               Ivy Ngo
nzaslove@gilberlitigators.com                                 **FREEDMAN NORMAND**
amarquez@ gilberlitigators.com                                **FRIEDLAND LLP**
ccoslett@ gilberlitigators.com                                1 SE 3d Avenue, Suite 1240
sschuster@gilbertlitigators.com                               Miami, FL 33131
                                                              Tel: (786) 924-2900
*/s/ Eric L. Cramer*                                          ingo@fnf.law
Eric L. Cramer
David Langer                                                  Robert E. Litan
Jeremy Gradwohl                                               Daniel J. Walker
Hope Brinn                                                    **BERGER MONTAGUE PC**
**BERGER MONTAGUE PC**                                        1001 G Street, NW, Suite 400 East
1818 Market Street, Suite 3600                                Washington, DC 20001
Philadelphia, PA 19103                                        Tel: (202) 559-9745
Tel: (215) 875-3000                                           rlitan@bm.net
ecramer@bm.net                                                dwalker@bm.net
dlanger@bm.net
jgradwohl@bm.net
hbrinn@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500

3

Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bm.net

*Counsel for Plaintiffs*