# EXHIBIT 102



568 Presidents' Working Group

COFHE Financial Aid Directors' Retreat
June 25, 2013

CONFIDENTIAL

BROWN_0000020366

# History

- 1992 Department of Justice Anti-Trust Lawsuit against Ivy League Institutions.

- 1994 Congress Created an Anti-Trust Exemption.

- Section 568 of the <u>Improving America's Schools Act of 1994</u> Allows schools that are need-blind to come together to discuss and agree upon financial aid principles.

CONFIDENTIAL

# History

○ 568 Presidents' Working Group Formed in early 2000's. Presidents of 28 leading institutions reaffirmed their commitment to need-based aid, endorsing a comprehensive set of principles for the fair determination of a family's expected contribution.

○ 568 Common Standards Subcommittee, now known as the 568 Technical Committee formed shortly thereafter.

CONFIDENTIAL

BROWN_0000020368

# Rationale and Principles

- ⌀ Allows participant schools to come together to develop consistent financial aid policies. Participating schools sign a Certificate of Compliance with 568 each year.

- ⌀ Families should contribute to educational expenses according to their ability, and families with similar financial profiles should contribute similar amounts.

- ⌀ To the extent that they are able, parents and students have the primary responsibility to contribute to educational expenses before an institution awards aid.

CONFIDENTIAL

BROWN_0000020369



- Technical Committee members were asked to remove their institutional hats.

- All discussions would be guided by an effort to do the right thing, regardless of the consequences.

- Technical Committee first chaired by Jim Belvin, Duke, then Bill Schilling, Penn, and since last spring by Patricia McWade, Georgetown.

- Presidents' Committee first chaired by Hunter Rawlings, Cornell, then Harry Payne, Williams, then Morton Schapiro, now at Northwestern, and currently by Jack DeGioia, Georgetown.

CONFIDENTIAL

BROWN_0000020370



- 568 Presidents have not met in several years.

- Technical Committee continues to meet via phone to plan the twice-a-year meetings, usually held in June and January.

- 568 Institutional members meet to discuss principles of need analysis and to see if consensus can be reached on the application of these principles.

- January meeting used to help train staff in preparation for the upcoming awarding cycle.

BROWN_0000020371



- <u>568 Presidents' Group Consensus Methodology Policy Guidelines</u> and <u>Professional Judgment Guidelines Manual</u> drafted in 2001, updated in 2012 by Bill Schilling and the Technical Committee.

BROWN_0000020372

# Future of 568

○ Participating Schools now less able to arrive at consensus on all the need analysis elements, leaning toward "best practices" instead.

○ Several schools have dropped from participating, some have been added, for a total of 26 participating schools today.

○ Current 568 Legislation Set to Expire September 30, 2015.

CONFIDENTIAL

BROWN_0000020373