# EXHIBIT 153

# Competitor Analysis Class of 2012

Presentation to

Academic Planning Committee

January 14, 2009

DARTMOUTH_0000143554

CONFIDENTIAL

# Non-Matriculants

- 54% chose to enroll at:
  - Harvard, Princeton, Yale, Stanford, or Brown
- 73% chose to enroll at:
  - All Ivy, Stanford, MIT, or Duke
- Very consistent set of schools at which the majority of our non-matriculants enroll

DARTMOUTH_00000143556
CONFIDENTIAL

# Win/Loss data on Ivy cross-admits Class of 2012

| Harvard 156 | | Princeton 136 | | Yale 79 | | Stanford 72 | | MIT 42 | |
|---|---|---|---|---|---|---|---|---|---|
| win | loss | win | loss | win | loss | win | loss | win | loss |
| 1 | 155 | 3 | 133 | 2 | 77 | 2 | 70 | 1 | 41 |

| Brown 79 | | Columbia 34 | | Penn 63 | | Cornell 89 | |
|---|---|---|---|---|---|---|---|
| win | loss | win | loss | win | loss | win | loss |
| 33 | 46 | 8 | 26 | 18 | 45 | 70 | 19 |

DARTMOUTH_0000143560
CONFIDENTIAL

[Slide 5]

Data collected at annual spring Ivy Deans' meeting, as reported by each individual school. Students confirm enrollment decision by May 1st and are asked to specify the school they will attend. Can break this into three types of institutions – 1) HYP and Stanford/MIT – will never be competitive in cross-admits (for variety of reasons); 2) Brown/Columbia/Penn – closest competitors in Ivy+, although we historically don't take more than we lose against these three schools; 3) Cornell – only Ivy+ where we take more than lose

CONFIDENTIAL					DARTMOUTH_0000143561