# EXHIBIT 160

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*SANDRA BAUM, PH.D.*

*March 29, 2024*



1  becoming a senior policy analyst, if you
2  recall?
3       A.   They were interested in
4  having a larger presence in the student
5  aid world, and they felt that I would be
6  able to facilitate that.
7       Q.   When you say "they," you
8  mean the College Board?
9       A.   The College Board.
10      Q.   And do you recall why they
11 were interested in having a larger
12 presence in the student aid world?
13      A.   The College Board,
14 historically, had a large presence in the
15 student aid world and that had
16 diminished, and I guess maybe people had
17 left.  And so there was interest, in the
18 financial aid community, in having them
19 play a larger role.  So it was just sort
20 of a logical step for them.
21      Q.   Do you recall what your
22 consulting work in the beginning of your
23 tenure, in the late '80s, concerned?
24      A.   My initial involvement with

Case: 1:22-cv-00125 Document #: 915-40 Filed: 07/22/25 Page 4 of 8 PageID #:44291

HENRY v  
BROWN UNIVERSITY  
Attorneys Eyes Only  
Sandra Baum, Ph.D.  
March 29, 2024

21

1  the College Board was to be a consultant
2  to their Committee on Standards of
3  Ability to Pay.  It was called CSAP.
4  It's FASSAC in the time period that we're
5  concerned here.
6          And they wanted an economist
7  who could help them to think about the
8  equity and efficiency of the student aid
9  formula and system.
10         Q.  And do you have any
11  recollection of how it was that you were
12  retained as a consultant?
13         A.  I had done research on
14  student aid and equity issues, and a
15  colleague of mine at Wellesley College
16  had some involvement with them and that
17  committee, and he recommended me to them.
18         Q.  And at this time when you
19  joined as a consultant in 1988, did the
20  College Board have an Institutional
21  Methodology that it was using?
22         A.  It wasn't the Institutional
23  Methodology at that time.  It was later,
24  when the Federal Methodology was

1  Q. Do you recall when his
2  involvement stopped?
3  A. I don't. But it was
4  sometime in the early 1990s, I think.
5  Q. Early 1990s?
6  A. I think so.
7  Q. Is it your recollection that
8  through the rest of the 1990s, you were
9  the only economist working to develop the
10 Base IM with the College Board?
11 A. I believe so. There may
12 have been others who were consulted at
13 times.
14 Q. Did you have an
15 understanding during the 1990s as to how
16 prevalent the use of the IM was among
17 colleges?
18     MR. RYBNICEK: Objection to
19   form.
20     You can answer if you're
21   able.
22     THE WITNESS: There were a
23   certain number of colleges that
24   used it. I was never totally on

1  college education and take it home.  You
2  have to also put energy and effort into
3  it.
4           And if students are aware of
5  the fact that they are paying for it and
6  giving up something else, then they may
7  be more motivated to put the required
8  energy and effort into it.
9       Q.    And do you recall how you
10 reached that conclusion?
11      A.    Logic.
12      Q.    Is that conclusion based on
13 any particular economic precepts?
14      A.    That -- that would be hard
15 to say.
16      Q.    And are there ways in which
17 describing college education as a
18 partnership between the school and the
19 student in which you don't agree?
20      A.    I think I have sometimes
21 heard people say that no matter what
22 their financial circumstances, everybody
23 should be coming up with money.  And in
24 some cases, people just don't have that

1  Exhibit 6, Page 7, of the document, I
2  think it is.  And the page number is on
3  the top right.  It should say
4  "Introduction"?
5     A. Yes.
6     Q. And in that first paragraph
7  on the top left, that paragraph ends,
8  "Moreover, it is increasingly evident
9  that the complexities of existing
10  financial aid policies and programs make
11  it difficult for many of those who most
12  need the help to understand and navigate
13  the system."
14     Do you see that?
15     A. Yes.
16     Q. Do you recall why you
17  concluded around this time that that was
18  increasingly evident?
19     A. I think there were -- there
20  was -- there were studies of low-income
21  students and the difficulty they had in
22  understanding and accessing the financial
23  aid system.
24     Q. Do you recall who undertook

1  █████████

   ████████████████████████

   ██████████████████████████████████████████

   ███████████████████████████████████████

   ████████████████

   █████████████████████████

   ██████████████████████████████████████

   ████████████████████

   ██████████████████████████████████████

   ███████████████████████████████████████

   ██████████████████████████████████

   ████████████████████████████████████████████

   ████████████████████████████

14      Q.   Do you recall the analyses
15  you did in any quantitative way?  Were
16  you working back from certain results?
17  You know, where -- where did the
18  percentages come from?
19      A.   Again, I don't know where
20  these percentages came from.  But I think
21  I recall looking at how much you could
22  expect -- where people would end up, if
23  you took a certain amount of money away
24  from their income, how would that affect