# EXHIBIT 161

Message

| | |
|---|---|
| **From:** | Becky Zehr Maxson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=03DC43E47C814A98A402FD41CC4DB1A5-BZ25] |
| **Sent:** | 11/24/2015 2:05:04 PM |
| **To:** | Susan Hitchcock [sh54@cornell.edu] |
| **CC:** | Christopher Cartmill [cc259@cornell.edu] |
| **Subject:** | RE: 568 CM Manual -Action Needed |

This is fine. The only thing that we don't do is allow for debt coming from siblings' prior enrollment and they are not issuing any guidance on that yet.

Becky Maxson
Associate Director

  

Financial Aid and Student Employment
Cornell University

203 Day Hall
p.607.255.5145

---

**From:** Susan Hitchcock
**Sent:** Wednesday, November 18, 2015 9:08 AM
**To:** Becky Zehr Maxson <bz25@cornell.edu>
**Cc:** Christopher Cartmill <cc259@cornell.edu>
**Subject:** FW: 568 CM Manual -Action Needed

Hi Becky,

Can you take a look at the manual attached? Many of these changes were discussed when we were in CA.

Let me know if you feel we should disagree in any area.

I would like to respond to Megan next week.

Thanks,
Sue

---

**From:** 568council-bounces@mit.edu [mailto:568council-bounces@mit.edu] **On Behalf Of** Downs-Burns, Kim M.
**Sent:** Tuesday, November 17, 2015 12:25 PM
**To:** 568 Council (568council@mit.edu) <568council@mit.edu>
**Cc:** Ted Bracken <bracken@jhu.edu>; Ted bracken  FERPA/PII REDACTION
**Subject:** [568council-list] 568 CM Manual -Action Needed

Dear 568 Group Colleagues,

As chair of the Technical Committee, I would like to share with you the updated version of the 568 Consensus Methodology Manual for your review and approval. The attached manual includes new language in the areas for which consensus was reached at our last meeting in Monterey. The areas where changes were made are noted in red, and the sections moved to the Professional Judgement manual can be found in the Appendix.

I ask that all members **please indicate your approval of the manual** by sending an email to Megan Arleth, technical staff to the 568 Group, at marleth@mit.edu. Should you have any feedback, please also provide that to Megan, who will share that information with the Technical Committee. Please respond (with approval and/or feedback) by Friday December 4th.

CONFIDENTIAL
CORNELL_LIT0000273249

I wanted to thank all of you, but especially Ted Bracken and the Technical Committee, for the work that has gone into updating the manual and maintaining a need analysis system that will continue to assure fair and equitable access to our institutions. However, our work is never done! So, please don't forget to register for the upcoming webinar on PPY and our January meeting in Baltimore.

Best,
Kim

*Kim M Downs-Burns*

Associate Vice President for Student Financial Services
Middlebury College
84 South Service Road
Middlebury VT 05753

(802) 443-5158



CONFIDENTIAL                                                                                                              CORNELL_LIT0000273250