# EXHIBIT 162

**In the Matter Of:**

*HENRY v*

*BROWN UNIVERSITY*

---

*KIM DOWNS-BURNS*

*March 05, 2024*

---



```
 1          K. Downs-Burns - Confidential

 2     A     Okay.  Got it.  Got it.

 3     Q     Oh, yeah, sorry, I misread the

 4  number.

 5     A     Okay.

 6     Q     And Ms. Arleth says:  "I hope

 7  everyone is enjoying a wonderful holiday

 8  break!  Below are the times for the next

 9  several 568 Group Technical Committee

10  calls."

11          Do you see that?

12     A     Yes.

13     Q     And she lists times below.

14          Do you recall during your time

15  on the Technical Committee how often there

16  would be Technical Committee calls?

17     A     I would say it varied based on

18  the timing of the meeting or gathering.

19          So nothing standardized, for

20  sure.

21     Q     Is there any general statement

22  you can make about your tenure on the

23  Technical Committee as to about how many

24  calls a year the Technical Committee would

25  have?
```

108

```
1              K. Downs-Burns - Confidential

2       A     So I would say based on when I

3  was in the role and just guessing,

4  guessing, but based on my recollection, if

5  we had two meetings a year, we probably

6  had -- it could be anywhere from 12 to 15

7  calls in a year.  My best recollection.

8       Q     If you scroll up in Exhibit 9 to

9  the middle e-mail, that's the e-mail I

10  guess sent on behalf of Ted Bracken,

11  January 5, 2015.  It begins:  "Dear

12  Colleagues."

13            Do you see that?

14       A     Yes.

15       Q     And Mr. Bracken says:  "As of

16  this afternoon, I have received 18

17  responses to our survey."

18            Do you see that?

19       A     I do.

20       Q     And if you look at the next

21  paragraph, he says:  "Quite interestingly,

22  so far there seems to be pretty broad and

23  uniform consensus on almost all of the

24  items in the CM."

25            Do you see that language?
```

315

1          K. Downs-Burns - Confidential

2    revenues?

3          A     Not without looking it up.

4                I could tell you if you were

5    asking me what our financial aid budget was

6    for undergraduates, but -- and what we

7    collect in tuition a year, I could tell you

8    that.

9          Q     But I take it you don't know

10   whether financial aid was funded by X

11   percent endowment and Y percent tuition

12   revenue?

13         A     I can't tell you that right off

14   the top of my head, no.  I know where I

15   could find it, but no, I cannot tell you.

16         Q     You're not obligated to do any

17   research right now.

18         A     No, no.

19         Q     That is the one good thing about

20   the day, you know.

21               Is it fair to say that if

22   Middlebury's endowment had been a billion

23   dollars higher, the school could have

24   afforded to be more generous with its

25   financial aid?

316

```
 1            K. Downs-Burns - Confidential
 2                 MR. KUTCHER:  Object to the
 3         form.
 4         A     I would hope that if we had an
 5    additional billion, we would do something
 6    additional in the financial aid arena.
 7    That would be my hope.
 8                 MR. KUTCHER:  Sorry to interrupt
 9         you, Ted.  But, Kendall, I don't --
10         your objections are not coming out on
11         the record.  So I don't know if that's
12         because your mic is turned off or
13         something.
14                 MS. HOECHST:  I'm sitting right
15         next to Ms. Downs-Burns.  So I'm
16         hoping that my objections will be
17         picked up by her mic.  But because
18         we're in the same room, I have my mic
19         turned off so that we don't get the
20         echo effect on Zoom.
21                 So I'll try and keep my voice
22         up.  Thank you for letting me know.
23                 MR. KUTCHER:  Okay.
24                 And just for the record -- I'm
25         sorry, one more time -- I'm assuming
```