# EXHIBIT 163

**568 Presidents' Group**
**Annual Workshop Meeting**
**Sheraton Bradley Airport Hotel, Hartford, CT**
**January 26-27, 2010**

**Tentative Agenda**

**Tuesday, January 26**

11:00-12:00   Need Analysis Topics

- Assessment Rates & Protections

12:00-12:30   Working Lunch – buffet style

12:30-1:00    Welcome/Introductions/Chair's Remarks

1:00-1:45     HEOA/SAFRA Update – A Campus Perspective (Rich Jacob)

1:45-3:00     Need Analysis Topics

- Projected Year Income

3:00-4:15     Need Analysis Topics/Group Discussion

- Illiquid Assets
- Sibling/parent Educational Expenses

4:15-5:00     Need analysis topics/group discussion   (could go to 6:00)

- Retirement Issues
- Other (if raised by participants)

Dinner on your own

**Wednesday, January 27**

7:00-8:00     Breakfast

8:00-9:00     Continuation of Need Analysis topics (if needed)

9:00-10:00    CSS Update (Myra Smith)

10:00-11:30   Net-Price Calculator (Tilton, et al)

1

CONFIDENTIAL  BROWN_0000016487

| | |
|---|---|
| 11:30-12:30 | Financial Reporting Requirements (Schilling + 1) |
| 12:30-1:00 | Break for Buffet Lunch |
| 1:00-2:30 | HERA/Regulation Z Loan Issues (Osmond/Pekala) |
| 2:30-3:00 | Federal Simplification Initiatives (Russo, DeVeres)/Wrap up |
| | Adjourn |

2

CONFIDENTIAL