# EXHIBIT 165

November 12, 2003

To:             The 568 Presidents

                cc: 568-Eligible Presidents

From:           Morty Schapiro
                Chair of the 568 Presidents' Group

Colleagues:

As you will note from the enclosed copy of the Technical Committee's August letter to all 568 Presidents, I have agreed to serve as Chair of the 568 Presidents' Group. I succeed Hunter Rawlings at the end of a very important year. In September 2002, Congress affirmed its confidence in the value of need-based aid by extending for seven years the Section 568 anti-trust exemption upon which our initial discussions were based. Furthermore, after several years of planning, the Consensus Approach to Need Analysis was implemented with the enrollment of the 2003-04 recruiting class. By all accounts, this effort met and, in some cases, exceeded our expectations.

Principal among our goals for the Consensus Approach was the development of a common approach to need analysis that would result in consistent need analysis outcomes across participating institutions. We believed that such an approach would preserve the important educational and social benefits associated with a common, need-based aid system while at the same time strengthening public confidence in a financial system based on student choice. Following the completion of the April admission cycle, our financial aid directors met to consider the results of the implementation of the Consensus Approach to Need Analysis and to assess its success in meeting the goals articulated by the 568 Presidents' Group. It seems clear that those on the "firing line" were pleased with the results due to a number of factors associated with this effort. It appears that awards offered to common admits were, for the first time in many years, reasonably consistent across participating institutions. Where there were variances, aid officers were generally able to ascribe those differences to understandable and acceptable

"professional judgment" exceptions. Our aid officers report that, as a result, confusion among parents and students was reduced significantly.

There remains, of course, much to be done in what is clearly an iterative process. The Technical Committee continues its work on those issues detailed in Jim Belvin's recent letter. I will remain in close contact with his Committee as its work progresses and will review all recommendations prior to their implementation. With that review process in mind, I have asked three 568 Presidents to join me in establishing a representative Steering Committee to provide the Technical Committee with continuing advice and support and to direct the general affairs of our Group. I am pleased to report that Presidents Pam Gann (Claremont McKenna), Rick Levin (Yale), and John McCardell (Middlebury) have agreed to participate on this Steering Committee. We will report to you as events warrant.

There are two issues I would ask you to consider now. The first is the matter of funding. Legal, administrative, and travel expenses to date have been covered by COFHE and several participating institutions. While the COFHE Board has agreed to provide limited administrative support to the 568 Presidents' Group, it must be reimbursed for its expenses since the 568 Group is not a COFHE endeavor. As we continue to refine the Consensus Approach, we can expect there will be some additional legal and administrative expenses. For example, we would like to establish a 568 web site that can serve as a source of information on our Group and its efforts. We believe that this will prove helpful to members of the press and institutions seeking information about the important work of our Group. With these expenses in mind, I ask that each institution contribute $1,000 toward a 568 account to be established at a member institution. I do not expect that our expenses will be such that an annual assessment will be required. Rather, I would expect that institutions will be required to make such contributions every few years as the initial fund is depleted. I will provide an annual accounting on the uses of the fund.

Second is the matter of establishing a more formal commitment from participating institutions. As you will recall, initially all 568 institutions were asked to certify that they practiced need-blind admissions and were, therefore, eligible by law to participate in our Group's discussions. Additionally, these institutions were asked to support the development of the Consensus Approach to Need Analysis. As we look to the future, I believe it is appropriate to formalize our commitment to the Consensus Approach to

CONFIDENTIAL
GTWNU_0000317272

Need Analysis and the work of the 568 Presidents' Group. With these important goals in mind, I have attached a Memorandum of Understanding for your review. I ask that you or a senior officer at your institution sign the attached document and return it directly to me. Receipt of a signed Memorandum will confirm your institution's decision to continue to be an active participant in the 568 Presidents' Group and will be followed by a letter from the 568 Group's support team that will include an invoice for the required dues and a request that you appoint a representative to the Group's Need Analysis Advisory Council.

I am encouraged by what we have accomplished to date and I look forward to the future as we work together as institutions to improve the assessment of families' financial needs and strengthen the public's confidence in need-based aid as the most appropriate way to maintain access for students regardless of their financial circumstances.

Please don't hesitate to call me (413-597-4233) if you have any questions and members of your staff should feel free to contact Jim Belvin at Duke University (919-684-2248) with questions relating to the Consensus Methodology.

Enclosures

CONFIDENTIAL		GTWNU_0000317273