# EXHIBIT 167



CONFIDENTIAL



CONFIDENTIAL

DUKE568_0083820



CONFIDENTIAL

DUKE568_0083821



CONFIDENTIAL

DUKE568_0083823

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

DUKE568_0083830



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



DUKE568_0083839



**Q3: Approximately how many years has your institution been a member of the 568 Presidents' Group.**

CONFIDENTIAL



CONFIDENTIAL

**1: To the extent they are able, parents and students have the primary responsibility to contribute to educational expenses before an institution awards financial aid.**



Powered by SurveyMonkey

DUKE568_0083842



**2: Families should contribute to educational expenses according to their ability.  Those with similar financial profiles should contribute similar amounts.**



Powered by SurveyMonkey

CONFIDENTIAL

**3: Institutions should evaluate both income and assets as part of the the parents' and applicants' ability to pay.**



**4: Each institution should inform applicants about the policies and practices it applies when measuring a family's ability to pay, carry out its policies consistently throughout a student's eligibility, and support the awarding of need-based aid.**



Powered by SurveyMonkey

DUKE568_0083845

**5: An institution that allocates any financial assistance that is not based exclusively on need should inform all prospective applicants of the standards it applies in allocating that aid.**



Powered by SurveyMonkey

**6: The exercise of "professional judgment" by financial aid officers in assessing a family's ability to pay should recognize unique or extenuating financial circumstances in individual cases; such professional judgment is not the proper mechanism for systematically treating 568 Groups of students differently in order to advance institutional objectives.**



CONFIDENTIAL



CONFIDENTIAL



### A. Divorced/Separated/Single Parent

3 Schools Deviate

DUKE568_0083849

## B. Assessment of Rental Property/Other Real Estate

2 Schools Deviate



## C. Cost of Living Variances

3 Schools Deviate



## D. Family and Student Assets

6 Schools Deviate



DUKE568_0083852

## F. Retirement Allowance

2 Schools Deviate



## G. Institutional Methodology Taxation Bands



## H. Number of Siblings in College

2 Schools Deviate



## I. Elementary and Secondary School Tuition Expenses



## J. Imputing Assets



CONFIDENTIAL

DUKE568_0083857



CONFIDENTIAL



DUKE568_0083859

## M. Special Expense Adjustments



DUKE568_0083860

## N. Family Loan Debt

6 Schools Deviate



Powered by SurveyMonkey

CONFIDENTIAL

## O. Definition of Income



CONFIDENTIAL

## P. Parent Businesses





CONFIDENTIAL



### R. International Students

Answered: 18   Skipped: 1

CONFIDENTIAL



CONFIDENTIAL