# **EXHIBIT 168**

| | |
|---|---|
| **Date:** | Tuesday, February 9 2016 09:58 AM |
| **Subject:** | Fwd: [568council-list] NCP Waiver Request and Evaluation |
| **From:** | Patricia McWade <mcwadep@georgetown.edu> |
| **To:** | Sandra Baden <badens@georgetown.edu>; Brian Lemma <bl23@georgetown.edu>; Kevin Mahaney <kjm93@georgetown.edu>; |
| **Attachments:** | image001.png; Noncustodial_PROFILE_Waiver_Request (5).pdf; Noncustodial PROFILE Waiver Request_Modified with Responses_and Unknown ....pdf |

FYI.

---------- Forwarded message ----------
From: **Downs-Burns, Kim M.** <kdowns@middlebury.edu>
Date: Mon, Feb 8, 2016 at 2:22 PM
Subject: [568council-list] NCP Waiver Request and Evaluation
To: "568council@mit.edu" <568council@mit.edu>, "568meeting@mit.edu" <568meeting@mit.edu>

Dear Colleagues,

At our meeting in Baltimore, the 568 Group agreed to use a common NCP waiver form developed by several 568 Group aid officers - Scott Wallace-Juedes, Mary Booker, Lynne Myers, and myself - with the assistance of Susan McCrackin at the College Board. It appears that several schools as well as students are having difficulty using the PDF file circulated during the meeting. Susan has created an alternate version of the form in a non-fillable PDF (which includes updated directions). Both the original PDF and the alternate version are attached. Please feel free to use either of these versions.

If you attended our meeting last month, please be sure complete the (brief) online evaluation form, if you haven't already. The 568 Technical Committee will be meeting soon to discuss action items from our meeting, including future discussions on modeling the impact of PPY. Your feedback on the evaluations will help us identify topics and locations for our next meeting in June.

568 Group January Meeting - Evaluation

Have a wonderful week!

Best,

Kim

*Kim M Downs-Burns*

CONFIDENTIAL	GTWNU_0000023917

Associate Vice President for Student Financial Services

Middlebury College

84 South Service Road

Middlebury VT 05753

(802) 443-5158



---

568council mailing list
568council@mit.edu
http://mailman.mit.edu/mailman/listinfo/568council

CONFIDENTIAL
GTWNU_0000023918