# EXHIBIT 169

**Financial Aid Awards**
- Allow one summer where a student does not have to return with a SCI, equal to the standard SCI for the class. This would allow of unpaid internship, community services, study away.
- Different budgets for low income students (allowing a larger about for travel, personal or miscellaneous expenses.
- Allow outside scholarships to buy down all Self-Help and Student Contribution from Assets. (example – Gates Millennium Scholarship)
- Changes in need analysis
    - Of the files read in 2006-07– 54% of the time the staff is not using the calculated IM PC they are using the FM PC or a "Compro" , which is somewhere between the IM/FM PCs. In 91% of these cases (1113 files) the amounts used and the calculated FM PCs were with $100.
    - Use IM/568 methodology
        - Home equity 1.2 times total income for value (Currently use 3 times total income)
        - Imputing assets at 3% - Peers using 5%
        - IM income protection allowance – ( Currently use FM figure which increases IM PC)
        - IM Employment Allowance – Based on two parents working  (Currently use FM which increases IM PC)
        - Need to collect parent tax returns for new students
        - Use IM Tax tables verses FM Tax Tables –
        - Medical expenses 3% of AGI, verses the difference between 11% of IPA.
    - International Student Calculations – Use either current methodology or move to 568 Global Consensus Methodology (GCM).
        - Currently take parent offer and do not entertain appeals or review annually like domestic students
        - Both current methodology and GCM result in more realistic/consistent PCs, which could increase the number of international students with the same financial aid dollars.
        - need to speak to admission and international student representatives on campus.

**Office of Financial Aid**
- Staff member to read international student files      $48,000 plus fringe
- Shared report writer with Admissions      $65,000 - $75,000 plus fringe
- 07-08 IDOC for new and continuing students
- Increased budget for FA publications
- Increased travel budget for additional travel with Admissions.

CONFIDENTIAL
BROWN_0000002706