# EXHIBIT 170

Financial Aid Office: Undergraduate Overview

- financial aid award letter. Please read the Institutional Methodology description below for more details.
- Institutional Methodology (IM) - Most colleges and universities awarding institutional scholarship funds use some variation of the Institutional Methodology as established by the College Board. In using IM, Brown University adheres to a number of additional policies when reviewing each student's eligibility for scholarship assistance. This analysis includes several income and asset factors not considered in FM. We believe in most instances that this method of needs analysis more accurately determines a family's ability to pay for education. ***Typically, this EFC will appear on your award letter from the University***. However, there are situations where the IM calculation may actually be lower than the FM calculation due to slight differences in the tables and indexes used to calculate the contribution. Given that Brown awards federal funds, we must use the higher FM calculation in such instances.

**A Financial Aid Calculator that will allow you to estimate your EFC for both FM and IM is available on our website.**

At Brown, financial aid is one of our highest priorities. Therefore, we have developed a number of Financial Aid initiatives, unique to Brown that can positively impact the EFC and/or the award. Detailed information about these initiatives is available in the Overview section of our website.

**Factors Considered in Brown's Need Analysis Formula**

A Brown education represents a major investment to students and their families. Cost is one factor, along with several others, that you will have to weigh when choosing a college. At Brown, we believe that the primary responsibility for paying for college lies, to the extent possible, with you and your family. Families typically pay for college from three sources: savings, current income, and future income (loans). Most families use a combination of these sources.

The overwhelming consensus among our students is that the growth, exposure and stimulation they gain from the range of opportunities available at Brown are well worth the commitment of time, energy and finances. Given the significance of the investment, it is important that you understand how we arrive at the contribution expected from you and your family.

Brown University utilizes an Institutional Methodology when calculating the EFC. Below is a list of the major factors comprising the EFC. These factors include:

- Parent Income
- Allowances against Income
- Parent Assets
- Number of Family Members in the Household
- Non-Custodial Contribution
- Student Income & Assets