# EXHIBIT 172

Message
_____

| | |
|---|---|
| **From**: | Jim Belvin [Jim.Belvin@Duke.edu] |
| **Sent**: | 2/23/2009 4:08:50 PM |
| **To**: | jpcase@amherst.edu; pekala@bc.edu; Tilton, James [james_tilton@brown.edu]; gdeveres@cmc.edu; lmyers@holycross.edu; pm520@columbia.edu; tck2@cornell.edu; sh54@cornell.edu; v.hazen@dartmouth.edu; dagelinas@davidson.edu; alison.rabil@Duke.edu; dbentl2@emory.edu; mcwadep@georgetown.edu; dhoy@haverford.edu; barkowit@mit.edu; kdowns@middlebury.edu; c-lindley@northwestern.edu; mary.booker@pomona.edu; anne.walker@rice.edu; ltalbot1@swarthmore.edu; a-reyes@uchicago.edu; russo.4@nd.edu; schilling@sfs.upenn.edu; cpuls@finaid.rochester.edu; d.mohning@vanderbilt.edu; wellswt@wfu.edu; kosmond@wellesley.edu; jlawton@wesleyan.edu; pboyer@williams.edu |
| **Subject**: | 568 January Workshop #2 |
| **Attachments**: | 568 Technical Committe Discussion on Where We Go From Here. Dec. 2008 .doc; 568 Discussion Slides.ppt |

Colleagues:

The following reviews the discussions that occurred on January 28.

**January 28**

9:00  **Recent Financial Aid Initiatives at Harvard College**

Sally Donahue of Harvard College offered a power point and discussion of the changes implemented at Harvard between 2004 and 2008.

* Introduction of the Harvard financial aid initiative for low income students;
* Elimination of early action admission;
 * Introduction of the 10% PC standard for "middle income" students;
* Elimination of student loans from all aid packages; and
* Elimination of home equity from the aid calculation.

Sally noted that Harvard builds family income using the IM/CA approach. Harvard collects a PROFILE, FAFSA, tax forms, cash flow documents, etc. for all applicants. Harvard based its decision to limit PCs to what is typically 10% of family income up to $180,000 on internal research conducted over a number of years regarding appeals and award reconsiderations across a number of categories for middle and upper-middle income families. When asked about how they deal with families that have two kids at Harvard, she noted that they do not divide PC by two but rather take between 65-75% of PC for each student.

When families have more than typical assets, Harvard generally adds 5% of asset value to the calculated PC. Harvard does review both custodial and non-custodial income. Finally, Sally noted that the $180,000 cap on the public announcement of taking a percentage of family income for the PC was because of the inconsistency of their internal data and research beyond this level. In fact, it is not really a cut-off, and the calculations of PCs above $180,000 ease up in percentage, but not in a dramatic manner.

11:00

**The 568 Group: Where Do We Go From Here?**

CONFIDENTIAL

BROWN_0000015615

Given the fact that many of our institutions have implemented policies designed to increase access, generally for middle income students, the Technical Committee has spent a great deal of time trying to determine what, if any, flexibility the Consensus Approach should provide with respect to these new policies. As initially directed by our presidents, the current 568 methodology is based on common agreements designed to reduce the variance in PCs for students with similar circumstances. Our Group was created by our presidents and it is their continuing support that sustains and empowers us. Rather than try to detail our many hours of discussion, I prepared an evolving discussion "paper" to facilitate the Committee's conversations and have included it here for your consideration. It is important to note that, at this point, this remains a discussion piece as no final decision has been made, The Technical Committee would welcome your comments and suggestions.

.

If you have questions about the workshop or the material provided here, please write directly to me. Corrections to this material are also welcome.

As the Technical Committee looks to the future, we would be interested in knowing of any issues you would like for us to research or discuss. Please send your suggestions directly to me.

The Annual Meeting of the 568 Need Analysis Council meeting will be held in Kennebunkport, ME on June 10-11. Details will be forwarded to you in late spring.

Jim

CONFIDENTIAL

BROWN_0000015616