# EXHIBIT 173

### In the Matter Of:

*Carbone vs*

*Brown University*

## JAMES TILTON

## May 15, 2023



79

```
 1              J. TILTON - CONFIDENTIAL
 2    the following day is (as read):  I know we
 3    have addressed similar -- issues similar to
 4    this over the last two years.
 5              He goes on to say:  "We have had
 6    conversations regarding, as a body,
 7    agreeing to the guiding principles even if
 8    we all couldn't follow the methodology
 9    explicitly."
10              Do you see that?
11        A     Yes.
12        Q     Is there any university that
13    was -- or institution of higher education
14    that was in the 568 Presidents' Group that
15    rejected the guiding principles of the 568
16    Presidents' Group, yet remained in the
17    group?
18              MR. STEIN:  Objection.
19              MR. ROELLKE:  Object to the
20         form.
21              You can answer.  You can answer.
22        A     Yeah, I don't think.  I think
23    that we all -- again, when we talk about
24    the principles of how to determine a
25    family's ability to pay, general consensus
```

80

1       J. TILTON - CONFIDENTIAL

2 about what components should be used,

3 how -- that kind of thing, I think, in

4 general, people agreed. I don't know

5 anyone who outwardly didn't agree.

6    Q   Okay. I'm showing you a

7 document that's Tab 50, five zero?

8       MR. GILBERT: And that will be

9   Tilton 8.

10       (Exhibit 8, e-mail dated January

11 13, 2015 with attachment, Bates stamped

12 MITLIT-000070919 through 970, was marked as

13 of this date.)

14       MR. ROELLKE: I'm sorry, Bob,

15   Tilton 8 is the one that has the "MIT"

16   thing on the bottom?

17       MR. GILBERT: Correct.

18       MR. ROELLKE: So this is an

19   MIT-produced document?

20       MR. GILBERT: This is an MIT

21   document, correct.

22       Although I do think that copies

23   of this were produced by multiple

24   universities. This is the MIT version

25   of the document.

191

```
 1              J. TILTON - CONFIDENTIAL
 2      A     As could anyone in this zoom --
 3      Q     I understand.
 4      A     -- just to be clear.
 5      Q     I understand.
 6            Did, from time to time, Brown
 7   access the net price calculator to
 8   determine what the net prices would be at
 9   other universities?
10      A     Not on a regular -- sort of
11   regular basis.  I think there may have
12   been -- for example, if we got a
13   competitive award from, let's say, Harvard
14   or from somewhere where we just couldn't
15   figure out what had happened, we might have
16   put data into the net price calculator to
17   get a sense of what was happening.
18      Q     I'm going to -- withdraw that
19   question.  Withdraw the question I began to
20   articulate.
21            MR. ROELLKE:  Not the last --
22            MR. GILBERT:  Not the last
23      question.  The question where I got to
24      about the third word, that question.
25            This subject is what number now?
```