# EXHIBIT 174

## In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*MATTHEW LEWIS*

*October 27, 2023*



1  preventing Georgetown from giving more
2  aid than what your methodology has
3  determined is their amount of need?
4          A.   We apply the principle that
5  we take the cost of attendance, and then
6  we subtract the expected family
7  contribution and any outside resources
8  that may be applied, and that is the
9  student's need.  And that is what -- what
10 the aid package is based upon.
11         Q.   And what's preventing the
12 financial aid office from diverging from
13 that -- from that approach in a
14 particular case?
15         A.   It's -- it has to do with
16 the fairness and providing the -- our
17 limited institutional scholarship funds
18 towards those students who showed the
19 most need.
20         Q.   And I guess I'm wondering,
21 what is the source, just in the literal
22 sense, what is the source of the
23 constraint on the financial aid office?
24 You know, what -- what sort of person or