# EXHIBIT 176

# Northwestern Institutional Metrics

**Note**: Vertical reference lines represent the peer group median for each measure in each year. The horizontal bars represent Northwestern indexed performance against the peer group median. When the horizontal bar exceeds the group median reference line, Northwestern performance for the metric **exceeds** median performance for the given peer group. For specific values, see following pages.

**Group 1**: Harvard, Yale, Princeton, Stanford  **Group 2**: Penn, Duke, Columbia  **Group 3**: Cornell, Chicago, Wash U, Brown



CONFIDENTIAL
ATTORNEYS' EYES ONLY
NULIT-0000048180