# EXHIBIT 186

# Potential Savings

- Already among the highest self-help and summer expectations of our peers.

- In 2009-10, we had the highest tuition and fees, term bill costs, and total costs of any of the Ivy League. At the same time, the amount will allow students for travel expenses (which can be covered by financial aid) is the next to lowest amount (only Brown has a smaller average allowance).

- Membership in the 568 Presidents' Group commits us to a certain number of needs analysis principles which determine parental contribution (PC). We have already taken steps to be less generous than many of our peers. Making any further changes to our analysis of parental contributions would result in our having much higher parental contribution levels than our peers and would have impact on our yield of cross-admitted students.

1

CONFIDENTIAL

Columbia_00016697

**CONFIDENTIAL**

## 2009-2010 Self-Help and Summer Earnings Expectations

### First Year

| Inst | | Self-Help | Summer | Total |
|---|---|---|---|---|
| Brown | w | 2,500 | 2,000 | 4,500 |
| Columbia | w | 2,750 | 2,400 | 5,150 |
| Dartmouth | w | 2,450 | 1,600 | 4,050 |
| Harvard | w | 2,500 | 1,800 | 4,300 |
| Princeton | w | 2,345 | 1,450 | 3,795 |
| Penn | w | 3,000 | 1,700 | 4,700 |
| Yale | w | 2,600 | 1,950 | 4,550 |
| Cornell | L/W | 9,300 | 1,500 | 10,800 |

### 2nd Year

| Inst | | Self-Help | Summer | Total |
|---|---|---|---|---|
| Brown | w | 2,500 | 2,800 | 5,300 |
| Columbia | w | 2,750 | 2,700 | 5,450 |
| Dartmouth | w | 2,450 | 2,900 | 5,350 |
| Harvard | w | 3,400 | 2,400 | 5,800 |
| Princeton | w | 2,790 | 2,500 | 5,290 |
| Penn | w | 3,200 | 2,500 | 5,700 |
| Yale | w | 2,600 | 2,450 | 5,050 |
| Cornell | L/W | 9,540 | 2,930 | 12,470 |

### 3rd Year

| Inst | | Self-Help | Summer | Total |
|---|---|---|---|---|
| Brown | w | 2,500 | 2,800 | 5,300 |
| Columbia | w | 2,750 | 2,900 | 5,650 |
| Dartmouth | L/W | 4,263 | 2,950 | 7,213 |
| Harvard | w | 3,400 | 2,600 | 6,000 |
| Princeton | w | 2,835 | 2,500 | 5,335 |
| Penn | w | 3,500 | 2,600 | 6,100 |
| Yale | w | 2,600 | 2,450 | 5,050 |
| Cornell | L/W | 9,540 | 3,070 | 12,610 |

### 4th Year

| Inst | | Self-Help | Summer | Total |
|---|---|---|---|---|
| Brown | w | 2,500 | 2,800 | 5,300 |
| Columbia | w | 2,750 | 3,000 | 5,750 |
| Dartmouth | - | 4,488 | - | 4,488 |
| Harvard | w | 3,400 | 2,600 | 6,000 |
| Princeton | w | 2,870 | 2,500 | 5,370 |
| Penn | w | 3,900 | 2,700 | 6,600 |
| Yale | w | 2,600 | 2,450 | 5,050 |
| Cornell | L/W | 9,540 | 3,280 | 12,820 |

### Total, all 4 Years

| Inst | Self-Help | | Summer | | Total | |
|---|---|---|---|---|---|---|
| Brown | 10,000 | 8 | 10,400 | 3 | 20,408 | 6 |
| Columbia | 11,000 | 5 | 11,000 | 1 | 22,005 | 4 |
| Dartmouth | 13,651 | 2 | 7,450 | 8 | 21,103 | 5 |
| Harvard | 12,700 | 4 | 9,400 | 5 | 22,104 | 3 |
| Princeton | 10,840 | 6 | 8,950 | 7 | 19,796 | 7 |
| Penn | 13,600 | 3 | 9,500 | 4 | 23,103 | 2 |
| Yale | 10,400 | 7 | 9,300 | 6 | 19,707 | 8 |
| Cornell | 37,920 | 1 | 10,780 | 2 | 48,701 | 1 |

