# EXHIBIT 187

**In the Matter Of:**

*Henry vs*

*Brown*

*KATHRYN TUMAN*

*September 08, 2023*



1 Q     Now, there's also something called
2 Management and Process Consensus Issues, and
3 there's -- well, there are two, Tax Form Collection
4 and Professional Judgment Guidance [sic] Manuals.
5       Am I reading that correctly?
6           MS. VAN GELDER:  Objection.
7 BY MR. VILLARREAL:
8 Q     Is that how you read it?
9 A     Yes.
10 Q    So having had your recollection refreshed by
11 this document, is it fair to say -- strike that.
12      Would you agree that at least part of the
13 purpose of the 568 Group was to identify and
14 encourage the adoption of agreements with respect to
15 certain topics relating to financial aid for
16 students?
17          MS. VAN GELDER:  Objection to form.
18 BY MR. VILLARREAL:
19 Q     Go ahead.
20 A     The purpose was to try to find agreement on
21 best practices.  Whether or not they were adopted is
22 not something that I was focused on or that I
23 remember being focused on.  The goal was to come up
24 with agreed-upon best practices.
25 Q     But you would agree with me that the point

Henry vs Brown  Kathryn Tuman
September 08, 2023

110

1  A       It says that, the goal in mind of reaching a
2  consensus on these important issues.  That's what it
3  says.
4  Q       And you don't -- you're not disagreeing with
5  that, right?  That was not the goal?
6  A       I'm not disputing that that was the goal.
7              MR. VILLARREAL:  Now, do you need to
8  stop soon?
9              THE VIDEOGRAPHER:  Five minutes.
10             MR. VILLARREAL:  Okay.
11 BY MR. VILLARREAL:
12 Q       Now, the third page of this document, which
13 bears the title Whither Consensus for discussion, is
14 this paper the same topic that you spoke on in the
15 session beginning at 3:45 p.m. in Room 5?
16             MS. VAN GELDER:  Objection to form.
17             THE WITNESS:  I don't know.
18 BY MR. VILLARREAL:
19 Q       The agenda says, Five selected items from
20 the current CM manual will be reviewed as we explore
21 pertinent questions, ideas, and concerns relating to
22 each with the goal in mind of reaching a consensus
23 on these important topics.
24         The document Whither Consensus also talks
25 about five key consensus methodology items for

```
 1  Q      And then 2011, and you'll see that there's a
 2  laundry list, literally, of issues to discuss,
 3  correct?
 4              MS. VAN GELDER:  Objection to form.
 5              THE WITNESS:  Yes, I see that.
 6  BY MR. VILLARREAL:
 7  Q      And the purpose of these discussions was to
 8  try to reach agreement among the participants in the
 9  discussion about the proper or appropriate or most
10  appropriate way to measure these things, yes?
11              MS. VAN GELDER:  Objection to form.
12  BY MR. VILLARREAL:
13  Q      Go ahead.
14  A      My understanding of the 568 Group is that
15  these discussions were to reach best practices on
16  needs analysis.  And these are some of the issues --
17  or some of the factors that are part of needs
18  analysis.
19  Q      When you say -- the purpose was to reach a
20  consensus if possible?
21  A      For best practices, yes.
22  Q      If you go to the page -- again, this is all
23  attached as a single document in my copy, but if you
24  look at the page, the last three numbers of which
25  are 975.
```