# EXHIBIT 188

# In the Matter Of:

*HENRY v*

*BROWN UNIVERSITY*

*JESSICA MARINACCIO*

*September 18, 2023*



375

1  be clear.
2       A.   You have a choice as to
3  whether or not -- or to adopt the
4  consensus approach, and we have adopted
5  it.
6       Q.   Okay.
7       A.   And we have done that
8  because we believe it increases college
9  affordability and allows for fair and
10 consistent treatment of families in
11 similar circumstances.
12      Q.   And that's why you chose to
13 do it?
14      A.   We believed in the
15 methodology behind it.
16      Q.   And you still do?
17      A.   Yes.
18           MS. VAN GELDER:  Are you
19      okay?
20           THE WITNESS:  Yeah.  I'm
21      just tired.  Thank you.
22           MS. VAN GELDER:  Let us know
23      if you need a break.
24           MR. VILLARREAL:  Do you want