# EXHIBIT 189

FOIL CONFIDENTIAL TREATMENT REQUESTED

## COLUMBIA UNIVERSITY'S RESPONSES TO THE NEW YORK OFFICE OF THE ATTORNEY GENERAL'S REQUESTS FOR INFORMATION

The Trustees of Columbia University in the City of New York ("Columbia") hereby respond to the Requests for Information set forth in the State of New York Office of the Attorney General's March 8, 2022 Subpoena Duces Tecum (the "Requests").

Columbia responds to the Requests on behalf of, and its answers relate solely to, Columbia College, the Fu Foundation School of Engineering and Applied Sciences ("SEAS"), and the School of General Studies (collectively, the "Undergraduate Schools"). To the extent the Undergraduate Schools' responses to the Requests differ from one another, Columbia provides separate responses.

Columbia's responses to the Requests are based upon the information presently known by and reasonably available to it. Certain of the Requests call for information dating back more than two decades. Due to the passage of time, Columbia's present ability to respond to certain Requests is limited, as noted below.

Columbia expressly reserves the right to supplement or amend any of its responses to the Requests should it later learn or discover additional information responsive to the Requests.

**Request for Information No. 1:**

Identify the individual(s) responsible for formulating or implementing admissions policy during any time the College was part of the 568 Presidents Group.

**Response to Request for Information No. 1:**

The Faculties of Columbia College, SEAS, and the School of General Studies, subject to the reserve power of the Trustees of Columbia University (the "Trustees"), have the power, and

CONFIDENTIAL

Columbia_00298393

FOIL CONFIDENTIAL TREATMENT REQUESTED

it is their duty, "to fix the academic requirements for admission." *See* Columbia Statute § 35.[1] Any proposed exercise of the Faculties' powers that involves a change in the educational policy in respect to the requirements of admission "shall be submitted to the University Senate before being recommended to the Trustees." *See* Columbia Statute § 36; *see also* Columbia Statute § 20 (setting out membership of the University Senate).

The Faculty of Columbia College consists of the President, the Provost(s), the executive vice president for Arts & Sciences, the Dean, and such officers of administration and of instruction as may be assigned thereto by the Trustees. Columbia Statute § 110. The Faculty of SEAS consists of the President, the Provost(s), the Dean, and such officers of administration and of instruction as may be assigned thereto by the Trustees. Columbia Statute § 140. The Faculty of the School of General Studies consists of the President, the Provost(s), the executive vice president for Arts & Sciences, the Dean, and such officers of administration and of instruction as may be assigned thereto by the Trustees. Columbia Statute § 220.

The primary individual presently responsible for implementing and overseeing admissions policy on behalf of Columbia College and SEAS is Jessica Marinaccio, Dean of Undergraduate Admissions and Financial Aid, who has overseen undergraduate admissions since 2004. Prior to that, Eric Furda, former Executive Director of Undergraduate Admissions, oversaw undergraduate admissions for Columbia College and SEAS.

The primary individuals presently responsible for implementing and overseeing admissions policy on behalf of the School of General Studies are Curtis Rodgers, Vice Dean of the School of General Studies since 2013, and Matthew Rotstein, Director of Admissions for the

---

[1] The Charters and Statutes of Columbia University in the City of New York are available at: https://secretary.columbia.edu/sites/default/files/content/University%20Statutes_January2022.pdf.

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Columbia_00298394

FOIL CONFIDENTIAL TREATMENT REQUESTED

School of General Studies since 2008. From 2001 to 2008, Curtis Rodgers oversaw undergraduate admissions for the School of General Studies as the Associate Dean of Enrollment Management; due to a structural reorganization, the School of General Studies did not have a Director of Admissions during that time frame. From 1998 to 2001, Carlos Porro, former Director of Admissions, oversaw undergraduate admissions for the School of General Studies.

**Request for Information No. 2:**

Describe the process by which students are admitted to the College. To the extent the response varies with respect to any of the College's Divisions, provide separate responses for each Division. In responding, to the extent the response is not uniform in all Situations, provide separate responses for each Situation. If any response differs for any year from the year prior to joining the 568 Presidents Group to the present, describe the change Generally. In particular,

    a. describe the information available to the College regarding applicants;

    b. describe any Admissions Screening Tools utilized; and

    c. describe, Generally, how Admissions Personnel determine which applicants to admit, and, Specifically, what information they utilize in making this determination. In responding, provide separate responses for each piece of Financial Information identified in response to 2.a., and to the extent pieces of Financial Information are not considered, identify whether they are none the less accessible to Admissions Personnel when determining whether to admit an applicant. State to what extent Admissions Personnel utilize information about the currently admitted, projected, or targeted Composition of the College.

