# EXHIBIT 190

Financial Aid Budget Planning Highlights
November 26, 2002
Page 2

- 2003-2004 Recommendations and Issues (continued)

  o Consensus Approach
    Cornell University, along with 28 colleague institutions, will implement a uniform approach to financial aid need analysis this year, called the Consensus Approach (CA). The CA is the result of 2 years of work by the presidents and the directors of financial aid of those institutions. The approach resulted in a new agreement on the treatment of designated need analysis data elements, new agreements on income tax return collection, and new agreements on professional judgment standards. Generally, the new approach to need analysis will result in lower family contributions. At Cornell University, because we have used extensive professional judgment over the last 5 years, we cannot measure the "old approach to the formula" results as compared to results from the new approach to the formula. We will apply the new standards to our entering student aid applicants, therefore we should have a sense of the cost impact in May 2003 (after new student awarding is completed).

  o Self-help Levels
    We recommend a reduction to self-help levels for all students from a standard/typical level of $9,600 to $8,000. The maximum cost for this initiative, based on 4,614 grant aid recipients, each receiving a $1,600 increase in their grant would be $7.4 million. Not all students would receive the maximum grant increase due to other aid programs that reduce self-help.

    If this recommendation is implemented for the first year students only (1,186 freshmen), the maximum cost would be $1.9 million per year, over a four-year transition. (refer to confidential COFHE Blue Book data attached)

  o Imaging Solution
    We hope to take advantage of a new service offered by the College Board called Imaging and Documentation Service (IDOC). This service allows families to send their tax returns in a packet to the College Board for imaging and distribution to the colleges that sign up and pay for the service. It is free to the families. The institutions pay per packet sent to them. The fee slides based on how many institutions receive the packet. Our plan is to begin with our returning students as a pilot. If successful, we will offer the service for new students in 2004-05. The estimated cost for returning students is $6.50 per packet. We review about 5,500 returning students per year, thus the total cost is approximately $36,000 for the pilot. When we include first year students, the number of students will grow to about 11,000 aid applicants. The fee structure is still in negotiation with the College Board, but sure to go down. Estimating the cost at $5 per packet for new students, the cost for that group is $55,000. Thus the cost in 2005-05 will be $91,000 for all students. We will be able to eliminate at least one processing staff member (salary and benefits of $33,000) as well as save storage space in Day Hall and at East Hill Plaza.

attachment:   Confidential COFHE Blue Book data

cc:   Doris Davis, Associate Provost for Admissions and Enrollment
      Executive Budget Group file
      Financial Aid Strategy Group file

CONFIDENTIAL

CORNELL_LIT000101773