# EXHIBIT 191



# Cornell University

# Paying for College

- Cost of attendance
  - Tuition & fees
  - Room & board
  - Books
  - Personal expenses

- Sources of support
  - Family contribution
  - University grant
  - Self-help
  - Federal and state grants

For 2007-08, endowed cost of attendance is $48,201: tuition&fees=$34,781; room&board=$11,240; books=$720; personal expenses=$1,460

Family contribution consists of parental contribution plus student summer earnings. It is determined by the "Consensus Approach", a model that is used by a range of private colleges and universities, including Columbia, Dartmouth, Duke, Northwestern, Chicago, and Yale.

Self-help consists of students loans and work-study employment. Parental contributions and parents' loans are not part of self help.

We will now examine self-help levels in greater detail.

CONFIDENTIAL

CORNELL_LIT0000103000