# EXHIBIT 192

| Table 5. Grant Aid as a % of Tuition & Fees – Undergraduate (2006-07) | | | | |
|---|---|---|---|---|
| Category | Number of Students | % of Grant-Aid Population * | % of Overall Undergraduate Enrollment | Average Grant |
| Total with Cornell Grant Aid | 5,553 | 100.0% | 40.9% | $18,778 |
| <=25% of Tuition/Fees | 776 | 14.0% | 5.7% | $3,723 |
| >25% and <=50% of Tuition/Fees | 1,207 | 21.7% | 8.9% | $10,991 |
| >50% and <=75% of Tuition/Fees | 1,478 | 26.6% | 10.9% | $19,118 |
| >75% and <=100% of Tuition/Fees | 1,461 | 26.3% | 10.8% | $26,563 |
| >100% of Tuition/Fees | 631 | 11.4% | 4.7% | $33,368 |

* *Excludes those international students who are not eligible for financial aid under Cornell's March 1998 financial-aid policy. In the fall semester of 2006, Cornell enrolled 1,070 international students of whom 781 were not eligible for grant aid under that policy. Some of these 781 international students received grant aid under a separate program established to aid international students.*

3a) *Please explain your university's financial aid policy.*

**Response:** Cornell's undergraduate financial-aid policy—which was predicated on its founding mission as the land-grant university for New York State; its founding goal to extend education to students regardless of race, gender, creed, or economic circumstances; and a history of providing significant financial assistance to students—was adopted by the Board of Trustees in March 1998.

> Cornell University makes admissions decisions without regard to the ability of students or parents to pay educational costs. Students who are U.S. citizens or permanent residents and who demonstrate financial need will be assisted in meeting that need through one or more of the following: federal and state grants, employment opportunities, loans, The Cornell Commitment programs, scholarships from endowments and restricted funds, and Cornell grants. Annual adjustments will be made in self-help and family contribution levels.
>
> Cornell will continue its commitment to excellence and diversity in the student population. Self-help levels for individual students may reflect the University's recognition of outstanding merit, unique talent, commitment to work and community service, and its commitment to diversity in the class.

Within this policy, Cornell assists each family in assembling a portfolio of resources that will cover that student's cost of attendance. This portfolio is highly customized, taking into account family income; federal, state, and local income taxes; family assets; medical and dental expenses; number of dependents in the family and the number of those dependents in college simultaneously; and a variety of special circumstances (such as noncustodial and self-employed parents). The family's contribution toward educational costs is determined by using the 568 Presidents' Group *Consensus Approach* methodology.

Cornell is a founding member of the 568 Presidents' Group, named for Section 568 of the *Improving America's Schools Act (IASA) of 1994*. Section 568 applies only to institutional aid and only to colleges and universities that admit all students on a need-blind basis—that is, without considering the financial circumstances of the student or the student's family. (http://www.568group.org/) It permits those institutions:

- To agree to award aid only on the basis of demonstrated financial need
- To use common principles of analysis for determining the need of students for that aid
- To use a common application form for institutional aid
- To exchange certain financial data through an independent third party before the award of institutional aid

Cornell and other Section 568 institutions have jointly developed the *Consensus Approach* methodology that is applied within reasonable variation within the group. (http://www.568group.org/methodology/index.html) The *Consensus Approach* is derived from the College Board's *Institutional Methodology*. (http://professionals.collegeboard.com/higher-ed/financial-aid/im) The *Institutional Methodology* is the result of over 50 years of analysis, review, revision, and formulation by the financial aid members of the College Board. As noted by the 568 Presidents' Group:

> The Consensus Approach consists of a set of common standards for determining the family's ability to pay for college. It seeks to eliminate much of the variance in need analysis results that has been experienced in recent years. The participating institutions believe that the Consensus Approach, when applied in a consistent manner, serves to diminish or eliminate the divergent results that threaten the long-standing tradition of awarding aid on the basis of need.

Once the net financial need of the student has been calculated ("net" being defined as cost of attendance less the resources that families and externalities can be expected to pay), Cornell uses a mix of university grant, loan, and work/study opportunities to fund that need. This mix is not awarded uniformly, however, as Cornell has goals that it is trying to achieve, such as increasing the number of low-income students and underrepresented minorities. Currently, the university reduces the level of loans (and increases the corresponding amount of grant aid) for families with incomes below $25,000. Beginning in 2008-09 and coming to full fruition in 2009-10, Cornell will eliminate need-based loans for all undergraduates from families with incomes under $75,000, making it possible for new students to graduate debt-free. Cornell will also cap annual loans at $3,000 for students from families with incomes between $75,000 and $120,000. The details of this are explained in a press release dated January 31, 2008. (http://pressoffice.cornell.edu/Jan08/fin.aid.endowment.shtml)

