# EXHIBIT 197

Message

| | |
|---|---|
| **From**: | Paul Streeter [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=27A625712D01401E956E7E0DBC538A37-PS33] |
| **Sent**: | 8/6/2018 5:05:53 PM |
| **To**: | Jason C. Locke [jcl31@cornell.edu] |
| **Subject**: | RE: Practice of Adding Losses to Income |

Thanks Jason.
Paul

**From:** Jason C. Locke
**Sent:** Monday, August 6, 2018 4:04 PM
**To:** Paul Streeter <ps33@cornell.edu>
**Subject:** Practice of Adding Losses to Income

Dear Paul,

Thanks for stopping by today. After you left, I remembered that the Practice of Adding Losses to Income is actually part of the consensus methodology agreed upon by the 568 institutions.
https://www.568group.org/home/?q=node/24

Jason C. Locke
Interim Vice Provost for Enrollment
Cornell University

CONFIDENTIAL　　　CORNELL_LIT0000023992