# EXHIBIT 198

Introduction

Cornell University's financial aid philosophy is focused around access and affordability. Ezra Cornell's founding vision – a university where "any person can find instruction in any study" – holds true today. Cornell offers a need-based financial aid program, awarding aid based on financial need of the family, ensuring that our financial aid funds are distributed equitably.

Cornell University's financial aid policy begins with the premise that the student's family is primarily responsible for paying the cost of higher education; to the extent they are able.  In order to determine a student's eligibility for aid, Cornell requires financial information from the households of all legal parents of the student. This requirement applies even if the parents are not currently married to each other, are married to different people, or if one parent (or both) is unwilling to help pay for college.

Family Contribution

To determine a family's ability to contribute, information from the FAFSA, CSS Profile and tax returns is used to calculate the family contribution. Other key factors taken into consideration to calculate an EFC are:

- Total Income
- Investment/Cash value
- Home equity
- Number of undergraduate siblings enrolled full time in college
- Number of family members in the household

We use both the Consensus Approach (CA) and Federal Methodology (FM) formulas to calculate the Parent and Student Contributions. The procedures that follow explain in detail the steps taken to determine the Parent Contribution (PC) and the Student Contribution (SC), which includes the Student Summer Expectation (SSE) and Student Contribution from Assets (SCA).

There is one exemption to the use of the CA formula.  For families with a total family income of less than $60,000, and total assets of less than $100,000 (including primary home equity), there will be no parent contribution regardless of the calculated amount of the parent contribution.

Financial Need

The financial need for each student is determined by subtracting the family contribution (FC) from the estimated cost of attendance (COA).



CONFIDENTIAL

CORNELL_LIT0000272526

Awarding Aid

Once the financial need of an applicant is determined the University is committed to providing options to meet that need. Options include various grants, loans, and student employment opportunities.

At Cornell, aid is awarded in the following order: entitlement aid, self-help, and lastly, Cornell University Grants.

- Entitlement aid comes from non-university sources and does not have to be repaid. Examples are federal (Pell) and state grants (TAP, Merit), outside scholarships from corporations or other organizations, ROTC scholarships, and tuition benefits from parents' employer(s).
- Self-help consists of student loans (which are repaid later) and income from school-year employment.
  - ➢ The Office of Financial Aid and Student Employment also focuses on specific packaging philosophies that reduce student loan debt which include the following:
    - The low debt burden initiative guarantees that any family with a total income of less than $60,000, and total assets of less than $100,000 (including primary home equity), will have no loans.
    - For families above these thresholds, Cornell caps the amount of loans a student is initially awarded based on their family's income. The charts below outline the loan limits for each income bracket.

**Students Matriculated BEFORE Fall 2018**

| Total Family Income | Maximum Loan in Aid Package Each Year |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,0001 and $75,000 annually | $2,500 |
| Between $75,001 and $120,000 annually | $5,000 |
| Above $120,0001 annually | $7,500 |

**Students matriculated After Fall 2018**

| Total Family Income | Maximum Loan in Aid Package Each Year |
|---|---|
| Under $60,000 annually | $0 |
| Between $60,0001 and $85,000 annually | $2,500 |
| Between $85,001 and $135,000 annually | $5,000 |
| Above $135,0001 annually | $7,500 |

- Cornell University grants fill in any gap left over after entitlement aid and self-help have been calculated. They consist of gifts from alumni and friends of the university or from the university's own funds.

Specific awarding procedures for each type of aid can be found in Appendix T.

<u>Adjustments to an Initial Award</u>

There may be situations in which a student needs additional aid or their award adjusted such as:

- **A change in family circumstances** - Students can appeal their financial aid decision if they feel there are extenuating circumstances. Students are directed to submit the appeal application and necessary documentation along with an explanation of the circumstances directly to our office.
- **Award Matching Initiative** - If a student receives a more favorable need-based aid offer from another Ivy League institution, Stanford, Duke, and/or MIT, we will match that schools Parent Contribution, Student Contribution and loan/work level. Those students should send in the appeal application along with a copy of the aid letter from the other institution.
- **Additional Educational Expenses** - Students can request aid for additional educational expenses beyond the standard budget. Typical requests include the student health plan, higher housing charges (single room, office campus, etc.), books and supplies as well as required course fees.
- **External Awards** – Outside scholarships or tuition benefits reduce the self-help component (loans and work component) of a student's financial aid package, but does not reduce the family contribution. If all the self-help is cancelled, the Cornell grant aid may need to be reduced or cancelled as well.

