# EXHIBIT 318

Sorted by Decision; LOI; Last name

Addendum II
Undergraduate Enrollment, Fall 2018

Applicants who are yet to be reviewed / Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000478308801 | | White, Miles | Trustee | ED | Marilyn received a call from Trustee Miles White, who recommends candidate ▮▮. The recommendation comes from one of Mr. White's business associates ▮▮. The candidate is the daughter of one of ▮▮. | | OAP | Admit ✓ | | | | B3 | ▮ MG Cap: $1.45M. Father, ▮ is a ▮ advises on financing for corporate transactions of all types, including domestic and cross-border mergers and acquisitions, dispositions, spinoffs, joint ventures, restructurings, refinancings and recapitalizations. Mother, ▮ is the director ▮ NU Giving: $0. | 11/30/2017 | | | WCAS | | |
| UID_0000934141268 | | Douglas, Chuck | Trustee | ED | Trustee Charles Douglas wrote to President Schapiro to recommend the candidate, noting that while he does not know her, his fellow Sidley LLC partner, ▮ has met with her multiple times and was impressed. The candidate is the daughter of ▮ | | OP | Defer | | | | C | ▮ MG Cap: $270K. Father, ▮ is a ▮ of ▮. Mother, ▮, is a self-employed consultant. NU Giving: $0. | 11/29/2017 | | | COMM part study | | 2 |
| UID_0000719029292 | | Kaufman, Melissa | Staff, Director of the Garage | ED | Melissa Kaufman, director of The Garage, recommends this candidate. Father, ▮, is of interest to ▮ | | ARD | Defer | | | | C | ▮ MG Cap: $100K. Father, ▮ is the ▮ a ▮ (sales $550 million). ▮ has 20 years of experience in the wireless communications and telecom industry. Mother, ▮, is a graduate of Ethiraj College. NU Giving: $0. | 11/30/2017 | | | WCAS | | 3 |
| UID_0000786383373 | | | Acquaintance of President Schapiro | ED | ▮ wrote to President Schapiro to strongly recommend this candidate. ▮ is formerly ▮. The candidate's mother ▮ for the same law firm as ▮ | | OP | Defer | | | | C | ▮ MG Capacity: $185K. Mother, ▮ is the CFO at the ▮. She also serves as ▮ which made grants of more than $1.1 million in 2016 NU Giving: $0. She is divorced from ▮ father, ▮, a detective in ▮. Giving Cap: $10K. NU Giving: $0. | 11/29/2017 | | | WCAS | | 3 Hisp. |
| UID_0000937025371 | | Sachs, David | Trustee | ED | Trustee David Sachs wrote to Chris Watson to recommend the candidate, whose siblings ▮. David has known the candidate for most of her life and strongly recommends her, citing her thoughtfulness and preparedness for computer science at NU. | | UGA; OAP | Defer Admit | | | | B3 | ▮ $1M to $4M. Father, ▮ is best known as the ▮. Since that group's heyday, he has formed other groups: ▮. He has also composed music for film television, and video game soundtracks. ▮. Mother is ▮ NU Giving: $0. | 11/30/2017 | | | MEAS | | 2 |

11/30/17, 2:00PM

*Asterisks indicate when an LOi was bumped up because of volunteer service.

