# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.

                          Plaintiff,

v.                                          Case No.: 1:22−cv−00125
                                            Honorable Matthew F. Kennelly

Brown University, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

        MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 7/28/2025. Plaintiff's motion for final approval of settlement as to defendant Johns Hopkins [843] is granted for the reasons stated on the record. Plaintiffs' counsel is directed to send a proposed order to Judge Kennelly's proposed order email address. Each side to submit a USB drive with a copy of their summary judgment submissions. All exhibits on the thumb drive are to be bookmarked as more fully explained during the hearing, The case is set for a jury trial on 11/2/2026 at 9:15 a.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.