UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | |
| v. | Hon. Matthew F. Kennelly |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR CLARIFICATION FOR
RESPONDING TO MR. BACH-Y-RITA'S DECLARATION**

Considering the potential scope of the hearing scheduled for August 8, 2025, Plaintiffs have prepared (1) a two-page bench memorandum on the applicable *in camera* review standard for any materials Mr. Bach-y-Rita intends to rely upon at the hearing, and (2) a four-page joint declaration from Mr. Normand, Mr. Gilbert, and Mr. Cramer addressing Mr. Bach-y-Rita's contentions to date, including some background regarding his lack of a foundation for his allegations. Plaintiffs respectfully seek clarification as to whether the Court would prefer for

Plaintiffs to (a) file these materials under seal in advance of the hearing (naturally our preference, if the Court permits), (b) provide them to the Court at the outset of the hearing, or (c) submit the materials only if the Court determines to consider them at the hearing.

| | |
|---|---|
| Dated: August 5, 2025 | Respectfully Submitted, |
| */s/ Robert D. Gilbert* | */s/ Edward J. Normand* |
| Robert D. Gilbert | Devin "Vel" Freedman |
| Elpidio Villarreal | Edward J. Normand |
| Robert S. Raymar | Richard Cipolla |
| David S. Copeland | Joseph Delich |
| Natasha Zaslove | **FREEDMAN NORMAND** |
| **GILBERT LITIGATORS &** | **FRIEDLAND LLP** |
| **COUNSELORS, P.C.** | 155 E. 44th Street, Suite 915 |
| 11 Broadway, Suite 615 | New York, NY 10017 |
| New York, NY 10004 | Tel: (646) 494-2900 |
| Tel: (646) 448-5269 | vel@fnf.law |
| rgilbert@gilbertlitigators.com | tnormand@fnf.law |
| pdvillarreal@gilbertlitigators.com | rcipolla@fnf.law |
| rraymar@gilbertlitigators.com | jdelich@fnf.law |
| dcopeland@gilbertlitigators.com | |
| nzaslove@gilberlitigators.com | Ivy Ngo |
| | **FREEDMAN NORMAND** |
| */s/ Eric L. Cramer* | **FRIEDLAND LLP** |
| Eric L. Cramer | 1 SE 3d Avenue, Suite 1240 |
| David Langer | Miami, FL 33131 |
| Jeremy Gradwohl | Tel: (786) 924-2900 |
| Hope Brinn | ingo@fnf.law |
| **BERGER MONTAGUE PC** | |
| 1818 Market Street, Suite 3600 | Robert E. Litan |
| Philadelphia, PA 19103 | Daniel J. Walker |
| Tel: (215) 875-3000 | **BERGER MONTAGUE PC** |
| ecramer@bm.net | 1001 G Street, NW, Suite 400 East |
| dlanger@bm.net | Washington, DC 20001 |
| jgradwohl@bm.net | Tel: (202) 559-9745 |
| hbrinn@bm.net | rlitan@bm.net |
| | dwalker@bm.net |
| Richard Schwartz | |
| **BERGER MONTAGUE PC** | |
| 110 N. Wacker Drive, Suite 2500 | |
| Chicago, IL 60606 | |
| Tel: (773) 257-0255 | |
| rschwartz@bm.net | |

*Counsel for Plaintiffs*