# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.
                          Plaintiff,

v.                                        Case No.: 1:22−cv−00125
                                                     Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 8/8/2025. The defendants' request for discovery [908] is overruled for the reasons stated in open court. The Court finds that the transcript from today's hearing is a matter of public record and may be requested. The case is set for a telephonic status hearing on 8/15/2025 at 9:30 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.