# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.
                    Plaintiff,

v.                                              Case No.: 1:22−cv−00125
                                                    Honorable Matthew F. Kennelly

Brown University, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' counsel are directed to produce to defendants by no later than 4:00 PM Central Time today the inter−attorney correspondence provided to the Court at the 8/8/2025 hearing. The documents are to be designated as "Confidential" under the Second Amended Confidentiality Order in this case and are to be treated as such by all parties and counsel. Defendants are given until 8/19/2025 to file a supplemental brief, not to exceed 8 pages, regarding any impact on the motion for class certification of the evidence adduced at the hearing, the inter−attorney correspondence, and the surrounding issues. Plaintiffs are given until 8/26/2025 to file a response to defendants' supplemental brief. These dates will not be extended. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.