# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.

        Plaintiff,

v.                Case No.: 1:22−cv−00125

                Honorable Matthew F. Kennelly

Brown University, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

   MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 9/3/2025. The matter is set for an in−person argument on 9/4/2025 at 10:00 a.m. The hearing will be held in Courtroom 2103. Video and telephone appearances will not be permitted. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.