

Charity Quinonez (née: McCracken)
203 Ardee Ave
Nashville, TN 37216
chmccracken@gmail.com
615-400-5293
August 27, 2025

**FILED**

SEP 02 2025 GMC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ATTN:

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Case: (Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125)
Claim Number: CTBU5158628-REJ

I am writing to formally appeal the rejection of my claim in the Henry, et al. v. Brown University, et al. Settlement. I respectfully request that the Court review my claim.

According to the rejection notice, my claim was denied because I allegedly did not respond to a Deficiency Notice sent in May 2025. I wish to state that I never received any Deficiency Notice by mail or electronic means. Had I received such a notice, I would have promptly responded and provided any necessary documentation.

I believe my contact information may be incorrect and might account for discrepancies in receipt of notifications about this case. I have provided my current contact information at the beginning of this letter.

As a Settlement Class Member, I have made every effort to comply with the claim requirements and deadlines. The lack of receipt of this Deficiency Notice was not within my control. I ask that my claim be reconsidered, and that I be allowed an opportunity to provide any additional information or documentation needed to validate my eligibility.

Please confirm receipt of this appeal and advise if any further action is required from me to facilitate the review of my claim.

Thank you for your time.

Sincerely,
Charity Quinonez

Charity Rhinnes
1203 Ardee Ave
Nashville TN 37216

NASHVILLE
28 AUG 2025 PM 6 L
1775

forever

RECEIVED

SEP 02 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT

United States District Court for
the Northern District of Illinois
Clerk of court
219 S. Dearborn Street
Chicago, IL 60604

60604-180099