### Court

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604



(1) **The name of the case**
   i. *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125

(2) **Your name and address**
   i. Elizabeth Quinn
      131 Inni Way
      Greenwood, IN 46142

(3) **Your Claim Number**
   i. CLAIM #: CTBU5007311-REJ

(4) **A statement explaining your reasons for appealing the rejection.**
   i. I am appealing the rejection of my Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* settlement because I never received a Deficiency Notice, which was the basis for my rejection. I was therefore unaware of the additional information requested, which is why I did not respond. I carefully checked my email history and did not see an earlier email with a deficiency notice from the address that sent my rejection notice or from any other address. While I cannot prove that a notice did not go to my spam folder (emails there are deleted after 30 days) it is remarkably good at only capturing spam normally. I will gladly provide any additional information needed promptly (once I know what is needed). I did not receive anything via the USPS.

131 Inni Way
Greenwood, IN
46142

MR

RECEIVED
SEP 02 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

INDIANAPOLIS IN 460
28 AUG 2025 PM 1 L
1775

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

60604-180099