# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.
                           Plaintiff,

v.                                                     Case No.: 1:22−cv−00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Two persons who claim to be class members in this case have asked the Court to review the administrator's denial of their claims pursuant to the class settlement(s). See dkt. 957, 958. Class counsel are directed to file a response to the claimants' submissions by 9/152025. Class counsel are also directed to send to the claimants a copy of this order and class counsel's response to the claimants' submissions. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.