# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sia Henry, et al.
                        Plaintiff,

v.
                                           Case No.: 1:22−cv−00125
                                           Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person oral argument held on 9/4/2025. Continued oral argument heard regarding the motion for class certification. Supplemental memoranda consistent with the Court's instructions are due as follows: 9/11/2025 for defendants; 9/18/2025 for plaintiffs. In addition, plaintiffs are directed to produce the agreement(s) between the Gilbert firm and any litigation funder (as more fully discussed during the hearing) for in camera inspection by 9/10/2025 in both unredacted and proposed redacted form. Hard copies should be sent to Judge Kennelly's chambers (Room 2188) and electronic versions should be send to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.