

# Case Appeal

**FILED**

SEP 04 2025

**CLAIM #: CCR011289-REJ**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Judge,

My name is Andy Guo. I recently received a claim rejection notice, for failing to respond to the Deficiency Notice. I would like to make an appeal for this case as I have never received a Deficiency Notice by email or mail. Below you may find information as requested in the claim rejection notice.

*Case Name:*
Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125

*My Information:*
Andy Guo
765 San Antonio Road, APT 4
Palo Alto, CA 94303

CLAIM #: CCR011289-REJ

I attended Columbia University as an undergraduate student from fall 2018 to spring 2020. I can be reached by email at andyguo1023@gmail.com or by phone at 860-951-2191.

Please let me know if you have any other questions, or if there is anything else I can provide.

Yours sincerely,
Andy Guo

*Andy Guo*
*Aug 27th 2025*

**September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

### Court

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

### Claims Administrator

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

### Settlement Class Counsel

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

and
### Settlement Class Counsel

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

and
### Settlement Class Counsel

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com

Unsubscribe



# Gmail

Andy Guo <andyguo1023@gmail.com>

## Notice of Rejected Claim in the Financial Aid Antitrust Settlement
1 message

**Claims Administrator** <info@financialaidantitrustsettlement.com>
Reply-To: Claims Administrator <info@financialaidantitrustsettlement.com>
To: andyguo1023@gmail.com

Wed, Aug 27, 2025 at 1:22 PM

### HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.

### CLAIM REJECTION NOTICE

**CLAIM #: CCR011289-REJ**

Andy Guo

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

__X__ You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected**.

____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim**.

____ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by**

Case: 1:22-cv-00125 Document #: 961 Filed: 09/04/25 Page 4 of 5 PageID #:53542

From: ANDY GUO
765 SAN ANTONIO RD, APT 4
PALO ALTO
CA 94303

U.S. POSTAGE PAID
FCM LETTER
EAST PALO ALTO, CA 94303
AUG 28, 2025
$0.78
S2324M501306-8

Retail
RDC 99
60604

To: UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS,
CLERK OF COURT,
219 S. DEARBORN STREET
CHICAGO, IL 60604



RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ReadyPost
Document Mailer

60604-17029

UNITED STATES POSTAL SERVICE
93300006
6" x 9" Envelope
Product Code 93300006
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

0 15645 72738 00