MR

Angel Miranda-Acosta
1414 Merganser Loop
Lakeland, FL 33813
myobuy@gmail.com

**FILED**

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date: August 30th, 2025

Re: Henry, et al. v. Brown University, et al., *Case No. 1:22-cv-00125*

Appeal of Claim Rejection

CLAIM #: CTWM1005197-REJ

To the Court:

I am writing to respectfully appeal the rejection of my claim in the Henry, et al. v. Brown University, et al. Settlement.

According to the rejection notice I received, my claim was denied because I allegedly did not respond to a Deficiency Notice that was sent to me in May 2025. However, I never received that Deficiency Notice. Because I was not aware that additional information was required, I was unable to provide the requested documentation within the stated timeframe.

I respectfully request that the Court reconsider my claim and allow me the opportunity to provide any necessary information or documentation. I have acted in good faith in submitting my claim and wish to participate fully in the settlement process.

Thank you for your time and consideration.

Sincerely,
Angel Miranda-Acosta

CLAIM #: CTWM1005197-REJ

# HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.

## CLAIM REJECTION NOTICE

**CLAIM #: CTWM1005197-REJ**

Angel Miranda-Acosta

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

**_X_** You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected**.

____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim**.

____ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

**Court**

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

## **Claims Administrator**

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

## **Settlement Class Counsel**

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

and

## **Settlement Class Counsel**

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

and

## **Settlement Class Counsel**

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com



Angel Miranda-Acosta
1414 Mergenser Loop
Lakeland, FL 33813

United States District Court for the
Northern District of Illinois
Clerk of the Court
219 S. Dearborn Street
Chicago, IL 60604





USPS Priority Mail envelope addressed to Thomas G. Bruton, Clerk, U.S. District Court. Received SEP 04 2025.