ML

Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125)

**CLAIM #: CCR019525-REJ**

Gabrella Ehioghiren
42-22 Ketchum St. Apt. D17
Elmhurst, NY 11373

# FILED

SEP 04 2025

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

I trust this letter finds you well. My name is Gabrella Ehioghiren, and I am reaching out to formally appeal the recent decision regarding the rejection I received regarding my claim form and request a review by the Court. The reason listed in regards to my rejection was due to my lack of response to the Deficiency Notice sent to me in May 2025 requesting additional information and/or documentation to validate my claim.

I would like to express my appreciation for the attention given to my claim. However, after looking into the correspondence that I received for this case, **I can confirm that I did NOT receive any Deficiency Notice that may have been sent to me.** The last correspondence I received from the court was *Mon, Feb 24 2025, 3:31 PM EST. Notice ID: JCR019525.*

I have attached a screenshot below for reference.

---

**M Gmail**                                                              Gabrella Ehioghiren <gabrella.ehioghiren@gmail.com>

**Notice of Proposed Class Action Settlement -- Henry, et al. v. Brown University, et al.**
1 message

Claims Administrator <donotreply@financialaidantitrustsettlement.com>                    Mon, Feb 24, 2025 at 3:31 PM
Reply-To: Claims Administrator <donotreply@financialaidantitrustsettlement.com>
To: gabrella.ehioghiren@gmail.com

Notice ID: JCR019525

**Notice of Class Action Settlement
Authorized by the U.S. District Court for the Northern District of Illinois**

Settlements of $35.25 million will provide payments to students who received need-based financial aid that covered some but not all costs (tuition, fees, room & board) to attend Brown University, California Institute of Technology, University of Chicago, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Northwestern University, University of Notre Dame, University of Pennsylvania, Rice University, Vanderbilt University, or Yale University (the "Universities" or "Defendants").

*A federal court directed this Notice. This is not a solicitation from a lawyer.*

This Notice is only a summary.
Please visit www.FinancialAidAntitrustSettlement.com for more information.

- The Court has preliminarily approved proposed settlements ("Settlements") with California Institute of Technology ("Caltech") and the Johns Hopkins University ("Johns Hopkins").
- The Court has also preliminarily approved a class of students who attended one or more of the Settling Universities during certain time periods. This is referred to as the "Settlement Class," which is defined in more detail below.
- As part of the Settlements, Caltech has agreed to pay $16,750,000 and Johns Hopkins has agreed to pay $18,500,000, and Johns Hopkins will complete certain discovery in this antitrust class action lawsuit, called *Henry, et al. v. Brown University, et al.*, 1:22-cv-00125, which is pending in the United States District Court for the Northern District of Illinois (the "Action").
- This Action was brought by certain students ("Plaintiffs") who attended certain of the Universities while receiving partial need-based financial aid. The Action alleges that the Defendants violated federal antitrust laws by agreeing regarding principles, formulas, and methods of determining financial aid. The Action also alleges that as a result, the Defendants provided less need-based financial aid than they would have provided had there been full and fair competition. The Defendants assert that Plaintiffs' claims lack merit; that no such agreement existed, that the Defendants' financial aid policies were legal and pro-competitive, and that financial aid awards were not artificially reduced.

**Why am I receiving this notice?**

The Court authorized this Notice because you are entitled to know about your rights under the proposed class action settlements with the Settling Universities before the Court decides whether to approve the Settlements.

All persons who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, and (c) whose tuition, fees, room, or board to attend one or more of Defendants' full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year.[1] The Class Period is defined as follows:

All persons who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, and (c) whose tuition, fees, room, or board to attend one or more of Defendants' full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year.[1] The Class Period is defined as follows:

- For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from Fall Term 2003 through February 28, 2024.
- For Brown, Dartmouth, Emory—from Fall Term 2004 through February 28, 2024.
- For Caltech—from Fall Term 2019 through February 28, 2024.
- For Johns Hopkins—from Fall Term 2021 through February 28, 2024.

Excluded from the Class are:

- Any Officers[2] and/or Trustees of Defendants, or any current or former employees holding any of the following positions: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants' in-house legal offices;
- any person who was not a U.S. citizen or permanent resident at the time such person attended a full-time undergraduate program and received at least some financial aid from one or more Defendants; and
- the Judge presiding over this action, his or her law clerks, spouse, and any person within the third degree of relationship living in the Judge's household and the spouse of such a person.

[1] For avoidance of doubt, the Class does not include those for whom the total cost of attendance, including tuition, fees, room, and board for each undergraduate academic year, was covered by any form of financial aid or merit aid (not including loans) from one or more Defendants.

[2] For the avoidance of doubt, the Columbia University "Officers" excluded from the Class are members of the Senior Administration of Columbia University, and do not include exempt employees of Columbia University who are referred to as officers.

**What do these Settlements provide?**

Caltech and Johns Hopkins have agreed to provide, collectively, $35.25 million in cash for the benefit of the Settlement Class as part of a Settlement Fund if the Court finally approves the Settlements.

Every member of the Settlement Class who (a) does not exclude him, her, or themselves from the Settlement Class by the deadline described below, and (b) files a valid and timely claim during a process that will occur later will be paid from the monies from the Settlement Fund. The money in this Settlement Fund will be also used to pay the following, as approved by the Court:

- The cost of settlement administration and notice, and applicable taxes on the Settlement Fund, and any other related tax expenses;
- Money awards for the Settlement Class Representatives for their service on behalf of the Settlement Class; and
- Attorneys' fees and reimbursement of expenses for Settlement Class Counsel.

Payments for claims will vary depending on a number of factors as set forth below. Assuming that about half of the estimated 200,000 Class members submit timely claims, and that the Court awards the attorneys' fees and costs as requested, the average claimant will receive about $250 from these Settlements combined. Because the Plaintiffs allege an antitrust conspiracy, the amount of money any member of the Settlement Class receives is not directly related to the amount of money that the institution that person attended paid to settle, or whether it settled at all.

The parties have agreed to ask the Court to allow them to donate any funds that remain in the Settlement Fund after distribution to the Settlement Class to charitable causes that promote access to higher education for disadvantaged students and families.

**How do I ask for money from these Settlements?**

If you are a member of the Settlement Class, you must submit a valid and timely claim to get money from the Settlement Fund during a process that will begin several months from now. If the Court grants final approval of the Settlements, as part of the Court-approved distribution and allocation process, the Claims Administrator will distribute to all Settlement Class members who do not exclude themselves from the Settlement Class and for which there are valid addresses, a Claim Form to complete. Members of the Settlement Class may also contact the Claims Administrator or visit the Settlement Website if they do not receive a Claim Form. The Claim Form will include the deadline for timely submission and instructions on how to submit or approve the Claim Form.

Visit www.FinancialAidAntitrustSettlement.com for more information on how to submit a Claim Form.

---

As a result, I am formally appealing for a reconsideration of the decision on my claim. I believe that a more in-depth review of the additional evidence and circumstances presented will provide a clearer understanding on why there was no response received from me regarding a Deficiency Notice.

In conclusion, I appreciate your attention to this matter and remain hopeful for a positive resolution. I am confident that a thorough review of my case will reveal additional factors that warrant a reconsideration of the decision.

Thank you for your time and consideration. I am open to providing any further information or clarification if needed. I look forward to a fair and just resolution to this matter.

---

Kind regards,


Gabrella Ehioghiren

Gabrella Chioghnen
42-22 Ketchum St. Apt D17
Elmhurst, NY 11373

MID-ISLAND NY 117
28 AUG 2025 PM 5 L

Court
United States District Court for the
Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

60604-180099

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2022