FILED
SEP 04 2025  AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 27th, 2025

**RE: Appeal of Rejection of CLAIM #: CTBU5005204-REJ**

To whom it may concern,

This letter is regarding the following case: *Henry, et al. v. Brown University, et al.*, Case No. *1:22-cv-00125*.

My name is Benjamin Ryan Elkins. My home address is 350 Vine Avenue, Sunnyvale, CA 94086.

My claim number is CTBU5005204-REJ.

I am writing to appeal the rejection of my claim. The rejection notice indicates that I did not respond to a Deficiency Notice sent to me in May 2025 requesting additional information and/or documentation to validate my claim. My reason for appealing is that I never received any such notice. As a result, I never had an opportunity to provide the requested documentation. I am writing to request that the Deficiency Notice be sent to me so that I may have an opportunity to provide the requested documentation.

Sincerely,

Benjamin Ryan Elkins

Address: 350 Vine Ave, Sunnyvale, CA 94086
Mobile: 801-556-1541
Email: benjamin.elkins@gmail.com

Elkins
350 Vine Ave
Sunnyvale, CA 94086

SAN FRANCISCO CA 940
28 AUG 2025 PM 3 L

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT