Mark Candido
422 W. 37th St
Norfolk, VA 23508
Markcandido01@gmail.com
413-544-3100

**FILED**

SEP 04 2025 AXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

27 August 2025

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Appeal of Claim Rejection
Case Name: Henry, et al. v. Brown University, et al.
Case No.: 1:22-cv-00125
Claim No.: CTNY1013022-REJ

Dear Clerk of Court,

I am writing to formally appeal the rejection of my claim in the above referenced case. My Claim Number is CTNY1013022-REJ.

I respectfully request that my claim be reconsidered for the following reasons:

The Claim Rejection Notice received on 27 August 2025 states I that failed to respond to a Deficiency Notice in May 2025. This Claim Rejection Notice alleges the Deficiency Notice requested additional information to validate my claim.

I did not receive a Deficiency Notice in May 2025 and thus could not provide the additional information requested.

The last correspondence I received about the settlement was an email (Subj: Update Regarding Your Financial Aid Antitrust Settlement Claim, dtd: 01 April 2025), which stated my claim was "timely" and that "No further action is required from you at this time."

Please provide a list of any additional information and/or documentation you require to validate my claim and support my appeal. I appreciate your time and consideration in reviewing this matter.

Sincerely,

Mark Candido

CC:
Claims Administrator
Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street Suite 2210
Philadelphia, PA 19103

Settlement Class Counsel
Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

Settlement Class Counsel
Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

Settlement Class Counsel
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Mark Candido
422 W. 37th St
Norfolk, VA 23508

RECEIVED

RICHMOND VA RPDC 230

29 AUG 2025 PM 4 L

1775



SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

60604-180099