MR

**FILED**

SEP 04 2025  AXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lindsay J. Babbitt
3954 NE Grand Ave
Portland, OR 97212
USA
Email: lindsay_babbitt@alumni.brown.edu
Phone: (650) 888-6772

August 28, 2025

Court
United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

**Re: Appeal of Claim Rejection**
Case Name: Henry, et al. v. Brown University, et al.
Case No.: 1:22-cv-00125
Claim No.: CTBU1002226-REJ

Dear Clerk of Court,

I am writing to formally appeal the rejection of my claim in the matter of *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125. My Claim Number is CTBU1002226-REJ.

The basis for my appeal is that I have supporting documentation to validate my claim, which I believe was not fully considered during the initial review. Specifically, I have documentation that demonstrates that I and my parent(s) personally contributed to the cost of tuition, fees, room, or board. These contributions are substantiated by the following enclosed documents:

1. **Brown University Student Loan Payoff Notice**, dated February 5, 2016
2. **Direct Loan Servicing Center Payment**, dated July 25, 2012

These materials provide evidence substantiating the validity of my claim and directly address the reasons it was previously rejected.

Accordingly, I respectfully request that the Court reconsider the rejection of my claim in light of the additional documentation I am providing.

Thank you for your time and consideration of this appeal. Please let me know if any further information or materials are required.

Sincerely,

Lindsay J. Babbitt

Enclosures: (1) Brown University Student Loan Payoff Notice, Feb. 5, 2016; (2) Direct Loan Servicing Center Payment, July 25, 2012

169 30th Avenue
San Mateo, CA 94403
February 5, 2016

Brown University
Cashier's Office
Box 1911
Providence, RI 02912

Re: Lindsay Babbitt, Loan ID: L0012522O

Dear Sir or Madam,

Enclosed please find a check (#209) in the amount of $16,528.00 to pay off Lindsay Babbitt's last student loan.

Would you kindly confirm receipt of this by emailing me at fbabbitt@gmail.com?

Thank you.

*Frank Babbitt* (signature)

Frank Babbitt

---

**Check #209**

FRANK BABBITT
DEBRA BABBITT
169 30TH AVE
SAN MATEO, CA 94403

Date: 2/5/2016

Pay to the Order of: Brown University          $16,528—

Sixteen thousand five hundred twenty eight         Dollars

Bank of America
Hillsdale
2900 S El Camino Real
San Mateo CA
650.615.4700

For: Lindsay Babb # L00125220

⑈121000358⑈ 0209⑈ 04272⑈ 67956⑈

 Lindsay Babbitt <ljbabbitt@gmail.com>

## Fwd: DO NOT REPLY: Payment confirmation for your ED account(s)
1 message

**Frank Babbitt** <fbabbitt@gmail.com>      Sun, Jun 1, 2025 at 9:08 AM
To: Lindsay Babbitt <ljbabbitt@gmail.com>

I just found this email which may be proof of tuition payment.

---------- Forwarded message ---------
From: **Direct Loan Servicing Center Online Payments** <OnlinePaymentSystem@directloanservicingcenter.net>
Date: Wed, Jul 25, 2012 at 9:09 PM
Subject: DO NOT REPLY: Payment confirmation for your ED account(s)
To: Lindsay Babbitt <fbabbitt@gmail.com>

Dear Lindsay Babbitt:

Thank you for making the following payment(s) through the Direct Loan Servicing Center's online payment system.

| Confirmation Number | Account Number | Group ID | Payment Authorization Date | Payment Amt. | Payment Eff. Date |
|---|---|---|---|---|---|
| 51211723 | F411201041 | ALL | 7/25/2012 | $9,184.48 | 7/26/2012 |

By submitting this payment, you authorize the U.S. Department of Education to originate a debit to the bank account number you provided. This payment will be processed and posted to your Direct Loan Servicing Center account within approximately 48 business hours of the effective date you entered.

**Simple. Safe. Smart.** Visit www.myedaccount.com and click "Manage My Account" to access your statements and account correspondence, sign up for automatic payments through KwikPay®, make a payment, change your repayment option, apply for a deferment or forbearance, and much more!

To speak to a Direct Loan Advisor, please contact us toll-free at 1-800-848-0979. We're here to help you reach your goals.

Sincerely,

Direct Loan Servicing Center Email Support

*This is an automated e-mail message. Please do not reply.*

From:
Lindsay J. Babbitt
3954 NE Grand Ave
Portland, OR 97212
USA

PORTLAND OR RPDC
29 AUG 2025 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
08/28/2025 ZIP 97225
043M31233007
US POSTAGE

TO:

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-180099