MR

# Benjamin Daniel Shaw Gutschow

5845 Burchfield Avenue, Pittsburgh, PA 15217-2730 Tel: (412) 670-1935. Email: bengutschow@gmail.com

August 27, 2025

TO: United States District Court for the Northern District of Illinois, Chicago
FinancialAidAntitrustsettlement.com

RE: HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.
CLAIM #: CTNY1017064 - REJ
Ben Gutschow, 5845 Burchfield Ave., Pittsburgh, PA, 15217

**FILED**

**SEP 04 2025** AXM

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Dear Clerk of Court,

Today, I received an email from Claims Administrator <info@financialaidantitrustsettlement.com> that my Claim in the case of Henry et al v. Brown University et al was REJECTED because I did not respond to a Deficiency Notice sent to me in May 2025.

I keep good track of my email, but did NOT RECEIVE any email or letter in May. I graduated from Columbia in May 2025 and had to leave the university dorm, and so if a letter was mailed, it may not have reached me.

**I wish for my claim to be re-instated.**

As directed in the email I received today (attached), I have sent copies of this letter to the US District Court in Chicago, as well as the Claims Administrator in Philadelphi, as well as the three law firms listed in the email as Settlement Class Council. I also attach a copy of the confirmation email sent to me when I submitted my claim in October 2024 to verify my claim.

Please let me know what I need to do to reinstate my claim. Please send me any forms I need to fill out, and I will gladly give needed information. I definitely feel Columbia financial aid did not treat our family fairly.

Thanks,

*Benjamin Gutschow*

Benjamin Gutschow

## Notice of Rejected Claim in the Financial Aid Antitrust Settlement
1 message

**Claims Administrator** <info@financialaidantitrustsettlement.com>  Wed, Aug 27, 2025 at 4:22 PM
Reply-To: Claims Administrator <info@financialaidantitrustsettlement.com>
To: bengutschow@gmail.com

HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.

**CLAIM REJECTION NOTICE**

**CLAIM #: CTNY1017064-REJ**

Benjamin Gutschow

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

__X__ You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected**.

____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim**.

____ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

# Claim Form Submitted in the Financial Aid Antitrust Settlement
1 message

**Confirmation Email** <Confirmation@financialaidantitrustsettlement.com>  Sat, Oct 5, 2024 at 4:26 PM
To: bengutschow@gmail.com

Dear **Benjamin Gutschow**,

You have successfully submitted a Claim Form on October 5, 2024 at 04:26:49 P.M. Pacific Time.

YOUR CLAIM DETAILS
Submitted Claim ID: **CTNY1017064**
Confirmation Code: **169F6944KMF**

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

NAME AND CONTACT INFORMATION
First Name: **Benjamin**
Last Name: **Gutschow**
Street Address 1: **5845 Burchfield Avenue**
Street Address 2:
City: **Pittsburgh**
State: **PA**
Zip Code: **15217-2730**
Country: **USA**
Email Address: **bengutschow@gmail.com**
Phone Number: **412-670-1935**

ADDITIONAL FIELDS
Q2A. Columbia University: **Yes**
Q2B. Need-Based Grants: **Yes**
Q2C. All Costs Covered: **No**
Q2D. U.S. Citizen or Permanent Resident: **Yes, for all**
Q2F. Officer or Trustee: **No**
Q2G. Employee Holding Any Titles: **No**
Q2H. Law Clerk: **No**
Q2I. Relative: **No**
Q2E. University 1: **Columbia University**
Q2E. Academic Term 1: **Fall Semester**
Q2E. Year 1: **2021**
Q2E. University 2: **Columbia University**
Q2E. Academic Term 2: **Spring Semester**
Q2E. Year 2: **2022**
Q2E. University 3: **Columbia University**
Q2E. Academic Term 3: **Fall Semester**
Q2E. Year 3: **2022**
Q2E. University 4: **Columbia University**
Q2E. Academic Term 4: **Spring Semester**
Q2E. Year 4: **2023**
Q2E. University 5: **Columbia University**
Q2E. Academic Term 5: **Fall Semester**
Q2E. Year 5: **2023**

Q2E. University 6: **Columbia University**
Q2E. Academic Term 6: **Spring Semester**
Q2E. Year 6: **2024**
Q2E. University 7: **Columbia University**
Q2E. Academic Term 7: **Fall Semester**
Q2E. Year 7: **2024**

File 1: **Gutschow Ben Columbia Transcript 2021-24 and 2024 Tuition Bills.pdf** - Ben Gutschow Transcript for Fall 2021 Fall 2024 + Tuition bill for Spring 2024 (Studied abroad, but paid Columbia & received financial aid)

Signature: **Benjamin Gutschow**
Date: **10/5/2024 16:26:49**

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at: Info@FinancialAidAntitrustSettlement.com.

Thank You,
Claims Administrator
Financial Aid Antitrust Settlement
www.FinancialAidAntitrustSettlement.com





RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT