Case: *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125

Claimant name and address:
David Moore
24 Ingram Street
Hamden, CT 06517
Telephone: (717) 215-1150
Email: dcmoore@gmail.com

Claim ID: CTBU5162276

**FILED**

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 27, 2025

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Dear Clerk of Court, Claims Administrator, and Settlement Class Counsel:

I received a "CLAIM REJECTION NOTICE" email dated Aug 27, 2025 at dcmoore@gmail.com. The claim rejection notice indicates that "[I] did not respond to the Deficiency Notice sent to you in May 2025." I disagree with this rejection, and request review by the Court to overturn this rejection.

To my knowledge, I never received a deficiency notice by email or mail in May 2025, or I would have promptly provided the required information. I am a member of the class, having attended Yale University from August 2002 through May 2006, and receiving partial financial aid throughout that time. I properly submitted the requested copy of my Yale degree with the graduation date above and received confirmation of receipt by email on 12/17/2024 and a follow up email on April 1, 2025 stating "No further action is required from you at this time. We will contact you if we need any additional information or documentation regarding your claim." I am aware of no further communications from the Claims Administrator until receiving the rejection notice above.

Please promptly acknowledge receipt of this appeal, and what further documentation is needed to address the claimed deficiency so that I may provide the required documentation.

Thank you,

David Moore

CC:

**Claims Administrator**

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Settlement Class Counsel**

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

**Settlement Class Counsel**

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

**Settlement Class Counsel**

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103



24 INGRAM ST
HAMDEN, CT 06517

HARTFORD CT 060
28 AUG 2025 PM 1 L

1775 ★ 2025

Forever USA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
CLERK OF COURT
219 S DEARBORN St
CHICAGO, IL 60604

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-180099