

**Appeal of Rejected Claim**

Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125



FILED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sarah Norwood
3429 Valley View Dr.
West Des Moines, IA, 50265
August 27, 2025

**Re: Appeal of Rejected Claim – Claim Number** *CTVU1013537-REJ*

To Whom It May Concern,

I am appealing the rejection of my claim in the Henry, et al. v. Brown University, et al. Settlement. The rejection letter states my claim was denied because I did not respond to a Deficiency Notice sent in May 2025.

I respectfully dispute this determination because I never received such a notice. If the Deficiency Notice was sent by email, it may have been diverted to a spam folder without my knowledge. If it was mailed, it may have been directed to a school address I no longer have access to, or home address I was away from. In either case, I did not receive effective notice and was therefore deprived of a fair opportunity to respond.

Additionally, it appears that no follow-up was attempted by alternative means of communication. In an equitable claims process—especially one involving many students and alumni who may have changed addresses—it is unreasonable to assume that one unconfirmed attempt at notice is sufficient. Rejecting a claim on that basis unfairly penalizes claimants for circumstances outside their control, and undermines the purpose of the settlement.

Accordingly, I respectfully request the following relief:

1. Primary Request – That my claim be reinstated, and I be permitted to provide any additional information or documentation necessary to cure the alleged deficiency.
2. Alternative Request – If full reinstatement is not possible, that I at least be granted the opportunity now to submit the requested materials so my claim may be considered on its merits.

Fundamental fairness requires that claimants receive actual notice and a meaningful chance to address deficiencies before forfeiting their rights under the settlement. I never received that opportunity, and I ask that the Court or Claims Administrator provide it now.

Thank you for your attention and consideration.

Sincerely,
Sarah Norwood

*/s/ Sarah Norwood/*



Sarah Norwood
3429 Valley View Drive
W Des Moines, IA 50265



U.S. Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn St.
Chicago, IL 60604

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DES MOINES IA 500

28 AUG 2025 PM 2 L

1775 ★ 2025