MR

Lee Michael Solomon
1055 Saxony Dr
Highland Park, IL 60035
August 28, 2025

FILED
SEP 04 2025 AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125
Claim No: CTUC1002324-REJ

Dear Clerk of Court:

I respectfully appeal the rejection of my claim in the *Henry, et al. v. Brown University, et al.* settlement. The rejection notice I received stated that my claim was denied because I did not respond to a deficiency notice allegedly sent in May 2025.

I never received any such notice—by physical mail or email—and therefore had no opportunity to correct or supplement my claim. My contact information and email address on file have remained accurate and unchanged since I filed my claim. I regularly check both my inbox and spam folders and did not see any communication regarding a deficiency.

I submitted my claim in good faith and am fully prepared to provide any documentation or information needed to resolve any issue. Because I never had a meaningful opportunity to respond, I respectfully request that my claim be reconsidered and that I be allowed to submit the necessary information so my eligibility can be accurately determined.

For future correspondence regarding this claim, I respectfully request that all notices and communications be sent by written mail to my mailing address above, in addition to any email communication, to ensure proper receipt and timely response.

Thank you for your time and consideration.

Sincerely,

*[signature]*

Lee Michael Solomon



**Solomon**
1055 SAXONY DRIVE
HIGHLAND PARK, IL 60035

 

Retail

60604

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND PARK, IL 60035
AUG 29, 2025

**$1.90**

S2324A502160-3

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the Court
US District Court for Northern District of Illinois
219 S. Dearborn St
Chicago, IL 60604