

**F I L E D**

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 28, 2025

To Whom It May Concern,

I am writing in regard to **Henry, et al. v. Brown University, et al.**, Case No. **1:22-cv-00125.**

My name is **William Healy, 2033 W. St. Paul Ave., Chicago, IL 60647.**

My **Claim # is CCR003519-REJ.**

On 8/27/2025 I received an e-mail stating that I was rejected as a member of the lawsuit. I am writing to appeal my rejection.

**My reasons for appealing the rejection are as follows:**

- I was an undergraduate student at **Georgetown University** receiving financial aid in **Fall 2003, Spring 2004, Fall 2004, Spring 2005.** I have manually corrected my initial claim form to reflect the correct settlement claim period.Supporting documents are attached for those time periods.Other documentation before the settlement claim period are enclosed and marked Not Applicable so the claim mirrors the original submission.

- I now realize this settlement is for undergraduate enrollment and associated financial aid. I was a graduate student at **Northwestern University** twice during the settlement period - for a Master's degree in Education; and again for a Master's degree in Journalism.I previously submitted paperwork regarding my enrollment and am enclosing so that the claim mirrors the original submission. I understand that none of the documents regarding Northwestern are relevant to the class action settlement.

I look forward to hearing from you. Thanks for your attention to this matter.

Sincerely,

*Bill Healy*

William (Bill) Healy
2033 W. St. Paul Ave.
Chicago, IL 60647
billhealy3@gmail.com
708-214-1065

## APPEALS MAILED TO 5 PLACES

### Court

United States District Court for the Northern District of Illinois

Clerk of Court

219 S. Dearborn Street

Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

### Claims Administrator

Financial Aid Antitrust Settlements

Attn: Contestations

1650 Arch Street, Suite 2210

Philadelphia, PA 19103

### Settlement Class Counsel

Freedman Normand Friedland LLP

99 Park Avenue, Suite 1910

New York, NY 10016

*and*

### Settlement Class Counsel

Gilbert Litigators & Counselors, P.C.

11 Broadway, Suite 615

New York, NY 10004

*and*

## **Settlement Class Counsel**

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

 **Gmail**

**Bill Healy <billhealy3@gmail.com>**

## Notice of Rejected Claim in the Financial Aid Antitrust Settlement
1 message

**Claims Administrator** <info@financialaidantitrustsettlement.com>
Reply-To: Claims Administrator <info@financialaidantitrustsettlement.com>
To: BillHealy3@gmail.com

Wed, Aug 27, 2025 at 3:21 PM

### HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.

#### CLAIM REJECTION NOTICE

**CLAIM #: CCR003519-REJ**

William Healy

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

_____ You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected.**

_____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim.**

__X__ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

_____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

**Court**

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

**Claims Administrator**

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Settlement Class Counsel**

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

*and*
**Settlement Class Counsel**

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

*and*
**Settlement Class Counsel**

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com

---

Unsubscribe

 **Gmail**

Bill Healy <billhealy3@gmail.com>

## Claim Form Submitted in the Financial Aid Antitrust Settlement

**Confirmation Email** <Confirmation@financialaidantitrustsettlement.com>
To: BillHealy3@gmail.com

Thu, Sep 19, 2024 at 11:19 AM

Dear **William Healy**,

You have successfully submitted a Claim Form on September 19, 2024 at 11:18:48 A.M. Pacific Time.

YOUR CLAIM DETAILS
Submitted Claim ID: **CCR003519**
Confirmation Code: **5yan29P134Tm**

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

NAME AND CONTACT INFORMATION
First Name: **William**
Last Name: **Healy**
Street Address 1: **2033 W Saint Paul Ave**
Street Address 2:
City: **Chicago**
State: **IL**
Zip Code: **60647**
Country: **USA**
Email Address: **BillHealy3@gmail.com**
Phone Number: **708-214-1065**

ADDITIONAL FIELDS
Q2A. Georgetown University: **Yes**
Q2A. Northwestern University: **Yes**
Q2B. Need-Based Grants: **Yes**
Q2C. All Costs Covered: **No**
Q2D. U.S. Citizen or Permanent Resident: **Yes, for all**
Q2F. Officer or Trustee: **No**
Q2G. Employee Holding Any Titles: **No**
Q2H. Law Clerk: **No**
Q2I. Relative: **No**
Q2E. University 1: **Georgetown University**
Q2E. Academic Term 1: ~~**Spring Semester**~~ _FALL_  2003 |SPRING 2004|FALL 2004 |SPRING 2005
Q2E. Year 1: **2003**

 _Updated_

File 1: **GU TUITION AWARDS.pdf** - GU Tuition
File 2: **BILLY GU TRANSCRIPT.pdf** - GU transcript
File 3: **BILLY GU TRANSCRIPT.pdf** - GU transcript
File 4: **GU TUITION STMTS.pdf** - GU tuition stmts
File 5: **9.26.06 TUITION DETAILS.pdf** - Statement
File 6: **4.6.07 NU $3068.00 VOUCHER.pdf** - Northwestern
File 7: **11.3.09 NU TUITION $5,082.00.pdf** - Northwestern 2nd masters

Signature: **William Healy**
Date: **9/19/2024 11:18:48**

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at:
Info@FinancialAidAntitrustSettlement.com.

Thank You,
Claims Administrator
Financial Aid Antitrust Settlement
www.FinancialAidAntitrustSettlement.com

**STUDENT COPY**

***Georgetown University***
*Office of Student Financial Services*
*Box 571252 / G-19 Healy Hall*
*37th & 'O' Streets NW*
*Washington, DC 20057-1252*
*Phone 202-687-4547*
*Fax 202-687-6542*

William Raymond Healy, Jr.
8539 Fir Street
Orland Park, IL 60462

July 02, 2003

Dear Mr. Healy:

The Office of Student Financial Services is pleased to inform you that you qualify for financial aid. We are estimating your total expenses to attend Georgetown for the 2003-2004 academic year to be $28674. Your total family contribution has been calculated as follows:

| Source | Amount |
|---|---|
| Student Contribution from Income | $ 1,700 |
| Student Contribution from Veteran's Benefits | 0 |
| Student Contribution from Assets | 114 |
| Parent Contribution | 6,380 |
| Other Resources | 0 |
| **Total Family Contribution** | **$ 8,194** |

Please read the enclosed award information page(s).

