Claim # CTBU5007923-DEF

**FILED**

SEP 04 2025  August 28, 2025

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

To Whom It May Concern,

    I am writing to you regarding a recent email I received concerning my son Robert Tattersall's claim in the Financial Aid Antitrust Settlement Henry, ET AL. V. Brown University, ET AL. Case NO. 1:22-cv-00125; Robert disagrees with this decision and we are requesting a review by the court.  Claim # CTBU5007923-DEF

WE submitted a claim back in October 2024. We submitted all documents requested and even submitted some of the documents twice. I received an email back in May 2025 and was asked submit proof payment for Robert's time at Yale. I sent proof by mail to the address listed. I waited and heard nothing back, so I reached out on July 30, 2025 by email. I have included the email as proof that I reached out regarding my son. Then yesterday August 27, 2025 I received an email stating that "Notice of Rejected Claim in the Financial Aid Antitrust Settlement" has been rejected because I did not respond.  I have emailed and actually spoken to numerous assistants at the Berger Montague PC law firm( we spoke again today) asking if there was anything else needed for Robert's claim.

As I mentioned I did respond by mail with all the documents, and I am now attaching them to this email. I did not send an email first because the documents were too large and would not be sent. I was able to scan the documents and hope you receive them.

Please find all the pages I have mentioned attached. If this is still not what you are looking for let me know what I need to provide.  Thank you

Shannon Tattersall

Parent of Robert Tattersall  Current student at Yale University.

Robert R Tattersall
135 Augustine Cut off
Wilmington, DE 19803

☐ CORRECTED

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br>Yale University<br>Office of Student Accounts<br>P.O. Box 208232<br>New Haven, CT 06520-8232<br>(203) 432-2700 | 1 Payments received for qualified tuition and related expenses<br>$ 53,475.00<br>2 | OMB No. 1545-1574<br>**2023**<br>Form **1098-T** | **Tuition Statement** |
|---|---|---|---|
| FILER'S employer identification no.<br>06-0646973 | STUDENT'S TIN<br>*****5467 | 3 | **Copy B**<br>**For Student** |
| STUDENT'S name<br><br>Robert Ryan Tattersall | 4 Adjustments made for a prior year<br>$ | 5 Scholarships or grants<br>$ 20,309.00 | This is important tax information and is being furnished to the IRS. This form must be used to complete Form 8863 to claim education credits. Give it to the tax preparer or use it to prepare the tax return. |
| Street address (including apt. no.)<br>135 Augustine Cut Off | 6 Adjustments to scholarships or grants for a prior year | 7 Checked if the amount in box 1 includes amounts for an academic period beginning January—March 2024 ☒ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Wilmington, DE 19803-4538 | $ | | |
| Service Provider/Acct. No. (see instr.)<br>924612260 | 8 Check if at least half-time student ☒ | 9 Checked if a graduate student ☐<br>10 Ins. contract reimb./refund<br>$ | |

Form **1098-T** (keep for your records) www.irs.gov/Form1098T Department of the Treasury - Internal Revenue Service

Pursuant to the Taxpayer Relief Act of 1997, an educational institution must furnish this statement annually to all students enrolled in the calendar year who have been assessed qualified tuition and related expenses. Responsibility for determining eligibility for tax benefits rests with the taxpayer who must be able to support and explain any benefits claimed. Students and their authorized proxies can view account activity for a specified period by logging into their YalePay account, clicking on the Account Activity tab and, in the box on the top right, inserting a From Date and a To Date. Clicking on "Generate Activity Report" will generate a pdf presenting the information that can then be printed or saved to the computer. IRS Publication 970, Tax Benefits for Education, IRS Form 8863, Education Credits and the Federal 1040 instruction booklet provide details on claiming these tax credits. If you have further questions, please consult a professional tax advisor to determine if you are eligible for any education-related tax incentives. The University cannot offer individual tax advice.

