


**CLAIM REJECTION APPEAL**

Aubrey Lynn Bonhivert
6348 Simien Rd
Indianapolis, IN 46237
09/01/2025

**FILED**

SEP 05 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Clerk of Court**
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125
Claim Number: **CTDU1002570-REJ**

**To the Court,**

I am writing to appeal the rejection of my claim in the above settlement.

I was informed on 08/27/25 by email that my claim was rejected because I did not respond to a deficiency notice that was supposedly sent in May 2025. However, I never received any such notice. If I had received it, I would have responded right away and provided whatever was needed to resolve the deficiency.

Because I was not given the chance to correct this issue, I believe my claim should not be rejected. I respectfully ask that the Court review this decision and allow my claim to be reinstated with the ability to correct any deficiencies that may exist.

Thank you for your time and consideration.

Sincerely,

*Auy Bavit*

Aubrey Lynn Bonhivert
aubrey.bonhivert@gmail.com
Claim #: **CTDU1002570-REJ**

6348 Simien Rd
Indianapolis, IN 46237

INDIANAPOLIS IN 460
2 SEP 2025 PM 1 L

1775 2025

US District Court for the Northern District of IL
Clerk of Court
219 S. Dearborn St
Chicago, IL 60604

RECEIVED
SEP 05 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-180099