Norma Margaret Schwartz Moravec, PhD
11114 Inverness Rd.
Belton, TX 76513

**FILED**

SEP 08 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

September 1, 2025

To Whom It May Concern:

I am writing to request the court review the decision to reject my claim for the class action suit *Henry et al. v. Brown University et al.* Case No. 1:22-cv-00125. **I would like to appeal this rejection.**

On August 27, 2025, I received an email notification that my claim was rejected for the following reason:

> *"You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **<u>Because no response was received, your claim has been rejected</u>**."*

However, I wish to contest this rejection, because I never received a Deficiency Notice in May 2025. I was not given an opportunity to review or respond to a request for additional information. Therefore, it was inappropriate to reject my claim.

I would like to request this rejection to be reversed, and to be re-included in the class action law suit, as I believe I have a valid claim to the settlement.

As requested, my full name and current address are:

Norma Margaret Schwartz Moravec ("Norma Margaret Schwartz" at the time of my enrollment at Rice University)
11114 Inverness Rd.
Belton, TX 76513
CLAIM #: CCR007340-REJ
281-734-4329

Sincerely,

*[signature]*

N. Margaret Schwartz Moravec, Ph.D.

cc: Court, Claims Administrator, and Settlement Class Counsel.

Moravec
11114 Inverness Rd
Belton TX 76513

AUSTIN TX 787
RIO GRANDE DISTRICT
3 SEP 2025   AM 2   L

1775 ★ 202

usa forever

United States District Court for the Northern Dist. of Illinois
Clerk of Court
219 S. Dearborn St.
Chicago, IL 60604

RECEIVED
SEP 08 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-189423