**FILED**

**SEP 04 2025** AXM

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

To the United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

I am writing to request a review by the court of the case Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125. My name is Dylan Radley, and my current address is 91 Great George St, Leeds LS1 3LA, UK, Apartment 31. I originally filed my claim under the address 1926 Bainbridge Street, Philadelphia PA, 19146, but my address is now in the United Kingdom. If you need an address in the US, my home address in the US while I am in the UK for grad school is 16 Trevore Street, Quincy MA, 02171. My claim number is CTPA1005257-REJ.

It states that my claim was rejected because I did not respond to a deficiency notice with additional information to verify my claim. However, I did not receive this letter either physically or by email. Thus, I am appealing the rejection because I was not given the opportunity to provide information to verify my claim. With this statement, I will also be including evidence that I am a member of the settlement class: my transcript, my diploma, and receipts of payments to the University of Pennsylvania during every semester that I attended.

Thank you, I look forward to hearing back. The easiest email address to reach me by is dylaneradley@gmail.com, and the best address is my address in the UK.

```
Record of: Dylan E Radley                                                                      Page:   1
   Penn ID: 10426493
Date of Birth: 22-MAR
 Date Issued: 27-AUG-2025
                                                                                   Level:Undergraduate


Primary Program
        Program: LPS - Penn Alumni Program
        Division : College of Liberal and Professional Studies
                   Undergraduate Programs
           Major : No Major
                                                SUBJ  NO.         COURSE TITLE              CU   GRD       R
Degree(s) Awarded Bachelor of Arts 15-MAY-2023  ─────────────────────────────────────────────────────────────
  Summa Cum Laude                               Institution Information continued:
         Program : College of Arts & Sciences Bachelor of Arts  GRMN 101    Elementary German I         1.00 A
         Division : College of Arts & Sciences          INTG 002    Integrated Studies II:      2.00 A
            Major : Political Science                               Curiosity: Ancient and Modern
            Minor : Survey Research & Data Analytics                Thinking About Thinking
                                                PSCI 152    International Pol. Econ.    1.00 A
                                                STAT 111    Introductory Statistics     1.00 A
Degree(s) Awarded Certificate 09-AUG-2024
         Program : LPS - Online Undergraduate Certificate      Ehrs:  5.00 GPA-Hrs: 5.00   QPts:   20.00 GPA:   4.00
         Division : College of Liberal and Professional Studies
                    Undergraduate Programs         Fall 2020
            Major : Climate Change                  ECON 001    Introduction to Microeconomics 1.00 A
                                                    PSCI 107    Intro to Data Science       1.00 A
Robert A.  Fox Leadership Award                     PSCI 232    Intro to Political Comm     1.00 A
Benjamin Franklin Scholar                           URBS 290    Metropolitan Nature         1.00 A
                                                        Ehrs:  4.00 GPA-Hrs: 4.00   QPts:   16.00 GPA:   4.00
SUBJ  NO.         COURSE TITLE            CU  GRD      R
─────────────────────────────────────────────────────── Spring 2021
                                                    GRMN 102    Elementary German II        1.00 A
INSTITUTION CREDIT:                                 PSCI 207    Applied Data Science        1.00 A
                                                    PSYC 001    Intro to Exp Psych          1.00 A-
Fall 2019                                           SOCI 304    The Future of Work (BFS)    1.00 A
INTG 001    Integrated Studies I:         2.00 A    STSC 110    Science & Literature        1.00 A+
            Becoming Human                              Ehrs:  5.00 GPA-Hrs: 5.00   QPts:   19.70 GPA:   3.94
PSCI 130    Intro to Amer Politics        1.00 A-
WRIT 025    Writing Seminar in Cims: Reel 1.00 A   Fall 2021
            Truth: Documentary Films                GRMN 103    Intermediate German I       1.00 A
    Ehrs:  4.00 GPA-Hrs: 4.00   QPts:   15.70 GPA:   3.93  NETS 112    Networked Life              1.00 A
                                                    PSCI 180    Ancient Political Though    1.00 A-
Spring 2020                                         PSCI 338    Statistical Methods Psci    1.00 A
```

