# Exhibit A

**Angeion Determination on Docketed Appeals**

| | Claim Number | Name | Reason for Initial Denial | Angeion Determination | Notes (Where Applicable) | Deficiency Notice Type | Deficiency Notice Sent | Deficiency Notice Email Result | Mailed Deficiency Notice Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CCR007340 | Norma Margaret Moravec (nee Schwartz) | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 2 | CCR011118 | Danielle Hubein | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 3 | CCR012602 | Lela Farmer (nee Hippensteel) | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 4 | CCR018982 | Wilson Li | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 5 | CCR019525 | Gabrella Ehioghiren | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 6 | CCR021380 | Leo Stevens | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 7 | CCR023486 | Alexandra Nicolas | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 8 | CCR025931 | Luis Trueba | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 9 | CCR027292 | Rachel Maria Brown Talaska | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 10 | CTBU5001703 | Alexa Baggio | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 11 | CTBU5008171 | Diana Bass | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 12 | CTBU5162276 | David Moore | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 13 | CTBU5162545 | Douglas Pula | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 14 | CTBU5162735 | Brianne Gungoll | Documentation does not validate Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 15 | GRPP1249 | Daniel Liu | Documentation does not validate Class Period | Denial Reversed | | Mailed | 5/27/2025 | | Not returned to Angeion as undeliverable |
| 16 | CCR217664 | Eunice Lee | Documentation does not validate Defendant University or Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 17 | CTBU5105568 | Catherine Gabanic | Documentation does not validate Defendant University or Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 18 | GRPP1019 | Gabrielle Gross (nee Arondel) | Documentation does not validate name, Defendant University, or Class Period | Denial Reversed | | Emailed | 5/27/2025 | Opened | |
| 19 | CCR007735 | Yi Kyung Jin | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 20 | CCR011289 | Andy Guo | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 21 | CCR011442 | David Poarch | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 22 | CCR217285 | Kyle Deakins | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 23 | CCR218462 | Francisco Angel Banda | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 24 | CTBU1002226 | Lindsay Babbitt | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 25 | CTBU5003504 | Virginia Johnston White | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Opened | |
| 26 | CTBU5005277 | Rose Weinbaum | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 27 | CTBU5007057 | Emma Eckstein | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 28 | CTBU5007311 | Elizabeth Quinn | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 29 | CTBU5007923 | Robert Tattersall | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 30 | CTBU5008055 | John Goetz | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 31 | CTBU5158692 | Zane Glick | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Clicked | |
| 32 | CTDU1002570 | Aubrey Lynn Bonhivert | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 33 | CTDU1003720 | Isabella Caracta | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 34 | CTEU1009637 | Isabelle Bellott-McGrath | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 35 | CTND1004910 | Claire Kucela | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 36 | CTNW1003117-2 | Melanie Wang | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 37 | CTNW1021351 | Julia Karten | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Opened | |
| 38 | CTNY1013022 | Mark Candido | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 39 | CTNY1017064 | Benjamin Gutschow | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 40 | CTNY1018764 | Zev McManus-Mendelowitz | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 41 | CTPA1005257 | Dylan Radley | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Opened | |
| 42 | CTUC1002324 | Lee Michael Solomon | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 43 | CTUC1008962 | Andrew Homere | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 44 | CTUC1014072 | Jack Stockert | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 45 | CTUC1014352 | Emily Ann Marie Walker Stockert | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 46 | CTVU1013537 | Sarah Norwood | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 47 | CTWM1005197 | Angel Miranda-Acosta | Documentation does not verify financial contribution | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |
| 48 | CTBU5158628 | Charity Quinonez (nee McCracken) | Documentation does not validate Defendant University or Class Period | Denial Reversed | | Emailed | 5/27/2025 | Delivered | |

| # | Claim ID | Name | Reason | Status | Notes | Method | Date | Delivery |
|---|---|---|---|---|---|---|---|---|
| 49 | CTNW1018557-1 | Angelica Joelle Moody | Documentation does not verify financial contribution | Denial Stands | Claim submitted by someone other than the noticed class member | Emailed | 5/27/2025 | Opened |
| 50 | CTBU5001331 | Wendy Francois | Documentation does not validate name | Denial Stands | Columbia transcript does not identify student name | Emailed | 5/27/2025 | Delivered |
| 51 | CTBU5005204 | Benjamin Elkins | Documentation does not validate name | Denial Stands | Yale transcript does not display name | Emailed | 5/27/2025 | Delivered |
| 52 | CTBU5156353 | Calvin Hon | Documentation does not validate name | Denial Stands | Penn transcript does not identify student name | Emailed | 5/27/2025 | Delivered |
| 53 | CTBU5157864 | Tiffany Zhang | Documentation does not validate name | Denial Stands | Transcript with no student name | Emailed | 5/27/2025 | Delivered |
| 54 | CTBU5163844 | Crystal Cooke | Documentation does not validate name | Denial Stands | Transcript with no student name | Emailed | 5/27/2025 | Delivered |
| 55 | GRPP1057 | Spenser Carter | Documentation does not validate name, Defendant University, or Class Period | Denial Stands | No documentation provided with hard copy claim form | Emailed | 5/27/2025 | Delivered |
| 56 | CCR014095 | Jonathan Chen | Documentation is missing, incomplete, or inadequate to establish eligibility | Denial Stands | Uploaded file corrupted | Emailed | 5/27/2025 | Delivered |
| 57 | CTCU1056666 | Alexandra Kosakoff | Documentation is missing, incomplete, or inadequate to establish eligibility | Denial Stands | Uploaded file corrupted | Emailed | 5/27/2025 | Delivered |
| 58 | CTWM1003241 | Haley Escamilla | Documentation is missing, incomplete, or inadequate to establish eligibility | Denial Stands | Uploaded file corrupted | Emailed | 5/27/2025 | Delivered |
| 59 | CCR003519 | William (Bill) Healy | Excluded Term (Spring 2003 before Class Period) | Denial Stands | Claimant only listed an excluded term on his claim form | | | |