**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sia Henry, et al.
                  Plaintiff,

v.                                    Case No.: 1:22−cv−00125
                                           Honorable Matthew F. Kennelly

Brown University, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on the request of settlement class counsel and review of the pertinent items the Clerk is directed to place the following docket items under seal: ECF Nos. 966; 971; 972; 978; 979; 981; 984; 989; 1002; 1018; and 1019. Settlement class counsel's response to any additional claim denials is to be filed by 10/10/2025. The Court acknowledges that some claim denials have already been addressed by settlement class counsel but intends to rule on all challenged denials at the same time. In addition settlement class counsel are directed to promptly serve their current response (dkt. 1032) upon those claimants whose denials class counsel are asking the Court to uphold; once this is done an appropriate certificate of service should be filed on the docket. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.