**FILED**

**SEP 16 2025** VD

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

To whom it may concern

I received a claim rejection notice for
**Case: HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.**

**CLAIM #: CCR025979-REJ**

My info is as follows

Barbara Jun
115 S 361st pl
Federal Way, WA 98003

The email states that i received a deficiency notice and a request for more information on May 2025, but I never received such communication via mail or email.

I spoke with XYZ on ABC to double check what the document might have looked like, but I never received the notice.

I also emailed and called on 8/27 and never got a reply back. (Included are screenshots of the emails)

Is it possible to get the notice to fill out? And / or get help regarding this issue?

Thank you.

Sincerely,

Barbara Jun



**17:54**

me Aug 27  Unsubscribe
to Claims

| From | Barbara Jun  jun.barb@gmail.com |
| To | Claims Administrator info@financialaidantitrustsettlement.com |
| Date | Aug 27, 2025 at 17:15 |

Hello

I never got a deficiency notice.

Could you please explain what that was? I filled out a form online but i never got any other communication other than that

Thank you!

Sincerely,

Barbara

...

568 Group v. Univ of...  Aug 27  Unsubscribe
to me

Your email (1775249) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

**17:54**

568 Group v. Univ of...  Aug 27  Unsubscribe
to me

Your email (1775249) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

me Aug 27  Unsubscribe
to Claims

Just to follow up on this - could you let me know what i should be looking for or what it looks like?

I am attaching a screenshot of the confirmation of submitting the form online

...

Available add-ons:

↩ Reply    ↪ Forward    ☺

↩ Reply    ↪ Forward    ☺

BARBARA JUN
115 S 361st PL
FEDERAL WAY, WA 98003

SEATTLE WA 980

10 SEP 2025 PM 2 L



RECEIVED

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT of ILLINOIS
CLERK of COURT
219 S. Dearborn Street
Chicago, IL 60604

60604-180099