**FILED**

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Amelia Calautti
809 S. Lamar Blvd, Apt 500
Austin, TX 78704
(914) 355 - 8183
acalautti11@gmail.com

September 7th, 2025

To Whom It May Concern,

I am writing to you to appeal the rejection of my claim for *Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*.

According to an email sent on August 27th, 2025, my claim, **#CTBU5002247-REJ**, was rejected due to a lack of response to a Deficiency Notice sent to me in May 2025. However, I have no records of ever receiving an email or mailed letter during May 2025 requesting additional information.

Due to never receiving a Deficiency Notice, I please request you review the decision on my claim for the *Henry, et al. v. Brown University et al.* Settlement. I was enrolled at an undergraduate program at Rice University from Fall 2017 to Spring 2021 and received financial and merit aid (that did not cover the entirety of my tuition) for all four years of my attendance, therefore qualifying me for this case.

If you require further information to validate my attendance, please do so by contacting the email or mailing a letter to the address included in the letterhead above.

Thank you for your consideration,

*Amelia Calautti*
Amelia Calautti

Amelia Calautti
809 S. Lamar Blvd
Apt 500
Austin, TX 78704



AUSTIN TX 787
RIO GRANDE DISTRICT
10 SEP 2025 AM 2 L

**RECEIVED**

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

**RECEIVED**

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-180099