**FILED**

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

To Whom It May Concern:

I am writing to formally petition the court to review my denied claim in the case *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125. My claim number is CTBU5006948-REJ for Matthew Yoder at address 1462 Mews Court, Columbus, OH 43212.

I did not receive the notice of deficiency that is referenced in the denial notice either in any form, electronic or otherwise. I am willing to provide whatever additional details counsel feels was missing from my completed form as it appears from their denial notice that my claim is valid apart from a missing response to a notice I never received.

A copy of this appeal has been sent to the Claims Administrator and Settlement Class Counsel.

Sincerely,

*Matthew J. Yoder*

Matthew Yoder

Yoder
1462 Mews Court
Columbus, OH 43212



COLUMBUS OH 430
11 SEP 2025 PM 2 L

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED
SEP 16 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT