**Samuel Yellowhorse Kesler**
826 Pine St, Apt. 1C
Philadelphia, PA, 19107
samuelkesler123@gmail.com
520-668-9265

**Date:** Tuesday, September 2nd, 2025

**Clerk of Court**
United States District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re: Appeal of Claim Rejection – HENRY, ET AL. V. BROWN UNIVERSITY, ET AL. Case No.: 1:22-cv-00125

**CLAIM #: CCR015976-REJ**

Dear Clerk of Court,

I am writing to formally appeal the rejection of my claim in the Henry, et al. v. Brown University, et al. class action settlement (Claim # CCR015976-REJ). According to the Claim Rejection Notice I received, my claim was rejected due to a failure to respond to a Deficiency Notice sent to me in May 2025. However, I never received this Deficiency Notice, and as such, I was not aware of any additional documentation or information needed to support my claim.

As per the instructions in the rejection notice, I am submitting this appeal in writing, which includes the necessary information:

1. **Case Name:** Henry, et al. v. Brown University, et al.
2. **Claim Number:** CCR015976-REJ
3. **My Name and Address:** Samuel Yellowhorse Kesler, 826 Pine St, Apt. 1C, Philadelphia, PA, 19107

Given that I did not receive the Deficiency Notice, I was unable to provide the requested documentation. I kindly request that my claim be reviewed again, and I am prepared to submit any additional documentation required to validate my claim.

Please let me know if any further information is needed, and I would appreciate your prompt attention to this matter. I have also sent copies of this appeal to the Claims Administrator and Settlement Class Counsel as outlined in the Claim Rejection Notice.

Thank you for your time and consideration.

Sincerely,
Samuel Yellowhorse Kesler

Sam Kesler
926 Pine St. Apt. 1C
Philadelphia, PA 19107

PHILADELPHIA PA 190
3 SEP 2025 PM 9 L
1775 2025
FREEDOM

VIA AIR MAIL

RECEIVED
SEP 18 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
for the Northern District of Illinois
Clerk of Court
219 S. Dearborn St.
Chicago, Ill. 60604