MR

FILED

SEP 18 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Derrick Arthur-Cudjoe
4915 Kirbywood St

Clinton, MD, 20735

**Aug 28, 2025**

Re: Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125
**Claim #: CTBU5162521-REJ**

**To the Clerk of Court:**

I am writing to appeal the rejection of my claim in the above-referenced matter.

The rejection letter states that my claim was denied because I "did not respond to the Deficiency Notice sent in May 2025." I respectfully submit that I never received this notice. Because I was unaware of any request for additional information or documentation, I was unable to respond within the allotted time.

I believe my claim is valid and falls within the Settlement Class Period. I kindly request that the Court review this matter and allow my claim to proceed.

Thank you for your consideration.

Sincerely,

*[signature]*

**Derrick Arthur-Cudjoe**

Derrick Athur
4915 Kirbywood st
Clinton, MD, 20735

CAPITAL DISTRICT 208
12 SEP 2025 PM 4 L
1775

US District Court of the Northern District of Illinois
Clerk of Court
219 S Dearborn street
Chicago, IL, 60604

RECEIVED
SEP 18 2025
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

60604-180099