**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, et al., individually and on behalf of all others similarly situated,<br><br>                                  Plaintiffs,<br><br>                                  v.<br><br>BROWN UNIVERSITY, et al.,<br><br>                                  Defendants. | No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR CORNELL UNIVERSITY DOE STUDENTS 1-10 (INTERESTED PARTIES)**

      Interested parties Cornell University Doe Students 1 -10 ("Students 1-10"), by and through their counsel Latham & Watkins LLP, move the Court to withdraw the appearances of attorney Sean M. Berkowitz as counsel for Students 1-10. In support of their motion, Students 1-10 state as follows:

      1.      On November 2, 2023, and January 17, 2024, Sean M. Berkowitz entered appearances as an attorney with Latham & Watkins LLP on behalf of Cornell University Students 1-9 and Cornell University Doe Student 10, respectively.

      2.      Students 1 to 10 will not be prejudiced if this motion is granted. They will continue to be represented by Eric R. Swibel of Latham & Watkins LLP, who has appeared on behalf of Students 1-10.

      3.      Accordingly, this withdrawal will not cause any delay or prejudice to any party or the Court.

2

**WHEREFORE**, Students 1-10 respectfully request that this Court grant leave to withdraw Sean M. Berkowitz's appearances as attorney of record for Students 1-10.

Date:  September 29, 2025

Respectfully submitted

/s/ Sean M. Berkowitz

Sean M. Berkowitz (ARDC No. 6209701)
Eric R. Swibel (ARDC No. 6297743)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com
eric.swibel@lw.com

*Attorneys for Cornell University Doe Students 1-10*