# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEOGUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125-MFK<br><br>Judge Matthew F. Kennelly |

**SUPPLEMENTAL DECLARATION OF TAYLOR ADESSA OF ANGEION GROUP LLC
<u>RE: DENIED CLAIMS AND APPEALS</u>**

I, Taylor Adessa, hereby declare the following pursuant to 28 U.S.C. §1746:

1. I am a Project Manager with Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this Action. I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. Pursuant to the Court's September 4, 2025, Order (ECF No. 959) and in accordance with the Allocation Plan Process (ECF No. 703-3), Angeion submits this supplemental declaration to provide an update on the completed secondary review of claims previously denied due to deficiencies, including those which were eligible to be appealed and those identified through quality assurance procedures.

## BACKGROUND

3. As described in the Adessa Declaration (ECF No. 1032-1) filed on September 15, 2025, at the direction of Settlement Class Counsel, Angeion initiated a comprehensive secondary review of all claims previously denied for insufficient documentation. This was done to ensure that claimants who did not appeal were properly classified in accordance with the eligibility criteria approved by the Court. If the documentation originally submitted was valid and timely, the claim was reinstated, regardless of whether the claimant appealed.

## RESULTS

4. Angeion completed its secondary review on September 24, 2025. In total, 3,035 claims were examined. Of these, 2,115 claims were determined to have sufficient documentation. Accordingly, these 2,115 their claims were reinstated. A total of 920 claims lacked sufficient documentation, thus their status remained as denied.

## APPEALS

5. As of October 10, 2025, Angeion has been notified of 195 docketed appeals[1] submitted in response to the rejection notices. Each appeal was reviewed in accordance with the procedures outlined in the Allocation Plan. As a result of the review, 154 of the appealed claims were reinstated, while 41 denials were upheld[2]. Angeion confirmed that 40 claims with upheld denials

---

[1] This figure represents appeals from 195 unique claimants. When including duplicate submissions from the same claimants, the total number of docketed appeals is 202.
[2] One of the upheld denials involves claimant A. Styk, who submitted two claims. The denial applies only to the duplicate submission; the other claim was approved and remains eligible for payment.

received a deficiency notice via email or mail on May 27, 2025[3]. A list of the docketed appeals with their corresponding review results is attached hereto as **Exhibit A**.

6. Angeion notified the 154 claimants with overturned denials that, upon further review, their claims have been deemed valid, timely, and accepted. Additionally, in accordance with the Court's September 16, 2025 Order (ECF No. 1033), Angeion sent a "Notice of Recommended Appeal Denial" letter via email and certified mail to the 11 claimants for whom Settlement Class Counsel requested that the Court uphold denial of their claims. This letter included Settlement Class Counsel's September 15, 2025 response (ECF No. 1032). A copy of the Notice of Recommended Appeal Denial is attached hereto as **Exhibit B**. Angeion will distribute the Notice of Recommended Appeal Denial to the remaining 30 appellants who have not been informed of the recommended denials.

## CONCLUSION

7. Following the comprehensive secondary review process, as of October 7, 2025, a total of 74,630 claims have been approved, 3,329 claims denied, and 61 claims withdrawn. Claimants who contacted Angeion directly and had their claim denial overturned have already been notified. Angeion will notify all remaining claimants with overturned denials by October 17, 2025. A summary of the secondary review results and overall claim totals is provided in the table below.

| Claim Status | Count |
| --- | --- |
| Approved | 72,515 |
| Approved after Secondary Review | 2,115 |
| Denied | 2,409 |
| Denied after Secondary Review | 920 |
| Withdrawn | 61 |
| **Total** | **78,020** |

---

[3] One claim was deemed ineligible for relating to an academic term outside the class period and was not issued a deficiency notice, as the defect was incurable. Instead, a rejection notice was sent with instructions on how to appeal the determination.

8. Angeion continues to monitor and evaluate any additional escalations in connection with denied claims to ensure fair and accurate resolution consistent with the Court's directives and the terms of the Settlement Agreements.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2025

*Taylor Adessa*
TAYLOR ADESSA