

October 9, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IL, EASTERN DIVISION
Henry, et al. v Brown University, et al.
Case No. 1:22-cv-00125

**FILED**

OCT 1 4 2025

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

MN

Hon. Matthew F. Kennelly,

My name is William Healy, 2033 W. St Paul Ave., Chicago IL 60647. My claim # is CCR003519-REJ.

I am appealing my rejection of my claim. Documentation from the Court states that I was one of 11 individuals whose claim was denied upon appeal. Nine of these individuals are listed as "email notice was successfully delivered to the email address on his claim form." No sentence regarding email delivery was associated with my denial.

On September 19, 2024, I made an error in completing and submitting my claim. I was a student at Georgetown University from Fall 2001-Spring 2005 when I graduated.

My response to question 2e should have indicated the period of the class action which started in Fall 2003-Feb 28, 2024. I erroneously marked academic term Spring semester 2003. However, with my initial claim I attached 7 files which validate my timely response. In section I. Angeion states they reviewed each claim manually for eligibility to ensure validity and reduce fraud.

I am clearly a member of the class. Angeion should have acknowledged this upon manual review of the claim. I apologize that in my enthusiasm for submitting the claim that I inadvertently made an error. I do not feel this error merits a denial from the court.

I was unaware of my error until I received an email dated 8/27/25 which rejected my status as a member of the lawsuit. I filed an immediate appeal to all the relevant parties. I now have received notice that in my appeal I did not respond to an April 3, 2025 claim deadline. I never received notice of this date. In the footnotes (#8) Angeion states there were no curable deficiencies yet I was provided with appeal instructions with my claim rejection letter.

Please consider that a student who received financial aid during their collegiate years may still be struggling financially. I know I am entitled to recourse in this matter before the courts. Thank you for your consideration.

*William Healy*

William Healy

Note: I am only enclosing materials relevant to my status as a Georgetown student.

## Fwd: [Request received] RE: Appellant Inquiry -- William Healy

From:  Bill Healy (billhealy3@gmail.com)

To:       healycpa@aol.com

Date:  Tuesday, October 7, 2025 at 09:52 AM CDT

---------- Forwarded message ---------
From: **568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com>
Date: Tue, Oct 7, 2025 at 9:25 AM
Subject: [Request received] RE: Appellant Inquiry -- William Healy
To: BillHealy3 <billhealy3@gmail.com>

*Auto Response does not reflect Case No. 1:22-cv-00125. No additional Correspondence received.*

Your email (2018189) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[Y1NLDN-RLD0K]

Appellant Inquiry  <info@financialaidantitrustsettlement.com>

AA  **B**  *I*  U̲  S̶  A̲  ✏  ⌘  🖼  ☺  ≡  ☰  ⫶≡  ≡⫶

To whom it may concern,
I am writing in regard to Henry, et al. v. Brown University ,et al.,
Case No. 1:22-cv-00125

I am one of eleven individuals whose claim has been denied on appeal.
The explanation is that the amended claim form falls substantially outside of an April 3,2025 claim deadline for additional informati

My initial claim enclosed all relevant documents as to my status as a student receiving financial aid. I checked a box which reflecte
Presumably this is where my error caused the claim to be denied as the relevant class was for Fall 2003-Feb2024.

The next communication I received was on August 2,2025. I was notified that my claim had been denied.
I filed an immediate appeal with all relevant courts.

The enclosed letter has only one box checked which states that my initial claim which was submitted included documentation outsid
I did not provide an explanation for missing a May 2025 request for additional information as that box was not checked by the claims

I never received a May 2025 notice regarding my class action request.

Please advise to whom I should send this request to review my rejection from the class based on my appeal.
I intend to respond by the October 10 deadline.

→ " Auto Response "only received.  Ref # 2018189
Citing 568 Grbupv. Univ of Chicago.

**Send**   ✎ Attach   GIF Add GIF   ▾ Add stationery   ᵛᵛ Spelling   ••• More

Fwd: Response to Appeal of Denied Claim 1950615

From: Bill Healy (billhealy3@gmail.com)

To: HEALYCPA@aol.com

Date: Friday, September 26, 2025 at 10:49 AM CDT

---------- Forwarded message ----------
From: **Do Not Reply** <support@angeion.zendesk.com>
Date: Fri, Sep 26, 2025 at 10:46 AM
Subject: Response to Appeal of Denied Claim 1950615
To: BillHealy3 <billhealy3@gmail.com>

This ticket was created on your behalf.

To add additional comments, reply to this email.

**HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.**
**NOTICE OF RECOMMENDED APPEAL DENIAL**

Claim ID: CCR003519

Dear William Healy,

Settlement Class Counsel and the Claims Administrator in the case *Henry v. Brown University*, 1:22-cv-00125 (N.D. Ill.), have reviewed your appeal of your claim rejection. After reviewing your appeal and your initial claim, the Claims Administrator and Settlement Class Counsel have recommended that the rejection of your claim be upheld.

At the direction of the Court, the Claims Administrator and Settlement Class Counsel are providing you with a copy of the briefing Settlement Class Counsel filed with the Court that discusses your appeal.

If you have any further questions, please contact the Claims Administrator at info@FinancialAidAntitrustSettlement.com with the subject line "Appellant Inquiry."

Sincerely,

Claims Administrator
www.FinancialAidAntitrustSettlement.com

[N1WJ07-9DV25]

 Dkt 1032 Response.pdf
350.5 kB

August 28, 2025

To Whom It May Concern,

I am writing in regard to **Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125.**

My name is **William Healy, 2033 W. St. Paul Ave., Chicago, IL 60647.**

My **Claim #** is **CCR003519-REJ.**

On 8/27/2025 I received an e-mail stating that I was rejected as a member of the lawsuit. I am writing to appeal my rejection.

**My reasons for appealing the rejection are as follows:**

- I was an undergraduate student at **Georgetown University** receiving financial aid in **Fall 2003, Spring 2004, Fall 2004, Spring 2005.** I have manually corrected my initial claim form to reflect the correct settlement claim period.Supporting documents are attached for those time periods.Other documentation before the settlement claim period are enclosed and marked Not Applicable so the claim mirrors the original submission.

- I now realize this settlement is for undergraduate enrollment and associated financial aid. I was a graduate student at **Northwestern University** twice during the settlement period – for a Master's degree in Education; and again for a Master's degree in Journalism.I previously submitted paperwork regarding my enrollment and am enclosing so that the claim mirrors the original submission. I understand that none of the documents regarding Northwestern are relevant to the class action settlement.

I look forward to hearing from you. Thanks for your attention to this matter.

Sincerely,

*Bill Healy*

William (Bill) Healy
2033 W. St. Paul Ave.
Chicago, IL 60647
billhealy3@gmail.com
708-214-1065

## APPEALS MAILED TO 5 PLACES

### Court

United States District Court for the Northern District of Illinois

Clerk of Court

219 S. Dearborn Street

Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

### Claims Administrator

Financial Aid Antitrust Settlements

Attn: Contestations

1650 Arch Street, Suite 2210

Philadelphia, PA 19103

### Settlement Class Counsel

Freedman Normand Friedland LLP

99 Park Avenue, Suite 1910

New York, NY 10016

*and*

### Settlement Class Counsel

Gilbert Litigators & Counselors, P.C.

11 Broadway, Suite 615

New York, NY 10004

*and*

## **Settlement Class Counsel**

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

 Gmail

Bill Healy <billhealy3@gmail.com>

---

**Notice of Rejected Claim in the Financial Aid Antitrust Settlement**
1 message

---

**Claims Administrator** <info@financialaidantitrustsettlement.com>
Reply-To: Claims Administrator <info@financialaidantitrustsettlement.com>
To: BillHealy3@gmail.com

Wed, Aug 27, 2025 at 3:21 PM

---

**HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.**

<u>CLAIM REJECTION NOTICE</u>

**CLAIM #: CCR003519-REJ**

William Healy

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

_____ You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected.**

_____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim.**

__X__ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

_____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

**Court**

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

### Claims Administrator

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

### Settlement Class Counsel

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

*and*
### Settlement Class Counsel

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

*and*
### Settlement Class Counsel

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com

Unsubscribe

 **Gmail**

Bill Healy <billhealy3@gmail.com>

## Claim Form Submitted in the Financial Aid Antitrust Settlement

**Confirmation Email** <Confirmation@financialaidantitrustsettlement.com>
To: BillHealy3@gmail.com

Thu, Sep 19, 2024 at 11:19 AM

Dear **William Healy,**

You have successfully submitted a Claim Form on September 19, 2024 at 11:18:48 A.M. Pacific Time.

