

Hannah Cevasco

Request for review of incorrect rejection

**CLAIM #: CTYU1019536-REJ**



FILED

DEC 29 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To whom it may concern,

I received an email notice regarding Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125 stating that my claim was rejected because "You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim." I respectfully request a review of the decision because I never received the Deficiency Notice that was allegedly sent to me in May 2025. The email address, physical address, and phone number submitted with the claim are all accurate and active, but I did not receive notice through any of them. As a result, I was not aware that additional information or documentation was required, and I was deprived of the opportunity to respond within the given timeframe.

I remain ready and willing to provide any supplemental information or documentation that may be necessary to validate my claim, should the Court or Claims Administrator request it.

Please reconsider my claim in light of the fact that I was never given the chance to cure any alleged deficiency because no notice was ever received. I attended Yale from 2019-2023.

Thank you for your attention to this matter,

Hannah Cevasco


Email address: hannahcevasco@gmail.com

Mailing addresses:

Address at time of claim submission: 81 Pondfield Rd, D282, Bronxville, NY 10708 [still receiving mail]

Most direct address for future mail: 269 Vassar St, W87-304, Cambridge, MA 02139

Hannah Cevasco
269 Vassar St, W87-304
Cambridge, MA 02139

BOSTON MA 020
19 DEC 2025 PM 10L

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn St
Chicago, IL 60604

60604-180099