

**DAVID A. LANGER** / *SENIOR COUNSEL*
d 215.875.4644 | dlanger@bergermontague.com

January 2, 2026

**VIA ECF**

Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Courtroom 2103
Chicago, IL 60604

**Re:** *Henry, et al. v. Brown University, et al.*, **Case No. 1:22-cv-00125 (N.D. Ill.)**

Dear Judge Kennelly:

I am one of Class Counsel for the Plaintiffs and Settlement Class in the above-captioned matter (the "Action"). I write concerning the letter submitted by class member Hannah Cevasco, filed on December 29, 2025 (ECF No. 1204), about the rejection of the claim she submitted in connection with the first ten settlements reached in the Action.

The Court-appointed Claims Administrator, Angeion Group, has informed me that, as part of a re-review of certain claims that had been rejected for failure to timely respond to a deficiency notice, the Claims Administrator has reversed the denial of Ms. Cevasco's claim. Her claim will be included as part of the distribution for all twelve settlements reached to date.

I have also informed Ms. Cevasco that her claim is eligible to participate in the settlements (*see* enclosed letter).

Respectfully,

David A. Langer

Enclosure
cc: All Counsel of Record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**



DAVID A. LANGER / *SENIOR COUNSEL*
d 215.875.4644 | dlanger@bergermontague.com

January 2, 2026

**VIA EMAIL ONLY**

Hannah Cevasco
Apartment D282
81 Pondfield Road
Bronxville, NY 10708
hannahcevasco@gmail.com

Re: *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125

Dear Ms. Cevasco:

I am one of the attorneys representing the Settlement Class in the above-captioned matter (the "Action"). We received your letter to the Court, filed on December 29, 2025 (ECF No. 1204), concerning the rejection of the claim you submitted in connection with the first ten settlements reached in the Action.[1]

The Court-appointed Claims Administrator, Angeion Group, has informed me that as part of a re-review of certain claims that were rejected for failure to timely respond to a deficiency notice, like yours, the Claims Administrator has <u>reversed</u> the denial of your claim. Your claim is thus eligible to participate in the settlements with ten settling defendants (identified in footnote 1 below). Additionally, your claim is automatically eligible to participate in two subsequent settlements reached with defendants California Institute of Technology and the Johns Hopkins University.

You do not need to take any additional action at this time. The Claims Administrator is continuing to diligently review and process over 78,000 claims. When that process is complete, the attorneys for the Settlement Class will submit a motion to the Court requesting authorization to send all eligible claimants their *pro rata* shares from the net settlement funds according to the Court-approved allocation plan. I appreciate your patience as the settlement administration proceeds toward a distribution and I

---

[1] The first ten settling defendants are Brown University, California Institute of Technology, University of Chicago, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Northwestern University, University of Notre Dame, University of Pennsylvania, William Marsh Rice University, Vanderbilt University, and Yale University.

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM



recommend that you check the settlement website, www.financialaidantitrustsettlement.com, for updates on the status of the anticipated distribution.

Best wishes at the start of the New Year.

If you have any questions, please feel free to contact my firm.

Sincerely,

David A. Langer