

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information..*

Name   Rami N. Fakhouri

Firm   Goldman Ismail Tomaselli Brennan & Baum LLP

Street Address   191 N. Wacker Dr., Ste 3000

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-881-5964

Email address   rfakhouri@goldmanismail.com

ARDC (Illinois State Bar members, only)   6303267

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:23-CV-15793 | Oka v. United Airlines, Inc. et al | Hon. Matthew F. Kennelly |
| 1:22-CV-00125 | Henry et al v. Brown University et al | Hon. Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |

_____   1/22/2026
Signature of Attorney                 Date

Rev. 07032025