UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Sia Henry, et al.
                Plaintiff,

v.                                         Case No.: 1:22−cv−00125
                                          Honorable Matthew F. Kennelly

Brown University, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 26, 2026:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the motions filed by Settlement Class Counsel dated 9/15/2025 (dkt. 1032) and 10/10/2025 (dkt. 1191) regarding the appeals by certain individuals from the Settlement Claims Administrator's denial of those individuals' claims under the various settlements in this case. The motions by Settlement Class Counsel to uphold certain claim denials and to seal certain claim submissions is granted as follows: (1) The Clerk is directed to place the following docket entries under seal: 966; 971; 972; 978; 979; 981; 984; 989; 1002; 1018; 1019; 1029; 1031; 1037; 1042; 1060; 1084; 1087; 1089; 1105; 1107; 1108; 1131; 1132; 1135; 1136; 1137; 1139; 1140; 1142; 1145; 1147; 1152; 1158; 1164; 1167; 1169; and 1180. (2) The Court upholds the Settlement Claims Administrator's rejections of the claims of the following persons: Spenser Carter (ECF No. 991); Jonathan Chen (ECF No. 1000); Crystal Cooke (ECF No. 1007); Benjamin Elkins (ECF No. 964); Haley Escamilla (ECF No. 975); Wendy Francois (ECF No. 1019); William Healy (ECF No. 971); Calvin Hon (ECF No. 994); Alexandra Kosakoff (ECF No. 1003); Sanders Moody (for Settlement Class Member Angelica Joelle Moody) (ECF No. 989); Tiffany Zhang (ECF No. 1010); Sonja Postak (ECF No. 1028); Angela Broad White (ECF No 1035); Andrew Nguyen (ECF No. 1043); Brendon Wade (ECF No. 1048); Erik Feng (ECF No. 1052); Jeff Halfacre−Buie (ECF No. 1057); Claire Ciampa (ECF No. 1061); Kristine Yip (ECF No. 1063); Saif Alobaidi (ECF No. 1065); Joseph Reilly (ECF No. 1066); Alexander Styk (ECF No. 1069); Derrick Arthur−Cudjoe (ECF No. 1075); Robert Hunter (ECF No. 1082); Jason Kuo (ECF No. 1083); Wendy Francois (ECF No. 1087); Naomi Agnew (ECF No. 1091); Yuri Owens (ECF No. 1092); Danielle Marryshow (ECF No. 1104); Dondei Dean (ECF No. 1111); Akilah Smith (ECF No. 1113); Kristie Yip (ECF No. 1116); Jeffrey Gao (ECF No. 1122); Alanis Allen (ECF No. 1125); Nathan Reiff (ECF No. 1128); Noeline Arul (ECF No. 1130); Carmen Jin (ECF No. 1142); Daniel Freedline (ECF No. 1143); Bonnie X Li−MacDonald (ECF No. 1149); Bogdan Petre (ECF No. 1156); Serena Smith (ECF No. 1157); Moira Ryan (ECF No. 1164); David MacDonald (ECF No. 1165); and Sanders Moody (ECF No. 1176). Each of these claimants submitted deficient claims that lacked one or more necessary items to establish membership in the Settlement Class. The Court further notes that with respect to Alexander Styk (ECF No. 1069) that this particular claimant separately submitted (electronically) a valid and timely claim form that has been approved by the Settlement Class Administrator; the denial just

referenced concerns only a duplicative claim submitted by Mr. Styk in paper form. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.