UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, *Plaintiffs*, v. BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, *Defendants*. | Case No. 1:22-cv-00125 Hon. Matthew F. Kennelly |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that on this 10th day of February 2026, Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order resolving the parties' cross-motions for summary judgment (Dkt. 1210) entered on January 12, 2026, and issued by the Honorable Matthew F. Kennelly of the United States District Court for the Northern District of Illinois.

Specifically, Defendants the Trustees of the University of Pennsylvania, Cornell University, Georgetown University, the Massachusetts Institute of Technology, and the University of Notre Dame du Lac ("Notre Dame") appeal from the district court's rejection of the assertion

1

of immunity under the 568 Exemption. *See* 15 U.S.C. § 1 note (568 Exemption provided that "[i]t shall not be unlawful under the antitrust laws for 2 or more institutions of higher education at which all students admitted are admitted on a need-blind basis, to agree or attempt to agree" to four types of agreements).[1] Jurisdiction for appeal of that issue is proper under the collateral order doctrine and 28 U.S.C. § 1291. *See Abelesz v. OTP Bank*, 692 F.3d 638, 649 (7th Cir. 2012) ("[O]rders denying various types of immunity may be immediately appealed under the collateral order doctrine.").

Defendants also appeal from the district court's conclusion that a jury could reasonably find that the agreement element of the Sherman Act is satisfied. Jurisdiction for appeal of that issue is proper under the Seventh Circuit's pendent appellate jurisdiction. *See Jamie S. v. Milwaukee Pub. Schs.*, 668 F.3d 481, 492 (7th Cir. 2012) ("We may 'review an otherwise unappealable interlocutory order if it is inextricably intertwined with an appealable one.'").

---

[1] While Notre Dame has not asserted the exemption, it was a party to the motion for summary judgment and joins in this appeal given the potentially significant limitations on any liability and damages it may face should the exemption provide immunity to other members of the alleged conspiracy.

Dated: February 10, 2026 Respectfully submitted,

By: */s/ David Gringer*  
David Gringer  
Alan Schoenfeld  
Wilmer Cutler Pickering Hale  
and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Tel: 212-937-7294  
david.gringer@wilmerhale.com  
alan.schoenfeld@wilmerhale.com  

Seth Waxman  
Wilmer Cutler Pickering Hale  
and Dorr LLP  
2100 Pennsylvania Avenue NW  
Washington, DC 20037  
Tel: 202-663-6800  
seth.waxman@wilmerhale.com  

Edward W. Feldman  
Daniel Martin Feeney  
Miller Shakman Levine &  
    Feldman LLP  
30 W. Monroe St.  
Suite 1900  
Chicago, IL 60603  
Tel.: 312-263-3700  
dfeeney@millershakman.com  
efeldman@millershakman.com  

*Counsel for The Trustees of the University of Pennsylvania*

By: */s/ Norman Armstrong*  
Norman Armstrong  
Kirkland & Ellis LLP  
1301 Pennsylvania Avenue, NW  
Washington, D.C. 20004  
Tel.: 202-389-5000  
norman.armstrong@kirkland.com  

Daniel E. Laytin  
Kirkland & Ellis LLP  
333 West Wolf Point Plaza  
Chicago, IL 60654  
Tel.: 312-862-2000  
daniel.laytin@kirkland.com  

*Counsel for Defendant Cornell University*

By: */s/ Britt M. Miller*  
Britt M. Miller  
Daniel T. Fenske  
Mayer Brown LLP  
71 South Wacker Drive  
Chicago, IL 60606  
Tel: 312-782-0600  
bmiller@mayerbrown.com  
dfenske@mayerbrown.com  

*Counsel for Defendant Georgetown University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Andrew Henderson
Freshfields US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
andrew.henderson@freshfields.com

Rami Fakhouri
Jennifer L. Greenblatt
Goldman Ismail Tomaselli Brennan & Baum LLP
191 North Wacker Drive, Suite 3000
Chicago, IL 60604
Tel: (312) 681-6000
rfakhouri@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Massachusetts Institute of Technology*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Feyilana Lawoyin
Cole T. Wintheiser
William J. Donnelly
Williams & Connolly LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel: 202-434-5000
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com
flawoyin@wc.com
cwintheiser@wc.com
wdonnelly@wc.com

James Peter Fieweger
Michael Best & Friedrich LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for University of Notre Dame*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2026, I caused a true and correct copy of the foregoing document to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                       /s/ *David Gringer*
                                       David Gringer

                                       *Counsel for The Trustees of the University of Pennsylvania*