**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, *Plaintiffs*, v. BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, *Defendants*. | Case No. 1:22-cv-00125  Hon. Matthew F. Kennelly |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that on this 10th day of February 2026, Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order resolving the parties' cross-motions for summary judgment (Dkt. 1210) entered on January 12, 2026, and issued by the Honorable Matthew F. Kennelly of the United States District Court for the Northern District of Illinois.

Specifically, Defendants the Trustees of the University of Pennsylvania, Cornell University, Georgetown University, the Massachusetts Institute of Technology, and the University of Notre Dame du Lac ("Notre Dame") appeal from the district court's rejection of the assertion

of immunity under the 568 Exemption. *See* 15 U.S.C. § 1 note (568 Exemption provided that "[i]t shall not be unlawful under the antitrust laws for 2 or more institutions of higher education at which all students admitted are admitted on a need-blind basis, to agree or attempt to agree" to four types of agreements).[1] Jurisdiction for appeal of that issue is proper under the collateral order doctrine and 28 U.S.C. § 1291. *See Abelesz v. OTP Bank*, 692 F.3d 638, 649 (7th Cir. 2012) ("[O]rders denying various types of immunity may be immediately appealed under the collateral order doctrine.").

Defendants also appeal from the district court's conclusion that a jury could reasonably find that the agreement element of the Sherman Act is satisfied. Jurisdiction for appeal of that issue is proper under the Seventh Circuit's pendent appellate jurisdiction. *See Jamie S. v. Milwaukee Pub. Schs.*, 668 F.3d 481, 492 (7th Cir. 2012) ("We may 'review an otherwise unappealable interlocutory order if it is inextricably intertwined with an appealable one.'").

---

[1] While Notre Dame has not asserted the exemption, it was a party to the motion for summary judgment and joins in this appeal given the potentially significant limitations on any liability and damages it may face should the exemption provide immunity to other members of the alleged conspiracy.

Dated: February 10, 2026

By: */s/ David Gringer*
David Gringer
Alan Schoenfeld
Wilmer Cutler Pickering Hale
and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth Waxman
Wilmer Cutler Pickering Hale
and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: 202-663-6800
seth.waxman@wilmerhale.com

Edward W. Feldman
Daniel Martin Feeney
Miller Shakman Levine &
    Feldman LLP
30 W. Monroe St.
Suite 1900
Chicago, IL 60603
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for The Trustees of the University
of Pennsylvania*

Respectfully submitted,

By: */s/ Norman Armstrong*
Norman Armstrong
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: 202-389-5000
norman.armstrong@kirkland.com

Daniel E. Laytin
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel.: 312-862-2000
daniel.laytin@kirkland.com

*Counsel for Defendant Cornell University*

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Defendant Georgetown
University*

3

By: /s/ Eric Mahr
Eric Mahr
Jan Rybnicek
Andrew Henderson
Freshfields US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
andrew.henderson@freshfields.com

Rami Fakhouri
Jennifer L. Greenblatt
Goldman Ismail Tomaselli Brennan & Baum LLP
191 North Wacker Drive, Suite 3000
Chicago, IL 60604
Tel: (312) 681-6000
rfakhouri@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Massachusetts Institute of Technology*

By: /s/ Robert A. Van Kirk
Robert A. Van Kirk
Jonathan Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Feyilana Lawoyin
Cole T. Wintheiser
William J. Donnelly
Williams & Connolly LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel: 202-434-5000
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com
flawoyin@wc.com
cwintheiser@wc.com
wdonnelly@wc.com

James Peter Fieweger
Michael Best & Friedrich LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for University of Notre Dame*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 10, 2026, I caused a true and correct copy of the

foregoing document to be filed and served electronically via the court's CM/ECF system. Notice

of this filing will be sent by email to all parties by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


/s/ *David Gringer*
David Gringer

*Counsel for The Trustees of the University of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLANDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,** | ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **vs.** | ) ) | **Case No. 22 C 125** |
| **BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION AND ORDER

MATTHEW F. KENNELLY, District Judge:

Former undergraduate students have brought this putative class action against

various private universities, alleging that they violated section 1 of the Sherman Act,

15 U.S.C. § 1, by conspiring to suppress competition on financial aid. The universities

have moved for summary judgment on the merits and on the statute of limitations. The students have moved for partial summary judgment on the University of Pennsylvania's (UPenn) withdrawal defense. For the reasons below, the Court denies both motions.

## Background

This case is the second of its kind. In 1958, the eight Ivy League schools[1] and the Massachusetts Institute of Technology (MIT) formed the "Ivy Overlap Group." *United States v. Brown Univ.*, 5 F.3d 658, 662 (3d Cir. 1993). That group agreed not to award merit-based financial aid, instead committing to awarding financial aid solely based on demonstrated financial need. *Id.* The Ivy Overlap Group members also agreed to share financial aid information with one another and to jointly develop and apply a common method for assessing expected family contribution (EFC)—the amount a school assumes that a student's family can contribute and a core determinant in calculating financial need. *Id.* Lastly, to mitigate discrepancies in financial aid calculation, the Ivy Overlap Group agreed to meet once a year to jointly determine EFCs for commonly admitted students. *Id.* at 663.

In 1991, the Department of Justice Antitrust Division brought a civil antitrust enforcement action against the Ivy Overlap Group, alleging that the schools' agreement violated section 1 of the Sherman Anti-Trust Act, 15 U.S.C. § 1, by suppressing competition among the schools in the prices offered to students receiving financial aid. Verified Compl. ¶ 25, *United States v. Brown Univ.*, 805 F. Supp. 288 (E.D. Pa. 1992) (No. 91 C 3274). That lawsuit ultimately ended in a consent decree that limited

---

[1] The Ivy League comprises the following schools: Brown University, Columbia University, Cornell University, Dartmouth College, Harvard University, the University of Pennsylvania, Princeton University, and Yale University.

2

collusion on financial aid.

In 1994, Congress enacted a temporary antitrust exemption—the 568 Exemption—that permitted some agreements regarding financial aid between "2 or more institutions of higher education at which all students admitted are admitted on a need-blind basis."  Improving America's Schools Act of 1994, Pub. L. No. 103-382, § 568(a), 108 Stat. 3518, 4060 (1994).  Specifically, the 568 Exemption permitted agreements:

> (1) to award such students financial aid only on the basis of demonstrated financial need for such aid; (2) to use common principles of analysis for determining the need of such students for financial aid [subject to independent professional judgment]; (3) to use a common aid application form for need-based financial aid . . . ; and (4) to exchange through an independent third party, before awarding need-based financial aid . . . , [information about students' financial need].

*Id.*

In 1998, a group of colleges and universities, including the defendant universities in this case, formed the 568 Presidents Group, named after the 568 Exemption.  This lawsuit centers around that group's activities.

In 2000, the 568 Group created a "Common Standards Subcommittee" to consider "whether it is possible to reach agreement on common standards for determining financial need at the institutional level consistent with the Statement of Principles for need-based financial aid and as permitted by Section 568."  Defs.' Mot. for Summ. J., Ex. 377 (Subcommittee Report) at 5.[2]  The 568 Group specifically asked the Common Standards Subcommittee to "address the principal issues that give rise to

---

[2] Pincites for exhibits are based on ECF pagination.  Pincites for briefs are based on the page numbers in the briefs.

divergent need calculations" and "arrive at reasonable compromises in the areas where

[six agreed-upon financial aid] principles may conflict." *Id.* Those agreed-upon

principles, which the Court will refer to as the Core Principles, were:

1. To the extent they are able, parents and students have the primary responsibility to contribute to educational expenses before an institution awards financial aid.
2. Families should contribute to educational expenses according to their ability. Those with similar financial profiles should contribute similar amounts.
3. Institutions should evaluate both income and assets as part of the assessment of the parents' and applicants' ability to pay.
4. Each institution should inform applicants about the policies and practices it applies when measuring a family's ability to pay, carry out its policies consistently throughout a student's eligibility, and support the awarding of need-based aid.
5. An institution that allocates any financial assistance that is not based exclusively on need should inform all prospective applicants of the standards it applies in allocating that aid.
6. The exercise of "professional judgment" by financial aid officers in assessing a family's ability to pay should recognize unique or extenuating financial circumstances in individual cases; such professional judgment is not the proper mechanism for systematically treating groups of students differently in order to advance institutional objectives.

*Id.*

In 2001, the Common Standards Subcommittee published a report proposing a

"Consensus Approach to Need Analysis" that the subcommittee believed would

"eliminate much of the [recent] variance in need analysis." *Id.* at 3–4. According to the

report, the Common Standards Subcommittee took the College Board's Institutional

Methodology (IM) as its "starting point" and "focused on those aspects of the current IM

that are most often subject to local interpretation or professional judgment." *Id.* at 6.

The result was a set of common standards for "fifteen specific and important areas" in

"determining a family's ability to pay," the Consensus Methodology (CM). *Id.* at 6–10.

Some recommendations simply adopted the IM. *See id.* at 9 (recommending that

the 568 Group use the IM's treatment for extrapolating assets and accounting for medical expenses). But others provided additional or different guidance. Of those, some recommendations were relatively straightforward. For example, the report recommended that "student assets and assets held in college savings programs and pre-payment tuition plans [should generally] be treated as family assets." *Id*. at 7. Some were virtually formulaic, subject to limited exceptions. *Id*. ("Count home equity capped at 2.4 times income minus mortgage debt with professional judgement [sic] adjustments in individual cases."). Others were open-ended or more complex. *See id*. at 9 ("Consider the impact of certain non-reoccurring, non-discretionary expenses. . . . Recognize educational debt under certain circumstances."); *see also id*. at 6 (providing more complex recommendations regarding divorced families and business and real estate).

The report also proposed future tasks for the 568 Group. One proposal was to appoint a "Need Analysis Committee to review and revise [the CM] as appropriate." *Id*. at 10. Another was to create a "Professional Judgment Guidelines Manual." *Id*. Regarding that suggestion, the report recognized that "locally applied professional judgment is a critical component of need analysis" that the manual should not "eliminate or restrict." *Id*. Instead, the manual would "standardize both those issues that should be treated locally and, to the extent possible, the manner in which such issues are handled." *Id*. Lastly, the report proposed testing a "data exchange program as permitted by the MIT Settlement Standards of Conduct." *Id*.

The 568 Group followed through on many of the report's recommendations. It adopted a revised version of the CM, developed Professional Judgment Guidelines, and

5

created a "Technical Committee" to review and revise both sets of standards. Defs.' Resp. to Pls.' Stat. of Facts ¶ 7.[3] As for information sharing, some 568 Group members—and all but one of the defendant universities—were also members of the Consortium on Financing Higher Education (COFHE), a separate organization that predated the 568 Group and shared admissions and financial aid data from its member schools in the form of "colorbooks." Pls.' Resp. to Defs.' Stat. of Facts ¶¶ 112–15.

In a letter to financial aid directors, the chairman of the 568 Group Common Standards Subcommittee stated:

> Each of the 568 Group institutions has made a commitment to the [six] financial aid principles adopted by the 568 Presidents' Group . . . and to the implementation of the need analysis policies and procedures first published [in the 2001 report] and revised with your help in the ensuing months.

Pls.' Resp. to Defs.' Mot. for Summ. J., Ex. 117 (Implementation Letter) at 2. The letter summarized nineteen policies for "determining financial need" that "participating institutions agree[d] to." *Id.* at 2–3. The letter also said that the aid directors were "responsible for . . . implementing the currently agreed upon Consensus Approach need analysis methodology," starting with "the cohort of students applying to enter college in the fall of 2003." *Id.* at 2–3. It further cautioned that although professional judgment was "a critical element" of the Consensus Approach, "the goal of consistent results requires that variations . . . beyond those detailed in the[] guidelines[] should be the exception[] rather than the rule." *Id.* at 2.

An attached document clarified that the agreement was "limited to following the formula for parent and student contribution results." *Id.* at 4. Financial aid packaging—

---

[3] Unless otherwise specified, citations to the parties' statements of facts refer to those submitted in response to the universities' motion for summary judgment.

the combination of work-study, loan, grants, or other forms of aid a school offers to meet a student's financial need—was "a separate matter altogether." *Id.* The attached document stated that "[t]here [could not] be agreement ahead of time" on how to package financial aid and that financial aid offices could not "consult with other aid offices on individual cases before or after the aid decision is delivered to a student." *Id.*

Meanwhile, Congress tasked the Government Accountability Office (GAO) to determine "whether the [568] Exemption resulted in changes in the amount students and their families would pay for college." Defs.' Mot. for Summ. J., Ex. 408 (2006 GAO Report) at 9. In 2006, GAO published its conclusion: the "schools' use of the consensus approach did not have a significant impact on affordability." *Id.* at 12.

In its report, GAO reviewed the history of the Overlap Group lawsuit, the creation of the 568 Exemption, the formation of the 568 Group, and the group's development of a "common methodology for assessing financial need . . . called the consensus approach." *Id.* at 3. The report also noted that "[b]y the 2004–2005 school year, 25 of 28 schools in the [568] group were using the consensus approach," but it acknowledged that "[s]chools' implementation of the approach varied, . . . with officials from 12 of the 25 schools reporting that they partially implemented it." *Id.*

Nearly ninety pages of the report described the data GAO used, the statistical and econometric methodologies GAO applied, and its results. In those ninety pages, GAO recognized various limitations of its study, including ten pages worth of comments from the 568 Group, which consisted mostly of concerns about methodology and data collection. One noteworthy limitation that GAO acknowledged was that it had "data for only one year after implementation" and that therefore it was "possible that some

eventual effects of the consensus approach may not be captured." *Id.* at 13.

Over the next sixteen years, the 568 Group continued to collaborate on common financial aid principles and practices, with Congress renewing the 568 Exemption several times during that period. The 568 Group's composition changed over the years, with its members—including some of the defendant universities—periodically leaving and joining the group. Pls.' Resp. to Defs.' Stat. of Facts ¶ 66. The 568 Group publicly disclosed its membership, the Core Principles, and at least part of the CM. *See id.* ¶¶ 72, 94. Much of that information was available on the 568 Group's website, where the group asserted that it "work[ed] together in an effort to maintain a need-based financial aid system that is understandable and fair and will bring greater clarity, simplicity, and equity to the process of assessing each family's ability to pay for college." Defs.' Mot. for Summ. J., Ex. 419 at 3.

On January 9, 2022, the students initiated this lawsuit, alleging that the 568 Group violated section 1 of the Sherman Act by engaging in a "price-fixing cartel that is designed to reduce or eliminate financial aid as a locus of competition, and that in fact has artificially inflated the net price of attendance for students receiving financial aid." Compl. ¶¶ 1, 4.

On October 1, 2022, Congress declined to renew the 568 Exemption. Just over a month later, the 568 Group formally dissolved.

**Discussion**

Summary judgment is appropriate if there is "no genuine issue as to any material fact and . . . the moving party is entitled to judgment as a matter of law." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322–23 (1986) (quoting Fed. R. Civ. P. 56(c)). In other words,

a court may grant summary judgment if a jury could not reasonably find for the nonmovant based on the evidence. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, 252 (1986).

The party seeking summary judgment bears the initial burden of showing that there is no genuine issue of material fact. *Celotex*, 477 U.S. at 323. Once the movant has met this burden, the "party that bears the ultimate burden at trial must show that there is evidence creating a genuine issue of material fact." *Insolia v. Philip Morris Inc.*, 216 F.3d 596, 598 (7th Cir. 2000) (citing *Celotex*, 477 U.S. at 323–25).

## A.    Antitrust violation

Section 1 of the Sherman Act prohibits "[e]very contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States." 15 U.S.C. § 1.

Read literally, section 1 "could be understood to [outlaw] every conceivable agreement." *Am. Needle, Inc. v. Nat'l Football League*, 560 U.S. 183, 189 (2010) (citing *Nat'l Soc'y of Pro. Eng'rs v. United States*, 435 U.S. 679, 688 (1978)). But that is not what the statute means. *Id.* The Supreme Court has long recognized that "Congress could not have intended a literal interpretation of the word 'every.'" *Arizona v. Maricopa Cnty. Med. Soc'y*, 457 U.S. 332, 342–43 (1982) (citing *United States v. Joint Traffic Ass'n*, 171 U.S. 505 (1898)). Instead, for over a century, the Court has understood section 1 to outlaw only those restraints that *unreasonably* restrain trade. *Ohio v. Am. Express Co.*, 585 U.S. 529, 540 (2018); *see Standard Oil Co. of N.J. v. United States*, 221 U.S. 1, 59–60 (1911). A restraint unreasonably restrains trade if it "may suppress or even destroy competition." *Pro. Eng'rs*, 435 U.S. at 691.

Section 4 of the Clayton Act provides a private cause of action to "any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws." 15 U.S.C. § 15(a). Thus in a private suit like this one, the plaintiffs "must show more than a conspiracy in violation of the antitrust laws; they must show an injury to them resulting from the illegal conduct." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986).

Putting these principles together, the students must show: "(1) a contract, combination, or conspiracy; (2) a resultant unreasonable restraint of trade . . . ; and (3) an accompanying injury." *Agnew v. Nat'l Collegiate Athletic Ass'n*, 683 F.3d 328, 335 (7th Cir. 2012) (quoting *Denny's Marina, Inc. v. Renfro Prods., Inc.*, 8 F.3d 1217, 1220 (7th Cir. 1993)).

### 1.    Agreement

"The meaning of the term 'contract, combination . . . or conspiracy' is informed by the basic distinction in the Sherman Act between concerted and independent action . . . ." *Am. Needle*, 560 U.S. at 190 (cleaned up). "Section 1 applies only to *concerted action* that restrains trade." *Id.* (emphasis added). Put differently, section 1 does not reach unilateral action; it requires an agreement. *Monsanto Co. v. Spray-Rite Serv. Corp.*, 465 U.S. 752, 761 (1984).

The universities devote much of their briefing to arguing that the students "cannot prove the 'agreement' element." Defs.' Mem. in Supp. of Mot. for Summ. J. at 2. They do not dispute that they were part of the 568 Group and collaborated on common financial aid practices, including the Core Principles, the CM, and the Professional Judgment Guidelines. They instead contend that the students cannot show the

agreement alleged in the complaint: an overarching conspiracy to artificially inflate the net price of attendance.

The problem with this argument is that it shifts the goalposts away from what the agreement element requires. An agreement that suppresses competition violates section 1, regardless of its form or purpose. *Am. Tobacco Co. v. United States*, 328 U.S. 781, 809 (1946). In other words, section 1 does not require any particular kind of agreement to trigger antitrust scrutiny; it distinguishes only between agreements that harm competition and those that do not. And importantly, the existence of an agreement is "different from and antecedent to the question whether it unreasonably restrains trade." *See Am. Needle*, 560 U.S. at 186; *see also* Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law* ¶ 1400b (5th ed. 2025) ("In the antitrust universe, the existence of an agreement must always be considered separately from the question of legality."). As a result, the students do not need to prove an overarching price-fixing conspiracy to satisfy the agreement element, they simply need to show that there was an agreement. *Cf. Always Towing & Recovery, Inc. v. City of Milwaukee*, 2 F.4th 695, 704 (7th Cir. 2021) (holding that the existence of a contract established agreement but not a resulting unreasonable restraint of trade).

Of course, there are conceptual boundaries to what constitutes an agreement. But as a leading antitrust treatise observes, section 1 can reach "even a vague understanding between competitors on a common course of action" or "[c]ollective decision making without . . . implementation." Areeda, *supra*, ¶ 1404. And even a mutual understanding to exchange information may constitute a section 1 violation if it has an anticompetitive effect. *See United States v. Container Corp. of Am.*, 393 U.S.

11

333, 335 (1969).

Viewed in that light, a jury reasonably could find that the agreement element is satisfied. At a minimum, it is undisputed that all the universities were members of the 568 Group and collaborated on devising common financial aid practices, which they all at least partially implemented. Defs.' Resp. to Pls.' Stat. of Facts ¶ 2; Defs.' Mot. for Summ. J., Ex. 2.1 at Fig. 8. That alone is enough concerted action to trigger further antitrust scrutiny.

Moreover, there is enough evidence in the record for a jury reasonably to find that the 568 Group agreed on the Consensus Approach to avoid bidding wars and then adhered to it. The 2001 subcommittee report stated that the Consensus Approach would "eliminate much of the [recent] variance in need analysis." Subcommittee Report at 3–4. Similarly, a November 2000 memorandum from Dartmouth's then-Director of Financial Aid said that one purpose of the Consensus Methodology was to "[a]void bidding wars," and it expressed concerns about other competitors not "sign[ing] on." *See* Pls.' Resp. to Defs.' Mot. for Summ. J., Ex. 158 at 3–4.

Those same concerns show up in Vanderbilt's internal communications in 2014 regarding the 568 Exemption. Vanderbilt's Vice Provost for Enrollment at the time recommended pushing for the 568 Exemption's renewal "to avoid bidding wars between schools" and warned that its expiration "would cause instability in the marketplace" and "could . . . force[] [schools] into a bidding war for students, using need-based aid as a major tool." *Id.*, Ex. 369 at 4. The Chancellor agreed. *Id.* at 3.

The record also contains evidence that the 568 Group members felt obligated to follow the Consensus Approach, at least to some degree. The letter from the chairman

of the 568 Group Common Standards Subcommittee told aid directors that they were responsible for implementing the Consensus Approach.  The 2006 GAO Report shows that the universities followed through on that message, finding that twenty-five of the twenty-eight schools in the group used the Consensus Approach the following year. GAO Report at 3.

There are also several statements by 568 Group institutions indicating that they believed the Consensus Approach restricted their financial aid analysis and that following the approach was a condition of remaining in the 568 Group.  In 2014, one 568 Group member stated:

> I think it was made clear to those wanting to participate in 568 that they could NOT use an EFC that was lower than what is calculated using the [Consensus Approach], unless they had documented the case using "professional judgment."  That was why HYP felt the need to leave the group; they wanted to offer more "need-based" scholarship aid.  Maybe this is not the document to explain that nuance but it is a reality.

Pls.' Resp. to Defs.' Mot for Summ. J., Ex. 88 at 2.  Similarly, in 2016, MIT's Dean of Admissions wrote, "When Harvard, Princeton, Yale, and Stanford started making their more serious financial aid enhancements, they had to leave the group . . . .  We may or may not be asked to leave if we adopt some similar enhancements."  *Id.*, Ex. 205 at 3; *see also id.*, Ex. 41 at 2 ("I thought at Georgetown we could say such an endowment would allow us to be more generous in our aid calculation (no more 568 Group!) . . . ."); *id.*, Ex. 57 at 7 ("[Penn should] [w]eigh the tradeoffs of 568 Group membership[,] *e.g.*, Harvard, Yale and Princeton are not members and therefore can adopt different methods to calculate parental contribution[.]"); *id.*, Ex. 58 at 5 (noting that "Harvard and Princeton never joined" the 568 Group "because they did not want to limit the usage of their funds").

Some statements further allude to a price floor.  For example, in an email chain from 2002, one 568 Group member asked, "Presumably, as are [sic] using CA as the 'floor' . . . , we are still in compliance with the agreement, at least in theory.  Do I have this right?"  *Id.*, Ex. 60 at 3.  The response confirmed that understanding, stating, "What we are trying to eliminate is the downside adjustments that lead to real confusion."  *Id.* at 2.  Another letter echoed that belief in 2008, asserting that "the core Consensus Approach agreement established a 'floor' approach that could be breeched [sic] only in cases involving locally applied individual case based professional judgment."  *Id.*, Ex. 62 at 2.  The letter also expressed concern that the 568 Group "must have a common methodology that serves as [its] base line" for it to "have meaning and a viable future."  *Id.* at 3.

In sum, a jury reasonably could find that the 568 Group created the Consensus Approach at least in part to avoid bidding wars, that members were expected or required to adhere to the approach, and that they did in fact partially implement it.  This would be sufficient to satisfy the agreement element.

## 2. Unreasonable restraint of trade

As discussed above, section 1 prohibits an agreement only if it unreasonably restrains trade.  That inquiry "is confined to a consideration of impact on competitive conditions."  *Pro. Eng'rs*, 435 U.S. at 690.  In other words, "[t]he true test of legality is whether the restraint . . . promotes competition or . . . may suppress or even destroy competition."  *Id.* at 691.

### i. Mode of analysis

The default test for assessing whether an agreement is anticompetitive is the rule

14

of reason, which entails a "fact-specific assessment of 'market power and market structure . . . to assess the [agreement's] actual effect' on competition." *Am. Express*, 585 U.S. at 541. Under that framework, the plaintiffs bear the initial burden to show that the agreement harms competition in some way. *Nat'l Collegiate Athletic Ass'n v. Alston*, 594 U.S. 69, 96 (2021). The defendants may respond with countervailing procompetitive justifications for the agreement. *Agnew*, 683 F.3d at 335–36.

But not all agreements call for the same analytical framework. Some agreements are so obviously anticompetitive that a court can condemn them as "unlawful *per se*" without an inquiry into the agreements' actual effect on the market. *Alston*, 594 U.S. at 89. A departure from the rule of reason, however, "must be based upon demonstrable economic effect rather than . . . upon formalistic line drawing." *Leegin Creative Leather Prods., Inc. v. PSKS, Inc.*, 551 U.S. 877, 887 (2007) (internal quotations omitted). *Per se* treatment is therefore appropriate only when the courts have "amassed 'considerable experience with the type of restraint at issue' and 'can predict with confidence that it would be invalidated in all or almost all instances.'" *Alston*, 594 U.S. at 89.

For other agreements, "an observer with even a rudimentary understanding of economics could conclude that the[y] would have an anticompetitive effect . . . but there are nonetheless reasons to examine potential procompetitive justifications." *Agnew*, 683 F.3d at 336. These agreements should not be condemned *per se* but can be assessed with a "quick look," which typically entails shifting the initial burden to the defendants to rebut the presumption that the agreement is anticompetitive. *Id.* If the defendants meet that burden, a full rule of reason analysis may be necessary. *Id.*

15

Ultimately, all of these frameworks "are meant to answer the same question": whether the agreement suppresses or promotes competition. *Id.* at 335.

The parties dispute which mode of analysis should apply to this case. The students argue that this case involves a horizontal price-fixing agreement between competitors that justifies *per se* treatment or, at a minimum, shifting the burden to the universities under the "quick look" framework. The universities contend that a full rule of reason analysis is required.

The Court agrees with the universities that the agreement in this case cannot be condemned under the *per se* rule. To the best of the Court's knowledge, this is only the second time that any court has assessed an antitrust challenge to an agreement on college financial aid. And in the only other case to consider a similar agreement, the Third Circuit held that the *per se* rule was inappropriate. *Brown Univ.*, 5 F.3d at 670. It instead applied a "quick look" analysis and, after the defendants offered the same procompetitive justifications as the universities claim here, determined that a full rule of reason inquiry was appropriate. *Id.* at 671–78.

The lack of judicial experience with the higher education market at the very least cautions strongly against *per se* classification, *see Alston*, 594 U.S. at 89, but it might not preclude *per se* condemnation for a naked price-fixing agreement between competitors. *See Maricopa*, 349–51 (rejecting the argument that the *per se* rule is inapplicable to a price-fixing agreement merely because it is claimed to be procompetitive in a new industry). On the other hand, "[n]ot all arrangements among actual or potential competitors that have an impact on price are *per se* violations of the Sherman Act or even unreasonable restraints." *Broad. Music, Inc. v. Columbia Broad.*

16

*Sys., Inc.*, 441 U.S. 1, 23 (1979).  And "even price fixing by agreement between competitors . . . [is] governed by the rule of reason . . . if the challenged practice when adopted could reasonably have been believed to promote 'enterprise and productivity.'" *In re Sulfuric Acid Antitrust Litig.*, 703 F.3d 1004, 1011 (7th Cir. 2012).

Acknowledging those limits takes this agreement out of the purview of *per se* analysis.  The challenged agreement does not fix prices or components of pricing.  Nor does it set a pricing formula.  The students argue that the agreement ultimately has the effect of fixing a component of pricing, but that is not obvious from the face of the agreement.  *See Major League Baseball Props., Inc. v. Salvino, Inc.*, 542 F.3d 290, 340 n.10 (2d Cir. 2008) (Sotomayor, J., concurring) ("When empirical analysis is required to determine a challenged restraint's net competitive effect, neither a *per se* nor a quick-look approach is appropriate.").  To the contrary, three aspects of the agreement caution against condemning it without an investigation into its actual effects.

First, it is not obvious whether or how the agreed-upon principles and practices affected competition.  Some aspects of the agreement may have even promoted competition.  For example, the 2016 version of the Consensus Approach deviated from the Institutional Methodology—the standard methodology in the industry for assessing financial need—by encouraging cost of living variances.  That adds another variable which the 568 Group members could use to compete with one another and which, as a practical reality, likely would not otherwise exist.

Second, a jury reasonably could find that the 568 Group did not agree on other aspects of pricing, such as packaging or list prices, or enforce any other aspects of the agreement.  If so, the 568 Group's members could easily circumvent any price-fixing

effects from the challenged agreement.  That further undermines the *per se* rule's assumption that the agreement's inherent "anticompetitive potential" means that a full-blown rule of reason analysis will likely be "wholly fruitless."  *See Maricopa*, 457 U.S. at 351.

Third, the universities could have adopted the Consensus Approach for purposes other than suppressing competition in the higher-education market.  For example, as the Third Circuit recognized in the Overlap Group case, a commitment to need-based aid might enable universities to more evenly allocate financial aid to those students who otherwise would be unable to afford the cost of attendance.  The universities also suggest that the 568 Group created efficiencies in financial aid that fostered competition.  To be clear, the students have sufficient evidence to support a reasonable inference that the universities adopted the agreement at least in part to suppress competition.  *See supra*, Part 1; *cf. Matsushita*, 475 U.S. at 596 (requiring a showing that the inference of an illegal agreement is reasonable in light of competing inferences).  But a reasonable inference is not a certainty.  To the extent that the agreement may have been motivated by purposes other than fixing prices, that possibility further cautions against reflexively condemning an already ambiguous agreement without analyzing its actual effect on competition.  *See Broad. Music*, 441 U.S. at 19 (noting that purpose is relevant for whether to apply *per se* analysis because "it tends to show effect").  *See generally* Areeda, *supra*, ¶ 1506 (cautioning that intent is not a substitute for analyzing effects on competition).

In sum, the agreement in this case is distinguishable from obviously anticompetitive price-fixing arrangements.  The agreement here is one on general

standards—short of a formula—that arguably but do not obviously narrow decisionmaking on a single aspect of pricing that can be undone by decisions regarding other aspects of pricing. To the best of the Court's knowledge, no court has applied the *per se* rule to another agreement with a similarly attenuated relationship to price fixing. Mindful of the Supreme Court's repeated warnings that the *per se* rule must be based on real experience with a type of restraint, the Court concludes that the *per se* rule is inappropriate in this case.

With that established, the Court need not resolve whether the students or the universities bear the initial burden of showing how the agreement affects competition and instead goes on to assess the question of anticompetitive effect directly.

### ii. Anticompetitive effect

Discerning how an agreement affects competition is no easy task. Harm to competition usually manifests as a detrimental effect on the market, such as a "reduction of output, . . . increase in price, or deterioration in quality of goods or services." *Brown*, 5 F.3d at 668. But because the market is subject to a plethora of confounding variables, it takes more to infer that those effects are a product of the challenged agreement rather than some other market force. *See id.*; Areeda, *supra*, ¶ 1503a.

As a result, an antitrust plaintiff must show as a threshold matter that the defendants have enough market power to ignore competitive pressures, *e.g.*, by profitably raising prices above the competitive level. *See Agnew*, 683 F.3d at 335; Areeda, *supra*, ¶ 501. That in turn requires a plaintiff to define at least the rough contours of a relevant market—that is, to identify which other products are "reasonably

interchangeable by consumers for the same purposes" and therefore exert meaningful competitive constraints on the defendants. *Sharif Pharm., Inc. v. Prime Therapeutics, LLC*, 950 F.3d 911, 916 (7th Cir. 2020) (quoting *United States v. E. I. du Pont de Nemours & Co.*, 351 U.S. 377, 395 (1956)). A properly defined market identifies which products are similar enough (the product market) and close enough (the geographic market) to compete with one another. *See id.* at 917. If the market is properly defined, then showing that the defendants control a substantial portion of that market supports an inference of market power. *See generally* Areeda, *supra*, ¶ 532.

A plaintiff may meet its burden without evidence of detrimental effects if it can produce strong proof of market power by precisely defining a relevant market and showing that the defendants have a monopoly market share. *See Republic Tobacco Co. v. N. Atl. Trading Co.*, 381 F.3d 717, 737 (7th Cir. 2004); *FTC v. Ind. Fed'n of Dentists*, 476 U.S. 447, 460–61 (1986) (stating that market power is a surrogate for detrimental effects). Put differently, a plaintiff armed with evidence of actual detrimental effects on the market has more leeway in defining the market and showing market power.

To summarize, a plaintiff has two ways to meet its initial burden to show that an agreement harms competition. One is to provide evidence of the rough contours of a relevant market, the defendant's market power, and the detrimental effects of the assertion of that power. The other is to provide a precise market definition and enough market power to presume harm to the market.

In this case, the students choose the first method and rely on their expert, Dr. Singer, to define the relevant market, calculate the defendants' market shares, and

provide evidence of anticompetitive effects. The universities challenge Singer's findings at each step, arguing that they are unreliable or fail to satisfy the students' burden. The universities advanced similar arguments in their motion to exclude Singer's testimony as inadmissible under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). The Court has denied that motion, and much of the reasoning in that opinion applies equally here.

That said, an expert's opinion may be admissible under *Daubert* but still not enough to create a genuine dispute of material fact. Thus the Court addresses the universities' challenges to Singer's findings to the extent necessary to determine whether the students have met their burden at summary judgment.

The students define the relevant market as twenty-two "elite, private universities whose average rankings in the *U.S. News & World Report* [USNWR] put them in the top 25 for universities during the Class Period." Pls.' Resp. to Defs.' Mot. for Summ. J. at 29. The parties seem to agree that the geographic market is nationwide. They instead dispute whether the relevant market extends beyond the elite, private universities identified by the students to, for example, highly ranked public universities or liberal arts colleges.

To support their market definition, the students rely on two main kinds of evidence. First, they rely on Singer's regression analyzing the effect of 568 Group membership on the universities' "effective institutional prices" (EIPs), which Singer defines as the "cost of attendance minus institutional need-based grants and scholarships." Pls.' Resp. to Defs.' Mot. for Summ. J., Ex. 14 (Singer Report) ¶ 7. That regression model analyzed data from "clean" periods when the universities were not

formally part of the 568 Group and treated them as benchmark prices.  Based on those benchmarks, the model predicted what the prevailing prices would have been without the challenged agreement.  It then compared that prediction to the actual prices charged while the universities were formally 568 Group members.  To isolate the effect of 568 Group membership, the model accounted for confounding variables that might affect price, including expressly accounting for macroeconomic trends; the COVID-19 pandemic; and characteristics of students, universities, and academic years.

After accounting for some adjustments proposed by the universities' rebuttal experts, Singer observed that the universities charged, on average, $1,202 more per student per year when they were members of the 568 Group than they otherwise would have.  The students characterize Singer's regression as a modified version of the "Hypothetical Monopolist test" (HMT), which the Seventh Circuit has endorsed as a method to define a relevant geographic market in the healthcare context.  The universities argue that Singer's regression is not an adequate substitute for a standard HMT and is "incapable of defining the relevant market."  Defs.' Reply in Supp. of Mot. for Summ. J. at 19.

The HMT test asks whether a hypothetical monopolist in a candidate market could maximize its profits by raising prices above competitive levels.  *See FTC v. Advoc. Health Care Network*, 841 F.3d 460, 468 (7th Cir. 2016); Areeda, *supra*, ¶ 536. If it could, then the candidate market is a relevant market; the hypothetical monopolist's success implies that there are not enough reasonably interchangeable products outside the market for consumers to switch to.  *Advoc. Health Care*, 841 F.3d at 468.  "But if customers would defeat the attempted price increase by buying from outside the

[candidate market], it is not a relevant market; the test should be rerun using a larger candidate [market]." *Id.* Though the Seventh Circuit has only expressly endorsed the use of HMTs regarding geographic markets in the healthcare industry, the same concept applies to product markets and other contexts. *See* Areeda, *supra*, ¶ 536.

The universities argue that Singer's regression does not serve the same functions as an HMT because it neither "analyze[s] how students would react if [the universities] raised prices" nor performs any "statistical test of cross-elasticity of demand," *i.e.*, product interchangeability. Defs.' Mem. in Supp. of Mot. for Summ. J. at 36.

For purposes of summary judgment, the Court disagrees. Singer's regression observes that the universities in fact inflated their prices while in the 568 Group over a two-decade period. According to Singer, his regressions show "that a not-so hypothetical collection of universities exercised market power . . . in the form of significant artificial price inflation." Singer Report ¶ 80. The universities do not elaborate on why that interpretation is unreasonable. A jury reasonably could infer from that evidence that the students could not defeat the price increase because products outside the candidate market were not sufficiently interchangeable.

To be sure, there are other possible explanations for the observed price increase that complicate whether it can be used to help define the market. For example, the price increase might have gone unchecked simply because it did not hit the point at which competitive pressures would have kicked in. Or perhaps the price increase was not price maximizing but nonetheless continued because the universities did not realize that it was unprofitable or did not seek to maximize their profits.

On the other hand, if one assumes that the universities charged close to the prevailing price when they were not in the 568 Group, then the inflated price during their membership likely was supracompetitive. And if one assumes that the universities aimed to maximize profits and were reasonably competent at doing so, then the fact that they maintained an average overcharge over two decades suggests that the overcharge was in fact price-maximizing.

These assumptions are not inherently unreasonable. In fact, such assumptions are often part of standard HMTs too. Standard HMTs often treat prices predating the challenged conduct as benchmark, prevailing prices. *See* U.S. Dep't of Just. & Fed. Trade Comm'n, Merger Guidelines, 42 (2023), https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf. And in doing so, they assume that the firms in the market are profit maximizing—charging the most profitable prices under the competitive conditions at the time.

Recognizing the risk that a price increase might occur for reasons besides anticompetitive conduct, standard HMTs require that the hypothetical price increase be a "small but significant and nontransitory increase in price" (SSNIP). Areeda, *supra*, ¶ 536; *see Advoc. Health Care*, 841 F.3d at 465. An insignificant or transitory price increase is more likely to reflect a competitive market moving toward equilibrium. Areeda, *supra*, ¶ 537. In contrast, a significant and lasting increase in price is more likely to be truly supracompetitive and indicative of market power. *Id.* In other words, the more significant and lasting the price increase, the more reliably it suggests a relevant market and market power. With this function in mind, significance is a matter of degree. *Id.* A standard HMT typically looks for a 5% increase in total price, but different

24

market characteristics might justify different significance thresholds. *Id.* For example, in an industry with low profit margins, a substantially smaller significance level might be appropriate. *Id.*

Singer does not say how significant the observed price inflation was in terms of a percentage of total price. He instead states that the price inflation was "economically and statistically significant, meaning [it was] non-trivial in magnitude and highly unlikely due to random chance." Singer Report ¶ 286. He further quantifies the statistical significance, stating that "there is less than a one percent probability that the Challenged Conduct had no effect on Effective Institutional Price given such large conduct coefficients." *Id.* ¶ 249. But Singer conspicuously does not do the same with economic significance, despite stating in his rebuttal report that in this case "economic significance is equally if not more important than statistical significance." Pls.' Resp. to Defs. Mot. for Summ. J., Ex. 32 (Singer Rebuttal), ¶ 88. *See generally* ABA, Proving Antitrust Damages: Legal and Economic Issues, § II.6.C.5.c (3rd ed. 2017) ("[H]ypothesis tests . . . represent statistical statements about both the estimated coefficient *and* the precision with which it is estimated, not purely economic statements about the size of the measured effect."). Singer does, however, note in a later footnote that the average predicted EIP was $39,728. That means that the observed increase of $1,202 was roughly 3%.

That is lower than the presumptive 5% benchmark, but the universities have not challenged Singer's regression on this basis. Additionally, three factors suggest that the 3% number understates the proposed market's power. First, Singer's regression analyzes a smaller market—just the seventeen defendant universities—than the market

25

the students ultimately proposed.  The larger proposed market of twenty-two elite, private universities, if united, likely would be able to impose a larger price increase.

Second, Singer's regression assumes that the universities' prices are not affected by the 568 Group's existence when they are not formal members of the group. In other words, it treats those prices as the prices that would have prevailed if the 568 Group did not exist at all.  But as Singer points out, those prices too might be artificially inflated under the umbrella effect—which observes that a price-fixing cartel's existence can distort the market, causing even non-members to set higher prices than what would have otherwise prevailed—or lingering effects of 568 Group membership on a former member's pricing.

Third, the universities' profit margins are low.  In fact, one of the universities' own experts, Terry Long, finds that each defendant university operates its undergraduate program at a deficit.  That is a double-edged sword.  On the one hand, it might suggest that the universities do not aim to maximize their profits or charge competitive prices, undermining the assumptions necessary to infer the existence of a relevant market from an observed price increase.  On the other hand, if one accepts the premise that the universities are profit maximizing—a reasonable explanation for why they would increase prices—the lower profit margins suggest that even a 3% increase in price can imply the existence of a relevant market.  And because the students have produced evidence suggesting that the universities did compete with one another on price and sought to avoid competition, a jury reasonably could choose the latter inference.

Moreover, the students do not rest their market definition solely on Singer's regression.  They also provide his analysis of the so-called *Brown Shoe* factors—

practical indicia that help define the relevant market. *See Brown Shoe Co. v. United States*, 370 U.S. 294, 325 (1962). Singer claims that four factors support the students' market definition.

First, Singer points to industry recognition, asserting that USNWR "is considered the premier ranking institution for U.S. schools." Singer Report ¶ 82. According to Singer, the fact that the twenty-two elite, private universities have been ranked consistently in the top 25 suggests that they are a separate market, "perceived to be the best route to achieving social status and promoting one's employment prospects." *Id.* Second, Singer points out that the elite, private universities "charge significantly higher prices for their product relative to all public universities and to many other private universities." *Id.* ¶ 83.

Third, Singer argues that the elite, private universities recognize one another as their primary competitors. He supports this claim in part through record evidence. For example, he cites an internal document from Dartmouth comparing Dartmouth to a list of twenty-seven "peer institutions." Pls.' Resp. to Defs.' Mot. for Summ. J., Ex. 34 at 2. That document states that the list "is based on the top 20 National Universities in the US News and World Report ranking" and "should be updated based on the most recent top 20 institutions." *Id.* The document describes the additional seven institutions as "Comparable Institutions" which "should be reviewed regularly to make sure they are still comparable." *Id.* A Vanderbilt internal document similarly compares Vanderbilt's undergraduate tuition to the rest of the "Private USN&WR Top 25." *Id.*, Ex. 40 at 5.

Singer also performed a peer analysis to show empirically that the elite, private universities consider themselves as a separate market. He surveyed two sets of data

27

where 373 universities self-reported whom they considered as peers. Based on that data, he analyzed the universities' peer / reverse-peer ratio—how many peers a university listed as compared to how often that university was listed by another as a peer. Singer asserts that the lower peer / reverse-peer ratio is a proxy for quality, noting that Harvard's ratio was 0.11.

Singer found that the elite, private universities had, on average, a peer / reverse-peer ratio of 0.52. By contrast, the ten highest USNWR-ranked universities outside of the elite, private universities had an average ratio of 0.77, and the top ten liberal arts colleges had an average of 0.62. Adding either other group, or both groups, to the proposed market of elite, private universities, increased the peer / reverse-peer ratio. According to Singer, this "reinforce[s] the conclusion that the different groups of institutions are viewed as belonging to separate markets." Singer Report ¶ 90.

Singer also analyzed a market / non-market odds ratio—how often a group of schools listed one another as peers versus listing out-of-group schools as peers—as a measurement for how "self-contained a market is in terms of peer recognition." *Id.* ¶ 91. Singer found that the elite, private universities had significantly higher odds ratios than a grouping that added the other ten highest ranked universities, the top ten liberal arts colleges, or both.

Fourth, Singer analyzed student preferences with two tests: a comparison of how far each school's student body traveled to attend and a "revealed preferences" test analyzing how students chose between multiple schools they were admitted to. His geographic test calculated how far students traveled on average to attend schools and, to account for the fact that some schools are closer to more densely populated areas,

28

compared that average to a hypothetical average if the school had a perfectly nationwide reach. A ratio of those averages closer to 1 indicated a nationwide student body, whereas a lower ratio indicated a more regional student body. That test showed that students traveled much farther, on average, for the elite, private universities (actual average distance of 757, ratio of 0.72) than for the other ten highest ranked universities (actual average distance of 352, ratio of 0.30). But the top ten liberal arts colleges (actual average distance of 814, ratio of 0.67) more closely resembled the elite, private universities.

Singer's revealed preferences analysis found that within the group of elite, private universities, a university's win rate roughly correlated with its USNWR average. He also compiled a revealed preferences ranking that added the other ten highest ranked universities, the top ten liberal arts colleges, or both. In general, the elite, private universities had stronger win rates. And proportionally, expanding the market did not significantly change the overall distribution of win rates. For example, the top eighteen schools were still elite, private universities even after adding the top ten liberal arts colleges. According to Singer, his geographic and revealed preferences analyses demonstrate that the elite, private universities have distinct characteristics and customers, two other *Brown Shoe* factors.

The universities raise a host of objections to Singer's *Brown Shoe* analysis, but none are persuasive enough to prevent a jury from reasonably accepting his conclusion. Their arguments fall into three main buckets. First, the universities argue that the cutoff USNWR ranking of top 25, as opposed to some other number, "is wholly arbitrary." Defs.' Mem. in Supp. of Mot. for Summ. J. at 38–39. In the abstract, that might be true

29

(though unhelpful, since the law requires that *some* line be drawn).  But the whole point of Singer's analysis is to show that the market definition is not arbitrary.  The universities cannot rebut his showing without explaining why his analysis is wrong.

Second, the universities point out that schools compete in multiple dimensions that are not captured by the USNWR or the elite, private university market.  For example, students interested in performing arts might prioritize different schools than students interested in engineering.  Or students in California might prioritize different schools than students in Georgia or Texas.  For those students, the area of effective competition is not the elite, private university market but instead the top performing arts or engineering schools, or the top schools in California, Georgia, or Texas.

This argument suggests the existence of smaller markets, but it does not disprove the existence of the elite, private university market as a relevant market.  To show that there is not an elite, private university market, the universities cannot merely point out that individual consumers, or sets of consumers, view their options differently.  That is true of most if not all markets.  The antitrust laws, however, are concerned with aggregates.  The universities must therefore show that consumers, as an aggregate population, do not view the elite, private universities as a separate market.

In that light, the students' proposed market is supported by a few intuitive propositions.  The first is that prestige matters.  The most prestigious schools compete primarily against one another, not with less prestigious schools.  Next, liberal arts colleges differ from universities.  Ranking authorities often place them in different categories entirely.  Liberal arts colleges do not have the same focus on research—an important consideration for many students—and often focus relatively narrowly on

liberal arts.  Lastly, public universities differ from private universities.  Some public universities may be just as prestigious as the elite, private universities, but they compete primarily within a smaller, more regional, market by subsidizing tuition for in-state residents.  Additionally, public universities often offer different experiences from private universities, with larger class sizes and less tightly knit alumni networks.

The universities' third set of arguments challenges Singer's interpretations of several of his findings, contending that they in fact contradict his proposed market.  For example, they argue that Singer's revealed preferences analysis "shows that cross-admitted students preferred many schools outside his proposed product market." *Id.* at 37.  Specifically, the universities point to three public universities—UCLA, UC Berkeley, and University of Michigan—that had a higher win-rate than thirteen elite, private universities, and five liberal arts colleges—Pomona, Williams, Swarthmore, Bowdoin, and Amherst—that had a higher win-rate than two elite, private universities.  Similarly, the universities point out that some highly ranked public universities and/or liberal arts colleges had similar costs of attendance and public endowments to the elite, private universities.

To be sure, some of Singer's studies, viewed in isolation, raise some questions about his market definition.  For example, Singer's peer analysis assumes that the elite, private universities are a distinct group and that if the market is any bigger, it must encompass all ten of the other highest-ranked universities or all ten of the top liberal arts colleges.  But if the data were disaggregated and listed purely in order of the peer / reverse-peer ratio, the result would be a very mixed distribution of elite, private universities and the other schools.  UC Berkeley and Amherst, for example, have a ratio

31

much closer to most of the elite, private universities than Notre Dame does.  Similarly, the revealed preference rankings show that UCLA, UC Berkeley, and the University of Michigan have similar win-rates to a majority of elite, private universities, whereas Emory and Carnegie—considered as part of the market—are relative outliers. Additionally, some metrics show that the elite, private universities are similar to their out-of-market counterparts.  The geographic test shows that liberal arts colleges command a similarly nationwide reach.

Considering all of the metrics together, however, shows that schools that appear to be in the market for one reason may be excluded for another reason.  For example, the geographic test suggests that liberal arts colleges are similar to elite, private universities, but those colleges are almost universally lower by Singer's prestige metrics.  On the flip side, Singer's prestige metrics leave only a few reasonable contenders for schools that should be included in the market.  The ones with the best claims are UCLA, UC Berkeley, the University of Virginia, the University of Michigan, and USC, all of which have some combination of meeting the USNWR top-25 cutoff, strong peer / reverse-peer ratios, and relatively high win-rates.  The geographic test, however, indicates that these schools have less nationwide reach.[4]

As a result, a jury reasonably could conclude that the students' proposed market is off only slightly, if at all.  A jury might reasonably find that a few additional schools

---

[4] That test did not list individual school data, so this difference might merely be an artifact of comparing averages.  But the perceived difference in reach aligns with the fact that public schools, like UCLA, UC Berkeley, UVA, and Michigan, subsidize tuition for in-state students but not for out-of-state students.  Because USC is a private school, its geographic reach is more likely to resemble that of the elite, private universities, but a one-school difference is not material.

belong in the market and/or that a few schools in the market do not belong, but the overall picture would be largely the same. Put differently, the students have sufficiently proven the rough contours of the market. And because the students offer Singer's regression as direct evidence of anticompetitive effects, that is enough.

The rest of the analysis is easier. After defining the relevant market, the students must show that the defendant universities had enough market power to have caused the anticompetitive effects that they proffer. To do so, they rely on Singer's calculation of the universities' market shares—how much of the market the universities controlled.

Singer used three calculations, one where the universities have equal weight, one where each university is weighted by its number of undergraduate students, and one where each university is weighted by its undergraduate tuition. All three showed that the universities controlled roughly 77–79% of the market. For good measure, Singer also recalculated market shares based on a larger market that included the three other universities consistently ranked in the USNWR top 25—UC Berkeley, UCLA, and UVA. Based on that market, Singer calculated the defendant universities' market share to range from 51–72%.

Because market shares are merely a proxy for market power, there is no exact point at which the percentage of the market is enough. *See* Areeda, *supra*, ¶ 532. One complexity is that market shares only convey a sense of market power as the market currently exists. But if the market might easily expand with the entry of new competitors, then market shares might overestimate market power. As the Areeda treatise explains, a defendant with 100% of the market obviously controls output and price in the market entirely. *Id*. But if demand is highly reactive to price changes, or

33

new entry is so easy that even a small increase in price would entice new competitors, then that control does not translate to meaningful market power. *Id.* As a result, the requisite percentage of the market might depend in part on other characteristics of the market.

Singer addresses this point by showing that the elite, private universities are protected from new competition by their well-established research and post-graduate programs, large endowments, and higher quality faculty. Any prospective entrant would have a hard time clearing these barriers to entry. As a result, the market is relatively stable, and market share is a relatively good indication of market power.

The Court concludes that Singer's market share calculations in the 70% range are sufficient to permit a reasonable inference of market power. *See Valley Liquors, Inc. v. Renfield Imps., Ltd.*, 822 F.2d 656, 666 (7th Cir. 1987). Singer's lowest calculation of 51% is likely too low. *See id.* at 667; Areeda, *supra*, ¶ 532c. But given the high barriers to entry, and the fact that the universities do not challenge Singer's market share analysis beyond objecting to the market definition used, the Court does not believe that in this case it is too low as a matter of law.

As the final component of their proof of anticompetitive effects, the students use Singer's regression to show an artificial price increase. The universities raise two sets of responses. The universities first raised several methodological challenges in their *Daubert* motion largely focused on Singer's choice of data, control variables, and standard errors. Considering those criticisms for purposes of summary judgment, the Court concludes that none of them preclude a jury from reasonably finding that Singer's regression means what he says it to mean.

34

The universities also argue that the Court should grant summary judgment on discrete parts of the challenged agreement that they claim could not have possibly harmed competition.  In doing so, they implicitly accept that Singer's regression might reflect competitive harms caused by other aspects of the agreement.  Since the students need not show any particular agreement to prevail, this line of argument is not a basis for summary judgment.  As for the request to grant partial summary judgment on certain aspects of the agreement, the Court declines to do so.  As the students point out, it would not be appropriate to prevent the jury from viewing the alleged conspiracy in its entirety.  *See Cont'l Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 698–99 (1962) ("[T]he character and effect of a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole.").

To summarize, the students have presented evidence supporting the rough contours of a relevant market, high enough market shares to infer market power, and the proposed effects of that market power in the form of an artificial price increase.  That evidence is all consistent with the type of agreement that the students allege.  Despite the universities' challenges, a jury reasonably could find that the challenged agreement harmed competition.

### 3.    Antitrust standing / injury

The doctrine of antitrust standing and the "subsidiary doctrine" of antitrust injury impose additional restrictions on when a private plaintiff can sue for a violation of the antitrust laws.  *See Kochert v. Greater Lafayette Health Servs., Inc.*, 463 F.3d 710, 715 (7th Cir. 2006).  The universities invoke these doctrines by arguing that "[e]ven if [section] 1 somehow applied to defendants' conduct, numerous plaintiffs lack a right to

sue because others paid for their college educations."  Defs.' Mem. in Supp. of Mot. for Summ. J. at 47.  Specifically, the universities contend that the students who had their college expenses paid for by parents or other third parties have not suffered any injury.

The universities frame their arguments primarily in terms of antitrust standing. They do not claim that the students lack Article III standing, which limits the federal courts' jurisdiction to cases involving an injury in fact traceable to the defendant and likely to be redressed by a favorable decision.  *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992).  But because their arguments implicate Article III standing and therefore the Court's jurisdiction, the Court briefly addresses that issue first.  *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998).

Article III requires that the plaintiff suffered an injury in fact.  *Lujan*, 504 U.S. at 560.  Monetary harm, like paying an artificially inflated tuition cost, readily qualifies.  *See TransUnion LLC v. Ramirez*, 594 U.S. 413, 417 (2021).  But as the universities point out, some students—the plaintiffs in this case—did not pay tuition themselves.  Instead, their tuition costs came out of someone else's pocket, like a parent, as a gift that the students had no obligation to pay back.  In that case, it seems like the parent has suffered an Article III injury but not the student.

That problem is illusory.  When the students in this case were admitted to the defendant universities, they alone incurred the legal obligation to pay tuition.  The parents, in contrast, had no contract or agreement with the universities.  As far as the law is concerned, the parents must have gifted or loaned the money to the students. *See Rynasko v. N.Y. Univ.*, 63 F.4th 186, 195 & n.9 (2d Cir. 2023).  The students then paid their tuition with that money and suffered an injury when they paid too much.

The district court's decision in *In re iPhone Antitrust Litigation*, 4:11-cv-6714-YGR, 2025 WL 3124160 (N.D. Cal. Oct. 27, 2025), which the universities cite as supplemental authority, does not persuade this Court otherwise. The district court there rejected an argument that children who paid for iPhone apps with their parents' money had Article III and antitrust standing because they "directed the payment" by clicking the purchase button. *Id.* at *13. As an initial matter, that decision by another district court outside of this circuit is not binding on this Court. Additionally, courts in more analogous cases have generally held that parents do not have standing to sue colleges and universities merely because they paid tuition on behalf of their children. *See, e.g.*, *Rynasko*, 63 F.4th at 195; *Gociman v. Loyola Univ. of Chi.*, 515 F. Supp. 3d 861, 866 (N.D. Ill. 2021) (citing cases). Though the parents' lack of standing does not necessarily imply that the students have standing, the logic in those cases supports treating this case as analogous to one where the parent gives the money to the student to then pay tuition themselves. *See Rynasko*, 63 F.4th at 195 n.9. In that situation, the student would have standing, and so too here.

With the jurisdictional issue out of the way, the Court turns to the question of antitrust standing. The universities primarily invoke one strand of antitrust standing, the *Illinois Brick* doctrine, "a bright-line rule that authorizes suits by *direct* purchasers but bars suits by *indirect* purchasers." *Apple, Inc. v. Pepper*, 587 U.S. 273, 279 (2019) (citing *Ill. Brick Co. v. Illinois*, 431 U.S. 720, 746 (1977)). According to the universities, students who had their parents pay are not direct purchasers; they are gift recipients. The universities further warn that permitting the students to sue would run the risk of imposing double liability because the people who actually paid the tuition could also

sue.

As with the Article III issue, the Court sees this problem as illusory. The students are the ones paying because they are the only ones with a legal obligation to the universities. The fact that the parents are the effective source of the money does not change that fact. *See In re Payment Card Interchange Fee & Merch. Discount Antitrust Litig.*, 05-MD-1720 (MKB), 2024 WL 1014159, at *12 (E.D.N.Y. Mar. 8, 2024) ("Defendants' 'who pays' rule 'would require [the Court] to rewrite the rationale of *Illinois Brick* and to gut the longstanding bright-line rule.'" (quoting *Apple*, 587 U.S. at 282)). Nor does it matter that the parents mailed cash or provided their card information directly, rather than giving it to the students first. Thus the students have standing to sue the universities, not the parents. Otherwise, antitrust standing would turn on factual differences that have no relation to any legitimate purpose of the doctrine.

The Court therefore concludes that the students have met their burden of proof to establish a prima facie antitrust case.

## B. Affirmative defenses

Having addressed the core arguments on the merits, the Court turns to the parties' disputes regarding the universities' affirmative defenses. The universities first argue that they are immune from antitrust liability under the 568 Exemption. They have also asked the Court to bar all claims based on tuition charges prior to 2018, contending that they fall outside the Sherman Act's four-year statute of limitations. The students have moved for summary judgment on UPenn's defense that it withdrew from the alleged conspiracy in 2020.

The Court denies the universities' motion for summary judgment on the basis of

38

the 568 Exemption. It also denies the parties' requests for summary judgment on the statute of limitations and withdrawal defenses because genuine disputes of material fact exist regarding both issues.

### 1. 568 exemption

The 568 Exemption provides that "[i]t shall not be unlawful under the antitrust laws for 2 or more institutions of higher education at which all students admitted are admitted on a need-blind basis, to agree or attempt to agree" to four enumerated types of agreements. Cornell, Georgetown, MIT, and UPenn argue that they are immune from liability by virtue of this exemption. § 568(a). Although they acknowledge that other schools involved in the agreement were not need blind, they argue that they were individually need blind and therefore are protected "regardless of the practices of other 568 Group members." Defs.' Mem. in Supp. of Mot. for Summ. J. at 46–47.

The Court has already rejected this argument in its opinion denying the universities' motion to dismiss. *Carbone v. Brown Univ.*, 621 F.Supp.3d 878, 887–89 (N.D. Ill. 2022). Antitrust exemptions are to be strictly construed. *See Fed. Mar. Comm'n v. Seatrain Lines, Inc.,* 411 U.S. 726, 733 (1973). By its text, the exemption protects agreements, not individual universities. And it only protects certain agreements—those between "2 or more institutions of higher education at which all students admitted are admitted on a need-blind basis." § 568(a). That requires all of the "2 or more institutions" to admit all students on a need-blind basis.

The universities interpret this language to instead protect an institution that is individually need-blind, regardless of whether other participants in the agreement were also need-blind. But under that reading, Congress's decision to include the phrase "2 or

more" makes no sense. If Congress wanted to protect individual need-blind institutions without considering the admissions practices of other participants to the agreement, it could have instead said, "It shall not be unlawful under the antitrust laws for *an institution* at which all students admitted are admitted on a need-blind basis, to agree or attempt to agree . . . ."[5] That is not what Congress did.

Accordingly, for the 568 Exemption to apply, every institution in the agreement must admit all students on a need-blind basis. Because it is undisputed that some of the 568 Group members did not do so, none of the universities may benefit from the 568 Exemption's protections in this case.

Even if the universities' interpretation were correct, they still would not be entitled to summary judgment on their exemption defense. The students have produced sufficient evidence for a jury reasonably to find that each of the universities claiming the exemption favored wealthier applicants and therefore did not admit all students "on a need-blind basis." The universities resist this conclusion by arguing that a school is still need-blind even if it engages in wealth favoritism. In their view, "need-blind" merely means that the school does not disadvantage applicants "because of their decision to seek financial aid or information in their financial aid application." Defs.' Reply in Supp. of Mot. for Summ. J. at 23.

The universities' argument is contrary to the statutory text. The exemption expressly defines "on a need-blind basis" to mean "without regard to the financial

---

[5] The only other possible reading is that Congress wanted to protect agreements where at least two participants were need-blind institutions, regardless of the other members' admissions practices. There is no reason to think Congress intended such an arbitrary result.

circumstances of the student involved or the student's family." § 568(c)(6). A school that provides preferential treatment to an applicant with a wealthy background is plainly not admitting all students "without regard to the financial circumstances of the student involved or the student's family." *Id.*

The universities try to circumvent the statutory definition by appealing to legislative history and other parts of the statute that use the term "need-based" information, which they argue supports their narrower definition. Even assuming these arguments could overcome the plain text of the exemption, neither is persuasive. The legislative history the universities cite expressly states that it is not "elaborating on the need-blind admissions standard in the statutory text." H.R. Conf. Rep. 103-761 (1994). And though it does suggest that schools should not consider information derived from a financial application form, it does so only as one example of a non-need-blind practice, not as the exhaustive definition that the universities propose. The universities argue that "need-based" uses the term "need" to mean "demonstrated financial need," but the statute never connects those terms. "Need-based" and "demonstrated financial need" instead appear in two separate provisions which list two different types of exempt agreements. *See* § 568(a)(1), (3). There is no basis in the text for stitching those terms together as the universities suggest, let alone using them to rewrite the statutory definition of "need-blind."

In summary, the universities are not entitled to summary judgment based on the 568 Exemption.

### 2. Statute of limitations

The timeliness of antitrust claims is governed by the Clayton Act's limitations

provision, which states that "[a]ny action to enforce any [antitrust] cause of action . . . shall be forever barred unless commenced within four years after the cause of action accrued." 15 U.S.C. § 15b; *see Zenith Radio Corp. v. Hazeltine Rsch., Inc.*, 401 U.S. 321, 338 (1971). A cause of action accrues "when the plaintiff has a complete and present cause of action." *Corner Post, Inc. v. Bd. of Governors of Fed. Res. Sys.*, 603 U.S. 799, 810 (2024) (internal quotations omitted). In the antitrust context, that is generally when the plaintiff is injured by the defendant's anticompetitive action, *e.g.*, by paying an overcharge. *See Zenith*, 401 U.S. at 338.

If that were all, then all claims in this case based on tuition payments before January 9, 2018—four years before this suit was filed—would be barred. But in the Seventh Circuit, the antitrust statute of limitations "is qualified by the discovery rule," a federal common law rule that postpones accrual until the plaintiff discovers or should have discovered the injury and its cause through the exercise of reasonable diligence. *In re Copper Antitrust Litig.*, 436 F.3d 782, 789 (7th Cir. 2006); *see Cada v. Baxter Healthcare Corp.*, 920 F.2d 446, 450 (7th Cir. 1990); *Stoleson v. United States*, 629 F.2d 1265, 1269 (7th Cir. 1980); *see also Merck & Co., Inc. v. Reynolds*, 559 U.S. 633, 644 (2010). In seeking summary judgment, the universities only argue that the students should have discovered their injury and its cause, not that any plaintiff actually did so.

Additionally, tolling doctrines might pause a statute of limitations once it has started to run. *See Zenith*, 401 U.S. at 338 (acknowledging that the antitrust statute of limitations may be tolled). Most relevant here, equitable estoppel tolls the statute of limitations "if the defendant takes active steps to prevent the plaintiff from suing in time, as by promising not to plead the statute of limitations." *Cada*, 920 F.2d at 450–51.

42

Starting with the discovery rule, the Court first addresses the universities' backup argument that the rule contradicts recent Supreme Court precedent. The universities rely primarily on *Rotkiske v. Klemm*, 589 U.S. 8, 14 (2019), which they cite for the proposition that "discovery rules should not be 'read in' to federal statutes where Congress has elected not to include them." Defs.' Mem. in Supp. of Mot. for Summ. J. on the Statute of Limitations at 18.

That overreads *Rotkiske*, which dealt with a different statute of limitation providing that a cause of action under the Fair Debt Collection Practices Act (FDCPA) "may be brought . . . within one year from the date on which the violation *occurs*." *Rotkiske*, 589 U.S. at 13 (quoting 15 U.S.C. § 1692k(a)). The Court expressly distinguished that language from an accrual-based statute, noting that the FDCPA "unambiguously sets the date of the violation as the event that starts the one-year limitations period." *Id.* The Court held that the discovery rule should not be read into that unambiguous language, but it did not address the separate question of whether the discovery rule applies to an accrual-based statute, like the one in the Clayton Act. *See id.* at 13–15. *Rotkiske* thus did not overrule Seventh Circuit precedent requiring the discovery rule in antitrust cases, like this one.

With that established, the Court turns to the parties' primary dispute over when the students should have discovered their injury. As indicated, the universities do not seriously contend that any students actually knew that they had been injured. Instead, they argue that at the time of overcharge, all of the "necessary facts underlying an alleged injury" were known or knowable to a reasonably diligent plaintiff . Specifically, they point out that information about the 568 Group was available to the public,

including its membership, its agreement on common need-analysis principles, the 2001 subcommittee report, the 2006 GAO report, and even concerns from other observers that the 568 Group might have an anticompetitive effect on financial aid.

The students respond that identifying the injury in this case—paying a higher price than what they would have but for the challenged agreement—requires analyzing a "nuanced, data-intensive, expert-driven, econometric question that arises out of practices that . . . are complicated and opaque to students and families." Pls.' Resp. to Defs.' Mot. for Summ. J. on the Statute of Limitations at 1. As for the publicly available information, the students argue that "knowing that Defendants had coordinated on financial aid would not allow a [reasonably diligent plaintiff] to understand that such coordination was working to her *detriment*." *Id.* at 5.

The universities are not entitled to summary judgment on this defense. The initial problem is that even a reasonably diligent plaintiff would be unlikely to detect that they had been injured at all. A student receiving their financial award, even one lower than they had hoped for, has no reason to suspect that their award *should have been* higher. Most for whom it even registers that the award seems low likely would attribute this to one of the many opaque and nebulous factors that go into financial aid calculation. The publicly available information might help a student identify the 568 Group as a potential cause, but none of that information helps if a student never suspects injury in the first place. *Cf. Stark v. Johnson & Johnson*, 10 F.4th 823, 836–37 (7th Cir. 2021) ("[An] unfortunate outcome, by itself, is not sufficient to start the statute of limitations clock. . . . There must be some other circumstances present that would prompt a reasonable person . . . to suspect or investigate a potential wrongful cause.").

Importantly, the point is not that it would take a long time to run a complex econometric analysis and confirm an anticompetitive overcharge. As the universities point out, the relevant starting point under the discovery rule is the discovery of injury and its cause, not the piecing together of a legal theory. *See United States v. Kubrick*, 444 U.S. 111, 122 (1979). The point instead is that the fact of injury is hard to detect without complex analysis or, more realistically, knowledge of other circumstances that might heighten a reasonable person's suspicions. That detection problem is precisely why the discovery rule exists. *See Gabelli v. SEC*, 568 U.S. 442, 450–51 (2013) ("The discovery rule exists in part to preserve the claims of victims who do not know they are injured and who reasonably do not inquire as to any injury. . . . Most of us do not live in a state of constant investigation; absent any reason to think we have been injured, we do not typically spend our days looking for evidence that we were [injured].").

The universities emphasize that information about the 568 Group was publicly available for years, but that does not necessarily mean that it all would have been known by a reasonably diligent plaintiff. *See In re Broiler Chicken Antitrust Litig.*, 290 F.Supp.3d 772, 807–08 (N.D. Ill. 2017). Imputing knowledge of publicly available information might generally make sense in considering what a plaintiff should discover in investigating their injury. But imputing knowledge in considering whether a plaintiff would investigate in the first place is entirely different. The Court does not see a basis to impute knowledge of all publicly available information regarding the 568 Group for this purpose. Thus what exactly a reasonable student knew or should have known about the 568 Group involves questions of material fact that, on this record, the Court cannot resolve. *See Massey v. United States*, 312 F.3d 272, 276 (7th Cir. 2002).

45

In any event, much of the publicly available information would dispel, rather than heighten, students' suspicions. All of the 568 Group's public statements, for example, repeated that the Consensus Approach was more generous to students. The 2006 Gao Report found no significant impact on affordability. In contrast, none of the criticisms of the 568 Group indicated that its activities were unlawful. Thus even a plaintiff armed with full knowledge of the publicly available information might still reasonably not realize that their tuition award was lower than it should have been. *See In re Copper*, 436 F.3d at 789–90.

The students' equitable estoppel argument, on the other hand, falls short. As a preliminary matter, both parties frame their arguments in terms of fraudulent concealment. Strictly speaking, fraudulent concealment is a subset of the broader doctrine of equitable estoppel, which does not require fraud or concealment, "only conduct or representations by the defendant that prevent the plaintiff from suing before the statute of limitations has run." *Singletary v. Cont'l Ill. Nat'l Bank & Tr. Co. of Chi.*, 9 F.3d 1236, 1241 (7th Cir. 1993); *see Sebelius v. Auburn Reg'l Med. Center*, 568 U.S. 145, 164 (2013) (Sotomayor, J., concurring) (noting that equitable estoppel and fraudulent concealment are distinct doctrines). Some cases, however, have suggested that the defendant must intend to delay filing or at least should know that their actions are likely to do so. *See, e.g.*, *Hedrich v. Bd. of Regents of Univ. of Wis. Sys.*, 274 F.3d 1174, 1182 (7th Cir. 2001); *Mull v. ARCO Durethene Plastics, Inc.*, 784 F.2d 284, 292 (7th Cir. 1986).

In any event, even the broadest notion of equitable estoppel does not apply to mere denials of liability. *Stephan v. Goldinger*, 325 F.3d 874, 877 (7th Cir. 2003). That

46

effectively covers all of the statements upon which the students rely. For example, the students contend that the universities made misrepresentations in the 568 Group's letter to the GAO. The alleged misrepresentations, however, were statements that there was no evidence that the 568 Group stifled competition. That is a mere denial of liability. Some statements are harder to characterize as a denial of liability but nonetheless fall within the spirit of the rule. For example, the students point to statements by the universities attributing rising prices to external factors. To the extent that those statements prevented students from suing, they did so by merely denying liability— namely by attributing the injury to some other cause. *Cf. Mitchell v. Donchin*, 286 F.3d 447, 450–51 (7th Cir. 2002) (holding that equitable estoppel did not apply when the defendant represented that the injury was caused by someone else).

Perhaps the statements would justify equitable estoppel if the students could show an intent to mislead them. But the statements they point to are perfectly consistent with good faith representations by the universities. There is no basis in the record, for example, to conclude that the universities intended to mislead anybody through their "misrepresentations" to the GAO that there was no evidence of anticompetitive effects. In context, those statements were plainly made in response to the GAO's own finding that there were, in fact, no observable anticompetitive effects at the time. The universities, like the students, may well have been unaware whether their agreement in fact harmed students.

In sum, the Court overrules the students' equitable estoppel argument but concludes that it is nonetheless inappropriate to bar all pre-2018 claims given the discovery rule.

47

### 3.    Withdrawal

The last issue is whether UPenn withdrew from the challenged agreement in January 2020, when it stated in a letter to the 568 Group that it was resigning from the group.

The students argue that the letter was insufficient for withdrawal as a matter of law because it did not "repudiate or disavow the Group or its goals."  Pls. Mem. in Supp. of Mot. for Summ. J. at 1.  They point out that the letter contained amicable and even praiseworthy language.  The first paragraph is representative:

> The University of Pennsylvania is proud to have been a member of the 568 President's Group for the past two decades and to have collaborated with other 568 members to increase access to financial aid by bringing "greater clarity, simplicity, and fairness to the process of assessing each family's ability to pay for college."  This essential work has had a transformative impact on students in our participating institutions because of the shared vision and strategic directions pursued by member colleges and universities.

Defs.' Mot. for Summ. J., Ex. 81 (Penn Withdrawal Letter) at 2.

UPenn responds that the students' test is too stringent.  It argues instead that communicating withdrawal is sufficient in antitrust cases.  It also contends that UPenn did repudiate or disavow the 568 Group and its goals by unequivocally resigning, stating its intent to pursue "increased flexibility" in its financial aid policies, and publicly announcing new policies that deviated from the alleged agreement.

The Court begins by reviewing the standard for withdrawal.  The basic standard for withdrawal is the same in criminal and antitrust cases.  *See United States v. U.S. Gypsum Co.*, 438 U.S. 422, 464–65 (1978).  Generally, "[a]ffirmative acts inconsistent with the object of the conspiracy and communicated in a manner reasonably calculated to reach co-conspirators [are] sufficient to establish withdrawal or abandonment."  *Id.*

48

Implicit in that formulation is the principle that merely ceasing to participate in the conspiracy is not enough. *United States v. Patel*, 879 F.2d 292, 294 (7th Cir. 1989).

That raises the question of what distinguishes communicating withdrawal from definitively ceasing to participate in a conspiracy. As Judge Posner explained, "[t]here are two points, one evidentiary and one substantive." *Id.* The evidentiary point is that the existence of a communication confirms that the defendant's lack of participation is in fact a clean break. *Id.* The substantive point is a proximate-cause-like principle:

> [H]aving set in motion a criminal scheme, a conspirator will not be permitted by the law to limit his responsibility for its consequences by ceasing, however definitively, to participate. Such cessation may or may not be effective withdrawal in a lay sense, but this is one of those places where the law uses a word in a special sense. You do not absolve yourself of guilt of bombing by walking away from the ticking bomb. And similarly the law will not let you wash your hands of a dangerous scheme that you have set in motion and that can continue to operate and cause great harm without your continued participation.

*Id.*

The substantive principle means that to be legally effective, and to "limit a conspirator's liability for losses that his own activity made more probable," the withdrawal must do more than clearly indicate the end of the withdrawer's participation. *United States v. Paladino*, 401 F.3d 471, 479 (7th Cir. 2005). It must, for example, weaken the conspiracy by raising the threat that the withdrawer might go to the authorities. *Id.*

Based on these principles, the Seventh Circuit has held that a conspirator may not effectuate a legally effective withdrawal by merely announcing that it is ceasing to participate. *United States v. Nagelvoort*, 856 F.3d 1117, 1129 (7th Cir. 2017). For communication of withdrawal alone to suffice, it must "disavow the conspiracy and its

49

criminal objectives." *Id.* (quoting *United States v. Vallone*, 698 F.3d 416, 494 (7th Cir. 2012)).

The universities argue that this test—applied thus far only to criminal cases—should not be extended to the antitrust context. They point out that antitrust violations can arise from ordinary and even good-faith business agreements and that requiring hostility would be perverse. If repudiation were required for any form of withdrawal, the Court would agree. But repudiation is necessary only when there is no affirmative act other than the communication of withdrawal itself. *See Vallone*, 698 F.3d at 494. Any other affirmative act that would undermine the conspiracy would satisfy the requirement for withdrawal without express repudiation. *See Paladino*, 401 F.3d at 479. In antitrust cases, the most obvious act is to resume competitive behavior inconsistent with the anticompetitive goals of the conspiracy. *See Gypsum*, 438 U.S. at 465 n.38.

Applying those principles to this case, UPenn's resignation letter alone was not a legally effective withdrawal as a matter of law. As the students point out, the letter is a far cry from repudiation. The part of the letter that creates the most tension with the conspiracy's goals is UPenn's explanation that it felt it needed "increased flexibility in [its] need analysis." Penn Withdrawal Letter at 2. But that is not enough to cut off UPenn's liability, especially because it could continue to reap the benefits of the alleged anticompetitive market conditions it helped to create.

The question then becomes when UPenn took an affirmative act inconsistent with the goals of the conspiracy, for example, by resuming competition. UPenn points out that it announced several discrete changes to its financial aid policies. Most of those happened after dissolution of the 568 Group, but at least one happened before

50

the 568 Group dissolved. That change increased the income threshold for students to qualify for Penn's "highly aided" program. The students also seem to acknowledge that UPenn's need analysis system underwent some other minor changes before the 568 Group dissolved. *See* Pls.' Resp. to Defs.' Stat. of Facts on the Statute of Limitations, ¶ 7.

Depending on what the contours and purposes of the challenged agreement were, those changes might sufficiently conflict with the agreement to constitute a legally effective withdrawal. A jury reasonably could find, for example, that UPenn's expansion of its highly aided program was inconsistent with the goals of avoiding bidding wars. Those questions of fact preclude summary judgment in the students' favor on UPenn's withdrawal defense. *See United States v. Bafia*, 949 F.2d 1465, 1480 (7th Cir. 1991) (noting that "withdrawal from a conspiracy is a question of fact").

## Conclusion

For the reasons stated above, the Court denies the universities' motion for summary judgment in its entirety [dkt. 848] and the students' motion for partial summary judgment on UPenn's withdrawal defense [dkt. 850].

_____
MATTHEW F. KENNELLY
United States District Judge

Date: January 12, 2026

APPEAL,FUENTES,PROTO

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5) (Chicago)
# CIVIL DOCKET FOR CASE #: 1:22-cv-00125
# Internal Use Only

Henry et al v. Brown University et al

Assigned to: Honorable Matthew F. Kennelly

Cause: 15:1 Antitrust Litigation

Date Filed: 01/09/2022

Jury Demand: Both

Nature of Suit: 410 Anti-Trust

Jurisdiction: Federal Question

### Plaintiff

**Sia Henry**

represented by **Daniel John Walker**
Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
202-559-9745
Email: dwalker@bm.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin (Velvel) Freedman**
Freedman Normand Friedland LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
786-924-2900
Email: vel@fnf.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
Freedman Normand Friedland LLP
10 Grand Central
155 E. 44th Street
Suite 915
New York, NY 10017
646-350-0527
Email: tnormand@fnf.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ivy Ngo**
Freedman Normand Friedland LLP
1 SE 3rd Ave.
Suite 1240

Miami, FL 33131
786-924-2900
Fax: 646-392-8842
Email: ingo@fnf.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-5801
Fax: Pro Hac Vice
Email: jgradwohl@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Bach-y-Rita**
Freedman Normand Friedland LLP
10 Grand Central
155 E. 44th Street, Suite 905
New York, NY 10017
646-350-0527
Email: pbachyrita@fnf.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Elisabeth Marquez**
Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004
(646) 480-7488
Email: amarquez@gilbertlitigators.com
*ATTORNEY TO BE NOTICED*

**Brooke Achua**
Fegan Scott LLC
140 Broadway
46th Floor
New York, NY 10005
(646) 502-7910
Fax: Pro Hac Vice
Email: brooke@feganscott.com
*TERMINATED: 11/04/2022*
*PRO HAC VICE*

**Caitlin G Coslett**
Berger Montague PC
1818 Market Street
Suite 3600

Philadelphia, PA 19103
(215) 875-3000
Fax: Pro Hac Vice
Email: ccoslett@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
Gilbert Litigators & Counselors
11 Broadway, Suite 615
New York, NY 10004
(646) 448-5269
Fax: Not a member
Email: dcopeland@gilbertlitigators.com
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
Berger Montague PC
1818 Market Street, Suite 3600
19103
Philadelphia, PA 19103
215-875-4644
Fax: 215-875-4604
Email: dlanger@bergermontague.com
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
Fegan Scott, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
Fax: Not a member
Email: beth@feganscott.com
*TERMINATED: 11/04/2022*

**Ellen Noteware**
Oved & Oved
401 Greenwich Street
New York, NY 10013
216-888-0418
Email: ENOTEWARE@oved.com
*TERMINATED: 06/13/2025*

**Elpidio R. Villarreal**
Gilbert Litigators & Counselors, P.C.
11 Broadway
Suite 615
New York, NY 10004
(646) 448-5271
Fax: Active
Email: pdvillarreal@gilbertlitigators.com

*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3009
Fax: Pro Hac Vice
Email: ecramer@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric S Rosen**
Dynamis LLP
175 Federal Street
Suite 1200
Boston, MA 02110
617-802-9157
Email: erosen@dynamisllp.com
*TERMINATED: 11/01/2022*

**Hope Brinn**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3014
Fax: Pro Hac Vice
Email: hbrinn@bergermontague.com
*TERMINATED: 01/24/2026*
*PRO HAC VICE*

**Jospeh M Delich**
Freedman Normand Friedland LLP
10 Grand Central
155 E. 44th Street, Suite 905
New York, NY 10017
646-350-0527
Email: jdelich@fnf.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
Freedman Normand Friedland LLP
155 E. 44th Street
Suite 915
New York, NY 10017
646-350-0527
Email: kroche@fnf.law
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
Kasowitz LLP
101 California Street
Suite 3950
San Francisco, CA 94111
415-655-4355
Fax: 650-745-1455
Email: NZaslove@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
Freedman Normand Friedland LLP
225 Franklin Street
26th Floor
Boston, MA 02110
646-791-6881
Email: rcipolla@fnf.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
Berger Montague
110 N Wacker Drive
Suite 2500
Chicago, IL 60606
773-257-0255
Email: rschwartz@bergermontague.com
*ATTORNEY TO BE NOTICED*

**Robert Dewitt Gilbert**
Gilbert Litigators & Counselors
11 Broadway
Suite 615
New York, NY 10004
(646) 448-5269
Fax: Not a member
Email: rgilbert@gilbertlitigators.com
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington DC, DC 20001
202-559-9745
Email: rlitan@bergermontague.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**

Gilbert Litigators & Counselors Pc
11 Broadway
Suite 615
New York, NY 10004
(646) 448-5269
Fax: Not a member
Email: sschuster@gilbertlitigators.com
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
Gilbert Litigators & Counselors
50 Garden St
Apt 2
Poughkeepsie, NY 12601
(617) 894-9312
Fax: Not a member
Email: smagnusson@gilbertlitigators.com
*TERMINATED: 06/13/2024*

**Plaintiff**

**Michael Maerlander**                    represented by    **Daniel John Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Bach-y-Rita**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Elisabeth Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brooke Achua**
(See above for address)
*TERMINATED: 11/04/2022*
*PRO HAC VICE*

**Caitlin G Coslett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 11/04/2022*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric S Rosen**
(See above for address)
*TERMINATED: 11/01/2022*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)

TERMINATED: 09/01/2022

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Dewitt Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Plaintiff**

**Brandon Piyevsky**                    represented by  **Daniel John Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Noteware**
(See above for address)

*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Bach-y-Rita**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Elisabeth Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brooke Achua**
(See above for address)
*TERMINATED: 11/04/2022*
*PRO HAC VICE*

**Caitlin G Coslett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 11/04/2022*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Eric S Rosen**
(See above for address)
*TERMINATED: 11/01/2022*

**Hope Brinn**
(See above for address)
*TERMINATED: 01/24/2026*
*PRO HAC VICE*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Dewitt Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Litan ,**
Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington DC, DC 20001
202-559-9745
Email: rlitan@bergermontague.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Plaintiff**

**Kara Saffrin**                    represented by   **Daniel John Walker**
*TERMINATED: 11/03/2022*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Devin (Velvel) Freedman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Edward J Normand**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Peter Bach-y-Rita**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Alexis Elisabeth Marquez**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brooke Achua**
                                                    (See above for address)
                                                    *TERMINATED: 11/04/2022*
                                                    *PRO HAC VICE*

                                                    **Caitlin G Coslett**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Elizabeth A. Fegan**
                                                    (See above for address)
                                                    *TERMINATED: 11/04/2022*

                                                    **Elpidio R. Villarreal**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eric L. Cramer**
                                                    (See above for address)
                                                    *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Eric S Rosen**
(See above for address)
*TERMINATED: 11/01/2022*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Robert Dewitt Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Tatiana Weaver**
*individually and on behalf of all others similarly situated*

represented by **Daniel John Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Bach-y-Rita**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Elisabeth Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brooke Achua**
(See above for address)
*TERMINATED: 11/04/2022*
*PRO HAC VICE*

**Caitlin G Coslett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 11/04/2022*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric S Rosen**
(See above for address)
*TERMINATED: 11/01/2022*

**Hope Brinn**
(See above for address)

*TERMINATED: 01/24/2026*
*PRO HAC VICE*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Dewitt Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Plaintiff**

**Alexander Leo-Guerra**          represented by   **Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*

*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Marquez**
Gilbert Litigators & Counselors, P.c.
11 Broadway
Suite 615
New York, NY 10004
(646) 480-7488
Fax: Not a member
Email: amarquez@gilbertlitigators.com
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Edward J Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Savannah Rose Eklund**                 represented by   **Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Plaintiff**

**Frank Carbone**                          represented by  **Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Sol Raymar**
Gilbert Litigators & Counselors, P.C.
11 Broadway
Suite 615
New York, NY 10004
(201) 259-4890
Fax: Pro Hac Vice
Email: rraymar@gilbertlitigators.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Plaintiff**

**Andrew Corzo**                    represented by    **Devin (Velvel) Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alexis Marquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elpidio R. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle W Roche**
(See above for address)
*TERMINATED: 09/01/2022*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Magnusson**
(See above for address)
*TERMINATED: 06/13/2024*

**Edward J Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Shumate**                    represented by **Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cameron Williams**                    represented by **Ellen Noteware**
(See above for address)
*TERMINATED: 06/13/2025*
*LEAD ATTORNEY*

**Ivy Ngo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gradwohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stuart Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Langer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jospeh M Delich**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natasha Zaslove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Cipolla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward J Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucas Martin**                    represented by   **Agatha M Cole**
                                                     Beverly PLLC
                                                     43 West 43rd Street
                                                     Suite 159
                                                     New York, NY 10036
                                                     828-773-2628
                                                     Email: agatha@beverlypllc.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Bach-y-Rita**


V.

**Defendant**

| | | |
|---|---|---|
| **Brown University** | represented by | **Kenneth Michael Kliebard**<br>Morgan Lewis & Bockius LLP<br>110 N. Wacker Drive<br>Suite 2800<br>Chicago, IL 60606<br>312-324-1000<br>Fax: Active<br>Email:<br>kenneth.kliebard@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon R. Roellke**<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5754<br>Fax: Pro Hac Vice<br>Email: jon.roellke@morganlewis.com<br>*TERMINATED: 10/08/2025*<br>*PRO HAC VICE* |
| | | **Noah J. Kaufman**<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110<br>(617) 341-7590<br>Fax: Pro Hac Vice<br>Email: noah.kaufman@morganlewis.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sujal J. Shah**<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Fax: Pro Hac Vice<br>Email: sujal.shah@morganlewis.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **California Institute of Technology** | represented by | **Deepti Bansal**<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>700<br>Washington, DC 20004<br>(202) 728-7027<br>Fax: Pro Hac Vice<br>Email: dbansal@cooley.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander J Kasner**
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
202-776-2266
Fax: Pro Hac Vice
Email: akasner@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Liverzani**
Cooley LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
Fax: Pro Hac Vice
Email: aliverzani@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamie Danielle Robertson**
Cooley Llp
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
(312) 881-6628
Fax: Not a member
Email: jdrobertson@cooley.com
*ATTORNEY TO BE NOTICED*

**Matthew Lawrence Kutcher**
Cooley LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 881-6500
Fax: Active
Email: mkutcher@cooley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of Chicago**               represented by  **James L. Cooper**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington D.C., DC 20001-3743
(202) 942-5014
Fax: Pro Hac Vice
Email: James.Cooper@arnoldporter.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James L Cooper**
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004-1202
(202) 942-5000
Fax: Not a member
*ATTORNEY TO BE NOTICED*

**Leah Harrell**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7767
Fax: Pro Hac Vice
Email: Leah.Harrell@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Rubin**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
(202) 942-6171
Fax: Pro Hac Vice
Email: Michael.Rubin@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E La Voy**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington D.C., DC 20001-3743
202-942-6838
Email: tommy.lavoy@arnoldporter.com
*TERMINATED: 06/07/2024*
*PRO HAC VICE*

**Valarie Hays**
Arnold & Porter
70 W Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2440
Fax: Active
Email: valarie.hays@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Trustees of Columbia University in the City of New York** | represented by | **Amy Lynn Van Gelder**<br>Skadden Arps Slate Meagher & Flom, LLP CH<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720<br>312-407-0700<br>Fax: Active<br>Email: amy.vangelder@skadden.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John C Kocoras**
Skadden Arps Slate Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-827-9470
Email: john.kocoras@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan M Blain**
Skadden Arps Slate Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-407-0711
Email: jordan.blain@skadden.com
*ATTORNEY TO BE NOTICED*

**Karen Mary Lent**
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3276
Fax: Pro Hac Vice
Email: karen.lent@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Bernescu**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-407-0711

Email: laura.bernescu@skadden.com
*ATTORNEY TO BE NOTICED*

**Patrick J Fitzgerald**
Patrick J. Fitzgerald Law Office
P.O. Box 277
49117
New Buffalo, IN 49117
312-758-4454
Email: patrick.fitzgerald@skadden.com
*TERMINATED: 03/30/2023*

**Defendant**

**Cornell University**                    represented by    **Daniel E. Laytin**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2198
Fax: 312-862-2200
Email: dlaytin@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Armstrong , Jr.**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-389-5000
Email: norman.armstrong@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Yook**
King & Spalding LLP
1700 Pennsylvania Avenue NW
Ste 900
Washington, DC 20006
202-626-3747
Email: cyook@kslaw.com
*TERMINATED: 03/01/2024*
*PRO HAC VICE*

**Emily T. Chen**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Email: emily.chen@kirkland.com
*TERMINATED: 01/06/2026*
*PRO HAC VICE*

**Zachary Thomas Fardon**
King & Spalding
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
3129956333
Fax: US Govt Attorney
Email: zfardon@kslaw.com
*TERMINATED: 03/01/2024*

**Defendant**

**Trustees of Dartmouth College**          represented by  **Lina Ragep Powell**
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
(312) 222-9350
Fax: Not a member
Email: lina.powell@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terri Lynn Mascherin**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Active
Email: tmascherin@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas E. Litvack**
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
202-637-6357
Fax: 202-639-6066
Email: DLitvack@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ishan K. Bhabha**
Jenner & Block LLP
Suite 900
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 637-6346
Fax: Pro Hac Vice
Email: IBhabha@jenner.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren J Hartz**
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 637-6363
Fax: Pro Hac Vice
Email: lhartz@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reid J Schar**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
312 923 2629
Fax: Active
Email: rschar@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Duke University**                     represented by  **Christopher Dean Dusseault**
Gibson, Dunn & Crutcher Llp
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7855
Fax: Pro Hac Vice
Email: cdusseault@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey T. Grabenstein**
Saul Ewing Arnstein & Lehr
161 N. Clark St.
Chicago, IL 60601
(312) 876-7810
Fax: Active
Email: casey.grabenstein@saul.com
*TERMINATED: 12/20/2023*

**Derek Ludwin**
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
Fax: Pro Hac Vice

Email: dludwin@cov.com
*TERMINATED: 10/29/2022*
*PRO HAC VICE*

**Elizabeth Anne Thompson**
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7833
Fax: Not a member
Email: elizabeth.thompson@saul.com
*ATTORNEY TO BE NOTICED*

**Jacqueline Sesia**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-6596
Fax: Pro Hac Vice
Email: jsesia@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A. Morsch**
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
Fax: Active
Email: jim.morsch@saul.com
*ATTORNEY TO BE NOTICED*

**Joshua W. B. Richards**
Saul Ewing LLP
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
215-972-7737
Email: joshua.richards@saul.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kayleigh T Keilty**
Saul Ewing LLP
1001 Fleet Street
Ste 9th Floor
Baltimore, MD 21202
410-332-8919
Fax: Pro Hac Vice

Email: kayleigh.keilty@saul.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Whitacre Collins**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-0049
Email: nick.collins@kirkland.com
*TERMINATED: 02/24/2024*
*ATTORNEY TO BE NOTICED*

**Rachel Susan Brass**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
415-393-8293
Fax: 415-393-8306
Email: rbrass@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emory University**                    represented by  **Kenneth Michael Kliebard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina M. Tabacchi**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
312-782-3939
Fax: Active
Email: tmtabacchi@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher N. Thatch**
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001
(202) 879-3939
Fax: Pro Hac Vice
Email: cthatch@mcguirewoods.com
*TERMINATED: 01/04/2025*
*PRO HAC VICE*

**Craig A Waldman**
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001
(202) 879-3939
Fax: Pro Hac Vice
Email: cwaldman@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hashim M Moopan**
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001
(202)879-3939
Fax: Not a member
Email: hmmoopan@jonesday.com
*TERMINATED: 04/03/2025*
*PRO HAC VICE*

**Kate Wallace**
Jones Day
100 High Street
21st Floor
Boston, MA 02110
(617) 960-3939
Fax: Pro Hac Vice
Email: kwallace@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgetown University**          represented by  **Britt Marie Miller**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Fax: Not a member
Email: bmiller@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Medlock**
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC 20037
202-639-6578
Email: smedlock@velaw.com
*TERMINATED: 10/27/2022*
*LEAD ATTORNEY*

*PRO HAC VICE*

**Daniel Thomas Fenske**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312 840 7301
Fax: Not a member
Email: dfenske@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Jed Wolf Glickstein**
Kaplan & Grady LLC
1953 N. Clybourn Ave.
Suite 274
Chicago, IL 60614
312-852-2184
Email: jglickstein@kaplangrady.com
*TERMINATED: 08/03/2023*

**Jessica Alma Maurer**
Mayer Brown Llp
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-7121
Fax: Not a member
Email: jmaurer@mayerbrown.com
*TERMINATED: 09/28/2023*

**Megan Elizabeth Stride**
Mayer Brown Llp
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-8894
Fax: Not a member
Email: mstride@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**William Joseph Mcelhaney**
Mayer Brown Llp
71 S Wacker
Chicago, IL 60606
(312) 701-8120
Fax: Not a member
Email: wmcelhaney@mayerbrown.com
*TERMINATED: 12/14/2024*

**Defendant**

**Massachusetts Institute of Technology**    represented by    **Eric J Mahr**
Freshfields US LLP
District of Columbia

700 13th Street NW
10th Floor
20005, Ste 10th Floor
Washington DC, DC 20005
202-777-4545
Email: eric.mahr@freshfields.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jan Rybnicek**
Freshfields US LLP
700 13th Street, NW
10th Floor
District of Columbia, DC 20005
202-777-4500
Fax: 202-777-4555
Email: jan.rybnicek@freshfields.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Walsa Henderson**
Freshfields US LLP
700 13th Street, NW
Tenth Floor
Washington, DC 20005
(202) 777-4570
Fax: Pro Hac Vice
Email: andrew.henderson@freshfields.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daphne Lin**
Freshfields US LLP
700 13th Street, NW
10th Floor
Washington D.C., DC 20005
202-777-4500
Email: daphne.lin@freshfields.com
*TERMINATED: 12/30/2025*

**Jennifer L. Greenblatt**
Goldman Ismail Tomaselli Brennan &
Baum LLP
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606-1914
312-681-6000
Fax: 312-881-5191
Email: jgreenblatt@goldmanismail.com
*ATTORNEY TO BE NOTICED*

**Rami N Fakhouri**
Goldman Ismail Tomaselli Brennan and
Baum
191 N Wacker Dr
Ste 3000
Chicago, IL 60606-1914
312-681-6000
Fax: Active
Email: rfakhouri@goldmanismail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northwestern University**            represented by   **Kathleen Louise Carlson**
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
312-853-7000
Email: kathleen.carlson@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott David Stein**
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: Active
Email: sstein@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Richard Brunner**
3029 N. Sawyer Ave.
Chicago, IL 60618
414-559-2434
Email: benjamin.brunner@cfpb.gov
*TERMINATED: 12/22/2023*

**Kelsey Annu-essuman**
Kirkland & Ellis LLP
333 Wolf Point Plaza
Attn: Kelsey Effie Annu-Essuman
Ste 35
Chicago, IL 60654
469-879-5999
Email:
kelseyeffie.annuessuman@kirkland.com
*TERMINATED: 05/06/2023*

**Defendant**

| | | |
|---|---|---|
| **University of Notre Dame du Lac** | represented by | **Robert Alois Van Kirk** |

**University of Notre Dame du Lac**   represented by   **Robert Alois Van Kirk**
Williams & Connolly LLP
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20024
202-434-5163
Email: rvankirk@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cole Thomas Wintheiser**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5873
Fax: Not a member
Email: cwintheiser@wc.com
*ATTORNEY TO BE NOTICED*

**Feyilana Lawoyin**
Williams & Connolly Llp
680 Maine Avenue Sw
Washington, DC 20024
(202) 434-5844
Fax: Not a member
Email: flawoyin@wc.com
*ATTORNEY TO BE NOTICED*

**James Peter Fieweger**
Michael Best & Friedrich LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
312-222-0800
Fax: Active
Email: jpfieweger@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Jonathan Pitt**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5341
Fax: Not a member
Email: jpitt@wc.com
*ATTORNEY TO BE NOTICED*

**Matthew David Heins**
Williams & Connolly LLP
680 Maine Avenue SW

Washington, DC 20024
(202) 434-5073
Fax: Not a member
Email: mheins@wc.com
*ATTORNEY TO BE NOTICED*

**Sarah Forsythe Kirkpatrick**
Williams & Connolly LLP
DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5958
Email: skirkpatrick@wc.com
*ATTORNEY TO BE NOTICED*

**William Justice Donnelly**
Williams & Connolly Llp
680 Maine Ave Sw
Washington, DC 20024
202-434-5830
Email: wdonnelly@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Trustees of the University of
Pennsylvania**　　　　represented by　**Arielle K. Herzberg**
Wilmer Cutler Pickering Hale and Dorr
LLP
1225 17th Street
Suite 2600
Denver, CO 80202
(702) 274-3154
Fax: Pro Hac Vice
Email: Arielle.Herzberg@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan Schoenfeld**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-7294
Email: Alan.Schoenfeld@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Martin Feeney**
Miller Shakman Levine & Feldman LLP
30 West Monroe Street

Suite 1900
Chicago, IL 60603
312-759-7246
Fax: 312-263-3270
Email: dfeeney@millershakman.com
*ATTORNEY TO BE NOTICED*

**David Gringer**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
New York, NY 10007
(212) 230-8864
Fax: Pro Hac Vice
Email: David.Gringer@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward W. Feldman**
Miller Shakman Levine & Feldman LLP
30 West Monroe Street
Suite 1900
Chicago, IL 60603
312-759-7213
Fax: 312-263-3270
Email: efeldman@millershakman.com
*ATTORNEY TO BE NOTICED*

**Seth P Waxman**
Wilmer Cutler Pickering Hale and Dorr
LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
202-663-6800
Fax: 202-663-6363
Email: seth.waxman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Shelby L. Martin**
Wilmer Cutler Pickering Hale and Dorr
LLP
1225 17th Street
Suite 2600
Denver, CO 80202
(720) 274-3149
Fax: Pro Hac Vice
Email: shelby.martin@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad Eagles**

Wilmer Cutler Pickering Hale and Dorr
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 247-2045
Fax: Pro Hac Vice
Email: thad.eagles@wilmerhale.com
*TERMINATED: 12/18/2025*
*PRO HAC VICE*

**Defendant**

**William Marsh Rice University**                  represented by **Daniel E. Laytin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Armstrong , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Yook**
(See above for address)
*TERMINATED: 03/01/2024*
*PRO HAC VICE*

**Emily T. Chen**
(See above for address)
*TERMINATED: 01/06/2026*
*PRO HAC VICE*

**Zachary Thomas Fardon**
(See above for address)
*TERMINATED: 03/01/2024*

**Defendant**

**Vanderbilt University**                  represented by **J. Mark Gidley**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
Fax: Pro Hac Vice
Email: mgidley@whitecase.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A Milne**
White & Case
1221 Avenue of the Americas
New York, NY 10020

(212)819-8200
Fax: Pro Hac Vice
Email: rmilne@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Kelly Newman**
White & Case LLP
75 State Street
Boston, MA 02109
(617) -0979
Fax: Pro Hac Vice
Email: kelly.newman@whitecase.com
*ATTORNEY TO BE NOTICED*

**Carolyn Pelling Gurland**
White & Case, LLC
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 881-5405
Fax: Active
Email: carolyn.gurland@whitecase.com
*ATTORNEY TO BE NOTICED*

**Dan Medici**
White & Case LLP
75 State Street
Boston, MA 02109
(617) 979-9322
Fax: Pro Hac Vice
Email: dan.medici@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
Fax: Pro Hac Vice
Email: dsuggs@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Frank Hogue**
White & Case LLP
701 Thirteenth St NW
Washington DC, DC 20005
(202) 626-3600
Fax: Pro Hac Vice

Email: fhogue@whitecase.com
*ATTORNEY TO BE NOTICED*

**Lauren Gorab**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-7651
Fax: Pro Hac Vice
Email: lauren.gorab@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leili Saber**
White & Case LLP
1221 Avenue of the Americas
New York
New York, NY 10020
212-819-7853
Email: leili.saber@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Devine**
Sidley Austin LLP
1 South Dearborn St.
Chicago, IL 60603
312-853-7000
Email: mdevine@sidley.com
*ATTORNEY TO BE NOTICED*

**Rucha Phadtare**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-7685
Fax: Pro Hac Vice
Email: rucha.phadtare@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yale University**              represented by **Charles A. Loughlin**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5661
Fax: Not a member
Email: chuck.loughlin@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Novack**
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
312-419-6900
Fax: Active
Email: snovack@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin F Holt**
Hogan Lovells Us LLP
555 13th Street Nw
Washington, DC 20004
(202) 637-8845
Fax: Pro Hac Vice
Email: benjamin.holt@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher M Fitzpatrick**
Hogan Lovells US LLP
555 Thirteenth Street
Columbia Square
Washington, DC 20004
(202) 637-5600
Fax: Pro Hac Vice
Email: chris.fitzpatrick@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamie Lee**
120 Station North Mews
Baltimore, MD 21202
240-938-1187
Email: jamielee07@gmail.com
*ATTORNEY TO BE NOTICED*

**Molly Pallman**
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004
(202) 637-6571
Fax: Pro Hac Vice
Email: molly.pallman@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Serena Georgette Rabie**
Armstrong Teasdale LLP
100 N. Riverside Plaza

Ste 15th Floor
Chicago, IL 60606
312-419-6900
Email: srabie@atllp.com
*ATTORNEY TO BE NOTICED*

**Stephen J. Siegel**
Armstrong Teasdale LLP
100 North Riverside Plaza
Suite 1500
Chicago, Suite 1500
Chicago, IL 60606
312-419-6900
Fax: Active
Email: ssiegel@atllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Johns Hopkins University**            represented by   **Chong S Park**
Ropes & Gray LLP
2099 Pennsylvania Avenue NW
Washington D.C., DC 20006
(202) 508-4631
Fax: Pro Hac Vice
Email: chong.park@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Bushofsky**
Ropes & Gray LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
(312) 845-1200
Fax: Active
Email: jeffrey.bushofsky@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samer Makram Musallam**
Ropes & Gray LLP
2099 Pennsylvania Avenue NW
Washington D.C, DC 20006
202-508-4850
Email: samer.musallam@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**svc**

| | | |
|---|---|---|
| **Vanderbilt Doe Students 1-42** | represented by | **Sarah Kathleen Wake**<br>McGuireWoods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>312 849 3679<br>Fax: Not a member<br>Email: swake@mcguirewoods.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Marie Weiss**<br>Mcguirewoods Llp<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>(312) 849-8185<br>Fax: Not a member<br>Email: mweiss@mcguirewoods.com<br>*ATTORNEY TO BE NOTICED* |

**svc**

| | | |
|---|---|---|
| **University of Pennsylvania Doe Students 1-6** | represented by | **Sarah Kathleen Wake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Marie Weiss**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**svc**

| | | |
|---|---|---|
| **Georgetown University Doe Students 1-19** | represented by | **Sarah Kathleen Wake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Marie Weiss**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**svc**

| | | |
|---|---|---|
| **University of Pennsylvania Doe Students 7-8** | represented by | **Sarah Kathleen Wake**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

**United States of America**                  represented by **Eric Dunn**
*United States of America*                                    United States Department of Justice,
                                                              Antitrust Division
                                                              950 Pennsylvania Ave, NW, Room 3415
                                                              Washington, DC 20530
                                                              (202) 431-6727
                                                              Fax: US Govt Attorney
                                                              Email: Eric.Dunn@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**New York, State of**                        represented by **Tal Elmatad**
                                                              NYS Office of The Attorney General
                                                              Antitrust
                                                              28 Liberty St
                                                              New York, NY 10005
                                                              212-416-6318
                                                              Email: Tal.Elmatad@ag.ny.gov
                                                              *TERMINATED: 01/04/2024*
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*

**Movant**

**Allison Rosenfeld Schanfield**

**Movant**

**Cornell University Doe Students 1-9**       represented by **Eric Robert Swibel**
                                                              Latham & Watkins LLP
                                                              330 N. Wabash Avenue
                                                              Suite 2800
                                                              Chicago, IL 60611
                                                              (312) 876-7700
                                                              Fax: Not a member
                                                              Email: eric.swibel@lw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Sean M. Berkowitz**
                                                              Latham & Watkins LLP
                                                              330 N. Wabash Avenue
                                                              Suite 2800
                                                              Chicago, IL 60611
                                                              (312) 876-7700
                                                              Fax: Active
                                                              Email: sean.berkowitz@lw.com
                                                              *TERMINATED: 09/30/2025*

**Movant**

**Cornell University Doe Student 10**         represented by **Eric Robert Swibel**
                                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Sean M. Berkowitz**
(See above for address)
*TERMINATED: 09/30/2025*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 01/09/2022 | 1 | ☐ 542.8 KB | COMPLAINT filed by Michael Maerlander, Sia Henry, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver; Jury Demand. Filing fee $ 402, receipt number 0752-19036663.(Roche, Kyle) (Entered: 01/09/2022) |
| 01/09/2022 | 2 | ☐ 216.1 KB | CIVIL Cover Sheet (Roche, Kyle) (Entered: 01/09/2022) |
| 01/09/2022 | 3 | ☐ 69.5 KB | ATTORNEY Appearance for Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Eric S Rosen (Rosen, Eric) (Entered: 01/09/2022) |
| 01/09/2022 | 4 | ☐ 100.9 KB | ATTORNEY Appearance for Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Edward J Normand (Normand, Edward) (Entered: 01/09/2022) |
| 01/09/2022 | 5 | ☐ 70.9 KB | ATTORNEY Appearance for Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Peter Bach-y-Rita (Bach-y-Rita, Peter) (Entered: 01/09/2022) |
| 01/10/2022 | 6 | ☐ 126.6 KB | ATTORNEY Appearance for Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Elizabeth A. Fegan (Fegan, Elizabeth) (Entered: 01/10/2022) |
| 01/10/2022 | 7 | ☐ 127.0 KB | ATTORNEY Appearance for Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Robert Dewitt Gilbert (Gilbert, Robert) (Entered: 01/10/2022) |
| 01/10/2022 | | | CASE ASSIGNED to the Honorable Matthew F. Kennelly. Designated as Magistrate Judge the Honorable Gabriel A. Fuentes. Case assignment: Random assignment. (jxj, ) (Entered: 01/10/2022) |
| 01/10/2022 | | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jxj, ) (Entered: 01/10/2022) |

| 01/10/2022 | | | SUMMONS Issued as to Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University (sxh, ) (Entered: 01/10/2022) |
|---|---|---|---|
| 01/10/2022 | 8 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: By no later than 2/15/2022, the parties (or, if no defendant has yet appeared, the plaintiff(s)) are to file a joint status report that includes the following information: (1) the status of service of process upon each defendant; (2) a description of each party's claims and defenses; (3) details regarding any discussions concerning settlement, whether before or after the filing of the lawsuit; (4) a proposed discovery and pretrial schedule; and (5) any other matters that any party wishes to bring to the Court's attention. The case is set for a case management conference under Federal Rule of Civil Procedure 16 on 2/22/2022 at 9:15 a.m. The case management conference will be conducted by telephone, using the following call-in number: 888-684-8852, access code 746-1053. Plaintiff's counsel is directed to provide a copy of this order to any defendant that has not yet appeared by counsel via regular mail at the address at which the defendant has been or is to be served with process. (mk) (Entered: 01/10/2022) |
| 01/12/2022 | 9 | ☐ 352.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19049172. (Cramer, Eric) (Entered: 01/12/2022) |
| 01/12/2022 | 10 | ☐ 681.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19049871. (Coslett, Caitlin) (Entered: 01/12/2022) |
| 01/13/2022 | 11 | ☐ 345.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19051661. (Litan, Robert) (Entered: 01/13/2022) |
| 01/13/2022 | 12 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Eric Cramer 9 , Caitlin Coslett 10 , and Robert Litan 11 to appear pro hac vice are granted. (mk) (Entered: 01/13/2022) |
| 01/18/2022 | 13 | ☐ 629.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19062748. (Walker, Daniel) (Entered: 01/18/2022) |
| 01/19/2022 | 14 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Daniel J. Walker to appear pro hac vice 13 is granted. (mk) (Entered: 01/19/2022) |
| 01/26/2022 | 15 | ☐ 139.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19092058. (Achua, Brooke) (Entered: 01/26/2022) |
| 01/27/2022 | 16 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Brooke Achua to appear pro hac vice 15 is granted. (mk) (Entered: 01/27/2022) |
| 01/28/2022 | 17 | ☐ 88.7 KB | ATTORNEY Appearance for Defendant Northwestern University by Scott David Stein (Stein, Scott) (Entered: 01/28/2022) |

| 01/28/2022 | 18 | 89.1 KB | ATTORNEY Appearance for Defendant Northwestern University by Benjamin Richard Brunner (Brunner, Benjamin) (Entered: 01/28/2022) |
|---|---|---|---|
| 01/28/2022 | 19 | 118.0 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Northwestern University (Stein, Scott) (Entered: 01/28/2022) |
| 01/28/2022 | 20 | 89.5 KB | ATTORNEY Appearance for Defendant Northwestern University by Kelsey Annu-essuman (Annu-essuman, Kelsey) (Entered: 01/28/2022) |
| 01/28/2022 | 21 | 56.0 KB | ATTORNEY Appearance for Defendant Trustees of Dartmouth College by Terri Lynn Mascherin (Mascherin, Terri) (Entered: 01/28/2022) |
| 01/28/2022 | 22 | 56.0 KB | ATTORNEY Appearance for Defendant Trustees of Dartmouth College by Reid J Schar (Schar, Reid) (Entered: 01/28/2022) |
| 01/28/2022 | 23 | 200.4 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19104458. (Hartz, Lauren) (Entered: 01/28/2022) |
| 01/28/2022 | 24 | 355.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19104483. (Bhabha, Ishan) (Entered: 01/28/2022) |
| 01/28/2022 | 25 | 72.7 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Trustees of Dartmouth College (Mascherin, Terri) (Entered: 01/28/2022) |
| 01/29/2022 | 26 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Lauren Hartz and Ishan Bhabha to appear pro hac vice 23 24 are granted. (mk) (Entered: 01/29/2022) |
| 01/31/2022 | 27 | 60.6 KB | ATTORNEY Appearance for Defendant University of Chicago by Valarie Hays (Hays, Valarie) (Entered: 01/31/2022) |
| 01/31/2022 | 28 | 145.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150. (Litvack, Douglas) (Entered: 01/31/2022) |
| 01/31/2022 | 29 | | PAYMENT by Trustees of Dartmouth College of Pro Hac Fee $ 150, receipt number 0752-19106997. (Litvack, Douglas) (Entered: 01/31/2022) |
| 01/31/2022 | 30 | 223.5 KB | ATTORNEY Appearance for Defendant Georgetown University by Britt Marie Miller (Miller, Britt) (Entered: 01/31/2022) |
| 01/31/2022 | 31 | 734.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19108309. (Medlock, Stephen) (Entered: 01/31/2022) |
| 01/31/2022 | 32 | 225.3 KB | ATTORNEY Appearance for Defendant Georgetown University by Jed Wolf Glickstein (Glickstein, Jed) (Entered: 01/31/2022) |
| 01/31/2022 | 33 | 10.6 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Georgetown University (Miller, Britt) (Entered: 01/31/2022) |
| 01/31/2022 | 34 | 167.6 KB | MOTION to Defer Responsive Pleading Deadline (MIDP) , filed by Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver. (Attachments: # 1 Text of Proposed Order)(Bach-y-Rita, Peter) (Entered: 01/31/2022) |
| 01/31/2022 | 35 | 85.5 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by Patrick Joseph Fitzgerald (Fitzgerald, Patrick) (Entered: 01/31/2022) |

| Date | Doc # | Size | Description |
|------|-------|------|-------------|
| 01/31/2022 | 36 | 85.1 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by Amy Lynn Van Gelder (Van Gelder, Amy) (Entered: 01/31/2022) |
| 01/31/2022 | 37 | 188.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19109248. (Hoffman Lent, Karen) (Entered: 01/31/2022) |
| 01/31/2022 | 38 | 97.9 KB | Defendant Columbia University's Rule 7.1 Disclosure Statement and Local Rule 3.2 by The Trustees of Columbia University in the City of New York (Van Gelder, Amy) (Entered: 01/31/2022) |
| 02/01/2022 | 39 | 132.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19111140. (Mahr, Eric) (Entered: 02/01/2022) |
| 02/01/2022 | 40 | 133.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19111285. (Rybnicek, Jan) (Entered: 02/01/2022) |
| 02/01/2022 | 41 | 133.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19111332. (Lin, Daphne) (Entered: 02/01/2022) |
| 02/01/2022 | 42 | 72.3 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by James Peter Fieweger (Fieweger, James) (Entered: 02/01/2022) |
| 02/01/2022 | 43 | 241.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Massachusetts Institute of Technology (Mahr, Eric) (Entered: 02/01/2022) |
| 02/01/2022 | 44 | 248.4 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by University of Chicago (Hays, Valarie) (Entered: 02/01/2022) |
| 02/01/2022 | 45 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Dougglas Litvack, Stephen Medlock, Karen Hoffman Lent, Eric Mahr, Jan Rybincek, and Daphne Lin to appear pro hac vice are granted. The joint motion to extend time to file amended complaint and respond to complaint is also granted. The deadline for plaintiffs to file an amended complaint is extended to 2/5/2022, and the deadline for defendants to respond to the amended complaint is extended to 4/15/2022. The previous orders setting a status hearing and requiring a joint status report remain in effect. (mk) (Entered: 02/01/2022) |
| 02/01/2022 | 46 | 122.7 KB | ATTORNEY Appearance for Defendants Brown University, Emory University by Kenneth Michael Kliebard (Kliebard, Kenneth) (Entered: 02/01/2022) |
| 02/01/2022 | 47 | 96.6 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by University of Notre Dame du Lac (Fieweger, James) (Entered: 02/01/2022) |
| 02/01/2022 | 48 | 137.0 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Brown University (Kliebard, Kenneth) (Entered: 02/01/2022) |
| 02/01/2022 | 49 | 135.9 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Emory University (Kliebard, Kenneth) (Entered: 02/01/2022) |
| 02/01/2022 | 50 | 91.4 KB | ATTORNEY Appearance for Defendants Cornell University, William Marsh Rice University by Zachary Thomas Fardon (Fardon, Zachary) (Entered: 02/01/2022) |

| | | | |
|---|---|---|---|
| 02/01/2022 | 51 | 97.4 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cornell University (Fardon, Zachary) (Entered: 02/01/2022) |
| 02/01/2022 | 52 | 139.2 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by William Marsh Rice University (Fardon, Zachary) (Entered: 02/01/2022) |
| 02/01/2022 | 53 | 183.4 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19114737. (Armstrong, Norman) (Entered: 02/01/2022) |
| 02/01/2022 | 54 | 202.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19114750. (Yook, Christopher) (Entered: 02/01/2022) |
| 02/01/2022 | 55 | 200.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19114762. (Chen, Emily) (Entered: 02/01/2022) |
| 02/02/2022 | 56 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Norman Armstrong, Jr., Christopher Yook, and Emily Chen to appear pro hac vice are granted. (mk) (Entered: 02/02/2022) |
| 02/02/2022 | 57 | 90.4 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Robert Alois Van Kirk (Van Kirk, Robert) (Entered: 02/02/2022) |
| 02/02/2022 | 58 | 90.1 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Jonathan Pitt (Pitt, Jonathan) (Entered: 02/02/2022) |
| 02/02/2022 | 59 | 90.5 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Sarah Forsythe Kirkpatrick (Kirkpatrick, Sarah) (Entered: 02/02/2022) |
| 02/02/2022 | 60 | 90.3 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Matthew David Heins (Heins, Matthew) (Entered: 02/02/2022) |
| 02/02/2022 | 61 | 80.1 KB | ATTORNEY Appearance for Defendant Yale University by Stephen Novack (Novack, Stephen) (Entered: 02/02/2022) |
| 02/02/2022 | 62 | 80.1 KB | ATTORNEY Appearance for Defendant Yale University by Stephen J. Siegel (Siegel, Stephen) (Entered: 02/02/2022) |
| 02/02/2022 | 63 | 80.4 KB | ATTORNEY Appearance for Defendant Yale University by Serena Georgette Rabie (Rabie, Serena) (Entered: 02/02/2022) |
| 02/02/2022 | 64 | 117.8 KB | Corporate and Affiliate Disclosure Statement of Defendant Yale University Pursuant to Rule 7.1 and Local Rule 3.2 STATEMENT by Yale University (Rabie, Serena) (Entered: 02/02/2022) |
| 02/03/2022 | 65 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry 45 which contained a typographical error. Motions of Dougglas Litvack, Stephen Medlock, Karen Hoffman Lent, Eric Mahr, Jan Rybincek, and Daphne Lin to appear pro hac vice are granted. The joint motion to extend time to file amended complaint and respond to complaint is also granted. The deadline for plaintiffs to file an amended complaint is extended to 2/15/2022, and the deadline for defendants to respond to the amended complaint is extended to 4/15/2022. The previous orders setting a status hearing and requiring a joint status report remain in effect. Mailed notice. (mma, ) (Entered: 02/03/2022) |

| 02/03/2022 | 66 | 562.8 KB | ATTORNEY Appearance for Defendant The Trustees of the University of Pennsylvania by Daniel Martin Feeney (Feeney, Daniel) (Entered: 02/03/2022) |
| 02/03/2022 | 67 | 113.6 KB | Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates STATEMENT by The Trustees of the University of Pennsylvania (Feeney, Daniel) (Entered: 02/03/2022) |
| 02/03/2022 | 68 | 139.4 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19120330. (Harrell, Leah) (Entered: 02/03/2022) |
| 02/03/2022 | 69 | 140.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19120452. (Cooper, James) (Entered: 02/03/2022) |
| 02/03/2022 | 70 | 140.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19120489. (Rubin, Michael) (Entered: 02/03/2022) |
| 02/03/2022 | 71 | 310.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19120605. (Schoenfeld, Alan) (Entered: 02/03/2022) |
| 02/03/2022 | 72 | 305.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19120627. (Waxman, Seth) (Entered: 02/03/2022) |
| 02/03/2022 | 73 | 589.4 KB | ATTORNEY Appearance for Defendant The Trustees of the University of Pennsylvania by Edward W. Feldman (Feldman, Edward) (Entered: 02/03/2022) |
| 02/03/2022 | 74 | 287.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19121765. (Attachments: # 1 Exhibit List of additional admissions)(Holt, Benjamin) (Entered: 02/03/2022) |
| 02/04/2022 | 75 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Leah Harrell, James Cooper, Michael Rubin, Alan Schoenfeld, Seth Waxman, and Benjamin Holt to appear pro hac vice 68 69 70 71 72 74 are granted. (mk) (Entered: 02/04/2022) |
| 02/04/2022 | 76 | 248.5 KB | ATTORNEY Appearance for Defendant Yale University by Benjamin F Holt (Holt, Benjamin) (Entered: 02/04/2022) |
| 02/04/2022 | 77 | 235.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19124978. (Gringer, David) (Entered: 02/04/2022) |
| 02/04/2022 | 78 | 169.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19125608. (Attachments: # 1 Exhibit List of Additional Admissions)(Loughlin, Charles) (Entered: 02/04/2022) |
| 02/05/2022 | 79 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of David Gringer and Charles Loughlin to appear pro hac vice 77 78 are granted. (mk) (Entered: 02/05/2022) |
| 02/07/2022 | 80 | 59.6 KB | ATTORNEY Appearance for Defendant California Institute of Technology by Matthew Lawrence Kutcher (Kutcher, Matthew) (Entered: 02/07/2022) |
| 02/07/2022 | 81 | 203.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19128467. (Bansal, Deepti) (Entered: 02/07/2022) |

| 02/07/2022 | 82 249.4 KB | ☐ | ATTORNEY Appearance for Defendant Yale University by Charles A. Loughlin (Loughlin, Charles) (Entered: 02/07/2022) |
|---|---|---|---|
| 02/08/2022 | 83 4.2 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Deepti Bansal to appear pro hac vice 81 is granted. (mk) (Entered: 02/08/2022) |
| 02/08/2022 | 84 89.3 KB | ☐ | ATTORNEY Appearance for Defendant California Institute of Technology by Deepti Bansal (Bansal, Deepti) (Entered: 02/08/2022) |
| 02/08/2022 | 85 139.5 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19133550. (Kasner, Alex) (Entered: 02/08/2022) |
| 02/09/2022 | 86 91.4 KB | ☐ | ATTORNEY Appearance for Defendants Cornell University, William Marsh Rice University by Zachary Thomas Fardon *Amended* (Fardon, Zachary) (Entered: 02/09/2022) |
| 02/09/2022 | 87 1.2 MB | ☐ | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver TO APPOINT ROCHE FREEDMAN LLP, GILBERT LITIGATORS & COUNSELORS, P.C., AND BERGER MONTAGUE PC AS INTERIM CO-LEAD COUNSEL AND FEGAN SCOTT LLP AS LIAISON COUNSEL (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Roche, Kyle) (Entered: 02/09/2022) |
| 02/09/2022 | 88 232.6 KB | ☐ | MEMORANDUM by Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver in support of motion for miscellaneous relief, 87 (Roche, Kyle) (Entered: 02/09/2022) |
| 02/11/2022 | 89 90.7 KB | ☐ | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Cole Thomas Wintheiser (Wintheiser, Cole) (Entered: 02/11/2022) |
| 02/11/2022 | 90 91.1 KB | ☐ | ATTORNEY Appearance for Defendant Duke University by Casey T. Grabenstein (Grabenstein, Casey) (Entered: 02/11/2022) |
| 02/11/2022 | 91 101.9 KB | ☐ | FRCP 7.1 Disclosure STATEMENT by Duke University (Grabenstein, Casey) (Entered: 02/11/2022) |
| 02/13/2022 | 92 197.2 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19151340. *for Duke University* (Ludwin, Derek) (Entered: 02/13/2022) |
| 02/14/2022 | 93 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Alex Kasner 85 and Derek Ludwin to appear pro hac vice 92 are granted. (mk) (Entered: 02/14/2022) |
| 02/14/2022 | 94 89.5 KB | ☐ | ATTORNEY Appearance for Defendant California Institute of Technology by Alex Kasner (Kasner, Alex) (Entered: 02/14/2022) |
| 02/14/2022 | 95 59.4 KB | ☐ | ATTORNEY Appearance for Defendant Emory University by Tina M. Tabacchi (Tabacchi, Tina) (Entered: 02/14/2022) |
| 02/14/2022 | 96 167.4 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19154522. *Wildman, Craig A.* (Tabacchi, Tina) (Entered: 02/14/2022) |

| 02/14/2022 | 97 | 94.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19155553. (Roellke, Jon) (Entered: 02/14/2022) |
|---|---|---|---|
| 02/14/2022 | 98 | 168.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19155566. (Shah, Sujal) (Entered: 02/14/2022) |
| 02/15/2022 | 99 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Craig Waldman, Jon Roellke, and Sujal Shah to appear pro hac vice 96 97 98 are granted. (mk) (Entered: 02/15/2022) |
| 02/15/2022 | 100 | 52.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19156805. *Mooppan, Hashim M.* (Tabacchi, Tina) (Entered: 02/15/2022) |
| 02/15/2022 | 101 | 63.5 KB | ATTORNEY Appearance for Defendant Vanderbilt University by Carolyn Pelling Gurland (Gurland, Carolyn) (Entered: 02/15/2022) |
| 02/15/2022 | 102 | 73.6 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Vanderbilt University (Gurland, Carolyn) (Entered: 02/15/2022) |
| 02/15/2022 | 103 | 196.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19158276. (Gidley, John) (Entered: 02/15/2022) |
| 02/15/2022 | 104 | 191.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19158321. (Milne, Robert) (Entered: 02/15/2022) |
| 02/15/2022 | 105 | 147.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19158339. (Suggs, David) (Entered: 02/15/2022) |
| 02/15/2022 | 106 | 612.1 KB | AMENDED complaint by Michael Maerlander, Sia Henry, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver, Alexander Leo-Guerra, Savannah Rose Eklund, Frank Carbone, Andrew Corzo against Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University, The Johns Hopkins University (Roche, Kyle) (Entered: 02/15/2022) |
| 02/15/2022 | 107 | 3.8 MB | STATUS Report by Sia Henry, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Normand, Edward) (Entered: 02/15/2022) |
| 02/16/2022 | | | ALIAS Summons Issued as to Defendant The Johns Hopkins University. (ey, ) (Entered: 02/16/2022) |
| 02/16/2022 | 108 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions by Hashim Mooppan, J. Mark Gidley, Robert Milne, and David Suggs to appear pro hac vice 100 103 104 105 are granted. (mk) (Entered: 02/16/2022) |
| 02/17/2022 | 109 | 4.8 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic status hearing set for 2/22/2022 at 8:45 AM is advanced to |

| | | | |
|---|---|---|---|
| | | | 8:30 AM and is converted to a video status hearing. The Court will send out the video conference invitation a few days in advance of the hearing. The attorney for plaintiffs who signed the complaint is directed to provide Judge Kennelly's courtroom deputy clerk with e-mail addresses for no more than 4 attorneys for plaintiffs by no later than 10:00 AM CST on 2/18/2022 so that the clerk may forward those attorneys the video invitation. Counsel for the first-named defendant Brown University is directed to provide Judge Kennelly's courtroom deputy clerk with e-mail addresses for 1 attorney for each named defendant by no later than 10:00 AM CST on 2/18/2022 so that the clerk may forward those attorneys the video invitation. The attorneys who receive the video invitation may forward it to other counsel of record in the case. For the video hearing only attorneys who will be speaking on behalf of their clients (no more than 4 for plaintiffs and no more than 1 for each named defendant) may participate in the hearing with their video cameras on. Other attorneys may of course view the hearing but are to have their video cameras turned off. The Court reserves the right to modify this during the video hearing. Mailed notice. (mma, ) (Entered: 02/17/2022) |
| 02/17/2022 | 110 | 58.5 KB | ATTORNEY Appearance for Defendant Vanderbilt University by John Mark Gidley (Gidley, John) (Entered: 02/17/2022) |
| 02/17/2022 | 111 | 58.3 KB | ATTORNEY Appearance for Defendant Vanderbilt University by Robert A Milne (Milne, Robert) (Entered: 02/17/2022) |
| 02/17/2022 | 112 | 58.9 KB | ATTORNEY Appearance for Defendant Vanderbilt University by David H Suggs (Suggs, David) (Entered: 02/17/2022) |
| 02/17/2022 | 113 | 102.7 KB | ATTORNEY Appearance for Defendant The Johns Hopkins University by Jeffrey J. Bushofsky (Bushofsky, Jeffrey) (Entered: 02/17/2022) |
| 02/17/2022 | 114 | 10.5 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Johns Hopkins University *(Corporate and Affiliate Disclosure Statement)* (Bushofsky, Jeffrey) (Entered: 02/17/2022) |
| 02/18/2022 | 115 | 219.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19173158. *(on behalf of Defendant Johns Hopkins University)* (Musallam, Samer) (Entered: 02/18/2022) |
| 02/18/2022 | 116 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for February 22, 2022 at 8:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23154689043##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/18/2022) |

| 02/18/2022 | 117 | 151.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19174251. *(on behalf of Defendant Johns Hopkins University)* (Park, Chong) (Entered: 02/18/2022) |
|---|---|---|---|
| 02/18/2022 | 118 | 324.6 KB | MOTION by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University to stay *Discovery Pending Ruling On Motion(s) To Dismiss* (Attachments: # 1 Exhibit A) (Stein, Scott) (Entered: 02/18/2022) |
| 02/19/2022 | 119 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Samer Musallam 115 and Chong Park 117 to appear pro hac vice are granted. (mk) (Entered: 02/19/2022) |
| 02/22/2022 | 120 | 167.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19177072. (Wallace, Kate) (Entered: 02/22/2022) |
| 02/22/2022 | 121 | 316.4 KB | ATTORNEY Appearance for Defendant The Johns Hopkins University by Chong S Park (Park, Chong) (Entered: 02/22/2022) |
| 02/22/2022 | 122 | 322.9 KB | ATTORNEY Appearance for Defendant The Johns Hopkins University by Samer Makram Musallam (Musallam, Samer) (Entered: 02/22/2022) |
| 02/22/2022 | 123 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held by video on 2/22/2022. Discovery is stayed pending the filing of a motion to dismiss, except for Rule 26(a)(1) disclosures. Rule 26(a)(1) disclosures are to be made by 4/15/2022. The motion to stay is entered and continued to the next status hearing. A status report regarding the motion to dismiss is due 3/15/2022. The motion to dismiss is to be filed by 4/15/2022. A telephonic status hearing is set for 4/20/2022 at 8:30 a.m. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Mailed notice. (mma, ) (Entered: 02/22/2022) |
| 02/22/2022 | 124 | 167.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19180206. (Thatch, Christopher) (Entered: 02/22/2022) |
| 02/23/2022 | 125 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Kathleen Wallace 120 and Christopher Hatch 124 to appear pro hac vice are granted. (mk) (Entered: 02/23/2022) |
| 02/24/2022 | 126 | 187.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19186406. (Brinn, Hope) (Entered: 02/24/2022) |
| 02/25/2022 | 127 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Hope Brinn to appear pro hac vice 126 is granted. (mk) (Entered: 02/25/2022) |
| 02/25/2022 | 128 | 139.7 KB | TRANSCRIPT OF PROCEEDINGS held on February 22, 2022 before the Honorable Matthew F. Kennelly. Order Number: 42687. Court |

| | | | Reporter Contact Information: Carolyn Cox, Carolyn_Cox@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/18/2022. Redacted Transcript Deadline set for 3/28/2022. Release of Transcript Restriction set for 5/26/2022. (Cox, Carolyn) (Entered: 02/25/2022) |
|---|---|---|---|
| 03/03/2022 | 129 | 84.4 KB | ATTORNEY Appearance for Defendant Massachusetts Institute of Technology by Rami N Fakhouri (Fakhouri, Rami) (Entered: 03/03/2022) |
| 03/03/2022 | 130 | 84.4 KB | ATTORNEY Appearance for Defendant Massachusetts Institute of Technology by Jennifer L. Greenblatt (Greenblatt, Jennifer) (Entered: 03/03/2022) |
| 03/09/2022 | 131 | 128.4 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Elpidio R. Villarreal (Villarreal, Elpidio) (Entered: 03/09/2022) |
| 03/15/2022 | 132 | 135.7 KB | STATUS Report *(Joint Status Report)* by Georgetown University (Miller, Britt) (Entered: 03/15/2022) |
| 03/16/2022 | 133 | 129.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19251508. (Lee, Jamie) (Entered: 03/16/2022) |
| 03/16/2022 | 134 | 128.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19251614. (Pallman, Molly) (Entered: 03/16/2022) |
| 03/17/2022 | 135 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Jamie Lee 133 and Molly Pallman to appear pro hac vice 134 are granted. (mk) (Entered: 03/17/2022) |
| 03/17/2022 | 136 | 248.4 KB | ATTORNEY Appearance for Defendant Yale University by Jamie Lee (Lee, Jamie) (Entered: 03/17/2022) |
| 03/17/2022 | 137 | 249.4 KB | ATTORNEY Appearance for Defendant Yale University by Molly Pallman (Pallman, Molly) (Entered: 03/17/2022) |
| 03/19/2022 | 138 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: As proposed in the parties' joint status report, defendants' opening briefs on the motions to dismiss may be up to 45 pages in the aggregate and are due 4/10/2022 as previously ordered; plaintiff's response brief may be up to 45 pages and are due 6/10/2022; and defendants' reply briefs may be up to 22.5 pages in the aggregate and are due 7/15/2022. The case remains set for a telephonic status hearing on 4/20/2022. (mk) (Entered: 03/19/2022) |

| 03/21/2022 | 139 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry 138 which contained a typographical error. As proposed in the parties' joint status report, defendants' opening briefs on the motions to dismiss may be up to 45 pages in the aggregate and are due 4/15/2022 as previously ordered; plaintiff's response brief may be up to 45 pages and are due 6/10/2022; and defendants' reply briefs may be up to 22.5 pages in the aggregate and are due 7/15/2022. The case remains set for a telephonic status hearing on 4/20/2022.Mailed notice. (mma, ) (Entered: 03/21/2022) |
| --- | --- | --- | --- |
| 03/23/2022 | 140 | 167.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19272399. (Kaufman, Noah) (Entered: 03/23/2022) |
| 03/25/2022 | 141 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Noah Kaufman to appear pro hac vice 140 is granted. (mk) (Entered: 03/25/2022) |
| 04/14/2022 | 142 | 736.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19345526. *(for Duke University)* (Brass, Rachel) (Entered: 04/14/2022) |
| 04/14/2022 | 143 | 698.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19345532. *(Duke University)* (Dusseault, Christopher) (Entered: 04/14/2022) |
| 04/14/2022 | 144 | 620.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19345536. *(Duke University)* (Sesia, Jacqueline) (Entered: 04/14/2022) |
| 04/15/2022 | 145 | 2.0 MB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Brown University, Emory University, The Johns Hopkins University, University of Chicago *[NON-MEMBER DEFENDANTS' MOTION TO DISMISS]* (Attachments: # 1 Memorandum of Law in Support, # 2 Exhibit A - 568 Presidents Group Member Institutions, # 3 Declaration of Leah J. Harrell in Support)(Cooper, James) (Entered: 04/15/2022) |
| 04/15/2022 | 146 | 367.3 KB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University (Waxman, Seth) (Entered: 04/15/2022) |
| 04/15/2022 | 147 | 897.1 KB | MEMORANDUM by Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, |

| | | | |
|---|---|---|---|
| | | | William Marsh Rice University, Yale University in support of Motion to Dismiss for Failure to State a Claim,, 146 (Waxman, Seth) (Entered: 04/15/2022) |
| 04/15/2022 | 148 | ☐ 12.2 KB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Yale University (Rabie, Serena) (Entered: 04/15/2022) |
| 04/17/2022 | 149 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions by Rachel Brass 142 , Christopher Dusseault 143 , and Jacqueline Sesia 144 to appear pro hac vice are granted. (mk) (Entered: 04/17/2022) |
| 04/18/2022 | 150 | ☐ 186.7 KB | ATTORNEY Appearance for Defendant Duke University by Christopher Dean Dusseault (Dusseault, Christopher) (Entered: 04/18/2022) |
| 04/18/2022 | 151 | ☐ 173.0 KB | ATTORNEY Appearance for Defendant Duke University by Rachel Susan Brass (Brass, Rachel) (Entered: 04/18/2022) |
| 04/18/2022 | 152 | ☐ 130.4 KB | ATTORNEY Appearance for Defendant Duke University by Jacqueline Sesia (Sesia, Jacqueline) (Entered: 04/18/2022) |
| 04/20/2022 | 153 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 4/20/2022. Discovery is stayed pending ruling on the motion to dismiss. Oral argument on the motion to dismiss is set for an in person hearing on 8/2/2022 at 11:00 a.m. A separate order will be entered a few days in advance of the hearing which shall state the Courtroom number the hearing will be held in. The Court advises that counsel who cannot attend the 8/2/2022 ruling hearing but wish to listen may do so via telephone by calling 888-684-8852; participant code: 746-1053. Callers may begin joining the conference call at 10:55 a.m. The Court will join in from the courtroom at approximately 11:00 a.m. No person listening in by telephone will be permitted to speak; the call-in option is for listening only. An in-person appearance will be required for any attorney or other person who wishes to be heard. Mailed notice. (mma, ) (Entered: 04/20/2022) |
| 04/29/2022 | 154 | ☐ 92.9 KB | NOTICE by Robert Alois Van Kirk of Change of Address *of Williams & Connolly LLP* (Van Kirk, Robert) (Entered: 04/29/2022) |
| 04/29/2022 | 155 | ☐ 92.9 KB | NOTICE by Jonathan Pitt of Change of Address *of Williams & Connolly LLP* (Pitt, Jonathan) (Entered: 04/29/2022) |
| 04/29/2022 | 156 | ☐ 94.2 KB | NOTICE by Sarah Forsythe Kirkpatrick of Change of Address *of Williams & Connolly LLP* (Kirkpatrick, Sarah) (Entered: 04/29/2022) |
| 04/29/2022 | 157 | ☐ 94.2 KB | NOTICE by Matthew David Heins of Change of Address *of Williams & Connolly LLP* (Heins, Matthew) (Entered: 04/29/2022) |
| 04/29/2022 | 158 | ☐ 94.2 KB | NOTICE by Cole Thomas Wintheiser of Change of Address *of Williams & Connolly LLP* (Wintheiser, Cole) (Entered: 04/29/2022) |
| 04/29/2022 | 159 | ☐ 133.5 KB | NOTICE by Alexander J Kasner of Change of Address (Kasner, Alexander) (Entered: 04/29/2022) |
| 04/29/2022 | 160 | ☐ 110.0 KB | NOTICE by Tina M. Tabacchi of Change of Address (Tabacchi, Tina) (Entered: 04/29/2022) |

| | | | |
|---|---|---|---|
| 04/29/2022 | 161 | ☐ 147.7 KB | NOTICE by Matthew Lawrence Kutcher of Change of Address (Kutcher, Matthew) (Entered: 04/29/2022) |
| 05/25/2022 | 162 | ☐ 157.3 KB | MOTION by Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver for leave to file excess pages (Fegan, Elizabeth) (Entered: 05/25/2022) |
| 05/26/2022 | 163 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for extension of page limits 162 is granted. (mk) (Entered: 05/26/2022) |
| 06/10/2022 | 164 | ☐ 3.0 MB | MEMORANDUM by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver in Opposition to Motion to Dismiss for Failure to State a Claim 148 , Motion to Dismiss for Failure to State a Claim, 145 , Motion to Dismiss for Failure to State a Claim,, 146 (Attachments: # 1 Declaration of Robert E. Litan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Roche, Kyle) (Entered: 06/10/2022) |
| 06/13/2022 | 165 | ☐ 257.6 KB | DECLARATION of Robert E. Litan regarding memorandum in opposition to motion,, 164 *Regarding Two Minor Corrections to Exhibit F Filed with Plaintiffs' Opposition to Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit F [corrected])(Litan, Robert) (Entered: 06/13/2022) |
| 07/07/2022 | 166 | ☐ 94.9 KB | ATTORNEY Appearance for Movant United States of America by Eric Dunn (Dunn, Eric) (Entered: 07/07/2022) |
| 07/07/2022 | 167 | ☐ 304.7 KB | MOTION by Movant United States of America for leave to file *Statement of Interest of the United States* (Attachments: # 1 Exhibit) (Dunn, Eric) (Entered: 07/07/2022) |
| 07/07/2022 | 168 | ☐ 130.9 KB | RESPONSE by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University to motion for leave to file 167 (Waxman, Seth) (Entered: 07/07/2022) |
| 07/08/2022 | 169 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion by the United States for leave to file a statement of interest 167 is unopposed and is granted. Defendants are given an extra 3 pages for their reply briefs, as they request. The case is set for a telephonic status hearing on 7/25/2022 at 8:55 AM to briefly discuss the logistics for oral argument set for 8/2/2022 (amount of time, who will be arguing, etc.). The following call-in number will be used: 888-684-8852, access code 746-1053. (mk) (Entered: 07/08/2022) |

| 07/08/2022 | 170 | 89.7 KB | ATTORNEY Appearance for Movant New York, State of by Tal Elmatad (Elmatad, Tal) (Entered: 07/08/2022) |
|---|---|---|---|
| 07/08/2022 | 171 | 279.8 KB | STATEMENT OF INTEREST STATEMENT by United States of America (Dunn, Eric) (Entered: 07/08/2022) |
| 07/08/2022 | 172 | 301.9 KB | MOTION by Movant New York, State of for leave to file (Attachments: # 1 Exhibit Letter in Support of the Statement of Interest of the United States)(Elmatad, Tal) (Entered: 07/08/2022) |
| 07/13/2022 | 173 | 302.1 KB | Notice of Supplemental Authority by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 07/13/2022) |
| 07/14/2022 | 174 | 97.6 KB | MOTION by Movant United States of America to participate at the August 2, 2022 oral argument (Dunn, Eric) (Entered: 07/14/2022) |
| 07/15/2022 | 175 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion by the United States for leave to participate in oral argument and the motion by the State of New York to file a statement of interest will be addressed at the telephonic status hearing on 7/25/2022 at 8:55 AM. The parties are advised that if the former motion is granted, any time allotted to the United States for argument will have to come out of the time that the Court would otherwise allot to plaintiffs. (mk) (Entered: 07/15/2022) |
| 07/15/2022 | 176 | 339.6 KB | REPLY by Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern Univer 146 (Waxman, Seth) (Entered: 07/15/2022) |
| 07/15/2022 | 177 | 389.8 KB | REPLY by Defendants Brown University, Emory University, The Johns Hopkins University, University of Chicago to Motion to Dismiss for Failure to State a Claim, 145 *(REPLY IN SUPPORT OF NON-MEMBER DEFENDANTS' MOTION TO DISMISS)* (Cooper, James) (Entered: 07/15/2022) |
| 07/15/2022 | 178 | 16.5 KB | REPLY by Defendant Yale University to Motion to Dismiss for Failure to State a Claim 148 (Rabie, Serena) (Entered: 07/15/2022) |
| 07/25/2022 | 179 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 7/25/2022. Movant State of New York's motion for leave to file 172 is denied without prejudice as to the reasons stated on the record. The government's motion to participate in the 8/2/2022 oral argument hearing 174 is granted as to the extent stated on the record. Each side will have 20 minutes for the 8/2/2022 oral |

| | | | argument. The hearing will be held in Courtroom 2103. Mailed notice. (mma, ) (Entered: 07/25/2022) |
|---|---|---|---|
| 08/02/2022 | 180 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person oral argument hearing held on 8/2/2022. Oral argument heard regarding the defendants' motions to dismiss. Defendants' motions to dismiss 145 146 148 are taken under advisement. Mailed notice. (mma, ) (Entered: 08/02/2022) |
| 08/03/2022 | 🔓181 | ☐ 245.3 KB | TRANSCRIPT OF PROCEEDINGS held on August 2, 2022 before the Honorable Matthew F. Kennelly. Order Number: 43807. Court Reporter Contact Information: Brenda S. Tannehill, CSR, RMR, CRR, brenda_tannehill@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 8/24/2022. Redacted Transcript Deadline set for 9/5/2022. Release of Transcript Restriction set for 11/1/2022. (Tannehill, Brenda) (Entered: 08/03/2022) |
| 08/07/2022 | 182 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion to appoint lead counsel 87 is denied without prejudice as unnecessary at this time, subject to renewal if needed, for the reasons stated by the Court at the 2/22/2022 telephonic hearing. (mk) (Entered: 08/07/2022) |
| 08/10/2022 | 183 | ☐ 1.2 MB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19731464. (Marquez, Alexis) (Entered: 08/10/2022) |
| 08/11/2022 | 184 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Alexis Marquez to appear pro hac vice 183 is granted. (mk) (Entered: 08/11/2022) |
| 08/15/2022 | 185 | ☐ 195.1 KB | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 8/15/2022: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court denies the defendants' motions to dismiss [dkt. nos. 145, 146 & 148]. The defendants are directed to answer the amended complaint by no later than September 9, 2022. The parties are directed to promptly confer regarding a discovery and pretrial schedule, and they are to file by August 26, 2022 a joint status report with an agreed proposal, or alternative proposals if they cannot agree. The case is set for a telephonic status hearing on September 2, 2022 at 9:10 a.m., using call-in number 888-684-8852, access code 746-1053. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk) (Entered: 08/15/2022) |
| 08/25/2022 | 186 | ☐ 73.8 KB | ATTORNEY Appearance for Defendant Duke University by James A. Morsch (Morsch, James) (Entered: 08/25/2022) |

| 08/25/2022 | 187 | 73.8 KB | ATTORNEY Appearance for Defendant Duke University by Elizabeth Anne Thompson (Thompson, Elizabeth) (Entered: 08/25/2022) |
| 08/26/2022 | 188 | 5.7 MB | STATUS Report *Joint Status Report* by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver (Attachments: # 1 Exhibit Ex. 1 Geisinger CMO, # 2 Exhibit Ex. 2 Broilers CMO, # 3 Exhibit Ex. 3 Align CMO, # 4 Exhibit Ex. 4 Lipitor CMO, # 5 Exhibit Ex. 5 Niaspan CMO, # 6 Exhibit Ex. 6 Dental Supplies CMO, # 7 Exhibit Ex. 7 Zuffa CMO, # 8 Exhibit Ex. A Turkey CMO, # 9 Exhibit Ex. B Delta Dental CMO, # 10 Exhibit Ex. C Moehrl v. NAR CMO, # 11 Exhibit Ex D Dennis CMO)(Fegan, Elizabeth) (Entered: 08/26/2022) |
| 08/29/2022 | 189 | 236.9 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by Laura Bernescu (Bernescu, Laura) (Entered: 08/29/2022) |
| 09/01/2022 | 190 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic status hearing set for 9:10 AM on 9/2/2022 is moved to 9:20 AM on that same date, using call-in number 888-684-8852, access code 746-1053. (mk) (Entered: 09/01/2022) |
| 09/01/2022 | 191 | 116.3 KB | WITHDRAWING *KYLE W. ROCHE* as counsel for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver and substituting Kyle W Roche as counsel of record (Roche, Kyle) (Entered: 09/01/2022) |
| 09/01/2022 | 192 | 80.4 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver by Devin (Velvel) Freedman (Freedman, Devin (Velvel)) (Entered: 09/01/2022) |
| 09/02/2022 | 193 | 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/2/2022. The parties are directed to send a proposed case management order to Judge Kennelly's proposed order email address by 9/7/2022. By no later than 11/7/2022, the parties are directed to file a joint status. A telephonic status hearing is set for 11/14/2022 at 8:45 a.m. deadline for joint report with a proposal for depositions 12/23/2022. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 09/02/2022) |
| 09/07/2022 | 194 | 163.0 KB | [Proposed] Case Management Order by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver |

| | | | (Fegan, Elizabeth) (Entered: 09/07/2022) |
|---|---|---|---|
| 09/08/2022 | 195 | ☐ 217.6 KB | CASE MANAGEMENT ORDER #1, signed by the Honorable Matthew F. Kennelly on 9/8/2022: The Court enters the attached Case Management Order as proposed by the parties and summarizes here some (but not all) of the dates and deadlines in the Order's appendix. Defendants' answers are to be filed by 9/9/2022. A joint status report is to be filed on 11/7/2022. A joint status report regarding certain ESI-related matters is to be filed on 12/2/2022. A proposed order (or alternate proposals) regarding the number of non-expert depositions is to be submitted by 12/23/2022. The deadline for motions to amend the pleadings or add parties is 7/31/2023. Fact discovery is to be completed by 1/31/2024. Rule 26(a)(2) disclosures are due by 3/15/2024 by the party with the burden of proof on an issue; opposition disclosures are due by 5/17/2024; and rebuttal disclosures are due by 8/2/2024. Expert discovery is to be completed by 9/13/2024. Daubert motions and any motion for class certification are to be filed by 10/18/2024. Dispositive motions are to be filed by 3/7/2025. For the remaining dates the order and appendix should be consulted. (mk) (Entered: 09/08/2022) |
| 09/09/2022 | 196 | ☐ 554.3 KB | ANSWER to amended complaint *and Affirmative Defenses* by The Trustees of Columbia University in the City of New York (Fitzgerald, Patrick) (Entered: 09/09/2022) |
| 09/09/2022 | 197 | ☐ 409.9 KB | ANSWER to amended complaint by Duke University (Morsch, James) (Entered: 09/09/2022) |
| 09/09/2022 | 198 | ☐ 577.8 KB | ANSWER to amended complaint by Emory University (Tabacchi, Tina) (Entered: 09/09/2022) |
| 09/09/2022 | 199 | ☐ 766.7 KB | ANSWER to amended complaint *[ANSWER TO AMENDED CLASS ACTION COMPLAINT]* by University of Chicago (Cooper, James) (Entered: 09/09/2022) |
| 09/09/2022 | 200 | ☐ 266.6 KB | ANSWER to amended complaint by The Johns Hopkins University(Bushofsky, Jeffrey) (Entered: 09/09/2022) |
| 09/09/2022 | 201 | ☐ 553.0 KB | ANSWER to amended complaint *and Affirmative Defenses* by Massachusetts Institute of Technology (Mahr, Eric) (Entered: 09/09/2022) |
| 09/09/2022 | 202 | ☐ 440.2 KB | ANSWER to amended complaint *and Affirmative Defenses* by Trustees of Dartmouth College (Mascherin, Terri) (Entered: 09/09/2022) |
| 09/09/2022 | 203 | ☐ 893.5 KB | ANSWER to amended complaint by Vanderbilt University (Gidley, John) (Entered: 09/09/2022) |
| 09/09/2022 | 204 | ☐ 770.4 KB | ANSWER to amended complaint *and Affirmative Defenses* by Georgetown University (Miller, Britt) (Entered: 09/09/2022) |
| 09/09/2022 | 205 | ☐ 567.6 KB | ANSWER to amended complaint by Northwestern University (Stein, Scott) (Entered: 09/09/2022) |
| 09/09/2022 | 206 | ☐ 384.0 KB | ANSWER to amended complaint by Cornell University (Armstrong, Norman) (Entered: 09/09/2022) |

| 09/09/2022 | 207 | 383.2 KB | ANSWER to amended complaint by William Marsh Rice University (Armstrong, Norman) (Entered: 09/09/2022) |
|---|---|---|---|
| 09/09/2022 | 208 | 123.9 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by California Institute of Technology (Bansal, Deepti) (Entered: 09/09/2022) |
| 09/09/2022 | 209 | 525.1 KB | ANSWER to amended complaint *and Affirmative Defenses* by California Institute of Technology (Bansal, Deepti) (Entered: 09/09/2022) |
| 09/09/2022 | 210 | 677.1 KB | ANSWER to amended complaint *and affirmative defenses* by Yale University(Rabie, Serena) (Entered: 09/09/2022) |
| 09/09/2022 | 211 | 488.7 KB | ANSWER to amended complaint *and Affirmative Defenses* by Brown University (Kliebard, Kenneth) (Entered: 09/09/2022) |
| 09/09/2022 | 212 | 537.7 KB | ANSWER to amended complaint by The Trustees of the University of Pennsylvania (Gringer, David) (Entered: 09/09/2022) |
| 09/09/2022 | 213 | 597.5 KB | ANSWER to amended complaint *and Affirmative Defenses* by University of Notre Dame du Lac (Heins, Matthew) (Entered: 09/09/2022) |
| 09/15/2022 | 214 | 171.0 KB | MOTION by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University for extension of time *TO FILE ESI PROTOCOL (Joint)* (Stein, Scott) (Entered: 09/15/2022) |
| 09/16/2022 | 215 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to extend time 214 is granted; the deadline for filing an ESI protocol is extended to 11/7/2022. A joint status report regarding the status and progress of discussions on the protocol is to be filed on 10/14/2022. (mk) (Entered: 09/16/2022) |
| 09/16/2022 | 216 | 501.7 KB | NOTICE by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver *OF FILING* (Attachments: # 1 Joint Submission of Dispute Concerning Deposition Protocol, # 2 [Proposed] Order Regarding Deposition Protocol, # 3 [Proposed] Order Regarding the Scope of Expert Discovery)(Normand, Edward) (Entered: 09/16/2022) |
| 09/17/2022 | 217 | 223.2 KB | ORDER REGARDING DEPOSITION PROTOCOL, signed by the Honorable Matthew F. Kennelly on 9/17/2022. (mk) (Entered: 09/17/2022) |
| 09/17/2022 | 218 | 188.7 KB | ORDER REGARDING SCOPE OF EXPERT DISCOVERY, signed by the Honorable Matthew F. Kennelly on 9/17/2022. (mk) (Entered: 09/17/2022) |

| 10/03/2022 | 219 | 92.5 KB | NOTICE by Daniel Martin Feeney of Change of Address (Feeney, Daniel) (Entered: 10/03/2022) |
| 10/03/2022 | 220 | 92.6 KB | NOTICE by Edward W. Feldman of Change of Address (Feldman, Edward) (Entered: 10/03/2022) |
| 10/09/2022 | 221 | 85.3 KB | ATTORNEY Appearance for Defendant Trustees of Dartmouth College by Lina Ragep Powell (Powell, Lina) (Entered: 10/09/2022) |
| 10/14/2022 | 222 | 157.7 KB | STATUS Report *REGARDING ESI PROTOCOL* by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver (Normand, Edward) (Entered: 10/14/2022) |
| 10/21/2022 | 223 | 600.0 KB | MOTION by Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana WeaverREGARDING CONFIDENTIALITY AND FERPA (Attachments: # 1 Exhibit A) (Normand, Edward) (Entered: 10/21/2022) |
| 10/22/2022 | 224 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion regarding confidentiality and FERPA is set for a video hearing on 10/26/2022 at 10:30 AM. Judge Kennelly's courtroom deputy clerk will send out video invitations in advance of the hearing. Counsel are directed to coordinate and are to provide the courtroom deputy clerk (Melissa Astell) by Monday 10/24/2022 with two names and e-mail addresses per side to whom she may send the video invitation. Those attorneys may then distribute it to other counsel of record as appropriate. The Court does not expect the hearing to last more than 30 minutes. (mk) (Entered: 10/22/2022) |
| 10/24/2022 | 225 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for October 26, 2022 at 10:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23084565603##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 10/24/2022) |
| 10/25/2022 | 226 | 1.1 MB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19977710. (Richards, Joshua) (Entered: 10/25/2022) |
| 10/26/2022 | 227 | 150.1 KB | ATTORNEY Appearance for Defendant Georgetown University by Daniel Thomas Fenske (Fenske, Daniel) (Entered: 10/26/2022) |
| 10/26/2022 | 228 | 264.6 KB | MOTION by Attorney Stephen M. Medlock to withdraw as attorney for Georgetown University. No party information provided (Miller, Britt) (Entered: 10/26/2022) |

| 10/26/2022 | 229 | 95.1 KB | REQUEST for Clerk of Court to refund filing fee in the amount of $150.00, receipt no. AILNDC-19977669, regarding motion to appear pro hac vice 226 (Richards, Joshua) (Entered: 10/26/2022) |
|---|---|---|---|
| 10/26/2022 | 230 | 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 10/26/2022. Order to follow. Defendants have until 11/14/2022 to file a response to the plaintiffs' motion regarding confidentiality and FERPA 223 . The parties are directed to file a detailed joint status report regarding FERPA by 11/21/2022. If the matter is not resolved, any additional authorities are to filed by 11/22/2022. A telephonic status and potential oral argument is set for 11/23/2022 at 11:30 a.m. The following call-in number will be used for the hearing: 888-684-8852; access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 10/26/2022) |
| 10/26/2022 | 231 | 173.2 KB | ORDER: Signed by the Honorable Matthew F. Kennelly on 10/26/2022. Mailed notice. (mma, ) (Entered: 10/26/2022) |
| 10/27/2022 | 232 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Joshua Richard to appear pro hac vice 226 is granted. Motion of Stephen Medlock to withdraw as attorney 228 is granted. (mk) (Entered: 10/27/2022) |
| 10/28/2022 | 233 | | REFUND PROCESSED to Barbara Ward for duplicate filing fee of Motion for Pro Hac Vice $150.00, Receipt Number: AILNDC-19977669. (sm, ) (Entered: 10/28/2022) |
| 10/28/2022 | 234 | 99.4 KB | MOTION by Attorney Derek Ludwin to withdraw as attorney for Duke University. No party information provided (Grabenstein, Casey) (Entered: 10/28/2022) |
| 10/29/2022 | 235 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Derek Ludwin is granted. (mk) (Entered: 10/29/2022) |
| 11/01/2022 | 236 | 119.1 KB | NOTICE OF WITHDRAWAL OF ERIC ROSEN by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver (Rosen, Eric) (Entered: 11/01/2022) |
| 11/01/2022 | 237 | 133.5 KB | STIPULATION of Dismissal *(PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41)* (Normand, Edward) (Entered: 11/01/2022) |
| 11/03/2022 | 238 | 97.8 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by William Justice Donnelly (Donnelly, William) (Entered: 11/03/2022) |

| 11/03/2022 | 239 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff Kara Saffrin's claims are dismissed with prejudice and without costs. (mk) (Entered: 11/03/2022) |
| 11/03/2022 | 240 | 140.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20010999. (La Voy, Thomas) (Entered: 11/03/2022) |
| 11/04/2022 | 241 | 109.6 KB | MOTION by Attorney Elizabeth A. Fegan and Brooke A. Achua to withdraw as attorney for Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver. No party information provided (Fegan, Elizabeth) (Entered: 11/04/2022) |
| 11/04/2022 | 242 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Thomas LaVoy to appear pro hac vice 240 is granted, Motion of Elizabeth Fegan and Brooke Achua to withdraw 241 is granted. (mk) (Entered: 11/04/2022) |
| 11/07/2022 | 243 | 89.7 KB | ATTORNEY Appearance for Defendant Duke University by Nicholas Whitacre Collins (Collins, Nicholas) (Entered: 11/07/2022) |
| 11/07/2022 | 244 | 234.8 KB | CONFIDENTIALITY ORDER signed by the Honorable Matthew F. Kennelly on 11/7/2022. (mk) (Entered: 11/07/2022) |
| 11/07/2022 | 245 | 515.5 KB | STATUS Report by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 11/07/2022) |
| 11/08/2022 | 246 | 281.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20025419. (Raymar, Robert) (Entered: 11/08/2022) |
| 11/09/2022 | 247 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Robert Raymar to appear pro hac vice 246 is granted. (mk) (Entered: 11/09/2022) |
| 11/14/2022 | 248 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 11/14/2022. The parties are directed to file a joint status report regarding the ESI preservation issues by 12/5/2022. A telephonic status hearing is set for 12/21/2022 at 8:30 a.m. The following call-in number will be used for the hearing: 888-684-8852; access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 11/14/2022) |
| 11/16/2022 | 249 | 70.7 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver by Steven Magnusson (Magnusson, Steven) (Entered: 11/16/2022) |

| 11/16/2022 | 250 | ☐ 41.5 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver by Alexis Marquez (Marquez, Alexis) (Entered: 11/16/2022) |
|---|---|---|---|
| 11/18/2022 | 251 | ☐ 119.7 KB | NOTICE by Edward J Normand of Change of Address *[FIRM NAME]* (Normand, Edward) (Entered: 11/18/2022) |
| 11/21/2022 | 252 | ☐ 113.7 KB | STATUS Report by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver (Normand, Edward) (Entered: 11/21/2022) |
| 11/22/2022 | 253 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' joint status report, the hearing set for 11/23/2022 is hereby vacated. The proposed agreed order should be submitted promptly, in Word format, to Judge Kennelly's proposed order e-mail address. (mk) (Entered: 11/22/2022) |
| 11/22/2022 | 254 | ☐ 233.3 KB | AGREED CONFIDENTIALITY ORDER signed by the Honorable Matthew F. Kennelly on 11/22/2022. (mk) (Entered: 11/22/2022) |
| 12/02/2022 | 255 | ☐ 338.3 KB | STATUS Report by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver (Normand, Edward) (Entered: 12/02/2022) |
| 12/05/2022 | 256 | ☐ 133.1 KB | STATUS Report *REGARDING PROPOSED ESI PROTOCOL ORDER* by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Piyevsky, Brittany Tatiana Weaver (Normand, Edward) (Entered: 12/05/2022) |
| 12/07/2022 | 257 | ☐ 89.5 KB | ATTORNEY Appearance for Defendant Northwestern University by Kathleen Louise Carlson (Carlson, Kathleen) (Entered: 12/07/2022) |
| 12/09/2022 | 258 | ☐ 96.7 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver by Sarah Elizabeth Schuster (Schuster, Sarah) (Entered: 12/09/2022) |
| 12/09/2022 | 259 | ☐ 140.5 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver by Richard D Schwartz (Schwartz, Richard) (Entered: 12/09/2022) |
| 12/21/2022 | 260 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/21/2022. By no later than 12/22/2022, the parties are to send an updated proposed order regarding the ESI protocol to Judge Kennelly's proposed order email address. The parties are directed to file a joint status report by 1/13/2023. A telephonic status hearing is set for 3/10/2023 at 8:45 a.m. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in |

| | | | |
|---|---|---|---|
| | | | sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 12/21/2022) |
| 12/22/2022 | 261 | 291.2 KB | ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS, signed by the Honorable Matthew F. Kennelly on 12/22/2022. (mk) (Entered: 12/22/2022) |
| 12/23/2022 | 262 | 509.8 KB | NOTICE by All Defendants *OF FILING* (Attachments: # 1 Joint Submission of Dispute Concerning Number and Length of Non-Expert Depositions, # 2 [Proposed] Order Regarding Limitations on Number and Length of Non-Expert Depositions)(Bansal, Deepti) (Entered: 12/23/2022) |
| 12/29/2022 | 263 | 84.1 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/29/2022: Mailed notice. (tg, ) (Entered: 12/29/2022) |
| 12/30/2022 | 264 | 114.1 KB | Letter by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver (Normand, Edward) (Entered: 12/30/2022) |
| 12/31/2022 | 265 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the letter from plaintiffs' counsel filed on 12/30/2022. The appropriate procedure if plaintiffs wish the Court to address the matters in the report is to file before this Court a motion for protective order precluding the anticipated (or, perhaps, the already-served) subpoenas pursuant to Fed. R. Civ. P. 26(c)(1). The Court unquestionably would have jurisdiction to address such a motion even if the subpoenas are served or anticipated to be served in other districts. Given the imminence of the dispute, the Court directs plaintiffs to file any such motion by 1/4/2023. The case is set for a telephonic hearing on 1/6/2023 at 9:00 AM to discuss the anticipated motion and the procedures for resolving it. (mk) (Entered: 12/31/2022) |
| 01/03/2023 | 266 | 708.8 KB | MOTION by Plaintiffs Frank Carbone, Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver for leave to file *Second Amended and* |

| | | | |
|---|---|---|---|
| | | | *Supplemental Complaint* (Attachments: # 1 Exhibit 1)(Normand, Edward) (Entered: 01/03/2023) |
| 01/04/2023 | 267 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has previously set this case for a telephonic hearing on 1/6/2023 265 . The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Mailed notice. (mma, ) (Entered: 01/04/2023) |
| 01/04/2023 | 268 | ☐ 178.6 KB | RESPONSE by Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University to MOTION by Plaintiffs Frank Carbone, Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Brittany Tatiana Weaver for leave to file *Second Amended and Supplemental Complaint* 266 (Tabacchi, Tina) (Entered: 01/04/2023) |
| 01/04/2023 | 269 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for leave to file second amended complaint 266 is granted; plaintiffs should not file the second amended complaint as its own docket entry. Defendants are given until 1/25/2023 to answer the second amended complaint. (mk) (Entered: 01/04/2023) |
| 01/04/2023 | 270 | ☐ 83.4 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams for protective order (Normand, Edward) (Entered: 01/04/2023) |
| 01/04/2023 | 271 | ☐ 587.9 KB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in support of motion for protective order 270 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Normand, Edward) (Entered: 01/04/2023) |
| 01/06/2023 | 272 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/6/2023. The defendants have until 1/20/2023 to respond to the plaintiff's motion for protective order 270 . The plaintiffs have until 1/27/2023 to file a reply. A telephonic ruling on the motion is set for 2/8/2023 at 9:30 a.m. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 01/06/2023) |

| 01/12/2023 | 273 | ☐ 140.8 KB | ORDER REGARDING LIMITATIONS ON NUMBER AND LENGTH OF NON-EXPERT DEPOSITIONS, signed by the Honorable Matthew F. Kennelly on 1/12/2023. (mk) (Entered: 01/12/2023) |
|---|---|---|---|
| 01/13/2023 | 274 | ☐ 1.5 MB | STATUS Report *(Joint Status Report)* by The Trustees of Columbia University in the City of New York (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Fitzgerald, Patrick) (Entered: 01/13/2023) |
| 01/13/2023 | 275 | ☐ 1.9 MB | MOTION by Defendant Vanderbilt University to compel *Discovery from Plaintiffs* (Attachments: # 1 Memorandum in Support of Defendants' Motion to Compel, # 2 Declaration of David H. Suggs, # 3 Defendants' Statement of Compliance Under Local Rule 37.2, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7)(Suggs, David) (Entered: 01/13/2023) |
| 01/14/2023 | 276 | ☐ 3.2 MB | MOTION by Defendants Brown University, Northwestern University, The Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, University of Notre Dame du Lac, Yale University for protective order (Attachments: # 1 Exhibit 1 - Declaration of Amy L. Van Gelder, # 2 Exhibit 1A, # 3 Exhibit 1B, # 4 Exhibit 1C, # 5 Exhibit 1D, # 6 Exhibit 1E, # 7 Exhibit 1F, # 8 Exhibit 1G, # 9 Exhibit 1H, # 10 Exhibit 2 - Declaration of Jon R. Roellke, # 11 Exhibit 3 - 2nd Declaration of Amy L. Van Gelder, # 12 Exhibit 4 - Declaration of Terri L. Mascherin, # 13 Exhibit 5 - Declaration of Scott D. Stein, # 14 Exhibit 6 - Declaration of Sarah Kirkpatrick, # 15 Exhibit 7 - Declaration of Benjamin F. Holt)(Mascherin, Terri) (Entered: 01/14/2023) |
| 01/19/2023 | 277 | ☐ 90.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to set a briefing schedule (Normand, Edward) (Entered: 01/19/2023) |
| 01/20/2023 | 278 | ☐ 4.4 MB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to set a briefing schedule 277 is granted. Plaintiffs' responses to motion to compel and motion for protective order are to be filed by 1/25/2023; replies are to be filed by 2/1/2023. Telephonic hearing, unless deemed unnecessary by the Court, is set for 2/8/2023 at 9:30 AM. (mk) (Entered: 01/20/2023) |
| 01/20/2023 | 279 | ☐ 262.7 KB | RESPONSE by Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale Universityin Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams for protective order 270 (Attachments: # 1 Exhibit 1) (Suggs, David) (Entered: 01/20/2023) |

| 01/23/2023 | 280 | ☐ 273.7 KB | NOTICE by Seth P Waxman of Change of Address (Waxman, Seth) (Entered: 01/23/2023) |
|---|---|---|---|
| 01/25/2023 | 281 | ☐ 419.4 KB | ANSWER to Second Amended and Supplemental Complaint by Duke University (Morsch, James) (Entered: 01/25/2023) |
| 01/25/2023 | 282 | ☐ 775.3 KB | ANSWER and Affirmative Defenses to Plaintiffs' Second Amended and Supplemental Class Action Complaint by Georgetown University (Miller, Britt) (Entered: 01/25/2023) |
| 01/25/2023 | 283 | ☐ 534.5 KB | ANSWER to Second Amended and Supplemental Complaint by California Institute of Technology (Bansal, Deepti) (Entered: 01/25/2023) |
| 01/25/2023 | 284 | ☐ 587.7 KB | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Second Amended and Supplemental Complaint* by Cornell University (Armstrong, Norman) (Entered: 01/25/2023) |
| 01/25/2023 | 285 | ☐ 365.6 KB | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Second Amended and Supplemental Complaint* by University of Notre Dame du Lac (Heins, Matthew) (Entered: 01/25/2023) |
| 01/25/2023 | 286 | ☐ 581.9 KB | ANSWER to Complaint *and Affirmative Defenses to Second Amended and Supplemental Complaint* by Emory University (Tabacchi, Tina) (Entered: 01/25/2023) |
| 01/25/2023 | 287 | ☐ 392.2 KB | ANSWER to Complaint with Jury Demand *Answer to Second Amended and Supplemental Class Action Complaint* by Northwestern University (Stein, Scott) (Entered: 01/25/2023) |
| 01/25/2023 | 288 | ☐ 553.6 KB | ANSWER to Complaint *and Affirmative Defenses to Second Amended and Supplemental Complaint* by Brown University (Roellke, Jon) (Entered: 01/25/2023) |
| 01/25/2023 | 289 | ☐ 583.1 KB | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Second Amended and Supplemental Complaint* by William Marsh Rice University (Armstrong, Norman) (Entered: 01/25/2023) |
| 01/25/2023 | 290 | ☐ 294.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20281806. *on behalf of Yale University* (Fitzpatrick, Christopher) (Entered: 01/25/2023) |
| 01/25/2023 | 291 | ☐ 542.3 KB | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Second Amended and Supplemental Complaint* by The Trustees of the University of Pennsylvania (Gringer, David) (Entered: 01/25/2023) |
| 01/25/2023 | 292 | ☐ 773.9 KB | ANSWER to Complaint with Jury Demand *Answer to Second Amended and Supplemental Class Action Complaint dkt 266* by University of Chicago (Cooper, James) (Entered: 01/25/2023) |
| 01/25/2023 | 293 | ☐ 672.6 KB | ANSWER to Complaint with Jury Demand *and Affirmatives Defenses to Plaintiffs' Second Amended and Supplemental Class Action Complaint* by The Trustees of Columbia University in the City of New York (Van Gelder, Amy) (Entered: 01/25/2023) |

| 01/25/2023 | 294 | ☐ 368.9 KB | ANSWER to Complaint *[Defendant Yale University's Answer and Affirmative Defenses to Second Amended and Supplemental Class Action Complaint]* by Yale University(Rabie, Serena) (Entered: 01/25/2023) |
| 01/25/2023 | 295 | ☐ 621.9 KB | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Second Amended and Supplemental Complaint* by Massachusetts Institute of Technology (Mahr, Eric) (Entered: 01/25/2023) |
| 01/25/2023 | 296 | ☐ 596.3 KB | ANSWER to Complaint with Jury Demand *(to Second Amended and Supplemental Class Action Complaint re 266 )* by The Johns Hopkins University(Bushofsky, Jeffrey) (Entered: 01/25/2023) |
| 01/25/2023 | 297 | ☐ 1.9 MB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion for protective order,,, 276 (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Robert D. Gilbert, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)(Normand, Edward) (Entered: 01/25/2023) |
| 01/25/2023 | 298 | ☐ 317.5 KB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion to compel, 275 (Normand, Edward) (Entered: 01/25/2023) |
| 01/25/2023 | 299 | ☐ 506.5 KB | ANSWER to Complaint */ Dartmouth's Answer to Second Amended and Supplemental Class Action Complaint and Affirmative Defenses* by Trustees of Dartmouth College (Mascherin, Terri) (Entered: 01/25/2023) |
| 01/25/2023 | 300 | ☐ 499.1 KB | ANSWER to Complaint with Jury Demand *Answer to Plaintiffs' Second Amended and Supplemental Class Action Complaint and Demand for Jury Trial* by Vanderbilt University (Gidley, John) (Entered: 01/25/2023) |
| 01/26/2023 | 301 | ☐ 373.2 KB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to motion for protective order 270 (Normand, Edward) (Entered: 01/26/2023) |
| 01/27/2023 | 302 | ☐ 446.7 KB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to motion for protective order 270 *[Corrected]* (Attachments: # 1 Text of Proposed Order)(Normand, Edward) (Entered: 01/27/2023) |
| 02/01/2023 | 303 | ☐ 194.4 KB | REPLY by Defendants Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University to motion to compel, 275 (Suggs, David) (Entered: 02/01/2023) |

| 02/01/2023 | 304 | 443.1 KB | REPLY by Brown University, Northwestern University, The Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, University of Notre Dame du Lac, Yale University to MOTION by Defendants Brown University, Northwestern University, The Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, University of Notre Dame du Lac, Yale University for protective order 276 / *Reply Memorandum in Support of Motion for Protective Order* (Attachments: # 1 Exhibit 8, # 2 Exhibit 9)(Mascherin, Terri) (Entered: 02/01/2023) |
| --- | --- | --- | --- |
| 02/02/2023 | 305 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion hearing/ruling set for 9:30 AM on 2/8/2023, which will cover all pending contested matters, is advanced to 9:15 AM on 2/8/2023 and will be conducted as a video hearing. Judge Kennelly's courtroom deputy clerk will send out a video notice in advance of the hearing. Counsel are requested to provide to Judge Kennelly's courtroom deputy clerk one e-mail address for all plaintiffs and one for all defendants for use in the video invitation, which the receiving counsel may then circulate as needed. (mk) (Entered: 02/02/2023) |
| 02/02/2023 | 306 | 512.5 KB | MOTION by Defendant University of Chicago for order *(CERTAIN DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING THE HEA STATUTE AND PRODUCTION OF CERTAIN FAFSA INFORMATION)* (Attachments: # 1 Text of Proposed Order, # 2 Exhibit B, # 3 Rule 37.2 Statement)(Rubin, Michael) (Entered: 02/02/2023) |
| 02/05/2023 | 307 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 1/4/2023 (dkt. no. 269) contained a typographical error and is corrected to read as follows. Plaintiffs' unopposed motion for leave to file second amended complaint 266 is granted; plaintiffs should **now** file the second amended complaint as its own docket entry. Defendants are given until 1/25/2023 to answer the second amended complaint. (mk) (Entered: 02/05/2023) |
| 02/06/2023 | 308 | 614.3 KB | *SECOND* AMENDED complaint by Cameron Williams, Alexander Leo-Guerra, Michael Maerlander, Sia Henry, Benjamin Shumate, Brandon Piyevsky, Andrew Corzo, Brittany Tatiana Weaver against Brown University, California Institute of Technology, Cornell University, Duke University, Emory University, Georgetown University, Massachusetts Institute of Technology, Northwestern University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, The Trustees of the University of Pennsylvania, Trustees of Dartmouth College, University of Chicago, University of Notre Dame du Lac, Vanderbilt University, William Marsh Rice University, Yale University (Normand, Edward) (Entered: 02/06/2023) |
| 02/06/2023 | 309 | 309.7 KB | Statement of Position on Certain Defendants' Motion for Entry of Order Regarding the HEA Statute and Production of Certain FAFSA Information STATEMENT by Cornell University (Attachments: # 1 Exhibit A)(Armstrong, Norman) (Entered: 02/06/2023) |
| 02/06/2023 | 310 | 309.7 KB | CORRECTED Statement of Position on Certain Defendants' Motion for Entry of Order Regarding the HEA Statute and Production of Certain |

| | | | FAFSA Information STATEMENT by Cornell University (Attachments: # 1 Exhibit A)(Armstrong, Norman) (Entered: 02/06/2023) |
|---|---|---|---|
| 02/06/2023 | 311 | 273.8 KB | RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Defendant University of Chicago for order *(CERTAIN DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING THE HEA STATUTE AND PRODUCTION OF CERTAIN FAFSA INFORMATION)* 306 (Attachments: # 1 Text of Proposed Order)(Normand, Edward) (Entered: 02/06/2023) |
| 02/07/2023 | 312 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for February 8, 2023 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23124920419##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/07/2023) |
| 02/07/2023 | 313 | 279.6 KB | MOTION by Defendant Duke University for extension of time *for the Production of Structured Data* (Attachments: # 1 Rule 37.2 Certification)(Morsch, James) (Entered: 02/07/2023) |
| 02/07/2023 | 314 | 8.7 KB | ATTORNEY Appearance for Defendant Georgetown University by Jessica Alma Michaels (Michaels, Jessica) (Entered: 02/07/2023) |
| 02/08/2023 | 315 | 6.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court summarizes its rulings from this morning's hearing as follows. For further details the parties should consult the transcript of the proceedings. (1) The Court hereby withdraws its comments during the hearing regarding the dispute over the number and length of depositions. That was the subject of a previous order entered on 1/23/2023 273 . (2) Plaintiffs' motion for protective order regarding service of subpoenas upon plaintiffs' families 270 is denied regarding service of subpoenas upon family members. The Court has however limited the proper subjects for such subpoenas and has overruled some of the proposed document requests by defendants as more fully described during the hearing. (3) Defendants' motion to compel 275 is granted in part and denied in part as more fully described during the hearing. (4) Certain defendants' motion for protective order 276 is denied for the reasons stated during the hearing. The Court notes however that one or more of the points listed in item (6) below will limit the claimed burden upon the moving defendants. (5) Certain defendants' motion for entry of order regarding HEA statute and production of certain FAFSA information 306 is granted as stated during the hearing. (6) With regard to the joint status report filed on 1/13/2023 274 : (a) The Court has declined for now |

| | | | |
|---|---|---|---|
| | | | to require objecting defendants to designate custodians from their president's and development offices. This is without prejudice to consideration of this issue later based on a more complete record as described during the hearing. (b) The Court limits plaintiffs to 100 production requests. Plaintiffs should promptly advise defendants of their selection. (c) Though not discussed at the hearing the Court overrules the defendants' contention that post-"withdrawal" material is not subject to discovery for defendants who claim to have withdrawn from the alleged conspiracy. The Court agrees with plaintiffs' contentions regarding the relevance of this material and does not find the request(s) for it to be disproportionate. (d) Though not discussed at the hearing The Court reaffirms its earlier statements that admissions scoring data is relevant and discoverable. (6) Defendants' motion for an extension of time for the production of structured data 313 is granted in part; the deadline is extended to 3/6/2023. (7) The parties are directed to file a status report on 2/10/2023 setting out what remaining issues identified in the parties' previous status reports and motions have not yet been ruled upon. This should include a cross reference to the previous submission(s). No further briefing or argument is authorized unless the Court specifically requests it hereafter. (8) The parties are directed to include in a single e-mail to Judge Kennelly's proposed order e-mail address the appropriate version of the HEA/FAFSA order consistent with the Court's rulings and comments as well as any other long-form order they are asking the Court to enter. The Court does not believe however that it is necessary to enter a long-form order that further describes the rulings memorialized in the present entry. The case is set for a further telephonic status hearing on 4/10/2023 at 8:45 AM. A joint status report not to exceed 10 pages (excluding signature blocks) is to be filed on 4/3/2023. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. The telephonic status hearing set for 3/10/2023 is vacated. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/08/2023) |
| 02/09/2023 | 316 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Christopher Fitzpatrick to appear pro hac vice 290 is granted. (mk) (Entered: 02/09/2023) |
| 02/09/2023 | 317 | ☐ 96.4 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by Jordan M Blain (Blain, Jordan) (Entered: 02/09/2023) |
| 02/09/2023 | 318 | ☐ 136.8 KB | ORDER REGARDING THE HEA AND THE PRODUCTION OF CERTAIN FAFSA DATA, signed by the Honorable Matthew F. Kennelly on 2/9/2023. (mk) (Entered: 02/09/2023) |

| 02/10/2023 | 319 106.6 KB | ☐ | STATUS Report *(Joint Status Report)* by Massachusetts Institute of Technology (Attachments: # 1 Text of Proposed Order)(Rybnicek, Jan) (Entered: 02/10/2023) |
|---|---|---|---|
| 02/14/2023 | 320 313.6 KB | ☐ | ATTORNEY Appearance for Defendant Yale University by Christopher M Fitzpatrick (Fitzpatrick, Christopher) (Entered: 02/14/2023) |
| 02/20/2023 | 321 133.0 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for hearing (Schwartz, Richard) (Entered: 02/20/2023) |
| 02/21/2023 | 322 4.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for hearing 321 is granted. The case is set for a video hearing on 2/23/2023 at 9:30 AM to address the unresolved matters referenced in the motion. The parties should provide one e-mail address per side to Judge Kennelly's courtroom deputy clerk for her use in sending out the video invitations. Counsel may then distribute the invitations on each side as needed. (mk) (Entered: 02/21/2023) |
| 02/23/2023 | 323 4.6 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for February 23, 2023 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23067091279##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/23/2023) |
| 02/23/2023 | 324 4.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 2/23/2023 regarding various disputed discovery issues. The parties are directed to provide a draft order in Word format embodying the rulings made on the record during today's hearing to Judge Kennelly's proposed order email address by 2/27/2023. Mailed notice. (mma, ) (Entered: 02/23/2023) |
| 02/27/2023 | 325 115.2 KB | ☐ | JOINT NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 02/27/2023) |
| 03/01/2023 | 326 165.2 KB | ☐ | ORDER REGARDING THE USE OF TAR, DISCOVERY OF POST-COMPLAINT MATERIALS, AND THE DESIGNATION OF PRESIDENT AND DEVELOPMENT OFFICE CUSTODIANS, signed by the Honorable Matthew F. Kennelly on 3/1/2023. The Court has entered plaintiffs' proposed order. The Court notes that one of the dates in the order has already passed. If needed, the parties are to immediately confer in good faith to adjust that particular date by agreement, and they need not seek a further amendment of the order. (mk) (Entered: |

| | | | 03/01/2023) |
|---|---|---|---|
| 03/02/2023 | 327 | ☐ 208.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20400169. (Keilty, Kayleigh) (Entered: 03/02/2023) |
| 03/03/2023 | 328 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Kayleigh Keilty to appear pro hac vice 327 is granted. (mk) (Entered: 03/03/2023) |
| 03/06/2023 | 329 | ☐ 158.3 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 03/06/2023) |
| 03/08/2023 | 330 | ☐ 166.2 KB | ORDER REGARDING THE USE OF TAR, DISCOVERY OF POST-COMPLAINT MATERIALS, AND THE DESIGNATION OF PRESIDENT AND DEVELOPMENT OFFICE CUSTODIANS, signed by the Honorable Matthew F. Kennelly on 3/8/2023. The Court has entered plaintiffs' proposed order, finding that there is a legitimate need for Paragraph 3.G (contained only in plaintiffs' version), particularly as it relates to any corrected or updated data that defendants' experts rely upon. (mk) (Entered: 03/08/2023) |
| 03/21/2023 | 331 | ☐ 3.0 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel *PRODUCTION IN RESPONSE TO PENDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS* (Attachments: # 1 [Proposed] Order, # 2 Memorandum of Law in Support, # 3 Declaration of Robert D. Gilbert, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Declaration of Richard Cipolla, # 11 Declaration of Steven Magnusson, # 12 Plaintiffs' Statement of Compliance With Local Rule 37.2, # 13 Exhibit 1, # 14 Exhibit 2)(Normand, Edward) (Entered: 03/21/2023) |
| 03/22/2023 | 332 | ☐ 1.9 MB | DECLARATION of Robert D. Gilbert regarding motion to compel,, 331 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Normand, Edward) (Entered: 03/22/2023) |
| 03/22/2023 | 333 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to compel 331 is to be filed by 3/31/2023; reply to response (which may not exceed 10 pages), if any, is to be filed by 4/6/2023. Video hearing, unless deemed unnecessary by the Court, is set for 4/10/2023 at 9:30 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation a few days before the hearing. The telephonic status hearing set for 4/10/2023 is moved to 9:30 AM on that date and will also be held by video conference. (mk) (Entered: 03/22/2023) |
| 03/27/2023 | 334 | ☐ 236.2 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by John C Kocoras (Kocoras, John) (Entered: 03/27/2023) |

| 03/27/2023 | 335 | ☐ 238.2 KB | ATTORNEY Appearance for Defendant The Trustees of Columbia University in the City of New York by Patrick Joseph Fitzgerald *(Amended)* (Fitzgerald, Patrick) (Entered: 03/27/2023) |
|---|---|---|---|
| 03/29/2023 | 336 | ☐ 10.1 KB | MOTION by Attorney Patrick J. Fitzgerald to withdraw as attorney for The Trustees of Columbia University in the City of New York. No party information provided (Fitzgerald, Patrick) (Entered: 03/29/2023) |
| 03/29/2023 | 337 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: MINUTE entry before the Honorable Matthew F. Kennelly: At the request of the parties, the Court moves the following deadlines: 1.Defendants' deadline to file the Opposition Brief is moved to 4/5/2023; 2. Plaintiffs' deadline for the reply Brief is moved to 4/12/2023; and the deadline for the joint status report is moved to 4/6/2023. The video hearing set for 4/10/2023 is vacated and reset to 4/20/2023 at 9:30 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. Mailed notice. (mma, ) (Entered: 03/29/2023) |
| 03/29/2023 | 338 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry 337 which contained a typographical error. At the request of the parties, the Court moves the following deadlines pertaining to the motion to compel 331 : 1. The defendants' deadline to file the response is moved to 4/5/2023; 2. Plaintiffs' deadline to file the reply is moved to 4/12/2023; and the deadline for the joint status report is moved to 4/6/2023. The video hearing set for 4/10/2023 is vacated and reset to 4/20/2023 at 9:30 a.m. The Court will send out the video conference invitation a few days in advance of the hearing.Mailed notice. (mma, ) (Entered: 03/29/2023) |
| 03/30/2023 | 339 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Patrick J. Fitzgerald is granted 336 . (mk) (Entered: 03/30/2023) |
| 04/05/2023 | 340 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion and status hearing has been set for 4/20/2023 at 9:30 AM. (mk) (Entered: 04/05/2023) |
| 04/05/2023 | 341 | ☐ 114.3 KB | SUPPLEMENT to motion to compel,, 331 (Normand, Edward) (Entered: 04/05/2023) |
| 04/05/2023 | 342 | ☐ 3.9 MB | RESPONSE by Georgetown University, The Johns Hopkins University, The Trustees of Columbia University in the City of New York, University of Chicago to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel *PRODUCTION IN RESPONSE TO PENDING REQUESTS FOR THE PRODUCTION OF DOCUME 331 - CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION IN RESPONSE TO PENDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)* (Miller, Britt) (Entered: 04/05/2023) |

| 04/06/2023 | 343 | 114.6 KB | SUPPLEMENT to motion to compel,, 331 *Corrected* (Normand, Edward) (Entered: 04/06/2023) |
|---|---|---|---|
| 04/06/2023 | 344 | 210.6 KB | STATUS Report *(JOINT STATUS REPORT) April 6, 2023* by Vanderbilt University (Suggs, David) (Entered: 04/06/2023) |
| 04/12/2023 | 345 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings scheduled for April 20, 2023 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23015035982##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 04/12/2023) |
| 04/12/2023 | 346 | 182.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20533474. (Cipolla, Richard) (Entered: 04/12/2023) |
| 04/12/2023 | 347 | 108.5 KB | SUPPLEMENT to motion to compel,, 331 *Further* (Normand, Edward) (Entered: 04/12/2023) |
| 04/12/2023 | 348 | 99.6 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for extension of time to file response/reply (Normand, Edward) (Entered: 04/12/2023) |
| 04/13/2023 | 349 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Richard Cipolla to appear pro hac vice 346 is granted, Plaintiffs' motion for extension of time to file the reply on their motion to compel 348 is granted; the due date is extended to 4/14/2023. (mk) (Entered: 04/13/2023) |
| 04/14/2023 | 350 | 665.1 KB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to motion to compel,, 331 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order) (Normand, Edward) (Entered: 04/14/2023) |
| 04/19/2023 | 351 | 115.7 KB | Letter by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Schwartz, Richard) (Entered: 04/19/2023) |
| 04/20/2023 | 352 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Ruling on motion hearing held on 4/20/2023. Plaintiffs' motion to compel 331 is terminated as moot for the reasons stated on the record. The deadline for completion of production under the first set of requests for production served by the plaintiffs is 5/15/2023. Video status hearing is set for 6/16/2023 at 9:30 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. The parties are directed to file a joint status report by 6/9/2023. Mailed notice. (mma, ) (Entered: |

| | | | 04/20/2023) |
|---|---|---|---|
| 05/05/2023 | 353 | ☐ 135.3 KB | MOTION by Attorney Kelsey E. Annu-Essuman to withdraw as attorney for Northwestern University. No party information provided (Stein, Scott) (Entered: 05/05/2023) |
| 05/06/2023 | 354 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by attorney Kelsey E. Annu-Essuman to withdraw as attorney for Northwestern University is granted 353 . (mk) (Entered: 05/06/2023) |
| 05/08/2023 | 355 | | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE<br><br>(Attachments: # 1 Memorandum of Law in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Plaintiffs' Statement of Compliance With Local Rule 37.2, # 9 Exhibit A, # 10 Exhibit B)(Normand, Edward) (Entered: 05/08/2023) |
| 05/09/2023 | 356 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to limit redaction 355 is to be filed by 5/19/2023. Reply to response is to be filed by 5/24/2023. Telephonic motion hearing, unless deemed unnecessary by the Court, is set for 5/31/2023 at 8:45 AM, using call-in number 888-684-8852, access code 746-1053. (mk) (Entered: 05/09/2023) |
| 05/09/2023 | 357 | ☐ 168.6 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO RETAIN SEAL ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS AS TO NORTHWESTERN UNIVERSITY AND YALE UNIVERSITY<br><br>(Normand, Edward) (Entered: 05/09/2023) |
| 05/09/2023 | 358 | ☐ 1.2 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE *[REDACTED]*<br><br>(Attachments: # 1 Memorandum of Law in Support [Redacted], # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Plaintiffs' Statement of Compliance With Local Rule 37.2, # 9 Exhibit A, # 10 Exhibit B)(Normand, Edward) (Entered: 05/09/2023) |
| 05/10/2023 | 359 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to retain seal 357 is granted. Docket entry 355 (plaintiffs' motion to limit redactions) is to be kept under seal. Mailed notice. (mma, ) (Entered: 05/10/2023) |
| 05/19/2023 | 360 | | SEALED RESPONSE by Northwestern University, Yale University to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, |

|  |  |  | Brittany Tatiana Weaver, Cameron WilliamsTO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE<br><br>355 (Attachments: # 1 Exhibit A)(Stein, Scott) (Entered: 05/19/2023) |
|---|---|---|---|
| 05/19/2023 | 361 | 161.1 KB | RESPONSE by Northwestern University, Yale Universityin Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE *[REDACTED]*<br><br>358 , MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE<br><br>355 *PUBLIC VERSION* (Stein, Scott) (Entered: 05/19/2023) |
| 05/19/2023 | 362 | 312.5 KB | EXHIBIT by Defendants Northwestern University, Yale University *Declaration of Jamie Lee* regarding response in opposition to motion,, 361 (Stein, Scott) (Entered: 05/19/2023) |
| 05/19/2023 | 363 | 126.3 KB | MOTION by Defendants Northwestern University, Yale University to seal document response in opposition to motion,, 361 , sealed response, 360 *to Compel Donor Information*<br><br>(Stein, Scott) (Entered: 05/19/2023) |
| 05/19/2023 | 364 | 117.3 KB | NOTICE of Motion by Scott David Stein for presentment of motion to seal document 363 before Honorable Matthew F. Kennelly on 5/31/2023 at 08:45 AM. (Stein, Scott) (Entered: 05/19/2023) |
| 05/20/2023 | 365 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants' motion for leave to file under seal 363 is granted. Defendants are to file a complete and unredacted version of their submission, including all exhibits, under seal, and a redacted version in the public record. (mk) (Entered: 05/20/2023) |
| 05/24/2023 | 366 | 8.7 KB | ATTORNEY Appearance for Defendant Georgetown University by Megan Elizabeth Stride (Stride, Megan) (Entered: 05/24/2023) |
| 05/24/2023 | 367 |  | SEALED REPLY by Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Kara Saffrin, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to sealed response, 360 (Attachments: # 1 Exhibit 1)(Normand, Edward) (Entered: 05/24/2023) |
| 05/24/2023 | 368 | 324.6 KB | REPLY by Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to response in opposition to motion,, 361 , sealed response, 360 (Attachments: # 1 Exhibit 1)(Normand, Edward) (Entered: 05/24/2023) |

| 05/24/2023 | 369 | ☐ 167.4 KB | MOTION by Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *Reply* <br><br> (Normand, Edward) (Entered: 05/24/2023) |
|---|---|---|---|
| 05/25/2023 | 370 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file under seal 369 is granted. Plaintiffs are directed to file a complete version of the reply, including all exhibits, under seal and a redacted version in the public record. (mk) (Entered: 05/25/2023) |
| 05/28/2023 | 371 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic motion hearing set for 8:45 AM on 5/31/2023 is reset to 9:15 AM on that same date. The call-in information remains as previously described. (mk) (Entered: 05/28/2023) |
| 05/30/2023 | 372 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Corrected Memorandum, # 2 Exhibit G)(Normand, Edward) (Entered: 05/30/2023) |
| 05/30/2023 | 373 | ☐ 167.4 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal document sealed document, 372 <br><br> (Normand, Edward) (Entered: 05/30/2023) |
| 05/31/2023 | 374 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal 373 is granted. (mk) (Entered: 05/31/2023) |
| 05/31/2023 | 375 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 5/31/2023. Plaintiffs' motion to limit redaction of donor names 355 358 is denied without prejudice as to the reasons stated more fully on the record. Case remains set for a video status hearing on 6/16/2023. Mailed notice. (mma, ) (Entered: 05/31/2023) |
| 06/08/2023 | 376 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for June 16, 2023 at 9:30 a.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23086899744##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 06/08/2023) |

| 06/09/2023 | 377 | ☐ 516.3 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 06/09/2023) |
|---|---|---|---|
| 06/14/2023 | 378 | ☐ 146.4 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20734989.<br><br>(Newman, Kelly) (Entered: 06/14/2023) |
| 06/14/2023 | 379 | ☐ 545.2 KB | MEMORANDUM *OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO LIMIT REDACTION OF DONOR NAMES AS TO NORTHWESTERN AND YALE [Corrected] [Redacted]* (Attachments: # 1 Declaration of Edward Normand, # 2 Exhibit G - Redacted)(Normand, Edward) (Entered: 06/14/2023) |
| 06/14/2023 | 380 | ☐ 81.5 KB | [PROPOSED] ORDER RE: JUNE 9, 2023, JOINT STATUS REPORT by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 06/14/2023) |
| 06/15/2023 | 381 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Kelly Newman to appear pro hac vice 378 is granted. (mk) (Entered: 06/15/2023) |
| 06/15/2023 | 382 | ☐ 149.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for reconsideration regarding order on motion for miscellaneous relief,,,, motion hearing, 375<br><br>(Litan, Robert) (Entered: 06/15/2023) |
| 06/15/2023 | 383 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Memorandum in Support of Motion for Reconsideration* (Attachments: # 1 Exhibit A-S) (Litan, Robert) (Entered: 06/15/2023) |
| 06/15/2023 | 384 | ☐ 167.6 KB | MOTION by Plaintiffs Andrew Corzo, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal document SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Memorandum in Support of Motion for Reconsideration* 383 *and Exhibits A-S*<br><br>(Litan, Robert) (Entered: 06/15/2023) |
| 06/16/2023 | 385 | ☐ 362.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for reconsideration regarding motion to seal document, 384 , Sealed motion, 383 *Redacted Memorandum in Support of Motion for Reconsideration* |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit A-S)(Litan, Robert) (Entered: 06/16/2023) |
| 06/16/2023 | 386 | 145.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20744464.<br><br>(Medici, Dan) (Entered: 06/16/2023) |
| 06/16/2023 | 387 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Memorandum in Support of Motion for Reconsideration* (Attachments: # 1 Exhibit A-Chart of Number of Pages Produced, # 2 Exhibit B - Chart of Bates Numbers, # 3 Exhibit C - BROWN_0000150276, # 4 Exhibit D - CALTECH000031816, # 5 Exhibit E - Columbia_00292570, # 6 Exhibit F - CORNELL_LIT0000355733, # 7 Exhibit G - DARTMOUTH_0000221307, # 8 Exhibit H - DUKE568_0153213, # 9 Exhibit I - Emory_568Lit_0092371, # 10 Exhibit J - GTWNU_0000327521, # 11 Exhibit K - JHULIT_0000060602, # 12 Exhibit L - MITLIT-000649110, # 13 Exhibit M - ND_0291829, # 14 Exhibit NULIT-0000159158, # 15 Exhibit O - PENN568-LIT-00158494, # 16 Exhibit P - RICE_LIT0000168041, # 17 Exhibit Q - UCHICAGO_0000282061, # 18 Exhibit R - VANDERBILT-00301776, # 19 Exhibit S - YALE_LIT_0000328851)(Litan, Robert) (Entered: 06/16/2023) |
| 06/16/2023 | 388 | 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 6/16/2023. Deadline for completing the parties' discussions regarding the regarding attorneys' eyes-only designations is 6/30/2023. Any motion relating to alleged over-designation of attorneys' eyes-only (AEO) material is due by 7/11/2023. Any response to any such motion is due by 7/18/2023. A further status hearing and a hearing on any motion relating to AEO material is set for 7/24/2023 at 9:45 a.m. The Court will send out the video conference invitation a few days in advance of the hearing. The parties are directed to file a joint status report with a deadline proposal for completing all written discovery by 7/11/2023. Attorney Dan Medici's motion to appear pro hac vice 386 is granted. Plaintiff's motion for leave to file under seal 384 is granted. Defendants' response to the plaintiffs' motion to reconsider 382 is due 6/23/2023. Plaintiffs' sealed motion to reconsider 383 is stricken as to the reasons stated on the record. Plaintiffs are directed to refile the motion with each exhibit tabbed separately. Mailed notice. (mma, ) (Entered: 06/16/2023) |
| 06/20/2023 | 389 | 192.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20749899.<br><br>(Gorab, Lauren) (Entered: 06/20/2023) |
| 06/23/2023 | 390 | 32.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20765584.<br><br>(Saber, Leili) (Entered: 06/23/2023) |

| 06/23/2023 | [391]<br>158.7 KB | ☐ | RESPONSE by Northwestern University, Yale Universityin Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for reconsideration regarding motion to seal document, [384], Sealed motion, [383 385] (Loughlin, Charles) (Entered: 06/23/2023) |
| --- | --- | --- | --- |
| 06/24/2023 | [392]<br>4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motions by Lauren Gorab [389] and Leili Saber [390] to appear pro hac vice are granted. (mk) (Entered: 06/24/2023) |
| 07/11/2023 | [393]<br>140.9 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for extension of time *FOR PLAINTIFFS TO FILE A MOTION AGAINST DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY REGARDING THE OVER-DESIGNATION OF DOCUMENTS AS "ATTORNEYS EYES ONLY"*<br><br>(Normand, Edward) (Entered: 07/11/2023) |
| 07/11/2023 | [394]<br>169.5 KB | ☐ | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Normand, Edward) (Entered: 07/11/2023) |
| 07/12/2023 | [395]<br>4.6 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: This order deals with two matters. (1) The motion for extension of time [393] regarding the filing of a motion relating to alleged over-designation of AEO material by MIT is granted, but only in part; the deadline is extended to 7/19/2023. The Court does not intend to move the hearing/ ruling date on any such motion beyond the scheduled date of Monday 7/24/2023, and as a result a filing deadline earlier than the proposed date of Friday 7/21/2023 is needed to allow the filing of a response in advance of the hearing date. (2) If plaintiffs wish to file a reply on their motion for reconsideration [382], the reply is due by no later than 7/19/2023. (mk) (Entered: 07/12/2023) |
| 07/12/2023 | [396]<br>73.3 KB | ☐ | ATTORNEY Appearance for Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by Ellen Noteware (Noteware, Ellen) (Entered: 07/12/2023) |
| 07/13/2023 | [397]<br>51.9 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20825793.<br><br>(Phadtare, Rucha) (Entered: 07/13/2023) |
| 07/14/2023 | [398]<br>4.2 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Rucha Phadtare to appear pro hac vice [397] is granted. (mk) (Entered: 07/14/2023) |

| 07/17/2023 | 399 | 164.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20835738.<br><br>(Martin, Shelby) (Entered: 07/17/2023) |
|---|---|---|---|
| 07/17/2023 | 400 | 212.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20835756.<br><br>(Herzberg, Arielle) (Entered: 07/17/2023) |
| 07/17/2023 | 401 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings scheduled for July 24, 2023 at 9:45 a.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23167182315##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 07/17/2023) |
| 07/17/2023 | 402 | 90.5 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel *AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR RELATED RELIEF*<br><br>(Normand, Edward) (Entered: 07/17/2023) |
| 07/17/2023 | 403 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Memorandum of Law in Support* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Text of Proposed Order, # 9 Plaintiffs' Statement of Compliance with Local Rule 37.2)(Normand, Edward) (Entered: 07/17/2023) |
| 07/17/2023 | 404 | 101.0 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *THEIR MOTION TO COMPEL AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR RELATED RELIEF*<br><br>(Normand, Edward) (Entered: 07/17/2023) |
| 07/18/2023 | 405 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Shelby Martin and Arielle Herzberg to appear pro hac vice 399 400 are granted. (mk) (Entered: 07/18/2023) |

| 07/19/2023 | 406 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 31, 2023 ORAL RULING ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS* (Litan, Robert) (Entered: 07/19/2023) |
| --- | --- | --- | --- |
| 07/19/2023 | 407 | ☐ 149.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 31, 2023 ORAL RULING ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS*<br><br>(Litan, Robert) (Entered: 07/19/2023) |
| 07/19/2023 | 408 | ☐ 215.7 KB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to motion for reconsideration, 382 *REDACTED PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 31, 2023 ORAL RULING ON PLAINTIFFS' MOTION TO LIMIT REDACTIONS* (Litan, Robert) (Entered: 07/19/2023) |
| 07/21/2023 | 409 | ☐ 353.8 KB | MOTION by Defendant Georgetown University to seal *its Response to Plaintiffs' Motion to Compel and for Sanctions Against Georgetown University and its Counsel and for Related Relief*<br><br>(Miller, Britt) (Entered: 07/21/2023) |
| 07/21/2023 | 410 | | SEALED RESPONSE by Georgetown University to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel *AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR* 402 (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14)(Miller, Britt) (Entered: 07/21/2023) |
| 07/23/2023 | 411 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Georgetown's motion for leave to file response under seal 409 is granted. Defendant is directed to promptly file a redacted version in the public record. (mk) (Entered: 07/23/2023) |
| 07/24/2023 | 412 | ☐ 4.8 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearing held on 7/24/2023. Plaintiffs' motion for reconsideration 387 is denied without prejudice with the explanation and for the reasons stated on the record. Plaintiffs' motion to compel 402 is |

| | | | |
|---|---|---|---|
| | | | taken under advisement. Parties are to meet and confer regarding the proposal by Georgetown found at pages 3-4 of the agreement. The Court also noted that the Georgetown representative whose deposition has been taken will have to reappear for a time period to be agreed upon by the parties; this will not count as an additional deposition against the overall deposition limits and the time spent will not count against the overall time limits. The parties are directed to file a joint status report in this regard by 7/31/2023. Henceforth all case management conferences (status hearings) will be held in person with an opportunity for remote listening but not remote speaking. In person status hearing is set for 8/24/2023 at 1:00 p.m. Any motions that any party wishes to have addressed at the hearing must be filed by 8/14/2023; responses are due by 8/21/2023. The following call-in number will be used for remote listening of the hearing: 888-684-8852, access code 746-1053. No remote participation will be allowed. Mailed notice. (mma, ) (Entered: 07/24/2023) |
| 07/26/2023 | 413 | ☐ 1.6 MB | RESPONSE by Georgetown University in Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel *AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR 402 (Redacted) (Attachments: # 1 Declaration of Daniel T. Fenske (Redacted), # 2 Exhibit 1 (Filed Under Seal), # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4 (Filed Under Seal), # 6 Exhibit 5 (Filed Under Seal), # 7 Exhibit 6 (Filed Under Seal), # 8 Exhibit 7 (Filed Under Seal), # 9 Exhibit 8 (Filed Under Seal), # 10 Exhibit 9 (Filed Under Seal), # 11 Exhibit 10 (Filed Under Seal), # 12 Exhibit 11 (Filed Under Seal), # 13 Exhibit 12 (Filed Under Seal))* (Miller, Britt) (Entered: 07/26/2023) |
| 07/26/2023 | 414 | ☐ 157.8 KB | EXHIBIT by Defendant Georgetown University *Exhibit 13 (Filed Under Seal)* regarding response in opposition to motion,,, 413 (Attachments: # 1 Exhibit 14 (Filed Under Seal))(Miller, Britt) (Entered: 07/26/2023) |
| 07/27/2023 | 415 | ☐ 128.0 KB | TRANSCRIPT OF PROCEEDINGS held on 07/24/2023 before the Honorable Matthew F. Kennelly. Order Number: 46406, 46411, 46420, 46429. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, F/CRR. Official Court Reporter. judith_walsh@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/17/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/25/2023. (Walsh, Judy) (Entered: 07/27/2023) |

| 07/28/2023 | 416 <br> 284.5 KB | ☐ | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit A - Amended Confidentiality Order)(Normand, Edward) (Entered: 07/28/2023) |
|---|---|---|---|
| 07/31/2023 | 417 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Joint Status Report* (Attachments: # 1 Plaintiffs' [Proposed Form No.1] Order, # 2 Plaintiffs' [Proposed Form No.2] Order, # 3 Georgetown's [Proposed] Order)(Normand, Edward) (Entered: 07/31/2023) |
| 07/31/2023 | 418 <br> 115.2 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *Joint Status Report* <br><br> (Normand, Edward) (Entered: 07/31/2023) |
| 08/01/2023 | 419 <br> 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file status report under seal 418 is granted. A redacted version is to be filed in the public record. (mk) (Entered: 08/01/2023) |
| 08/02/2023 | 420 <br> 12.4 KB | ☐ | MOTION by Attorney Jed W. Glickstein to withdraw as attorney for Georgetown University. No party information provided <br><br> (Glickstein, Jed) (Entered: 08/02/2023) |
| 08/03/2023 | 421 <br> 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly Motion by attorney Jed W. Glickstein to withdraw as attorney for Georgetown University is granted 420 . (mk) (Entered: 08/03/2023) |
| 08/04/2023 | 422 <br> 1.9 MB | ☐ | STATUS Report *[Redacted]* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams <br><br> (Attachments: # 1 Plaintiffs' [Proposed Form No.1] Order - Redacted, # 2 Plaintiffs' [Proposed Form No.2] Order - Redacted, # 3 Georgetown's [Proposed] Order - Redacted)(Normand, Edward) (Entered: 08/04/2023) |
| 08/04/2023 | 423 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *SUPPLEMENT TO JOINT STATUS REPORT OF PLAINTIFFS AND GEORGETOWN TO RESOLVE PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Normand, Edward) (Entered: 08/04/2023) |

| 08/04/2023 | 424 | ☐ 115.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *SUPPLEMENT TO JOINT STATUS REPORT OF PLAINTIFFS AND GEORGETOWN TO RESOLVE PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS* <br><br> (Normand, Edward) (Entered: 08/04/2023) |
|---|---|---|---|
| 08/07/2023 | 425 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to seal supplement to status report 424 is granted; a redacted version is to be promptly filed in the public record. (mk) (Entered: 08/07/2023) |
| 08/08/2023 | 426 | ☐ 153.7 KB | STATUS Report *SUPPLEMENT TO JOINT STATUS REPORT OF PLAINTIFFS AND GEORGETOWN TO RESOLVE PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS [REDACTED]* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams <br><br> (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Normand, Edward) (Entered: 08/08/2023) |
| 08/14/2023 | 427 | ☐ 114.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file excess pages *FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY APPROVAL OF PLAINTIFFS' SETTLEMENT WITH DEFENDANT UNIVERSITY OF CHICAGO* <br><br> (Normand, Edward) (Entered: 08/14/2023) |
| 08/14/2023 | 428 | ☐ 7.2 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsFOR PRELIMINARY APPROVAL OF SETTLEMENT, PROVISIONAL CERTIFICATION OF PROPOSED SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND APPROVAL OF THE PROPOSED SCHEDULE FOR COMPLETING THE SETTLEMENT PROCESS <br><br> (Attachments: # 1 Memorandum in Support, # 2 Joint Declaration of Eric L. Cramer, Robert D. Gilbert, and Edward Normand, # 3 Joint Decl. Ex. A, # 4 Joint Decl. Ex. B, # 5 Joint Decl. Ex. C, # 6 Joint Decl. Ex. D, # 7 Declaration of Steven Weisbrot, # 8 Weisbrot Ex. A, # 9 Weisbrot Ex. B, # 10 Weisbrot Ex. C)(Normand, Edward) (Entered: 08/14/2023) |
| 08/16/2023 | 429 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file excess pages 427 is granted. Any response to plaintiffs' motion for preliminary approval 428 , as provided by previous order 412 , is to be filed by 8/21/2023. Hearing, unless deemed unnecessary by the Court, is set for for 8/24/2023 at 1:00 PM. (mk) (Entered: 08/16/2023) |

| 08/17/2023 | 430 109.8 KB | ☐ | MOTION by Defendant Northwestern University to seal *(Joint)* (Stein, Scott) (Entered: 08/17/2023) |
|---|---|---|---|
| 08/17/2023 | 431 | | SEALED DOCUMENT by Defendant Northwestern University *Joint Status Report* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Stein, Scott) (Entered: 08/17/2023) |
| 08/18/2023 | 432 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to seal 430 is granted. A complete version of the joint status report, including all exhibits, is to be filed under seal, and a redacted version is to be promptly filed in the public record. (mk) (Entered: 08/18/2023) |
| 08/21/2023 | 🔒 433 772.2 KB | ☐ | STATUS Report *August 17, 2023, Joint Status Report (Redacted Version)* by Northwestern University (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Stein, Scott) (Entered: 08/21/2023) |
| 08/21/2023 | 434 177.3 KB | ☐ | ATTORNEY Appearance for Defendant Vanderbilt University by Kelly Newman (Newman, Kelly) (Entered: 08/21/2023) |
| 08/21/2023 | 435 90.7 KB | ☐ | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by David Stuart Copeland (Copeland, David) (Entered: 08/21/2023) |
| 08/24/2023 | 436 5.5 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearing held on 8/24/2023. The Court addressed the following matters. (A) Oral ruling made on the motion for preliminary approval of settlement 428 . Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams's motion for preliminary approval of settlement 428 is granted, subject to revision of the class notice(s) as discussed on the record. Revised draft notices should be filed promptly, and a draft preliminary approval order in Word format should be sent to Judge Kennelly's proposed order e-mail address. (B) The disputes regarding discovery involving Northwestern and Vanderbilt referenced in the joint status report are to be filed a motions (pursuant to the default schedule previously set) if not resolved. (C) Plaintiffs and defendant Georgetown University are directed to meet and confer immediately as discussed in open court regarding the disputed discovery issues between them and are to provide a draft order to Judge Kennelly's proposed order email address by 8/29/2023. (D) All future status reports are to include detailed information regarding the status of discovery and any updates on settlement. Any disputes on which a party seeks a ruling by the Court must be filed as motions. (E) The next status report is to include a discussion regarding appointment of a settlement master. (F) The joint status report is due 9/28/2023. In person status hearing is set for 10/5/2023 at 1:00 p.m. The hearing will be held in Courtroom 2103. The following call-in number will be used for remote listening of the hearing: 888-684-8852, access code 746-1053. No remote participation |

| | | | |
|---|---|---|---|
| | | | will be allowed. All remote listeners are directed to mute their phones. Mailed notice. (mma, ) (Entered: 08/24/2023) |
| 08/30/2023 | 437 | 156.8 KB | ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS AGAINST GEORGETOWN UNIVERSITY AND ITS COUNSEL AND FOR RELATED RELIEF, signed by the Honorable Matthew F. Kennelly on 8/30/2023. Motion to compel and for sanctions 402 is terminated without prejudiced based on entry of this order. (mk) (Entered: 08/30/2023) |
| 09/06/2023 | 438 | 104.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21009272. (Mleczko, Monica) (Entered: 09/06/2023) |
| 09/09/2023 | 439 | 370.0 KB | ORDER PRELIMINARILY APPROVING SETTLEMENT, PROVISIONALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS, APPROVING THE NOTICE PLAN, AND APPROVING THE PROCESS SCHEDULEDFOR COMPLETING THE SETTLEMENT PROCESS, signed by the Honorable Matthew F. Kennelly on 9/9/2023. (mk) (Entered: 09/09/2023) |
| 09/25/2023 | 440 | 95.5 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS OF DEPOSITION (Normand, Edward) (Entered: 09/25/2023) |
| 09/25/2023 | 441 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Plaintiffs' Statement of Compliance With Local Rule 37.2, # 5 Exhibit 1, # 6 Exhibit 2)(Normand, Edward) (Entered: 09/25/2023) |
| 09/25/2023 | 442 | 105.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS OF DEPOSITION* (Normand, Edward) (Entered: 09/25/2023) |
| 09/25/2023 | 443 | 453.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO COMPEL DEFENDANTS TO PROVIDE FERPA NOTICES PURSUANT TO THIS COURT'S ORDER REGARDING FERPA AND THE PRODUCTION OF CERTAIN DOCUMENTS AND INFORMATION |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Memorandum of Law in Support, # 2 Plaintiffs' Statement of Compliance with Local Rule 37.2)(Normand, Edward) (Entered: 09/25/2023) |
| 09/26/2023 | 444 | 8.0 KB | MOTION by Attorney Jessica A. Maurer to withdraw as attorney for Georgetown University. No party information provided <br><br> (Maurer, Jessica) (Entered: 09/26/2023) |
| 09/28/2023 | 445 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Monica Mleczko to appear pro hac vice 438 is granted. Motion of Jessica Maurer to withdraw as attorney 444 is granted. (mk) (Entered: 09/28/2023) |
| 09/28/2023 | 446 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Responses to motions to compel 440 443 are to be filed by 10/4/2023. Motion hearing set for 10/5/2023 at 1:00 PM. (mk) (Entered: 09/28/2023) |
| 09/28/2023 | 447 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *JOINT STATUS REPORT* (Normand, Edward) (Entered: 09/28/2023) |
| 09/28/2023 | 448 | 144.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *JOINT STATUS REPORT* <br><br> (Normand, Edward) (Entered: 09/28/2023) |
| 09/29/2023 | 449 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file joint status report under seal 448 is granted. A redacted version of the status report is to be filed in the public record. (mk) (Entered: 09/29/2023) |
| 10/03/2023 | 450 | 377.4 KB | STATUS Report *September 28, 2023, Joint Status Report (Redacted Version)* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams <br><br> (Normand, Edward) (Entered: 10/03/2023) |
| 10/04/2023 | 451 | | SEALED RESPONSE by The Trustees of the University of Pennsylvania to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO COMPEL DEFENDANTS TO PROVIDE FERPA NOTICES PURSUANT TO THIS COURT'S ORDER REGA 443 (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Gringer, David) (Entered: 10/04/2023) |
| 10/04/2023 | 452 | 192.0 KB | MOTION by Defendant The Trustees of the University of Pennsylvania to seal *Opposition to Plaintiffs' Motion to Compel and Declaration of* |

| | | | |
|---|---|---|---|
| | | | *David Gringer in Support* 451 (Gringer, David) (Entered: 10/04/2023) |
| 10/04/2023 | 453 | ☐ 91.4 KB | CERTIFICATE of Service by David Gringer on behalf of The Trustees of the University of Pennsylvania regarding sealed response,, 451 (Gringer, David) (Entered: 10/04/2023) |
| 10/04/2023 | 454 | ☐ 117.6 KB | MOTION by Defendant Northwestern University to seal *(Motion to file under seal its opposition to plaintiffs' motion to compel)* (Stein, Scott) (Entered: 10/04/2023) |
| 10/04/2023 | 455 | ☐ 111.6 KB | NOTICE of Motion by Scott David Stein for presentment of motion to seal 454 before Honorable Matthew F. Kennelly on 10/5/2023 at 01:00 PM. (Stein, Scott) (Entered: 10/04/2023) |
| 10/04/2023 | 456 | | SEALED RESPONSE by Northwestern University to sealed document, 441 *(Opposition to Plaintiffs' Motion to Compel)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Stein, Scott) (Entered: 10/04/2023) |
| 10/04/2023 | 457 | ☐ 2.7 MB | RESPONSE by Northwestern University in Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PR 440 *(Redacted Version)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Stein, Scott) (Entered: 10/04/2023) |
| 10/05/2023 | 458 | ☐ 103.4 KB | PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL FERPA NOTICES AS TO DEFENDANT UNIVERSITY OF NOTRE DAME DU LAC by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 10/05/2023) |
| 10/05/2023 | 459 | ☐ 4.8 MB | MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearings held on 10/5/2023. Oral argument held regarding the plaintiffs' motions to compel Northwestern 440 and FERPA Notices 443 . Plaintiffs' motion to compel regarding FERPA notices 443 is granted for the reasons stated on the record. Plaintiffs' motion to compel regarding Northwestern 440 is entered and continued pending the Watson deposition. Northwestern's motion for leave to file under seal 454 is taken under advisement for the reasons stated on the record; Northwestern is directed to promptly supplement the motion to explain the redactions. In-person status hearing is set for 11/28/2023 at 1:00 p.m. The hearing will be held in Courtroom 2103. Any motions that any party wants to have the Court address at the hearing are due by 11/15/2023. Any responses are due by 11/22/2023. The parties are directed to file a joint status report on 11/22/2023. The following call-in number will be used for remote listening of the hearing: 888-684-8852, access code 746-1053. No remote participation will be allowed. All |

| | | | remote listeners are directed to mute their phones. Mailed notice. (mma, ) (Entered: 10/05/2023) |
|---|---|---|---|
| 10/12/2023 | 460 | 485.4 KB | MOTION by Defendant Northwestern University to seal *Certain Exhibits To Plaintiffs' Motion To Compel And Northwestern's Opposition Thereto And A Screenshot Of One Such Exhibit Contained In Plaintiffs' Motion* <br><br> (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Stein, Scott) (Entered: 10/12/2023) |
| 10/12/2023 | 461 | 3.3 MB | MEMORANDUM by The Trustees of the University of Pennsylvania *in Support of Certain Defendants' Opposition to Plaintiffs' Motion to Compel 443* (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Gringer, David) (Entered: 10/12/2023) |
| 10/12/2023 | 462 | 225.9 KB | MOTION by Defendant The Trustees of the University of Pennsylvania to seal *Certain Defendants' Certain Exhibits in Support of their Opposition to Plaintiffs' Motion to Compel 451* <br><br> (Gringer, David) (Entered: 10/12/2023) |
| 10/13/2023 | 463 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants' previously-filed motions to file under seal are withdrawn 452 454 . Revised motions to seal 460 462 are granted, good cause having been shown. The original filings are already under seal. The parties are to file redacted versions in the public record by no later than 10/17/2023. This includes the motion to compel relating to Northwestern University and the response to that motion, and the response to the motion to compel relating to FERPA notices. (mk) (Entered: 10/13/2023) |
| 10/16/2023 | 464 | 134.6 KB | STATUS Report *(Joint Status Report of Plaintiffs and Defendant Northwestern Regarding Motions to Compel)* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams <br><br> (Schwartz, Richard) (Entered: 10/16/2023) |
| 10/17/2023 | 465 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to compel regarding Northwestern 440 is terminated as moot based on the representations in the status report filed on 10/16/2023. (mk) (Entered: 10/17/2023) |
| 10/17/2023 | 466 | 3.1 MB | Revised Opposition To Plaintiff's Motion To Compel 457 by Northwestern University (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Stein, Scott) (Entered: 10/17/2023) |
| 10/17/2023 | 467 | 355.0 KB | MEMORANDUM *OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DONOR REPORTS AND TO COMPEL NORTHWESTERN TO PRODUCE PRESIDENT MORTON SCHAPIRO FOR TWO ADDITIONAL HOURS OF* |

| | | | |
|---|---|---|---|
| | | | *DEPOSITION [REDACTED]* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Normand, Edward) (Entered: 10/17/2023) |
| 10/24/2023 | 468 | ☐ 92.3 KB | ATTORNEY Appearance for Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by Ivy Ngo (Ngo, Ivy) (Entered: 10/24/2023) |
| 10/27/2023 | 469 | ☐ 701.4 KB | MOTION by Defendant Vanderbilt University to seal document *[433-2] with Plaintiffs' Consent*<br><br>(Attachments: # 1 Exhibit - B (Redacted))(Gidley, John) (Entered: 10/27/2023) |
| 10/27/2023 | 477 | ☐ 272.9 KB | OBJECTIONS by Movant to Disclosure of FERPA Information. (lw, ) (Entered: 10/31/2023) |
| 10/29/2023 | 470 | ☐ 113.8 KB | ATTORNEY Appearance for Vanderbilt Doe Students 1-42 by Sarah Kathleen Wake (Wake, Sarah) (Entered: 10/29/2023) |
| 10/29/2023 | 471 | ☐ 360.6 KB | MOTION by Vanderbilt Doe Students 1-42 for protective order<br><br>(Attachments: # 1 Memorandum in Support of Motion for Protective Order and Additional Time to Submit Objection Letters)(Wake, Sarah) (Entered: 10/29/2023) |
| 10/30/2023 | 472 | ☐ 113.3 KB | ATTORNEY Appearance for Vanderbilt Doe Students 1-42 by Melissa Marie Weiss (Weiss, Melissa) (Entered: 10/30/2023) |
| 10/30/2023 | 473 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Vanderbilt's motion to seal docket entry 433-2 is granted 469 . The Clerk is directed to place docket entry 433-2 under seal. Defendant Vanderbilt is directed to file a redacted version of the complete status report (not just 433-2) in the public record by no later than 10/31/2023. Mailed notice. (mma, ) (Entered: 10/30/2023) |
| 10/30/2023 | 474 | ☐ 186.6 KB | RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Vanderbilt Doe Students 1-42 for protective order<br><br>471 (Normand, Edward) (Entered: 10/30/2023) |
| 10/31/2023 | 475 | ☐ 1.2 MB | STATUS Report */ August 17, 2023, Joint Status Report (Redacted Version)* by Vanderbilt University<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gidley, John) (Entered: 10/31/2023) |
| 10/31/2023 | 476 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion by Vanderbilt Doe Students 1-42 for protective order and for additional time 471 is granted in part, to the following extent. (1) The students' objection letters must be filed but may be filed under seal, and personal identifiers (names, addresses, birth dates, and Social Security numbers) may be redacted from the under-seal filing. (2) The objection letters will be treated as attorney's eyes only material under the amended |

| | | | |
|---|---|---|---|
| | | | confidentiality order dated 7/28/2023. (3) The students are given 7 days from today's date to file the objection letters. The motion for protective order is otherwise denied. In particular, there is no proper legal or factual basis for in camera submission of the letters, and 7 days from today (not 14 as requested) is sufficient given the amount of time the students have had the letters. (mk) (Entered: 10/31/2023) |
| 11/02/2023 | 478 | 433.1 KB | ATTORNEY Appearance for Movant Cornell University Doe Students 1-9 by Sean M. Berkowitz (Berkowitz, Sean) (Entered: 11/02/2023) |
| 11/02/2023 | 479 | 99.0 KB | MOTION by Movant Cornell University Doe Students 1-9 for leave to file *Under Seal and for Additional time to submit objection letters* (Berkowitz, Sean) (Entered: 11/02/2023) |
| 11/02/2023 | 480 | 179.4 KB | MEMORANDUM by Cornell University Doe Students 1-9 in support of motion for leave to file 479 (Berkowitz, Sean) (Entered: 11/02/2023) |
| 11/02/2023 | 481 | 428.5 KB | ATTORNEY Appearance for Movant Cornell University Doe Students 1-9 by Eric Robert Swibel (Swibel, Eric) (Entered: 11/02/2023) |
| 11/03/2023 | 482 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion by Cornell Doe Students 1-9 for leave to file under seal and for additional time 479 is granted as follows: (1) The students' objection letters are to be filed under seal, and personal identifiers (names, addresses, birth dates, and Social Security numbers) may be redacted from the under-seal filing. (2) The objection letters will be treated as attorney's eyes only material under the amended confidentiality order dated 7/28/2023. (3) The students are given until 11/9/2023 to file the objection letters. (mk) (Entered: 11/03/2023) |
| 11/03/2023 | 483 | 280.3 KB | MOTION by Defendant Vanderbilt University to Terminate FERPA Order *459* (Gidley, John) (Entered: 11/03/2023) |
| 11/03/2023 | 484 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to terminate FERPA order as to Vanderbilt 483 is granted. A statement regarding the parties' process in finalizing a settlement agreement relating to Vanderbilt is to be included in the 11/22/2023 joint status report. (mk) (Entered: 11/03/2023) |
| 11/06/2023 | 485 | 140.6 KB | ATTORNEY Appearance for University of Pennsylvania Doe Students 1-6 by Sarah Kathleen Wake (Wake, Sarah) (Entered: 11/06/2023) |
| 11/06/2023 | 486 | 140.2 KB | ATTORNEY Appearance for University of Pennsylvania Doe Students 1-6 by Melissa Marie Weiss (Weiss, Melissa) (Entered: 11/06/2023) |
| 11/06/2023 | 487 | 112.1 KB | MOTION by University of Pennsylvania Doe Students 1-6 to seal *and for Additional Time to Submit Objection Letters [Unopposed]* (Wake, Sarah) (Entered: 11/06/2023) |
| 11/06/2023 | 488 | 170.3 KB | MEMORANDUM by University of Pennsylvania Doe Students 1-6 in support of motion to seal 487 *and for Addtional Time to Submit Objection Letters [Unopposed]* (Wake, Sarah) (Entered: 11/06/2023) |

| 11/06/2023 | 489 | ☐ 140.3 KB | ATTORNEY Appearance for Georgetown University Doe Students 1-19 by Sarah Kathleen Wake (Wake, Sarah) (Entered: 11/06/2023) |
| 11/06/2023 | 490 | ☐ 113.2 KB | MOTION by Georgetown University Doe Students 1-19 to seal *and for Additional Time to Submit Objection Letters [Unopposed]* <br><br> (Wake, Sarah) (Entered: 11/06/2023) |
| 11/06/2023 | 491 | ☐ 170.7 KB | MEMORANDUM by Georgetown University Doe Students 1-19 in support of motion to seal 490 *and for Additional Time to Submit Objection Letters [Unopposed]* (Wake, Sarah) (Entered: 11/06/2023) |
| 11/06/2023 | 492 | ☐ 139.9 KB | ATTORNEY Appearance for Georgetown University Doe Students 1-19 by Melissa Marie Weiss (Weiss, Melissa) (Entered: 11/06/2023) |
| 11/07/2023 | 493 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motions by University of Pennsylvania Doe Students 1-6 487 and by Georgetown University Doe Students 1-19 to seal and for additional time to submit objection letters are both granted. Those persons are given until 11/17/2023 to submit objection letters; the letters may be filed under seal with personally identifiable information (names, addresses, birth dates, and Social Security numbers) redacted; and they are to be treated as attorney's eyes only material under the amended confidentiality order dated 7/28/2023. (mk) (Entered: 11/07/2023) |
| 11/07/2023 | 494 | ☐ 452.9 KB | MOTION by Defendant Vanderbilt University to seal *document [461-2] with Plaintiff's Consent* <br><br> (Attachments: # 1 Exhibit A)(Gidley, John) (Entered: 11/07/2023) |
| 11/08/2023 | 495 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The agreed motion to seal 494 is respectfully denied. The moving party does not articulate any plausible or viable basis for further redacting the document in question--which already contains no names or other information that reasonably could be considered to be personally identifying information. (mk) (Entered: 11/08/2023) |
| 11/09/2023 | 496 | | SEALED DOCUMENT by Movant Cornell University Doe Students 1-9 *(FERPA Notice Objection Letters)* (Berkowitz, Sean) (Entered: 11/09/2023) |
| 11/15/2023 | 497 | ☐ 3.5 MB | MOTION by Defendants California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to compel *Responses to Defendants' Second Set of Interrogatories* <br><br> (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of David Gringer in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Statement of Compliance Under Local Rule 37.2, # 14 Text of Proposed Order)(Gringer, David) (Entered: 11/15/2023) |

| 11/15/2023 | 498 | ☐ 86.4 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER #1*<br><br>(Normand, Edward) (Entered: 11/15/2023) |
|---|---|---|---|
| 11/15/2023 | 499 | ☐ 1.0 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO MODIFY CASE MANAGEMENT ORDER #1<br><br>(Attachments: # 1 Declaration of Edward J. Normand and Statement of Compliance with Local Rule 37.2, # 2 Exhibit A)(Normand, Edward) (Entered: 11/15/2023) |
| 11/15/2023 | 500 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER #1* (Normand, Edward) (Entered: 11/15/2023) |
| 11/15/2023 | 501 | ☐ 137.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' MOTION TO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPEL GEORGETOWN TO PRODUCE DOCUMENTS*<br><br>(Normand, Edward) (Entered: 11/15/2023) |
| 11/15/2023 | 502 | ☐ 229.2 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPEL GEORGETOWN TO PRODUCE DOCUMENTS<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Plaintiffs' Statement of Compliance with Local Rule 37.2, # 4 Text of Proposed Order) (Normand, Edward) (Entered: 11/15/2023) |
| 11/15/2023 | 503 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' MOTION TO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPEL GEORGETOWN TO PRODUCE DOCUMENTS* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Normand, Edward) (Entered: 11/15/2023) |
| 11/16/2023 | 504 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal 498 the motion to modify the case management order is granted; a redacted version is to be filed in the public record. All motions other than the motion to seal are to be addressed pursuant to the |

| | | | |
|---|---|---|---|
| | | | briefing schedule set in the Court's 10/5/2023 minute entry. (mk) (Entered: 11/16/2023) |
| 11/16/2023 | 505 | ☐ 468.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams TO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPEL GEORGETOWN TO PRODUCE DOCUMENTS [REDACTED]<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Plaintiffs' Statement of Compliance with Local Rule 37.2, # 4 Text of Proposed Order) (Normand, Edward) (Entered: 11/16/2023) |
| 11/17/2023 | 506 | ☐ 179.8 KB | ATTORNEY Appearance for University of Pennsylvania Doe Students 7-8 by Sarah Kathleen Wake (Wake, Sarah) (Entered: 11/17/2023) |
| 11/17/2023 | 507 | | SEALED DOCUMENT by University of Pennsylvania Doe Students 1-6, University of Pennsylvania Doe Students 7-8 *(FERPA Notice Objection Letters)* (Wake, Sarah) (Entered: 11/17/2023) |
| 11/17/2023 | 508 | | SEALED DOCUMENT by Georgetown University Doe Students 1-19 *(FERPA Notice Objection Letters)* (Wake, Sarah) (Entered: 11/17/2023) |
| 11/17/2023 | 509 | | SEALED DOCUMENT by Georgetown University Doe Students 1-19 *(FERPA Notice Objection Letter)* (Wake, Sarah) (Entered: 11/17/2023) |
| 11/20/2023 | 510 | ☐ 387.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21346504.<br><br>(Liverzani, Amanda) (Entered: 11/20/2023) |
| 11/21/2023 | 511 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Amanda Liverzani to appear pro hac vice 510 is granted. (mk) (Entered: 11/21/2023) |
| 11/21/2023 | 512 | ☐ 137.5 KB | ATTORNEY Appearance for Defendant California Institute of Technology by Amanda Liverzani (Liverzani, Amanda) (Entered: 11/21/2023) |
| 11/22/2023 | 513 | ☐ 108.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' NOVEMBER 22, 2023, OPPOSITION TO DEFENDANTS' MOTION TO COMPEL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES*<br><br>(Normand, Edward) (Entered: 11/22/2023) |
| 11/22/2023 | 514 | ☐ 553.9 KB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion to compel,, 497 (Attachments: # 1 Declaration T. Normand, # 2 Exhibit A, # 3 Exhibit B)(Normand, Edward) (Entered: 11/22/2023) |

| 11/22/2023 | 515 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES* (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 11/22/2023) |
| 11/22/2023 | 516 | 93.2 KB | MOTION by Defendant Georgetown University to seal document - *Georgetown University's Motion to File Under Seal its Response to Plaintiffs' Motion to Designate Georgetown's President and His Assistant as Custodians and to Compel George to Produce Documents -* (Miller, Britt) (Entered: 11/22/2023) |
| 11/22/2023 | 517 | 182.1 KB | MOTION by Defendants California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to seal *Portions of Opposition to Plaintiffs' Motion to Modify Case Management Order #1 (Unopposed)* (Kutcher, Matthew) (Entered: 11/22/2023) |
| 11/22/2023 | 518 | | SEALED RESPONSE by California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to sealed document, 500 *Plaintiffs' Motion to Modify Case Management Order #1* (Kutcher, Matthew) (Entered: 11/22/2023) |
| 11/22/2023 | 519 | 243.2 KB | RESPONSE by California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac in Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO MODIFY CASE MANAGEMENT ORDER #1 499 (Kutcher, Matthew) (Entered: 11/22/2023) |
| 11/22/2023 | 520 | | SEALED RESPONSE by Georgetown University to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams TO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPE 505 (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1)(Miller, Britt) (Entered: 11/22/2023) |
| 11/22/2023 | 521 | 557.7 KB | EXHIBIT by Defendant Georgetown University *Exhibit 2 to Declaration of Daniel T. Fenske* regarding sealed response, 520 (Miller, Britt) (Entered: 11/22/2023) |

| 11/22/2023 | 522 | ☐ 2.0 MB | RESPONSE by Georgetown University in Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams TO DESIGNATE GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AS CUSTODIANS AND TO COMPE 505 *[Redacted]* (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1, # 3 Exhibit 2)(Miller, Britt) (Entered: 11/22/2023) |
| --- | --- | --- | --- |
| 11/22/2023 | 523 | ☐ 161.6 KB | MOTION by Defendant Cornell University to seal *Portions of November 22, 2023 Joint Status Report*<br><br>(Armstrong, Norman) (Entered: 11/22/2023) |
| 11/22/2023 | 524 | | SEALED DOCUMENT by Defendant Cornell University *November 22, 2023 Joint Status Report* (Armstrong, Norman) (Entered: 11/22/2023) |
| 11/22/2023 | 525 | ☐ 198.5 KB | STATUS Report *November 22, 2023 Joint Status Report (Redacted Version)* by Cornell University<br><br>(Armstrong, Norman) (Entered: 11/22/2023) |
| 11/27/2023 | 526 | ☐ 164.3 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for extension of time - *UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CLASS NOTICE AND SETTLEMENT APPROVAL PROCESS*<br><br>(Schwartz, Richard) (Entered: 11/27/2023) |
| 11/27/2023 | 527 | ☐ 106.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *THEIR MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH PRODUCTION UNDER FERPA*<br><br>(Normand, Edward) (Entered: 11/27/2023) |
| 11/27/2023 | 528 | ☐ 258.7 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH PRODUCTION UNDER FERPA *[REDACTED]*<br><br>(Normand, Edward) (Entered: 11/27/2023) |
| 11/27/2023 | 529 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH* |

| | | | |
|---|---|---|---|
| | | | *PRODUCTION UNDER FERPA* (Normand, Edward) (Entered: 11/27/2023) |
| 11/28/2023 | 530 | ☐ 5.8 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 11/28/2023. The Court's rulings are summarized as follows: (a) Plaintiffs' motions to seal 501 513 and 527 are granted. Defendant Georgetown's motion to seal 516 is granted. Defendants' California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac's motion to seal 517 is granted. Defendant Cornell University's motion to seal 523 is granted. Redacted versions are to be filed on the public record. (b) Plaintiffs' motions for reconsideration 382 385 are terminated. (c) Plaintiffs' motion for extension of time for class notice and settlement approval 526 is granted. The 12/8/2023 deadline for beginning notice to the class and the other deadlines in the 9/9/2023 preliminary approval order are suspended until further order by the Court. (d) The deadline for plaintiffs and defendants to each file a 15-page response to all student objections under FERPA is 12/18/2023. (e) Any response to plaintiffs' motion to compel 528 529 is due 12/11/2023. (f) The motion to modify CMO 1 is granted in part as stated on the record 499 . The parties are directed to send to Judge Kennelly's proposed order e-mail address a proposed order in Word format regarding the resetting of dates corresponding to the fact discovery extension granted by the Court. (g) Oral argument heard on defendants' motion to compel 497 and plaintiffs' motion to designate regarding Georgetown 502 505 . The motion to compel by defendants California Institute of Technology, Cornell University, Georgetown University, Massachusetts Institute of Technology, The Johns Hopkins University, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac 497 is granted in part. The "contention" interrogatories are to be answered no later than six weeks before the new deadline for completing fact discovery. Plaintiffs need not provide a response to the interrogatories characterized as "expert" interrogatories (11; 13; 14; 16; 20; 44). (h) Plaintiffs' motion to designate and compel 502 505 is granted in part and denied in part as stated on the record. (i) The case is set for an in-person status hearing on 1/18/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. A joint status report is to be filed by 1/11/2024. The following call-in number will be used for remote listening of the hearing: 888-684-8852, access code 746-1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. Mailed notice. (mma, ) (Entered: 11/28/2023) |
| 11/28/2023 | 531 | | SEALED DOCUMENT (mma, ) (Entered: 11/28/2023) |
| 11/29/2023 | 532 | ☐ 191.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21372642. (Gradwohl, Jeremy) (Entered: 11/29/2023) |

| | | | |
|---|---|---|---|
| 11/30/2023 | [533](#) | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Jeremy Gradwohl to appear pro hac vice [532](#) is granted. (mk) (Entered: 11/30/2023) |
| 11/30/2023 | [534](#) | ☐ 316.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21375139.<br><br>(Delich, Jospeh) (Entered: 11/30/2023) |
| 11/30/2023 | [535](#) | ☐ 73.1 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by Jeremy Gradwohl (Gradwohl, Jeremy) (Entered: 11/30/2023) |
| 12/01/2023 | [536](#) | ☐ 82.2 KB | PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH PRODUCTION UNDER FERPA by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *(Dkt. No. 529)* (Normand, Edward) (Entered: 12/01/2023) |
| 12/01/2023 | [537](#) | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Joseph Delich to appear pro hac vice [534](#) is granted. (mk) (Entered: 12/01/2023) |
| 12/01/2023 | [538](#) | ☐ 106.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *THEIR AMENDED AND RENEWED MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH PRODUCTION UNDER FERPA*<br><br>(Normand, Edward) (Entered: 12/01/2023) |
| 12/01/2023 | [539](#) | ☐ 1.6 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsAMENDED AND RENEWED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAV *[REDACTED]*<br><br>(Attachments: # [1](#) Text of Proposed Order, # [2](#) Plaintiffs' Statement of Compliance With Local Rule 37.2, # [3](#) Exhibit A, # [4](#) Exhibit B, # [5](#) Exhibit C, # [6](#) Exhibit D)(Normand, Edward) (Entered: 12/01/2023) |
| 12/01/2023 | [540](#) | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' AMENDED AND RENEWED MOTION AND* |

| | | | |
|---|---|---|---|
| | | | *MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF THE EDUCATION RECORDS OF THE 35 GEORGETOWN AND PENN STUDENTS WHO HAVE NOT FILED OBJECTIONS TO SUCH PRODUCTION UNDER FERPA* (Attachments: # 1 Plaintiffs' Statement of Compliance With Local Rule 37.2)(Normand, Edward) (Entered: 12/01/2023) |
| 12/02/2023 | 541 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to compel production 528 is withdrawn; motion to file amended motion to compel under seal 538 is granted. (mk) (Entered: 12/02/2023) |
| 12/03/2023 | 542 | ☐ 5.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Late on 12/1/2023, counsel sent to the District's Emergency Judge e-mail in-box correspondence suggesting that a particular paragraph of a filing should be placed under seal. (The Court will be deliberately cryptic and will not identify the document to avoid calling attention to it.) First of all, this is an inappropriate use of the Emergency Judge in-box. The Emergency Judge is designated to deal with emergency matters when the assigned judge is unavailable, which was not the case here--the assigned judge was just as available at 11:44 PM on a Friday night as the emergency judge was. In addition, a motion should have been filed (none was), not simply an e-mail sent. That aside, the Court is unpersuaded on the present record that the supposedly offending paragraph of the filing is appropriately filed under seal. As the Court has reminded the parties during this litigation, a party's mere designation of material as confidential or highly confidential during discovery is insufficient by itself to place outside the public record material that is filed seeking a decision by the Court. In this situation--likely because no motion has been filed--no justification has been offered for having the particular paragraph outside the public record. It's a one-sentence paragraph. The last half is a list of document identifiers that no one would be able to decipher. The first half contains a reference to certain documents that are identified by name. If this is the aspect that supposedly should be under seal, there needs to be an explanation for why the reference is appropriately placed outside the public record. This will require a motion that explains this, not simply the terse e-mails sent to the Emergency Judge in-box, which provided only a conclusion and no justification. Any such motion may itself be filed under seal, at least provisionally. (mk) (Entered: 12/03/2023) |
| 12/14/2023 | 543 | ☐ 162.3 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO ENTER PROPOSED CASE MANAGEMENT ORDER #2 (Normand, Edward) (Entered: 12/14/2023) |
| 12/15/2023 | 544 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion for entry of case management order 2 543 is granted, including the proposal to extend the date for motions regarding written discovery to 1/3/2024. The parties are directed to provide a Word version of the draft order (including the 1/3/2024 date) to Judge Kennelly's proposed order e-mail address. (mk) (Entered: 12/15/2023) |

| 12/18/2023 | 545 | 206.3 KB | RESPONSE by Georgetown University Doe Students 1-19 to sealed document 509 , sealed document 508 *(IN SUPPORT OF FERPA NOTICE OBJECTION LETTERS)* (Wake, Sarah) (Entered: 12/18/2023) |
|---|---|---|---|
| 12/18/2023 | 546 | 204.4 KB | RESPONSE by University of Pennsylvania Doe Students 1-6, University of Pennsylvania Doe Students 7-8 to sealed document 507 *(IN SUPPORT OF FERPA NOTICE OBJECTION LETTERS)* (Wake, Sarah) (Entered: 12/18/2023) |
| 12/18/2023 | 547 | | SEALED MOTION by Defendant The Trustees of the University of Pennsylvania *to Seal Exhibits in Support of Opposition to Plaintiffs' Motion to Compel* (Attachments: # 1 Memorandum of Law in Opposition, # 2 Declaration of Law in Support of Memorandum of Law in Opposition, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)(Gringer, David) (Entered: 12/18/2023) |
| 12/18/2023 | 548 | 12.7 MB | MEMORANDUM by The Trustees of the University of Pennsylvania in Opposition to motion for miscellaneous relief,, 539 , Plaintiffs' Motion to Compel 540 (Attachments: # 1 Declaration in Support of Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10) (Gringer, David) (Entered: 12/18/2023) |
| 12/18/2023 | 549 | 134.4 KB | MOTION by Defendant Cornell University to seal *Exhibit A to Cornell's Memorandum of Law in Response to Cornell Students' Objections Under FERPA*<br><br>(Armstrong, Norman) (Entered: 12/18/2023) |
| 12/18/2023 | 550 | | SEALED RESPONSE by Cornell University to objections 477 , sealed document 496 *MEMORANDUM OF LAW IN RESPONSE TO CORNELL STUDENTS' OBJECTIONS UNDER FERPA* (Attachments: # 1 Declaration of Norman Armstrong, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Armstrong, Norman) (Entered: 12/18/2023) |
| 12/18/2023 | 551 | | RESPONSE by Defendant Cornell University to objections 477 , sealed document 496 *RESPONSE by Defendant Cornell University MEMORANDUM OF LAW IN RESPONSE TO CORNELL STUDENTS' OBJECTIONS UNDER FERPA (Public Version)* (Attachments: # 1 Declaration of Norman Armstrong, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Armstrong, Norman) (Entered: 12/18/2023) |
| 12/18/2023 | 552 | 361.9 KB | MOTION by Defendant Georgetown University to seal *Memorandum in Support of Georgetown DOE Students' Objections Under FERPA and Its Response to Plaintiffs' Amended and Renewed Motion to Compel the Production of the Education Records of the 35 Georgetown and Penn Students Who Have Not Filed Objections to Such Production Under FERPA*<br><br>(Miller, Britt) (Entered: 12/18/2023) |
| 12/18/2023 | 553 | | SEALED RESPONSE by Georgetown University to sealed document,, 540 / *Georgetown University's Response to Plaintiffs' Amended and* |

| | | | |
|---|---|---|---|
| | | | *Renewed Motion to Compel the Production of the Education Records of the 35 Georgetown and Penn Students Who Have Not Filed Objections To Such Production Under FERPA* (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Miller, Britt) (Entered: 12/18/2023) |
| 12/18/2023 | 554 | | SEALED MOTION by Defendant The Trustees of the University of Pennsylvania *to Seal Memorandum of Law in Response to Student Objections Under FERPA and Supporting Exhibits* (Attachments: # 1 Memorandum of Law in Response to Student Objections Under FERPA, # 2 Declaration of David Gringer in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4)(Gringer, David) (Entered: 12/18/2023) |
| 12/18/2023 | 555 | ☐ 714.3 KB | RESPONSE by Defendant The Trustees of the University of Pennsylvania *to Student Objections Under FERPA* (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Gringer, David) (Entered: 12/18/2023) |
| 12/18/2023 | 556 | | SEALED DOCUMENT by Defendant Georgetown University / *Georgetown University's Memorandum In Support of the Georgetown Doe Students' Objections Under FERPA* (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1)(Miller, Britt) (Entered: 12/18/2023) |
| 12/18/2023 | 557 | ☐ 1.9 MB | RESPONSE by Defendant Georgetown University to sealed document,, 540 *[REDACTED] Georgetown University's Response to Plaintiffs' Amended and Renewed Motion to Compel the Production of the Education Records of the 35 Georgetown and Penn Students Who Have Not Filed Objections To Such Production Under FERPA* (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1, # 3 Exhibit 3)(Miller, Britt) (Entered: 12/18/2023) |
| 12/18/2023 | 558 | ☐ 755.2 KB | MEMORANDUM sealed document 509 , sealed document 508 by Georgetown University *[REDACTED] Georgetown University's Memorandum In Support of the Georgetown Doe Students' Objections Under FERPA* (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1)(Miller, Britt) (Entered: 12/18/2023) |
| 12/18/2023 | 559 | ☐ 113.5 KB | Notice of Joinder by Cornell University Doe Students 1-9 (Berkowitz, Sean) (Entered: 12/18/2023) |
| 12/18/2023 | 560 | ☐ 101.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' MEMORANDUM IN RESPONSE TO THE OBJECTIONS OF 37 DONOR-RELATED STUDENTS TO THE PRODUCTION OF THEIR FERPA-PROTECTED EDUCATION RECORDS BY DEFENDANTS CORNELL, GEORGETOWN, AND PENN*<br><br>(Normand, Edward) (Entered: 12/18/2023) |
| 12/18/2023 | 561 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to sealed document 509 , sealed document 507 , sealed document 496 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Normand, |

| | | | Edward) (Entered: 12/18/2023) |
|---|---|---|---|
| 12/19/2023 | 562 | | SEALED MOTION by Defendant Cornell University *Portions of Its Memorandum of Law in Response to Cornell Students' Objections Under FERPA and Supporting Exhibits* (Armstrong, Norman) (Entered: 12/19/2023) |
| 12/19/2023 | 563 | ☐ 495.4 KB | RESPONSE by Defendant Cornell University to objections 477 , sealed document 496 *MEMORANDUM OF LAW IN RESPONSE TO CORNELL STUDENTS' OBJECTIONS UNDER FERPA (Redacted Version)* (Attachments: # 1 Declaration of Norman Armstrong, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Armstrong, Norman) (Entered: 12/19/2023) |
| 12/19/2023 | 564 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions to seal filed by defendants University of Pennsylvania and Cornell University 547 549 554 562 are granted. Redacted versions of the submissions are to be filed in the public record, and complete and unredacted versions, including all exhibits, are to be filed under seal. Regarding the motion to file under seal by Georgetown University 552 , the current motion does not contain a sufficient explanation of the subject matter of the claimed "trade secret." Georgetown is directed to file a supplement to the motion in this regard by the close of business today (12/19/2023). Regarding plaintiffs' motion for leave to file under seal 560 , which information designated as confidential by certain defendants, the affected defendants are directed to file a single joint response, explaining why the information in question should be filed under seal, by 12/20/2023. (mk) (Entered: 12/19/2023) |
| 12/19/2023 | 565 | | SEALED MOTION by Defendant Cornell University *to File Under Seal Portions of Its Public-Version Memorandum of Law in Response to Cornell Students' Objections Under FERPA and Supporting Exhibits (ECF No. 551)* (Armstrong, Norman) (Entered: 12/19/2023) |
| 12/19/2023 | 566 | ☐ 96.7 KB | MOTION by Attorney Casey T. Grabenstein to withdraw as attorney for Duke University. No party information provided<br><br>(Grabenstein, Casey) (Entered: 12/19/2023) |
| 12/19/2023 | 567 | ☐ 360.5 KB | SUPPLEMENT to motion to seal, 552 , order on sealed motion,,,, order on motion to seal,,,,,,,,,,,,, terminate motions,,, 564 *(Georgetown University's Supplement to Its Motion to File Under Seal)* (Miller, Britt) (Entered: 12/19/2023) |
| 12/19/2023 | 568 | ☐ 345.3 KB | MEMORANDUM sealed document 509 , sealed document 508 by Georgetown University *[REDACTED] Georgetown University's Memorandum In Support of the Georgetown Doe Students' Objections Under FERPA* (Miller, Britt) (Entered: 12/19/2023) |
| 12/19/2023 | 569 | ☐ 412.8 KB | RESPONSE by Defendant Georgetown University to sealed document,, 540 *Georgetown University's Response to Plaintiffs' Amended and Renewed Motion to Compel the Production of the Education Records of the 35 Georgetown and Penn Students Who Have Not Filed Objections To Such Production Under FERPA* (Miller, Britt) (Entered: 12/19/2023) |

| 12/19/2023 | 570 | 522.1 KB | NOTICE by Rachel Susan Brass of Change of Address (Brass, Rachel) (Entered: 12/19/2023) |
|---|---|---|---|
| 12/20/2023 | 571 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Georgetown University's motion to file under seal 552 is granted in part, to the extent stated in its supplemental memorandum filed on 12/19/2023 (dkt. no. 567). Cornell University's motion to file under seal 565 is granted. With regard to any under-seal filing, a complete version, including all exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. Motion by attorney Casey T. Grabenstein to withdraw 566 is granted. (mk) (Entered: 12/20/2023) |
| 12/20/2023 | 572 | 404.1 KB | MOTION by Defendant The Trustees of the University of Pennsylvania for leave to file *Response to Plaintiffs' Response to the FERPA Objections of Doe Students 561* <br><br> (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Gringer, David) (Entered: 12/20/2023) |
| 12/20/2023 | 573 | | RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williamsin Opposition to MOTION by Defendant The Trustees of the University of Pennsylvania for leave to file *Response to Plaintiffs' Response to the FERPA Objections of Doe Students 561* <br><br> 572 (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 12/20/2023) |
| 12/20/2023 | 574 | 114.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *testimony of Plaintiff Alexander Leo-Guerra referenced in Defendant Trustees of the University of Pennsylvania's Memorandum of Law in Response to the Student Objections Under FERPA and Exhibit 1 (Dkt. No. 554)* <br><br> (Normand, Edward) (Entered: 12/20/2023) |
| 12/20/2023 | 575 | | SEALED MOTION by Defendants Cornell University, Georgetown University, The Trustees of the University of Pennsylvania *Joint Motion to File Under Seal Plaintiffs' Memorandum of Law in Response to the FERPA Objections of 37 Students and Supporting Exhibits A, B, and C (ECF No. 561)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Armstrong, Norman) (Entered: 12/20/2023) |
| 12/20/2023 | 576 | | SEALED MOTION by Defendant The Trustees of the University of Pennsylvania *to Seal Confidential Information in Plaintiffs' Opposition and Attached Exhibit (ECF No. 573, 573-1)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gringer, David) (Entered: 12/20/2023) |
| 12/21/2023 | 577 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Trustees of University of Pennsylvania's (hereafter "Penn") motion for leave to file a one-page reply 572 is granted. Plaintiffs' motion to seal regarding Penn's response (dkt. 554) is granted 574 . Docket entry 554 is |

| | | | |
|---|---|---|---|
| | | | to be maintained under seal. Penn is directed to file a redacted version in the public record. The motion by defendants Cornell University and others to seal plaintiffs' response (dkt. 561) is granted <u>575</u> . Docket entry 561 is to be maintained under seal. Plaintiffs are directed to file a redacted version in the public record. Motion 576 will be addressed by way of a separate docket entry. (mk) (Entered: 12/21/2023) |
| 12/21/2023 | <u>578</u> | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Pennsylvania University's motion to seal confidential information in plaintiffs' opposition (ECF No. 573) is granted <u>576</u> . The Clerk is directed to place docket entry 573 and all attachments under seal. Plaintiffs are directed to promptly file a redacted version in the public record. Mailed notice. (mma, ) (Entered: 12/21/2023) |
| 12/21/2023 | <u>579</u> | ☐ 111.5 KB | MOTION by Attorney Benjamin R. Brunner to withdraw as attorney for Northwestern University. No party information provided<br><br>(Stein, Scott) (Entered: 12/21/2023) |
| 12/21/2023 | <u>580</u> | ☐ 1.2 MB | RESPONSE in Opposition to MOTION by Defendant The Trustees of the University of Pennsylvania for leave to file Response to Plaintiffs' Response to the FERPA Objections of Doe Students <u>561</u> [REDACTED] by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # <u>1</u> Exhibit A)(Normand, Edward) (Entered: 12/21/2023) |
| 12/21/2023 | <u>581</u> | ☐ 177.5 KB | RESPONSE by Defendant The Trustees of the University of Pennsylvania to sealed response, <u>561</u> (Gringer, David) (Entered: 12/21/2023) |
| 12/22/2023 | <u>582</u> | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by attorney Benjamin R. Brunner to withdraw as attorney for Northwestern University is granted <u>579</u> . (mk) (Entered: 12/22/2023) |
| 12/28/2023 | <u>583</u> | ☐ 101.4 KB | ANNUAL REMINDER: Pursuant to <u>Local Rule 3.2 (Notification of Affiliates)</u>, any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this <u>LINK</u> will provide additional information. Signed by the Executive Committee on 12/28/2023: Mailed notice. (tg, ) (Entered: 12/28/2023) |

| 01/03/2024 | 584 | ☐ 209.9 KB | MOTION by Attorney Tal Matar Elmatad to withdraw as attorney for New York, State of. New address information: Antitrust Bureau, 28 Liberty St, New York, NY 10005 <br><br>(Attachments: # 1 Supplement Notification of Contact Information) (Elmatad, Tal) (Entered: 01/03/2024) |
|---|---|---|---|
| 01/04/2024 | 585 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by attorney Tal Elmatad to withdraw as attorney for State of New York is granted 584 . (mk) (Entered: 01/04/2024) |
| 01/04/2024 | 586 | ☐ 138.6 KB | ATTORNEY Appearance for Defendant California Institute of Technology by Jamie Danielle Robertson (Robertson, Jamie) (Entered: 01/04/2024) |
| 01/10/2024 | 587 | ☐ 130.5 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for extension of time *UNOPPOSED Motion for Extension of Time for Class Notice and Settlement Approval Process* <br><br>(Schwartz, Richard) (Entered: 01/10/2024) |
| 01/11/2024 | 588 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for extension of time 587 is granted. (mk) (Entered: 01/11/2024) |
| 01/11/2024 | 589 | ☐ 316.4 KB | STATUS Report *(Joint Status Report)* by University of Notre Dame du Lac <br><br>(Heins, Matthew) (Entered: 01/11/2024) |
| 01/17/2024 | 590 | ☐ 63.0 KB | ATTORNEY Appearance for Movant Cornell University Doe Student 10 by Sean M. Berkowitz (Berkowitz, Sean) (Entered: 01/17/2024) |
| 01/17/2024 | 591 | ☐ 107.4 KB | MOTION by Movant Cornell University Doe Student 10 for leave to file *Under Seal an additional FERPA Objection Letter* <br><br>(Berkowitz, Sean) (Entered: 01/17/2024) |
| 01/17/2024 | 592 | | SEALED DOCUMENT by Movant Cornell University Doe Student 10 *(FERPA Notice Objection Letter)* (Berkowitz, Sean) (Entered: 01/17/2024) |
| 01/17/2024 | 593 | ☐ 61.3 KB | ATTORNEY Appearance for Movant Cornell University Doe Student 10 by Eric Robert Swibel (Swibel, Eric) (Entered: 01/17/2024) |
| 01/18/2024 | 594 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file an additional FERPA objection under seal 591 is granted. (mk) (Entered: 01/18/2024) |
| 01/18/2024 | 595 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 1/18/2024. The parties are directed to provide a USB drive with all of the materials regarding the pending FERPA discovery dispute to Chambers, Room 2188, by 10:00 a.m. on 1/19/2024. Video hearing regarding the motions relating to that dispute |

| | | | |
|---|---|---|---|
| | | | is set for 1/23/2024 at 10:30 a.m. The Court will send out the video conference invitation to counsel. Any motions relating to the disputes regarding Rule 30(b)(6) deposition and the number of depositions per defendant as described in the 1/11/2024 status report are to be filed by 2/1/2024. Responses are due 2/12/2024; any reply is due 2/16/2024. Case management conference is set for 2/22/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. The following call-in number will be used for remote listening of the hearing: 888-684-8852, access code 746-1053. No remote participation will be allowed. All remote listeners are directed to mute their phones. The parties are directed to file a joint status report by 2/15/2024. Mailed notice. (mma, ) (Entered: 01/18/2024) |
| 01/19/2024 | 596  123.3 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21545705. *(on behalf of Defendant Johns Hopkins University)*  (McInerney, Elizabeth) (Entered: 01/19/2024) |
| 01/20/2024 | 597  4.2 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Elizabeth McInerny to appear pro hac vice 596 is granted. (mk) (Entered: 01/20/2024) |
| 01/22/2024 | 598  285.5 KB | ☐ | ATTORNEY Appearance for Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by David Andrew Langer (Langer, David) (Entered: 01/22/2024) |
| 01/22/2024 | 599  339.2 KB | ☐ | MOTION by Plaintiffs Frank Carbone, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file excess pages *for partial settlement approval memorandum*  (Schwartz, Richard) (Entered: 01/22/2024) |
| 01/23/2024 | 600  4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file a 33-page preliminary approval memorandum 599 is granted. (mk) (Entered: 01/23/2024) |
| 01/23/2024 | 601  4.6 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for January 23, 2024 at 10:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23087058645##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 01/23/2024) |

| 01/23/2024 | 602 4.7 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 1/23/2024. Plaintiffs' motion to compel production regarding non-objecting students 540 is granted in part. Defendants Georgetown and Penn are directed to promptly produce the materials sought in paragraphs 7(1) and 8 of the motion including Georgetown's offer to locate and produce physical admission files. The request for the materials sought in paragraph 7(2) of the motion is tabled pending plaintiffs' review of the produced materials. The request to compel production of FERPA-related materials for objecting students 560 is taken under advisement. The Court also orders as follows: no student or applicant's name may be referenced in any document (including both filings and attachments to filings) filed in the public record absent advance approval by the Court. Any noncompliance with this order will result in an order to show cause why those counsel whose names appear on the filing should not be held in contempt of court. Mailed notice. (mma, ) (Entered: 01/23/2024) |
| --- | --- | --- | --- |
| 01/23/2024 | 603 20.1 MB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for settlement *Plaintiffs' Motion for preliminary approval of settlements with Defendants Emory, Yale, Brown, Columbia, and Duke, provisional certification of the proposed Settlement Class, approval of the notice plan, and approval of the schedule for completing the settlement process.*<br><br>(Attachments: # 1 Memorandum of Law, # 2 Joint Decl. in Support of Preliminary Approval, # 3 Joint Decl. Ex. 1, # 4 Joint Decl. Ex. 2, # 5 Joint Decl. Ex. 3, # 6 Joint Decl. Ex. 4, # 7 Joint Decl. Ex. 5, # 8 Joint Decl. Ex. 6, # 9 Joint Decl. Ex. 7, # 10 Jan 22 2024 Weisbrot Decl., # 11 Weisbrot Decl. Ex. A, # 12 Weisbrot Decl. Ex. B, # 13 Proposed Order) (Schwartz, Richard) (Entered: 01/23/2024) |
| 01/29/2024 | 604 214.5 KB | ☐ | NOTICE by Emily T. Chen of Change of Address (Chen, Emily) (Entered: 01/29/2024) |
| 01/29/2024 | 605 96.1 KB | ☐ | NOTICE by Norman Armstrong, Jr of Change of Address (Armstrong, Norman) (Entered: 01/29/2024) |
| 01/30/2024 | 606 4.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Any objection to plaintiffs' motion for preliminary approval of settlements 603 is to be filed by 2/6/2024. Video motion hearing is set for 2/12/2024 at 9:30 AM. The Court will send out the video conference invitation a few days in advance of the hearing. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. Mailed notice. (mma, ) (Entered: 01/30/2024) |
| 02/02/2024 | 607 1.2 MB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to amend/correct - *Joint Motion for Entry of Second Amended Confidentiality Order*<br><br>(Attachments: # 1 Exhibit A: Proposed Second Amended Confidentiality Order - Redline)(Schwartz, Richard) (Entered: 02/02/2024) |

| 02/03/2024 | 608 238.1 KB | ☐ | SECOND AMENDED CONFIDENTIALITY ORDER signed by the Honorable Matthew F. Kennelly on 2/3/2024: Agreed motion for entry of second amended confidentiality order is granted 607 . (mk) (Entered: 02/03/2024) |
|---|---|---|---|
| 02/09/2024 | 609 4.6 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for February 12, 2024 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23124761060##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/09/2024) |
| 02/09/2024 | 610 109.4 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *PLAINTIFFS' MOTION TO SEAL THEIR STATUS REPORT IN RESPONSE TO THE COURT'S ORDER (ECF 602) RELATED TO THEIR MOTION TO COMPEL REGARDING NON-OBJECTING STUDENTS (ECF 540) AND SEALED RESPONSE RE OBJECTIONS OF 37 DONOR-RELATED STUDENTS (ECF 561) TO SUCH PRODUCTION UNDER FERPA*<br><br>(Normand, Edward) (Entered: 02/09/2024) |
| 02/09/2024 | 611 195.0 KB | ☐ | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *PLAINTIFFS' STATUS REPORT IN RESPONSE TO THE COURT'S ORDER (ECF 602) RELATED TO THEIR MOTION TO COMPEL REGARDING NON-OBJECTING STUDENTS (ECF 540) AND SEALED RESPONSE RE OBJECTIONS OF 37 DONOR-RELATED STUDENTS (ECF 561)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Text of Proposed Order)(Normand, Edward) (Entered: 02/09/2024) |
| 02/10/2024 | 612 4.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file plaintiffs' status report under seal 610 is granted; a redacted version is to be filed in the public record. The pertinent defendants are directed to file a response to plaintiffs' status report by 2/16/2024. A telephonic hearing is set for 2/22/2024 at 9:30 AM, using call-in number 888-684-8852, access code 746-1053. The Court reserves the right to convert this to a video hearing. (mk) (Entered: 02/10/2024) |

| 02/12/2024 | 613 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 2/12/2024. Oral ruling made on the plaintiffs' motion for preliminary approval of settlement 603 . Motion for preliminary approval of settlement 603 is granted for the reasons stated on the record. The parties are directed to send a proposed order to Judge Kennelly's proposed order email address. The parties are also directed to notify Judge Kennelly's courtroom deputy clerk whether the hearing on 2/22/2024 will be held at 10:00 a.m. or 1:00 p.m. The hearing will be held by video. The Court will send out the video conference invitation a few days in advance of the hearing. Mailed notice. (mma, ) (Entered: 02/12/2024) |
| --- | --- | --- | --- |
| 02/14/2024 | 614 | ☐ 388.2 KB | ORDER PRELIMINARILY APPROVING SETTLEMENTS WITH DEFENDANTS BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, DUKE UNIVERSITY, EMORY UNIVERSITY, AND YALE UNIVERSITY, PROVISIONALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS, APPROVING THE NOTICE PLAN, APPROVING THE SCHEDULE FOR COMPLETING THE SETTLEMENT PROCESS, AND AMENDING THE ORDER OF SEPTEMBER 9, 2023 PRELIMINARILY APPROVING THE SETTLEMENT WITH THE UNIVERSITY OF CHICAGO TO CONFORM TO THIS ORDER, signed by the Honorable Matthew F. Kennelly on 2/14/2024. (mk) (Entered: 02/14/2024) |
| 02/15/2024 | 615 | ☐ 157.0 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams

(Normand, Edward) (Entered: 02/15/2024) |
| 02/16/2024 | 616 | ☐ 286.5 KB | RESPONSE by Georgetown University Doe Students 1-19, University of Pennsylvania Doe Students 1-6, University of Pennsylvania Doe Students 7-8 *to Plaintiffs' 2/9/24 Status Report* (Attachments: # 1 Exhibit)(Wake, Sarah) (Entered: 02/16/2024) |
| 02/16/2024 | 617 | | SEALED MOTION by Defendant The Trustees of the University of Pennsylvania *to File Under Seal Their Response To Plaintiffs' "Status" Report Seeking Additional Documents Regarding Students Who Received FERPA Notices, Certain Supporting Declarations, And Certain Accompanying Exhibits* (Attachments: # 1 Response to Plaintiffs' "Status" Report Seeking Additional Documents Regarding Students Who Received FERPA Notices, # 2 Declaration of David Gringer in Support of, # 3 Gringer Exhibit A, # 4 Gringer Exhibit B, # 5 Gringer Exhibit C, # 6 Gringer Exhibit D, # 7 Declaration of Daniel Fenske in Support of, # 8 Fenske Exhibit 1, # 9 Fenske Exhibit 2, # 10 Fenske Exhibit 3, # 11 Declaration of Norman Armstrong in Support of, # 12 Armstrong Exhibit A, # 13 Armstrong Exhibit B, # 14 Armstrong Exhibit C)(Gringer, David) (Entered: 02/16/2024) |
| 02/20/2024 | 618 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic hearings set for 2/22/2024 at 9:30 PM and 1:00 PM are vacated and are converted to a single hearing by video conference on |

| | | | |
|---|---|---|---|
| | | | 2/22/2024 at 9:45 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the hearing. (mk) (Entered: 02/20/2024) |
| 02/20/2024 | 619 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for February 22, 2024 at 9:45 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23089105060##. Counsel of record prior to the start of the email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/20/2024) |
| 02/20/2024 | 620 | ☐ 96.3 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 02/20/2024) |
| 02/20/2024 | 621 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams , MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file *A SUPPLEMENT TO THEIR STATUS REPORT (ECF 611) BASED ON DEPOSITION TESTIMONY BY GEORGETOWN'S PRESIDENT AND HIS ASSISTANT AFTER PLAINTIFFS' STATUS REPORT WAS FILED ON FEBRUARY 9, 2024*<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Normand, Edward) (Entered: 02/20/2024) |
| 02/21/2024 | 622 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file supplement under seal 621 is granted. Plaintiffs should now file the supplement as a separate docket entry. (mk) (Entered: 02/21/2024) |
| 02/21/2024 | 623 | ☐ 661.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21658652.<br><br>(Eagles, Thad) (Entered: 02/21/2024) |
| 02/21/2024 | 624 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *SUPPLEMENT TO PLAINTIFFS' STATUS REPORT (ECF 611) BASED ON DEPOSITION TESTIMONY BY GEORGETOWN'S PRESIDENT* |

| | | | |
|---|---|---|---|
| | | | *AND HIS ASSISTANT AFTER THE STATUS REPORT WAS FILED ON FEBRUARY 9, 2024* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Normand, Edward) (Entered: 02/21/2024) |
| 02/21/2024 | 625 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court advises that at the 2/22/2024 hearing it may ask questions regarding the request to compel discovery relating to persons who have asserted objections under FERPA as well as the request to compel discovery relating to persons who have not asserted such objections. (mk) (Entered: 02/21/2024) |
| 02/22/2024 | 626 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Thad Eagles to appear pro hac vice 623 is granted. (mk) (Entered: 02/22/2024) |
| 02/22/2024 | 627 | ☐ 5.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video hearing held regarding FERPA-related and other objections to certain of plaintiffs' discovery requests. The Court adopted and will impose additional protections to avoid disclosure of individual student/applicant names as more fully discussed during the hearing. These include further limitations on who may view such information (no more than 2 attorneys per non-settling defendant and 4 attorneys for plaintiffs); continued use of identifying numbers along with separate disclosure of applicant/student names rather than production of unredacted records containing the names; the previously referenced contempt citation for any attorney disclosing information identifying a student or applicant in a public filing; and identification of particular applicants/students even in sealed filings only by first and last initials and not names. The parties are directed to promptly confer to prepare and provide to the Court a further protective order including these additional protections. Additionally, the Court finds (as more fully discussed during the hearing) that the plaintiffs have shown a genuine need for the information they have requested and that this outweighs the privacy interests of the objecting and non-objecting students/applicants with the exception of the following: the students/applicants whose objections appear at docket no. 496 pages 13-15 and at docket no. 507 pages 12-15. Those particular students/applicants' objections are sustained. The Court also overrules the defendants' and certain students' remaining objections to production as more fully discussed during the hearing. The parties are directed to promptly review the proposed order submitted by plaintiffs and are directed to provide to Judge Kennelly's proposed order e-mail address by no later than 2/26/2024 a Word version of a draft order embodying the Court's ruling. The case is set for a video status hearing on 3/22/2024 at 10:00 a.m. The Court will send out the video conference invitation to counsel a few days in advance of the hearing. The parties are directed to file a joint status report by 3/15/2024. Mailed notice. (mma, ) (Entered: 02/22/2024) |
| 02/23/2024 | 628 | ☐ 96.5 KB | MOTION by Attorney Nicholas W. Collins to withdraw as attorney for Duke University. No party information provided |

| | | | (Collins, Nicholas) (Entered: 02/23/2024) |
|---|---|---|---|
| 02/23/2024 | 629 | ☐ 21.0 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for settlement - *Plaintiffs' Motion for preliminary approval of settlements with Defendants Trustees of Dartmouth College, Northwestern University, William Marsh Rice University, and Vanderbilt University, provisional certification of the proposed Settlement Class, approval of the notice plan, and approval of the schedule for completing the settlement process.*<br><br>(Attachments: # 1 Memorandum of Law, # 2 Joint Decl. in Support of Preliminary Approval, # 3 Joint Decl. Ex. 8, # 4 Joint Decl. Ex. 9, # 5 Joint Decl. Ex. 10, # 6 Joint Decl. Ex. 11, # 7 Joint Decl. Ex. 12, # 8 Weisbrot Decl., # 9 Proposed Order)(Schwartz, Richard) (Entered: 02/23/2024) |
| 02/24/2024 | 630 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Nicholas W. Collins to withdraw as attorney for Duke University is granted 628 . Motion for preliminary approval of settlements 629 is set for a telephonic hearing on for 2/28/2024 at 9:20 AM, using call-in number 888-684-8852, access code 746-1053. (mk) (Entered: 02/24/2024) |
| 02/26/2024 | 631 | | SEALED MOTION by Defendant Georgetown University *(Georgetown, Cornell, and Penn's Motion to Seal Portions of Plaintiffs' Status Report Seeking Additional Documents Regarding Students Who Received FERPA Notices and Certain Accompanying Exhibits and Plaintiffs' Supplemental Status Report and Accompanying Exhibits)* (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Plaintiffs' Proposed Order, # 14 Exhibit 2, # 15 Exhibit A, # 16 Exhibit B, # 17 Exhibit C, # 18 Exhibit D, # 19 Exhibit E, # 20 Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Exhibit K, # 26 Exhibit L)(Miller, Britt) (Entered: 02/26/2024) |
| 02/26/2024 | 632 | ☐ 94.8 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 02/26/2024) |
| 02/26/2024 | 633 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *JOINT STATUS REPORT BY PLAINTIFFS AND DEFENDANTS CORNELL, GEORGETOWN, AND PENN REGARDING PROPOSED ORDER UNDER ECF 627* (Normand, Edward) (Entered: 02/26/2024) |
| 02/27/2024 | 634 | ☐ 95.6 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 02/27/2024) |

| 02/27/2024 | 635 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *CORRECTED JOINT STATUS REPORT BY PLAINTIFFS AND DEFENDANTS CORNELL, GEORGETOWN, AND PENN REGARDING PROPOSED ORDER UNDER ECF 627* (Attachments: # 1 Redline)(Normand, Edward) (Entered: 02/27/2024) |
|---|---|---|---|
| 02/27/2024 | 636 | 185.3 KB | ORDER REGARDING THE OBLIGATIONS OF DEFENDANTS CORNELL, GEORGETOWN, AND PENN WITH RESPECT TO PLAINTIFFS' MOTIONS TO COMPEL REGARDING THOSE DEFENDANTS' NON-OBJECTING STUDENTS (ECF 540) AND OBJECTING STUDENTS (ECF 560), signed by the Honorable Matthew F. Kennelly on 2/27/2024. In addition, certain motions to file under seal 617 631 are granted. (mk) (Entered: 02/27/2024) |
| 02/28/2024 | 637 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 2/28/2024. Plaintiffs' motion for preliminary approval of settlement 629 is granted for the reasons stated on the record. Order for Preliminary Approval to follow. In person fairness hearing on 7/19/2024 at 1:00 p.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, ) (Entered: 02/28/2024) |
| 02/28/2024 | 638 | 395.3 KB | ORDER PRELIMINARY APPROVING SETTLEMENTS WITH DEFENDANTS TRUSTEES OF DARTMOUTH COLLEGE, NORTHWESTERN UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, AND VANDERBILT UNIVERSITY, PROVISIONALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS, APPROVING THE NOTICE PLAN, AND APPROVING THE SCHEDULE FOR COMPLETING THE SETTLEMENT PROCESS: Signed by the Honorable Matthew F. Kennelly on 2/28/2024. Mailed notice. (mma, ) (Entered: 02/28/2024) |
| 02/29/2024 | 639 | 124.4 KB | ATTORNEY Appearance for Defendant Cornell University by Daniel E. Laytin (Laytin, Daniel) (Entered: 02/29/2024) |
| 02/29/2024 | 640 | 132.2 KB | MOTION by Attorney Zachary Thomas Fardon and Christopher Yook to withdraw as attorney for Cornell University. No party information provided<br><br>(Laytin, Daniel) (Entered: 02/29/2024) |
| 02/29/2024 | 641 | 127.1 KB | ATTORNEY Appearance for Defendant William Marsh Rice University by Daniel E. Laytin (Laytin, Daniel) (Entered: 02/29/2024) |
| 02/29/2024 | 642 | 132.3 KB | MOTION by Attorney Zachary Thomas Fardon and Christopher Yook to withdraw as attorney for William Marsh Rice University. No party information provided<br><br>(Laytin, Daniel) (Entered: 02/29/2024) |
| 03/01/2024 | 643 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motions to withdraw appearances of attorneys Zachary Fardon and Christopher Yook are granted 640 642 . (mk) (Entered: 03/01/2024) |

| 03/05/2024 | 644 | ☐ 363.8 KB | STATUS Report *(Joint Status Report by Plaintiffs and Defendants Cornell, Georgetown, and Penn Regarding Proposed Special Protective Order Under ECF 636 & 627)* by Georgetown University

(Miller, Britt) (Entered: 03/05/2024) |
| 03/06/2024 | 645 | ☐ 314.2 KB | SPECIAL PROTECTIVE ORDER REGARDING OBJECTING STUDENTS AT CORNELL UNIVERSITY, GEORGETOWN UNIVERSITY, AND THE UNIVERSITY OF PENNSYLVANIA, signed by the Honorable Matthew F. Kennelly on 3/6/2024. The Court reviewed and considered the parties' joint status report regarding the proposed "special protective order" and the parties' respective proposed versions of the order. The Court adopted the defendants' proposed order, with two modifications. First, the Court increased the number of permitted attorneys on plaintiffs' side to six, to equalize the overall numbers on both sides and to address the staffing/preparation concern raised by plaintiffs. Second, the Court modified the last numbered paragraph of the order to state that "Failure to comply with this Order will result in an order to show cause why the counsel *or other person* who violated this Order should not be held in contempt of court." (mk) (Entered: 03/06/2024) |
| 03/06/2024 | 646 | ☐ 189.5 KB | ATTORNEY Appearance for Plaintiffs Frank Carbone, Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams by Natasha Zaslove (Zaslove, Natasha) (Entered: 03/06/2024) |
| 03/14/2024 | 647 | ☐ 199.7 KB | ATTORNEY Appearance for Defendant University of Notre Dame du Lac by Feyilana Lawoyin (Lawoyin, Feyilana) (Entered: 03/14/2024) |
| 03/14/2024 | 648 | ☐ 153.9 KB | NOTICE by Daniel John Walker of Change of Address *of Berger Montague PC's Washington DC Office* (Walker, Daniel) (Entered: 03/14/2024) |
| 03/15/2024 | 649 | ☐ 123.8 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams

(Normand, Edward) (Entered: 03/15/2024) |

| 03/19/2024 | 650 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for March 22, 2024 at 10:00 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23096502613##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 03/19/2024) |
| --- | --- | --- | --- |
| 03/19/2024 | 651 | ☐ 107.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *THEIR MOTION TO CHALLENGE CERTAIN IMPROPER CONFIDENTIAL AND ATTORNEYS' EYES ONLY DESIGNATIONS BY DEFENDANTS CORNELL, GEORGETOWN, AND PENN UNDER THE SECOND AMENDED CONFIDENTIALITY ORDER (ECF 608)* (Normand, Edward) (Entered: 03/19/2024) |
| 03/19/2024 | 652 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *TO CHALLENGE CERTAIN IMPROPER CONFIDENTIAL AND ATTORNEYS' EYES ONLY DESIGNATIONS BY DEFENDANTS CORNELL, GEORGETOWN, AND PENN UNDER THE SECOND AMENDED CONFIDENTIALITY ORDER (ECF 608)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Declaration of David Copeland, # 15 Copeland Decl. Ex. A, # 16 Copeland Decl. Ex. B, # 17 Copeland Decl. Ex. C, # 18 Declaration of Joseph Delich, # 19 Delich Decl. Ex. A)(Normand, Edward) (Entered: 03/19/2024) |
| 03/20/2024 | 653 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file under seal 651 is granted. A redacted version is to be filed in the public record. The parties should be prepared to set a short briefing schedule on he motion to challenge AEO/confidentiality designations at the 3/22/2025 status hearing. (mk) (Entered: 03/20/2024) |
| 03/20/2024 | 654 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry 653 which contained a typographical error. Plaintiffs' motion for leave to file under seal 651 is granted. A redacted version is to be filed in the public record. The parties should be prepared to set a short briefing schedule on the motion to challenge AEO/confidentiality designations at the 3/22/2024 status hearing. Mailed notice. (mma, ) (Entered: 03/20/2024) |

| 03/21/2024 | 655<br>137.6 KB | ☐ | ATTORNEY Appearance for Defendant Georgetown University by William Joseph Mcelhaney (Mcelhaney, William) (Entered: 03/21/2024) |
|---|---|---|---|
| 03/22/2024 | 656<br>5.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings held on 3/22/2024. (1) Issue regarding special protective order and earlier-produced redacted documents: The parties are directed to confer further to attempt to reach an agreement. A joint status report of no more than 8 pages to be filed on 3/29/2024. (2) Issue regarding motion relating to confidentiality and AEO designations: Defendants' response to plaintiffs' motion 652 is due 4/1/2024; plaintiffs' reply is due 4/8/2024. A video hearing is set for 4/18/2024 at 10:00 a.m. unless the Court deems a hearing unnecessary after reviewing the written submissions. The Court will send out a video conference invitation a few days in advance of the hearing. (3) Scheduling order: The Court memorializes the modifications to the scheduling order made in December 2024 as follows. Opening expert reports on the party who has the burden of proof are due on 5/3/2024. Opposition to expert reports are due 7/15/2024. Deadline for rebuttal expert reports is 9/30/2024. Close of expert discovery is set for 11/12/2024. Daubert motions are to be filed by 12/16/2024. The motion for class certification is also due on 12/16/2024. Any responses to class certification and Daubert motions are due 1/13/2025. Replies to the Daubert motions are due 2/18/2025. The reply in support of class certification is to be filed by 3/7/2025. Summary judgment motions are to be filed by 5/7/2025. Response to summary judgment motions is due 6/9/2025; reply is due 8/11/2025. (4) Summary judgment motions: The Court overruled the defendants' proposal for two rounds of summary judgment motions as further explained during the hearing. Mailed notice. (mma, ) (Entered: 03/22/2024) |
| 03/26/2024 | 657<br>175.9 KB | ☐ | AMENDED SPECIAL PROTECTIVE ORDER REGARDING OBJECTING STUDENTS AT CORNELL UNIVERSITY, GEORGETOWN UNIVERSITY, AND THE UNIVERSITY OF PENNSYLVANIA, signed by the Honorable Matthew F. Kennelly on 3/26/2024. (mk) (Entered: 03/26/2024) |
| 03/26/2024 | 658 | | SEALED MOTION by Defendants Cornell University, Georgetown University, The Trustees of the University of Pennsylvania *Motion to Seal Portions of Plaintiffs' Motion Challenging Certain Confidentiality Designations and the Materials Attached Thereto* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Miller, Britt) (Entered: 03/26/2024) |
| 03/27/2024 | 659<br>4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants have moved to maintain the sealed filing of docket number 652. Plaintiffs provisionally filed that document under seal. Any objection to defendants' motion is to be filed by 4/3/2024 and is to be filed under seal. (mk) (Entered: 03/27/2024) |
| 03/27/2024 | 660<br>494.9 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21788510. |

| | | | |
|---|---|---|---|
| | | | (Bredar, Thomas) (Entered: 03/27/2024) |
| 03/29/2024 | 661 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Thomas Bredar to appear pro hac vice 660 is granted. (mk) (Entered: 03/29/2024) |
| 03/29/2024 | 662 | ☐ 101.0 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Normand, Edward) (Entered: 03/29/2024) |
| 04/01/2024 | 663 | ☐ 243.7 KB | MOTION by Defendant The Trustees of the University of Pennsylvania to Enter Proposed Consent Order Regarding Plaintiffs' Motion to Challenge Certain Confidential and Attorneys' Eyes Only Designations (Joint)<br><br>(Attachments: # 1 Exhibit 1)(Gringer, David) (Entered: 04/01/2024) |
| 04/01/2024 | 664 | | SEALED RESPONSE by Cornell University, Georgetown University to SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *TO CHALLENGE CERTAIN IMPROPER CONFIDENTIAL AND ATTORNEYS' EYES ONLY D 652 (Georgetown and Cornell's Opposition to Plaintiffs' Motion to Challenge Certain Confidentiality Designations) (Attachments: # 1 Declaration of Daniel T. Fenske, # 2 Exhibit 1 to Fenske Declaration, # 3 Exhibit 2 to Fenske Declaration, # 4 Exhibit 3 to Fenske Declaration, # 5 Exhibit 4 to Fenske Declaration, # 6 Exhibit 5 to Fenske Declaration, # 7 Exhibit 6 to Fenske Declaration, # 8 Declaration of Norman Armstrong, # 9 Exhibit A to Armstrong Declaration, # 10 Exhibit B to Armstrong Declaration, # 11 Exhibit C to Armstrong Declaration)(Miller, Britt) (Entered: 04/01/2024)* |
| 04/01/2024 | 665 | | SEALED MOTION by Defendants Cornell University, Georgetown University *to Seal Portions of Their Opposition to Plaintiffs' Motion to Challenge Certain Confidentiality Designations, and Certain Accompanying Exhibits* (Attachments: # 1 Opposition to Plaintiffs' Motion to Challenge Certain Confidentiality Designations (Redacted)) (Miller, Britt) (Entered: 04/01/2024) |
| 04/02/2024 | 666 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by plaintiffs and Trustees of Univ. of Pennsylvania for entry of consent order 663 is granted. However, counsel appear to have neglected to provide a Word version of the proposed order to Judge Kennelly's proposed order e-mail address for signature. They are to do so promptly. Motion by defendants Cornell University and Georgetown University to file under seal 665 is granted. A complete version of the filing including all exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. (mk) (Entered: 04/02/2024) |
| 04/02/2024 | 667 | ☐ 147.3 KB | CONSENT ORDER REGARDING PLAINTIFFS' MOTION TO CHALLENGE CERTAIN CONFIDENTIAL AND ATTORNEYS' EYES ONLY DESIGNATIONS BY DEFENDANTS CORNELL, |

| | | | |
|---|---|---|---|
| | | | GEORGETOWN, AND PENN (ECF 652), signed by the Honorable Matthew F. Kennelly on 4/2/2024. (mk) (Entered: 04/02/2024) |
| 04/03/2024 | 668 | ☐ 95.0 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 04/03/2024) |
| 04/03/2024 | 669 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to SEALED MOTION by Defendants Cornell University, Georgetown University, The Trustees of the University of Pennsylvania */ Motion to Seal Portions of Plaintiffs' Motion Challenging Certain Confidentiality Designations and the Materials Attached T 658* (Normand, Edward) (Entered: 04/03/2024) |
| 04/08/2024 | 670 | ☐ 95.2 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 04/08/2024) |
| 04/08/2024 | 671 | | SEALED REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to seal *THEIR MOTION TO CHALLENGE CERTAIN IMPROPER CONFIDENTIAL AND ATTORNEYS 651* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Normand, Edward) (Entered: 04/08/2024) |
| 04/15/2024 | 672 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for April 18, 2024 at 10:00 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID 23089172816##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 04/15/2024) |
| 04/15/2024 | 673 | | SEALED MOTION by Defendants Cornell University, Georgetown University *(Georgetown and Cornell's Motion to Seal Portions of Plaintiffs' Reply in Support of its Motion Challenging Certain Confidentiality Designations and Accompanying Exhibits)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Miller, Britt) (Entered: 04/15/2024) |

| 04/16/2024 | 674 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion 673 to seal portions of plaintiffs' reply 671 is granted. The Clerk is directed to place docket entry 671 under seal. Plaintiffs are directed to promptly file a public record version of the reply that redacts the material referenced in defendants' motion to seal. The Court reserves the right to vacate this ruling once it rules on the pending motion challenging confidentiality designations. Mailed notice. (mma, ) (Entered: 04/16/2024) |
| --- | --- | --- | --- |
| 04/16/2024 | 675 | ☐ 3.0 MB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to reply,, 671 *[Redacted]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Normand, Edward) (Entered: 04/16/2024) |
| 04/18/2024 | 676 | ☐ 4.6 MB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 4/18/2024. Oral argument held regarding the plaintiff's motion to challenge confidentiality. Oral ruling made on the plaintiff's motion. Plaintiff's motion to challenge confidentiality and attorneys' eyes designations 652 is denied for the reasons stated on the record. The deadline for the opening expert reports on the party who has the burden of proof is extended to 5/14/2024. The opposition to expert reports deadline is moved to 7/26/2024. Deadline for rebuttal expert reports is extended to 10/7/2024. The case is set for a video status hearing on 6/18/2024 at 1:00 p.m. The Court will send out a video conference invitation to counsel a few days before the hearing. The parties are directed to file a joint status report by 6/11/2024. Mailed notice. (mma, ) (Entered: 04/18/2024) |
| 04/24/2024 | 677 | ☐ 111.3 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file excess pages *in a brief in support of a Motion for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees* (Schwartz, Richard) (Entered: 04/24/2024) |
| 04/25/2024 | 678 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file a 25-page memorandum 677 is granted. (mk) (Entered: 04/25/2024) |
| 04/29/2024 | 679 | ☐ 1.7 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for attorney fees - *Motion and Memorandum of Law In Support of Settlement Class Counsel's Motion for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees* (Attachments: # 1 Joint Declaration, # 2 Ex. 1 to Joint Decl., # 3 Ex. 2 to Joint Decl., # 4 Ex. 3 to Joint Decl.)(Schwartz, Richard) (Entered: 04/29/2024) |

| 05/02/2024 | 680 106.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron WilliamsTO MODIFY SPECIAL PROTECTIVE ORDER REGARDING OBJECTING STUDENTS (ECF 657)<br><br>(Normand, Edward) (Entered: 05/02/2024) |
|---|---|---|
| 05/05/2024 | 681 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion 680 to modify the special protective order (dkt. no. 657), amending Paragraph 2(c)(2) to allow Plaintiffs to substitute a second paralegal in place of one attorney, is granted. (mk) (Entered: 05/05/2024) |
| 05/08/2024 | 682 475.8 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to unseal document *Declaration of Ted Tatos (ECF 611-04)*<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Normand, Edward) (Entered: 05/08/2024) |
| 05/09/2024 | 683 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to unseal the declaration of Ted Tatos is granted 682 based on the consent order previously entered by the Court 667 stating that defendant University of Pennsylvania will not oppose a motion to unseal the declaration. The Clerk is hereby directed to unseal docket entry 611-4. Mailed notice. (mma, ) (Entered: 05/09/2024) |
| 05/14/2024 | 684 110.8 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Noteware, Ellen) (Entered: 05/14/2024) |
| 05/14/2024 | 685 | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *: Plaintiffs' Motion And Memorandum Of Law In Support Of Plaintiffs' Motion For Leave To Reopen The 30(b)(6) Deposition Of Defendant MIT And To Compel MIT To Provide A Designee Knowledgeable About Certain Limited Topics* (Attachments: # 1 Plaintiffs' Statement Of Compliance With Local Rule 37.2, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25)(Noteware, Ellen) (Entered: 05/14/2024) |
| 05/15/2024 | 686 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs have filed under seal a motion to compel relating to defendant Massachusetts Institute of Technology. Plaintiffs are directed to promptly file in the public record a redacted version of the motion. Any objection to the motion is to be filed by 5/22/2024. A video hearing on |

| | | | |
|---|---|---|---|
| | | | the motion is set for 5/24/2024 at 9:30 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the hearing. By no later than 5/20/2024, a written point-by-point justification for filing the motion under seal is to be filed, by whatever party or parties contends that all or part of the motion is properly filed under seal. Unless this is done, the Court will direct the unsealing of the motion. (mk) (Entered: 05/15/2024) |
| 05/16/2024 | [687](#) | 136.8 KB | Joint Letter Requesting Clarification by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Joint Letter by Plaintiffs and Defendant MIT Requesting Clarification of the Court's Minute Entry (ECF No. 686)* (Schwartz, Richard) (Entered: 05/16/2024) |
| 05/17/2024 | [688](#) | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The parties have requested clarification of the Court's order requiring the filing of a redacted version of plaintiffs' motion to compel regarding MIT pending determination of whether and to what extent the motion may be maintained under seal (it has been provisionally filed under seal). The Court sees no need to clarify the order; it is clear on its face. A redacted version is to be filed now, so that the public is aware of the contents of the motion that have not been designated as confidential under the protective order(s), even if a revised redacted version may have to be filed later after the Court adjudicates the extent to which the motion may be sealed. (mk) (Entered: 05/17/2024) |
| 05/17/2024 | [689](#) | 697.0 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel - *Redacted Public Version of Docket No. 685 - Plaintiffs' Motion for Leave to Reopen the 30(b)(6) Deposition of Defendant MIT and to Compel MIT to Provide A Knowledgeable Designee (redactions applied pursuant to Defendant MIT's asserted confidentiality designations)* <br><br>(Attachments: # [1](#) Plaintiffs' Statement Of Compliance With Local Rule 37.2, # [2](#) Exhibits 1-25 (all exhibits filed under seal at the request of Defendant MIT))(Schwartz, Richard) (Entered: 05/17/2024) |
| 05/20/2024 | [690](#) | 3.5 MB | MOTION by Defendant Massachusetts Institute of Technology to seal *Portions of Plaintiffs' Motion to Compel and Certain Accompanying Exhibits* <br><br>(Attachments: # [1](#) Redacted Plaintiffs' Motion, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Exhibit 14, # [16](#) Exhibit 15, # [17](#) Exhibit 16, # [18](#) Exhibit 17, # [19](#) Exhibit 18, # [20](#) Exhibit 19, # [21](#) Exhibit 20, # [22](#) Exhibit 21, # [23](#) Exhibit 22, # [24](#) Exhibit 23, # [25](#) Exhibit 24, # [26](#) Exhibit 25)(Rybnicek, Jan) (Entered: 05/20/2024) |
| 05/20/2024 | [691](#) | 623.6 KB | STATEMENT of objection by Lucas Martin. (Exhibits, Envelope postmarked 05/13/2024) (Received by mail in the Clerk's Office on |

| | | | |
|---|---|---|---|
| | | | 05/20/2024.) (daj, ) (Entered: 05/21/2024) |
| 05/21/2024 | 692 | ☐ 75.1 KB | REQUEST to be excluded by Kylee L. Kazenski. (Envelope postmark illegible) (Received by mail in the Clerk's Office on 05/21/2024.) (daj, ) (Entered: 05/21/2024) |
| 05/22/2024 | 693 | | SEALED RESPONSE by Massachusetts Institute of Technology to SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *: Plaintiffs' Motion And Memorandum Of Law In Support Of Plaintiffs&# 685 , MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel - Redacted Public Version of Docket No. 685 - Plaintiffs' Motion f 689* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Rybnicek, Jan) (Entered: 05/22/2024) |
| 05/22/2024 | 694 | ☐ 10.6 MB | RESPONSE by Massachusetts Institute of Technology in Opposition to SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *: Plaintiffs' Motion And Memorandum Of Law In Support Of Plaintiffs&# 685 , MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to compel - Redacted Public Version of Docket No. 685 - Plaintiffs' Motion f 689 Redacted Public Version of Docket No. 693* (Attachments: # 1 Exhibit 1 (Filed Under Seal), # 2 Exhibit 2 (Filed Under Seal), # 3 Exhibit 3 (Filed Under Seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Rybnicek, Jan) (Entered: 05/22/2024) |
| 05/22/2024 | 695 | ☐ 161.4 KB | MOTION by Defendant Massachusetts Institute of Technology to seal *Portions of MIT's Opposition to Plaintiffs' Motion to Compel and Certain Accompanying Exhibits*<br><br>(Rybnicek, Jan) (Entered: 05/22/2024) |
| 05/22/2024 | 696 | ☐ 102.4 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING UNDER SEAL* (Normand, Edward) (Entered: 05/22/2024) |
| 05/22/2024 | 697 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Defendant Massachusetts Institute of Technology to seal *Portions of Plaintiffs' Motion to Compel and Certain Accompanying Exhibits*<br><br>690 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Normand, Edward) (Entered: 05/22/2024) |
| 05/23/2024 | 698 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for May 24, 2024 at 9:30 a.m. Members of the |

| | | | |
|---|---|---|---|
| | | | public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23158747661##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 05/23/2024) |
| 05/23/2024 | 699 | ☐ 143.1 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file *Reply in Response to Defendant MITs Opposition to Plaintiffs' Motion (ECF No. 685) to Reopen the 30(b)(6) Deposition of Defendant MIT and to Compel MIT to Provide a Knowledgeable Designee* (Schwartz, Richard) (Entered: 05/23/2024) |
| 05/23/2024 | 700 | | SEALED REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *: Plaintiffs' Motion And Memorandum Of Law In Support Of Plaintiffs&#* 685 - PROPOSED Reply Memorandum in Support of Plaintiffs' Motion to Compel MIT to Reopen Its 30(b)(6) Deposition for Limited Purposes (Attachments: # 1 Exhibit 26, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32, # 8 Exhibit 33)(Schwartz, Richard) (Entered: 05/23/2024)* |
| 05/24/2024 | 701 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 5/24/2024. Oral argument heard regarding plaintiffs' motion for leave to reopen 30(b)(6) deposition of defendant MIT and to compel 685 689 . Plaintiffs' motion to compel 685 689 is granted to the extent stated on the record. In particular plaintiff may reopen the Schmill deposition or the 30(b)(6) deposition (but not both) for an additional 60 minutes. This is to take place within two weeks of 5/27/2024. The status hearing set for 6/18/2024 at 1:00 p.m. will be in-person 676 . The hearing will be held in Courtroom 2103. Mailed notice. (mma, ) (Entered: 05/24/2024) |
| 05/28/2024 | 702 | ☐ 33.6 KB | NOTICE by John C Kocoras of Change of Address (Kocoras, John) (Entered: 05/28/2024) |
| 05/28/2024 | 703 | ☐ 15.8 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williamsfor Final Approval of Proposed Settlements and Approval of Settlement Class Counsel's Motion for Service Awards, Reimbursement of Expenses, and Attorneys' |

| | | | |
|---|---|---|---|
| | | | Fees<br><br>(Attachments: # <u>1</u> Memorandum of Law, # <u>2</u> Declaration of Edward Normand, # <u>3</u> Ex. 1 to Normand Decl., # <u>4</u> Ex. 2 to Normand Declaration, # <u>5</u> Ex. 3 to Normand Decl., # <u>6</u> Ex. 4 to Normand Decl., # <u>7</u> Declaration of Steven Weisbrot, # <u>8</u> Ex. A to Weisbrot Decl., # <u>9</u> Ex. B to Weisbrot Decl., # <u>10</u> Ex. C to Weisbrot Decl., # <u>11</u> Ex. D. to Weisbrot Decl., # <u>12</u> Ex. E to Weisbrot Decl., # <u>13</u> Ex. F to Weisbrot Decl., # <u>14</u> Ex. G to Weisbrot Decl., # <u>15</u> Ex. H to Weisbrot Decl.)(Schwartz, Richard) (Entered: 05/28/2024) |
| 05/30/2024 | <u>704</u> | 19.1 KB | NOTICE by Jordan M Blain of Change of Address (Blain, Jordan) (Entered: 05/30/2024) |
| 05/30/2024 | <u>705</u> | 149.5 KB | NOTICE by Amy Lynn Van Gelder of Change of Address (Van Gelder, Amy) (Entered: 05/30/2024) |
| 06/03/2024 | <u>706</u> | 4.6 MB | MOTION by Defendant Massachusetts Institute of Technology to seal *Portions of Plaintiffs' May 22 Opposition, May 23 Reply Memo, and Certain Accompanying Exhibits*<br><br>(Attachments: # <u>1</u> Plaintiffs' May 22 Opposition (Redacted), # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Plaintiffs' May 23 Reply Memo (Redacted), # <u>7</u> Exhibit 26, # <u>8</u> Exhibit 27, # <u>9</u> Exhibit 28, # <u>10</u> Exhibit 29, # <u>11</u> Exhibit 30, # <u>12</u> Exhibit 31, # <u>13</u> Exhibit 32, # <u>14</u> Exhibit 33)(Rybnicek, Jan) (Entered: 06/03/2024) |
| 06/04/2024 | <u>707</u> | 106.1 KB | NOTICE by Edward J Normand of Change of Address (Normand, Edward) (Entered: 06/04/2024) |
| 06/05/2024 | <u>708</u> | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendant MIT's motion to maintain portions of certain filings under seal <u>706</u> is granted. In making this determination the Court places significant weight on the fact that the filings concerned a discovery dispute, not the merits of the case, and the fact that discovery typically is not conducted in the public record. The Court's ruling likely would be different if the filings in question were merits-related. Redacted versions of the filings are to be promptly filed in the public record. (mk) (Entered: 06/05/2024) |
| 06/05/2024 | <u>709</u> | 20.4 KB | NOTICE by Laura Bernescu of Change of Address (Bernescu, Laura) (Entered: 06/05/2024) |
| 06/06/2024 | <u>710</u> | 270.6 KB | MOTION by Attorney Thomas E. La Voy to withdraw as attorney for University of Chicago. No party information provided<br><br>(Rubin, Michael) (Entered: 06/06/2024) |
| 06/07/2024 | <u>711</u> | 346.2 KB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams - *Redacted Public Version of Docket No. 697 (Plaintiffs' Response to MIT Motion to Seal)* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Schwartz, Richard) (Entered: 06/07/2024) |

| 06/07/2024 | 712 | 4.3 MB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams - *Redacted Public Version of Docket No. 700 (Plaintiffs' Reply Memorandum in Support of Motion to Compel)* (Attachments: # 1 Exhibit 26, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32, # 8 Exhibit 33)(Schwartz, Richard) (Entered: 06/07/2024) |
| --- | --- | --- | --- |
| 06/07/2024 | 713 | 4.2 MB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Thomas E. La Voy is granted 710 . (mk) (Entered: 06/07/2024) |
| 06/11/2024 | 714 | 597.7 KB | STATUS Report - *June 11, 2024 Joint Status Report* - by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Attachments: # 1 Exhibit 1)(Schwartz, Richard) (Entered: 06/11/2024) |
| 06/12/2024 | 715 | 88.3 KB | MOTION by Attorney STEVEN MAGNUSSON to withdraw as attorney for Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams. No party information provided<br><br>(Copeland, David) (Entered: 06/12/2024) |
| 06/12/2024 | 716 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the order entered on 5/24/2024 701 , the status hearing set for 6/18/2024 at 1:00 p.m. will be in-person. The hearing will be held in Courtroom 2103. Counsel of record will receive an email cancelling the video invitation. Mailed notice. (mma, ) (Entered: 06/12/2024) |
| 06/13/2024 | 717 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of Steven Magnusson as attorney for plaintiffs is granted 715 . (mk) (Entered: 06/13/2024) |
| 06/14/2024 | 718 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the time for the in-person status hearing set for 6/18/2024 is advanced to 12:45 PM. Counsel should be prepared to discuss the issues regarding sealing discussed in the joint status report. (mk) (Entered: 06/14/2024) |
| 06/17/2024 | 719 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This case is set for an in-person status hearing on 6/18/2024 at 12:45 p.m. 718 . The Court advises that counsel who cannot attend the 6/18/2024 status hearing but wish to listen may do so via telephone by calling 650-479-3207, access code 980-394-33. No person listening in by telephone will be permitted to speak; the call-in option is for listening only. An in-person appearance will be required for any attorney or other person who wishes to be heard. Mailed notice (mma, ) (Entered: 06/17/2024) |
| 06/18/2024 | 720 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 6/18/2024. Defendants' expert report deadline is |

| | | | |
|---|---|---|---|
| | | | extended by agreement to 8/7/2024. Discussion held regarding sealed findings on merits related filings (including class certification; summary judgment; and Daubert filings). The parties are to continue meet and confer regarding a process for addressing information on materials filed under seal. A joint status report with an agreed upon process or separate proposals if the parties cannot agree in good faith is to be filed by 7/16/2024. Video status hearing is set for 7/31/2024 at 1:15 PM. The Court will send out the video invitation to counsel a few days before the hearing. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. Mailed notice. (mma, ) (Entered: 06/18/2024) |
| 07/09/2024 | 721 | 918.5 KB | SETTLEMENT CLASS COUNSEL'S NOTICE OF SUPPLEMENTAL AUTHORITY AND SUPPLEMENTAL MEMORANDUM OF LAW SUPPORTING THEIR MOTION FOR SERVICE AWARDS, REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES IN LIGHT OF RECENT AUTHORITY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *[ECF 679]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Normand, Edward) (Entered: 07/09/2024) |
| 07/16/2024 | 722 | 1.7 MB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams <br><br> (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Normand, Edward) (Entered: 07/16/2024) |
| 07/19/2024 | 723 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: This case is set for an in-person fairness hearing on 7/19/2024 at 1:00 p.m. 718 . The Court advises that counsel who cannot attend the 7/19/2024 fairness hearing but wish to listen may do so via telephone by calling 650-479-3207, access code 980-394-33. No person listening in by telephone will be permitted to speak; the call-in option is for listening only. An in-person appearance will be required for any attorney or other person who wishes to be heard. Mailed notice. (mma, ) (Entered: 07/19/2024) |
| 07/19/2024 | 724 | 328.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22261865. <br><br> (Hogue, J. Frank) (Entered: 07/19/2024) |
| 07/19/2024 | 725 | 196.7 KB | ATTORNEY Appearance for Defendant Vanderbilt University by Matthew R Devine (Devine, Matthew) (Entered: 07/19/2024) |
| 07/19/2024 | 727 | 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person fairness hearing held on 7/19/2024. Motion by J. Frank Hogue to appear pro hac vice is granted 724 . Oral ruling made granting motion for final approval of proposed settlements and approval of settlement class counsel's motion for service awards for the class representatives, reimbursement of expenses, and attorneys' fees 679 703 . The parties are directed to send an amended proposed settlement approval order to |

| | | | |
|---|---|---|---|
| | | | Judge Kennelly's proposed order e-mail address. Oral ruling made regarding disputed issue on process for sealed findings as set out in joint status report. The parties are to send a revised draft order consistent with the Court's rulings to Judge Kennelly's proposed order email address. The parties are directed to file a joint status report by 9/16/2024. Video status hearing is set for 9/23/2024 at 2:00 p.m. The Clerk will send out the video conference invitation to counsel a few days before the hearing date. Mailed notice. (mma, ) (Entered: 07/22/2024) |
| 07/20/2024 | 726 | ☐ 206.1 KB | ORDER GRANTING FINAL JUDGMENT AND ORDER OF DISMISSAL, APPROVING SETTLEMENTS WITH DEFENDANTS BROWN UNIVERSITY, UNIVERSITY OF CHICAGO, THE TRUSTEES COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, NORTHWESTERN UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, AND YALE UNIVERSITY, AND GRANTING SETTLEMENT CLASS COUNSEL'S NOTICE OF SUPPLEMENTAL AUTHORITY AND SUPPLEMENTAL MEMORANDUM OF LAW SUPPORTING THEIR MOTION FOR SERVICE AWARDS, REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES IN LIGHT OF RECENT AUTHORITY, signed by the Honorable Matthew F. Kennelly on 7/20/2024. (mk)(Kennelly, Matthew) (Entered: 07/20/2024) |
| 07/22/2024 | 728 | ☐ 73.9 KB | ATTORNEY Appearance for Defendant Vanderbilt University by J. Frank Hogue (Hogue, J. Frank) (Entered: 07/22/2024) |
| 07/24/2024 | 729 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The video status hearing set for 7/31/2024 720 is vacated. Mailed notice. (mma, ) (Entered: 07/24/2024) |
| 07/24/2024 | 730 | ☐ 109.9 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams BY PLAINTIFFS REGARDING AMENDED SPECIAL PROTECTIVE ORDER (ECF 657) *[UNOPPOSED]*<br><br>(Normand, Edward) (Entered: 07/24/2024) |
| 07/25/2024 | 731 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion by plaintiffs regarding amended special protective order 730 is granted. (mk) (Entered: 07/25/2024) |
| 08/19/2024 | 732 | ☐ 65.0 KB | ATTORNEY Appearance for Plaintiff Lucas Martin by Agatha M Cole (Cole, Agatha) (Entered: 08/19/2024) |
| 08/19/2024 | 733 | ☐ 90.9 KB | MOTION by Plaintiff Lucas Martin to alter judgment */ MOTION TO RECONSIDER, CLARIFY, ALTER, OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59 AND 60*<br><br>(Cole, Agatha) (Entered: 08/19/2024) |

| 08/20/2024 | [734](#) | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The motion to reconsider (etc.) filed by class member Lucas Martin [733](#) is denied. First, Mr. Martin had a full and fair opportunity to be heard, both in writing and orally. Second, the settlement approval hearing was available for remote participants to listen in so that they could hear the presentation of the motion for approval of the settlement and the Court's ruling. Third, the Court fully considered Mr. Martin's objection and addressed it on the record during the hearing. A transcript may be obtained by Mr. Martin if he wishes. The Court sees nothing in Mr. Martin's motion to reconsider (etc.) that warrants reopening the matter at this time. (mk) (Entered: 08/20/2024) |
| 08/26/2024 | [735](#) | ☐ 66.0 KB | TRANSCRIPT OF PROCEEDINGS held on June 18, 2024 before the Honorable Matthew F. Kennelly. Order Number: 49091. Court Reporter Contact Information: Carolyn Cox, carolyn_cox@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/16/2024. Redacted Transcript Deadline set for 9/26/2024. Release of Transcript Restriction set for 11/25/2024. (Cox, Carolyn) (Entered: 08/26/2024) |
| 08/28/2024 | [736](#) | ☐ 179.6 KB | **AGREED** ORDER GOVERNING DISCLOSURE IN MERITS-RELATED MOTION PRACTICE OF MATERIAL DESIGNATED UNDER THE SECOND AMENDED CONFIDENTIALITY ORDER AS CONFIDENTIAL OR AEO, signed by the Honorable Matthew F. Kennelly on 8/28/2024. (mk) (Entered: 08/28/2024) |
| 09/16/2024 | [737](#) | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for September 23, 2024 at 2:00 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23134983942##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 09/16/2024) |
| 09/16/2024 | [738](#) | ☐ 125.6 KB | STATUS Report by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Normand, Edward) (Entered: 09/16/2024) |

| 09/17/2024 | 739 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' joint sttaus report, the video status hearing set for 9/23/2024 is vacated and reset to 10/28/2024 at 1:15 PM. The Clerk will send out the video conference invitation to counsel a few days before the hearing date. The parties are directed to file a joint status report on 10/21/2024 but may submit their proposed class certification/Daubert page limits before that once they are ready to do so. (mk) (Entered: 09/17/2024) |
| --- | --- | --- | --- |
| 10/17/2024 | 740 | ☐ 1.9 MB | NOTICE by Jan Rybnicek of Change of Address *Change of Firm Name* (Rybnicek, Jan) (Entered: 10/17/2024) |
| 10/21/2024 | 741 | ☐ 198.2 KB | STATUS Report *(Joint)* by Massachusetts Institute of Technology (Mahr, Eric) (Entered: 10/21/2024) |
| 10/22/2024 | 742 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' joint status report, the video status hearing set for 10/28/2024 is vacated and reset to 11/26/2024 at 1:15 PM. Judge Kennelly's courtroom deputy clerk will send out the video conference invitation to counsel a few days before the hearing date. The parties are directed to file a joint status report on 11/19/2024 that must include proposed class certification/Daubert page limits. (mk) (Entered: 10/22/2024) |
| 11/19/2024 | 743 | ☐ 228.2 KB | STATUS Report *(Joint)* by Massachusetts Institute of Technology (Rybnicek, Jan) (Entered: 11/19/2024) |
| 11/20/2024 | 744 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for November 26, 2024, at 1:15 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23107803982##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 11/20/2024) |

| 11/20/2024 | 745 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The proposed page limits for Daubert and class certification motions is approved (Daubert: 25 pages per side in the aggregate for opening briefs, 25 pages per side in the aggregate for opposition briefs, 15 pages per side in the aggregate for reply briefs; Class certification: 50 pages for plaintiffs' opening brief; 60 pages in the aggregate for defendants' response; 35 pages for plaintiffs' reply). The Court respectfully overrules the request for a further extension of the class certification/Daubert briefing schedule. The video status hearing set for 11/26/2024 is vacated and reset to 1/24/2025 at 1:00 PM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the 1/24/2025 hearing. (mk) (Entered: 11/20/2024) |
| --- | --- | --- | --- |
| 12/03/2024 | 746 | 136.1 KB | Joint Motion to Revise Certain Briefing Deadlines and for Clarification of the Court's November 20 Order (ECF 745) by University of Notre Dame du Lac (Heins, Matthew) (Entered: 12/03/2024) |
| 12/04/2024 | 747 | 4.9 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion to revise deadlines and for clarification 746 is granted in part to the following extent given the parties' commitment that the overall end date for the briefing schedule will not be moved. Class certification and Daubert motions are due by 12/16/2024 as previously ordered; Daubert oppositions are due 1/24/2025; class certification oppositions are due 1/31/2025; Daubert replies are due 2/25/2025; and class certification replies are due 3/7/2025. Regarding page limits, the Court understands what counsel are saying regarding "the magnitude of the case," but it is not persuaded that a total of 320 pages of Daubert briefing (60 + 60 + 40, times 2), in addition to a total of 145 pages for class certification briefing, is either needed or appropriate even given the number of experts on each side. The Court expands the overall Daubert page limits to 35 pages per side in the aggregate for opening briefs, 35 in the aggregate for opposition briefs, and 20 pages in the aggregate for reply briefs. That amounts to 180 pages of Daubert briefing in total (in addition to the 145 pages of class certification briefing), which is more than enough in the Court's view. The Court notes, in this regard, that 320 pages is likely several multiples of what the parties will get on appeal. No further motions to expand the page limits will be entertained. (mk) (Entered: 12/04/2024) |
| 12/13/2024 | 748 | 5.2 KB | MOTION by Attorney William J. McElhaney III to withdraw as attorney for Georgetown University. No party information provided (Mcelhaney, William) (Entered: 12/13/2024) |
| 12/14/2024 | 749 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney William Mcelhaney is granted 748 . (mk) (Entered: 12/14/2024) |
| 12/16/2024 | 750 | 495.6 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsTo EXCLUDE THE OPINIONS OF EXPERT B.T. LONG |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Memorandum of Law)(Normand, Edward) (Entered: 12/16/2024) |
| 12/16/2024 | 751 | ☐ 397.5 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams TO EXCLUDE THE OPINIONS OF EXPERT PETER AMMON <br><br> (Attachments: # 1 Memorandum of Law)(Normand, Edward) (Entered: 12/16/2024) |
| 12/16/2024 | 🔒 752 | ☐ 166.1 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsFOR CLASS CERTIFICATION <br><br> (Attachments: # 1 Sealed Memorandum of Law in Support of Motion for Class Certification (Redacted))(Normand, Edward) Docket Text Modified by Clerk's Office. (Entered: 12/16/2024) |
| 12/16/2024 | 🔒 753 | ☐ 95.3 MB | DECLARATION of Edward Normand regarding motion for miscellaneous relief, 751 , motion for miscellaneous relief, 750 , motion for miscellaneous relief, 752 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Sealed Exhibit 61, # 62 Exhibit 62, # 63 Sealed Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Sealed Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75)(Normand, Edward) Docket Text Modified by Clerk's Office. (Entered: 12/16/2024) |
| 12/16/2024 | 754 | | SEALED DOCUMENT by Defendant The Trustees of the University of Pennsylvania *Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora* (Attachments: # 1 Appendix, # 2 Declaration of David Gringer in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 |

| | | | |
|---|---|---|---|
| | | | Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42)(Gringer, David) (Entered: 12/16/2024) |
| 12/16/2024 | 🔒 755 | ☐ 61.6 MB | MOTION by Defendant The Trustees of the University of Pennsylvania Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora

(Attachments: # 1 Appendix, # 2 Declaration of David Gringer in Support, # 3 Sealed Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42)(Gringer, David) Docket Text Modified by Clerk's Office. (Entered: 12/17/2024) |
| 12/17/2024 | 🔒 756 | ☐ 41.5 MB | EXHIBIT by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams regarding declaration,,,,,,, 753 (Attachments: # 1 Exhibit 77, # 2 Exhibit 78, # 3 Exhibit 79, # 4 Exhibit 80, # 5 Exhibit 81, # 6 Exhibit 82, # 7 Exhibit 83, # 8 Exhibit 84, # 9 Exhibit 85, # 10 Exhibit 86, # 11 Exhibit 87, # 12 Exhibit 88, # 13 Exhibit 89, # 14 Exhibit 90, # 15 Exhibit 91, # 16 Exhibit 92, # 17 Exhibit 93, # 18 Exhibit 94, # 19 Exhibit 95, # 20 Exhibit 96, # 21 Exhibit 97, # 22 Exhibit 98, # 23 Exhibit 99, # 24 Exhibit 100, # 25 Exhibit 101, # 26 Exhibit 102, # 27 Exhibit 103, # 28 Exhibit 104, # 29 Exhibit 105, # 30 Exhibit 106, # 31 Exhibit 107, # 32 Sealed Exhibit 108, # 33 Exhibit 109, # 34 Exhibit 110, # 35 Exhibit 111, # 36 Exhibit 112, # 37 Exhibit 113, # 38 Exhibit 114, # 39 Exhibit 115, # 40 Exhibit 116, # 41 Exhibit 117, # 42 Exhibit 118, # 43 Exhibit 119, # 44 Exhibit 120, # 45 Exhibit 122, # 46 Exhibit 123)(Normand, Edward) Docket Text Modified by Clerk's Office. (Entered: 12/17/2024) |
| 12/17/2024 | 🔏 757 | | SEALED MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams *FOR CLASS CERTIFICATION* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 6, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 11, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 17, # 13 Exhibit 19, # 14 Exhibit 22, # 15 Exhibit 23, # 16 Exhibit 28, # 17 Exhibit 29, # 18 Exhibit 30, # 19 Exhibit 31, # 20 Exhibit 32, # 21 Exhibit 36, # 22 Exhibit 37, # 23 Exhibit 47, # 24 Exhibit 49, # 25 Exhibit 50, # 26 Exhibit 51, # 27 Exhibit 53, # 28 Exhibit 54, # 29 Exhibit 55, # 30 Exhibit 56, # 31 Exhibit 59, # 32 Exhibit 60, # 33 |

| | | | |
|---|---|---|---|
| | | | Exhibit 61, # [34](#) Exhibit 64, # [35](#) Exhibit 65, # [36](#) Exhibit 67, # [37](#) Exhibit 69, # [38](#) Exhibit 71, # [39](#) Exhibit 74, # [40](#) Exhibit 85, # [41](#) Exhibit 86, # [42](#) Exhibit 87, # [43](#) Exhibit 88, # [44](#) Exhibit 94, # [45](#) Exhibit 97, # [46](#) Exhibit 100, # [47](#) Exhibit 101, # [48](#) Exhibit 108, # [49](#) Exhibit 110, # [50](#) Exhibit 111, # [51](#) Exhibit 114, # [52](#) Exhibit 115, # [53](#) Exhibit 119, # [54](#) Exhibit 120, # [55](#) Exhibit 121)(Normand, Edward) (Entered: 12/17/2024) |
| 12/17/2024 | [758](#) | | SEALED DOCUMENT - Claim Form (jxm, ) (Entered: 12/18/2024) |
| 12/19/2024 | [759](#) | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: A claim form from a class member named Traci Tillman has been filed with the Clerk. The Court has placed the claim form under seal. The Court does not know whether the claimant also submitted the claim form to the claims administrator. If not, then the parties should so advise the Court, and the Court will make the sealed document available to plaintiffs' counsel to transmit to the administrator. (mk) (Entered: 12/19/2024) |
| 12/19/2024 | [760](#) | ☐ 2.9 MB | MEMORANDUM *IN SUPPORT OF CLASS CERTIFICATION [CORRECTED] [REDACTED]* (Attachments: # [1](#) Exhibit Exhibit 61 (Corrected), # [2](#) Exhibit Exhibit 63 (Corrected), # [3](#) Exhibit Exhibit 71 (Corrected), # [4](#) Exhibit Exhibit 108 (Corrected))(Normand, Edward) (Entered: 12/19/2024) |
| 12/19/2024 | [761](#) | ☐ 189.9 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams to seal *[752-2], [753-61], [753-63], [753-71], and [756-32]*<br><br>(Normand, Edward) (Entered: 12/19/2024) |
| 12/20/2024 | [762](#) | ☐ 140.1 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams to seal *[753-67]*<br><br>(Normand, Edward) (Entered: 12/20/2024) |
| 12/20/2024 | [763](#) | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court is somewhat confused by the two motions to file under seal filed by plaintiffs yesterday and today. Are plaintiffs asking the Court to affirm their provisional filing under seal of the items in question? Or are plaintiffs asking the Court to place under seal something they have filed in the public record? Or is it something else? Plaintiffs are directed to promptly file a single document that clarifies this. (mk) (Entered: 12/20/2024) |
| 12/20/2024 | [764](#) | ☐ 168.1 KB | NOTICE CLARIFYING PLAINTIFFS MOTIONS TO SEAL by Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams (Normand, Edward) (Entered: 12/20/2024) |
| 12/20/2024 | [765](#) | ☐ 4.7 MB | MOTION by Defendant The Trustees of the University of Pennsylvania to seal *Portions of Exhibit 1 to Their Daubert Motion* [755](#)<br><br>(Attachments: # [1](#) Exhibit 1)(Gringer, David) (Entered: 12/20/2024) |

| 12/23/2024 | 766 4.5 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: The motions by plaintiffs 761 seal 762 and by defendant University of Pennsylvania 765 to file certain items under seal are all granted. The Court understands from the parties' submissions that the materials have been placed under seal, and they should be maintained that way by the Clerk. Redacted versions are to be filed in the public record. All parties are advised that upon the completion of class certification and Daubert briefing, the complete (i.e. unredacted) versions of the parties submissions are to be provided to Judge Kennelly's chambers on a USB drive with each exhibit bookmarked within the PDF of the docket item. (mk) (Entered: 12/23/2024) |
| 12/27/2024 | 767 141.6 KB | ☐ | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/27/2024: Mailed notice. (tg, ) (Entered: 12/27/2024) |
| 12/30/2024 | 768 117.4 KB | ☐ | NOTICE by Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams re text entry, 759 *Notice to the Court Regarding the Minute Entry Concerning Claim Form Submitted to the Court* (Schwartz, Richard) (Entered: 12/30/2024) |
| 01/03/2025 | 769 110.6 KB | ☐ | MOTION by Attorney Christopher N. Thatch to withdraw as attorney for Emory University. No party information provided<br><br>(Thatch, Christopher) (Entered: 01/03/2025) |
| 01/04/2025 | 770 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Christopher N. Thatch is granted 769 . (mk) (Entered: 01/04/2025) |
| 01/10/2025 | 771 1.1 MB | ☐ | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsMOTION TO TRANSFER FUNDS TO PAY NOTICE AND CLAIMS ADMINISTRATION INVOICES<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Schwartz, Richard) (Entered: 01/10/2025) |

| 01/11/2025 | 772 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to transfer funds 771 is to be filed by 1/21/2025. Hearing is set for 1/24/2025 at 11:00 AM at the status hearing set for that date and time. (mk) (Entered: 01/11/2025) |
|---|---|---|---|
| 01/12/2025 | 773 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 1/11/2025 (dkt. 772) contained an error and is corrected to read as follows. Response to motion to transfer funds 771 is to be filed by 1/21/2025. Hearing is set for 1/24/2025 at **1:00 PM** at the status hearing set for that date and time. (mk) (Entered: 01/12/2025) |
| 01/16/2025 | 774 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings scheduled for January 24, 2025 at 1:00 p.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23005951983##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 01/16/2025) |
| 01/17/2025 | 775 | 149.3 KB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams for leave to file excess pages *in a brief in support of Preliminary Approval of Plaintiffs Settlement with Defendants California Institute of Technology and The Johns Hopkins University* (Normand, Edward) (Entered: 01/17/2025) |
| 01/17/2025 | 776 | 7.0 MB | MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Frank Carbone, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams for settlement *Plaintiffs Motion for Preliminary Approval of Settlements with Defendants California Institute of Technology and The Johns Hopkins University, Provisional Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process* (Attachments: # 1 Exhibit Memorandum of Law, # 2 Declaration Joint Decl., # 3 Exhibit Joint Decl. Ex. A, # 4 Exhibit Joint Decl. Ex. B, # 5 Exhibit Joint Decl. Ex. C, # 6 Exhibit Joint Decl. Ex. D, # 7 Declaration Weisbrot Decl., # 8 Exhibit Weisbrot Decl. A, # 9 Exhibit Weisbrot Decl. Ex. B, # 10 Text of Proposed Order)(Normand, Edward) (Entered: 01/17/2025) |
| 01/17/2025 | 777 | 117.9 KB | STATUS Report *(Joint)* by Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana |

| | | | |
|---|---|---|---|
| | | | Weaver, Benjamin Shumate, Cameron Williams<br><br>(Normand, Edward) (Entered: 01/17/2025) |
| 01/21/2025 | 778 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file excess pages 775 is granted. Motion for preliminary approval of settlement 776 is set for a telephonic hearing on 1/24/2025 at 1:00 PM, using call-in number 650-479-3207, access code 2305-915-8729. (mk) (Entered: 01/21/2025) |
| 01/21/2025 | 779 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for preliminary approval 776 is set for a video hearing on 1/24/2025 at 1:00 p.m. at the same date and time as the status hearing on that date. The telephonic motion hearing set for 1/24/2025 at 1:00 p.m. is vacated. Mailed notice. (mma, ) (Entered: 01/21/2025) |
| 01/24/2025 | 780 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for 1/24/2025 at 1:00 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23005951983##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 01/24/2025) |
| 01/24/2025 | 781 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and motion hearings held on 1/24/2025. Plaintiffs' motion to transfer funds 771 is granted. Plaintiffs' motion for preliminary approval 776 is granted. Order to follow. Final approval hearing will be held by video on 6/20/2025 at 1:00 p.m. The Court will send out the video conference invitation a few days in advance of the hearing. The case is set for a video status hearing on 3/21/2025 at 1:00 pm. The parties are directed to file a joint status report by 3/14/2025. Mailed notice. (mma, ) (Entered: 01/24/2025) |
| 01/24/2025 | 782 | 176.2 KB | ORDER Granting Preliminary Approval of Settlements with Defendants California Institute of Technology and the Johns Hopkins University, Provisional Certification of the Proposed Settlement Class, Approval of the Fourth Tranche Notice Plan, Approval of the Fourth Tranche Allocation Plan, and Approval of the Schedule for Completing the Settlement Process: Signed by the Honorable Matthew F. Kennelly on 1/24/2025. Mailed notice. (mma, ) (Entered: 01/24/2025) |
| 01/24/2025 | 783 | 2.3 MB | RESPONSE by The Trustees of the University of Pennsylvania in Opposition to MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams TO EXCLUDE THE OPINIONS OF EXPERT PETER AMMON |

| | | | |
|---|---|---|---|
| | | | <u>751</u> (Attachments: # <u>1</u> Declaration of David Gringer in Support, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5) (Gringer, David) (Entered: 01/24/2025) |
| 01/24/2025 | <u>784</u> | ☐ 4.3 MB | RESPONSE by Cornell University, Georgetown University, Massachusetts Institute of Technology, University of Notre Dame du Lac, The Trustees of the University of Pennsylvania in Opposition to MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsTo EXCLUDE THE OPINIONS OF EXPERT B.T. LONG <br><br> <u>750</u> (Attachments: # <u>1</u> Declaration of Robert A. Van Kirk, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Exhibit 18)(Heins, Matthew) (Entered: 01/24/2025) |
| 01/24/2025 | <u>785</u> | | SEALED MEMORANDUM by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Cameron Williams (Attachments: # <u>1</u> Declaration of Eric Cramer, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12)(Cramer, Eric) Modified on 1/27/2025 (td, ). (Entered: 01/24/2025) |
| 01/25/2025 | <u>786</u> | ☐ 5.1 MB | RESPONSE by Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williamsin Opposition to MOTION by Defendant The Trustees of the University of Pennsylvania Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora <br><br> <u>755</u> (Attachments: # <u>1</u> Declaration of Eric Cramer, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12)(Cramer, Eric) (Entered: 01/25/2025) |
| 01/28/2025 | <u>787</u> | ☐ 214.4 KB | NOTICE by Richard D Schwartz of Change of Address (Schwartz, Richard) (Entered: 01/28/2025) |
| 01/31/2025 | <u>788</u> | | SEALED RESPONSE by The Trustees of the University of Pennsylvania to SEALED MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams *FOR CLASS CERTIFICATION* <u>757</u> (Attachments: # <u>1</u> Declaration of David Gringer in Support, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Exhibit 18, # <u>20</u> Exhibit 19, # <u>21</u> Exhibit 20, # <u>22</u> Exhibit 21, # <u>23</u> Exhibit 22, # <u>24</u> Exhibit 23, # <u>25</u> Exhibit 24, # <u>26</u> Exhibit 25, # <u>27</u> |

| | | | |
|---|---|---|---|
| | | | Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68)(Gringer, David) (Entered: 01/31/2025) |
| 02/01/2025 | 789 | ☐ 122.2 MB | RESPONSE by The Trustees of the University of Pennsylvania in Opposition to SEALED MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams *FOR CLASS CERTIFICATION* 757 (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68)(Gringer, David) (Entered: 02/01/2025) |
| 02/05/2025 | 790 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The final approval hearing will be held on 6/20/2025 at 1:00 p.m. 781 . The hearing will be held by video. Members of the class and public will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23065196940##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 02/05/2025) |

| 02/13/2025 | 791 | | SEALED Communication from a Class Member (mma, ) (Entered: 02/13/2025) |
|---|---|---|---|
| 02/13/2025 | 792 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has received a communication from an alleged class member regarding the adequacy of notice of the proposed class settlement(s). The Court has caused a copy of the communication to be filed on the docket (dkt. 791) under seal out of consideration of the privacy of the alleged class member. Lead/liaison counsel for each side may obtain a copy of the communication from Judge Kennelly's courtroom deputy clerk. They are directed to confer regarding the concerns identified by the class member and are to file a joint status report on 2/24/2025 responding to the class member's concerns and including any proposals for how the Court and the parties should address these concerns. Mailed notice. (mma, ) (Entered: 02/13/2025) |
| 02/24/2025 | 793 | 1.3 MB | STATUS Report *Joint* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Attachments: # 1 Declaration of Steven Weisbrot, Esq. of Angeion Group LLC, # 2 Exhibit Weisbrot Decl. Ex. A, # 3 Exhibit Weisbrot Decl. Ex. B)(Cramer, Eric) (Entered: 02/24/2025) |
| 02/25/2025 | 794 | 3.3 MB | MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to strike *Untimely Declaration of Hal Singer*<br><br>(Attachments: # 1 Declaration By Daniel Fenske in Support of Defendant's Motion to Strike Untimely Declaration of Hal Singer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Miller, Britt) (Entered: 02/25/2025) |
| 02/25/2025 | 795 | 1.7 MB | REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron Williams TO EXCLUDE THE OPINIONS OF EXPERT PETER AMMON<br><br>751 (Attachments: # 1 Declaration of Edward J. Normand, # 2 Exhibit 1 - PUBLIC, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Normand, Edward) (Entered: 02/25/2025) |
| 02/25/2025 | 796 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *[795-2] Decl. of E. Normand - Ex. 1* (Normand, Edward) (Entered: 02/25/2025) |
| 02/25/2025 | 797 | 1.5 MB | REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Plaintiffs Sia Henry, |

| | | | |
|---|---|---|---|
| | | | Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsTo EXCLUDE THE OPINIONS OF EXPERT B.T. LONG<br><br>750 (Attachments: # 1 Declaration of Edward J. Normand, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 - PUBLIC, # 5 Exhibit 4, # 6 Exhibit 5 - PUBLIC, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Normand, Edward) (Entered: 02/25/2025) |
| 02/25/2025 | 798 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *[797-0 Reply ISO Motion to Exclude Opinions of B.T. Long; 797-4 Decl. of E. Normand Ex. 3; and 797-6 Decl. of E. Normand Ex. 5]* (Attachments: # 1 Exhibit 3, # 2 Exhibit 5)(Normand, Edward) (Entered: 02/25/2025) |
| 02/25/2025 | 799 | | SEALED REPLY by The Trustees of the University of Pennsylvania to MOTION by Defendant The Trustees of the University of Pennsylvania Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora<br><br>755 (Attachments: # 1 Declaration By David Gringer In Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(Gringer, David) (Entered: 02/25/2025) |
| 02/25/2025 | 800 | ☐<br>26.9 MB | REPLY by Defendant The Trustees of the University of Pennsylvania *to Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora* 755 (Attachments: # 1 Declaration By David Gringer In Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(Gringer, David) (Entered: 02/25/2025) |
| 02/26/2025 | 801 | ☐<br>4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to strike 794 is hereby stricken. The arguments made in the motion must be included in the defendants' reply on the Daubert motion and must be made within the existing page limits. (mk) (Entered: 02/26/2025) |
| 02/27/2025 | 802 | ☐<br>27.8 MB | MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac for leave to file *Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora*<br><br>(Attachments: # 1 Exhibit A - Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, |

| | | | |
|---|---|---|---|
| | | | George Bulman, and Elizabeth Mora, # 2 Declaration of David Gringer in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20)(Miller, Britt) (Entered: 02/27/2025) |
| 02/27/2025 | 803 | | SEALED REPLY by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to MOTION by Defendant The Trustees of the University of Pennsylvania Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora<br><br>755 *(Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora)* (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20)(Miller, Britt) (Entered: 02/27/2025) |
| 02/28/2025 | 804 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file amended reply 802 is granted. Defendants should now file the amended reply as a separate docket entry. (mk) (Entered: 02/28/2025) |
| 02/28/2025 | 805 | ☐ 27.8 MB | REPLY by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to motion for miscellaneous relief,,,, 755 *(Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora)* (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20)(Miller, Britt) (Entered: 02/28/2025) |
| 02/28/2025 | 806 | | SEALED REPLY by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to MOTION by Defendant The Trustees of the University of Pennsylvania Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora<br><br>755 *(Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora)* (Attachments: # 1 Declaration of David Gringer in |

| | | | |
|---|---|---|---|
| | | | Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20)(Miller, Britt) (Entered: 02/28/2025) |
| 03/07/2025 | 807 | 2.2 MB | REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Plaintiffs Sia Henry, Michael Maerlander, Alexander Leo-Guerra, Andrew Corzo, Brandon Piyevsky, Brittany Tatiana Weaver, Benjamin Shumate, Cameron WilliamsFOR CLASS CERTIFICATION<br><br>752 (Attachments: # 1 Declaration of Edward J. Normand, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Normand, Edward) (Entered: 03/07/2025) |
| 03/07/2025 | 808 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Decl. of E. Normand Exs. 3-4 SEALED* (Attachments: # 1 Exhibit 4) (Normand, Edward) (Entered: 03/07/2025) |
| 03/10/2025 | 809 | 399.8 KB | MOTION by Defendant The Trustees of the University of Pennsylvania for leave to file *Surreply to, or in the Alternative*<br><br>, MOTION by Defendant The Trustees of the University of Pennsylvania to strike reply to response to motion,, 795<br><br>(Attachments: # 1 Exhibit 1 - Surreply, # 2 Text of Proposed Order Granting Leave to file Surreply, # 3 Text of Proposed Order Striking Reply)(Gringer, David) (Entered: 03/10/2025) |
| 03/10/2025 | 810 | | SEALED MOTION by Defendant The Trustees of the University of Pennsylvania (Attachments: # 1 Declaration of Whitney Soule, # 2 Text of Proposed Order)(Gringer, David) (Entered: 03/10/2025) |
| 03/10/2025 | 811 | 719.0 KB | RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williamsin Opposition to MOTION by Defendant The Trustees of the University of Pennsylvania for leave to file *Surreply to, or in the Alternative*<br><br>MOTION by Defendant The Trustees of the University of Pennsylvania to strike reply to response to motion,, 795<br><br>809 (Attachments: # 1 Declaration of Natasha Zaslove, # 2 Exhibit A) (Cramer, Eric) (Entered: 03/10/2025) |
| 03/11/2025 | 812 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to strike or file surreply 809 and plaintiffs' response will be taken with the pending motions. (mk) (Entered: 03/11/2025) |

| 03/13/2025 | 813 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, due to its unavailability on 3/21/2025, the video status hearing set for that date is vacated and advanced to 3/20/2025 at 2:00 PM. A video invitation will be sent out in advance of the hearing. (mk) (Entered: 03/13/2025) |
| --- | --- | --- | --- |
| 03/13/2025 | 814 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has received an email communication from a class member named Geoff Bacon seeking approval of a late claim submission. The courtroom deputy clerk will forward Mr. Bacon's communication (including the attachments) to lead counsel for plaintiff and coordinating counsel for defendants who may then distribute it as appropriate while keeping personal identifiers confidential. The parties are directed to be prepared to address this at the 3/20/2025 status hearing and are requested to file a joint status report in advance of the hearing addressing Mr. Bacon's comments and request. Mailed notice. (mma, ) (Entered: 03/13/2025) |
| 03/13/2025 | 815 | | SEALED DOCUMENT (mma, ) (Entered: 03/13/2025) |
| 03/14/2025 | 816 | 151.2 KB | STATUS Report *Joint Status Report* by University of Notre Dame du Lac<br><br>(Heins, Matthew) (Entered: 03/14/2025) |
| 03/15/2025 | 817 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Penn's motion for leave to file under seal 810 is granted. Defendant is directed to file a complete version of its submission under seal and a redacted version in the public record. (mk) (Entered: 03/15/2025) |
| 03/17/2025 | 818 | | SEALED RESPONSE *in Opposition to Penn's Motion to Seal* (Attachments: # 1 Affidavit Copeland Decl., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Normand, Edward) (Entered: 03/17/2025) |
| 03/17/2025 | 819 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court takes plaintiffs' 3/17/2025 filing (dkt. 818) as a request to reconsider the granting of Penn's motion to seal (dkt. 810). Penn is directed to file a response to plaintiff's filing by 3/19/2025. (mk) (Entered: 03/17/2025) |
| 03/18/2025 | 820 | 316.3 KB | STATUS Report *Joint* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams<br><br>(Attachments: # 1 Declaration of Steven Weisbrot, Esq. of Angeion Group LLC)(Cramer, Eric) (Entered: 03/18/2025) |
| 03/19/2025 | 821 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for March 20, 2025 at 2:00 p.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23127704662##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of |

| | | | |
|---|---|---|---|
| | | | court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 03/19/2025) |
| 03/19/2025 | 822 | ☐ 150.0 KB | Proposed Order Setting Page and Paragraph Limits for Dispositive Motions and Rule 56.1 Statements by University of Notre Dame du Lac (Heins, Matthew) (Entered: 03/19/2025) |
| 03/19/2025 | 823 | | SEALED RESPONSE by The Trustees of the University of Pennsylvania to sealed response, 818 (Attachments: # 1 Declaration of David Gringer in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Gringer, David) (Entered: 03/19/2025) |
| 03/20/2025 | 824 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 3/20/2025. (1) As proposed by plaintiffs' counsel (and without objection) the claims filing deadline is extended to 4/3/2025. (2) The parties' joint proposal regarding summary judgment briefing is approved. (3) The parties are directed to prepare draft orders on points (1) and (2) and send them to Judge Kennelly's proposed order email address. (4) The Court provided several dates for an in-person Daubert hearing relating to Prof. Singer. The parties are to agree upon a date and are to confer regarding the nature and scope of the hearing and are to file a joint status report on these points 3/24/2025. (5) For the reasons stated in the sealed hearing the disputed material filed under seal by University of Pennsylvania is to remain under seal; and plaintiffs' request to unseal it (which the Court took as a motion to reconsider) is denied. (6) The Court will set a further status hearing after it sets the date for the Daubert. Mailed notice. (mma, ) (Entered: 03/20/2025) |
| 03/23/2025 | 825 | ☐ 123.9 KB | ORDER EXTENDING THE DEADLINE TO FILE A CLAIM FOR THE SETTLEMENTS WITH DEFENDANTS BROWN UNIVERSITY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, NORTHWESTERN UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, AND YALE UNIVERSITY TO THURSDAY APRIL 3, 2025, signed by the Honorable Matthew F. Kennelly on 3/23/2025. (mk) (Entered: 03/23/2025) |
| 03/23/2025 | 826 | ☐ 191.5 KB | ORDER SETTING PAGE AND PARAGRAPH LIMITS FOR DISPOSITIVE MOTIONS AND RULE 56.1 STATEMENTS, signed by the Honorable Matthew F. Kennelly on 3/23/2025. (mk) (Entered: 03/23/2025) |
| 03/24/2025 | 827 | ☐ 684.5 KB | STATUS Report *Regarding the Nature and Scope of the Daubert Hearing Relating to Professor Singer (Joint)* by The Trustees of the University of Pennsylvania<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gringer, David) (Entered: 03/24/2025) |

| 03/25/2025 | 828 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person Daubert hearing is set for 4/14/2025 at 12:45 PM. The Court notes that this is 45 minutes earlier than previously proposed and trusts that the earlier start time will not pose an insurmountable problem. If it does, then the party for which it poses a problem must advise the Court in writing regarding the specifics of the problem by 12:00 noon Central Time today (3/25/2025). The Court will issue a further order within the next several days regarding the specifics of the hearing. (mk) (Entered: 03/25/2025) |
|---|---|---|---|
| 03/25/2025 | 829 | 116.0 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file excess pages *in a brief in support of a Motion for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees for the Fourth Tranche Settlements with Defendants The Johns Hopkins University and California Institute of Technology*<br><br>(Cramer, Eric) (Entered: 03/25/2025) |
| 03/25/2025 | 830 | 1.2 MB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for attorney fees *Motion and Memorandum of Law In Support of Settlement Class Counsel's Motion for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees for the Fourth Tranche Settlements with Defendants The Johns Hopkins University and California Institute of Technology*<br><br>(Attachments: # 1 Declaration Joint Declaration of Edward J. Normand, Robert D. Gilbert, and Eric L. Cramer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Cramer, Eric) (Entered: 03/25/2025) |
| 03/26/2025 | 831 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file excess pages 829 is granted. (mk) (Entered: 03/26/2025) |
| 04/02/2025 | 832 | 114.5 KB | MOTION by Attorney Hashim Moopan to withdraw as attorney for Emory University. No party information provided<br><br>(Mooppan, Hashim) (Entered: 04/02/2025) |
| 04/03/2025 | 833 | 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Hashim Moopan is granted 832 . (mk) (Entered: 04/03/2025) |
| 04/03/2025 | 834 | 5.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' proposals regarding the *Daubert* hearing on the motion to exclude opinions of plaintiffs' expert Dr. Singer. The purpose of the hearing is to determine whether, and the extent to which, Dr. Singer's challenged opinions meet the requirements of *Daubert* and Federal Rule of Evidence 702 and are therefore admissible. The hearing is *not* the equivalent of a trial on the merits or a mini-trial regarding the degree of persuasiveness of Dr. Singer's challenged opinions vis-a-vis the opinions of the defendants' experts. In addition, the parties should |

| | | | |
|---|---|---|---|
| | | | assume that the Court has read and studied the pertinent written materials that have been submitted, which of course include the defendants' examination of Dr. Singer during his deposition and their rebuttal experts' reports and related materials. The hearing will begin promptly at 12:45 PM on 4/11/2025 as previously ordered and will continue to approximately 4:45-5:00 PM. (a) Because plaintiffs bear the burden of establishing admissibility, they will go first and last in questioning Dr. Singer, and they will have the opportunity to recall Dr. Singer briefly after defendants' rebuttal expert testifies. (b) Each side is allocated 50 minutes of time for Dr. Singer's opening examination. Plaintiffs may divide their time as they wish between direct and redirect examination. (c) If defendants wish to call a rebuttal expert, they will go first and last in questioning that expert. Each side is allocated 25 minutes of time with the defendants' rebuttal expert. Defendants may divide this time as they wish between direct and redirect examination. (d) If plaintiffs wish to recall Dr. Singer for further testimony after the defendants' rebuttal expert has testified, the Court will allocate 10 minutes per side for that. (e) Each side is allocated no more than 15 minutes for argument at the conclusion of the testimony. (f) The Court reserves the right to reduce these time limits either collectively or individually before or during the hearing. (mk) (Entered: 04/03/2025) |
| 04/03/2025 | [835](#) ☐ 5.6 KB | | MINUTE entry before the Honorable Matthew F. Kennelly: Docket entry 834 included a date error and is corrected to read as follows (change shown in **bold type**). The Court has reviewed the parties' proposals regarding the Daubert hearing on the motion to exclude opinions of plaintiffs' expert Dr. Singer. The purpose of the hearing is to determine whether, and the extent to which, Dr. Singer's challenged opinions meet the requirements of Daubert and Federal Rule of Evidence 702 and are therefore admissible. The hearing is not the equivalent of a trial on the merits or a mini-trial regarding the degree of persuasiveness of Dr. Singer's challenged opinions vis-a-vis the opinions of the defendants' experts. In addition, the parties should assume that the Court has read and studied the pertinent written materials that have been submitted, which of course include the defendants' examination of Dr. Singer during his deposition and their rebuttal experts' reports and related materials. The hearing will begin promptly at 12:45 PM on **4/14/2025** as previously ordered and will continue to approximately 4:45-5:00 PM. (a) Because plaintiffs bear the burden of establishing admissibility, they will go first and last in questioning Dr. Singer, and they will have the opportunity to recall Dr. Singer briefly after defendants' rebuttal expert testifies. (b) Each side is allocated 50 minutes of time for Dr. Singer's opening examination. Plaintiffs may divide their time as they wish between direct and redirect examination. (c) If defendants wish to call a rebuttal expert, they will go first and last in questioning the defendants' rebuttal expert. Each side is allocated 25 minutes of time with the defendants' rebuttal expert. Defendants may divide this time as they wish between direct and redirect examination. (d) If plaintiffs wish to recall Dr. Singer for further testimony after the defendants' rebuttal expert has testified, the Court will allocate 10 minutes per side for that. (e) Each side is allocated no more than 15 minutes for argument at the |

| | | | |
|---|---|---|---|
| | | | conclusion of the testimony. (f) The Court reserves the right to reduce these time limits either collectively or individually before or during the hearing. (mk) (Entered: 04/03/2025) |
| 04/10/2025 | 836 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Judge Kennelly's courtroom deputy clerk has received a communication from a class member who alleges deficiencies in connection with the submission of her claim form. Among other things the class member alleges that none of her communications to the number posted by class counsel were returned. The Court is causing the communication from the class member to be forwarded to class counsel and to liaison counsel for the settling defendants. Liaison counsel is directed to circulate this among the remaining defendants. The communication is not to be filed in the public record. Class counsel are directed to file a response to the communication within seven days and are to include as a sealed exhibit a copy of the email from the class member so that it is part of the record in this case. Among other things, the Court directs class counsel to respond directly to the contention that the class member's communications were not returned. Mailed notice. (mma, ) (Entered: 04/10/2025) |
| 04/11/2025 | 837 | ☐ 134.8 KB | JOINT REQUEST FOR LISTEN-ONLY TELEPHONIC ACCESS TO APRIL 14, 2025 HEARING by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 04/11/2025) |
| 04/13/2025 | 838 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The joint request for "listen-only access" to the 4/14/2025 hearing is respectfully overruled. It appears that some portion of the material that may be addressed is under seal and not publicly available (the relevant briefs and expert reports were filed under seal at least in part). The Court does not know whether any of the sealed material will be discussed at the hearing but cannot rule out the possibility that it will be. The Court would be unable to control access if the hearing were opened to telephonic participation. (mk) (Entered: 04/13/2025) |
| 04/14/2025 | 839 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person daubert hearing held on 4/14/2025. Oral argument heard on the motion to exclude the opinions of plaintiffs' expert Dr. Singer. The matter is taken under advisement. Mailed notice. (mma, ) (Entered: 04/14/2025) |
| 04/17/2025 | 840 | ☐ 303.9 KB | STATUS Report *of Settlement Class Counsel Regarding the April 10, 2025 Minute Entry* by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Brittany Tatiana Weaver, Cameron Williams<br><br>(Attachments: # 1 Declaration of Steven Weisbrot, Esq. of Angeion Group LLC)(Cramer, Eric) (Entered: 04/17/2025) |

| 04/17/2025 | 841 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Ex. A* regarding status report, 840 (Cramer, Eric) (Entered: 04/17/2025) |
| 04/24/2025 | 842<br>142.7 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file excess pages *in a brief in support of their Motion for Final Approval of the Settlements With Defendants Johns Hopkins University and California Institute of Technology*<br><br>(Cramer, Eric) (Entered: 04/24/2025) |
| 04/24/2025 | 843<br>4.4 MB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for settlement *Final Approval of Settlements With Defendants California Institute of Technology and the Johns Hopkins University And Approval of Settlement Class Counsel's Motion for Service Awards, Reimbursement of Expenses, and Attorneys' Fees*<br><br>(Attachments: # 1 Memorandum of Law, # 2 Declaration of Edward Normand, # 3 Exhibit 1 to Normand Declaration, # 4 Exhibit 2 to Normand Declaration, # 5 Declaration of Steven Weisbrot, # 6 Exhibit A to Weisbrot Decl., # 7 Exhibit B to Weisbrot Decl., # 8 Exhibit C to Weisbrot Decl., # 9 Exhibit D to Weisbrot Decl., # 10 Exhibit E to Weisbrot Decl., # 11 Exhibit F to Weisbrot Decl., # 12 Exhibit G to Weisbrot Decl., # 13 Text of Proposed Order)(Cramer, Eric) (Entered: 04/24/2025) |
| 04/25/2025 | 844<br>4.2 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file excess pages 842 is granted. (mk) (Entered: 04/25/2025) |
| 05/01/2025 | 845<br>4.4 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: At the request of the parties, this case is set for a video preliminary settlement conference on 5/5/2025 at 2:00 p.m. The parties are directed to send the email addresses for anyone who will be appearing at the conference to Judge Kennelly's courtroom deputy clerk. The Court will send out the video conference invitation once it receives the email addresses. Mailed notice. (mma, ) (Entered: 05/01/2025) |
| 05/07/2025 | 846<br>118.7 KB | ☐ | MOTION by Defendants University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, Georgetown University, Cornell University, Massachusetts Institute of Technology for summary judgment<br><br>(Miller, Britt) (Entered: 05/07/2025) |

| 05/07/2025 | 847 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Memorandum in Support of Summary Judgment)* (Miller, Britt) (Entered: 05/07/2025) |
|---|---|---|---|
| 05/07/2025 | 848 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Memorandum in Support of Summary Judgment on the Statute of Limitations)* (Miller, Britt) (Entered: 05/07/2025) |
| 05/07/2025 | 849 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Statement of Undisputed Material Facts in Support of Motion for Summary Judgment)* (Miller, Britt) (Entered: 05/07/2025) |
| 05/07/2025 | 850 | ☐ 2.6 MB | MOTION by Plaintiffs Cameron Williams, Alexander Leo-Guerra, Michael Maerlander, Sia Henry, Benjamin Shumate, Brandon Piyevsky, Andrew Corzo, Brittany Tatiana Weaver for partial summary judgment

(Attachments: # 1 Memorandum in Support, # 2 Declaration of E. Normand, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17 - Redacted, # 20 Exhibit 18 - Redacted)(Normand, Edward) (Entered: 05/07/2025) |
| 05/07/2025 | 851 | ☐ 102.8 KB | RULE 56.1 Statement by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding motion for partial summary judgment,, 850 (Normand, Edward) (Entered: 05/07/2025) |
| 05/07/2025 | 852 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Plaintiffs' Memo in Support of Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 15, # 12 Exhibit 17, # 13 Exhibit 18) (Normand, Edward) (Entered: 05/07/2025) |
| 05/07/2025 | 853 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *Rule 56.1 Statement* (Normand, Edward) (Entered: 05/07/2025) |
| 05/07/2025 | 854 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Declaration of Daniel T. Fenske in Support of Motion for Summary Judgment and Exhibits 1-80)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 1.1, # 3 Exhibit 2, # 4 Exhibit 2.1, # 5 Exhibit 3, # 6 Exhibit 3.1, # 7 |

| | | | |
|---|---|---|---|
| | | | Exhibit 4, # <u>8</u> Exhibit 5, # <u>9</u> Exhibit 6, # <u>10</u> Exhibit 7, # <u>11</u> Exhibit 8, # <u>12</u> Exhibit 9, # <u>13</u> Exhibit 10, # <u>14</u> Exhibit 11, # <u>15</u> Exhibit 12, # <u>16</u> Exhibit 13, # <u>17</u> Exhibit 14, # <u>18</u> Exhibit 15, # <u>19</u> Exhibit 16, # <u>20</u> Exhibit 17, # <u>21</u> Exhibit 18, # <u>22</u> Exhibit 19, # <u>23</u> Exhibit 20, # <u>24</u> Exhibit 21, # <u>25</u> Exhibit 22, # <u>26</u> Exhibit 23, # <u>27</u> Exhibit 24, # <u>28</u> Exhibit 25, # <u>29</u> Exhibit 26, # <u>30</u> Exhibit 27, # <u>31</u> Exhibit 28, # <u>32</u> Exhibit 29, # <u>33</u> Exhibit 30, # <u>34</u> Exhibit 31, # <u>35</u> Exhibit 32, # <u>36</u> Exhibit 33, # <u>37</u> Exhibit 34, # <u>38</u> Exhibit 35, # <u>39</u> Exhibit 36, # <u>40</u> Exhibit 37, # <u>41</u> Exhibit 38, # <u>42</u> Exhibit 39, # <u>43</u> Exhibit 40, # <u>44</u> Exhibit 41, # <u>45</u> Exhibit 42, # <u>46</u> Exhibit 43, # <u>47</u> Exhibit 44, # <u>48</u> Exhibit 45, # <u>49</u> Exhibit 46, # <u>50</u> Exhibit 47, # <u>51</u> Exhibit 48, # <u>52</u> Exhibit 49, # <u>53</u> Exhibit 50, # <u>54</u> Exhibit 51, # <u>55</u> Exhibit 52, # <u>56</u> Exhibit 53, # <u>57</u> Exhibit 54, # <u>58</u> Exhibit 55, # <u>59</u> Exhibit 56, # <u>60</u> Exhibit 57, # <u>61</u> Exhibit 58, # <u>62</u> Exhibit 59, # <u>63</u> Exhibit 60, # <u>64</u> Exhibit 61, # <u>65</u> Exhibit 62, # <u>66</u> Exhibit 63, # <u>67</u> Exhibit 64, # <u>68</u> Exhibit 65, # <u>69</u> Exhibit 66, # <u>70</u> Exhibit 67, # <u>71</u> Exhibit 68, # <u>72</u> Exhibit 69, # <u>73</u> Exhibit 70, # <u>74</u> Exhibit 71, # <u>75</u> Exhibit 72, # <u>76</u> Exhibit 73, # <u>77</u> Exhibit 74, # <u>78</u> Exhibit 75, # <u>79</u> Exhibit 76, # <u>80</u> Exhibit 77, # <u>81</u> Exhibit 78, # <u>82</u> Exhibit 79, # <u>83</u> Exhibit 80)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | <u>855</u> | | SEALED EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Exhibits 81-160 to Declaration of Daniel T. Fenske)* regarding sealed document,,,,,,, <u>854</u> (Attachments: # <u>1</u> Exhibit 82, # <u>2</u> Exhibit 83, # <u>3</u> Exhibit 84, # <u>4</u> Exhibit 85, # <u>5</u> Exhibit 86, # <u>6</u> Exhibit 87, # <u>7</u> Exhibit 88, # <u>8</u> Exhibit 89, # <u>9</u> Exhibit 90, # <u>10</u> Exhibit 91, # <u>11</u> Exhibit 92, # <u>12</u> Exhibit 93, # <u>13</u> Exhibit 94, # <u>14</u> Exhibit 95, # <u>15</u> Exhibit 96, # <u>16</u> Exhibit 97, # <u>17</u> Exhibit 98, # <u>18</u> Exhibit 99, # <u>19</u> Exhibit 100, # <u>20</u> Exhibit 101, # <u>21</u> Exhibit 102, # <u>22</u> Exhibit 103, # <u>23</u> Exhibit 104, # <u>24</u> Exhibit 105, # <u>25</u> Exhibit 106, # <u>26</u> Exhibit 107, # <u>27</u> Exhibit 108, # <u>28</u> Exhibit 109, # <u>29</u> Exhibit 110, # <u>30</u> Exhibit 111, # <u>31</u> Exhibit 112, # <u>32</u> Exhibit 113, # <u>33</u> Exhibit 114, # <u>34</u> Exhibit 115, # <u>35</u> Exhibit 116, # <u>36</u> Exhibit 117, # <u>37</u> Exhibit 118, # <u>38</u> Exhibit 119, # <u>39</u> Exhibit 120, # <u>40</u> Exhibit 121, # <u>41</u> Exhibit 122, # <u>42</u> Exhibit 123, # <u>43</u> Exhibit 124, # <u>44</u> Exhibit 125, # <u>45</u> Exhibit 126, # <u>46</u> Exhibit 127, # <u>47</u> Exhibit 128, # <u>48</u> Exhibit 129, # <u>49</u> Exhibit 130, # <u>50</u> Exhibit 131, # <u>51</u> Exhibit 132, # <u>52</u> Exhibit 133, # <u>53</u> Exhibit 134, # <u>54</u> Exhibit 135, # <u>55</u> Exhibit 136, # <u>56</u> Exhibit 137, # <u>57</u> Exhibit 138, # <u>58</u> Exhibit 139, # <u>59</u> Exhibit 140, # <u>60</u> Exhibit 141, # <u>61</u> Exhibit 142, # <u>62</u> Exhibit 143, # <u>63</u> Exhibit 144, # <u>64</u> Exhibit 145, # <u>65</u> Exhibit 146, # <u>66</u> Exhibit 147, # <u>67</u> Exhibit 148, # <u>68</u> Exhibit 149, # <u>69</u> Exhibit 150, # <u>70</u> Exhibit 151, # <u>71</u> Exhibit 152, # <u>72</u> Exhibit 153, # <u>73</u> Exhibit 154, # <u>74</u> Exhibit 155, # <u>75</u> Exhibit 156, # <u>76</u> Exhibit 157, # <u>77</u> Exhibit 158, # <u>78</u> Exhibit 159, # <u>79</u> Exhibit 160) (Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | <u>856</u> | | SEALED EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Exhibits 161-240 to Declaration of Daniel T. Fenske)* regarding sealed document,,,,,,, <u>854</u> (Attachments: # <u>1</u> Exhibit 162, # <u>2</u> Exhibit 163, # <u>3</u> |

| | | |
|---|---|---|
| | | Exhibit 164, # 4 Exhibit 165, # 5 Exhibit 166, # 6 Exhibit 167, # 7 Exhibit 168, # 8 Exhibit 169, # 9 Exhibit 170, # 10 Exhibit 171, # 11 Exhibit 172, # 12 Exhibit 173, # 13 Exhibit 174, # 14 Exhibit 175, # 15 Exhibit 176, # 16 Exhibit 177, # 17 Exhibit 178, # 18 Exhibit 179, # 19 Exhibit 180, # 20 Exhibit 181, # 21 Exhibit 182, # 22 Exhibit 183, # 23 Exhibit 184, # 24 Exhibit 185, # 25 Exhibit 186, # 26 Exhibit 187, # 27 Exhibit 188, # 28 Exhibit 189, # 29 Exhibit 190, # 30 Exhibit 191, # 31 Exhibit 192, # 32 Exhibit 193, # 33 Exhibit 194, # 34 Exhibit 195, # 35 Exhibit 196, # 36 Exhibit 197, # 37 Exhibit 198, # 38 Exhibit 199, # 39 Exhibit 200, # 40 Exhibit 201, # 41 Exhibit 202, # 42 Exhibit 203, # 43 Exhibit 204, # 44 Exhibit 205, # 45 Exhibit 206, # 46 Exhibit 207, # 47 Exhibit 208, # 48 Exhibit 209, # 49 Exhibit 210, # 50 Exhibit 211, # 51 Exhibit 212, # 52 Exhibit 213, # 53 Exhibit 214, # 54 Exhibit 215, # 55 Exhibit 216, # 56 Exhibit 217, # 57 Exhibit 218, # 58 Exhibit 219, # 59 Exhibit 220, # 60 Exhibit 221, # 61 Exhibit 222, # 62 Exhibit 223, # 63 Exhibit 224, # 64 Exhibit 225, # 65 Exhibit 226, # 66 Exhibit 227, # 67 Exhibit 228, # 68 Exhibit 229, # 69 Exhibit 230, # 70 Exhibit 231, # 71 Exhibit 232, # 72 Exhibit 233, # 73 Exhibit 234, # 74 Exhibit 235, # 75 Exhibit 236, # 76 Exhibit 237, # 77 Exhibit 238, # 78 Exhibit 239, # 79 Exhibit 240)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | 857 | SEALED EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Exhibits 241-320 to Declaration of Daniel T. Fenske)* regarding sealed document,,,,,,, 854 (Attachments: # 1 Exhibit 242, # 2 Exhibit 243, # 3 Exhibit 244, # 4 Exhibit 245, # 5 Exhibit 246, # 6 Exhibit 247, # 7 Exhibit 248, # 8 Exhibit 249, # 9 Exhibit 250, # 10 Exhibit 251, # 11 Exhibit 252, # 12 Exhibit 253, # 13 Exhibit 254, # 14 Exhibit 255, # 15 Exhibit 256, # 16 Exhibit 257, # 17 Exhibit 258, # 18 Exhibit 259, # 19 Exhibit 260, # 20 Exhibit 261, # 21 Exhibit 262, # 22 Exhibit 263, # 23 Exhibit 264, # 24 Exhibit 265, # 25 Exhibit 266, # 26 Exhibit 267, # 27 Exhibit 268, # 28 Exhibit 269, # 29 Exhibit 270, # 30 Exhibit 271, # 31 Exhibit 272, # 32 Exhibit 273, # 33 Exhibit 274, # 34 Exhibit 275, # 35 Exhibit 276, # 36 Exhibit 277, # 37 Exhibit 278, # 38 Exhibit 279, # 39 Exhibit 280, # 40 Exhibit 281, # 41 Exhibit 282, # 42 Exhibit 283, # 43 Exhibit 284, # 44 Exhibit 285, # 45 Exhibit 286, # 46 Exhibit 287, # 47 Exhibit 288, # 48 Exhibit 289, # 49 Exhibit 290, # 50 Exhibit 291, # 51 Exhibit 292, # 52 Exhibit 293, # 53 Exhibit 294, # 54 Exhibit 295, # 55 Exhibit 296, # 56 Exhibit 297, # 57 Exhibit 298, # 58 Exhibit 299, # 59 Exhibit 300, # 60 Exhibit 301, # 61 Exhibit 302, # 62 Exhibit 303, # 63 Exhibit 304, # 64 Exhibit 305, # 65 Exhibit 306, # 66 Exhibit 307, # 67 Exhibit 308, # 68 Exhibit 309, # 69 Exhibit 310, # 70 Exhibit 311, # 71 Exhibit 312, # 72 Exhibit 313, # 73 Exhibit 314, # 74 Exhibit 315, # 75 Exhibit 316, # 76 Exhibit 317, # 77 Exhibit 318, # 78 Exhibit 319, # 79 Exhibit 320)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | 858 | SEALED EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Exhibits 321-400 to Declaration of Daniel T. Fenske)* regarding sealed document,,,,,,, 854 (Attachments: # 1 Exhibit 322, # 2 Exhibit 323, # 3 |

| | | | |
|---|---|---|---|
| | | | Exhibit 324, # 4 Exhibit 325, # 5 Exhibit 326, # 6 Exhibit 327, # 7 Exhibit 328, # 8 Exhibit 329, # 9 Exhibit 330, # 10 Exhibit 331, # 11 Exhibit 332, # 12 Exhibit 333, # 13 Exhibit 334, # 14 Exhibit 335, # 15 Exhibit 336, # 16 Exhibit 337, # 17 Exhibit 338, # 18 Exhibit 339, # 19 Exhibit 340, # 20 Exhibit 341, # 21 Exhibit 342, # 22 Exhibit 343, # 23 Exhibit 344, # 24 Exhibit 345, # 25 Exhibit 346, # 26 Exhibit 347, # 27 Exhibit 348, # 28 Exhibit 349, # 29 Exhibit 350, # 30 Exhibit 351, # 31 Exhibit 352, # 32 Exhibit 353, # 33 Exhibit 354, # 34 Exhibit 355, # 35 Exhibit 356, # 36 Exhibit 357, # 37 Exhibit 358, # 38 Exhibit 359, # 39 Exhibit 360, # 40 Exhibit 361, # 41 Exhibit 362, # 42 Exhibit 363, # 43 Exhibit 364, # 44 Exhibit 365, # 45 Exhibit 366, # 46 Exhibit 367, # 47 Exhibit 368, # 48 Exhibit 369, # 49 Exhibit 370, # 50 Exhibit 371, # 51 Exhibit 372, # 52 Exhibit 373, # 53 Exhibit 374, # 54 Exhibit 375, # 55 Exhibit 376, # 56 Exhibit 377, # 57 Exhibit 378, # 58 Exhibit 379, # 59 Exhibit 380, # 60 Exhibit 381, # 61 Exhibit 382, # 62 Exhibit 383, # 63 Exhibit 384, # 64 Exhibit 385, # 65 Exhibit 386, # 66 Exhibit 387, # 67 Exhibit 388, # 68 Exhibit 389, # 69 Exhibit 390, # 70 Exhibit 391, # 71 Exhibit 392, # 72 Exhibit 393, # 73 Exhibit 394, # 74 Exhibit 395, # 75 Exhibit 396, # 76 Exhibit 397, # 77 Exhibit 398, # 78 Exhibit 399, # 79 Exhibit 400)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | 859 | | SEALED EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Exhibits 401-429 to Declaration of Daniel T. Fenske)* regarding sealed document,,,,,,,, 854 (Attachments: # 1 Exhibit 402, # 2 Exhibit 403, # 3 Exhibit 404, # 4 Exhibit 405, # 5 Exhibit 406, # 6 Exhibit 407, # 7 Exhibit 408, # 8 Exhibit 409, # 9 Exhibit 410, # 10 Exhibit 411, # 11 Exhibit 412, # 12 Exhibit 413, # 13 Exhibit 414, # 14 Exhibit 415, # 15 Exhibit 416, # 16 Exhibit 417, # 17 Exhibit 418, # 18 Exhibit 419, # 19 Exhibit 420, # 20 Exhibit 421, # 21 Exhibit 422, # 22 Exhibit 423, # 23 Exhibit 424, # 24 Exhibit 425, # 25 Exhibit 426, # 26 Exhibit 427, # 27 Exhibit 428, # 28 Exhibit 429)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | 860 | 468.5 KB | MEMORANDUM by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac in support of motion for summary judgment 846 *(Redacted)* (Miller, Britt) (Entered: 05/07/2025) |
| 05/07/2025 | 861 | 248.6 KB | MEMORANDUM by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac in support of summary judgment 846 *(Redacted Memorandum in Support of Summary Judgment on the Statute of Limitations)* (Miller, Britt) (Entered: 05/07/2025) |
| 05/07/2025 | 862 | 852.3 KB | RULE 56.1 Statement by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac regarding motion for summary judgment 846 *(Redacted Statement of Undisputed Material Facts in Support of Motion for Summary Judgment)* (Miller, Britt) (Entered: 05/07/2025) |

| 05/07/2025 | 863 | ☐ 74.3 MB | DECLARATION of Daniel T. Fenske *(Redacted Declaration of Daniel T. Fenske and Redacted Exhibits 1-80)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 1.1, # 3 Exhibit 2, # 4 Exhibit 2.1, # 5 Exhibit 3.1, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Exhibit 38, # 43 Exhibit 39, # 44 Exhibit 40, # 44 Exhibit 41, # 45 Exhibit 42, # 46 Exhibit 43, # 47 Exhibit 44, # 48 Exhibit 45, # 49 Exhibit 46, # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51, # 55 Exhibit 52, # 56 Exhibit 53, # 57 Exhibit 54, # 58 Exhibit 55, # 59 Exhibit 56, # 60 Exhibit 57, # 61 Exhibit 58, # 62 Exhibit 59, # 63 Exhibit 60, # 64 Exhibit 61, # 65 Exhibit 62, # 66 Exhibit 63, # 67 Exhibit 64, # 68 Exhibit 65, # 69 Exhibit 66, # 70 Exhibit 67, # 71 Exhibit 68, # 72 Exhibit 69, # 73 Exhibit 70, # 74 Exhibit 71, # 75 Exhibit 72, # 76 Exhibit 73, # 77 Exhibit 74, # 78 Exhibit 75, # 79 Exhibit 76, # 80 Exhibit 77, # 81 Exhibit 78, # 82 Exhibit 79, # 83 Exhibit 80)(Fenske, Daniel) (Entered: 05/07/2025) |
| 05/07/2025 | 864 | ☐ 221.1 MB | EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Redacted Exhibits 81-160 to Declaration of Daniel T. Fenske)* regarding declaration,,,,,, 863 (Attachments: # 1 Exhibit 82, # 2 Exhibit 83, # 3 Exhibit 84, # 4 Exhibit 85, # 5 Exhibit 86, # 6 Exhibit 87, # 7 Exhibit 88, # 8 Exhibit 89, # 9 Exhibit 90, # 10 Exhibit 91, # 11 Exhibit 92, # 12 Exhibit 93, # 13 Exhibit 94, # 14 Exhibit 95, # 15 Exhibit 96, # 16 Exhibit 97, # 17 Exhibit 98, # 18 Exhibit 99, # 19 Exhibit 100, # 20 Exhibit 101, # 21 Exhibit 102, # 22 Exhibit 103, # 23 Exhibit 104, # 24 Exhibit 105, # 25 Exhibit 106, # 26 Exhibit 107, # 27 Exhibit 108, # 28 Exhibit 109, # 29 Exhibit 110, # 30 Exhibit 111, # 31 Exhibit 112, # 32 Exhibit 113, # 33 Exhibit 114, # 34 Exhibit 115, # 35 Exhibit 116, # 36 Exhibit 117, # 37 Exhibit 118, # 38 Exhibit 119, # 39 Exhibit 120, # 40 Exhibit 121, # 41 Exhibit 122, # 42 Exhibit 123, # 43 Exhibit 124, # 44 Exhibit 125, # 45 Exhibit 126, # 46 Exhibit 127, # 47 Exhibit 128, # 48 Exhibit 129, # 49 Exhibit 130, # 50 Exhibit 131, # 51 Exhibit 132, # 52 Exhibit 133, # 53 Exhibit 134, # 54 Exhibit 135, # 55 Exhibit 136, # 56 Exhibit 137, # 57 Exhibit 138, # 58 Exhibit 139, # 59 Exhibit 140, # 60 Exhibit 141, # 61 Exhibit 142, # 62 Exhibit 143, # 63 Exhibit 144, # 64 Exhibit 145, # 65 Exhibit 146, # 66 Exhibit 147, # 67 Exhibit 148, # 68 Exhibit 149, # 69 Exhibit 150, # 70 Exhibit 151, # 71 Exhibit 152, # 72 Exhibit 153, # 73 Exhibit 154, # 74 Exhibit 155, # 75 Exhibit 156, # 76 Exhibit 157, # 77 Exhibit 158, # 78 Exhibit 159, # 79 Exhibit 160)(Fenske, Daniel) (Entered: 05/08/2025) |

| 05/08/2025 | 865 | ☐ 93.3 MB | EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Redacted Exhibits 161-240 to Declaration of Daniel T. Fenske)* regarding declaration,,,,,, 863 (Attachments: # 1 Exhibit 162, # 2 Exhibit 163, # 3 Exhibit 164, # 4 Exhibit 165, # 5 Exhibit 166, # 6 Exhibit 167, # 7 Exhibit 168, # 8 Exhibit 169, # 9 Exhibit 170, # 10 Exhibit 171, # 11 Exhibit 172, # 12 Exhibit 173, # 13 Exhibit 174, # 14 Exhibit 175, # 15 Exhibit 176, # 16 Exhibit 177, # 17 Exhibit 178, # 18 Exhibit 179, # 19 Exhibit 180, # 20 Exhibit 181, # 21 Exhibit 182, # 22 Exhibit 183, # 23 Exhibit 184, # 24 Exhibit 185, # 25 Exhibit 186, # 26 Exhibit 187, # 27 Exhibit 188, # 28 Exhibit 189, # 29 Exhibit 190, # 30 Exhibit 191, # 31 Exhibit 192, # 32 Exhibit 193, # 33 Exhibit 194, # 34 Exhibit 195, # 35 Exhibit 196, # 36 Exhibit 197, # 37 Exhibit 198, # 38 Exhibit 199, # 39 Exhibit 200, # 40 Exhibit 201, # 41 Exhibit 202, # 42 Exhibit 203, # 43 Exhibit 204, # 44 Exhibit 205, # 45 Exhibit 206, # 46 Exhibit 207, # 47 Exhibit 208, # 48 Exhibit 209, # 49 Exhibit 210, # 50 Exhibit 211, # 51 Exhibit 212, # 52 Exhibit 213, # 53 Exhibit 214, # 54 Exhibit 215, # 55 Exhibit 216, # 56 Exhibit 217, # 57 Exhibit 218, # 58 Exhibit 219, # 59 Exhibit 220, # 60 Exhibit 221, # 61 Exhibit 222, # 62 Exhibit 223, # 63 Exhibit 224, # 64 Exhibit 225, # 65 Exhibit 226, # 66 Exhibit 227, # 67 Exhibit 228, # 68 Exhibit 229, # 69 Exhibit 230, # 70 Exhibit 231, # 71 Exhibit 232, # 72 Exhibit 233, # 73 Exhibit 234, # 74 Exhibit 235, # 75 Exhibit 236, # 76 Exhibit 237, # 77 Exhibit 238, # 78 Exhibit 239, # 79 Exhibit 240) (Fenske, Daniel) (Entered: 05/08/2025) |
| 05/08/2025 | 866 | ☐ 180.5 MB | EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Redacted Exhibits 241-320 to Declaration of Daniel T. Fenske)* regarding declaration,,,,,, 863 (Attachments: # 1 Exhibit 242, # 2 Exhibit 243, # 3 Exhibit 244, # 4 Exhibit 245, # 5 Exhibit 246, # 6 Exhibit 247, # 7 Exhibit 248, # 8 Exhibit 249, # 9 Exhibit 250, # 10 Exhibit 251, # 11 Exhibit 252, # 12 Exhibit 253, # 13 Exhibit 254, # 14 Exhibit 255, # 15 Exhibit 256, # 16 Exhibit 257, # 17 Exhibit 258, # 18 Exhibit 259, # 19 Exhibit 260, # 20 Exhibit 261, # 21 Exhibit 262, # 22 Exhibit 263, # 23 Exhibit 264, # 24 Exhibit 265, # 25 Exhibit 266, # 26 Exhibit 267, # 27 Exhibit 268, # 28 Exhibit 269, # 29 Exhibit 270, # 30 Exhibit 271, # 31 Exhibit 272, # 32 Exhibit 273, # 33 Exhibit 274, # 34 Exhibit 275, # 35 Exhibit 276, # 36 Exhibit 277, # 37 Exhibit 278, # 38 Exhibit 279, # 39 Exhibit 280, # 40 Exhibit 281, # 41 Exhibit 282, # 42 Exhibit 283, # 43 Exhibit 284, # 44 Exhibit 285, # 45 Exhibit 286, # 46 Exhibit 287, # 47 Exhibit 288, # 48 Exhibit 289, # 49 Exhibit 290, # 50 Exhibit 291, # 51 Exhibit 292, # 52 Exhibit 293, # 53 Exhibit 294, # 54 Exhibit 295, # 55 Exhibit 296, # 56 Exhibit 297, # 57 Exhibit 298, # 58 Exhibit 299, # 59 Exhibit 300, # 60 Exhibit 301, # 61 Exhibit 302, # 62 Exhibit 303, # 63 Exhibit 304, # 64 Exhibit 305, # 65 Exhibit 306, # 66 Exhibit 307, # 67 Exhibit 308, # 68 Exhibit 309, # 69 Exhibit 310, # 70 Exhibit 311, # 71 Exhibit 312, # 72 Exhibit 313, # 73 Exhibit 314, # 74 Exhibit 315, # 75 Exhibit 316, # 76 Exhibit 317, # 77 Exhibit 318, # 78 Exhibit 319, # 79 Exhibit 320) (Fenske, Daniel) (Entered: 05/08/2025) |

| | | | |
|---|---|---|---|
| 05/08/2025 | 867 | 185.4 MB | EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Redacted Exhibits 321-400 to Declaration of Daniel T. Fenske)* regarding declaration,,,,,, 863 (Attachments: # 1 Exhibit 322, # 2 Exhibit 323, # 3 Exhibit 324, # 4 Exhibit 325, # 5 Exhibit 326, # 6 Exhibit 327, # 7 Exhibit 328, # 8 Exhibit 329, # 9 Exhibit 330, # 10 Exhibit 331, # 11 Exhibit 332, # 12 Exhibit 333, # 13 Exhibit 334, # 14 Exhibit 335, # 15 Exhibit 336, # 16 Exhibit 337, # 17 Exhibit 338, # 18 Exhibit 339, # 19 Exhibit 340, # 20 Exhibit 341, # 21 Exhibit 342, # 22 Exhibit 343, # 23 Exhibit 344, # 24 Exhibit 345, # 25 Exhibit 346, # 26 Exhibit 347, # 27 Exhibit 348, # 28 Exhibit 349, # 29 Exhibit 350, # 30 Exhibit 351, # 31 Exhibit 352, # 32 Exhibit 353, # 33 Exhibit 354, # 34 Exhibit 355, # 35 Exhibit 356, # 36 Exhibit 357, # 37 Exhibit 358, # 38 Exhibit 359, # 39 Exhibit 360, # 40 Exhibit 361, # 41 Exhibit 362, # 42 Exhibit 363, # 43 Exhibit 364, # 44 Exhibit 365, # 45 Exhibit 366, # 46 Exhibit 367, # 47 Exhibit 368, # 48 Exhibit 369, # 49 Exhibit 370, # 50 Exhibit 371, # 51 Exhibit 372, # 52 Exhibit 373, # 53 Exhibit 374, # 54 Exhibit 375, # 55 Exhibit 376, # 56 Exhibit 377, # 57 Exhibit 378, # 58 Exhibit 379, # 59 Exhibit 380, # 60 Exhibit 381, # 61 Exhibit 382, # 62 Exhibit 383, # 63 Exhibit 384, # 64 Exhibit 385, # 65 Exhibit 386, # 66 Exhibit 387, # 67 Exhibit 388, # 68 Exhibit 389, # 69 Exhibit 390, # 70 Exhibit 391, # 71 Exhibit 392, # 72 Exhibit 393, # 73 Exhibit 394, # 74 Exhibit 395, # 75 Exhibit 396, # 76 Exhibit 397, # 77 Exhibit 398, # 78 Exhibit 399, # 79 Exhibit 400) (Fenske, Daniel) (Entered: 05/08/2025) |
| 05/08/2025 | 868 | 38.8 MB | EXHIBIT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *(Redacted Exhibits 401-429 to Declaration of Daniel T. Fenske)* regarding declaration,,,,,, 863 (Attachments: # 1 Exhibit 402, # 2 Exhibit 403, # 3 Exhibit 404, # 4 Exhibit 405, # 5 Exhibit 406, # 6 Exhibit 407, # 7 Exhibit 408, # 8 Exhibit 409, # 9 Exhibit 410, # 10 Exhibit 411, # 11 Exhibit 412, # 12 Exhibit 413, # 13 Exhibit 414, # 14 Exhibit 415, # 15 Exhibit 416, # 16 Exhibit 417, # 17 Exhibit 418, # 18 Exhibit 419, # 19 Exhibit 420, # 20 Exhibit 421, # 21 Exhibit 422, # 22 Exhibit 423, # 23 Exhibit 424, # 24 Exhibit 425, # 25 Exhibit 426, # 26 Exhibit 427, # 27 Exhibit 428, # 28 Exhibit 429)(Fenske, Daniel) (Entered: 05/08/2025) |
| 05/08/2025 | 869 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: An in-person settlement conference regarding plaintiffs and the remaining defendants is set for 5/21/2025 at 9:30 AM. Counsel and client representatives are to be present and should convene in Courtroom 2103. Mediation statements are to be send to Judge Kennelly's proposed order e-mail address and opposing counsel (but not filed) by 5/16/2025 and are not to exceed 10 pages. (mk) (Entered: 05/08/2025) |
| 05/20/2025 | 870 | 113.4 KB | JOINT REQUEST FOR EXTENSION OF TIME FOR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 05/20/2025) |

| 05/21/2025 | 871 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The parties' joint motion to extend the response date for summary judgment motions to 6/27/2025 in light of the parties' express agreement that this does not affect the already-set date of 8/11/2025 for reply briefs. (mk) (Entered: 05/21/2025) |
| 05/21/2025 | 872 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Docket entry 871 (minute entry dated 5/21/2025) is corrected to read as follows (additions **in bold print**). The parties' joint motion to extend the response date for summary judgment motions to 6/27/2025 **is granted** in light of the parties' express agreement that this does not affect the already-set date of 8/11/2025 for reply briefs. (mk) (Entered: 05/21/2025) |
| 05/21/2025 | 873 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Settlement conference held on 5/21/2025. The Court thanks the parties for their efforts. Settlement does not appear to be possible at this time. (mk) (Entered: 05/21/2025) |
| 05/29/2025 | 874 | ☐ 5.5 MB | NOTICE OF FILING PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26)(Normand, Edward) (Entered: 05/29/2025) |
| 06/12/2025 | 875 | ☐ 295.0 KB | MOTION by Attorney Eric L. Cramer on behalf of Ellen T. Noteware to withdraw as attorney for Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams. No party information provided<br><br>(Cramer, Eric) (Entered: 06/12/2025) |
| 06/13/2025 | 876 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Ellen Noteware is granted 875 . (mk) (Entered: 06/13/2025) |
| 06/13/2025 | 877 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for June 20, 2025 at 1:00 p.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23145245239##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, |

| | | | |
|---|---|---|---|
| | | | restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 06/13/2025) |
| 06/19/2025 | 878 | ☐ 105.1 KB | Letter Re Potential Rule 1.5(f) Violation by Peter Bach-y-Rita (Bach-y-Rita, Peter) (Entered: 06/19/2025) |
| 06/19/2025 | 879 | ☐ 198.7 KB | RESPONSE by Plaintiffs Andrew Corzo, Savannah Rose Eklund, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to other 878 *Letter* (Normand, Edward) (Entered: 06/19/2025) |
| 06/20/2025 | 880 | ☐ 203.0 KB | Response by Peter Bach-y-Rita (Attachments: # 1 Exhibit Email from Vel Freedman to Peter Bach-y-Rita)(Bach-y-Rita, Peter) (Entered: 06/20/2025) |
| 06/20/2025 | 881 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Due to a technical glitch, the 6/20/2025 video motion hearing is vacated and reset to 6/23/2025 at 10:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23145758515##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 06/20/2025) |
| 06/23/2025 | 882 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video final approval hearing held on 6/23/2025. Oral ruling made granting motion for final approval of proposed settlements and approval of settlement class counsel's motion for service awards for the class representatives, reimbursement of expenses, and attorneys' fees as to defendant California Institute of Technology only 830 843 . The parties are directed to send a proposed order in Word format that covers defendant California Institute of Technology to Judge Kennelly's proposed order email address. A final approval hearing regarding defendant The Johns Hopkins University is set for 7/28/2025 at 10:00 a.m. The hearing will be held by video. Judge Kennelly's courtroom deputy clerk will send out the video conference invitation to counsel a few days before the hearing date. Mailed notice. (mma, ) (Entered: 06/23/2025) |
| 06/26/2025 | 883 | ☐ 88.5 KB | [PROPOSED] ORDER MODIFYING THE CONFIDENTIALITY DISCLOSURE SCHEDULE FOR CERTAIN SUMMARY JUDGMENT MOTIONS by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 06/26/2025) |
| 06/27/2025 | 884 | ☐ 199.1 KB | ORDER GRANTING FINAL JUDGMENT AND ORDER OF DISMISSAL, APPROVING THE SETTLEMENT WITH DEFENDANT CALIFORNIA INSTITUTE OF TECHNOLOGY, AND |

| | | | |
|---|---|---|---|
| | | | GRANTING SETTLEMENT CLASS COUNSEL'S MOTION FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES, REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES RELATING TO THE CALIFORNIA INSTITUTE OF TECHNOLOGY SETTLEMENT, signed by the Honorable Matthew F. Kennelly on 6/27/2025. (mk) (Entered: 06/27/2025) |
| 06/27/2025 | 885 | ☐ 184.7 KB | ORDER MODIFYING THE CONFIDENTIALITY DISCLOSURE SCHEDULE FOR CERTAIN SUMMARY JUDGMENT MOTIONS, signed by the Honorable Matthew F. Kennelly on 6/27/2025. (mk) (Entered: 06/27/2025) |
| 06/27/2025 | 886 | ☐ 235.1 KB | RESPONSE by The Trustees of the University of Pennsylvania in Opposition to MOTION by Plaintiffs Cameron Williams, Alexander Leo-Guerra, Michael Maerlander, Sia Henry, Benjamin Shumate, Brandon Piyevsky, Andrew Corzo, Brittany Tatiana Weaver for partial summary judgment 850 (Gringer, David) (Entered: 06/27/2025) |
| 06/27/2025 | 887 | ☐ 208.8 KB | RESPONSE by Defendant The Trustees of the University of Pennsylvania to Rule 56 statement, 851 *[Redacted]* (Gringer, David) (Entered: 06/27/2025) |
| 06/27/2025 | 888 | ☐ 198.2 KB | RULE 56.1(b)(3) Statement *of Additional Undisputed Material Facts in Support of The Trustees of the University of Pennsylvania's Opposition to Plaintiffs' Motion for Partial Summary Judgment* (Gringer, David) (Entered: 06/27/2025) |
| 06/27/2025 | 889 | ☐ 10.1 MB | DECLARATION of David Gringer regarding Response 887 , response in opposition to motion, 886 , Rule 56 statement 888 (Attachments: # 1 Exhibit 1, # 2 Exhibit 1.1, # 3 Exhibit 1.2, # 4 Exhibit 2, # 5 Exhibit 2.1, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26)(Gringer, David) (Entered: 06/27/2025) |
| 06/27/2025 | 890 | | SEALED RESPONSE by The Trustees of the University of Pennsylvania to Rule 56 statement, 851 (Gringer, David) (Entered: 06/27/2025) |
| 06/27/2025 | 891 | ☐ 425.2 KB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion for summary judgment 846 (Normand, Edward) (Entered: 06/27/2025) |
| 06/27/2025 | 892 | ☐ 272.3 KB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion for summary judgment 846 (Normand, Edward) (Entered: 06/27/2025) |

| 06/27/2025 | 893 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 06/27/2025) |
| 06/27/2025 | 894 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 06/27/2025) |
| 06/27/2025 | 895 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to Rule 56 statement, 862 (Normand, Edward) (Entered: 06/27/2025) |
| 06/28/2025 | 896 | 1.5 MB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to Rule 56 statement, 862 (Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 897 | 36.6 MB | DECLARATION of Edward Normand regarding memorandum in opposition to motion 892 , memorandum in opposition to motion 891 (Attachments: # 1 Exhibit 2, # 2 Exhibit 5, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 31, # 7 Exhibit 32, # 8 Exhibit 39, # 9 Exhibit 45, # 10 Exhibit 59, # 11 Exhibit 90, # 12 Exhibit 96, # 13 Exhibit 107, # 14 Exhibit 117, # 15 Exhibit 140, # 16 Exhibit 141, # 17 Exhibit 142, # 18 Exhibit 143, # 19 Exhibit 149, # 20 Exhibit 157, # 21 Exhibit 158, # 22 Exhibit 159, # 23 Exhibit 215, # 24 Exhibit 219, # 25 Exhibit 221, # 26 Exhibit 222, # 27 Exhibit 223, # 28 Exhibit 224, # 29 Exhibit 229, # 30 Exhibit 246, # 31 Exhibit 249, # 32 Exhibit 250, # 33 Exhibit 251, # 34 Exhibit 252, # 35 Exhibit 254, # 36 Exhibit 255, # 37 Exhibit 256, # 38 Exhibit 257, # 39 Exhibit 258, # 40 Exhibit 260, # 41 Exhibit 261, # 42 Exhibit 262, # 43 Exhibit 268, # 44 Exhibit 270, # 45 Exhibit 271, # 46 Exhibit 272, # 47 Exhibit 280, # 48 Exhibit 282, # 49 Exhibit 284, # 50 Exhibit 285)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 898 | 41.2 MB | EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding memorandum in opposition to motion 892 , memorandum in opposition to motion 891 , declaration,,,, 897 (Attachments: # 1 Exhibit 287, # 2 Exhibit 289, # 3 Exhibit 291, # 4 Exhibit 292, # 5 Exhibit 293, # 6 Exhibit 294, # 7 Exhibit 295, # 8 Exhibit 296, # 9 Exhibit 297, # 10 Exhibit 298, # 11 Exhibit 299, # 12 Exhibit 300, # 13 Exhibit 301, # 14 Exhibit 302, # 15 Exhibit 303, # 16 Exhibit 304, # 17 Exhibit 305, # 18 Exhibit 306, # 19 Exhibit 307, # 20 Exhibit 308, # 21 Exhibit 309, # 22 Exhibit 310, # 23 Exhibit 311, # 24 Exhibit 312, # 25 Exhibit 313, # 26 Exhibit 315, # 27 Exhibit 316, # 28 Exhibit 317, # 29 Exhibit 323, # 30 Exhibit 325, # 31 Exhibit 327, # 32 Exhibit 328, # 33 Exhibit 329, # 34 Exhibit 330, # 35 Exhibit 332, # 36 Exhibit 333, # 37 Exhibit 334, # 38 Exhibit 336, # 39 Exhibit 342, # 40 Exhibit 343, # 41 Exhibit 344, # 42 Exhibit 345, # 43 Exhibit 346, # 44 Exhibit 347, # 45 Exhibit 348, # 46 Exhibit 349, # 47 |

| | | | Exhibit 376)(Normand, Edward) (Entered: 06/28/2025) |
|---|---|---|---|
| 06/28/2025 | 899 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 19, # 15 Exhibit 20, # 16 Exhibit 21, # 17 Exhibit 22, # 18 Exhibit 23, # 19 Exhibit 24, # 20 Exhibit 25)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 900 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 32, # 6 Exhibit 33, # 7 Exhibit 34, # 8 Exhibit 35, # 9 Exhibit 36, # 10 Exhibit 37, # 11 Exhibit 38, # 12 Exhibit 39, # 13 Exhibit 40, # 14 Exhibit 41, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 46, # 19 Exhibit 47, # 20 Exhibit 48, # 21 Exhibit 49, # 22 Exhibit 50, # 23 Exhibit 51, # 24 Exhibit 52, # 25 Exhibit 53, # 26 Exhibit 54, # 27 Exhibit 55, # 28 Exhibit 56, # 29 Exhibit 57, # 30 Exhibit 58, # 31 Exhibit 60)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 901 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 62, # 2 Exhibit 63, # 3 Exhibit 64, # 4 Exhibit 65, # 5 Exhibit 66, # 6 Exhibit 67, # 7 Exhibit 68, # 8 Exhibit 69, # 9 Exhibit 70, # 10 Exhibit 71, # 11 Exhibit 72, # 12 Exhibit 73, # 13 Exhibit 74, # 14 Exhibit 75, # 15 Exhibit 76, # 16 Exhibit 77, # 17 Exhibit 78, # 18 Exhibit 79, # 19 Exhibit 80, # 20 Exhibit 81, # 21 Exhibit 82, # 22 Exhibit 83, # 23 Exhibit 84, # 24 Exhibit 85, # 25 Exhibit 86, # 26 Exhibit 87, # 27 Exhibit 88, # 28 Exhibit 89, # 29 Exhibit 91, # 30 Exhibit 92, # 31 Exhibit 93, # 32 Exhibit 94, # 33 Exhibit 95, # 34 Exhibit 97, # 35 Exhibit 98, # 36 Exhibit 99, # 37 Exhibit 100)(Normand, Edward) (Entered: 06/28/2025) |

| 06/28/2025 | 902 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 102, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106, # 6 Exhibit 108, # 7 Exhibit 109, # 8 Exhibit 110, # 9 Exhibit 111, # 10 Exhibit 112, # 11 Exhibit 113, # 12 Exhibit 114, # 13 Exhibit 115, # 14 Exhibit 116, # 15 Exhibit 117, # 16 Exhibit 118, # 17 Exhibit 119, # 18 Exhibit 120, # 19 Exhibit 121, # 20 Exhibit 122, # 21 Exhibit 123, # 22 Exhibit 124, # 23 Exhibit 125, # 24 Exhibit 126, # 25 Exhibit 127, # 26 Exhibit 128, # 27 Exhibit 129, # 28 Exhibit 130, # 29 Exhibit 131, # 30 Exhibit 132, # 31 Exhibit 133, # 32 Exhibit 134, # 33 Exhibit 135, # 34 Exhibit 136, # 35 Exhibit 137, # 36 Exhibit 138, # 37 Exhibit 139)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 903 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 145, # 2 Exhibit 146, # 3 Exhibit 147, # 4 Exhibit 148, # 5 Exhibit 150, # 6 Exhibit 151, # 7 Exhibit 152, # 8 Exhibit 153, # 9 Exhibit 154, # 10 Exhibit 155, # 11 Exhibit 156, # 12 Exhibit 160, # 13 Exhibit 161, # 14 Exhibit 162, # 15 Exhibit 163, # 16 Exhibit 164, # 17 Exhibit 165, # 18 Exhibit 166, # 19 Exhibit 167, # 20 Exhibit 168, # 21 Exhibit 169, # 22 Exhibit 170, # 23 Exhibit 171, # 24 Exhibit 172, # 25 Exhibit 173, # 26 Exhibit 174, # 27 Exhibit 175, # 28 Exhibit 176, # 29 Exhibit 177, # 30 Exhibit 178, # 31 Exhibit 179, # 32 Exhibit 180, # 33 Exhibit 181, # 34 Exhibit 182, # 35 Exhibit 183)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 904 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 185, # 2 Exhibit 186, # 3 Exhibit 187, # 4 Exhibit 188, # 5 Exhibit 189, # 6 Exhibit 190, # 7 Exhibit 191, # 8 Exhibit 192, # 9 Exhibit 193, # 10 Exhibit 194, # 11 Exhibit 195, # 12 Exhibit 196, # 13 Exhibit 197, # 14 Exhibit 198, # 15 Exhibit 199, # 16 Exhibit 200, # 17 Exhibit 201, # 18 Exhibit 202, # 19 Exhibit 203, # 20 Exhibit 204, # 21 Exhibit 205, # 22 Exhibit 206, # 23 Exhibit 207, # 24 Exhibit 208, # 25 Exhibit 209, # 26 Exhibit 210, # 27 Exhibit 211, # 28 Exhibit 212, # 29 Exhibit 213, # 30 Exhibit 214, # 31 Exhibit 215, # 32 Exhibit 216)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | 905 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, 897 (Attachments: # 1 Exhibit 220, # 2 Exhibit 223, # 3 Exhibit 225, # 4 Exhibit 226, # 5 Exhibit 227, # 6 Exhibit 228, # 7 Exhibit 230, # 8 Exhibit 231, # 9 Exhibit 232, # 10 Exhibit 233, # 11 Exhibit 234, # 12 Exhibit 235, # 13 Exhibit 236, # 14 Exhibit 237, # 15 Exhibit 238, # 16 Exhibit 239, # 17 Exhibit 240, # 18 Exhibit 241, # 19 Exhibit 242, # 20 Exhibit 243, # 21 Exhibit 244, # 22 Exhibit 245, # 23 |

| | | | |
|---|---|---|---|
| | | | Exhibit 247, # [24](#) Exhibit 248, # [25](#) Exhibit 249, # [26](#) Exhibit 253, # [27](#) Exhibit 259, # [28](#) Exhibit 263, # [29](#) Exhibit 264, # [30](#) Exhibit 265, # [31](#) Exhibit 266, # [32](#) Exhibit 267, # [33](#) Exhibit 269, # [34](#) Exhibit 273, # [35](#) Exhibit 274)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | [906](#) | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, [897](#) (Attachments: # [1](#) Exhibit 275, # [2](#) Exhibit 276, # [3](#) Exhibit 277, # [4](#) Exhibit 278, # [5](#) Exhibit 279, # [6](#) Exhibit 281, # [7](#) Exhibit 283, # [8](#) Exhibit 285, # [9](#) Exhibit 287, # [10](#) Exhibit 288, # [11](#) Exhibit 289, # [12](#) Exhibit 290, # [13](#) Exhibit 299, # [14](#) Exhibit 301, # [15](#) Exhibit 302, # [16](#) Exhibit 303, # [17](#) Exhibit 304, # [18](#) Exhibit 305, # [19](#) Exhibit 306, # [20](#) Exhibit 307, # [21](#) Exhibit 308, # [22](#) Exhibit 313, # [23](#) Exhibit 314, # [24](#) Exhibit 315, # [25](#) Exhibit 318, # [26](#) Exhibit 319, # [27](#) Exhibit 320, # [28](#) Exhibit 321, # [29](#) Exhibit 322, # [30](#) Exhibit 323, # [31](#) Exhibit 324, # [32](#) Exhibit 326, # [33](#) Exhibit 331, # [34](#) Exhibit 332, # [35](#) Exhibit 333)(Normand, Edward) (Entered: 06/28/2025) |
| 06/28/2025 | [907](#) | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration,,,, [897](#) (Attachments: # [1](#) Exhibit 335, # [2](#) Exhibit 337, # [3](#) Exhibit 338, # [4](#) Exhibit 339, # [5](#) Exhibit 340, # [6](#) Exhibit 341, # [7](#) Exhibit 350, # [8](#) Exhibit 351, # [9](#) Exhibit 352, # [10](#) Exhibit 353, # [11](#) Exhibit 354, # [12](#) Exhibit 355, # [13](#) Exhibit 356, # [14](#) Exhibit 357, # [15](#) Exhibit 358, # [16](#) Exhibit 359, # [17](#) Exhibit 360, # [18](#) Exhibit 361, # [19](#) Exhibit 362, # [20](#) Exhibit 363, # [21](#) Exhibit 364, # [22](#) Exhibit 365, # [23](#) Exhibit 366, # [24](#) Exhibit 367, # [25](#) Exhibit 368, # [26](#) Exhibit 369, # [27](#) Exhibit 370, # [28](#) Exhibit 371, # [29](#) Exhibit 372, # [30](#) Exhibit 373, # [31](#) Exhibit 374, # [32](#) Exhibit 375, # [33](#) Exhibit 377)(Normand, Edward) (Entered: 06/28/2025) |
| 07/01/2025 | [908](#) | ☐ 168.9 KB | MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac for Limited Discovery into Plaintiffs' Counsel's Allegations of Misconduct and Related Briefing (Heins, Matthew) (Entered: 07/01/2025) |
| 07/02/2025 | [909](#) | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Any response to defendants' motion for discovery [908](#) is to be filed by 7/9/2025. Telephonic hearing, unless deemed unnecessary by the Court, is set for 7/11/2025 at 9:15 AM, using call-in number 650-479-3207, access code 2305-915-8729. (mk) (Entered: 07/02/2025) |
| 07/09/2025 | [910](#) | ☐ 159.7 KB | RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williamsin Opposition to MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac for Limited Discovery into Plaintiffs' Counsel's Allegations [908](#) (Normand, Edward) (Entered: 07/09/2025) |

| 07/11/2025 | 911 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic motion hearing set for 9:15 a.m. on 7/11/2025 is pushed back to 1:30 p.m. Central on that date. This is a time change only. The following call-in number will be used for the hearing: 650-479-3207; access code 2305-915-8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 07/11/2025) |
| --- | --- | --- | --- |
| 07/11/2025 | 912 | ☐ 5.0 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic hearing on defendants' motion for discovery 908 held on 7/11/2025. Class counsel Peter Bach-y-Rita is directed to file under seal by no later than 12:00 PM Central Time on 7/21/2025 a statement that details his contentions regarding submission of false or inflated billing records to the Court in this case. Mr. Bach-y-Rita may attach (also under seal) supporting documentation but should take care not to include any material on which a claim of attorney-client or work product privilege could be asserted. The entire submission is to be filed under seal. Because sealed filings are not accessible from the docket Mr. Bach-y-Rita is directed to email a copy of his submission to class counsel Edward J. Normand and to defendant Notre Dame's counsel Robert A. Van Kirk contemporaneously with its filing. Those attorneys may distribute it among other counsel of record in the case but the materials are to be treated as "attorneys eyes only" pursuant to the protective order(s) entered in this case until the Court orders otherwise. A further hearing on defendants' motion for discovery is set for 7/28/2025 at 10:00 AM. This will be a video hearing on the motion for discovery; Judge Kennelly's courtroom deputy clerk will send out a video invitation to attorneys Normand and Van Kirk prior to the hearing which they may distribute among other counsel of records. The final approval and other hearings currently set for 10:00 AM on 7/28/2025 are reset to 10:30 AM on that date. A separate video invitation will be sent for those hearings. Mailed notice. (mma, ) (Entered: 07/11/2025) |
| 07/21/2025 | 913 | | SEALED MOTION by Unknown Peter Bach-y-Rita *constituting declaration requested by the Court* (Bach-y-Rita, Peter) (Entered: 07/21/2025) |
| 07/22/2025 | 914 | ☐ 127.0 MB | NOTICE OF FILING PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 7, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 17, # 10 Exhibit 18, # 11 Exhibit 19, # 12 Exhibit 20, # 13 Exhibit 21, # 14 Exhibit 22, # 15 Exhibit 23, # 16 Exhibit 24, # 17 Exhibit 25, # 18 Exhibit 26, # 19 Exhibit 27, # 20 Exhibit 28, # 21 Exhibit 33, # 22 Exhibit 34, # 23 Exhibit 35, # 24 Exhibit 36, # 25 Exhibit 37, # 26 |

| | | | |
|---|---|---|---|
| | | | Exhibit 38, # [27](#) Exhibit 41, # [28](#) Exhibit 46, # [29](#) Exhibit 47, # [30](#) Exhibit 48, # [31](#) Exhibit 49, # [32](#) Exhibit 50, # [33](#) Exhibit 51, # [34](#) Exhibit 52, # [35](#) Exhibit 53, # [36](#) Exhibit 54, # [37](#) Exhibit 55, # [38](#) Exhibit 56, # [39](#) Exhibit 57, # [40](#) Exhibit 58, # [41](#) Exhibit 61, # [42](#) Exhibit 62, # [43](#) Exhibit 64, # [44](#) Exhibit 65, # [45](#) Exhibit 66, # [46](#) Exhibit 67, # [47](#) Exhibit 68, # [48](#) Exhibit 71, # [49](#) Exhibit 72, # [50](#) Exhibit 73, # [51](#) Exhibit 74, # [52](#) Exhibit 76, # [53](#) Exhibit 77, # [54](#) Exhibit 78, # [55](#) Exhibit 79, # [56](#) Exhibit 80, # [57](#) Exhibit 81, # [58](#) Exhibit 82, # [59](#) Exhibit 83, # [60](#) Exhibit 84, # [61](#) Exhibit 89, # [62](#) Exhibit 91, # [63](#) Exhibit 92, # [64](#) Exhibit 93, # [65](#) Exhibit 94, # [66](#) Exhibit 95, # [67](#) Exhibit 97, # [68](#) Exhibit 98, # [69](#) Exhibit 99, # [70](#) Exhibit 100)(Normand, Edward) (Entered: 07/22/2025) |
| 07/22/2025 | [915](#) | 205.6 MB | EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding other,,,,,, [914](#) (Attachments: # [1](#) Exhibit 104, # [2](#) Exhibit 105, # [3](#) Exhibit 106, # [4](#) Exhibit 108, # [5](#) Exhibit 109, # [6](#) Exhibit 110, # [7](#) Exhibit 111, # [8](#) Exhibit 112, # [9](#) Exhibit 113, # [10](#) Exhibit 114, # [11](#) Exhibit 115, # [12](#) Exhibit 118, # [13](#) Exhibit 119, # [14](#) Exhibit 120, # [15](#) Exhibit 121, # [16](#) Exhibit 122, # [17](#) Exhibit 123, # [18](#) Exhibit 124, # [19](#) Exhibit 125, # [20](#) Exhibit 126, # [21](#) Exhibit 127, # [22](#) Exhibit 128, # [23](#) Exhibit 130, # [24](#) Exhibit 131, # [25](#) Exhibit 132, # [26](#) Exhibit 133, # [27](#) Exhibit 134, # [28](#) Exhibit 137, # [29](#) Exhibit 138, # [30](#) Exhibit 139, # [31](#) Exhibit 145, # [32](#) Exhibit 146, # [33](#) Exhibit 148, # [34](#) Exhibit 150, # [35](#) Exhibit 151, # [36](#) Exhibit 152, # [37](#) Exhibit 153, # [38](#) Exhibit 155, # [39](#) Exhibit 156, # [40](#) Exhibit 160, # [41](#) Exhibit 161, # [42](#) Exhibit 162, # [43](#) Exhibit 163, # [44](#) Exhibit 165, # [45](#) Exhibit 167, # [46](#) Exhibit 168, # [47](#) Exhibit 169, # [48](#) Exhibit 170, # [49](#) Exhibit 172, # [50](#) Exhibit 173, # [51](#) Exhibit 174, # [52](#) Exhibit 176, # [53](#) Exhibit 186, # [54](#) Exhibit 187, # [55](#) Exhibit 188, # [56](#) Exhibit 189, # [57](#) Exhibit 190, # [58](#) Exhibit 191, # [59](#) Exhibit 192, # [60](#) Exhibit 193, # [61](#) Exhibit 194, # [62](#) Exhibit 195, # [63](#) Exhibit 196, # [64](#) Exhibit 197, # [65](#) Exhibit 198, # [66](#) Exhibit 199, # [67](#) Exhibit 200) (Normand, Edward) (Entered: 07/22/2025) |
| 07/22/2025 | [916](#) | 95.6 MB | EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding other,,,,,, [914](#) (Attachments: # [1](#) Exhibit 202, # [2](#) Exhibit 203, # [3](#) Exhibit 204, # [4](#) Exhibit 205, # [5](#) Exhibit 206, # [6](#) Exhibit 207, # [7](#) Exhibit 208, # [8](#) Exhibit 209, # [9](#) Exhibit 210, # [10](#) Exhibit 211, # [11](#) Exhibit 213, # [12](#) Exhibit 214, # [13](#) Exhibit 216, # [14](#) Exhibit 217, # [15](#) Exhibit 218, # [16](#) Exhibit 220, # [17](#) Exhibit 223, # [18](#) Exhibit 225, # [19](#) Exhibit 226, # [20](#) Exhibit 227, # [21](#) Exhibit 228, # [22](#) Exhibit 230, # [23](#) Exhibit 231, # [24](#) Exhibit 232, # [25](#) Exhibit 233, # [26](#) Exhibit 234, # [27](#) Exhibit 236, # [28](#) Exhibit 238, # [29](#) Exhibit 239, # [30](#) Exhibit 240, # [31](#) Exhibit 241, # [32](#) Exhibit 242, # [33](#) Exhibit 243, # [34](#) Exhibit 244, # [35](#) Exhibit 247, # [36](#) Exhibit 253, # [37](#) Exhibit 263, # [38](#) Exhibit 264, # [39](#) Exhibit 265, # [40](#) Exhibit 269, # [41](#) Exhibit 274, # [42](#) Exhibit 276, # [43](#) Exhibit 277, # [44](#) Exhibit 278, # [45](#) Exhibit 279, # [46](#) Exhibit 281, # [47](#) Exhibit 288, # [48](#) Exhibit 290)(Normand, Edward) (Entered: 07/22/2025) |

| 07/22/2025 | 917 | 109.4 MB | EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding other,,,,,, 914 (Attachments: # 1 Exhibit 318, # 2 Exhibit 319, # 3 Exhibit 320, # 4 Exhibit 321, # 5 Exhibit 322, # 6 Exhibit 323, # 7 Exhibit 326, # 8 Exhibit 331, # 9 Exhibit 335, # 10 Exhibit 352, # 11 Exhibit 354, # 12 Exhibit 356, # 13 Exhibit 357, # 14 Exhibit 360, # 15 Exhibit 361, # 16 Exhibit 363, # 17 Exhibit 364, # 18 Exhibit 365, # 19 Exhibit 366, # 20 Exhibit 367, # 21 Exhibit 368, # 22 Exhibit 371, # 23 Exhibit 372, # 24 Exhibit 373, # 25 Exhibit 375, # 26 Exhibit 377)(Normand, Edward) (Entered: 07/22/2025) |
| 07/25/2025 | 918 | 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: To avoid a conflict with an ongoing jury trial expected to conclude around noon on 7/28/2025, the video hearing on defendants' motion for discovery 908 , currently set for 10:00 AM on that date, is reset at the Court's instance to 2:00 PM on the same date. For this particular hearing, Judge Kennelly's courtroom deputy clerk will send out a video invitation to attorneys Normand and Van Kirk prior to the hearing which they may distribute among other counsel of record in this case, including to attorney Bach-y-Rita if he so requests. (mk) (Entered: 07/25/2025) |
| 07/25/2025 | 919 | 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, to avoid a conflict with an ongoing jury trial expected to conclude around noon on 7/28/2025, the video hearing (regarding settlement approval and related matters) currently set for 10:30 AM on 7/28/2025 is reset to 2:30 PM on that same date. This is a separate hearing from the hearing on defendants' motion for discovery set for 2:00 PM on 7/28/2025, and Judge Kennelly's courtroom deputy clerk will send out a separate video invitation for this hearing. The 2:30 PM hearing will also be a status hearing regarding the case as a whole. (mk) (Entered: 07/25/2025) |
| 07/25/2025 | 920 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status and final approval hearings scheduled for July 28, 2025 at 2:30 p.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23184383924##. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 07/25/2025) |
| 07/28/2025 | 921 | 4.8 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video hearing held on 7/28/2025 regarding defendants' motion for discovery 908 . Mr. Bach-y-Rita was invited to participate, but it was reported to the Court that he had, through his counsel, respectfully declined. The Court sets the matter--specifically the dispute over discovery arising |

| | | | |
|---|---|---|---|
| | | | from Mr. Bach-y-Rita's apparent allegation of a fraud upon the Court-- for an in-person hearing on 8/8/2025 at 10:30 AM. Mr. Bach-y-Rita, who is one of the attorneys of record for the plaintiffs and the putative class in this case, is hereby ordered to attend in person. Attendance is limited to counsel of record, no more than 4 for the plaintiffs and the putative class (not counting Mr. Bach-y-Rita), and no more than 2 for each defendant. Mr. Bach-y-Rita's counsel may also attend. No video or phone appearances will be allowed. Mr. Bach-y-Rita is to be prepared to testify regarding any contention on his part that false or inflated billing records were submitted to the Court. He is also to bring with him any supporting evidence (as referenced in his sealed submission filed on 7/21/2025). (mk) (Entered: 07/28/2025) |
| 07/28/2025 | 922 <br> 4.3 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Counsel for plaintiffs are directed to make sure that Mr. Bach-y-Rita receives a copy of the minute entry made earlier this afternoon. (mk) (Entered: 07/28/2025) |
| 07/28/2025 | 923 <br> 4.5 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 7/28/2025. Plaintiff's motion for final approval of settlement as to defendant Johns Hopkins 843 is granted for the reasons stated on the record. Plaintiffs' counsel is directed to send a proposed order to Judge Kennelly's proposed order email address. Each side to submit a USB drive with a copy of their summary judgment submissions. All exhibits on the thumb drive are to be bookmarked as more fully explained during the hearing, The case is set for a jury trial on 11/2/2026 at 9:15 a.m. Mailed notice. (mma, ) (Entered: 07/28/2025) |
| 07/30/2025 | 924 <br> 193.4 KB | ☐ | ORDER GRANTING FINAL JUDGMENT AND ORDER OF DISMISSAL, APPROVING THE SETTLEMENT WITH DEFENDANT THE JOHNS HOPKINS UNIVERSITY, AND GRANTING SETTLEMENT CLASS COUNSEL'S MOTION FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES, REIMBURSEMENT OF EXPENSES, AND ATTORNEYS' FEES RELATING TO THE JOHNS HOPKINS UNIVERSITY SETTLEMENT, signed by the Honorable Matthew F. Kennelly on 7/30/2025. (mk) (Entered: 07/30/2025) |
| 08/05/2025 | 925 <br> 222.9 KB | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of Massachusetts Institute of Technology by Andrew Walsa Henderson; Filing fee $ 150, receipt number AILNDC-23839179. <br><br> (Henderson, Andrew) (Entered: 08/05/2025) |
| 08/05/2025 | 926 <br> 4.2 KB | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly: In person hearing set for 8/8/2025 at 10:30 AM (see dkt. no. 921). (mk) (Entered: 08/05/2025) |
| 08/05/2025 | 927 <br> 159.0 KB | ☐ | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to clarify *RESPONDING TO MR. BACH-Y-RITAS DECLARATION* <br><br> (Normand, Edward) (Entered: 08/05/2025) |

| 08/06/2025 | 928 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs have filed a motion for clarification. The Court advises that it has not authorized any filings prior to the hearing. The Court will address at the hearing whether anything should be filed and, if so, what. (mk) (Entered: 08/06/2025) |
| --- | --- | --- | --- |
| 08/08/2025 | 929 | ☐ 4.5 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 8/8/2025. The defendants' request for discovery 908 is overruled for the reasons stated in open court. The Court finds that the transcript from today's hearing is a matter of public record and may be requested. The case is set for a telephonic status hearing on 8/15/2025 at 9:30 a.m. The following call-in number will be used for the hearing: 650-479-3207; access code 2305-915-8729. Mailed notice. (mma, ) (Entered: 08/11/2025) |
| 08/11/2025 | 930 | ☐ 125.4 KB | REPLY by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to motion for partial summary judgment,, 850 (Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 931 | ☐ 127.1 KB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to Rule 56 statement 888 (Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 932 | ☐ 3.7 MB | DECLARATION of Edward J. Normand regarding reply 930 , Response 931 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 933 | | SEALED REPLY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to MOTION by Plaintiffs Cameron Williams, Alexander Leo-Guerra, Michael Maerlander, Sia Henry, Benjamin Shumate, Brandon Piyevsky, Andrew Corzo, Brittany Tatiana Weaver for partial summary judgment

850 (Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 934 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to Rule 56 statement 888 (Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 935 | | SEALED EXHIBIT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams regarding declaration, 932 (Attachments: # 1 Exhibit 8, # 2 Exhibit 10, # 3 Exhibit 14)(Normand, Edward) (Entered: 08/11/2025) |
| 08/11/2025 | 936 | | SEALED REPLY by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to MOTION by |

| | | | Defendants University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, Georgetown University, Cornell University, Massachusetts Institute of Technology for summary judgment <br><br> [846](#) *Reply Memorandum in Support of Summary Judgment* (Armstrong, Norman) (Entered: 08/11/2025) |
|---|---|---|---|
| 08/11/2025 | [937](#) | | SEALED REPLY by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to MOTION by Defendants University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, Georgetown University, Cornell University, Massachusetts Institute of Technology for summary judgment <br><br> [846](#) *Reply Memorandum in Support of Summary Judgment on the Statute of Limitations* (Armstrong, Norman) (Entered: 08/11/2025) |
| 08/11/2025 | [938](#) | | SEALED RESPONSE by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to sealed response [895](#) *Response to Plaintiffs' Counterstatement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment* (Armstrong, Norman) (Entered: 08/11/2025) |
| 08/11/2025 | [939](#) | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Declaration of Emily T. Chen in Support of Defendants Motion for Summary Judgment and Exhibits 430-473* (Attachments: # [1](#) Exhibit 430, # [2](#) Exhibit 430.1, # [3](#) Exhibit 430.2, # [4](#) Exhibit 431, # [5](#) Exhibit 431.1, # [6](#) Exhibit 432, # [7](#) Exhibit 432.1, # [8](#) Exhibit 432.2, # [9](#) Exhibit 433, # [10](#) Exhibit 433.1, # [11](#) Exhibit 434, # [12](#) Exhibit 435, # [13](#) Exhibit 436, # [14](#) Exhibit 437, # [15](#) Exhibit 438, # [16](#) Exhibit 439, # [17](#) Exhibit 440, # [18](#) Exhibit 441, # [19](#) Exhibit 442, # [20](#) Exhibit 443, # [21](#) Exhibit 444, # [22](#) Exhibit 445, # [23](#) Exhibit 446, # [24](#) Exhibit 447, # [25](#) Exhibit 447.1, # [26](#) Exhibit 447.2, # [27](#) Exhibit 447.3 1 of 2, # [28](#) Exhibit 447.3 2 of 2, # [29](#) Exhibit 448, # [30](#) Exhibit 449, # [31](#) Exhibit 450, # [32](#) Exhibit 451, # [33](#) Exhibit 452, # [34](#) Exhibit 453, # [35](#) Exhibit 454, # [36](#) Exhibit 455, # [37](#) Exhibit 456, # [38](#) Exhibit 457, # [39](#) Exhibit 458, # [40](#) Exhibit 459, # [41](#) Exhibit 460, # [42](#) Exhibit 461, # [43](#) Exhibit 462, # [44](#) Exhibit 463, # [45](#) Exhibit 464, # [46](#) Exhibit 465, # [47](#) Exhibit 466, # [48](#) Exhibit 467, # [49](#) Exhibit 468, # [50](#) Exhibit 469, # [51](#) Exhibit 470, # [52](#) Exhibit 471, # [53](#) Exhibit 472, # [54](#) Exhibit 473)(Chen, Emily) (Entered: 08/11/2025) |
| 08/12/2025 | [940](#) | ☐ <br> 484.1 KB | REPLY by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to motion for summary judgment [846](#) *Redacted Reply Memorandum in Support of Summary Judgment* (Armstrong, Norman) (Entered: 08/12/2025) |
| 08/12/2025 | [941](#) | ☐ <br> 375.5 KB | REPLY by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of |

| | | | |
|---|---|---|---|
| | | | Pennsylvania, University of Notre Dame du Lac to motion for summary judgment 846 *Redacted Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the Statute of Limitations* (Armstrong, Norman) (Entered: 08/12/2025) |
| 08/12/2025 | 942 | 13.6 MB | RESPONSE by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to sealed response 895 *Redacted Response to Plaintiffs' Counterstatement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment* (Armstrong, Norman) (Entered: 08/12/2025) |
| 08/12/2025 | 943 | 22.3 MB | DECLARATION of Emily T. Chen *Redacted Declaration of Emily T. Chen in Support of Defendants Motion for Summary Judgment and Redacted Exhibits 430-473* (Attachments: # 1 Exhibit 430, # 2 Exhibit 430.1, # 3 Exhibit 430.2, # 4 Exhibit 431, # 5 Exhibit 431.1, # 6 Exhibit 432, # 7 Exhibit 432.1, # 8 Exhibit 432.2, # 9 Exhibit 433, # 10 Exhibit 433.1, # 11 Exhibit 434, # 12 Exhibit 435, # 13 Exhibit 436, # 14 Exhibit 437, # 15 Exhibit 438, # 16 Exhibit 439, # 17 Exhibit 440, # 18 Exhibit 441, # 19 Exhibit 442, # 20 Exhibit 443, # 21 Exhibit 444, # 22 Exhibit 445, # 23 Exhibit 446, # 24 Exhibit 447, # 25 Exhibit 447.1, # 26 Exhibit 447.2, # 27 Exhibit 447.3, # 28 Exhibit 448, # 29 Exhibit 449, # 30 Exhibit 450, # 31 Exhibit 451, # 32 Exhibit 452, # 33 Exhibit 453, # 34 Exhibit 454, # 35 Exhibit 455, # 36 Exhibit 456, # 37 Exhibit 457, # 38 Exhibit 458, # 39 Exhibit 459, # 40 Exhibit 460, # 41 Exhibit 461, # 42 Exhibit 462, # 43 Exhibit 463, # 44 Exhibit 464, # 45 Exhibit 465, # 46 Exhibit 466, # 47 Exhibit 467, # 48 Exhibit 468, # 49 Exhibit 469, # 50 Exhibit 470, # 51 Exhibit 471, # 52 Exhibit 472, # 53 Exhibit 473) (Chen, Emily) (Entered: 08/12/2025) |
| 08/12/2025 | 944 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' counsel are directed to produce to defendants by no later than 4:00 PM Central Time today the inter-attorney correspondence provided to the Court at the 8/8/2025 hearing. The documents are to be designated as "Confidential" under the Second Amended Confidentiality Order in this case and are to be treated as such by all parties and counsel. Defendants are given until 8/19/2025 to file a supplemental brief, not to exceed 8 pages, regarding any impact on the motion for class certification of the evidence adduced at the hearing, the inter-attorney correspondence, and the surrounding issues. Plaintiffs are given until 8/26/2025 to file a response to defendants' supplemental brief. These dates will not be extended. (mk) (Entered: 08/12/2025) |
| 08/12/2025 | 945 | 5.3 MB | PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 08/12/2025) |
| 08/12/2025 | 946 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic status hearing set for 8/15/2025 is vacated. (mk) (Entered: 08/12/2025) |

| 08/19/2025 | 947 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Supplemental Brief* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Heins, Matthew) (Entered: 08/19/2025) |
|---|---|---|---|
| 08/19/2025 | 948 | ☐ 8.9 MB | MEMORANDUM by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Supplemental Brief (Public Version)* (Attachments: # 1 Exhibit 1 (Sealed), # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Sealed))(Heins, Matthew) (Entered: 08/19/2025) |
| 08/25/2025 | 949 | ☐ 167.7 KB | RESPONSE by Defendant The Trustees of the University of Pennsylvania to other, 945 *Notice of Supplemental Authority* (Gringer, David) (Entered: 08/25/2025) |
| 08/26/2025 | 950 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to sealed document, 947 *Memorandum in Opposition to Defendants Supplemental Brief in Opposition to Plaintiffs Motion for Class Certification* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Cramer, Eric) (Entered: 08/26/2025) |
| 08/26/2025 | 951 | ☐ 4.9 MB | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *in Opposition to Defendants Supplemental Brief in Opposition to Plaintiffs Motion for Class Certification (Public Redacted Version)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Cramer, Eric) (Entered: 08/26/2025) |
| 08/29/2025 | 952 | | SEALED MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *for Discovery and Leave to Reply* (Heins, Matthew) (Entered: 08/29/2025) |
| 08/29/2025 | 953 | | SEALED MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *to File Corrected Motion* (Attachments: # 1 Exhibit 1 - Corrected Motion) (Heins, Matthew) (Entered: 08/29/2025) |
| 08/29/2025 | 954 | ☐ 5.0 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Andrew Henderson to appear pro hac vice 925 is granted. The Court has looked at plaintiffs' supplemental memorandum filed on 8/26/2025 (dkt. 950 & 951) and defendants' motion for discovery and for a reply filed today (dkt. 952 & 953). The Court did not request, did not expect, and did not authorize, the submission of new evidentiary material in the supplemental submissions. Rather, it expected submissions based on the existing record, including the record made surrounding the recent in- |

| | | | |
|---|---|---|---|
| | | | person hearing. Most of the exhibits submitted by defendants in their supplemental memorandum did not include any new evidentiary material beyond the existing record, but some did. See, e.g., Dkt. 947, Exs. 5-8. And then plaintiffs' supplemental memorandum purported to expand things still further, including affidavits from several class counsel and one from an expert. All of this goes far beyond what the Court expected and authorized. The Court, at its own instance, strikes all of the supplemental submissions, specifically, dkt. 947 and 948 for defendants, and dkt. 952 and 953 for plaintiffs. This is going to be done over from scratch, and much more quickly on the second go-round. So that everyone is clear(er) from the outset on what the Court has authorized and is expecting, a video hearing is set for 9/3/2025 at 11:00 AM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the hearing. No telephonic appearances will be permitted. (mk) (Entered: 08/29/2025) |
| 08/29/2025 | 955 | ☐ 4.7 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing scheduled for September 3, 2025, at 11:00 a.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (650) 479-3207 and the call-in ID is 23140962551##. Counsel of record should have received an email invitation to join the video conference. Counsel is to reach out to Judge Kennelly's courtroom deputy clerk via email if they have not received an invitation. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, ) (Entered: 08/29/2025) |
| 08/29/2025 | 🔒 | | (Court only) Set/Reset Hearings: Status hearing set for 9/3/2025 at 11:00 AM. (mma, ) (Entered: 08/29/2025) |
| 09/02/2025 | 957 | ☐ 380.8 KB | LETTER from Charity Quinonez dated 9/2/2025 (Received by mail in the Clerk's Office on 9/2/2025) (vjd, ) (Entered: 09/03/2025) |
| 09/02/2025 | 958 | ☐ 119.0 KB | LETTER from Elizabeth Quinn dated 9/2/2025 (Received by mail in the Clerk's Office on 9/2/2025) (vjd, ) (Entered: 09/03/2025) |
| 09/03/2025 | 956 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Video status hearing held on 9/3/2025. The matter is set for an in-person argument on 9/4/2025 at 10:00 a.m. The hearing will be held in Courtroom 2103. Video and telephone appearances will not be permitted. Mailed notice. (mma, ) (Entered: 09/03/2025) |

| 09/04/2025 | 959 | 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Two persons who claim to be class members in this case have asked the Court to review the administrator's denial of their claims pursuant to the class settlement(s). See dkt. 957, 958. Class counsel are directed to file a response to the claimants' submissions by 9/152025. Class counsel are also directed to send to the claimants a copy of this order and class counsel's response to the claimants' submissions. (mk) (Entered: 09/04/2025) |
| --- | --- | --- | --- |
| 09/04/2025 | 960 | 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: In person oral argument held on 9/4/2025. Continued oral argument heard regarding the motion for class certification. Supplemental memoranda consistent with the Court's instructions are due as follows: 9/11/2025 for defendants; 9/18/2025 for plaintiffs. In addition, plaintiffs are directed to produce the agreement(s) between the Gilbert firm and any litigation funder (as more fully discussed during the hearing) for in camera inspection by 9/10/2025 in both unredacted and proposed redacted form. Hard copies should be sent to Judge Kennelly's chambers (Room 2188) and electronic versions should be send to Judge Kennelly's proposed order email address. Mailed notice. (mma, ) (Entered: 09/04/2025) |
| 09/04/2025 | 961 | 482.9 KB | LETTER from Andy Guo. (Exhibits). (Envelope postmarked 8/28/2025). (Received by mail in the Clerk's Office on 9/4/2025). (jn,) (Entered: 09/05/2025) |
| 09/04/2025 | 962 | 981.9 KB | LETTER from Angel Miranda-Acosta dated 08/30/2025. (Envelope postmark 08/30/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 963 | 260.0 KB | LETTER from Gabrella Ehioghiren. (Envelope postmark 08/28/25) (Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Main Document 963 replaced on 9/9/2025) (nh, ). (Entered: 09/05/2025) |
| 09/04/2025 | 964 | 385.3 KB | LETTER from Benjamin Ryan Elkins dated 08/27/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 965 | 146.1 KB | LETTER from Mark Candido dated 08/27/2025. (Envelope postmark 08/29/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 966 | | LETTER from Lindsay J. Babbitt dated 08/28/2025. (Envelope postmark 08/29/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 967 | 904.2 KB | LETTER from Benjamin Gutschow dated 08/27/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Main Document 967 replaced on 9/9/2025) (nh, ). (Entered: 09/05/2025) |
| 09/04/2025 | 968 | 151.8 KB | LETTER from David Moore dated 08/27/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |

| 09/04/2025 | 969 | 418.1 KB | LETTER from Sarah Norwood dated 08/27/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 970 | 33.8 KB | LETTER from Lee Michael Solomon dated 08/28/2025. (Envelope postmark 08/29/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 971 | | LETTER from William Healy dated 08/28/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 972 | | LETTER from Shannon Tattersall and Robert R. Tattersall dated 08/28/2025. (Envelope postmark 08/28/25)(Received by mail in the Clerk's Office on 09/04/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/04/2025 | 981 | | LETTER from Dylan Radley. (Exhibits) (Envelope postmarked 08/29/2025) (Received by mail in the Clerk's Office on 09/04/2025) (gmm) (Entered: 09/09/2025) |
| 09/05/2025 | 973 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The transcript from the 9/4/2025 hearing may be made public. Mailed notice. (mma, ) (Entered: 09/05/2025) |
| 09/05/2025 | 974 | 121.5 KB | LETTER from Aubrey Lynn Bonhivert dated 09/01/2025. (Envelope postmark 09/01/25)(Received by mail in the Clerk's Office on 09/02/25.) (jxm, ) (Entered: 09/05/2025) |
| 09/08/2025 | 975 | 111.6 KB | LETTER from Haley Escamilla dated 09/01/2025. (Envelope postmarked 09/03/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 976 | 110.6 KB | LETTER from N. Margaret Schwartz Moravec dated 09/01/2025. (Envelope postmarked 09/03/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 977 | 180.3 KB | LETTER from Alexandra Nicolas dated 8/30/2025. (Exhibit) (Envelope postmarked 09/02/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 978 | | LETTER from Gabrielle Gross. (Exhibits) (Letter not dated) (Envelope postmarked 09/02/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 979 | | LETTER from Luis Trueba dated 08/30/2025. (Exhibits) (Envelope postmarked 09/02/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 980 | 120.6 KB | LETTER from Wilson Li dated 09/01/2025. (Envelope postmarked 09/02/2025) (Received by mail in the Clerk's Office on 09/08/2025) (gmm) (Entered: 09/09/2025) |
| 09/08/2025 | 986 | 123.2 KB | LETTER from Lela Farmer (nee Hippensteel) dated 8/27/2025. (Received by mail in the Clerk's Office on 8/28/25.) (jxm, ) (Entered: 09/10/2025) |

| 09/09/2025 | 982 | ☐ 403.7 KB | MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file *A SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS* (Attachments: # 1 Exhibit Exhibit A)(Normand, Edward) (Entered: 09/09/2025) |
|---|---|---|---|
| 09/09/2025 | 983 | | SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS* (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 09/09/2025) |
| 09/09/2025 | 984 | | LETTER from Julia Karten dated 8/29/2025. (Attachments) (Envelope postmark 9/4/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 985 | ☐ 164.5 KB | LETTER from Jack William Stockert dated 8/28/2025. (Envelope postmark 9/5/25) (Received by mail in the Clerk's Office on 9/5/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 987 | ☐ 737.7 KB | LETTER from Isabella Treasurer Caracta. (Attachments) (Envelope postmark 9/2/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 988 | ☐ 1.8 MB | LETTER from Leo Stevens dated 8/27/2025. (Attachments) (Envelope postmark 8/27/25) (Received by mail in the Clerk's Office on 9/9/2025.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 991 | ☐ 396.7 KB | LETTER from Spencer Carter dated 8/28/2025. (Attachments) (Envelope postmark 8/28/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1003 | ☐ 480.2 KB | LETTER from Alexandra Kosakoff dated 9/1/2025. (Envelope postmark 9/2/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1004 | ☐ 208.1 KB | LETTER from John Goetz. (Envelope postmark 8/29/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1005 | ☐ 325.4 KB | LETTER from David E. Poarch. (Envelope postmark 8/29/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1006 | ☐ 164.7 KB | LETTER from Emily Ann Marie Walker Stockert. (Envelope postmark 9/5/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |

| 09/09/2025 | 1007 | 232.9 KB | LETTER from Crystal Cooke dated 8/29/2025. (Envelope postmark 8/28/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1008 | 150.9 KB | LETTER from Francisco Angel Banda dated 8/31/2025. (Envelope postmark 9/3/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1009 | 127.8 KB | LETTER from Catherine Gabanic. (Envelope postmark 9/4/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1010 | 156.7 KB | LETTER from Tiffany Zhang dated 8/27/2025. (Envelope postmark 9/4/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1011 | 290.0 KB | LETTER from Rachel Maria Brown Talaska dated 9/3/2025. (Envelope postmark 9/3/25) (Received by mail in the Clerk's Office on 9/9/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/09/2025 | 1012 | 133.8 KB | LETTER from Yi Kyung Jin dated 8/29/2025. (jxm, ) (Envelope not postmarked) (Received by mail in the Clerk's Office on 9/9/25.) (Entered: 09/10/2025) |
| 09/09/2025 | 1013 | 146.1 KB | LETTER from Zev McManus-Mendelowitz dated 9/3/2025. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/09/2025 | 1014 | 161.6 KB | LETTER from Rose Weinbaum dated 8/30/2025. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/09/2025 | 1015 | 224.1 KB | LETTER from Brianne Gungoll, Esq. dated 8/28/2025. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/09/2025 | 1016 | 183.0 KB | LETTER from Danielle Hubein. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/09/2025 | 1017 | 119.9 KB | LETTER from Melanie Wang dated 8/27/2025. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/09/2025 | 1018 | | LETTER from Douglas A. Pula. (Received by mail in the Clerk's Office on 9/9/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/10/2025 | 989 | | LETTER from Sanders M. Moody dated 9/6/2025. (Attachments) (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10.25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 990 | 468.1 KB | LETTER from Daniel Liu dated 9/4/2025. (Envelope postmark 9/4/25) (Received by mail in the Clerk's Office on 9/4/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 992 | 108.8 KB | LETTER from Zane Glick dated 8/29/2025. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10.25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 993 | 141.0 KB | LETTER from Alexa Baggio dated 9/2/2025. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10.25.) (jxm, ) (Entered: 09/10/2025) |

| 09/10/2025 | 994 | 84.9 KB | LETTER from Calvin Hon. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 995 | 1.3 MB | LETTER from Kyle A. Deakins dated 9/5/2025. (Attachments) (No postmark date on envelope) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 996 | 127.6 KB | LETTER from Claire Kucela dated 9/4/2025. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.)(jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 997 | 143.6 KB | LETTER from Mark McGarth dated 9/5/2025. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 998 | 731.5 KB | LETTER from Clifford I. Bass dated 9/3/2025. (Attachments) (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 999 | 155.2 KB | LETTER from Emma Eckstein dated 9/4/2025. (Envelope postmark 9/4/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 1000 | 114.5 KB | LETTER from Jonathan Chen. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 1001 | 106.1 KB | LETTER from Andrew Homere dated 9/3/2025. (Envelope postmark 9/6/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/10/2025 | 1002 | | LETTER from Virginia Johnston White dated 9/3/2025. (Attachments) (Envelope postmark 9/5/25) (Received by mail in the Clerk's Office on 9/10/25.) (jxm, ) (Entered: 09/10/2025) |
| 09/11/2025 | 1019 | | LETTER from Wendy Francois dated 8/27/2025. (Received by mail in the Clerk's Office on 9/11/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/11/2025 | 1020 | 135.5 KB | LETTER from Eunice Elisabeth Lee dated 9/3/2025. (Received by mail in the Clerk's Office on 9/11/2025) (vjd, ) (Entered: 09/11/2025) |
| 09/11/2025 | 1021 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Supplemental Brief* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Heins, Matthew) (Entered: 09/11/2025) |
| 09/11/2025 | 1022 | 9.4 MB | MEMORANDUM by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Supplemental Brief (Public Version)* (Attachments: # 1 Exhibit 1 (Sealed), # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Sealed), # 10 Exhibit 10)(Heins, Matthew) (Entered: 09/11/2025) |

| | | | |
|---|---|---|---|
| 09/12/2025 | 1023 | 130.9 KB | RESPONSE by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac in Opposition to MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams for leave to file *A SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION FOR SU* 982 (Gringer, David) (Entered: 09/12/2025) |
| 09/12/2025 | 1024 | | SEALED RESPONSE by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac to SEALED MOTION by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTIO* 983 (Gringer, David) (Entered: 09/12/2025) |
| 09/12/2025 | 1025 | 15.6 MB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams re Response 896 *OF FILING CORRECTED AND PUBLIC COPIES OF DOCUMENTS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 17, # 4 Exhibit 40, # 5 Exhibit 46, # 6 Exhibit 107, # 7 Exhibit 117, # 8 Exhibit 122, # 9 Exhibit 129, # 10 Exhibit 203, # 11 Exhibit 204, # 12 Exhibit 206, # 13 Exhibit 237, # 14 Exhibit 271, # 15 Exhibit 275, # 16 Exhibit 282, # 17 Exhibit 314, # 18 Exhibit 367, # 19 Exhibit 369, # 20 Exhibit 377)(Normand, Edward) (Entered: 09/12/2025) |
| 09/12/2025 | 1026 | | SEALED DOCUMENT by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Exhibit 2, # 2 Exhibit 40, # 3 Exhibit 46, # 4 Exhibit 122, # 5 Exhibit 129, # 6 Exhibit 203, # 7 Exhibit 204, # 8 Exhibit 206, # 9 Exhibit 237, # 10 Exhibit 271, # 11 Exhibit 282, # 12 Exhibit 314, # 13 Exhibit 369, # 14 Exhibit 377)(Normand, Edward) (Entered: 09/12/2025) |
| 09/12/2025 | 1027 | 493.2 KB | LETTER from Alexis K. von der Leith dated 8/28/2025. (Received by mail in the Clerk's Office on 9/12/2025) (vjd, ) (Entered: 09/15/2025) |
| 09/12/2025 | 1028 | 538.1 KB | LETTER from Sonja Postak dated 9/2/2025. (Received by mail in Clerk's Office on 9/12/2025) (vjd, ) (Entered: 09/15/2025) |
| 09/12/2025 | 1029 | 2.3 MB | LETTER from Christina So- Ye Oh. (Received by mail in the Clerk's Office on 9/12/2025) (vjd, ) (Entered: 09/15/2025) |
| 09/15/2025 | 1030 | 117.5 KB | LETTER from S. Elizabeth Brandon. (Received by mail in the Clerk's Office on 9/15/2025) (vjd, ) (Entered: 09/15/2025) |
| 09/15/2025 | 1031 | 1.7 MB | LETTER from Eugene Wu. (Exhibits) (Received by mail in the Clerk's Office on 9/15/2025) (vjd, ) (Entered: 09/15/2025) |

| 09/15/2025 | 1032 | ☐ 1.2 MB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to text entry, 959 *SETTLEMENT CLASS COUNSEL'S RESPONSE TO THE COURT'S SEPTEMBER 4, 2025 ORDER, STATUS REPORT REGARDING THE ALLOCATION PLAN PROCESS, MOTION TO UPHOLD CERTAIN CLAIM DENIALS, AND MOTION TO SEAL* (Attachments: # 1 Declaration of Taylor Adessa (Angeion Group LLC), # 2 Exhibit A to the Declaration of Taylor Adessa (Angeion Group LLC))(Cramer, Eric) (Entered: 09/15/2025) |
|---|---|---|---|
| 09/16/2025 | 1033 | ☐ 4.6 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Based on the request of settlement class counsel and review of the pertinent items the Clerk is directed to place the following docket items under seal: ECF Nos. 966; 971; 972; 978; 979; 981; 984; 989; 1002; 1018; and 1019. Settlement class counsel's response to any additional claim denials is to be filed by 10/10/2025. The Court acknowledges that some claim denials have already been addressed by settlement class counsel but intends to rule on all challenged denials at the same time. In addition settlement class counsel are directed to promptly serve their current response (dkt. 1032) upon those claimants whose denials class counsel are asking the Court to uphold; once this is done an appropriate certificate of service should be filed on the docket. Mailed notice. (mma, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1034 | ☐ 1.1 MB | LETTER from Kathryn (Katie) O'Dnnell dated 09/10/2025. (Attachment) (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1035 | ☐ 587.8 KB | LETTER from Angela Broad White dated 09/10/2025. (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1036 | ☐ 406.6 KB | LETTER from Rachel Marie Haltiwanger dated 09/06/2025. (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1037 | ☐ 3.7 MB | LETTER from Jesse Axel Cortez Ayala dated 09/04/2025. (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1038 | ☐ 1.1 MB | LETTER from Christopher Luo dated 09/04/2025. (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1039 | ☐ 486.0 KB | LETTER from Andrea Joyce Kolarova dated 09/04/2025. (Received by mail in the Clerk's Office on 09/16/25.) (jxm, ) (Entered: 09/16/2025) |
| 09/16/2025 | 1040 | ☐ 356.3 KB | LETTER from Mitchell Powell. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/8/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1041 | ☐ 248.0 KB | LETTER from Ross Kliegman. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/8/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1042 | ☐ 1.2 MB | LETTER from Francesca Siudela dated 9/4/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/8/2025) (emc, ) (Entered: 09/17/2025) |

| 09/16/2025 | 1043 | 314.6 KB | LETTER from Andrew Nguyen dated 9/9/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/9/2025) (emc, ) (Entered: 09/17/2025) |
|---|---|---|---|
| 09/16/2025 | 1044 | 292.9 KB | LETTER from Dwight Adams. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1045 | 299.6 KB | LETTER from Brittany Story. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1046 | 353.4 KB | LETTER from Rhea Jain dated 9/8/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1047 | 790.2 KB | LETTER from Audrey Hui dated 9/1/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/12/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1048 | 288.6 KB | LETTER from Brendon Wade. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1049 | 815.9 KB | LETTER from Dirichi James-Osondu dated 8/28/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1050 | 392.3 KB | LETTER from Barbara Jun. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1051 | 346.2 KB | LETTER from Mingyuan Zheng dated 8/27/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/9/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1052 | 280.2 KB | LETTER from Erik Feng. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1053 | 314.0 KB | LETTER from Amelia Calautti dated 9/7/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1054 | 354.3 KB | LETTER from Richard Lo. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1055 | 256.1 KB | LETTER from Matthew Yoder. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1056 | 479.6 KB | LETTER from Miranda Jackson dated 9/8/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |

| 09/16/2025 | 1057 | 457.9 KB | LETTER from Jeff Halfacre-Buie dated 8/30/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1058 | 269.8 KB | LETTER from Joseph Klarr. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1059 | 1.0 MB | LETTER from Lucinda Leung dated 9/4/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/5/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1060 | 3.7 MB | LETTER from Aubree Jones dated 9/4/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/4/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1061 | 303.7 KB | LETTER from Claire Ciampa dated 9/8/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1062 | 816.2 KB | LETTER from Michelle D. Bonsu dated 9/5/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1068 | 318.2 KB | LETTER from Samuel Yellowhorse Kesler dated 9/2/2025. (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/3/2025) (emc, ) (Entered: 09/17/2025) |
| 09/16/2025 | 1069 | 188.6 KB | LETTER from Alexander Styk dated 9/11/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/16/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/17/2025 | 1063 | 297.9 KB | LETTER from Kristie Yip dated 8/30/2025. (Received by mail in the Clerk's Office on 9/17/2025, Envelope postmarked 9/10/2025) (emc, ) (Entered: 09/17/2025) |
| 09/17/2025 | 1064 | 995.1 KB | LETTER from Ronald Williams dated 9/10/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/17/2025, Envelope postmarked 9/11/2025) (emc, ) (Entered: 09/17/2025) |
| 09/17/2025 | 1065 | 263.5 KB | LETTER from Saif Alobaidi dated 9/11/2025. (Received by mail in the Clerk's Office on 9/17/2025, Envelope postmarked 9/13/2025) (emc, ) (Entered: 09/17/2025) |
| 09/17/2025 | 1066 | 427.6 KB | LETTER from Joseph Reilly dated 9/13/2025. (Received by mail in the Clerk's Office on 9/17/2025, Envelope postmarked 9/13/2025) (emc, ) (Entered: 09/17/2025) |
| 09/17/2025 | 1067 | 230.9 KB | LETTER from Maximo A. Machado dated 9/12/2025. (Received by mail in the Clerk's Office on 9/17/2025, Envelope postmarked 9/13/2025) (emc, ) (Entered: 09/17/2025) |
| 09/18/2025 | 1070 | 159.9 KB | LETTER from Jessica Liu dated 9/6/2025. (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |

| 09/18/2025 | 1071 | 281.2 KB | LETTER from Mitelan Kumarasamy dated 9/10/2025. (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |
| 09/18/2025 | 1072 | 241.8 KB | LETTER from Sholom Rothman. (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |
| 09/18/2025 | 1073 | 111.6 KB | LETTER from Jarrod Zimmerman. (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |
| 09/18/2025 | 1074 | 468.9 KB | LETTER from Ava McClung dated 9/3/2025. (Exhibit) (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |
| 09/18/2025 | 1075 | 141.3 KB | LETTER from Derrick Arthur-Cudjoe dated 8/28/2025. (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/18/2025) |
| 09/18/2025 | 1076 | 818.4 KB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to memorandum, 1022 (Attachments: # 1 Declaration Matthew E. Moloshok)(Normand, Edward) (Entered: 09/18/2025) |
| 09/18/2025 | 1077 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to memorandum, 1022 *DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION* (Attachments: # 1 Declaration Matthew E. Moloshok)(Normand, Edward) (Entered: 09/18/2025) |
| 09/18/2025 | 1079 | 537.9 KB | LETTER from Claire Pomykala. (Exhibits) (Received by mail in the Clerk's Office on 9/18/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1078 | 486.1 KB | LETTER from Ronald Williams dated 9/10/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1080 | 293.1 KB | LETTER from Brynn Sanner dated 9/14/2025. (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1081 | 308.3 KB | LETTER from Xiyu Wang dated 9/14/2025. (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1082 | 506.8 KB | LETTER from Robert Hunter dated 9/11/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1083 | 352.9 KB | LETTER from Jason Kuo dated 9/5/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1084 | 622.1 KB | LETTER from Blessing Utomi dated 9/14/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1085 | 403.9 KB | LETTER from Emily Margaret Nakiganda dated 9/12/2025. (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | 1086 | 5.8 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the litigation funding materials submitted for in camera inspection by Gilbert Litigators & Counselors at the Court's direction. There are four documents: a "Prepaid Forward Purchase Agreement"; an |

| | | | |
|---|---|---|---|
| | | | "Investment Agreement"; an "Amended and Restated Investment Agreement"; and a "First Amendment to A&R Investment Agreement." Two sets were submitted: unredacted versions, and versions with proposed redactions if the Court orders the materials to be produced. The documents are at least potentially relevant regarding the motion for class certification given the contentions that proposed class counsel misled the Court in earlier fee petitions regarding whether they were at risk. The proposed redactions largely concern financial terms; these are claimed to be trade secrets of the litigation funders. Perhaps so, but those terms bear upon the point just referenced that makes the materials potentially relevant in the first place. The Court will require these materials to be designated as "Attorney's Eyes Only" under the protective order(s) already in place in this case; that is sufficient protection for any trade secret-related concerns. There is one set of proposed redactions that involves legitimate work product, specifically, the "Prepaid Forward Purchase Agreement, the paragraph on page two under the heading "Summary of the Disputed Claims," and the first sentence of the paragraph on page two under the heading "Value of the Disputed Claims." These particular proposed redactions are upheld. Aside from these, all of the other proposed redactions are overruled. Plaintiffs are directed to produce these documents, with the appropriate Attorney's Eyes Only (i.e. highly confidential) designation, by no later than 9:00 AM Eastern Time on Monday, September 23, 2005, though the Court urges plaintiffs to produce them today or tomorrow if that is reasonably feasible. Defendants are given leave to file a supplement to their opposition to the motion for class certification addressing this material by no later than September 26, 2025, and plaintiffs are given leave to file a reply to defendants' supplement by no later than September 30, 2025. <u>Each side's supplement may be up to five pages long, but no more.</u> That will complete briefing on the motion for class certification unless the Court requests further briefing. (mk) (Entered: 09/19/2025) |
| 09/19/2025 | <u>1087</u> | ☐ 2.3 MB | LETTER from Wendy Francois dated 8/27/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | <u>1088</u> | ☐ 1.2 MB | LETTER from Samuel Garcia dated 9/17/2025. (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/19/2025 | <u>1089</u> | ☐ 788.3 KB | LETTER from Emily Guan dated 9/10/2025. (Exhibits) (Received by mail in the Clerk's Office on 9/19/2025) (vjd, ) (Entered: 09/19/2025) |
| 09/22/2025 | <u>1090</u> | ☐ 507.8 KB | NOTICE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams *OF FILING REVISED PUBLIC VERSION OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION* (Attachments: # <u>1</u> Plaintiffs' Response to Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Class Certification)(Normand, Edward) (Entered: 09/22/2025) |
| 09/22/2025 | <u>1091</u> | ☐ 116.1 KB | LETTER from Naomi Agnew (Received by mail in the Clerk's Office on 9/22/2025) (vjd, .) (Entered: 09/22/2025) |

| 09/22/2025 | 1092 | 113.1 KB | LETTER from Yuri Owens (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1093 | 152.3 KB | LETTER from Dustin Yuzhen Zhao (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1094 | 162.5 KB | LETTER from Gihyun Myung dated 9/15/2025 (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1095 | 107.9 KB | LETTER from Marcus Louis-Charles (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1096 | 395.9 KB | LETTER from Ethan Cleary Tate dated 9/12/2025. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1097 | 143.9 KB | LETTER from Nigel Newby. (Exhibit) (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1098 | 103.3 KB | LETTER from Daniel Pham dated 8/28/2025. (Received by mail in the Clerk's Office on 9/22/2205) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1099 | 88.4 KB | LETTER from Michael Everett (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1100 | 127.0 KB | LETTER from Kaitlyn Kroeger dated 9/13/2025. (Received by mail in the Clerk's Office on 9/13/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1101 | 118.6 KB | LETTER from Meagan Sullivan. (Received by mail in the Clerk's Officed on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1102 | 141.9 KB | LETTER from Andrew Lin. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1103 | 171.0 KB | LETTER from Emma Chee. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1104 | 447.6 KB | LETTER from Danielle J. Marryshow dated 9/15/2025. (Exhibit) (Received by mail in the Clerk's Office on 9/22/2205) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1105 | 289.2 KB | LETTER from Andrian Moga (Exhibits) (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1106 | 405.1 KB | LETTER from Andrew Stineman. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1107 | 636.4 KB | LETTER from Lynda Hu (Exhibits) (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1108 | 366.5 KB | LETTER from Jordyn Taylor Jaffe. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/22/2025 | 1109 | 689.1 KB | LETTER from Joshua Xiong. (Received by mail in the Clerk's Office on 9/22/2025) (vjd, ) (Entered: 09/22/2025) |
| 09/23/2025 | 1110 | 788.0 KB | LETTER from Spencer Riley Tilghman (Exhibit) (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |

| 09/23/2025 | 1111 | ☐ 265.8 KB | LETTER from Dondei Dean. ( Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
|---|---|---|---|
| 09/23/2025 | 1112 | ☐ 260.8 KB | LETTER from Shomari Smith dated 9/13/2025. (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1113 | ☐ 224.7 KB | LETTER from Akllah Smith dated 9/12/2025. (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1114 | ☐ 1.1 MB | LETTER from Erik Kruse dated 9/18/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1115 | ☐ 520.8 KB | LETTER from Emma Vasilakopoulos dated 9/15/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1116 | ☐ 258.4 KB | LETTER from Kristie Yip dated 8/30/2025 (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1117 | ☐ 489.3 KB | LETTER from Leon Lei (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1118 | ☐ 434.5 KB | LETTER from Cresta Kruger dated 9/17/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1119 | ☐ 256.4 KB | LETTER from Spencer Shaffer (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1120 | ☐ 235.2 KB | LETTER from Kathleen Zhou (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/23/2025 | 1121 | ☐ 396.4 KB | LETTER from Mitchell J. Horacek dated 9/17/2025 (Received by mail in the Clerk's Office on 9/23/2025) (vjd, ) (Entered: 09/23/2025) |
| 09/25/2025 | 1122 | ☐ 350.5 KB | LETTER from Jeffery Gao dated 9/17/2025. (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/25/2025) |
| 09/25/2025 | 1123 | ☐ 926.7 KB | LETTER from Eve Marie Downing (Exhibits) (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/25/2025) |
| 09/25/2025 | 1124 | ☐ 366.6 KB | LETTER from Denis Bailey-Castro. (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/25/2025) |
| 09/25/2025 | 1125 | ☐ 393.9 KB | LETTER from Alanis Allen dated 9/17/2025 (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/25/2025) |
| 09/25/2025 | 1126 | ☐ 564.3 KB | LETTER from Mayra Suarez dated 9/15/2025. (Envelope postmark 9/19/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1127 | ☐ 420.2 KB | LETTER from Damaris Altomerianos dated 9/15/25. (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1128 | ☐ 388.5 KB | LETTER from Nathan Reiff. (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |

| 09/25/2025 | 1129 | ☐ 384.2 KB | LETTER from Kiersten Gourlay dated 9/17/2025. (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
|---|---|---|---|
| 09/25/2025 | 1130 | ☐ 799.3 KB | LETTER from Noeline Arul. (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1131 | ☐ 862.9 KB | LETTER from Shawn Kerry. (Exhibits) (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1132 | ☐ 3.0 MB | LETTER from Sophia Jefferson. (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1133 | ☐ 361.4 KB | LETTER from Kendall McClellan dated 9/17/2025. (Envelope postmark 9/19/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1134 | ☐ 374.9 KB | LETTER from Klaudia Konieczny. (Envelope postmark 9/19/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1135 | ☐ 1.6 MB | LETTER from Caroline Zigrang. (Exhibits) (Envelope postmark 9/16/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1136 | ☐ 2.5 MB | LETTER from Matthew Swiatek. (Exhibits) (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1137 | ☐ 2.4 MB | LETTER from Carolyn Forrester dated 9/17/25. (Exhibits) (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1138 | ☐ 989.1 KB | LETTER from Peter Jorgensen. (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1139 | ☐ 1.3 MB | LETTER from Bronwen Pailthorpe. (Exhibits) (Envelope postmark 9/16/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1140 | ☐ 1.4 MB | LETTER from Daniel Cao dated 9/15/25. (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1141 | ☐ 217.2 KB | LETTER from Noah G Mader. (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1142 | ☐ 1.5 MB | LETTER from Carmen Jin. (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |

| 09/25/2025 | 1143 | ☐ 346.2 KB | LETTER from Daniel Freedline dated 9/14/25. (Envelope postmark 9/15/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1144 | ☐ 1.6 MB | LETTER from Yiran Ryan Liu dated 9/17/25. (Exhibits) (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1145 | ☐ 556.8 KB | LETTER from Patrick Mosquera dated 9/15/2025. (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/25/25.) (ph, ) (Entered: 09/26/2025) |
| 09/25/2025 | 1147 | ☐ 5.3 MB | LETTER from Madelyn Lousie Stoddard dated 9/17/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1148 | ☐ 757.9 KB | LETTER from Abigial Espiritu dated 9/18/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1149 | ☐ 412.4 KB | LETTER from Bonnie X Li-MacDonald (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1150 | ☐ 405.4 KB | LETTER from Ciara O'Neill (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1151 | ☐ 325.5 KB | LETTER from Daniel Rozycki dated 9/17/2025. (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1152 | ☐ 1.8 MB | LETTER from Samuel Ramirez dated 9/18/2025 (Exhibits) (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1153 | ☐ 400.6 KB | LETTER from Emily Park dated 9/17/2025 (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1154 | ☐ 443.9 KB | LETTER from Tia Borrego (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1155 | ☐ 339.8 KB | LETTER from Sharon Amber Kim dated 8/28/2025 (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1156 | ☐ 294.8 KB | LETTER from Bogdan Petre (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1157 | ☐ 338.9 KB | LETTER from Serena Smith (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1158 | ☐ 1.2 MB | LETTER from Taylor Thompson (Exhibits) (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1159 | ☐ 369.6 KB | LETTER from Avalon Demetri (Received by mail in the Clerk's Office on 9/25/2025) (vjd, ) (Entered: 09/29/2025) |
| 09/25/2025 | 1170 | ☐ 2.7 MB | LETTER from Joseph Matthew Charlet dated 9/18/2025 (Exhibits) (Received by mail in the Clerk's Office on 09/25/25.) (bi,) (Entered: 09/30/2025) |

| 09/26/2025 | 1146 | | SEALED DOCUMENT by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac *Supplemental Brief Pursuant to Dkt. 1086* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Heins, Matthew) (Entered: 09/26/2025) |
|---|---|---|---|
| 09/29/2025 | 1160 | ☐ 327.4 KB | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 9/29/2025: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court denies plaintiffs' motions to exclude Dr. Long and Mr. Ammon [dkt. nos. 750, 751] and also denies defendants' motion to exclude Dr. Singer, Dr. Bulman, and Ms. Mora [dkt. 755]. (mk) (Entered: 09/29/2025) |
| 09/29/2025 | 1161 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file a 2-page surreply on defendants' summary judgment motion regarding the status of limitations 982 is granted; the surreply is to be filed by no later than 10/1/2025. Defendants may file a response of equal length by 10/3/2025. (mk) (Entered: 09/29/2025) |
| 09/29/2025 | 1162 | ☐ 137.0 KB | MOTION by Attorney Sean M. Berkowitz to withdraw as attorney for Cornell University Doe Student 10, Cornell University Doe Students 1-9. No party information provided

(Berkowitz, Sean) (Entered: 09/29/2025) |
| 09/29/2025 | 1163 | ☐ 397.7 KB | LETTER from Natalie Ann Freidin (Envelope postmark 9/20/2025) (Received by mail in the Clerk's Office on 9/29/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/29/2025 | 1164 | ☐ 1.5 MB | LETTER from Moira Ryan (Exhibits) (Envelope postmark 9/20/2025) (Received by mail in the Clerk's Office on 9/29/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/30/2025 | 1165 | ☐ 98.7 KB | LETTER from David MacDonald (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 9/30/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/30/2025 | 1166 | ☐ 128.9 KB | LETTER from Erica Shen dated 9/17/2025 (Received by mail in the Clerk's Office on 09/30/25.) (bi,) (Entered: 09/30/2025) |
| 09/30/2025 | 1167 | ☐ 542.7 KB | LETTER from Celine Yueqing Chen (Exhibits) (Envelope not postmarked) (Received by mail in the Clerk's Office on 9/30/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/30/2025 | 1168 | ☐ 146.7 KB | LETTER from Caroline Surrett dated 9/18/2025 (Received by mail in the Clerk's Office on 9/30/2025.) (bi,) (Entered: 09/30/2025) |
| 09/30/2025 | 1169 | ☐ 505.7 KB | LETTER from Ian S. Hendrick (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/30/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/30/2025 | 1171 | ☐ 2.7 MB | LETTER from Joseph Matthew Charlet dated 9/18/2025 (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 9/30/2025) (vjd, ) (Entered: 09/30/2025) |

| 09/30/2025 | 1172 | ☐ 297.0 KB | LETTER from Priya Patel (Envelope postmark 9/24/2025) (Received by mail in the Clerk's Office on 9/30/2025) (vjd, ) (Entered: 09/30/2025) |
| 09/30/2025 | 1173 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by attorney Sean Berkowitz to withdraw 1162 is granted. (mk) (Entered: 09/30/2025) |
| 09/30/2025 | 1174 | ☐ 171.9 KB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to sealed document, 1146 (Normand, Edward) (Entered: 09/30/2025) |
| 09/30/2025 | 1175 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to sealed document, 1146 (Normand, Edward) (Entered: 09/30/2025) |
| 10/01/2025 | 1176 | ☐ 161.8 KB | LETTER from Sanders Moody dated 9/27/2025 (Envelope postmark 9/27/2025) (Received by mail in the Clerk's Office on 10/1/2025) (vjd, ) (Entered: 10/01/2025) |
| 10/01/2025 | 1177 | ☐ 169.1 KB | ORDER GENERAL ORDER 25-0024: GENERAL ORDER HOLDING IN ABEYANCE: CIVIL MATTERS INVOLVING THE UNITED STATES AS A PARTY: This matter is before the Court due to the lapse of congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office. Absent an appropriation, the United States represents that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the United States Attorney's Office and other federal agencies, particularly with respect to prosecution and defense of civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States or other civil litigants occasioned by the lapse in funding, sua sponte enters this General Order. As a result of the cited workforce reductions, it is hereby ORDERED, effective October 1, 2025, that all civil litigation involving as a party the United States of America, its agencies, its officers or employees (whether in their individual or official capacity and whether current or former employees), and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, postponed, and held in abeyance continuing until funding for federal government operations is fully restored. The Court may renew or modify this General Order depending on developments in the stay period. The Court intends "civil litigation" to include all pending non-criminal cases in which the United States, its agencies, its officers or employees (whether in their individual or official capacity and whether current or former employees) is in any way a named party and any non-criminal cases in which the United States Attorney's Office or the Department of Justice is counsel of record. This includes, without limitation, all pending Social Security cases and all cases seeking monetary or |

| | | | |
|---|---|---|---|
| | | | equitable relief in which the United States is involved as a civil litigant. The General Order does not affect habeas corpus cases pending or filed under Chapter 153 of Title 28. This General Order suspends and continues, during the stay, any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, and/or discovery and pleading dates. No party will be required to take any steps in civil litigation affected until expiration of the stay. The Court warns litigants that this General Order does not purport to affect rights to, or deadlines concerning, appeal from any decision of this Court, which will continue to operate and issue orders in the normal course. Any litigant affected by this General Order may seek relief from the order by motion. The Court may, in any particular case, vary the effect or operation of this General Order by a separate order. The Court shall distribute this General Order : (a) by electronic service to all registered CM/ECF users; (b) by first-class mail to unregistered civil litigants, including pro se litigants, and to attorneys pending pro hac vice admission; and (c) by posting the General Order on the Court's public website. The Court shall clarify the status of case schedules upon expiration of the stay and dependent on the timing of the funding resolution. Signed by the Honorable Virginia M. Kendall on 10/1/2025: Mailed notice. (tg, ) (Entered: 10/01/2025) |
| 10/01/2025 | 1178 | 251.6 KB | PLAINTIFFS' SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Normand, Edward) (Entered: 10/01/2025) |
| 10/01/2025 | 1179 | | SEALED RESPONSE by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to other, 1178 , reply,, 937 (Normand, Edward) (Entered: 10/01/2025) |
| 10/02/2025 | 1180 | 4.3 MB | LETTER from Hannah R. Gully dated 9/18/2025 (Exhibits) (Envelope postmark 9/18/2025) (Received by mail in the Clerk's Office on 10/2/2025) (vjd, ) (Entered: 10/02/2025) |
| 10/02/2025 | 1181 | 392.2 KB | LETTER from Mariah Masha (Envelope postmark 9/17/2025) (Received by mail in the Clerk's Office on 10/2/2025) (vjd, ) (Entered: 10/02/2025) |
| 10/02/2025 | 1182 | 357.6 KB | LETTER from Audrey Kuykendall dated 9/18/2025 (Received by mail in the Clerk's Office on 10/2/2025) (vjd, ) (Entered: 10/02/2025) |
| 10/02/2025 | 1183 | 113.1 KB | Notice of Service on Claimant-Appellants by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Cramer, Eric) (Entered: 10/02/2025) |
| 10/03/2025 | 1184 | 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court clarifies that General Order 25-0024 (and amended General Order 25-0024) does not apply in this case because neither the US Government nor any agency thereof is a party. (mk) (Entered: 10/03/2025) |

| 10/03/2025 | 1185 | ☐ 201.2 KB | RESPONSE by Defendant Massachusetts Institute of Technology to sealed response 1179 *Defendants' Response to Plaintiffs' Surreply on Defendants' Motion for Summary Judgment on the Statute of Limitations* (Rybnicek, Jan) (Entered: 10/03/2025) |
| 10/07/2025 | 1186 | ☐ 146.1 KB | MOTION by Attorney Jon R. Roellke to withdraw as attorney for Brown University. No party information provided<br><br>(Kaufman, Noah) (Entered: 10/07/2025) |
| 10/07/2025 | 1187 | ☐ 188.4 KB | MOTION by Defendants Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac for hearing *and oral argument on pending summary judgment motion*<br><br>(Wintheiser, Cole) (Entered: 10/07/2025) |
| 10/07/2025 | 1190 | ☐ 425.8 KB | LETTER from David Tanner Floyd dated 9/11/25. (Received via Mailroom 10/7/25,Envelope post marked 9/18/25)(nsf, ) (Entered: 10/10/2025) |
| 10/07/2025 | 1194 | ☐ 240.2 KB | APPEALS of Claim Rejection. (Exhibits) (Received via mail at the Clerk's Office on 10/17/2025) (Received for docketing on 10/16/2025) (jh, ) (Entered: 10/17/2025) |
| 10/07/2025 | 1195 | ☐ 11.4 KB | REASON for Appeal. (No Envelope Provided) (Received via mail at the Clerk's Office on 10/7/2025) (Received for Docketing on 10/16/2025) (jh, ) (Entered: 10/17/2025) |
| 10/08/2025 | 1188 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Jon R. Roellke is granted. (mk) (Entered: 10/08/2025) |
| 10/08/2025 | 1189 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' request for oral argument 1187 is terminated as a pending motion. The Court has not determined whether oral argument is needed on the motions for summary judgment. The Court is aware of defendants' request for oral argument and their views regarding the sequencing of argument and consideration of the motions for summary judgment. (mk) (Entered: 10/08/2025) |
| 10/10/2025 | 1191 | ☐ 1.9 MB | Settlement Class Counsels Motion to Uphold Certain Claim Denials and Motion to Seal by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams (Attachments: # 1 Declaration (Supplemental) of Taylor Adessa of Angeion Group LLC, # 2 Exhibit A, # 3 Exhibit B)(Cramer, Eric) (Entered: 10/10/2025) |
| 10/14/2025 | 1192 | ☐ 2.2 MB | LETTER from William Healy dated 10/9/2025 (Exhibits) (Received by mail in the Clerk's Office on 10/14/2024) (vjd, ) (Entered: 10/15/2025) |
| 10/16/2025 | 1193 | ☐ 238.6 KB | LETTER from Nicholas Stepankiw dated 9/18/25. (Envelope post marked 9/20/25, Received via Mailroom 10/16/25) # 1 Exhibit) Modified on 10/16/2025 (nsf, ). (Entered: 10/16/2025) |

| 10/17/2025 | 1196 | ☐ 5.2 MB | LETTER dated 9/1/2025 by Michael A. Pignatelli. (Exhibits) (Envelope Postmarked 9/8/25, Received via Mailroom 10/17/25) (jh, ) (Entered: 10/20/2025) |
| 10/28/2025 | 1197 | ☐ 499.2 KB | NOTICE OF SUPPLEMENTAL AUTHORITY by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac (Attachments: # 1 Exhibit A)(Gringer, David) (Entered: 10/28/2025) |
| 10/30/2025 | 1198 | ☐ 171.3 KB | RESPONSE by Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams to other, 1197 *Defendants' Notice of Supplemental Authority* (Cramer, Eric) (Entered: 10/30/2025) |
| 11/24/2025 | 1199 | ☐ 4.4 KB | MINUTE entry before the Honorable Matthew F. Kennelly: It has come to the Court's attention that the file containing plaintiffs' exhibits 301 through 377 on the USB drive previously provided by plaintiffs to chambers is corrupted and cannot be viewed. Plaintiffs' counsel are directed to provide a USB drive with a readable copy of the file(s) containing these exhibits to chambers (Room 2188) by 12:00 noon on 11/25/2025. (mk) (Entered: 11/24/2025) |
| 12/16/2025 | 1200 | ☐ 136.7 KB | MOTION by Attorney Thad Eagles to withdraw as attorney for The Trustees of the University of Pennsylvania. No party information provided

(Eagles, Thad) (Entered: 12/16/2025) |
| 12/18/2025 | 1201 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Thad Eagles to withdraw as attorney 1200 is granted. (mk) (Entered: 12/18/2025) |
| 12/29/2025 | 1202 | ☐ 113.8 KB | MOTION by Attorney Daphne Lin to withdraw as attorney for Massachusetts Institute of Technology. No party information provided

(Lin, Daphne) (Entered: 12/29/2025) |
| 12/29/2025 | 1204 | ☐ 309.7 KB | LETTER from Hannah Cevasco (envelope postmark 12/19/2025) (Received by mail in the Clerk's Office on 12/29/2025) (vjd, ) (Entered: 12/31/2025) |
| 12/30/2025 | 1203 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Daphne Lin 1202 is granted. (mk) (Entered: 12/30/2025) |
| 12/31/2025 | 1205 | ☐ 190.8 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a |

| | | | reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/31/2025: Mailed notice. (tg, ) (Entered: 12/31/2025) |
|---|---|---|---|
| 01/02/2026 | 1206 | ☐ 1.1 MB | RESPONSE by Plaintiffs Andrew Corzo, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams, Sia Henry to letter 1204 (Langer, David) Modified on 1/5/2026 (td, ). (Entered: 01/02/2026) |
| 01/02/2026 | 1207 | ☐ 1.1 MB | AMENDED Response, 1206 , letter 1204 *regarding Class Member Hannah Cevasco* (Langer, David) (Entered: 01/02/2026) |
| 01/05/2026 | 1208 | ☐ 210.6 KB | MOTION by Attorney Emily T. Chen to withdraw as attorney for Cornell University. No party information provided<br><br>(Chen, Emily) (Entered: 01/05/2026) |
| 01/06/2026 | 1209 | ☐ 4.3 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Emily T. Chen is granted 1208 . (mk) (Entered: 01/06/2026) |
| 01/12/2026 | 1210 | ☐ 307.2 KB | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 1/12/2026: For the reasons stated above, the Court denies the universities' motion for summary judgment in its entirety [dkt. 848] and the students' motion for partial summary judgment on UPenn's withdrawal defense [dkt. 850]. (mk) (Entered: 01/12/2026) |
| 01/22/2026 | 1211 | ☐ 309.6 KB | NOTICE by Rami N Fakhouri of Change of Address (Fakhouri, Rami) (Entered: 01/22/2026) |
| 01/22/2026 | 1212 | ☐ 239.3 KB | NOTICE by Jennifer L. Greenblatt of Change of Address (Greenblatt, Jennifer) (Entered: 01/22/2026) |
| 01/23/2026 | 1213 | ☐ 101.6 KB | MOTION by Attorney Hope Brinn to withdraw as attorney for Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams. No party information provided<br><br>(Schwartz, Richard) (Entered: 01/23/2026) |
| 01/24/2026 | 1214 | ☐ 4.2 KB | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of attorney Hope Brinn is granted. (mk) (Entered: 01/24/2026) |
| 01/26/2026 | 1215 | ☐ 6.0 KB | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the motions filed by Settlement Class Counsel dated 9/15/2025 (dkt. 1032) and 10/10/2025 (dkt. 1191) regarding the appeals by certain individuals from the Settlement Claims Administrator's denial of those individuals' claims under the various settlements in this case. The motions by Settlement Class Counsel to uphold certain claim |

denials and to seal certain claim submissions is granted as follows: (1) The Clerk is directed to place the following docket entries under seal: 966; 971; 972; 978; 979; 981; 984; 989; 1002; 1018; 1019; 1029; 1031; 1037; 1042; 1060; 1084; 1087; 1089; 1105; 1107; 1108; 1131; 1132; 1135; 1136; 1137; 1139; 1140; 1142; 1145; 1147; 1152; 1158; 1164; 1167; 1169; and 1180. (2) The Court upholds the Settlement Claims Administrator's rejections of the claims of the following persons: Spenser Carter (ECF No. 991); Jonathan Chen (ECF No. 1000); Crystal Cooke (ECF No. 1007); Benjamin Elkins (ECF No. 964); Haley Escamilla (ECF No. 975); Wendy Francois (ECF No. 1019); William Healy (ECF No. 971); Calvin Hon (ECF No. 994); Alexandra Kosakoff (ECF No. 1003); Sanders Moody (for Settlement Class Member Angelica Joelle Moody) (ECF No. 989); Tiffany Zhang (ECF No. 1010); Sonja Postak (ECF No. 1028); Angela Broad White (ECF No 1035); Andrew Nguyen (ECF No. 1043); Brendon Wade (ECF No. 1048); Erik Feng (ECF No. 1052); Jeff Halfacre-Buie (ECF No. 1057); Claire Ciampa (ECF No. 1061); Kristine Yip (ECF No. 1063); Saif Alobaidi (ECF No. 1065); Joseph Reilly (ECF No. 1066); Alexander Styk (ECF No. 1069); Derrick Arthur-Cudjoe (ECF No. 1075); Robert Hunter (ECF No. 1082); Jason Kuo (ECF No. 1083); Wendy Francois (ECF No. 1087); Naomi Agnew (ECF No. 1091); Yuri Owens (ECF No. 1092); Danielle Marryshow (ECF No. 1104); Dondei Dean (ECF No. 1111); Akilah Smith (ECF No. 1113); Kristie Yip (ECF No. 1116); Jeffrey Gao (ECF No. 1122); Alanis Allen (ECF No. 1125); Nathan Reiff (ECF No. 1128); Noeline Arul (ECF No. 1130); Carmen Jin (ECF No. 1142); Daniel Freedline (ECF No. 1143); Bonnie X Li-MacDonald (ECF No. 1149); Bogdan Petre (ECF No. 1156); Serena Smith (ECF No. 1157); Moira Ryan (ECF No. 1164); David MacDonald (ECF No. 1165); and Sanders Moody (ECF No. 1176). Each of these claimants submitted deficient claims that lacked one or more necessary items to establish membership in the Settlement Class. The Court further notes that with respect to Alexander Styk (ECF No. 1069) that this particular claimant separately submitted (electronically) a valid and timely claim form that has been approved by the Settlement Class Administrator; the denial just referenced concerns only a duplicative claim submitted by Mr. Styk in paper form. Mailed notice. (mma, ) (Entered: 01/26/2026)

| 01/27/2026 | 1216 338.0 KB | ☐ | MOTION by Defendant The Trustees of the University of Pennsylvania to Certify the Court's Summary Judgment Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b) <br><br> (Attachments: # 1 Memorandum of Law in Support)(Gringer, David) (Entered: 01/27/2026) |
| 02/10/2026 | 1217 184.0 KB | ☐ | NOTICE of appeal by Cornell University, Georgetown University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, University of Notre Dame du Lac regarding orders 1210 Receipt number: y (Gringer, David) (Entered: 02/10/2026) |
| 02/10/2026 | 1218 210.7 KB | ☐ | MEMORANDUM by Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlander, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, Cameron Williams in Opposition to motion for |

| | | | |
|---|---|---|---|
| | | | miscellaneous relief, 1216 (Normand, Edward) (Entered: 02/10/2026) |
| 02/11/2026 | 1219 | ☐ 146.8 KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 1217 . (aee, ) (Entered: 02/11/2026) |

[ View Selected ]
or
[ Download Selected ]

Total filesize of selected documents (MB): [ 0 ]
Maximum filesize allowed: 200 MB