# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 11, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-1275 |
| Caption:<br>ANDREW CORZO, et al.,<br>        Plaintiffs - Appellees<br><br>v.<br><br>CORNELL UNIVERSITY, et al.,<br>        Defendants - Appellants |
| District Court No: 1:22-cv-00125<br>District Judge Matthew F. Kennelly<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Date NOA filed in District Court: 02/10/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)