**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SIA HENRY**, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN UNIVERSITY**, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00125<br><br>Hon. Matthew F. Kennelly |

### MOTION FOR LEAVE TO WITHDRAW DAVID H. SUGGS AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned, David H. Suggs, respectfully requests that the Court grant him leave to withdraw as counsel for Defendant Vanderbilt University ("Vanderbilt") in the above-referenced matter. Vanderbilt will continue to be represented by other counsel of record from White & Case LLP.

DATED this 18th day of February, 2026

SHERRARD ROE VOIGT & HARBISON, PLC

*/s/ David H. Suggs*
David H. Suggs (No. 4406138)
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Tel.: (615) 742-4200
Fax: (615) 742-4539
Email: dsuggs@srvhlaw.com

***Counsel for Defendant Vanderbilt University***

1

## CERTIFICATE OF SERVICE

  I hereby certify that on February 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

  DATED this 18th day of February 2026.

*/s/ David H. Suggs*
David H. Suggs
