UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Sia Henry, et al.
                    Plaintiff,

v.                                         Case No.: 1:22−cv−00125
                                           Honorable Matthew F. Kennelly

Brown University, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 7, 2026:

    MINUTE entry before the Honorable Matthew F. Kennelly: The Court sets this case for a further hearing, by video conference, relative to plaintiffs' motion for class certification, on 3/11/2026 at 1:00 PM. Judge Kennelly's courtroom deputy clerk will send out a video invitation in advance of the hearing. The Court's questions will focus on the matters discussed in the supplemental filings found at dkt. 1146 and dkt. 1175, though the Court reserves the right to ask questions regarding other matters relative to the motion for class certification. Proposed lead class counsel Mr. Cramer, Mr. Gilbert, and Mr. Normand must appear for the hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.