

**GILBERT**
LITIGATORS & COUNSELORS
Robert D. Gilbert
Chief Executive Officer
Gilbert Litigators & Counselors
11 Broadway, Suite 615, New York, New York 10004
(203) 645-0055• rgilbert@gilbertlitigators.com

March 7, 2026

**VIA ECF**

Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Courtroom 2103
Chicago, IL 60604

**Re: Henry, et al. v. Brown University, et al., No. 1:22-cv-00125 (N.D. Ill.)**

Dear Judge Kennelly:

This responds to ECF 1228, which was filed at 4:01pm CT today. At the time of the hearing on Wednesday March 11, I will be boarding an international flight to Brazil. Accordingly, Plaintiffs' Counsel request that the hearing be set for 10am CT or earlier on March 11 or at any time on the prior day (March 10). Thank you.

Respectfully submitted,

Robert D. Gilbert