**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.
                        Plaintiff,

v.                                                  Case No.: 1:22−cv−00125
                                                  Honorable Matthew F. Kennelly

Brown University, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, March 8, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: In consideration of the letter submitted by attorney Gilbert, the video hearing set for 1:00 PM on 3/11/2026 is moved up to 9:00 AM (Central time) on that same date. All other terms of the 3/10/2026 minute entry remain as−is. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.