**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.
                            Plaintiff,

v.                                          Case No.: 1:22−cv−00125
                                                              Honorable Matthew F. Kennelly

Brown University, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: By 2:00 PM today, plaintiffs are directed to provide the Court, via its proposed order e−mail address, another copy of the unredacted version of the litigation funding agreements that were submitted for in camera inspection pursuant to the Court's 9/4/2025 order (dkt. 960). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.