**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.
                          Plaintiff,

v.                                                     Case No.: 1:22−cv−00125
                                                           Honorable Matthew F. Kennelly

Brown University, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

       MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing scheduled for March 11, 2026, at 9:00 a.m. Central. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (650) 479−3207 and the call−in ID is 23190138722##. Counsel of record should have received an email invitation to join the video conference. Counsel is to reach out to Judge Kennelly's courtroom deputy clerk via email if they have not received an invitation. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.