**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.
                              Plaintiff,

v.                                             Case No.: 1:22−cv−00125
                                               Honorable Matthew F. Kennelly

Brown University, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

     MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 3/11/2026. Continued hearing was held on the plaintiffs' motion for class certification [757]. Plaintiffs' motion for class certification [757] is taken under advisement. The plaintiffs' motion to approve [1233] is entered and continued until the ruling on the class certification is issued. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.