**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** |
| Plaintiffs, | |
| v. | |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**MOTION BY GILBERT LITIGATORS & COUNSELORS TO AMEND**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 752)**

**ARGUMENT**

This motion considers and responds to the issues the Court raised at a hearing on March 11, 2026. It also supports the motion filed by Berger Montague PC ("BMPC") and Freedman Normand Friedland LLP ("FNF") to amend the existing Class Motion, ECF 752. That motion seeks to modify the previously requested appointment of Class Counsel by seeking the appointment of BMPC and FNF as Co-Lead Class Counsel for the proposed litigation Class in this case.

Gilbert Litigators & Counselors ("GLC") supports the motion for the reasons set forth in the accompanying Declaration of Robert D. Gilbert, Esq. ("Gilbert Declaration"). Mr. Gilbert agrees to be ethically screened off from further individual participation in this case, and GLC agrees not to seek appointment as Co-Lead Class Counsel.

In the Gilbert Declaration, Mr. Gilbert repeatedly and absolutely apologizes for the use of language in fee declarations that misled the Court. He states without equivocation that in retrospect he should have been much clearer, and not used the misleading language. However, for the reasons he articulates. Mr. Gilbert's transgressions were not intentional.

GLC is larger than Mr. Gilbert and has other experienced, knowledgeable attorneys perfectly capable of working with BMPC and FNF to bring this case to a successful conclusion. Therefore, GLC moves to remain supporting class counsel under the leadership of BMPC and FNF (without the involvement of Mr. Gilbert).

2

As the Gilbert Declaration makes clear, GLC attorneys have had deep involvement in the preparation of this case, predating BMPC and FNF. Each of the three law firms has knowledge of certain aspects of the case, and of certain Defendants, that the other two firms lack. If any or all of the firms were not involved going forward, the Class would be prejudiced, and Defendants would be handed a huge, unwarranted benefit.

GLC respectfully urges the Court to consider the least drastic remedy available to accomplish the result the Court deems necessary. For the reasons set forth in the Gilbert Declaration, ethically screening Mr. Gilbert from further participation, plus reducing the role of GLC to a supporting Class Counsel rather than Co-Lead Class Counsel, constitutes that remedy under all the circumstances before the Court.

The best interests of the Class and bringing this case to a successful conclusion against the five remaining Defendants is the foremost consideration. That should persuade the Court to appoint BMPC and FNF as Co-Lead Class Counsel, with GLC attorneys in a supporting role. However, if the Court believes the undersigned firm cannot adequately represent the interests of the Class under the leadership of BMPC and FNF (without Mr. Gilbert's involvement), then GLC asks to be permitted to withdraw altogether.[1]

---

[1] In that event, GLC requests that Plaintiff Brittany Tatiana-Weaver be given 30 days to select BMPC, FNF or another firm or attorney as her counsel.

3

Dated: March 19, 2026

Respectfully submitted,

/s/ Robert S. Raymar
Robert S. Raymar
Robert D. Gilbert
Elpidio Villarreal
David S. Copeland
Natasha Zaslove
**GILBERT LITIGATORS
& COUNSELORS, PC**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rraymar@gilbertlitigators.com
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilberlitigators.com