# Exhibit 1

## Van Kirk, Robert

**From:** Eric L. Cramer <ecramer@bergermontague.com>
**Sent:** Sunday, March 22, 2026 2:20 PM
**To:** Van Kirk, Robert
**Cc:** Norman Armstrong (norman.armstrong@kirkland.com); Miller, Britt M.; Eric Mahr (eric.mahr@freshfields.com); David Gringer (david.gringer@wilmerhale.com); Ted Normand
**Subject:** RE: 568 Litigation

Dear Bob, et al.:

This is a response to your email of Friday, March 20 at 6:20 pm ET.

With the caveat that nothing said below constitutes a waiver of any applicable privilege or doctrine, here are the facts:

1. Freedman Normand Friedland (FNF) (or its predecessor firm) and Berger Montague (BMPC) have had a written co-counsel agreement with Gilbert Litigators & Counselors (GLC) since the outset of the case (the "Co-Counsel Agreement"). The Co-Counsel Agreement provides a rubric for splitting any fees awarded by the Court amongst the firms. The present circumstances may have a material effect on the enforceability of that agreement.

2. FNF and BMPC have made clear to GLC that they will share no future fees awarded by the Court with GLC absent (a) complete transparency with the Court regarding every aspect of any possible sharing of fees with GLC, and (b) deference to the Court regarding same. We have informed GLC further that if the Court rules or otherwise indicates that no future fees may be shared with GLC, then neither BMPC nor FNF will cause any fees awarded by the Court to be shared with GLC.

3. Neither BMPC nor FNF have communicated with GLC's funders regarding any of the above matters at any time.

Sincerely,

Eric Cramer

**Eric L. Cramer** / *Chairman*

📞 215.875.3009 　📱 215.327.9583

 

📍 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Van Kirk, Robert <RVanKirk@wc.com>
**Sent:** Friday, March 20, 2026 6:21 PM

**To:** Ted Normand <tnormand@fnf.law>; Eric L. Cramer <ecramer@bergermontague.com>
**Cc:** Norman Armstrong (norman.armstrong@kirkland.com) <norman.armstrong@kirkland.com>; Miller, Britt M. <BMiller@mayerbrown.com>; Eric Mahr (eric.mahr@freshfields.com) <eric.mahr@freshfields.com>; David Gringer (david.gringer@wilmerhale.com) <david.gringer@wilmerhale.com>
**Subject:** 568 Litigation

Eric and Ted:

We have received your motion to amend plaintiffs' class certification motion and the request that your firms be named as class counsel to the exclusion of the Gilbert firm. We also have received and reviewed the Gilbert firm's submission. We are considering our position on your motion for purposes of the response requested by the Court. To that end, we ask that you confirm that there are no agreements that have been reached with Mr. Gilbert, the Gilbert firm, its funders, or any related individuals or entities (collectively, "GLC") that would provide for payments of any kind to GLC as a condition of or related in any way to the Gilbert firm's support for your motion or otherwise step aside, either in the manner contemplated by your submission or the Gilbert firm's submission. Given the Court's indication that it was prepared to find that Mr. Gilbert made misrepresentations to the Court and that the Court seemed prepared to deny class certification on that basis, we believe it would be improper for GLC to receive payments of any kind now or in the future.

Given the tightness of the schedule, we would appreciate a response by 6 pm tomorrow, Saturday, March 21.

Best regards,

Bob

**Robert A. Van Kirk**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(O) 202-434-5163 | vcard | bio

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you. *-**External sender. Please use caution when clicking on any attachments or links**-*