# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## NOTICE OF ISSUANCE OF MANDATE

April 7, 2026

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

| | |
|---|---|
| No. 26-1275 | ANDREW CORZO, et al.,<br>        Plaintiffs - Appellees<br><br>v.<br><br>CORNELL UNIVERSITY, et al.,<br>        Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:22-cv-00125
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)