

**ERIC L. CRAMER** / *CHAIRMAN*
215.875.3009 **m** 215.327.9583 | ecramer@bergermontague.com

April 15, 2026

**VIA ECF**

Honorable Matthew F. Kennelly
U.S. District Court
Northern District of Illinois
219 South Dearborn St.
Chambers 2188, Courtroom 2103
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.*, 1:22-cv-00125

Dear Judge Kennelly:

I am one of the counsel for the plaintiffs in the above captioned matter. I am writing, respectfully, to ask that the April 28 in-person status conference in this case be continued because I will be in Europe on a long-planned family vacation on that date, returning May 8, 2026. I delayed raising this issue because I had hoped to suggest dates that plaintiffs' new proposed lead counsel could attend, but am raising it now because, while that selection process is nearing completion, it is not yet over, and the April 28th date Your Honor scheduled is quickly approaching. Plaintiffs will be proposing new lead counsel imminently per Your Honor's March 19, 2026 Memorandum Opinion and Order (ECF No. 1241), and could suggest a new date upon consultation with Defendants at that point if that would be acceptable to the Court. Defendants have consented to moving the date of the status conference.

Respectfully,

Eric L. Cramer

cc: All Counsel of Record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*