**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Sia Henry, et al.
                            Plaintiff,

v.                                                    Case No.: 1:22–cv–00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.
                            Defendant.

---

### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 16, 2026:


        MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry at dkt. 1247 contained date errors and is corrected to read as follows. The request by one of the plaintiffs' attorneys, made by letter, to move the April 28, 2026 hearing by (it appears) two weeks or more is respectfully overruled. The Court is willing to move the hearing up to Monday, April 27, 2026 or Friday, April 24, 2026, but not back. (A date earlier than April 24 is not feasible due to an ongoing jury trial that will run through April 23). If April 24 will not work, then the hearing will proceed on April 28 as scheduled, and the Court will do its best to make arrangements for the attorney in question to participate by telephone. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.