

**ERIC L. CRAMER** / *CHAIRMAN*
215.875.3009 **m** 215.327.9583 | ecramer@bergermontague.com

April 17, 2026

**VIA ECF**

Honorable Matthew F. Kennelly
U.S. District Court
Northern District of Illinois
219 South Dearborn St.
Chambers 2188, Courtroom 2103
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.*, 1:22-cv-00125

Dear Judge Kennelly:

I write to thank the Court for the courtesy of offering alternative days for the upcoming status conference. Though I will be in Europe, April 24 is preferable for our team. Defendants are also available on April 24.

Therefore, Plaintiffs respectfully ask that the Court move the status conference to April 24, and to the extent possible, allow me to participate by phone.

Respectfully,

Eric L. Cramer

cc: All Counsel of Record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*