**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.

                                    Plaintiff,

v.                                                              Case No.: 1:22–cv–00125
                                                                Honorable Matthew F. Kennelly

Brown University, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Saturday, April 18, 2026:


        MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the letter from plaintiffs' counsel regarding scheduling (dkt. 1250). The in−person hearing set for 4/28/2026 is vacated and advanced to 4/24/2026 at 11:00 AM, in Courtroom 2103. The Court will make arrangements for attorney Cramer to participate by telephone. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.