**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ANDREW CORZO, et al., <br><br>                Plaintiffs, <br>     v. <br><br> BROWN UNIVERSITY, et al., <br><br>                Defendants. | Case No.: 1:22-cv-00125 <br><br> **Hon. Matthew F. Kennelly** |

## PLAINTIFFS' SUBMISSION REGARDING NEW LEAD COUNSEL

In accordance with this Court's order of March 31, 2026, Freedman Normand Friedland LLP and Berger Montague PC respectfully propose Steven F. Molo and the firm MoloLamken LLP to serve as new lead counsel, with our firms as co-counsel. Each of the named Plaintiffs has been informed of, and concurs in, this proposal. The addition of Mr. Molo and his firm will ensure that the proposed Class has excellent representation that more than satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure. We summarize below the credentials of (and some of the many accolades for) Mr. Molo and his proposed core team for this matter. A more detailed profile of Mr. Molo and his colleagues is attached at Exhibit A.

### Steven F. Molo

Steven Molo is recognized as one of the country's leading courtroom lawyers for complex disputes. He regularly tries complex cases before judges and juries.

*Chambers and Partners* calls him "fantastic in the courtroom," a "fabulous courtroom litigator who lights up the room with his presence," "very bright, imaginative, and creative in his approach to problems," and "one of the most talented lawyers in the (New York) city." He's one of 34 individuals named to their National Trial Lawyers listing; they say, "he's amazing in court,"

"a very creative trial lawyer with lots of charisma," who "brings a lot of credibility to a case."

*Benchmark Litigation*—which consistently names Mr. Molo one of the top 100 Trial Lawyers in America—calls him "revered," and "an outstanding advocate and fearless in court," who "delivers the goods." *Legal 500* includes Mr. Molo on its elite list of Leading Trial Lawyers and calls him "a force to be reckoned with," "a rockstar litigator; a great lawyer," with "terrific knowledge of the courts and the law," who "really excels in the courtroom." It says he is "smart, creative, responsive, knowledgeable, and engaging; he has an excellent mix of traits that set him apart from his peers." For the past fifteen years he has been named to *Lawdragon*'s list of the 500 Leading Lawyers in America. *See also* Ex. B (*Lawdragon* interview of Mr. Molo).

Mr. Molo began his career as a prosecutor in Chicago, and then practiced with Winston & Strawn, where he was a senior litigator and member of the firm's Executive Committee. He spent five years as a litigation partner with the Wall Street firm Shearman & Sterling before founding MoloLamken in October 2009. A solicitor on the Roll of Attorneys of the Law Society of England and Wales, he is also an Honorary Bencher of the Honorable Society of the Middle Temple. He serves as a trustee of the Federal Bar Foundation and the United States Supreme Court Historical Society. Mr. Molo is a past president of the Chicago Inn of Court and Seventh Circuit Bar Association. He taught trial advocacy at Northwestern University Pritzker School of Law for ten years and advanced evidence at Loyola University School of Law for five years.

Mr. Molo leads MoloLamken's efforts in the *In re Apple Inc. Smartphone Antitrust Litig.*, No. 2:24-md-03113 (D. N.J.), *In re FICO Antitrust Litig.*, No. 1:20-cv-02114 (N.D. Ill.), and *In re College Athlete NIL Litig.*, No. 4:20-cv-03919 (N.D. Cal.). He also argued *Marion HealthCare, LLC v. Becton Dickinson & Co.*, 952 F.3d 832 (7th Cir. 2020), which clarified the Seventh Circuit's standard for direct-purchaser claims under *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977).

**MoloLamken LLP**

Recognized by *Lawdragon* as "one of the country's most prestigious litigation boutiques," MoloLamken was founded on the premise that complex disputes are most effectively handled by smaller teams of talented, seasoned lawyers focused on results. *Legal 500*, a leading voice in the legal industry, says the firm has "unmatched intellect, knowledge of the law, and strategic case management," and that clients get "the best at every level—from associate to partner." *Chambers and Partners* praises the firm for "phenomenal work product and great insights and support." The firm represents clients around the world in some of the most challenging and complex issues in the country's courts today. Over the last few years, the firm has wins for clients valued at more than $5 billion. MoloLamken both prosecutes and defends class actions, including antitrust cases.

The firm serves in leadership in several class action antitrust matters. In the Northern District of Illinois, it serves as class liaison counsel for the direct-purchaser class in an antitrust case against the world's largest provider of credit scores. *In re FICO Antitrust Litig. Related Cases*, No. 1:20-cv-02114, 2021 WL 4478042 (N.D. Ill. Sept. 30, 2021). In appointing MoloLamken, Judge Chang singled out the firm's "sterling reputation and local presence." *Id.* at *6. MoloLamken also serves as interim co-lead class counsel representing the putative class of Apple Watch purchasers in litigation alleging that Apple unlawfully monopolized the market for smartwatches. *In re Apple Inc. Smartphone Antitrust Litig.*, No. 2:24-md-03113 (D.N.J. Oct. 17, 2024) (Dkt. 35).[1]

Most recently, MoloLamken was named interim co-lead class counsel, alongside Berger Montague, in an antitrust class action alleging a price fixing conspiracy involving veterinary interns and residents. *Amore v. Am. Assoc. of Veterinary Clinicians*, No. 7:25-cv-00229 (W.D.

---

[1] On the defense-side, MoloLamken represents a defendant in *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) (Durkin, J.).

