# EXHIBIT A



*April 2026*

www.mololamken.com



## Who We Are

- Elite national litigation firm representing clients worldwide

- Business disputes; IP disputes; white collar defense + investigations

- Trial and appellate courts – including SCOTUS – throughout U.S.; global arbitral forums

- Founded in 2009 by leading partners with AmLaw 100 firms

  » Premise: the best results are achieved by small teams of bright, experienced lawyers working collaboratively

- Focused on results, committed to sharing risk with clients

- Experienced advocacy at each step of representation



## Who We Are

- Often collaborate with other firms – at request of clients *or* firms

- Team with best-in-class experts – *e.g.,* specialists, top academics, former judges

- Recognized in *Chambers and Partners*, *Legal 500*, *Super Lawyers*, *Benchmark Litigation*, *Lawdragon*, *Best Lawyers in America*, *Euromoney*, *Leading Attorneys*, *Washingtonian Magazine*, *U.S. News and World Reports*, and *Vault.com*

- *National Law Journal*'s 2019 & 2020 Elite Trial Lawyers, Business Torts – Law Firm of the Year; Shortlisted 2022 for *Benchmark Litigation*'s Boutique Firm of the Year; *National Law Journal*'s Appellate Hot List 2022

- Wins valued at $5 billion+ in last three years



## How We Handle Cases

- Through careful communication with client, identify success and develop a strategy – together – to achieve it

- Keep at forefront legal issues that may control outcome

    » "Brains and brass knuckles"

- Proceed in anticipation of trial – and eventual appeal

    » Focused discovery

    » Proprietary project management tool

    » Regular calls / client communication

- Multiple moots in courtrooms in our offices

- Obsess over preparation

## LAWYER PROFILES

# Steven F. Molo

Steven Molo, one of the country's leading courtroom advocates, is a founding partner of the national litigation boutique MoloLamken LLP. He represents corporations, boards, funds, investors, inventors, and individuals in complex business litigation, white collar criminal matters, and IP litigation. His client base is international.

*Chambers and Partners* calls him "fantastic in the courtroom," a "fabulous courtroom litigator who lights up the room with his presence," "very bright, imaginative, and creative in his approach to problems," and "one of the most talented lawyers in the (New York) city." He's one of 34 individuals named to their National Trial Lawyers listing; they say, "he's amazing in court," "a very creative trial lawyer with lots of charisma," who "brings a lot of credibility to a case."

*Benchmark Litigation* – which for the past eleven years has named him one of the top 100 Trial Lawyers in America – calls him "revered," "an outstanding advocate and fearless in court," who "delivers the goods."

*Legal 500* includes Mr. Molo on its elite list of Leading Trial Lawyers and calls him "a force to be reckoned with," "a rockstar litigator; a great lawyer," with "terrific knowledge of the courts and the law," who "really excels in the courtroom." It says he is "smart, creative, responsive, knowledgeable, and engaging; he has an excellent mix of traits that set him apart from his peers." For the past fifteen years he has been named to *Lawdragon*'s list of the 500 Leading Lawyers in America.

Mr. Molo began his career as a prosecutor in Chicago, and then practiced with Winston & Strawn, where he was a member of the firm's Executive Committee. He spent five years as a litigation partner with the Wall Street firm Shearman & Sterling (now A&O Sherman) before founding MoloLamken in October 2009. He is a solicitor on the Roll of Attorneys of the Law Society of England and Wales. He is also an Honorary Bencher of the Honourable Society of the Middle Temple.

He is a frequent speaker and author on the subjects of trials, advocacy, and the art of persuasion.

### Representative Matters

- The world's all-time most successful tech entrepreneur and a company he founded in pursuing and defending antitrust and related competition claims against a competing firm he founded in the market for generative AI models and platforms. The case also includes claims relating to the governance of the competing firm

- The nation's largest owner of residential real estate brokerage brands in defending antitrust and unfair competition claims in a bet-the-industry federal class action

### Honors & Awards

Recognized by peer and client review for inclusion in *The Best Lawyers in America* (New York: commercial litigation, white collar defense, appeals), *Chambers USA, Super Lawyers* (Top 100 Lawyers in New York), *Euromoney*'s *Guide to the World's Leading White Collar Crime Lawyers, Leading Attorneys* (business litigation, white collar criminal defense, antitrust, appeals), *Who's Who in America, Who's Who in the Law*, and *Who's Who in Business and Finance*

Named to the *Lawdragon* 500 Leading Lawyers in America, *Benchmark Litigation* Top 100 Trial Lawyers in America, and *Legal 500* Leading Trial Lawyers

### Education

University of Illinois, College of Law, J.D.

University of Illinois, College of Communications, B.S.

