# EXHIBIT 1

182

BY MR. GILBERT:

Q        Who's Patricia McWade?

A        She's the dean of student financial services.

Q        And she's asking you if you can admit both "FERPA redacted" from the waitlist.  Both are full pays and sure to come.

A        That's what it says.

Q        Is being a full pay on the waitlist a favorable factor in being admitted from the waitlist?

A        No.

Q        Is being a full pay as a transfer a favorable factor in being admitted from transfers?

A        No.

Q        What is the NHS committee?

A        Nursing health studies.  That's the former nursing school/health school combined into one.

Q        Do you know what people are being described here?

A        No.

          MR. GILBERT:  Next document we are going to have marked is Tab 64.  That will be Deacon Exhibit 34.

          (Marked Exhibit 34.)