**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sia Henry, et al.

                    Plaintiff,

v.                                                          Case No.: 1:22−cv−00125
                                                            Honorable Matthew F. Kennelly

Brown University, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 24, 2026:

         MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 4/24/2026. Defendants are given leave to take further depositions of the proposed class representatives regarding the retention of proposed new counsel by no later than 5/4/2026. The depositions are to be taken via video conference and are limited to 15 minutes each. Affidavits from the proposed new counsel Posner and Gold regarding D.C. Rule 1.11 as more fully discussed during the hearing are to be submitted to 4/29/2026. in Defendants' further response on the issue of adequacy of counsel under Rule 23 is due 5/15/2026; plaintiffs' reply is due 5/22/2026. The case is set for in−person oral argument on 5/26/2026 at 2:30 p.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.