**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ANDREW CORZO, et al., | |
| Plaintiffs, | Case No.: 1:22-cv-00125 |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF FILING DECLARATIONS OF
ERIC A. POSNER AND MATTHEW E. GOLD**

Plaintiffs hereby file the attached Declarations of Eric A. Posner and Matthew E. Gold pursuant to the Court's directive during the hearing on April 24, 2026.

Dated: April 29, 2026

Respectfully submitted,

/s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
**FREEDMAN NORMAND
 FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law

Ivy Ngo
**FREEDMAN NORMAND
 FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240

/s/ Eric L. Cramer
Eric L. Cramer
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

Robert E. Litan
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com

*Counsel for Plaintiffs*