IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW CORZO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 22 C 00125 |
| | ) | |
| BROWN UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION

Eric A. Posner declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a counsel at MoloLamken, where I have worked as a counsel since February 2024 (and previously from August 2018 to December 2021).  I am also currently the Kirkland and Ellis Distinguished Service Professor of Law at the University of Chicago Law School, where I have taught as a member of the faculty since 1998.

2.      I understand that on April 24, 2026, this Court ordered me to submit an affidavit pursuant to D.C. Rule of Professional Conduct 1.11 regarding my former employment at the United States Department of Justice, Antitrust Division (the "Justice Department"), where I worked as Counsel to the Assistant Attorney General, Antitrust Division from February 2022 until February 2023, and my current employment as a professor at the University of Chicago Law School.

3.      D.C. Rule of Professional Conduct 1.11 provides, as relevant here, that "[a] lawyer shall not accept other employment in connection with a matter which is the same as, or substantially related to, a matter in which the lawyer participated personally and substantially as a public officer or employee . . . ."  D.C. Rule 1.11(a).

4.      I did not participate personally and substantially as a public officer or employee with the Justice Department on the above-captioned matter or a substantially related matter. I was not part of any Justice Department team concerning this matter or any investigation related to the underlying events, nor was I involved in any way in the Statement of Interest of the United States filed before this Court on July 8, 2022.

5.      I understand that the University of Chicago was originally a defendant in this matter, and that it has since settled and been dismissed with prejudice.  I understand further that witnesses from the University of Chicago may appear at trial in this case.  I have never served as counsel for the University of Chicago nor have I ever provided legal advice to the University of Chicago.  I have not in any way participated in the

University of Chicago's defense of this action, nor have I been consulted by the University of Chicago relating to its defense of this matter.

/s/ Eric A. Posner
Eric A. Posner

Date:  April 29, 2026