IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW CORZO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 22 C 00125 |
| | ) | |
| BROWN UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION

Matthew E. Gold declares the following pursuant to 28 U.S.C. § 1746:

1. I am a counsel at MoloLamken, where I have worked since November 3, 2025.

2. I understand that on April 24, 2026, this Court ordered me to submit an affidavit pursuant to D.C. Rule of Professional Conduct 1.11 regarding my former employment at the United States Department of Justice, Antitrust Division (the "Justice Department"), where I worked as a Trial Attorney from June 21, 2021, until around October 31, 2025.

3. D.C. Rule of Professional Conduct 1.11 provides, as relevant here, that "[a] lawyer shall not accept other employment in connection with a matter which is the same as, or substantially related to, a matter in which the lawyer participated personally and substantially as a public officer or employee . . . ." D.C. Rule 1.11(a).

4. I did not participate personally and substantially as a public officer or employee with the Justice Department on the above-captioned matter or a substantially related matter. I was not part of any Justice Department team concerning this matter or any investigation related to the underlying events, nor was I involved in any way in the Statement of Interest of the United States filed before this Court on July 8, 2022.

/s/ Matthew E. Gold
Matthew E. Gold

Date: April 29, 2026