**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> v. <br> BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, <br> Defendants. | Case No. 1:22-cv-00125 <br><br> Hon. Matthew F. Kennelly |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, the undersigned, Daniel J. Walker, respectfully requests that the Court grant him leave to withdraw as counsel for Plaintiffs in the above-referenced matter. Plaintiffs will continue to be represented by all other counsel of record from Berger Montague PC.

Dated: May 7, 2026

Respectfully submitted,

By: */s/ Daniel J. Walker*
   **BERGER MONTAGUE PC**
   1001 G Street, NW
   Suite 400 East
   Washington, DC 20001
   Tel.  (202) 559-9745
   dwalker@bergermontague.com

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive
Suite 2500
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bm.net

Eric L. Cramer
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
dlanger@bm.net
jgradwohl@bm.net

Robert E. Litan
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bm.net

## CERTIFICATE OF SERVICE

I, Daniel J. Walker, an attorney, hereby certify that on May 7, 2026, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel** to be served via electronic mail upon all counsel of record in this action.

By:      _/s/ Daniel J. Walker_
         Daniel J. Walker