

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*\*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   Norman Armstrong

Firm   Cooley LLP

Street Address   1299 Pennsylvania Avenue NW, Suite 700

City/State/Zip Code   Washington, DC 20221

Phone Number   (202) 728-7120

Email address  narmstrong@cooley.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

Former Firm: Kirkland & Ellis LLP

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:22-cv-00125 | Henry et al v. Brown University | Hon. Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Norman Armstrong                                          May 20, 2026

Signature of Attorney                                          Date

Rev. 07032025