

**ERIC L. CRAMER** / *CHAIRMAN*
215.875.3009 **m** 215.327.9583 | ecramer@bergermontague.com

May 22, 2026

**VIA ECF**

Honorable Matthew F. Kennelly
U.S. District Court
Northern District of Illinois
219 South Dearborn St.
Chambers 2188, Courtroom 2103
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.*, 1:22-cv-00125

Dear Judge Kennelly:

In the above-captioned matter, the Court has scheduled an in-person hearing for next Tuesday May 26, 2026 at 2:30 PM regarding the proposed appointment of MoloLamken LLP as lead counsel for Plaintiffs and the proposed class.

Unfortunately, Mr. Molo will be away from Chicago on May 26th. Though other counsel from MoloLamken will be in the courtroom for the hearing, Plaintiffs respectfully request leave for Mr. Molo to appear remotely by telephone.

Respectfully,

Eric L. Cramer

cc: All Counsel of Record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*