# EXHIBIT A

To:      Litigation Class Member Email Address
From:   Claims Administrator
Subject: Notice of Class Action – Litigation Class Certified in *Henry, et al. v. Brown University, et al.*

---

**Notice ID: <<Notice ID>>**

### Notice of Class Action
### Authorized by the U.S. District Court for the Northern District of Illinois

**If you were a student who received need-based financial aid that covered some but not all costs (tuition, fees, room & board) to attend Brown University, California Institute of Technology, University of Chicago, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Northwestern University, University of Notre Dame, University of Pennsylvania, Rice University, Vanderbilt University, or Yale University (the "Defendant Universities" or "Defendants"), a class action lawsuit could affect your rights.**

*A federal court directed this Notice. This is not a solicitation from a lawyer.*

This Notice is only a summary.
Please visit www.FinancialAidAntitrustSettlement.com for more information.

- The purpose of this notice is to alert you that on June 1, 2026, the Court determined that this antitrust lawsuit, called *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125, which is pending in the United States District Court for the Northern District of Illinois (the "Action"), can proceed as a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which rule governs class actions in federal courts. As part of its ruling certifying the Class, the Court appointed class representatives,[1] and ruled that the lawyers representing the Class are adequate Class Counsel.

- Your legal rights are affected whether you act or do not act, so please read this Notice carefully. This Notice explains the rights and options of members of the Litigation Class (defined below) in this class action lawsuit, including the important deadline to request exclusion from the Litigation Class.

- This Action was brought by certain students ("Plaintiffs") who attended certain of the Defendant Universities while receiving partial need-based financial aid. The Action alleges that the Defendant Universities conspired in violation of the federal antitrust laws regarding guidelines, principles, formulas, and methods for determining financial aid. The Action also

---

[1] The Class Representatives are: Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlender, Brandon Piyevsky, Brittany Tatiana Weaver, and Cameron Williams.

1

alleges that as a result, the Defendant Universities provided less financial aid to Class members than they would have provided otherwise. The Defendant Universities have asserted that Plaintiffs' claims are wrong; that they did not collude in violation of the antitrust laws; that the Defendant Universities' financial aid policies were legal and pro-competitive; that financial aid awards increased over time and were not artificially reduced by any alleged illegal collusion; that Plaintiffs and class members were not harmed by Defendant Universities' conduct; and that the Defendant Universities have valid defenses to Plaintiffs' allegations (including that they are not subject to suit under a federal law). Defendant Universities also argue that if the Plaintiffs recover money damages in this case, it would inhibit the ability of future generations of students to receive financial aid. Plaintiffs dispute Defendant Universities' defenses and assert that there is no reliable evidence demonstrating that a recovery for the class in this case would reduce financial aid going forward.

- The Court has not decided whether Plaintiffs' claims or Defendants' defenses are valid. Plaintiffs are seeking a jury trial to determine which side is correct on the facts; whether or not Defendants are liable for the alleged wrongdoing; and the amount of damages Defendants owe to the Class, if any.

**Why am I receiving this notice?**

The Court authorized this Notice because you are entitled to know about your rights if you are member of the Litigation Class. You are in the Litigation Class if you meet the following definition:

- All persons who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, and (c) whose tuition, fees, room, or board to attend one or more of Defendants' full-time undergraduate programs was not fully covered by the combination of any types of grant or merit aid in any undergraduate year.[2] The Class Period is defined as follows:

  o For Brown, Dartmouth, Emory—from Fall Term 2004 through June 30, 2023.

  o For Chicago—from Fall Term 2003 through June 30, 2014.

  o For Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, and Rice—from Fall Term 2003 through June 30, 2023.

  o For Penn—from Fall Term 2003 through June 30, 2019.

  o For Vanderbilt—from Fall Term 2003 through June 30, 2020.

---

[2] For avoidance of doubt, the Class does not include those for whom the total cost of attendance, including tuition, fees, room, and board for each undergraduate academic year, was covered by any form of financial aid or merit aid (not including loans) from one or more Defendants.

2

- o For Yale—from Fall Term 2003 through June 30, 2007, and from Fall Term 2018 through June 30, 2023.

- o For Caltech—from Fall Term 2020 through June 30, 2023.

- o For Johns Hopkins—from Fall Term 2022 through June 30, 2023.

- Excluded from the Litigation Class are:

- o Any Officers[3] and/or Trustees of Defendants, or any current or former employees holding any of the following positions: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants' in-house legal offices;

- o Any person who was not a U.S. citizen or permanent resident at the time such person attended a full-time undergraduate program and received at least some financial aid from one or more Defendants; and

- o The Judge presiding over this action, his or her law clerks, spouse, and any person within the third degree of relationship living in the Judge's household and the spouse of such a person.

## Who represents the Litigation Class?

The Court appointed the law firm MoloLamken LLP as Lead Class Counsel and it appointed the law firms Freedman Norman Friedland LLP and Berger Montague PC as additional Class Co-Counsel. Together, these firms are called Class Counsel. Other lawyers have also worked with Class Counsel to represent you in this case. If you stay in the Litigation Class, you do not need to hire your own lawyer to pursue the claims against the Litigating Defendants because Class Counsel has been appointed by the Court to act on behalf of the Litigation Class. However, if you want to be represented by your own lawyer, you may hire one at your own expense.

## What are the rights of Litigation Class members?

If you **Do Nothing**, you will remain in the Litigation Class. If you remain in the Litigation Class and Plaintiffs obtain money or other value against the Litigating Defendants from this Action—as a result of any ruling, trial, or any Court-approved settlement—you may receive a payment, if you are entitled to one. Keep in mind that if you do nothing now, regardless of whether Plaintiffs win or lose, you will be legally bound by all Court orders and judgments involving the Litigating Defendants made in this class action and you will not be able to bring a separate lawsuit against any of the Litigating Defendants for the same legal claims that are the subject of this Action.

---

[3] For the avoidance of doubt, the Columbia University "Officers" excluded from the Class are members of the Senior Administration of Columbia University, and do not include exempt employees of Columbia University who are referred to as officers.

3

You also have the **Right to Exclude** yourself from the Litigation Class for any reason. This is the only way you can preserve any right you have to be part of another potential lawsuit that you or others might bring in the future seeking money from the Litigating Defendants for claims arising out of the facts alleged in this Action. You may also request exclusion if you do not agree with the allegations in the lawsuit. If you timely request exclusion (also referred to as "opt out"), you will no longer be part of the Litigation Class, you will not be bound by any decision in this Action against the Litigating Defendants, and you will not be able to share in any recovery that may come from a trial or settlement with the Litigating Defendants.

To exclude yourself, you must send a written "Request for Exclusion" to the Claims Administrator. To be valid, your Request for Exclusion must be **received by the Claims Administrator no later than <DATE>.** For more information concerning the opt out process, please visit the case website (www.FinancialAidAntitrustSettlement.com) or contact the Claims Administrator using the options listed at the end of this notice.

### How do I get more information?

For more detailed information about the Action, please refer to the case website: www.FinancialAid AntitrustSettlement.com. You may also call the Claims Administrator toll-free at 1-833-585-3338, or you may write the Claims Administrator at Financial Aid Antitrust Settlements, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Additionally, you may call or write to Class Counsel as indicated on the website.

**This notice is only a summary.**

**For more information, visit www.FinancialAidAntitrustSettlement.com or call toll-free 1-833-585-3338**

*Unsubscribe*

4