**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.

                              Plaintiff,

v.                                                          Case No.: 1:22–cv–00125
                                                            Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court acknowledges defendants' filing regarding its Rule 23(f) petition and advises that it intends to rule on the pending motions under 28 USC 1292(b) within the next seven to ten days. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.