**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.

                  Plaintiff,

v.

Brown University, et al.

                  Defendant.

Case No.: 1:22–cv–00125
Honorable Matthew F. Kennelly

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has not received at its proposed order e–mail address (or at least cannot find there) a draft order on plaintiffs' motion to approve first distribution, as directed by the Court on 7/2/2026 (see dkt. 1288). The Court directs counsel to submit the draft order by no later than 2:00 PM on 7/15/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.