



**FILED** VJD
7/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Wendy Francois
25 NW 86 St, El Portal, FL 33150
Wendy.francois@gmail.com
786-255-8970


Hon. Matthew F. Kennelly
United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

July 20, 2026

Dear Judge Kennelly,

I am writing this letter because of my concern regarding the lack of responsiveness from the claims administrator for this case. I was notified in August 2025 that my claim in the Financial Aid Antitrust Settlement was rejected and I submitted an appeal in October 2025. With that appeal letter I affirmed that I attended Columbia from 2003-2007 as well as 2009-1012 and I submitted my transcript. The attached emails show that I contacted the Claims administrator (via info@financialaidantitrustsettlement.com) and Settlement Class Counsel via email repeatedly and never received responses to my questions regarding why my claim was rejected and whether the proof that I provided was sufficient.

I find this egregiously unfair and the lack of responses from the claims administrator and counsel to be unprofessional. This class action is supposed to right a wrong that was committed against me and my classmates, but I am feeling further aggrieved by how it is being handled by the Claims Administrator and Settlement Class Counsel.

May I please have an explanation regarding why my claim was rejected as referenced in Docket #1215 which said that the claims denial was upheld? Also, is there anything that I can do at this point to be eligible to receive the payment given that I am a rightful member of the class and I submitted a timely appeal?

Thanks,

Wendy Francois

Wendy François
25 NW 86 St
El Portal, FL 33150

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

August 27, 2025

Re: Appeal of Rejection of Claim #: CTBU5001331-REJ in *Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*

To Whom It May Concern:

I write this letter to disagree with the decision to reject my claim. I request a review by the Court. This letter serves as my appeal of the rejection.

As required, I'm including the following details:
 (1) the name of the case is *Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*.
 (2) My name is Wendy Francois. My address is 25 NW 86 St, El Portal, FL 33150, USA.
 (3) My Claim Number is: CLAIM # CTBU5001331-REJ.
 (4) I am appealing the rejection because I did not receive a Deficiency Notice. I am a member of the class, I submitted a timely registration on March 29, 2024, and (a) I was enrolled in Columbia's full-time undergraduate program, (b) received at least some need-based financial aid from Columbia, and (c) my tuition, fees, room, or board to attend Columbia's full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year. I attended Columbia's undergraduate program from August 2003 to May 2007.

Attached is a copy of my transcript reflecting my enrollment in Columbia's undergraduate program from August 2003 through May 2007.

Best,

Wendy François

 Gmail                                     Wendy François <wendy.francois@gmail.com>

---

# Notice of Rejected Claim in the Financial Aid Antitrust Settlement
9 messages

---

**Claims Administrator** <info@financialaidantitrustsettlement.com>          Wed, Aug 27, 2025 at 4:21 PM
Reply-To: Claims Administrator <info@financialaidantitrustsettlement.com>
To: wendy.francois@gmail.com

HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.

CLAIM REJECTION NOTICE

CLAIM #: CTBU5001331-REJ

Wendy FranÃ§ois

We have received and reviewed your Claim Form submitted in connection with the *Henry, et al. v. Brown University et al.* Settlement. After review, your claim has been **rejected** for one or more reasons marked with an "X" below:

__X__ You did not respond to the Deficiency Notice sent to you in May 2025 requesting additional information and/or documentation to validate your claim. **Because no response was received, your claim has been rejected**.

____ The documentation or information you submitted in response to the Deficiency Notice sent to you in May 2025 was **insufficient to resolve the deficiencies in your claim**.

____ You only claimed terms that occurred **before the Settlement Class Period** (for example, Spring 2003). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

____ You only claimed terms that occurred **after the Settlement Class Period** (for example, Summer 2024, Fall 2024, and/or Winter 2024). The Settlement Class Period is defined as follows:

- Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale — from Fall Term 2003 through February 28, 2024.
- Brown, Dartmouth, Emory — from Fall Term 2004 through February 28, 2024.
- Caltech — Fall Term 2019 through February 28, 2024.
- Johns Hopkins — Fall Term 2021 through February 28, 2024.

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 18, 2025.** Your letter must include: (1) the name of the case (*Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125*); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

**Court**

United States District Court for the Northern District of Illinois
Clerk of Court

219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Settlement Class Counsel at the following addresses:

### Claims Administrator

Financial Aid Antitrust Settlements
Attn: Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

### Settlement Class Counsel

Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

*and*
### Settlement Class Counsel

Gilbert Litigators & Counselors, P.C.
11 Broadway, Suite 615
New York, NY 10004

*and*
### Settlement Class Counsel

Berger-Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com

Unsubscribe

---

**Wendy François** <wendy.francois@gmail.com>                    Wed, Aug 27, 2025 at 5:34 PM
To: Claims Administrator <info@financialaidantitrustsettlement.com>

Hello,

I did not receive a Deficiency Notice. May I have a copy of it please? What information do you need me to provide?

