**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–00125
                                                      Honorable Matthew F. Kennelly

Brown University, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

     MINUTE entry before the Honorable Matthew F. Kennelly: The Court has received a letter from an alleged class member, Wendy Francois, questioning or challenging the overruling of her appeal from the claims administrator's denial of her claim. The Court's order of 1/26/2026 (dkt. 1215) upheld the following argument by counsel for the plaintiff class regarding the denial of Ms. Francois's claim, contained in class counsel's motion to uphold this and other denials (dkt. 1191): "Wendy Francois (ECF No. 1087) submitted a duplicate appeal. Her prior appeal had already been recommended for denial in Settlement Class Counsel's Motion to Uphold Certain Claim Denials. See ECF No. 1032 at 7. Settlement Class Counsel maintain that Ms. Francois's appeal should be denied because she attached a transcript that did not show her name (or any student name) to her claim form and failed to respond to the deficiency letter successfully delivered on May 27, 2025 to the email address listed on her claim form." A similar argument by class counsel regarding Ms. Francois's claim is found in an earlier filing (dkt. 1032). These are the arguments that the Court upheld in affirming the denial of Ms. Francois&#0;39;s claim. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.