# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>        Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT

Pursuant to this Court's Order, Dkt. 1297, the Parties submit this joint status report regarding certain trial logistics, including (1) the length of the trial and (2) the jury questionnaire.

## I.      Length of Trial

The parties anticipate the trial lasting approximately 20 trial days, from November 2 through December 3, 2026, with no trial on November 11 (Veterans Day), November 26 (Thanksgiving), and November 27 (day-after Thanksgiving).

Defendants note that, consistent with their recently filed Motion for Clarification, they believe that if the jury is not being asked to decide any factual questions related to the Section 568 Exemption, the trial could be shorter than the 20 trial days otherwise anticipated.  Plaintiffs disagree that the outcome of Defendants' Motion for Clarification or Bifurcation will materially alter the trial length, as they will explain in their forthcoming opposition brief.

## II.     Jury Questionnaire

The parties jointly request that a questionnaire be sent to prospective jurors. The parties ask that they be given additional time to exchange proposed questions and submit a joint proposal, and any disputed proposed questions, to the Court.  The parties request that they be given until August 21, 2026 to submit their proposed Jury Questionnaire to the Court.

## III.    Location of Trial

The parties jointly request that the trial be held in Your Honor's normal courtroom, rather than the ceremonial courtroom.

## IV.     Motions in Limine

The parties anticipate that the motions in limine in this case will be sufficiently complex as to warrant additional pages for briefing, although they disagree about how many additional pages are necessary.  Plaintiffs believe that no more than 25 pages are needed for both opening and opposition briefs.  Defendants believe that permitting motions in limine and oppositions up to 35 pages will increase efficiency at trial and is appropriate, given the anticipated length and complexity of the trial and the number of defendants.

Should the Court prefer a motion formally requesting that deviation from the typical practice, the parties will file such motion within the next week.

Dated:  July 30, 2026

By: /s/ Steven F. Molo
Steven F. Molo
Eugene Sokoloff
Lauren Dayton
Matthew E. Gold
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6707
smolo@mololamken.com
esokoloff@mololamken.com
ldayton@mololamken.com
mgold@mololamken.com

*Lead Class Counsel*

By: /s/ Eric Cramer
Eric L. Cramer
David A. Langer
Jeremy Gradwohl
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
BERGER MONTAGUE PC
110 N. Wacker Drive
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

Robert E. Litan
BERGER MONTAGUE PC

Respectfully submitted,

By: */s/ David Gringer*
David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street New York, NY
   10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth Waxman
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

Edward W. Feldman
Daniel Martin Feeney
MILLER SHAKMAN LEVINE & FELDMAN
   LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.comt

*Counsel for The Trustees of the
University of Pennsylvania*

3

1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com

*Class Counsel*


By: /s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
FREEDMAN NORMAND FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law

Ivy Ngo
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

*Class Counsel*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Andrew Henderson
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
andrew.henderson@freshfields.com

Rami Fakhouri
Jennifer L. Greenblatt
GOLDMAN ISMAIL TOMASELLI
    BRENNAN & BAUM LLP
200 South Wacker Drive, Floor 22
Chicago, IL 60604 Tel: (312) 681-
    6000
rfakhouri@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Massachusetts Institute of Technology*


By: */s/ Norman Armstrong*
Norman Armstrong
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
Tel.: 202-389-5000
norman.armstrong@cooley.com

*Counsel for Cornell University*

4

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Georgetown University*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Sarah F. Kirkpatrick
Matthew D. Heins
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
mheins@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for University of Notre Dame*