# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## ORDER

August 24, 2026

| | |
|---|---|
| No. 26-8014 | IN RE:<br>CORNELL UNIVERSITY, et al.,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00125<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER FED. R. CIV. P. 23(f)**, filed on June 15, 2026, by counsel for the petitioners.

2. **RESPONSE IN OPPOSITION TO DEFENDANTS' PETITION FOR PERMISSION TO APPEAL UNDER FED. R. CIV. P. 23(f)**, filed on June 26, 2026, by counsel for the respondents.

3. **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL**, filed on July 2, 2026, by counsel for the petitioners.

**IT IS ORDERED** that the motion to file a reply in support of the petition is **GRANTED** to the extent that the panel considered the reply.

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **GRANTED** but limited to the sole issue of whether the district court adequately analyzed expert testimony related to the question of common proof of antitrust impact. *See Arandell Corporation v. Xcel Energy Inc.*, 149 F.4th 883 (7th Cir. 2025). The scope of this court's review may include the merits of the district court's analysis under Federal Rule of Evidence 702.

The petitioners shall pay the required docket fees to the clerk of the district court. Fed. R. App. P. 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.