**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No.: 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO SUSPEND PRETRIAL DEADLINES**
**AND REQUEST FOR A STATUS CONFERENCE**

Pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move to suspend all pretrial deadlines, Dkt. 1297, in light of the Seventh Circuit's grant of Defendants' petition to appeal this Court's class-certification order, *see In re Cornell University*, No. 26-8014, Dkt. 26 (7th Cir. Aug. 24, 2026) (partially granting Defendants' petition for permission to appeal). Defendants filed their Rule 23(f) petition on June 15, 2026. *See* Dkt. 1283 (notice of filing of petition). Today, the Seventh Circuit granted the petition on the issue of "whether the district court adequately analyzed expert testimony related to the question of common proof of antitrust impact."

*Cornell University*, No. 26-8014, Dkt. 26 (Dkt. 1314 in this case). The Seventh Circuit further ordered that "the appeal will be entered on th[e] court's general docket." *Id.* Plaintiffs respectfully submit that, in the interest of efficiency and judicial economy, all pretrial deadlines should be suspended, including today's deadline for Plaintiffs to serve Defendants with their portion of the joint pretrial order, *see* Dkt. 1297, and today's deadline for the joint status report on pretrial sealing, Dkt. 1311.

Plaintiffs also respectfully request a conference with the Court to discuss the implications of the Seventh Circuit's order. Plaintiffs are aware that there is a telephone conference scheduled for September 4. Dkt. 1311. Plaintiffs are also available sooner should the Court prefer, including next Monday, August 31, at any time, or next Tuesday, September 1, between 1:00 and 6:00 p.m. Lead counsel for Plaintiffs is currently traveling in Asia, but can also be available for a conference this Wednesday, August 26, between 8:00 and 10:00 a.m., if that would be more convenient for the Court.

Dated: August 24, 2026

Respectfully submitted,

By: /s/ Edward J. Normand
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
FREEDMAN NORMAND FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law

Ivy Ngo
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

*Class Counsel*

By: /s/ Steven F. Molo
Steven F. Molo
Eugene A. Sokoloff
Lauren Dayton
Matthew E. Gold
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6707
smolo@mololamken.com
esokoloff@mololamken.com
ldayton@mololamken.com
mgold@mololamken.com

*Lead Class Counsel*

By: /s/ Eric L. Cramer
Eric L. Cramer
David A. Langer
Jeremy Gradwohl
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
BERGER MONTAGUE PC
110 N. Wacker Drive
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

Robert E. Litan
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com

*Class Counsel*