**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**<u>MOTION TO SUSPEND PRETRIAL DEADLINES</u>**

Defendants write to provide their position on plaintiffs' Motion to Suspend Pretrial Deadlines and Request for a Status Conference, Dkt. 1315. Mere hours before the deadline to submit their exhibit list, plaintiffs propose to "suspend" pretrial deadlines but leave the trial date in place. *See id.* Defendants respectfully disagree with that limited proposal. Plaintiffs acknowledge that the Seventh Circuit has advised that it will consider "whether the district court

adequately analyzed expert testimony related to the question of common proof of antitrust impact." *See In re Cornell Univ.*, No. 26-8014, Dkt. 26 (7th Cir. Aug. 24, 2026). But the Seventh Circuit has also stated that its "review may include the merits of the district court's analysis under Federal Rule of Evidence 702." Dkt. 1314. That is highly consequential. Plaintiffs' bid for class certification depends entirely on Dr. Singer's opinions. Defendants argued that Dr. Singer's testimony was inadmissible under Rule 702 and, in any event, insufficient to establish common antitrust injury. Without Dr. Singer's testimony, plaintiffs cannot certify a class and almost certainly cannot prevail on their individual claims either.

Given the centrality of Dr. Singer's opinions to plaintiffs' case, and the concomitant uncertainty, proceeding with a November 4 trial in parallel with appellate review would flout judicial economy and waste the parties' resources. It also does not make sense for a trial date 72 days from today to remain in place if the various pretrial exchanges to which the parties agreed—and which are necessary for the trial to occur in the first place—are not going to continue apace in the interim. The most appropriate course of action therefore is to ***vacate*** pretrial deadlines and the trial date, not merely to "suspend" pretrial deadlines while leaving the trial date in place. *See, e.g.*, *Sherman v. Trinity Teen Sols., Inc.*, 2022 WL 19039113, at *3 (D. Wyo. Dec. 6, 2022) (noting that the "Tenth Circuit's permissive appeal informs this Court that the possibility of error in the class certification decision is high enough that the costs of pressing ahead toward dispositive motions and trial exceed the costs and burdens of waiting" and ordering "trial setting and all pretrial deadlines … hereby **VACATED**").

Should the Court wish to further discuss the effect of the Seventh Circuit's decision on the pretrial and trial schedule, defendants are available to do so at the Court's convenience.

Dated: August 24, 2026

Respectfully submitted,

By: /s/ David Gringer
David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com

Edward W. Feldman
Daniel Martin Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Tel.: 312-263-3700
dfeeney@millershakman.com
efeldman@millershakman.com

*Counsel for The Trustees of the University of Pennsylvania*

By: /s/ Norman Armstrong
Norman Armstrong
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
Tel.: 202-389-5000
norman.armstrong@cooley.com

*Counsel for Cornell University*

By: /s/ Britt M. Miller
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Georgetown University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Andrew Henderson
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
andrew.henderson@freshfields.com

Rami Fakhouri
Jennifer L. Greenblatt
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive, Floor 22
Chicago, IL 60604
Tel: (312) 681-6000
rfakhouri@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Massachusetts Institute of Technology*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Jonathan Pitt
Sarah F. Kirkpatrick
Matthew D. Heins
Feyilana Lawoyin
Cole T. Wintheiser
William J. Donnelly
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel: 202-434-5000
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com
flawoyin@wc.com
cwintheiser@wc.com
wdonnelly@wc.com

James Peter Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street
Suite 3200
Chicago, IL 60606
Tel.: 312-222-0800
jpfieweger@michaelbest.com

*Counsel for University of Notre Dame*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I caused a true and correct copy of the foregoing document to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Matthew D. Heins*
Matthew D. Heins

*Counsel for University of Notre Dame*