**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.
Plaintiff,
v.
Brown University, et al.
Defendant.

Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the motion to continue [1315] and the response [1318] and sets the motion for a video hearing on 8/26/2026 at 9:00 AM Central Time consistent with plaintiff's lead counsel's representation that he is available at that date and time. The courtroom deputy clerk will send out video invitations in advance of the hearing. The Court does not expect the hearing to take more than 15 to 20 minutes. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.