**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.
Plaintiff,
v.
Brown University, et al.
Defendant.

Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: This minute entry concerns several matters. (1) In light of the interlocutory appeal, the briefing schedule regarding defendants' "conditional consent to entry of judgment on affirmative defense (etc.)" is vacated, as is the telephonic hearing set for 9/4/2026. (2) The Court has partially ruled on defendants' motion for clarification or bifurcation (see dkt. 1311). The remainder of that motion (see dkt. 1295) is terminated without prejudice to reinstatement or refiling as a motion in limine following the proceedings on appeal. (3) Plaintiffs and any other interested party are given until 9/4/2026 to file a response to the motion by Kristina Stallings to submit a late claim (see dkt. 1317). Ms. Stallings is given until 9/11/2026 to file a reply to the response. A telephonic hearing is set for 9/18/2026 at 9:15 AM, using call−in number 650−479−3207, access code 2305−915−8729. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.