# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

August 25, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2759

Caption:
ANDREW CORZO, et al.,
Plaintiffs - Appellees

v.

CORNELL UNIVERSITY, et al.,
Defendants - Appellants

District Court No: 1:22-cv-00125
District Judge Matthew F. Kennelly
Clerk/Agency Rep Thomas G. Bruton

Date NOA filed in District Court: 08/24/2026

If you have any questions regarding this appeal, please call this office.