**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

Defendants.

Case No. 1:22-cv-00125

Hon. Matthew F. Kennelly

**DECLARATION OF LAUREN F. DAYTON IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION OF KRISTINA STALLINGS, SETTLEMENT CLASS MEMBER, FOR LEAVE TO SUBMIT A LATE CLAIM**

Lauren F. Dayton declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of the State of Illinois. I am a partner of MoloLamken LLP and counsel for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Response to Motion of Kristina Stallings, Settlement Class Member, for Leave to Submit a Late Claim (the "Response"). I have knowledge of the facts below based on my review of the Claims Administrator's records.

2. Attached as Exhibit A is a true and correct copy of the Claims Administrator's template, dated March 27, 2024, of the Court-approved Notice of Class Action Settlement for the First Ten Settlements (as that term is used in the Response) that was sent by the Claims Administrator to class members, including Ms. Stallings, via email.

3. Attached as Exhibit B is a true and correct copy of the Claims Administrator's template, dated September 23, 2025, of the Court-approved Notice of Approved Class Action Settlements for the California Institute of Technology and the Johns Hopkins University settlements that was sent by the Claims Administrator to class members, including Ms. Stallings, via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
September 4, 2026
Chicago, Illinois

/s/ Lauren F. Dayton
Lauren F. Dayton