BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
9/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN HENRY, et al. | ) | |
| | ) | **Case Number**: Case No. 1:22-cv-00125 |
| Plaintiff | ) | |
| | ) | **Judge:** Hon. Matthew F. Kennelly |
| v. | ) | |
| BROWN UNIVERSITY, et al. | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

MOTION OF SETTLEMENT CLASS MEMBER JENNA PICKERING TO DEEM LATE-FILED CLAIM TIMELY

Settlement Class Member Jenna Pickering, proceeding pro se, respectfully moves this Court for an order deeming her previously submitted Claim Form timely and directing the Settlement Administrator to review and process the claim on its merits. In the alternative, Ms. Pickering respectfully requests that the Court direct Class Counsel and/or the Settlement Administrator to provide information concerning the notice sent to her and respond to this Motion. In support of this Motion, Ms. Pickering states as follows:

I. BACKGROUND

1. Ms. Pickering attended Vanderbilt University as a full-time undergraduate from approximately August 2012 through May 2015.

2. During her enrollment, Ms. Pickering received need-based financial aid. Based upon the Settlement Class definition, Ms. Pickering believes that she is a member of the Settlement Class associated with the Vanderbilt University settlement.

3. Ms. Pickering did not request exclusion from the Settlement Class.

4. Ms. Pickering did not, to her knowledge, receive direct notice of the settlement, a Claim Form, or notice informing her that she was required to submit a Claim Form by a particular deadline in order to receive a settlement distribution.

5. Ms. Pickering first became aware of the settlement and the claims process in approximately July 20, 2026.

6. Upon learning of the settlement, Ms. Pickering promptly contacted the Settlement Administrator and attempted to participate in the settlement.

7. Ms. Pickering completed and submitted a Claim Form to the Settlement Administrator on or about July 31, 2026. A copy of the Claim Form and/or evidence of its submission is attached as Exhibit A.

8. The Settlement Administrator has declined to process the claim on the ground that the claims

| **Your claim must be submitted online or postmarked by: DECEMBER 17, 2024** | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |
|---|---|---|

**If you are a member of the Settlement Class, you must submit a valid and timely claim to get money from the Settlement Fund. This is the only way to get money from the Settlements.**

**SUBMISSION DEADLINE:**

**ONLINE OR POSTMARKED BY DECEMBER 17, 2024**

## PROOF OF CLAIM

On July 20, 2024, the Court in this case granted final approval of settlements between Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlender, Brandon Piyevsky, Benjamin Shumate, Brittany Tatiana Weaver, and Cameron Williams ("Plaintiffs") and the Settlement Class (defined below), on the one hand, and Defendants Brown University ("Brown"), University of Chicago ("Chicago"), The Trustees of Columbia University in the City of New York ("Columbia"), Trustees of Dartmouth College ("Dartmouth"), Duke University ("Duke"), Emory University ("Emory"), Northwestern University ("Northwestern"), William Marsh Rice University ("Rice"), Vanderbilt University ("Vanderbilt"), and Yale University ("Yale") (together "Settling Defendants"), on the other. The settlement agreements are referred to herein as the "Settlements." The Settlements are on behalf of a class of certain current and former students at seventeen universities ("Defendants" or "Defendant Universities"). The seventeen Defendants are the Settling Defendants plus the following schools: California Institute of Technology ("Caltech"), Cornell University ("Cornell"), Georgetown University ("Georgetown"), the Johns Hopkins University ("Johns Hopkins"), Massachusetts Institute of Technology ("MIT"), University of Notre Dame du Lac ("Notre Dame"), and the Trustees of the University of Pennsylvania ("Penn").

**The Settlement Class is defined as:**

a. All U.S. citizens or permanent residents who have during the Class Period (a) enrolled in one or more of Defendants' full-time undergraduate programs, (b) received at least some need-based financial aid from one or more Defendants, ***and*** (c) whose tuition, fees, room, or board to attend one or more Defendants' full-time undergraduate programs was not fully covered by the combination of any types of financial aid or merit aid (not including loans) in any undergraduate year.[1] The Class Period is defined as follows:

- i. For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from Fall Term 2003 through February 28, 2024.
- ii. For Brown, Dartmouth, Emory—from Fall Term 2004 through February 28, 2024.
- iii. For CalTech—from Fall Term 2019 through February 28, 2024.
- iv. For Johns Hopkins—from Fall Term 2021 through February 28, 2024.

b. **Excluded from the Class are:**

- i. Any Officers[2] and/or Trustees of Defendants, or any current or former employees holding any of the following positions: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants' in-house legal offices; and
- ii. the Judge presiding over this action, his or her law clerks, spouse, and any person within the third

[1] For the avoidance of doubt, the Class does not include those for whom the total cost of attendance, including tuition, fees, room, and board for each undergraduate academic year, was covered by any form of financial aid or merit aid (not including loans) from one or more Defendants.

[2] For the avoidance of doubt, the Columbia University "Officers" excluded from the Class are members of the Senior Administration of Columbia University, and do not include exempt employees of Columbia University who are referred to as officers.

| | | |
|---|---|---|
| **Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 17, 2024** | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |

degree of relationship living in the Judge's household and the spouse of such a person.

Plaintiffs allege an antitrust conspiracy involving all seventeen Defendants. Defendants deny the allegations and assert multiple defenses. The Court has not decided who is correct. Plaintiffs have resolved their claims with the Settling Defendants for aggregate cash payments totaling $284,000,000.00 (the "Settlement Fund"), and certain other relief. The case continues against the non-settling Defendants. The Court appointed Angeion Group, LLC ("Angeion") as the Claims Administrator. If Angeion was provided your contact information from one or more of the Defendant(s), Angeion would have previously emailed or mailed a notice to you indicating how you could access the long-form notice of the Settlements ("Settlement Notice"). The Settlement Notice is available at www.FinancialAidAntitrustSettlement.com (the "Settlement Website"). The Settlement Notice summarizes both the litigation and the terms of the Settlements. The purpose of this Proof of Claim or "Claim Form" is to ensure that members of the Settlement Class can participate in the distribution of the $284 million Settlement Fund, less attorneys' fees, expenses, administration costs, service awards approved by the Court, and any taxes owed ("Net Settlement Fund").

