**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' REPORT OF EFFECTUATION OF NOTICE TO THE CERTIFIED LITIGATION CLASS AND REPORT ON REQUESTS FOR EXCLUSION**

In accordance with the Court's June 12, 2026 Order authorizing notice to the Certified Litigation Class (ECF No. 1282 ¶ 6), Plaintiffs Andrew Corzo, Sia Henry, Alexander Leo-Guerra, Michael Maerlender, Brandon Piyevsky, Brittany Tatiana Weaver, and Cameron Williams ("Plaintiffs") respectfully submit this report and the accompanying Declaration of Steven Weisbrot, Esq. of Angeion Group LLC Regarding Notice to the Certified Litigation Class and Report on Requests for Exclusion (the "Weisbrot Decl."),[1] attached at Exhibit 1. The purpose of this report is to confirm "the Notice Plan was executed per the Court's Order and [to identify] those Litigation Class members, if any, who validly and timely opted out of the Litigation Class." Notice Order ¶ 6. As detailed in the Weisbrot Declaration, and summarized below, the Notice Plan ran from July 7, 2026 (when the case website and toll-free line were updated) through August 22, 2026 (the opt-out deadline). *See generally* Weisbrot Decl. ¶¶ 10-28. As of September 2, 2026, Angeion received a total of 23 timely, valid opt-outs out of the approximately 224,800 members of the certified Litigation Class. *Id.* ¶ 27. The valid opt-outs are identified by name in Exhibit E to the Weisbrot Declaration.

The Notice Plan consisted of two main components, a direct notice program (via email and mail) and a media campaign, as well as information accessible via a dedicated webpage and a toll-free number. *See* Weisbrot Decl. ¶¶ 5-6. These are substantially the same process and procedures the Court authorized with respect to the two prior waves of notice disseminated to the Settlement Classes, with the main difference (other than the content) being that a press release was eliminated in light of the extensive media coverage of the case. *See* ECF Nos. 638 (Feb. 8, 2024), 782 (Jan. 24, 2025), 1282 (June 12, 2026). The Notice Plan also benefited from the

[1] The Court appointed Angeion Group LLC ("Angeion") to serve as the Administrator for the Settlement Classes and to disseminate notice to the Litigation Class. *See* Order ¶ 3 & n.4, ECF Nos. 1282 (June 12, 2026) (approving Notice Plan to the Litigation Class (the "Notice Order")).

curated list of contact information for Settlement Class members that Angeion prepared using information provided by class members and from other sources over the course of the earlier notice programs. *See* Weisbrot Decl. ¶¶ 7-8.

Beginning on July 8, 2026, Angeion initiated both the direct notice program and the media campaign. *See id.* ¶¶ 10-20. Angeion sent 385,468 Email Notices (Weisbrot Decl. Ex. A) to Litigation Class Members of which 375,376 were successfully delivered (representing over 97%). *Id.* ¶ 10. Angeion caused the Long Form Notice (Weisbrot Decl. Ex. B) to be mailed via the United States Postal Service First-Class Mail, postage prepaid, to 79,000 Litigation Class Members. *Id.* ¶ 11. On July 30, 2026, Angeion caused the Long Form Notice to be mailed to 9,270 Litigation Class Members whose initial Email Notices could not be delivered but for whom Angeion had sufficient mailing address information. *Id.* ¶ 12. For Long Form Notices that were returned as undeliverable, Angeion conducted skip trace research to identify updated mailing addresses and, on September 2, 2026, re-mailed a total of 920 Long Form Notices to updated addresses. *Id.* ¶ 15.

