FILED
9/9/2026 TE
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Rejection Appeal Letter**
**CASE: *Henry, et al. v. Brown University, et al.* - Caltech and Johns Hopkins, Case No. 1:22-cv-00125**
**NAME: Richard Robert Kaminski**
**ADDRESS: 221 East Broadway, Apt. 1, New York, NY 10002**
**CLAIM #: JCUC1004273-REJ**

To Whom It May Concern,

My name is Richard Kaminski and I am writing a letter to appeal my rejection notice for the above case and claim, which I received via email on Aug. 31, 2026.

This email noted that I did not respond to a Deficiency Notice sent in June 2026. I received this notice because I was informed my initial transcripts were not deemed eligible. I did not receive this Deficiency Notice with enough time to respond before the deadline as the initial email was sent to spam and I did not expect to need to look for it.

I have attached copies of the full transcripts from the University of Chicago to these letters as well as copies of photographs of my diploma in order to verify my attendance at the University of Chicago during the applicable time period as well as to bolster the request to revisit my appeal.

Thank you for your time and attention to this matter.

Sincerely,
Richard Kaminski

# THE UNIVERSITY OF CHICAGO

ON THE RECOMMENDATION OF THE FACULTY
AND BY VIRTUE OF THE AUTHORITY VESTED IN THEM
THE TRUSTEES OF THE UNIVERSITY HAVE CONFERRED ON

## RICHARD R. KAMINSKI

THE DEGREE OF

## BACHELOR OF ARTS

WITH HONORS
THE COLLEGE
SOCIOLOGY

AND HAVE GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE CITY OF CHICAGO IN THE STATE OF ILLINOIS
IN THE UNITED STATES OF AMERICA IN THE YEAR
TWO THOUSAND AND ELEVEN
ON THE ELEVENTH DAY OF JUNE

*Chairman of the Board of Trustees*

*President of the University*

*Provost*

*University Registrar*

*Dean*

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

THE UNIVERSITY OF CHICAGO
Office of the University Registrar
Chicago, Illinois 60637

**Name:** Richard Robert Kaminski
**Student ID:** 10381700

Scott C. Campbell, University Registrar

## Undergraduate

### Degrees Awarded

Degree: Bachelor of Arts
Confer Date: 06/11/2011
Degree Honors: With General Honors
Sociology (B.A.) With Honors
Degree: Master of Arts
Confer Date: 08/24/2012
M.A. in Social Sciences

### Academic Program History

Program: The College
Start Quarter: Autumn 2007
Program Status:Completed Program
Sociology (B.A.)

### External Education

Argo Community High School
Summit, Illinois
Diploma 2007

TEST CREDITS APPLIED TOWARD BACHELOR'S DEGREE 400

### Beginning of Undergraduate Record

Autumn 2007

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HUMA | 11500 | Philosophical Perspectives-1 | 100 | 100 | B |
| HUMA | 19100 | Humanities Writing Seminars | 0 | 0 | P |
| MATH | 15200 | Calculus-2 | 100 | 100 | B |
| NORW | 10100 | First Year Norwegian - I | 100 | 100 | A |
| PHED | 16060 | Introduction To Yoga | 0 | 0 | P |
| SOSC | 12100 | Self, Culture And Society-1 | 100 | 100 | A- |

PHYSICAL EDUCATION: REQUIREMENT COMPLETED

Winter 2008

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HUMA | 11600 | Philosophical Perspectives-2 | 100 | 100 | B+ |
| HUMA | 19100 | Humanities Writing Seminars | 0 | 0 | P |
| NORW | 10200 | Elementary Norwegian-2 | 100 | 100 | A- |
| SOSC | 12200 | Self, Culture And Society-2 | 100 | 100 | B+ |

Spring 2008

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ARTH | 15200 | Global Baroque | 100 | 100 | B+ |
| FNDL | 21300 | James Joyce: Ulysses | 100 | 100 | A- |
| NORW | 10300 | Elementary Norwegian-3 | 100 | 100 | A- |
| SOSC | 12300 | Self, Culture And Society-3 | 100 | 100 | B |

