MR

EK

**ISRAEL GOMEZ**
981 Saint Germain road
Chula vista, CA. 91913

FILED

SEP 09 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**September 3rd, 2026**

**VIA U.S. MAIL**

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Henry, et al. v. Brown University, et al.
Caltech and Johns Hopkins Settlements
Case No. 1:22-cv-00125
Claim No. JCBU5158021-REJ
Request for Review of Claim Rejection

Dear Clerk of Court:

I am writing to respectfully appeal the rejection of my claim in connection with the Caltech and Johns Hopkins settlements in *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125.

The Claim Rejection Notice states that my claim was rejected because I did not respond to a Deficiency Notice allegedly sent to me in June 2026 requesting additional information and/or documentation.

**I did not receive the June 2026 Deficiency Notice.** I was therefore unaware that additional information or documentation was being requested and did not have an opportunity to respond.

I did not intentionally fail to respond to the Deficiency Notice. Had I received the notice, I would have timely provided the requested information or documentation.

I respectfully request that the Court review the rejection of my claim and allow me an opportunity to provide any additional information or documentation necessary to resolve the alleged deficiency.

I believe my claim should not be rejected based solely on my failure to respond to a notice that I never received. I respectfully ask the Court to permit my claim to be reconsidered and processed on its merits.

Thank you for your time and consideration of my appeal.

Respectfully,

______________________________

**Israel Gomez**

Claim No.: **JCBU5158021-REJ**

GOMEZ FAMILY
981 SAINT GERMAIN ROAD
CHULA VISTA, CALIFORNIA
91913

SAN DIEGO CA 920
4 SEP 2026 PM 3 L

Thinking of You
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
SEP 09 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S District court
Clerk Court
219 S. Dearborn street
Chicago, IL 60604

60604-180099