AA14761956.4.2-3 MK

FILED
SEP 10 2026 JMA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Minsoo Kim
14746 Alstone Drive
Frisco, TX, 75035
minsoo.m.kim@gmail.com
214-966-5263

08/31/2026

Clerk of Court
United States District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**Re: Henry, et al. v. Brown University, et al. – Caltech and Johns Hopkins**
**Case No. 1:22-cv-00125**
**Claim Number: JCWM1004417-REJ**

Dear Clerk of Court:

I am writing to appeal the rejection of my claim in connection with the Caltech and Johns Hopkins settlements in *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125.

I received a rejection notice via email on August 31. 2026 at 09:01 A.M. P.S.T. stating that my claim was rejected because I did not respond to a Deficiency Notice that was allegedly sent to me in June 2026 requesting "additional information and/or documentation".

I respectfully request review of this decision because I never received the Deficiency Notice. I did not receive a Deficiency Notice by email, regular mail, or any other means. Had I received the notice, I would have responded promptly and provided any additional information or documentation requested to validate my claim.

The contact information I provided with my claim was accurate and reflected the home address and email address listed above. I regularly monitored my email, including my spam and junk folders, and I did not receive the Deficiency Notice. I also did not receive a Deficiency Notice at my mailing address. I first became aware that additional information had allegedly been requested when I received the notice informing me that my claim had been rejected.

Because I never received the Deficiency Notice, I had no reasonable opportunity to respond to it or correct any alleged deficiency in my claim. I respectfully ask that my claim not be rejected solely because of my failure to respond to a notice that I did not receive.

I am willing and prepared to provide any additional documentation or information necessary to validate my claim. I respectfully request that the Court permit me an opportunity to cure any deficiency, direct the Claims Administrator to provide me with a copy of the original Deficiency

AA14761956.4.3-3

Notice and identify the information or documentation required, and allow my claim to be considered on its merits after I respond.

I submitted my claim in good faith and intend to fully comply with the requirements of the settlement. Under these circumstances, I respectfully request that the rejection be reversed or, alternatively, that I be given a reasonable opportunity to respond to the Deficiency Notice before a final determination is made regarding my claim.

Thank you for your consideration.

Respectfully submitted,

Minsoo Kim
Claim Number: **JCWM1004417**
14746 Alstone Drive
Frisco, TX, 75035
minsoo.m.kim@gmail.com
214-966-5263

AA14761956.4.1-3

Minsoo Kim
14746 Alstone Drive
Frisco TX 75035
minsoo.m.kim@gmail.com

USPS CERTIFIED MAIL

9207 1901 4298 0496 5835 22

0014761956000020

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago IL 60604
USA

CERTIFIED MAIL™

RECEIVED

SEP 10 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

REC'D

003 HCB1AP1 60604

[redacted]

SUSTAINABLE FORESTRY INITIATIVE

Certified Sourcing

www.sfiprogram.org

SFI-00411

**Responsibly Sourced. Thoughtfully Delivered.**

This envelope is made with responsibly sourced paper to support more sustainable direct mail.

10-CERTPRESORT