Jordan Powell
286 St. Johns Pl, Apt 2D
Brooklyn, NY 11238
347-630-5038
jordan.jn.powell@gmail.com

FILED
EE
SEP 16 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**September 8, 2026**

The Honorable Matthew F. Kennelly

United States District Court for the Northern District of Illinois

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

**Re: Class Member Request for Administrative Relief / Review of Exclusion from First Ten Settlements Distribution**

*Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125 (N.D. Ill.)

Dear Judge Kennelly:

I am writing respectfully as an unrepresented Settlement Class Member to request the Court's guidance and review regarding my exclusion from the distribution for the initial ten settling defendants ("First Ten Settlements"). As the Court previously directed Class Counsel to review communications from other class members facing notice and administrative hurdles (e.g., Dkt. Nos. 814, 836, 959), I write to respectfully bring this matter to the Court's attention after exhausting direct inquiries with Class Counsel and the Claims Administrator.

**Background & Class Membership**

- **Class Membership:** I attended Yale University as a full-time undergraduate student from 2017 to 2021, received need-based financial aid, and paid tuition, room, and board not covered by aid. I meet the criteria for the Settlement Class under the $284 million settlement pool.

- **Early Registration:** On March 30, 2024, I completed and submitted the litigation's official online Registration Form to ensure my contact details were on record well in advance of the claims deadline.

- **Notice Omission:** Despite submitting that registration and the administrator possessing my information, I never received direct or actual notice (via mail or my Yale alumni email) concerning the claims process or the April 3, 2025 deadline for the First Ten Settlements.

- **Follow-up & Claim Submission:** The first direct email I received from the administrator arrived on February 24, 2025, referencing only the Caltech and Johns Hopkins settlements. In September 2025, I filed a formal claim under that tranche (Claim ID: JCR010813).

**Administrative Inquiries** Upon learning through Yale alumni networks in August 2026 that the First Ten Settlements had been distributed, I contacted the Claims Administrator to determine why my earlier registration had not been linked to the primary Yale settlement. On August 25, 2026, the administrator informed me that my claim ID applied solely to the later settlements.

On August 27, 2026, I sent an escalation email to Class Counsel (with the Claims Administrator copied) explaining the lack of notice and requesting administrative relief. On August 31, 2026, the Claims Administrator replied stating that deadlines had passed, funds had been distributed, and late claims were no longer accepted. Class Counsel did not provide any response.

**Request for Review** Pursuant to this Court's July 2, 2026 Order (ECF No. 1287, ¶ 2(l)), the Court directed Settlement Class Counsel to retain a $75,000 reserve specifically to address unanticipated disputes and administrative costs. Furthermore, paragraph 5 of the same Order provides that the Court retains continuing jurisdiction over applications and administration issues arising from the First Ten Settlements.

Given the lack of direct notice regarding the First Ten litigation despite my registering my contact information with the settlement system in March 2024, I respectfully ask whether the Court might review this administrative determination or direct Class Counsel to review my eligibility for relief.

I have attached copies of my March 30, 2024 registration receipt, my September 2025 claim confirmation, and my email exchange with Class Counsel and the Claims Administrator. I am ready to provide Yale enrollment and financial aid records upon request.

Thank you very much for Your Honor's time and consideration.

Jordan Powell

Settlement Class Member

Gmail

**Jordan Powell <jordan.jn.powell@gmail.com>**

# Registration Submitted in Henry, et al. v. Brown University, et al.

1 message

**Confirmation Email** <Confirmation@financialaidantitrustsettlement.com> Sat, Mar 30, 2024 at 2:06 PM
To: jordan.jn.powell@gmail.com

Dear **Jordan Powell**,

You have successfully submitted a Registration Form on March 30, 2024 at 11:06:40 A.M. Pacific Time.

YOUR REGISTRATION DETAILS
First Name: **Jordan**
Last Name: **Powell**
Street Address: **286 St John's Place**
Street Address 2: **Apt 2D**
City: **Brooklyn**
State: **NY**
Zip Code: **11238**
Country: **USA**
Email Address: **jordan.jn.powell@gmail.com**

Thank You,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

Gmail

Jordan Powell <jpowell@aya.yale.edu>

# URGENT: Class Member Lack of Notice / Late Claim Escalation – Henry, et al. v. Brown University, et al., Case No. 1:22-cv-00125

3 messages

**Jordan Powell** <jordan.jn.powell@gmail.com> Thu, Aug 27, 2026 at 5:58 PM
To: tnormand@fnf.law, rgilbert@gilbertlitigators.com, ecramer@bm.net
Cc: Info@financialaidantitrustsettlement.com, jpowell@aya.yale.edu

Dear Class Counsel,

I am writing to formally escalate a critical notice and administrative routing failure regarding my claim in *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125 (N.D. Ill.).

