**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.
Plaintiff,
v.
Brown University, et al.
Defendant.

Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 9/18/2026. Ms. Pickering's motion to Deem Late−Filed Claim Timely [1328] is taken under advisement. Class counsel are directed to file a response to any and all letters filed on the docket by alleged class members by 10/16/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.