MR



FILED
gq

SEP 22 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

September 4, 2026

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Henry, et al. v. Brown University, et al.
Case No. 1:22-cv-00125
Claim No. CJH5000166-REJ

Dear Honorable Judge:

I am writing to respectfully appeal the rejection of my claim in connection with the Caltech and Johns Hopkins Settlements in *Henry, et al. v. Brown University, et al.*, Case No. 1:22-cv-00125

My name is Luke Gil, and my address is 351 S. Van Ness Ave. Los Angeles, CA 90020

My claim was rejected because I did not respond to a Deficiency Notice that was reportedly sent in June 2026. However, I never received this notice. I believe the notice may have been sent to my former school email address, which had been deactivated and was no longer accessible to me. I graduated in May 2025, and my university email account was subsequently deactivated.

Because I did not receive the Deficiency Notice, I was unaware that additional information or documentation was required and therefore did not have an opportunity to respond. I submitted my original claim in good faith and would have promptly provided any requested information had I received the notice.

I respectfully ask the Court to reconsider the rejection of my claim and allow me an opportunity to provide the information or documentation necessary to address the deficiency and validate my claim.

Thank you for your time and consideration.

Respectfully,

Luke Gil

351 S. Van Ness Ave
Los Angeles, CA 90020

(323)847-8777
lukegil@gmail.com

351 S. Van Ness
Los Angeles CA 90020

Mike Gril




RECEIVED

SEP 2 2 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court for the
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

60604$1800 C005