MR

1:22-CV-0125

Skylar Lanning
PO BOX 152
Stanton, CA, 90680

September 13th, 2026

Court
United States District Court for
the Northern District of Illinois
~~Clerk of Court~~
219 S. Dearborn Street
Chicago, IL, 60604

FILED
EE
SEP 22 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Claim # JCBU5158706-REJ
Henry, et al. v. Brown University, et al.

Dear Judge,

I am writing to request a review and appeal the rejection of my claim. First, I want to apologize if my claim was late. I had tried hard to submit a timely claim, but I had a family emergency. I did not receive a deficiency notice in June 2026. The church I attend, called the Dwelling place, paid for my tuition at Caltech. I move around very frequently so I lost all the

paperwork that established my attendance.
I don't have any supporting documents.
I understand if you deny my claim.

Thanks for your time.

Sincerely,

Stylar Lanning

Skylar Lanning
PO Box 152
Stanton, CA, 90680

SANTA ANA CA 926
15 SEP 2025 PM 7 L

Thinking of You
UNITED STATES OF AMERICA
FOREVER/USA

United States District Court for
the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL, 60604

RECEIVED
SEP 2 2 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-189423