MR

FILED
9/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

September 14, 2026

**Request for Court Review / Appeal of Claim Rejection**

To Whom It May Concern:

I am writing to formally appeal and request review regarding the rejection of my claim **(Claim #: JCEU1006202-REJ**) in the ***Henry, et al. v. Brown University, et al.*** **- Caltech and Johns Hopkins, Case No. 1:22-cv-00125.**

I am appealing the rejection of my claim because I did not receive a Deficiency Notice sent in June 2026. I was unaware that additional information was required to verify my claim until receiving the rejection notice dated August 31, 2026. I attempted to follow up via email to understand the deficient information, with follow up emails sent on August 31, 2026 and September 8, 2026. Due to the lack of response after five business days, I am filing this appeal.

To ensure my claim is completely verified and to prevent any further delay, I am enclosing a copy of my diploma and transcript to prove my enrollment during the class period.

Please advise what additional information you require to verify my claim. Thank you for your time and consideration.

Sincerely,

**Elaine Li**
**1600 S Eads St 930N**
**Arlington, VA 22202**



# Præses et Professores

## Collegii Georgiopolitani

## *Omnibus præsentes literas visuris,*

## Salutem in Domino

*Quandoquidem aequum est, ut, qui ingenio et doctrina caeteris praestant, meritâ, quâ secernantur ab illiteratis, decorentur laurea: Nos, ad id muneris summa Reipublicae auctoritate delegati, certiores facimus omnes, ad quos praesentes pervenerint Dilectam nobis*

**Elaine Li**

*a Professoribus*

**Scholae Rerum Exterarum**

*commendatam et a nobis approbatam in solemni nostrarum facultatum Sessione ad*

**Scientiae Baccalaureatum in Rebus Exteris**

*fuisse provectam, et omnibus et singulis juribus et privilegiis ad istum Gradum pertinentibus eam a nobis fuisse donatam. Quod, ut omnibus innotescat praesentes Literas manu nostra subscriptas, et Universitatis nostrae sigillo munitas dedimus,*

XVI MAII ANNO DOMINI MMXV

**Magna Cum Laude**

*Praeses*

*Decanus Pro Tempore*

*Gubernator Curatorum*

*A Secretis*

17 89

This is not an official transcript. Courses which are in progress may also be included on this transcript.

**Record of:** Elaine Li
**ID::** 811289349

**Student Address:**
**Date of Birth:** 25-Mar

**Course Level:** Undergraduate

**High Schools Attended:**
SOUTH FORSYTH HIGH SCHOOL
CUMMING GA

**Degrees Awarded:**
B.S. in Foreign Service May 16, 2015
School of Foreign Service
Major: International Politics
With a concentration in Law
Certificate: Asian Studies
Rank: 100 of 426
Degree GPA: 3.760
Honors: Magna Cum Laude

**Transfer Credit:**
Advanced Placement

| | |
|---|---|
| English II | 3.00 |
| US Political Systems | 3.00 |
| Intro to World History | 3.00 |
| Humanities & Writing I | 3.00 |
| Calculus I | 4.00 |
| Calculus II | 4.00 |
| School Total: | 20.00 |

Language Proficiency: Spanish, Fall 2012
Language Proficiency: Chinese, Spring 2015

**Entering Program:**
School of Foreign Service
B.S. in Foreign Service
Major: International Affairs

**Fall 2011**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| CHIN | 013 | Intens Frst Lev Chin:Adv Begin | 6.00 | A | 24.00 | |
| ECON | 001 | Econ Principles Micro | 3.00 | B | 9.00 | |
| INAF | 100 | SFS Proseminar | 3.00 | B | 9.00 | |
| SPAN | 101 | Adv Span: Spain in Context | 3.00 | A- | 11.01 | |
| THEO | 001 | The Problem of God | 3.00 | B+ | 9.99 | |

