MR

FILED
9/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

**Andrew M. Stern**
10350 W. Bay Harbor Dr. #6-V
Bay Harbor Islands, FL 33154

Attn: U.S. District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: **Henry, et al. v. Brown university, et al. – Caltech and Johns Hopkins, Case No. 1:22-cv-00125; Claim #JCR000100-REJ**

Dear Sir/Madam:

I am appealing rejection of Claim #JCR000100-REJ. I did not receive the rejection and therefore was unable to respond to the notice in a timely manner. It appears that the rejection notice may have been filtered out by my email provider's spam mechanisms.

I am hereby filing a notice of appeal to reinstitute my claim, and am including a copy of my 2006 diploma evidencing graduation from Northwestern University's McCormick School of Engineering in that year. This is sufficient basis for asserting membership in the relevant class.

Please let me know if you need any additional information or documentation. I can be reached at the following:

- **Physical Address**: Mr. Andrew Stern
  10350 W. Bay Harbor Dr. #6-V
  Bay Harbor Islands, FL 33154
- **Phone**: 551-804-7032
- **Email**: stern.wulaw@gmail.com

Thank you.

Sincerely,

Andrew M. Stern

# Northwestern University

ON RECOMMENDATION OF THE FACULTY OF THE

## ROBERT R. McCORMICK SCHOOL OF ENGINEERING AND APPLIED SCIENCE

NORTHWESTERN UNIVERSITY HAS CONFERRED THE DEGREE OF

## BACHELOR OF SCIENCE IN COMPUTER SCIENCE

UPON

## ANDREW MICHAEL STERN

WHO HAS HONORABLY FULFILLED ALL THE REQUIREMENTS PRESCRIBED BY THE UNIVERSITY FOR THAT DEGREE.

DONE AT EVANSTON ILLINOIS THIS SIXTEENTH DAY OF JUNE IN THE YEAR TWO THOUSAND AND SIX A.D.

*CHAIRMAN OF THE BOARD OF TRUSTEES*

*SECRETARY OF THE BOARD OF TRUSTEES*

*PRESIDENT OF THE UNIVERSITY*

*DEAN*

RECEIVED
SEP 23 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

G

USPS GROUND ADVANTAGE
U.S. POSTAGE PAID
Shippo
USPS Ship

USPS GROUND ADVANTAGE

ANDREW STERN
UNIT 6-V
10350 W BAY HARBOR DR
BAY HARBOR ISLANDS FL 33154

Ship Date: 09/17/26
Weight: 4 oz

RDC 01

U.S. DISTRICT COURT FOR THE N.D. OF ILLINOIS
ATTN CLERK OF COURT
219 S DEARBORN ST
CHICAGO IL 60604-1702

USPS TRACKING # USPS Ship

9300 1208 4550 0079 0354 72

shippo