me

Allison Williams

516 Hamilton Street NE
Washington, DC 20011
Allienicole@gmail.com
925-548-2966

FILED

SEP 25 2026 mam

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

September 21, 2026

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

**Re: Appeal of Claim Rejection — *Henry, et al. v. Brown University, et al.* (Caltech and Johns Hopkins Settlements), Case No. 1:22-cv-00125**

**Claimant: Allison Williams**
**Claim No.: JCGU1021513-REJ**

To the Honorable Court:

I am writing to formally request review of, and to appeal, the rejection of my claim in the above-referenced settlements, as set forth in the Claim Rejection Notice I received (Claim No. JCGU1021513-REJ). This letter is submitted in writing and postmarked on or before the September 21, 2026 deadline stated in that notice. My claim was rejected on the ground that no response was received to a Deficiency Notice sent in June 2026 requesting additional information to validate my claim. In fact, I did respond and provided the requested documentation, as explained below. For the reasons that follow, I respectfully ask that my rejection be reconsidered, that the enclosed documentation be accepted, and that my claim be reinstated and deemed valid and eligible for payment.

**1. My original claim was timely, and it was never found to be invalid.**

The Claim Rejection Notice did not find my claim untimely or unsubstantiated on the merits. The notice's first ground — that the claim was not postmarked by the December 27, 2025 deadline — was *not* marked, confirming that I submitted a timely claim. The *only* basis for rejection was that no response was received to the June 2026 Deficiency Notice. My eligibility as a Settlement Class Member is not in dispute; the issue is purely one of the timing and processing of my deficiency response, which I address below and cure with this letter.

**2. I did respond to the Deficiency Notice, and any delay resulted from difficult personal circumstances.**

I want to be clear that I have been diligent throughout this claims process. The process involved several checkpoints and multiple submissions of documentation, and I completed every one of those steps on time, meeting each required deadline. The single response window at issue here is an isolated exception in an otherwise complete and timely record of compliance — which itself shows that my failure to act on the June 2026 notice within the original window was an inadvertent, good-faith oversight rather than any disregard of the process.

The Deficiency Notice reached me in June 2026. At that time, I had been unemployed for nine months and was fully consumed by an intensive search for work and back-to-back job interviews. In the midst of those circumstances, I did not see or act on the notice within the initial response window. This was not a disregard of the settlement process; it was an oversight during an unusually difficult and stressful period in my life.

When several of my peers told me in July 2026 that they had received their settlement payments, I checked on my own claim, found the Deficiency Notice, and promptly responded. In July 2026, I emailed the Claims Administrator the documentation requested to validate my claim: a copy of my college transcript, which bears my maiden name, and my marriage certificate, which reflects my legal name change. A copy of that email and its attachments is enclosed with this letter. To the extent my response was received after the deadline stated in the Deficiency Notice, or was not matched to my claim file, I respectfully ask that it be accepted now. My failure to respond within the original window was neither willful nor careless, and I acted to cure the deficiency as soon as I became aware of it as my peers notified me that they received communication or payment from the Claims Administrator in July 2026.

**3. The enclosed documentation cures the deficiency in full.**

To remove the basis for rejection, I enclose with this letter: (1) a copy of the email I sent to the Claims Administrator in late July 2026, together with its attachments; (2) my college transcript, bearing my maiden name; and (3) my marriage certificate, documenting the change from my maiden name to my current name. I understand the deficiency concerned reconciling the maiden name that appears on documentation I originally submitted with my current name. Together, these records establish that I am the same individual named in the claim and fully resolve the deficiency identified in the June 2026 notice.

**4. The additional-identification requirement appears to have been applied inconsistently.**

It is my understanding that other Settlement Class Members who, like me, changed their names and submitted documentation bearing their maiden names were not sent a deficiency notice requiring additional identification, and their claims were processed and paid; several of these Settlement Class Members are peers that received their settlement payments in July 2026. I raise this respectfully and in the interest of fairness: it would be inequitable to reject my otherwise-valid and timely claim over an identity-verification requirement that similarly situated class members - including others who had changed their names - were not asked to satisfy. I respectfully ask that my claim be treated consistently with theirs.

