(1) case name: Henry, et al. v. Brown University, et al - Caltech and Johns Hopkins, Case No. 1:22-cv-00125

(2) name: Amy Shan Li

address: 4 Lexington Ave 2P, New York, NY, 10010

(3) Claim #: CJH5000033-REJ

(4) statement: I did not receive the Deficiency Notice (June 2026) requesting additional information to validate my claim. Please provide it to me so I may respond. I am appealing my rejection on the basis of no response recieved. Thank you

FILED
9/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
ES
MR

Amy Li
4 Lexington Ave 2P
New York, NY 10010

NEW YORK NY 100
21 SEP 2026 PM 7 L

Mail a smile
Thinking of You

RECEIVED
SEP 28 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Court
United States District Court for the Northern
District of Illinois

Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

60604-180099