MR

FILED
9/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PLG

September 21, 2026

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Henry, et al. v. Brown University, et al.
Case No. 1:22-cv-00125
Caltech and Johns Hopkins Settlements
Claim No. CALP1045-REJ

Dear Clerk of Court:

I am writing to formally appeal the rejection of my claim, CALP1045-REJ, in connection with the Caltech and Johns Hopkins settlements. I received a notice on August 31, 2026, which stated the reason for rejection was that my claim was not postmarked on or before the December 27, 2025 deadline.

I respectfully ask the Court to reconsider the rejection in light of the circumstances under which I learned of the settlement and my subsequent efforts to participate.

I did not become aware of the settlement or the requirement to submit a claim before the December 27, 2025 deadline. The notice emails had been sent to an old, unmonitored email account I had not accessed due to ongoing unwanted communications being directed to that account. In January 2026, I accessed the account to look for some old documents related to my time at the University of Chicago and, in the course of doing so, discovered the settlement notices. I promptly contacted the Settlement Administrator to inquire about participating in the settlement.

The Settlement Administrator responded by advising me that while the deadline had passed, and late claims were not guaranteed to be accepted, I could submit a claim by following the provided instructions. I promptly mailed my Claim Form.

On January 29, 2026, I received an email from the Settlement Administrator confirming that my mailed Claim Form had been successfully received and would be processed. I have enclosed a copy of that correspondence.

I respectfully ask the Court to consider the particular circumstances of my claim. As soon as I became aware of the settlement, I contacted the Administrator, disclosed the circumstances, followed the instructions I received, and submitted my claim via mail in a timely manner.

For these reasons, I respectfully request that the Court review and reconsider the rejection of my claim and direct the Settlement Administrator to accept my claim.

Thank you for your consideration.

Sincerely,

Yunqing Chen
1043 Fulton St, Apt 4B
Brooklyn NY 11238
cclarkchenn@gmail.com
(718) 986-2474

Enclosures:

1. January 3, 2026 email to the Settlement Administrator
2. January 5, 2026 response from the Settlement Administrator to my January 3 inquiry
3. January 29, 2026 email confirming receipt of my mailed Claim Form

**From:** **568 Group v. Univ of Chicago** info@financialaidantitrustsettlement.com
**Subject:** Re: Request for Late Claim Submission – Lack of Timely Notice
**Date:** January 29, 2026 at 9:15 AM
**To:** Unknown Y yyunqingchenn@gmail.com

Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

Your mailed claim form has been successfully received and will be processed.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

On January 12, 2026 at 1:01:22 PM UTC, yyunqingchenn@gmail.com wrote:

> Hi,
>
> I mailed my claim form for the Financial Aid Antitrust Settlement a couple of weeks ago. Could you please confirm whether it has been received and advise if it will be considered for inclusion in the settlement?
>
> Thank you very much for your time and assistance.
>
> Best regards,
> Yunqing Chen
> Claim ID: JCUC1009529
>
> On Mon, Jan 5, 2026 at 3:06 PM 568 Group v. Univ of Chicago <info@financialaidantitrustsettlement.com> wrote:
>
>> Thank you for contacting the Financial Aid Antitrust Claims Administrator.
>>
>> You may find a copy of the Claim Form attached below.
>>
>> Thank you,
>> Financial Aid Antitrust Settlement
>> Claims Administrator
>> www.FinancialAidAntitrustSettlement.com
>>
>> On January 5, 2026 at 7:09:23 PM UTC, yyunqingchenn@gmail.com wrote:
>>
>>> Hi,
>>>
>>> Can you please attach the claim form?
>>>
>>> Thanks.
>>>
>>> On Mon, Jan 5, 2026 at 2:07 PM 568 Group v. Univ of Chicago <info@financialaidantitrustsettlement.com> wrote:
>>>
>>>> Thank you for contacting the Financial Aid Antitrust Settlement Administrator.

The deadline to submit a claim in the initial settlement was December 17th, 2024. Late claims are no longer being accepted.

The Claim ID provided is associated with the upcoming **Caltech and Johns Hopkins Settlement**. The deadline to file a claim in this settlement was December 27, 2025.

If you would like to submit a claim, please mail the completed, signed, and dated Claim Form, along with all required supporting documentation to:

Financial Aid Antitrust Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Late claims are not guaranteed to be accepted.

Thank you,
Financial Aid Antitrust Settlement
Settlement Administrator
www.FinancialAidAntitrustSettlement.com

On January 3, 2026 at 9:36:49 AM UTC, yyunqingchenn@gmail.com wrote:

> Hello,
>
> I am writing regarding the class action settlement and the claim submission deadline, which I understand passed in April 2025. I did not receive any timely notice of the settlement or the requirement to file a claim prior to the deadline.
>
> I would like to be included in the settlement and would have submitted a claim within the deadline had I received notice. I only recently became aware of the settlement and, upon learning of it, I am contacting you promptly. My Claim ID is JCUC1009529.
>
> I respectfully request information on whether late claims may be accepted in cases where a class member did not receive timely notice, and whether there is a process for submitting a late claim or requesting discretionary inclusion. Please also confirm the contact information you have on file for me.
>
> Thank you for your time and consideration. I appreciate your assistance.
>
> Sincerely,
> Yunqing Chen

[YRL9KG-EKV7P]
[YRL9KG-EKV7P]

YUN QING CHEN
1043 FULTON ST
APT 4B
BROOKLYN NY 11238

NEW YORK NY 100
21 SEP 2026 PM 7 L

ART OF THE SKATEBOARD
FOREVER/USA

RECEIVED
SEP 28 2026
THOMAS G. BRUTON
CLERK U.S DISTRICT COURT

US District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn St
Chicago, IL 60604

60604-180099