FILED
9/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
ALR

September 20, 2026

United States District Court for the Northern District of Illinois
Clerk of Court
219 S. Dearborn Street
Chicago, IL 60604

Re: *Henry, et al. v. Brown University, et al.* – Caltech and Johns Hopkins
Case No. 1:22-cv-00125
Claim No. CALP1058-REJ

To the Honorable Court:

My name is Caitlyn Schneeman, and I am writing to appeal the rejection of my claim in the above-referenced settlement.

My claim was rejected because it was submitted after the December 27, 2025 deadline. I respectfully ask the Court to reconsider this decision. The settlement notice was sent to my former home address in Minnesota, where my parents still reside, rather than to my current address. As a result, there was a significant delay before the notice was forwarded to me and I became aware of the opportunity to submit a claim.

Once I received the notice, I submitted my claim in good faith. I respectfully request that the Court excuse the late filing and allow my claim to be considered on its merits.

Thank you for your consideration.

Sincerely,

Caitlyn Schneeman

Caitlyn Schneeman
150 I St SE #819, Washington, DC 20003
Claim No. CALP1058-REJ

Caitlyn Schneeman
150 I St SE #819
Washington, DC 20003

CAPITAL DISTRICT 208
22 SEP 2026 PM 4 L

Thinking

FOREVER

RECEIVED

SEP 29 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for
the Northern District of Illinois
Clerk of Court
219 S. Dearborn St.
Chicago, IL 60604

60604$1894 005 20133 00302 22303 21001 03201