# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 7, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 26-2759 | ANDREW CORZO, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>CORNELL UNIVERSITY, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00125<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **DEFENDANTS-APPELLANTS' MOTION TO MAINTAIN VOLUME 3 OF APPENDIX UNDER SEAL FOR 14 DAYS**, filed on October 5, 2026, by counsel for the appellant Trustees of the University of Pennsylvania.

2. **MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF AMICUS CURIAE ASSOCIATION OF AMERICAN UNIVERSITIES IN SUPPORT OF DEFENDANTS-APPELLANTS AND REVERSAL**, filed on October 6, 2026, by counsel for the Association of American Universities.

**IT IS ORDERED** that the motion to temporarily seal is **GRANTED**. Any settling defendant or nonparty shall file any motion to seal on or before October 27, 2026. Volume 3 of Appellants' appendix shall remain under seal in the meantime. Any request to seal must be supported by legal authority and should identify the specific

portions of the appendix it seeks to seal. *See Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 546 (7th Cir. 2002). Appellants shall forward this order to the relevant entities.

**IT IS FURTHER ORDERED** that the motion for extension of time to file an amicus brief is **GRANTED**. The Association of American Universities shall file any amicus brief on or before October 20, 2026.

form name: **c7_Order_3J** (form ID: **177**)