**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sia Henry, et al.
Plaintiff,
v.
Case No.: 1:22−cv−00125
Honorable Matthew F. Kennelly
Brown University, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The motion to file under seal filed by the "plaintiff Alums Notice Group" [1353] is granted. The plaintiff Alums Notice Group is directed to immediately serve a copy of the sealed motion [1354] on counsel of record (sealed filings are not sent to other counsel via CMECF). If other counsel do not receive a copy of the filing by 11/4/2026 they are to promptly advise the Court via a status report. Any response to the filing by the plaintiffs Alums Notice Group [1354] is to be filed by 11/12/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.