# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 2, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2759 | ANDREW CORZO, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>CORNELL UNIVERSITY, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00125<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **NON-PARTY VANDERBILT UNIVERSITY'S MOTION TO SEAL**, filed on October 27, 2026, by counsel for Vanderbilt University,

**IT IS ORDERED** that the motion is **GRANTED**. The appellants shall file, on or before November 16, 2026, a public version of volume 3 of their appendix that redacts the portions specified in the motion. The clerk shall maintain the unredacted version of volume 3 (dkt # 35) under seal.

form name: **c7_Order_BTC** (form ID: **178**)