FILED
11/18/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:22-CV-00125

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, et al.,

Defendants.

Case No. 1:22-cv-00125

Hon. Matthew F. Kennelly

# NOTICE OF NON-RECEIPT OF SCHEDULING ORDER AND RESPONSE, AND MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUBMIT A LATE CLAIM (DKT. 1317)

Settlement Class Member Kristina Stallings, appearing pro se, respectfully notifies the Court that she never received the Court's scheduling order on her motion or Plaintiffs' response to it. She asks for leave to file a reply. In support, she states:

1. On August 24, 2026, I filed a pro se appearance (Dkt. 1316) and a Motion for Leave to Submit a Late Claim (Dkt. 1317) through the Court's pro se online portal. My appearance form listed my mailing address and email address. On that form, I also checked the box requesting to receive notices from the Court by email at kris.stallings@alumni.emory.edu, under Federal Rule of Civil Procedure 5(b)(2)(E). The same day, I served class counsel and the Claims Administrator by email.
2. On August 26, 2026, the Court entered a minute entry (Dkt. 1324). It set a September 4 deadline for responses to my motion, gave me until September 11 to reply, and set a telephonic hearing for September 18, 2026 at 9:15 a.m. I did not receive this order by email at the address I designated, by mail, or by any other means. I have checked my inbox and spam folder.

3. On September 4, 2026, Plaintiffs filed a Response opposing my motion (Dkt. 1326), together with the Declaration of Lauren F. Dayton and two exhibits (Dkt. 1327). The Response as docketed does not include a certificate of service. I did not receive the Response or the Declaration by mail or by email, although class counsel had both my mailing address and my email address.
4. Because I received neither the scheduling order nor the Response, I did not know of the reply deadline or the September 18 hearing. I did not file a reply and did not attend the hearing. The minute entry for the September 18, 2026 hearing (Dkt. 1334) does not mention my motion.
5. I first learned of Dkt. 1324, 1326, and 1327 on November 18, 2026, while reviewing the public docket myself.
6. Because I requested email notice, I waived paper copies of electronically filed documents. Email was therefore my only way to learn of filings in this case, and no email notice of Dkt. 1324, 1326, or 1327 reached me.
7. As of the date of this filing, the docket does not reflect a ruling on my motion (Dkt. 1317).
8. I am acting promptly. I am filing this notice within [X] days of learning of these filings.

**RELIEF REQUESTED**

I respectfully ask the Court to:

1. Grant me leave to file a reply in support of my Motion (Dkt. 1317) within 14 days of the Court's order on this motion;
2. If the Court holds a hearing on my motion, reset it and give me notice by mail and by email; and
3. Confirm that kris.stallings@alumni.emory.edu is the email address on file for my notices, and direct Plaintiffs' counsel to serve all future filings concerning my motion on me directly by email.

Dated: November 18th 2026

Respectfully submitted,

/s/ Kristina Stallings

Kristina Stallings, pro se

1925 Chestnut Street Philadelphia PA 1903

kris.stallings@alumni.emory.edu

404-618-9633

**CERTIFICATE OF SERVICE**

I certify that on November 18th 2026, I filed this document through the Court's pro se online portal and served a copy by email on Lead Class Counsel, Steven F. Molo (smolo@mololamken.com), Lauren F. Dayton (ldayton@mololamken.com), and Matthew E. Gold (mgold@mololamken.com) of MoloLamken LLP, and on Additional Class Co-Counsel Eric L. Cramer (ecramer@bergermontague.com) of Berger Montague PC and Edward J. Normand (tnormand@fnf.law) of Freedman Normand Friedland LLP.

/s/ Kristina Stallings