FILED
11/19/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:22-CV-00125

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, et al.,

Defendants.

Case No. 1:22-cv-00125

Hon. Matthew F. Kennelly

# SUPPLEMENTAL NOTICE OF FIRST SERVICE OF PLAINTIFFS' RESPONSE (DKT. 1326) AND DECLARATION (DKT. 1327) ON SETTLEMENT CLASS MEMBER KRISTINA STALLINGS

Settlement Class Member Kristina Stallings, appearing pro se, submits this supplemental notice in support of her Notice of Non-Receipt and Motion for Leave to File Reply, filed November 18, 2026. She states:

1. On November 19, 2026, at 10:11 a.m. Eastern, David Langer of Berger Montague PC emailed me Plaintiffs' Response (Dkt. 1326) and the Declaration of Lauren F. Dayton (Dkt. 1327). He sent it as a reply to the email I used on November 18, 2026 to serve my notice of non-receipt, and copied other class counsel. This was the first time I received either document. (Exhibit 1.)
2. Plaintiffs filed both documents on September 4, 2026. They were first served on me 76 days later, and one day after I notified the Court that I had never received them.
3. Neither document, as filed or as emailed to me, includes a certificate of service.
4. Class counsel had my mailing address before September 4, 2026. On August 18, 2026, I mailed a letter about this case to Lead Class Counsel, MoloLamken LLP, 300 N. LaSalle Street, Chicago, IL 60654, by Priority Mail Express. MoloLamken signed for it

on August 24, 2026, as shown on the USPS Domestic Return Receipt (Article No. 9571 1070 1731 6230 1049 09). (Exhibit 2.)

5. Exhibits A and B to the Dayton Declaration (Dkt. 1327) are notice templates. Their recipient fields read "<Class_Notice_Email>" and "<Class_Data_Email>." They are not copies of messages addressed to me.

I respectfully ask the Court to consider these facts when ruling on my Motion for Leave to Submit a Late Claim (Dkt. 1317) and my November 18, 2026 motion.

**Exhibits**

- Exhibit 1: November 19, 2026 email from David Langer, with attachments
- Exhibit 2: USPS Domestic Return Receipt, Article No. 9571 1070 1731 6230 1049 09

Dated: November 19, 2026

Respectfully submitted,

s/ Kristina Stallings

Kristina Stallings, pro se

1925 Chestnut Street Philadelphia PA 19103

kris.stallings@alumni.emory.edu

404-618-9633

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2026, I filed this document through the Court's pro se online portal and served a copy by email on Steven F. Molo (smolo@mololamken.com), Lauren F. Dayton (ldayton@mololamken.com), and Matthew E. Gold (mgold@mololamken.com) of MoloLamken LLP; Eric L. Cramer (ecramer@bergermontague.com) and David A. Langer (dlanger@bergermontague.com) of Berger Montague PC; and Edward J. Normand (tnormand@fnf.law) of Freedman Normand Friedland LLP.

s/ Kristina Stallings

# EXHIBIT 1

Email from David A. Langer, Berger Montague PC,
November 19, 2026, 10:11 a.m. ET,
serving Dkt. 1326 and Dkt. 1327

**David Langer** <dlanger@bergermontague.com>

to Matthew, me, Elizabeth, Eric, Ted, Lauren

10:11 AM (2 hours ago)

Kristina,

Please find attached Plaintiffs' response to … terials of if you need anything further.

Regards,
David Langer

| | |
|---|---|
| from: | **David Langer** <dlanger@bergermontague.com> |
| to: | "Gold, Matthew E." <mgold@mololamken.com>,<br>Kristina Stallings <kris.stallings@alumni.emory.edu> |
| cc: | Elizabeth York <eyork@bergermontague.com>,<br>"Eric L. Cramer" <ecramer@bergermontague.com>,<br>Ted Normand <tnormand@fnf.law>,<br>"Dayton, Lauren" <ldayton@mololamken.com> |
| date: | Nov 19, 2026, 10:11 AM |
| subject: | RE: Henry v. Brown University, No. 1:22-cv-00125 – Stallings Motion re Dkt. 1317 |
| mailed-by: | bergermontague.com |
| signed-by: | bergermontague.com |
| security: | Standard encryption (TLS) Learn more |
| : | Important because previous messages in the conversation were important. |

**David Langer** / *Senior Counsel*
215.875.4644 267.250.7005

BERGER MONTAGU…

1818 MARKET STREET, SUITE 3…
PHILADELPHIA, PA 19103

•••
•••

-***External sender. Please use caution when clicking on any attachments or links*** -

**2 Attachments** • Scanned by Gmail · Add all to Drive

# EXHIBIT 2

USPS Domestic Return Receipt (PS Form 3811), front and back
Article No. 9571 1070 1731 6230 1049 09
MoloLamken LLP, signed for August 24, 2026

**Front**



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Re: Henry vs Brown
No: 1:22CV-00125
Mole Lamken LLP
300 N. Lasalle street Chicago IL 60654

9590 9402 0072 6058 9004 41

2. Article Number *(Transfer from service label)*

9571 1070 1731 6230 104909

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☑ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 08/24/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☑ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Back**



USPS TRACKING #

S SUBURBAN IL 604
25 AUG 2026PM 2 L

9590 9402 0072 6058 9004 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Kristina L. stallings
1925 Chestnut Street
Philadelphia PA-19103