### Tuition, Fees and Total Cost

| Inst | T & F | | T,F,R,B | | Total COA | | Travel | |
|---|---|---|---|---|---|---|---|---|
| Brown | 38,848 | 3 | 49,128 | 5 | 52,030 | 5 | 300 | 8 |
| Columbia | 41,316 | 1 | 51,544 | 1 | 54,294 | 1 | 485 | 7 |
| Dartmouth | 38,679 | 4 | 49,974 | 4 | 52,973 | 3 | 798 | 2 |
| Harvard | 37,012 | 6 | 48,868 | 6 | 52,000 | 6 | 500 | 6 |
| Princeton | 35,340 | 8 | 47,020 | 8 | 50,620 | 7 | 660 | 4 |
| Penn | 38,970 | 2 | 49,986 | 3 | 53,250 | 2 | 550 | 5 |
| Yale | 36,500 | 7 | 47,500 | 7 | 50,550 | 8 | 720 | 3 |
| Cornell | 37,954 | 5 | 50,114 | 2 | 52,414 | 4 | 900 | 1 |

| | Self-Help | Summer | Total | T & F | T,F,R,B | Total COA | Travel |
|---|---|---|---|---|---|---|---|
| CU Rank (of 8) | 5 | 1 | 4 | 1 | 1 | 1 | 7 |
| Median | 11,850 | 9,450 | 21,554 | 38,317 | 49,551 | 52,222 | 605 |
| CU - Median | (850) | 1,550 | 451 | 3,000 | 1,993 | 2,072 | (120) |
| Median ex-Cornell | 11,000 | 9,400 | 21,103 | 38,679 | 49,128 | 52,030 | 550 |
| CU - Median ex-Corn | - | 1,600 | 902 | 2,637 | 2,416 | 2,264 | (65) |

Columbia_00016698

## Potential Savings: No-Loan Policy

- Under this scenario, we would move in FY12 to bringing loans back for students so that total Student Effort matched previous levels
  - This would represent a loan of $2,425 per 1st year student on aid
  - Assumptions
    - We would phase this in over time (as classes enter)
    - Scholars would receive loan cancellation benefit (as before)
    - Matching would continue to take place (for student loan levels in order to facilitate athletic recruitment).

3

CONFIDENTIAL

Columbia_00016699

# Potential Savings: First Year - FY12

| First year Self-Help (Loan/Work) and Summer Contributions | | | | | |
|---|---|---|---|---|---|
| | 2009-10 | 2008-09 | 2007-08 | 2006-07 | 2005-06 |
| Loan | 0 | 0 | 3500 | 3625 | 3625 |
| Work | 2750 | 2650 | 2475 | 2350 | 2350 |
| Summer SC | 2400 | 1850 | 1600 | 1600 | 1600 |
| Total | 5150 | 4500 | 7575 | 7575 | 7575 |
| | | | *Differential: families < 50K, 0 loan | | |

| Max new loan | 1st Year Students | % on aid (proj) | # stud |
|---|---|---|---|
| 2425 | 1074 | 53% | 569 |

| | | |
|---|---|---|
| Potential Total "Savings" year one | | 1,379,825 |
| Scholars (including HEOP and NOP) | | |
| 14% | 150 | (363,750) |
| Athletes and other matches | | |
| 5% | 54 | (130,950) |
| | Less Matching and Scholars | 885,125 |
| | Admissions Outreach | (427,000) |
| | **True Potential Savings** | **458,125** |

- Assuming that we add loan value that would restore the total Self-Help (Loan/Work and Summer Contribution) to where it was in FY08.

- The operational costs of revising admissions communications, publications, and recruitment strategies. An estimate of $427K.