**Response to Request for Information No. 2:**

Response of Columbia College and SEAS: Per the agreement with the New York Office of the Attorney General, the response of Columbia College and SEAS to Request for Information No. 2 was satisfied by the May 13, 2022 deposition of Jessica Marinaccio.

Response of the School of General Studies: [REDACTED]

3

CONFIDENTIAL

Columbia_00298395



4

CONFIDENTIAL

Columbia_00298396

FOIL CONFIDENTIAL TREATMENT REQUESTED



### Request for Information No. 3:

Describe why the College participates in the 568 Presidents Group, when the College joined the 568 Presidents Group, and whether the College has at any time since joining, terminated, or considered terminating, its participation in the 568 Presidents Group.

### Response to Request for Information No. 3:

Columbia has been a member of the 568 Presidents Group since its formation in late 1998. To date, Columbia has not terminated or considered terminating its membership in the 568 Presidents Group.

Columbia participates in the 568 Presidents Group because it is supportive of the mission of the Group—namely, to "maintain a need-based financial aid system that is understandable and fair and will bring greater clarity, simplicity, and equity to the process of assessing each family's

5

ability to pay for college." *See* http://www.568group.org/home/. Likewise, Columbia believes in the value of 568 membership as articulated by the Group. *See, e.g.*, Columbia-NYOAG_0000963.

**Request for Information No. 4:**

Describe the extent to which the College has adopted the Consensus Approach, and if so:

a. why the College adopted the Consensus Approach;

b. what effect the Consensus Approach has on the College's ability to offer financial aid; and

c. whether the College deviates from the Consensus Approach, and if so, in what situations and why.

**Response to Request for Information No. 4:**

Response of Columbia College and SEAS: Columbia College and SEAS have adopted the Consensus Approach as part of their methodology for calculating a family's parental contribution to the cost of attendance. Columbia College and SEAS adopted the Consensus Approach because they believe it increases college affordability, allows for fair and consistent treatment of families in similar circumstances, and results in Columbia College and SEAS awarding need-based financial aid to a greater number of eligible applicants. *See, e.g.*, Columbia-NYOAG_0000963.

Columbia College and SEAS meet 100% of financial aid applicants' demonstrated need through institutional grants, non-loan-based funding, and/or student employment. Adoption of the Consensus Approach has not affected the ability of Columbia College and SEAS to meet 100% of demonstrated need.

Columbia College and SEAS deviate from the Consensus Approach by applying multiple Columbia-specific options, policies, and initiatives, as well as professional judgment, to each

CONFIDENTIAL
Columbia_00298398

FOIL CONFIDENTIAL TREATMENT REQUESTED

application for financial aid, as applicable, to arrive at the final calculation of a family's parental contribution. *See* Columbia-NYOAG_0001733. Columbia College and SEAS employ these additional options, policies, and initiatives, as well as professional judgment, in order to maximize the financial assistance offered to families.

Response of the School of General Studies: The School of General Studies has never adopted or employed the Consensus Approach.

**Request for Information No. 5:**

Identify, in each year since the year before the College became a member of the 568 Presidents Group:

   a. the total and average amount of Need based financial aid offered to applicants;

   b. the total and average amount of Need based financial aid distributed to students;

   c. the estimated cost, without accounting for financial aid offered by the College, of attending the College; and

   d. the estimated cost, net of financial aid offered by the College, of attending the College.