Reference: A more thorough discussion of Cornell's financial aid history prior to the most recent initiative noted above can be found in an article published in May 2005. (http://www.dpb.cornell.edu/documents/1000030.pdf)

### 3b) How do you inform students and parents of that policy?

**Response:** Cornell interacts with prospective students and their families in a variety of ways. The university's approach to admissions and financial aid is featured in its website for prospective students. (http://www.cornell.edu/admissions/) The policy is stated clearly (http://finaid.cornell.edu/Prospective/Policy.htm), links are provided to the College Board website and other sites that will be of use to a prospective student (http://finaid.cornell.edu/Shared/Links.htm), and an FAQ page (http://finaid.cornell.edu/Shared/FAQ2007.htm) provides answers in simple language. Similar information is provided in brochures and other print materials (such as Cornell's "view book" and a separate booklet devoted to financial aid) and at numerous one-on-one and group information sessions. The view book is distributed to over 100,000 first-time freshman prospects and an additional 40,000 copies are given to transfer prospects and others interested in Cornell. Changes in Cornell's admissions and financial-aid policies are featured in university press releases, *The Cornell Chronicle* (a weekly publication of the university), *The Cornell Daily Sun* (a daily, independent, student-run newspaper), and the local and regional press.

### 3c) What outreach efforts does your university take to recruit potential low-income students?

**Response:** Since Cornell has a need-blind admissions policy, the university does not recruit students by income specifically, but it does have outreach efforts that target students who attend economically disadvantaged high schools. Cornell partners with community-based organizations (such as *Prep For Prep*, *ABC* [A Better Chance], *Washington Metro Scholars*, and *Venture Scholars*, among others). These organizations all work with students who attend economically disadvantaged high schools or who live in economically disadvantaged neighborhoods. The university's outreach includes bringing prospective students to campus for day and overnight visits, hosting workshops on admissions and financial aid, and conducting information sessions for parents. University staff members also visit high schools in low-income areas and work with counselors and students to introduce them to Cornell.

### 3d) How is low-income defined? What is the amount spent on these efforts?

**Response:** While Cornell provides financial assistance to all students who demonstrate a financial need and therefore does not focus solely on "low income" students, the university's recently announced initiative to reduce and eliminate loan burdens for some students beginning in 2008-09 provides a surrogate for defining an important income cutoff: families earning $75,000 or less. This value was chosen

as it represents, approximately, the U.S. median family income of families in the 45- to 54-age range (the age span statistically most likely to have college-age eligible children)—in essence the lower half of the income spectrum. Cornell's initiative goes beyond that income threshold, however, in also reducing the loan burden of families earning between $75,000 and $120,000. Cornell included this additional component in its initiative because the university, as noted by Cornell Provost Carolyn A. Martin, believes that it is critical that all students "…excel at their academic work and consider a range of careers without the worry of excessive debt at graduation."

Of the $109.9 million in grant aid that Cornell expects to spend on undergraduate financial aid in 2007-08 from institutional resources, the university estimates that $62.5 million in grant aid will go to families at the $75,000 or less income level. When Cornell's newly announced initiative takes full effect in 2009-10, the institution expects to provide a total of approximately $76.7 million (in 2007-08 dollars) in grant aid for this population.

*4a) Who determines and decides when tuition increases are necessary?*

**Response:** Ultimately, the university's president recommends tuition increases and decreases to Cornell's Board of Trustees, which has the authority to make such decisions. The university's provost and her staff provide the analysis and supporting documentation on which the president's recommendation is based. In developing proposals, the provost reviews a range of scenarios with the Provost's Budget Planning Advisory Group. (See answer to question 4b below.)

<u>Reference</u>: See the Cornell University Bylaws, Article XXIII, §2.
(<u>http://www.cornell.edu/trustees/cornell_bylaws.pdf</u>)

*4b) What is the process for making this decision?*

**Response:** Tuition setting is done in the context of developing Cornell's overall annual financial plan as well as its multi-year, long-range operating and capital plans. The planning process involves discussions of a wide range of revenue and expense categories, including tuition, fees, room and board rates, gift revenues, endowment payout, support from grants and contracts, compensation costs, financial aid, capital and debt-service expenses, maintenance and utility costs, and general operating expenses, among others. Individuals at all levels of the institution are involved, including deans, provosts, and vice presidents. Planning assumptions are also reviewed with representative bodies of the faculty, students, and staff. Several trustee committees review these plans as they develop, prior to the final adoption of a financial plan. Undergraduate tuition rates are formally reviewed by the Provost's Budget Planning Advisory Group, which prepares recommendations for the president to take to the Board of Trustees. This group is composed of the provost, the executive vice president for finance and administration, the deputy provost, the vice president for

CONFIDENTIAL                                                                                          CORNELL_LIT0000100850