Appendix T

Awarding Aid by Type

# **Federal Pell Grant**

## *Policy*

The Federal Pell Grant Program provides need-based grants to low-income undergraduate students to promote access to postsecondary education.

Eligibility criteria are:

- Must be US Citizen or eligible non citizen (Permanent Residents)
- Must have a valid Social Security Number
- Must have high school diploma (or recognized equivalent)
- Must be matriculated in an undergraduate degree program; students who already have a baccalaureate degree are not eligible for Pell.
- Satisfactory academic progress standards must be met
- Must not be incarcerated or have not been convicted of an offense involving the possession or sale of illegal drugs
- Maximum Pell eligibility is 6 Scheduled Awards
    - 600% LEU
    - Scheduled Awards = Academic Year
- Valid Institutional Student Information Record (ISIR) on file
- Must have financial need

Financial need is determined by the U.S. Department of Education using a standard formula, established by Congress, to evaluate the financial information reported on the FAFSA. Cornell University collects tax returns, w2s and non-filing statements from each student/parent and performs a need analysis. A thorough review of this data will assist in establishing the Expected Family Contribution (EFC) for each student and determine if the student is eligible for Pell. Cornell uses Pell Formula 1 when determining a student's Pell Award.

Grant amounts are dependent on:

- The student's EFC as established on the ISIR
- The cost of attendance as determined by the institution
- The student's enrollment status (full-time or part-time)
- Whether the student attends for a full academic year or less
- Minimum award is 10% of the maximum award each year
- Maximum awards are as follows:
    - For 2015-16, the maximum Pell Grant is: $5,775.
    - For 2016-17, the maximum Pell Grant is: $5,815.
    - For 2017-18, the maximum Pell Grant is: $5,920.
- Transfer student eligibility may be impacted by the amount of Pell funds received for the same award year at any prior school.

Effective with the 2017-18 Academic Year: Year Round Pell Grants are available to students. This allows a student to receive Federal Pell Grant (Pell Grant) funds for up to 150 percent of the student's Pell Grant Scheduled Award for an award year.

- Cornell will follow our standard summer awarding policy when determining Pell eligibility for summer. With the exception of Engineering Coop and students who are accelerating, all summer financial aid is awarded as a trailer to the prior academic year. Summer financial aid for Engineering Coop and accelerating students is awarded as a header to the following academic year.
- To be eligible for the additional Pell Grant funds:
    - the student must be otherwise eligible to receive Pell Grant funds for the payment period, and
    - **must be enrolled at least half-time**, in accordance with 34 CFR 668.2(b), in the payment period(s) for which the student receives the additional Pell Grant funds in excess of 100 percent of the student's Pell Grant Scheduled Award.

Pell grants are disbursed to eligible students within 10 days prior to the start of the semester.

More information and Pell program guidelines can be found in the Federal Student aid Handbook located at IFAP (www.ifap.gov).

## *Procedures*
Brief Overview of Pell Awarding

- Counselors perform Needs Analysis and confirm the Federal and if applicable, Institutional EFCs.
- Using our packaging formulas, Pell is included in the financial aid award for eligible undergraduate students based on the EFC on the ISIR, Cornell's cost of attendance and the student's enrollment status.

Pell Processing
- Step 1: Confirm the student's eligibility for federal student aid and enter the appropriate Pell award in PeopleSoft.
- Step 2: After the Pell award is determined and entered into PeopleSoft, Cornell submits an origination record to the Department of Education (DOE) through Common Origination and Disbursement (COD). The DOE then sends acknowledgement of this record back to Cornell with status updates, including, whether the origination record was accepted, accepted with corrections or rejected..
- Step 3: Cornell will resolve any origination errors (see Resolving Rejected Pell Originations and Disbursements).
- Step 4: Pell awards will disburse to the student's Bursar Bill in PeopleSoft independent of COD's acceptance of the origination.
- Step 5: Once the Pell award is disbursed to the student's Bursar Account, an electronic file of the disbursement will be sent to COD within 15 calendar days of disbursement. DOE will acknowledge receipt of this file and provide status updates of the file, including whether the disbursement record was accepted, accepted with corrections or rejected.
- Step 6: Resolve any disbursement errors