1

Addendum II
Undergraduate Enrollment, Fall 2018

Sorted by Decision; LOI; Last name

Applicants who are yet to be reviewed / Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000689567607 | | Reinsdorf, Michael | Trustee | ED | The candidate attends school with Trustee Michael Reinsdorf's daughter, Rachel. He called Marilyn to let her know that the candidate had test anxiety and did scored ___ on her practice ACTs. | | OAP | Deny | | | | C | Gift Cap: $80K. Father, ___, is a partner at ___. In 2009, he filmed a documentary, ___ a documentary about the ___ from ___ during the last ___ of ___ from ___ 2009. ___, graduated from the University of Illinois at Chicago. NU Giving: $0. | 11/30/2017 | | | COMM | | 5 |
| UID_0000200630247 | | Jain, Dipak | Former KSM Dean | ED | Former KSM Dean wrote to President Schapiro to recommend the candidate. | | OP; OAP | Admit | | | | C | ___, MG Cap: $400K. Father, ___, is the CEO of ___ that provides data processing and preparation services, and specializes in computer graphics. Mother, ___, is the senior director of ___. NU Giving: $0. | 11/28/2017 | | | MEAS | | |
| UID_0000213489594 | | Querrey, Kimberly | Trustee | ED | Kimberly Querrey emailed Marilyn and President Schapiro regarding this candidate, with whom she recently spent time. Kimberly included that the candidate is interested in theater and that his grandfather is ___, a successful ___ executive and former owner ___. | | OP; OAP | Admit | | | | C | ___, MG Cap: $600K. Father, ___, is the chairman of ___. He appears to be separated or divorced from ___'s mother, Ms. ___ is a director of the ___ Foundation (2016 assets: $3 million; grants $185,000). MG Cap: $300K. Uncle, ___, was the ___ and now owns one of ___ largest car dealerships. ___ has an estimated net worth of $2.5 billion. NU Giving: $0. | 11/28/2017 | | | COMM (Theatre) | | |
| UID_0000785303578 | | Sachs, David | Trustee | ED | Trustee David Sachs wrote to Chris Watson to recommend the candidate, with whom he spoke to regarding his leadership role at ___ and founding The ___ Club there. | | UGA; OAP | defer | | | | C | Gift Cap: $75K to $100K. Father, ___, is the president and owner of the ___ (sales $9.4 million; 33 employees). The firm was established by ___'s grandfather in 1931. Mother is ___. NU Giving: $0. | 11/30/2017 | | | WCAS | | 3 std body pres |
| UID_0000495216400 | | | Non-alum; NU Parent & Grandparent | ED | Non-alum parent and grandparent ___ wrote to Bob McQuinn to recommend the candidate. His connection to the candidate is unknown. | | ARD | Admit | | | | C | ___, MG Cap: $150K. Father, ___, is the CEO of ___ LLC, a media company. Previously he was the ___ officer at ___. Mother, ___, is a graduate of ___ NU Giving: $0 | 11/28/2017 | | | WCAS | | |
| UID_0000366197735 | | | | ED | ___ wrote to President Schapiro to strongly recommend the candidate, who ___ has known since her birth, having ___ | | OP | defer | | | | C | Giving Cap: $25K. Parents, ___ and ___, are property managers at ___. They manage the ___. NU Giving: $0. | 11/29/2017 | | | WCAS | | 3 |

*Asterisks indicate when an LOI was bumped up because of volunteer service.

NWE_HC_REV_00002977

Addendum II
Undergraduate Enrollment, Fall 2018

Sorted by Decision; LOI; Last name

Applicants who are yet to be reviewed / Some still require Chris Watson's decision

| Last Name | First Name | Interested Party | Affiliation | App Type | Comments | HS | Submitted by | School 1 Decision | GPA | New High Score | Old High Score | LOI | ARD Info | Date Entered | P | F | Schl 1 | Schl 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UID_0000750241549 | ▮ | Alum | | ED | ▮ reached out to the President's Office to request a meeting with President Schapiro and her son, the candidate; however, President Schapiro was not available on the day requested. The candidate's mother described her son visiting campus often. | ▮ | OP | Deny | ▮ | ▮ | ▮ | C | UOR: $10K to $24K. Giving Cap: $90K. Mother, ▮, was president of ▮ circa 2010. Father, ▮, is a production designer. His film credits include ▮ and others. His television credits include ▮. NU Giving: $375. NU giving of Grandfather, ▮ '56, is $2,795. | 11/28/2017 | | | WCAS | | |
| UID_0000141065719 | | ARD- Pabersz | ARD | ED | The candidate's grandfather is ▮ '67. She is of interest to ARD- Pabersz. | ▮ | ARD | Defer ED to RD | ▮ | ▮ | ▮ | B1 | ▮ Grandfather, ▮ '67 JD, is general counsel at ▮. UOR: $5M to $9.9 M. NU Giving: $193K. Father ▮ is the ▮ marketing research firm and a division of ▮ Global. Mother, ▮ appears to be an exercise instructor. Giving Cap: $80K. NU Giving: $0. | 11/28/2017 | | | WCAS | | |
| UID_0000024623650 | Bluhm, Neil | Trustee | | ED | Trustee Neil Bluhm (Law '62) called Bob McQuinn on 11/29/17 to recommend the child of ▮ who is on the ▮ with Neil and lives in ▮. | | ARD; OAP | Admit | | | | B3 | ▮, MG Cap: $750K to $1.25 million. Father, ▮, is in institutional sales, endowments and foundations group at ▮. Mother, ▮, is the associate director and chair of education at ▮ NU Giving: $0. Grandfather is ▮ '65 NU Giving: $0. | 11/30/2017 | | | Medill | | 2 |
| UID_0000194875402 | White, Bill | Trustee | | ED | Trustee Bill White recommends candidate ▮ We do not know his connection to the candidate. | | OAP | Admit | | | | C | ▮, MG Cap: $250K to $500K. Father, ▮, is the SVP at ▮. Mother ▮ is the president of ▮ (recent sales $2.5 million, 27 employees). The company was owned by her late father, ▮ NU Giving: $0. | 11/30/2017 | | | WCAS | | |

UID_0000537501782

11/30/17, 2:00PM

*Asterisks indicate when an LOI was bumped up because of volunteer service.

3

NWE_HC_REV_00002977