On the enclosed copy, please indicate your intention to accept or decline each award: check the corresponding box(es), sign the statements on the back of the copy and return it to our office. Federal regulations require that you report all financial assistance you will receive for the academic year. If you are receiving assistance not listed below, please list the amount on the back of the copy you return to us.

| Source | Fall 2003 | Spring 2004 | Accept | Decline |
|---|---|---|---|---|
| GU SCHOLARSHIP | $ 7,490 | $ 7,490 | [ ] | [ ] |
| SUBSIDIZED FEDERAL STAFFORD LOAN | $ 2,750 | $ 2,750 | [ ] | [ ] |

*(handwritten: 14980 / 5500 / 20980 ; 10240 / 10240)*

Please contact your Student Financial Services Counselor, Jason Noel, should you have any questions about this letter or any financial aid matter.

Sincerely,

*Theresa Torres*

Theresa Torres
Assistant Director

*This letter does not constitute an offer of admission or readmission.*    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   COL     UPPER    TT     JMN

CO2.087-1100

002797

**GEORGETOWN UNIVERSITY**                STATEMENT OF ACCOUNT/CLASS SCHEDULE

PAYMENT PLAN INFORMATION: WWW.GEORGETOWN
.EDU/FINAFF/STUDACCT. ACCEPT OR WAIVE
STUDENT HEALTH INSURANCE: WWW.GEORGETOWN
.EDU/STUDENT-AFFAIRS/INSURANCE.

BILLING DATE: 07-05-03
DUE DATE: 08-19-03

AMOUNT DUE:      $0.00

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 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

NAME:   William Raymond Healy Jr.

AMOUNT ENCLOSED    $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 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        STUDENT NAME:   William Raymond Healy Jr SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
|      |       | PREVIOUS BALANCE |     |         | 0.00 |
| 07-05-03 | 11915 | GU / STUDY ABROAD | 8,559.00 | | |
|      |       | ACCOUNT BALANCE: |   |   | 8,559.00 |
|      |       | EST. FINANCIAL AID   10,157.50 | | | |
|      | 83801 | GU SCHOLARSHIP | | 7,490.00 | |
|      | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 2,667.50 | |
|      |       | CURRENT DUE: | | | 0.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|----|-------|------|-------|-----|------|------|
| **Fall 2003** | | | | | | | | |
| Main Campus | | | Normal Academic Term | 08-27-03 to 12-05-03 | | | | |
| SABR-415-01 | 0.00 | FT | GU/SYDNEY, AUSTRALIA | | | | | |
| | 0.00 | Total Registered Hours | | | | | | |

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORMID: 9042

003687

*Georgetown University*                    STATEMENT OF ACCOUNT/CLASS SCHEDULE

THIS IS YOUR SPRING 2004 BILL.            BILLING DATE:    12-08-03
NOTE:  PAYMENT IS NOW ACCEPTED BY         DUE DATE:        01-05-04
ELECTRONIC CHECK.  DETAILS: WWW.
GEORGETOWN.EDU/FINAFF/STUDACCT            AMOUNT DUE:        $0.00

                                          SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.  ENCLOSE LETTER OF INQUIRY.  THANK YOU **


William Raymond Healy Jr.                 ACCOUNT NUMBER: 885751969
                                          NAME:  William Raymond Healy Jr.
8539 Fir Street
ORLAND PARK IL 60462-1623


                                          AMOUNT ENCLOSED    $
PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.


ACCOUNT NUMBER: 885751969      STUDENT NAME:   William Raymond Healy Jr   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
|      |       | PREVIOUS BALANCE |     |         | 0.00 |
| 12-02-03 | 11915 | GU / STUDY ABROAD | 5,916.00 | | |
|      |       | ACCOUNT BALANCE: | | | 5,916.00 |
|      |       | EST FIN AID   10,157.50 | | | |
|      | 83601 | GU SCHOLARSHIP | | 7,490.00 | |
|      | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 2,667.50 | |
|      |       | CURRENT DUE: | | | 0.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100  *OFF of STUDENT ACCTS*

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG ROOM |
|--------|-------|----|----|------|-------|-----|-----------|

Spring 2004

Main Campus              Normal Academic Term    01-12-04 to 05-04-04
SABR-415-01    0.00  FT  GU/SYDNEY, AUSTRALIA

               0.00  Total Registered Hours


GEORGETOWN UNIVERSITY,  STUDENT ACCOUNTS,  37TH & O ST., N.W.,  WASHINGTON, D.C.  20057

FAX 202-687-1133 →

000663

## *Georgetown* UNIVERSITY

STATEMENT OF ACCOUNT/CLASS SCHEDULE

MAY 2005 GRADUATING STUDENTS YOUR DUE
DATE IS 5/13/05 IN ORDER TO RECEIVE
YOUR DIPLOMA & TRANSCRIPT AT GRADUATION.
ALL OTHER STUDENTS DUE DATE IS 5/27/05.

BILLING DATE:    04-30-05
DUE DATE:        05-27-05

AMOUNT DUE:      $181.62

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.  ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 885751969

NAME:  William Raymond Healy Jr.