# YalePay

Office of Student Accounts
PO Box 208232, New Haven, CT 06520-8232
p: 203.432.2700
web: https://student-accounts.yale.edu

**Student ID:** 924612260
**Name:** Robert R Tattersall

**Statement for:** Fall 2023
**Date:** As of 08/27/2025

**Statement Balance:** -$1,965.00

## Fall 2023

| Activity Date | Term | Description | Amount |
|---|---|---|---|
| 06/26/2023 | Fall 2023 | Student Activities Fee | $125.00 |
| 06/26/2023 | Fall 2023 | Tuition: Yale College | $32,350.00 |
| 06/27/2023 | Fall 2023 | Room: Yale College | $5,450.00 |
| 06/28/2023 | Fall 2023 | Board: Yale College | $4,140.00 |
| 06/28/2023 | Fall 2023 | Yale Health Coverage | $1,447.00 |
| 07/12/2023 | Fall 2023 | Payment: Wire Transfer | -$100.00 |
| 07/13/2023 | Fall 2023 | ePayment - Thank you | -$5,200.00 |
| 07/18/2023 | Fall 2023 | Payment: Wire Transfer | -$7,900.00 |
| 08/21/2023 | Fall 2023 | Yale Health Coverage | -$1,447.00 |
| 08/23/2023 | Fall 2023 | Loan: Federal Direct Unsub | -$2,721.00 |
| 08/23/2023 | Fall 2023 | Scholarship: Yale College | -$20,309.00 |
| 08/25/2023 | Fall 2023 | Loan: Discover Private Loan | -$7,500.00 |
| 11/29/2023 | Fall 2023 | Refund Check #028029 | $700.00 |
| 01/19/2024 | Fall 2023 | New Castle County Schp | -$1,000.00 |
| | | **Statement Balance** | **-$1,965.00** |

*Anticipated Aid shows the amount of financial aid (e.g., scholarships, grants, and loans) that is expected to apply to the student account once regulations permit the disbursement of aid, the funds have been received AND the student completes all aid requirements. Certain aid requirements must be completed (e.g., completion of entrance counseling and promissory notes for loans) in order for aid to disburse and become a full credit to the account. We provide the credit to allow students to anticipate the amount that will be available to help cover their balance due.

For online payments through YalePay, Students and Authorized Proxies should login at https://student-accounts.yale.edu/yalepay
Contact Us Form: https://yaleuniversity.tfaforms.net/f/student_accounts

digital.fidelity.com

(DEX202499) (Cash)

> Jul-27-2023 Individual

REDEMPTION FROM CORE ACCOUNT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) MORNING TRADE (Cash) +$34.99

> Jul-25-2023 In[redacted]

YOU BOUGHT V F CORP COM NPV (VFC) (Cash) -$18.89

> Jul-25-2023 Individual

YOU BOUGHT V F CORP COM NPV (VFC) (Cash) -$16.10

> Jul-20-2023 Robert [redacted]

YOU BOUGHT CONTRIBUTION PERIODIC INVESTMENT DE PORTFOLIO 2024 (FIDELITY INDEX) (DEX202499) (Cash) -$100.00

∨ Jul-14-2023 [redacted]

YOU SOLD PAY TO BENE/SCHOOL DE PORTFOLIO 2024 (FIDELITY INDEX) (DEX202499) (Cash) +$7,900.00

| | |
|---|---|
| Date | Jul-14-2023 |
| Symbol | DEX202499 |
| Symbol description | DE PORTFOLIO 2024 (FIDELITY INDEX) |
| Type | Cash |
| Shares | -370.718 |
| Price | $21.31 |
| Amount | $7,900.00 |
| Settlement date | Jul-14-2023 |

> Jul-13-2023 [redacted]

REDEMPTION FROM CORE ACCOUNT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) MORNING TRADE (Cash) +$49.98

> Jul-11-2023 Robert [redacted]

YOU BOUGHT CONTRIBUTION PERIODIC INVESTMENT DE PORTFOLIO 2024 (FIDELITY INDEX) (DEX202499) (Cash) -$100.00

> Jul-11-2023 Individual

YOU BOUGHT MATTEL INC COM USD1.00 (MAT) -$42.90

Feedback

# YalePay

Office of Student Accounts
PO Box 208232, New Haven, CT 06520-8232
p: 203.432.2700
web: https://student-accounts.yale.edu