****************** CONTINUED ON NEXT COLUMN ****************** ********************* CONTINUED ON PAGE   2  *********************

```
Record of: Dylan E Radley                                    U N O F F I C I A L           Page:    2
       Penn ID: 10426493
 Date of Birth: 22-MAR
   Date Issued: 27-AUG-2025
                                                                                    Level:Undergraduate


SUBJ  NO.          COURSE TITLE              CU GRD        R
                                                               SUBJ  NO.          COURSE TITLE              CU GRD        R
_____        _____
Institution Information continued:                             Institution Information continued:
STSC 168           Environment and Society   1.00 A            AFRC 1400       Jazz Style and History        1.00 A
     Ehrs:  5.00 GPA-Hrs: 5.00   QPts:    19.70 GPA:   3.94    CPLN 5050       Planning by Numbers           1.00 A
Spring 2022                                                    PSCI 3999       Interpreting the 2022         1.00 A+
ENVS 100           Introduction to Environmental  1.00 A+                      Election Results Through Data
                   Science                                     PSCI 4991       Oil and Grand Strategy        1.00 A
ENVS 102           Humans and Earth          1.00 A-                Ehrs:  4.00 GPA-Hrs: 4.00   QPts:    16.00 GPA:   4.00
GRMN 104           Intermediate German II    1.00 A-           Dean's List - Academic Year
HIST 212           World War I: Its Course and  1.00 A
                   Consequences in the Making of               Spring 2024
                   the Modern World (BFS)                      CLCH 2200       Atmospheric Science           1.00 A
PSCI 236           Public Policy Process (SNF   1.00 A         CLCH 2300       Climate Change                1.00 A+
                   Paideia Program Course)                          Ehrs:  2.00 GPA-Hrs: 2.00   QPts:     8.00 GPA:   4.00
     Ehrs:  5.00 GPA-Hrs: 5.00   QPts:    19.40 GPA:   3.88
Dean's List - Academic Year                                    Summer 2024
                                                               CLCH 1600       Oceanography                  1.00 A
Fall 2022                                                      CLCH 3000       Communicating Science         1.00 A
CIS  1100          Introduction to Computer  1.00 A                 Ehrs:  2.00 GPA-Hrs: 2.00   QPts:     8.00 GPA:   4.00
                   Programming
PSCI 4100          Power Sharing in Deeply   1.00 A            Summer 2025
                   Divided Places - BFS                        MATH 1400       Calculus, Part I              1.00 B+
STSC 3247          Why Not Magic? Magic,     1.00 A-                Ehrs:  1.00 GPA-Hrs: 1.00   QPts:     3.30 GPA:   3.30
                   Esoterica, and the Occult in                ********************* TRANSCRIPT TOTALS *********************
                   the History of Science                                           Earned Hrs  GPA Hrs   Points     GPA
URBS 3300          GIS Applications in Social  1.00 A          TOTAL INSTITUTION       41.00     41.00    161.50    3.94
                   Science
     Ehrs:  4.00 GPA-Hrs: 4.00   QPts:    15.70 GPA:   3.93    TOTAL TRANSFER           0.00

Spring 2023                                                    OVERALL                 41.00     41.00    161.50    3.94
****************** CONTINUED ON NEXT COLUMN ******************  ****************** CONTINUED ON PAGE   3 ******************
```

```
Record of: Dylan E Radley                              U N O F F I C I A L          Page:   3
   Penn ID: 10426493
Date of Birth: 22-MAR
 Date Issued: 27-AUG-2025
                                                                        Level:Undergraduate
```

```
*************************** Comments ***************************
In response to the COVID-19 pandemic, specific divisions within
the University of Pennsylvania granted alternate grading options
for academic terms that were impacted. See COVID-19 Alternate
Grading Policies in the Archives of University Catalogs for
details. Dean's List honors were suspended for 2019-2020 &
2020-2021.
*********************** END OF TRANSCRIPT ***********************
```



Below is an English translation of the Latin text on the diploma which was granted by the University of Pennsylvania to Dylan E Radley on May 15, 2023.