YOUR CLAIM DETAILS
Submitted Claim ID: **CCR003519**
Confirmation Code: **5yan29P134Tm**

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

NAME AND CONTACT INFORMATION
First Name: **William**
Last Name: **Healy**
Street Address 1: **2033 W Saint Paul Ave**
Street Address 2:
City: **Chicago**
State: **IL**
Zip Code: **60647**
Country: **USA**
Email Address: **BillHealy3@gmail.com**
Phone Number: **708-214-1065**

ADDITIONAL FIELDS
Q2A. Georgetown University: **Yes**
Q2A. Northwestern University: **Yes**
Q2B. Need-Based Grants: **Yes**
Q2C. All Costs Covered: **No**
Q2D. U.S. Citizen or Permanent Resident: **Yes, for all**
Q2F. Officer or Trustee: **No**
Q2G. Employee Holding Any Titles: **No**
Q2H. Law Clerk: **No**
Q2I. Relative: **No**
Q2E. University 1: **Georgetown University**
Q2E. Academic Term 1: ~~Spring Semester~~ *FALL 2003 | SPRING 2004 | FALL 2004 | SPRING 2005*
Q2E. Year 1: **2003**

 *Updated*

File 1: **GU TUITION AWARDS.pdf** - GU Tuition
File 2: **BILLY GU TRANSCRIPT.pdf** - GU transcript
File 3: **BILLY GU TRANSCRIPT.pdf** - GU transcript
File 4: **GU TUITION STMTS.pdf** - GU tuition stmts
File 5: **9.26.06 TUITION DETAILS.pdf** - Statement
File 6: **4.6.07 NU $3068.00 VOUCHER.pdf** - Northwestern
File 7: **11.3.09 NU TUITION $5,082.00.pdf** - Northwestern 2nd masters

Signature: **William Healy**
Date: **9/19/2024 11:18:48**

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at:
Info@FinancialAidAntitrustSettlement.com.

Thank You,
Claims Administrator
Financial Aid Antitrust Settlement
www.FinancialAidAntitrustSettlement.com

***Georgetown University***
*Office of Student Financial Services*
*Box 571252 / G-19 Healy Hall*
*37th & 'O' Streets NW*
*Washington, DC 20057-1252*
*Phone 202-687-4547*
*Fax 202-687-6542*

**STUDENT COPY**

William Raymond Healy, Jr.
8539 Fir Street
Orland Park, IL 60462

July 02, 2003

Dear Mr. Healy:

The Office of Student Financial Services is pleased to inform you that you qualify for financial aid. We are estimating your total expenses to attend Georgetown for the 2003-2004 academic year to be $28674. Your total family contribution has been calculated as follows:

| Source | Amount |
|---|---|
| Student Contribution from Income | $ 1,700 |
| Student Contribution from Veteran's Benefits | 0 |
| Student Contribution from Assets | 114 |
| Parent Contribution | 6,380 |
| Other Resources | 0 |
| Total Family Contribution | $ 8,194 |

Please read the enclosed award information page(s).

On the enclosed copy, please indicate your intention to accept or decline each award: check the corresponding box(es), sign the statements on the back of the copy and return it to our office. Federal regulations require that you report all financial assistance you will receive for the academic year. If you are receiving assistance not listed below, please list the amount on the back of the copy you return to us.

| Source | | Fall 2003 | Spring 2004 | Accept | Decline |
|---|---|---|---|---|---|
| GU SCHOLARSHIP | *14980* | $ 7,490 | $ 7,490 | [ ] | [ ] |
| SUBSIDIZED FEDERAL STAFFORD LOAN | *5500* | $ 2,750 | $ 2,750 | [ ] | [ ] |
| | *20480* | *10240* | *10240* | | |

Please contact your Student Financial Services Counselor, Jason Noel, should you have any questions about this letter or any financial aid matter.

Sincerely,

*Theresa Torres*
Theresa Torres
Assistant Director

*This letter does not constitute an offer of admission or readmission.*

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    COL      UPPER    TT      JMN

*202.687.7100*                                    002797

GEORGETOWN UNIVERSITY                    STATEMENT OF ACCOUNT/CLASS SCHEDULE

PAYMENT PLAN INFORMATION: WWW.GEORGETOWN      BILLING DATE:   07-05-03
.EDU/FINAFF/STUDACCT. ACCEPT OR WAIVE         DUE DATE:       08-19-03
STUDENT HEALTH INSURANCE: WWW.GEORGETOWN
.EDU/STUDENT-AFFAIRS/INSURANCE.               AMOUNT DUE:       $0.00

                                              SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY. THANK YOU **

William Raymond Healy Jr.              ACCOUNT NUMBER: 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

8539 Fir Street                        NAME:  William Raymond Healy Jr.
ORLAND PARK IL 60462-1623

                                       AMOUNT ENCLOSED    $
PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 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      STUDENT NAME:  William Raymond Healy Jr SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
|      |       |             |         |         | 0.00 |
|      |       | PREVIOUS BALANCE |     |         |  |
| 07-05-03 | 11915 | GU / STUDY ABROAD | 8,559.00 |  |  |
|      |       | ACCOUNT BALANCE: |       |         | 8,559.00 |
|      |       | EST. FINANCIAL AID  10,157.50 |  |  |  |
|      | 83601 | GU SCHOLARSHIP |      | 7,490.00 |  |
|      | 88882 | SUBSIDIZED FEDERAL STAFFORD |  | 2,667.50 |  |
|      |       | CURRENT DUE: |        |         | 0.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG ROOM |
|--------|-------|----|-------|------|-------|-----|-----------|

Fall 2003

| Main Campus | | | Normal Academic Term | 08-27-03 to 12-05-03 | | | |
| SABR-415-01 | 0.00 | FT | GU/SYDNEY, AUSTRALIA | | | | |

0.00  Total Registered Hours

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORMID: 9042

003687

*Georgetown University*

STATEMENT OF ACCOUNT/CLASS SCHEDULE

THIS IS YOUR SPRING 2004 BILL.
NOTE:   PAYMENT IS NOW ACCEPTED BY
ELECTRONIC CHECK.   DETAILS: WWW.
GEORGETOWN.EDU/FINAFF/STUDACCT

| | |
|---|---|
| BILLING DATE: | 12-03-03 |
| DUE DATE: | 01-05-04 |
| AMOUNT DUE: | $0.00 |

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY.   THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 885751969

NAME:   William Raymond Healy Jr.

AMOUNT ENCLOSED   $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 885751969          STUDENT NAME:   William Raymond Healy Jr SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| 12-02-03 | 11915 | PREVIOUS BALANCE GU / STUDY ABROAD | 5,916.00 | | |
| | | ACCOUNT BALANCE: | | | 5,916.00 |
| | | EST FIN AID  10,157.50 | | | |
| | 83601 | GU SCHOLARSHIP | | 7,490.00 | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 2,667.50 | |
| | | CURRENT DUE: | | | 0.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL   202/687-7100 *OFF  of STUDENT ACCTS*

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG ROOM |
|---|---|---|---|---|---|---|---|
| Spring 2004 | | | | | | | |
| Main Campus | | | Normal Academic Term | 01-12-04 to 05-04-04 | | | |
| SABR-415-01 | 0.00 | FT | GU/SYDNEY, AUSTRALIA | | | | |
| | 0.00 | | Total Registered Hours | | | | |

GEORGETOWN UNIVERSITY,  STUDENT ACCOUNTS,  37TH & O ST., N.W.,  WASHINGTON, D.C.  20057

*FAX 202-687-1133  -7*

FORM45  #045

ACCOUNT NUMBER: 885751969          STUDENT NAME:   William Raymond Healy Jr SCHOOL:   COL