Va.) (Dkt. 159). In appointing MoloLamken, the court commented: "MoloLamken brings unique experience, having litigated class actions from multiple perspectives – representing both plaintiffs and defendants at the trial and appellate levels. The firm also includes Eric Posner on its bench of attorneys, who is a well-established scholar and lawyer in the field of antitrust law generally," who "recently served as Counsel to the Assistant Attorney General for the United States. Department of Justice Antitrust Division." *Id.* at 5. MoloLamken has since hired a second lawyer from the Antitrust Division of the United States Department of Justice, Matthew Gold, who prosecuted both civil and criminal antitrust cases to verdict.[2]

Mr. Molo and the firm are frequently retained when a matter has advanced substantially and the client or counsel determines the case will benefit from additional advocacy experience. In *John D. Gruber v. Ryan Gilbertson*, No. 16-cv-9727 (S.D.N.Y.), a Rule 10b-5 securities fraud class action before Judge Jed Rakoff in the United States District Court for the Southern District of New York, Mr. Molo and his firm appeared for the class as lead trial counsel less than three months before the case was set for trial. After a slight delay due to complications on the court's docket, Mr. Molo and the firm successfully obtained a jury verdict for the class. They worked closely with Cera LLP, which had prosecuted the case for five years.

In *Sitzer v. National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.), a consumer antitrust class action before Judge Stephen Bough in the Western District of Missouri, Mr. Molo and his firm were retained by the leading market participant, Anywhere Real Estate Inc., eight months before trial. They worked closely with Morgan Lewis & Bockius LLP, which had been defending the client—the country's largest owner of residential real estate brokerage brand —

---

[2] MoloLamken and Berger Montague also previously worked together successfully on the Rocky Flats Class Action Litigation as appellate counsel.

since the case was filed more than three years earlier. The case settled on favorable terms three weeks before trial. The remaining defendants were found liable for $1.8 billion in damages, pre-trebling, at trial.

The vast majority of MoloLamken's cases involve serving as co-counsel or otherwise working with other law firms on behalf of clients or groups of clients. The firm prides itself on its culture of collaboration. The firm has the financial and human resources necessary to litigate the case through trial and any appeals.

### Core MoloLamken Team

MoloLamken commits to working efficiently while deploying exceptional resources to benefit the class. It will make available whichever members of the firm may be needed, but currently envisions the following individuals as the core team members:

**Lauren Dayton** is a partner who litigates complex disputes, with particular expertise in antitrust and commercial litigation. She has represented plaintiffs in high-profile antitrust matters including *In re Apple Inc. Smartphone Antitrust Litig.* (D.N.J.) and *In re FICO Antitrust Litig.* (N.D. Ill.) (Perry, J., and Chang, J.). She also has defense-side experience in *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) (Durkin, J.), and has litigated antitrust appeals. She has been recognized several years in a row as a "40 & Under Litigator" by *Benchmark Litigation* and a "Rising Star" by *Super Lawyers*. She has also been honored in *Chicago Daily Law Bulletin*'s 40 Under Forty. Ms. Dayton clerked for Judge Steven M. Colloton of the United States Court of Appeals for the Eighth Circuit and Judge Brian M. Cogan of the United States District Court for the Eastern District of New York. *See also* Ex. A at 14-18.

**Eugene Sokoloff's** practice focuses on complex legal issues at all stages of litigation, with an emphasis on appellate and Supreme Court litigation. Mr. Sokoloff was a member of the *Sitzer*

5

*v. National Association of Realtors* (W.D. Mo.) team that resulted in a successful settlement before trial. Because a winning appeal starts in the trial court, Mr. Sokoloff also regularly brings his appellate perspective to the firm's trial matters. He has drafted complaints, briefed high-stakes motions, and crafted jury instructions in courts across the country, framing the most challenging legal issues in the simplest, most persuasive terms. A creative and collaborative thinker, Mr. Sokoloff is often sought out by clients looking for a second opinion on matters handled by other firms, working seamlessly with co-counsel to provide the best possible representation. Before joining MoloLamken, Mr. Sokoloff clerked for Justice Stephen G. Breyer of the Supreme Court of the United States. He also served as a clerk for Judge Robert D. Sack of the United States Court of Appeals for the Second Circuit. *See also* Ex. A at 19-22.

**Eric Posner** served as Counsel to the Assistant Attorney General for the Antitrust Division of the Justice Department from 2022 to 2023. A renowned legal scholar, he is the Kirkland & Ellis Distinguished Service Professor and the Arthur and Esther Kane Research Chair at the University of Chicago Law School. He is also Of Counsel to MoloLamken and involved in many of the firm's most important cases. *See also* Ex. A at 12-13.

**Matthew Gold** joined MoloLamken in November 2025 as Counsel after having served as Trial Attorney in the Antitrust Division of the United States Department of Justice. He served on the liability and remedies trial teams in *United States v. Google*, No. 23-cv-108 (E.D. Va.). He was twice awarded the Assistant Attorney General's Award of Distinction for his contributions to criminal and civil antitrust enforcement. Mr. Gold previously clerked on the United States District Court for the Northern District of Illinois for Judge Marvin E. Aspen and Judge Sunil R. Harjani. *See also* Ex. A at 23.

**Availability**

MoloLamken is aware of the November 2026 trial date in this matter and has no scheduling conflicts that would prevent its dedicated preparation and participation. Mr. Molo is unavailable to attend the upcoming status conference on April 24, 2026, because he is in California preparing for a three-week trial scheduled to begin on April 27, 2026, in *Musk v. Altman*, No. 4:24-cv-04722 (N.D. Cal.). Other members of MoloLamken LLP will appear in person for the April 24 status conference, and if the Court desires, Mr. Molo can appear telephonically.

Dated: April 20, 2026

Respectfully submitted,

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
**FREEDMAN NORMAND
  FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law

Ivy Ngo
**FREEDMAN NORMAND
  FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

/s/ Eric L. Cramer
Eric L. Cramer
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

Robert E. Litan
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com

*Counsel for Plaintiffs*

7