## LAWYER PROFILES



# Steven F. Molo

**Representative Matters,** *continued*

- A putative direct purchaser class as part of nationwide class leadership in a multidistrict antitrust case against a major tech company

- A putative class of academic researchers in an antitrust case against six largest academic journal publishers

- Health care providers in a nationwide Sherman Act Section One class action against the dominant manufacturers and distributors of syringes and catheters

- A senior executive of a Japanese manufacturing company in a price-fixing investigation conducted jointly by USDOJ and the JFTC

- A nationwide class of purchasers of FICO credit scores alleging Sherman Act Section One claims

- The nation's largest bar review course provider in a civil antitrust class action alleging a price-fixing and market allocation conspiracy and a separate civil antitrust class action alleging product tying

- A publicly traded insurance broker in multiple consumer class actions alleging antitrust and RICO violations, as well as Attorney General and insurance regulatory investigations

- A Midwest manufacturing company in a DOJ grand jury investigation into price-fixing in the market for certain building supplies

- A brand name pharmaceutical manufacturer in defending a Sherman Act Section One class action brought by retail pharmacies

- A group of student-athletes in objecting to the $2.6 billion settlement of antitrust claims against the NCAA relating to name, image, and likeness rights

- A publicly traded media company in litigation relating to a $1.8 billion debt restructuring

- An international consumer-products company in its Chapter 11 reorganization, obtaining dismissal of $880 million adversary claims over a liability management transaction

- Directors of a consumer-products company in defending a liability management transaction involving a $900 million dividend paid to a private equity investor

### Professional Affiliations

American Inns of Court Foundation, Trustee

United States Supreme Court Historical Society, Trustee

New York Inn of Court, Member (Past Vice President, Executive Committee)

Federal Bar Foundation, Trustee

Illinois Supreme Court Rules Committee, Member (2004-2010)

Seventh Circuit Bar Association, Member (Past President)

Federal Bar Council, Member (Courts Committee)

Chicago Inn of Court, Member (Past President)

American, Illinois, and Chicago Bar Associations, Member

American Bar Association, Trial Attorney Advisory Board, Member

American Bar Foundation, Life Fellow

Association of the Bar of the City of New York, Member

COMBAR, Honorary Member

*Scribes*, The Society of Legal Writers, Member

Economic Club of Chicago, Commercial Club of Chicago, Theodore Roosevelt Association, Member

University of Illinois College of Law Board of Visitors, Member

LAWYER PROFILES



# Steven F. Molo

**Representative Matters,** *continued*

- International asset manager and direct lender, as well as an indenture trustee, in a trial over fraudulent-conveyance and tort claims and breaches of an intercreditor agreement in the United States Bankruptcy Court for the District of Delaware, as well as parallel litigation in New York Supreme Court, over a $250 million liability management transaction

- A specialty chemical company in defending suits from two bondholder groups alleging breaches of credit agreements relating to the company's secured refinancing

- The holder of $900 million in defaulted Venezuelan debt in a federal bench trial concerning the judicial sale of a state-owned oil company

- A majority shareholder of a public company in shareholder derivative litigation relating to Revlon duties and change of control

- An investment advisor and mutual fund company in a derivative suit alleging breaches of fiduciary duty relating to fund management

- One of the world's largest pharmaceutical manufacturers in an ICC arbitration against another large pharmaceutical manufacturer concerning profit distributions for co-marketing a super-blockbuster drug

- A former Foreign Service Officer and West Point graduate in a federal criminal jury trial on charges of bribery and conspiracy to facilitate the issuance of visas in violation of State Department policies

- The former CFO of a publicly traded technology company in a federal criminal jury trial and regulatory and civil proceedings based on alleged securities and accounting fraud

- A major broker-dealer in a civil jury trial in which a hedge fund claimed fraud in the sale of collateralized mortgage obligations

- An entertainment company in a lengthy arbitration involving allegations of 10b-5 violations and other claims following an acquisition

- A class of stockholders of an oil transportation company pursuing 10b-5 claims in a civil jury trial

## Books

*Corporate Internal Investigations* (Co-author)

*Your Witness: Lessons on Cross-Examinations and Life* (General Editor and Author)

*Executive's Guide to Understanding the Laws Behind White Collar Crimes* (Chapter Author)

*Successful Partnering Between Inside and Outside Counsel* (Chapter Author)

*The Appellate Lawyer's Manual*

*The Executive's Desk Book on Corporate Risks and Response for Homeland Security* (Chapter Author)

*The Litigation Manual,* 2nd ed.