Best,

Wendy
[Quoted text hidden]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com>                    Wed, Aug 27, 2025 at 5:35 PM

Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Wendy François <wendy.francois@gmail.com>

Your email (1775020) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[N1P5V4-NNLD^]

---

**Wendy François** <wendy.francois@gmail.com>                    Tue, Sep 9, 2025 at 9:38 PM
To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>

Hello,

It's been more than 5 business days and I haven't received a response.

Best,

Wendy

Sent from Gmail Mobile
[Quoted text hidden]

---

**Wendy François** <wendy.francois@gmail.com>                    Mon, Oct 6, 2025 at 10:01 AM
To: Claims Administrator <info@financialaidantitrustsettlement.com>, ingo@fnf.law, jdelich@fnf.law, vel@fnf.law, rcipolla@fnf.law, tnormand@fnf.law

Hello,

Please note that the Freedman address noted below is incorrect, thus my appeal which was sent via FedEx and timely postmarked, was returned to me. I am resending it to your correct address which appears to be
155 E 44th St Suite 915, New York, NY 10017.

Thanks,

Wendy

Sent from Gmail Mobile

On Wed, Aug 27, 2025 at 4:21 PM Claims Administrator <info@financialaidantitrustsettlement.com> wrote:
[Quoted text hidden]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com>                    Mon, Oct 6, 2025 at 10:01 AM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Wendy François <wendy.francois@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, Ingo <ingo@fnf.law>, Jdelich <jdelich@fnf.law>, Vel <vel@fnf.law>, Rcipolla <rcipolla@fnf.law>

Your email (2009931) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[1RPRLN-LK2NE]

---

**Wendy François** <wendy.francois@gmail.com>                                 Mon, Jul 20, 2026 at 2:03 PM
To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
Cc: Tnormand <tnormand@fnf.law>, Ingo <ingo@fnf.law>, Jdelich <jdelich@fnf.law>, Vel <vel@fnf.law>, Rcipolla <rcipolla@fnf.law>

Hello,

I never received communication regarding my appeal. Was it approved?

Best,

Wendy

Sent from Gmail Mobile
[Quoted text hidden]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com>          Mon, Jul 20, 2026 at 2:04 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Wendy François <wendy.francois@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, Ingo <ingo@fnf.law>, Jdelich <jdelich@fnf.law>, Vel <vel@fnf.law>, Rcipolla <rcipolla@fnf.law>

Your email (2965782) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[YJ23X7-Z0DEK]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com>          Mon, Jul 20, 2026 at 2:04 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Wendy François <wendy.francois@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, Ingo <ingo@fnf.law>, Jdelich <jdelich@fnf.law>, Vel <vel@fnf.law>, Rcipolla <rcipolla@fnf.law>

Your email (2965782) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

CASE: 1:22-cv-00123 Document #: 1298 Filed: 07/24/26 Page 7 of 9 PageID #:60145

## Student Services Online

# Grades and Registration Status

**Attention Students:**

Columbia University's Student Financial Services (SFS) uses an online E-Billing system to distribute the Student Account Statement. The E-Billing system is easy to use, secure and convenient, and provides the option of making online payments. When your E-Bill is ready to be viewed online, you will receive a "bill-ready" email from SFS sent to your Columbia email account. You can then securely access your bill via SSOL.

For more information about E-Billing please visit Ask Us - the Student Services online Q&A tool at http://askus.columbia.edu.

Reminder: Students should regularly check their official Columbia email account for E-Billing information!