The Claims Administrator, Angeion, in conjunction with Plaintiffs' economic expert retained to assist with the allocation process, EconOne, will determine the payment amount for each Settlement Class member who submits a Claim Form ("Claimant"). Each Claimant's pro rata share of the Net Settlement Fund will be computed based on the formula set forth in the Revised Plan of Allocation (posted on the Important Documents page of the Settlement Website), and the process will be consistent with the Allocation Plan Process (posted on the Important Documents page of the Settlement Website). In short, each Claimant's share will be determined based on (1) the average "Net Price"—the price of tuition, fees, room, and board minus all need-based and other forms of aid (excluding loans)—charged by the Defendant University (or Defendant Universities) the Claimant attended in each of the years (or fractions of years) the Claimant attended during the Class Period; (2) the number of years (or fractions thereof) the Claimant attended a Defendant University (or Universities) during the Class Period; and (3) the total number of Claimants who submit timely and valid Claim Forms.

**Each Claimant must provide proof that he or she is a member of the Settlement Class in order to receive a payment from the Net Settlement Fund.**

## <u>PART 1: CLAIMANT IDENTIFICATION</u>

| | |
|---|---|
| **Notice ID # (If you received the Settlement Notice via mail or email, please enter your Notice ID. If you did not receive a Notice, leave blank):** | |
| **First Name:** | Jenna |
| **Last Name:** | Pickering |
| **Street 1:** | 2201 Bristol Dr. #1 |

| Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 17, 2024 | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |
|---|---|---|

| | |
|---|---|
| **Street 2:** | |
| **City:** | Austin |
| **State:** | Texas |
| **Zip Code:** | 78723 |
| **Country:** | USA |
| **Phone Number:** | 205-907-6233 |
| **Email Address:** | pickjenna@gmail.com |
| **Confirm Email Address:** | pickjenna@gmail.com |

☐ **<u>Check this box if you had a different First Name or Last Name while attending a Defendant University</u>.**

Previous First Name: ___________________________________________

Previous Last Name: ____________________________________________

**PART 2: SETTLEMENT CLASS MEMBERSHIP**

2A: Check which Defendant University or Universities you attended at any point during the Class Period for that Defendant or those Defendants. For reference, the Class Period for each Defendant University is defined below (check all that apply):

i. For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from Fall Term 2003 through February 28, 2024.
ii. For Brown, Dartmouth, Emory—from Fall Term 2004 through February 28, 2024.
iii. For CalTech—from Fall Term 2019 through February 28, 2024.
iv. For Johns Hopkins—from Fall Term 2021 through February 28, 2024.

☐ Brown University
☐ California Institute of Technology
☐ University of Chicago
☐ Columbia University
☐ Cornell University
☐ Dartmouth College
☐ Duke University
☐ Emory University
☐ Georgetown University
☐ Johns Hopkins University
☐ Massachusetts Institute of Technology
☐ Northwestern University
☐ University of Notre Dame
☐ University of Pennsylvania
☐ Rice University
☑ Vanderbilt University
☐ Yale University

| Your claim must be submitted online or **postmarked by**: DECEMBER 17, 2024 | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |
|---|---|---|

2B: For any point during the Class Period, did you receive need-based grants or scholarships from any of the Defendant University(ies) you attended?

- ☑ Yes
- ○ No
- ○ Other (explain)

2C: When you received need-based grants or scholarships from a Defendant University or Universities, were all of your costs for tuition, fees, room, and board covered by grants and/or scholarships?

- ○ Yes, for all of the terms I attended the Defendant University(ies)
- ○ Yes, for some (but not all) of the terms I attended Defendant University(ies)
- ☑ No
- ○ Other (explain)

2D: For all of the terms in which you attended a Defendant University, received need-based grants or scholarships, and your grants and/or scholarships did not cover the total cost of tuition, fees, room, and board, were you a U.S. citizen or permanent resident?

- ☑ Yes, for all of the terms I attended the Defendant University(ies)
- ○ Yes, for some (but not all) of the terms I attended Defendant University(ies)
- ○ No
- ○ Other (explain)

2E: If you were a U.S. citizen or permanent resident for all or some of the terms in which you received need-based grants and/or scholarships, and your grants and/or scholarships did not cover the total cost of tuition, fees, room, and board, please state which term(s) in which **all of the following** apply: (1) you were a U.S. citizen or permanent resident, (2) you were receiving need-based financial aid, ***and*** (3) where your scholarships and grants did not cover the total cost of tuition, fees, room, and board. For example, Cornell – Fall Semester 2020, Spring Semester, 2021; Dartmouth – Fall Quarter 2021, Spring Quarter 2022.

| Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 17, 2024 | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |
|---|---|---|

**(Please include all years and terms in which *all of the above* apply.) You may attach additional pages to your Claim Form if you require additional space.**

| University | Year | Academic Term |
|---|---|---|
| Vanderbilt University | 2012 | Fall |
| Vanderbilt University | 2013 | Spring |
| Vanderbilt University | 2013 | Fall |
| Vanderbilt University | 2014 | Spring |
| Vanderbilt University | 2014 | Fall |
| Vanderbilt University | 2015 | Spring |
| | | |
| | | |
| | | |
| | | |
| | | |

| Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 17, 2024 | **FINANCIAL AID ANTITRUST SETTLEMENT**<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | **568** |
|---|---|---|

2F: Are you an officer or trustee at a Defendant University? For the avoidance of doubt, the Columbia University "Officers" excluded from the Class are members of the Senior Administration of Columbia University, and do not include exempt employees of Columbia University who are referred to as officers.

- ○ Yes
- ✓ No

2G: Are you, or were you ever, an employee holding any of the following titles at a Defendant University: Assistant or Associate Vice Presidents or Vice Provosts, Executive Directors, or Directors of Defendants' Financial Aid and Admissions offices, or any Deans or Vice Deans, or any employees in Defendants' in-house legal offices?

- ○ Yes
- ✓ No

2H: Are you a law clerk or the spouse of a law clerk to the Judge presiding over this lawsuit, Judge Matthew F. Kennelly?

- ○ Yes
- ✓ No

2I: Are you a relative or spouse of a relative of Judge Matthew F. Kennelly within the third degree of relationship and residing in the same household of the Judge?

- ○ Yes
- ✓ No

## <u>PART 3: VERIFICATION</u>

You must include **one or more** forms of proof of Settlement Class Membership supporting that you attended one or more Defendant Universities during the Class Period:

Examples of acceptable proof of Settlement Class Membership may include: (1) a transcript showing your attendance at a Defendant University during the Class Period; (2) a diploma showing your graduation from a Defendant University during the Class Period; (3) a copy of a student ID with a date indicating it was issued during the Class Period; (4) a receipt of payment of tuition, room, board, and/or fees to a Defendant University during the Class Period; or (5) your financial aid award letter from a Defendant University issued during the Class Period.