Angeion reports that the results of the media campaign, which consisted of three elements (social media advertising, programmatic display advertising, and a paid search campaign), exceeded expectations. *See generally id.* ¶¶ 16-20. The social media advertising campaign placed notices on Facebook and Instagram. *See id.* ¶ 16 & Ex. C. This campaign yielded over 20.7 million impressions, which exceeded the anticipated 13.6 million impressions by more than 7.1 million impressions. *Id.* ¶ 17. The second element, programmatic display advertising, used a "banner" notice that functions as a digital advertisement about the Litigation Class that was placed on websites Angeion determined were most likely to be visited by potential Litigation Class Members. *See id.* ¶ 18 & Ex. D. This advertising element yielded over 20.2 million

impressions, which exceeded the anticipated 11.75 million impressions by more than 8.5 million impressions. *Id.* ¶ 19. The last element, the paid search campaign, used Google to help direct potential Litigation Class Members to a dedicated webpage (www.FinancialAidAntitrustSettlement.com/Certified-Litigation-Class) that provides detailed information about both the Litigation Class and the litigation, including the prior settlements. *Id.* ¶ 20. When the paid search campaign concluded on August 6, 2026, it had yielded 12,529 impressions compared to the anticipated10,458 impressions. *Id.*

Since January 23, 2024, Angeion has maintained a dedicated website (www.FinancialAidAntitrustSettlement.com) and a toll-free line (1-833-585-3338) for the litigation. *Id.* ¶¶ 21, 24. On July 7, 2026, Angeion updated each of these to include information about the Litigation Class. *Id.* ¶¶ 22, 25. As noted above, Angeion created a separate webpage to provide information about the Litigation Class, including frequently asked questions, important dates and deadlines (*e.g.*, the deadline to submit a request for exclusion from the Litigation Class), and downloadable case documents. *Id.* ¶ 22. The toll-free line, which is accessible 24 hours a day every day, uses an interactive voice response ("IVR") system that was updated to include a dedicated menu option providing information related to the Litigation Class. *Id.* ¶¶ 24-25. Between July 7, 2026 and September 2, 2026, the website received more than 390,000 page views (representing over 193,000 individual sessions initiated by users) and the toll-free line received more than 5,900 calls (representing over 18,600 minutes) and 729 voicemails. *Id.* ¶¶ 23, 26.[2]

Finally, Angeion reports that, as of September 2, 2026, it had received a total of 23

[2] Because the website and toll-free line also include information relating to the prior settlements, some of the reported views, calls, and voicemails may concern the settlements and not the Litigation Class. *See* Weisbrot Decl. at 6 nn.6-7.

requests for exclusion from the Litigation Class that were timely submitted by the August 22, 2026 deadline. *Id.* ¶ 27.[3] The 23 individuals are identified in Exhibit E to the Weisbrot Declaration.

In sum, Angeion states that the Notice Plan generated more than 464,000 notices by email and mail, and the media campaign yielded more than 41 million digital impressions. *Id.* ¶ 30. Angeion also found the results of the Notice Plan to be overwhelmingly favorable, with over 193,000 unique visitors to the dedicated webpage for the Litigation Class as compared to only 23 opt-outs. *Id.* ¶ 30.

Accordingly, Class Counsel concurs with Angeion's determination that the Notice Plan provided full and proper notice to Litigation Class Members before the opt-out deadline, was the best notice practicable under the circumstances, and was fully compliant with due process and Fed. R. Civ. P. 23. *See id.* ¶ 31.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Eric L. Cramer*

Eric L. Cramer
David A. Langer
Jeremy Gradwohl
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
dlanger@bergermontague.com
jgradwohl@bergermontague.com

Richard Schwartz
BERGER MONTAGUE PC

[3] There are two individuals who submitted timely requests for exclusion but did not provide sufficient information to determine whether they are members of the Litigation Class. *See* Weisbrot Decl. ¶ 27. Angeion is following up with these individuals for proof of membership in the Litigation Class. *Id.* Another individual, Jennifer Collins, submitted a timely opt-out that stated she had not enrolled in any of the Defendants' full-time undergraduate programs during the Class Period and had not received need-based financial aid from any Defendant. Accordingly, Ms. Collins is not included in the list of opt-outs. *Id.*

110 N. Wacker Drive
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

Robert E. Litan
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bergermontague.com

*Additional Class Co-Counsel*

/s/ *Steven F. Molo*
Steven F. Molo
Lauren Dayton
Matthew E. Gold
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6707
smolo@mololamken.com
ldayton@mololamken.com
mgold@mololamken.com

*Lead Class Counsel*

*/s/ Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
FREEDMAN NORMAND FRIEDLAND LLP
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law

Ivy Ngo
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

*Additional Class Co-Counsel*