COLLEGE LANGUAGE REQUIREMENT COMPLETED

Honors/Awards
DEAN'S LIST 2007-08

Autumn 2008

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ENGL | 10300 | Problems In the Study of Sexuality | 100 | 100 | B+ |
| ENGL | 10700 | Introduction To Fiction: Short Story | 100 | 100 | B- |
| SOCI | 20175 | Deviant Behavior | 100 | 100 | A |

Winter 2009

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| BIOS | 10500 | Metabolism and Exercise | 100 | 100 | A- |
| HUMA | 20700 | At the Piano 1: Beg. Piano Studies for Non-Keyboard Players-I | 100 | 100 | A |
| PHSC | 13500 | Chemistry & The Atmosphere | 100 | 100 | A |

Spring 2009

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| BIOS | 10501 | Metabolism and Nutrition | 100 | 100 | A- |
| SOCI | 20001 | Sociological Methods | 100 | 100 | A- |
| SOCI | 20005 | Sociological Theory | 100 | 100 | B |
| SOCI | 20107 | Sociology Of Human Sexuality | 100 | 100 | A- |

Honors/Awards
DEAN'S LIST 2008-09

Autumn 2009

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| GRMN | 15001 | German in Vienna | 100 | 100 | A |
| SOSC | 24600 | Vienna In Western Civilizatn-1 | 100 | 100 | A |
| SOSC | 24700 | Vienna In Western Civilizatn-2 | 100 | 100 | B |
| SOSC | 24800 | Vienna In Western Civilizatn-3 | 100 | 100 | A- |

Winter 2010

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ANTH | 25220 | Practices of Othering and the Logic of Human Rights Violations | 100 | 100 | B+ |
| PHSC | 13600 | Natural Hazards | 100 | 100 | B+ |
| SOCI | 20002 | Social Structure And Change | 100 | 100 | A- |
| SOCI | 20004 | Statistical Methods Of Rsch-1 | 100 | 100 | A |

Spring 2010

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HIST | 27304 | The Politics of Voodoo, Hoodoo, and Alternative Religious Practices | 100 | 100 | A- |
| RUSS | 24000 | Vladimir Nabokov | 100 | 100 | A |
| SOCI | 29998 | Senior Seminar: Sociology | 100 | 100 | A |

Date Issued: 08/31/2026



KEY TO TRANSCRIPT ON FINAL PAGE

THE UNIVERSITY OF CHICAGO
Office of the University Registrar
Chicago, Illinois 60637

Name: Richard Robert Kaminski
Student ID: 10381700

Scott C. Campbell, University Registrar

## Undergraduate

Autumn 2010

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ENGL | 25935 | Reading the Road Trip | 100 | 100 | A- |
| SOCI | 20103 | Social Stratification | 100 | 100 | B+ |
| SOCI | 20115 | Conflict Theory And Aikido | 100 | 100 | A |

Winter 2011

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| RUSS | 29600 | Pale Fire | 100 | 100 | A |
| SOCI | 29997 | Readings: Sociology | 100 | 100 | A |
| SOCI | 29999 | Ba Paper: Sociology | 100 | 100 | A |

Spring 2011

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| CZEC | 29700 | Reading/Research: Czech | 100 | 100 | A |
| HIST | 22110 | Renaissance Demonology | 100 | 100 | A- |
| SOCI | 28049 | Sociological Understandings of Violence | 100 | 100 | A |

Honors/Awards
DEAN'S LIST 2010-11

Undergraduate Career Totals
Cumulative GPA: 3.631 Cumulative Totals 4100 4100

Send To: Richard Kaminski
221 E Broadway Apt 1
New York, NY
10002-5605

**End of Undergraduate**

Date Issued: 08/31/2026



KEY TO TRANSCRIPT ON FINAL PAGE

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

THE UNIVERSITY OF
CHICAGO
Office of the University Registrar
Chicago, Illinois 60637

Name: Richard Robert Kaminski
Student ID: 10381700

Scott C. Campbell, University Registrar

## Graduate

### Degrees Awarded

Degree: Bachelor of Arts
Confer Date: 06/11/2011
Degree Honors: With General Honors
Sociology (B.A.) With Honors
Degree: Master of Arts
Confer Date: 08/24/2012
M.A. in Social Sciences
M.A. PAPER: TO SERVE AND PROTECT: FACE-WORK AND EMOTIONAL LABOR AMONGST BARTENDERS