I am definitively a member of the Settlement Class for the initial $284 million settlement pool. I attended **Yale University as a full-time undergraduate student from 2017 to 2021**, received need-based financial aid, and paid remaining tuition, fees, room, and/or board not covered by aid.

Despite Yale and the Claims Administrator possessing my contact records, I never received direct notice—neither at my residential mailing address nor at my Yale alumni email address—**regarding the Brown, Chicago, Columbia, Dartmouth, Duke, Emory, Northwestern, Rice, Vanderbilt, and Yale Settlements** prior to the April 3, 2025 deadline.

The timeline of my notice, registration, and ongoing diligence is as follows:

- **March 30, 2024 (11:06:40 AM PT):** I completed and submitted an official Registration Form for this litigation, establishing my contact records in the system well before the April 2025 deadline.
- **February 24, 2025:** The first and only direct communication I received from Financial Aid Settlements was sent following the preliminary approval of the **Caltech and Johns Hopkins Settlements.**
- **September 2025:** I submitted a formal claim promptly upon reviewing the litigation details for the JHU/Caltech Settlements (Claim ID: **JCR010813**), which is currently being processed according to the Claims Administrator as of August 25th.

Most importantly, **I only recently became aware of the separate First Ten Settlements after seeing discussions in alumni groups in the last three weeks.** Following the initial July 2026 distribution, I acted immediately:

- I attempted contact with the Claims Administrator via phone and sent two separate written inquiries requesting updates on my settlement payout.
    - On Tuesday, August 25th, the Claims Administrator responded for the first time with information regarding any of the settlements, **stating my claim number is strictly associated with the Caltech/Johns Hopkins pool and NOT the First Ten pool.**
- I immediately looked into this and realized that **I was not notified to submit a claim for Round 1 or "the First Ten" Settlements.**

Please confirm within **seven (7) business days** of receipt of this email whether Class Counsel will stipulate to including my claim in the First Ten distribution or provide administrative relief from settlement reserves. If I do not receive a response or a path to administrative resolution within this period, I intend to file a Motion with the United States District Court for the Northern District of Illinois Eastern Division. I expect the Court to grant relief on a formal motion because 1) I am indisputably a member of the Settlement Class for one of the original ten settlements, 2) I did not receive actual or direct notice of the Round 1 aka First 10 settlements prior to the claims submission deadline, 3) My failure to file a claim for the First Ten settlements was caused by excusable neglect and circusmtances beyond my control and 4) I acted with diligence and at every stage of litigation thus far.

I have attached confirmation of my March 30, 2024 registration submission, my September 2025 claim acceptance, and can provide my Yale enrollment and financial aid records upon request.

Thank you for your prompt attention to this matter.

--
Jordan Powell

jordan.jn.powell@gmail.com
347.630.5038

---

**2 attachments**

**Powell_Registration Reciept.pdf**
93K

**Claim Form_Powell.pdf**
114K

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Thu, Aug 27, 2026 at 5:59 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Jordan Powell <jordan.jn.powell@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, "ecramer@bm.net" <ecramer@bm.net>, "rgilbert@gilbertlitigators.com" <rgilbert@gilbertlitigators.com>, Jpowell <jpowell@aya.yale.edu>

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

Your email (3043079) has been received and is being reviewed by our support staff. Please allow 5-7 business days for a response.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

[NNGKMR-155MN]

---

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Mon, Aug 31, 2026 at 8:23 AM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Jordan Powell <jordan.jn.powell@gmail.com>
Cc: Tnormand <tnormand@fnf.law>, "ecramer@bm.net" <ecramer@bm.net>, "rgilbert@gilbertlitigators.com" <rgilbert@gilbertlitigators.com>, Jpowell <jpowell@aya.yale.edu>

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

The claim filing deadlines for the Caltech and Johns Hopkins Settlements, as well as the Brown, Chicago, Columbia, Dartmouth, Duke, Emory, Northwestern, Rice, Vanderbilt, and Yale Settlements, have passed. All settlement funds have been distributed. Late claims for these Settlements are no longer being accepted.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

FROM:

Jordan Powell
286 St. Johns Pl, Apt 2D
Brooklyn NY 11238

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2848 6708 55

Retail

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10025
SEP 08, 2026

60604

$7.82

RDC 99

S2324A502274-36

TO:

Clerk of Court
US District Court Northern Dist. of Illinois
Everett McKinley Dirksen US Courthouse
219 South Dearborn St, 20th floor
Chicago, IL 60604
Attn: Honorable Matthew F. Kennelly /
Case No. 1:22-cv-00125

RECEIVED

SEP 16 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Utility Mailer
10 1/2" x 16"

ReadyPost