Dean's List

**Spring 2012**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| CHIN | 114 | Intens 2nd Lev Chin:Adv Beginr | 6.00 | A | 24.00 | |
| ECON | 002 | Econ Principles Macro | 3.00 | B+ | 9.99 | |
| INAF | 008 | Map of the Modern World | 1.00 | S | 0.00 | |
| PHIL | 099 | Political & Social Thought | 4.00 | A | 16.00 | |
| SPAN | 102 | Adv Span II:Lat Amer in Contxt | 3.00 | A | 12.00 | |

Second Honors

**Fall 2012**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| CHIN | 211 | Third Level Chinese I | 3.00 | A | 12.00 | |
| ECON | 243 | International Trade | 3.00 | A- | 11.01 | |
| GOVT | 121 | Comparative Political Systems | 3.00 | B+ | 9.99 | |
| INAF | 326 | Politics of China | 3.00 | A- | 11.01 | |
| SPAN | 161 | Oral Review:Contemp Hisp Cultu | 3.00 | A | 12.00 | |

Second Honors

-------------Continued on Next Column-----------------

**Program Changed to:**
Major: International Politics

**Spring 2013**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| CHIN | 212 | Third Level Chinese II | 3.00 | A | 12.00 | |
| GOVT | 006 | International Relations | 3.00 | A- | 11.01 | |
| HIST | 125 | Hist of Modern Japan | 3.00 | A- | 11.01 | |
| IPOL | 320 | Quantitative Meth:Intrnl Pol | 3.00 | A | 12.00 | |

Second Honors

**Fall 2013**

GU/Beijing Univ

| Title | Crd | Grd |
|---|---|---|
| Language and Culture Practicum | 1.00 | A |
| Intercultural Negotiation for Business in China | 3.00 | A |
| Advanced Newspaper Reading | 3.00 | A |
| Chinese Literature | 3.00 | A- |
| Reading in Chinese - Advanced III | 3.00 | A |
| Spoken Chinese - Advanced III | 3.00 | A |
| School Total: | 16.00 | |

**Spring 2014**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| CHIN | 364 | Chinese in Diplomatic Discours | 3.00 | A | 12.00 | |
| INAF | 366 | Extractive Industries &Conflct | 3.00 | A- | 11.01 | |
| INAF | 380 | Theory & Prac Intl Negotiation | 3.00 | A- | 11.01 | |
| IPOL | 372 | Rise of Drones in US Natl Sec | 3.00 | A | 12.00 | |
| PHIL | 129 | Ethics: Global Justice | 3.00 | A- | 11.01 | |

Undergraduate Research Assistant, Spring 2014
Second Honors

**Fall 2014**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| HIST | 122 | History of China I | 3.00 | A- | 11.01 | |
| INAF | 340 | ASEAN: Past & Present | 3.00 | A | 12.00 | |
| INAF | 347 | Dept Sem:Sr Res Sem On Asia | 3.00 | B+ | 9.99 | |
| WGST | 260 | Violence/Gender/Human Rights | 3.00 | A | 12.00 | |

Second Honors

**Spring 2015**

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| ECON | 244 | International Finance | 3.00 | A | 12.00 | |
| GOVT | 263 | International Law | 3.00 | A | 12.00 | |
| INAF | 437 | Devt Pract in Fragl/ Confl Sts | 3.00 | A | 12.00 | |
| THEO | 095 | Morality of Institutions | 3.00 | A- | 11.01 | |

First Honors

**Transcript Totals**

| | EHrs | QHrs | QPts | GPA |
|---|---|---|---|---|
| Current | 12.00 | 12.00 | 47.01 | 3.917 |
| Cumulative | 137.00 | 100.00 | 376.06 | 3.760 |

----------- **End of Undergraduate Record** -----------

Unofficial

Elaine Li
1600 S Eads St 930N
Arlington, VA 22202

FCM LETTER
WASHINGTON, DC 20002
SEP 16, 2026

UNITED STATES POSTAL SERVICE

60604

$6.37

RDC 99

S2324D502757-57

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3209 8618 99

United States District Court for the northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED

SEP 23 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-170299