**5. Reinstating my claim causes no prejudice.**

Granting this appeal harms no one. My claim was timely filed, I submitted the requested documentation, and the deficiency is now fully cured. Reinstating my claim is consistent with the settlements' purpose of compensating eligible class members. I respectfully submit that the equities strongly favor allowing my valid claim to proceed rather than denying it because my deficiency response, sent during an exceptionally difficult period, arrived late or went unrecorded.

**Requested relief**

For the foregoing reasons, I respectfully request that the Claims Administrator and the Court: (a) review and reverse the rejection of Claim No. JCGU1021513-REJ; (b) accept the enclosed documentation as a full response to the June 2026 Deficiency Notice; and (c) reinstate my claim as valid and eligible for payment. In the alternative, I request a brief extension of time to submit any further information needed to validate my claim.

Thank you for your time and consideration. Please contact me at the email address and phone number above if any additional information is needed; I will respond promptly.

Respectfully submitted,

Allison Williams
September 21, 2026

**Enclosures:** (1) Copy of my late-July 2026 email to the Claims Administrator, with attachments; (2) College transcript (maiden name); (3) Marriage certificate (name change); (4) Copy of the Claim Rejection Notice.

Gmail

Allison Williams <allienicole@gmail.com>

**Notice of Deficient Claim in the Caltech and Johns Hopkins Settlements**

4 messages

**Caltech and Johns Hopkins Settlement Administrator** <info@financialaidantitrustsettlement.com> Wed, Jun 3, 2026 at 5:01 PM
Reply-To: Caltech and Johns Hopkins Settlement Administrator <info@financialaidantitrustsettlement.com>
To: allienicole@gmail.com

**HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.**
**CALTECH AND JOHNS HOPKINS SETTLEMENTS**

**CLAIM DEFICIENCY LETTER**

**CLAIM #: JCGU1021513 - DEF**
**Allison Williams**

We have received your Claim Form in the *Henry, et al. v. Brown University, et al.* Caltech and Johns Hopkins Settlements. After review, your Claim has been determined to be Deficient for one or more reasons marked with an "X" below. You **must respond** to this letter with the required documentation or information to cure the indicated Deficiency/ies **no later than July 3, 2026**.

**X** The documentation you submitted does not confirm the name listed on your claim. To cure this deficiency, you must provide documentation that **includes your full name** and verifies your attendance at an eligible Defendant University, such as a student ID with an issuance date, a transcript, or a diploma.

**To cure your Deficient Claim, you must respond to this letter and provide the required documentation or information by mail or email by July 3, 2026**. Failure to respond by **July 3, 2026** will result in your claim being Denied. You can submit your response to:

Info@FinancialAidAntitrustSettlement.com

or

Caltech and Johns Hopkins Settlement
Attn: Deficiency Responses
[illegible]
Philadelphia, PA 19103

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit the website www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement

Info@FinancialAidAntitrustSettlement.com

[Quoted text hidden]

**Allison Williams** <allienicole@gmail.com> Tue, Jul 28, 2026 at 11:07 PM
To: Caltech and Johns Hopkins Settlement Administrator <info@financialaidantitrustsettlement.com>

Good Evening,

Unfortunately I did not see this specific e-mail or physical mailed letter after checking for updates for years on this settlement and completing all forms. Please accept the following confirmation, supplemented by attachments:

Allison Williams is my married name. I changed my last name to Williams in 2014. My marriage certificate is attached. My maiden name is Poole which appears on my transcripts attached.

Please let me know if I can provide further information, and what the next steps will be.

I appreciate your diligence in processing these claims fairly to all.

Sincerely,

Allison Williams, MBA, PMP
Georgetown COL '08 MSB '15
925.548.2966

[Quoted text hidden]

**2 attachments**

**Allison Williams Marriage Certificate.pdf**
1017K

**Degree Undergraduate Georgetown Transcript - Allison (Poole) Williams.pdf**
2064K

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Tue, Jul 28, 2026 at 11:07 PM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Allison Williams <allienicole@gmail.com>

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

Your email (2984771) has been received and is being reviewed by our support staff. Please allow 5-7 business days for a response.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

[YJ161Y-JY4EK]

**568 Group v. Univ of Chicago** <info@financialaidantitrustsettlement.com> Wed, Aug 19, 2026 at 11:50 AM
Reply-To: "568 Group v. Univ of Chicago" <info@financialaidantitrustsettlement.com>
To: Allison Williams <allienicole@gmail.com>

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

***Please note: The provided Claim ID is associated with the upcoming Caltech and Johns Hopkins Settlement.***

Your Claim Form has been received and will be processed.