4

CONFIDENTIAL

Columbia_00016700

# Upperclass student loans

- Under this scenario, we would add loans to upperclass students as the first year population moved forward into their corresponding academic years.
  - We would try to hold the total Student Effort constant to the total student effort figures in Year 1 (2005-06)
  - Assumptions:
    - Once again, that we would maintain scholar and matching benefits.
    - Smooth loans in Junior Year to manage the annual increase

5

CONFIDENTIAL

Columbia_00016701

# Self Help levels from FY06 to FY15

Sophomore through Senior Self-Help and Summer Contribution

| Soph | 2014-15 | 2013-14 | 2012-13 | 2011-12 | 2010-11 | 2009-10 | 2008-09 | 2007-08* | | 2006-07 | 2005-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 4500 | 4500 | 4500 |
| Work | 3250 | 3160 | 3070 | 2980 | 2890 | 2750 | 2650 | | 2350 | 2350 | 2350 |
| Summer SC | 2990 | 2930 | 2870 | 2810 | 2750 | 2700 | 2050 | | 1800 | 1800 | 1800 |
| Total | 6240 | 6090 | 5940 | 5790 | 5640 | 5450 | 4700 | | 8650 | 8650 | 8650 |
| | | | | | | | | | | | |
| Junior | | | | | | | | | | | |
| Loan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 6000 | 6000 | 6000 |
| Work | 3440 | 3340 | 3240 | 3150 | 3060 | 2750 | 2650 | | 2350 | 2350 | 2350 |
| Summer SC | 3200 | 3140 | 3080 | 3020 | 2960 | 2900 | 2250 | | 2000 | 2000 | 2000 |
| Total | 6640 | 6480 | 6320 | 6170 | 6020 | 5650 | 4900 | | 10350 | 10350 | 10350 |
| | | | | | | | | | | | |
| Senior | | | | | | | | | | | |
| Loan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 6000 | 6000 | 6000 |
| Work | 3640 | 3530 | 3430 | 3330 | 3230 | 2750 | 2650 | | 2350 | 2350 | 2350 |
| Summer SC | 3410 | 3330 | 3240 | 3150 | 3060 | 3000 | 2350 | | 2100 | 2100 | 2100 |
| Total | 7050 | 6860 | 6670 | 6480 | 6290 | 5750 | 5000 | | 10450 | 10450 | 10450 |

*Differential: families < 50K, 0 loan

6

Columbia_00016702

## Loan for Upperclass Students

| | | | | |
|---|---|---|---|---|
| *Possible Loan* | Sophomore | 2710 | 2710 | 2710 |
| | Junior | 0 | 3050 | 3050 |
| | Senior | 0 | 0 | 3400 |
| *Stud #s* | Sophomore | 1158 | 1148 | 1124 |
| | Junior | 1137 | 1176 | 1161 |
| | Senior | 1177 | 1147 | 1186 |
| *% on Aid* | Sophomore | 53.96% | 53.96% | 53.96% |
| | Junior | 54.96% | 54.96% | 54.96% |
| | Senior | 55.49% | 55.96% | 55.96% |
| *# on Aid* | Sophomore | 625 | 619 | 607 |
| | Junior | 625 | 646 | 638 |
| | Senior | 653 | 642 | 664 |
| *Starting "savings"* | Sophomore | 1,693,750 | 1,677,490 | 1,644,970 |
| | Junior | 0 | 1,970,300 | 1,945,900 |
| | Senior | 0 | 0 | 2,257,600 |
| *Scholars adj* | Sophomore | 14% | 14% | 14% |
| | Junior | 14% | 14% | 14% |
| | Senior | 14% | 14% | 14% |
| *Matches / Athletes* | Sophomore | 5% | 5% | 5% |
| | Junior | 5% | 5% | 5% |
| | Senior | 5% | 5% | 5% |
| *Adjustment* | Sophomore | -596,254 | -591,105 | -578,748 |
| | Junior | 0 | -681,492 | -672,800 |
| | Senior | 0 | 0 | -766,156 |
| *Savings Adjusted* | Sophomore | 1,097,496 | 1,086,385 | 1,066,222 |
| | Junior | 0 | 1,288,808 | 1,273,101 |
| | Senior | 0 | 0 | 1,491,444 |
| | First-Year (carry over) | 885,125 | 885,125 | 885,125 |
| | Total potential savings | 1,982,621 | 3,260,318 | 4,715,892 |

7

CONFIDENTIAL

Columbia_00016703



CONFIDENTIAL