**Response to Request for Information No. 5:**

Response of Columbia College and SEAS: Columbia College and SEAS meet 100% percent of demonstrated need through institutional grants, non-loan-based funding, and/or student employment and do not offer merit-based aid. The numbers provided below, in response to sub-requests a and b, reflect the need-based institutional grants offered and distributed by Columbia College and SEAS to newly admitted applicants for financial aid and newly enrolling students who applied for financial aid, including transfer students. In addition to institutional grants from Columbia College and SEAS, newly admitted applicants for financial aid and newly enrolling students who applied for financial aid may also receive grants from third-party sources, such as Pell Grants, state grants, or private scholarships. Although third-party grants are

CONFIDENTIAL

considered part of a student's broader financial aid package, they are not included or reflected in these responses.[2]

    a.    The total and average amount of need-based financial aid offered by Columbia College and SEAS to newly admitted applicants eligible for financial aid, including transfer students, is set forth in the below chart:

| Year | Total Columbia Need-Based Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid | Average Columbia Need-Based Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid |
| --- | --- | --- |
| 1998-1999 | $14,745,771 | $15,296 |
| 1999-2000 | $16,075,786 | $16,607 |
| 2000-2001 | $17,582,421 | $19,645 |
| 2001-2002 | $21,379,018 | $20,939 |
| 2002-2003 | $20,859,162 | $22,381 |
| 2003-2004 | $24,494,996 | $23,991 |
| 2004-2005 | $24,131,323 | $24,107 |
| 2005-2006 | $29,234,003 | $28,218 |
| 2006-2007 | $30,213,715 | $29,277 |
| 2007-2008 | $37,405,535 | $35,422 |
| 2008-2009 | $38,581,140 | $34,203 |
| 2009-2010 | $52,740,688 | $40,168 |
| 2010-2011 | $44,074,481 | $35,175 |
| 2011-2012 | $47,966,156 | $36,338 |
| 2012-2013 | $47,523,936 | $38,080 |
| 2013-2014 | $51,616,888 | $40,739 |
| 2014-2015 | $54,453,235 | $43,458 |
| 2015-2016 | $54,478,054 | $44,291 |
| 2016-2017 | $61,793,567 | $47,207 |
| 2017-2018 | $66,036,468 | $51,470 |
| 2018-2019[3] | $62,751,455 | $53,269 |

---

[2] Data pre-dating 2010 is not available on Columbia College and SEAS's active systems and was pulled by querying a data warehouse. While the data largely appears correct, due to the age of the data, Columbia College and SEAS have no means to confirm its accuracy.

[3] For the 2018-2019 award year, Columbia College and SEAS implemented a change in the way aid was processed for admitted financial aid applicants who ultimately did not enroll at Columbia. This change inadvertently resulted in the loss of certain reporting capabilities and was discontinued. However, due to this temporary change, certain offers of aid to financial

*(cont'd)*

CONFIDENTIAL

Columbia_00298400

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Total Columbia Need-Based Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid | Average Columbia Need-Based Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid |
| --- | --- | --- |
| 2019-2020 | $71,798,853 | $55,744 |
| 2020-2021[4] | $75,063,362 | $53,617 |
| 2021-2022 | $77,455,470 | $57,417 |
| 2022-2023 | $77,265,120 | $62,411 |

b. The total and average amount of need-based financial aid distributed by Columbia College and SEAS to newly enrolled students, including transfer students, who received financial aid is set forth in the below chart:

| Year | Total Columbia Need-Based Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid | Average Columbia Need-Based Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid |
| --- | --- | --- |
| 1998-1999 | $9,119,290 | $16,611 |
| 1999-2000 | $10,079,081 | $17,378 |
| 2000-2001 | $12,156,655 | $22,306 |
| 2001-2002 | $14,557,732 | $23,144 |
| 2002-2003 | $14,995,374 | $24,422 |
| 2003-2004 | $17,799,878 | $26,176 |
| 2004-2005 | $16,702,430 | $25,461 |
| 2005-2006 | $20,874,651 | $30,698 |
| 2006-2007 | $21,457,134 | $31,007 |
| 2007-2008 | $27,941,926 | $38,488 |
| 2008-2009 | $25,819,817 | $35,129 |
| 2009-2010 | $37,799,242 | $44,680 |
| 2010-2011 | $29,481,425 | $35,520 |
| 2011-2012 | $29,039,008 | $36,163 |
| 2012-2013 | $30,354,992 | $37,896 |
| 2013-2014 | $32,071,121 | $40,959 |
| 2014-2015 | $36,452,572 | $44,025 |
| 2015-2016 | $36,471,690 | $44,101 |

aid applicants who ultimately did not enroll at Columbia were not maintained and are not reflected in this number (i.e., the number underreports the amount of financial aid offered).