Student's taking less than 12 credit hours
Students who take less than 12 credit hours need their Pell adjusted accordingly.
- The adjustments occur after the date of the 100% tuition charge for students who take a leave or withdraw from the University. This date typically falls in October and March or April.
- Prior to sending in request to check credit hours, check Financial Aid < CU Interfaces and Mods < CU Package Variables and look to see if Credit Hours for Fall and Spring have been loaded. If not, check with the Program Manager for NYS Awards to find out when the credit hours will be added to the system. (Credit Hours are needed for NYS Certification)
- Once the credit hours are added, the Assistant Director, Title IV Programs will run the query FA_Pell_under_12_credit_hrsto identify the students are taking less than 12 credit hours. You will run this request once in the fall and again in the spring.
- Note that sometimes all credit hours are not always loaded into CU Package Variables. Check the student credit hours against Records and Enrollment. Go to Records and Enrollment > Enrollment Summaries > chose semester you are reviewing from the Short Description List > Click on View All > Count Credits to be sure they match. PE classes taken outside the first 2 (which are required) are not counted in the term credit total that Pell is based on because they are not required for the student's degree. For example: a Junior or Senior taking a 1 credit PE course, which puts them at 12 credits total for the semester, but previously completed their 2 required PE credits as a Freshman, will not be considered 12-credit Full Time for Pell purposes. Rather, their Pell will be based on ¾ time (11 credits) and the Pell reduction will be replaced with CU Grant where applicable.

- The Assistant Director, Title IV Programs adjusts the Pell Awards per the number of credit hours the student is taking per the Pell Award Table which corresponds with that academic year. Cornell Grant will be increased for the Pell reduction.  If not eligible for Cornell Grant, then the student can apply for additional loan.

Pell Reconciling
- Must be done monthly by the Office of Financial Aid and Student Employment.
- See Federal Pell Grant Reconciliation policy for information on the process used.

CONFIDENTIAL    CORNELL_LIT0000272532

# **Federal SEOG**

## *Policy*

The Federal SEOG Program is part of the Campus-Based funds. It is used to provide grants to low-income undergraduate students to promote access to postsecondary education.

Eligibility criteria are:

- Must be US Citizen or eligible non citizen (Permanent Residents)
- Must have high school diploma (or recognized equivalent)
- Must be matriculated in an undergraduate degree program; students who already have a baccalaureate degree are not eligible for SEOG.
- Satisfactory academic progress standards must be met.
- Priority must be given to Pell eligible students.
- Valid ISIR on file.

Grant amounts are dependent on:
- Minimum award is $100 (can prorate if the student is studying less than a full academic year)
- Maximum award is $4,000 ($4,400 if the student is studying abroad)
- There is no aggregate limit on SEOG.
- Unequal disbursements are allowed if costs are uneven.
    - We do not make uneven disbursements
    - SEOG is awarded in the amount of $4,000 for the academic year.
- Priority order for SEOG is based on Pell eligibility and the lowest EFC.

SEOG is disbursed to eligible students within 10 days prior to the start of the semester.

More information and SEOG program guidelines can be found in the Federal Student aid Handbook located at IFAP (www.ifap.gov).

*Procedures*

Brief Overview of SEOG Awarding

- Counselors perform Needs Analysis and confirm the Federal and Institutional EFC.
- Using our packaging formulas, SEOG is included in the financial aid award for all Pell eligible students who demonstrate additional financial need (as determined using the Cornell EFC and established self-help level) until the SEOG fund has been exhausted.
- Once SEOG is exhausted, students who would have received SEOG are awarded additional Cornell Grant.

SEOG Allocation

- Annual SEOG allocation is provided in the Institutional Worksheet, found on COD.

| | |
|---|---|
| (29) Additional Fair Share Increase: | $0.00 |
| (30) Total Fair Share Increase: | $0.00 |
| (31) Total FSEOG Allocation: | $1,665,461.00 |
| (32) Under Used Percentage: | 0 |
| (33) Allocation Reduction: | $0.00 |
| (34) Redistribution of Underutilization Reduction: | $0.00 |
| (35) Adjusted FSEOG Allocation: | $1,665,461.00 |

- Cornell is required to match 25% of the total allocation. Cornell matches the SEOG amount using the Funds Specific Match method.