AMOUNT ENCLOSED   $ 181/62

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 885751969        STUDENT NAME:   William Raymond Healy Jr  SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 98.48 |
| | | ---- UNBILLED ITEMS FROM PRIOR TERMS --- | | | |
| 12-14-04 | 30111 | TOWNHOUSE GAS UTILITIES | 16.15 | | |
| 12-16-04 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 24.08 | | |
| 12-03-04 | 40115 | GELARDIN FINE | 18.00 | | |
| 11-30-04 | 40155 | SERVICE CHARGE | 1.72 | | |
| 12-13-04 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 53.40 | |
| | | --------- CURRENT TERM 05A --------- | | | |
| 12-01-04 | 11110 | TUITION - UNDERGRAD (COL) | 14,904.00 | | |
| 12-01-04 | 25000 | YATES - MANDATORY STUDENT | 127.50 | | |
| 12-02-04 | 30100 | TOWNHOUSE RENT | 3,209.00 | | |
| 02-11-05 | 30110 | TOWNHOUSE WATER UTILITIES | 4.48 | | |
| 03-04-05 | 30110 | TOWNHOUSE WATER UTILITIES | 14.83 | | |
| 04-01-05 | 30110 | TOWNHOUSE WATER UTILITIES | 16.36 | | |
| 04-13-05 | 30110 | TOWNHOUSE WATER UTILITIES | 28.41 | | |
| 02-11-05 | 30111 | TOWNHOUSE GAS UTILITIES | 46.32 | | |
| 03-11-05 | 30111 | TOWNHOUSE GAS UTILITIES | 47.36 | | |
| 04-13-05 | 30111 | TOWNHOUSE GAS UTILITIES | 89.18 | | |
| 03-04-05 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 27.76 | | |
| 04-13-05 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 69.67 | | |
| 12-01-04 | 40118 | STUDENT ACTIVITIES FEE - M/C | 50.00 | | |
| 01-05-05 | 83072 | RUBY GU SCHOLARSHIP | | 5,052.50 | |
| 01-05-05 | 83601 | GU SCHOLARSHIP | | 8,652.50 | |
| 01-05-05 | 88882 | FEDERAL SUB STAFFORD LOAN | | 2,687.50 | |
| 03-23-05 | 91003 | PAYMENT | | 140.75 | |
| 01-10-05 | 91302 | WEB PYMT - ELECTRONIC CHECK | | 4,023.03 | |

SPRING 05 (handwritten notation next to 12-01-04 TUITION line)

ACCOUNT BALANCE:                                             181.62
CURRENT DUE:                                                 181.62

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORM ID: 8042

Access+ - Unofficial Transcript

*GEORGETOWN/EMPLOYMENT*
*FALL 2003 / SPRING '04*   *STUDY ABROAD*
Page 1 of 2

*FALL 2004 / SPRING 05*
Access+

Georgetown University

# StudentServices

# Unofficial transcript

*PAGE 1*
*FOR REFERENCE*
*ONLY*

```
              Healy, William Raymond, Jr.

          Degrees Awarded:          May 21, 2005
            Bachelor of Arts
              Georgetown University         DC
              Major:   Sociology, with concentration
                       in Social Justice Analysis
              Minor:   English
              Rank:    440 of 871
              Cum QPI: 3.481
          Entering Program:
            Georgetown College
              Bachelor of Arts
                Undeclared
          ----------------Fall 2001---------------------
ENGL-011  CRITICAL READING & WRITING    A     3    12.00
HIST-033  EURO CIV:VAL/AUTHORITY/CONFLICT
                                         B+    3     9.99
MATH-007  INTRO: MATHEMATICAL MODELING  B     3     9.00
PHIL-001  INTRO TO PHILOSOPHY           A     3    12.00
SOCI-001  INTRODUCTION TO SOCIOLOGY     B+    3     9.99
          Transfer Credit:
            Advanced Placement
            ENGLISH I                          3
            ENGLISH II                         3
            U. S. HISTORY TO 1865              3
            U. S. HISTORY SINCE 1865           3
                  School Total:              12
            Dean's List
          ----------------Spring 2002---------------------
ENGL-254  COMM TUTORING:SURSUM CORDA    A-    3    11.01
FREN-011  INTENSIVE BASIC FRENCH        B+    6    19.98
HIST-034  EURO CIV:VALUES/AUTHOR/CONFLICT
                                         B-    3     8.01
PHYS-010  THE WAY THINGS WORK           B     3     9.00
          Program Changed To:
                Sociology
          ----------------Fall 2002---------------------
FREN-032  INTENSIVE INTERMEDIATE FRENCH B     6    18.00
SOCI-137  THE CONTEMPORARY CITY         A-    4    14.68
SOCI-201  METHODS OF SOCIAL RESEARCH    A     3    12.00
THEO-001  THE PROBLEM OF GOD            A-    3    11.01
          ----------------Spring 2003---------------------
ENGL-105  INTRODUCTION TO WRITING       B+    3     9.99
```

*CONTINUED*

*HEALY, WILLIAM RAYMOND, JR.*

```
FREN-101   ADVANCED FRENCH I           C    3     6.00
SOCI-203   SOCIAL STATISTICS           A    3    12.00
SOCI-205   SOC JUSTICE ANAL:THEORY/PRACT A  4    16.00
THEO-064   BUDDHISM & SOCIAL ACTION    A-   3    11.01
------------------Fall 2003------------------------
           GU/UNIV OF SYDNEY, AUSTRALIA
           Literature of Travel &
             Discovery          71(CREDIT)    5
           Comparative Sociology of
             Welfare States   76(DISTINCTION)  5
           Indigenous Australia  68(CREDIT)    5
                 School Total:           15
------------------Spring 2004----------------------
           GU/UNIV OF SYDNEY, AUSTRALIA
           Modern Australian Art & Cinema
                             81(DISTINCTION)   5
           20th Century Literature:
             Modernism          71(CREDIT)     5
           Social Construction of
             Difference         70(CREDIT)     5
                 School Total:           15
------------------Fall 2004------------------------
ENGL-261   20TH C AMERICAN POETRY      B+   3     9.99
JUPS-123   INTRO TO JUSTICE & PEACE    A-   3    11.01
PHIL-106   ETHICS & PUBLIC POLICY      B    3     9.00
SOCI-202   SOCIOLOGICAL THEORY         B+   3     9.99
SOCI-437   PROJECT DC:URBAN RES INTERNSHIP
                                       A    4    16.00
------------------Spring 2005----------------------
ARTM-030   INTRO TO FILM MUSIC         B+   3     9.99
ENGL-344   ADVANCED NON-FICTION WORKSHOP A- 4    14.68
MARK-234   NON-PROFIT MARKETING        A    3    12.00
SOCI-438   PROJ DC II:URBAN RES INTERNSHIP
                                       A    4    16.00
           Second Honors
              EHRS    QHRS    QPTS    QPI
Current        14      14    52.67   3.762
Cumulative    134      92   320.33   3.481
           Requirements completed for Bachelor of Arts
--------------End of Undergraduate Record------------------
```