**Student ID:** 924612260
**Name:** Robert R Tattersall

**Statement for:** Spring 2024
**Date:** As of 08/27/2025

**Statement Balance: $970.00**

## Spring 2024

| Activity Date | Term | Description | Amount |
|---|---|---|---|
| 10/23/2023 | Spring 2024 | Room: Yale College | $5,450.00 |
| 10/23/2023 | Spring 2024 | Tuition: Yale College | $32,350.00 |
| 10/26/2023 | Spring 2024 | Board: Yale College | $4,140.00 |
| 11/08/2023 | Spring 2024 | ePayment - Thank you | -$5,500.00 |
| 11/26/2023 | Spring 2024 | ePayment - Thank you | -$3,500.00 |
| 12/04/2023 | Spring 2024 | ePayment - Thank you | -$1,445.00 |
| 01/09/2024 | Spring 2024 | Loan: Federal Direct Unsub | -$2,721.00 |
| 01/09/2024 | Spring 2024 | Scholarship: Yale College | -$20,309.00 |
| 01/09/2024 | Spring 2024 | Loan: Discover Private Loan | -$7,500.00 |
| 02/01/2024 | Spring 2024 | YC Course Withdrawal | $5.00 |
| | | **Statement Balance** | **$970.00** |

*Anticipated Aid shows the amount of financial aid (e.g., scholarships, grants, and loans) that is expected to apply to the student account once regulations permit the disbursement of aid, the funds have been received AND the student completes all aid requirements. Certain aid requirements must be completed (e.g., completion of entrance counseling and promissory notes for loans) in order for aid to disburse and become a full credit to the account. We provide the credit to allow students to anticipate the amount that will be available to help cover their balance due.

For online payments through YalePay, Students and Authorized Proxies should login at https://student-accounts.yale.edu/yalepay
Contact Us Form: https://yaleuniversity.tfaforms.net/f/student_accounts

# YalePay

Office of Student Accounts
PO Box 208232, New Haven, CT 06520-8232
p: 203.432.2700
web: https://student-accounts.yale.edu

**Student ID:** 924612260
**Name:** Robert R Tattersall

**Statement for:** Summer 2024
**Date:** As of 08/27/2025

**Statement Balance: $995.00**

## Summer 2024

| Activity Date | Term | Description | Amount |
|---|---|---|---|
| 05/14/2024 | Summer 2024 | Technology Fee On-Line Courses | $85.00 |
| 05/14/2024 | Summer 2024 | Tuition: Summer On-Line Educ | $5,070.00 |
| 05/20/2024 | Summer 2024 | ePayment - Thank you | -$1,625.00 |
| 05/27/2024 | Summer 2024 | Scholarship: Summer | -$2,535.00 |
| | | **Statement Balance** | **$995.00** |

*Anticipated Aid shows the amount of financial aid (e.g., scholarships, grants, and loans) that is expected to apply to the student account once regulations permit the disbursement of aid, the funds have been received AND the student completes all aid requirements. Certain aid requirements must be completed (e.g., completion of entrance counseling and promissory notes for loans) in order for aid to disburse and become a full credit to the account. We provide the credit to allow students to anticipate the amount that will be available to help cover their balance due.

For online payments through YalePay, Students and Authorized Proxies should login at https://student-accounts.yale.edu/yalepay
Contact Us Form: https://yaleuniversity.tfaforms.net/f/student_accounts

---

**For payments by mail, detach and include this remittance form.**

# YalePay

**Remittance Form**

Payment Amount

**Student ID:** 924612260
Robert Tattersall

**Make checks payable to:**
Yale University
(Include Student's Name and nine-digit student ID number on check.)

**PAYMENT ADDRESS:**
YALE UNIVERSITY
P.O. Box 208232
New Haven, CT 06520-8232

924612260 202402 YALE 4

From: 568 Group v. Univ of Chicago info@financialaidantitrustsettlement.com
Subject: Re: Re: Claim Form Submitted in the Financial Aid Antitrust Settlement
Date: Jul 30, 2025 at 10:44:04 AM
To: Shannontattersall shannontattersall@comcast.net
Cc: Confirmation Email Confirmation@financialaidantitrustsettlement.com, Robby Tattersall robbytattersall17@yahoo.com

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

While we cannot provide an exact date for individual payments at this time, benefits will be distributed after all claims have been processed. Distribution preparation will begin in August with payments expected to start by September. We appreciate your patience during this process.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

> On July 29, 2025 at 8:14:10 PM UTC, shannontattersall@comcast.net wrote:
> Hello
> I am reaching out regarding my claim for the Financial Aide anti trust suit.
> I have not heard anything regarding payment or if more information is needed. My claim ID is
>
> **CTBU5007923**

RECEIVED
SEP 04 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604