# UNIVERSITY OF PENNSYLVANIA

## GREETINGS TO ALL WHO MAY READ THESE LETTERS

Whereas it is the ancient custom of academics to honor with a proper title those who are distinguished in sciences or arts, therefore by the authority of the Trustees committed to us, following approval of studies by the Faculty, we have admitted

**Dylan E Radley**

to the degree of

**Bachelor of Arts**

and we have freely granted all rights, honors and privileges pertaining to this degree. In testimony of which we have appended our names at Philadelphia on the fifteenth day of the month of May in the year of Grace 2023 and in the 283rd year of the University.

This degree is conferred with highest distinction.

_[Signed: Bethany Robblee Schell]_    4/29/2025

Bethany Robblee Schell    Date
Sr. Assistant University Registrar

_[Signed]_

Notary Signature

Commonwealth of Pennsylvania - Notary Seal
Alison M McGhie, Notary Public
Philadelphia County
My commission expires Apr 8, 2026
Commission number 1220565

**Notarial Act Performed by Audio visual communication**

Office of the University Registrar | 3451 Walnut Street, Suite 221 | Philadelphia, PA 19104
Email diplomas@pobox.upenn.edu | Tel 215.898.7007

```
Record of: Dylan E Radley                                                              Page:    1
      Penn ID: 10426493
Date of Birth: 22-MAR
Date Issued: 31-JAN-2025
                                                                       Level:Undergraduate

Primary Program
        Program: LPS - Penn Alumni Program
        Division : College of Liberal and Professional Studies
                   Undergraduate Programs
        Major : No Major
                                              SUBJ   NO.        COURSE TITLE          CU GRD      R
Degree(s) Awarded Bachelor of Arts 15-MAY-2023
  Summa Cum Laude                             Institution Information continued:
       Program : College of Arts & Sciences Bachelor of Arts STAT 111  Introductory Statistics  1.00 A
       Division : College of Arts & Sciences       Ehrs:  5.00  GPA-Hrs: 5.00  QPts:  20.00 GPA:  4.00
       Major : Political Science
       Minor : Survey Research & Data Analytics   Fall 2020
                                                    College of Arts & Sciences
Robert A. Fox Leadership Award                      ECON 001       Introduction to Microeconomics 1.00 A
Benjamin Franklin Scholar                           PSCI 107       Intro to Data Science          1.00 A
Benjamin Franklin Scholar                           PSCI 232       Intro to Political Comm        1.00 A
                                                    URBS 290       Metropolitan Nature            1.00 A
SUBJ    NO.        COURSE TITLE         CU GRD   R       Ehrs:  4.00  GPA-Hrs: 4.00  QPts:  16.00 GPA:  4.00

                                                  Spring 2021
INSTITUTION CREDIT:                                 College of Arts & Sciences
                                                    GRMN 102       Elementary German II           1.00 A
Fall 2019                                           PSCI 207       Applied Data Science           1.00 A
  College of Arts & Sciences                        PSYC 001       Intro to Exp Psych             1.00 A-
INTG 001       Integrated Studies I:    2.00 A      SOCI 304       The Future of Work (BFS)       1.00 A
               Becoming Human                       STSC 110       Science & Literature           1.00 A+
PSCI 130       Intro to Amer Politics   1.00 A-          Ehrs:  5.00  GPA-Hrs: 5.00  QPts:  19.70 GPA:  3.94
WRIT 025       Writing Seminar in Cims: Reel 1.00 A
               Truth: Documentary Films           Fall 2021
     Ehrs:  4.00  GPA-Hrs: 4.00  QPts:  15.70 GPA:  3.93   College of Arts & Sciences
                                                    GRMN 103       Intermediate German I          1.00 A
Spring 2020                                         NETS 112       Networked Life                 1.00 A
  College of Arts & Sciences                        PSCI 180       Ancient Political Though       1.00 A-
GRMN 101       Elementary German I      1.00 A      PSCI 338       Statistical Methods Psci       1.00 A
INTG 002       Integrated Studies II:   2.00 A      STSC 168       Environment and Society        1.00 A
               Curiosity: Ancient and Modern            Ehrs:  5.00  GPA-Hrs: 5.00  QPts:  19.70 GPA:  3.94
               Thinking About Thinking
PSCI 152       International Pol. Econ. 1.00 A    Spring 2022
******************** CONTINUED ON NEXT COLUMN ******************   College of Arts & Sciences
                                                  ******************** CONTINUED ON PAGE  2 ********************
```