FALL 04

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 0.00 |
| 07-01-04 | 11112 | TUITION - UNDERGRAD (COL) | 14,904.00 | | |
| 07-01-04 | 25000 | YATES - MANDATORY STUDENT | 127.50 | | |
| 07-05-04 | 30100 | TOWNHOUSE RENT | 3,209.00 | | |
| 10-21-04 | 30110 | TOWNHOUSE WATER UTILITIES | 10.07 | | |
| 10-21-04 | 30111 | TOWNHOUSE GAS UTILITIES | 8.04 | | |
| 10-15-04 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 35.29 | | |
| 07-06-04 | 30120 | TOWNHOUSE SECURITY DEPOSIT *REFUNDED* | 500.00 | | |
| 07-01-04 | 40118 | STUDENT ACTIVITIES FEE - M/C | 50.00 | | |
| 08-24-04 | 83072 | RUBY GU SCHOLARSHIP | | 5,052.50 | |
| 08-24-04 | 83601 | GU SCHOLARSHIP | | 6,652.50 | |
| 08-24-04 | 88882 | FEDERAL SUB STAFFORD LOAN | | 2,667.50 | |
| 08-16-04 | 91302 | WEB PYMT - ELECTRONIC CHECK | | 4,418.00 | |

ACCOUNT BALANCE:                          53.40
CURRENT DUE:                              53.40

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL 202/687-7100

*pd Charles*
*ck # 9232*

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C. 20057

FORM/ID: 0002

000683

# GEORGETOWN UNIVERSITY

STATEMENT OF ACCOUNT/CLASS SCHEDULE

MAY 2005 GRADUATING STUDENTS YOUR DUE
DATE IS 5/13/05 IN ORDER TO RECEIVE
YOUR DIPLOMA & TRANSCRIPT AT GRADUATION.
ALL OTHER STUDENTS DUE DATE IS 5/27/05.

BILLING DATE:   04-30-05
DUE DATE        05-27-05

AMOUNT DUE:     $181.62

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.  ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 885751969

NAME:   William Raymond Healy Jr.

AMOUNT ENCLOSED   $ 18/62

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 885751969       STUDENT NAME:   William Raymond Healy Jr.  SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 98.48 |
| | ---- | UNBILLED ITEMS FROM PRIOR TERMS --- | | | |
| 12-14-04 | 30111 | TOWNHOUSE GAS UTILITIES | 18.15 | | |
| 12-16-04 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 24.08 | | |
| 12-03-04 | 40115 | GELARDIN FINE | 18.00 | | |
| 11-30-04 | 40155 | SERVICE CHARGE | 1.72 | | |
| 12-13-04 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 53.40 | |
| | | ---------- CURRENT TERM 05A ---------- | | | |
| 12-01-04 | 11110 | TUITION - UNDERGRAD (COL) | 14,904.00 | | |
| 12-01-04 | 25000 | YATES - MANDATORY STUDENT | 127.50 | | |
| 12-02-04 | 30100 | TOWNHOUSE RENT | 3,209.00 | | |
| 02-11-05 | 30110 | TOWNHOUSE WATER UTILITIES | 4.48 | | |
| 03-04-05 | 30110 | TOWNHOUSE WATER UTILITIES | 14.83 | | |
| 04-01-05 | 30110 | TOWNHOUSE WATER UTILITIES | 16.36 | | |
| 04-13-05 | 30110 | TOWNHOUSE WATER UTILITIES | 26.41 | | |
| 02-11-05 | 30111 | TOWNHOUSE GAS UTILITIES | 46.32 | | |
| 03-11-05 | 30111 | TOWNHOUSE GAS UTILITIES | 47.36 | | |
| 04-13-05 | 30111 | TOWNHOUSE GAS UTILITIES | 69.18 | | |
| 03-04-05 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 27.76 | | |
| 04-13-05 | 30112 | TOWNHOUSE ELECTRIC UTILITIES | 69.67 | | |
| 12-01-04 | 40118 | STUDENT ACTIVITIES FEE - M/C | 50.00 | | |
| 01-05-05 | 83072 | RUBY GU SCHOLARSHIP | | 5,052.50 | |
| 01-05-05 | 83601 | GU SCHOLARSHIP | | 6,652.50 | |
| 01-05-05 | 88882 | FEDERAL SUB/STAFFORD LOAN | | 2,687.50 | |
| 03-29-05 | 91003 | PAYMENT | | 140.75 | |
| 01-10-05 | 91302 | WEB PYMT - ELECTRONIC CHECK | | 4,023.03 | |

ACCOUNT BALANCE:                    181.62
CURRENT DUE:                        181.62

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C. 20057

FORMID: 6042

*P 2 SUPPORTS GEORGETOWN ENROLLMENT*
*FALL 2003 / SPRING '04 STUDY ABROAD*
*FALL 2004 / SPRING 05*

Access+ - Unofficial Transcript                                        Page 1 of 2

Georgetown University                                                   Access+

# Student Services

# Unofficial transcript

*PAGE 1 FOR REFERENCE ONLY*

## Healy, William Raymond, Jr.

```
Degrees Awarded:           May 21, 2005
  Bachelor of Arts
    Georgetown University      DC
    Major:    Sociology, with concentration
              in Social Justice Analysis
    Minor:    English
    Rank:     440 of 871
    Cum QPI: 3.481
Entering Program:
  Georgetown College
    Bachelor of Arts
    Undeclared
-----------------Fall 2001-----------------
ENGL-011  CRITICAL READING & WRITING    A    3    12.00
HIST-033  EURO CIV:VAL/AUTHORITY/CONFLICT
                                        B+   3    9.99
MATH-007  INTRO: MATHEMATICAL MODELING  B    3    9.00
PHIL-001  INTRO TO PHILOSOPHY           A    3    12.00
SOCI-001  INTRODUCTION TO SOCIOLOGY     B+   3    9.99
Transfer Credit:
  Advanced Placement
  ENGLISH I                                  3
  ENGLISH II                                 3
  U. S. HISTORY TO 1865                      3
  U. S. HISTORY SINCE 1865                   3
          School Total:                     12
  Dean's List
-----------------Spring 2002-----------------
ENGL-254  COMM TUTORING:SURSUM CORDA    A-   3    11.01
FREN-011  INTENSIVE BASIC FRENCH        B+   6    19.98
HIST-034  EURO CIV:VALUES/AUTHOR/CONFLICT
                                        B-   3    8.01
PHYS-010  THE WAY THINGS WORK           B    3    9.00
Program Changed To:
  Sociology
-----------------Fall 2002-----------------
FREN-032  INTENSIVE INTERMEDIATE FRENCH B    6    18.00
SOCI-137  THE CONTEMPORARY CITY         A-   4    14.68
SOCI-201  METHODS OF SOCIAL RESEARCH    A    3    12.00
THEO-001  THE PROBLEM OF GOD            A-   3    11.01
-----------------Spring 2003-----------------
ENGL-105  INTRODUCTION TO WRITING       B+   3    9.99
```

*CONTINUED*

Access+ - Unofficial Transcript                                    Page 2 of 2

*HEALY, WILLIAM RAYMOND, JR.*

| Course | Title | Grade | Credit | Points |
|---|---|---|---|---|
| FREN-101 | ADVANCED FRENCH I | C | 3 | 6.00 |
| SOCI-203 | SOCIAL STATISTICS | A | 3 | 12.00 |
| SOCI-205 | SOC JUSTICE ANAL:THEORY/PRACT | A | 4 | 16.00 |
| THEO-064 | BUDDHISM & SOCIAL ACTION | A- | 3 | 11.01 |

-----------------Fall 2003----------------------
GU/UNIV OF SYDNEY, AUSTRALIA
Literature of Travel &
  Discovery          71(CREDIT)    5
Comparative Sociology of
  Welfare States   76(DISTINCTION)  5
Indigenous Australia   68(CREDIT)   5
        School Total:          15
----------------Spring 2004----------------------
GU/UNIV OF SYDNEY, AUSTRALIA
Modern Australian Art & Cinema
                   81(DISTINCTION)  5
20th Century Literature:
  Modernism          71(CREDIT)    5
Social Construction of
  Difference         70(CREDIT)    5
        School Total:          15
-----------------Fall 2004----------------------

| Course | Title | Grade | Credit | Points |
|---|---|---|---|---|
| ENGL-261 | 20TH C AMERICAN POETRY | B+ | 3 | 9.99 |
| JUPS-123 | INTRO TO JUSTICE & PEACE | A- | 3 | 11.01 |
| PHIL-106 | ETHICS & PUBLIC POLICY | B | 3 | 9.00 |
| SOCI-202 | SOCIOLOGICAL THEORY | B+ | 3 | 9.99 |
| SOCI-437 | PROJECT DC:URBAN RES INTERNSHIP | A | 4 | 16.00 |