## Recent Articles

*The Justices' Divergent Views on Class Action Tolling*, Law360 (Mar. 30, 2018) (with Michelle Parthum)

Brady *Summaries and the Obligation to Disclose Favorable Evidence*, 13 Crim. Litig. 10 (2012) (with Lucas M. Walker)

*Wrong, Maybe. But Is It a Crime?* Hedgeweek (Sept. 10, 2008)

*Find a Career, Not a Job*, N.Y.L.J. Mag. (May 2008)

*To Fight or Not to Fight*, N.J.L.J. (July 23, 2007)



LAWYER PROFILES

# Steven F. Molo

**Representative Matters,** *continued*

- The former Speaker of the New York Assembly in a federal criminal jury trial on charges of public corruption

- A prominent doctor in a federal criminal jury trial on charges of health care fraud

- A manufacturer of animal health vaccines in a trial concerning a patent licensing dispute

- An activist investor in a bench trial in Delaware bankruptcy court concerning equity rights

- A senior financial services executive in a federal criminal jury trial on charges of perjury and obstruction of justice

- The world's largest insurance broker in a civil jury trial concerning senior executive compensation

- A CEO in numerous shareholder and derivative actions, parallel SEC proceedings, and a trial relating to allegations of fraud and breach of fiduciary duties following the discovery of accounting irregularities

- Investors in residential mortgage-backed securities trusts in a hearing to determine the distribution of a $9 billion settlement among various classes of bondholders

- Several former NFL players in objecting to the fairness of the class action settlement of the "Concussion Litigation"

- A private Silicon Valley technology company in a bench trial against one of the world's largest banks based on events arising from an M&A transaction

- Stockholders of a consumer products company in a trial seeking appointment of an equity committee in proceedings before the Bankruptcy Court in Delaware

- An investor seeking recovery of $800 million in losses on a "holder claim" based on decline in stock value of one of the world's largest banks during the financial crisis

- A developer of electric power plants in a theft of trade secrets trial in the New York Supreme Court Commercial Division

- The former CEO of a European auto manufacturer in connection with a DOJ investigation of U.S. environmental laws

LAWYER PROFILES



# Steven F. Molo

**Representative Matters,** *continued*

- An activist investor in connection with a challenge to the corporate governance of one of the largest transportation companies in the United States

- Several trustees of and investors in residential mortgage-backed securities trusts in a series of suits to recover for the diminution in the value of the trust as a result of the conduct of the parties originating the mortgage loans

- An Israeli pharmaceutical manufacturer in prosecuting a $4+ billion claim for fraud and breach of contract based on its acquisition of a Mexican company

- A former CEO and private equity firm partner in obtaining dismissal of a federal indictment charging securities and bank fraud as well as obstruction of agency proceedings

- A Tokyo private equity firm in a dispute with the former employer of the firm's founders concerning competitive restrictions

- A former CEO of a publicly traded retailer in defending criminal securities fraud charges

- A former managing director of a leading investment bank in defending criminal securities fraud charges related to the sale of derivatives

- A global consulting firm in investigating a senior executive's misconduct

- A CEO of a leading financial services firm in a dispute with a former firm member concerning co-investments

- A private equity firm in a lawsuit over post-closing purchase price adjustments in connection with the sale of a portfolio company

- A leading insurance company in investigating fraud by a major vendor and related civil litigation

- A Fortune 500 company in prosecuting a legal malpractice case against an Am Law 50 firm

- A CDO management firm in connection with civil litigation and regulatory matters emanating from the global financial crisis

## LAWYER PROFILES



# Steven F. Molo

**Representative Matters,** *continued*

- An investment bank in obtaining judgment in its favor and the reversal of a $1.6 billion jury verdict in a suit alleging fraud in connection with its role in a corporate acquisition

- A hedge fund in a suit in the Delaware Chancery Court challenging a gate and proposed restructuring of another fund in which it invested

- A leading real estate developer and its lender in a bench trial relating to a dispute with a major tenant

- A lending syndicate in defending multi-billion dollar tort claims and in prosecuting a personal guaranty action against a prominent real estate developer (and reality TV show host and politician) relating to financing of a 92-story building in Chicago

- Two non-U.S. financial institutions in connection with recovery actions and the defense of claims relating to Madoff

- The Illinois Senate relating to procedures for the impeachment trial of the Governor

- The holder of several patents relating to website construction in a series of cases against infringers

- A private equity firm in challenging an injunction limiting competitive activity of a portfolio company and its key executives

- An Asian government in litigation in the United States and United Kingdom relating to an arbitral award based on a dispute concerning the construction of a power plant and development of a mine

- Several groups in successfully challenging New York City's ban on super-sized sugary drinks

- A former pharmaceutical executive in prosecuting a whistle-blower claim

- A non-U.S.-based insurance holding company in SEC and DOJ investigations into balance sheet fraud through finite reinsurance

- A New York real estate developer in investigating and reporting a Ponzi scheme fraud perpetrated by the client's former lawyer, the named partner of a prominent New York firm

## LAWYER PROFILES



# Steven F. Molo

**Representative Matters,** *continued*

- A senior mutual fund executive in an investigation by the SEC and New York Attorney General

- A Midwest manufacturing company in an internal investigation and defense of an SEC investigation relating to insider trading

- A national insurance company in defending a federal grand jury investigation, state regulatory inquiries, consumer class actions, whistle-blower allegations, and media scrutiny emanating from claims handling practices following a major natural disaster

- A national retailer in attempted nationwide consumer fraud class actions in multiple forums and Attorney General investigations