**Viewing Options**

**Hide my name and personal data**     | Change...                 | Update View

This document does not constitute an official transcript
Data last updated 02:26 a.m. 06/23/2008

**ACADEMIC SUMMARY**

### COLUMBIA COLLEGE

| | |
|---|---|
| Completed Columbia Points | 130.00 |
| Transfer Points | 0.00 |
| Cumulative GPA | 3.3818 |

### COLUMBIA COURSES AND GRADES

### Spring 2007 - COLUMBIA COLLEGE

| Call# | Dept | Number | Section | Points | Title | Grade |
|---|---|---|---|---|---|---|
| 73749 | POLS | W3962 | 001 | 4.00 | HUMAN RIGHTS IN WORLD POL | B+ |
| 77547 | HUMA | W1123 | 015 | 3.00 | MASTERPIECES OF WESTERN M | A- |
| 02154 | DNCE | X2252 | 002 | 1.00 | AFRICAN DANCE I | P |
| 60831 | AFAS | G4080 | 004 | 4.00 | TPCS BLK EXP: JAZZ DEMO H | A |
| Completed Columbia Points | | | | 12.000 | | |

Case: 1:22-cv-00125 Document #: 1298 Filed: 07/24/26 Page 8 of 9 PageID #:60146

| | | | | | | |
|---|---|---|---|---|---|---|
| Term GPA | | | | | 3.6663 | |
| Enrollment Status | | | | | Full-Time | |

## Fall 2006 - COLUMBIA COLLEGE

| Call# | Dept | Number | Section | Points | Title | Grade |
|---|---|---|---|---|---|---|
| 15855 | POLS | W3921 | 005 | 4.00 | FIRST AMENDMENT | A- |
| 87752 | POLS | W3921 | 003 | 4.00 | ISSUES THAT DIVIDE AMERIC | A- |
| 46103 | HRTS | W3996 | 001 | 3.00 | HUMAN RIGHTS SENIOR THESI | B+ |
| 13747 | CLEN | W4550 | 001 | 3.00 | NARRATIVE & HUMAN RIGHTS | B- |
| Completed Columbia Points | | | | | 14.000 | |
| Term GPA | | | | | 3.3828 | |
| Enrollment Status | | | | | Full-Time | |

## Spring 2006 - COLUMBIA COLLEGE

| Call# | Dept | Number | Section | Points | Title | Grade |
|---|---|---|---|---|---|---|
| 62096 | SPAN | C1202 | 009 | 3.00 | INTERMEDIATE SPANISH II | B- |
| 85532 | SOCI | W3221 | 001 | 3.00 | DISORGNZTN-DEVNCE-SOCL CO | A- |
| 83748 | POLS | W4476 | 001 | 3.00 | KOREAN POLITICS | B |
| 97247 | MDES | W4251 | 001 | 3.00 | INTRO-POL THOUGHT-MOD MID | B+ |
| 28779 | CLEN | W3930 | 001 | 4.00 | CARIBBEAN DIASPORA LIT | A- |
| 12537 | AFAS | C3300 | 001 | 3.00 | AFRICAN CIV IN THE AMER | A |
| Completed Columbia Points | | | | | 19.000 | |
| Term GPA | | | | | 3.4047 | |
| Enrollment Status | | | | | Full-Time | |

## Fall 2005 - COLUMBIA COLLEGE

| Call# | Dept | Number | Section | Points | Title | Grade |
|---|---|---|---|---|---|---|
| 69254 | SPAN | F1201 | 003 | 4.00 | INTERMEDIATE SPANISH I | B |
| 18656 | POLS | W3245 | 001 | 3.00 | RACE-ETHNICITY IN AMERCN | A |
| 66097 | HUMA | W1121 | 022 | 3.00 | MASTERPIECES OF WESTERN A | B+ |
| 42101 | AFAS | C3936 | 001 | 4.00 | SEMINAR: BLACK INTELLECT | A |
| 76253 | AFAS | C1001 | 001 | 3.00 | INTRO TO AFRICAN-AMER STU | A |
| Completed Columbia Points | | | | | 17.000 | |
| Term GPA | | | | | 3.6464 | |
| Enrollment Status | | | | | Full-Time | |
| Term Honors | | | | | Dean's List | |



RECEIVED

JUL 24 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**The UPS Store Smart Label**

Tracking #

1Z0H944A031684 3812

WENDY FRANCOIS
(786) 255-8970
THE UPS STORE #8200
9416 NE 2ND AVE
MIAMI SHORES  FL 33138-2703

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 20 JUL 2026

SHIP TO:
  CLERK OF COURT
  UNITED STATES DISTRICT COURT
  219 S DEARBORN ST

CHICAGO   IL 60604-1702



IL 606 9-02

UPS GROUND

TRACKING #:  1Z 0H9 44A 03 1684 3812



BILLING: P/P

MMH4JA3KD75MQ ISH 13.00C ZZD230 EP 20.5V 05/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

1Z0H944A031684 3812
SAT08485 XLE HD01-1  Jul 24 04:30:33 2026
US 6161 UDC 25.9 SATOLR