For reference, the Class Period for each Defendant University is defined below (check all that apply):

i. For Chicago, Columbia, Cornell, Duke, Georgetown, MIT, Northwestern, Notre Dame, Penn, Rice, Vanderbilt, Yale—from Fall Term 2003 through February 28, 2024.
ii. For Brown, Dartmouth, Emory—from Fall Term 2004 through February 28, 2024.
iii. For CalTech—from Fall Term 2019 through February 28, 2024.
iv. For Johns Hopkins—from Fall Term 2021 through February 28, 2024.

The Claims Administrator may request additional documentation from any Settlement Class Member to confirm membership.

**Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 17, 2024**

**FINANCIAL AID ANTITRUST SETTLEMENT**
*Henry, et al. v. Brown University, et al.*
United States District Court Northern District of Illinois Eastern Division
Case No. 1:22-cv-00125

**568**

## PART 4: PAYMENT SELECTION

Please select **one** of the following payment options, which will be used should you be eligible to receive a settlement payment:

☐ **PayPal -** Enter your PayPal email address: ____________________

☑ **Venmo -** Enter the mobile number associated with your Venmo account: 205 - 907 - 6233

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __-__ __ __-__ __ __ __ or Email Address: ____________________

☐ **Virtual Prepaid Card -** Enter your email address: ____________________

☐ **Physical Check -** Payment will be mailed to the address provided above.

## PART 5: ATTESTATION UNDER PENALTY OF PERJURY

By signing below, you are further verifying under penalty of perjury that the information provided in this proof of claim is accurate and complete.

**By signing, you submit to the jurisdiction of the Court with respect to your claim and you acknowledge that you shall be deemed to have, by the July 20, 2024 Order Granting Final Judgment and Order of Dismissal, Approving Settlements with Defendants Brown University, University of Chicago, The Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Duke University, Emory University, Northwestern University, William Marsh Rice University, Vanderbilt University, and Yale University, and Granting Settlement Class Counsel's Motion for Service Awards for the Class Representatives, Reimbursement of Expenses, and Attorneys' Fees ("Final Approval and Judgment Order") fully, finally, and forever waived, released, relinquished, and discharged all Released Claims against the Released Parties, as defined in Paragraph 19 of the Final Approval and Judgment Order, and in the Settlement Agreements, all of which are posted on the Settlement Website, shall be forever enjoined from prosecuting in any forum any Released Claims against any of the Releasees, and agree and covenant not to sue any of the Releasees on the basis of any Released Claims.**

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing information provided bv the undersigned is true and correct and that this proof of claim was executed as follows:

____________________
(Signature)

At: Austin (City) Texas (State/Country)

Date: July 31, 2026

| Your claim must be submitted online or postmarked by: DECEMBER 17, 2024 | FINANCIAL AID ANTITRUST SETTLEMENT<br>*Henry, et al. v. Brown University, et al.*<br>United States District Court Northern District of Illinois Eastern Division<br>Case No. 1:22-cv-00125 | 568 |
|---|---|---|

**YOU MUST SUBMIT THIS CLAIM FORM BY DECEMBER 17, 2024.**

**PLEASE DIRECT ANY QUESTIONS ABOUT THIS CLAIM FORM TO THE CLAIMS ADMINISTRATOR BY DOING ONE OF THE FOLLOWING:**

- **Emailing: Info@FinancialAidAntitrustSettlement.com**
- **Calling the toll-free number, 1-833-585-3338**
- **Writing to: Financial Aid Antitrust Settlement, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103**

**ACCURATE PROCESSING OF CLAIMS MAY TAKE SIGNIFICANT TIME.**

**THANK YOU IN ADVANCE FOR YOUR PATIENCE.**

Gmail

**Jenna P <pickjenna@gmail.com>**

---

## Request for Review of Settlement Eligibility and Late Claim

11 messages

---

**Jenna P** <pickjenna@gmail.com> Mon, Jul 20, 2026 at 9:51 PM
To: Info@financialaidantitrustsettlement.com
Cc: jenna.e.pickering@vanderbilt.edu

Dear Claims Administrator,

I am writing regarding the Financial Aid Antitrust Settlement. I attended Vanderbilt University as a full-time undergraduate from August 2012 through May 2015 and received need-based financial aid during my enrollment. Based on the settlement's eligibility criteria, I believe I am a member of the settlement class.

I recently learned of the settlement and do not recall ever receiving notice of it or the requirement to submit a claim form. I did not opt out of the settlement, and if notice was sent, it may have been directed to an outdated mailing address or email account. My Vanderbilt email has been locked "by a workspace administrator" for almost two years now as well without resolution.

I am very respectfully requesting that you:

- Confirm whether a claim has already been submitted in my name;
- Confirm the email address and mailing address to which notice was sent; and
- If no claim was submitted, advise whether there is any process by which a late claim may be accepted or any other avenue through which I may receive my settlement payment.

Because I appear to meet the class eligibility requirements and was unaware of the claims process, I respectfully request that my circumstances be reviewed and that any available relief be considered.

If additional information is needed to verify my identity or attendance at Vanderbilt, I would be happy to provide it promptly.

Thank you in advance for your time and consideration. I look forward to your response.

Sincerely,

Jenna Pickering
(205) 907-6233

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Mon, Jul 20, 2026 at 9:51 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Jenna P <pickjenna@gmail.com>
Cc: Jenna E Pickering <jenna.e.pickering@vanderbilt.edu>

Your email (2968204) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[6GDZGX-7DEYD]

---

**postmaster@vanderbilt.edu** <postmaster@vanderbilt.edu> Mon, Jul 20, 2026 at 9:51 PM
To: pickjenna@gmail.com

## Delivery has failed to these recipients or groups:

jenna.e.pickering@vanderbilt.edu

The email address you entered couldn't be found. Please check the recipient's email address and try to resend the message. If the problem continues, please contact your email admin.