### Academic Program History

Program: Social Sciences Division
Start Quarter: Autumn 2011
Program Status:Completed Program
M.A. in Social Sciences

### External Education

Argo Community High School
Summit, Illinois
Diploma 2007

### Beginning of Graduate Record

Autumn 2011

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| MAPS | 30000 | Perspectives: Social Sciences Analysis | 100 | 100 | A- |
| MAPS | 31600 | Ethnographic Methods | 100 | 100 | A |
| SOCI | 40174 | Researching Gender and Sexuality | 100 | 100 | A |

Winter 2012

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| MAPS | 30600 | Readings: Ma Paper Research | 100 | 100 | A |
| SOCI | 30142 | The Chicago School of Sociology | 100 | 100 | A |
| SOCI | 40156 | Hermeneutic Sociology | 100 | 100 | A |

Spring 2012

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ENGL | 33000 | Academic/Professional Writing (LRS) | 100 | 100 | P |
| SOCI | 30005 | Statistical Methods of Research- 2 | 100 | 100 | A- |
| SOCI | 30208 | Internet and Society | 100 | 100 | A- |

End of Graduate

Send To: Richard Kaminski
221 E Broadway Apt 1
New York, NY
10002-5605

Date Issued: 08/31/2026

THE UNIVERSITY OF CHICAGO

## Key to Transcripts of Academic Records

**1. Accreditation:** The University of Chicago is accredited by the Higher Learning Commission of the North Central Association of Colleges and Schools. For information regarding accreditation, approval or licensure from individual academic programs, visit http://csl.uchicago.edu/policies/disclosures.

**2. Calendar & Status:** The University calendar is on the quarter system. Full-time quarterly registration in the College is for three or four units and in the divisions and schools for three units. For exceptions, see 7 Doctoral Residence Status.

**3. Course Information:** Generally, courses numbered from 10000 to 29999 are courses designed to meet requirements for baccalaureate degrees. Courses with numbers beginning with 30000 and above meet requirements for higher degrees.

**4. Credits:** The Unit is the measure of credit at the University of Chicago. One full Unit (100) is equivalent to 3 1/3 semester hours or 5 quarter hours. Courses of greater or lesser value (150, 050) carry proportionately more or fewer semester or quarter hours of credit. See 8 for Law School measure of credit.

**5. Grading Systems:**

**Quality Grades**

| Grade | College & Graduate | Business | Law |
|---|---|---|---|
| A+ | 4.0 | 4.33 | |
| A | 4.0 | 4.0 | 186-180 |
| A- | 3.7 | 3.67 | |
| B+ | 3.3 | 3.33 | |
| B | 3.0 | 3.0 | 179-174 |
| B- | 2.7 | 2.67 | |
| C+ | 2.3 | 2.33 | |
| C | 2.0 | 2.0 | 173-168 |
| C- | 1.7 | 1.67 | |
| D+ | 1.3 | 1.33 | |
| D | 1 | 1 | 167-160 |
| F | 0 | 0 | 159-155 |

**Non-Quality Grades**

| | |
|---|---|
| I | **Incomplete:** Not yet submitted all evidence for final grade. Where the mark I is changed to a quality grade, the change is reflected by a quality grade following the mark I, (e.g. IA or IB). |
| IP | **Pass** (non-Law): Mark of I changed to P (Pass). See 8 for Law IP notation. |
| NGR | **No Grade Reported:** No final grade submitted |
| P | **Pass:** Sufficient evidence to receive a passing grade. May be the only grade given in some courses. |
| Q | **Query:** No final grade submitted (College only) |
| R | **Registered:** Registered to audit the course |
| S | **Satisfactory** |
| U | **Unsatisfactory** |
| UW | **Unofficial Withdrawal** |
| W | **Withdrawal:** Does not affect GPA calculation |
| WP | **Withdrawal Passing:** Does not affect GPA calculation |
| WF | **Withdrawal Failing:** Does not affect GPA calculation |
| | **Blank:** If no grade is reported after a course, none was available at the time the transcript was prepared. |

**Examination Grades**

| | |
|---|---|
| H | Honors Quality |
| P* | High Pass |
| P | Pass |

**Grade Point Average:** Cumulative G.P.A. is calculated by dividing total quality points earned by quality hours attempted. For details visit the Office of the University Registrar website: http://registrar.uchicago.edu.