Claims processing is currently ongoing and you will be notified if further information is required to complete your claim. If you need to update your address or contact information, you may do so by sending an email to this address. Please be patient and check the Settlement Website linked below for updates.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com
[Quoted text hidden]
[YJ161Y-JY4EK]

**Record of:** Allison Nicole Poole
**ID::** 834608811

GEORGETOWN UNIVERSITY
OFFICE OF THE UNIVERSITY REGISTRAR
WASHINGTON, D.C. 20057
(202)687-4020

**Date of Birth:** 12-Nov

**Course Level:** Undergraduate

**High Schools Attended:**
CALIFORNIA HIGH SCHOOL
SAN RAMON CA

**Degrees Awarded:**
Bachelor of Arts May 17, 2008
Georgetown College
Major: English
Major: Sociology
Rank: 797 of 851
Degree GPA: 2.800

**Transfer Credit:** Jun 2004 - Aug 2004
Advanced Placement
CRITICAL READING & WRITI 3.00
School Total: 3.00

Intermediate language requirement satisfied by SAT-II Exam in Spanish, August 30, 2004.

**Entering Program:**
Georgetown College
Bachelor of Arts
Major: Undeclared

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Fall 2004** | | | | | | |
| HIST | 001 | Wrld Hist I:Encounters/ Exchanges | 3.00 | W | 0.00 | |
| LING | 343 | Women, Men, and Language | 3.00 | A- | 11.01 | |
| PSYC | 001 | General Psychology | 3.00 | D+ | 3.99 | |
| THEO | 001 | The Problem of God | 3.00 | C+ | 6.99 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Spring 2005** | | | | | | |
| ENGL | 033 | Gateway: Intro to Crit Methods | 3.00 | B+ | 9.99 | |
| HIST | 002 | Wrld Hist II:Peoples States/Empr | 3.00 | B- | 8.01 | |
| SOCI | 001 | Introduction to Sociology | 3.00 | B+ | 9.99 | |
| THEO | 172 | Joy of Suffering:Xtnity/ Tragedy | 3.00 | F | 0.00 | |
| WSTP | 140 | Intro Women's Studies | 3.00 | A | 12.00 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Fall 2005** | | | | | | |
| ENGL | 227 | Theorizing Afrofuturism | 3.00 | A- | 11.01 | |
| HIST | 001 | Wrld Hist I: Power of Identity | 3.00 | C- | 5.01 | |
| HIST | 394 | Race/Phil:Afr-Amer Life | 3.00 | C+ | 6.99 | |
| MATH | 004 | Mathematics in Society | 3.00 | W | 0.00 | |
| THEO | 011 | Intro to Biblical Literature | 3.00 | C | 6.00 | |

**Program Changed to:**
Major: English

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Spring 2006** | | | | | | |
| ENGL | 041 | Gateway:18th &/Or 19thc Lit/Cult | 3.00 | B+ | 9.99 | |
| ENGL | 268 | African-American Cinema | 3.00 | B+ | 9.99 | |
| PHYS | 010 | The Way Things Work | 3.00 | C | 6.00 | |
| SOCI | 144 | Race & Ethnic Relations | 3.00 | A | 12.00 | |
| SPAN | 103 | Advanced Spanish I | 3.00 | B+ | 9.99 | |

------------Continued on Next Column----------------

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Summer 2006** | | | | | | |
| MATH | 006 | Stats W Exploratory Data Anal | 3.00 | B | 9.00 | |