[4] Due to the COVID-19 global pandemic, in the 2020-2021 award year, the cost of attendance used to make Columbia need-based aid offers to certain newly admitted applicants reflected a reduction in the cost of tuition and living expenses based on those applicants living at home, rather than on campus.

CONFIDENTIAL

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Total Columbia Need-Based Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid | Average Columbia Need-Based Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid |
|---|---|---|
| 2016-2017 | $40,489,245 | $47,523 |
| 2017-2018 | $43,956,260 | $52,019 |
| 2018-2019 | $46,518,261 | $52,209 |
| 2019-2020 | $48,476,119 | $55,720 |
| 2020-2021[5] | $47,764,574 | $52,837 |
| 2021-2022 | $52,677,025 | $57,258 |
| 2022-2023 | $52,282,541 | $63,067 |

c. The cost of attending Columbia College and SEAS for newly enrolling students is set forth in the chart below. Cost of attendance, as defined by Columbia College and SEAS, includes the following expenses: tuition, mandatory fees, room and board, books, personal, and transportation.

| Year | Cost of Attending Columbia College and SEAS for Newly Enrolling Students |
|---|---|
| 1998-1999 | $33,326 |
| 1999-2000 | $34,566 |
| 2000-2001 | $35,948 |
| 2001-2002 | $37,448 |
| 2002-2003 | $39,012 |
| 2003-2004 | $40,950 |
| 2004-2005 | $42,898 |
| 2005-2006 | $44,944 |
| 2006-2007 | $47,214 |
| 2007-2008 | $49,624 |
| 2008-2009 | $51,791 |
| 2009-2010 | $54,692 |
| 2010-2011 | $57,192 |
| 2011-2012 | $59,719 |
| 2012-2013 | $62,183 |
| 2013-2014 | $64,665 |

---

[5] Due to the COVID-19 global pandemic, in the 2020-2021 award year, Columbia College and SEAS instituted a tuition roll-back, meaning that the cost of tuition was rolled-back to 2019-2020 levels rather than the traditional yearly increase. Additionally, many students were remote, and their room and meal expenses were decreased as a result. The amount of Columbia need-based aid distributed for the 2020-2021 award year reflects the total aid distributed after those adjustments were made.

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Cost of Attending Columbia College and SEAS for Newly Enrolling Students |
|---|---|
| 2014-2015 | $67,125 |
| 2015-2016 | $69,607 |
| 2016-2017 | $71,615 |
| 2017-2018 | $74,173 |
| 2018-2019 | $76,704 |
| 2019-2020 | $79,748 |
| 2020-2021[6] | $80,461 |
| 2021-2022 | $83,174 |
| 2022-2023 | $85,967 |

  d. The estimated, average net cost of attending Columbia College or SEAS for newly admitted students offered financial aid is set forth in the chart below. This estimated, average net cost represents the difference between the cost of attendance, as provided in response to sub-request c above, and the average financial aid offered by Columbia College and SEAS, as provided in response to sub-request a above. However, as described above, this data does not capture third-party grants, such as Pell Grants or state grants, and accordingly reflect an overestimate.

| Year | Estimated Average Net Cost of Attending Columbia College and SEAS for Newly Admitted Students Offered Financial Aid (Not Including Any Reduction Due to Grants from Third-Party Sources) |
|---|---|
| 1998-1999 | $18,030 |
| 1999-2000 | $17,959 |
| 2000-2001 | $16,303 |
| 2001-2002 | $16,509 |
| 2002-2003 | $16,631 |
| 2003-2004 | $16,959 |
| 2004-2005 | $18,791 |
| 2005-2006 | $16,726 |
| 2006-2007 | $17,937 |
| 2007-2008 | $14,202 |

---

[6] Due to the COVID-19 global pandemic, in the 2020-2021 award year, the cost of attendance for most Columbia College and SEAS students was reduced because of lower living allowances while students lived at home and attended classes remotely. The cost of attendance reflected for the 2020-2021 award year here is based on a student living on campus during both the fall and spring semesters of that year.