SEOG Reporting

- SEOG expenditures are reported annually on the FISAP.

SEOG Reconciling

- The Office of Financial Aid and Student Employment is responsible for monitoring SEOG expenditures and ensuring that the account is reconciled by reviewing G5 draws and identifying and resolving any discrepancies.

# **Federal Direct Loan**

## *Policy*

Eligibility criteria are:

- Must be US Citizen or eligible non-citizen (Permanent Residents)
- Must have a valid Social Security Number
- Must have high school diploma (or recognized equivalent)
- Must be matriculated at least half time in a degree or approved certificate program.
    - Currently, the Health Sciences Post baccalaureate program is the only certificate program approved for federal aid.
- Satisfactory academic progress standards must be met.
- Valid ISIR on file.
- Not been convicted of an offense involving the possession or sale of illegal drugs.
- Parent PLUS Borrower Eligibility:
    - The parent must be the student's biological or adoptive mother or father; or a stepparent if he or she is the parent on the FAFSA.
    - Parent must be a US citizen or eligible non-citizen (Permanent Resident)
    - Must not be in overpayment on FSA grant or in default on FSA loans unless he has made satisfactory arrangements to repay the grant or loan.
    - Federal government cannot hold a judgement lien.
    - Cannot be incarcerated.

Loan amounts are dependent on:

- Amount the borrower requests (for graduate students and cases where students submit a budget increase), cost of attendance, annual and aggregate limits, and unmet financial need.
- Annual Loan Limit for Dependent Undergraduate Students:
    - Dependent undergraduate students (excluding dependent undergraduates whose parents are unable to obtain Direct PLUS Loans) are eligible for an additional $2,000 in Direct Unsubsidized Loan funds each academic year.
    - For these students, the annual loan limits are:
        - $3,500 combined Direct Subsidized and/or Direct Unsubsidized plus $2,000 additional Direct Unsubsidized for dependent first-year undergraduates;
        - $4,500 combined Direct Subsidized and/or Direct Unsubsidized plus $2,000 additional Direct Unsubsidized for dependent second-year undergraduates; and
        - $5,500 combined Direct Subsidized and/or Direct Unsubsidized plus $2,000 additional Direct Unsubsidized for dependent third-, fourth-, or fifth-year undergraduates.
- Annual Loan Limit for Independent Undergraduate Students and Dependent Undergraduate Students Whose Parents Can't Get PLUS:
    - $3,500 combined Direct Subsidized and/or Direct Unsubsidized plus $6,000 additional Direct Unsubsidized for independent first year undergraduates;
    - $4,500 combined Direct Subsidized and/or Direct Unsubsidized plus $6,000 additional Direct Unsubsidized for independent second year undergraduates; and
    - $5,500 combined Direct Subsidized and/or Direct Unsubsidized plus $7,000 additional unsubsidized for independent third, fourth, or fifth year undergraduates.
- Annual Loan Limit for Graduate Students:
    - $20,500 in Direct Unsubsidized Loans per academic year
- The aggregate limit for undergraduate and graduate students are as follows:

| Aggregate Limits for Sub/Unsub Loans | Subsidized | Total (subsidized & unsubsidized) |
|---|---|---|
| Dependent Undergraduates (excluding those whose parents can't borrow PLUS) | $23,000 | $31,000 |
| Independent Undergrads & Dependent Students whose parents can't get PLUS | $23,000 | $57,500 |
| Graduate & Professional Students | $65,500** | $138,500* |

- There is no fixed aggregate or annual limit for Direct PLUS Loans.
    - graduate students may be awarded a Direct PLUS Loan for up to the student's COA minus other estimated financial aid
    - the total Direct PLUS Loan amount borrowed by one parent or borrowed separately by more than one parent on behalf of a dependent student (including a non-custodial parent) may not exceed the student's estimated cost of attendance minus other financial aid awarded for the period of enrollment

Master Promissory Note (MPN) and Entrance Counseling Requirements
- Students are required to sign the MPN (for up to ten years) and complete entrance counseling only once.
- This is done through www.studentloans.gov. Our office provides information that can guide the student or borrower through the online process.
- Graduate Students borrowing a Graduate PLUS Loan have unique Entrance Counseling that must be completed before disbursing a Graduate PLUS Loan.
- Parent PLUS Loan borrowers and Graduate PLUS Loan borrowers that were not initially credit-approved but subsequently receive approval through an appeal or an endorser must complete Plus Credit Counseling.