*If the information shown on this screen is incorrect, contact your registrar's office.*
*We welcome your feedback and comments; please take the time to fill out our user survey.*

*Georgetown University*
Office of Student Financial Services
Box 571252 / G-19 Healy Hall
37th & 'O' Streets NW
Washington, DC 20057-1252
Phone 202-687-4547
Fax 202-687-6542

**STUDENT COPY**

William Raymond Healy, Jr.
8539 Fir Street
Orland Park, IL 60462

**REVISED**

May 25, 2001

Dear Mr. Healy:

The Office of Student Financial Services is pleased to inform you that you qualify for financial aid. We are estimating your total expenses to attend Georgetown for the 2001-2002 academic year to be $37414. Your total family contribution has been calculated as follows:

| Source | Amount |
|---|---|
| Student Contribution from Income | $    0 |
| Student Contribution from Veteran's Benefits | 0 |
| Student Contribution from Assets | 123 |
| Parent Contribution | 6,850 |
| Other Resources | 0 |
| **Total Family Contribution** | **$  6,973** |

Please read the enclosed award information page(s).

On the enclosed copy, please indicate your intention to accept or decline each award: check the corresponding box(es), sign the statements on the back of the copy and return it to our office. Federal regulations require that you report all financial assistance you will receive for the academic year. If you are receiving assistance not listed below, please list the amount on the back of the copy you return to us.

| Source | Fall 2001 | Spring 2002 | Accept | Decline |
|---|---|---|---|---|
| GEORGETOWN SCHOLARSHIP | $  11,710 | $  11,710 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $   1,250 | $   1,250 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $     250 | $     250 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $   1,000 | $   1,000 | [X] | [ ] |
| SUBSIDIZED FEDERAL STAFFORD LOAN | $   1,010 | $   1,011 | [X] | [ ] |
| UNSUBSIDIZED FEDERAL STAFFORD LOAN | $     302 | $     302 | [ ] | [X] |

To reserve a place in your class you must submit an enrollment deposit to the Office of Undergraduate Admissions. Based upon your family's ability to contribute to your Georgetown education, the amount of your deposit is $900. Please contact your Student Financial Services Counselor, James Stradnick, should you have any questions about this letter or any financial aid matter.

Sincerely,

*Theresa Torres*

Theresa Torres
Assistant Director

*This letter does not constitute an offer of admission or readmission.*

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   COL      FRTR      TT      JMS

*PREVIOUSLY SUBMITTED / NOT ADMISSIBLE*

001788

### GEORGETOWN UNIVERSITY

STATEMENT OF ACCOUNT/CLASS SCHEDULE

PLEASE REMIT PAYMENT BY DUE DATE
LISTED ON BILL. ADDITIONAL SERVICE
FEES WILL BE ASSESSED IF NOT PAID BY
THE DUE DATE ON THE BILL.

BILLING DATE: 09-30-01
DUE DATE: 10-27-01

AMOUNT DUE: $0.00

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 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

NAME:  William Raymond Healy Jr.

AMOUNT ENCLOSED        $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 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        STUDENT NAME:  William Raymond Healy Jr SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 0.00 |
| 07-03-01 | 11110 | TUITION - UNDERGRAD (COL) | 12,576.00 | | |
| 07-10-01 | 25000 | YATES - MANDATORY STUDENT | 111.50 | | |
| 07-03-01 | 30020 | VILLAGE C | 3,024.00 | | |
| 07-06-01 | 35020 | 14 MEAL DUAL CARD | 1,545.00 | | |
| 07-08-01 | 36000 | ORIENTATION | 150.00 | | |
| 07-09-01 | 40078 | TRANSCRIPT ONE-TIME FEE | 30.00 | | |
| 08-30-01 | 40118 | STUDENT ACTIVITIES FEE - M/C | 25.00 | | |
| 07-03-01 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| 09-21-01 | 83072 | RUBY FNDN | | 5,183.00 | |
| 08-21-01 | 83601 | GEORGETOWN SCHOLARSHIP | | 11,710.00 | |
| 09-21-01 | 83601 | GEORGETOWN SCHOLARSHIP | 5,183.00 | | |
| 08-21-01 | 83728 | OUTSIDE GRANT #2 REC'D | | 250.00 | |
| 08-21-01 | 83729 | OUTSIDE GRANT #3 REC'D | | 1,000.00 | |
| 08-21-01 | 83792 | OUTSIDE GRANT #1 REC'D | | 1,250.00 | |
| 08-22-01 | 91003 | PAYMENT | | 1,434.80 | |
| 04-27-01 | 91040 | PAYMENT - DEPOSIT UNDERGRAD | | 900.00 | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| | | ACCOUNT BALANCE: | | | 954.70 |
| | | EST. FINANCIAL AID   1,272.64 | | | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 979.70 | |
| | 88887 | FEDERAL UNSUB STAFFORD LOAN | | 292.94 | |
| | | CURRENT DUE: | | | 0.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|----|-------|------|-------|-----|------|------|
| **Fall 2001** | | | | | | | | |
| ENGL-011-06 | 3.00 | | CRITICAL READING & WRITIN | M | 02:15PM-03:05PM | | WAL | 494B |
| | | | | TR | 02:15PM-03:05PM | | WGR | 213 |
| HIST-033-08 | 3.00 | | EURO CIV:VAL/AUTHORITY/CO | MWF | 12:15PM-01:05PM | | WGR | 201A |
| MATH-007-02 | 3.00 | | INTRO: MATHEMATICAL MODEL | MWF | 01:15PM-02:05PM | | REI | 112 |
| PHIL-001-06 | 3.00 | | INTRO TO PHILOSOPHY | MW | 11:15AM-12:05PM | | ICC | AUD |
| | | | | F | 09:15AM-10:05AM | | WAL | 403 |
| SOCI-001-02 | 3.00 | | INTRODUCTION TO SOCIOLOGY | TR | 08:50AM-10:05AM | | ICC | 107 |