UNIVERSITY of PENNSYLVANIA

MARGARET KIP
UNIVERSITY REGISTRAR

Penn ID: 10426493
Date of Birth: 22-MAR
Date Issued: 31-JAN-2025

Level: Undergraduate

| SUBJ | NO. | COURSE TITLE | CU | GRD | R |
|------|-----|--------------|-----|-----|---|

Institution Information continued:
ENVS 100    Introduction to Environmental Science    1.00 A+
ENVS 102    Humans and Earth    1.00 A-
GRMN 104    Intermediate German II    1.00 A-
HIST 212    World War I: Its Course and Consequences in the Making of the Modern World (BFS)    1.00 A
PSCI 236    Public Policy Process (SNF Paideia Program Course)    1.00 A
         Ehrs: 5.00  GPA-Hrs: 5.00   QPts: 19.40  GPA: 3.88
Dean's List - Academic Year

Fall 2022
  College of Arts & Sciences
CIS 1100    Introduction to Computer Programming    1.00 A
PSCI 4100   Power Sharing in Deeply Divided Places - BFS    1.00 A
STSC 3247   Why Not Magic? Magic, Esoterica, and the Occult in the History of Science    1.00 A-
URBS 3300   GIS Applications in Social Science    1.00 A
         Ehrs: 4.00  GPA-Hrs: 4.00   QPts: 15.70  GPA: 3.93

Spring 2023
  College of Arts & Sciences
AFRC 1400   Jazz Style and History    1.00 A
CPLN 5050   Planning by Numbers    1.00 A
PSCI 3999   Interpreting the 2022 Election Results Through Data    1.00 A+
PSCI 4991   Oil and Grand Strategy    1.00 A
         Ehrs: 4.00  GPA-Hrs: 4.00   QPts: 16.00  GPA: 4.00
Dean's List - Academic Year
******************** CONTINUED ON NEXT COLUMN ********************

Institution Information continued:

Spring 2024
  College of Liberal and Professional Studies Undergraduate Programs
CLCH 2200   Atmospheric Science    1.00 A
CLCH 2300   Climate Change    1.00 A+
         Ehrs: 2.00  GPA-Hrs: 2.00   QPts: 8.00  GPA: 4.00

Summer 2024
  College of Liberal and Professional Studies Undergraduate Programs
CLCH 1600   Oceanography    1.00 A
CLCH 3000   Communicating Science    1.00 A
         Ehrs: 2.00  GPA-Hrs: 2.00   QPts: 8.00  GPA: 4.00

********************** TRANSCRIPT TOTALS **********************
                     Earned Hrs   GPA Hrs   Points    GPA
TOTAL INSTITUTION       40.00      40.00    158.20    3.96
TOTAL TRANSFER           0.00
OVERALL                 40.00      40.00    158.20    3.96

************************ Comments ************************
In response to the COVID-19 pandemic, specific divisions within the University of Pennsylvania granted alternate grading options for academic terms that were impacted. See COVID-19 Alternate Grading Policies in the Archives of University Catalogs for details. Dean's List honors were suspended for 2019-2020 & 2020-2021.
******************** END OF TRANSCRIPT ********************

UNIVERSITY of PENNSYLVANIA

MARGARET KIP
UNIVERSITY REGISTRAR



# Payment History for Dylan E. Radley (Student Account)

Show 10 entries

Search:

| Description | Date | Code | Amount($) |
|---|---|---|---|
| Penn Grant | 5/16/23 | A101 | 2,000.00 |
| Suppl Ed Opportunity Grant | 5/16/23 | AF02 | -2,000.00 |
| Penn Grant | 5/16/23 | A101 | 2,000.00 |
| Suppl Ed Opportunity Grant | 5/16/23 | AF02 | -2,000.00 |
| Penn Grant | 5/12/23 | A101 | 15,000.00 |
| Suppl Ed Opportunity Grant | 5/12/23 | AF02 | 2,000.00 |
| Penn Grant | 5/12/23 | A101 | 15,000.00 |
| Suppl Ed Opportunity Grant | 5/12/23 | AF02 | 2,000.00 |
| Penn Grant | 5/11/23 | A101 | -17,000.00 |
| Penn Grant | 5/11/23 | A101 | -17,000.00 |
| PennPay AMEX Payment | 1/27/23 | SC01 | 7,811.52 |
| Pell Grant | 1/11/23 | AF01 | 3,447.00 |
| Penn Grant | 11/30/22 | A101 | 19,651.00 |