----------------Spring 2005----------------------

| Course | Title | Grade | Credit | Points |
|---|---|---|---|---|
| ARTM-030 | INTRO TO FILM MUSIC | B+ | 3 | 9.99 |
| ENGL-344 | ADVANCED NON-FICTION WORKSHOP | A- | 4 | 14.68 |
| MARK-234 | NON-PROFIT MARKETING | A | 3 | 12.00 |
| SOCI-438 | PROJ DC II:URBAN RES INTERNSHIP | A | 4 | 16.00 |

          Second Honors
          EHRS    QHRS    QPTS    QPI
Current    14      14    52.67   3.762
Cumulative 134     92   320.33   3.481
     Requirements completed for Bachelor of Arts
-------------End of Undergraduate Record-----------------

---

*If the information shown on this screen is incorrect, contact your registrar's office.
We welcome your feedback and comments; please take the time to fill out our user survey.*

*PREVIOUSLY SUBMITTED / NOT APPLICABLE*

**Georgetown University**
*Office of Student Financial Services*
*Box 571252 / G-19 Healy Hall*
*37th & 'O' Streets NW*
*Washington, DC 20057-1252*
*Phone 202-687-4547*
*Fax 202-687-6542*

**STUDENT COPY**

William Raymond Healy, Jr.
8539 Fir Street
Orland Park, IL 60462

**REVISED**

May 25, 2001

Dear Mr. Healy:

The Office of Student Financial Services is pleased to inform you that you qualify for financial aid. We are estimating your total expenses to attend Georgetown for the 2001-2002 academic year to be $37414. Your total family contribution has been calculated as follows:

| Source | Amount |
|---|---|
| Student Contribution from Income | $ 0 |
| Student Contribution from Veteran's Benefits | 0 |
| Student Contribution from Assets | 123 |
| Parent Contribution | 6,850 |
| Other Resources | 0 |
| Total Family Contribution | $ 6,973 |

Please read the enclosed award information page(s).

On the enclosed copy, please indicate your intention to accept or decline each award: check the corresponding box(es), sign the statements on the back of the copy and return it to our office. Federal regulations require that you report all financial assistance you will receive for the academic year. If you are receiving assistance not listed below, please list the amount on the back of the copy you return to us.

| Source | Fall 2001 | Spring 2002 | Accept | Decline |
|---|---|---|---|---|
| GEORGETOWN SCHOLARSHIP | $ 11,710 | $ 11,710 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $ 1,250 | $ 1,250 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $ 250 | $ 250 | [X] | [ ] |
| ESTIMATED OUTSIDE GRANT | $ 1,000 | $ 1,000 | [X] | [ ] |
| SUBSIDIZED FEDERAL STAFFORD LOAN | $ 1,010 | $ 1,011 | [X] | [ ] |
| UNSUBSIDIZED FEDERAL STAFFORD LOAN | $ 302 | $ 302 | [ ] | [X] |

To reserve a place in your class you must submit an enrollment deposit to the Office of Undergraduate Admissions. Based upon your family's ability to contribute to your Georgetown education, the amount of your deposit is $900. Please contact your Student Financial Services Counselor, James Stradnick, should you have any questions about this letter or any financial aid matter.

Sincerely,

*Theresa Torres*
Theresa Torres
Assistant Director

*This letter does not constitute an offer of admission or readmission.*

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   COL   FRTR   TT   JMS

*PREVIOUSLY SUBMITTED / NOT APPLICABLE*

001788

## Georgetown University

### STATEMENT OF ACCOUNT/CLASS SCHEDULE

PLEASE REMIT PAYMENT BY DUE DATE
LISTED ON BILL. ADDITIONAL SERVICE
FEES WILL BE ASSESSED IF NOT PAID BY
THE DUE DATE ON THE BILL.

| BILLING DATE: | 09-30-01 |
|---|---|
| DUE DATE: | 10-27-01 |
| AMOUNT DUE: | $0.00 |

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.   ENCLOSE LETTER OF INQUIRY.   THANK YOU **

William Raymond Healy Jr.

8539 Fir Street
ORLAND PARK IL 60462-1623

ACCOUNT NUMBER: 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

NAME:   William Raymond Healy Jr.

AMOUNT ENCLOSED      $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER: 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      STUDENT NAME:   William Raymond Healy Jr   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | 0.00 |
| 07-03-01 | 11110 | TUITION - UNDERGRAD (COL) | 12,576.00 | | |
| 07-10-01 | 25000 | YATES - MANDATORY STUDENT | 111.50 | | |
| 07-03-01 | 30020 | VILLAGE C | 3,024.00 | | |
| 07-06-01 | 35020 | 14 MEAL DUAL CARD | 1,545.00 | | |
| 07-08-01 | 36000 | ORIENTATION | 150.00 | | |
| 07-03-01 | 40078 | TRANSCRIPT ONE-TIME FEE | 30.00 | | |
| 08-30-01 | 40118 | STUDENT ACTIVITIES FEE - M/C | 25.00 | | |
| 07-03-01 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| 09-21-01 | 83072 | RUBY FNDN | | 5,183.00 | |
| 08-21-01 | 83601 | GEORGETOWN SCHOLARSHIP | | 11,710.00 | |
| 09-21-01 | 83601 | GEORGETOWN SCHOLARSHIP | 5,183.00 | | |
| 08-21-01 | 83728 | OUTSIDE GRANT #2 REC'D | | 250.00 | |
| 08-21-01 | 83729 | OUTSIDE GRANT #3 REC'D | | 1,000.00 | |
| 08-21-01 | 83792 | OUTSIDE GRANT #1 REC'D | | 1,250.00 | |
| 08-22-01 | 91003 | PAYMENT | | 1,434.80 | |
| 04-27-01 | 91040 | PAYMENT - DEPOSIT UNDERGRAD | | 900.00 | |

ACCOUNT BALANCE:                              954.70
EST. FINANCIAL AID    1,272.64

| 88882 | SUBSIDIZED FEDERAL STAFFORD | | 979.70 | |
| 88887 | FEDERAL UNSUB STAFFORD LOAN | | 292.94 | |

CURRENT DUE:                                       0.00

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL 202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|---|---|---|---|---|---|---|---|---|
| Fall 2001 | | | | | | | | |
| ENGL-011-06 | 3.00 | | CRITICAL READING & WRITIN | M | 02:15PM-03:05PM | | WAL | 494B |
| | | | | TR | 02:15PM-03:05PM | | WGR | 213 |
| HIST-033-08 | 3.00 | | EURO CIV:VAL/AUTHORITY/CO | MWF | 12:15PM-01:05PM | | WGR | 201A |
| MATH-007-02 | 3.00 | | INTRO: MATHEMATICAL MODEL | MWF | 01:15PM-02:05PM | | REI | 112 |
| PHIL-001-06 | 3.00 | | INTRO TO PHILOSOPHY | MW | 11:15AM-12:05PM | | ICC | AUD |
| | | | | F | 09:15AM-10:05AM | | WAL | 403 |
| SOCI-001-02 | 3.00 | | INTRODUCTION TO SOCIOLOGY | TR | 08:50AM-10:05AM | | ICC | 107 |