- A national publisher and sweepstakes company in an appeal of a class certification order in an attempted consumer class action

- A group of mortgage lenders in an appeal of an order challenging certain lending restrictions

- A major broker-dealer in an appeal in litigation relating to sales practices that resulted in a challenge to certain whistle- blower legislation

- A global pharmaceutical manufacturer in a federal grand jury investigation and civil litigation emanating from a foreign subsidiary's falsification of information to the FDA

- An internet telephone services provider in patent infringement litigation relating to the company's core technology

- A holder of patents related to the manufacture of clothing in an ITC action to block importation of infringing products

- A gaming company in defending allegations of trademark and trade dress infringement in injunction proceedings in the trial court

- A manufacturer of batteries in pursuing copyright, trademark, and trade dress claims relating to a well-known advertising campaign

## LAWYER PROFILES



# Eric A. Posner

Eric Posner is a renowned legal scholar whose research interests include financial regulation, antitrust law, and contract law. He is the Kirkland and Ellis Distinguished Service Professor of Law at the University of Chicago Law School and the Arthur and Esther Kane Research Chair. He served as Counsel to the Assistant Attorney General for the Antitrust Division of the Justice Department from 2022 to 2023.

Mr. Posner is a prolific writer and has authored more than a dozen books and a hundred articles. His most recent books include *Radical Markets* (Princeton, 2018) (with Glen Weyl), which was named a book of the year by *The Economist* in 2018, and *Last Resort: The Financial Crisis* and the *Future of Bailouts* (University of Chicago Press, 2018), which was named a book of the year by *The Financial Times* in 2018. He has testified before Congress and government agencies, including the Federal Trade Commission. He has written op-eds and essays for *The New York Times*, *The Wall Street Journal*, and other media.

In addition, Mr. Posner is fellow of the American Academy of Arts and Sciences and a member of the American Law Institute. He was named to the *Lawdragon* 500 Leading Lawyers in America in 2019 and 2020, and to the *Bloomberg* 50 in 2018.

Prior to joining the University of Chicago, Mr. Posner taught at the University of Pennsylvania Law School and prior to that worked as Attorney Adviser in the Office of Legal Counsel at the U.S. Department of Justice. Mr. Posner served as a law clerk to the Honorable Stephen F. Williams of the United States Court of Appeals for the D.C. Circuit.

**Representative Matters**

- A monoline insurer in contract and tort case against bond trustee

- Defended Medicare Advantage provider network against competitor's application for injunction prohibiting market entry

- A putative class of medical products purchasers in antitrust suit against medical device manufacturer and distributors

- Leading Antitrust Scholars as *Amici Curiae* in *Apple v. Pepper* before U.S. Supreme Court

- An antitrust class action against a major tech company

- A contract dispute between two leading pharmaceutical companies

**Clerkships**

Law clerk to the Honorable Stephen F. Williams, United States Court of Appeals for the D.C. Circuit

**Education**

Harvard Law School, J.D., *magna cum laude*

Yale University, B.A., M.A., *summa cum laude*

LAWYER PROFILES



# Eric A. Posner

**Representative Matters,** *continued*

- An antitrust class action against a credit score provider

- A challenge to an SEC regulation on behalf of investors

- An antitrust class action against veterinarian associations

- An antitrust class action against commercial publishers

- Served as expert consultant in various antitrust cases

## LAWYER PROFILES

# Lauren F. Dayton

Lauren Dayton litigates complex disputes in state and federal courts from the filing of a complaint through appeal. Ms. Dayton has particular expertise in contract disputes and business torts, particularly under New York law. She also litigates antitrust, bankruptcy, and intellectual property matters.

Ms. Dayton is a skilled advocate. She develops creative strategies and compelling narratives for her clients, always keeping their goals in focus. She has taken or defended dozens of depositions, argued motions, worked with experts, and coordinated in large defense groups to drive a successful outcome for her clients. Ms. Dayton is particularly good at managing complex cases efficiently. She draws on her experience in private practice and in clerking for both trial and appellate courts to develop an effective and efficient case strategy.

Ms. Dayton is also an experienced appellate lawyer. She has briefed appeals before federal courts in the Second, Third, Fifth, Ninth, and Federal Circuits, and before the Supreme Court of the United States. She has an active practice before New York appellate courts.

Ms. Dayton has been recognized several years in a row as a "40 & Under Litigator" by *Benchmark Litigation* and a "Rising Star" by *Super Lawyers*. She has also been honored in *Chicago Daily Law Bulletin*'s Forty Under 40.

Ms. Dayton speaks frequently on business torts and trial practice issues, including at the ABA's Litigation Section Annual Conference and before the Chicago Bar Association. Ms. Dayton is co-chair of the ABA's Business Torts & Unfair Competition Committee and is also active in Women in Funds, an organization for investment professionals and attorneys.