**Diagnostic information for administrators:**

Generating server: VCIT-WNEM0020.vuds.vanderbilt.edu

jenna.e.pickering@vanderbilt.edu
Remote Server returned '550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup'

Original message headers:


```
Received: from VCIT-WNEM0020.vuds.vanderbilt.edu (10.1.194.191) by
 VCIT-WNEM0020.vuds.vanderbilt.edu (10.1.194.191) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.2.2562.45; Mon, 20 Jul 2026 21:51:45 -0500
Received: from mailgate.vanderbilt.edu (129.59.16.5) by
 VCIT-WNEM0020.vuds.vanderbilt.edu (10.1.194.191) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.2.2562.45 via Frontend Transport; Mon, 20 Jul 2026 21:51:45 -0500
Received: from BL0PR07CU001.outbound.protection.outlook.com (129.59.15.242) by
 mailgate.vanderbilt.edu (129.59.16.5) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.2.2562.37; Mon, 20 Jul 2026 21:53:40 -0500
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=ShxNlJtWYXv+3wWcHReEOCG03Zehyka86gPGLOu+HSrdC01STL12qyNOK9TaBhX9HldR/fErxi7Yiv4fSsLhxPRNERpNsvVt5DG
WyRjVomoY67TlvlkCrJtldZZWETuF7Fon/bqCk8HjpF+iHmmiKIhVTQKftwMBlgQSwAyRVF5koq+I01DkhD/
D2H5mJKzFvjZlaqqxh5yVHD1DBZRi7l/QlKNE382N1DTLy/5fABrMLtx9Aru9eDLYumj0ATyZQDdz
6nTDQ9dkNFO8Pah8vt7AmvUCZcirz7Tn1nzKAtl5l32hcs+UDLqO1qc3C0uUMa6uExv0QtVVJltS2INSTw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-
MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=+Xs2uABcXcVte46kofOtwTYw5FmyrAjZyi7hlNcFfdw=;
 b=f4jDbnwgbbEv1VrasynbgWdSXnUEG7x1btvONTuvHzn+LqCMMhfDp2AvZo8qKCzHl7NHFvL3qD
jLok15uL7I1Zn5roZQJrmRsVoPNhX3F+sgt/fi/Wj0VR71UB2bbBP4B1ilR+MOdzf3pFTtEfVX7DMo0UW+
EcatMuWCMp7f4xyeySyOsjpYpVfShsWRUY8/aIeQ5Gy+HHwD3a5tyPCFkC9LDbd+DfH6ZC/mLnCGsQQ6grvVuFcxXh3fm5xbu56oJ
Yc4eui3LZxefgKksP25Mg1zQlOH9yghkCiiNPZIv2S2rFSv0ZcFUKeIcNw+aVa39dULEks2zHunCx1RZ2r80Q==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 2607:f8b0:4864:20::c2e) smtp.rcpttodomain=vanderbilt.edu
 smtp.mailfrom=gmail.com; dmarc=pass (p=none sp=quarantine pct=100)
 action=none header.from=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com; arc=none (0)
Received: from BN9PR03CA0654.namprd03.prod.outlook.com (2603:10b6:408:13b::29)
 by SA2PR08MB6490.namprd08.prod.outlook.com (2603:10b6:806:f8::16) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.223.18; Tue, 21 Jul
 2026 02:51:38 +0000
Received: from BN2PEPF000044A3.namprd02.prod.outlook.com
 (2603:10b6:408:13b:cafe::7b) by BN9PR03CA0654.outlook.office365.com
 (2603:10b6:408:13b::29) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.223.18 via Frontend Transport; Tue,
 21 Jul 2026 02:51:38 +0000
Authentication-Results: spf=pass (sender IP is 2607:f8b0:4864:20::c2e)
```

```
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;compauth=pass
 reason=100
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 2607:f8b0:4864:20::c2e as permitted sender) receiver=protection.outlook.com;
 client-ip=2607:f8b0:4864:20::c2e; helo=mail-oo1-xc2e.google.com; pr=C
Received: from mail-oo1-xc2e.google.com (2607:f8b0:4864:20::c2e) by
 BN2PEPF000044A3.mail.protection.outlook.com (2603:10b6:40f:fc02::15a) with
 Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id
 15.21.245.5 via Frontend Transport; Tue, 21 Jul 2026 02:51:37 +0000
Received: by mail-oo1-xc2e.google.com with SMTP id 006d021491bc7-6a37e8b3725so5392299eaf.3
        for <jenna.e.pickering@vanderbilt.edu>; Mon, 20 Jul 2026 19:51:37 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20251104; t=1784602297; x=1785207097; darn=vanderbilt.edu;
        h=to:cc:message-id:subject:date:mime-version:from
         :content-transfer-encoding:content-type:from:to:cc:subject:date
         :message-id:reply-to:content-type;
        bh=+Xs2uABcXcVte46kofOtwTYw5FmyrAjZyi7hlNcFfdw=;
        b=T4byaMN8WRAreRj4Ylnil755vqMZMkWFAW2lWDAwqFAhOwqTEHoKJ/m3sN85gd7IIH
         5M7lZQsUdXpHmNJHHJLPgHTQrwKkyAMhjIXlIDs9IfgiLy9fwD1FYc6finBiGwTwITYO
         /msitvoD90l4z0pPCWa8XtMk5bZAw92LaoEWu6hB4c/7Y+wfezWmKe/gRQDb/VcsmV4q
         TDnOxjNzHjXM6dnEMSrifCWNrwVHPUmfBO7MYLdyNSo27OYqoj5k+3nIO7FK1bqb07M7
         c3ckHuMy1XvR4Jc8VX0EKL/R1lp+JVJxpDGoJhQ0TlmJbuxKN7Oks2zTNOyTFbm0Kapv
         +bbQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20251104; t=1784602297; x=1785207097;
        h=to:cc:message-id:subject:date:mime-version:from
         :content-transfer-encoding:content-type:x-gm-gg:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to:content-type;
        bh=+Xs2uABcXcVte46kofOtwTYw5FmyrAjZyi7hlNcFfdw=;
        b=iafWaIppFzo7LMr41h8aDzh1XdKalXC7BMQION386YehIt/WkTJyfCa9YSfL+58ZyH
         5NN3cVIdnfV6H2KPeVaFQT2TEC48GBjqd2QJhAoHAu+ZvChirVviecc2EM/DQrO1rlAg
         NY6VFDV34chPHab3zLFC/RwBFYaVQcvOTJw1yS/CggyD3ytLgoMtQPxgMracYJa5Gdrj
         lCGJiWNoGfQ3PLDHGUpS37ohpn8w9uiVNkE6+oNuleZgMOb44ebsK2/Mh9rxeQgvZfe4
         lffpJkLna0gJBqHlTwwNvjqOHnV3hzWeV7uN92VSVNQX+JCHid2cVGgZ34ufsnBht7s+
         HFiw==
X-Gm-Message-State: AOJu0YxAB1t6l7bcjBDbBlOCCod5gOwaBFM9clFHnjB7j5DbqmlD0D2P
        2qZu7M+J6qiinylX5APQxCbrrylYj/PzEB3Wammp9OTrLE3ezgVz2qAK940ZxQ==
X-Gm-Gg: AfdE7cllwfRXO10M6X19mNQcxRHk4Ug57qd3TuUkISQkTUKHxxUcB1otME8j7iygoUj
        WM6ulMgrtMvXlXv+KpQkCN+EllAGf8eOgPmPQt9uFoVkvHGGShHSeFy7Is448pvRf/ji3pFP69u
        9Nt0Idz/N8d1NXHt3L6GrcOB1NeRDUafILVFaBj+V9WrNgk9Km6QAR6RwjkEa0FUpSEaHVNk9DJ
        m0+Hsy2ZcS5hLisziztNDrJ/wEN4xUZeuqtPZtsxFNJz5EPEUETdVGYeK0CGA7/sG7oSyJgLBt
        zR6aUGu7qPnDre3tcl1b4RJPlb/3ZIe0HPQVCzpLrQ2At9yiAY+GKn0cl2v2dPAp/IgulbcyM88
        szjqG0fmw6iTZl85Hd+i4LLu6q+yF0lZ31IyKG518Bc3EZICBhkX+eJibbHVPkCfx08A/9lhMt9
        Ctd1PDZuT6aWuiXySWSU7s8KVIdnmscBZj
X-Received: by 2002:a05:6820:985:b0:6a1:7953:38ed with SMTP id 006d021491bc7-6a536a898b4mr8012337eaf.67.
1784602296941;
        Mon, 20 Jul 2026 19:51:36 -0700 (PDT)
Return-Path: pickjenna@gmail.com
Received: from smtpclient.apple ([2605:a601:a09f:ff00:f9c3:d536:a30c:c71])
        by smtp.gmail.com with ESMTPSA id 006d021491bc7-6a51a2225c8sm9821212eaf.10.2026.07.20.19.51.34
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Mon, 20 Jul 2026 19:51:35 -0700 (PDT)
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: quoted-printable
From: Jenna P <pickjenna@gmail.com>
MIME-Version: 1.0 (1.0)
Date: Mon, 20 Jul 2026 21:51:33 -0500
Subject: Request for Review of Settlement Eligibility and Late Claim
Message-ID: <8FBF0963-C0F1-4DB9-9DD7-610FAA1B1447@gmail.com>
CC: <jenna.e.pickering@vanderbilt.edu>
To: <Info@FinancialAidAntitrustSettlement.com>
X-Mailer: iPhone Mail (23F77)
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: ba5a7f39-e3be-4ab3-b450-67fa80faecad:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: BN2PEPF000044A3:EE_|SA2PR08MB6490:EE_
X-MS-Office365-Filtering-Correlation-Id: 289e4d8d-2632-444b-9079-08dee6d2fbff
```