**6. Academic Status and Program of Study:** The quarterly entries on students' records include academic statuses and programs of study. The Program of Study in which students are enrolled is listed along with the quarter they commenced enrollment at the beginning of the transcript or chronologically by quarter. The definition of academic statuses follows:

**7. Doctoral Residence Status:** Effective Summer 2016, the academic records of students in programs leading to the degree of Doctor of Philosophy reflect a single doctoral registration status referred to by the year of study (e.g. D01, D02, D03). Students entering a PhD program Summer 2016 or later will be subject to a University-wide 9-year limit on registration. Students who entered a PhD program prior to Summer 2016 will continue to be allowed to register for up to 12 years from matriculation.

**Scholastic Residence:** the first two years of study beyond the baccalaureate degree. (Revised Summer 2000 to include the first four years of doctoral study. Discontinued Summer 2016)

**Research Residence:** the third and fourth years of doctoral study beyond the baccalaureate degree. (Discontinued Summer 2000.)

**Advanced Residence:** the period of registration following completion of Scholastic and Research Residence until the Doctor of Philosophy is awarded. (Revised in Summer 2000 to be limited to 10 years following admission for the School of Social Service Administration doctoral program and 12 years following admission to all other doctoral programs. Discontinued Summer 2016.)

**Active File Status:** a student in Advanced Residence status who makes no use of University facilities other than the Library may be placed in an Active File with the University. (Discontinued Summer 2000.)

**Doctoral Leave of Absence:** the period during which a student suspends work toward the Ph.D. and expects to resume work following a maximum of one academic year.

**Extended Residence:** the period following the conclusion of Advanced Residence. (Discontinued Summer 2013.)

Doctoral students are considered full-time students except when enrolled in Active File or Extended Residence status, or when permitted to complete the Doctoral Residence requirement on a half-time basis.

Students whose doctoral research requires residence away from the University register *Pro Forma*. *Pro Forma* registration does not exempt a student from any other residence requirements but suspends the requirement for the period of the absence. Time enrolled Pro Forma does not extend the maximum year limit on registration.

**8. Law School Transcript Key:** The credit hour is the measure of credit at the Law School. University courses of 100 Units not taught through the Law School are comparable to 3 credit hours at the Law School, unless otherwise specified.

The frequency of honors in a typical graduating class:

Highest Honors (182+)
0.5%
High Honors (180.5+)(pre-2002 180+)
7.2%
Honors (179+)(pre-2002 178+)
22.7%

Pass/Fail and letter grades are awarded primarily for non-law courses. Non-law grades are not calculated into the law GPA.

P** indicates that a student has successfully completed the course but technical difficulties, not attributable to the student, interfered with the grading process.

IP (In Progress) indicates that a grade was not available at the time the transcript was printed.

* next to a course title indicates fulfillment of one of two substantial writing requirements. (Discontinued for Spring 2011 graduating class.)

See 5 for Law School grading system.

**9. FERPA Re-Disclosure Notice:** In accordance with U.S.C. 438(6)(4)(8)(The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without consent of the student.

Office of the University Registrar
University of Chicago
1427 E. 60th Street
Chicago, IL 60637
773.702.7891

For an online version including updates to this information, visit the Office of the University Registrar website: http://registrar.uchicago.edu.

Revised 09/2016

A PHOTOCOPY OF THIS DOCUMENT IS NOT OFFICIAL

R. Kaminski
221 East Broadway
Apt. 1
New York, NY 10002

Retail

UNITED STATES POSTAL SERVICE ®

60604

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10002
SEP 04, 2026

$1.98

RDC 99

S2324K502622-11

RECEIVED

SEP 09 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604