**Program Changed to:**
Bachelor of Arts
Major: English
Major: Sociology

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Fall 2006** | | | | | | |
| ANTH | 245 | Class & Culture in America | 3.00 | A | 12.00 | |
| ENGL | 213 | Is Hip/Hop Useful? | 3.00 | A- | 11.01 | |
| ENGL | 237 | Mod/Contemp African Amer Poetry | 4.00 | B- | 10.68 | |
| SOCI | 201 | Methods of Social Research | 4.00 | B- | 10.68 | |
| SOCI | 202 | Sociological Theory | 3.00 | B | 9.00 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Spring 2007** | | | | | | |
| ANTH | 310 | Anthropology of Work in New Econ | 3.00 | A- | 11.01 | |
| ENGL | 135 | Pairing Shakespeare | 3.00 | B | 9.00 | |
| PHIL | 001 | Intro to Philosophy | 3.00 | C | 6.00 | |
| SOCI | 203 | Social Statistics | 3.00 | C+ | 6.99 | |
| SOCI | 205 | Soc Justice Anal:Theory/Pract | 4.00 | C- | 6.68 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Summer 2007** | | | | | | |
| PHIL | 145 | Philosophy of Love and Sex | 3.00 | B | 9.00 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Fall 2007** | | | | | | |
| ENGL | 318 | Narratives of Violence | 3.00 | B | 9.00 | |
| SOCI | 196 | Comparative Law Enforcement | 3.00 | B- | 8.01 | |
| SOCI | 437 | Project Dc:Community Based Res | 4.00 | B | 12.00 | |
| WSTP | 200 | Feminist Theory | 3.00 | A- | 11.01 | |
| WSTP | 320 | Sexual Politics | 3.00 | F | 0.00 | |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| **Spring 2008** | | | | | | |
| ENGL | 167 | Gloryland:18-19thc Amer Rel Lit | 3.00 | A- | 11.01 | |
| ENGL | 254 | James Baldwin Unplugged | 3.00 | A- | 11.01 | |
| SOCI | 163 | Education and Society | 4.00 | A- | 14.68 | |
| SOCI | 438 | Proj Dc II:Urban Res Internship | 4.00 | B- | 10.68 | |
| WSTP | 242 | Women & Depression | 3.00 | C+ | 6.99 | |

**Transcript Totals**

| | EHrs | QHrs | QPts | GPA |
|---|---|---|---|---|
| Current | 17.00 | 17.00 | 54.37 | 3.198 |
| Cumulative | 120.00 | 123.00 | 344.40 | 2.800 |

**End of Undergraduate Record**

ISSUED DIRECTLY TO STUDENT

GEORGETOWN UNIVERSITY THE REGISTRAR

REGISTRAR

02-SEP-2010

# Certificate of Marriage

## STATE OF MARYLAND

CHARLES COUNTY (08)

2014 - 269

License Number 0813404174750938

I hereby certify that on this 31 day of May, 20 14 at 4:00 pm
at The Weatherly Farms - 14145 Banks Odee Road, Newburg, Maryland
in accordance with the license issued by the Clerk of the Circuit Court for Charles County
I united in marriage the following individuals:

Party 1 ALLISON NICOLE POOLE
Residence 804 TAYLOR ST NW #405
WASHINGTON, DC 20011

Age 27
Birthplace CALIFORNIA
Marital Status SINGLE

Party 2 CHRISTOPHER WOTEN WILLIAMS
Residence 804 TAYLOR ST NW #405
WASHINGTON, DC 20011

Age 29
Birthplace MARYLAND
Marital Status SINGLE

Relationship of the parties by blood or marriage: NONE

Robert C Richardson
Signature of Authorized Official

Elder / Minister Robert C. Richardson
Title and Name

Watterson Trail Church of Christ / Open Ministry
Church or Organization

8717 Watterson Trail, Louisville, Ky 40299
Address of Authorized Official

Printed on 04/18/2014 12:18

Ceremony must be performed between 6:00 AM on the 20th day of April, 2014 and the 20th day of October, 2014.

# Marriage License

## STATE OF MARYLAND

## Charles County

2014 - 269

0813404174750938

To any individual authorized by the laws of this State to perform a marriage ceremony:
You are hereby authorized to join together in matrimony according to the rules and ceremonies of your church, society or religious sect and the laws of this State, or according to the laws of this State, the following individuals:

Party 1 : ALLISON NICOLE POOLE
Residence : 804 TAYLOR ST NW #405
WASHINGTON, DC 20011

Birthplace : CALIFORNIA
Age : 27
Marital Status : SINGLE

Party 2 : CHRISTOPHER WOTEN WILLIAMS
Residence : 804 TAYLOR ST NW #405
WASHINGTON, DC 20011