11

CONFIDENTIAL Columbia_00298403

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Estimated Average Net Cost of Attending Columbia College and SEAS for Newly Admitted Students Offered Financial Aid (Not Including Any Reduction Due to Grants from Third-Party Sources) |
|---|---|
| 2008-2009 | $17,588 |
| 2009-2010 | $14,524 |
| 2010-2011 | $22,017 |
| 2011-2012 | $23,381 |
| 2012-2013 | $24,103 |
| 2013-2014 | $23,926 |
| 2014-2015 | $23,667 |
| 2015-2016 | $25,316 |
| 2016-2017 | $24,408 |
| 2017-2018 | $22,703 |
| 2018-2019 | $23,435 |
| 2019-2020 | $24,004 |
| 2020-2021 | $26,844 |
| 2021-2022 | $25,757 |
| 2022-2023 | $23,556 |

Response of the School of General Studies: The School of General Studies is need blind in its admissions, however, it is not able meet the full financial need of its enrolled students. Historically, the School of General Studies has offered only merit-based aid informed by need, and records do not delineate which portion of aid offered is attributable to need, if any.[7] Thus, unless otherwise noted, the School of General Studies' responses reflect information concerning all institutional aid offered or distributed (i.e., not solely need-based aid). Furthermore, while the School of General Studies offers multiple undergraduate programs, unless otherwise noted, the responses below relate to newly admitted and newly enrolling students who applied for financial aid in the following programs: undergraduate non-joint or dual Bachelor of Arts program students, as well as third year-transfers to dual Bachelor of Arts programs (with Sciences Po,

---

[7] Data pre-dating 2010 is not available on the School of General Studies' active systems and was pulled by querying a data warehouse. While the data appears generally correct, due to the age of the data, the School of General Studies has no means to confirm its accuracy.

CONFIDENTIAL Columbia_00298404

FOIL CONFIDENTIAL TREATMENT REQUESTED

Trinity College Dublin, and Tel Aviv University) and the joint bachelor's degree program with City University of Hong Kong.

    a.    The total and average amount of institutional financial aid offered to newly admitted applicants eligible for financial aid is set forth in the chart below:

| Year | Total Institutional Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid | Average Institutional Financial Aid Offered to Newly Admitted Applicants Eligible for Financial Aid |
|---|---|---|
| 1998-1999 | $333,550 | $1,329 |
| 1999-2000 | $606,816 | $2,408 |
| 2000-2001 | $568,650 | $2,527 |
| 2001-2002 | $757,800 | $3,007 |
| 2002-2003 | $803,500 | $3,900 |
| 2003-2004 | $796,701 | $3,655 |
| 2004-2005 | $1,251,354 | $4,256 |
| 2005-2006 | $1,253,150 | $4,624 |
| 2006-2007 | $1,541,200 | $5,544 |
| 2007-2008 | $2,224,550 | $6,214 |
| 2008-2009 | $2,574,150 | $6,129 |
| 2009-2010 | $3,124,380 | $6,236 |
| 2010-2011 | $2,856,175 | $6,658 |
| 2011-2012 | $3,017,300 | $6,905 |
| 2012-2013 | $3,581,600 | $7,637 |
| 2013-2014 | $3,555,550 | $7,696 |
| 2014-2015 | $3,763,750 | $8,458 |
| 2015-2016 | $4,566,300 | $9,319 |
| 2016-2017 | $4,838,450 | $10,059 |
| 2017-2018 | $5,293,000 | $10,502 |
| 2018-2019 | $6,264,000 | $11,622 |
| 2019-2020 | $7,455,500 | $14,228 |
| 2020-2021 | $9,153,500 | $14,370 |
| 2021-2022[8] | $10,748,284 | $16,385 |

---

[8] For the first time in 2021, the School of General Studies implemented a system for distinguishing between need-based and merit-only (i.e., aid for admitted students who applied for financial aid, were deemed to not have any qualifying financial need, but were nonetheless awarded merit-based aid) institutional aid offered to newly admitted students. For 2021-2022, the total need-based portion of the institutional financial aid that was offered to newly admitted applicants for financial aid was $10,322,120, and the average amount of need-based financial aid offered to those same applicants was $17,983.