Passive Confirmation
Undergraduate Students who submit complete financial aid applications (i.e. are applying for institutional financial aid) and have a valid FAFSA on file with the U.S. Department of Education and are eligible to receive federal student aid, based on the U.S. Department of Education's regulations, are offered Federal Direct Loans at the time of financial aid packaging based on their demonstrated need, grade level, dependency status, and the annual and aggregate limits.

Active Request
Undergraduate students who are applying for federal aid only, all graduate students, and parents who are applying for the PLUS Loan must initiate the loan request with our office by submitting the appropriate application.

Direct Loans are disbursed to eligible students within 10 days prior to the start of the semester, assuming all promissory note and entrance counseling requirements are met.

More information and Direct Loan program guidelines can be found in the Federal Student aid Handbook located at IFAP (www.ifap.gov).

CONFIDENTIAL                                                                                                              CORNELL_LIT0000272536

## *Procedures*
<u>Overview of Direct Loan Awarding</u>

- Counselors perform Needs Analysis and confirm the Federal and if applicable for undergraduates, Institutional EFCs.
- Students who demonstrate financial need and have a self-help level in excess of their Work Expectation.
    - Full Financial Aid Applicants (applying for institutional and campus based aid) – the amount of Direct Loan included in the financial aid award is dependent on self-help level.
    - FAFSA Only (applying for federal aid only) – students are packaged with the subsidized and unsubsidized direct loan eligibility based on the amount requested through the Student Loan Request Form.
- Passive Confirmation Process:
    - Students receive an email from our office with instructions on where to view their loan eligibility on the student information system. They are provided with information on the loan terms, expected disbursement date and are instructed to notify the financial aid office if they wish reduce or cancel any of the loans.
    - In the event that a student reduces a loan offer, or declines a loan offer, and later determines that those funds are needed, they must contact the financial aid office to increase their awards. A request to increase or decrease a previously accepted Direct Loan offer must be submitted in writing and include the student name, student ID, which loan they wish to adjust and the dollar amount of the adjustment or additional request. Forms of written requests can include a hand written request submitted to the financial aid office or an email request from the student from their college assigned email address.
- Active Request Process:
    - Direct Loans (both unsubsidized and Grad PLUS) are awarded manually for graduate students, based on the amount requested in the Graduate Federal Loan Request form, their cost of attendance and any other estimated financial aid.
    - A requirement is placed on the student's account for the student to complete the Graduate Federal Loan Request form, which allows the student to indicate how much of the Unsubsidized Direct Loan and Graduate PLUS Loan they wish to apply for and which terms they wish to receive the Graduate PLUS loan.
        - The loan is then reviewed to ensure it fits within the cost of attendance for the period in which the request was submitted.
        - A credit check is completed by the U.S. Department of Education to determine credit worthiness.
        - In the event of a credit denial, the student borrower has the option to appeal the decision with COD, or the student borrower can obtain a credit worthy endorser for the Graduate PLUS Loan.
    - Parent PLUS Loans are processed upon request based on the Parent PLUS Loan Request Form (PLRF) submitted by the "parent borrower."
        - The "parent borrower" includes the student's biological parent/s, step parent/s (if on FAFSA), and adoptive parent/s.
        - This allows the borrower to indicate how much they wish to apply to borrow and for which terms they wish to apply the Parent PLUS funds.
        - The loan request is then reviewed to ensure it fits within the cost of attendance for the period in which the request was submitted.
        - A credit check is completed by the U.S. Department of Education to determine credit worthiness.

- In the event of a credit denial, the student has the option to receive additional Direct Unsubsidized Loan funds based on their grade level, or the parent borrower can appeal the decision with COD, or the parent borrower can obtain a credit worthy endorser for their PLUS Loan.
    - Parents must submit a statement that they are not appealing the decision or pursuing an endorser.
    - The student can then request the additional unsubsidized Direct Loan funding.