15.00  Total Registered Hours

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORMID: 9042

*PREVIOUSLY SUBMITTED/NOT APPLICABLE*

ACCOUNT NUMBER: 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     STUDENT NAME:   William Raymond Healy Jr   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 25.00CR |
| 12-02-01 | 11110 | TUITION - UNDERGRAD (COL) | 12,576.00 | | |
| 12-05-01 | 21074 | LANGUAGE FEE | 50.00 | | |
| 12-03-01 | 25000 | YATES - MANDATORY STUDENT | 111.50 | | |
| 12-05-01 | 30020 | VILLAGE C | 3,024.00 | | |
| 12-06-01 | 35020 | 14 MEAL DUAL CARD | 1,545.00 | | |
| 12-02-01 | 40118 | STUDENT ACTIVITIES FEE - M/C | 25.00 | | |
| 12-05-01 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| | | ACCOUNT BALANCE: | | | 17,344.50 |
| | | EST. FINANCIAL AID  15,483.61 | | | |
| | 83072 | RUBY FNDN | | 5,183.00 | |
| | 83601 | GEORGETOWN SCHOLARSHIP | | 6,527.00 | |
| | 83728 | OUTSIDE GRANT #2 REC'D | | 250.00 | |
| | 83729 | OUTSIDE GRANT #3 REC'D | | 1,000.00 | |
| | 83792 | OUTSIDE GRANT #1 REC'D | | 1,250.00 | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 980.67 | |
| | 88887 | FEDERAL UNSUB STAFFORD LOAN *DO NOT WANT* | | 292.94 | |
| | | CURRENT DUE: | | | 1,860.89 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|----|-------|------|-------|-----|------|------|
| Spring 2002 | | | | | | | | |
| ENGL-254-01 | 3.00 | | COMM TUTORING:SURSUM CORD | TR | 04:15PM-05:30PM | | WAL | 394 |
| FREN-011-01 | 6.00 | | INTENSIVE BASIC FRENCH | MWF | 09:15AM-10:05AM | | ICC | 217A |
| | | | | TR | 09:15AM-10:05AM | | ICC | 209A |
| | | | | T | 10:15AM-11:05AM | | ICC | 209A |
| HIST-034-08 | 3.00 | | EURO CIV:VALUES/AUTHOR/CO | MW | 12:15PM-01:05PM | | ICC | 103 |
| | | | | F | 12:15PM-01:05PM | | ICC | 103 |
| PHYS-010-01 | 3.00 | | THE WAY THINGS WORK | MWF | 03:15PM-04:05PM | | REI | 103 |

15.00  Total Registered Hours

GEORGETOWN UNIVERSITY,  STUDENT ACCOUNTS,  37TH & O ST., N.W.,  WASHINGTON, D.C.  20057

SMID, 8042

Case 1:22-cv-00125 Document #: 971 Filed: 09/04/25 Page 16 of 23 PageID #:53600
*PREVIOUSLY SUBMITTED / NOT APPLICABLE*
001233

# Georgetown University

## STATEMENT OF ACCOUNT/CLASS SCHEDULE

PLEASE REVIEW YOUR FALL 2002 BILL.
PAYMENT OF THIS INVOICE IS DUE
SEPTEMBER 27, 2002. IF YOU HAVE
ANY QUESTIONS - 202/687-7100.

BILLING DATE:   09-03-02
DUE DATE:       09-27-02

AMOUNT DUE:    $1,127.00

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER:  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

NAME:   William Raymond Healy Jr.

AMOUNT ENCLOSED       $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 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      STUDENT NAME:   William Raymond Healy Jr.   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 0.00 |
| | | ---- UNBILLED ITEMS FROM PRIOR TERMS --- | | | |
| 08-27-02 | 34090 | COMMUNITY TRASH REMOVAL | 12.77 | | |
| | | ---------- CURRENT TERM 02C ---------- | | | |
| 07-01-02 | 11110 | TUITION - UNDERGRAD (COL) | 13,272.00 | | |
| 07-01-02 | 21074 | LANGUAGE FEE | 50.00 | | |
| 07-01-02 | 25000 | YATES - MANDATORY STUDENT | 117.00 | | |
| 07-01-02 | 25006 | STUDENT HEALTH INSURANCE | 1,127.00 | | |
| 07-01-02 | 30010 | DARNALL HALL | 3,145.00 | | |
| 08-16-02 | 35015 | 14 MEAL PLAN | 1,470.00 | | |
| 08-16-02 | 35040 | BOARD - MUNCH MONEY | 200.00 | | |
| 07-01-02 | 40118 | STUDENT ACTIVITIES FEE - M/C | 37.50 | | |
| 07-01-02 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| 08-20-02 | 83601 | GU SCHOLARSHIP | | 11,190.00 | |
| 08-20-02 | 88882 | FEDERAL SUB STAFFORD LOAN | | 1,697.50 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 1,470.00 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 3,784.77 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 200.00 | |