| Description | Date | Code | Amount($) |
|---|---|---|---|
| Sponsored Scholarship | 11/30/22 | BT08 | 1,000.00 |
| Pell Grant | 8/30/22 | AF01 | 3,448.00 |
| 529 Plan Payment | 8/3/22 | SC21 | 7,020.10 |
| PennPay AMEX Payment | 8/3/22 | SC01 | 618.20 |
| Sponsored Scholarship | 7/28/22 | BT08 | 1,000.00 |
| Penn Grant | 7/21/22 | A101 | 19,651.00 |
| Suppl Ed Opportunity Grant | 6/13/22 | AF02 | 2,000.00 |
| Penn Grant | 6/13/22 | A101 | -2,000.00 |
| Penn Grant | 6/13/22 | A101 | -2,000.00 |
| Suppl Ed Opportunity Grant | 6/13/22 | AF02 | 2,000.00 |
| HEERF Grant | 3/17/22 | AF23 | 1,317.00 |
| 529 Plan Payment | 1/25/22 | SC21 | 1,534.00 |
| Pell Grant | 1/5/22 | AF01 | 3,248.00 |
| Sponsored Scholarship | 11/15/21 | BT08 | 1,000.00 |
| Penn Grant | 11/15/21 | A101 | 25,089.00 |
| HEERF Grant | 8/25/21 | AF23 | 1,500.00 |
| Pell Grant | 8/23/21 | AF01 | 3,247.00 |
| Penn Grant | 8/23/21 | A101 | 1,000.00 |
| Sponsored Scholarship | 8/23/21 | BT08 | 1,000.00 |

| Description | Date | Code | Amount($) |
|---|---|---|---|
| Penn Grant | 7/19/21 | A101 | 24,089.00 |
| 529 Plan Payment | 7/16/21 | SC21 | 30,933.00 |
| Penn Grant | 4/5/21 | A101 | -2,000.00 |
| Suppl Ed Opportunity Grant | 4/5/21 | AF02 | 2,000.00 |
| Penn Grant | 4/5/21 | A101 | -2,000.00 |
| Suppl Ed Opportunity Grant | 4/5/21 | AF02 | 2,000.00 |
| Penn Grant | 2/15/21 | A101 | -3,870.00 |
| Lipman Family Scholarship | 2/15/21 | E828 | 3,870.00 |
| Penn Grant | 2/15/21 | A101 | -3,870.00 |
| Lipman Family Scholarship | 2/15/21 | E828 | 3,870.00 |
| 529 Plan Payment | 1/29/21 | SC21 | 4,873.00 |
| Pell Grant | 1/11/21 | AF01 | 3,173.00 |
| Penn Grant | 12/14/20 | A101 | 11,049.00 |
| COVID 19 Summer Savings Grant | 12/14/20 | A194 | 1,600.00 |
| Lipman Family Scholarship | 12/14/20 | E828 | 8,327.00 |
| Sponsored Scholarship | 12/14/20 | BT08 | 1,000.00 |
| Penn Grant | 11/9/20 | A101 | -8,327.00 |
| Lipman Family Scholarship | 11/9/20 | E828 | 8,326.00 |