15.00  Total Registered Hours

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORMID: 8042

*PREVIOUSLY SUBMITTED /NOT APPLICABLE*

ACCOUNT NUMBER: 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     STUDENT NAME: William Raymond Healy Jr  SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | 25.00CR |
| 12-02-01 | 11110 | TUITION - UNDERGRAD (COL) | 12,576.00 | | |
| 12-05-01 | 21074 | LANGUAGE FEE | 50.00 | | |
| 12-03-01 | 25000 | YATES - MANDATORY STUDENT | 111.50 | | |
| 12-05-01 | 30020 | VILLAGE C | 3,024.00 | | |
| 12-06-01 | 35020 | 14 MEAL DUAL CARD | 1,545.00 | | |
| 12-02-01 | 40118 | STUDENT ACTIVITIES FEE - M/C | 25.00 | | |
| 12-05-01 | 4120B | HOYANET LINE CHARGE | 38.00 | | |
| | | ACCOUNT BALANCE: | | | 17,344.50 |
| | | EST. FINANCIAL AID  15,483.61 | | | |
| | 83072 | RUBY FNDN | | 5,183.00 | |
| | 83601 | GEORGETOWN SCHOLARSHIP | | 6,527.00 | |
| | 83728 | OUTSIDE GRANT #2 REC'D | | 250.00 | |
| | 83729 | OUTSIDE GRANT #3 REC'D | | 1,000.00 | |
| | 83792 | OUTSIDE GRANT #1 REC'D | | 1,250.00 | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 980.67 | |
| | 88887 | FEDERAL UNSUB STAFFORD LOAN *DO NOT WANT* | | 292.94 | |
| | | CURRENT DUE: | | | 1,860.89 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|---|---|---|---|---|---|---|---|---|
| Spring 2002 | | | | | | | | |
| ENGL-254-01 | 3.00 | | COMM TUTORING:SURSUM CORD | TR | 04:15PM-05:30PM | | WAL | 394 |
| FREN-011-01 | 6.00 | | INTENSIVE BASIC FRENCH | MWF | 09:15AM-10:05AM | | ICC | 217A |
| | | | | TR | 09:15AM-10:05AM | | ICC | 209A |
| | | | | T | 10:15AM-11:05AM | | ICC | 209A |
| HIST-034-08 | 3.00 | | EURO CIV:VALUES/AUTHOR/CO | MW | 12:15PM-01:05PM | | ICC | 103 |
| | | | | F | 12:15PM-01:05PM | | ICC | 103 |
| PHYS-010-01 | 3.00 | | THE WAY THINGS WORK | MWF | 03:15PM-04:05PM | | REI | 103 |
| | 15.00 | | Total Registered Hours | | | | | |

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C. 20057

*PREVIOUSLY SUBMITTED / NOT APPLICABLE*

**STUDENT COPY**

**Georgetown University**
*Office of Student Financial Services*
*Box 571252 / G-19 Healy Hall*
*37th & 'O' Streets NW*
*Washington, DC 20057-1252*
*Phone 202-687-4547*
*Fax 202-687-6542*

July 09, 2002

William Raymond Healy, Jr.
8539 Fir Street
Orland Park, IL 60462

Dear Mr. Healy:

The Office of Student Financial Services is pleased to inform you that you qualify for financial aid. We are estimating your total expenses to attend Georgetown for the 2002-2003 academic year to be $39050. Your total family contribution has been calculated as follows:

| Source | Amount |
|---|---|
| Student Contribution from Income | $ 1,600 |
| Student Contribution from Veteran's Benefits | 0 |
| Student Contribution from Assets | 193 |
| Parent Contribution | 8,177 |
| Other Resources | 0 |
| **Total Family Contribution** | **$ 9,970** |

Please read the enclosed award information page(s).

On the enclosed copy, please indicate your intention to accept or decline each award: check the corresponding box(es), sign the statements on the back of the copy and return it to our office. Federal regulations require that you report all financial assistance you will receive for the academic year. If you are receiving assistance not listed below, please list the amount on the back of the copy you return to us.

| Source | Fall 2002 | Spring 2003 | Accept | Decline |
|---|---|---|---|---|
| GEORGETOWN SCHOLARSHIP | $ 11,190 | $ 11,190 | [X] | [ ] |
| SUBSIDIZED FEDERAL STAFFORD LOAN | $ 1,750 | $ 1,750 | [X] | [ ] |
| FEDERAL WORK STUDY (FWS) | $ 1,600 | $ 1,600 | [X] | [ ] |

Please contact your Student Financial Services Counselor, Jason Noel, should you have any questions about this letter or any financial aid matter.

Sincerely,

*Theresa Torres*

Theresa Torres
Assistant Director

*This letter does not constitute an offer of admission or readmission.*       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   COL      UPPER   TT      JMN

*PREVIOUSLY SUBMITTED / NOT APPLICA*

001233

GEORGETOWN UNIVERSITY                    STATEMENT OF ACCOUNT/CLASS SCHEDULE

| | |
|---|---|
| PLEASE REVIEW YOUR FALL 2002 BILL.<br>PAYMENT OF THIS INVOICE IS DUE<br>SEPTEMBER 27, 2002. IF YOU HAVE<br>ANY QUESTIONS - 202/687-7100. | BILLING DATE:   09-03-02<br>DUE DATE:        09-27-02<br><br>AMOUNT DUE:     $1,127.00 |

SC: 91002

** DO NOT WRITE ON THIS PORTION OF THE BILL.  ENCLOSE LETTER OF INQUIRY.  THANK YOU **

William Raymond Healy Jr.          ACCOUNT NUMBER:  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

8539 Fir Street                    NAME:  William Raymond Healy Jr.
ORLAND PARK IL 60462-1623

AMOUNT ENCLOSED        $

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE.

ACCOUNT NUMBER:  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     STUDENT NAME:   William Raymond Healy Jr. SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | 0.00 |
| | | ---- UNBILLED ITEMS FROM PRIOR TERMS --- | | | |
| 06-27-02 | 34090 | COMMUNITY TRASH REMOVAL | 12.77 | | |
| | | ---------- CURRENT TERM 02C ---------- | | | |
| 07-01-02 | 11110 | TUITION - UNDERGRAD (COL) | 13,272.00 | | |
| 07-01-02 | 21074 | LANGUAGE FEE | 50.00 | | |
| 07-01-02 | 25000 | YATES - MANDATORY STUDENT | 117.00 | | |
| 07-01-02 | 25006 | STUDENT HEALTH INSURANCE | 1,127.00 | | |
| 07-01-02 | 30010 | DARNALL HALL | 3,145.00 | | |
| 08-16-02 | 35015 | 14 MEAL PLAN | 1,470.00 | | |
| 08-16-02 | 35040 | BOARD - MUNCH MONEY | 200.00 | | |
| 07-01-02 | 40118 | STUDENT ACTIVITIES FEE - M/C | 37.50 | | |
| 07-01-02 | 41206 | HOYANET LINE CHARGE | 38.00 | | |
| 08-20-02 | 83601 | GU SCHOLARSHIP | | 11,190.00 | |
| 08-20-02 | 88882 | FEDERAL SUB STAFFORD LOAN | | 1,697.50 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 1,470.00 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 3,784.77 | |
| 08-21-02 | 91080 | PYMT-LOCKBOX RIGGS BANK | | 200.00 | |

ACCOUNT BALANCE:                                      1,127.00
CURRENT DUE:                                         1,127.00

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL  202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|---|---|---|---|---|---|---|---|---|
| **Fall 2002** | | | | | | | | |
| Main Campus | | | Normal Academic Term   08-28-02 to 12-06-02 | | | | | |
| FREN-032-02 | 6.00 | | INTENSIVE INTERMEDIATE FR | MWF | 12:15PM-01:05PM | | ICC | 208B |
| | | | | TR | 12:15PM-01:05PM | | ICC | 217B |
| | | | | R | 11:15AM-01:05PM | | ICC | 223A |
| SOCI-137-02 | 4.00 | | THE CONTEMPORARY CITY | TR | 02:40PM-03:55PM | | MAG | 105 |
| | | | | T | 04:15PM-06:00PM | | MAG | 101 |
| SOCI-201-02 | 3.00 | | METHODS OF SOCIAL RESEARC | WF | 10:15AM-11:30AM | | ICC | 118 |
| THEO-001-07 | 3.00 | | THE PROBLEM OF GOD | TR | 01:15PM-02:05PM | | WAL | 398 |
| | | | | F | 01:15PM-02:05PM | | MAG | 101 |