Before joining MoloLamken, Ms. Dayton clerked for the Honorable Steven M. Colloton of the United States Court of Appeals for the Eighth Circuit and for the Honorable Brian M. Cogan of the United States District Court for the Eastern District of New York.

Ms. Dayton is fluent in French and has represented francophone clients.

### Representative Matters

- Represents Brazilian investment funds in breach-of-contract suit involving debt instruments in New York Supreme Court, Commercial Division, and in a Chapter 15 bankruptcy proceeding in S.D. Texas

- Represents investment adviser and its affiliated entity in suits against Bolivarian Republic of Venezuela and PDVSA to reduce to judgment and then enforce more than $800 million in defaulted debt, including representing investment fund as stalking horse to purchase holding company of CITGO in judicial auction

**Clerkships**

Law clerk to the Honorable Steven M. Colloton, United States Court of Appeals for the Eighth Circuit

Law clerk to the Honorable Brian M. Cogan, United States District Court for the Eastern District of New York

**Education**

University of Michigan Law School, J.D., *cum laude*

*Order of the Coif*

Managing Executive Editor, *Michigan Journal of Law Reform*

Saul L. Nadler Memorial Award

Wake Forest University, B.A., *summa cum laude*

*Phi Beta Kappa*

**Honors and Awards**

40 & Under Litigator, *Benchmark Litigation*, 2024-2025

Forty Under 40, *Chicago Daily Law Bulletin*, 2025

Rising Star, *Super Lawyers*, 2020-2025

**Professional Affiliations**

American Bar Association, Business Torts & Unfair Competition Committee, Committee Co-Chair

Chicago Bar Association, Young Lawyers Section, Commercial Litigation, Vice-Chair 2023-2024

LAWYER PROFILES



# Lauren F. Dayton

**Representative Matters,** *continued*

- Represents multinational beverage producer in case involving fraud claims in New York Supreme Court, Commercial Division

- Represents consumer class as part of nationwide class leadership in a multidistrict antitrust case against a major tech company

- Represents named plaintiff as part of nationwide class leadership in an antitrust case against a financial services company in N.D. Illinois

- Represents plaintiff in §1983 deliberate-indifference suit against private prison healthcare provider in N.D. Illinois (pro bono)

- Represented investment fund in breach-of-contract and fraud suit involving a portfolio of life insurance policies in SDNY

- Represented private equity firm in First Department appeal of fraudulent-transfer and related business tort claims

- Represented national chicken producer defendant in antitrust case alleging conspiracy to reduce production in N.D. Illinois

- Represented world-renowned museum in trademark and copyright dispute in N.D. Illinois

- Represented technology company in U.S. Supreme Court in a case addressing the extraterritorial application of the Lanham Act

- Represented international asset manager and direct lender, and indenture trustee, in trial over fraudulent-conveyance and tort claims and breaches of intercreditor agreement in U.S. Bankruptcy Court for the District of Delaware, as well as parallel litigation in New York Supreme Court

- Represented monoline insurer in dispute in SDNY against bond trustee related to defaults by the Puerto Rico Sales Tax Financing Corporation (COFINA)

- Represented global retailer in appeal to the First Department of breach-of-contract suit relating to COVID-19

**Professional Affiliations,**
*continued*

New York State Bar Association, Commercial & Federal Litigation Section

Women in Funds

LCLD Success in Law School, Mentor 2019-2023

**Publications**

*What Businesses Need to Know About Civil Fraud*, Corporate Disputes (Jan.-Mar. 2026) (with Kenneth Notter)

*A Primer on Damages in Commercial Cases*, NYSBA NYLitigator (Vol. 30, No. 2, 2025)

*Antitrust Lessons for Healthcare Roll-Ups – and Everyone Else*, Competition Policy International (Sept. 12, 2024) (with Swara Saraiya)

*Snap Removal Split Can Fly Under Radar Due to Procedural Quirk*, Bloomberg Law (June 3, 2024) (with Eugene Sokoloff)

*Rising Risks for PE Firms to Monitor Amidst Changing Antitrust, Whistleblower and Sanctions Landscape*, Private Equity Law Report (Jan. 11, 2024) (with Lauren M. Weinstein and Robert Y. Chen)

*NY Court of Appeals Sharply Curtails Application of the Economic Loss Rule in Commercial Litigation*, NYSBA NYLitigator (Vol. 28, No. 2, 2023)

# LAWYER PROFILES



## Lauren F. Dayton

**Representative Matters,** *continued*

- Represented global financial institution in RMBS suit appeal in New York Court of Appeals

- Represented telecommunications company in Fifth Circuit appeal of dismissal of antitrust suit

- Represented biopharmaceutical company in Federal Circuit appeal and U.S. Supreme Court cert petition involving patent invalidity (enablement) issues

- Represented technology company in jurisdiction-related mandamus petition to Federal Circuit

- Represented university patent holder in Federal Circuit appeal of patent invalidity ruling based on indefiniteness

- Represented biopharmaceutical company in pair of Federal Circuit appeals of denials of preliminary injunctions