X-MS-Exchange-AtpMessageProperties: SA|SL
X-Microsoft-Antispam: BCL:0;ARA:13230040|704162311799003|704160611799003|7093399015|16102099003|18002099003|55112099003|4128699003|19002099009|56012099006|5063699009|11063799006|10067099003;
X-Microsoft-Antispam-Message-Info: =?utf-8?B?Y2k3UE9iTG1NYi9uek0zNkNZa2RycHZ1V2hkQnFQSGdQNTlIZDVzVnBVNVB1?=
=?utf-8?B?ZnBWTFhJS3VMdll4dTFGNTBmOTF6NHQ0c1U5ZVVVTE9FeFJOOXJWbThSYjNY?=
=?utf-8?B?N2tWeXkzQk51NjZZZ3RKL0VjM3RkbWN0ZzJ6TW05SHRNbnYwT0xjRERuZnFM?=
=?utf-8?B?NWZlNTl2aXpKL3d6RFNrTmdPeW55V24ydjRZRU9ySkY0c2srczV3N1NGc2Rz?=
=?utf-8?B?UTUzVWFmdVRFL1ltNllDbWFlUlRON3V5VGt4STU0STJJQVNPU2x4eGNmZGFC?=
=?utf-8?B?Tmd2Q0VJeGhUYXRocTE5b0xZUXZncmlqTkhIVmc0bnZaelZiOWNrOWkxL21k?=
=?utf-8?B?djlRR0YxZmtCNXpNejRMakxMVjdmWGRBVys2dUs1NWtKV3VubDZzbmtlSVhR?=
=?utf-8?B?bGNCd2lpeGZGcG9BM2U5b0tuTmJDZlNDeHlxMGVQR0lVd0ppSi80QitINHZP?=
=?utf-8?B?UFNNWm5oQUF4eTdoaXFrZEdFYjgwTDZYc242VEhWQ1REdFVxTGRrUHI3STJX?=
=?utf-8?B?SDVESU9Kb0JiQ3dBN29OMFlQTS9yQi95L3BYOHJtL2ZKNDR2L2RhVUFLR2tF?=
=?utf-8?B?ci9mbFlvZVNRRUtkVWtBSDUxZWtybmdZaDd0Y3E5WWdMSUpMQzBaWGN3SmxW?=
=?utf-8?B?S1BldUYrSHA5THBIQ0pTS0x2QTZVc1JwQ00rR0tpbUdrMkFPNFBUTmwyNExT?=
=?utf-8?B?YWxmNU5iaE1INi9LRkN6WE5mUk8rc25qU3ZORDhKZHdLeVlMNjJ2T01OeXZY?=
=?utf-8?B?bTZMWXkyaTRRbnUvWk5GVThoWG9HalBEQkxUNFBJOFQ1RjNWS1FlVkM2SDR2?=
=?utf-8?B?SWJNOHp2a2FlVzFpUVc1WW5sMlAwaFRnd2ZzVGpRREdrL09oeXJiaUZGMkZH?=
=?utf-8?B?YmNWY3BkMllDbEdyMWZ6T1FvQ0x3b3R1YkFkd0Vob0dRRSs3UGl0T0tFdVAx?=
=?utf-8?B?dW5SUEt5ZTNIZnk5aHRHSE41bDhCUUZ5WFhEQlMrenRZTFR6YkhVSFpPdUhu?=
=?utf-8?B?Y1J4R3FzRlFuUmFXK0JERGxod21KWVlDWjlwUGswdUJqMFEwSHI1bFc5RjlI?=
=?utf-8?B?YzJQMGlZazF2emRHY3BsOC8wVWl1Z2d2NC9aZ2VMRmc5Wkw3YWRaT1diV1ZU?=
=?utf-8?B?dlN2THpNaEtOUEYzT2tDNDY3aGtta3JyNXFjbU9JU3hBNHFPQ3psNWRsNjBD?=
=?utf-8?B?UmdmN1VQWkRURmpBNFNrbzJHT0x2U1NvK3F1cTM0WTZOOWViV2VrVEl4Znk5?=
=?utf-8?B?WVppWWtrYURMUzFtWVFwcG1mekpVQkxLSTRMdnNEMDhUVnZ0Y2ROd2VTaVpW?=
=?utf-8?B?Mi9EZ0E2RDRUbGVFWHBjMGRwZW4xNXVNcVdNUzYyOFJTYVlwczhFMFdoNzJ1?=
=?utf-8?B?cFZUZ1FKYWtWcmtBVXliZFFuRW12OWxVM1dxWWZlUmtEdnNoTjFOT0xmdEhn?=
=?utf-8?B?ckdjSlB0alNDcE1CY3ZVdVgwMERGNmJ1SEpEbkZXTENyQ2p0enF5RWsvZ0xs?=
=?utf-8?B?azA4bDUrV3RSMVlNRVZSOVhSL0kxZEZ5OTNYN0QzdzVUcklFbjJ4NmVhekMx?=
=?utf-8?B?OXZqbU9DV05jb3AydVNML3pUM1kvSXpsZ3ZVMGJDK3VoYU45Y0tDQzlJNkY3?=
=?utf-8?B?aWhwU0x4clJycFVjaUxqZUFYcnVFU3JTeks2VFhRdnRoZ0pNb0tJd1lBTkRH?=
=?utf-8?B?VVc1UjJIV0Jsd1o4RFhKbUpSRVl4L2lXWTR4b1o4MVdpb3FmMEpHdU54ZUw2?=
=?utf-8?B?NWdGM2J4YkJsYTRlZUFnNUlqWU9yMzRJdDZXRGFIVkl3elgwblVzdWNxMGRj?=
=?utf-8?B?ZUliMFRNRU80VlpKK3ZBSEpsRDdYL2V4Vy9iL2xHYkdDM2p2SG1FakRqMHFo?=