Birthplace : MARYLAND
Age : 29
Marital Status : SINGLE

Relationship of the parties by blood or marriage : NONE

Sharon L. Hancock

Sharon L. Hancock
Clerk of the Circuit Court

Given under my hand and Seal of the Circuit Court for Charles County, 200 Charles St., LaPlata, MD 20646, this 18th day of April, 2014

Date of Marriage: 5 / 31 / 2014

Clerk: MED

Robert C. Richardson
Signature of Authorized Official

Robert C. Richardson
Print Name of Authorized Official

Ceremony MUST BE PERFORMED BETWEEN 6:00 AM on the 20th day of April, 2014 and the 20th day of October, 2014 .

The ceremony must be performed in Charles County, Maryland.

0813404174750938

**This License is for the Authorized Official's record.**

Printed on 04/18/2014

PL2-403

Gmail **Allison Williams <allienicole@gmail.com>**

**Notice of Rejected Claim in the Caltech and Johns Hopkins Settlements**
1 message

**Claims Administrator for Caltech and Johns Hopkins Settlements** <info@financialaidantitrustsettlement.com> Mon, Aug 31, 2026 at 10:01 AM
Reply-To: Claims Administrator for Caltech and Johns Hopkins Settlements <info@financialaidantitrustsettlement.com>
To: allienicole@gmail.com

**CALTECH AND JOHNS HOPKINS SETTLEMENTS**
***HENRY, ET AL. V. BROWN UNIVERSITY, ET AL.***
**CLAIM REJECTION NOTICE**

**CLAIM #: JCGU1021513-REJ**
**Allison Williams**

We have received and reviewed the Claim Form you submitted in connection with the settlements reached with Defendants **Caltech and Johns Hopkins** in *Henry, et al. v. Brown University, et al.* After review, your claim has been **rejected** for the reason(s) indicated below:

____ Your claim was not postmarked on or before the **December 27, 2025** deadline and is therefore considered ineligible.

__x__ You did not respond to the Deficiency Notice sent to you in June 2026 requesting additional information and/or documentation to validate your claim. Deficiency Notices were emailed to the email address provided on the Claim Form. If no email address was provided, or if the email address was invalid, the Deficiency Notice was mailed to the address provided on the Claim Form. **Because no response was received, your claim has been rejected**.

____ The documentation and/or information you submitted in response to the Deficiency Notice sent to you in June 2026 was insufficient to resolve the deficiencies in your claim. **As a result, your claim has been rejected.**

**If you disagree with this decision, you have the right to request a review by the Court. To do so, you must appeal the rejection in writing by mailing your request to the following address, postmarked by September 21, 2026.** Your letter must include the following: (1) the name of the case (*Henry, et al. v. Brown University, et al.* - Caltech and Johns Hopkins, Case No. 1:22-cv-00125); (2) your name and address; (3) your Claim Number (located at the top of this letter); and (4) a statement explaining your reasons for appealing the rejection.

**Court**
United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

You must also send a copy of your appeal to the Claims Administrator and Class Counsel at the following addresses:

**Claims Administrator**
Financial Aid Antitrust Settlement
Attn: Caltech and Johns Hopkins Contestations
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Lead Class Counsel**
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL 60654

**Class Co-Counsel**
Freedman Normand Friedland LLP
99 Park Avenue, Suite 1910
New York, NY 10016

*and*

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

**If you do not submit a timely and valid request for appeal, the Court will not consider your appeal, and your claim rejection will be final.**

For more information about this Settlement, including the Settlement Agreement and Frequently Asked Questions (FAQs), please visit the website www.FinancialAidAntitrustSettlement.com, call 1-833-585-3338, or email Info@FinancialAidAntitrustSettlement.com.

Sincerely,

Financial Aid Antitrust Settlement
Info@FinancialAidAntitrustSettlement.com

Unsubscribe

FROM:

Allison Williams
516 Hamilton St NE
Washington, DC 20011

Retail

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 20011
SEP 21, 2026

UNITED STATES POSTAL SERVICE

60604

$2.56

S2324E500720-78

RDC 99

TO: Clerk of Court
United States District Court
for the Northern District of Illinois
219 S. Dearborn St
Chicago, IL 60604

RECEIVED
SEP 25 2026
[illegible]