13

CONFIDENTIAL    Columbia_00298405

FOIL CONFIDENTIAL TREATMENT REQUESTED

b. The total and average amount of institutional financial aid distributed to newly enrolled students who received financial aid is set forth in the chart below:

| Year | Total Institutional Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid | Average Institutional Financial Aid Distributed to Newly Enrolled Students Who Received Financial Aid |
|---|---|---|
| 1998-1999 | $319,732 | $1,473 |
| 1999-2000 | $447,830 | $2,297 |
| 2000-2001 | $446,795 | $2,455 |
| 2001-2002 | $628,158 | $2,963 |
| 2002-2003 | $620,224 | $3,901 |
| 2003-2004 | $610,606 | $3,769 |
| 2004-2005 | $834,800 | $3,847 |
| 2005-2006 | $843,325 | $4,154 |
| 2006-2007 | $1,128,625 | $5,299 |
| 2007-2008 | $1,103,680 | $5,437 |
| 2008-2009 | $1,690,075 | $5,930 |
| 2009-2010 | $1,621,840 | $5,876 |
| 2010-2011 | $2,107,775 | $6,607 |
| 2011-2012 | $1,945,188 | $6,378 |
| 2012-2013 | $2,447,988 | $7,243 |
| 2013-2014 | $2,494,584 | $7,252 |
| 2014-2015 | $2,697,205 | $7,980 |
| 2015-2016 | $3,170,741 | $8,783 |
| 2016-2017 | $3,276,496 | $9,388 |
| 2017-2018 | $3,650,143 | $9,865 |
| 2018-2019 | $3,875,701 | $10,618 |
| 2019-2020 | $4,708,580 | $12,760 |
| 2020-2021 | $5,137,015 | $12,030 |
| 2021-2022[9] | $6,213,229 | $14,251 |

Additionally, from 1998 through 2022, the School of General Studies has offered several financial aid programs that provided need-based financial aid to a subset of qualifying admitted students. Specifically, from at least 1998 through 2001, the School of General Studies

---

[9] As described above, for the 2021-2022 award year, the School of General Studies for the first time distinguished between need-based and merit-only institutional aid offered to newly admitted students. For 2021-2022, the total need-based portion of the institutional financial aid distributed to newly enrolled students was $5,995,663, and the average amount of need-based financial aid distributed to those same students was $15,946.

14

CONFIDENTIAL
Columbia_00298406

FOIL CONFIDENTIAL TREATMENT REQUESTED

participated in New York State's Higher Education Opportunity Program ("HEOP") and distributed need-based financial aid to newly enrolled students as set forth in the chart below:

| Year | Total Need-Based Financial Aid Distributed to Newly Enrolled Students Who Qualified for HEOP | Average Need-Based Financial Aid Distributed to Newly Enrolled Who Qualified for HEOP |
|---|---|---|
| 1998-1999 | $133,940 | $10,303 |
| 1999-2000 | $147,376 | $ 9,825 |
| 2000-2001 | $ 26,765 | $ 8,922 |

From 2004 through 2022, the School of General Studies also distributed need-based financial aid to cover tuition and fees to a subset of qualifying admitted students through the Program for Academic Leadership and Services ("PALS"). The need-based financial aid distributed through PALS to newly enrolled students is set forth in the chart below:

| Year | Total Need-Based Financial Aid Distributed to Newly Enrolled Students Who Qualified for PALS | Average Need-Based Financial Aid Distributed to Newly Enrolled Students Who Qualified for PALS |
|---|---|---|
| 2004-2005 | $47,601 | $15,867 |
| 2005-2006 | $182,219 | $30,370 |
| 2006-2007 | $184,585 | $26,369 |
| 2007-2008 | $64,570 | $32,285 |
| 2008-2009 | $102,812 | $25,703 |
| 2009-2010 | $183,322 | $22,915 |
| 2010-2011 | $132,189 | $26,438 |
| 2011-2012 | $298,716 | $33,191 |
| 2012-2013 | $185,438 | $30,906 |
| 2013-2014 | $230,083 | $38,347 |
| 2014-2015 | $128,512 | $32,128 |
| 2015-2016 | $159,123 | $39,781 |
| 2016-2017 | $351,270 | $39,030 |
| 2017-2018 | $280,696 | $46,783 |
| 2018-2019 | $271,934 | $45,322 |
| 2019-2020 | $216,429 | $43,286 |
| 2020-2021 | $244,127 | $34,875 |
| 2021-2022 | $325,572 | $54,262 |

Finally, from 2017 through 2022, the School of General Studies has distributed need-based financial aid to cover the full cost of attendance to a subset of qualifying admitted students