Direct Loan Processing
- Step 1: Confirm the student's eligibility for federal student aid, determine the loan period and amount, and the loan is entered in PeopleSoft.
- Step 2: Daily Origination. Cornell submits an origination record to COD and receives an acknowledgment from COD.
    - This includes the borrower's grade level, loan period, anticipated disbursement dates, the amount of the disbursements, SULA data and other information.
    - COD Direct Loan Outbound (Financial Aid > File Management > COD Full Participant > Generate Direct Loan Data)
- Step 3: Resolve any origination errors.
    - Rejected records are reviewed to determine reasons for reject and to determine resolution, whether it is correcting information contained in the origination record or Direct Loan award or canceling the Direct Loan as an issue of eligibility may have arisen.
    - Corrected records are resubmitted to COD for approval.
    - In the event that award eligibility has changed, a comment is made on the student account and the student is notified in a new award letter.
- Step 4: Student completes the MPN and Entrance Counseling.
    - Note that these can be done prior to us awarding and/or originating the loan.
- Step 5: Disbursement to the eligible borrower and notification to the student that the funds have paid.
    - Direct Loan disbursements are an automatic process that runs on a nightly basis (except on Fridays) in order to facilitate a separation of duties with respect to processing Direct Loans and disbursing funds.
    - Direct Loan disbursements will not occur until the student has met all requirements for Direct Loan eligibility including having a valid Master Promissory Note on file for the appropriate type of loan to disburse, a completed Entrance Counseling as applicable for the loan type, enrollment requirements of at least a half-time status are met, and verification requirements are complete (with the exception of a Parent PLUS loan).
    - Direct Loan disbursement notifications are sent to students on a weekly basis after the loans have disbursed to the student's accounts. This ensures notification requirements set by the U.S. Department of Education have been met.  Students are informed that a loan has disbursed to their account and where to find the details of that transaction.  If they would like to reduce or cancel the loan(s), they are asked to submit the request in writing within 30 business days.  Forms of written requests can include a hand written request submitted to the financial aid office or an email request from the student from their college assigned email address.
- Step 6: Once the Direct Loan has disbursed to the student's Bursar Account, an electronic file of the disbursements will be sent to COD.
    - COD Direct Loan Outbound (Financial Aid > File Management > COD Full Participant > Generate Direct Loan Data)
- Step 7: Resolve any disbursement errors.

Prorating loan limits for remaining periods of study shorter than an academic year

You must also prorate loan limits for students enrolled in remaining periods of study shorter than an academic year. This circumstance can occur when a student is enrolled in a program that is one academic year or more in length, but the remaining period of study needed to complete the program will be shorter than an academic year. Proration is required only when it is known in advance that a student will be enrolled for a final period of study that is shorter than an academic year. If a student originally enrolls for a final period of study that is a full academic year in length, but completes the program early in less than a full academic year, it is not necessary to retroactively prorate the annual loan limit.

For all types of programs, where there is a remaining portion less than an academic year, the annual loan limit for the student's grade level is multiplied by the following fraction to determine the prorated loan limit:
Semester, trimester, quarter, or clock-hours enrolled in *program*
Semester, trimester, quarter, or clock-hours in *academic year*
Unlike proration for programs that are shorter than an academic year, there is no comparison of weeks and hours. *Only the credit or clock-hours that the student is scheduled to attend or is actually attending at the time of origination are used in the calculation.*

The following query can be used to identify the students:

FA_GRAD_NEED_PRORATION_FALL

This review should be done in October after the add/drop period as well as at the end of the semester to address any new loans that might have paid to students who were enrolled for less than 12 credits in their last semester of study.

Direct Loan Reconciling
- Must be done monthly by the Office of Financial Aid and Student Employment.
- See Direct Loan Reconciling With Pivot Tables for information on the process used.

CONFIDENTIAL
CORNELL_LIT0000272539

## **University/Gardner Loan**

*Policy*

This institutional loan that is offered to students to meet their calculated need or to meet educational expenses above their estimated cost of attendance.