ACCOUNT BALANCE:                              1,127.00
CURRENT DUE:                                  1,127.00

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|-----|-------|------|-------|-----|------|------|
| **Fall 2002** | | | | | | | | |
| Main Campus | | | Normal Academic Term    08-28-02 to 12-06-02 | | | | | |
| FREN-032-02 | 6.00 | | INTENSIVE INTERMEDIATE FR | MWF | 12:15PM-01:05PM | | ICC | 208B |
| | | | | TR | 12:15PM-01:05PM | | ICC | 217B |
| | | | | R | 11:15AM-01:05PM | | ICC | 223A |
| SOCI-137-02 | 4.00 | | THE CONTEMPORARY CITY | TR | 02:40PM-03:55PM | | ICC | 105 |
| | | | | T | 04:15PM-06:00PM | | MAG | 101 |
| SOCI-201-02 | 3.00 | | METHODS OF SOCIAL RESEARC | WF | 10:15AM-11:30AM | | ICC | 118 |
| THEO-001-07 | 3.00 | | THE PROBLEM OF GOD | TR | 01:15PM-02:05PM | | WAL | 398 |
| | | | | F | 01:15PM-02:05PM | | MAG | 101 |

16.00  Total Registered Hours

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C. 20057

FORMID: 6042

*PREVIOUSLY SUBMITTED / NOT APPLICABLE*

ACCOUNT NUMBER: 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          STUDENT NAME:  William Raymond Healy Jr   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
|      |       | PREVIOUS BALANCE |       |         | 0.00 |
| 12-03-02 | 11110 | TUITION - UNDERGRAD (COL) | 13,272.00 | | |
| 12-03-02 | 21074 | LANGUAGE FEE | 50.00 | | |
| 12-03-02 | 25000 | YATES - MANDATORY STUDENT | 117.00 | | |
| 12-03-02 | 30010 | DARNALL HALL | 3,145.00 | | |
| 12-03-02 | 35050 | 10 MEAL PLAN | 1,283.00 | | |
| 12-03-02 | 40118 | STUDENT ACTIVITIES FEE - M/C | 37.50 | | |
| 12-03-02 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| | | ACCOUNT BALANCE: | | | 17,942.50 |
| | | EST. FINANCIAL AID  12,887.50 | | | |
| | 83072 | RUBY GU SCHOLARSHIP | | 5,412.50 | |
| | 83601 | GU SCHOLARSHIP | | 5,777.50 | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 1,697.50 | |
| | | CURRENT DUE: | | | 5,055.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|----|----|------|-------|-----|------|------|
| Spring 2003 | | | | | | | | |
| Main Campus | | | Normal Academic Term | 01-08-03 to 04-29-03 | | | | |
| ENGL-105-01 | 3.00 | | INTRODUCTION TO WRITING | TR | 08:50AM-10:05AM | | ICC | 213 |
| FREN-101-02 | 3.00 | | ADVANCED FRENCH I | MWF | 02:15PM-03:05PM | | ICC | 207B |
| SOCI-203-01 | 3.00 | | SOCIAL STATISTICS | W | 10:15AM-11:30AM | | ICC | 106 |
| | | | | F | 10:15AM-11:30AM | | STM | G40 |
| SOCI-205-01 | 4.00 | | SOC JUSTICE ANAL:THEORY/P | TR | 11:40AM-12:55PM | | REI | 112 |
| THEO-064-01 | 3.00 | | BUDDHISM & SOCIAL ACTION | MW | 11:40AM-12:55PM | | WAL | 492 |
| | 16.00 | | Total Registered Hours | | | | | |

GEORGETOWN UNIVERSITY,  STUDENT ACCOUNTS,  37TH & O ST., N.W.,  WASHINGTON, D.C.  20057

FORMID: 0042

*NEW SUBMISSION* 8/28/05

# Northwestern University

Northwestern University
Evanston Office of Graduate Financial Aid
1800 Sherman Ave - Suite 7200
Evanston, IL 60208
Tel: (847) 491-8950 Fax: (847) 467-2451
gradfinaid@northwestern.edu

2006-2007
Financial Aid Award Notice

| | |
|---|---|
| William Healy<br><br>8539 Fir Street<br>Orland Park, IL 60462 | Date: 8/28/2025 |
| | Student ID: 2390188 |

## ESTIMATED EXPENSES

| | |
|---|---|
| Tuition | 20,700 |
| Room and Board | 14,436 |
| Books and Supplies | 2,001 |
| Personal Expenses | 3,744 |
| Transportation | 1,485 |
| Loan Fees | 124 |
| Enrollment Fees | 0 |
| Health Insurance | 1,896 |
| Other | 0 |
| **TOTAL BUDGET:** | 44,386 |

## FINANCIAL AID OFFER

| | 2006 Fall | 2007 Winter | 2007 Spring | TOTAL |
|---|---|---|---|---|
| Fedl Unsub Stafford Loan (0) | | | 3,334 | 3,334 |
| Fedl Sub Stafford Loan (0) | | | 2,834 | 2,834 |
| Federal Perkins Loan - EDG | | | 1,500 | 1,500 |
| | | | **TOTAL AID:** | 7,668 |

## Instructions

Review all information on this award notice, including the Terms and Conditions on the back, as well as any enclosures provided and keep copies for your records.

Please log in to your CAESAR account and click on the Financial Aid tile. From here you can access the Accept/Decline Financial Aid screen to accept, reject or reduce your Federal Student Loans or Federal Work-Study offered to you.

Report any additional aid or resources not listed above by emailing our office at gradfinaid@northwestern.edu. Additional resources may require an adjustment to your award.

You must reapply for loans each academic year.