| Description | Date | Code | Amount($) |
|---|---|---|---|
| 529 Plan Payment | 9/15/20 | SC21 | 341.00 |
| 529 Plan Payment | 9/1/20 | SC21 | 3,172.00 |
| Pell Grant | 8/31/20 | AF01 | 3,172.00 |
| Penn Grant | 8/17/20 | A101 | 19,375.00 |
| COVID 19 Summer Savings Grant | 8/17/20 | A194 | 1,600.00 |
| Sponsored Scholarship | 8/17/20 | BT08 | 1,000.00 |
| Pell Grant | 1/6/20 | AF01 | 3,098.00 |
| Suppl Ed Opportunity Grant | 1/6/20 | AF02 | 2,000.00 |
| 529 Plan Payment | 12/12/19 | SC21 | 8,571.00 |
| Penn Grant | 11/11/19 | A101 | 22,434.00 |
| Sponsored Scholarship | 11/11/19 | BT08 | 125.00 |
| Sponsored Scholarship | 11/11/19 | BT07 | 1,000.00 |
| Pell Grant | 8/19/19 | AF01 | 3,097.00 |
| Suppl Ed Opportunity Grant | 8/19/19 | AF02 | 2,000.00 |
| 529 Plan Payment | 7/25/19 | SC21 | 11,390.00 |
| Sponsored Scholarship | 7/22/19 | BT07 | 1,000.00 |
| Acceptance Fee Payment | 7/8/19 | XU1A | 400.00 |

| Description | Date | Code | Amount($) |
|---|---|---|---|
| Sponsored Scholarship | 7/1/19 | BT08 | 125.00 |
| Penn Grant | 7/1/19 | A101 | 22,433.00 |

Showing 1 to 69 of 69 entries

Previous | 1 | Next

©1997 - 2025 TouchNet Information Systems, Inc. All rights reserved.

23LN-1CX3-DBYD



# VNIVERSITAS PENNSYLVANIENSIS

OMNIBVS HAS LITTERAS LECTVRIS SALVTEM DICIT

Cum academiis antiquus mos sit scientiis litterisve humanioribus excultos titulo iusto condecorare nos igitur auctoritate Curatorum nobis commissa

## DYLAN E RADLEY

ob studia a Professoribus approbata ad gradum

### BACCALAVREI ARTIVM

admisimus eique omnia iura honores privilegia ad hunc gradum pertinentia libenter concessimus
Cuius rei testimonio nomina nostra die mensis Maii xv Anno Salutis mmxxiii et Vniversitatis conditae cclxxxiii Philadelphiae subscripsimus

HIC GRADVS CONLATVS EST SVMMA CVM LAVDE

PRAESES







**Secure Credential Validation**

The market leader in the generation of secure, portable digital credentials.

- **To validate this credential:**

  Locate and note the CeDiD located in the upper left hand corner of the credential (page 1). The CeDiD is a unique identifier and is required for validation. Enter the CeDiD, using the link below to visit the institution's official validation website. Validation includes complete degree information that is time and date stamped by the issuing authority.



1450-8DD2-J1E2
CeDiD
**Example Only**

For more information on CeCredential Trust, click here.

 or visit https://credentials.secretary.upenn.edu/penn_credential/validate

- **To verify the digital signature:**

  This credential is certified by CeCredential Trust and should read as such. The ribbon signifies that both pages of this document have not been modified since issued. Do not trust this document if any other symbol is displayed.




**Valid and certified**
Authenticity and integrity are verified
**TRUST**


**Error!**
Check internet connection
**DO NOT TRUST**


**Error!**
Authenticity and integrity not verified
**DO NOT TRUST**



### Attestation of the Registrar

This **Certified Electronic Diploma (CeDiploma)** acknowledged herein represents satisfactory completion or attainment of education as authorized by the institution identified.



This CeDiploma (credential) has legal standing, is non-repudiating, and can be validated through the institution's website to provide absolute confidence in the credential's authenticity.
Questions should be directed to apostille@pobox.upenn.edu.

CeDiploma: Trust then Verify

CeDiploma®, CeCredential Trust® and CeDiD® are Registered trademarks of CeCredential Trust.

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**US POSTAGE AND FEES PAID**
**GROUND ADVANTAGE IMI**
Aug 29 2025
Mailed from ZIP 19104
8 OZ GROUND ADVANTAGE RATE
ZONE 5
11876160
Commercial

063S0011485629

## USPS GROUND ADVANTAGE

Dylan Radley
16 Trevore Street
QUINCY MA 02171

C005 | 0001

Shipped using PostalMate
Pkg:8707

SHIP TO: United States District Court For Northern Distr
Clerk of Court
219 S Dearborn St
CHICAGO IL 60604

**USPS TRACKING #**

9400 1508 9956 3079 0706 35