16.00  Total Registered Hours

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C.  20057

FORMID: 6042

*PREVIOUSLY SUBMITTED / NOT APPLICABLE*

ACCOUNT NUMBER: 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     STUDENT NAME:   William Raymond Healy Jr   SCHOOL:   COL

| DATE | SUBCD | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------|-------------|---------|---------|---------|
| | | PREVIOUS BALANCE | | | 0.00 |
| 12-03-02 | 11110 | TUITION - UNDERGRAD (COL) | 13,272.00 | | |
| 12-03-02 | 21074 | LANGUAGE FEE | 50.00 | | |
| 12-03-02 | 25000 | YATES - MANDATORY STUDENT | 117.00 | | |
| 12-03-02 | 30010 | DARNALL HALL | 3,145.00 | | |
| 12-03-02 | 35050 | 10 MEAL PLAN | 1,283.00 | | |
| 12-03-02 | 40118 | STUDENT ACTIVITIES FEE - M/C | 37.50 | | |
| 12-03-02 | 41208 | HOYANET LINE CHARGE | 38.00 | | |

ACCOUNT BALANCE:                                    17,942.50
EST. FINANCIAL AID   12,887.50

| | | | | | |
|---|---|---|---|---|---|
| | 83072 | RUBY GU SCHOLARSHIP | | 5,412.50 | |
| | 83601 | GU SCHOLARSHIP | | 5,777.50 | |
| | 88882 | SUBSIDIZED FEDERAL STAFFORD | | 1,697.50 | |
| | | CURRENT DUE: | | | 5,055.00 |

FOR ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL   202/687-7100

FOR QUESTIONS CONCERNING YOUR CLASS SCHEDULE, CONTACT THE OFFICE OF THE REGISTRAR

| COURSE | HOURS | GT | TITLE | DAYS | BEGIN | END | BLDG | ROOM |
|--------|-------|----|-------|------|-------|-----|------|------|
| Spring 2003 | | | | | | | | |
| Main Campus | | | Normal Academic Term | 01-08-03 to 04-29-03 | | | | |
| ENGL-105-01 | 3.00 | | INTRODUCTION TO WRITING | TR | 08:50AM-10:05AM | | ICC | 213 |
| FREN-101-02 | 3.00 | | ADVANCED FRENCH I | MWF | 02:15PM-03:05PM | | ICC | 207B |
| SOCI-203-01 | 3.00 | | SOCIAL STATISTICS | W | 10:15AM-11:30AM | | ICC | 108 |
| | | | | F | 10:15AM-11:30AM | | STM | G40 |
| SOCI-205-01 | 4.00 | | SOC JUSTICE ANAL:THEORY/P | TR | 11:40AM-12:55PM | | REI | 112 |
| THEO-064-01 | 3.00 | | BUDDHISM & SOCIAL ACTION | MW | 11:40AM-12:55PM | | WAL | 492 |
| | 16.00 | | Total Registered Hours | | | | | |

GEORGETOWN UNIVERSITY, STUDENT ACCOUNTS, 37TH & O ST., N.W., WASHINGTON, D.C. 20057

FORM IDT 8042

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00125 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**SETTLEMENT CLASS COUNSEL'S RESPONSE TO THE COURT'S SEPTEMBER 4, 2025 ORDER, STATUS REPORT REGARDING THE ALLOCATION PLAN PROCESS, MOTION TO UPHOLD CERTAIN CLAIM DENIALS, AND MOTION TO SEAL**

In response to the Court's September 4, 2025 Order (ECF No. 959) directing Settlement Class Counsel to respond to two claimants' appeals, this notice will apprise the Court about the status of the claims approval process for the Class settlements with Brown University, University of Chicago, Columbia University, Dartmouth College, Duke University, Emory University,

Northwestern University, Rice University, Vanderbilt University, and Yale University (collectively, the "First Ten Settlements"). Further, this report will address the 59 appeals of claim denials filed with this Court through September 14, 2025, including the appeals of Charity Quinonez and Elizabeth Quinn, whom the Court specifically asked Class Counsel to address. In short, as detailed below, due to processing errors by the Claims Administrator, the Claims Administrator denied approximately 1,600 claims that should not have been denied.[1] The Claims Administrator has reversed those mistaken denials and notified the claimants of the reversal and that their Claims are valid. The Court need not act further with respect to these claims.

In addition to the mistaken denials that have been reversed, the Claims Administrator appropriately denied several claims. Settlement Class Counsel thus, as detailed below, request that the Court deny the appeals to this Court of 11 claimants whose claims were facially deficient.

Further, Settlement Class Counsel move to seal certain documents some of the claimants have provided to this Court because such documents contain sensitive personal information.

Finally, September 18, 2025 is the postmark deadline for appeals concerning the First Ten Settlements. *See* Sept. 15, 2025 Decl. of T. Adessa ("Adessa Decl.") ¶ 9. Accordingly, Settlement Class Counsel request an October 10, 2025 deadline to respond to any and all additional appeals of claim denials.

---

[1] The additional review of denied claims, as described *infra*, is ongoing. *See* Sept. 15, 2025 Decl. of T. Adessa ("Adessa Decl.") ¶ 13.

1

## I.    Status of Allocation Plan Process Implementation

Since the April 3, 2025 deadline for filing claims,[2] the Court-appointed Settlement

Claims Administrator (Angeion) has been diligently processing claims submitted by purported

members of the Settlement Class. *See* Adessa Decl. ¶ 3. Out of approximately 200,000 Class

members, more than 78,000 have submitted claims by the deadline. *See id.* Under the Court-

approved Allocation Plan Process, to submit a valid claim, claimants were required to provide

documentation indicating that they attended a Defendant University[3] during the Class Period.[4]

*See* ECF No. 703-3. The Court-approved Claim Form explained that examples of acceptable

proof could include: "(1) a transcript showing your attendance at a Defendant University during

the Class Period; (2) a diploma showing your graduation from a Defendant University during the

Class Period; (3) a copy of a student ID with a date indicating it was issued during the Class

Period; (4) a receipt of payment of tuition, room, board, and/or fees to a Defendant University

during the Class Period; or (5) your financial aid award letter from a Defendant University

during the Class Period." ECF No. 713. Angeion reviewed each claim manually for eligibility to

---

[2] Given the volume of requests to accommodate late claims, Settlement Class Counsel requested that this Court extend the claims filing deadline December 17, 2024 to April 3, 2025. *See* ECF Nos. 793, 820. The Court granted this request. *See* ECF No. 825.
[3] The "Defendant Universities" are Brown University ("Brown"), California Institute of Technology ("Caltech"), University of Chicago ("Chicago"), The Trustees of Columbia University in the City of New York ("Columbia"), Cornell University ("Cornell"), Trustees of Dartmouth College ("Dartmouth"), Duke University ("Duke"), Emory University ("Emory"), Georgetown University ("Georgetown"), The Johns Hopkins University ("Johns Hopkins"), Massachusetts Institute of Technology ("MIT"), Northwestern University (Northwestern"), University of Notre Dame Du Lac ("Notre Dame"), The Trustees of the University of Pennsylvania ("Penn"), William Marsh Rice University ("Rice"), Vanderbilt University ("Vanderbilt"), and Yale University ("Yale").
[4] Pursuant to the Final Approval Order (ECF No. 726), the Class Period is defined by Defendant University as follows:

    i.   For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt—from Fall Term 2003 through February 28, 2024.
    ii.   For Brown, Dartmouth, Emory—from Fall Term 2004 through February 28, 2024.
    iii.   For Caltech—from Fall Term 2019 through February 28, 2024.
    iv.   For Johns Hopkins—from Fall Term 2021 through February 28, 2024.

ensure validity and reduce the risk of fraud. *Id.* The Settlement Claims Administrator identified

3,876 (or approximately 5% of) claims as containing deficiencies. Adessa Decl. ¶ 3. In these

cases, the claimant either completed the form in a manner indicating that he or she was not a

member of the Class, failed to submit documentation demonstrating attendance at a Defendant .

University during the Class Period, and/or attached documentation inconsistent with class

membership (for instance, attaching a financial aid award letter indicating he or she received a

full-ride scholarship). *Id.*

     For each submitted claim with a curable deficiency, the Settlement Claims Administrator

contacted the claimant, notifying him or her of the deficiency and providing an opportunity for

the claimant to cure the deficiency by June 26, 2025. *See id.* ¶ 4. In 803 cases, the claimants

successfully cured the deficiency by providing additional documentation. *Id.* ¶ 8. However, in

3,030 cases, the claimants did not respond to the deficiency letter by the deadline. *Id.* Pursuant to

the Allocation Plan Process, each claimant who failed to respond to the deficiency letter or

whose claim was incurably deficient was provided a rejection letter on August 27, 2025. *See*

ECF No. 703-3 ¶ 16; Adessa Decl. ¶ 9. Consistent with the Allocation Plan Process approved by

the Court, *see* ECF No. 703-3 ¶ 17, each rejection letter contained instructions for submitting an

appeal to the Court by mailing an appeal with a postmark date no later than September 18, 2025,

Adessa Decl. ¶ 9.