- Represented software and technology company in patent appeal before the Federal Circuit

- Represented federal energy regulator in Ninth Circuit appeals of bankruptcy court decision and regulator's declaratory orders involving division of authority between bankruptcy courts and regulator

- Represented federal energy regulator in Fifth Circuit appeal regarding division of authority between bankruptcy courts and regulator

- Represents plaintiff in §1983 deliberate-indifference suit against prison medical contractor and its employees in N.D. Illinois (pro bono)

- Represented plaintiff in §1983 excessive-force suit against Rikers corrections officers in SDNY (pro bono)

**News & Appearances**

- *Apple Buyers Defend Smartphone, Watch Monopoly Case*, Law360 (Nov. 21, 2025)

- *Speaker - Federal Court Bootcamp: Rule 12 Motions*, Chicago Bar Association (May 28, 2025)

- *Speaker/Moderator - Jeopardy!: Damages in Commercial Cases*, 2025 ABA Litigation Section Annual Conference (May 1, 2025)

- *US judge confirms Red Tree's offer as starting bid in Citgo parent's auction*, Reuters (Apr. 21, 2025)

**Publications,** *continued*

*Fraudulent Conveyance Choice of Law: New York Is Not All Uniform Just Yet*, ABA Business Torts & Unfair Competition Journal (Aug. 31, 2023)

*Book Review: Business and Commercial Litigation in Federal Courts*, Today's General Counsel (July/Aug. 2023) (with Steven F. Molo)

*4th Circ. Opens Door to New Private Merger Enforcement Era,* Law360 (Mar. 9, 2021) (with Lauren Weinstein)

*The Importance of Purpose in Avoiding Unintentional Waiver of the Attorney-Client Privilege,* Corporate Disputes (Jan.-Mar. 2021) (with Gerald Meyer and Kenneth Notter)

*Key Issues In Potential High Court Fraudulent Transfer Case*, Law360 (Oct. 23, 2020) (with Justin Ellis)

**Languages**

French

## LAWYER PROFILES



# Lauren F. Dayton

**News & Appearances,** *continued*

- *SouthRock Drops Request To Extend Bankruptcy Stay To CEO*, Law360 (Aug. 1, 2024)

- Speaker - *Commercial Experts:  Retention to Testimony*, Chicago Bar Association, Young Lawyers Section, Commercial Litigation Committee (June 26, 2024)

- *Brazilian Starbucks franchisee receives provisional Ch15 relief in Texas*, Global Restructuring Review (June 25, 2024)

- *Brazilian Food Chain Co. SouthRock Files Ch. 15 In Texas*, Law360 (June 13, 2024)

- *Jim Beam Parent Sheds 50 Cent's Overcharging Conspiracy Claims*, Bloomberg Law (May 30, 2024)

- Speaker/Moderator - *Privilege! Experts! Ethics!: A Deposition Game Show*, 2024 ABA Litigation Section Annual Conference (May 2, 2024)

- Speaker - *Trade Secrets: What You Need To Know Under Federal and Illinois Law,* Chicago Bar Association, Young Lawyers Section, Commercial Litigation Committee (Dec. 11, 2023)

- *Justices Overturn $96M TM Award Tied To Lanham Act Reach*, Law360 (June 29, 2023)

- *Justices to consider international reach of U.S. trademark law*, SCOTUSblog (Mar. 20, 2023)

- Speaker - *Trademark infringement: Online Platform Liability in the US & Other US Trademark Issues*, Centre for International Intellectual Property Studies Panel (Jan. 24, 2023)

- *Creditor Asks 3rd. Circ. For Seat At The Table In Citgo Auction*, Law360 (Jan. 20, 2023)

- *Fed. Circ. Won't Let Sued Foreign Cos. Unilaterally Pick Venue*, Law360 (Jan. 9, 2023)

- *Louvre Museum Says Digital Mall Simulation Rips Off TM*, Law360 (Dec. 12, 2022)

- *Justices Set Sights On Reach Of US Trademark Law*, Law360 (Nov. 7, 2022)

- *Supreme Court Will Tackle Patent Enablement In Amgen Case*, Law360 (Nov. 4, 2022)

LAWYER PROFILES



# Lauren F. Dayton

**News & Appearances,** *continued*

- *PDVSA Says Del. Suit Over $246M Debt Must Be Nixed,* Law360 (Mar. 15, 2022)

- *5th Circ. Throws Out Antitrust Suit Over Mobile Patent Pool,* Law360 (Mar. 1, 2022)

- *Venezuelan Oil Co. Loses Bid To Stay $246M In Judgments,* Law360 (Feb. 7, 2022)

- *Patent Cases To Watch In 2022,* Law360 (Jan. 3, 2022)

## LAWYER PROFILES



# Eugene A. Sokoloff

Eugene Sokoloff's practice focuses on complex legal issues at all stages of litigation, with an emphasis on appellate and Supreme Court litigation. Mr. Sokoloff has argued appeals across the country and has briefed dozens more, including six merits cases in the U.S. Supreme Court.