=?utf-8?B?eGN4elFKSHlPYXE2aVFsUXBtUDZBYUU4VmNTSzh6WktFcXplbjNVZ3lad2xl?=
=?utf-8?B?cUlubTVaUGd0bE5pNHh6bTllV1R4T0YzdzVNWDUzWEV3bWc2eUpnVHhFRUJw?=
=?utf-8?B?Y0dQVFY5bk85MHRRQklPVnNnSU8rdXJPSXJscVhOc1dUOTkvaFJMdmJyNC9t?=
=?utf-8?B?OXdGV1ZTYWxqUzFRdm9pdGlZYmNOS0ZlM3VhbWJyL0g0UXVYbWx0akFPcjN2?=
=?utf-8?B?WGRqY2t0cVBqU0R5bkkxVStHek9KSk9uQUJlV3VZa29IUFZLMlFxTThtMmsx?=
=?utf-8?B?WE9JRTVRSXRCK05MSUFONzhSb1VFaGVOTGYremFwandoK2JzWFppNy9JS2pw?=
=?utf-8?B?NlRGQjhET2dpbXZSTkpzTW5vbXBWVnkxSCsvVjBWcEl4VXZjWWh5ZnA2eTdH?=
=?utf-8?B?dlJUUCttYitIMlJ0emVZcmVnUkxlTTVTMExnclRCSHFYVm1mMndnb3ZUcmsw?=
=?utf-8?B?Zk1rUWdwektoaGlIQ3dJT1FYZ3RNa0plY2VQNm1PTzBjTyt4YnVZY3NoWkU3?=
=?utf-8?B?bXlXR1AyN1pjckowWkI3R1dvdG9ZcGFxeXJKdGNzalFMNG5CWlBrYmVpbTZj?=
=?utf-8?B?Nmp0QTFxaGVseWhIWEtlb2lBSkpmbS9nMEtPbDBaM0dPZHBIdmdXaXd6aHlR?=
=?utf-8?B?Um5OZ01QQWV1QjBIdmthbGhpKzczQVFrUVJtK1RSaVVqUkhEM2tMSmQ2SU9S?=
=?utf-8?B?UHNNNWlyR1grcDFxb0hJaGEwMFJsRldxZ3JVRlVLN1FsK0wwUHl2WHMxdjRo?=
=?utf-8?B?NytSMDVmcWNTSkFscVI3S3JVT3RrR0xKbFRCbEJLSWUzV3dKUkRvdVM1YWd3?=
=?utf-8?B?WlZPQ3Q4QS9rNHNTRWVFcHhCK3FxZmpHNHNUZW92V2RqaW5HanNjNG9CZ1pL?=
=?utf-8?B?bDhGRFFIVEpJNFd4RDh4MnFVZlBLRUZqS2xMUmdMcHNqUmZ5NkwyeGxvMVRD?=
=?utf-8?B?Rkl5TEZFQ1BNM2Z4NS9paXp6TXhaOTJ2eTlhVndrWW1wcFB0RWlpVGJmWjh6?=
=?utf-8?B?QXVCYjFGR3I3SmMyZy9Sdk16a2lZWXVnbWNTeVJWaFFyRFZiQUhlN2QzYXd1?=
=?utf-8?B?ZjExNlREbWpOTjdXM0k0ZmZhYTRoREE4Uk9Tajh0K3BLWm1VQjE3c1UwZU5N?=
=?utf-8?B?M2d4SHRTWXZXQis0RUpla1ZrcGZReENiUU9qbjNWK1JoalFTTFdHKzQxclhK?=
=?utf-8?B?NDFiMmZCQ1VxVW9ZdUlzY29qeGVyWjgyTnNOd0ZST1lCQTdYcXVaUTMwcmp1?=
=?utf-8?Q?/W/0nHPCDmQA3ILZZZpIFGrZavlR?=
X-Forefront-Antispam-Report: CIP:2607:f8b0:4864:20::c2e;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:mail-oo1-xc2e.google.com;PTR:mail-oo1-xc2e.google.com;CAT:NONE;SFS:(13230040)(704162311799003)(704160611799003)(7093399015)(16102099003)(18002099003)(55112099003)(4128699003)(19002099009)(56012099006)(5063699009)(11063799006)(10067099003);DIR:INB;
X-MS-Exchange-ATPSafeLinks-Stat: 0
X-MS-Exchange-ATPSafeLinks-BitVector: 60000:0x0|0x0|0x0|0x0|0x0|0x60000;
X-Exchange-RoutingPolicyChecked: SCAgvwJaCm0EyzNGD1fkX/zDEGrm8iz/HXwSjuNJB8DoQLm5VSke74ADtTJlyD
cqzVs7Lxmrjl/HOaJxBYARu4oXaPX/QywxmMA49Cg+eOaAyMZmEantLMTB2KUrTzXgGZIPO1lOvJMd1z02amF55JoYzWtLU5UdCJjI
KHyM+/qgAiOfzbe8VHoUH5w8Ar/lIl+KiFgY/pNiAnPs1NwMcTPW2Xbi26sVOSlmPVl+9cMXVRNJwbjfQP+WvV/gbUmP+
QRO95xfY5m+B9FZtTCk866zCnZCoa+ZL/KY6ynvEKXW8JeW5OuaVu9OqjwgQjmTldC1ym2ugOORUUklGCSMnw==
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 21 Jul 2026 02:51:37.8017
(UTC)