CONFIDENTIAL

Columbia_00298407

through the Displaced Scholars Program. The need-based financial aid distributed through the Displaced Scholars Program to newly enrolled students is set forth in the chart below:

| Year | Total Need-Based Financial Aid Distributed to Newly Enrolled Students Who Qualified for Displaced Scholars | Average Need-Based Financial Aid Distributed to Newly Enrolled Students Who Qualified for Displaced Scholars |
|---|---|---|
| 2017-2018 | $106,682 | $53,341 |
| 2018-2019 | $53,256 | $53,256 |
| 2019-2020[10] | 0 | 0 |
| 2020-2021 | $61,125 | $61,125 |
| 2021-2022 | $46,261 | $46,261 |

    c.    The cost of attending the Traditional GS Undergraduate Program for newly enrolling students is set forth in the chart below. Cost of attendance, as defined by the School of General Studies, includes the following expenses: tuition (assuming students take 12 credits per semester for a total of 24 credits a year), student life, health and related services, medical insurance, orientation, document, living, personal, transportation, and books.

| Year | Cost of Attendance for Newly Enrolling Students to the Traditional GS Undergraduate Program |
|---|---|
| 1998-1999 | $33,009 |
| 1999-2000 | $34,253 |
| 2000-2001 | $35,338 |
| 2001-2002 | $36,165 |
| 2002-2003 | $37,767 |
| 2003-2004 | $40,010 |
| 2004-2005 | $43,424 |
| 2005-2006 | $45,623 |
| 2006-2007 | $47,726 |
| 2007-2008 | $49,969 |
| 2008-2009 | $52,301 |
| 2009-2010 | $54,603 |
| 2010-2011 | $56,835 |
| 2011-2012 | $59,006 |
| 2012-2013 | $61,327 |
| 2013-2014 | $63,360 |

---

[10] For the 2019-2020 award year, only continuing students were awarded need-based aid through the Displaced Scholars Program.

CONFIDENTIAL        Columbia_00298408

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Cost of Attendance for Newly Enrolling Students to the Traditional GS Undergraduate Program |
|---|---|
| 2014-2015 | $65,354 |
| 2015-2016 | $67,533 |
| 2016-2017 | $69,425 |
| 2017-2018 | $71,698 |
| 2018-2019 | $73,997 |
| 2019-2020 | $76,489 |
| 2020-2021 | $78,014 |
| 2021-2022 | $81,203 |

d. The approximate, estimated, average net cost of attending the School of General Studies for newly admitted students to the Traditional GS Undergraduate Program offered financial aid is reflected in the chart below. This approximate, estimated, average net cost represents the difference between the cost of attendance, as provided in response to sub-request c above, and the average institutional financial aid offered, as provided in response to sub-request a above.[11]

| Year | Estimated, Average Net Cost for Newly Admitted Students to the Traditional GS Undergraduate Program Offered Financial Aid |
|---|---|
| 1998-1999 | $31,680 |
| 1999-2000 | $31,845 |
| 2000-2001 | $32,811 |
| 2001-2002 | $33,158 |
| 2002-2003 | $33,867 |
| 2003-2004 | $36,355 |
| 2004-2005 | $39,168 |
| 2005-2006 | $40,999 |
| 2006-2007 | $42,182 |
| 2007-2008 | $43,755 |
| 2008-2009 | $46,172 |
| 2009-2010 | $48,367 |
| 2010-2011 | $50,177 |
| 2011-2012 | $52,101 |

---

[11] The numbers provided in response to sub-request a are based on aggregate offers of institutional aid to students admitted to certain dual- and joint-degree programs, in addition to the Traditional GS Undergraduate Program. *See supra* at 12-13. As such, the estimated, average net cost of attending the Traditional GS Undergraduate is approximate only and may reflect an over- or under-estimate for any given year.

17

CONFIDENTIAL

Columbia_00298409

FOIL CONFIDENTIAL TREATMENT REQUESTED

| Year | Estimated, Average Net Cost for Newly Admitted Students to the Traditional GS Undergraduate Program Offered Financial Aid |
|---|---|
| 2012-2013 | $53,690 |
| 2013-2014 | $55,664 |
| 2014-2015 | $56,896 |
| 2015-2016 | $58,214 |
| 2016-2017 | $59,366 |
| 2017-2018 | $61,196 |
| 2018-2019 | $62,375 |
| 2019-2020 | $62,261 |
| 2020-2021 | $63,644 |
| 2021-2022 | $64,818 |

18

FOIL CONFIDENTIAL TREATMENT REQUESTED