CONFIDENTIAL CORNELL_LIT0000272540

# Federal Work Study

## *Policy*

The Federal Work Study (FWS) Program is administered by Cornell University, and is designed to assist students in meeting the cost of higher education by promoting access to meaningful work experiences, both on campus and off campus, as well as encourage students to participate in community service activities. For eligible employers, the FWS subsidy may subsidize a portion of the wages paid to eligible student workers.

Cornell University has, since its inception, supported the concept of student employment. In addition to earning money to help cover educational cost, students can gain significant experience and skills from these employment opportunities. The University strives to provide these job opportunities through the University's academic departments that require various levels of responsibility, experience, and skill. Student employees are not entitled to university benefits with the exception of New York State workers compensation and short term disability.

General eligibility criteria:

- Must be US Citizen or eligible non citizen (Permanent Residents).
- Must have high school diploma (or recognized equivalent).
- Cornell requires that students must be matriculated full time in a degree program
    - FWS can be awarded during periods of non-enrollment as long as the student is planning to enroll in the next period of enrollment.
- Satisfactory academic progress standards must be met.
- Valid ISIR on file.
- Students must be able to prove their identity and eligibility to work in the United States.
    - The Immigration Reform and Control Act of 1986 created a national employment verification system that places responsibility for verification of the identity and employment eligibility of all employees on employers. Effective June 1, 1987, the law requires employers to request and examine documentation of the identity and employment eligibility of all newly hired and rehired employees, both students and non-students.
    - All United States citizens, permanent residents, and nonimmigrant visa holders must submit documentation.
    - After their documents are reviewed, employees must complete and sign an eligibility verification form (Department of Homeland Security form I-9) in the presence of their supervisor or designated representative of the university.
    - Students who accept an offer of employment with Cornell must complete the process on or before the first day of work. Otherwise they will not be eligible to be appointed to the Cornell payroll.
- Students can work as long as they remain registered full-time in a degree-granting program, enrolled in classes, and have no registration, bursar, or other holds on their Cornell record. Cornell does not place students in jobs. Students conduct their own job search to identify opportunities that best fit their interests, skills, and class schedules. Our student employment job database reports on-campus student job opportunities, and part-time jobs in the local Ithaca/Tompkins County area.

FWS amounts are dependent on:

- No minimum or maximum amount, but the amount of the FWS award combined with other financial aid cannot in total exceed the student's financial need.
- Cornell's standard academic year FWS award to eligible undergraduate students is:
    - $2,500 for 2016-2017
    - $2,600 for 2017-2018
    - $2,600 for 2018 – 2019
    - $2,600 for 2019 - 2020
- Summer FWS is available.
    - Students taking 6 or more credits on campus are awarded $500 in FWS.
    - Students who are taking classes on line or off campus are not awarded FWS.
    - Students who are enrolled in less than 6 credits (or, are enrolled but not applying for summer financial aid), or are not enrolled in summer class credits can receive up to $5,000 in FWS.
- Students who exhaust their initial FWS allocation included in their award can request additional FWS funding by submitting the Undergraduate Student Loan Request Form, or, if awarded summer federal work study through the Summer On-Campus Federal Work Study application, can request additional FWS funding by submitting an email request to sesemp@cornell.edu.
- Pay rate is determined by the job duties, required skills and experience, complexity of the job and pay equity within the hiring department.

CONFIDENTIAL
CORNELL_LIT0000272542

## **Employment Earnings Eligibility**

### *Policy*

Employment Earnings Eligibility (EEE) is a representation of the amount a student is expected to earn from working during the academic year. In situations where a student may not be eligible for federal work study EEE will be awarded instead. Based on the awarding process at Cornell, there are situations when a student has been provided grant funds over their federal need. For these cases, a student would not be eligible for work study but would still have a work component (EEE) added to their award.

For the student, they will receive the same pay regardless of having EEE or FWS. However, the employer will not be reimbursed for a portion of the student's wages.

### *Procedures*

EEE is awarded in the same amounts as FWS.

- Cornell's standard academic year EEE award to undergraduate students is:
    - $2,500 for 2016-2017
    - $2,600 for 2017-2018
    - $2,600 for 2018 – 2019
    - $2,600 for 2019 - 2020

Because employers are not reimburse and the amount awarded is simply an expectation, there is no need to increase the award to allow of additional earnings.