*NEW SUBMISSION 8/28/05*

# Northwestern University

Office of Graduate Admissions and Financial Aid
Medill
1845 Sheridan Road
Evanston, IL 60208-2101
847.467.1238
medillfinaid@northwestern.edu

2008-2009
Financial Aid Award Notice

William Healy

8539 Fir Street
Orland Park, IL 60462

Date: 8/28/2025

Student ID: 2390188

## ESTIMATED EXPENSES

| | |
|---|---:|
| Tuition | 42,600 |
| Room and Board | 19,600 |
| Books and Supplies | 2,476 |
| Personal Expenses | 5,200 |
| Transportation | 2,648 |
| Loan Fees | 0 |
| Enrollment Fees | 280 |
| Health Insurance | 3,148 |
| Other | 0 |
| **TOTAL BUDGET:** | 79,098 |

| FINANCIAL AID OFFER | 2008 Summer | 2008 Fall | 2009 Winter | 2009 Spring | TOTAL |
|---|---:|---:|---:|---:|---:|
| Northwestern Edi. Scholarship | 4,500 | 4,500 | 4,500 | 4,500 | 18,000 |
| Federal Grad/Prof PLUS Loan | | | 4,972 | 4,972 | 9,944 |
| Federal Grad/Prof PLUS Loan | | 2,361 | | | 2,361 |
| Federal Grad/Prof PLUS Loan | 3,933 | | | | 3,933 |
| Fedl Unsub Stafford Loan (1) | 4,000 | 4,000 | 4,000 | | 12,000 |
| Fedl Unsub Stafford Loan (1) | | | | 6,000 | 6,000 |
| Fedl Sub Stafford Loan (1) | 2,834 | 2,833 | 2,833 | | 8,500 |
| Federal Perkins Loan - JRNG | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 |
| Americorps Award | | | | 4,725 | 4,725 |
| Federal Work-Study (Fws) | 950 | 950 | 950 | 950 | 3,800 |
| | | | | **TOTAL AID:** | 75,263 |

## Instructions

Review all information on this award notice, including the Terms and Conditions on the back, as well as any enclosures provided and keep copies for your records.

Please log in to your CAESAR account and click on the Financial Aid tile. From here you can access the Accept/Decline Financial Aid screen to accept, reject or reduce your Federal Student Loans or Federal Work-Study offered to you.

Report any additional aid or resources not listed above by emailing our office at medillfinaid@northwestern.edu. Additional resources may require an adjustment to your award.

You must reapply for loans each academic year.

FOR OFFICE ONLY



Office of Student Accounts
P O Box 70385
Chicago, IL 60673-0385

# INVOICE

## NORTHWESTERN UNIVERSITY

| Account Name | Account Number | | Student ID |
|---|---|---|---|
| Healy William Raymond | 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 | EV UGRD | 2390188 |

| Adjusted Balance Due | Due Date | Make checks payable to Northwestern University. | Amount Enclosed |
|---|---|---|---|
| 0.00 | 08/01/05 | Please indicate amount of payment here. | |

0004631-0009681 SNGL ------
William Raymond Healy
8539 Fir Street
Orland Park IL 60462

992390188 000000000000 3

---

Please return the above portion with your payment. Write your account number on check or money order to ensure proper credit.

| Billing Date | Account Name | Account Number | Date Due | Student ID |
|---|---|---|---|---|
| 07/10/05 | Healy William Raymond | 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 | 08/01/05 | 2390188 |

| Activity Posted Through | Previous Account Balance | Net Charges | Net Actual Aid and Payments | Net Account Balance | Anticipated Aid | Adjusted Balance Due |
|---|---|---|---|---|---|---|
| 07/09/05 | 0.00 | 3,500.00 | 3,500.00 CR | 0.00 | 0.00 | 0.00 |

**** Zero Balance **** This invoice was mailed for informational purposes only.

| Date | Term | Description | Amount |
|---|---|---|---|
| | | PREVIOUS ACCOUNT BALANCE | 0.00 |
| 06/16/05 | SU0405 | Summer Tuition-SESP Alt Cert | 1,750.00 |
| 06/16/05 | SU0405 | Summer Tuition-SESP Alt Cert | 1,750.00 |
| 07/06/05 | SU0405 | Grant 0022 310 2875 | 3,500.00 CR |
| | | NEW ACCOUNT BALANCE | 0.00 |
| | | TOTAL ANTICIPATED AID | 0.00 |
| | | ADJUSTED BALANCE DUE | 0.00 |

**Notice : See reverse side for Current Term Account Summary and important information.**

NORTHWESTERN UNIVERSITY
Office of Student Accounts
P.O Box 70385
Chicago, IL 60673-0385

On-line contact:
www.northwestern.edu/sfs/
studentaccounts-ev@northwestern.edu
Phone 847-491-5224

**Retain this portion for your records.**

NORTHWESTERN UNIVERSITY
EVANSTON, ILLINOIS

1019 S. MAY STREET

DATE 04-09-07

CHECK NO. 3334714

| VOUCHER NUMBER | INVOICE NO. | DATE | AMOUNT | ORGANIZATION |
|---|---|---|---|---|
| BR070446027 | | 04-06-07 | ******3,058.00 | HEALY,WILLIAM RAYM |

dept # 473

VENDOR CODE:    MISC-BRS   A         ******3,068.00      CHECK 00003334714

pd @ 2400.00   2/20/07

PAID   1500.00   PERIc
       2834.00   STAFF
       3334.00   YNSUA

FED. PYMTS  7668.00
WRH         2400.00
           10,068.00

TUITION  <6900.00>

due @  3168.00

reimb  @ 3068.00

addtl due @ 100.00

*WILLIAM PATRICK MURPHY* (handwritten)

*PREVIOUSLY SUBMITTED*
*SUPPORTS TUITION PAYMENT* (handwritten)