     Following distribution of the rejection letters, several claimants contacted Settlement

Class Counsel and the Settlement Claims Administrator. Moreover, as of September 14, 2025, 59

claimants filed appeals with this Court pursuant to the process outlined in their claim rejection

letters. *See id.* Upon review of the appeals and other inquiries, the Claims Administrator has

determined it made a systemic error in processing claims, specifically those claims in which

3

claimants attached diplomas in Latin as proof of class membership. Adessa Decl. ¶ 10. As a result of misreading the Latin diplomas, it turns out that Angeion erroneously flagged approximately 345 claimants who had submitted valid, timely claims as deficient. *Id.*

In order to address the error in processing Latin diplomas (and any other similar errors), Settlement Class Counsel instructed the Settlement Claims Administrator to do a complete review of all rejected claims. *Id.* ¶ 11. If any claim is deemed to have been valid and timely at the time it was initially submitted, the Claims Administrator will reverse the denial, whether or not such claimants appealed.[5] *Id.*

## II.    Settlement Class Counsel's Recommendations

As of September 12, 2025, the Settlement Claims Administrator has reversed 1,619 previously denied claims. *Id.* ¶ 13. Of the 59 individuals who filed appeals with this Court by September 14, 2025,[6] the Settlement Administrator has reversed the denials of 48 (all of whom

---

[5] While several claimants have written to this Court and stated that they did not receive deficiency letters from the Settlement Claims Administrator, that is unlikely to be the case. *See* Ex. A to Adessa Decl. (showing successful delivery of deficiency letters to appellants). Angeion uses a proprietary system that leverages Amazon Web Services Simple Email Services ("SES") with Amazon Simple Notification Service ("SNS") to track email delivery, opens, and clicks with high accuracy. Adessa Decl. ¶ 5. This system has a degree of accuracy and reliability, and there is no indication of any deliverability issue with the deficiency notices. *See id.* The more likely explanation is that some claimants' email accounts filtered the deficiency emails to a spam folder and then automatically deleted the emails after a certain period of time (typically 30 days) as a result of spam retention policies. *See, e.g.,* Davey Winder, *You Have 30 Days to Recover Deleted Gmail Messages—Here's How,* FORBES (May 26, 2024), https://www.forbes.com/sites/daveywinder/2024/05/26/you-have-30-days-to-recover-deleted-gmail-messages-heres-how/ ("Everything in your trash folder . . . will get permanently deleted after a 30-day period. The same is true for your spam folder."); Yahoo!, *Are the Trash and Spam Folders Regularly Emptied* (last visited Sept. 13, 2025), bit.ly/46mbNjx (noting that spam emails are automatically deleted after 30 days); AOL, *Spam and Trash Folders Are Regularly Deleted in AOL Mail* (last visited Sept. 13, 2025), https://help.aol.com/articles/ spam-and-trash-folders-are-regularly-deleted-in-aol-mail. While Angeion employs best practices to avoid spam filtration, it is inevitable that some email services will incorrectly divert certain emails from the Settlement Claims Administrator to spam. Adessa Decl. ¶ 6.

[6] Those appeals are from: Norma Margaret Moravec (nee Schwartz) (ECF No. 976), Danielle Hubein (ECF No. 1016), Lela Farmer (nee Hippensteel) (ECF No. 986), Wilson Li (ECF No. 980), Gabrella Ehioghiren (ECF No. 963), Leo Stevens (ECF No. 988), Alexandra Nicolas (ECF No. 977), Luis Trueba (ECF No. 979), Rachel Maria Brown Talaska (ECF No. 1011), Alexa Baggio (ECF No. 993), Diana Bass (ECF No. 998), David Moore (ECF No. 968), Douglas Pula (ECF No. 1018), Brianne Gungoll (ECF No.

are identified in Exhibit A to Declaration of Taylor Adessa dated September 15, 2025.[7] For

these 48 claimants whose claims have been revived, Angeion has contacted them and informed

them that, upon further review, their claims have been deemed valid, timely, and accepted. As a

result, the Court need take no further action regarding these 48 appeals.

    Next, for the reasons set forth below, Settlement Class Counsel recommend that the

appeals of the following individuals be denied: Spenser Carter (ECF No. 991), Jonathan Chen

---

1015), Daniel Liu (ECF No. 990), Eunice Lee (ECF No. 1020), Catherine Gabanic (ECF No. 1009), Garielle Gross (nee Arondel) (ECF No. 978), Yi Kyung Jin (ECF No. 1012), Andy Guo (ECF No. 961), Kyle Deakins (ECF No. 995), Francisco Angel Banda (ECF No. 1008), Lindsay Babbitt (ECF No. 966), Virginia Johnston White (ECF No. 1002), Rose Weinbaum (ECF No. 1014), Emma Eckstein (ECF No. 999), Elizabeth Quinn (ECF No. 958), Robert Tattersall (ECF No. 972), John Goetz (ECF No. 1004), Zane Glick (ECF No. 992), Aubrey Lynn Bonhivert (ECF No. 974), Isabella Caracta (ECF No. 987), Isabelle Bellott-McGrath, Claire Kucela (ECF No. 996), Melanie Wang (ECF No. 1017), David Poarch (ECF No. 1005), Julia Karten (ECF No. 984), Mark Candido (ECF No. 965), Benjamin Gutschow (ECF No. 967), Zev McManus-Mendelowitz (ECF No. 1013), Dylan Radley (ECF NO. 981), Lee Michael Solomon (ECF No. 970), Andrew Homere (ECF No. 1001), Jack Stockert (ECF No. 985), Emily Ann Marie Walker Stockert (ECF No. 1006), Sarah Norwood (ECF No. 969), Angel Miranda-Acosta (ECF No. 962), and Charity Quinonez (nee McCracken) (ECF No. 957), Sanders Moody (for Settlement Class Member Angelica Joelle Moody) (ECF No. 989), Wendy Francois (ECF No. 1019), Benjamin Elkins (ECF No. 964), Calvin Hon (ECF No. 994), Tiffany Zhang (ECF No. 1010), Crystal Cooke (ECF No. 1007), Spenser Carter (ECF No. 991), Jonathan Chen (ECF No. 1000), Alexandra Kosakoff (ECF No. 1003), Haley Escamilla (ECF No. 975), and William (Bill) Healy (ECF No. 971). *See* Ex. A to Adessa Decl.

[7] Of those who appealed, the revived claims are of the following forty-nine claimants: Norma Margaret Moravec (nee Schwartz) (ECF No. 976), Danielle Hubein (ECF No. 1016), Lela Farmer (nee Hippensteel) (ECF No. 986), Wilson Li (ECF No. 980), Gabrella Ehioghiren (ECF No. 963), Leo Stevens (ECF No. 988), Alexandra Nicolas (ECF No. 977), Luis Trueba (ECF No. 979), Rachel Maria Brown Talaska (ECF No. 1011), Alexa Baggio (ECF No. 993), Diana Bass (ECF No. 998), David Moore (ECF No. 968), Douglas Pula (ECF No. 1018), Brianne Gungoll (ECF No. 1015), Daniel Liu (ECF No. 990), Eunice Lee (ECF No. 1020), Catherine Gabanic (ECF No. 1009), Garielle Gross (nee Arondel) (ECF No. 978), Yi Kyung Jin (ECF No. 1012), Andy Guo (ECF No. 961), Kyle Deakins (ECF No. 995), Francisco Angel Banda (ECF No. 1008), Lindsay Babbitt (ECF No. 966), Virginia Johnston White (ECF No. 1002), Rose Weinbaum (ECF No. 1014), Emma Eckstein (ECF No. 999), Elizabeth Quinn (ECF No. 958), Robert Tattersall (ECF No. 972), John Goetz (ECF No. 1004), Zane Glick (ECF No. 992), Aubrey Lynn Bonhivert (ECF No. 974), Isabella Caracta (ECF No. 987), Isabelle Bellott-McGrath, Claire Kucela (ECF No. 996), Melanie Wang (ECF No. 1017), David Poarch (ECF No. 1005), Julia Karten (ECF No. 984), Mark Candido (ECF No. 965), Benjamin Gutschow (ECF No. 967), Zev McManus-Mendelowitz (ECF No. 1013), Dylan Radley (ECF NO. 981), Lee Michael Solomon (ECF No. 970), Andrew Homere (ECF No. 1001), Jack Stockert (ECF No. 985), Emily Ann Marie Walker Stockert (ECF No. 1006), Sarah Norwood (ECF No. 969), Angel Miranda-Acosta (ECF No. 962), and Charity Quinonez (nee McCracken) (ECF No. 957).