Because a winning appeal starts in the trial court, Mr. Sokoloff also regularly brings his appellate perspective to the Firm's trial matters. He has drafted complaints, briefed high-stakes motions, and crafted jury instructions in courts across the country, framing the most challenging legal issues in the simplest, most persuasive terms.

A creative and collaborative thinker, Mr. Sokoloff is often sought out by clients looking for a second opinion on matters handled by other firms, working seamlessly with co-counsel to provide the best possible representation.

Before joining MoloLamken, Mr. Sokoloff clerked for the Honorable Stephen G. Breyer of the United States Supreme Court. He also served as a clerk to the Honorable Robert D. Sack of the United States Court of Appeals for the Second Circuit.

**Representative Matters**

Antitrust Matters

- Represented a poultry producer in a multi-billion-dollar antitrust class action

- Represented a leading real estate brokerage in a multi-billion-dollar antitrust class action

- Represented a major U.S. paper company before the Seventh Circuit in a multi-billion-dollar antitrust class action

- Represented a group of global financial institutions before the Second Circuit in a series of appeals arising from multi-district antitrust litigation

- Represented a global telecommunications company before the Fifth Circuit in an antitrust challenge to a patent licensing pool

- Represented a group of global financial institutions before the U.S. Supreme Court in a case addressing the antitrust treatment of ATM card networks

**Clerkships**

Law clerk to the Honorable Stephen G. Breyer, United States Supreme Court

Law clerk to the Honorable Robert D. Sack, United States Court of Appeals for the Second Circuit

**Education**

Yale Law School, J.D.

Prize for best oralist and team, Morris Tyler Moot Court of Appeals

Co-Chair, Morris Tyler Moot Court of Appeals

Coker Fellow

Columbia University, School of International and Public Affairs, M.A.

Editor-in-Chief, *Journal of International Affairs*

McGill University, First Class Honours B.A., Political Science

**Publications**

*Snap Removal Split Can Fly Under Radar Due to Procedural Quirk*, Bloomberg Law (June 3, 2024) (with Lauren Dayton)

*Just How Long Is the Long Arm of U.S. Jurisdiction?* Bloomberg Law (Aug. 4, 2021)

*Diving Into the Supreme Court's Latest Class Action Challenge*, The National Law Journal (Mar. 18, 2021)

# LAWYER PROFILES



# Eugene A. Sokoloff

**Representative Matters,** *continued*

<u>Argued Matters</u>

- Briefed and argued an appeal before the Seventh Circuit in a products-liability case raising rarely litigated questions regarding the application of state-law standards of proof in federal diversity cases

- Briefed and argued an appeal before the Seventh Circuit involving the application of the federal-officer removal statute in the context of private compliance with federal mandates

- Briefed and argued an appeal before the Eleventh Circuit raising novel questions regarding the private right of action under Title III of the Helms-Burton Act, *Fernandez v. Seaboard Marine LTD.*, 135 F.4th 939 (11th Cir. 2025)

- Briefed and argued an appeal before the Seventh Circuit raising novel questions regarding the home-state and internal-affairs exceptions to the Class Action Fairness Act, *Sudholt v. Country Mut. Ins. Co.*, 83 F.4th 621 (7th Cir. 2023), *cert. denied*, 144 S. Ct. 2525 (2024)

- Briefed and argued an appeal before the Seventh Circuit regarding the structure and citizenship of Chinese entities for purposes of federal diversity jurisdiction, *Yancheng Shanda Yuanfeng Equity Inv. P'ship v. Wan*, 59 F.4th 262 (7th Cir. 2023)

- Briefed and argued an appeal before the Federal Circuit regarding the effect of prosecution disclaimers in later patent-infringement litigation, *TMC Fuel Injection Sys., LLC v. Ford Motor Co.*, 682 F. App'x 895 (Fed. Cir. 2017)

- Briefed and argued an appeal before the Sixth Circuit raising a question of first impression regarding the scope of the federal habeas statute's savings clause, *Hill v. Masters*, 836 F.3d 591 (6th Cir. 2016)

- Briefed and argued an appeal before the District of Columbia Court of Appeals involving the District's authority to impose liens on the homes of deceased Medicare beneficiaries

<u>Other Representative Matters</u>

- Represented plaintiffs in trial and appellate proceedings related to claims brought under the Helms-Burton Act

## LAWYER PROFILES



# Eugene A. Sokoloff

**Representative Matters,** *continued*

Other Representative Matters, *continued*

- Represented pharmaceutical and medical device manufacturers before the First, Sixth, and Ninth Circuits in various appeals arising from False Claims Act litigation

- Represented a health insurer before the Second Circuit in a federal preemption challenge to state regulations redistributing insurer revenues

- Represented a U.S. law firm before the Second Circuit in an appeal raising a question of first impression regarding the scope of discovery available under 28 U.S.C. §1782.