X-MS-Exchange-CrossTenant-Network-Message-Id: 289e4d8d-2632-444b-9079-08dee6d2fbff
X-MS-Exchange-CrossTenant-Id: ba5a7f39-e3be-4ab3-b450-67fa80faecad
X-MS-Exchange-CrossTenant-AuthSource: BN2PEPF000044A3.namprd02.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SA2PR08MB6490
X-OriginatorOrg: Vanderbilt365.onmicrosoft.com

Final-Recipient: rfc822;jenna.e.pickering@vanderbilt.edu
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup

---------- Forwarded message ----------
From: Jenna P <pickjenna@gmail.com>
To: <Info@financialaidantitrustsettlement.com>
Cc: <jenna.e.pickering@vanderbilt.edu>
Bcc:
Date: Mon, 20 Jul 2026 21:51:33 -0500
Subject: Request for Review of Settlement Eligibility and Late Claim
Dear Claims Administrator,

I am writing regarding the Financial Aid Antitrust Settlement. I attended Vanderbilt University as a full-time undergraduate from August 2012 through May 2015 and received need-based financial aid during my enrollment. Based on the settlement's eligibility criteria, I believe I am a member of the settlement class.

I recently learned of the settlement and do not recall ever receiving notice of it or the requirement to submit a claim form. I did not opt out of the settlement, and if notice was sent, it may have been directed to an outdated mailing address or email account. My Vanderbilt email has been locked “by a workspace administrator” for almost two years now as well without resolution.

I am very respectfully requesting that you:

- Confirm whether a claim has already been submitted in my name;
- Confirm the email address and mailing address to which notice was sent; and
- If no claim was submitted, advise whether there is any process by which a late claim may be accepted or any other avenue through which I may receive my settlement payment.

Because I appear to meet the class eligibility requirements and was unaware of the claims process, I respectfully request that my circumstances be reviewed and that any available relief be considered.

If additional information is needed to verify my identity or attendance at Vanderbilt, I would be happy to provide it promptly.

Thank you in advance for your time and consideration. I look forward to your response.

Sincerely,

Jenna Pickering
(205) 907-6233

---

**Request for Review of Settlement Eligibility and Late Claim**
15K

---

**Jenna P** <pickjenna@gmail.com> Wed, Jul 22, 2026 at 1:18 PM
To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
Cc: "Pickering, Jenna E." <jpickering@mcginnislaw.com>, tnormand@fnf.law, rgilbert@gilbertlitigators.com, ecramer@bm.net

Please additionally see the attached letter. I look forward to hearing back from you.

Jenna Pickering

(205) 907-6233
[Quoted text hidden]

---

**Pickering - Vanderbilt Settlement Late Claim Letter.docx**
38K

---

**Jenna P** <pickjenna@gmail.com> Tue, Jul 28, 2026 at 3:15 PM
To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
Cc: "Pickering, Jenna E." <jpickering@mcginnislaw.com>, tnormand@fnf.law, rgilbert@gilbertlitigators.com, ecramer@bm.net

Following up on this. Thanks.

Jenna Pickering
(205) 907-6233
[Quoted text hidden]

---

**Jenna P** <pickjenna@gmail.com> Fri, Jul 31, 2026 at 2:57 PM
To: ajones@mcginnislaw.com

Begin forwarded message:

**From:** Jenna P <pickjenna@gmail.com>
**Date:** July 22, 2026 at 1:18:10 PM CDT
**To:** "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
**Cc:** "Pickering, Jenna E." <jpickering@mcginnislaw.com>, tnormand@fnf.law, rgilbert@gilbertlitigators.com, ecramer@bm.net
**Subject: Re: [Request received] RE: Request for Review of Settlement Eligibility and Late Claim**

[Quoted text hidden]

---

**Pickering - Vanderbilt Settlement Late Claim Letter.docx**
38K

---

**Jenna P** <pickjenna@gmail.com> Fri, Jul 31, 2026 at 6:25 PM
To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
Cc: "Pickering, Jenna E." <jpickering@mcginnislaw.com>, tnormand@fnf.law, rgilbert@gilbertlitigators.com, ecramer@bm.net

Please see attached claim form and proof of attendance. Please let me know if there is anything else needed from me to get this settlement processed.