# citi

## 2009 transactions and monthly totals by category

| Reference | Date | Description | Amount | Tax Item | Monthly Totals |
|---|---|---|---|---|---|
| **Merchandise** | | | | | |
| 8ZRHPR3O | 12/12 | POLO #144        AURORA      IL | -21.64 | — | |
| VOKDGT3O | 12/14 | J. CREW RETAIL #616   CHICAGO      IL | -323.85 | — | |
| PNXYZLOO | 12/23 | CRATE & BARREL-115   CHICAGO      IL | 66.94 | — | |
| NN2R*KOO | 12/23 | CONTAINERSTORCHICAGOIL CHICAGO   IL | 23.11 | — | |
| P9CL3G62 | 12/23 | WHOLEFDS KBS 10252   CHICAGO      IL | 3.87 | — | |
| 47CL3G62 | 12/23 | WHOLEFDS KBS 10252   CHICAGO      IL | 82.99 | — | |
| V6VSR5BO | 12/26 | BENEFIT COSMETICS ARMI CHICAGO      IL | 19.85 | — | |
| | | | 18,468.45 | | 18,468.45 |
| **Miscellaneous** | | | | | |
| 00000000 | 11/27 | MEMBERSHIP FEE NOV 09-OCT 10 | 85.00 | — Nov- | 85.00 |
| | | | 85.00 | | 85.00 |
| **Organizations** | | | | | |
| JLZQKFC* | 01/06 | CUYAHOGA COMMUNITY COL CLEVELAND    OH | 3,117.56 | — Jan- | 3,117.56 |
| 9QM5FF8M | 03/06 | DUPAGE LIBRARY SYSTEM 630-2328457  IL | 35.00 | — Mar- | 75.00 |
| 09HFZDS5 | 03/13 | ST BALDRICK'S   8888992253   CA | 20.00 | — Apr- | 60.00 |
| KLHFZDS5 | 03/13 | ST BALDRICK'S   8888992253   CA | 20.00 | — Jun- | 315.00 |
| S7WOCOOO | 04/11 | KIN*BEVERLY BREAST CAN 858-795-3090 CA | 30.00 | — Jul- | 11.03 |
| M*WOCOOO | 04/11 | KIN*BEVERLY BREAST CAN 858-795-3090 CA | 30.00 | — Sep- | 1,195.07 |
| 5B38F2O8 | 06/04 | ST IGNATIUS COLLEGE PR 3124328310  IL | 10.00 | — Oct- | 5.00 |
| ZB38F2O8 | 06/04 | ST IGNATIUS COLLEGE PR 3124328310  IL | 10.00 | — Nov- | 5,171.76 |
| 6C38F2O8 | 06/04 | ST IGNATIUS COLLEGE PR 3124328310  IL | 10.00 | — | |
| QC38F2O8 | 06/04 | ST IGNATIUS COLLEGE PR 3124328310  IL | 10.00 | — | |
| PB38F2O8 | 06/04 | ST IGNATIUS COLLEGE PR 3124328310  IL | 25.00 | — | |
| YSVHX2O8 | 06/25 | ST IGNATIUS COLLEGE PR 03124328310 IL | 250.00 | — | |
| QJTPJ76G | 07/21 | PRESS BOOKS     800-621-2736 IL | 11.03 | — | |
| J53*XSOO | 09/10 | AICPA *AICPA     888-777-7077 NJ | 395.00 | — | |
| DBS27100 | 09/11 | AICPA *AICPA     888-777-7077 NJ | 50.00 | — | |
| 3LMQG9GK | 09/18 | U OF IL ONLINE PAYMENT URBANA     IL | 215.00 | — | |
| ZH3YQDOO | 09/29 | AICPA *AICPA     888-777-7077 NJ | 265.00 | — | |
| 7OWTJHOO | 09/30 | AICPA *AICPA     888-777-7077 NJ | 270.07 | — | |
| 48COF66S | 10/15 | CHICAGO HUMANITIES FES 312-6611028  IL | 5.00 | — | |
| 3P55*J6G | 11/03 | NU TUITION AND FEES   08474915343  IL | 5,082.00 | — | |
| ZN4*KJ6G | 11/03 | NU SERVICE CHARGE F  08004719511  IL | 139.76 | — | |
| LSWH9KOO | 11/05 | AICPA *AICPA     888-777-7077 NJ | -50.00 | — | |
| | | | 9,950.42 | | 9,950.42 |
| **Other Travel** | | | | | |
| Z2RDJ66S | 01/27 | ALL PRO LIMOUSINE    ALSIP      IL | 176.00 | — Jan- | 176.00 |
| 2Y1OK66S | 02/03 | ALL PRO LIMOUSINE    ALSIP      IL | 206.00 | — Feb- | 206.00 |
| W1ODD26L | 03/23 | IL TOLLWAY-MISS TOLL P 800-824-7277 IL | .80 | — Mar- | .80 |
| TY9VDHB8 | 07/13 | SUN TAXI ASSOCIATION I CHICAGO      IL | 11.00 | — Jul- | 11.00 |
| 495F4TBJ | 10/25 | WASH METRORAILO0001QPS WASHINGTON   DC | 1.35 | — Oct- | 2.70 |
| C95F4TBJ | 10/25 | WASH METRORAILO0001QPS WASHINGTON   DC | 1.35 | — | |
| | | | 396.50 | | 396.50 |
| **Restaurants** | | | | | |
| M2PYB4X2 | 01/03 | HOMEMADE PIZZA COMPANY CHICAGO      IL | 48.57 | — Jan- | 638.09 |
| 6V*NJYPG | 01/09 | PATIO DRIVE-INN RESTAU BRIDGEVIEW   IL | 17.05 | — Feb- | 62.04 |
| KDBRB4X2 | 01/16 | FRANCESCA'S VICINATO  PALOS PARK   IL | 25.91 | — Mar- | 511.32 |

Transactions continue...

U.S. POSTAGE PAID
FCM LG ENV
ORLAND PARK, IL 60462
AUG 28, 2025

$2.72

S2324M503674-32

60604

RDC 99

Retail

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

HEALY
2033 W. ST. PAUL AVE.
CHICAGO, IL 60647