(ECF No. 1000), Crystal Cooke (ECF No. 1007), Benjamin Elkins (ECF No. 964), Haley

Escamilla (ECF No. 975), Wendy Francois (ECF No. 1019), William Healy (ECF No. 971),

Calvin Hon (ECF No. 994), Alexandra Kosakoff (ECF No. 1003), Sanders Moody (for

Settlement Class Member Angelica Joelle Moody) (ECF No. 989), and Tiffany Zhang (ECF No.

1010).

1. For Spenser Carter, he failed to attach any supporting documentation to his claim form.

*See* Ex. A to Adessa Decl. Mr. Carter did not respond to the deficiency notice emailed to him on

May 27, 2025, which was successfully delivered to the email address listed on his claim form. *Id.*

2. For Jonathan Chen, his claim form attached a corrupted file that Angeion was not able to

open. *See* Ex. A to Adessa Decl. Mr. Chen did not respond to the May 27, 2025 deficiency notice

emailed to him, which was successfully delivered to his email address listed on his claim from.

*See* Ex. A to Adessa Decl.

3. For Crystal Cooke, her claim form attached a transcript that did not include a university

name at all. *See* Ex. A to Adessa Decl. Ms. Cooke did not respond to the deficiency notice

emailed to her on May 27, 2025, which was successfully delivered to the email address listed on

her claim form. *Id.*

4. For Benjamin Elkins, his claim form attached an unofficial transcript that did not show

his name, even though the claim form instructed that the supporting documentation must show

that "you attended one or more Defendant Universities during the Class Period." *See* Ex. A to

Adessa Decl. Mr. Elkins did not respond to the May 27, 2025 deficiency notice emailed to him,

which was successfully delivered to the email address he listed on his claim form. *Id.*

5. For Haley Escamilla, her claim form attached a corrupted file that Angeion was not able

to open. *See* Ex. A to Adessa Decl. Ms. Escamilla did not respond to the May 27, 2025

deficiency notice emailed to her, which was successfully delivered to the email address listed on her claim form. *Id.*

6.  For Wendy Francois, her claim form attached a transcript that did not show her name (or any student name). *See* Ex. A to Adessa Decl. Ms. Francois did not respond to the deficiency notice emailed to her on May 27, 2025, which was successfully delivered to the email address listed on her claim form. *Id.*

7.  For William Healy, his claim form indicated that he only attended a Defendant University outside of the Class Period.[8] Although he now requests to amend his claim form, that request falls substantially outside of the April 3, 2025 claim deadline. *See* ECF No. 971; Ex. A to Adessa Decl. Mr. Healy has provided no indication as to why he was unable to accurately complete his claim form prior to the deadline. *See* ECF No. 971.

8.  For Calvin Hon, his claim form attached a transcript that did not list his name (or any student name). *See* Ex. A to Adessa Decl. Mr. Hon did not respond to the deficiency notice emailed to him on May 27, 2025, which was successfully delivered to the email address listed on his claim form. *Id.*

9.  For Alexandra Kosakoff, her claim form attached a corrupted file that Angeion could not open. *See* Ex. A to Adessa Decl. Ms. Kosakoff did not respond to the deficiency notice emailed to her on May 27, 2025, which was successfully delivered to the email address listed on her claim form. *Id.*

10. For Sanders Moody, his claim is deficient because he is not a member of the Settlement Class. It appears he completed the claim form for his daughter but signed his own name,

---

[8] Angeion did not provide Mr. Healy with a deficiency notice because Angeion deemed his claim complete but with no deficiencies that could be cured, as Mr. Healy attested to only having attended a Defendant University outside of the Class Period. *See* Adessa Decl. ¶ 12 n.1. Mr. Healy was, however, provided with appeal instructions with his claim rejection letter. *Id.*

provided his own email address, and provided his own bank account for electronic payment. *See* Ex. A to Adessa Decl. This is corroborated by Mr. Moody's appeal letter describing the claim as his and explaining that he was delayed in obtaining documentation because he needed his daughter to provide him with documentation to support his claim. *See* ECF No. 989.

11. For Tiffany Zhang, her claim form attached a transcript that did not show her name (or any student name). *See* Ex. A to Adessa Decl. Ms. Zhang did not respond to the deficiency notice emailed to her on May 27, 2025, which was successfully delivered to the email address listed on her claim form. *Id.*

### III. Conclusion

First, for 48 of the 59 claimant appeals, the Court need not take any action. The Claims Administrator has already reversed the erroneous denial of their valid claims.

Second, given the documented deficiencies in their claims, Settlement Class Counsel respectfully request that the Court uphold the decisions of the Claims Administrator to reject the claims of the following claimant appellants: Spenser Carter (ECF No. 991), Jonathan Chen (ECF No. 1000), Crystal Cooke (ECF No. 1007), Benjamin Elkins (ECF No. 964), Haley Escamilla (ECF No. 975), Wendy Francois (ECF No. 1019), William Healy (ECF No. 971), Calvin Hon (ECF No. 994), Alexandra Kosakoff (ECF No. 1003), Sanders Moody (for Settlement Class Member Angelica Joelle Moody) (ECF No. 989), and Tiffany Zhang (ECF No. 1010).

Third, Settlement Class Counsel also note that several of the Settlement Class Members who submitted appeals attached sensitive information, including tax documents and transcripts. To protect the privacy interests of the appealing Settlement Class Members, Settlement Class Counsel respectfully request that the Court place the following appeal letters under seal: ECF Nos. 966, 971, 972, 978, 979, 981, 984, 989, 1002, 1018, and 1019.

Fourth, given the postmark deadline of September 18, 2025 for appeals for the First Ten

Settlements, Settlement Class Counsel also respectfully request that they be permitted until

October 10, 2025 to respond to all remaining appeals concerning these settlements.


Dated: September 15, 2025

Respectfully Submitted,

/s/ Robert D. Gilbert
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David S. Copeland
Natasha Zaslove
**GILBERT LITIGATORS &**
  **COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilbertlitigators.com


/s/ Eric L. Cramer
Eric L. Cramer
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
**FREEDMAN NORMAND**
  **FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law


Ivy Ngo
**FREEDMAN NORMAND**
  **FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law


Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com
dwalker@bergermontague.com
hbrinn@bergermontague.com

*Settlement Class Counsel*

9



**UNITED STATES POSTAL SERVICE**

**RECEIVED**

OCT 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PRIORITY MAIL EXPRESS**

60604 **$33.40**
RDC 07
S2324M503708-30

**FLAT RATE ENVELOPE**
TE ■ ANY WEIGHT

hedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

T US AT USPS.COM®
R FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

---

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**



EI 470 684 855 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE 708-349-1700 ext 0

William R. Healy
2033 W. ST. Paul Ave
Chicago, IL 60647

**DELIVERY OPTIONS** (Customer Use Only)

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (       )

Honorable Matthew F. Kennelly
United States District Court for the
Northern District of Illinois
Clerk of Court
219 S. Dearborn street
Chicago, Illinois 60604
ZIP + 4® (U.S. ADDRESSES ONLY)

60604 _ _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 60462
Scheduled Delivery Date (MM/DD/YY): 10/10/25
Postage: $ 33.40

Date Accepted (MM/DD/YY): 10/9/25
Scheduled Delivery Time: ☐ 3:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 3:23 ☐ AM ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 33.40

Weight: 7.80 lbs. oz. ☐ Flat Rate
Acceptance Employee Initials: CX
$

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY): Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY): Time ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996