- Represented a California healthcare coverage provider in tax litigation before the California state appellate and supreme courts

- Represented a U.S. manufacturer before the U.S. Supreme Court in a case addressing the preclusive effect of proceedings before the Trademark Trial and Appeal Board

- Represented a Native American tribe before the U.S. Supreme Court in a case addressing the scope of tribal-court civil jurisdiction

- Represented a major automotive manufacturer before the Federal Circuit in litigation addressing the application of the Internal Revenue Code's interest-netting provisions to Foreign Sales Corporations

- Represented various defendants in certiorari-stage securities litigation before the U.S. Supreme Court on issues ranging from tippee liability for insider trading to loss-causation in securities-fraud cases

Amicus Participation

- Represented The Constitution Project as merits-stage amicus curiae in a case before the U.S. Supreme Court involving the scope of the federal statute that funds expert and other services for capital defendants.

- Represented an association of technology companies as merits-stage amicus before the U.S. Supreme Court in a case addressing the antitrust treatment of two-sided markets

LAWYER PROFILES



# Eugene A. Sokoloff

**Representative Matters,** *continued*

Amicus Participation, *continued*

- Represented a group of high-tech small businesses as merits-stage amici before the U.S. Supreme Court in a case addressing the standard of claim construction in *inter partes* review proceedings

- Represented leading scholars as merits-stage amici curiae in a case before the U.S. Supreme Court involving the use of independent committees in legislative redistricting

- Represented the Fair Inventing Fund as certiorari-stage amicus curiae in a case before the U.S. Supreme Court involving the Federal Circuit's obligation to issue opinions in connecting with appeals from the Patent Trial and Appeals Board

**News & Appearances**

- *Ex-Outcome CEO, Co-Founder Challenge $1B Fraud Convictions*, Law360 (Apr. 8, 2025)

- *Family Tries To Revive Suit Over Cuban Port Property*, Law360 (Jan. 24, 2024)

- *7th Circ. Weighs Jurisdiction To Enforce Chinese Judgment*, Law360 (Sept. 23, 2022)

## LAWYER PROFILES

# Matthew Gold

Matthew Gold litigates complex disputes on behalf of both plaintiffs and defendants. His experience includes high-stakes business litigation and internal investigations.

Mr. Gold has deep experience in competition matters, having served as a Trial Attorney in the Antitrust Division of the U.S. Department of Justice where he handled both civil and criminal cases. He served on the liability and remedies trial teams in *United States v. Google* (Ad Tech) and the litigation team in *United States v. Agri Stats*, among other matters. He was twice awarded the Assistant Attorney General's Award of Distinction for his contributions to antitrust enforcement.

Mr. Gold clerked for the Honorable Marvin E. Aspen and Honorable Judge Sunil R. Harjani of the United States District Court for the Northern District of Illinois.

### Representative Matters

- Represents a consumer class as part of nationwide class leadership in a multidistrict antitrust action against a major tech company

- Represented the plaintiff in an advertising technology antitrust trial

- Represented the plaintiff in antitrust litigation involving information sharing practices in the agriculture and food-processing sectors

- Served as trial counsel in a criminal bid-rigging prosecution involving the concrete paving and construction industry

- Served as investigative counsel into allegations of criminal bid rigging conduct involving the asphalt paving and construction industry

- Served as investigative counsel into allegations of a criminal "no poach" labor agreement in the financial services sector

- Represented a pharmaceutical manufacturer in antitrust lawsuit

- Represented industrial manufacturer in lawsuit alleging unlawful tying

- Represented a major U.S. bank in a system-wide, government-initiated internal investigation involving allegations of banking fraud

- Served as pro bono trial counsel for a political asylum applicant

**Clerkships**

Law clerk to the Honorable Sunil Harjani, United States District Court for the Northern District of Illinois

Law clerk to the Honorable Marvin Aspen, United States District Court for the Northern District of Illinois

**Education**

University of Illinois College of Law, Urbana-Champaign, J.D., *magna cum laude*

University of Illinois at Urbana-Champaign, Political Science and Communication, B.A., *Departmental Distinction*

**Honors and Awards**

Assistant Attorney General's Award of Distinction (2x)

36 Under 36, *Jewish Chicago: The JUF Magazine*

**Professional Affiliations**

Federal Bar Association Chicago Chapter, Young Lawyers Division



*"Brilliant, fast, and easy to work with"*



*"Fanatical about preparing its cases, staying focused on the outcome instead of the process"*



*"Known for its meticulous attention to detail and for pushing cases toward trial where its stars can shine"*

LAWDRAGON

*"One of the country's most prestigious litigation boutiques"*



*"All-star litigation shop"*



*"One of the top litigation firms in the US"*

*"Brilliant lawyers, with courtroom savvy and the best brief writing teams you can find"*

*"Fearless in court"*



*"A uniformly excellent team"*