Jenna Pickering
(205) 907-6233
[Quoted text hidden]

**2 attachments**

**Pickering - Vanderbilt Class Action Claim Form.pdf**
287K

**Pickering Diploma.pdf**
182K

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Thu, Aug 6, 2026 at 12:19 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Jenna P <pickjenna@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, "ecramer@bm.net" <ecramer@bm.net>, "rgilbert@gilbertlitigators.com" <rgilbert@gilbertlitigators.com>, "Pickering, Jenna E" <jpickering@mcginnislaw.com>

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

After reviewing our records, we were unable to find a claim associated with your information. Please note that the claim filing deadlines for the Caltech and Johns Hopkins Settlements as well as the Brown, Chicago, Columbia, Dartmouth, Duke, Emory, Northwestern, Rice, Vanderbilt, and Yale Settlements have passed. Late claims are no longer being accepted.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

On July 31, 2026 at 11:26:09 PM UTC, pickjenna@gmail.com wrote:

> Please see attached claim form and proof of attendance. Please let me know if there is anything else needed from me to get this settlement processed.
>
> Jenna Pickering
> (205) 907-6233
>
> On Tue, Jul 28, 2026 at 3:15 PM Jenna P <pickjenna@gmail.com> wrote:
>
> > Following up on this. Thanks.
> >
> > Jenna Pickering
> > (205) 907-6233
> >
> > On Wed, Jul 22, 2026 at 1:18 PM Jenna P <pickjenna@gmail.com> wrote:
> >
> > > Please additionally see the attached letter. I look forward to hearing back from you.
> > >
> > > Jenna Pickering
> > > (205) 907-6233

> On Mon, Jul 20, 2026 at 9:51 PM 568 Group v. Univ of Chicago <info@financialaidantitrustsettlement.com> wrote:
> [Quoted text hidden]

[6GDZGX-7DEYD]

---

**Jenna P** <pickjenna@gmail.com> Thu, Aug 6, 2026 at 3:33 PM
To: info@financialaidantitrustsettlement.com
Cc: Tnormand <tnormand@fnf.law>, ecramer@bm.net, rgilbert@gilbertlitigators.com, Jenna E Pickering <jpickering@mcginnislaw.com>

Correct, hence the letter I previously sent. I am respectfully requesting how notice to submit a claim was provided to me.

Vanderbilt disables email addresses shortly after graduation, so I would like to confirm this notification was sent to my personal address that they have on file for me, in which they solicit donations and provide other correspondence to me.

If notification was provided in a manner that was known to be insufficient to reach me, I am respectfully asking for an exception to file a late claim on behalf of myself, as I am a class member.

Thank you for getting back to me and I look forward to hearing your response.

Jenna Pickering,
Attorney at Law
(205) 907-6233

> On Aug 6, 2026, at 12:19 PM, 568 Group v. Univ of Chicago <info@financialaidantitrustsettlement.com> wrote:
>
> [Quoted text hidden]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Tue, Aug 18, 2026 at 10:03 AM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Jenna P <pickjenna@gmail.com>

Hello,

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

The deadline to file in this settlement has passed. Late claims are no longer being accepted.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

On August 6, 2026 at 8:33:46 PM UTC, pickjenna@gmail.com wrote:

> Correct, hence the letter I previously sent. I am respectfully requesting how notice to submit a claim was provided to me.

Vanderbilt disables email addresses shortly after graduation, so I would like to confirm this notification was sent to my personal address that they have on file for me, in which they solicit donations and provide other correspondence to me.

If notification was provided in a manner that was known to be insufficient to reach me, I am respectfully asking for an exception to file a late claim on behalf of myself, as I am a class member.

Thank you for getting back to me and I look forward to hearing your response.

Jenna Pickering,
Attorney at Law
(205) 907-6233

On Aug 6, 2026, at 12:19 PM, 568 Group v. Univ of Chicago <info@financialaidantitrustsettlement.com> wrote:

[Quoted text hidden]

[6GDZGX-7DEYD]

---

**Jenna P** <pickjenna@gmail.com> Thu, Aug 20, 2026 at 3:11 PM
To: Tnormand <tnormand@fnf.law>, ecramer@bm.net, rgilbert@gilbertlitigators.com

Dear Class Counsel,

I am following up regarding my prior correspondence concerning the Vanderbilt settlement in *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125.

To date, the only substantive response I have received has been from the Settlement Administrator stating that the claims deadline has passed. I understand that the April 3, 2025 deadline has passed. My inquiry, however, is not whether the ordinary claims period remains open, and that response does not address the issue I am raising.

**I have already completed and submitted my Claim Form to the Settlement Administrator.** I am asking Class Counsel to review whether that claim can and should be accepted notwithstanding the filing deadline under the circumstances described below.

I attended Vanderbilt University as a full-time undergraduate from August 2012 through May 2015 and received need-based financial aid. I did not exclude myself from the Settlement Class. I did not receive, to my knowledge, direct notice of the settlement, a Claim Form, or notice that an affirmative claim was required by a particular deadline in order to receive a settlement distribution. I only recently became aware of the settlement and, upon learning of it, promptly contacted the Settlement Administrator and Class Counsel and submitted my completed Claim Form.

I understand that federal courts, including courts in the Northern District of Illinois, have exercised equitable authority to permit otherwise-valid late claims in class action settlements under appropriate circumstances. See, e.g., *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06 C 7023, Dkt. 641 (N.D. Ill. Mar. 2, 2018) (recognizing the Court's continuing equitable authority and fiduciary duty to class members and permitting certain valid-but-late claims); see also Fed. R. Civ. P. 6(b)(1)(B); *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

Accordingly, I respectfully request that Class Counsel advise me of its position on the following:

1. Whether Class Counsel will consent to or support acceptance and processing of the Claim Form I have already submitted notwithstanding the filing deadline, or, if Court approval is necessary, support a request for such relief;
2. If Class Counsel will not support such relief, whether Class Counsel would oppose a request that the Court permit my submitted claim to be processed as a valid late claim;
3. What direct notice was sent to me concerning the settlement and claims deadline, including the date, method, and email and/or mailing address used; and
4. Whether there is any record that such notice was undeliverable, returned, bounced, or otherwise unsuccessful.

I recognize that settlement administration has progressed and am not suggesting that the claims deadline should simply be disregarded. Rather, I am requesting individualized consideration of the circumstances surrounding my lack of notice, my apparent membership in the Settlement Class, and my prompt submission of a completed Claim Form upon actually learning of the settlement.

I would appreciate a substantive response from Class Counsel regarding the status of my submitted Claim Form and the availability of relief from the filing deadline, rather than another referral to the Administrator's general statement that the claims deadline has passed.

If Class Counsel's position is that my submitted claim cannot be considered, please advise whether that is Class Counsel's legal position, whether Class Counsel would oppose my seeking relief from the Court directly, and the basis for that position.

Thank you for your consideration.

Best,
Jenna Pickering

[Quoted text hidden]